| Juanita Sanchez-Sevilla/USA/VERITAS | To | zoye chen |
|---|---|---|
| | cc | amackay@dualcorp.com |
| 2008-09-09 13:26 | bcc | |
| | Subject | Fw: Namsung / Dual Corp Social Audits |
| | Ref | |

History:    📶 This message has been replied to and forwarded .

Hello Zoye:

Can you please schedule a one-day follow-up audit for Sonavox as per Brian James' request?  Please let me know if you need any additional information.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 09/08/2008 10:20 PM -----



| Brian_James@circuitcity.com | To | amackay@dualcorp.com, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
|---|---|---|
| 09/08/2008 11:38 AM | cc | "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka" <DMarchewka@dualcorp.com> |
| | Subject | Re: Namsung / Dual Corp Social Audits |
| | Ref | |

Juanita,

Please shedule a 1 day follow up audit of Namsung's Sonavox factory.

Thanks,

Brian James
804-486-8955

amackay@dualcorp.com

| | To | Brian_James@circuitcity.com |
|---|---|---|
| 09/04/2008 04:24 PM | cc | "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka" <DMarchewka@dualcorp.com> |
| | Subject | Re: Namsung / Dual Corp Social Audits |

Please respond to
amackay@dualcorp.com

Hi brianThanks for the infol agee on the sonavox auditGo ahead and deduct the 550.00ThanksAl

Sent via BlackBerry by AT&T

**From**: Brian_James@circuitcity.com
**Date**: Thu, 4 Sep 2008 14:46:47 -0400
**To**: <amackay@dualcorp.com>
**CC**: Brian Ragucci<bragucci@dualcorp.com>; Dennis Marchewka<DMarchewka@dualcorp.com>
**Subject**: RE: Namsung / Dual Corp Social Audits

Al,

Thanks for the info - I moved Housen Electronics (Huizhou) Ltd and Ningbo Univox Electronic Co Ltd to inactive.

We will need a 1 day audit of Sonavox.  The cost is $550 which we deduct from invoice.   Can you just reply to this email that you accept the $550 charge and I will get the process rolling.

Thanks,

Brian James
804-486-8955

"Al Mackay"
<amackay@dualcorp.com>

08/25/2008 04:54 PM

To <Brian_James@circuitcity.com>
cc "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka" <DMarchewka@dualcorp.com>
Subject RE: Namsung / Dual Corp Social Audits

Hi Brian,

Sorry for the delay, I have been getting the update on our factories.

As of now, it appears from what I can gather that XE and Sonavox are the only active factories.

Thanks,
Al

**Al Mackay**
**Product Manager**

Dual Electronics Corp.
250 International Pkwy. Suite 220
Heathrow, FL 32746
Ph - 407-936-0129 x-118
Fax - 407-936-0302

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Thursday, August 21, 2008 2:16 PM
**To:** Al Mackay
**Cc:** Brian Ragucci; Dennis Marchewka
**Subject:** RE: Namsung / Dual Corp Social Audits

Al,

We need to move forward with this.   Please reply that you accept the 1 day follow up audits ($550 each) for the three factories unless you have determined that they are inactive.

Thanks,

Brian James
804-486-8955

"Al Mackay"
<amackay@dualcorp.com>

08/15/2008 02:26 PM

To <Brian_James@circuitcity.com>
cc "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka"
<DMarchewka@dualcorp.com>
Subject RE: Namsung / Dual Corp Social Audits

Thanks Brian, talk to you on Monday

**Al Mackay**
**Product Manager**

Dual Electronics Corp.
250 International Pkwy. Suite 220
Heathrow, FL 32746
Ph - 407-936-0129 x-118
Fax - 407-936-0302

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, August 15, 2008 1:27 PM
**To:** Al Mackay
**Cc:** Brian Ragucci; Dennis Marchewka
**Subject:** RE: Namsung / Dual Corp Social Audits

Noted - I look forward to your email on Monday.

Thanks,

Brian James
804-486-8955

**"Al Mackay"**
**<amackay@dualcorp.com>**

08/15/2008 12:05 PM

To <Brian_James@circuitcity.com>
cc "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka"
    <DMarchewka@dualcorp.com>
Subject RE: Namsung / Dual Corp Social Audits

Hi Brian,

Sorry for the delay, by Monday I will be able to tell you the status of each of the 3 factories.
Because of continuing price increases we are trying to be sure the products will continue to be
Produced at their current factories.

*I will e-mail you on Monday,*
*Again sorry this is taking so long,*
Thanks,
Al

**Al Mackay**
**Product Manager**

Dual Electronics Corp.
250 International Pkwy. Suite 220
Heathrow, FL 32746
Ph - 407-936-0129 x-118
Fax - 407-936-0302

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Wednesday, August 13, 2008 2:46 PM
**To:** Al Mackay
**Cc:** Brian Ragucci; Dennis Marchewka
**Subject:** RE: Namsung / Dual Corp Social Audits

Al,

Have you been able to look into this?   I have to report my Social Audits to an oversight committee
next week who then reports to the summary to the board and I would prefer not to have to report that
Namsung is not compliant.

Thanks,

Brian James
804-486-8955

"Al Mackay"
<amackay@dualcorp.com>

08/01/2008 10:04 AM

|  | To <Brian_James@circuitcity.com>, "Brian Ragucci" <bragucci@dualcorp.com>, |
|  | "Dennis Marchewka" <DMarchewka@dualcorp.com> |
| cc |  |
| Subject | RE: Namsung / Dual Corp Social Audits |

Hi Brian,

*Sorry for the delay, I am currently in process of discussing each factories status and will get back to you with*
a definitive answer on Wed. Aug. 5th.

Thanks,
Al

**Al Mackay**
**Product Manager**

Dual Electronics Corp.
250 International Pkwy. Suite 220
Heathrow, FL 32746
Ph - 407-936-0129 x-118
Fax - 407-936-0302

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, August 01, 2008 9:56 AM
**To:** Al Mackay; Brian Ragucci; Dennis Marchewka
**Subject:** RE: Namsung / Dual Corp Social Audits

Al,

Circuit City is making a concerted effort to ensure all factories are being audited.   Currently we have 8 factories past due and 3 of them are yours.   Can you please reply back on the status of each?

Thanks,

.

Brian James
804-486-8955


**Brian James/MDSE/Circuit
City**

07/21/2008 10:26 AM


To "Al Mackay" <amackay@dualcorp.com>@CCEXTERNAL
cc "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka"
<DMarchewka@dualcorp.com>
Subject RE: Namsung / Dual Corp Social Audits <u>Link</u>


Al,

Any update on your investigation.

Thanks,

Brian James
804-486-8955


**"Al Mackay"
<amackay@dualcorp.com>**

07/14/2008 11:27 AM

To <Brian_James@circuitcity.com>
cc "Brian Ragucci" <bragucci@dualcorp.com>, "Dennis Marchewka"
   <DMarchewka@dualcorp.com>
Subject RE: Namsung / Dual Corp Social Audits

Hi Brian,

Please give me time to review with the factories before you charge back for the audits. At this time I do not believe
we are still using all 4 factories. Please hold until I get back to you with the update.

Thanks,
Al

**Al Mackay**
**Product Manager**

Dual Electronics Corp.
250 International Pkwy. Suite 220
Heathrow, FL 32746
Ph - 407-936-0129 x-118
Fax - 407-936-0302

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Monday, July 14, 2008 11:16 AM
**To:** Al Mackay
**Cc:** Brian Ragucci; Dennis Marchewka
**Subject:** Namsung / Dual Corp Social Audits

Al,

I was reviewing our list of active factories and we have identified 3 factories that are pass due for Namsung.    The cost of each follow up audit is $550.    Please respond to this email your acceptance of a charge back for $1,650 for the 3 factories.    If any of these factories are no longer active for Circuit City, please let me know too.

Thanks,

Brian James
804-486-8955
============================
The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================
The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================
The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete

immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br><br>2008-07-29 13:00 | To | Zoye Chen/CHN/VERITAS |
| | cc | Alex Leung <alex@anlinternational.com>, Daniel Leung <danielleung@anlinternational.com> |
| | bcc | |
| | Subject | Re: Fw: Logitech Factory Social Audits |
| | Ref | |

History:        This message has been replied to.

Hello Zoye:

Please schedule the below factory for an audit as per Brian James.  Please let me know if you need any additional information.  Please let me know once the audit is scheduled.

Best Regards,
Juanita


Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: *juanita.sanchez-sevilla@us.bureauveritas.com*
web: *www.cps.bureauveritas.com*

Brian_James@circuitcity.com



| | | |
|---|---|---|
| **Brian_James@circuitcity.com**<br><br>07/28/2008 08:10 AM | To | Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | cc | Alex Leung <alex@anlinternational.com>, Daniel Leung <danielleung@anlinternational.com> |
| | Subject | Fw: Logitech Factory Social Audits |
| | Ref | |

Juanita,

Please schedule the one day follow up audit  - $550 - of the Yue Feng Products Factory.

Thanks,


Brian James
804-486-8955
----- Forwarded by Brian James/MDSE/Circuit City on 07/28/2008 11:05 AM -----
**Alex Leung**
**<alex@anlinternational.com>**

| | | |
|---|---|---|
| 07/22/2008 05:23 AM | To | <Brian_James@circuitcity.com> |
| | cc | <Andrew_Proctor@circuitcity.com>, Daniel Leung <danielleung@anlinternational.com> |
| | Subject | Re: Logitech Factory Social Audits |

Hi Brian,

Please go ahead and make necessary arrangement for this audit, we will accept the $550 charge.

Thanks,

Alex


On 7/21/08 10:48 PM, "Brian_James@circuitcity.com" <Brian_James@circuitcity.com> wrote:


Alex,

I was reviewing our audits of Logitech's factories and it appears we are over 6 months past due for a follow up audit of the YUE FENG PRODUCTS factory.  The last audit of the factory was in September 2007.   The other Logitech factory, HONG KONG METAL WORKS, was audited in June 2007 and received a satisfactory rating and will not need to be reaudited until 2009.

In order to move forward, please resond to this email that you accept the $550 charge for the follow up audit of the Yue Feng Products factory.  Once I receive your reply, I will process a charge back in our system and contact BV to schedule the audit with the factory.

I have also attached a copy of the last audit for your reference.

Let me know if you have any questions.

Thank you,

Brian James
804-486-8955


================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| *Juanita Sanchez-Sevilla/USA/VERITAS* | To | *Zoye Chen/CHN/VERITAS* |
| | cc | Alex Leung <alex@anlinternational.com>, Daniel Leung <danielleung@anlinternational.com> |
| 2008-07-29 13:00 | bcc | |
| | Subject | Re: Fw: Logitech Factory Social Audits |
| | Ref | |

History:        This message has been replied to.

Hello Zoye:

Please schedule the below factory for an audit as per Brian James. Please let me know if you need any additional information. Please let me know once the audit is scheduled.

Best Regards,
Juanita


Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

Brian_James@circuitcity.com



| | | |
|---|---|---|
| *Brian_James@circuitcity.com* | To | Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| 07/28/2008 08:10 AM | cc | Alex Leung <alex@anlinternational.com>, Daniel Leung <danielleung@anlinternational.com> |
| | Subject | Fw: Logitech Factory Social Audits |
| | Ref | |

Juanita,

*Please schedule the one day follow up audit  - $550 - of the Yue Feng Products Factory.*

Thanks,


Brian James
804-486-8955
----- Forwarded by Brian James/MDSE/Circuit City on 07/28/2008 11:05 AM -----
**Alex Leung**
**<alex@anlinternational.com>**

| | | |
|---|---|---|
| | To | <Brian_James@circuitcity.com> |
| 07/22/2008 05:23 AM | cc | <Andrew_Proctor@circuitcity.com>, Daniel Leung <danielleung@anlinternational.com> |
| | Subject | Re: Logitech Factory Social Audits |

Hi Brian,

Please go ahead and make necessary arrangement for this audit, we will accept the $550 charge.

Thanks,

Alex

On 7/21/08 10:48 PM, "Brian_James@circuitcity.com" <Brian_James@circuitcity.com> wrote:

Alex,

I was reviewing our audits of Logitech's factories and it appears we are over 6 months past due for a follow up audit of the YUE FENG PRODUCTS factory.  The last audit of the factory was in September 2007.   The other Logitech factory, HONG KONG METAL WORKS, was audited in June 2007 and received a satisfactory rating and will not need to be reaudited until 2009.

In order to move forward, please resond to this email that you accept the $550 charge for the follow up audit of the Yue Feng Products factory.  Once I receive your reply, I will process a charge back in our system and contact BV to schedule the audit with the factory.

I have also attached a copy of the last audit for your reference.

Let me know if you have any questions.

Thank you,

Brian James
804-486-8955

=============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

=============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**BUREAU VERITAS HONG KONG LIMITED**

TO:   CIRCUIT CITY STORES, INC.
9950 MAYLAND DRIVE,
RICHMOND, VIRGINIA, 23233
UNITED STATES

Tel: 804-527-4000
Fax: 804-527-4005
Email: Brian_James@circuitcity.com

**INVOICE NO. :    10259824**
**(Please quote this invoice number on your payment advice)**

INVOICE DATE :    OCT 03, 2008
CUSTOMER REFERENCE :
CIRCUIT CITY STORES, INC.

ATTN: ACCOUNTS PAYABLE / JAMES, BRIAN

| REPORT NO. | DESCRIPTION | QTY | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|
| | | | | USD |
| 10082610013 | SOCIAL AUDIT FOR: CIRCUIT CITY STORES, INC.<br>SERVICE REQUEST: SOCIAL FOLLOW-UP AUDIT<br>VENDOR: CMC MAGNETICS CORP (OFFICE)<br>FACTORY: FORTUNE (JIANGSU) MULTIMEDIA CO LTD<br>FACTORY LOCATION: NANTONG/JIANGSU/CHINA<br>AUDIT DATE: 25 SEP 2008<br>AUDIT BY: I-SHANGHAI OFFICE | | | |
| | LUMP SUM AUDIT FEE | 1.00 | 550.00 | 550.00 |
| | *US DOLLAR FIVE HUNDRED AND FIFTY ONLY* | | INVOICE TOTAL USD | 550.00 |

**Please quote the invoice number on your payment advice**

PAYMENT TERMS AND CONDITIONS:
- Our invoice is payable within 30 days from invoice date.
- 1.5% monthly interest will be levied when the account is overdue 30 days or more.
- Special discounts and prices will be withdrawn when the account is overdue 60 days or more.
- Prepayment on test, inspection and / or audit will be enforced when the account is overdue.
- We reserve all rights to charge the report recipient for third party default payment.
- Please keep this invoice as payment record. A separate receipt will not be issued.
- Special discounts and prices are not applicable to the standard minimum report charge.
- All remittance charges, commission & bank charges, telegraph transfer, and any particular country tax charges shall be strictly borne by the invoice recipient/remittance party

PAYMENT METHOD:
(A) Please issue cheque in HK$, Payable to Bureau Veritas Hong Kong Limited and mail to 1/F Pacific Trade Center, 2 Kai Hing Road, Kowloon Bay, Kowloon, Hong Kong. Attn: Accounts Receivable or A/R.
(B) If payment is by US$ cheque, please make payable to Bureau Veritas Hong Kong Limited and mail to Bureau Veritas Hong Kong Limited, 14630 Collections Centre Drive, Chicago, Illinois 60693, USA
(C) By Telegraph Transfer In Full Net Amount to :
The Hongkong and Shanghai Banking Corporation Limited, 1 Queen's Road Central, Hong Kong
Beneficiary : Bureau Veritas Hong Kong Limited
Account No. : (US Dollar) 502-493141-274
(HK Dollar) 502-493141-292
SWIFT: HSBCHKHH
(D) If settlement in HK$ preferred, please convert US$ to HK$ by 7.8.

**BUREAU VERITAS HONG KONG LIMITED**
**KWAI CHUNG OFFICE**
Unit 1219, Vanta Ind. Centre,
21-33 Tai Lin Pai Road, Kwai Chung,
N.T., Hong Kong.
E-mail: hkinvoicingcpsiaa@hk.bureauveritas.com    This Is A Computer Invoice And Does Not Bear An Authorized Signature.
BV Company Code: 00009

INS / RG

| | | To | Zoye Chen |
|---|---|---|---|
| Juanita Sanchez-Sevilla/USA/VERI TAS | | cc | maggiechen@cmcnet.com.tw, RTSai@cmcnet.com |
| | | bcc | |
| 2008-09-11 07:50 | | Subject | Fw: CMC Social Audit |
| | | Ref | |

History:        ✍ This message has been replied to.

Hello Zoye:

Please go ahead and schedule a one-day follow-up audit at Fortune as per Brian James' request.
Please let me know if you have any questions or if you need any additional information.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 09/10/2008 12:55 PM -----



| Brian_James@circuitcity.c om | | To | <maggiechen@cmcnet.com.tw>, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
|---|---|---|---|
| 09/10/2008 11:50 AM | | cc | RTsai@cmcnet.com.tw |
| | | Subject | RE: CMC Social Audit |
| | | Ref | |

Juanita,

Please go ahead and schedule a 1 day follow up audit of the CMC's Fortune factory at a mutually
agreeable time.

Best regards,

Brian James
804-486-8955

<maggiechen@cmcnet.com.tw>

| 09/10/2008 02:49 AM | To | <Brian_James@circuitcity.com>, <RTsai@cmcnet.com.tw> |
|---|---|---|
| | cc | |
| | Subject | RE: CMC Social Audit |

Dear Brain,

   Sorry for late reply!

Yes, we accept this charge.

Please advise us the account detail; we will have our factory in China (FMC) to arrange this auditing cost to BV directly.


Regards

Maggie



**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Tuesday, September 09, 2008 9:29 PM
**To:** 台北外銷:陳薇玉; 副總經理:蔡文峰
**Subject:** RE: CMC Social Audit


Maggie,

Can you please reply to this email that you accept the $550 charge?   Once I receive your response, I will contact BV to schedule the audit at mutually agreeable time with the factory.

Thanks,

Brian James
804-486-8955


**Brian James/MDSE/Circuit City**

08/18/2008 02:47 PM

To <maggiechen@cmcnet.com.tw>@CCEXTERNAL

cc RTsai@cmcnet.com.tw

Subject RE: CMC Social Audit Link



Maggie,

We will have BV contact you to schedule the audit.   But I require a response in email from you that CMC accepts the $550 charge for the audit.   Once I receive your response I will send this to

accounting to issue the chargeback to CMC.

Best regards,

Brian James
Quality Control Manager
804-486-8955

<maggiechen@cmcnet.com.tw>

08/18/2008 06:45 AM

To <Brian_James@circuitcity.com>, <RTsai@cmcnet.com.tw>

cc

Subject RE: CMC Social Audit

Hi Brain,

   Sorry for late respond on this issue.
Please kindly advice us the account detail to arrange this auditing costs from Fortune (Jiangsu) Multimedia Co., Ltd,
also inform who we should contact from BV regard this audit.

Regards
Maggie

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Wednesday, August 06, 2008 2:40 AM
**To:** 台北外銷:陳薇玉; 副總經理:蔡文峰
**Subject:** RE: CMC Social Audit

Maggie,

Do you have an update from your management?

Thank you,

Brian James
804-486-8955
表孔

**Brian James/MDSE/Circuit City**

07/16/2008 08:53 AM

To <maggiechen@cmcnet.com.tw>@CCEXTERNAL

cc Phil_Barry@circuitcity.com, RTsai@cmcnet.com.tw

Subject RE: CMC Social Audit Link

Thank you for the reply.   I will remove Zhong Hong from our list.    I look forward to your response on the Fortune factory.

thanks,

Brian James
804-486-8955

<maggiechen@cmcnet.com.tw>

07/16/2008 06:29 AM

To <Brian_James@circuitcity.com>

cc <Phil_Barry@circuitcity.com>, <RTsai@cmcnet.com.tw>

Subject RE: CMC Social Audit

Hi Brian,

 Sorry for late reply.

As our manager is away from the country for business trip and will come back to TW by end of July.

I will need to report her regard this costs and will give you a update as soon as I can.

For your information, the factory Zhong Hong has closed on Jan. this year and no more production over there.

Regards

Maggie

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Thursday, July 10, 2008 2:25 AM
**To:** 台北外銷:陳薇玉
**Cc:** Phil_Barry@circuitcity.com
**Subject:** CMC Social Audit

Maggie,

My records of CMC show that we are importing product from two CMC factories.   The first factory is Fortune (Jiangsu) Multimedia Co., Ltd which was audited last on February 20, 2008 and received a "needs improvement" score.   The second factory is Zhong Hong which was never audited by Circuit City.

Circuit City requires all factories that did not pass previous audits to be reaudited in 4 months. Therefore Circuit City is requiring the audit of the cost of the audit is $550 and is charged backed to the vendor.   Please confirm you accept this charge back and we will schedule the 1 day reaudit with BV.

Regarding the Zhong Hong factory, we will require a 2 day audit at the cost of $950.     Please confirm *you also accept this charge back and we will schedule the 2 day reaudit with BV.*

If you have any questions, please advise.  I look forward to your email accepting the $1500 charge for both audits.

Best regards,

Brian James Fortune (Jiangsu) Multimedia Co., Ltd factory.
Quality Control Manager
804-486-8955
============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by

return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.


============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.


============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.


============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.