| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS** | To | zoye chen |
| | cc | |
| 2008-09-09 15:48 | bcc | |
| | Subject | Fw: BV audit report for Yuyao Yuda Industrial Co |
| | Ref | |

History:   🔗 This message has been replied to and forwarded.

Hello Zoye:

Please go ahead and schedule a one-day follow-up audit with Yuyao Yuda as per Brian James' request. BV has conducted an initial audit at this facility, as requested by the vendor. Please ensure that the previous initial audit is referenced prior to conducting the follow-up audit. Please confirm your understanding of this request and let me know if you have any questions or need any additional information to fulfill this follow-up audit request.

Thanks!

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 09/09/2008 12:35 AM -----



| | | |
|---|---|---|
| **Brian_James@circuitcity.com** | To | "Tom Chan" <tomchan@anlinternational.com>, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| 09/08/2008 11:17 AM | cc | alex@anlinternational.com, Andrew_Proctor@circuitcity.com, "'Boris'" <borischan@anlinternational.com>, "'Leung, Daniel'" <danielleung@anlinternational.com> |
| | Subject | RE: BV audit report for Yuyao Yuda Industrial Co |
| | Ref | |

Juanita,

Please schedule a 1 day follow up audit ($550) for Logitek's Yuyao Yuda factory. This will be Circuit City's first audit of the factory but we would like to have BV use their previous audit of the factory as the basis of this audit.

Please work with Tom Chan to schedule the audit at a mutually agreeable time.

Thanks,

Brian James
804-486-8955

"Tom Chan"
<tomchan@anlinternational.com>

09/05/2008 04:48 AM

To <Brian_James@circuitcity.com>
cc <alex@anlinternational.com>, <Andrew_Proctor@circuitcity.com>, "'Boris'" <borischan@anlinternational.com>, "'Leung, Daniel'" <danielleung@anlinternational.com>
Subject RE: BV audit report for Yuyao Yuda Industrial Co

Hi Brian,

Thanks and please go ahead to inform BV for the follow up audit.

Best Regards,
Tom Chan

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, September 05, 2008 1:57 AM
**To:** Brian_James@circuitcity.com
**Cc:** alex@anlinternational.com; Andrew_Proctor@circuitcity.com; 'Boris'; 'Leung, Daniel'; Tom Chan
**Subject:** RE: BV audit report for Yuyao Yuda Industrial Co

Tom,

We have reviewed this on our end and Circuit City will partially accept this audit. We will require only a 1-day follow up audit. Usually new factories require a 2 day audit. BV will use this audit that A&L requested as a basis for the follow up audit.

The cost of the audit is $550 and will be deducted from invoice. Can you respond to this email that you accept this charge and I will email BV to contact your factory to schedule the audit?

Thanks,

Brian James
804-486-8955

Brian James/MDSE/Circuit City

08/04/2008 03:56 PM

To "Tom Chan" <tomchan@anlinternational.com>@CCEXTERNAL
cc alex@anlinternational.com, Andrew_Proctor@circuitcity.com, "'Boris'" <borischan@anlinternational.com>, "'Leung, Daniel'" <danielleung@anlinternational.com>
Subject RE: BV audit report for Yuyao Yuda Industrial CoLink

Tom,

I am investigating on our end if we will accept this audit or not. Thank you for the clarification.

Best regards,

Brian James
804-486-8955

"Tom Chan"
<tomchan@anlinternational.com>

08/03/2008 11:00 PM

To <Brian_James@circuitcity.com>
cc <alex@anlinternational.com>, <Andrew_Proctor@circuitcity.com>, "'Boris'" <borischan@anlinternational.com>, "'Leung, Daniel'" <danielleung@anlinternational.com>

Subject RE: BV audit report for Yuyao Yuda Industrial Co

Hi Brain,

Yuda is a new factory to produce TV bracket for models V63TLTMT, V63FXMT, V37TLTMT, and V37FXMT.

LOGITEK - HONG KONG METAL WORKS does not exist. I think there may be some misunderstanding.

The only two factories for LOGITEK are:
LOGITEK ELECTRONICS --- no longer active
YUE FENG PRODUCTS --- still active

Please let me know if there is any other question.

The BV audit was initiated by our company but based on the requirement of Circuit City. If the audit

report is acceptable, we would like to ask for the permission to waive the future audit. Thanks!

Best Regards,
Tom Chan


**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, August 01, 2008 9:13 PM
**To:** tomchan@anlinternational.com
**Cc:** alex@anlinternational.com; Andrew_Proctor@circuitcity.com; 'Boris'; 'Leung, Daniel'
**Subject:** Re: BV audit report for Yuyao Yuda Industrial Co


Tom,

Is this a new factory that we plan to use in the future?   Please advise what products are made at this factory.

We have two other factories for Logitek - HONG KONG METAL WORKS and YUE FENG PRODUCTS.  Are these factories still active?

Also, can you please provide who the attached audit was conducted for - what retailer?

I assume you are asking for a waiver for future audits based on this audit, but before I can process this, I need more information.

Thanks,

Brian James
804-486-8955


**"Tom Chan"**
**<tomchan@anlinternational.com>**

08/01/2008 05:53 AM

To <Brian_James@circuitcity.com>
cc "'Boris'" <borischan@anlinternational.com>, "'Leung, Daniel'" <danielleung@anlinternational.com>, <alex@anlinternational.com>, <Andrew_Proctor@circuitcity.com>
Subject BV audit report for Yuyao Yuda Industrial Co

Hi Brian,

As Circuit City required BV audit report for suppliers, enclosed please find the report for our bracket factory (Yuyao Yuda Industrial Co. Ltd.) for your reference. Please let me know if there is any question. Thanks!

Best Regards,

Tom Chan

------ Forwarded Message
**From:** <alyssa.liu@cn.bureauveritas.com>
**Date:** Mon, 23 Jun 2008 15:46:07 +0800
**To:** <ALEXL@ANLINTERNATIONAL.COM>
**Subject:** Report:10081480352:A&L International Ltd:Yuyao Yuda Industrial Co., Ltd.:June 11, 2008

Dear Alex,

Attached kindly find the audit report for factory:<u>Yuyao Yuda Industrial Co., Ltd.</u>

Please feel free to let me know if for any further information about this report.

Thank you so much.

Best regards,

*Alyssa Liu*

**Social Audit and Factory Assessment Service**
**Bureau Veritas Hong Kong Limited**
*Consumer Products Services Division*
**Shenzhen Office**
*Room 707/708/710, Tianan Hi-Tech Plaza Tower B, Tianan Cyber Park,*
*Futian District, Shenzhen, China, Post Code: 518040*
***Tel:*** *0086-755-83437090* ***Fax:*** *0086-755-83433993*

***Email:*** <u>alyssa.liu@cn.bureauveritas.com</u> <
mailto:alyssa.liu@cn.bureauveritas.com> ***Website:***
<u>www.cps.bureauveritas.com</u> <
<u>http://www.cps.bureauveritas.com/</u>>

 Save a tree. Do not print this e-mail unless it is really necessary.

------ End of Forwarded Message

_____ NOD32 3207 (20080622) Information _____

This message was checked by NOD32 antivirus system.
part000.txt - OK
part001.htm - OK
FRT10081480352-Photos(Yuyao Yuda Industrial Co., Ltd).PDF - OK
FRT10081480352-CAP(Yuyao Yuda Industrial Co., Ltd).doc - OK
FRT10081480352-AS(Yuyao Yuda Industrial Co., Ltd).PDF - OK

http://www.nod32.com.hk
[attachment "FRT10081480352-AS(Yuyao Yuda Industrial Co., Ltd).PDF" deleted by Brian James/MDSE/Circuit City] [attachment "FRT10081480352-CAP(Yuyao Yuda Industrial Co., Ltd).doc" deleted by Brian James/MDSE/Circuit City] [attachment "FRT10081480352-Photos(Yuyao Yuda Industrial Co., Ltd).PDF" deleted by Brian James/MDSE/Circuit City]

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized

review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | | |
|---|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS** | | To | Zoye Chen/CHN/VERITAS |
| 2008-08-26 05:19 | | cc | |
| | | bcc | |
| | | Subject | Fw: Circuit City Social Audit - Channel Well Technologies |
| | | Ref | |

History:  📄 This message has been replied to.

Hello Zoye:

Please schedule the audit (please see below) as per Brian James. Please let me know if you have any questions.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 08/25/2008 02:14 PM -----



| | | | |
|---|---|---|---|
| **Brian_James@circuitcity.com** | | To | Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| 08/22/2008 07:11 AM | | cc | <jennylee@mail.cwt.com.tw>, <Joe_Fleury@circuitcity.com>, <scott_huang@datawell.com.cn> |
| | | Subject | Fw: Circuit City Social Audit - Channel Well Technologies |
| | | Ref | |

Juanita,

Please schedule the 2 day audit ($950) for Channel Well.  If you have any questions, let me know.

Thanks,

Brian James
804-486-8955

----- Forwarded by Brian James/MDSE/Circuit City on 08/22/2008 10:06 AM -----

**Jenny Lee@CWT李珍意**
<jennylee@mail.cwt.com.tw>

08/19/2008 07:02 AM

To <Brian_James@circuitcity.com>
cc <Joe_Fleury@circuitcity.com>, <scott_huang@datawell.com.cn>
Subject RE: Circuit City Social Audit - Channel Well Technologies

Dear Brian:

Thanks for your email.
The document is now on the stamping process.
Yet I send you my written confirmation that cwt will pay for the audit fee US$950
Kindly arrange factory audit date.

Here is our contact person in charge of factory audit.
**Mr. Scott Huang**
**E_mail : scott_huang@datawell.com.cn**
**TEL : 86-755-27475355 , 27475454  EXT 668**
**FAX : 86-755-27475256**
**Mobile: : 86-13714343170**

Jenny

Best regards,

Jenny Lee 李小姐
Sales Assistant Manager/External Product Unit.
外接式產品事業處.
**Channel Well Technology**
TEL:886-3-222-0268 Ext:116
FAX:886-3-222-3111
Mobile: 0935-074-050 /886-935-074-050
POSTAL ADDRESS:No.222, Sec.2, Nankan RD., Lujhu Township,Taoyuan County 338, Taiwan, R.O.C.
MSN:jenny_chl@hotmail.com
skype:jenny_chl
電話: (03)222-0268 Ext:116
傳真: (03)222-3111
地址: 338 桃園縣蘆竹鄉南崁路 二段 222號

**FACTORY ADDRESS (DWT):**
**BLDG A, NAN CHANG FIRST INDUSTRIAL PARK,KU-SHO VALLEY,SI-SIAN COUNTY,BAOAN,**
**SHENZHEN,GUANGDONG, CHINA**
**ZIP CODE:518126**

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, August 15, 2008 2:58 AM

**To:** jennylee@mail.cwt.com.tw
**Cc:** Joe_Fleury@circuitcity.com
**Subject:** Circuit City Social Audit - Channel Well Technologies

Jenny,

I was provided your contact information by Joe Fleury. My understanding is that we will begin purchasing product from your company. As a Circuit City vendor we require to conduct a Social Audit of your factory to our Supplier Code of Conduct (attached). It is conducted by BV at a mutually agreeable time between BV and your factory. The cost of the audit is $950 and is vendor funded.

As a next step, please reply to this email that you accept the $950 charge and we will issue a charge back to your company. Additionally, please provide the factory name we will purchase from.

If you have any questions or comments, please advise.

Best regards,

Brian James
Quality Control Manager
804-486-8955

===============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.
===============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br>2008-08-05 09:36 | To | Zoye Chen/CHN/VERITAS |
| | cc | jhsiao@dataplus.com.tw, "Cyndi" <ljhuang@dataplus.com.tw> |
| | bcc | |
| | Subject | Re: Fw: Dataplus Social Audit |
| | Ref | |

History: 🖃 This message has been replied to and forwarded.

Hello Zoye:

Please schedule the below audit as per Brian James. Please let me know if you need any additional information.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

Brian_James@circuitcity.com



| | | |
|---|---|---|
| **Brian_James@circuitcity.com**<br>08/04/2008 12:19 PM | To | Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | cc | "Cyndi" <ljhuang@dataplus.com.tw>, <jhsiao@dataplus.com.tw> |
| | Subject | Fw: Dataplus Social Audit |
| | Ref | |

Please schedule a 1 day follow up audit of the factory. The last audit was done 12/5/07.    Note that Dataplus is requesting the audit done at end of September or early October.

Thanks,

Brian James
804-486-8955

----- Forwarded by Brian James/MDSE/Circuit City on 08/04/2008 03:10 PM -----
"Cyndi" <ljhuang@dataplus.com.tw>

| | | |
|---|---|---|
| 08/04/2008 05:13 AM | To | <Brian_James@circuitcity.com> |
| | cc | <jhsiao@dataplus.com.tw> |
| | Subject | Re: Dataplus Social Audit |

Dear Brian:

Sorry for late reply, our server was not steady recently, it was broken for a while and broke again after it was fixed, your mail was found by our MIS people today. In order to secure your message send to me properly, please put our company e-mail address dataplus@ms1.hinet.net in the correspondence loop.

Regarding to the social audit, it is fine but would you please allow us two more months due to the reorganization between the shareholders of our factory. Sorry for the inconvience if any and your acceptance will be highly appreciated.

Best Regards,

Cyndi Huang

DATAplus Supplies Inc.
9th Floor, 279, Hsin Yi Road, Sec.4, Taipei, Taiwan
Tel:886-2-2700-5120 ext.:21
Fax:886-2-2700-3234
e-mail:ljhuang@dataplus.com.tw


----- Original Message -----
**From:** Brian_James@circuitcity.com
**To:** Jessica_Allam@circuitcity.com ; Joe_Fleury@circuitcity.com ; Cyndi
**Sent:** Friday, August 01, 2008 3:32 AM
**Subject:** Re: Dataplus Social Audit


Cyndi,

Second request. Please respond that you accept the charge of $550.

Thank you,

Brian James
804-486-8955

**Brian James/MDSE/Circuit City**

07/21/2008 10:29 AM

To Jessica_Allam@circuitcity.com, Joe_Fleury@circuitcity.com, "Cyndi" <ljhuang@dataplus.com.tw>
cc
Subject Re: Dataplus Social Audit Link

Cyndi,

Can you respond to this email that you accept the $550 charge?  I need this response for our records before we can proceed.

thank you,

Brian James
804-486-8955

**Brian James/MDSE/Circuit City**

07/08/2008 02:50 PM

To "Cyndi" <ljhuang@dataplus.com.tw>@CCEXTERNAL
cc Jessica_Allam@circuitcity.com, Joe_Fleury@circuitcity.com
Subject Re: Dataplus Social Audit Link

Cyndi,

Thank you for the response.  We need an email noting your acceptance of a 1 day social audit of Poto factory.  The cost to Dataplus is $550.  Once we receive your confirmation, we will shedule the audit with BV and your factory at a mutually agreeable time.

Thank you,

Brian James
804-486-8955

**"Cyndi" <ljhuang@dataplus.com.tw>**

07/08/2008 03:02 AM

To <Brian_James@circuitcity.com>
cc <Jessica_Allam@circuitcity.com>, <Joe_Fleury@circuitcity.com>
Subject Re: Dataplus Social Audit

Dear Brian:

DATAplus Supplies, Inc. is the name in your vendor list, and Ever Fame Co., Ltd is the beneficiary, for financial purpose only reponsible for shipments from China. POTO is DATAplus's factory in China.

It is re-audit for POTO since it was audited last year. Please advise what's your re-audit schedule.

Best Regards,

Cyndi Huang

DATAplus Supplies Inc.
9th Floor, 279, Hsin Yi Road, Sec.4, Taipei, Taiwan
Tel:886-2-2700-5120 ext.:21
Fax:886-2-2700-3234
e-mail:ljhuang@dataplus.com.tw


----- Original Message -----
**From:** Brian_James@circuitcity.com
**To:** Cyndi
**Cc:** Jessica_Allam@circuitcity.com ; Joe_Fleury@circuitcity.com
**Sent:** Tuesday, July 08, 2008 3:27 AM
**Subject:** Dataplus Social Audit


Cyndi,

Our current records show that we are importing from two Dataplus factories - Poto and Everframe. Everframe has never been audited for Social Accountability and Poto was last audited 7 months ago and received a "needs improvement" score.

Per our Supplier Code of Conduct all factories must be audited and all factories that receive a "needs improvement" score must be reaudited in 4 months.

The cost of the new audit is $950 (Poto) and the cost of the reaudit is $550 (Everframe). Please respond to this email that you accept the total charge of $1500. Once we receive your confirmation, I will issue a chargeback to deduct the cost and we will schedule the audits with BV.

If you have any questions, please advise. I look forward to your reply.

Best regards,

Brian James
Quality Manager
804-486-8955
============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated

recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.
============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.