| | | | |
|---|---|---|---|
| Juanita Sanchez-Sevilla/USA/VERITAS | | To | Zoye Chen/CHN/VERITAS |
| | | cc | Bob Min <bob@lumisource.com>, Brian_James@circuitcity.com, Irene Lee <irenelee@lumisource.com>, Justin_Hill@circuitcity.com, |
| 2008-08-15 05:19 | | bcc | |
| | | Subject | Re: Lumisource Social Audit |
| | | Ref | |

History:    This message has been replied to.

Hello Zoye:

Please work with Bob Min and Steve Lee to schedule the follow-up audit at Luminsource.

Best Regards,
Juanita

*Juanita Sanchez-Sevilla*
*Senior Analyst, Audit & Assessment Services*
*Bureau Veritas Consumer Products Services*
*Phone: (619) 677-2683*
*Cell: (619) 850-0929*
*email: juanita.sanchez-sevilla@us.bureauveritas.com*
*web: www.cps.bureauveritas.com*

Frank Linas <franklinas@lumisource.com>

| | | | |
|---|---|---|---|
| **Frank Linas** <franklinas@lumisource.com> | | To | <Brian_James@circuitcity.com>, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| 08/14/2008 12:22 PM | | cc | Bob Min <bob@lumisource.com>, Irene Lee <irenelee@lumisource.com>, <Justin_Hill@circuitcity.com>, <Kelly_Hulsey@circuitcity.com>, Peggy <peggy@lumisource.com>, Steve Lee <stevelee@lumisource.com> |
| | | Subject | Re: Lumisource Social Audit |
| | | Ref | |

Hi Juanita and Brian,

Bob Min and Steve Lee are copied in this email to schedule the audit. Our factory is very busy right now with 4th quarter orders so please work on a mutually agreeable time with them.

Thank you,

Frank Linas
**LumiSource, Inc.**
2950 Old Higgins Road
Elk Grove Village, IL 60007
847.699.8988 x43
847.699.8869 (fax)

franklinas@lumisource.com

**From:** <Brian_James@circuitcity.com>
**Date:** Thu, 14 Aug 2008 15:12:20 -0400
**To:** <franklinas@lumisource.com>, <juanita.sanchez-sevilla@us.bureauveritas.com>
**Cc:** Bob Min <bob@lumisource.com>, Irene Lee <irenelee@lumisource.com>, <Justin_Hill@circuitcity.com>, <Kelly_Hulsey@circuitcity.com>, Peggy <peggy@lumisource.com>, Steve Lee <stevelee@lumisource.com>
**Subject:** Re: Lumisource Social Audit

Juanita,

Please go ahead and schedule a 1 day follow up audit of Lumisource's Sinosource factory - $550. Frank at Lumisource can provide factory contact information if you don't have it from your last audit.

Thanks,

Brian James
804-486-8955

**Frank Linas <franklinas@lumisource.com>** 08/13/2008 02:37 PM

To

<Brian_James@circuitcity.com>

cc

Bob Min <bob@lumisource.com>, Irene Lee <irenelee@lumisource.com>, <Justin_Hill@circuitcity.com>, <Kelly_Hulsey@circuitcity.com>, Peggy <peggy@lumisource.com>, Steve Lee <stevelee@lumisource.com>

Subject

Re: Lumisource Social Audit

HI Brian,

We accept the $550 charge for the audit. We will keep a look out for the date from BV.

Thanks

Frank Linas
**LumiSource, Inc.**
2950 Old Higgins Road
Elk Grove Village, IL 60007
847.699.8988 x43
847.699.8869 (fax)
franklinas@lumisource.com


**From:** <Brian_James@circuitcity.com>
**Date:** Wed, 13 Aug 2008 13:58:52 -0400
**To:** <franklinas@lumisource.com>
**Cc:** Bob Min <bob@lumisource.com>, Irene Lee <irenelee@lumisource.com>, <Justin_Hill@circuitcity.com>, <Kelly_Hulsey@circuitcity.com>, Peggy <peggy@lumisource.com>, Steve Lee <stevelee@lumisource.com>
**Subject:** Re: Lumisource Social Audit


It is required and the audit will be scheduled at a mutually agreeable time between our audit company (BV) and your factory. To start the process, I need an email from Lumisource stating you accept the $550 charge. Once I get that, I will email BV to contact you to set up the audit.

Thanks,

Brian James
804-486-8955


**Frank Linas <franklinas@lumisource.com>** 08/13/2008 11:52 AM
To
<Brian_James@circuitcity.com>
cc
<Kelly_Hulsey@circuitcity.com>, <Justin_Hill@circuitcity.com>, Steve Lee <stevelee@lumisource.com>, Irene Lee <irenelee@lumisource.com>, Peggy <peggy@lumisource.com>, Bob Min <bob@lumisource.com>
Subject
Re: Lumisource Social Audit



# HI Brian,

Hope all is well! We are out of the same factory as last year. If a follow up inspection is required, please let us know when it will be scheduled. Our factory is very busy with orders so I need to let them know asap. I have copied our team here at LumiSource so please reply to all since I will be out of the office starting mid next week.

Thank you,

Frank Linas
**LumiSource, Inc.**
2950 Old Higgins Road
Elk Grove Village, IL 60007
847.699.8988 x43
847.699.8869 (fax)
franklinas@lumisource.com


**From:** <Brian_James@circuitcity.com>
**Date:** Wed, 13 Aug 2008 09:45:24 -0400
**To:** <franklinas@lumisource.com>
**Cc:** <Kelly_Hulsey@circuitcity.com>, <Justin_Hill@circuitcity.com>
**Subject:** Lumisource Social Audit


Frank,

Our import procedures require that Circuit City audit for social accountability all factories that we import from.   We audited the Sinosource factory in September 2007 and the result was "needs improvement."   I have attached a copy of this audit for your reference.  Please confirm this is the same factory we will be importing these chairs from.

As a result of the audit, we will need to conduct a 1 day follow up audit of the factory.   The cost of the audit is $550 and is paid by the vendor through a chargeback.  Please respond to this email that you accept this charge and I will process the paperwork on my end and have BV (our auditor) contact you to set up the audit at a mutually agreeable time.

Let me know if you have any questions.

Thanks,

Brian James
Quality Control Manager
804-486-8955


----- Forwarded by Brian James/MDSE/Circuit City on 08/13/2008 09:38 AM -----

**Rolando Portal/MDSE/Circuit City** 08/12/2008 04:43 PM

To
Brian James/MDSE/Circuit City@Circuit City, Josh Petrie/MDSE/Circuit City@Circuit City
cc
Subject
Fw: Sku 681144116996 Lumisource


see set up info...


----- Forwarded by Rolando Portal/MDSE/Circuit City on 08/12/2008 04:42 PM -----

**Kelly Hulsey/MDSE/Circuit City** 08/12/2008 03:00 PM

To
Rolando Portal/MDSE/Circuit City@Circuit City
cc
Justin Hill/MDSE/Circuit City@Circuit City
Subject
Re: Fw: Sku 681144116996 LumisourceLink < Notes://Logan2/85257089006E34D6/38D46BF5E8F08834852564B500129B2C/F38BC96F274E941E852574A30067BECD>

Hi Rolando,

I've attached below. Beth Benton on the DMG team had updated this last week so I'm not sure why it is still set up incorrectly. Please let me know any additional information that you need from me.

Thanks!

Kelly Hulsey
Buyer- Video Games Hardware, Accessories, Toys & Musical Instruments
Circuit City Store, Inc.
804.486.8549

**Rolando Portal/MDSE/Circuit City** 08/12/2008 02:54 PM
To
Kelly Hulsey/MDSE/Circuit City@Circuit City, Justin Hill/MDSE/Circuit City@Circuit City
cc
Subject
Fw: Sku 681144116996 Lumisource

Hi Kelly or Justin,

Can you please help me with the below. I need the set up form for this sku to set up as DI.

Regards,

Rolando Portal
Manager, International Logistics & Customs Compliance
T: (804) 486-8585
C: (305) 586-1642

----- Forwarded by Rolando Portal/MDSE/Circuit City on 08/12/2008 02:53 PM -----

**Rolando Portal/MDSE/Circuit City** 08/12/2008 02:10 PM
To
Suzi Richardson/MDSE/Circuit City
cc
Subject
Sku 681144116996 Lumisource

Hi Suzi:

Concerning below POs, these are not set up correctly for DI. Please have New Product Set Up form sent to my attention so we can update VMA.

Best regards,

Rolando Portal
Manager, International Logistics & Customs Compliance
T: (804) 486-8585
C: (305) 586-1642

----- Forwarded by Rolando Portal/MDSE/Circuit City on 08/12/2008 01:59 PM -----

**Frank Linas <franklinas@lumisource.com>** 08/12/2008 11:33 AM

To
<SC_Standards@circuitcity.com>
cc
<rolando_portal@circuitcity.com>, Peggy <peggy@lumisource.com>
Subject
Re: Transition of Freight Forwarder VENDOR 070816

Hi Rolando,

LumiSource, INC. (vendor 070816) has received two purchase orders with the following details:
- PO 2115131: PO date is 8/4/08 ship date of 10/5/08
- PO 2115130 PO date is 8/4/08 and ship date is 8/30/08

Please confirm per your email below that we ship via APL Logistics since the orders were created before 8/19/08

Thank you,

Frank Linas
**LumiSource, Inc.**
2950 Old Higgins Road
Elk Grove Village, IL 60007
847.699.8988 x43
847.699.8869 (fax)

franklinas@lumisource.com

> From: <SC_Standards@circuitcity.com>
> Date: Mon, 28 Jul 2008 09:53:26 -0400
> Cc: <rolando_portal@circuitcity.com>
> Subject: Transition of Freight Forwarder (APL Logistics to Expeditors
> International) Second Notice
>
>
> (Embedded image moved to file: pic17129.jpg)
>
>     Date:         | July 25, 2008
>
>
---------------+------------------------------------
--------------------
> ---

```
>    To:         | Direct Import Vendors
>
>
---------------+-------------------------------
--------------------
> ---
>    From:       | Rolando Portal
>
>
---------------+-------------------------------
--------------------
> ---
>    Subject:    | Transition of Freight
Forwarder (APL Logistics to
> Expeditors
>              |
>              | International) Second Notice
>
>
>
>
>
>
>
```

> As a follow up to our communication memo dated, June 12, 2008, please note
> that all direct import (DI) purchase orders you receive with a create date
> on or after 08/19/08 (August 19, 2008) should be booked with Expeditors
> International.  (Attached to this note is Expeditors Origin Contact
> Information.)  (See attached file: Expeditors Origin Contact List.xls)
>
>
> All DI purchase orders with a create date of before 08/19/08 should
> continue to be booked with APL Logistics.
>
>
> Please feel free to contact Circuit City's International Logistics team if
> you have any questions or concerns.
>
>
> CCS International Logistics Team:
> Rolando Portal

(Rolando_portal@circuitcity.com)     Intl Logistics
>     Manager
> Josh Petrie (josh_Petrie@circuitcity.com)     Import Specialist
> Laura Feuerstein (Laura_feuerstein@circuitcity.com) Compliance Specialist
> Import_operations@circuitcity.com Import inbox
>
>
>
>
>
> Thank you.
>
>
>
>
>

===============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is

prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.