| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br>2008-08-07 11:29 | To | Zoye Chen/CHN/VERITAS |
| | cc | "grace'" <grace@amaxhk.com>, "june'" <june@amaxhk.com>, linda-chen@amaxhk.com, richard@amaxhk.com |
| | bcc | |
| | Subject | RE: AMAX Social Audit - Circuit City |
| | Ref | |

Hello Zoye:

Please schedule a 2-day audit as per Brian James' request (please see below). Please let me know if you need any additional information.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

Brian_James@circuitcity.com



| | | |
|---|---|---|
| **Brian_James@circuitcity.com**<br>08/06/2008 07:31 AM | To | richard@amaxhk.com, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | cc | "grace'" <grace@amaxhk.com>, "june'" <june@amaxhk.com>, linda-chen@amaxhk.com |
| | Subject | RE: AMAX Social Audit - Circuit City |
| | Ref | |

Richard - Great. Thanks for the email back.

Juanita - please coordinate with Linda Chen to schedule a two day Social Audit for us.

Thanks,

Brian James
804-486-8955

**"Richard"**
**<richard@amaxhk.com>**

08/05/2008 05:03 PM

To <Brian_James@circuitcity.com>
cc <linda-chen@amaxhk.com>, "june'" <june@amaxhk.com>, "grace'" <grace@amaxhk.com>
Subject RE: AMAX Social Audit - Circuit City

Brian,

Yes we will agree to0 this charge. I have cc'd Linda Chen in our China office who will coordinate with your outside team.

Richard Burns
Managing Director - USA
A-MAX Technology (USA) Co., Ltd
321 Los Gatos Blvd
Los Gatos, CA 95032
Cell 925-683-4592
Website: www.amaxhk.com

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Tuesday, August 05, 2008 1:46 PM
**To:** Richard
**Subject:** AMAX Social Audit - Circuit City

Richard,

Phil Barry provided me your information as a new private label vendor for Circuit City. As being a new vendor, we require that your factory is audited by BV to ensure compliance to our Supplier Code of Conduct. This is an announced visit that is scheduled at a mutually agreeable time with your factory. The cost of the audit is $950 and is vendor funded.

As a next step, please reply to this email that you accept this charge of $950 and we will issue a chargeback to your company. Once we get this confirmation, I will also contact BV to contact you to schedule the audit.

If you have any questions, please advise.

Thank you,

Brian James
Quality Control Manager
804-486-8955

================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS** | To | Zoye Chen |
| | cc | Rob.Bourriague@slambrands.com |
| 2008-07-03 06:29 | bcc | |
| | Subject | Fw: Grace Chance new Factory for Slam Brands |
| | Ref | |

History:   📎 This message has been replied to.

Hello Zoye:

Please coordinate a re-audit of Grace Chang factory for Slam Brands. Please let me know once the audit has been scheduled. Pleaese let me know if you have any questions or need additional information.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 07/02/2008 03:25 PM -----



| | | |
|---|---|---|
| **Brian_James@circuitcity.com** | To | Rob.Bourriague@slambrands.com |
| 07/02/2008 12:24 PM | cc | Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | Subject | RE: Grace Chance new Factory for Slam Brands |
| | Ref | |

Juanita,

Please process a 1 day audit ($550) of hte Grace Chance Factory for Slam Brands. This factory was last audited on 8/17/07 (audit #10072290094). If you don't have current contact information, Rob from Slambrands can help you contact the factory.

thanks,

Brian James
804-486-8955


"Rob Bourriague"
<Rob.Bourriague@slambrands.com>

06/19/2008 06:32 PM

To <Brian_James@circuitcity.com>
cc "Mark Warren" <Mark.Warren@slambrands.com>,
<Alain_Nzigamasabo@Circuitcity.com>,
<Andrew_Proctor@circuitcity.com>

Subject RE: Grace Chance new Factory for Slam Brands

Hi Brian,

Thanks for the update. We accept this charge of $550 for the Grace Chance Audit.

Regards,
Rob

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Thursday, June 19, 2008 11:56 AM
**To:** Rob Bourriague
**Cc:** Mark Warren; Alain_Nzigamasabo@Circuitcity.com; Andrew_Proctor@circuitcity.com
**Subject:** RE: Grace Chance new Factory for Slam Brands

Rob,

We are going to have to go in and complete a 1 day re-audit to ensure compliance. The cost is $550 which is deducted from invoice. Please reply to the email that you accept the charge so we can move forward.

Thanks,

Brian James
804-486-8955

**"Rob Bourriague" <Rob.Bourriague@slambrands.com>**

06/19/2008 12:40 PM

To <Brian_James@circuitcity.com>

cc "Mark Warren" <Mark.Warren@slambrands.com>

Subject RE: Grace Chance new Factory for Slam Brands

Hi Brian,

Here is the answer from Grace Chance regarding the inaccurate books.
1.DUE TO THE WORKER FILL THE DATE WHICH SUPPLIER SENT THE GOODS ACCORDING TO THE BILL MISTAKES, GRACE CHANCE WILL REGULATE THE REST DAY CARFULLY.AND

THIS POINT ALREADY IMPROVED IN AUGUST.

2.GRACE CHANCE ADVISE THERE AT LEAST ONE DAY OFF IN A WEEK FROM AUGUST ACCORDING TO THE LOCAL LAW.ALSO THERE ARE COMPUTER RECORDS MAKE SURE IT'S CORRECT.

At this point, do you approve of Slam Brands to use the results of the September 2007 audit in order to move forward with production at this facility?

I am expecting buyer commitment for two new TV stands within the next two days.

Regards,
Rob

---

From: Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
Sent: Wednesday, June 11, 2008 1:12 PM
To: Rob Bourriague
Cc: Mark Warren
Subject: Re: Grace Chance new Factory for Slam Brands


Before I can answer your question, can you let me know if the explanation by the factory that was captured by BV for the finding of inaccurate books accurate?   Also, has Slambrands looked into this finding?

Thanks,

Brian James
804-486-8955


"Rob Bourriague" <Rob.Bourriague@slambrands.com>

06/06/2008 05:06 PM

To
    <josh_petrie@circuitcity.com>, <brian_james@circuitcity.com>
cc
    "Mark Warren" <Mark.Warren@slambrands.com>
Subject
    Grace Chance new Factory for Slam Brands


Hi Josh and Brian,

Slam Brands will be utilizing the factory "Grace Chance' for an upcoming Verge program.

This factory was recently audited by BV on behalf of Circuit City. I've attached the CAR from that audit in Sep 2007. Is this sufficient for us to ship product from this factory or do I need to apply for a new audit?

Thank you,
Rob

Rob Bourriague
Vice President, Operations
Slam Brands, Inc.
tel: 425.643.3441 x104
fax: 425.643.3442
mobile: 425.772.8379
rob@slambrands.com <mailto:rob@slambrands.com>

[attachment "FRT10072290094 -CAP(Grace Chance Enterprise).pdf" deleted by Brian James/MDSE/Circuit City]

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.


==============================


The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.


==============================


The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br>2008-07-11 01:57 | To | Zoye Chen/CHN/VERITAS |
| | cc | |
| | bcc | |
| | Subject | Fw: Social Audits - Slam Brands |
| | Ref | |

History:   This message has been forwarded.

Hello Zoye:

Please schedule the two follow-up audits (please see below) as per Brian James. Please let me know if you need any additional information. Please let me know once the audits have been scheduled.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 07/10/2008 10:53 AM -----



| | | |
|---|---|---|
| **Brian_James@circuitcity.com**<br>07/10/2008 05:52 AM | To | Rob.Bourriague@slambrands.com, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | cc | Mark Warren <Mark.Warren@slambrands.com> |
| | Subject | RE: Social Audits - Slam Brands |
| | Ref | |

Juanita,

Please schedule 1 day follow up audits on the two Slam Brands factories below at cost of $550 each.
If you don't have contacts from your last audit, Rob at Slam Brands can provide.

Thanks,

Brian James
804-486-8955

Rob Bourriague <Rob.Bourriague@slambrands.com>

| | | |
|---|---|---|
| 07/09/2008 08:25 PM | To | "Brian_James@circuitcity.com" <Brian_James@circuitcity.com> |
| | cc | Mark Warren <Mark.Warren@slambrands.com> |

Subject RE: Social Audits - Slam Brands

Hi Brian;

I approve of this deduction and these audits.

Regards,
Rob

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Tuesday, July 08, 2008 1:48 PM
**To:** Rob Bourriague
**Subject:** Social Audits - Slam Brands

Rob,

There are two factories that we need to have follow up audits with BV. The cost of each will be $550 and will be deducted from invoice once I have your approval by email.

The factories are:

| Vendor Name | Vendor Number | Factory Name | Active for CCS | Audit |
|---|---|---|---|---|
| SLAM BRANDS | 70402 | Lifeart Furniture Shenzhen | Yes | Richm |

| Vendor Name | Vendor Number | Factory Name | Active for CCS | Audit |
|---|---|---|---|---|
| Slam Brands | 70402 | PT GALANGCITRAMITRA MAJUMAPAN (PT Gatra Mapan) | Yes | Richm |

If you have any questions, please let me know.

thanks,

Brian James
804-486-8955
=============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email

System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.