| | | | |
|---|---|---|---|
| Juanita Sanchez-Sevilla/USA/VERITAS | | To | Zoye Chen/CHN/VERITAS |
| | | cc | Mark Warren <Mark.Warren@slambrands.com>, Rob.Bourriague@slambrands.com |
| 2008-08-01 16:58 | | bcc | |
| | | Subject | RE: Modern Home Furniture - Social Audit |
| | | Ref | |

History:     This message has been replied to and forwarded.

Hello Zoye:

Please schedule the below one-day follow-up audit as per Brian James. Please let me know if you have any questions.

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

Brian_James@circuitcity.com



| | | | |
|---|---|---|---|
| Brian_James@circuitcity.com | | To | Rob.Bourriague@slambrands.com |
| 07/31/2008 01:39 PM | | cc | Mark Warren <Mark.Warren@slambrands.com>, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | | Subject | RE: Modern Home Furniture - Social Audit |
| | | Ref | |

Juanita,

Please go ahead and schedule a 1 day follow up audit of the Modern Home Furniture factory. The last audit number was 10070590071.

If you have any questions, please advise.

Thanks,

Brian James
804-486-8955

Rob Bourriague <Rob.Bourriague@slambrands.com>

| | |
|---|---|
| | To "Brian_James@circuitcity.com" |
| 07/31/2008 04:30 PM | <Brian_James@circuitcity.com> |

cc Mark Warren <Mark.Warren@slambrands.com>
Subject RE: Modern Home Furniture - Social Audit

Hi Brian,

Well noted here. I approve of the $550 deduction and we will submit the BV Audit Request form for Modern Home Furniture within 3 business days.

I am cc:ing our Slam Brands-Circuit City Account Manager - Mark Warren mark.warren@slambrands.com on this correspondence. He works closely with me on the Circuit City Audit process.

Regards,
Rob

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Thursday, July 31, 2008 12:12 PM
**To:** Rob Bourriague
**Subject:** RE: Modern Home Furniture - Social Audit

Rob,

Thanks for the response. We discussed here and we need to go back in for a 1 day follow up audit since the last one occurred over a year ago. The cost is $550 and will be deducted from invoice once I get your approval back by email.

If you have any questions, please advise.

Thanks,

Brian James
804-486-8955

Rob Bourriague <Rob.Bourriague@slambrands.com>

07/23/2008 04:35 PM

To "Brian_James@circuitcity.com"
   <Brian_James@circuitcity.com>
cc
Subject RE: Modern Home Furniture - Social Audit

Hi Brian,

Sorry for the delay in response on this. Here is the official response back from our factory with regards to your question below.

Thanks,
Rob

What the foresaid reason is true. August 04,2007 was a rest day and the foresaid worker was at rest,who was in charge of inspection of gas,unexpectedly,gas supplier send gas to our factory,and the supplier called him to inspect (factory stipulated:without inspection,gas could not be acceptable),otherwise,the supplier had to send the gas back to his store. So,the worker came to factory to help the supplier and inspected the gas,total process took no more than 20 minutes.

For this kind of case,below solution had been released:

1. If workers need to work overtime,all need to swipe card
2. For workers working overtime,we'll pay them salary according to Labour Law of Pepple's Republic of China,namely: 150% / 200% / 300%


**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Tuesday, July 08, 2008 1:44 PM
**To:** Rob Bourriague
**Subject:** Modern Home Furniture - Social Audit


Rob,

I was going through old emails and was wondering if you could look into this one for Modern Home Furnature. I think this email was when you were travelling in China.

Thanks,

Brian James
804-486-8955

----- Forwarded by Brian James/MDSE/Circuit City on 07/08/2008 04:41 PM -----

**Brian James/MDSE/Circuit City**

05/20/2008 11:16 AM

To <Anthony.Chiu@slambrands.com>
cc
Subject Re: Fw: Slam Brands new factoriesLink

Anthony,

Thank you for the response. I will process the audit for Tainshan - the cost will be $950.

Regarding Modern Home Furniture, I have found the record of past audits in our system. They have actually completed two separate audits with the second audit being very good. I have attached a more detailed report showing all the improvements they made from the first audit to the second. The only concern is that BV had a finding of a worker in the factory on his rest day - he did not punch his time card. You can see this on the CAP report.

*I would like the factory to respond to this one finding on the CAP report. If the response is satisfactory, Circuit City will consider waiving the future audit of Modern Home Furniture and provide the factory with a 2 year Social Accountability waiver.*

Thank you,

Brian James
Quality Control Manager
804-486-8955


**Brian James/MDSE/Circuit City**

05/20/2008 09:22 AM               To Brian James/MDSE/Circuit City@Circuit City
                                  cc
                                  Subject Fw: Slam Brands new factories


Brian James
804-486-8955
----- Forwarded by Brian James/MDSE/Circuit City on 05/20/2008 09:22 AM -----
**"Anthony Chiu" <Anthony.Chiu@slambrands.com>**

05/19/2008 06:55 PM               To <Brian_James@circuitcity.com>
                                  cc <josh_petrie@circuitcity.com>,
                                      <Sam_Huang@circuitcity.com.hk>
                                  Subject RE: Slam Brands new factories

Hi Brian,

Sorry for late reply as I have just gathered all questionnaires from the factories this morning. However, this is an email confirmation that we have accepted the audit cost and please proceed with the factories audit ASAP. The factories that will be participating for audit this time would be Tainshan Metal Furniture co., Ltd. and Modern Home Furniture. In addition, Modern Home has records showing that they have been audited by Circuit City on Aug 2007, and we are wondering whether it is still valid or not. I have attached a copy of the BV audit report for your reference. Please note that all contact information can be found in the attached factories' questionnaires and inform us when Circuit City has scheduled the audit date with the factories. Should you have any questions, please do not hesitate to contact me anytime.

Best regards,
Anthony Chiu
Product Manager
Slam Brands, Inc
425-643-3441 x137


**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Friday, May 16, 2008 5:54 AM
**To:** Anthony Chiu
**Subject:** RE: Slam Brands new factories


Thanks - I would like to have approval by Monday so we don't have any delays in your shipments. Also, please advise which factories are active and which one we will not be buying from.

thanks again,

Brian James
804-486-8955


"Anthony Chiu" <Anthony.Chiu@slambrands.com>

05/15/2008 04:45 PM

To <Brian_James@circuitcity.com>
cc
Subject RE: Slam Brands new factories

Hi Brian,

Thank you for the document. I am now pending for approval for the audit cost and will let you know ASAP. However, please note that there are only two factories that required audit at this time and the cost should be $1,900 instead of $2,850.

Thank you for your kind assistance.

Best regards,
Anthony


**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Thursday, May 15, 2008 1:14 PM
**To:** Anthony Chiu
**Cc:** josh_petrie@circuitcity.com; Sam_Huang@circuitcity.com.hk
**Subject:** RE: Slam Brands new factories


Here are the documents. Please reply back that you approve the cost so we can proceed with the audits.

Thanks,

Brian James
804-486-8955


"Anthony Chiu" <Anthony.Chiu@slambrands.com>

05/15/2008 02:29 PM

To <Brian_James@circuitcity.com>
cc <josh_petrie@circuitcity.com>,
   <Sam_Huang@circuitcity.com.hk>
Subject RE: Slam Brands new factories

Hi Brian,

Thank you for your reply. Unfortunately, Rob is currently traveling and he might not be able to assign me to access your company portal until end of the month. Therefore, could you be able to email me the soft copies of the Import Vendor Guide and the Import Factory Certification Program document, so that I can continue the factory audit process without further delay. Please let me know if you have any questions. Thank you.

Best regards,
Anthony


**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Wednesday, May 14, 2008 12:58 PM
**To:** Anthony Chiu
**Cc:** josh_petrie@circuitcity.com; Sam_Huang@circuitcity.com.hk
**Subject:** Slam Brands new factories


Anthony,

All the documents you need are on our portal under the import tab.  The access to this is vendor maintained and Rob at your company can assign you access.  The two key documents are the Import Vendor Guide and the Import Factory Certification Program.

Our policy is tha Circuit City conducts three audits at all new factories.

We conduct a Capacity and Capability audit plus a C-TPAT audit at no charge to the vendor.  These are headed by Sam Huang who I copied on this email.

We also conduct a Social Accountability audit.  The cost is $950 per facility and is vendor paid. Circuit City deducts this payment from invoice.  Please reply to this email that you acknowledge this

charge and we will deduct $2,850 for the three new factories. Once we get your acknowledgement, I will forward your info to BV so they can schedule the audits with your 3 factories.

Finally, please provide formal factory names, address and contacts at each factory.

If you have any questions, please advise

Thanks,

Brian James
QC Manager
804-486-8955


"Anthony Chiu"
<Anthony.Chiu@slambrands.com>

05/13/2008 12:25 PM

To <josh_petrie@circuitcity.com>

cc <Brian_James@circuitcity.com>

Subject RE: Introduction: Anthony Chiu - assisting with scheduling upcoming factory audits


Hi Josh,

Thank you for your last email. However, I am still waiting for Brian's reply regarding the social audit process. Could you please provide me his contact information so that I can touch base with him for this matter?

Thank you for your help.

Best regards,
Anthony

**From:** josh_petrie@circuitcity.com [mailto:josh_petrie@circuitcity.com]
**Sent:** Monday, May 12, 2008 12:33 PM
**To:** Anthony Chiu
**Cc:** Brian_James@circuitcity.com; Rob Bourriague
**Subject:** RE: Introduction: Anthony Chiu - assisting with scheduling upcoming factory audits
**Importance:** High

Hi Anthony,

Please see attached CTPAT pre-audit forms ( 2 ). We have our CCGS ( CCITY Global Services office ) in China set up the appointments and handle actual audit with each location. Feel free to give this form each new factory. If you want to give me the best name/contact infor for each location that would be great. I will have our CCGS office make direct contact with each person.

Brian handles the social audit portion and he will be in contact with you on those issues. We will strive to have the CTPAT audits done as soon as possible.

Regards

Josh Petrie[attachment "CCGS CTPAT Audit Questionnaire 01.doc" deleted by Josh Petrie/MDSE/Circuit City]
804-486-7827  DIRECT
ext :67827
MAIN # 804-486-4000


"Anthony Chiu"
<Anthony.Chiu@slambrands.com>

05/09/2008 04:51 PM

           To <josh_petrie@circuitcity.com>
           cc "Rob Bourriague" <Rob.Bourriague@slambrands.com>,
           <Brian_James@circuitcity.com>
           Subject RE: Introduction: Anthony Chiu - assisting with scheduling
           *upcoming factory audits*

Hi Josh and Brian,

It is my pleasure to work with you both. As the CY date for these new items will be end of June, I would like to get this audit process up to speed. Please kindly provide all required pre-audit documents for both CTPAT and social/factory capability audit prior to the audit process, and I will communicate with all factories that will be participating for the audit process.

Should you have any questions, please do not hesitate to contact me anytime.

Regards,
*Anthony Chiu*
Product Manager
**Slam Brands, Inc.**
Tel (425) 643-3441 Ext 137


**From:** Rob Bourriague
**Sent:** Friday, May 09, 2008 1:29 PM
**To:** Anthony Chiu
**Subject:** FW: Introduction: Anthony Chiu - assisting with scheduling upcoming factory audits

**From:** josh_petrie@circuitcity.com [mailto:josh_petrie@circuitcity.com]
**Sent:** Friday, May 09, 2008 11:50 AM
**To:** Rob Bourriague
**Cc:** Anthony Chiu
**Subject:** Re: Introduction: Anthony Chiu - assisting with scheduling upcoming factory audits

Hi Rob,

Hopefully we can finally met the next time you are in town. I look forward to working with you on the new business. I will be your primary contact for most tender and shipping matters. I will also be your contact for CTPAT audits but not on the social audit or factory capability type reviews. I have included Brian James as he will be handling the social audit details.

I can have the CTPAT audit get under way in the meantime. We use our own CCGS offices for audit in the Shenzhen area

regards for now,


Josh Petrie
804-486-7827  DIRECT
ext :67827
MAIN # 804-486-4000


"Rob Bourriague"
<Rob.Bourriague@slambrands.com>

05/08/2008 08:46 PM


To <josh_petrie@circuitcity.com>

cc "Anthony Chiu" <Anthony.Chiu@slambrands.com>

Subject Introduction: Anthony Chiu - assisting with scheduling upcoming factory audits

Hi Josh,

Its been awhile since we have had the opportunity to chat - our business is continuing to grow and I hope to meet you in person one of these days. I am heading back to China on Monday; but wanted to alert you of three upcoming factory audits we need to schedule. Anthony Chiu who leads our Circuit City Product Management execution teams will be working with you in the short-term on COC/CTPAT related items regarding these three factories. I still owe you follow-up on Gatra Mapan, which will come under separate email.

We recently received committments from Crystal and Andrew on three skus (these are being handled through Tradestone) - can you confirm that you are our primary contact for audits under this purchasing arrangement

We need to schedule Circuit City audits for the following factories:

Shincrest (Dongguan Shindin)
Tianshan (Worldwide Technical)
Modern Home Furniture

Thanks Josh,

Regards,
Rob

Rob Bourriague
Vice President, Operations
Slam Brands, Inc.
tel: 425.643.3441 x104
fax: 425.643.3442
mobile: 425.772.8379
rob@slambrands.com

==================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized

review, use, disclosure or distribution is prohibited.
Thank you. [attachment "WWT FTY Audit.rar" deleted by Brian James/MDSE/Circuit City] [attachment "MHF FTY Audit.rar" deleted by Brian James/MDSE/Circuit City]

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.