| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br>2008-06-13 00:59 | To | zoye.chen@cn.bureauveritas.com |
| | cc | |
| | bcc | |
| | Subject | Fw: Social Accountability Audit - Lexmark |
| | Ref | |

History:     This message has been replied to and forwarded.

Hello Zoye:

Please schedule the audit below for CC. Please confirm receipt of this email and advise when the audit is scheduled.

Thanks!

Best Rgs,
Juanita
Juanita Sanchez-Sevilla
  Senior Analyst, Audit and
  Assessment Services
  Bureau Veritas-CPS
  Phone/Fax: (619) 677-2683
  Cell Phone: (619) 850-0929
  Email: juanita.sanchez-              sevilla@us.bureauveritas.com
  Web: www.cps.bureauveritas.com
Save a tree. Please don't print this email unless its really necessary.


**From:** Brian_James
**Sent:** 06/11/2008 04:36 PM AST
**To:** Juanita Sanchez-Sevilla
**Cc:** dcrouch@Lexmark.com
**Subject:** Fw: Social Accountability Audit - Lexmark


Juanita,

Please schedule a one day follow up audit ($550) of the Lite One Opto Tech factory. Please note that the vendor is actually Lexmark. We last audited the factory on August 3, 2007 (audit #10071990214). If you don't already have contacts at the factory, please contact Dominique.

Thanks,

Brian James
804-486-8955
----- Forwarded by Brian James/MDSE/Circuit City on 06/11/2008 04:32 PM -----

**Brian James/MDSE/Circuit City**

| | | |
|---|---|---|
| 06/11/2008 04:32 PM | To | dcrouch@Lexmark.com@CCEXTERNAL |
| | cc | |
| | Subject | Re: Fw: Social Accountability Audit - LexmarkLink |

Dominique,

That is good news - we can now do only a one day follow up audit at a cost of $550 instead of the $950 you agreed to.   I will contact BV to begin the process of scheduling the audit.   They will reach out to the factory in the coming days.

Also, I attached their last audit of the factory for your reference.    We hope that the findings have been corrected so we can give them a 'satisfactory' rating.

Thanks,

Brian James
804-486-8955


dcrouch@Lexmark.com

06/09/2008 08:57 AM

To Brian_James@circuitcity.com
cc
Subject Re: Fw: Social Accountability Audit - Lexmark


Brian,

This is the same factory that Circuit audited in 2007. Please advise as to what the next steps are and thanks!

Dominique

Dominique Crouch
Lexmark International
859-232-1245
dcrouch@lexmark.com

Brian_James@circuitcity.com

05/30/2008 01:12 PM

To dcrouch@Lexmark.com
cc ansmith@lexmark.com, daildw@lexmark.com, dsmallwo@lexmark.com, jsrice@lexmark.com, leek@lexmark.com, MikeLiu@lexmark.com, mschwarz@lexmark.com, nperry@lexmark.com,

probinso@lexmark.com, yreid@lexmark.com
Subject Re: Fw: Social Accountability Audit - Lexmark

Dominique,

As a follow up to our conversation, below is the information on a Lite On factory we have audited in August of 2007. If you are using the same factory, please advise since we will have only a 1 day follow up instead of the 2 days we were planning.

thanks,
(Embedded image moved to file: pic15040.jpg)

Brian James
804-486-8955

> dcrouch@Lexmark.com
>
> 05/30/2008 12:44 PM
>
> To
> Brian_James@circuitcity.com
> cc
> yreid@lexmark.com,
> MikeLiu@lexmark.com,
> leek@lexmark.com,
> daildw@lexmark.com,
> dsmallwo@lexmark.com,
> jsrice@lexmark.com,
> mschwarz@lexmark.com,
> ansmith@lexmark.com,
> nperry@lexmark.com,
> probinso@lexmark.com
> Subject
> Re: Fw: Social Accountability Audit - Lexmark

Brian,

We accept the charge of $950 for the Lite-On Factory audit and will be looking for your 3rd Party, BV, during the dates of 6/5-6/13 (or later). Please let me know if the charge will be specifically referenced on the invoice.

Below is the contact for the audit arrangement. Please let me know if you need additional information and thanks!

Kent Liu
Sales manager
Lite-On Tech. Corp.
3f,392, Ruey Kuang Road, Neihu Taipei 114, Taiwan, ROC
phone:+886-2-8798-2881 ext 5711; Fax: 886-2-8798-2871
kent.liu@liteon.com

Stoney Chen
HR manager
LITE-ON TECHNOLOGY CORP.
Tel:+86-20-82373688 Ext.#16700
Fax:+86-20-82373688 Ext.#16804
Email: stoney.chen@liteon.com

Have a great weekend!
Dominique


Dominique Crouch
Lexmark International
859-232-1245
dcrouch@lexmark.com


Brian_James@circuitcity.com


05/29/2008 11:30 AM                                          To
                           dcrouch@Lexmark.com
                                   cc

                              Subject
                   Re: Fw: Social Accountability
                   Audit - Lexmark




Yes - it should be completed prior to first shipment.  We audit many things and will work with the factory to fix but some findings are so critical that we would cancel all outstanding PO's - for example forced

*prison labor, life treating health and safety, child labor...*

My thoughts are you are already going through this in some form so this shouldn't be a big problem.

Brian James
804-486-8955

|  |  |
|---|---|
| dcrouch@Lexmark.com<br><br>05/29/2008 09:16 AM | To<br>Brian_James@circuitcity.com<br>cc<br><br>Subject<br>Fw: Social Accountability Audit - Lexmark |

Brian,

*We do not have a direct import PO yet, does this audit need to be done prior to first shipment? Please advise and thanks!*

Dominique

Dominique Crouch
Lexmark International
859-232-1245
dcrouch@lexmark.com
----- Forwarded by Dominique Crouch/Lex/Lexmark on 05/29/2008 09:13 AM
-----

|  |  |
|---|---|
| Dominique Crouch/Lex/Lexmark<br><br>05/28/2008 04:41 PM | To<br>Brian_James@circuitcity.com<br>cc<br>Angela Smith/Lex/Lexmark@Lexmark, Yoshie T Reid/Lex/Lexmark@Lexmark<br>Subject<br>Re: Social Accountability Audit - Lexmark Link |

Brian,

I will need to communicate with my team before we can accept this audit. However, the signed Supplier Code of Conduct was given to Robert Eckard on 4/2/08 when we all met. Please get the document from him. I will be back in touch with you soon.

Dominique

Dominique Crouch
Lexmark International
859-232-1245
dcrouch@lexmark.com


Brian_James@circuitcity.com

05/28/2008 02:59 PM                                    To
                        dcrouch@Lexmark.com
                                  cc

                              Subject
                      Social Accountability Audit
                      - Lexmark


Dominique,

Hope all is well with you - I am getting use to my new position.  I wanted to follow up with our conversation when your whole team was in Richmond regarding Social Audits and Compliance for the printers we are importers of record.  We will need to do an audit of the facilities that manufacture the printers we are importers of record for.  We will not need to audit the DC that you consolidate your inventory in Asia.

Can you provide the names of the factories that make the goods we import? Also, the cost of the audit is $950 and is vendor paid.  We deduct this from invoice so we will need your confirmation that you accept this charge - you can just reply to this email that you accept.

Once you accept the charge, I will contact BV - our third party audit firm - and they will coordinate a mutually agreed time for an audit with the factory.

The only other thing missing, is that we need our Supplier Code of Conduct signed by both Lexmark and the factory (unless you own the factory). I have attached this for your review.

Please let me know if you have any questions.

Thanks,

Brian James
804-486-8955

================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.
(See attached file: Factory_Certification_Program_revised_Aug_2007.pdf)
(See attached file: Factory_Certification_Program_revised_Aug_2007.pdf)

================================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS** | To | Zoye Chen |
| | cc | "Linda Scherling" <LindaS@bello.com>, "Rob Weitz" <RobWeitz@bello.com>, Howie@bello.com |
| 2008-07-03 06:32 | bcc | |
| | Subject | Fw: Bello Social Audit - Topsound audio Ningbo Co. Ltd. |
| | Ref | |

History: 🗊 This message has been replied to.

Hello Zoye:

Please coordinate an audit at the below factory. Please let me know once the audit has been scheduled. Please let me know if you need any additional information or have any questions.

Thanks!

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 07/02/2008 03:30 PM -----



| | | |
|---|---|---|
| **Brian_James@circuitcity.com** | To | Howie@bello.com |
| 07/02/2008 01:35 PM | cc | "Linda Scherling" <LindaS@bello.com>, "Rob Weitz" <RobWeitz@bello.com>, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | Subject | Re: FW: Bello Social Audit - Topsound audio Ningbo Co. Ltd. |
| | Ref | |

Juanita,

Please schedule a 2 day audit ($950) for Bello's new factory.

Topsound audio Ningbo Co. Ltd.
No. 77 Changyang Road
Jiangbei Investment Pioneering Park,
Ningbo, Zhejiang China 315033
phone: 86-574-8819-9088
fax: 86-574-8758-8985

Howie - do you have a contact at the factory BV can call / email to schedule the audit?

thanks,

Brian James
804-486-8955

**"Howie Cooperstein"**
**<Howie@bello.com>**

07/02/2008 03:55 PM

To <Brian_James@circuitcity.com>
cc <Crystal_Corley@circuitcity.com>, "Rob Weitz" <RobWeitz@bello.com>, "Linda Scherling" <LindaS@bello.com>
Subject FW: Bello Social Audit - Topsound audio Ningbo Co. Ltd.

Hi Brian,

Confirming the inspection charge of $950 stated below.

# Howie

Howie Cooperstein

Bell'O International Corp

711 Ginesi Drive

Morganville, NJ 07751

Tel: 732-972-1333 xt 102

Fax: 732-536-6482

email: howie@bello.com

web: www.bello.com

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Wednesday, July 02, 2008 3:43 PM
**To:** Rob Weitz
**Cc:** Crystal_Corley@circuitcity.com
**Subject:** Bello Social Audit - Topsound audio Ningbo Co. Ltd.

Rob,

We will need to do a Social Audit of this new factory. The cost of the audit is still $950 - same as in the past. Please reply to this email that you accept the charge, we will then deduct it from outstanding invoice and have BV contact the factory to schedule the audit.

Let me know if you have any questions.

Thanks,

Brian James
804-486-8955

"Rob Weitz"
<RobWeitz@bello.com>

06/23/2008 02:20 PM

To <josh_petrie@circuitcity.com>, <holli_blake@circuitcity.com>,
   <Brian_James@circuitcity.com>
cc <Corrie_Mandell@circuitcity.com>, <Crystal_Corley@circuitcity.com>, "Dorothy Gyug" <Dorothy@bello.com>, "Howie Cooperstein" <Howie@bello.com>,
   <Jeremy_Corazzini@circuitcity.com>, <Brian_James@circuitcity.com>
Subject RE: Purchase Orders needed for 2 models  Mfg change to Ningbo for one sku

Hi Josh,

I had sent an email explaining the move to Brian James on June 2nd, just prior to a trip to China explaining why we were moving factories for the AVSC-9870. Here is a copy of that email.

Regarding the cancelled Audit of Bulou Anhour, we were informed late last week that Bulou Anhour, who has been producing the AVSC-9870, was raising prices significantly. We have tried to maintain the pricing but were unable to agree on a price that would not result in a large cost increase for this model. That is why the audit was cancelled. Anhour will honor the one Circuit City order at the current prices.

We are in the process of moving this model to another factory that Bell'O currently uses for other products. I will be leaving for China on Monday, June 9th, and will inform you of the factory name and information so that you may schedule an audit for this new factory when I return at the end of June.

This situation was very unexpected, but we are confident that everything will proceed rapidly and smoothly, and we do not anticipate any interruption in the supply chain.

Please let Howie or me know if you have any other questions.

Thank you


The factory that will be making this model going forward is:

Topsound audio Ningbo Co. Ltd.
No. 77 Changyang Road
Jiangbei Investment Pioneering Park,
Ningbo, Zhejiang China 315033
phone: 86-574-8819-9088
fax: 86-574-8758-8985


This is the only model that has changed factories.

I am sorry that we did not inform you earlier.

Rob Weitz
Vice President of Product Development
Bell'O International Corporation
711 Ginesi Drive
Morganville, N.J. USA 07751
Phone: 732-972-1333
Fax: 732-536-6482
Email: robweitz@bello.com


**From:** josh_petrie@circuitcity.com [mailto:josh_petrie@circuitcity.com]
**Sent:** Monday, June 23, 2008 1:41 PM
**To:** holli_blake@circuitcity.com; Brian_James@circuitcity.com
**Cc:** Corrie_Mandell@circuitcity.com; Crystal_Corley@circuitcity.com; Dorothy Gyug; Howie Cooperstein; Jeremy_Corazzini@circuitcity.com; Rob Weitz
**Subject:** RE: Purchase Orders needed for 2 models Mfg change to Ningbo for one sku

Dorthy,

I am not aware of this new factory info. Can you pass along complete factory info ( emails, phone, address, etc )

Will this be for this sku only ? Is this a permanent change ?

Josh Petrie
804-486-7827  DIRECT
ext :67827
MAIN # 804-486-4000

Holli Blake/MDSE/Circuit City

06/23/2008 01:20 PM

To "Dorothy Gyug" <Dorothy@bello.com>@CCEXTERNAL
cc Corrie_Mandell@circuitcity.com, Crystal_Corley@circuitcity.com, howie@bello.com, Jeremy_Corazzini@circuitcity.com, robweitz@bello.com, Josh Petrie/MDSE/Circuit City@Circuit City
Subject RE: Purchase Orders needed for 2 models Link

Hi Dorothy. Before I make any changes I want to make sure I understand. Please let me know if my notes are correct. Thanks.

### PO# 2095886 (ERD 8-21-08)
- AVSC2121 with ERD 8-21-08       no changes need to be made
- AVSC2121 with ERD 7-24-08       never received purchase order, need to issue PO

### PO# 2093389 (ERD 8-21-08)
- PVS4218HG                       no changes need to be made
- FP9830                          no changes need to be made
- FP4850HG with ERD 8-21-08       no changes need to be made
- FP4850HG with ERD 7-21-08       never received purchase order, need to issue PO
- AVSC9870                        tender port changing, need to cancel 220 pieces off PO and reissue with correct port information with ERD of 8-27-08

Holli Blake
Inventory Analyst Television

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
P 804-486-3634

STRATEGIC * ACHIEVER * LEARNER * RELATOR * ACTIVATOR

"Dorothy Gyug"
<Dorothy@bello.com>

06/23/2008 01:01 PM

To <Corrie_Mandell@circuitcity.com>, <Crystal_Corley@circuitcity.com>
cc <holli_blake@circuitcity.com>, <Jeremy_Corazzini@circuitcity.com>,
<robweitz@bello.com>, <howie@bello.com>
Subject RE: Purchase Orders needed for 2 models

After I sent the email below this morning, I rec'd 2 POs from you—the following can be confusing, so please let me know if you have any questions.

PO#2095886 for 860 pcs of AVSC2121 with an ERD of 8/21/08. Based on previously received forecasts, my production department has 2 containers in work for this time period so this order is fine. We still have a container that has a tender start date of 7/4/08 which would be an ERD of 7/24/08 that I have not received a Circuit City PO for.

PO#2093389 for 4 different models. PVS4218HG and FP9830 have no issues. FP4850HG—we have a container in work for this time period based on previously received forecasts so this order is fine. We still have a container of FP4850HG that has a tender start date of 7/1/08 which would be an ERD of 7/21/08 that I have not received a Circuit City PO for.
Now, for model AVSC9870, I can deliver one container of 220 pcs on this PO. We are switching factories for this model to Mi Bo and the port for Mi Bo is Ningbo, not Yantian. Due to this switch, I need for you to cancel off 220 units of AVSC9870 (leaving the other 220 as is) and issue a different PO for the balance of 220 units with an ERD of 8/27/08. This new PO will be shipping from Mi Bo.

Again, please let mw know if you need any further information.
Thank you very much,
Dorothy Gyug
EDI Logistics Coordinator
Bell'O International Corp.
Phone 732-972-1333 x 109
Fax 732-536-6482

dorothy@bello.com

**From:** Dorothy Gyug
**Sent:** Monday, June 23, 2008 11:11 AM
**To:** 'Corrie_Mandell@circuitcity.com'; Crystal_Corley@circuitcity.com
**Cc:** holli_blake@circuitcity.com; Jeremy_Corazzini@circuitcity.com; robweitz@bello.com; howie@bello.com
**Subject:** Purchase Orders needed for 2 models
**Importance:** High

I know Corrie is not in the office this week, but my team in China emailed me regarding 2 containers that they have in finishing, but I have not received your purchase orders for the product yet. I have a container of AVSC2121 that has a tender start date of 7/4/08-ERD of 7/24/08 and a container of FP4850HG that has a tender start date of 7/1/08-ERD of 7/21/08.

Please advise when I can expect these 2 Purchase Orders.

Thank you very much,

Dorothy Gyug
EDI Logistics Coordinator
Bell'O International Corp.
Phone 732-972-1333 x 109
Fax 732-536-6482
dorothy@bello.com

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

| | | |
|---|---|---|
| **Juanita Sanchez-Sevilla/USA/VERITAS**<br>2008-06-21 06:21 | To | Zoye Chen/CHN/VERITAS |
| | cc | |
| | bcc | |
| | Subject | Fw: Jakks Social Audits -Circuit City |
| | Ref | |

History:   This message has been replied to and forwarded.

Hello Zoye:

Please schedule the audit below for CC. Please confirm receipt of this email and advise when the audit is scheduled. Please let me know if you have any additional questions regarding this request.

Thanks!

Best Regards,
Juanita

Juanita Sanchez-Sevilla
Senior Analyst, Audit & Assessment Services
Bureau Veritas Consumer Products Services
Phone: (619) 677-2683
Cell: (619) 850-0929
email: juanita.sanchez-sevilla@us.bureauveritas.com
web: www.cps.bureauveritas.com

----- Forwarded by Juanita Sanchez-Sevilla/USA/VERITAS on 06/20/2008 03:20 PM -----



| | | |
|---|---|---|
| **Brian_James@circuitcity.com**<br>06/16/2008 01:18 PM | To | brendag@jakks.net, Juanita Sanchez-Sevilla/USA/VERITAS@VERITAS |
| | cc | "Giselle Byrne" <giselleb@jakks.net>, Zach_Ludwig@circuitcity.com |
| | Subject | RE: Jakks Social Audits -Circuit City |
| | Ref | |

Juanita,

Please schedule 3 factory audits for vendor Jakks Pacific. There are two 2-day audits ($950 each) for factories:

EARLY LIGHT INDUSTRIAL CO. LTD
Dongguan Hang Fat Metal and Plastic Factory

There is one 1-day follow up audit ($550) for factory "Rootland Plastic Factory". The last audit was November 2007.

Brenda, who is copied, can provide contact information at the factories.

Thanks,

Brian James

804-486-8955

"Brenda Gaudenzi"
<brendag@jakks.net>

06/09/2008 04:28 AM

To <Brian_James@circuitcity.com>
cc "Giselle Byrne" <giselleb@jakks.net>, <Mary_Johndrow@circuitcity.com>, <Zach_Ludwig@circuitcity.com>, "Giselle Byrne" <giselleb@jakks.net>
Subject RE: Jakks Social Audits -Circuit City

Brian,

We will cover the factory audits charges indicated below. Please proceed with the factory audits.

Brenda

Brenda Gaudenzi
VP of Sales
Jakks Pacific, Inc
P 401-789-1457 E brendag@jakks.net

**From:** Brian_James@circuitcity.com [mailto:Brian_James@circuitcity.com]
**Sent:** Wednesday, June 04, 2008 11:52 AM
**To:** Brenda Gaudenzi
**Cc:** Giselle Byrne; Mary_Johndrow@circuitcity.com; Zach_Ludwig@circuitcity.com
**Subject:** Jakks Social Audits -Circuit City

Brenda,

So it looks like we are going to have to do two new audits on EARLY LIGHT INDUSTRIAL CO. LTD and Dongguan Hang Fat Metal and Plastic Fty. Also, we will need to do a follow up audit on Rootland since the last audit was conducted 11/23/07 and received a score of "needs improvement". Our policy is to reaudit in 4 months all noncompliant factories.

I will remove from our list Wealthwise Plastic Fty, Lung Cheong Toys Co, and Sunlight Electronics Toys Manufacturing Co. If you plan to ship from these again, please advise so follow up audits can be done at each since they also received a "needs improvement" rating in their last audits.

As a next step, we will require payment for these audits. Our policy is to deduct from outstanding invoice. The cost of the Early and Hang factories is $950 each and the follow up audit of Rootland is $550. Please confirm your acceptance of the charge of $2,450 for audits. Once I receive your acceptance, I will contact BV to schedule the audits.

If you have any questions, please advise.

Thanks,

Brian James
804-486-8955

"Brenda Gaudenzi" <brendag@jakks.net>

06/03/2008 06:32 PM

To <Brian_James@circuitcity.com>
cc <Mary_Johndrow@circuitcity.com>, "Giselle Byrne" <giselleb@jakks.net>
Subject FW: Circuit City / Jakks-quote sheets

Brian,

Attached are the Jakks quotes which include the factory addresses.

Brenda

Brenda Gaudenzi
VP of Sales
Jakks Pacific, Inc
P: 401-789-1457 E: brendag@jakks.net

**From:** Brenda Gaudenzi
**Sent:** Friday, May 30, 2008 9:24 AM
**To:** 'Zach_Ludwig@circuitcity.com'
**Cc:** 'Kelly_Hulsey@circuitcity.com'; Giselle Byrne
**Subject:** Circuit City / Jakks-quote sheets

Zach,

Attached are the quotes sheets for the Hannah Montana and Eyeclops items for Jakks.

Please note the last quote sheet includes two tabs one for the Hannah Dance Mat and one for the Hannah Keyboard.

Regards,

Brenda

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) or organization(s) to whom or which it is addressed and may contain information which is confidential and privileged. The unauthorized use, copying, distribution, or disclosure of this e-mail or any of its contents by anyone other than the intended recipient is unauthorized and unlawful. If you have received this e-mail in error, please notify the sender immediately and destroy all copies of this transmission. Thank you.

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the person(s) or organization(s) to whom or which it is addressed and may contain information which is confidential and privileged. The unauthorized use, copying, distribution, or disclosure of this e-mail or any of its contents by anyone other than the intended recipient is unauthorized and unlawful. If you have received this e-mail in error, please notify the sender immediately and destroy all copies of this transmission. Thank you.

==============================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.