TO: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
MAR 1 2010
CLERK
US BANKRUPTCY COURT

RE:                                              CA-NO
DOC [4963] - FRANKLIN SPENCER WILSON - 08-35653

RESPONSE: MOTION AND NOTICE OF HEARING ON DEBTORS' MOTION FOR AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGEMENT ON THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS) WITH RESPECT TO THE CLAIM OF FRANKLIN SPENCER WILSON.

Your Honor and the Court as I pointed out to the court herein Circuit City's attempt to use (disallowance of certain legal claims) in their fraudulent attempt to convince the court that their "malicous" criminal destruction of my E.Bay website and the Windows on my Compaq Computer comes under disallowance of certain - MINOR legal claims in order to gain a SUMMARY JUDGEMENT, and their efforts to minimize this criminal

MALICOUS DESTRUCTION REFEREING TO IT IN EXHIBIT A AND EXHIBIT B AS "DAMAGE", ALSO REARRANGEING THE WORDING IN MY CLAIM AND MICROSOFTS TESTIMONY "A SNOW JOB" ON THE COURT AND YOUR HONOR I POINTED OUT TO YOUR HONOR THAT "MALICOUS SOFTWARE AND HARDWARE TAMPERING - INTENTIONAL HUMAN MISUSE BY CIRCUIT CITY - MICROSOFTS UNDISPUTEABLE TESTIMONY, COMES UNDER ONLY ONE TYPE OF LEGAL CLASY AND THAT IS CRIMINAL AND DOES NOT MERIT OR JUSTIFY A SUMMARY JUDGEMENT ON THIRTY-FIRST OMNIBUS OBJECTION TO CLADMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS) WITH RESPECT TO THE CLAIM OF FRANKLIN SPENCER WATSON; THESE MEN MALICOUSLY DESTROYED MY CAREER AND MY LIFE.

THE ONLY EQUIVALENT COMPASION I CAN THINK OF TO MAKE TO THIS COURT AND YOUR HONOR IS IF CIRCUIT CITY RAN OVER YOUR HONORS DAUGHTER AND BACKED UP OVER HER BODY AND THREW IT OFF THE BRIDGE

AND COMING BEFORE YOUR HONOR SAYING, "I KNOW BUT I'M A NICE GUY COULD I HAVE A SUMMARY JUDGEMENT AGAINST YOUR HONORS CLAIM AGAINST ME, ON THE MERITS THAT I'M SUCH A NICE GUY?" THIS IS THE SECOND ATTEMPT OF THESE "NICE GUYS" OF CIRCUIT CITY TO MAKE A FOOL OUT OF THIS COURT AND YOUR HONOR "PULLING THE WOOL OVER YOUR EYES" TO OBTAIN A SUMMARY JUDGEMENT USEING (DISALLOWANCE OF CERTAIN (MINOR) LEGAL CLAIMS).

HERE THE COURT SHOULD REPLY TO CIRCUIT CITY SAYING OBJECTION OVERRULED, I HAVEN'T FORGOTTEN YOU BY NDING OVER MY DAUGHTER AND THROWING HER OFF THE BRIDGE EITHER - YOU NICE GUYS.

*[signature]*
FRANKLIN SPENCER
WILSON