**<u>Hearing Date: March 18, 2010 at 10:00 a.m.</u>**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS OF DEBTORS'
FOURTH, TWENTY-THIRD, AND FORTY-SECOND OMNIBUS
OBJECTIONS TO CLAIMS FILED BY MITSUBISHI DIGITAL
<u>ELECTRONICS AMERICA, INC. AND RESPONSES THERETO</u>**

   **PLEASE TAKE NOTICE** that

   On April 17, 2009, the Debtors objected to proof of claim 7194 ("Claim 7194") filed by Mitsubishi Digital Electronics America, Inc. (the "Responding Claimant") in the Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (Docket No. 3096; the "Fourth Omnibus Objection").

On June 23, 2009, the Debtors objected to proof of claim 12300 filed by the Responding Claimant ("Claim 12300") in the Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 503(b)(9) Claims) (Docket No. 3711; the "Twenty-Third Omnibus Objection").

On September 21, 2009, the Debtors objected to Claim 7194 in the Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 5015; the "Forty-Second Omnibus Objection," and collectively, with the Fourth Omnibus Objection and the Twenty-Third Omnibus Objection, the "Objections").

**PLEASE TAKE FURTHER NOTICE** that the Responding Claimant filed a response (Docket No 3386; the "Response to the Fourth Omnibus Objection") to the Fourth Omnibus Objection.

The Responding Claimant filed a response (Docket No. 3946; the "Response to the Twenty-Third Omnibus Objection") to the Twenty-Third Omnibus Objection.

The Responding Claimant filed a response (Docket No. 5122; the "Response to the Forty-Second Omnibus Objection" and collectively, with the Response to the Fourth Omnibus Objection and the Response to the Twenty-Third Omnibus Objection, the "Responses") to the Forty-Second Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Objections with respect to the Responding Claimants' claims and the Responses shall be heard at **10:00 a.m. (Eastern Time) on March 18, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Responses then it or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on March 18, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not**

**attend the hearing, the Court may grant the relief requested by the Debtors.**

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: March 2, 2010           SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley          .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\10792159.1