| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
            Debtors.           : Jointly Administered
- - - - - - - - - - - - - - - x
```

**WITHDRAWAL OF MOTION OF DEBTORS FOR ORDER PURSUANT
TO BANKRUPTCY CODE SECTION 105 AND BANKRUPTCY RULE 2002,
3003(C)(3), AND 9007 TO DEEM PUBLICATION NOTICE OF GENERAL
BAR DATE SUFFICIENT AS TO CERTAIN PARTIES**

The debtors and debtors in possession in the above-captioned jointly administered cases hereby withdraw without prejudice the Motion Of Debtors For Order Pursuant To Bankruptcy Code Section 105 And Bankruptcy Rule 2002,

3003(C)(3), And 9007 To Deem Publication Notice Of General Bar Date Sufficient As To Certain Parties (Docket No. 6455).

Dated: March 2, 2010         SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                             Chris L. Dickerson, Esq.
                             155 N. Wacker Drive, Suite 2700
                             Chicago, Illinois 60606-2700
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP


                             /s/ Douglas M. Foley _____
                             Dion W. Hayes (VSB No. 34304)
                             Douglas M. Foley (VSB No. 34364)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession