Hearing Date: March 18, 2010 at 10:00 am
Objection Deadline: March 15, 2010

Rodney F. Page, VSB No. 12402
Bryan Cave, LLP
1155 F Street, NW
Washington, DC 20004
(202) 508-6000 (Telephone)
(202) 508-6200(Facsimile)
rfpage@bryancave.com


Counsel for Berkadia Commercial Mortgage, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC.,** *et al* | § | **Case No. 08-35653 (KRH)** |
| | § | |
| Debtor. | § | **Jointly Administered** |
| | § | |

## NOTICE OF MOTION AND NOTICE OF HEARING
## ON BERKADIA COMMERCIAL MORTGAGE LLC'S MOTION
## TO COMPEL ASSUMPTION OR REJECTION OF GROUND LEASE

**PLEASE TAKE NOTICE** that on March 4, 2010, Berkadia Commercial Mortgage LLC filed its Motion to Compel Assumption or Rejection of Ground Lease ("the Motion").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.).

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 15, 2010, you or your attorney must:

[x]    File with the court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before March 15, 2010.

[x]  Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order) which can be found at ww.kccllc.net/circuitcity.

Hearing Date: March 18, 2010 at 10:00 am
Objection Deadline: March 15, 2010

[x]  Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, at 10:00 a.m. (Eastern Time) on March 18, 2010 at the United States Bankruptcy Court, Room 500, 701 East Broad Street, Richmond, VA 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated:  March 4, 2010                              Respectfully Submitted,

                                                   BRYAN CAVE LLP

                               By:      //s// Rodney F. Page
                                        Rodney F. Page, VSB 12402
                                        Bryan Cave LLP
                                        1155 F Street, NW
                                        Washington, DC 20004
                                        202-508-6000 – Telephone
                                        202-508-6200– Facsimile
                                        rfpage@bryancave.com

                                        Counsel for Berkadia Commercial Mortgage