**Hearing Date: March 8, 2010 at 11:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON
DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES
ON ACCOUNT OF EMPLOYEE OBLIGATIONS) AND RESPONSES THERETO**

**PLEASE TAKE NOTICE** that

on October 21, 2009, the Debtors filed their Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (the "Objection"); and

on March 4, 2010, the Debtors filed the Debtors' Omnibus Reply in Support of the Fifty-Sixth Omnibus

  Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (the "Reply" and collectively with the Objection, the "Omnibus Objection").

 **PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objection (the "Responding Claimants").  A listing of the Responding Claimants, the claims under objection on which the hearing will go forward (the "Claim"), and the docket number of the Responses is attached hereto as <u>Exhibit A</u>.[1]

 **PLEASE TAKE FURTHER NOTICE** that, as set forth in the agenda for the February 24, 2010 Omnibus Hearing (Docket No. 6569), which was served on the Responding Claimants on February 19, 2010, a hearing on the merits of the Omnibus Objection and the Responses shall be heard at <u>**11:00 a.m. (Eastern Time) on March 8, 2010**</u> at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  <u>**If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**</u>.

 **PLEASE TAKE FURTHER NOTICE** that if the Responding Claimants want the Court to consider their Responses with respect to their Claims, then such Responding Claimant or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, <u>**at 11:00 a.m. (Eastern Time) on March 8, 2010**</u> at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  <u>**If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**</u>.

 <u>**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested**</u>.

---

[1] A hearing on the merits of the Responses filed by Lawrence W. Fay (Docket No. 5749), Daniel W. Ramsey (Docket No. 5754) and James H. Wimmer, Jr. (Docket No. 5693) will be held on March 25, 2010 at 2:30 p.m., and will be separately noticed.

```
Dated: March 4, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM, LLP
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley              .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession
```

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 56 | Dawn W. von Bechmann | 13948 | 5660 |
| 56 | Bruce H. Besanko | 14336 14337 | 5687 |
| 56 | Linda H. Castle | 13803 | 5697 |
| 56 | Francis E. Telegadas | 13622 | 5698 |
| 56 | Laurie Lambert-Gaffney | 14011 | 5700 |
| 56 | Jon C. Geith | 13885 14025 14173 | 5704 |
| 56 | Scott D. Mainwaring | 13833 | 5706 |
| 56 | Kelly Breitenbecher | 13936 | 5733 |
| 56 | David W. Tolliver | 14159 | 5744 |
| 56 | Michael D. Goode | 14107 | 5748 |
| 56 | Jeff McDonald | 13879 | 5755 |
| 56 | Richard E. Salon | 13321 | 5811 |
| 56 | Thomas C. Bradley | 14236 14238 14240 | 5719 5721 5724 |

\10819920