IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653 |
| | | Chapter 11 |
| | Debtors. | Jointly Administered |

# **ORDER**

For the reasons set forth in the Memorandum Opinion entered on this date, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.  The Debtors' Motion For Summary Judgment With Respect To Certain Claims Subject To (I) The Debtors' Nineteenth Omnibus Objection To Claims (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) And (II) The Debtors' Thirty-Third Omnibus Objection To Claims (Modification And/Or Reclassification Of Certain Claims) is GRANTED.

2.  The Reclamation Claims, as defined in the Memorandum Opinion, are reclassified to general unsecured, non-priority claims.

3.  The Debtors' rights to object to any claim, including any Reclamation Claim, on any grounds that governing law permits are not waived and are expressly reserved in their entirety.

4.  The Debtors shall serve a copy of this Order on the Respondents on or before five (5) business days from the entry of this Order.

5.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

ENTERED: _____

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE