Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 8, 2010 AT 11:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
March 8, 2010 beginning at 11:00 a.m. Eastern.

## I.    RESOLVED/WITHDRAWN MATTERS

1.    Motion of Southpeak Interactive, LLC for Payment of
      Administrative Expense Claim and Notice of Hearing
      (Docket No. 2758)

      Related
      Documents:

      a.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors and SouthPeak
            Interactive, LLC Resolving the Debtors' Twenty-
            Third Omnibus Objection, the Debtors' Thirty-
            Fourth Omnibus Objection, and the Debtors' Thirty-
            Fifth Omnibus Objection Relating to the Claims of
            SouthPeak Interactive, LLC (Docket No. 6605)

      Objection
      Deadline:        April 7, 2009 at 4:00 p.m., extended for
                       the Debtors until March 5, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been resolved.  A
                       proposed settlement agreement and notice
                       of settlement have been filed at Docket
                       No. 6605.  The deadline for filing
                       objections to the proposed agreement was
                       March 1, 2010 at 5:00 p.m.

2.    Motion of Debtors for Order Pursuant to Bankruptcy Code
      Section 105 and Bankruptcy Rule 2002, 3003(c)(3), and
      9007 to Deem Publication Notice of General Bar Date
      Sufficient as to Certain Parties (Docket No. 6455)

      Related
      Document:

      a.    Withdrawal of Motion of Debtors for Order Pursuant
            to Bankruptcy Code Section 105 and Bankruptcy Rule
            2002, 3003(c)(3), and 9007 to Deem Publication
            Notice of General Bar Date Sufficient as to

Certain Parties (Docket No. 6683)

Objection
Deadline:        February 17, 2010 at 4:00 p.m., extended
                 until February 22, 2010 for certain
                 states.

Objections/
Responses
Filed:           Informal Objection of Certain States

Status:          This matter has been withdrawn without
                 prejudice.

## II.  CONTINUED/ADJOURNED MATTERS

3.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2295)

     b.   Amendment to Motion of Sony Pictures Home
          Entertainment Inc. for Entry of an Order Allowing
          Administrative Expenses Pursuant to 11 U.S.C.
          Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
          (Docket No. 3853)

     Objection
     Deadline:        April 20, 2009 at 4:00 p.m., extended
                      for the Debtors until March 18, 2010

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to March
                      25, 2010 at 2:30 p.m.

4.      Debtors' Motion for Entry of Order Pursuant to
        Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
        and Bankruptcy Rules 4001 and 6006, and Local
        Bankruptcy Rule 4001 (I) Authorizing Rejection of
        Surety Bonds, (II) Modifying the Automatic Stay for the
        Limited Purpose of Allowing Safeco Insurance Company of
        America to Commence Cancellation of Surety Bonds, (III)
        Establishing Surety Bond Claim Deadline, and (IV)
        Granting Related Relief (Docket No. 5114)

        Objection
        Deadline:        October 7, 2009 at 4:00 p.m., extended
                         for Safeco Insurance Company until
                         October 28, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:

        a.      Response of United States Customs and Border
                Protection to Debtors' Motion (Docket No. 5386)

        b.      Safeco Insurance Company of America's Objection to
                Debtors' Motion (Docket No. 5390)

        Status:          This matter has been adjourned to March
                         25, 2010 at 2:30 p.m.

5.      Madcow International Group Limited's Memorandum of
        Points and Authorities in Support of Motion for Entry
        of an Order Granting Allowance and Compelling Payment
        of Administrative Expense Claim (Docket No. 5196)

        Related
        Documents:

        a.      Notice of Motion and Hearing for Motion for Entry
                of an Order Granting Allowance and Compelling
                Payment of Administrative Expense Claim, by Mad
                Cow International Group Limited (Docket No. 5197)

        Objection
        Deadline:        October 27, 2009 at 4:00 p.m., extended
                         for the Debtors until March 11, 2010 at
                         4:00 p.m.

```
           Objections/
           Responses
           Filed:          None at the time of filing this agenda

           Status:         This matter has been adjourned to March
                           18, 2010 at 10:00 a.m.
```

6.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

```
           Objection
           Deadline:       January 7, 2010 at 4:00 p.m., extended
                           for the Debtors until March 11, 2010 at
                           4:00 p.m.

           Objections/
           Responses
           Filed:          None at the time of filing this agenda

           Status:         This matter has been adjourned to March
                           18, 2010 at 10:00 a.m.
```

## III. UNCONTESTED MATTERS

7.    Debtors' Motion for Order Pursuant to Bankruptcy Rule
      9019 Approving Settlement Agreement by and Among the
      Debtors, Capital Contractors, Inc., Industriaplex,
      Inc., and Vernon Daniel McCulty (Docket No. 6591)

```
           Objection
           Deadline:       March 5, 2010 at 4:00 p.m.

           Objections/
           Responses
           Filed:          None at the time of filing is agenda

           Status:         This matter is going forward.
```

8.    Motion to Seal Exhibit to Debtors' Motion for Order
      Pursuant to Bankruptcy Rule 9019 Approving Settlement
      Agreement by and Among the Debtors, Capital
      Contractors, Inc., Industriaplex, Inc., and Vernon
      Daniel McCulty (Docket No. 6592)

Objection
Deadline:          March 5, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter going forward.

9.   Debtors' Motion for Order Shortening Notice Period and
     Limiting Notice of Debtors' Motion for Order under
     Bankruptcy Code Sections 105(a) and 363 Authorizing
     Debtors to Retain and Employ Alfred H. Siegel of Crowe
     Horwath LLP as Chief Restructuring Officer to the
     Debtors (Docket No. 6678)

     Related
     Documents:

     a.   Debtors' Motion for Order under Bankruptcy Code
          Sections 105(a) and 363 Authorizing Debtors to
          Retain and Employ Alfred H. Siegel of Crowe
          Horwath LLP as Chief Restructuring Officer to the
          Debtors (Docket No. 6677)

     b.   Motion for an Expedited Hearing (Docket No. 6679)

     c.   Order Granting Motion to Expedite Hearing (Docket
          No. 6687)

     Objection
     Deadline:          March 8, 2010 at 11:00 a.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

10.  Debtors' Motion for Order under Bankruptcy Code
     Sections 105(a) and 363 Authorizing Debtors to Retain
     and Employ Alfred H. Siegel of Crowe Horwath LLP as
     Chief Restructuring Officer to the Debtors (Docket No.
     6677)

Related
Documents:

a.    Debtors' Motion for Order Shortening Notice Period
      and Limiting Notice of Debtors' Motion for Order
      under Bankruptcy Code Sections 105(a) and 363
      Authorizing Debtors to Retain and Employ Alfred H.
      Siegel of Crowe Horwath LLP as Chief Restructuring
      Officer to the Debtors (Docket No. 6678)

b.    Motion for an Expedited Hearing (Docket No. 6679)

c.    Order Granting Motion to Expedite Hearing (Docket
      No. 6687)

Objection
Deadline:       March 8, 2010 at 11:00 a.m.

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

11.  Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363(b) and 503(c)(3) Approving a Wind
     Down Incentive and Retention Plan and Authorizing
     Payment of Wind Down Incentive and Retention Pay
     (Docket No. 2008)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 2011)

     b.    Order Granting Motion to File Documents Under Seal
           (Docket No. 2395)

     c.    Order Under Bankruptcy Code Sections 105, 363(b)
           and 503(c)(3) Approving a Wind Down Incentive and
           Retention Plan and Authorizing Payment of Wind
           Down Incentive Pay to Plan Participants (Docket
           No. 2757)

     Objection

Deadline:          February 23, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Letter Objection of Barbara Gillis (Docket No.
      2254)

b.    Informal Objection by the Committee

c.    United States Trustee's Objection to the Debtors'
      Motion for an Order Approving the Wind Down
      Incentive and Retention Plan and Authorizing
      Payment of Wind Down Incentive and Retention Pay
      (Docket No. 2287)

  Status:          The Court has entered an order partially
                   approving the relief requested by the
                   Motion.  The remainder of this matter
                   has been fully resolved.  This matter is
                   going forward on a consensual basis with
                   respect to James Marcum and the Debtors
                   intend to present a consensual form of
                   order for the Court's consideration.

## IV.   CONTESTED MATTERS – GOING FORWARD

12.  Debtors' Objection to Claim of Panasonic Corporation of
     North America (Claim No. 1254) (Docket No. 4630)

     Related
     Documents:

     a.    Motion To Seal Exhibit (Docket No. 5669)

     Objection
     Deadline:          September 25, 2009 at 4:00 p.m.,
                        extended until November 13, 2009 at 4:00
                        p.m. for Panasonic Corporation

     Objections/
     Responses
     Filed:

        a.     Response to Debtors' Objection to Claim of Panasonic Corporation of North America (Claim No. 1254) (Docket No. 5662)

        b.     Debtors' Reply in Support of Objection to Claim of Panasonic Corporation of America (Docket No. 6113)

Status:      This matter is going forward.

13.   Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract (Docket No. 5648)

Related Documents:

a.   Notice of Motion and Hearing (Docket No. 5651)

Objection Deadline:     November 30, 2009 at 11:59 p.m., extended for the Debtors until March 5, 2010.

Objections/ Responses Filed:

a.    Debtors' Objection to Motion of Ryan, Inc. f/k/a Ryan & Company to Compel Debtor to Assume Executory Contract (Docket No. 6695)

Status:      This matter is going forward.

14.   Debtors' Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts (Docket No. 6416)

Related Documents:

a.   Notice of Motion and Hearing (Docket No. 6417)

b.    Order Pursuant to Bankruptcy Code Sections 105(a)
      and 365(a) and Bankruptcy Rule 6006 Authorizing
      Rejection of Certain Executory Contracts (Docket
      No. 6686)

Objection
Deadline:         February 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of Ryan, Inc. f/k/a Ryan & Company, Inc.
      to Debtors' Eighth Omnibus Motion for Order
      Pursuant to Bankruptcy Code Sections 105(a) and
      365(a) and Bankruptcy Rule 6006 Authorizing
      Rejection of Certain Executory Contracts (Docket
      No. 6506)

 Status:          This matter went forward on February 11,
                  2010 with respect to all counterparties
                  other than Ryan, Inc.  This matter is
                  going forward solely with respect to
                  Ryan, Inc.

**V.    CONFIRMATION MATTERS**

15.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

Related
Documents:

a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And
      Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, And Sell-Down Procedures For
      Trading In Equity Securities And Claims Against
      The Debtors Estates And Setting Hearing (Docket
      No. 135)

Objection
Deadline:         November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Informal Response of the Securities Exchange
      Commission

b.    Informal Response of the Official Committee of
      Unsecured Creditors

Status:        This matter adjourned to April 6, 2010
               at 10:00 a.m.

16.  First Amended Joint Plan of Liquidation of Circuit City
     Stores, Inc. and Its Affiliated Debtors and Debtors in
     Possession and its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5124)

     Related
     Documents:

     a.    Notice of (1) Approval of Disclosure Statement;
           (2) Hearing on Confirmation of Plan; (3) Deadline
           and Procedures for Filing Objections to
           Confirmation of Plan; (4) Treatment of Certain
           Unliquidated or Disputed Claims for Notice, Voting
           and Distribution Purposes; (5) Deadline and
           Procedures for Temporary Allowance of Certain
           Claims for Voting Purposes; (6) Record Date; (7)
           Voting Deadline for Receipt of Ballots; and (8)
           Proposed Release, Injunction and Exculpation in
           the Plan (Docket No. 5121)

     b.    Notice of Filing Plan Exhibits (Docket No. 5548)

     c.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 5799)

     d.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 6096)

     e.    Notice of Continued Hearing on Confirmation of the
           Plan (Docket No. 6317)

f.     Notice of Continued Hearing on Confirmation of the
       Plan (Docket No. 6443)

g.     Notice of Continued Hearing on Confirmation of the
       Plan (Docket No. 6640)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Treasurer of Douglas County Colorado's Objections
       to Confirmation of the August 24, 2009 Joint Plan
       of Liquidation (Docket Nos. 5145, 5163, and 5684)

b.     Texas Comptroller's Objection to Confirmation of
       First Amended Joint Plan of Reorganization (Docket
       Nos. 5168 and 5221)

c.     Objections to the "Plan" for Claim 13082, by Bruce
       Senator (Docket No. 5331)

d.     Prince George's County, Maryland Objection to
       Debtor's First Amended Joint Plan of Liquidation
       (Docket Nos. 5526, 5589 and 5637)

e.     Charles County, Maryland Objection to Debtors'
       First Amended Joint Plan of Liquidation (Docket
       Nos. 5527, 5590 and 5638)

f.     Objection of the State of Connecticut, Department
       of Revenue Services to the Debtors' Joint First
       Amended Plan of Reorganization (Docket Nos. 5596
       and 5708)

g.     The Florida Tax Collectors for the Counties of
       Palm Beach, Hernando, Highlands, Lee, Indian
       River, Bay, Okaloosa, Brevard, Polk, Manatee,
       Orange, Marion, Pinnellas and Osceola Counties
       Objection to Confirmation of First Amended Joint
       Plan of Reorganization (Docket Nos. 5603 and 5624)

h.     Commonwealth of Virginia Department of Taxation's

Objection to Confirmation (Docket No. 5609)

i.      Maricopa County Treasurer's Objection to First
        Amended Joint Plan of Liquidation of Circuit City
        Stores, Inc. and Its Affiliated Debtors and
        Debtors in Possession and Its Official Committee
        of Creditors Holding General Unsecured Claims
        (Docket Nos. 5627 and 5728)

j.      Objection of Certain Texas Taxing Authorities to
        Confirmation of Circuit City Stores, Inc. and Its
        Affiliated Debtors and Debtors in Possession and
        Its Official Committee of Creditors Holding
        General Unsecured Claims' First Amended Joint Plan
        of Liquidation Dated September 24, 2009 (Docket
        Nos. 5631 and 5694)

k.      Objection of Lewisville Independent School
        District to Confirmation of the First Amended
        Joint Plan of Liquidation of Circuit City Stores,
        Inc. and Its Affiliated Debtors and Debtors in
        Possession and Its Official Committee of Creditors
        Holding General Unsecured Claims (Docket Nos. 5644
        and 5711)

l.      Objection of Nancy and Charles Booth Confirmation
        of the First Amended Joint Plan of Liquidation of
        Circuit City Stores Inc and Its Affiliated Debtors
        and Debtors in Possession and Its Official
        Committee of Creditors Holding General Unsecured
        Claims (Docket Nos. 5645 and 5701)

m.      Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
        to Confirmation of the First Amended Joint Plan of
        Liquidation of Circuit City Stores Inc and Its
        Affiliated Debtors and Debtors in Possession and
        Its Official Committee of Creditors Holding
        General Unsecured Claims (Docket No. 5647)

n.      Objection of LG Electronics USA, Inc. to
        Confirmation of Chapter 11 Plan of Liquidation
        (Docket Nos. 5652 and 5730)

o.      Objection by Eastman Kodak Company to Confirmation
        of the First Amended Joint Plan of Liquidation of

Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.   Objection by Commissioner of Massachusetts
     Department of Revenue to Confirmation of First
     Amended Joint Plan of Liquidation of Circuit City
     Stores, Inc. and Its Affiliated Debtors and
     Debtors in Possession and Its Official Committee
     of Creditors Holding General Unsecured Claims
     (Docket Nos. 5657 and 5743)

q.   Objection of Envision Peripherals, Inc. to
     Confirmation of Chapter 11 Plan of Liquidation
     (Docket Nos. 5659 and 5732)

r.   Objection to Confirmation of Chapter 11 Plan by
     United States Customs and Border Protection
     (Docket No. 5661)

s.   Objection of the United States of America,
     Internal Revenue, to Confirmation of First Amended
     Joint Plan of Liquidation of Circuit city Stores,
     Inc. and Its Affiliated Debtors and Debtors in
     Possession and its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5664
     and 5725)

t.   Pima County's Objection to the First Amended Plan
     Of Liquidation of Circuit City Stores, Inc. and
     Its Affiliated Debtors and Debtors In Possession
     and Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5665)

u.   Objection of Paramount Home Entertainment Inc. to
     First Amended Joint Plan of Liquidation of Circuit
     City Stores, Inc. and its Affiliated Debtors and
     Debtors in Possession and its Official Committee
     of Creditors Holding General Unsecured Claims
     (Docket Nos. 5667 and 5737)

v.   Objection of Monterey County, Placer County,
     Riverside County and San Bernardino County,
     California, Collectively The California Taxing

Authorities to Confirmation of Circuit City Stores and Its Affiliated Debtors Et Al In Its First Amended Joint Plan of Liquidation (Docket Nos. 5671 and 5741)

w.    Travis County Texas Objection to Confirmation (Docket No. 5672)

x.    Limited Objection of THQ, Inc. to First Amended Joint Plan of Liquidation (Docket No. 5677)

y.    Objection of DeSoto County, Mississippi to the Debtors' Joint First Amended Plan of Liquidation (Docket No. 5679)

z.    Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5681 and 5826)

aa.   Limited Objection of Henrico County, Virginia to Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5682 and 5838)

bb.   Joinder of Apex Digital, Inc. to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' Chapter 11 Plan of Liquidation (Docket No. 5683)

cc.   Florida Tax Collector for Miami-Dade County Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5685 and 5868)

dd.   Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation, by Vincent E. Rhynes (Docket No. 5686)

ee.   DIRECTV, Inc.'s Limited Objection to Confirmation of the Debtors' Plan (Docket Nos. 5689 and 5789)

ff.   Joinder Of Olympus Corporation And Olympus Imaging America Inc. In Objections Of LG Electronics USA Inc., Eastman Kodak Company And Samsung America Electronics, Inc. Objection To Confirmation Of The Debtors' First Amended Joint Plan Of Liquidation

(Docket No. 5690)

gg.   Texas Ad Valoram Tax Claimants (Tax Appraisal
      District of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland
      Central Appraisal District, Taylor Central
      Appraisal District, County of Williamson)
      Objection To Confirmation Of The Debtors' First
      Amended Joint Plan Of Liquidation (Docket No.
      5691)

hh.   Response and Objection of Bethesda Softworks LLC
      to the First Amended Joint Plan of Liquidation of
      Circuit City Stores, Inc. and its Affiliated
      Debtors and Debtors in Possession and its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket Nos. 5692 and 5901)

ii.   Objection of Village of Mount Pleasant, Racine,
      Wisconsin to Discharge (Docket No. 5702)

jj.   Local Texas Tax Authorities (Bexar County, Cameron
      County, Cedar Hill, Cypress Fairbanks ISD, Dallas
      County, Deer Park ISD, El Paso, Fort Bend County,
      Frisco, Galveston County, Grayson County, Gregg
      County, Harris County, Irving ISD, Jefferson
      County, Judson ISD, Katy ISD, McAllen, McAllen
      ISD, McLennan County, Montgomery County, Nueces
      County, Rockwall CAD, Rockwall County, Round Rock
      ISD, Smith County, South Texas College, South
      Texas ISD, Sugarland, Tarrant County, and Tom
      Green CAD) and City of Memphis Objection to
      Confirmation of Plan (Docket No. 5707)

kk.   Objection of Lee County, Mississippi Tax Collector
      to the Debtors' Joint First Amended Plan of
      Reorganization (Docket No. 5712)

ll.   Limited Objection Of Safeco Insurance Company Of
      America To Confirmation Of The First Amended Joint
      Plan (Docket Nos. 5714 and 5946)

mm.   Joinder Of Mitsubishi Digital Electronics America,
      Inc. to Objections of Samsung America Electronics,

Inc., LG Electronics USA, Inc. And Eastman Kodak
Company to Confirmation of Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket Nos. 571 and, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket Nos. 5720 and 5786)

pp.  Joinder of Slam Brands, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to
Confirmation of Debtors Chapter 11 Plan of
Liquidation (Docket No. 5726)

qq.  Joinder of Take-Two Interactive Software, Inc. In
Objections of LG Electronics USA Inc., Eastman
Kodak Company and Samsung America Electronics,
Inc. to Confirmation of the Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5727)

rr.  Joinder of Stillwater Designs and Audio, Inc. to
Objection to Confirmation of the Debtors First
Amended Joint Plan of Liquidation Filed by Samsung
America Electronics, Inc. (Docket Nos. 572 and,
5787)

ss.  Objection of Schimenti Construction Company, LLC
to First Amended Joint Plan of Liquidation (Docket
Nos. 5731 and 5835)

tt.  Chatham County, Georgia Tax Commissioner's
Objections to Confirmation to the Debtor's First
Joint Amended Plan of Reorganization (Docket No.
5736)

uu.  Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of LG Electronics USA, Inc.; Eastman Kodak
Company; Envision Peripherals; and THQ, Inc.
(Docket No. 5738)

17

vv.   Joinder of SouthPeak Interactive, LLC to Objection
      to Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket Nos. 5739 and 5784)

ww.   Joinder of Cokem International, Inc. to Objections
      of LG Electronics USA, Inc. and Paramount Home
      Entertainment Inc. to Confirmation of Debtors'
      Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon's Objection to Confirmation of
      Plan (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
      Objection to Confirmation of Plan (Docket Nos.
      5747 and 5836)

aaa.  Limited Objection of Alliance Entertainment
      Corporation, Source Interlink Media, LLC to
      Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and
      TeleDynamics LLP Joinder to Objections to
      Confirmation of Debtors' First Amended Plan of
      Liquidation (Docket No. 5756)

ccc.  Joinder of Toshiba America Consumer Products,
      L.L.C., Toshiba America Information Systems, Inc.
      to Objections of Paramount Home Entertainment,
      Inc. and Samsung America Electronics, Inc. (Docket
      No. 5758)

ddd.  Joinder of Warner Home Video, a Division of Warner
      Bros. Home Entertainment Inc., to Objections to
      First Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee

of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee. Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff. Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876 and 5877)

ggg. Objection of the Macerich Company, RREEF
Management Company, Cousins Properties
Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

hhh. Texas Comptrollers' Amended Objection to
Confirmation of First Amended Joint Plan of
Reorganization (Docket No. 6662)

Status:          This matter has been adjourned to April
6, 2010 at 10:00 a.m.

17. Motion of Pioneer Electronics Under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.  Notice of Motion and Hearing (Docket No. 5463)

b.  Samsung Electronics America, Inc.'s Motion Under
Fed. R. Bankr. P. 3020(a) for Order Requiring
Confirmation Deposit and Joinder to Motion of
Pioneer Electronics for Same (Docket No. 5614)

c.    Joinder of Apex Digital Inc. and THQ, Inc. to
      Motions of Pioneer Electronics, Inc. and Samsung
      Electronics America, Inc. for an Order Requiring
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5663)

d.    Joinder of Paramount Home Entertainment Inc. to
      Motions of Pioneer Electronics and Samsung
      Electronics America, Inc. for Order Requiring
      Confirmation Deposit Under Fed. R. Bankr. P.
      3020(a) (Docket No. 5668)

e.    Joinder of Bethesda Softworks LLC to Motions of
      Pioneer Electronics And Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5695)

f.    Amended Notice of Hearing (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Confirmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:          November 16, 2009 at 4:00 p.m., extended
                   for the Debtors until March 30, 2010

20

```
        Objections/
        Responses
        Filed:          None at the time of filing this agenda

        Status:         This matter has been adjourned to April
                        6, 2010 at 10:00 a.m.
```

18.  Samsung Electronics America, Inc.'s Motion under Fed.
     R. Bankr. P. 3020(a) for Order Requiring Confirmation
     Deposit and Joinder to Motion of Pioneer Electronics
     for Same (Docket No. 5614)

     Related
     Documents:

     a.   Motion for an Expedited Hearing (Docket No. 5615)

     b.   Notice of Motion and Hearing (Docket No. 5616)

     c.   Joinder of Apex Digital Inc. and THQ, Inc. to
          Motions of Pioneer Electronics, Inc. and Samsung
          Electronics America, Inc. for an Order Requiring
          Confirmation Deposit Pursuant to Bankruptcy Rule
          3020(a) (Docket No. 5663)

     d.   Joinder of Paramount Home Entertainment Inc. to
          Motions of Pioneer Electronics and Samsung
          Electronics America, Inc. for Order Requiring
          Confirmation Deposit Under Fed. R. Bankr. P.
          3020(a) (Docket No. 5668)

     e.   Joinder of Bethesda Softworks LLC to Motions of
          Pioneer Electronics and Samsung Electronics
          America, Inc. for Order Requiring Confirmation
          Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
          No. 5695)

     f.   Joinder of Cokem International, Inc. to Motions of
          Pioneer Electronics and Samsung Electronics
          America, Inc. for Order Requiring Confirmation
          Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
          No. 5734)

     g.   Joinder of BISSELL Homecare, Inc. to Motions of

Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5752)

h.   Amended Notice of Motion and Hearing (Docket No. 5757)

i.   Second Amended Notice of Motion and Hearing (Docket No. 6001)

j.   Third Amended Notice of Motion and Hearing (Docket No. 6101)

Objection
Deadline:          November 19, 2009 at 4:00 p.m., extended for the Debtors until March 30, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to April 6, 2010 at 10:00 a.m.

## VI.   OMNIBUS CLAIM OBJECTIONS – RESOLVED MATTERS

19.   Notice of Hearing on the Merits of (I) the Motion of Southpeak Interactive, LLC for Payment of Administrative Expense Claim; and (II) Debtors' Twenty-Third, Thirty-Fourth and Thirty-Fifth Omnibus Objections to Claims Filed by Southpeak Interactive, LLC and Responses Thereto (Docket No. 6565)

Related
Documents:

a.   Motion of Southpeak Interactive, LLC for Payment of Administrative Expense Claim and Notice of Hearing (Docket No. 2758)

b.   Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 3711)

c.   Debtors' Thirty-Fourth Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9)
     Claims) (Docket No. 4598)

d.   Debtors' Thirty-Fifth Omnibus Objection to Claims
     (Disallowance of (I) Certain Amended Claims; and
     (II) Certain Duplicate Claims) (Docket No. 4599)

e.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and SouthPeak
     Interactive, LLC Resolving the Debtors' Twenty-
     Third Omnibus Objection, the Debtors' Thirty-
     Fourth Omnibus Objection, and the Debtors' Thirty-
     Fifth Omnibus Objection Relating to the Claims of
     SouthPeak Interactive, LLC (Docket No. 6605)

Objection
Deadline:       March 1, 2010 at 5:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved.  A
                proposed settlement agreement and notice
                of settlement have been filed at Docket
                No. 6605.  The deadline for filing
                objections to the proposed agreement was
                March 1, 2010 at 5:00 p.m.

## VII. OMNIBUS CLAIM OBJECTIONS – CONTINUED MATTERS

20.  Debtors' Fourth Omnibus Objection to Certain
     Duplicative Claims (Docket No. 3096)

Related
Documents:

a.   Order on Debtors' Fourth Omnibus Objection to
     Certain Duplicative Claims (Docket No. 3494)

Objection
Deadline:       May 20, 2009 at 4:00 p.m.

Objections/

Responses
Filed:

a.    Bethesda Softworks LLC Informal Response to
      Debtors' Fourth Omnibus Objection to Certain
      Duplicative Claims

Status:          An order has been entered partially
                 sustaining the objection.  A status
                 hearing was held on February 24, 2010
                 with respect to Bethesda Softworks LLC.
                 This matter is scheduled to go forward
                 on the merits with respect to Bethesda
                 Softworks LLC on March 18, 2010.


**VIII.    OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD**

21.  Debtors' Twentieth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases (Docket No. 3704)

     Related
     Documents:

     a.    Order On Debtors' Twentieth Omnibus Objection To
           Claims (Reclassified To Unsecured Claims Of
           Certain Claims Filed As 503(b)(9) Claims For Goods
           Received By The Debtors Not Within Twenty Days Of
           The Commencement Of The Case (Docket No. 4576)

     b.    Supplemental Order on Debtors' Twentieth Omnibus
           Objection To Claims (Reclassified To Unsecured
           Claims Of Certain Claims Filed As 503(b)(9) Claims
           For Goods Received By The Debtors Not Within
           Twenty Days Of The Commencement Of The Case
           (Docket No. 6560)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

      a.     Response Of Audiovox Corporation To Debtors'
Twentieth Omnibus Objection To Claims
(Reclassification To Unsecured Claims Of Certain
Claims Filed As 503(B)(9) Claims For Goods
Received By The Debtors Not Within Twenty Days Of
The Commencement Of The Cases) (Docket No. 4107)

Status:          An order has been entered partially
                 sustaining the objection.  The status
                 hearing is going forward with respect to
                 Audiovox Corporation.

22.   Debtors' Fiftieth Omnibus Objection to Certain
Administrative Expenses and Motion for (I) Authority to
Setoff Against Such Expenses and (II) a Waiver of the
Requirement that the First Hearing on Any Response
Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

a.     Memorandum Opinion (Docket No. 5963)

b.     Order on Debtors' Forty-Eighth, Forty-Ninth, and
       Fiftieth Omnibus Objections (Docket No. 5964)

c.     Supplemental Order on Debtors' Fiftieth Omnibus
       Objection to Certain Administrative Expenses and
       Motion for (I) Authority to Setoff Against Such
       Expenses and (II) a Waiver of the Requirement that
       the First Hearing on Any Response Proceed as a
       Status Conference (Docket No. 6127)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Response Of Audiovox Corporation To Debtors'
       Twentieth Omnibus Objection To Claims
       (Reclassification To Unsecured Claims Of Certain
       Claims Filed As 503(B)(9) Claims For Goods

Received By The Debtors Not Within Twenty Days Of
The Commencement Of The Cases) (Docket No. 4107)

Status:          An order has been entered partially
                 sustaining the objection.  The status
                 hearing is going forward with respect to
                 Audiovox Corporation.

23.  Debtors' Fifty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 5320)

     Related
     Documents:

     a.    Order on Debtors' Fifty-Sixth Omnibus Objection to
           Claims (Disallowance of Certain Alleged
           Administrative Expenses on Account of Employee
           Obligations)(Docket No. 6071)

     b.    Notice of Hearing on the Merits on Order on
           Debtors' Fifty-Sixth Omnibus Objection to Claims
           (Disallowance of Certain Alleged Administrative
           Expenses on Account of Employee Obligations and
           Responses Thereto)(Docket No. 692)

     Objection
     Deadline:    November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Dawn W. vonBechmann's Response to Debtors' Fifty-
           Sixth Omnibus Objection to Claims (Docket No.
           5660)

     b.    Bruce H. Besanko's Response to Debtors' Fifty-
           Sixth Omnibus Objection to Claims (Docket No.
           5687)

     c.    James H. Wimmer, Jr.'s Response to Debtors' Fifty-
           Sixth Omnibus Objection to Claims (Docket No.
           5693)

d.   Linda H. Castle's Response to Debtors' Fifty-Sixth
     Omnibus Objection to Claims (Docket No. 5697)

e.   Francis E. Telegadas' Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5698)

f.   Laurie Lambert-Gaffney's Response to Debtors'
     Fifty-Sixth Omnibus Objection to Claims (Docket
     No. 5700)

g.   Jon C. Geith's Response to Debtors' Fifty-Sixth
     Omnibus Objection to Claims (Docket No. 5704)

h.   Scott D. Mainwaring's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5706)

i.   Thomas C. Bradley's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket Nos.
     5719, 5721, 5724)

j.   Kelly Breitenbecher's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5733)

k.   David W. Tolliver's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5744)

l.   Michael D. Goode's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5748)

m.   Lawrence W. Fay's Response to Debtors' Fifty-Sixth
     Omnibus Objection to Claims (Docket No. 5749)

n.   Daniel W. Ramsey's Response to Debtors' Fifty-
     Sixth Omnibus Objection to Claims (Docket No.
     5754)

o.   Jeff McDonald's Response to Debtors' Fifty-Sixth
     Omnibus Objection to Claims (Docket No. 5755)

p.    Richard E. Salon's Response to Debtors' Fifty-
Sixth Omnibus Objection to Claims (Docket No.
5811)

q.    Debtors' Omnibus Reply In Support Of The Fifty-
Sixth Omnibus Objection To Claims (Disallowance Of
Certain Alleged Administrative Expenses On Account
Of Employee Obligations (Docket No.6691)

Status:        An order has been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is going forward,
except with respect to James H. Wimmer,
Jr., Lawrence W. Fay and Daniel W.
Ramsey, which will go forward on the
merits on March 25, 2010 at 2:30 p.m.

24.  Notice of Hearing on the Merits on Debtors' Sixty-Fifth
Omnibus Objection to Claims (Reclassification of
Certain Claims Filed by Equity Holders to Interests)
(Docket No. 6548)

Related
Documents:

a.    Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification of Certain Claims Filed by
Equity Holders to Interests) (Docket No. 6344)

Objection
Deadline:      February 17, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of Louis and Dolores Luchack (Docket No.
6446)

Status:        A status hearing was held on February
24, 2010.  This matter is going forward
on the merits at this hearing.

25.    Notice of Hearing on the Merits on Debtors' Fifth
       Omnibus Objection to Claim 760 Filed by Magnus
       Magnusson Inc. and Response Thereto (Docket No. 6550)

       Related
       Documents:

       a.    Debtors' Fifth Omnibus Objection to Certain
             Misclassified Non-Goods 503(b)(9) Claims (Docket
             No. 3309)

       Objection
       Deadline:       June 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Response to Debtors' Fifth Omnibus Objection to
             Certain Misclassified Non-Goods 503(b)(9) Claims,
             by Magnus Magnusson Inc. (Docket No. 3573)

       Status:         A status hearing was held on February
                       24, 2010.  This matter is going forward
                       on the merits at this hearing.

26.    Notice of Hearing on the Merits on Debtors' Thirty-
       Third Omnibus Objection to Claim 9293 Filed by Cyndi
       Ann Haines and Response Thereto (Docket No. 6551)

       Related
       Documents:

       a.    Debtors' Thirty-Third Omnibus Objection to Claims
             (Modification and/or Reclassification of Certain
             Claims) (Docket Nos. 4588 and 4590)

       Objection
       Deadline:       September 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Response of Cyndi Ann Haines (Docket No. 4829)

Status:         A status hearing was held on February
                24, 2010.  This matter is going forward
                on the merits at this hearing.

27.   Notice of Hearing on the Merits on Debtors' Thirty-
      Third Omnibus Objection to Claim 7295 Filed by Amore
      Construction Company and Response Thereto (Docket No.
      6553)

      Related
      Documents:

      a.    Debtors' Thirty-Third Omnibus Objection to Claims
            (Modification and/or Reclassification of Certain
            Claims) (Docket Nos. 4588 and 4590)

      Objection
      Deadline:       September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Response of Amore Construction Company to the
            Debtors' Thirty-Third Omnibus Objection to Claims
            (Modification and/or Reclassification of Certain
            Claims) (Docket No. 4947)

      Status:         A status hearing was held on February
                      24, 2010.  This matter is going forward
                      on the merits at this hearing.

IX.   **ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES**

28.   Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
      Sharp Electronics Corporation, Adversary No. 09-3224
      (KRH))

      Related
      Documents:

      a.    Motion to Seal Exhibit (Docket No. 6)

      Response
      Deadline:       December 24, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              Answer to Complaint, by Sharp
                    Electronics Corporation (Docket No. 10)

Status:             The pre-trial conference on this matter
                    has been continued until March 18, 2010
                    at 10:00 a.m.

29.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Creative Labs, Inc.</u>, Adversary No. 09-3225 (KRH))

      Related
      Documents:

      a.    Motion to Seal Exhibit (Docket No. 6)

      b.    Order Authorizing Debtors to File Exhibit Under
            Seal (Docket No. 9)

      Response
      Deadline:     December 24, 2009 at 4:00 p.m., extended
                    for Creative Labs, Inc. until March 19,
                    2010.

      Objections/
      Responses
      Filed:        None at the time of filing this agenda

      Status:       The pre-trial conference on this matter
                    has been continued until March 25, 2010
                    at 2:30 p.m.

Dated: March 5, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia         FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                   - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                   - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley         .
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession


\10815880

32