Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION

- - - - - - - - - - - - - - - - x
                                :
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
              Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - - x
```

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 365(a) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACTS**

Upon the motion (the "Motion")[1] of the Debtors for entry of an order, under Bankruptcy Code sections 105(a) and 365(a) and Bankruptcy Rule 6006, authorizing

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

the Debtors to reject certain executory contracts as set forth on the attached Exhibit A, including any amendments or modifications thereto and any and all attachments thereto (collectively, the "Contracts"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Contracts are hereby rejected.

3. Each counterparty to a Contract shall have until thirty (30) days from the date this Order is entered on the docket to file a proof of claim on account of any and all claims (as defined in the Bankruptcy Code) arising from or related to rejection of its Contract.

4. To the extent any Contract listed on Exhibit A was terminated prior to or after the Petition Date as a result of a breach by the Contract counterparty or otherwise, did not have become effective at any time, or is not executory as of the date hereof, this Order shall be of no force and effect with respect to any and all such Contracts and nothing herein shall be deemed to or shall reinstate or otherwise alter the status of any Contract. All of the Debtors rights with respect to the foregoing are not waived and are expressly reserved.

5. The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

6. The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:    Richmond, Virginia
          Mar 4 2010      , 2010

                                     /s/ Kevin Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE
                                    Entered on docket: 3/4/2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

___/s/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  __/s/ Douglas M. Foley____
                                  Douglas M. Foley

4

**EXHIBIT A**

**(Executory Contracts)**

**EXHIBIT A**
**Executory Contracts**

| Counterparty | Title of Agreement | Date of Agreement | Counterparty Address 1 | Counterparty Address 2 | Counterparty City, State ZIP |
|---|---|---|---|---|---|
| Allen, Keith | Employment Agreement for Keith Allen | 6/1/2006 | 489 Mill Wood Blvd | | Marysville, OH 43040 |
| Appleby, Robert J | Employment Agreement for Robert J. Appleby | 6/22/2007 | 14320 Winter Ridge Lane | | Midlothian, VA 23113 |
| Bade, Brian M | Employment Agreement for Brian M. Bade | 6/11/2007 | 11200 Prescott Place | | Glen Allen, VA 23059 |
| Baldyga, Lisa J | Letter Agreement | 2/13/2007 | 15539 Pinehurst Forest Dr | | Montpelier, VA 23192 |
| Becker, Elliot | Employment Agreement for Elliot F. Becker | 3/7/2005 | 3019 Hanover Avenue | | Richmond, VA 23221 |
| Bergan, Erik L | Employment Agreement for Erik Bergan | 6/11/2007 | 1746 War Ave | | East Point, GA 30344 |
| Besanko, Bruce | Employment Agreement for Bruce H. Besanko | 7/30/2007 | 191 Farmington Rd | | Longmeadow, MA 01106 |
| Birnbaum, Richard | Memorandum Agreement | 4/25/2003 | 10480 Cherokee Road | | Richmond, VA 23235 |
| Bogle, Gerry Raymond | Employment Agreement for Gerry Bogle | 7/26/2007 | 3408 22nd Ave N W | | Gig Harbor, WA 98335 |
| Botelho, Antone C | Employment Agreement | 6/24/2003 | 131 4th Avenue | | Holtsville, NY 11742 |
| Bradley, Brian | Employment Agreement for Brian Bradley | 1/29/2008 | 2400 Odendron Court | | Richmond, VA 23233 |
| Brasby, Charles | Employment Agreement for Charles Brasby | 11/1/2006 | 5 Ledge Terrace | | Old Bridge, NJ 08857 |
| Breitenbecher, Kelly | Employment Agreement for Kelly Breitenbecher | 10/18/2007 | Sands Anderson Marks & Miller PC | 801 E. Main Street, Suite 1800 | Richmond, VA 23218 |
| Chalifoux, Michael | Memorandum Agreement | 6/10/2003 | 10801 Whitaker Woods Road | | Richmond, VA 23233 |
| Collum, Jerry | Employment Agreement for Jerry Collum | 1/8/2008 | 879 Terrace Drive | | Lantana, TX 76226 |
| Davis, Tony V | Employment Agreement for Tony V. Davis | 6/19/2006 | 11220 Buckhead Court | | Midlothian, VA 23113 |
| Deason, Stephen N | Employment Agreement | 7/13/1990 | 2701 E. Brigstock Road | | Midlothian, VA 23113 |
| Dickey, Richard D | Employment Agreement for Richard D. Dickey | 12/3/2003 | 1401 Cedar Lake Drive | | Prosper, TX 75078 |
| Eaton, Andrew R | Employment Agreement for Andrew R Eaton | 8/13/2003 | 2673 Water Race Terrace | | Midlothian, VA 23112 |
| Ebner, Scott P | Employment Agreement for Scott P. Ebner | 1/28/2005 | 110 Fieldstone Estates Drive | | Wentzville, MO 63385 |
| Eckenroad, David E | Employment Agreement for David E Eckenroad | 8/13/2003 | 2337 White Marsh Drive | | Twinsburg, OH 44087 |
| Edwards, Terry L | Employment Agreement for Terry L Edwards | 8/13/2003 | 370 Stoneledge Drive | | Roanoke, VA 24019 |
| Elliott, Willard Mark | Employment Agreement for Willard Mark Elliott | 9/7/2007 | 49622 Woodland Dr | | East Liverpool, OH 43920 |
| Engen, William M | Employment Agreement for William M. Engen | 6/30/2008 | 12029 Stonewick Place | | Glen Allen, VA 23059 |
| Engin, Oguzhan | Employment Agreement for Oguzhan Engin | 7/28/2008 | 3608 Kimberly Lane | | Dover, PA 17315 |
| Eriksen, David | Employment Agreement for David Eriksen | 10/10/2007 | 84422 Manhasset Street | | Riverside, CA 92508 |
| Errion, Vicki Felton | Employment Agreement for Vicki Felton Errion | 4/1/2008 | 1360 Woodlawn Dr | | Orange Park, FL 32065 |
| Etheridge, Curtis W | Employment Agreement for Curtis W. Etheridge | 5/1/2006 | 119 Deer Creek Drive | | Blythewood, SC 29016 |
| Falconer, Carin Elaine | Employment Agreement for Carin E. Falconer | 7/16/2007 | Gardere Wynne Sewell LLP | 1601 Elm St, Suite 3000 | Dallas, TX 75201 |
| Fay, Lawrence W | Employment Agreement for Lawrence W. Fay | 3/3/2006 | 2500 Maple Hall Court | | Midlothian, VA 23113 |
| Finch, Roland L | Employment Agreement for Roland L. Finch | 12/15/2005 | 4137 Stony Lane | | Doylestown, PA 18902 |
| Fioravanti, David H | Employment Agreement for David H. Fioravanti | 8/13/2003 | 161 Chilton | | Langhorne, PA 19047 |
| Fox, Jason R | Employment Agreement for Jason R Fox | 1/17/2005 | 22406 E Roxbury Pl | | Aurora, CO 80016 |
| Frascone, Matthew Scott | Employment Agreement for Matthew Frascone | 3/21/2006 | 9823 Kerry Lane | | Richmond, VA 23238 |
| Freeman, James M | Employment Agreement for James Freeman | 4/5/2007 | 10307 Sageglow | | Houston, TX 77089 |
| Fuller, Carol K | Employment Agreement for Carol K. Fuller | 9/13/2004 | 707 Taylors Hill Court | | Manakin Sabot, VA 23103 |
| Geith, Jon C | Employment Agreement for Jon C. Geith | 3/10/2005 | 14213 Riverdowns South Drive | | Midlothian, VA 23113 |
| Godbout Jr, David A | Employment Agreement for David A. Godbout, Jr | 4/3/2006 | 13 Heritage Green | | Hudson, WI 54016 |

| Name | Agreement | Date | Address | | City, State Zip |
|---|---|---|---|---|---|
| Gonsalves, George G | Employment Agreement for George Gonsalves | 7/10/2007 | 240 Round St | | Tauton, MA 02780 |
| Grove, Jacqueline | Employment Agreement for Jacqueline Grove | 8/7/2006 | 4204 Whitford Court, Apt 1403 | | Glen Allen, VA 23060 |
| Hanson, Erik R | Employment Agreement for Erik Hanson | 8/3/2007 | 10301 Nightingale Avenue | | Fountain Valley, CA 92708 |
| Harlow, John | Employment Agreement for John Harlow | 1/14/2008 | 9 Tide Mill Road | | Saint James, NY 11780 |
| Harrington, Thomas K | Employment Agreement for Thomas K. Harrington | 8/13/2003 | 4972 Arbor View Parkway | | Acworth, GA 30101 |
| Hedgebeth, Reginald D | Employment Agreement for Reginald D. Hedgebeth | 7/11/2005 | 4401 Wilcot Drive | | Midlothian, VA 23113 |
| Hendricks, Edward | Employment Agreement for Edward Hendricks | 6/30/2008 | 1289 89th Street | | New Richmond, WI 54017 |
| Houston, Jason E | Employment Agreement for Jason Houston | 5/4/2007 | 11621 Peavey St | | Glen Allen, VA 23059 |
| Hoye, Michael B | Employment Agreement for Michael B. Hoye | 9/28/2004 | 14001 Wiley Circle | | Midlothian, VA 23114 |
| Joly, Russell N | Employment Agreement for Russell N. Jolly | 6/6/2006 | 5318 Woodstone Ct | | Louisa, VA 23093 |
| Jonas Jr, Eric A | Employment Agreement for Eric A. Jonas, Jr. | 7/26/2004 | 10 S 20th St, Unit 709 | | Richmond, VA 23223 |
| Kelley, Bobby C | Employment Agreement for Bobby C. Kelley | 1/21/2008 | 9 Poe Road | | Billerica, MA 01821 |
| Kelly, John | Employment Agreement for John J. Kelly | 5/16/2005 | 14812 Felbridge Way | | Midlothian, VA 23113 |
| Krajewski, Todd M | Employment Agreement for Todd Krajewski | 6/1/2007 | 1208 Oakwater Dr | | Royal Palm Beach, FL 33411 |
| Krueger, Gary R | Employment Agreement for Gary R. Krueger | 8/4/2004 | 835 Norris Shores Drive | | Sharps Chapel, TN 37866 |
| Kubica, Chad A | Employment Agreement for Chad Kubica | 11/14/2005 | 24126 Matthew Place | | Santa Clarita, CA 91321 |
| Lamar, Ronald Wade | Employment Agreement for Ronald Wade Lamar | 3/1/2006 | 12822 Daisy Place | | Bradenton, FL 34212 |
| Lambert Gaffney, Laurie | Employment Agreement for Laurie Lambert-Gaffney | 4/1/2005 | 432 Shadow Creek Lane | | Manakin Sabot, VA 23103 |
| Laxson, Blake | Employment Agreement for Blake Laxson | 1/1/2007 | 1830 Radius Rd, No 924 | | Hollywood, FL 33020 |
| Leach, Brian R | Employment Agreement for Brian R. Leach | 9/24/2007 | 9060 Cottleston Circle | | Mechanicsville, VA 23116 |
| Levin, Michael | Employment Agreement for Michael Levin | 3/1/2006 | 37 Thornbury Avenue | | Glen Rock, NJ 07452 |
| Lowe, Tim | Employment Agreement for Tim Lowe | 6/11/2007 | 443 Penwood Dr | | Edgewater, MD 21037 |
| Luck, Wayne | Employment Agreement for Wayne B. Luck | 11/6/2006 | 8954 Kings Charter Drive | | Mechanicsville, VA 23116 |
| Malik, Ali I | Employment Agreement for Ali I. Malik | 1/12/2004 | 68 Mark Smith Drive | | Mandeville, LA 70471 |
| Marcum, James A | Employment Agreement for James A. Marcum | 8/18/2008 | 55 Wentworth Cove Road | | Laconia, NH 03246 |
| Maynard, Jeffery | Employment Agreement for Jeffrey C. Maynard | 11/4/2007 | 2325 Wooded Oak Pl | | Midlothian, VA 23113 |
| McClard, Dwain A | Employment Agreement for D. Allen McClard | 11/14/2005 | 4513 Welby Turn | | Midlothian, VA 23113 |
| McDonald, Jeffrey A | Employment Agreement for Jeffrey A. McDonald | 6/22/2007 | 5540 Quail Ridge Terr | | Chesterfield, VA 23832 |
| McGaugh, Damien H | Employment Agreement for Damien H. McGaugh | 5/25/2005 | 1805 Portglen | | League City, TX 77573 |
| McNeese, Michael | Employment Agreement for Michael McNeese | 10/3/2006 | 17814 West Wood Dr | | Surprise, AZ 85388 |
| Mercado, Steve | Employment Agreement for Steve Mercado | 11/14/2005 | 551 Iris Street | | Redlands, CA 92373 |
| Mestas II, Phillip Oliver | Employment Agreement for Phillip O Mestas II | 9/28/2004 | 3889 SW 22nd Drive | | Gresham, OR 97080 |
| Miller, Colin A | Employment Agreement for Colin Miller | 9/25/2007 | 544 South Belfast Ave | | Augusta, ME 04330 |
| Mitchell, Ellen D | Employment Agreement for Ellen D. Mitchell | 6/22/2007 | 11101 Park Ridge Dr | | Fredericksburg, VA 22408 |
| Monteleone, Jack T | Employment Agreement for Jack T. Monteleone | 10/20/2003 | 39W374 Grand Avenue | | Elgin, IL 60124 |
| Morrow, Bradley J | Employment Agreement for Bradley Morrow | 11/16/2007 | 711 Stubbs Vinson Rd | | Monroe, LA 71203 |
| Mosier, Michelle O | Employment Agreement for Michelle O. Mosier | 6/24/2005 | 4503 W Franklin St | | Richmond, VA 23221 |
| Nichols, John M | Employment Agreement for Michael Nichols | 2/1/2007 | 4417 Hickory Lake Court | | Richmond, Va 23059 |
| Norcross, Mark Charles | Employment Agreement for Mark Charles Norcross | 8/20/2007 | 1613 Lydia Court | | Spring Hill, TN 37174 |

| Name | Agreement | Date | Address | Addr2 | City/State/Zip |
|---|---|---|---|---|---|
| Oberheu, Taber Allen | Employment Agreement for Taber Allen Oberheu | 3/23/2006 | 3356 Lenox Drive | | Pittsburgh, PA 15238 |
| O'Guin, Tyson | Employment Agreement for Tyson O'Guin | 1/24/2008 | 108 Sunrise Ln | | Houma, LA 70360 |
| Oldani, Mark | Employment Agreement for Mark Oldani | 5/15/2006 | 4207 Welby Drive | | Midlothian, VA 23113 |
| Passehl, Todd | Employment Agreement for Todd Passehl | 8/13/2003 | 10820 Pepperbush Court | | Glen Allen, VA 23060 |
| Pearson, Jonathan | Employment Agreement for Jonathan Pearson | 3/12/2007 | 11475 Abbots Cross Lane | | Glen Allen, VA 23059 |
| Peter, Todd | Employment Agreement for Todd Peter | 1/28/2008 | 6005 Saddle Ridge | | Johnsburg, IL 60051 |
| Raleigh, John P | Employment Agreement for John P. Raleigh | 1/23/2004 | 3621 Meadow Pond Court | | Glen Allen, VA 23060 |
| Raynor, Enas Shaqdieh | Employment Agreement for Enas Shaqdieh Raynor | 12/20/2007 | 397 NW 159th Ave | | Pembroke Pines, FL 33028 |
| Reilly, Joseph V | Employment Agreement for Joseph V. Reilly | 10/26/2007 | 944 Lakewood Dr | | Barrington, IL 60010 |
| Reyes, Fernando | Employment Agreement for Fernando Reyes | 6/7/2007 | 7321 Maplewood Court | | Corona, CA 92880 |
| Robles, Angelo Modesto | Employment Agreement for Angelo M. Robles | 3/8/2007 | 8403 Becks Mill Lane | | Camby, IN 46113 |
| Rosier, Nathan | Employment Agreement for Nathan E. Rosier | 3/12/2007 | 2996 Tranbycroft Way | | Sandy Hook, VA 23153 |
| Rowe, John M | Employment Agreement for John M. Rowe | 11/23/2007 | 903 Parkview Lane | | Southlake, TX 76092 |
| Rubin, Andrew S | Employment Agreement for Andrew S. Rubin | 11/1/2006 | 24727 Catilan Cliff | | San Antonio, TX 78261 |
| Ryan, Paul | Employment Agreement for Paul Ryan | undated | 5016 Park Meadows Way | | Glen Allen, VA 23059 |
| Schmidt, Gary | Employment Agreement | 9/10/1998 | 830 Carnellian Lane | | Peachtree City, GA 30269 |
| Schwake, Donald Frederick | Employment Agreement for Donald Schwake | 6/10/2007 | 105 Via Solara | | Encinitas, CA 92024 |
| Scottrussell, Christopher John | Employment Agreement for Christopher John Scottrussell | 5/16/2007 | 5302 30th Ave South | | Minneapolis, MN 55417 |
| Sharp, Richard | Memorandum Agreement | 10/1/2002 | P.O. Box 42333 | | Richmond, VA 23242 |
| Siddons, Derek J | Employment Agreement for Derek J. Siddons | 3/1/2007 | 545 Tomahawk Dr | | Twin Lakes, WI 53181 |
| Siegler, Neal S | Employment Agreement for Neal Siegler | 2/28/2007 | 2819 Brett Dr | | New Lenox, IL 60451 |
| Sifford, Michelle A. | Employment Agreement for Michelle Sifford | 10/15/2007 | 2917 Northlake Drive | | Richmond, VA 23233 |
| Sindelar, Eric C | Employment Agreement of Eric C. Sindelar | 3/28/2005 | 2696 E 132 Pl | | Thornton, CO 80241 |
| Sise, Brad A | Employment Agreement of Brad A. Sise | 1/5/2004 | 1020 108th Ave NE | Apt No 1408 | Bellevue, WA 98004 |
| Smith, James B | Employment Agreement of James B. Smith | 4/24/2008 | 2406 Yosemite Way | | Discovery Bay, CA 94505 |
| Stinde, Mark S | Employment Agreement for Mark S. Stinde | undated, hired 6/17/2002 | 2501 E Franklin St, No 2 | | Richmond, VA 23223 |
| Stone, Jeffrey | Employment Agreement for Jeffrey S. Stone | 1/28/2008 | 9505 Nassington Court | | Richmond, VA 23229 |
| Strauss, David Robert | Employment Agreement for David R. Strauss | 8/20/2007 | 5204 Davenport Pl | | Roswell, GA 30075 |
| Subetto, Robert Glen | Employment Agreement for Robert Subetto | undated, hired 10/31/2005 | 621 Primrose Lane | | Allentown, PA 18104 |
| Taitano, Jennifer E | Employment Agreement for Jennifer E. Taitano | 3/18/2005 | 1309 Lindsey Drive | | Keller, TX 76248 |
| Tawil, Omar A | Employment Agreement for Omar Tawil | 8/13/2003 | 7 Merrill Hill | | Ladera Ranch, CA 92694 |
| Taylor, Forrest D | Employment Agreement for Forest Taylor | 11/14/2005 | 3723 Pinto Place | | Ontario, CA 91761 |
| Terry Jr, William M | Employment Agreement for William M. Terry, Jr | 6/1/2006 | 1304 Copper Creek Drive | | Lexington, KY 40514 |
| Thrasher, John | Employment Agreement for John Thrasher | 1/23/2006 | 4679 Torrey Circle, No. 102 | | San Diego, CA 92130 |
| Timmer, Rick A | Employment Agreement for Rick A. Timmer | 3/1/2006 | 1075 Brookdale Drive | | Crestline, OH 44827 |
| Tucker, Melvin | Employment Agreement for Melvin G. Tucker | 5/1/2005 | 11508 Sethwarner Drive | | Glen Allen, VA 23059-4805 |
| Tuttle, Donald R | Employment Agreement | 7/13/1990 | 483 Greenview Dr | | Chanhassen, MN 55317 |
| Ukman, Craig W | Employment Agreement for Craig W Ukman | 8/13/2003 | 8206 Silkwood Drive | | Mechanicsville, VA 23116 |
| Urso, Frank | Employment Agreement for Frank Urso | 3/1/2006 | 3070 Foulk Road | | Boothwyn, PA 19061 |
| Utley, Jonathan | Emplyment Agreement for Jonathan Utley | 7/30/2007 | 10400 Colfax Dr | | McKinney, TX 75070 |

| Vandervelde, Jeremy J. | Employment Agreement for Jeremy J. Vandervelde | 3/16/2006 | 5401 Trail Ride Court | | Moseley, VA 23120 |
|---|---|---|---|---|---|
| Vassilakos, Nicholas | Employment Agreement of Nicholas Vassilakos | undated | 196 Bay 11th St | | Brooklyn, NY 11228 |
| Viles, Brett W | Employment Agreement for Brett W. Viles | 8/20/2007 | 2680 Shadow Pine Dr, No 54 | | Fruitport, MI 49415 |
| Vonbechmann, Dawn W | Employment Agreement for Dawn W. Vonbechmann | 3/10/2005 | Neil E. McCullagh | 411 E. Franklin Street, Suite 600 | Richmond, VA 23219 |
| Young, Ken J | Employment Agreement for Ken J. Young | 6/16/2005 | 2836 Bayhill Woods Cove | | Collierville, TN 38017 |
| Zargari, David | Employment Agreement for David Zargari | 6/25/2007 | 11120 Huntington Meadow Ln | | Charlotte, NC 28273 |
| Zendejas, Genaro | Employment Agreement for Genaro Zendajas | 3/1/2007 | 11620 Mantova Ave | | Bakersfield, CA 93312 |
| Zinicola, David J. | Employment Agreement for David J. Zinicola | 3/1/2006 | 162 Ben Bar Circle | | Whitesboro, NY 13492 |

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: jafarbayj              Page 1 of 1               Date Rcvd: Mar 04, 2010
Case: 08-35653                  Form ID: pdforder            Total Noticed: 1

The following entities were noticed by first class mail on Mar 06, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2010**               **Signature:** _Joseph Speetjens_