Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**THIRD SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders To Interests) (the "Objection"); and it appearing that Cynda Ann Berger filed a response to the Objection (the

"Response"); and a hearing on the merits of the Response having been held on February 24, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation, good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The claim identified on <u>Exhibit A</u> as attached hereto and incorporated herein is reclassified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

3. The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

5. The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley

\10788840

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 6701  Filed 03/08/10  Entered 03/08/10 09:21:06  Desc Main
Case No. 08-35653 (KRH)                              Document      Page 5 of 5                    Debtors' Fifteenth Omnibus Objection to Claims Third
                                                                                                   Supplemental Order (Reclassification Of Certain Claims
EXHIBIT A                                                                                          Filed By Equityholders To Interests) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 5476<br>Date Filed: 01/26/2009<br>Docketed Total: $45,000.00<br>Filing Creditor Name and Address:<br>BERGER, CYNDA ANN<br>1525 CRAWFORD WOOD DR<br>MIDLOTHIAN, VA 23114 | Claim Holder Name and Address<br>BERGER, CYNDA ANN<br>1525 CRAWFORD WOOD DR<br>MIDLOTHIAN, VA 23114 | Docketed Total: | | $45,000.00 | Modified Total: | $45,000.00 |
| | <u>Case Number</u><br>08-35653 | <u>Secured</u> | <u>Priority</u><br>$45,000.00 | <u>Unsecured</u> | <u>Case Number</u><br>08-35653 | <u>Interest</u><br>$45,000.00 |
| | | | | | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:** $45,000.00<br>**Total Amount As Modified:** $45,000.00 | |

\* "UNL" denotes an unliquidated claim.

Page 1 of 1