Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - x

**THIRD SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SIXTEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the

Debtors' Sixteenth Omnibus Objection to Claims

(Reclassification of Claims Filed by Equity Holders To

Interests) (the "Objection"); and it appearing that James

Lubary filed a response to the Objection (the "Response");

and a hearing on the merits of the Response having been held

on February 24, 2010; and it appearing that the relief

requested in the Objection is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation, good and sufficient

cause exists for the granting of the relief as set forth

herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The claims identified on Exhibit A as attached

hereto and incorporated herein are reclassified as set forth

on Exhibit A for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim,

including (without limitation) the claims included in the

Objection, on any grounds that applicable law permits are

not waived and are expressly reserved.

4.    This Court shall retain jurisdiction to hear and

determine all matters arising from or relating to this

Order.

5.   The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10788994

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9053 <br> Date Filed: 01/30/2009 <br> Docketed Total: $0.00 <br> Filing Creditor Name and Address: <br> LUBARY, JAMES <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 | Claim Holder Name and Address <br><br> LUBARY, JAMES    Docketed Total: **UNL** <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 <br><br> Case Number   Secured   Priority   Unsecured <br> 08-35653    UNL | Modified Total: **$0.00** <br><br><br> Case Number     Interest <br> 08-35653    $0.00 |
| Claim: 9055 <br> Date Filed: 01/30/2009 <br> Docketed Total: $0.00 <br> Filing Creditor Name and Address: <br> LUBARY, JAMES <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 | Claim Holder Name and Address <br><br> LUBARY, JAMES    Docketed Total: **UNL** <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 <br><br> Case Number   Secured   Priority   Unsecured <br> 08-35653    UNL | Modified Total: **$0.00** <br><br><br> Case Number     Interest <br> 08-35653    $0.00 |
| Claim: 9057 <br> Date Filed: 01/30/2009 <br> Docketed Total: $0.00 <br> Filing Creditor Name and Address: <br> LUBARY, JAMES <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 | Claim Holder Name and Address <br><br> LUBARY, JAMES    Docketed Total: **UNL** <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 <br><br> Case Number   Secured   Priority   Unsecured <br> 08-35653    UNL | Modified Total: **$0.00** <br><br><br> Case Number     Interest <br> 08-35653    $0.00 |
|  |  | **Total Claims To Be Modified: 3** <br><br> **Total Amount As Docketed:**   **UNL** <br><br> **Total Amount As Modified:**   **$0.00** |

\*   "UNL" denotes an unliquidated claim.