Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' SIXTY-THIRD OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS
OF THE WEIDLER SETTLEMENT CLASS)**

THIS MATTER having come before the Court on the Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance of Certain Duplicate Claims of the Weidler Settlement Class) (the "Objection"), which requested, among other things, that the claims specifically identified on

Exhibit C attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are forever disallowed in their entirety for all purposes in these bankruptcy cases.

3.  The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims and the Surviving Claim, on any grounds that applicable law permits are not waived and are expressly reserved.

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

5.  The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley

Case 08-35653-KRH    Doc 6703    Filed 03/08/10    Entered 03/08/10 09:52:08    Desc Main
Document    Page 5 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 4402<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br>BITAR, JONATHAN<br>2901 S SEPULVEDA BLVD NO 215<br>LOS ANGELES, CA 90064 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 6297<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>CARRILLO, RUDY<br>1132 PHEASANT HILL WAY<br>SAN JOSE, CA 95120 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7499<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DANAKAS, THOMAS<br>10577 WOODLAND WATERS BLVD<br>WEEKI WACHEE, FL 34613-6418 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7495<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DANIELS, CEDRIC<br>3714 W 119TH ST<br>HAWTHORNE, CA 90250-3218 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7061<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DAVIS, GLADYS<br>P O BOX 19272<br>LOS ANGELES, CA 90019 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH    Doc 6703    Filed 03/08/10    Entered 03/08/10 09:52:08    Desc Main
Document    Page 6 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 3502<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>DE PERALTA, ROD<br>4404 WESTDALE AVE<br>LOS ANGELES, CA 90041-3033<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7060<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>DEBERRY, JAMES N<br>DEBERRY JAMES N<br>3517 W 75TH PL<br>INGLEWOOD, CA 90305-1203<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $105,585.70<br>Total: $105,585.70 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5150<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>GARCIA, PEDRO D<br>339 PHELAN AVE<br>SAN FRANCISCO, CA 94112<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 2145<br>Date Filed: 12/31/2008<br>Creditor's Name and Address:<br>GEORGE, RAFAEL<br>1802 S SUMMERPLACE DR<br>WEST COVINA, CA 91792<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $45,251.01<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7014<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>HAMBURG, DAVID<br>15175 GRAND AVE<br>LAKE ELSINORE, CA 92530-5475<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH    Doc 6703    Filed 03/08/10    Entered 03/08/10 09:52:08    Desc Main
Document    Page 7 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9810<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>HAYWOOD, MICHAEL<br>2125 W 85TH ST<br>LOS ANGELES, CA 90047-2918<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $75,418.35<br>Total: $75,418.35 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5170<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>ILAGAN, GLORIA ESTONILO<br>7690 DARLA WAY<br>SACRAMENTO, CA 95828-5612<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 4644<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>ILAGAN, JOSE ESTONILO<br>7690 DARLA WAY<br>SACRAMENTO, CA 95828-5612<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: UNL<br>Total: UNL | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5882<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>JACOBS, KIM<br>43 ROCKFORD AVE<br>DALY CITY, CA 94015<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $60,334.68<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 9794<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>JACOBSON, MICHAEL D<br>331 Q AVENIDA SEVILLA<br>LAGUNA WOODS, CA 92637<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH   Doc 6703   Filed 03/08/10   Entered 03/08/10 09:52:08   Desc Main
Document      Page 8 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 5166<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>KINCHELOE, DONNA M<br>1229 BRIGHTON AVE NO 137<br>MODESTO, CA 95355-3174<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,344.68<br>Total: $60,344.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5341<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>LANE, SCOTT M<br>1909 LOOKOUT POINT PLACE<br>ESCONDIDO, CA 92026-3347<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 10180<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>LESH, WARREN<br>4671 BRENT CT<br>LA VERNE, CA 91750-1810<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7283<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>LEWIS, BRYAN M<br>281 W 40TH AVE<br>SAN MATEO, CA 94403-4349<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,950.00<br>Administrative:<br>Reclamation::<br>Unsecured: $34,301.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 3778<br>Date Filed: 01/15/2009<br>Creditor's Name and Address:<br>LOPEZ, JOHN C<br>21111 BARBADOS CIR<br>HUNTINGTON BEACH, CA 92646<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH    Doc 6703    Filed 03/08/10    Entered 03/08/10 09:52:08    Desc Main
Document    Page 9 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 9693<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>MCKINNEY, JOSEPH<br>141 PARK PLAZA DR NO 2<br>DALY CITY, CA 94015-1330<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,950.00<br>Administrative:<br>Reclamation::<br>Unsecured: $49,384.68<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5857<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>MEHRABAN, HABIB<br>10760 ROSE NO 300<br>LOS ANGELES, CA 90034<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 13282<br>Date Filed: 06/08/2009<br>Creditor's Name and Address:<br>MONOJ DAS R<br>19 COUNTRY LN<br>ROLLING HILLS, CA 90274<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $45,254.01<br>Reclamation::<br>Unsecured:<br>Total: $45,254.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5850<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>NAQVI, SYED A<br>3720 WESTWOOD BL NO 7<br>LOS ANGELES, CA 90034<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $30,167.34<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 4314<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br>NEVIN, DENNIS N<br>2642 W LINCOLN AVE APT NO 228<br>ANAHEIM, CA 92801<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH   Doc 6703   Filed 03/08/10   Entered 03/08/10 09:52:08   Desc Main
Document   Page 10 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2095<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>NGUYEN, THAD<br>53 VIA CRESTA<br>RANCHO SANTA MARGARITA, CA 92688<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $60,335.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $60,335.00 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 2019<br>Date Filed: 12/29/2008<br>Creditor's Name and Address:<br>NICOLAS, ARMANDO<br>517 FISCHER ST APT 2<br>GLENDALE, CA 91205-5018<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $15,083.67<br>Total: $15,083.67 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 9962<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>RAMIREZ, RAYMOND<br>1179 TYLER ST<br>SALINAS, CA 93906-3517<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7462<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br>RUTKOSKI, DENNIS R<br>1704 AMETISTA DR<br>SAN JACINTO, CA 92583-6869<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 5019<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br>SANCHEZ, LEO S<br>1514 LAKME AVE<br>WILIMINGTON, CA 90744<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

Case 08-35653-KRH    Doc 6703    Filed 03/08/10    Entered 03/08/10 09:52:08    Desc Main
Document    Page 11 of 12

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 4297<br>Date Filed: 01/22/2009<br>Creditor's Name and Address:<br><br>SASSER, JOHN W<br>18601 NEWLAND ST<br>NO 64<br>HUNTINGTON BCH, CA 92646-1848 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7059<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>SHELBY, RONALD<br>1703 4TH AVE<br>LOS ANGELES, CA 90019 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 9811<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>STARKS, ROWENA<br>20025 EDDINGTON DR<br>LOS ANGELES, CA 90746 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,334.68<br>Total: $60,334.68 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 7630<br>Date Filed: 01/28/2009<br>Creditor's Name and Address:<br><br>SYLVIN, PAULINO<br>602 W 75TH ST NO 4<br>LOS ANGELES, CA 90044 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $45,251.01<br>Total: $45,251.01 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |
| Claim: 4481<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br><br>TOZZI, JOHN<br>17071 CHATSWORTH ST NO 6<br>GRANADA HILLS, CA 91344 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $60,000.00<br>Total: $60,000.00 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Third Omnibus Objection to Claims (Disallowance
Of Certain Duplicate Weidler Class Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 8114<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>UBEROI, HARMINDER SINGH<br>5400 ORANGETHORPE AVE 52<br>LA PALMA, CA 90623 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $30,167.34<br>Total: $30,167.34 | Claim: 11271<br>Date Filed: 02/06/2009<br>Creditor's Name and Address:<br><br>WEIDLER SETTLEMENT CLASS<br>CHRISTOPHER A JONES ESQ<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK VIEW STE 300<br>FALLS CHURCH, VA 22042 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $14,368,903.70<br>Total: $14,368,903.70 |

**Total Claims To Be Duplicated:** 36

**Total Asserted Amount To Be Duplicated:** $1,613,631.34