Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
           Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS
FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Fifth Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit C attached to the Objection be modified and/or

reclassified for those reasons set forth in the Objection;

and it appearing that due and proper notice and service of

the Objection as set forth therein was good and sufficient

and that no other further notice or service of the Objection

need be given; and it further appearing that one response

was timely filed by a Claimant being affected by this Order;

and it appearing that the relief requested on the Objection

is in the best interest of the Debtors, their estates and

creditors and other parties-in-interest; and after due

deliberation thereon good and sufficient cause exists for

the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein are reclassified and/or

modified as set forth on Exhibit A for all purposes in these

bankruptcy cases.

    3.    A hearing on the merits as to the Objection to the

Claim identified on Exhibit B as attached hereto and

incorporated herein will be held on March 8, 2010 at 11:00

a.m. (Eastern).  Separate notice of this hearing was

previously provided to the Claimant identified on Exhibit B

(Docket No. 6548).

4.    The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2010


       _____
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                /s/ Douglas M. Foley_____
                Douglas M. Foley

\10789991

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 6838**
Date Filed:  01/28/2009
Docketed Total:      $0.00
Filing Creditor Name and Address:
  BABB, JAMES T
  2307 SHADOW RIDGE COURT
  MIDLOTHIAN, VA 23112

Claim Holder Name and Address

  BABB, JAMES T
  2307 SHADOW RIDGE COURT
  MIDLOTHIAN, VA 23112

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 9503**
Date Filed:  01/30/2009
Docketed Total:      $0.00
Filing Creditor Name and Address:
  BEAM, MICHAEL W
  5227 SCOTSGLEN DR
  GLEN ALLEN, VA 23059

Claim Holder Name and Address

  BEAM, MICHAEL W
  5227 SCOTSGLEN DR
  GLEN ALLEN, VA 23059

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 9505**
Date Filed:  01/30/2009
Docketed Total:      $0.00
Filing Creditor Name and Address:
  BEAM, MICHAEL W
  5227 SCOTSGLEN DR
  GLEN ALLEN, VA 23059

Claim Holder Name and Address

  BEAM, MICHAEL W
  5227 SCOTSGLEN DR
  GLEN ALLEN, VA 23059

Docketed Total:    **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:    **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 5235**
Date Filed:  01/26/2009
Docketed Total:      $4,000.00
Filing Creditor Name and Address:
  BEDSOLE, DONALD
  580 HAGANS CT
  FLEMING ISLAND, FL 32003

Claim Holder Name and Address

  BEDSOLE, DONALD
  580 HAGANS CT
  FLEMING ISLAND, FL 32003

Docketed Total:    **$4,000.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | $4,000.00 | |

Modified Total:    **$4,000.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $4,000.00 |

---

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Debtors' Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)    Document    Page 6 of 25    (Reclassification Of Certain Claims Filed By Equity Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 7521 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed:  01/28/2009 | | |
| Docketed Total:  $0.00 | BISHOP, BENJAMIN T | Docketed Total:  **UNL** |
| Filing Creditor Name and Address: | 1712 POINT OF ROCKS RD | |
| BISHOP, BENJAMIN T | CHESTER, VA 23836 | |
| 1712 POINT OF ROCKS RD | | Modified Total:  **$0.00** |
| CHESTER, VA 23836 | | |

| | Case Number    Administrative    Secured    Priority    Unsecured | Case Number    Interest |
|---|---|---|
| | 08-35653                                              UNL | 08-35653                $0.00 |

| Claim: 2812 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed:  01/06/2009 | | |
| Docketed Total:  $6,155.00 | BOWMAN, DENNIS | Docketed Total:  **$6,155.00** |
| Filing Creditor Name and Address: | 3732 GLADES END LANE | |
| BOWMAN, DENNIS | RICHMOND, VA 23233 | |
| 3732 GLADES END LANE | | Modified Total:  **$6,155.00** |
| RICHMOND, VA 23233 | | |

| | Case Number    Administrative    Secured    Priority    Unsecured | Case Number    Interest |
|---|---|---|
| | 08-35653                                              $6,155.00 | 08-35653                $6,155.00 |

| Claim: 6576 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed:  01/28/2009 | | |
| Docketed Total:  $0.00 | BURCHFIELD, FRANKLIN J | Docketed Total:  **UNL** |
| Filing Creditor Name and Address: | 6028 MAYBROOK WAY | |
| BURCHFIELD, FRANKLIN J | GLEN ALLEN, VA 23060 | |
| 6028 MAYBROOK WAY | | Modified Total:  **$0.00** |
| GLEN ALLEN, VA 23060 | | |

| | Case Number    Administrative    Secured    Priority    Unsecured | Case Number    Interest |
|---|---|---|
| | 08-35653                                              UNL | 08-35653                $0.00 |

| Claim: 4594 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed:  01/20/2009 | | |
| Docketed Total:  $1,639.90 | WELCOME, CAROLYN | Docketed Total:  **$1,639.90** |
| Filing Creditor Name and Address: | 2015 MILL CREEK DR | |
| CAROLYN WELCOME | ARLINGTON, TX 76010 | |
| 2015 MILL CREEK DR | | Modified Total:  **$1,639.90** |
| ARLINGTON, TX 76010 | | |

| | Case Number    Administrative    Secured    Priority    Unsecured | Case Number    Interest |
|---|---|---|
| | 08-35653                          $1,639.90 | 08-35653                $1,639.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Debtors' Fifty-Main

Case No. 08-35653 (KRH)    Document    Page 7 of 25    Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equity Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 13750<br>Date Filed: 06/22/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CHRISTOPHER MEANS<br>460 WILDER ST<br>AURORA, IL 60506 | Claim Holder Name and Address<br><br>CHRISTOPHER MEANS<br>460 WILDER ST<br>AURORA, IL 60506 | |

Claim Holder Name and Address for claim 13750:
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | UNL | | | | 08-35653 | $0.00 |

Modified Total: **$0.00**

| | | |
|---|---|---|
| Claim: 6832<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CLARKE, JESSICA S<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>CLARKE, JESSICA S<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156<br><br>Docketed Total: **UNL** | Modified Total: **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 6833<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>CLARKE, JESSICA S<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>CLARKE, JESSICA S<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156<br><br>Docketed Total: **UNL** | Modified Total: **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 6057<br>Date Filed: 01/26/2009<br>Docketed Total: $123.82<br>Filing Creditor Name and Address:<br>CLEVENGER, DAVID W<br>2000 GINGHAM COURT<br>MARION, IL 62959 | Claim Holder Name and Address<br><br>CLEVENGER, DAVID W<br>2000 GINGHAM COURT<br>MARION, IL 62959<br><br>Docketed Total: **$123.82** | Modified Total: **$123.82** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | $123.82 | 08-35653 | $123.82 |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7635**
Date Filed:   01/28/2009
Docketed Total:     $760.00
Filing Creditor Name and Address:
   CONSTANCE G KOVAN
   32451 MEDITERRANEAN DR
   DANA POINT, CA 92629

Claim Holder Name and Address

   KOVAN, CONSTANCE G          Docketed Total:          **$760.00**
   32451 MEDITERRANEAN DR
   DANA POINT, CA 92629

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $760.00 |

Modified Total:          **$760.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $760.00 |

---

**Claim: 9494**
Date Filed:   01/30/2009
Docketed Total:     $77.39
Filing Creditor Name and Address:
   CROUSE, ANGELA C
   14960 LEBANON RD
   SPRING GROVE, VA 23881

Claim Holder Name and Address

   CROUSE, ANGELA C          Docketed Total:          **$77.39**
   14960 LEBANON RD
   SPRING GROVE, VA 23881

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $77.39 |

Modified Total:          **$77.39**

| Case Number | Interest |
|---|---|
| 08-35653 | $77.39 |

---

**Claim: 7020**
Date Filed:   01/28/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
   CURRIER, MICHAEL J
   16339 COPPERTREE DR
   MONTPELIER, VA 23192

Claim Holder Name and Address

   CURRIER, MICHAEL J          Docketed Total:          **UNL**
   16339 COPPERTREE DR
   MONTPELIER, VA 23192

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:          **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 7023**
Date Filed:   01/28/2009
Docketed Total:     $0.00
Filing Creditor Name and Address:
   CURRIER, MICHAEL J
   16339 COPPERTREE DR
   MONTPELIER, VA 23192

Claim Holder Name and Address

   CURRIER, MICHAEL J          Docketed Total:          **UNL**
   16339 COPPERTREE DR
   MONTPELIER, VA 23192

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total:          **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main Twentieth Omnibus Objection to Claims

Case No. 08-35653 (KRH)                                    Document        Page 9 of 25    (Reclassification Of Certain Claims Filed By Equity

                                                                                            Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|

**Claim: 7136**
Date Filed: 01/28/2009
Docketed Total: $1,420.96
Filing Creditor Name and Address:
CURTIS EUGENE HENSON
3430 ELLEDGE MILL RD
N WILKESBORO, NC 28659

Claim Holder Name and Address
HENSON, CURTIS EUGENE
3430 ELLEDGE MILL RD
N WILKESBORO, NC 28659
Docketed Total: **$1,420.96**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $1,420.96 |

Modified Total: **$1,420.96**

| Case Number | Interest |
|---|---|
| 08-35653 | $1,420.96 |

---

**Claim: 13269**
Date Filed: 06/04/2009
Docketed Total: $140.00
Filing Creditor Name and Address:
DAVE BARTIK
8101 PIERS DR NO 1804
WOODRIDGE, IL 60517

Claim Holder Name and Address
DAVE BARTIK
8101 PIERS DR NO 1804
WOODRIDGE, IL 60517
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $140.00 | | | |

Modified Total: **$140.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $140.00 |

---

**Claim: 9093**
Date Filed: 01/23/2009
Docketed Total: $1,500.00
Filing Creditor Name and Address:
DAVIS, TONY V
11220 BUCKHEAD CT
MIDLOTHIAN, VA 23113

Claim Holder Name and Address
DAVIS, TONY V
11220 BUCKHEAD CT
MIDLOTHIAN, VA 23113
Docketed Total: **$1,500.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $1,500.00 |

Modified Total: **$1,500.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $1,500.00 |

---

**Claim: 14339**
Date Filed: 06/30/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
DEASON, STEPHEN N
2701 E BRIGSTOCK RD
MIDLOTHIAN, VA 23113

Claim Holder Name and Address
DEASON, STEPHEN N
2701 E BRIGSTOCK RD
MIDLOTHIAN, VA 23113
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | UNL | | | |

Modified Total: **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Debtors' Desc Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)                                                    Document        Page 10 of 25        (Reclassification Of Certain Claims Filed By Equity

Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12188<br>Date Filed: 04/14/2009<br>Docketed Total: $308.50<br>Filing Creditor Name and Address:<br>DENTAL SERVICE CO INC<br>135 ORCHARD BEACH RD<br>NORTH EAST, PA 16428 | Claim Holder Name and Address<br><br>DENTAL SERVICE CO INC        Docketed Total:    **UNL**<br>135 ORCHARD BEACH RD<br>NORTH EAST, PA 16428 | Modified Total:    **$308.50** |

| Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| 08-35653 | $308.50 | | | | | 08-35653 | $308.50 |

| | | |
|---|---|---|
| Claim: 11660<br>Date Filed: 03/03/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>DENTON, DIANA INDIVIDUAL<br>OWNERSHIP & JOINT WITH<br>RONALD DENTON<br>6102 BREMO RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>DENTON, DIANA INDIVIDUAL    Docketed Total:    **UNL**<br>OWNERSHIP & JOINT WITH<br>RONALD DENTON<br>6102 BREMO RD<br>RICHMOND, VA 23226 | Modified Total:    **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 13956<br>Date Filed: 06/30/2009<br>Docketed Total: $3,544.00<br>Filing Creditor Name and Address:<br>EASTWOOD, VICTORIA L<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>EASTWOOD, VICTORIA L    Docketed Total:    **UNL**<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Modified Total:    **$3,544.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| 08-35653 | $3,544.00 | | | | | 08-35653 | $3,544.00 |

| | | |
|---|---|---|
| Claim: 13995<br>Date Filed: 06/30/2009<br>Docketed Total: $21,697.50<br>Filing Creditor Name and Address:<br>EASTWOOD, VICTORIA L<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>EASTWOOD, VICTORIA L    Docketed Total:    **UNL**<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Modified Total:    **$21,697.50** |

| Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| 08-35653 | $21,697.50 | | | | | 08-35653 | $21,697.50 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main

Debtors' Thirty-Second Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

Document        Page 11 of 25

Case No. 08-35653 (KRH)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14099**
Date Filed: 06/30/2009
Docketed Total: $11,524.00
Filing Creditor Name and Address:
EASTWOOD, VICTORIA L
3919 SOUTHWINDS PL
GLEN ALLEN, VA 23059

Claim Holder Name and Address
EASTWOOD, VICTORIA L
3919 SOUTHWINDS PL
GLEN ALLEN, VA 23059
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $11,524.00 | | | |

Modified Total: **$11,524.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $11,524.00 |

---

**Claim: 13526**
Date Filed: 06/19/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220

Claim Holder Name and Address
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total: **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 13532**
Date Filed: 06/19/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220

Claim Holder Name and Address
ELIZABETH R WARREN
1824 HANOVER AVE
RICHMOND, VA 23220
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

Modified Total: **$0.00**

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 12187**
Date Filed: 04/14/2009
Docketed Total: $1,784.43
Filing Creditor Name and Address:
FARRINGTON, LAWRENCE R
28512 CHIANTI TERR
BONITA SPRINGS, FL 34135

Claim Holder Name and Address
FARRINGTON, LAWRENCE R
28512 CHIANTI TERR
BONITA SPRINGS, FL 34135
Docketed Total: **UNL**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | $1,784.43 | | | |

Modified Total: **$1,784.43**

| Case Number | Interest |
|---|---|
| 08-35653 | $1,784.43 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7101<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  FAY LAWRENCE W<br>  2500 MAPLE HALL CT<br>  MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br><br>  FAY, LAWRENCE W          Docketed Total:          **UNL**<br>  2500 MAPLE HALL CT<br>  MIDLOTHIAN, VA 23113 | Modified Total:          **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 6677<br>Date Filed:   01/27/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M          Docketed Total:          **UNL**<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Modified Total:          **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 6680<br>Date Filed:   01/27/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M          Docketed Total:          **UNL**<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Modified Total:          **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 6679<br>Date Filed:   01/27/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M          Docketed Total:          **UNL**<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Modified Total:          **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6685<br>Date Filed:    01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M        Docketed Total:        **UNL**<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Modified Total:        **$0.00** |
| | <u>Case Number</u>   <u>Administrative</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>08-35653                                                       UNL | <u>Case Number</u>                                 <u>Interest</u><br>08-35653                                        $0.00 |
| Claim: 6687<br>Date Filed:    01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>  FREEMAN, JAMES M        Docketed Total:        **UNL**<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | Modified Total:        **$0.00** |
| | <u>Case Number</u>   <u>Administrative</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>08-35653                                                       UNL | <u>Case Number</u>                                 <u>Interest</u><br>08-35653                                        $0.00 |
| Claim: 9218<br>Date Filed:    01/30/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  GILMOUR, CATHERINE M<br>  10801 SNOWMASS CT<br>  GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br><br>  GILMOUR, CATHERINE M    Docketed Total:        **UNL**<br>  10801 SNOWMASS CT<br>  GLEN ALLEN, VA 23060 | Modified Total:        **$0.00** |
| | <u>Case Number</u>   <u>Administrative</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>08-35653                                                       UNL | <u>Case Number</u>                                 <u>Interest</u><br>08-35653                                        $0.00 |
| Claim: 5481<br>Date Filed:    01/26/2009<br>Docketed Total:      $9,577.55<br>Filing Creditor Name and Address:<br>  GLOSKEY, MARIA M<br>  900 MICKLEY RDAPT T1 3<br>  WHITEHALL, PA 18052 | Claim Holder Name and Address<br><br>  GLOSKEY, MARIA M        Docketed Total:        **$9,577.55**<br>  900 MICKLEY RDAPT T1 3<br>  WHITEHALL, PA 18052 | Modified Total:        **$9,577.55** |
| | <u>Case Number</u>   <u>Administrative</u>   <u>Secured</u>   <u>Priority</u>   <u>Unsecured</u><br>08-35653                               $9,577.55 | <u>Case Number</u>                                 <u>Interest</u><br>08-35653                                        $9,577.55 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main
Case No. 08-35653 (KRH)                    Document        Page 14 of 25

Debtors' Sixty-Ninth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6865<br>Date Filed:   01/27/2009<br>Docketed Total:     $31,013.25<br>Filing Creditor Name and Address:<br> JACOB M ESHLER<br> 6310 BOUNDARY RUN DR<br> MECHANICSVILLE, VA 23111 | Claim Holder Name and Address<br><br> ESHLER, JACOB M          Docketed Total:          **$31,013.25**<br> 6310 BOUNDARY RUN DR<br> MECHANICSVILLE, VA 23111 | Modified Total:          **$31,013.25** |

| | Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|---|
| | 08-35653 | | | $31,013.25 | | | 08-35653 | $31,013.25 |

| | | |
|---|---|---|
| Claim: 6458<br>Date Filed:   01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> JOLY, RUSSELL N<br> 5318 WOODSTONE COURT<br> LOUISA, VA 23093 | Claim Holder Name and Address<br><br> JOLY, RUSSELL N          Docketed Total:          **UNL**<br> 5318 WOODSTONE COURT<br> LOUISA, VA 23093 | Modified Total:          **$0.00** |

| | Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 3811<br>Date Filed:   01/15/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> JOYCE M DAVIS<br> 11307 SW 167 ST<br> MIAMI, FL 33157 | Claim Holder Name and Address<br><br> DAVIS, JOYCE M          Docketed Total:          **UNL**<br> 11307 SW 167 ST<br> MIAMI, FL 33157 | Modified Total:          **$0.00** |

| | Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | | 08-35653 | $0.00 |

| | | |
|---|---|---|
| Claim: 3931<br>Date Filed:   01/15/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br> JOYCE M DAVIS<br> 11307 SW 167 ST<br> MIAMI, FL 33157 | Claim Holder Name and Address<br><br> DAVIS, JOYCE M          Docketed Total:          **UNL**<br> 11307 SW 167 ST<br> MIAMI, FL 33157 | Modified Total:          **$0.00** |

| | Case Number | Administrative | Secured | Priority | Unsecured | | Case Number | Interest |
|---|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | UNL | | 08-35653 | $0.00 |

*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 3944<br>Date Filed:  01/15/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  JUNE B CADE<br>  725 E IMPERIAL HWY<br>  LOS ANGELES, CA 90059 | Claim Holder Name and Address<br><br>  CADE, JUNE B            Docketed Total:        **UNL**<br>  725 E IMPERIAL HWY<br>  LOS ANGELES, CA 90059<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        UNL | Modified Total:        **$0.00**<br><br><br><br>Case Number                                          Interest<br>08-35653                                                $0.00 |
| Claim: 6538<br>Date Filed:  01/23/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  LANE, DARICK<br>  3413 ANDOVER HILLS PL<br>  RICHMOND, VA 23294 | Claim Holder Name and Address<br><br>  LANE, DARICK            Docketed Total:        **UNL**<br>  3413 ANDOVER HILLS PL<br>  RICHMOND, VA 23294<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        UNL | Modified Total:        **$0.00**<br><br><br><br>Case Number                                          Interest<br>08-35653                                                $0.00 |
| Claim: 8007<br>Date Filed:  01/29/2009<br>Docketed Total:  $138.00<br>Filing Creditor Name and Address:<br>  LATTA, DONNA<br>  5504 COPPERPENNY DR<br>  CHESTERFIELD, VA 23832 | Claim Holder Name and Address<br><br>  LATTA, DONNA            Docketed Total:        **$138.00**<br>  5504 COPPERPENNY DR<br>  CHESTERFIELD, VA 23832<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        $138.00 | Modified Total:        **$138.00**<br><br><br><br>Case Number                                          Interest<br>08-35653                                                $138.00 |
| Claim: 8779<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | Claim Holder Name and Address<br><br>  LUBARY, JAMES            Docketed Total:        **UNL**<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35654                                                        UNL | Modified Total:        **$0.00**<br><br><br><br>Case Number                                          Interest<br>08-35654                                                $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main
Case No. 08-35653 (KRH)                    Document    Page 16 of 25

Debtors' Sixty-Ninth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8780<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720 | Claim Holder Name and Address<br><br>LUBARY, JAMES<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720    Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35654    UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35654    $0.00 |
| Claim: 13661<br>Date Filed: 06/25/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LYNN SPINDLER<br>815 2ND ST<br>PEPIN, WI 54759 | Claim Holder Name and Address<br><br>LYNN SPINDLER<br>815 2ND ST<br>PEPIN, WI 54759    Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653    $0.00 |
| Claim: 7041<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>MARK S STINDE<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>STINDE, MARK S<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223    Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653    $0.00 |
| Claim: 3584<br>Date Filed: 01/14/2009<br>Docketed Total: $53.05<br>Filing Creditor Name and Address:<br>MARTINEZ, ALVARO<br>2112 S BROADWAY<br>SANTA ANA, CA 92707 | Claim Holder Name and Address<br><br>MARTINEZ, ALVARO<br>2112 S BROADWAY<br>SANTA ANA, CA 92707    Docketed Total: **$53.05**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    $53.05 | Modified Total: **$53.05**<br><br>Case Number / Interest<br>08-35653    $53.05 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 8494<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LANE<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LANE<br>  RICHMOND, VA 23233     Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653          UNL | Case Number     Interest<br>08-35653     $0.00 |
| Claim: 8498<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LN<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LN<br>  RICHMOND, VA 23233     Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653          UNL | Case Number     Interest<br>08-35653     $0.00 |
| Claim: 8508<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, ROBERT C<br>  11712 COOL WIND LN<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, ROBERT C<br>  11712 COOL WIND LN<br>  RICHMOND, VA 23233     Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653          UNL | Case Number     Interest<br>08-35653     $0.00 |
| Claim: 9126<br>Date Filed:  01/30/2009<br>Docketed Total:  $1,809.83<br>Filing Creditor Name and Address:<br>  NICHOLAS CALABRESE<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143 | Claim Holder Name and Address<br><br>  CALABRESE, NICHOLAS<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143     Docketed Total:    **$1,809.83** | Modified Total:    **$1,809.83** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653          $1,809.83 | Case Number     Interest<br>08-35653     $1,809.83 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6717<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>NICHOLS JOHN M<br>4417 HICKORY LAKE CT<br>RICHMOND, VA 23059 | Claim Holder Name and Address<br><br>NICHOLS, JOHN M<br>4417 HICKORY LAKE CT<br>RICHMOND, VA 23059      Docketed Total:    **UNL** | Modified Total:    **$0.00** |

| | **Case Number**   Administrative   Secured   Priority   Unsecured | **Case Number**     Interest |
|---|---|---|
| | 08-35653                        UNL | 08-35653      $0.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7232<br>Date Filed: 01/28/2009<br>Docketed Total: $104,937.50<br>Filing Creditor Name and Address:<br>NISAR MD, MM FACP PA<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | Claim Holder Name and Address<br><br>NISAR MD, MM FACP PA<br>1895 OAK TREE RD<br>EDISON, NJ 08820      Docketed Total:   **$104,937.50** | Modified Total:   **$104,937.50** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured<br>08-35653                $104,937.50 | **Case Number**     Interest<br>08-35653      $104,937.50 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9572<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>OWEN LINDA M<br>2003 WINDBLUFF CT<br>RICHMOND, VA 23238 | Claim Holder Name and Address<br><br>OWEN, LINDA M<br>2003 WINDBLUFF CT<br>RICHMOND, VA 23238      Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured<br>08-35653                        UNL | **Case Number**     Interest<br>08-35653      $0.00 |

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10770<br>Date Filed: 02/02/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PAUL B SCACCIO<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236 | Claim Holder Name and Address<br><br>SCACCIO, PAUL B<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236      Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured<br>08-35653              UNL | **Case Number**     Interest<br>08-35653      $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main

Case No. 08-35653 (KRH)                                                              Document        Page 19 of 25

Debtors' Sixty-Ninth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 5298<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PEOPLES, LEE<br>14313 32 BOWSPRIT LANE<br>LAUREL, MD 20707 | Claim Holder Name and Address<br><br>PEOPLES, LEE<br>14313 32 BOWSPRIT LANE<br>LAUREL, MD 20707 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35654 | | | | UNL | 08-35654 | $0.00 |
| Claim: 5974<br>Date Filed: 01/27/2009<br>Docketed Total: $29,722.37<br>Filing Creditor Name and Address:<br>QUARLES, JANE B<br>9021 WELDON DR<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br><br>QUARLES, JANE B<br>9021 WELDON DR<br>RICHMOND, VA 23229 | Docketed Total: | | | **$29,722.37** | Modified Total: | **$29,722.37** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | $29,722.37 | | 08-35653 | $29,722.37 |
| Claim: 8397<br>Date Filed: 01/29/2009<br>Docketed Total: $18,590.39<br>Filing Creditor Name and Address:<br>RAAB, DAVID T<br>2214 SHORTHORN DRIVE<br>PUEBLO, CO 81008 | Claim Holder Name and Address<br><br>RAAB, DAVID T<br>2214 SHORTHORN DRIVE<br>PUEBLO, CO 81008 | Docketed Total: | | | **$18,590.39** | Modified Total: | **$18,590.39** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35654 | | | | $18,590.39 | 08-35654 | $18,590.39 |
| Claim: 7033<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | **Administrative** | **Secured** | **Priority** | **Unsecured** | **Case Number** | **Interest** |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

*      "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixty-Third Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 13849<br>Date Filed:   06/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | UNL | | | | 08-35653 | $0.00 |
| Claim: 13969<br>Date Filed:   06/29/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | UNL | | | | 08-35653 | $0.00 |
| Claim: 7277<br>Date Filed:   01/28/2009<br>Docketed Total:   $12,543.66<br>Filing Creditor Name and Address:<br>  RECIO, DAVID<br>  23772 VIA ASTORGA<br>  MISSION VIEJO, CA 92691 | Claim Holder Name and Address<br><br>  RECIO, DAVID<br>  23772 VIA ASTORGA<br>  MISSION VIEJO, CA 92691 | | | Docketed Total: | **$12,543.66** | Modified Total: | **$12,543.66** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $12,543.66 | | 08-35653 | $12,543.66 |
| Claim: 7018<br>Date Filed:   01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  RICHARD WILLIAM TASKER JR<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | Claim Holder Name and Address<br><br>  TASKER JR, RICHARD WILLIAM<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | | | Docketed Total: | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main
Document    Page 21 of 25

Debtors' Sixty-Main Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6175<br>Date Filed: 01/26/2009<br>Docketed Total: $3,334.28<br>Filing Creditor Name and Address:<br>ROBERT G BLEDSOE & JUNE V BLEDSOE<br>26123 LAFAYETTE DR<br>RHOADESVILLE, VA 22542 | Claim Holder Name and Address<br>BLEDSOE, ROBERT G & JUNE V<br>26123 LAFAYETTE DR<br>RHOADESVILLE, VA 22542<br><br>Docketed Total: $3,334.28<br><br>Case Number: 08-35653 / Administrative / Secured / Priority / Unsecured $3,334.28 | Modified Total: $3,334.28<br><br>Case Number: 08-35653 / Interest $3,334.28 |
| Claim: 7000<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHAUER, JUSTIN C<br>2602 E FRANKLIN ST<br>APT 2<br>RICHMOND, VA 23223 | Claim Holder Name and Address<br>SCHAUER, JUSTIN C<br>2602 E FRANKLIN ST<br>APT 2<br>RICHMOND, VA 23223<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653 / Administrative / Secured / Priority / Unsecured UNL | Modified Total: $0.00<br><br>Case Number: 08-35653 / Interest $0.00 |
| Claim: 6708<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181 | Claim Holder Name and Address<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653 / Administrative / Secured / Priority / Unsecured UNL | Modified Total: $0.00<br><br>Case Number: 08-35653 / Interest $0.00 |
| Claim: 6710<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181 | Claim Holder Name and Address<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181<br><br>Docketed Total: UNL<br><br>Case Number: 08-35653 / Administrative / Secured / Priority / Unsecured UNL | Modified Total: $0.00<br><br>Case Number: 08-35653 / Interest $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main
Case No. 08-35653 (KRH)                                         Document         Page 22 of 25

Debtors' Sixty-Ninth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7351<br>Date Filed:   01/28/2009<br>Docketed Total:   $63,000.00<br>Filing Creditor Name and Address:<br>  SIFFORD, MICHELLE A<br>  2917 NORTHLAKE DR<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  SIFFORD, MICHELLE A<br>  2917 NORTHLAKE DR<br>  RICHMOND, VA 23233 | | Docketed Total: | | **$63,000.00** | Modified Total: | **$63,000.00** |
| | Case Number | Administrative | Secured | Priority | <u>Unsecured</u> | <u>Case Number</u> | <u>Interest</u> |
| | 08-35653 | | | | $63,000.00 | 08-35653 | $63,000.00 |
| Claim: 7043<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | Claim Holder Name and Address<br><br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | <u>Case Number</u> | <u>Administrative</u> | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number</u> | <u>Interest</u> |
| | 08-35654 | | | | UNL | 08-35654 | $0.00 |
| Claim: 7047<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | Claim Holder Name and Address<br><br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | <u>Case Number</u> | <u>Administrative</u> | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number</u> | <u>Interest</u> |
| | 08-35654 | | | | UNL | 08-35654 | $0.00 |
| Claim: 7057<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | Claim Holder Name and Address<br><br>  SINDELAR, ERIC C<br>  2696 E 132 PL<br>  THORNTON, CO 80241 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | <u>Case Number</u> | <u>Administrative</u> | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number</u> | <u>Interest</u> |
| | 08-35654 | | | | UNL | 08-35654 | $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 6704    Filed 03/08/10    Entered 03/08/10 09:56:20    Desc Main
Case No. 08-35653 (KRH)    Document    Page 23 of 25

Debtors' Seventh Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7037<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>STINDE, MARK S<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>STINDE, MARK S<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 / / / / UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 / $0.00 |
| Claim: 8414<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>STOCKETT, LES K<br>40 JADE LANE<br>LOPATCONG, NJ 08865 | Claim Holder Name and Address<br><br>STOCKETT, LES K<br>40 JADE LANE<br>LOPATCONG, NJ 08865<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 / / / / UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 / $0.00 |
| Claim: 8474<br>Date Filed: 01/29/2009<br>Docketed Total: $6,165.07<br>Filing Creditor Name and Address:<br>WEISS, STEVEN<br>100 NEW CASTLE LOOP<br>GOOSE CREEK, SC 29445 | Claim Holder Name and Address<br><br>WEISS, STEVEN<br>100 NEW CASTLE LOOP<br>GOOSE CREEK, SC 29445<br><br>Docketed Total: **$6,165.07**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 / / / / $6,165.07 | Modified Total: **$6,165.07**<br><br>Case Number / Interest<br>08-35653 / $6,165.07 |
| Claim: 8199<br>Date Filed: 01/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WOODS TERRELL A<br>5724 SULLIVAN POINT DR<br>POWDER SPRINGS, GA 30127 | Claim Holder Name and Address<br><br>WOODS, TERRELL A<br>5724 SULLIVAN POINT DR<br>POWDER SPRINGS, GA 30127<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653 / / / UNL / | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653 / $0.00 |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 6487<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>WOOLDRIDGE, WALTER L<br>10371 COHOKE PATHWAY<br>ASHLAND, VA 23005-3392 | Claim Holder Name and Address<br><br>WOOLDRIDGE, WALTER L<br>10371 COHOKE PATHWAY<br>ASHLAND, VA 23005-3392 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |
| Claim: 7016<br>Date Filed: 01/28/2009<br>Docketed Total: $95.00<br>Filing Creditor Name and Address:<br>YOGESH S KULKARNI<br>201 RAILROAD AVE APT 229<br>E RUTHERFORD, NJ 07073 | Claim Holder Name and Address<br><br>KULKARNI, YOGESH S<br>201 RAILROAD AVE APT 229<br>E RUTHERFORD, NJ 07073 | | Docketed Total: | | **$95.00** | Modified Total: | **$95.00** |
| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | $95.00 | 08-35653 | $95.00 |

**Total Claims To Be Modified: 78**

**Total Amount As Docketed:**      **$335,655.45**

**Total Amount As Modified:**      **$335,655.45**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOUIS A LUCHAK<br>LOUIS A LUCHAK AND DOLORES I LUCHAK<br>4219 AVE J<br>SANTA FE, TX 77510 | 13259 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $109.99<br><br>$109.99 | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    **1**    **$109.99**

---

*    "UNL" denotes an unliquidated claim.