**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

```
------------------------------------------------------- x
                                                        :   Chapter 11
                                                        :
In re:                                                  :
                                                        :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                              :
et al.,                                                 :
                                                        :   Jointly Administered
                                                        :
                            Debtors.¹                   :
                                                        :
------------------------------------------------------- x
```

**<u>AFFIDAVIT OF SERVICE</u>**

I, Timothy T.K. Wu, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On February 25, 2010, copies of the following documents were served via electronic mail

upon the parties set forth on the service lists attached hereto as **<u>Exhibit A</u>** and facsimile upon the

parties set forth on the service lists attached hereto as **<u>Exhibit B</u>**:

1. Notice of Continued Hearing on Confirmation of the Plan; to be Held on April 6, 2010 at 10:00 a.m. (Eastern) (Docket No. 6640)

2. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6641)

---

¹   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

3. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Robert Gentry (Docket No. 6642)

4. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Joseph Skaf (Docket No. 6643)

5. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6644)

6. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Jonathan Card (Docket No. 6645)

7. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Joseph Skaf (Docket No. 6646)

8. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Jonathan Card (Docket No. 6660)

9. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (Docket No. 6661)

On February 25, 2010, copies of the following documents were served via first class mail

upon the parties set forth on the service list attached hereto as **Exhibit C**:

1. Notice of Continued Hearing on Confirmation of the Plan; to be Held on April 6, 2010 at 10:00 a.m. (Eastern) (Docket No. 6640)

2. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority) with Respect to the Class Claim of Robert Gentry (Docket No. 6641)

3. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Robert Gentry (Docket No. 6642)

4.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Joseph Skaf (Docket No. 6643)

5.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6644)

6.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Jonathan Card (Docket No. 6645)

On February 25, 2010, copies of the following document were served via email upon the parties set forth on the service list attached hereto as **Exhibit D** and via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit E**:

1.  Notice of Continued Hearing on Confirmation of the Plan; to be Held on April 6, 2010 at 10:00 a.m. (Eastern) (Docket No. 6640)

On February 25, 2010, copies of the following documents were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit F**:

1.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6641)

2.  Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Robert Gentry (Docket No. 6642)

3.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6644)

4.  Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Jonathan Card (Docket No. 6645)

5.  Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Jonathan Card (Docket No. 6660)

6. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (Docket No. 6661)

On February 25, 2010, copies of the following documents were served via electronic mail upon the party set forth on the service list attached hereto as **Exhibit G**:

1. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Joseph Skaf (Docket No. 6643)

2. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Joseph Skaf (Docket No. 6646)

On February 25, 2010, copies of the following documents were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit H**:

1. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6641)

2. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Robert Gentry (Docket No. 6642)

On February 25, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit I**:

1. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Joseph Skaf (Docket No. 6643)

On February 25, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit J**:

1. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6644)

On February 25, 2010, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit K**:

1. Debtors' Motion for and Memorandum of Law in Support of Summary Judgment on Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim of Jonathan Card (Docket No. 6645)

On February 26, 2010, copies of the following documents were served via first class mail upon the parties set forth on the service lists attached hereto as **<u>Exhibit L</u>**:

1. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Joseph Skaf (Docket No. 6646)

2. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Jonathan Card (Docket No. 6660)

3. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (Docket No. 6661)

On February 26, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service lists attached hereto as **<u>Exhibit M</u>**:

1. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Joseph Skaf (Docket No. 6646)

On February 26, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **<u>Exhibit N</u>**:

1. Debtors' Supplement to the Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Class Claim Filed by Jonathan Card (Docket No. 6660)

On February 26, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **<u>Exhibit O</u>**:

1. Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Jack Hernandez (Docket No. 6661)

Dated: March ___4th___, 2010

_____
Timothy T.K. Wu

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this ___4th___ day of March, 2010, by
Isidro N. Panizales, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

```
ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013
```

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

# **EXHIBIT F**

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

# EXHIBIT J

# EXHIBIT K

# EXHIBIT L

# EXHIBIT M

# EXHIBIT N

# EXHIBIT O