Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| **CIRCUIT CITY STORES, INC.,** | ) | |
| **CIRCUIT CITY STORES WEST** | ) | **Case No. 08-35653 (KRH)** |
| **COAST, INC., INTERTAN, INC.,** | ) | **Chapter 11** |
| **VENTOUX INTERNATIONAL, INC.,** | ) | **(Jointly administered)** |
| **CIRCUIT CITY PURCHASING** | ) | |
| **COMPANY, LLC, CC AVIATION,** | ) | |
| **LLC, CC DISTRIBUTION COMPANY** | ) | |
| **OF VIRGINIA, INC.,** | ) | |
| **CIRCUIT CITY PROPERTIES, LLC,** | ) | |
| **KINZER TECHNOLOGY, LLC,** | ) | |
| **ABBOTT ADVERTISING AGENCY,** | ) | |
| **INC., PATAPSCO DESIGNS, INC.,** | ) | |
| **SKY VENTURE CORP.,** | ) | |
| **PRAHS, INC., XSSTUFF, LLC,** | ) | |
| **MAYLAND MN, LLC,** | ) | |
| **COURCHEVEL, LLC, ORBYX** | ) | |
| **ELECTRONICS, LLC, AND** | ) | |
| **CIRCUIT CITY STORES PR, LLC.** | ) | |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| _____ | ) | |

## AMENDED NOTICE OF APPEAL

Creditor, Samsung Electronics America, Inc., files this amended notice of appeal under

28 U.S.C. § 158(a) and the collateral order doctrine, pursuant to Rule 8002 of the Federal Rules

{TY099973;1}

of Bankruptcy Procedure (the "Rules" and each a "Rule"), from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 6th day of January, 2010 (together with the accompanying Memorandum Opinion, the "Order") [Docket Nos. 6228-1, 6228]. Although Samsung's original Notice of Appeal became effective upon entry of the Court's Order on Motion to Reconsider on February 23, 2010 [Docket No. 6602] pursuant to Rule 8002(a), Samsung files this amended notice in an abundance of caution and to remove any question about the timeliness of its appeal.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are attached hereto and incorporated herein as **Exhibit "A"**.

Date:  March 8, 2010                    **Akerman Senterfitt LLP**

                                        By:  /s/ Mona M. Murphy
                                            Mona M. Murphy, Esquire
                                            Virginia Bar No. 21589
                                            Stanley M. Salus, Esquire
                                            Virginia Bar No. 00464
                                            Michael Goldberg, Esquire (*pro hac vice*)
                                            Joanne Gelfand, Esquire (*pro hac vice*)
                                            8100 Boone Boulevard, Suite 700
                                            Vienna, Virginia  22182-2642
                                            (703) 790-8750
                                            *Counsel to Samsung Electronics America, Inc.*

{TY099973;1}

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 8th day of March, 2010, a copy of the foregoing Amended Notice of Appeal was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue of the electronic filing of same, and by first-class or electronic mail to the following:

> Gregg M. Galardi, Esquire
> Ian S. Fredericks, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899
> gregg.galardi@skadden.com
>
> Dion W. Hayes, Esquire
> Douglas M. Foley, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219
> dfoley@mcguirewoods.com
>
> Chris L. Dickerson, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, IL 60606
> chris.dickerson@skadden.com
>
> Robert B. Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 E. Broad Street, Suite 4304
> Richmond, VA 23219
> Robert.B.Van.Arsdale@usdoj.gov

      /s/ Mona M. Murphy_____
      Mona M. Murphy

{TY099973;1}