McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

Attorneys for PNY Technologies, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | )   Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al.[1], | )   Jointly Administered |
| | )   Chapter 11 |
| Debtors. | )   Hon. Kevin R. Huennekens |

**STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN
RECORD ON APPEAL OF PNY TECHNOLOGIES, INC.**

The Appellant PNY Technologies, Inc. ("PNY") files this Statement of Issues and Designation

of Items for Inclusion in the Record on Appeal, related to PNY's appeal filed on January 20, 2010, of

the Bankruptcy Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections, entered

in the above-captioned case on the 6th day of January, 2010, docket entry number 6228. Pursuant

to Bankruptcy Rule 8006, PNY hereby designates these items to be included in the record on

appeal:

---

[1] The Debtors are as follows: Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc.,

| | Date | Document Docket No. | Document Description |
|---|---|---|---|
| 1. | November 10, 2008 | 14 | Motion of Debtors for Order Under Bankruptcy Code Sections 105(A), 362, 503(B), 507(A), 546(C), and 546(H) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
| 2. | November 10, 2008 | 19 | Motion Of Debtors For Order Establishing Bar Date For Filing Requests For Payment Of Administrative Expense Claims Under Bankruptcy Code Sections 105 And 503(b)(9) And Approving Form, Manner And Sufficiency Of Notice Of The Bar Date Pursuant To Bankruptcy Rule 9007 |
| 3. | November 12, 2008 | 107 | Order Granting Motion to Authorize Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sect. 105 and 503 (b) (9) as set out in Order |
| 4. | November 13, 2008 | 133 | Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b),507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
| 5. | November 13, 2008 | 145 | Notice of Claims Bar Date -- Notice of Bar Date for Filing Administrative Claims under Bankruptcy Code Section 503(b)(9) |
| 6. | December 1, 2008 | Claim #447 | PNY's Section 503(b)(9) Claim Request Form seeking payment of a $1,723,312.08 administrative claim |

Sky Venture Corp., PRAHS, INC., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

ME1 9532286v.1

| 7. | December 11, 2008 | 897 | Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c) and 546(h) (I) Granting Administrative Expense Status To Obligations From Postpetition Delivery Of Goods, (II) Authorizing Payment Of Expenses In The Ordinary Course Of Business (III) Authorizing Debtors To Return Goods; and (IV) Establishing Procedures For Reclamation Demands |
| 8. | September 15, 2009 | 4881 | Thirty-Ninth Omnibus Objection |
| 9. | October 13, 2009 | 5214 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 10. | October 13, 2009 | 5215 | Brief in Support of Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 11. | November 2, 2009 | 5411 | Samsung America, Inc.'s Response to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on Any Response Proceed as a Status Conference |
| 12. | November 3, 2009 | 5416 | PNY's Response to Debtor's Fifty-First Omnibus Objection to Certain 503(B)(9) Claims |
| 13. | November 4, 2009 | 5447 | Opposition Brief of Onkyo USA Corporation to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 14. | November 4, 2009 | 5454 | Opposition Brief of Mitsubishi Digital Electronics America, Inc. to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for |

ME1 9532286v.1

| | | | | Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
|---|---|---|---|---|
| 15. | November 4, 2009 | 5470 | | Response to Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fifty-First Omnibus Objection to (I) Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 16. | November 4, 2009 | 5472 | | Longacre Opportunity Fund, LP's Response to Objection to Claim filed by Circuit City Stores, Inc. |
| 17. | November 4, 2009 | 5475 | | Opposition Brief Envision Peripherals, Inc.'s Memorandum of Law in Opposition to Debtors' (i) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (ii) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 18. | November 4, 2009 | 5487 | | Opposition Brief styled as Metra Electronics Corporation's Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 19. | November 4, 2009 | 5491 | | Response to Response of Sima Products Corp. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 20. | November 4, 2009 | 5498 | | Opposition Brief styled as Tamrac, Inc.'s Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 21. | November 4, 2009 | 5499 | | Nyko Technologies, Inc.'s Response to |

| | | | Debtors' Fifty-First Omnibus Objection |
|---|---|---|---|
| 22. | November 4, 2009 | 5502 | SouthPeak Interactive, LLC's Response to Debtors' Fifty-First Omnibus Objection |
| 23. | November 4, 2009 | 5505 | Bush Industries, Inc.'s Response and Joinder Regarding Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 24. | November 4, 2009 | 5506 | Vonage Marketing Inc.'s Response to Debtors' Fifty-First Omnibus Objection |
| 25. | November 4, 2009 | 5511 | Response in Opposition of BISSELL Homecare, Inc. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof |
| 26. | November 4, 2009 | 5537 | Midland Radio Corporation's Response to Debtors' Fifty-First Omnibus Objection |
| 27. | November 4, 2009 | 5539 | Response and Objection of Bethesda Softworks LLC to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof |
| 28. | November 4, 2009 | 5610 | TeleDynamics LLP's Response in Opposition to Debtors' Fifty-First Omnibus Objection to Claims |
| 29. | November 10, 2009 | 5621 | Omnibus Reply by the Debtors in Support of (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 30. | November 13, 2009 | 5666 | Supplemental Response to Debtors' Fifty-First Omnibus Objection to Certain |

ME1 9532286v.1

| | | | 503(b)(9) Claims by Apex Digital, Inc., THQ, Inc. |
|---|---|---|---|
| 31. | November 18, 2009 | 5813 | Transcript filed Re: Hearing Held 11/12/2009 |
| 32. | November 19, 2009 | 5829 | Order On Debtors' Thirty-ninth Omnibus Objection To Claims (reclassification to unsecured claims of certain claims filed as 503(b)(9) claims for goods received by the debtors not within twenty days of the commencement of the cases) |
| 33. | November 19, 2009 | 5837 | Corrected Transcript filed Re: Hearing Held 11/12/2009 |
| 34. | January 6, 2010 | 6228 | Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections, accompanied by a Memorandum Opinion |
| 35. | January 13, 2010 | 6258 | Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections |
| 36. | January 19, 2010 | 6318 | LG Electronics USA, Inc.'s Notice of Appeal |
| 37. | January 19, 2010 | 6320 | LG Electronics USA, Inc.'s Motion for Leave to Appeal |
| 38. | January 19, 2010 | 6322 | PNY's Joinder to Motion for Reconsideration |
| 39. | January 19, 2010 | 6323 | Joinder of Paramount Home Entertainment Inc. to Motion Of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections with Certificate of Service |
| 40. | January 20, 2010 | 6327 | United States Debt Recovery, LLC's Notice of Appeal |
| 41. | January 20, 2010 | 6329 | United States Debt Recovery, LLC's Motion for Leave to Appeal |
| 42. | January 20, 2010 | 6331 | PNY's Notice of Appeal |

| 43. | January 20, 2010 | 6333 | PNY's Motion for Leave to Appeal |
| 44. | January 20, 2010 | 6335 | Samsung Electronics America, Inc.'s Notice of Appeal |
| 45. | January 20, 2010 | 6336 | Samsung Electronics America, Inc.'s Motion for Leave to Appeal |
| 46. | January 25, 2010 | 6351 | Onkyo USA Corporation's Motion for Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objection |
| 47. | January 26, 2010 | 6370 | Motion for Joinder of Toshiba America Consumer Products, L.L.C. to Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-first and Fifty-second Omnibus Objections |
| 48. | January 27, 2010 | 6378 | Motion for Joinder of Bethesda Softworks LLC to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 49. | January 27, 2010 | 6382 | Debtors' Objection to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 50. | February 23, 2010 | 6601 | Supplemental Memorandum Opinion |
| 51. | February 23, 2010 | 6602 | Order Denying Motion to Reconsider |
| 52. | | | All materials, documents, and pleadings designated by the Appellees. |

Further, pursuant to Fed. R. Bankr. P. 8006, PNY hereby submits the following issues to be presented on appeal:

1.   Whether the Bankruptcy Court's ruling that the Debtors may apply 11 U.S.C. § 502(d) to temporarily disallow the claims filed under 11 U.S.C. § 503(b)(9) was error?

ME1 9532286v.1

2.    Whether the Bankruptcy Court's conclusion that the Debtors may apply 11 U.S.C. §

502(d) to temporarily disallow the claims filed under 11 U.S.C. § 503(b)(9) even before any alleged

preference liability has been adjudicated was error?

PNY TECHNOLOGIES, INC.


By: /s/ Neil E. McCullagh
          Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Counsel for PNY Technologies, Inc.

ME1 9532286v.1

Certificate of Service

I hereby certify that on March 8, 2010, I caused a copy of the foregoing Designation to be served on those listed below, who together constitute all necessary parties, by first class mail, postage prepaid, and by email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor

-9-

ME1 9532286v.1

Los Angeles, California 90067-4100
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov

_/s/ Neil E. McCullagh_____

ME1 9532286v.1