Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | **(Chapter 11)** |
| | ) | |
| **Debtor.** | ) | **Jointly Administered** |

**NOTICE OF SAMSUNG ELECTRONICS AMERICA, INC.'S
AMENDED MOTION FOR LEAVE TO APPEAL**

PLEASE TAKE NOTICE THAT Samsung Electronics America, Inc. ("Samsung") has filed with the Court an Amended Motion for Leave to Appeal the Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under  Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than fourteen (14) days of service of this Motion, or by March 22, 2010.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2. You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

{TY100006;1}

*Counsel for Circuit City Stores, Inc.*
Douglas M. Foley, Esquire
Dion W. Hayes, Esquire
MCGUIREWOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

*Counsel for Samsung Electronics America, Inc.*
Mona M. Murphy, Esquire
AKERMAN SENTERFITT LLP
8100 Boone Boulevard
Suite 700
Vienna, Virginia  22182-2642

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St.  Suite 4304
Richmond, Virginia 23219

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

  **DATED:**  March 8, 2010   **AKERMAN SENTERFITT LLP**

            By:   /s/ Mona M. Murphy
            Mona M. Murphy, Esquire
            Virginia Bar No. 21589
            Stanley M. Salus, Esquire
            Virginia Bar No. 00464
            Michael Goldberg, Esquire
            Joanne Gelfand, Esquire
            8100 Boone Boulevard, Suite 700
            Vienna, VA  22182-2642
            tel.:  (703) 790-8750
            fax:  (703) 448-1767
            mona.murphy@akerman.com
            stan.salus@akerman.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of March, 2010, a copy of the foregoing Notice of Motion was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue of the electronic filing of same and by first-class or electronic mail to the following:

> Gregg M. Galardi, Esquire
> Ian S. Fredericks, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899
> gregg.galardi@skadden.com
>
> Dion W. Hayes, Esquire
> Douglas M. Foley, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219
> dfoley@mcguirewoods.com
>
> Chris L. Dickerson, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, IL 60606
> chris.dickerson@skadden.com
>
> Robert B. Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 E. Broad Street, Suite 4304
> Richmond, VA 23219
> Robert.B.Van.Arsdale@usdoj.gov

    /s/ Mona M. Murphy
Mona M. Murphy

{TY100006;1}