IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CIRCUIT CITY STORES, INC.** | ) | Case No. 08-35653 (KRH) |
| | ) | (Chapter 11) |
| | ) | |
| **Debtor.** | | Jointly Administered |

**ORDER GRANTING SAMSUNG ELECTRONICS AMERICA, INC.'S
MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL
IN RECORD ON APPEAL**

This cause came before the Court upon Samsung Electronics America, Inc.'s Motion Samsung Electronics America, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal (the "Motion"), and the Court having reviewed the Motion, and any opposition thereto, and being fully advised in the premises, it is

HEREBY ORDERED THAT:

1. The Motion should be, and is hereby, GRANTED, and

2. The record on appeal shall include the arguments of counsel recorded in the transcripts of the November 3, 2010 Discovery Hearing [Dkt. No. 5798] and the November 12, 2010 Omnibus Objection Hearing [Dkt. No. 5813], as designated by Samsung Electronics America, Inc.

Entered: _____
Kevin R. Huennekens
United States Bankruptcy Judge

1

{TY099311;1}

I ASK FOR THIS:

 /s/ Mona M. Murphy
Mona M. Murphy (VSB No. 21589)
Akerman Senterfitt LLP
8100 Boone Blvd., Suite 700
Vienna, VA  22182
(703) 790-8750
*Attorney for Samsung Electronics America, Inc.*

Pursuant to Local Bankruptcy Rule 9022-1(B), parties to receive copies:

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher
& Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Robert B. Van Arsdale
Office of the U.S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219

**Certificate in Accordance with Local Rule 9022-1(C)**

Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing proposed order has been served on all necessary parties.

                                    /s/ Mona M. Murphy
                                    Mona M. Murphy

{TY099311;1}