**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Timothy J. Kelsey, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 9, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit A**:

1. Second Supplemental Order on Debtors' Fifteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 6456)

On February 9, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit B**:

1. Second Supplemental Order on Debtors' Sixteenth Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 6457)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On February 9, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit C**:

1. Second Supplemental Order on Debtors' Thirty-Second Omnibus Objection to Claims (Reclassification of Claims Filed by Equity Holders to Interests) (Docket No. 6458)

On February 9, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

1. Second Supplemental Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims, and (II) Certain Duplicate Claims) (Docket No. 6459)

On February 9, 2010, copies of the following document were served via first class mail upon the parties set forth on the service list attached hereto as **Exhibit E**:

1. Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6460)

Dated: March 1, 2010

_____
Timothy J. Kelsey

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 1st day of March, 2010, by Timothy J. Kelsey, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

Circuit City Stores, Inc.
Supplemental Order re 15th Objection

| NAME | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| APPLEBY, ROBERT J | 14320 WINTER RIDGE LANE | MIDLOTHIAN | VA | 23113 | USA |
| BERGER, CYNDA ANN | 1525 CRAWFORD WOOD DR | MIDLOTHIAN | VA | 23114 | USA |
| DRAXLER, STEVEN F | 2322 POCONO CT | DE PERE | WI | 54115 | USA |

# EXHIBIT B

Circuit City Stores, Inc.
Supplemental Order re 16th Objection

| NAME | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| LUBARY, JAMES | 3161 DRUID LN | LOS ALAMITOS | CA | 90720 | USA |

# EXHIBIT C

Circuit City Stores, Inc.
Supplemental Order re 32nd Objection

| NAME | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| STEVEN F DRAXLER | 2322 POCONO CT | DE PERE | WI | 54115 | USA |

# EXHIBIT D

Circuit City Stores, Inc.
Supplemental Order re 35th Objection

| CREDITOR NAME | CREDITOR NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| BEAR VALLEY ROAD PARTNERS LLC | ATTN BRAD BECKER | C O BECKER DEVELOPMENT INVESTMENTS | 12730 HIGH BLUFF DR | SAN DIEGO | CA | 92130 | USA |
| BEAR VALLEY ROAD PARTNERS LLC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | IVAN M GOLD ESQ | 3 EMBARCADERO CENTER 12TH FL | SAN FRANCISCO | CA | 94111 | USA |
| GMS GOLDEN VALLEY RANCH LLC | ATTN MICHAEL STRAHS | C O TERRAMAR RETAIL CENTERS | 5973 AVENIDA ENCINAS | CARLSBAD | CA | 92008-0000 | USA |
| GMS GOLDEN VALLEY RANCH LLC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | IVAN M GOLD ESQ | 3 EMBARCADERO CENTER 12TH FL | SAN FRANCISCO | CA | 94111 | USA |
| LAGUNA GATEWAY PHASE 2 LP | ATTN JOHN L PAPPAS | C O PAPPAS INVESTMENTS | 2020 L ST 5TH FL | SACRAMENTO | CA | 95814 | USA |
| LAGUNA GATEWAY PHASE 2 LP | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | IVAN M GOLD ESQ | 3 EMBARCADERO CENTER 12TH FL | SAN FRANCISCO | CA | 94111 | USA |
| MANTECA STADIUM PARK LP | ATTN DONALD GLATTHORN | C O KITCHELL DEVELOPMENT COMPANY | 703 PALOMAR AIRPORT RD NO 320 | CARLSBAD | CA | 92011 | USA |
| MANTECA STADIUM PARK LP | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | IVAN M GOLD ESQ | 3 EMBARCADERO CENTER 12TH FL | SAN FRANCISCO | CA | 94111 | USA |
| SWEETWATER ASSOCIATES LIMITED PARTNERSHIP | ATTN KERRIE L OZARSKI REAL ESTATE MANAGER | C O STEPSTONE REAL ESTATE SERVICES | 1660 UNION ST 4TH FL | SAN DIEGO | CA | 92101-2926 | USA |
| SWEETWATER ASSOCIATES LIMITED PARTNERSHIP | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | IVAN M GOLD ESQ | 3 EMBARCADERO CENTER 12TH FL | SAN FRANCISCO | CA | 94111 | USA |

# EXHIBIT E

Circuit City Stores, Inc.
Supplemental Order re 30th Objection

| NAME | ADDRESS | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| AGEE, JEFFREY TRAVIS | 705 DENNISON ST | LITTLE ROCK | AR | 72201 | USA |
| CACCIOTTI, DAVID J | 9812 FERNLEIGH DR | RICHMOND | VA | 23235 | USA |
| HARRIS, BARBARA RAELYN | 3334 WEST MAIN NO 194 | NORMAN | OK | 73072 | USA |
| HATCHER MINNIE | 3200 SALLY CIRCLE | FLORENCE | SC | 29501 | USA |
| KING, BRAD | 22628 U S HIGHWAY 70 | WILSON | OK | 73463 | USA |