Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

    -and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Counsel for Mitsubishi Digital Electronics America, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------X
| | |
|---|---|
| In re: | :     **Chapter 11** |
| | : |
| **CIRCUIT CITY STORES, INC., et al.,** | :     **Case No. 08-35653** |
| | : |
| Debtors. | :     **Jointly Administered** |
| | : |

---------------------------------------------------X

**NOTICE OF APPEAL**

Creditor, Mitsubishi Digital Electronics America, Inc., appeals under 28 U.S.C. § 158(a) and the collateral order doctrine from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 6th day of January, 2010 (together with the accompanying Memorandum Opinion, the "Order") [Docket Nos. 6228-1, 6228].

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are attached hereto and incorporated herein as **Exhibit "A".**

Dated: March 9, 2010          **MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

- and -

KING & SPALDING LLP
James A. Pardo, Jr. (*pro hac vice*)
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson (*pro hac vice*)
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:     (404) 572-4600
Facsimile:     (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## EXHIBIT A TO MITSUBISHI'S NOTICE OF APPEAL IDENTIFYING PARTIES TO THE ORDER BEING APPEALED FROM AND COUNSEL

| | |
|---|---|
| **Appellant:**<br><br>Mitsubishi Digital Electronics America, Inc. | Philip C. Baxa, Esquire<br>MercerTrigiani LLP<br>16 South Second Street<br>Richmond, Virginia 23219<br>Tel:  804-782-8691<br>**and**<br>KING & SPALDING LLP<br>James A. Pardo, Jr., Esquire<br>Thaddeus D. Wilson, Esquire<br>1180 Peachtree Street<br>Atlanta, Georgia 30309-3521<br>Tel:  (404) 572-4600 |
| **Appellees**:<br><br>Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology,LLC, Abbott Advertising Agency, Inc.,Patapsco Designs, Inc.., Sky Venture Corp.,Prahs, Inc., XSStuff, LLC, Mayland MN,LLC, Courchevel, LLC, Orbyx Electronics,LLC, and Circuit City Stores PR, LLC.("Debtors") | Gregg M. Galardi, Esquire<br>Ian S. Fredericks, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Tel:  (302) 651-3000<br>**and**<br>Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Tel:  (804) 775-1000<br>**and**<br>Chris L. Dickerson, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606<br>Tel:  (312) 407-0700 |

**Other Interested Parties:**

| | |
|---|---|
| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esquire<br>Robert J. Feinstein, Esquire<br>Jeffrey N. Pomerantz, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br>Tel:  (310) 277-6910<br>**and**<br>Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North 8th Street, 2nd Floor<br>Richmond, Virginia 23219<br>Tel:  (804) 783-8300 |
| Office of the United States Trustee | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street Suite 4304<br>Richmond, Virginia  23219-1888<br>Tel:  804-771-2310 |

**Other Claimants who filed Responses to the Debtors' Fifty-First Omnibus Objection to Claims:**

| | |
|---|---|
| Namsung America Inc. | Leonard E. Starr, III, Esquire<br>Leonard Staff, P.C.<br>119 W. Williamsburg Road<br>Sandston, VA  23150<br>Tel:  (804) 737-5216 |
| PNY Technologies, Inc. | Robert H. Chappell, III, Esquire<br>Neil E. McCullagh, Esquire<br>Jennifer J. West, Esquire<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia  23219<br>Tel:  (804) 697-2000<br>**and**<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Tel:  (973) 622-4444 |

| | |
|---|---|
| Onkyo USA Corporation | Philip C. Baxa, Esquire<br>MercerTrigiani LLP<br>16 South Second Street<br>Richmond, Virginia  23219<br>Tel:  (804) 782-8691<br>**and**<br>Larry D. Henin, Esquire<br>Paul J. Labov, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, New York  10022<br>Tel:  (212) 308-4411 |
| Digital Innovations, LLC on Behalf of VonWin Capital Management, LP | Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219<br>Tel:  (804) 697-4100 |
| CISCO-LINKSYS, LLC as attorney in fact for Longacre Opportunity Fund, LP | Lawrence M. Schwab, Esquire<br>Kenneth T. Law, Esquire<br>Thomas M. Gaa, Esquire<br>BIALSON, BERGEN & SCHWAB<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Tel:  (650) 857-9500<br>**and**<br>Christopher L. Perkins, Esquire<br>LECLAIRRYAN<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel:  (804) 783-2003 |
| Envision Peripherals, Inc. | H. Jason Gold, Esquire<br>Valerie P. Morrison, Esquire<br>Dylan G. Trache, Esquire<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel:  (703) 905-2800 |

| | |
|---|---|
| JVC Americas Corp. and<br>JVC Company of America | Scott L. Hazan, Esquire<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100<br>**and**<br>Dennis T. Lewandowski, Esquire<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tel: (757) 624-3000 |
| Metra Electronics Corporation | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller. P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218 |
| Sima Products Corp. | Denyse Sabagh, Esquire<br>Rudolph J. Di Massa, Jr., Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>Tel: (202) 776-7817<br>**and**<br>Barry J. Shkolnik, Esquire<br>Ungaretti & Harris<br>3500 Three First National Plaza<br>70 West Madison<br>Chicago, IL 60602<br>Tel: (312) 977-4400 |

| | |
|---|---|
| Apex Digital, Inc. | Sharon Z. Weiss, Esquire<br>Mark E. Carrillo, Esquire<br>RICHARDSON & PATEL LLP<br>Murdock Plaza<br>10900 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90024<br>Tel: (310) 208-1182<br>**and**<br>Michael St. Patrick Baxter, Esquire<br>Dennis B. Auerbach, Esquire<br>Joshua D. McKarcher, Esquire<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004-2401<br>Tel: (202) 662-6000 |
| THQ, Inc. | David M. Poitras, Esquire<br>Caroline R. Djang, Esquire<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067<br>Tel: (310) 203-8080<br>**and**<br>Michael St. Patrick Baxter, Esquire<br>Dennis B. Auerbach, Esquire<br>Joshua D. McKarcher, Esquire<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004-2401<br>Tel: (202) 662-6000 |
| Tamrac, Inc. | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller, P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218-1998<br>Tel: (804) 648-1636 |

| | |
|---|---|
| Nyko Technologies, Inc. | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Post Office Box 1320<br>Richmond, VA 23218-1320<br>Tel:  (804) 783-6489 |
| SouthPeak Interactive, LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel:  (804) 783-6489 |
| Bush Industries, Inc. | Fredrick J. Levy, Esquire<br>Jayme M. Bethel, Esquire<br>Olshan Grundman Frome Rosenzweig & Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>Tel:  (212) 451-2300<br>**and**<br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>Tel:  (703) 790-8750 |
| Vonage Marketinc LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel:  (804) 783-6589 |

| | |
|---|---|
| BISSELL Homecare, Inc. | Stephan W. Milo, Esquire<br>Whitney J. Levin, Esquire<br>Wharton Aldhizer and Weaver, PLC<br>125 S. Augusta Street, Suite 2000<br>Staunton, VA 24401<br>Tel: (540) 213-7440 |
| Cokem International, Inc. | Alan M. Noskow, Esquire<br>Patton Boggs LLP<br>8484 Westpark Drive, 9th Floor<br>McLean, VA 22102<br>Tel: (703) 744-8000<br>**and**<br>Christopher A. Camardello, Esquire<br>Kristopher D. Lee, Esquire<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Tel: (612) 604-6649 |
| Midland Radio Corporation | David R. Softness, Esquire<br>Isicoff, Ragatz & Koenigsberg<br>1200 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 323-3232 |
| Bethesda Softworks, LLC | John G. McJunkin, Esquire<br>Daniel Carrigan, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 496-7500 |
| TeleDynamics, LLP | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston, L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Tel: (703) 280-9263 |

| | |
|---|---|
| Olympus Corporation and Olympus Imaging America, Inc. | Paul V. Shalhoub, Esquire<br>Terence K. McLaughlin, Esquire<br>Jeanna L. Composti, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 728-8000<br>**and**<br>Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel: (804) 783-2003 |
| Hauppauge Computer Works, Inc. | Cheryl Willins, Controller<br>91 Cabot Ct.<br>Hauppauge, NY 11788<br>Tel: (631) 630-1340 |
| United States Debt Recovery LLC | Nathan E. Jones, Esquire<br>P.O. Box 5241<br>Incline Village, NV 89450<br>Tel: (775) 832-5250 |

**Other Claimants who filed Response to the Debtors' Fifty-Second Omnibus Objection to Claims:**

| | |
|---|---|
| Samsung Electronics America, Inc. | Michael I. Goldberg, Esquire<br>Joanne Gelfand, Esquire<br>Akerman Senterfitt<br>Last Olas Center II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, FL 33301-2229<br>Tel: (954) 463-2700<br>**and**<br>Stanley M. Salus, Esquire<br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>Tel: (703) 790-8750 |

10

| | |
|---|---|
| Paramount Home Entertainment Inc. | David M. Stern, Esquire<br>Michael L. Tuchin, Esquire<br>Korin A. Elliott, Esquire<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel:  (310) 407-4000<br>**and**<br>William A. Broscious<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233<br>Tel:  (804) 741-0400, ext. 202 |
| SanDisk Corporation | David R. Ruby, Esquire<br>McSweeney, Crump, Childress & Temple, P.C.<br>11 South 12th Street<br>Richmond, Virginia 23219<br>**and**<br>Suzzanne S. Uhland, Esquire<br>Jennifer M. Taylor, Esquire<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel:  (415) 984-8922 |
| Pioneer Electronics, Inc. | William Daniel Sullivan, Esquire<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Ave., N.W. Suite 300<br>Washington, D.C. 20007<br>Tel:  (202) 454-2850 |
| LG Electronics USA, Inc. | H. Jason Gold, Esq.<br>Valerie P. Morrison, Esq.<br>Dylan G. Trache, Esq.<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel:  (703) 905.2800 |

| | |
|---|---|
| Toshiba America Consumer Products, L.L.C. | Jeremy S. Friedberg, Esquire<br>Gordon S. Young, Esquire<br>Leitess Leitess Friedberg & Fedder PC<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, MD 21117<br>Tel:  (410) 581-7400 |
| Twentieth Century Fox Home Entertainment, LLC | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Phone:  (703) 280-9263 |
| Take Two Interactive Software, Inc. | Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Phone: (804) 783-2003<br>**and**<br>Alan J. Lipkin, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York,NY 10019<br>Phone: (212) 728-8000 |

R001086

# **CERTIFICATE OF SERVICE**

      I certify that on March 9, 2010 I will electronically file the foregoing Notice of Mitsubishi Digital Electronics America, Inc.'s Notice of Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice of Appeal via regular mail, postage prepaid, on March 9, 2010 to:

> Gregg M. Galardi, Esquire
> Ian S. Fredericks, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899
> gregg.galardi@skadden.com
>
> Dion W. Hayes, Esquire
> Douglas M. Foley, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219
> dfoley@mcguirewoods.com
>
> Chris L. Dickerson, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, IL 60606
> chris.dickerson@skadden.com
>
> Robert B. Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 E. Broad Street, Suite 4304
> Richmond, VA 23219
> Robert.B.Van.Arsdale@usdoj.gov

                                      /s/Philip C. Baxa
                                      Philip C. Baxa (VSB No. 22977)

R0010084