# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION



In re:

CIRCUIT CITY STORES, INC.,    Case No. 08-35653-KRH

Debtor.    Chapter 11

_____/

## NOTICE OF WITHDRAWAL OF CLAIM NUMBER 7558

Creditor Fifth Third Bank, by and through its undersigned counsel, hereby gives notice of withdrawal of its proof of claim (Claim No. 7558) in the above-captioned bankruptcy case.

/s/ W. Glenn Jensen
W. Glenn Jensen, Esq.
Florida Bar No. 0126070
**ROETZEL & ANDRESS**
P.O. Box 6507
Orlando, FL 32802-6507
Phone: (407) 896.2224
Fax:    (407) 835.3596
gjensen@ralaw.com

**COUNSEL FOR FIFTH THIRD BANK**

72293 v_01 \ 102756.0156

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically or via U.S. Mail this 3 day of March, 2010, to the following: (i) Circuit City Stores, Inc., 9950 Maryland Dr., Richmond, VA 23233; (ii) Daniel F. Blanks, Esq., and Douglas M. Foley, Esq., McGuireWoods, LLP, 9900 World Trade Center, 101 W. Main St., Norfolk, VA 23510; (iii) Dion W. Hayes, Esq., and Joseph S. Sheerin, Esq., McGuireWoods, LLP, One James Center, 901 E. Cary St., Richmond, VA 23219; (iv) Gregg M. Galardi, Esq., and Ian S. Fredericks, Esq., Skadden Arps Slate Meagher & Flom, LLP, One Rodney Sq., P.O. Box 636, Wilmington, DE 19899; (v) Bruce H. Besanko, 9950 Maryland Dr., Richmond, VA 23233; (vi) W. Clarkson McDow, Jr., Esq., Office of the U.S. Trustee, 701 E. Broad St., Suite 4304, Richmond, VA 23219; (vii) Robert B. Van Arsdale, Esq., Office of the United States Trustee, 701 E. Broad St., Suite 4304, Richmond, VA 23219; (viii) Brad R. Godshall, Esq., and Jeffrey N. Pomerantz, Esq., Pachulski Stang Ziehl & Jones, LLP, 10100 Santa Monica Blvd., 11th Floor, Los Angeles, CA 90067-4100; (ix) Lynn L. Tavenner, Esq., and Paula S. Beran, Esq., Tavenner & Beran, PLC, 20 N. Eighth St., 2nd Floor, Richmond, VA 23219; and (x) Robert J. Feinstein, Esq., Pachulski Stang Ziehl & Jones, LLP, 780 Third Ave., 36th Floor, New York, NY 10017.

/s/ W. Glenn Jensen
W. Glenn Jensen, Esq.