

| | | |
|---|---|---|
| Bart L. Graham<br>Commissioner | **State of Georgia**<br>**Department of Revenue**<br>**Compliance Division**<br>Bankruptcy Section<br>P. O. Box 161108<br>Atlanta, Georgia 30321<br>(404) 968-0410 | Edward M. Many<br>Deputy Commissioner<br>for Tax |

March 1, 2010

United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
2335 Alaska Avenue
Richmond, VA 23219

```
RICHMOND DIVISION
FILED  MAR 8 2010  FILED
       CLERK
    US BANKRUPTCY COURT
```

Ref:            Circuit City Purchasing Co. LLC

Taxpayer ID:    xx-xxx5170 & STI #20016250862

Case Number:    08-35657-KRH

This is to notify you that our claim dated 5/7/2009 in the amount of $1,000,000.00, authorized by the state Revenue Commissioner is hereby withdrawn.

Sincerely

*Eunice Nicholson*

Eunice Nicholson
Authorized Representative for the
State Revenue Commissioner

cc: File

An Equal Opportunity Employer