Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

        -and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | **:** | **Chapter 11** |
| | **:** | |
| **CIRCUIT CITY STORES, INC., et al.,** | **:** | **Case No. 08-35653** |
| | **:** | |
| **Debtors.** | **:** | **Jointly Administered** |
| | **:** | |

------------------------------------------------------X

## NOTICE OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.'S
## MOTION FOR LEAVE TO APPEAL

PLEASE TAKE NOTICE THAT Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") has filed with the Court a Motion for Leave to Appeal the Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1.      File with the court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than fourteen (14) days of service of this Motion, or by March 23, 2010.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2.      You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

> *Counsel for Circuit City Stores, Inc.*
> Douglas M. Foley, Esquire
> Dion W. Hayes, Esquire
> McGuireWoods LLP
> 9000 World Trade Center
> 101 W. Main Street
> Norfolk, Virginia 23510
>
> *Counsel for Mitsubishi Digital Electronics America, Inc.*
> James A. Pardo, Jr.
> Thaddeus D. Wilson
> King & Spalding LLP
> 1180 Peachtree Street
> Atlanta, Georgia  30309-3521
>
> *Counsel for Mitsubishi Digital Electronics America, Inc.*
> Philip C. Baxa
> MercerTrigiani LLP
> 16 South Second Street
> Richmond, Virginia 23219
>
> Robert B. Van Arsdale
> Office of the United States Trustee
> 701 E. Broad St. Suite 4304
> Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

Dated: March 9, 2010

**MITSUBISHI DIGITAL ELECTRONICS
AMERICA, INC.**

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

- and -

KING & SPALDING LLP
James A. Pardo, Jr. (*pro hac vice*)
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson (*pro hac vice*)
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:     (404) 572-4600
Facsimile:      (404) 572-5129

*Counsel for Mitsubishi Digital Electronics America,
Inc.*

## <u>CERTIFICATE OF SERVICE</u>

       I certify that on March 9, 2010 I will electronically file the foregoing Notice of Mitsubishi Digital Electronics America, Inc.'s Motion for Leave to Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice via regular mail, postage prepaid, on March 9, 2010 to:

> Gregg M. Galardi, Esquire
> Ian S. Fredericks, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19899
> gregg.galardi@skadden.com

> Dion W. Hayes, Esquire
> Douglas M. Foley, Esquire
> McGuire Woods LLP
> One James Center
> 901 E. Cary Street
> Richmond, VA 23219
> dfoley@mcguirewoods.com

> Chris L. Dickerson, Esquire
> Skadden, Arps, Slate, Meagher & Flom LLP
> 333 West Wacker Drive
> Chicago, IL 60606
> chris.dickerson@skadden.com

> Robert B. Van Arsdale, Esquire
> Office of the U.S. Trustee
> 701 E. Broad Street, Suite 4304
> Richmond, VA 23219
> Robert.B.Van.Arsdale@usdoj.gov

> <u>/s/ Philip C. Baxa</u>
> Philip C. Baxa (VSB No. 22977)

R0010082