UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

```
-----------------------------------------------------------X
                                                           :
In re:                                                     :    Chapter 11
                                                           :
CIRCUIT CITY STORES, INC., et al.,                         :    Case No. 08-35653 (KRH)
                                                           :    Jointly Administered
                                                           :
                                                           :
                                                           :
Debtors.                                                   :
-----------------------------------------------------------X
```

**AMENDED**
**STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN**
**RECORD ON APPEAL OF UNITED STATES DEBT RECOVERY LLC**

The Appellant, United States Debt Recovery LLC ("USDR") files this Amended Statement of Issues and Designation of Items for Inclusion in the Record on Appeal, related to USDR's appeal filed on January 20, 2010, of the Bankruptcy Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections, entered in the above-captioned case on the 6th day of January, 2010, docket entry number 6228. Pursuant to Bankruptcy Rule 8006, USDR hereby designates these items to be included in the record on appeal:

|   | Date | Document Docket No. | Document Description |
|---|------|---------------------|----------------------|
| 1. | November 10, 2008 | 14 | Motion of Debtors for Order Under Bankruptcy Code Sections 105(A), 362, 503(B), 507(A), 546(C), and 546(H) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing |

Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100]

Nathan E. Jones (CA State Bar # 99025)
P.O. Box 5241
Incline Village, Nevada 89450
Phone: (775) 832-5250
Fax: (775) 832-5085

Counsel to United States Debt Recovery LLC

|    |                   |      | |
|----|-------------------|------|---|
|    |                   |      | Procedures for Reclamation Demands |
| 2. | November 10, 2008 | 19   | Motion Of Debtors For Order Establishing Bar Date For Filing Requests For Payment Of Administrative Expense Claims Under Bankruptcy Code Sections 105 And 503(b)(9) And Approving Form, Manner And Sufficiency Of Notice Of The Bar Date Pursuant To Bankruptcy Rule 9007 |
| 3. | November 12, 2008 | 107  | Order Granting Motion to Authorize Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims Under Bankruptcy Code Sect. 105 and 503 (b) (9) as set out in Order |
| 4. | November 13, 2008 | 133  | Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b),507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
| 5. | November 13, 2008 | 145  | Notice of Claims Bar Date -- Notice of Bar Date for Filing Administrative Claims under Bankruptcy Code Section 503(b)(9) |
| 6. | December 11, 2008 | 897  | Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c) and 546(h) (I) Granting Administrative Expense Status To Obligations From Postpetition Delivery Of Goods, (II) Authorizing Payment Of Expenses In The Ordinary Course Of Business (III) Authorizing Debtors To Return Goods; and (IV) Establishing Procedures For Reclamation Demands |
| 7. | October 13, 2009  | 5214 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First |

| | | | |
|---|---|---|---|
| | | | Hearing on Any Response Proceed as a Status Conference |
| 8. | October 13, 2009 | 5215 | Brief in Support of Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 9. | November 2, 2009 | 5411 | Samsung America, Inc.'s Response to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on Any Response Proceed as a Status Conference |
| 10. | November 3, 2009 | 5416 | PNY Technologies, Inc.'s Response to Debtor's Fifty-First Omnibus Objection to Certain 503(B)(9) Claims |
| 11. | November 4, 2009 | 5447 | Opposition Brief of Onkyo USA Corporation to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 12. | November 4, 2009 | 5454 | Opposition Brief of Mitsubishi Digital Electronics America, Inc. to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 13. | November 4, 2009 | 5470 | Response to Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fifty-First Omnibus Objection to (I) Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |

| 14. | November 4, 2009 | 5472 | Longacre Opportunity Fund, LP's Response to Objection to Claim filed by Circuit City Stores, Inc. |
|---|---|---|---|
| 15. | November 4, 2009 | 5475 | Opposition Brief Envision Peripherals, Inc.'s Memorandum of Law in Opposition to Debtors' (i) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (ii) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 16. | November 4, 2009 | 5487 | Opposition Brief styled as Metra Electronics Corporation's Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 17. | November 4, 2009 | 5491 | Response to Response of Sima Products Corp. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 18. | November 4, 2009 | 5498 | Opposition Brief styled as Tamrac, Inc.'s Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 19. | November 4, 2009 | 5499 | Nyko Technologies, Inc.'s Response to Debtors' Fifty-First Omnibus Objection |
| 20. | November 4, 2009 | 5502 | SouthPeak Interactive, LLC's Response to Debtors' Fifty-First Omnibus Objection |
| 21. | November 4, 2009 | 5505 | Bush Industries, Inc.'s Response and Joinder Regarding Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of |

| | | | |
|---|---|---|---|
| | | | the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 22. | November 4, 2009 | 5506 | Vonage Marketing Inc.'s Response to Debtors' Fifty-First Omnibus Objection |
| 23. | November 4, 2009 | 5511 | Response in Opposition of BISSELL Homecare, Inc. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof |
| 24. | November 4, 2009 | 5535 | Response of USDR to Debtor's Fifty-First Omnibus Objection |
| 25. | November 4, 2009 | 5537 | Midland Radio Corporation's Response to Debtors' Fifty-First Omnibus Objection |
| 26. | November 4, 2009 | 5539 | Response and Objection of Bethesda Softworks LLC to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof |
| 27. | November 4, 2009 | 5610 | TeleDynamics LLP's Response in Opposition to Debtors' Fifty-First Omnibus Objection to Claims |
| 28. | November 10, 2009 | 5621 | Omnibus Reply by the Debtors in Support of (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 29. | November 13, 2009 | 5666 | Supplemental Response to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims by Apex Digital, Inc., THQ, Inc. |

| 30. | November 18, 2009 | 5813 | Transcript filed Re: Hearing Held 11/12/2009 |
|---|---|---|---|
| 31. | November 19, 2009 | 5837 | Corrected Transcript filed Re: Hearing Held 11/12/2009 |
| 32. | January 6, 2010 | 6228 | Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections, accompanied by a Memorandum Opinion |
| 33. | January 13, 2010 | 6258 | Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections |
| 34. | January 19, 2010 | 6318 | LG Electronics USA, Inc.'s Notice of Appeal |
| 35. | January 19, 2010 | 6320 | LG Electronics USA, Inc.'s Motion for Leave to Appeal |
| 36. | January 19, 2010 | 6322 | PNY Technologies, Inc.'s Joinder to Motion for Reconsideration |
| 37. | January 19, 2010 | 6323 | Joinder of Paramount Home Entertainment Inc. to Motion Of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections with Certificate of Service |
| 38. | January 20, 2010 | 6327 | USDR's Notice of Appeal |
| 39. | January 20, 2010 | 6329 | USDR's Motion for Leave to Appeal |
| 40. | January 20, 2010 | 6331 | PNY Technologies, Inc.'s Notice of Appeal |
| 41. | January 20, 2010 | 6333 | PNY Technologies, Inc.'s Motion for Leave to Appeal |
| 42. | January 20, 2010 | 6335 | Samsung Electronics America, Inc.'s Notice of Appeal |
| 43. | January 20, 2010 | 6336 | Samsung Electronics America, Inc.'s |

6

| | | | Motion for Leave to Appeal |
|---|---|---|---|
| 44. | January 25, 2010 | 6351 | Onkyo USA Corporation's Motion for Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objection |
| 45. | January 26, 2010 | 6370 | Motion for Joinder of Toshiba America Consumer Products, L.L.C. to Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-first and Fifty-second Omnibus Objections |
| 46. | January 27, 2010 | 6378 | Motion for Joinder of Bethesda Softworks LLC to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 47. | January 27, 2010 | 6382 | Debtors' Objection to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 48. | February 23, 2010 | 6601 | Supplemental Memorandum Opinion |
| 49. | February 23, 2010 | 6602 | Order Denying Motion to Reconsider |
| 50. | | | All materials, documents, and pleadings designated by the Appellees. |
| 51. | September 30, 2009 | 5128 | Transfer of Claim under Bankruptcy Rule 3001(E)(2) from Signature Home Furnishings Marco Lin to USDR. |

Further, pursuant to Fed. R. Bankr. P. 8006, USDR hereby submits the following issues to be presented on appeal:

1. Whether the Bankruptcy Court's ruling that the Debtors may apply 11 U.S.C. § 502(d) to temporarily disallow the claims filed under 11 U.S.C. § 503(b)(9) was error?

2. Whether the Bankruptcy Court's conclusion that the Debtors may apply 11 U.S.C. § 502(d) to temporarily disallow the claims filed under 11 U.S.C. § 503(b)(9) even before any alleged preference liability has been adjudicated was error?

UNITED STATES DEBT RECOVERY LLC

By: /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

and

Nathan E. Jones (CA State Bar # 99025)
P.O. Box 5241
Incline Village, Nevada 89450
Phone: (775) 832-5250
Fax: (775) 832-5085

*Counsel to United States Debt Recovery, LLC*

Certificate of Service

    I hereby certify that on March 9, 2010, I caused a copy of the foregoing Amended Designation to be served on those listed below, who together constitute all necessary parties, by first class mail, postage prepaid, and by email (where an email address is shown below):

| |
|---|
| Circuit City Stores, Inc.<br>Attn: Michelle Mosier<br>4951 Lake Brook Drive, 5th Floor<br>Glen Allen, VA 23060<br><br>Gregg M. Galardi, Esquire<br>Ian S. Fredericks, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>Gregg.galardi@skadden.com<br>Ian.fredericks@skadden.com |
| Timothy G. Pohl, Esquire<br>Chris L. Dickerson, Esquire<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>Tim.pohl@skadden.com<br>Chris.dickerson@skadden.com |
| Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>MCGUIRE WOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>dhayes@mcguirewoods.com<br>dfoley@mcguirewoods.com |
| Richard M. Pachulski, Esquire<br>Robert J. Feinstein, Esquire<br>Jeffrey N. Pomerantz, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor |

| |
|---|
| Los Angeles, California 90067-4100<br>rpachulski@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>jpomerantz@pszjlaw.com |
| Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North 8th Street, 2nd Floor<br>Richmond, Virginia 23219<br>ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |
| Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street Suite 4304<br>Richmond, Virginia 23219-1888<br>Robert.b.van.arsdale@usdoj.gov |

                                                             /s/ Neil E. McCullagh