## IN THE UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC, *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEAL

Onkyo USA Corporation ("Onkyo"), by and through its undersigned attorneys, appeals under 28 U.S.C. § 158(a) from the Order on the Debtors' Fifty-First and Fifty-Second Omnibus Objections of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above captioned-case on the 6th day of January, 2010 [Dkt. No. 6228] and from the Supplemental Memorandum Opinion Denying Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections [Dkt. No. 6601].

The names of all parties or parties in interest to the Order and Opinion appealed from and the names, addresses and telephone numbers of their respective attorneys are set forth in Exhibit A hereto, and incorporated herein.

Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
*Counsel for Onkyo USA Corporation*

**ONKYO USA CORPORATION**

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Telephone: (804) 782-8691
Facsimile: (804) 644-0209
phil.baxa@mercertrigiani.com

- and -

EDWARDS ANGELL PALMER & DODGE LLP
Larry D. Henin, Esq.
Paul J. Labov, Esq.
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

*Counsel for Onkyo USA Corporation*

## CERTIFICATE OF SERVICE

        I certify that on March 9, 2010 I will electronically file the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice of Appeal via regular mail, postage prepaid, on March 9, 2010 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

/s/ Philip C. Baxa

R0010071

**EXHIBIT A TO ONKYO USA CORPORATION'S NOTICE OF APPEAL
IDENTIFYING PARTIES TO THE ORDER BEING APPEALED FROM AND
COUNSEL**

| | |
|---|---|
| **Appellant:**<br><br>Onkyo USA Corporation | Philip C. Baxa, Esquire<br>MERCERTRIGIANI LLP<br>16 South Second Street<br>Richmond, Virginia 23219<br>Telephone:  804-782-8691<br>Facsimile: 804-644-0209<br>**and**<br>EDWARDS ANGELL PALMER & DODGE LLP<br>Larry D. Henin, Esq.<br>Paul J. Labov, Esq.<br>750 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 308-4411<br>Facsimile: (212) 308-4844 |
| **Appellees:**<br><br>Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp., Prahs, Inc., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.("Debtors") | Gregg M. Galardi, Esquire<br>Ian S. Fredericks, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Tel:  (302) 651-3000<br>**and**<br>Dion W. Hayes, Esquire<br>Douglas M. Foley, Esquire<br>McGuire Woods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Tel:  (804) 775-1000<br>**and**<br>Chris L. Dickerson, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606<br>Tel:  (312) 407-0700 |

**Other Interested Parties:**

| Official Committee of Unsecured Creditors | Richard M. Pachulski, Esquire<br>Robert J. Feinstein, Esquire<br>Jeffrey N. Pomerantz, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100<br>Tel: (310) 277-6910<br>**and**<br>Lynn L. Tavenner, Esquire<br>Paula S. Beran, Esquire<br>TAVENNER & BERAN, PLC<br>20 North 8th Street, 2nd Floor<br>Richmond, Virginia 23219<br>Tel: (804) 783-8300 |
|---|---|
| Office of the United States Trustee | Robert B. Van Arsdale, Esquire<br>Office of the United States Trustee<br>Richmond, Virginia Office<br>701 East Broad Street Suite 4304<br>Richmond, Virginia  23219-1888<br>Tel:  804-771-2310 |

**Other Claimants who filed Responses to the Debtors' Fifty-First Omnibus Objection to Claims:**

| Namsung America Inc. | Leonard E. Starr, III, Esquire<br>Leonard Staff, P.C.<br>119 W. Williamsburg Road<br>Sandston, VA  23150<br>Tel:  (804) 737-5216 |
|---|---|
| PNY Technologies, Inc. | Robert H. Chappell, III, Esquire<br>Neil E. McCullagh, Esquire<br>Jennifer J. West, Esquire<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia  23219<br>Tel:  (804) 697-2000<br>**and**<br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Tel:  (973) 622-4444 |

| | |
|---|---|
| Mitsubishi Digital Electronics America, Inc. | Philip C. Baxa, Esquire<br>MercerTrigiani LLP<br>16 South Second Street<br>Richmond, Virginia 23219<br>Telephone: (804) 782-8691<br>Facsimile: (804) 644-0209<br>**and**<br>KING & SPALDING LLP<br>James A. Pardo, Jr. (*pro hac vice*)<br>Georgia Bar No. 561206<br>jpardo@kslaw.com<br>Thaddeus D. Wilson (*pro hac vice*)<br>Georgia Bar No. 596008<br>thadwilson@kslaw.com<br>1180 Peachtree Street<br>Atlanta, Georgia 30309-3521<br>Telephone:    (404) 572-4600<br>Facsimile:    (404) 572-5129 |
| Digital Innovations, LLC on Behalf of VonWin Capital Management, LP | Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219<br>Tel: (804) 697-4100 |
| CISCO-LINKSYS, LLC as attorney in fact for Longacre Opportunity Fund, LP | Lawrence M. Schwab, Esquire<br>Kenneth T. Law, Esquire<br>Thomas M. Gaa, Esquire<br>BIALSON, BERGEN & SCHWAB<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Tel: (650) 857-9500<br>**and**<br>Christopher L. Perkins, Esquire<br>LECLAIRRYAN<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel: (804) 783-2003 |

| | |
|---|---|
| Envision Peripherals, Inc. | H. Jason Gold, Esquire<br>Valerie P. Morrison, Esquire<br>Dylan G. Trache, Esquire<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel: (703) 905-2800 |
| JVC Americas Corp. and<br>JVC Company of America | Scott L. Hazan, Esquire<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York,NY 10169<br>Telephone: (212) 661-9100<br>**and**<br>Dennis T. Lewandowski, Esquire<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tel: (757) 624-3000 |
| Metra Electronics Corporation | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller. P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218 |
| Sima Products Corp. | Denyse Sabagh, Esquire<br>Rudolph J. Di Massa, Jr., Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>Tel: (202) 776-7817<br>**and**<br>Barry J. Shkolnik, Esquire<br>Ungaretti & Harris<br>3500 Three First National Plaza<br>70 West Madison<br>Chicago, IL 60602<br>Tel: (312) 977-4400 |

| | |
|---|---|
| Apex Digital, Inc. | Sharon Z. Weiss, Esquire<br>Mark E. Carrillo, Esquire<br>RICHARDSON & PATEL LLP<br>Murdock Plaza<br>10900 Wilshire Boulevard, Suite 500<br>Los Angeles, California 90024<br>Tel:  (310) 208-1182<br>**and**<br>Michael St. Patrick Baxter, Esquire<br>Dennis B. Auerbach, Esquire<br>Joshua D. McKarcher, Esquire<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC 20004-2401<br>Tel:  (202) 662-6000 |
| THQ, Inc. | David M. Poitras, Esquire<br>Caroline R. Djang, Esquire<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, Seventh Floor<br>Los Angeles, California 90067<br>Tel:  (310) 203-8080<br>**and**<br>Michael St. Patrick Baxter, Esquire<br>Dennis B. Auerbach, Esquire<br>Joshua D. McKarcher, Esquire<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue NW<br>Washington, DC  20004-2401<br>Tel:  (202) 662-6000 |
| Tamrac, Inc. | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller, P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218-1998<br>Tel:  (804) 648-1636 |

| Nyko Technologies, Inc. | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Post Office Box 1320<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6489 |
|---|---|
| SouthPeak Interactive, LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6489 |
| Bush Industries, Inc. | Fredrick J. Levy, Esquire<br>Jayme M. Bethel, Esquire<br>Olshan Grundman Frome Rosenzweig &<br>Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>Tel: (212) 451-2300<br>**and**<br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>Tel: (703) 790-8750 |
| Vonage Marketinc LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6589 |

| BISSELL Homecare, Inc. | Stephan W. Milo, Esquire<br>Whitney J. Levin, Esquire<br>Wharton Aldhizer and Weaver, PLC<br>125 S. Augusta Street, Suite 2000<br>Staunton, VA 24401<br>Tel: (540) 213-7440 |
|---|---|
| Cokem International, Inc. | Alan M. Noskow, Esquire<br>Patton Boggs LLP<br>8484 Westpark Drive, 9th Floor<br>McLean, VA 22102<br>Tel: (703) 744-8000<br>**and**<br>Christopher A. Camardello, Esquire<br>Kristopher D. Lee, Esquire<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Tel: (612) 604-6649 |
| Midland Radio Corporation | David R. Softness, Esquire<br>Isicoff, Ragatz & Koenigsberg<br>1200 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 323-3232 |
| Bethesda Softworks, LLC | John G. McJunkin, Esquire<br>Daniel Carrigan, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 496-7500 |
| TeleDynamics, LLP | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston, L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Tel: (703) 280-9263 |

| | |
|---|---|
| Olympus Corporation and Olympus Imaging America, Inc. | Paul V. Shalhoub, Esquire<br>Terence K. McLaughlin, Esquire<br>Jeanna L. Composti, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 728-8000<br>**and**<br>Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel: (804) 783-2003 |
| Hauppauge Computer Works, Inc. | Cheryl Willins, Controller<br>91 Cabot Ct.<br>Hauppauge, NY 11788<br>Tel: (631) 630-1340 |
| United States Debt Recovery LLC | Nathan E. Jones, Esquire<br>P.O. Box 5241<br>Incline Village, NV 89450<br>Tel: (775) 832-5250 |

**Other Claimants who filed Response to the Debtors' Fifty-Second Omnibus Objection to Claims:**

| | |
|---|---|
| Samsung Electronics America, Inc. | Michael I. Goldberg, Esquire<br>Joanne Gelfand, Esquire<br>Akerman Senterfitt<br>Last Olas Center II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, FL 33301-2229<br>Tel: (954) 463-2700<br>**and**<br>Stanley M. Salus, Esquire<br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>Tel: (703) 790-8750 |

| | |
|---|---|
| Paramount Home Entertainment Inc. | David M. Stern, Esquire<br>Michael L. Tuchin, Esquire<br>Korin A. Elliott, Esquire<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel:  (310) 407-4000<br>**and**<br>William A. Broscious<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233<br>Tel:  (804) 741-0400, ext. 202 |
| SanDisk Corporation | David R. Ruby, Esquire<br>McSweeney, Crump, Childress & Temple, P.C.<br>11 South 12th Street<br>Richmond, Virginia 23219<br>**and**<br>Suzanne S. Uhland, Esquire<br>Jennifer M. Taylor, Esquire<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel:  (415) 984-8922 |
| Pioneer Electronics, Inc. | William Daniel Sullivan, Esquire<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Ave., N.W. Suite 300<br>Washington, D.C. 20007<br>Tel:  (202) 454-2850 |
| LG Electronics USA, Inc. | H. Jason Gold, Esq.<br>Valerie P. Morrison, Esq.<br>Dylan G. Trache, Esq.<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel:  (703) 905.2800 |

| | |
|---|---|
| Toshiba America Consumer Products, L.L.C. | Jeremy S. Friedberg, Esquire<br>Gordon S. Young, Esquire<br>Leitess Leitess Friedberg & Fedder PC<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, MD 21117<br>Tel: (410) 581-7400 |
| Twentieth Century Fox Home Entertainment, LLC | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Phone: (703) 280-9263 |
| Take Two Interactive Software, Inc. | Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Phone: (804) 783-2003<br>**and**<br>Alan J. Lipkin, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 728-8000 |

R0010089