Lauren Lonergan Taylor, Esquire
Matthew E. Hoffman, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1503/1524
Facsimile: (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

and

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile: (202) 379-9867
E-mail: DSabagh@duanemorris.com

*Counsel for Principal Life Insurance Company*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company ("Principal") hereby withdraws the following proofs of claim:

1. Proof of Claim of Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company filed on January 29, 2009 against Circuit City Stores, Inc. in the amount of $380,820.83 (Claim No. 8228); and

DM3\1322124.1

2. Proof of Claim of Principal Life Insurance Company f/k/a Principal Mutual Life Insurance Company filed on March 26, 2009 against Circuit City Stores, Inc. in the amount of $2,211,850.00 (Claim No. 12026).

The Withdrawal is without prejudice to Principal's rights and the rights of its affiliates to file and seek payment of any and all additional claims which Principal or its affiliates may have against any of the Debtors. The Withdrawal shall be limited to the claims expressly stated herein and shall not in any way constitute a withdrawal or waiver of any other claim which Principal or any of its affiliates has filed against any of the Debtors.

DUANE MORRIS LLP

Dated: March 9, 2010

By: /s/ Denyse Sabagh
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile: (202) 379-9867
E-mail: DSabagh@duanemorris.com

and

Lauren Lonergan Taylor, Esquire
(admitted pro hac vice)
Matthew E. Hoffman, Esquire
(admitted pro hac vice)
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1503/1524
Facsimile: (215) 689-4434/4922
E-mail: LLTaylor@duanemorris.com
E-mail: MEHoffman@duanemorris.com

Counsel for Principal Life Insurance Company