IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Lauren Lonergan Taylor, certify that I am not less than 18 years of age, and that on the date set forth below, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

Dated: March 9, 2010

/s/ Lauren Lonergan Taylor
Lauren Lonergan Taylor, Esquire
**Duane Morris LLP**
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1503
Facsimile: (215) 689-4434
E-mail: lltaylor@duanemorris.com

## SERVICE LIST

Office of the U.S. Trustee
701 E. Broad St.
Suite 4304
Richmond, VA 23219-1888
Attn: Robert B. Van Arsdale

Circuit City Stores, Inc.
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060
Attn: Michelle Mosier

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson
      Kellan Grant

McGuireWoods LLP
901 E. Cary St.
Richmond, VA 23219
Attn: Douglas M. Foley

Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067-4100
Attn: Jeffrey N. Pomerantz

Tavenner & Beran PLC
20 North 8th Street
Richmond, VA 23219
Attn: Paula S. Beran
      Lynn L. Tavenner

DM3\1322124.1