## IN THE UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **CIRCUIT CITY STORES, INC,** *et al.*, | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| **Debtors.** | |

## NOTICE OF ONKYO USA CORPORATION'S
## MOTION FOR LEAVE TO APPEAL

PLEASE TAKE NOTICE THAT Onkyo USA Corporation ("Onkyo") has filed with the Court a Motion for Leave to Appeal the Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 4001-(a)-1, the Court may deem any opposition waived, treat the motions as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will **receive** it not later than fourteen (14) days of service of this Motion, or by March 23, 2010.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2. You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

> *Counsel for Circuit City Stores, Inc.*
> Douglas M. Foley, Esquire
> Dion W. Hayes, Esquire
> MCGUIREWOODS LLP
> 9000 World Trade Center
> 101 W. Main Street
> Norfolk, Virginia 23510

*Counsel for Onkyo USA Corporation.*
Larry D. Henin, Esq.
Paul J. Labov, Esq.
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

*Counsel for Onkyo USA Corporation*
Philip C. Baxa, Esq.
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St. Suite 4304
Richmond, Virginia 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

Dated: March 9, 2010                              **ONKYO USA CORPORATION**

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Telephone: (804) 782-8691
Facsimile: (804) 644-0209
phil.baxa@mercertrigiani.com

- and -

EDWARDS ANGELL PALMER & DODGE LLP
Larry D. Henin, Esq.
Paul J. Labov, Esq.
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

*Counsel for Onkyo USA Corporation*

**CERTIFICATE OF SERVICE**

       I certify that on March 9, 2010 I will electronically file the foregoing Notice of Onkyo USA Corporation's Motion for Leave to Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice via regular mail, postage prepaid, on March 9, 2010 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)

R0010085