McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

Attorneys for PNY Technologies, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et al.[1], ) | Jointly Administered |
| ) | Chapter 11 |
| Debtors. ) | Hon. Kevin R. Huennekens |

### NOTICE OF
### PNY TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO
### INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL

PLEASE TAKE NOTICE that PNY Technologies, Inc. ("PNY"), by counsel, has filed a Motion for Leave to Include Arguments of Counsel in Record on Appeal (the "Motion"), a copy of which accompanies this Notice.

---

[1] The Debtors are as follows:  Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp., PRAHS, INC., XSStuff, LLC, Mayland MN, LLC, Courchevel, LLC, Orbyx Electronics, LLC, and Circuit City Stores PR, LLC.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  Unless you take the following steps, the Court may deem any opposition to the Motion waived, treat the Motion as conceded, and issue an order granting the relief requested:

1. File with the Court at the address shown below a written objection to the Motion.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will actually receive it not later than **March 23, 2010**.

    - Clerk of the Court
      United States Bankruptcy Court
      701 East Broad Street
      Richmond, Virginia 23219

    You must **also** serve a copy of your response to the persons listed below.

    Neil E. McCullagh
    SPOTTS FAIN PC
    411 East Franklin Street, Suite 600
    Post Office Box 1555
    Richmond, Virginia 23218-1555

2. If you file a timely objection, you will receive separate notice of any hearing scheduled on the Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

REMAINDER OF PAGE LEFT BLANK INTENTIONALLY.

PNY TECHNOLOGIES, INC.


By: /s/ Neil E. McCullagh
Counsel

Robert H. Chappell, III, Esquire (VSB #31698)
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone: (804) 697-2000
Fax: (804) 697-2100

and

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

Counsel for PNY Technologies, Inc.


Certificate of Service

  I hereby certify that on January 20, 2010, I caused a copy of the foregoing Notice of Motion for Leave to be served on the Core Group (as defined in the Court's Supplemental Procedures Order of December 30, 2009) by first class mail, postage prepaid, and by electronic service through email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com

-3-

Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov

    /s/ Neil E. McCullagh