**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :
CIRCUIT CITY STORES, INC., et al.,                          :    Case No. 08-35653 (KRH)
                                                            :    Jointly Administered
                                                            :
                                                            :
                                                            :
Debtors.                                                    :
------------------------------------------------------------X

**ORDER GRANTING**
**UNITED STATES DEBT RECOVERY LLC'S MOTION FOR LEAVE TO**
**INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL**

This cause came before the Court on United States Debt Recovery LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal. The Court having review the Motion and any opposition thereto, and it appearing right and proper to do so, it is hereby

ORDERED that the Motion be and hereby is GRANTED. The record on appeal shall include all arguments of all counsel recorded in the transcript of the November 12, 2009, Omnibus Objection Hearing (Docket Numbers 5813 and 5837).

ENTER:

_____
United States Bankruptcy Judge

**Neil E. McCullagh, Esquire (VSB #39027)**         **Nathan E. Jones (CA State Bar # 99025)**
Spotts Fain PC                                      P.O. Box 5241
411 East Franklin Street, Suite 600                 Incline Village, Nevada 89450
Richmond, Virginia  23219                           Phone: (775) 832-5250
Phone:  (804) 697-2000                              Fax: (775) 832-5085
Fax: (804) 697-2100]

**Counsel to United States Debt Recovery  LLC**

I ASK FOR THIS:


  /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Jennifer J. West, Esquire (VSB #47522)
Erin E. Kessel, Esquire (VSB #65360)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Phone:  (804) 697-2000
Fax:  (804) 697-2100
Counsel for United States Debt Recovery LLC


Certificate of Service

     I hereby certify that on March 9, 2010, I caused a copy of the foregoing Motion for Leave to be served on those listed below, who together constitute all necessary parties, by first class mail, postage prepaid, and by email (where an email address is shown below):


Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire

2

Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, California 90067-4100
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov

                                                /s/ Neil E. McCullagh