UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

------------------------------------------------------------X
:
In re: : Chapter 11
:
CIRCUIT CITY STORES, INC., et al., : Case No. 08-35653 (KRH)
: Jointly Administered
:
:
:
Debtors. :
------------------------------------------------------------X

NOTICE OF
UNITED STATES DEBT RECOVERY, LLC'S MOTION FOR LEAVE TO
INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL

PLEASE TAKE NOTICE that United States Debt Recovery LLC ("USDR"), by counsel, has filed a Motion for Leave to Include Arguments of Counsel in Record on Appeal (the "Motion"), a copy of which accompanies this Notice.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  Unless you take the following steps, the Court may deem any opposition to the Motion waived, treat the Motion as conceded, and issue an order granting the relief requested:

1. File with the Court at the address shown below a written objection to the Motion.  If you mail your response to the Court for filing, you must mail it early enough so that the Court will actually receive it not later than **March 23, 2010**.

**Neil E. McCullagh, Esquire (VSB #39027)**        **Nathan E. Jones (CA State Bar # 99025)**
Spotts Fain PC                                     P.O. Box 5241
411 East Franklin Street, Suite 600                Incline Village, Nevada 89450
Richmond, Virginia  23219                          Phone: (775) 832-5250
Phone:  (804) 697-2000                             Fax: (775) 832-5085
Fax: (804) 697-2100]

Counsel to United States Debt Recovery  LLC

- Clerk of the Court
  United States Bankruptcy Court
  701 East Broad Street
  Richmond, Virginia 23219

You must **also** serve a copy of your response to the persons listed below.

    Neil E. McCullagh
    SPOTTS FAIN PC
    411 East Franklin Street, Suite 600
    Post Office Box 1555
    Richmond, Virginia 23218-1555

2. If you file a timely objection, you will receive separate notice of any hearing scheduled on the Motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

UNITED STATES DEBT RECOVERY LLC

By: /s/ Neil E. McCullagh
Neil E. McCullagh, Esquire (VSB #39027)
Spotts Fain PC
411 East Franklin Street, Suite 600
Richmond, Virginia  23219
Phone:  (804) 697-2000
Fax: (804) 697-2100

and

Nathan E. Jones (CA State Bar # 99025)
P.O. Box 5241
Incline Village, Nevada 89450
Phone: (775) 832-5250
Fax: (775) 832-5085

Counsel to United States Debt Recovery, LLC

Certificate of Service

I hereby certify that on March 9, 2010, I caused a copy of the foregoing Motion for Leave to be served on those listed below, who together constitute all necessary parties, by first class mail, postage prepaid, and by email (where an email address is shown below):

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive, 5th Floor
Glen Allen, VA 23060

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Gregg.galardi@skadden.com
Ian.fredericks@skadden.com

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, Illinois 60606
Tim.pohl@skadden.com
Chris.dickerson@skadden.com

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
dhayes@mcguirewoods.com
dfoley@mcguirewoods.com

Richard M. Pachulski, Esquire
Robert J. Feinstein, Esquire
Jeffrey N. Pomerantz, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard, 11th Floor

3

Los Angeles, California 90067-4100
rpachulski@pszjlaw.com
rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
TAVENNER & BERAN, PLC
20 North 8th Street, 2nd Floor
Richmond, Virginia 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street Suite 4304
Richmond, Virginia 23219-1888
Robert.b.van.arsdale@usdoj.gov

        /s/ Neil E. McCullagh