**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In Re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF APPEAL**

Apex Digital, Inc. appeals under 28 U.S.C. § 158(a) from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (Doc. No. 6228), entered in the above-captioned case on the 6th day of January, 2010, and the related Order on Motion to Reconsider (Doc. No. 6602), entered on the 23rd day of February, 2010, by the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia.

The names of all parties or parties in interest to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Apex Digital, Inc. (Appellant)**

Represented by:

    Sharon Z. Weiss
    RICHARDSON & PATEL LLP
    Murdock Plaza
    10900 Wilshire Boulevard, Suite 500
    Los Angeles, California 90024
    (310) 208-1182

    – and –

    Michael St. Patrick Baxter
    Dennis B. Auerbach
    Joshua D. McKarcher
    COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, DC  20004-2401
    (202) 662-6000

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive
Suite 500
Glen Allen, VA 23060
(804) 273-6850

Represented by:

    Gregg M. Galardi
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    10th and King Streets
    7th Floor
    Wilmington, DE 19801
    (302) 651-3000

    Chris L. Dickerson
    Skadden Arps Slate Meagher & Flom, LLP
    155 North Wacker Drive
    Chicago, IL 60606
    (312) 407-0700

    Douglas M. Foley
    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    (804) 775-1000

**Official Committee of Unsecured Creditors**

Represented by:

>Jeffrey N. Pomerantz
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Boulevard
>11th Floor
>Los Angeles, CA 90067
>(310) 277-6910
>
>Robert J. Feinstein
>Pachulski Stang Ziehl & Jones, LLP
>780 Third Avenue
>36th Floor
>New York, NY 10017
>(212) 561-7700
>
>Lynn L. Tavenner
>Paula S. Beran
>Tavenner & Beran, PLC
>20 N. Eighth Street
>Second Floor
>Richmond, VA 23219
>(804) 783-8300

**Office of the United States Trustee**

Represented by:

>Robert B. Van Arsdale
>Office of the United States Trustee
>701 East Broad Street
>Suite 4304
>Richmond, VA 23219
>(804) 771-2310

**Claimants Who Filed Objections to Fifty-First Omnibus Objection:**

| | |
|---|---|
| Namsung America Inc. | Leonard E. Starr, III, Esquire<br>Leonard Staff, P.C.<br>119 W. Williamsburg Road<br>Sandston, VA  23150<br>Tel:  (804) 737-5216 |
| PNY Technologies, Inc. | Robert H. Chappell, III, Esquire<br>Neil E. McCullagh, Esquire<br>Jennifer J. West, Esquire<br>Spotts Fain PC<br>411 East Franklin Street, Suite 600<br>Richmond, Virginia  23219<br>Tel:  (804) 697-2000<br><br>– and –<br><br>McCARTER & ENGLISH, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey  07102<br>Tel:  (973) 622-4444 |
| Onkyo USA Corporation | Philip C. Baxa, Esquire<br>MercerTrigiani LLP<br>16 South Second Street<br>Richmond, Virginia  23219<br>Tel:  (804) 782-8691<br><br>– and –<br><br>Larry D. Henin, Esquire<br>Paul J. Labov, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, New York  10022<br>Tel:  (212) 308-4411 |

| | |
|---|---|
| Digital Innovations, LLC on Behalf of VonWin Capital Management, LP | Augustus C. Epps, Jr., Esquire<br>Michael D. Mueller, Esquire<br>Jennifer M. McLemore, Esquire<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219<br>Tel:  (804) 697-4100 |
| CISCO-LINKSYS, LLC as attorney in fact for Longacre Opportunity Fund, LP | Lawrence M. Schwab, Esquire<br>Kenneth T. Law, Esquire<br>Thomas M. Gaa, Esquire<br>BIALSON, BERGEN & SCHWAB<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306<br>Tel:  (650) 857-9500<br><br>– and –<br><br>Christopher L. Perkins, Esquire<br>LECLAIRRYAN<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel:  (804) 783-2003 |
| Envision Peripherals, Inc. | H. Jason Gold, Esquire<br>Valerie P. Morrison, Esquire<br>Dylan G. Trache, Esquire<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel:  (703) 905-2800 |

| | |
|---|---|
| JVC Americas Corp. and<br>JVC Company of America | Scott L. Hazan, Esquire Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: (212) 661-9100<br><br>– and –<br><br>Dennis T. Lewandowski, Esquire<br>KAUFMAN & CANOLES, P.C.<br>150 W. Main Street, Suite 2100<br>Norfolk, VA 23510<br>Tel:  (757) 624-3000 |
| Metra Electronics Corporation | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller. P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218 |
| Sima Products Corp. | Denyse Sabagh, Esquire<br>Rudolph J. Di Massa, Jr., Esquire<br>Matthew E. Hoffman, Esquire<br>Duane Morris LLP<br>505 9th Street, N.W., Suite 1000<br>Washington, DC 20004-2166<br>Tel:  (202) 776-7817<br><br>– and –<br><br>Barry J. Shkolnik, Esquire<br>Ungaretti & Harris<br>3500 Three First National Plaza<br>70 West Madison<br>Chicago, IL 60602<br>Tel:  (312) 977-4400 |

| | |
|---|---|
| Tamrac, Inc. | William A. Gray, Esquire<br>C. Thomas Ebel, Esquire<br>W. Ashley Burgess, Esquire<br>Sands, Anderson, Marks & Miller, P.C.<br>801 East Main Street, Suite 1800<br>Richmond, VA 23218-1998<br>Tel: (804) 648-1636 |
| Nyko Technologies, Inc. | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6489 |
| SouthPeak Interactive, LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6489 |
| Bush Industries, Inc. | Fredrick J. Levy, Esquire<br>Jayme M. Bethel, Esquire<br>Olshan Grundman Frome Rosenzweig &<br>Wolosky LLP<br>Park Avenue Tower<br>65 East 55th Street<br>New York, NY 10022<br>Tel: (212) 451-2300<br><br>– and –<br><br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA 22182<br>Tel: (703) 790-8750 |

| | |
|---|---|
| Vonage Marketinc LLC | William H. Schwarzschild, III, Esquire<br>W. Alexander Burnett, Esquire<br>Williams Mullen<br>Two James Center, 17th Floor<br>1021 East Cary Street<br>Richmond, VA 23218-1320<br>Tel: (804) 783-6589 |
| BISSELL Homecare, Inc. | Stephan W. Milo, Esquire<br>Whitney J. Levin, Esquire<br>Wharton Aldhizer and Weaver, PLC<br>125 S. Augusta Street, Suite 2000<br>Staunton, VA 24401<br>Tel: (540) 213-7440 |
| Cokem International, Inc. | Alan M. Noskow, Esquire<br>Patton Boggs LLP<br>8484 Westpark Drive, 9th Floor<br>McLean, VA 22102<br>Tel: (703) 744-8000<br><br>– and –<br><br>Christopher A. Camardello, Esquire<br>Kristopher D. Lee, Esquire<br>Winthrop & Weinstine, P.A.<br>225 South Sixth Street, Suite 3500<br>Minneapolis, MN 55402-4629<br>Tel: (612) 604-6649 |
| Midland Radio Corporation | David R. Softness, Esquire<br>Isicoff, Ragatz & Koenigsberg<br>1200 Brickell Avenue, Suite 1900<br>Miami, FL 33131<br>Tel: (305) 323-3232 |
| Bethesda Softworks, LLC | John G. McJunkin, Esquire<br>Daniel Carrigan, Esquire<br>McKenna Long & Aldridge LLP<br>1900 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 496-7500 |

| | |
|---|---|
| TeleDynamics, LLP | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston, L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Tel: (703) 280-9263 |
| Olympus Corporation and Olympus Imaging America, Inc. | Paul V. Shalhoub, Esquire<br>Terence K. McLaughlin, Esquire<br>Jeanna L. Composti, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: (212) 728-8000<br><br>– and –<br><br>Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Tel: (804) 783-2003 |
| Hauppauge Computer Works, Inc. | Cheryl Willins, Controller<br>91 Cabot Ct.<br>Hauppauge, NY 11788<br>Tel: (631) 630-1340 |
| United States Debt Recovery LLC | Nathan E. Jones, Esquire<br>P.O. Box 5241<br>Incline Village, NV 89450<br>Tel: (775) 832-5250 |

**Claimants Who Filed Objections to Fifty-Second Omnibus Objection:**

| | |
|---|---|
| Samsung Electronics America, Inc. | Michael I. Goldberg, Esquire<br>Joanne Gelfand, Esquire<br>Akerman Senterfitt<br>Last Olas Center II, Suite 1600<br>350 East Las Olas Blvd.<br>Ft. Lauderdale, FL  33301-2229<br>Tel:  (954) 463-2700<br><br>– and –<br><br>Stanley M. Salus, Esquire<br>Mona M. Murphy, Esquire<br>Akerman Senterfitt LLP<br>8100 Boone Blvd., Suite 700<br>Vienna, VA  22182<br>Tel:  (703) 790-8750 |
| Paramount Home Entertainment Inc. | David M. Stern, Esquire<br>Michael L. Tuchin, Esquire<br>Korin A. Elliott, Esquire<br>KLEE, TUCHIN, BOGDANOFF & STERN LLP<br>1999 Avenue of the Stars, 39th Floor<br>Los Angeles, California 90067<br>Tel:  (310) 407-4000<br><br>– and –<br><br>William A. Broscious<br>KEPLEY BROSCIOUS & BIGGS, PLC<br>2211 Pump Road<br>Richmond, Virginia 23233<br>Tel:  (804) 741-0400, ext. 202 |

| | |
|---|---|
| SanDisk Corporation | David R. Ruby, Esquire<br>McSweeney, Crump, Childress & Temple, P.C.<br>11 South 12th Street<br>Richmond, Virginia 23219<br><br>– and –<br><br>Suzzanne S. Uhland, Esquire<br>Jennifer M. Taylor, Esquire<br>O'Melveny & Myers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Tel:  (415) 984-8922 |
| Pioneer Electronics, Inc. | William Daniel Sullivan, Esquire<br>Butzel Long Tighe Patton, PLLC<br>1747 Pennsylvania Ave., N.W. Suite 300<br>Washington, D.C. 20007<br>Tel:  (202) 454-2850 |
| LG Electronics USA, Inc. | H. Jason Gold, Esq.<br>Valerie P. Morrison, Esq.<br>Dylan G. Trache, Esq.<br>WILEY REIN LLP<br>7925 Jones Branch Drive, Suite 6200<br>McLean, Virginia 22102<br>Tel:  (703) 905.2800 |
| Toshiba America Consumer Products, L.L.C. | Jeremy S. Friedberg, Esquire<br>Gordon S. Young, Esquire<br>Leitess Leitess Friedberg & Fedder PC<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000<br>Owings Mills, MD 21117<br>Tel:  (410) 581-7400 |
| Twentieth Century Fox Home Entertainment, LLC | Christopher A. Jones, Esquire<br>Whiteford, Taylor & Preston L.L.P.<br>3190 Fairview Park Drive, Suite 300<br>Falls Church, VA 22042<br>Phone:  (703) 280-9263 |

| | |
|---|---|
| Take Two Interactive Software, Inc. | Bruce H. Matson, Esquire<br>Christopher L. Perkins, Esquire<br>LeClairRyan<br>Riverfront Plaza, East Tower<br>951 East Byrd Street, Eighth Floor<br>Richmond, VA 23219<br>Phone: (804) 783-2003<br><br>– and –<br><br>Alan J. Lipkin, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Phone: (212) 728-8000 |

Dated: March 9, 2010

Respectfully submitted,

Sharon Z. Weiss
RICHARDSON & PATEL LLP
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Tel: (310) 208-1182
Fax: (310) 208-1154

*Counsel for Apex Digital, Inc.*

– and –

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2010, I caused true and exact copies of the foregoing *Notice of Appeal* to be served via first-class mail, postage prepaid, and, where noted, via electronic mail, upon the below-listed parties and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive
Suite 500
Glen Allen, VA 23060

Represented by:

    Gregg M. Galardi
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    10th and King Streets
    7th Floor
    Wilmington, DE 19801
    E-mail: gregg.galardi@skadden.com; project.circuitcity@skadden.com

    Chris L. Dickerson
    Skadden Arps Slate Meagher & Flom, LLP
    155 North Wacker Drive
    Chicago, IL 60606
    E-mail: chris.dickerson@skadden.com

    Douglas M. Foley
    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    E-mail: dfoley@mcguirewoods.com; circuitcityservice@mcguirewoods.com

**Official Committee of Unsecured Creditors**

Represented by:

    Jeffrey N. Pomerantz
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Boulevard
    11th Floor
    Los Angeles, CA 90067
    E-mail: jpomerantz@pszjlaw.com

    Robert J. Feinstein
    Pachulski Stang Ziehl & Jones, LLP
    780 Third Avenue
    36th Floor
    New York, NY 10017
    E-mail: rfeinstein@pszjlaw.com

    Lynn L. Tavenner
    Paula S. Beran
    Tavenner & Beran, PLC
    20 N. Eighth Street
    Second Floor
    Richmond, VA 23219
    E-mail: ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com

**Office of the United States Trustee**

Represented by:

    Robert B. Van Arsdale
    Office of the United States Trustee
    701 East Broad Street
    Suite 4304
    Richmond, VA 23219
    E-mail: Robert.B.Van.Arsdale@usdoj.gov


Dated: March 9, 2010                /s/   Joshua D. McKarcher
                                        Joshua D. McKarcher (VSB No. 77061)
                                        COVINGTON & BURLING LLP
                                        1201 Pennsylvania Avenue, N.W.
                                        Washington, DC  20004-2401
                                        Tel: (202) 662-5223
                                        jmckarcher@cov.com