IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        CIRCUIT CITY STORES, INC.,              Case No. 08-35653
              *et al.*,                               Chapter 11
                        Debtors.                      Jointly Administered


## ORDER ON MOTION TO RECONSIDER

For the reasons set forth in the Supplemental Memorandum Opinion entered on this date, it is hereby

**ORDERED** that the Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of the Court's Order on Debtors' Fifty-first and Fifty-second Omnibus Objections and Memorandum Opinion dated January 6, 2010 be, and it hereby is, DENIED.


ENTERED:   Feb 23 2010

Entered on docket: Feb 23 2010

                    /s/ Kevin R. Huennekens
              UNITED STATES BANKRUPTCY JUDGE