Objection Deadline: March 23, 2010
No Hearing Requested

Sharon Z. Weiss
RICHARDSON & PATEL LLP
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Tel: (310) 208-1182
Fax: (310) 208-1154

*Counsel for Apex Digital, Inc.*

– and –

Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In Re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>　　　　　　　　　Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF MOTION OF APEX DIGITAL, INC. FOR LEAVE TO APPEAL

**PLEASE TAKE NOTICE** that on March 9, 2010, Apex Digital, Inc. filed a Motion for

Leave to Appeal the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (Doc.

No. 6228), entered in the above-captioned case on the 6th day of January, 2010, and the related

Order on Motion to Reconsider (Doc. No. 6602), entered on the 23rd day of February, 2010.

If you do not want the Court to grant the motion for leave to appeal, or if you want the Court to consider your views on the motion, then on or before March 23, 2010, you or your attorney must file with the Court a written response explaining your position at:

> Clerk of the Court
> United States Bankruptcy Court
> 701 East Broad Street
> Richmond, Virginia 23219

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to the movants:

> Sharon Z. Weiss
> RICHARDSON & PATEL LLP
> Murdock Plaza
> 10900 Wilshire Boulevard, Suite 500
> Los Angeles, California 90024
>
> Michael St. Patrick Baxter
> Dennis B. Auerbach
> Joshua D. McKarcher
> COVINGTON & BURLING LLP
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC  20004-2401

Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum objecting to the relief requested are filed with the Clerk of Court and served on the moving party within 14 days of the service of this notice, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Dated: March 9, 2010

Sharon Z. Weiss
RICHARDSON & PATEL LLP
Murdock Plaza
10900 Wilshire Boulevard, Suite 500
Los Angeles, California 90024
Tel: (310) 208-1182
Fax: (310) 208-1154

*Counsel for Apex Digital, Inc.*

– and –

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on March 9, 2010, I caused true and exact copies of the foregoing *Notice of Motion of Apex Digital, Inc. for Leave to Appeal* to be served via first-class mail, postage prepaid, and, where noted, via electronic mail, upon the below-listed parties and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

**Circuit City Stores, Inc. (Appellee)**

Circuit City Stores, Inc.
Attn: Michelle Mosier
4951 Lake Brook Drive
Suite 500
Glen Allen, VA 23060

Represented by:

    Gregg M. Galardi
    Skadden Arps Slate Meagher & Flom, LLP
    One Rodney Square
    10th and King Streets
    7th Floor
    Wilmington, DE 19801
    E-mail: gregg.galardi@skadden.com; project.circuitcity@skadden.com

    Chris L. Dickerson
    Skadden Arps Slate Meagher & Flom, LLP
    155 North Wacker Drive
    Chicago, IL 60606
    E-mail: chris.dickerson@skadden.com

    Douglas M. Foley
    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    E-mail: dfoley@mcguirewoods.com; circuitcityservice@mcguirewoods.com

**Official Committee of Unsecured Creditors**

Represented by:

    Jeffrey N. Pomerantz
    Pachulski Stang Ziehl & Jones LLP
    10100 Santa Monica Boulevard
    11th Floor
    Los Angeles, CA 90067
    E-mail: jpomerantz@pszjlaw.com

    Robert J. Feinstein
    Pachulski Stang Ziehl & Jones, LLP
    780 Third Avenue
    36th Floor
    New York, NY 10017
    E-mail: rfeinstein@pszjlaw.com

    Lynn L. Tavenner
    Paula S. Beran
    Tavenner & Beran, PLC
    20 N. Eighth Street
    Second Floor
    Richmond, VA 23219
    E-mail: ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com

**Office of the United States Trustee**

Represented by:

    Robert B. Van Arsdale
    Office of the United States Trustee
    701 East Broad Street
    Suite 4304
    Richmond, VA 23219
    E-mail: Robert.B.Van.Arsdale@usdoj.gov


Dated: March 9, 2010                      /s/   Joshua D. McKarcher
                                              Joshua D. McKarcher (VSB No. 77061)
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Avenue, N.W.
                                              Washington, DC  20004-2401
                                              Tel: (202) 662-5223
                                              jmckarcher@cov.com