| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - - x
LG ELECTRONICS USA, INC.,     :
                              :
            Movant,           :
                              :
       v.                     :
                              :
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              :
            Respondents.      :
- - - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - - :
UNITED STATES DEBT            :
RECOVERY, LLC,                :
                              :
          Movant,             :
                              :
     v.                       :
                              :
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              :
          Respondents.        :
- - - - - - - - - - - - - - - x
PNY TECHNOLOGIES, INC.,       :
                              :
          Movant,             :
                              :
     v.                       :
                              :
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              :
          Respondents.        :
- - - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION TO CONSOLIDATE CERTAIN MATTERS RELATED TO MOTIONS FOR LEAVE TO APPEAL FILED BY LG ELECTRONICS USA, INC., UNITED STATES DEBT RECOVERY, LLC, AND PNY TECHNOLOGIES, INC.**

AND NOW, this ___ day of _____, 2010, the Court having considered the Debtors' Motion To Consolidate Certain Matters Related To Motions For Leave To Appeal Filed By LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. (the "Motion"); and the Court finding that the grounds set forth in the Motion justify permitting the Debtors to file a consolidated answering brief in opposition to the Motions

2

for Leave and, if requested by the Court, consolidating oral argument concerning the Motions for Leave;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors shall be permitted to file a consolidated answering brief in opposition to the Motions for Leave.

3. If the Court requests oral argument concerning the Motions for Leave, such oral argument shall be consolidated.

Dated:    Richmond, Virginia
          _____, 2010

                                    _____
                                    UNITED STATES DISTRICT JUDGE

614454-Wilmington Server 1A - MSW