Michael P. Falzone (VSB No. 22324)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, PC
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

and

John J. Cruciani, Esq.
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8197
(816) 983-8080 (fax)

*Counsel for Vertis, Inc.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: | ) |
| | ) |
| CIRCUIT CITY STORES, INC., et al., | ) Case No. 08-35653-KRH |
| | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF MOTION BY VERTIS, INC.,
TO ALLOW PROOF OF CLAIM TO BE DEEMED TIMELY FILED**

PLEASE TAKE NOTICE that Vertis, Inc. ("Vertis"), by and through its undersigned counsel, hereby withdraws its motion seeking entry of an order by the Court to allow Vertis' proof of claim (No. 10903) to be deemed as timely filed (the "Motion") (Docket No. 2989).

DATE: March 10, 2010              VERTIS, INC.


                                  By:   /s/ Sheila deLa Cruz
                                           Counsel

Michael P. Falzone (VSB #22324)
Sheila deLa Cruz (VSB #65395)
Hirschler Fleischer, PC
The Edgeworth Building
2100 East Cary Street
Post Office Box 500
Richmond, VA 23218-0500
(804) 771-9500
(804) 644-0957 (fax)

and

John J. Cruciani (MO Bar #43073)
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
(816) 983-8197
(816) 983-8080 (fax)

*Counsel for Vertis, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March 2010, I caused a copy of the foregoing to be served by electronic means using the Court's ECF system.

/s/ Sheila deLa Cruz
Sheila deLa Cruz
