Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
          Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS
FILED BY EQUITY HOLDERS TO INTERESTS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Fifth Omnibus Objection to Claims

(Reclassification of Certain Claims Filed by Equity Holders

to Interests) (the "Objection"), which requested, among

other things, that the claims specifically identified on

Exhibit C attached to the Objection be modified and/or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one response was timely filed by a Claimant being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified and/or modified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

3.   A hearing on the merits as to the Objection to the Claim identified on <u>Exhibit B</u> as attached hereto and incorporated herein will be held on March 8, 2010 at 11:00 a.m. (Eastern).  Separate notice of this hearing was previously provided to the Claimant identified on <u>Exhibit B</u>

(Docket No. 6548).

4.   The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

6.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_Mar 5 2010_____, 2010

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  March 8 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                            /s/ Douglas M. Foley_____
                            Douglas M. Foley


\10789991


4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 6838<br>Date Filed:  01/28/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  BABB, JAMES T<br>  2307 SHADOW RIDGE COURT<br>  MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br><br>BABB, JAMES T<br>2307 SHADOW RIDGE COURT<br>MIDLOTHIAN, VA 23112 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 9503<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>BEAM, MICHAEL W<br>5227 SCOTSGLEN DR<br>GLEN ALLEN, VA 23059 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 9505<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  BEAM, MICHAEL W<br>  5227 SCOTSGLEN DR<br>  GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>BEAM, MICHAEL W<br>5227 SCOTSGLEN DR<br>GLEN ALLEN, VA 23059 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35653 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |
| Claim: 5235<br>Date Filed:  01/26/2009<br>Docketed Total:  $4,000.00<br>Filing Creditor Name and Address:<br>  BEDSOLE, DONALD<br>  580 HAGANS CT<br>  FLEMING ISLAND, FL 32003 | Claim Holder Name and Address<br><br>BEDSOLE, DONALD<br>580 HAGANS CT<br>FLEMING ISLAND, FL 32003 | | Docketed Total: | | **$4,000.00** | Modified Total: | **$4,000.00** |
| | Case Number<br>08-35653 | Administrative | Secured | Priority<br>$4,000.00 | Unsecured | Case Number<br>08-35653 | Interest<br>$4,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 7521<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BISHOP, BENJAMIN T<br>1712 POINT OF ROCKS RD<br>CHESTER, VA 23836 | Claim Holder Name and Address<br><br>BISHOP, BENJAMIN T<br>1712 POINT OF ROCKS RD<br>CHESTER, VA 23836     Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                             UNL | Case Number             Interest<br>08-35653             $0.00 |
| Claim: 2812<br>Date Filed: 01/06/2009<br>Docketed Total: $6,155.00<br>Filing Creditor Name and Address:<br>BOWMAN, DENNIS<br>3732 GLADES END LANE<br>RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>BOWMAN, DENNIS<br>3732 GLADES END LANE<br>RICHMOND, VA 23233     Docketed Total:    **$6,155.00** | Modified Total:    **$6,155.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                        $6,155.00 | Case Number             Interest<br>08-35653         $6,155.00 |
| Claim: 6576<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>BURCHFIELD, FRANKLIN J<br>6028 MAYBROOK WAY<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br><br>BURCHFIELD, FRANKLIN J<br>6028 MAYBROOK WAY<br>GLEN ALLEN, VA 23060     Docketed Total:    **UNL** | Modified Total:    **$0.00** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                             UNL | Case Number             Interest<br>08-35653             $0.00 |
| Claim: 4594<br>Date Filed: 01/20/2009<br>Docketed Total: $1,639.90<br>Filing Creditor Name and Address:<br>CAROLYN WELCOME<br>2015 MILL CREEK DR<br>ARLINGTON, TX 76010 | Claim Holder Name and Address<br><br>WELCOME, CAROLYN<br>2015 MILL CREEK DR<br>ARLINGTON, TX 76010     Docketed Total:    **$1,639.90** | Modified Total:    **$1,639.90** |
| | Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653                   $1,639.90 | Case Number             Interest<br>08-35653         $1,639.90 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13750<br>Date Filed:   06/22/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  CHRISTOPHER MEANS<br>  460 WILDER ST<br>  AURORA, IL 60506 | Claim Holder Name and Address<br><br>CHRISTOPHER MEANS          Docketed Total:          **UNL**<br>460 WILDER ST<br>AURORA, IL 60506 | Modified Total:          **$0.00** |
| Claim: 6832<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  CLARKE, JESSICA S<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>CLARKE, JESSICA S          Docketed Total:          **UNL**<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156 | Modified Total:          **$0.00** |
| Claim: 6833<br>Date Filed:   01/28/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  CLARKE, JESSICA S<br>  9234 FAIR HILL COURT<br>  MECHANICSVILLE, VA 23116-3156 | Claim Holder Name and Address<br><br>CLARKE, JESSICA S          Docketed Total:          **UNL**<br>9234 FAIR HILL COURT<br>MECHANICSVILLE, VA 23116-3156 | Modified Total:          **$0.00** |
| Claim: 6057<br>Date Filed:   01/26/2009<br>Docketed Total:   $123.82<br>Filing Creditor Name and Address:<br>  CLEVENGER, DAVID W<br>  2000 GINGHAM COURT<br>  MARION, IL 62959 | Claim Holder Name and Address<br><br>CLEVENGER, DAVID W          Docketed Total:          **$123.82**<br>2000 GINGHAM COURT<br>MARION, IL 62959 | Modified Total:          **$123.82** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | UNL | | | | 08-35653 | $0.00 |
| 08-35653 | | | | UNL | 08-35653 | $0.00 |
| 08-35653 | | | | UNL | 08-35653 | $0.00 |
| 08-35653 | | | | $123.82 | 08-35653 | $123.82 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 7635**
Date Filed:   01/28/2009
Docketed Total:   $760.00
Filing Creditor Name and Address:
  CONSTANCE G KOVAN
  32451 MEDITERRANEAN DR
  DANA POINT, CA 92629

Claim Holder Name and Address

KOVAN, CONSTANCE G       Docketed Total:       **$760.00**
32451 MEDITERRANEAN DR
DANA POINT, CA 92629

Modified Total:       **$760.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $760.00 |

| Case Number | Interest |
|---|---|
| 08-35653 | $760.00 |

---

**Claim: 9494**
Date Filed:   01/30/2009
Docketed Total:   $77.39
Filing Creditor Name and Address:
  CROUSE, ANGELA C
  14960 LEBANON RD
  SPRING GROVE, VA 23881

Claim Holder Name and Address

CROUSE, ANGELA C       Docketed Total:       **$77.39**
14960 LEBANON RD
SPRING GROVE, VA 23881

Modified Total:       **$77.39**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | $77.39 |

| Case Number | Interest |
|---|---|
| 08-35653 | $77.39 |

---

**Claim: 7020**
Date Filed:   01/28/2009
Docketed Total:   $0.00
Filing Creditor Name and Address:
  CURRIER, MICHAEL J
  16339 COPPERTREE DR
  MONTPELIER, VA 23192

Claim Holder Name and Address

CURRIER, MICHAEL J       Docketed Total:       **UNL**
16339 COPPERTREE DR
MONTPELIER, VA 23192

Modified Total:       **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

---

**Claim: 7023**
Date Filed:   01/28/2009
Docketed Total:   $0.00
Filing Creditor Name and Address:
  CURRIER, MICHAEL J
  16339 COPPERTREE DR
  MONTPELIER, VA 23192

Claim Holder Name and Address

CURRIER, MICHAEL J       Docketed Total:       **UNL**
16339 COPPERTREE DR
MONTPELIER, VA 23192

Modified Total:       **$0.00**

| Case Number | Administrative | Secured | Priority | Unsecured |
|---|---|---|---|---|
| 08-35653 | | | | UNL |

| Case Number | Interest |
|---|---|
| 08-35653 | $0.00 |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 7136 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed: 01/28/2009 | | |
| Docketed Total: $1,420.96 | HENSON, CURTIS EUGENE | Docketed Total: $1,420.96 | Modified Total: $1,420.96 |
| Filing Creditor Name and Address: | 3430 ELLEDGE MILL RD | |
| CURTIS EUGENE HENSON | N WILKESBORO, NC 28659 | |
| 3430 ELLEDGE MILL RD | | |
| N WILKESBORO, NC 28659 | | |

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | $1,420.96 | 08-35653 | $1,420.96 |

| Claim: 13269 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed: 06/04/2009 | | |
| Docketed Total: $140.00 | DAVE BARTIK | Docketed Total: UNL | Modified Total: $140.00 |
| Filing Creditor Name and Address: | 8101 PIERS DR NO 1804 | |
| DAVE BARTIK | WOODRIDGE, IL 60517 | |
| 8101 PIERS DR NO 1804 | | |
| WOODRIDGE, IL 60517 | | |

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | $140.00 | | | | 08-35653 | $140.00 |

| Claim: 9093 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed: 01/23/2009 | | |
| Docketed Total: $1,500.00 | DAVIS, TONY V | Docketed Total: $1,500.00 | Modified Total: $1,500.00 |
| Filing Creditor Name and Address: | 11220 BUCKHEAD CT | |
| DAVIS, TONY V | MIDLOTHIAN, VA 23113 | |
| 11220 BUCKHEAD CT | | |
| MIDLOTHIAN, VA 23113 | | |

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | | | | $1,500.00 | 08-35653 | $1,500.00 |

| Claim: 14339 | Claim Holder Name and Address | |
|---|---|---|
| Date Filed: 06/30/2009 | | |
| Docketed Total: $0.00 | DEASON, STEPHEN N | Docketed Total: UNL | Modified Total: $0.00 |
| Filing Creditor Name and Address: | 2701 E BRIGSTOCK RD | |
| DEASON, STEPHEN N | MIDLOTHIAN, VA 23113 | |
| 2701 E BRIGSTOCK RD | | |
| MIDLOTHIAN, VA 23113 | | |

| | Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|---|
| | 08-35653 | UNL | | | | 08-35653 | $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 12188<br>Date Filed: 04/14/2009<br>Docketed Total: $308.50<br>Filing Creditor Name and Address:<br>DENTAL SERVICE CO INC<br>135 ORCHARD BEACH RD<br>NORTH EAST, PA 16428 | Claim Holder Name and Address<br>DENTAL SERVICE CO INC    Docketed Total: **UNL**<br>135 ORCHARD BEACH RD<br>NORTH EAST, PA 16428<br><br>Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653    $308.50 | Modified Total: **$308.50**<br><br><br>Case Number        Interest<br>08-35653        $308.50 |
| Claim: 11660<br>Date Filed: 03/03/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>DENTON, DIANA INDIVIDUAL<br>OWNERSHIP & JOINT WITH<br>RONALD DENTON<br>6102 BREMO RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>DENTON, DIANA INDIVIDUAL    Docketed Total: **UNL**<br>OWNERSHIP & JOINT WITH<br>RONALD DENTON<br>6102 BREMO RD<br>RICHMOND, VA 23226<br><br>Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653    UNL | Modified Total: **$0.00**<br><br><br>Case Number        Interest<br>08-35653        $0.00 |
| Claim: 13956<br>Date Filed: 06/30/2009<br>Docketed Total: $3,544.00<br>Filing Creditor Name and Address:<br>EASTWOOD, VICTORIA L<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>EASTWOOD, VICTORIA L    Docketed Total: **UNL**<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059<br><br>Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653    $3,544.00 | Modified Total: **$3,544.00**<br><br><br>Case Number        Interest<br>08-35653        $3,544.00 |
| Claim: 13995<br>Date Filed: 06/30/2009<br>Docketed Total: $21,697.50<br>Filing Creditor Name and Address:<br>EASTWOOD, VICTORIA L<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>EASTWOOD, VICTORIA L    Docketed Total: **UNL**<br>3919 SOUTHWINDS PL<br>GLEN ALLEN, VA 23059<br><br>Case Number   Administrative   Secured   Priority   Unsecured<br>08-35653    $21,697.50 | Modified Total: **$21,697.50**<br><br><br>Case Number        Interest<br>08-35653        $21,697.50 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14099<br>Date Filed: 06/30/2009<br>Docketed Total: $11,524.00<br>Filing Creditor Name and Address:<br>  EASTWOOD, VICTORIA L<br>  3919 SOUTHWINDS PL<br>  GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br><br>  EASTWOOD, VICTORIA L<br>  3919 SOUTHWINDS PL<br>  GLEN ALLEN, VA 23059<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    $11,524.00 | Modified Total: **$11,524.00**<br><br>Case Number / Interest<br>08-35653    $11,524.00 |
| Claim: 13526<br>Date Filed: 06/19/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  ELIZABETH R WARREN<br>  1824 HANOVER AVE<br>  RICHMOND, VA 23220 | Claim Holder Name and Address<br><br>  ELIZABETH R WARREN<br>  1824 HANOVER AVE<br>  RICHMOND, VA 23220<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653    $0.00 |
| Claim: 13532<br>Date Filed: 06/19/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  ELIZABETH R WARREN<br>  1824 HANOVER AVE<br>  RICHMOND, VA 23220 | Claim Holder Name and Address<br><br>  ELIZABETH R WARREN<br>  1824 HANOVER AVE<br>  RICHMOND, VA 23220<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    UNL | Modified Total: **$0.00**<br><br>Case Number / Interest<br>08-35653    $0.00 |
| Claim: 12187<br>Date Filed: 04/14/2009<br>Docketed Total: $1,784.43<br>Filing Creditor Name and Address:<br>  FARRINGTON, LAWRENCE R<br>  28512 CHIANTI TERR<br>  BONITA SPRINGS, FL 34135 | Claim Holder Name and Address<br><br>  FARRINGTON, LAWRENCE R<br>  28512 CHIANTI TERR<br>  BONITA SPRINGS, FL 34135<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653    $1,784.43 | Modified Total: **$1,784.43**<br><br>Case Number / Interest<br>08-35653    $1,784.43 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 7101<br>Date Filed:    01/28/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FAY LAWRENCE W<br>  2500 MAPLE HALL CT<br>  MIDLOTHIAN, VA 23113 | FAY, LAWRENCE W<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113         Docketed Total:         **UNL** | Modified Total:         **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 6677<br>Date Filed:    01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089         Docketed Total:         **UNL** | Modified Total:         **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 6680<br>Date Filed:    01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089         Docketed Total:         **UNL** | Modified Total:         **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 6679<br>Date Filed:    01/27/2009<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  FREEMAN, JAMES M<br>  10307 SAGEGLOW<br>  HOUSTON, TX 77089 | FREEMAN, JAMES M<br>10307 SAGEGLOW<br>HOUSTON, TX 77089         Docketed Total:         **UNL** | Modified Total:         **$0.00** |

| Case Number | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
|---|---|---|---|---|---|---|
| 08-35653 | | | | UNL | 08-35653 | $0.00 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6685<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br> FREEMAN, JAMES M<br> 10307 SAGEGLOW<br> HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>FREEMAN, JAMES M  Docketed Total: **UNL**<br>10307 SAGEGLOW<br>HOUSTON, TX 77089<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653  UNL | Modified Total: **$0.00**<br><br><br>Case Number  Interest<br>08-35653  $0.00 |
| Claim: 6687<br>Date Filed: 01/27/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br> FREEMAN, JAMES M<br> 10307 SAGEGLOW<br> HOUSTON, TX 77089 | Claim Holder Name and Address<br><br>FREEMAN, JAMES M  Docketed Total: **UNL**<br>10307 SAGEGLOW<br>HOUSTON, TX 77089<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653  UNL | Modified Total: **$0.00**<br><br><br>Case Number  Interest<br>08-35653  $0.00 |
| Claim: 9218<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br> GILMOUR, CATHERINE M<br> 10801 SNOWMASS CT<br> GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br><br>GILMOUR, CATHERINE M  Docketed Total: **UNL**<br>10801 SNOWMASS CT<br>GLEN ALLEN, VA 23060<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653  UNL | Modified Total: **$0.00**<br><br><br>Case Number  Interest<br>08-35653  $0.00 |
| Claim: 5481<br>Date Filed: 01/26/2009<br>Docketed Total: $9,577.55<br>Filing Creditor Name and Address:<br> GLOSKEY, MARIA M<br> 900 MICKLEY RDAPT T1 3<br> WHITEHALL, PA 18052 | Claim Holder Name and Address<br><br>GLOSKEY, MARIA M  Docketed Total: **$9,577.55**<br>900 MICKLEY RDAPT T1 3<br>WHITEHALL, PA 18052<br><br>Case Number  Administrative  Secured  Priority  Unsecured<br>08-35653  $9,577.55 | Modified Total: **$9,577.55**<br><br><br>Case Number  Interest<br>08-35653  $9,577.55 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 6865<br>Date Filed: 01/27/2009<br>Docketed Total: $31,013.25<br>Filing Creditor Name and Address:<br>JACOB M ESHLER<br>6310 BOUNDARY RUN DR<br>MECHANICSVILLE, VA 23111 | Claim Holder Name and Address<br><br>ESHLER, JACOB M    Docketed Total:    **$31,013.25**<br>6310 BOUNDARY RUN DR<br>MECHANICSVILLE, VA 23111 | Modified Total:    **$31,013.25** |

| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653    $31,013.25 | Case Number    Interest<br>08-35653    $31,013.25 |

| Claim: 6458<br>Date Filed: 01/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JOLY, RUSSELL N<br>5318 WOODSTONE COURT<br>LOUISA, VA 23093 | Claim Holder Name and Address<br><br>JOLY, RUSSELL N    Docketed Total:    **UNL**<br>5318 WOODSTONE COURT<br>LOUISA, VA 23093 | Modified Total:    **$0.00** |

| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653    UNL | Case Number    Interest<br>08-35653    $0.00 |

| Claim: 3811<br>Date Filed: 01/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JOYCE M DAVIS<br>11307 SW 167 ST<br>MIAMI, FL 33157 | Claim Holder Name and Address<br><br>DAVIS, JOYCE M    Docketed Total:    **UNL**<br>11307 SW 167 ST<br>MIAMI, FL 33157 | Modified Total:    **$0.00** |

| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653    UNL | Case Number    Interest<br>08-35653    $0.00 |

| Claim: 3931<br>Date Filed: 01/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JOYCE M DAVIS<br>11307 SW 167 ST<br>MIAMI, FL 33157 | Claim Holder Name and Address<br><br>DAVIS, JOYCE M    Docketed Total:    **UNL**<br>11307 SW 167 ST<br>MIAMI, FL 33157 | Modified Total:    **$0.00** |

| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653    UNL | Case Number    Interest<br>08-35653    $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | |
|---|---|---|
| Claim: 3944 <br> Date Filed:    01/15/2009 <br> Docketed Total:    $0.00 <br> Filing Creditor Name and Address: <br>   JUNE B CADE <br>   725 E IMPERIAL HWY <br>   LOS ANGELES, CA 90059 | CADE, JUNE B                     Docketed Total:          **UNL** <br> 725 E IMPERIAL HWY <br> LOS ANGELES, CA 90059 | Modified Total:          **$0.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured <br> 08-35653                                          UNL | **Case Number**                                          Interest <br> 08-35653                                          $0.00 |
| Claim: 6538 <br> Date Filed:    01/23/2009 <br> Docketed Total:    $0.00 <br> Filing Creditor Name and Address: <br>   LANE, DARICK <br>   3413 ANDOVER HILLS PL <br>   RICHMOND, VA 23294 | Claim Holder Name and Address <br><br> LANE, DARICK                     Docketed Total:          **UNL** <br> 3413 ANDOVER HILLS PL <br> RICHMOND, VA 23294 | Modified Total:          **$0.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured <br> 08-35653                                          UNL | **Case Number**                                          Interest <br> 08-35653                                          $0.00 |
| Claim: 8007 <br> Date Filed:    01/29/2009 <br> Docketed Total:    $138.00 <br> Filing Creditor Name and Address: <br>   LATTA, DONNA <br>   5504 COPPERPENNY DR <br>   CHESTERFIELD, VA 23832 | Claim Holder Name and Address <br><br> LATTA, DONNA                     Docketed Total:          **$138.00** <br> 5504 COPPERPENNY DR <br> CHESTERFIELD, VA 23832 | Modified Total:          **$138.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured <br> 08-35653                                          $138.00 | **Case Number**                                          Interest <br> 08-35653                                          $138.00 |
| Claim: 8779 <br> Date Filed:    01/30/2009 <br> Docketed Total:    $0.00 <br> Filing Creditor Name and Address: <br>   LUBARY, JAMES <br>   3161 DRUID LN <br>   LOS ALAMITOS, CA 90720 | Claim Holder Name and Address <br><br> LUBARY, JAMES                     Docketed Total:          **UNL** <br> 3161 DRUID LN <br> LOS ALAMITOS, CA 90720 | Modified Total:          **$0.00** |
| | **Case Number**   Administrative   Secured   Priority   Unsecured <br> 08-35654                                          UNL | **Case Number**                                          Interest <br> 08-35654                                          $0.00 |

*       "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8780<br>Date Filed:   01/30/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  LUBARY, JAMES<br>  3161 DRUID LN<br>  LOS ALAMITOS, CA 90720 | Claim Holder Name and Address<br><br>LUBARY, JAMES          Docketed Total:       **UNL**<br>3161 DRUID LN<br>LOS ALAMITOS, CA 90720 | Modified Total:       **$0.00** |
| | Case Number     Administrative     Secured     Priority     Unsecured<br>08-35654                                                                          UNL | Case Number                                                       Interest<br>08-35654                                                                   $0.00 |
| Claim: 13661<br>Date Filed:   06/25/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  LYNN SPINDLER<br>  815 2ND ST<br>  PEPIN, WI 54759 | Claim Holder Name and Address<br><br>LYNN SPINDLER          Docketed Total:       **UNL**<br>815 2ND ST<br>PEPIN, WI 54759 | Modified Total:       **$0.00** |
| | Case Number     Administrative     Secured     Priority     Unsecured<br>08-35653                 UNL | Case Number                                                       Interest<br>08-35653                                                                   $0.00 |
| Claim: 7041<br>Date Filed:   01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  MARK S STINDE<br>  2501 E FRANKLIN ST NO 2<br>  RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>STINDE, MARK S          Docketed Total:       **UNL**<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223 | Modified Total:       **$0.00** |
| | Case Number     Administrative     Secured     Priority     Unsecured<br>08-35653                                                                          UNL | Case Number                                                       Interest<br>08-35653                                                                   $0.00 |
| Claim: 3584<br>Date Filed:   01/14/2009<br>Docketed Total:     $53.05<br>Filing Creditor Name and Address:<br>  MARTINEZ, ALVARO<br>  2112 S BROADWAY<br>  SANTA ANA, CA 92707 | Claim Holder Name and Address<br><br>MARTINEZ, ALVARO          Docketed Total:       **$53.05**<br>2112 S BROADWAY<br>SANTA ANA, CA 92707 | Modified Total:       **$53.05** |
| | Case Number     Administrative     Secured     Priority     Unsecured<br>08-35653                                                    $53.05 | Case Number                                                       Interest<br>08-35653                                                                   $53.05 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8494<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LANE<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, HOLLY C        Docketed Total:        **UNL**<br>  11712 COOLWIND LANE<br>  RICHMOND, VA 23233<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:        **$0.00**<br><br>Case Number                                                        Interest<br>08-35653                                                              $0.00 |
| Claim: 8498<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, HOLLY C<br>  11712 COOLWIND LN<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, HOLLY C        Docketed Total:        **UNL**<br>  11712 COOLWIND LN<br>  RICHMOND, VA 23233<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:        **$0.00**<br><br>Case Number                                                        Interest<br>08-35653                                                              $0.00 |
| Claim: 8508<br>Date Filed:  01/29/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br>  MCGINNIS, ROBERT C<br>  11712 COOL WIND LN<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  MCGINNIS, ROBERT C        Docketed Total:        **UNL**<br>  11712 COOL WIND LN<br>  RICHMOND, VA 23233<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:        **$0.00**<br><br>Case Number                                                        Interest<br>08-35653                                                              $0.00 |
| Claim: 9126<br>Date Filed:  01/30/2009<br>Docketed Total:  $1,809.83<br>Filing Creditor Name and Address:<br>  NICHOLAS CALABRESE<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143 | Claim Holder Name and Address<br><br>  CALABRESE, NICHOLAS        Docketed Total:        **$1,809.83**<br>  519 HARRIS RD<br>  RICHMOND HTS, OH 44143<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        $1,809.83 | Modified Total:        **$1,809.83**<br><br>Case Number                                                        Interest<br>08-35653                                                              $1,809.83 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 6717<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>NICHOLS JOHN M<br>4417 HICKORY LAKE CT<br>RICHMOND, VA 23059 | Claim Holder Name and Address<br><br>NICHOLS, JOHN M     Docketed Total:     **UNL**<br>4417 HICKORY LAKE CT<br>RICHMOND, VA 23059 | Modified Total:     **$0.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | <u>Case Number</u> | <u>Administrative</u> | <u>Secured</u> | <u>Priority</u> | <u>Unsecured</u> | <u>Case Number</u> |
| | | 08-35653 | | | | UNL | 08-35653 |

with Interest column: 08-35653 $0.00

| | | |
|---|---|---|
| Claim: 7232<br>Date Filed: 01/28/2009<br>Docketed Total: $104,937.50<br>Filing Creditor Name and Address:<br>NISAR MD, MM FACP PA<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | Claim Holder Name and Address<br><br>NISAR MD, MM FACP PA     Docketed Total:     **$104,937.50**<br>1895 OAK TREE RD<br>EDISON, NJ 08820 | Modified Total:     **$104,937.50** |
| | <u>Case Number</u>  <u>Administrative</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>08-35653                                         $104,937.50 | <u>Case Number</u>                      <u>Interest</u><br>08-35653                           $104,937.50 |

| | | |
|---|---|---|
| Claim: 9572<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>OWEN LINDA M<br>2003 WINDBLUFF CT<br>RICHMOND, VA 23238 | Claim Holder Name and Address<br><br>OWEN, LINDA M     Docketed Total:     **UNL**<br>2003 WINDBLUFF CT<br>RICHMOND, VA 23238 | Modified Total:     **$0.00** |
| | <u>Case Number</u>  <u>Administrative</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>08-35653                                         UNL | <u>Case Number</u>                      <u>Interest</u><br>08-35653                           $0.00 |

| | | |
|---|---|---|
| Claim: 10770<br>Date Filed: 02/02/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>PAUL B SCACCIO<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236 | Claim Holder Name and Address<br><br>SCACCIO, PAUL B     Docketed Total:     **UNL**<br>8 BRIGANTINE CT<br>BALTIMORE, MD 21236 | Modified Total:     **$0.00** |
| | <u>Case Number</u>  <u>Administrative</u>  <u>Secured</u>  <u>Priority</u>  <u>Unsecured</u><br>08-35653                                         UNL | <u>Case Number</u>                      <u>Interest</u><br>08-35653                           $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 5298<br>Date Filed:   01/26/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  PEOPLES, LEE<br>  14313 32 BOWSPRIT LANE<br>  LAUREL, MD 20707 | Claim Holder Name and Address<br><br>PEOPLES, LEE<br>14313 32 BOWSPRIT LANE<br>LAUREL, MD 20707 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35654 | | | | UNL | 08-35654 | $0.00 |
| Claim: 5974<br>Date Filed:   01/27/2009<br>Docketed Total:     $29,722.37<br>Filing Creditor Name and Address:<br>  QUARLES, JANE B<br>  9021 WELDON DR<br>  RICHMOND, VA 23229 | Claim Holder Name and Address<br><br>QUARLES, JANE B<br>9021 WELDON DR<br>RICHMOND, VA 23229 | | Docketed Total: | | **$29,722.37** | Modified Total: | **$29,722.37** |
| | **Case Number** | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | $29,722.37 | | 08-35653 | $29,722.37 |
| Claim: 8397<br>Date Filed:   01/29/2009<br>Docketed Total:     $18,590.39<br>Filing Creditor Name and Address:<br>  RAAB, DAVID T<br>  2214 SHORTHORN DRIVE<br>  PUEBLO, CO 81008 | Claim Holder Name and Address<br><br>RAAB, DAVID T<br>2214 SHORTHORN DRIVE<br>PUEBLO, CO 81008 | | Docketed Total: | | **$18,590.39** | Modified Total: | **$18,590.39** |
| | **Case Number** | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35654 | | | | $18,590.39 | 08-35654 | $18,590.39 |
| Claim: 7033<br>Date Filed:   01/28/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | | Docketed Total: | | **UNL** | Modified Total: | **$0.00** |
| | **Case Number** | Administrative | Secured | Priority | Unsecured | Case Number | Interest |
| | 08-35653 | | | | UNL | 08-35653 | $0.00 |

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| Claim: 13849<br>Date Filed:    06/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>  RAMSEY, DANIEL W            Docketed Total:    **UNL**<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Modified Total:    **$0.00** |
|---|---|---|
|  | **Case Number**    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        UNL | **Case Number**                                                        Interest<br>08-35653                                                        $0.00 |
| Claim: 13969<br>Date Filed:    06/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  RAMSEY, DANIEL W<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Claim Holder Name and Address<br><br>  RAMSEY, DANIEL W            Docketed Total:    **UNL**<br>  7405 THREE CHOPT RD<br>  RICHMOND, VA 23226 | Modified Total:    **$0.00** |
|  | **Case Number**    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        UNL | **Case Number**                                                        Interest<br>08-35653                                                        $0.00 |
| Claim: 7277<br>Date Filed:    01/28/2009<br>Docketed Total:    $12,543.66<br>Filing Creditor Name and Address:<br>  RECIO, DAVID<br>  23772 VIA ASTORGA<br>  MISSION VIEJO, CA 92691 | Claim Holder Name and Address<br><br>  RECIO, DAVID            Docketed Total:    **$12,543.66**<br>  23772 VIA ASTORGA<br>  MISSION VIEJO, CA 92691 | Modified Total:    **$12,543.66** |
|  | **Case Number**    Administrative    Secured    Priority    Unsecured<br>08-35653                                            $12,543.66 | **Case Number**                                                        Interest<br>08-35653                                                        $12,543.66 |
| Claim: 7018<br>Date Filed:    01/28/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  RICHARD WILLIAM TASKER JR<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | Claim Holder Name and Address<br><br>  TASKER JR, RICHARD WILLIAM            Docketed Total:    **UNL**<br>  2177 SWANTON RD<br>  SWANTON, MD 21561 | Modified Total:    **$0.00** |
|  | **Case Number**    Administrative    Secured    Priority    Unsecured<br>08-35653                                                        UNL | **Case Number**                                                        Interest<br>08-35653                                                        $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6175<br>Date Filed: 01/26/2009<br>Docketed Total: $3,334.28<br>Filing Creditor Name and Address:<br>ROBERT G BLEDSOE & JUNE V<br>BLEDSOE<br>26123 LAFAYETTE DR<br>RHOADESVILLE, VA 22542 | Claim Holder Name and Address<br><br>BLEDSOE, ROBERT G & JUNE V         Docketed Total:         **$3,334.28**<br>26123 LAFAYETTE DR<br>RHOADESVILLE, VA 22542<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        $3,334.28 | Modified Total:         **$3,334.28**<br><br>Case Number                                                                Interest<br>08-35653                                                                      $3,334.28 |
| Claim: 7000<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SCHAUER, JUSTIN C<br>2602 E FRANKLIN ST<br>APT 2<br>RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>SCHAUER, JUSTIN C         Docketed Total:         **UNL**<br>2602 E FRANKLIN ST<br>APT 2<br>RICHMOND, VA 23223<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:         **$0.00**<br><br>Case Number                                                                Interest<br>08-35653                                                                      $0.00 |
| Claim: 6708<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181 | Claim Holder Name and Address<br><br>SIDDONS, DEREK J         Docketed Total:         **UNL**<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:         **$0.00**<br><br>Case Number                                                                Interest<br>08-35653                                                                      $0.00 |
| Claim: 6710<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIDDONS, DEREK J<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181 | Claim Holder Name and Address<br><br>SIDDONS, DEREK J         Docketed Total:         **UNL**<br>545 TOMAHAWK DR<br>TWIN LAKES, WI 53181<br><br>Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                        UNL | Modified Total:         **$0.00**<br><br>Case Number                                                                Interest<br>08-35653                                                                      $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7351<br>Date Filed: 01/28/2009<br>Docketed Total: $63,000.00<br>Filing Creditor Name and Address:<br>SIFFORD, MICHELLE A<br>2917 NORTHLAKE DR<br>RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>SIFFORD, MICHELLE A<br>2917 NORTHLAKE DR<br>RICHMOND, VA 23233 | Docketed Total: | | | **$63,000.00** | Modified Total: | **$63,000.00** |
| | Case Number<br>08-35653 | Administrative | Secured | Priority | Unsecured<br>$63,000.00 | Case Number<br>08-35653 | Interest<br>$63,000.00 |
| Claim: 7043<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Claim Holder Name and Address<br><br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35654 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35654 | Interest<br>$0.00 |
| Claim: 7047<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Claim Holder Name and Address<br><br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35654 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35654 | Interest<br>$0.00 |
| Claim: 7057<br>Date Filed: 01/28/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Claim Holder Name and Address<br><br>SINDELAR, ERIC C<br>2696 E 132 PL<br>THORNTON, CO 80241 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | Case Number<br>08-35654 | Administrative | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35654 | Interest<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|---|
| Claim: 7037<br>Date Filed:    01/28/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  STINDE, MARK S<br>  2501 E FRANKLIN ST NO 2<br>  RICHMOND, VA 23223 | Claim Holder Name and Address<br><br>STINDE, MARK S<br>2501 E FRANKLIN ST NO 2<br>RICHMOND, VA 23223 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35653 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>UNL | _Case Number_<br>08-35653 | _Interest_<br>$0.00 |
| Claim: 8414<br>Date Filed:    01/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  STOCKETT, LES K<br>  40 JADE LANE<br>  LOPATCONG, NJ 08865 | Claim Holder Name and Address<br><br>STOCKETT, LES K<br>40 JADE LANE<br>LOPATCONG, NJ 08865 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35653 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>UNL | _Case Number_<br>08-35653 | _Interest_<br>$0.00 |
| Claim: 8474<br>Date Filed:    01/29/2009<br>Docketed Total:    $6,165.07<br>Filing Creditor Name and Address:<br>  WEISS, STEVEN<br>  100 NEW CASTLE LOOP<br>  GOOSE CREEK, SC 29445 | Claim Holder Name and Address<br><br>WEISS, STEVEN<br>100 NEW CASTLE LOOP<br>GOOSE CREEK, SC 29445 | Docketed Total: | | | **$6,165.07** | Modified Total: | **$6,165.07** |
| | _Case Number_<br>08-35653 | _Administrative_ | _Secured_ | _Priority_ | _Unsecured_<br>$6,165.07 | _Case Number_<br>08-35653 | _Interest_<br>$6,165.07 |
| Claim: 8199<br>Date Filed:    01/29/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  WOODS TERRELL A<br>  5724 SULLIVAN POINT DR<br>  POWDER SPRINGS, GA 30127 | Claim Holder Name and Address<br><br>WOODS, TERRELL A<br>5724 SULLIVAN POINT DR<br>POWDER SPRINGS, GA 30127 | Docketed Total: | | | **UNL** | Modified Total: | **$0.00** |
| | _Case Number_<br>08-35653 | _Administrative_ | _Secured_ | _Priority_<br>UNL | _Unsecured_ | _Case Number_<br>08-35653 | _Interest_<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 6487<br>Date Filed:   01/27/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>   WOOLDRIDGE, WALTER L<br>   10371 COHOKE PATHWAY<br>   ASHLAND, VA 23005-3392 | Claim Holder Name and Address<br><br>WOOLDRIDGE, WALTER L          Docketed Total:          **UNL**<br>10371 COHOKE PATHWAY<br>ASHLAND, VA 23005-3392 | Modified Total:          **$0.00** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                            UNL | Case Number                                             Interest<br>08-35653                                                  $0.00 |
| Claim: 7016<br>Date Filed:   01/28/2009<br>Docketed Total:     $95.00<br>Filing Creditor Name and Address:<br>   YOGESH S KULKARNI<br>   201 RAILROAD AVE APT 229<br>   E RUTHERFORD, NJ 07073 | Claim Holder Name and Address<br><br>KULKARNI, YOGESH S          Docketed Total:          **$95.00**<br>201 RAILROAD AVE APT 229<br>E RUTHERFORD, NJ 07073 | Modified Total:          **$95.00** |
| | Case Number    Administrative    Secured    Priority    Unsecured<br>08-35653                                                                            $95.00 | Case Number                                             Interest<br>08-35653                                                  $95.00 |

**Total Claims To Be Modified: 78**

**Total Amount As Docketed:**      **$335,655.45**

**Total Amount As Modified:**      **$335,655.45**

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Sixty-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Filed By Equity
Holders To Interests) – Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOUIS A LUCHAK<br>LOUIS A LUCHAK AND DOLORES I LUCHAK<br>4219 AVE J<br>SANTA FE, TX 77510 | 13259 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $109.99<br><br>$109.99 | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        1                                $109.99

* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Mar 08, 2010
Case: 08-35653               Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Mar 10, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**          **Signature:**