Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO SETTLEMENT AGREEMENT
AND STIPULATION BY AND AMONG THE DEBTORS AND APPLE, INC.**

PLEASE TAKE NOTICE that, on August 10, 2009, the
United States Bankruptcy Court for the Eastern District of
Virginia (the "Bankruptcy Court") entered the Order Pursuant To
11 U.S.C. §§ 105 and 363, and Fed. R. Bankr. P. 2002, 9006, and
9019 Authorizing the Establishment of Procedures to Settle
Certain Pre-Petition and Post-Petition Claims and Causes of
Action Without Further Court Approval (D.I. 4401, the "Order").[1]

PLEASE TAKE NOTICE that, on February 24, 2010, the
Debtors filed the Settlement Agreement and Stipulation By and

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings
     ascribed to such terms in the Order.

Among the Debtors and Apple, Inc Regarding Reseller Sales
Agreement. (D.I. 6610, the "Stipulation").

PLEASE TAKE FURTHER NOTICE that, in accordance with
paragraph 10(c) of the Order, the deadline by which any Notice
Party may object (each an "Objection") to or request additional
time or information (each a "Request") to evaluate the
Stipulation was March 8, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, as of the Objection
Deadline, the Debtors have not received an Objection or a
Request from any party.

Dated: March 11, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                   - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                   - and -

                               MCGUIREWOODS LLP

                               /s/ Douglas M. Foley
                               Dion W. Hayes (VSB No. 34304)
                               Douglas Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession