| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER ON DEBTORS' SIXTY-FIFTH OMNIBUS OBJECTION
TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS
<u>FILED BY EQUITY HOLDERS TO INTERESTS</u>)**

THIS MATTER having come before the Court on the Debtors' Sixty-Fifth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Objection"); and it appearing that Louis and Dolores Luchak filed a response to the Objection (the

"Response"); and a hearing on the merits of the Response having been held on March 8, 2010; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is GRANTED.

    2.   The Claim identified on <u>Exhibit A</u> as attached hereto and incorporated herein is reclassified and/or modified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

    3.   The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

    4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       Mar 11 2010        , 2010

                              /s/ Kevin Huennekens
                              _____
                              HONORABLE KEVIN R. HUENNEKENS
                              UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:
                              Entered on docket: March 11 2010

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

3

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            /s/ Douglas M. Foley____
            Douglas M. Foley

\10842254

In re Circuit City Stores, Inc, et al.    Debtors' Sixty-Fifth Omnibus Objection to Claims
Case No. 08-35653 (KRH)    Supplemental Order (Reclassification Of Certain Claims
    Filed By Equity Holders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13259<br>Date Filed: 06/02/2009<br>Docketed Total: $109.99<br>Filing Creditor Name and Address:<br>LOUIS A LUCHAK<br>4219 AVE J<br>SANTA FE, TX 77510 | Claim Holder Name and Address<br>LOUIS A LUCHAK<br>4219 AVE J<br>SANTA FE, TX 77510<br><br>Docketed Total: **UNL**<br><br>Case Number / Administrative / Secured / Priority / Unsecured<br>08-35653                                                    $109.99 | Modified Total: **$109.99**<br><br>Case Number                                                Interest<br>08-35653                                                      $109.99 |
|  | | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:**    $109.99<br>**Total Amount As Modified:**    $109.99 |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                 Date Rcvd: Mar 11, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Mar 13, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2010**            **Signature:** _Joseph Speetjens_