Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
              Debtors.       : Jointly Administered
- - - - - - - - - - - - - - x

      **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
         MARCH 18, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
March 18, 2010 beginning at 10:00 a.m. Eastern.

**I.    CONTINUED/ADJOURNED MATTERS**

1.    Motion of OmniMount Systems, Inc. for Reconsideration
      of the Court's August 20, 2009 Order on the Debtors'
      Twentieth Omnibus Objection for the Purpose of Vacating
      the Reclassification of OmniMount Systems, Inc.'s
      503(B)(9) Claim (Docket No. 5010)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified to Unsecured Claims of
            Certain Claims Filed as 503 (B) (9) Claims For
            Goods Received by the Debtors Not Within Twenty
            Days of the Commencement of the Case (Docket No.
            4576)

      b.    Notice of Motion and Hearing (Docket No. 5012)

      c.    Exhibits A and B to Motion of OmniMount Systems,
            Inc. for Reconsideration (Docket No. 5014)

      Objection
      Deadline:          October 8, 2009 at 4:00 p.m., extended
                         for the Debtors until March 18, 2010 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been adjourned to March
                         25, 2010 at 2:30 p.m.  The parties
                         anticipate submitting a consensual
                         stipulation resolving these matters in
                         their entirety.

2.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

      Related
      Documents:

a.    Notice of Motion and Hearing for Motion for Entry
      of an Order Granting Allowance and Compelling
      Payment of Administrative Expense Claim, by Mad
      Cow International Group Limited (Docket No. 5197)

Objection
Deadline:        October 27, 2009 at 4:00 p.m., extended
                 for the Debtors until March 30, 2010.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to April
                 6, 2010 at 10:00 a.m.

3.  Madcow International Group Limited's Motion for
    Allowance of Payment of 503(b)(9) Administrative
    Expense Claim (Docket No. 6039)

Objection
Deadline:        January 7, 2010 at 4:00 p.m., extended
                 for the Debtors until March 30, 2010.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to April
                 6, 2010 at 10:00 a.m.

**II.  UNCONTESTED MATTERS**

4.  Debtors' Motion for Order under Bankruptcy Code
    Sections 105 and 363 and Bankruptcy Rules 2002 and 6004
    (A) Authorizing Seller to Enter into Agreement for Sale
    of Certain Real Property in Whitehall, Pennsylvania
    Subject to Higher or Otherwise Better Bids, (B)
    Approving Bidding Procedures in Connection Therewith,
    (C) Approving Sale Free and Clear of All Interests and
    (D) Granting Related Relief (Docket No. 6545)

Objection
Deadline:        March 11, 2010 at 4:00 p.m.

3

Objections/
Responses
Filed:          None

Status:         This matter is going forward.

5.   Debtors' Motion for Order Under Bankruptcy Code
     Sections 105, 363 and 365 and Bankruptcy Rules 2002,
     6004 and 6006 (A) Authorizing Seller to Enter Into
     Agreement for Sale of Certain Real Property in
     Louisville, Kentucky Subject to Higher or Otherwise
     Better Bids, (B) Approving Bidding Procedures in
     Connection Therewith, (C) Approving Sale Free and Clear
     of All Interests, (D) Approving Assumption, Assignment
     and Sale of Certain Unexpired Lease of Non-Residential
     Real Property Free and Clear of All Interests, and (E)
     Granting Related Relief (Docket No. 6604)

     Objection
     Deadline:       March 11, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

III. **CONTESTED MATTERS**

6.   Debtors' Motion for Entry of an Order Directing
     Wachovia Bank, N.A., as Custodian of Circuit City
     Stores, Inc.'s Supplemental 401(k) Plan, to Deliver
     Assets of the Plan to the Debtors' Estates (Docket No.
     6689)

     Objection
     Deadline:       March 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Eric A Jonas' Objection to Debtors' Motion for
          Entry of an Order Directing Wachovia Bank, N.A.,
          as Custodian of Circuit City Stores, Inc.'s
          Supplemental 401(k) Plan, to Deliver Assets of the

4

Plan to the Debtors' Estates (Docket No. 6806)

Status:          This matter is going forward.

7.   Berkadia Commercial Mortgage LLC's Motion to Compel
     Assumption or Rejection of Ground Lease (Docket No.
     6690)

     Objection
     Deadline:        March 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:           Debtors' Objection to Berkadia
                      Commercial Mortgage LLC's Motion to
                      Compel or Rejection of Ground Lease
                      (Docket No. 6826)

     Status:          This matter is going forward.

**IV.   OMNIBUS OBJECTION - ADJOURNED MATTERS**

8.   Debtors' Seventh Omnibus Objection to Certain Late
     Claims (Docket No. 3506)

     Related
     Documents:

     a.   Order on Debtors' Seventh Omnibus Objection to
          Certain Late Claims (Docket No. 4169)

     b.   Supplemental Order on Debtors' Seventh Omnibus
          Objection to Certain Late Claims (Docket No. 6587)

     Objection
     Deadline:        June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          An order has been entered partially
                      sustaining the objection.  A
                      supplemental order has been entered
                      withdrawing the objection to certain
                      claims.  For those claims for which the

objection is still pending, this matter
has been adjourned to April 15, 2010 at
2:00 p.m.  See attached <u>Exhibit A</u>.

9.    Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.    Order on Debtors' Eighth Omnibus Objection to
            Certain Late Claims (Docket No. 4170)

      b.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6080)

      c.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6109)

      d.    Second Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket
            No. 6354)

      e.    Fourth Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket
            No. 6588)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached <u>Exhibit A</u>.

      Status:         Orders have been entered partially
                      sustaining the objection.  A
                      supplemental order has been entered
                      withdrawing the objection to certain
                      claims.  For those claims for which the
                      objection is still pending, this matter
                      has been adjourned to April 15, 2010 at
                      2:00 p.m.  See attached <u>Exhibit A</u>.

10.   Debtors' Ninth Omnibus Objection to Certain (i) Late
      Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.    Amended Exhibit C to Debtors' Ninth Omnibus
      Objection to Certain (i) Late Claims (ii) Late
      503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection to
      Certain (I) Late Claims and (II) Late 503(B)(9)
      Claims (Docket No. 4171)

c.    Supplemental Order on Debtors' Ninth Omnibus
      Objection to Certain (I) Late Claims and (II) Late
      503(b)(9) Claims (Docket No. 6131)

d.    Second Supplemental Order on Debtors' Ninth
      Omnibus Objection to Certain (I) Late Claims and
      (II) Late 503(b)(9) Claims (Docket No. 6373)

e.    Third Supplemental Order on Debtors' Ninth Omnibus
      Objection to Certain (I) Late Claims and (II) Late
      503(b)(9) Claims (Docket No. 6593)

Objection
Deadline:          June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  A
                   supplemental order has been entered
                   withdrawing the objection to certain
                   claims.  For those claims for which the
                   objection is still pending, this matter
                   is adjourned to April 15, 2010 at 2:00
                   p.m.  See attached Exhibit A.

11.  Debtors' Tenth Omnibus Objection to Certain Duplicate
     Claims (Docket No. 3513)

     Related
     Documents:

a.     Order On Debtors' Tenth Omnibus Objection To
       Certain Duplicate Claims (Docket No. 4172)

b.     Supplemental Order on Debtors' Tenth Omnibus
       Objection to Certain Duplicate Claims (Docket No.
       4406)

c.     Second Supplemental Order on Debtors' Tenth
       Omnibus Objection to Certain Duplicate Claims
       (Docket No. 5875)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
                 sustaining the objection.  The objection
                 has been resolved with respect to the
                 two claims for which the objection is
                 still pending.  See attached <u>Exhibit A</u>.

12.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.     Order on Debtors' Twenty-Second Omnibus Objection
             to Claims (Disallowance of Certain Claims Filed
             Against The Wrong Debtor) (Docket No. 4577)

      b.     Supplemental Order on Debtors' Twenty-Second
             Omnibus Objection to Claims (Disallowance of
             Certain Claims Filed Against the Wrong Debtor)
             (Docket No. 6369)

      Objection
      Deadline:        July 16, 2009 at 4:00 p.m.

      Objections/
      Responses

Filed:              See attached Exhibit A.

Status:             An order has been entered partially
                    sustaining the objection.  For the one
                    claim for which the objection is still
                    pending, this matter is adjourned to
                    April 15, 2010 at 2:00 p.m.  See
                    attached Exhibit A.

13.  Debtors' Twenty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Real Estate Tax Claims on Real
     Property in Which the Debtors Leased the Real Property)
     (Docket No. 4017)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Fourth Omnibus Objection
           to Claims (Disallowance of Certain Real Estate Tax
           Claims on Real Property in Which the Debtors
           Leased the Real Property) (Docket No. 4727)

     Objection
     Deadline:          August 10, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  A
                        supplemental order has been submitted
                        resolving multiple claims.  For the one
                        claimant against which the objection is
                        still pending, this matter has been
                        adjourned to April 15, 2010 at 2:00 p.m.
                        See attached Exhibit A.

14.  Debtors' Twenty-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     4277)

     Related
     Documents:

a.    Order on Debtors' Twenty-Eighth Omnibus Objection
      to Claims (Disallowance of Certain Amended Claims)
      (Docket No. 4848)

b.    Supplemental Order on Debtors' Twenty-Eighth
      Omnibus Objection to Claims (Disallowance of
      Certain Amended Claims) (Docket No. 6561)

Objection
Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
                  sustaining the objection.  For the one
                  claim for which the objection is still
                  pending, a Settlement Agreement and
                  Stipulation (Docket No. 6798) has been
                  filed.  If no objections are received by
                  March 25, 2010, this matter will be
                  resolved.

15.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

     Related
     Documents:

     a.    Notice of Objection and Hearing (Docket No. 4584)

     b.    Order on Debtors' Thirtieth Omnibus Objection to
           Claims (Disallowance of Certain Claims for Wages
           and Compensation) (Docket No. 5191)

     c.    Supplemental Order on Debtors' Thirtieth Omnibus
           Objection to Claims (Disallowance of Certain
           Claims for Wages and Compensation) (Docket No.
           6460)

     d.    Second Supplemental Order on Debtors' Thirtieth
           Omnibus Objection to Claims (Disallowance of
           Certain Claims for Wages and Compensation) (Docket

No. 6562)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            Orders have been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to April 15, 2010 at 2:00 p.m.  See
                   attached <u>Exhibit A</u>.

16.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Third Omnibus Objection
           to Claims (Modification and/or Reclassification of
           Certain Claims) (Docket No. 5192)

     b.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 9293 filed
           by Cyndi Ann Haines and Response Thereto (Docket
           No. 6551)

     c.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 7295 Filed
           by Amore Construction Company and Response Thereto
           (Docket No. 6553)

     Objection
     Deadline:          September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached <u>Exhibit A</u>.

     Status:            An order has been entered partially

sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  For those claims for which the objection is still pending, this matter has been adjourned to April 15, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

17.   Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 4600)

      Related
      Documents:

      a.   Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

      Objection
      Deadline:      September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached <u>Exhibit A</u>.

      Status:        An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter has been adjourned to April 15, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

18.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

      Related
      Documents:

      a.   Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

      Objection

Deadline:          September 25, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter has been adjourned
                   to April 15, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

19.   Debtors' Thirty-Ninth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases) (Docket No. 4881)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Ninth Omnibus Objection
            to Claims (Reclassification to Unsecured Claims of
            Certain Claims Filed as 503(b)(9) Claims for Goods
            Received by the Debtors Not Within Twenty Days of
            the Commencement of the Cases) (Docket No. 5829)

      Objection
      Deadline:          October 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For the one
                         claim for which the objection is still
                         pending, this matter has been adjourned
                         to March 25, 2010 at 2:30 p.m.  See
                         attached Exhibit A.

20.   Debtors' Forty-First Omnibus Objection to Claims
      (Disallowance of Certain No Liability Claims that were
      (I) Paid Prepetition or (II) Satisfied Postpetition)

(Docket No. 4890)

Related
Documents:

a.    Order on Debtors' Forty-First Omnibus Objection to
      Claims (Disallowance of Certain No Liability
      Claims that were (I) Paid Prepetition or (II)
      Satisfied Postpetition) (Docket No. 5781)

Objection
Deadline:         October 7, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           An order has been entered partially
                  sustaining the objection.  For the one
                  claim for which the objection is still
                  pending, this matter has been adjourned
                  to April 15, 2010 at 2:00 p.m.  See
                  attached Exhibit A.

21.   Debtors' Forty-Third Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5016)

      Related
      Documents:

      a.    Order on Debtors' Forty-Third Omnibus Objection to
            Claims (Disallowance of Certain Late Claims)
            (Docket No. 5785)

      b.    Supplemental Order on Debtors' Forty-Third Omnibus
            Objection to Claims (Disallowance of Certain Late
            Claims) (Docket No. 6595)

      Objection
      Deadline:         October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

14

Status:          Orders have been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to April 15, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

22.  Debtors' Forty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Duplicative Claims) (Docket
     No. 5017)

     Related
     Documents:

     a.   Order on Debtors' Forty-Fourth Omnibus Objection
          to Claims (Disallowance of Certain Duplicative
          Claims) (Docket No. 5830)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

     Status:          An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter has been adjourned
                      to April 15, 2010 at 2:00 p.m.  See
                      attached Exhibit A.

23.  Debtors' Forty-Eighth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion
     for (I) Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that the
     First Hearing on Any Response Proceed as a Status
     Conference (Docket No. 5211)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and

Fiftieth Omnibus Objections (Docket No. 5964)

c.   Supplemental Order on Debtors' Forty-Eighth
     Omnibus Objection to Certain Administrative
     Expenses and 503(b)(9) Claims and Motion for (I)
     Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that
     the First Hearing on Any Response Proceed as a
     Status Conference (Docket No. 6125)

d.   Second Supplemental Order on Debtors' Forty-Eighth
     Omnibus Objection to Certain Administrative
     Expenses and 503(b)(9) Claims and Motion for (I)
     Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that
     the First Hearing on Any Response Proceed as a
     Status Conference (Docket No. 6484)

e.   Third Supplemental Order on Debtors' Forty-Eighth
     Omnibus Objection to Certain Administrative
     Expenses and 503(b)(9) Claims and Motion for (I)
     Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that
     the First Hearing on Any Response Proceed as a
     Status Conference (Docket No. 6596)

Objection
Deadline:      November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         See attached Exhibit A.

Status:        Orders have been entered partially
               sustaining the objection.  For those
               claims for which the objection is still
               pending, this matter has been adjourned
               to April 15, 2010 at 2:00 p.m.  See
               attached Exhibit A.

24.  Debtors' Forty-Ninth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion
     for (I) Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that the
     First Hearing on Any Response Proceed as a Status

Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
      Objection to Certain Administrative Expenses and
      503(b)(9) Claims and Motion for (I) Authority to
      Setoff Against Such Expenses and Claims and (II) a
      Waiver of the Requirement that the First Hearing
      on Any Response Proceed as a Status Conference
      (Docket No. 6126)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter has been adjourned
                 to April 15, 2010 at 2:00 p.m.  See
                 attached <u>Exhibit A</u>.

25.  Debtors' Fifty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5318)

     Related
     Documents:

     a.    Order on Debtors' Fifty-Fourth Omnibus Objection
           to Claims (Disallowance of Certain Late Claims)
           (Docket No. 6068)

     b.    Supplemental Order on Debtors' Fifty-Fourth
           Omnibus Objection to Claims (Disallowance of
           Certain Late Claims) (Docket No. 6594)

|  |  |  |
|---|---|---|
| Objection Deadline: | | November 16, 2009 at 4:00 p.m. |
| Objections/ Responses Filed: | | See attached Exhibit A. |
| Status: | | An order has been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  For the one claim for which the objection is still pending, this matter has been adjourned to April 15, 2010 at 2:00 p.m.  See attached Exhibit A. |

**V.    OMNIBUS CLAIM OBJECTIONS - STATUS HEARING MATTERS**

26.   Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

Related Documents:

a.   Notice of Motion and Hearing (Docket No. 3310)

b.   Order Adjourning Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4007)

c.   Order on Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4008)

d.   Memorandum and Opinion (Docket No. 5040)

e.   Order (Docket No. 5041)

f.   Notice of Hearing on the Merits on Debtors' Fifth Omnibus Objection to Claim 760 filed by Magnus Magnusson Inc. and Response Thereto (Docket No. 6550)

```
Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.
```

Status:          An order has been entered partially
                 sustaining the objection. **PLEASE SEE
                 THE ATTACHED EXHIBIT A FOR THE STATUS OF
                 YOUR PARTICULAR RESPONSE.**

27.  Debtors' Sixth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3311)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3312)

     b.   Order Adjourning Debtors' Sixth Omnibus Objection
          to Certain Misclassified Non-Goods 503(b)(9)
          Claims (Docket No. 4011)

     c.   Order on Debtors' Sixth Omnibus Objection to
          Certain Misclassified Non-Goods 503(b)(9) Claims
          (Docket No. 4012)

     d.   Memorandum and Opinion (Docket No. 5040)

     e.   Order (Docket No. 5041)

     f.   Consent Order Resolving the Debtors' Sixth Omnibus
          Objection to Certain Misclassified Non-Goods
          503(B)(9) Claims as to Lexington County Claim
          Number 1165 (Docket No. 6540)

     g.   Supplemental Order on Debtors' Sixth Omnibus
          Objection to Certain Misclassified Non-Goods
          503(b)(9) Claims (Docket No. 6663)

     Objection
     Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially
                  sustaining the objection.  **PLEASE SEE
                  THE ATTACHED <u>EXHIBIT A</u> FOR THE STATUS OF
                  YOUR PARTICULAR RESPONSE.**

28.  Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.    Order on Debtors' Nineteenth Omnibus Objection to
           Claims (Reclassification of Certain Misclassified
           Claims to General Unsecured, Non-Priority Claims)
           (Docket No. 4449)

     b.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4736)

     c.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4758)

     d.    Second Supplemental Order on Debtors' Nineteenth
           Omnibus Objection to Claims (Reclassification of
           Certain Misclassified Claims to General Unsecured,
           Non-Priority Claims) (Docket No. 6299)

     e.    Debtors' Supplement to the Debtors' Nineteenth
           Omnibus Objection to Claims (Reclassification of
           Certain Misclassified Claims to General Unsecured,
           Non-Priority Claims) with Respect to the Class
           Claim of Robert Gentry (Docket No. 6642)

     e.    Debtors' Supplement to the Debtors' Nineteenth
           Omnibus Objection to Claims (Reclassification of

Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

f.     Memorandum Opinion (Docket No. 6693)

g.     Order Granting Motion for Summary Judgment (Docket No. 6694)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially sustaining the objection.  **PLEASE SEE THE ATTACHED <u>EXHIBIT A</u> FOR THE STATUS OF YOUR PARTICULAR RESPONSE.**

29.  Debtors' Twentieth Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases (Docket No. 3704)

Related
Documents:

a.     Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed As 503 (B) (9) Claims For Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Case (Docket No. 4576)

b.     Supplemental Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed As 503 (B) (9) Claims For Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Case (Docket No. 6560)

Objection

```
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  The status
                   hearing is going forward with respect to
                   Mitsubishi Digital Electronics America,
                   Inc. and Audiovox Corporation.  Other
                   than the foregoing, for those claims for
                   which the objection is still pending,
                   this matter has been adjourned to April
                   15, 2010 at 2:00 p.m.  See attached
                   Exhibit A.
```

30.  Debtors' Twenty-Seventh Omnibus Objection to Claims
     (Disallowance of Certain Tax Claims for No Tax
     Liability) (Docket No. 4276)

```
     Related
     Documents:

     a.    Order on Debtors' Twenty-Seventh Omnibus Objection
           to Claims (Disallowance of Certain Tax Claims for
           No Tax Liability) (Docket No. 4807)

     b.    Supplemental Order on Debtors' Twenty-Seventh
           Omnibus Objection to Claims (Disallowance of
           Certain Tax Claims for No Tax Liability) (Docket
           No. 6128)

     c.    Second Supplemental Order on Debtors' Twenty-
           Seventh Omnibus Objection to Claims (Disallowance
           of Certain Tax Claims for No Tax Liability)
           (Docket Nos. 6673, 6675)

     Objection
     Deadline:          August 20, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.
```

Status:          Orders have been entered partially sustaining the objection.  A supplemental order has been submitted sustaining the objection to certain claims and withdrawing the objection to certain claims.  The status hearing will go forward on March 18, 2010 at 10:00 a.m. with respect to the remaining claims for which the objection is sill pending.  See attached <u>Exhibit A</u>.

31.   Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

a.   Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially sustaining the objection.  The status hearing is going forward with respect to Jonathan Card, Joseph Skaf and Franklin Wilson.  Other than the foregoing, for those claims for which the objection is still pending, this matter has been adjourned to April 15, 2010 at 2: 00 p.m.

32.   Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

Related
Documents:

    a.    Order on Debtors' Thirty-Fourth Omnibus Objection
        to Claims (Modification of Certain Duplicate
        503(b)(9) Claims)(Docket No. 5385)

    b.    Supplemental Order on Debtors' Thirty-Fourth
        Omnibus Objection to Claims (Modification of
        Certain Duplicate 503(b)(9) Claims)(Docket No.
        6502)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:        Orders have been entered partially
        sustaining the objection.  The status
        hearing is going forward with respect to
        Audiovox Corporation.  Other than the
        foregoing, for those claims for which
        the objection is still pending, this
        matter has been adjourned to April 15,
        2010 at 2:00 p.m.  See attached <u>Exhibit
        A</u>.

33.    Debtors' Fiftieth Omnibus Objection to Certain
    Administrative Expenses and Motion for (I) Authority to
    Setoff Against Such Expenses and (II) a Waiver of the
    Requirement that the First Hearing on Any Response
    Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

    a.    Memorandum Opinion (Docket No. 5963)

    b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
        Fiftieth Omnibus Objections (Docket No. 5964)

    c.    Supplemental Order on Debtors' Fiftieth Omnibus
        Objection to Certain Administrative Expenses and
        Motion for (I) Authority to Setoff Against Such
        Expenses and (II) a Waiver of the Requirement that

the First Hearing on Any Response Proceed as a
Status Conference (Docket No. 6127)

d.    Second Supplemental Order on Debtors' Fiftieth
      Omnibus Objection to Certain Administrative
      Expenses and Motion for (I) Authority to Setoff
      Against Such Expenses and (II) a Waiver of the
      Requirement that the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 6664)

e.    Third Supplemental Order on Debtors' Fiftieth
      Omnibus Objection to Certain Administrative
      Expenses and Motion for (I) Authority to Setoff
      Against Such Expenses and (II) A Waiver of the
      Requirement That the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 3800)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  The status
                   hearing is going forward with respect to
                   Audiovox Corporation.  Other than the
                   foregoing, for those claims for which
                   the objection is still pending, this
                   matter is adjourned to April 15, 2010 at
                   2:00 p.m.  See attached Exhibit A.

34.  Debtors' Fifty-Seventh Omnibus Objection to Claims
     (Disallowance of Certain Alleged Administrative
     Expenses) (Docket No. 5321)

     Related
     Documents:

     a.    Order on Debtors' Fifty-Seventh Omnibus Objection
           to Claims (Disallowance of Certain Alleged
           Administrative Expenses) (Docket No. 6070)

     b.    Supplemental Order on Debtors' Fifty-Seventh

Omnibus Objection to Claims (Disallowance of
Certain Alleged Administrative Expenses) (Docket
No. 6598)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For the one
                   remaining claimant, the status hearing
                   is going forward with respect to Snell
                   Acoustics, Inc.  See attached Exhibit A.

35.    Debtors' Fifty-Eighth Omnibus Objection to Claims
       (Reclassification of Certain Misclassified Claims to
       Unsecured, Non-Priority Claims) (Docket No. 5322)

       Related
       Documents:

       a.    Order on Debtors' Fifty-Eighth Omnibus Objection
             to Claims (Reclassification of Certain
             Misclassified Claims to General Unsecured, Non-
             Priority Claims) (Docket No. 6067)

       Objection
       Deadline:          November 16, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:             See attached Exhibit A.

       Status:            An order has been entered partially
                          sustaining the objection.  The status
                          hearing will go forward with respect to
                          all remaining claimants.  See attached
                          Exhibit A.

36.    Debtors' Sixtieth Omnibus Objection to Claims
       (Disallowance of Certain (i) No Liability (Legal
       Claims); (ii) No Liability (Miscellaneous Claims); and

(iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.   Order on Debtors' Sixtieth Omnibus Objection to
     Claims (Disallowance of Certain (i) No Liability
     (Legal Claims); (ii) No Liability (Miscellaneous
     Claims); and (iii) No Liability (Subcontractor
     Claims))(Docket No. 6368)

b.   Supplemental Order on Debtors' Sixtieth Omnibus
     Objection to Claims (Disallowance of Certain (i)
     No Liability (Legal Claims); (ii) No Liability
     (Miscellaneous Claims); and (iii) No Liability
     (Subcontractor Claims))(Docket No. 6585)

Objection
Deadline:      December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         See attached Exhibit A.

Status:        Orders have been entered partially
               sustaining the objection.  The status
               hearing is going forward with respect to
               Jack Hernandez and Robert Gentry.  Other
               than the foregoing, for those claims for
               which the objection is still pending,
               this matter has been adjourned to April
               15, 2010 at 2:00 p.m.  See attached
               Exhibit A.

## VI.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD

37.  Debtors' Fourth Omnibus Objection to Certain
     Duplicative Claims (Docket No. 3096)

     Related
     Documents:

     a.   Order on Debtors' Fourth Omnibus Objection to
          Certain Duplicative Claims (Docket No. 3494)

b.      Notice of Hearing on the Merits of Debtors'
        Fourth, Twenty-Third, and Forty-Second Omnibus
        Objections to Claims Filed by Mitsubishi Digital
        Electronics America, Inc. and Responses Thereto
        (Docket No. 6682)

Objection
Deadline:          May 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Mitsubishi Digital Electronics America, Inc.'s
        Response to Debtors' Fourth Omnibus Objection to
        Certain Duplicative Claims (Docket No. 3384, 3386)

b.      Mitsubishi Digital Electronics America, Inc.'s
        Supplemental Response to Debtors' Fourth Omnibus
        Objection and Response to Debtors' Twentieth and
        Twenty-Third Omnibus Objections (Docket No. 3946)

c.      Mitsubishi Digital Electronics America, Inc.'s
        Supplemental Response to Debtors' Fourth,
        Twentieth and Twenty-Third Omnibus Objections and
        Response to Debtors' Forty-Second Omnibus
        Objection (Docket No. 5122)

d.      Bethesda Softworks LLC Informal Response to
        Debtors' Fourth Omnibus Objection to Certain
        Duplicative Claims

Status:            An order has been entered partially
                   sustaining the objection.  A status
                   hearing was held on February 24, 2010
                   with respect to Bethesda Softworks LLC
                   and Mitsubishi Digital Electronics
                   America, Inc.  This matter is going
                   forward on the merits with respect to
                   Bethesda Softworks LLC and Mitsubishi
                   Digital Electronics America, Inc.  For
                   the one claim for which the objection is
                   still pending, a Settlement Agreement
                   and Stipulation (Docket No. 6822) has
                   been filed.  If no objections are

received by March 25, 2010, this matter
will be resolved.

38.  Debtors' Twenty-Third Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 3711)

     Related
     Documents:

     a.   Order on Debtors' Twenty-Third Omnibus Objection
          to Claims (Modification of Certain Duplicate
          503(b)(9) Claims) (Docket No. 4465)

     b.   Notice Of Hearing On The Merits Of Debtors'
          Fourth, Twenty-Third, And Forty-Second Omnibus
          Objections To Claims Filed By Mitsubishi Digital
          Electronics America, Inc. And Responses Thereto
          (Docket No. 6682)

     Objection
     Deadline:       July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Mitsubishi Digital Electronics America, Inc.'s
          Supplemental Response to Debtors' Fourth Omnibus
          Objection and Response to Debtors' Twentieth and
          Twenty-Third Omnibus Objections (Docket No. 3946)

     b.   Mitsubishi Digital Electronics America, Inc.'s
          Supplemental Response to Debtors' Fourth,
          Twentieth and Twenty-Third Omnibus Objections and
          Response to Debtors' Forty-Second Omnibus
          Objection (Docket No. 5122)

     Status:         An order has been entered partially
                     sustaining the objection.  A status
                     hearing was held on February 24, 2010
                     with respect to Mitsubishi Digital
                     Electronics America, Inc.  This matter
                     is going forward on the merits with
                     respect to Mitsubishi Digital

Electronics America, Inc.  Other than
the foregoing, for those claims for
which the objection is still pending,
this matter has been adjourned to April
15, 2010 at 2:00 p.m.  See attached
<u>Exhibit A</u>.

39.  Debtors' Forty-Second Omnibus Objection to Claims
     (Disallowance of Certain Amended Claims) (Docket No.
     5015)

     Related
     Documents:

     a.   Order on Debtors' Forty-Second Omnibus Objection
          to Claims (Disallowance of Certain Amended Claims)
          (Docket No. 5939)

     b.   Supplemental Order on Debtors' Forty-Second
          Omnibus Objection to Claims (Disallowance of
          Certain Amended Claims) (Docket No. 6597)

     c.   Notice of Hearing on the Merits of Debtors'
          Fourth, Twenty-Third, and Forty-Second Omnibus
          Objections to Claims Filed by Mitsubishi Digital
          Electronics America, Inc. and Responses Thereto
          (Docket No. 6682)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Mitsubishi Digital Electronics America, Inc.'s
          Supplemental Response to Debtors' Fourth,
          Twentieth and Twenty-Third Omnibus Objections and
          Response to Debtors' Forty-Second Omnibus
          Objection (Docket No. 5122)

     Status:          An order has been entered partially
                      sustaining the objection.  A status
                      hearing was held on February 24, 2010
                      with respect to Mitsubishi Digital

> Electronics America, Inc.  This matter
> will go forward on the merits with
> respect to Mitsubishi Digital
> Electronics America, Inc.  Other than
> the foregoing, a supplemental order has
> been submitted resolving the remaining
> claims.

## VII.  ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES

40.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Sharp Electronics Corporation</u>, Adversary No. 09-3224
      (KRH))

      Related
      Documents:

      a.   Motion to Seal Exhibit (Docket No. 6)

      Response
      Deadline:          December 24, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             Answer to Complaint, by Sharp
                         Electronics Corporation (Docket No. 10)

      Status:            The pre-trial conference on this matter
                         is going forward.

```
Dated: March 15, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                     - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                     - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley _
                              Dion W. Hayes (VSB No. 34304)
                              Douglas M. Foley (VSB No. 34364)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession
```

\10894213.3

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 4 | Ion Audio, LLC | 3380 | A Settlement Agreement and Stipulation (Docket No. 6822) has been filed.  If no objections are received by March 25, 2010, this matter will be resolved. |
| 4 | Mitsubishi Digital Electronics America, Inc. | 3384 3386 3946 5122 | **This matter will go forward on the merits on March 18, 2010 at 10:00 a.m.** |
| 4 | Bethesda Softworks LLC | n/a | **The parties are working to resolve this matter.  In the event the matter cannot be resolved, this matter will go forward on the merits on March 18, 2010 at 10:00 a.m.** |
|  |  |  |  |
| 5 | Retail MDS, Inc. | 3563 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 5 | Magnus Magnusson | 3573 | A supplemental order has been submitted reclassifying this claim consistent with the Court's ruling on March 8, 2010. |
| 5 | Graphic Communications, Inc. | 3600 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the March 18, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Miner Fleet Management Group, Ltd. | 3608 | The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m. |
| 5 | Vector Security, Inc. | 3612 | The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m. |
| 5 | Schimenti Construction Company LLC | 3622 | The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 29, 2010 at 2:00 p.m. |
| 5 | U.S. Signs | 3623 | The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 29, 2010 at 2:00 p.m. |
| | | | |
| 6 | Consumer Vision, LLC | 3521 | A Settlement Agreement and Stipulation (Docket No. 6808) has been filed.  If no objections are received by March 19, 2010, this matter will be resolved. |
| 6 | AA Home Services, LLC | 3634 | A Settlement Agreement and Stipulation (Docket No. 6821) has been filed.  If no objections are received by March 22, 2010, this matter will be resolved. |
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 6 | Eastern Security Corp. | 4094 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| | | | |
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 9 | John Batioff | 3901 3902 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
|  |  |  |  |
| 10 | Martin Garcia | 3667 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 10 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC and Source Interlink Media, LLC | 3844 | A Settlement Agreement and Stipulation (Docket No. 6798) has been filed. If no objections are received by March 25, 2010, this matter will be resolved. |
|  |  |  |  |
| 19 | Donna M. Kincheloe | 3985 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 19 | Imitation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Jack Hernandez | 4027 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The hearing on the Debtors' Motion for Summary Judgment and Supplemental Objection (Docket Nos. 6644 and 6661) will go forward on the merits on March 25, 2010 at 2:30 p.m.** |
| 19 | County of Henrico, Virginia | 4062 4108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 19 | Laurel Plumbing, Inc. | 4102 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the court that the hearing on the merits will go forward on April 6, 2010 at 10:00 a.m.** |
| 19 | Union County Construction Group, Inc. | 4103 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the court that the hearing on the merits will go forward on April 6, 2010 at 10:00 a.m.** |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Robert Gentry and all those similarly situated | 4956 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The hearing on the Debtors' Motion for Summary Judgment and Supplemental Objection (Docket Nos. 6641 and 6642) will go forward on the merits on March 25, 2010 at 2:30 p.m.** |
|  |  |  |  |
| 20 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 20 | Kinyo Company, Inc. | 4057 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | Fujitsu Ten Corp. of America | 4066 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 22 | Alliance Entertainment Corporation, Source Interlink Media, LLC | 4135 | A Settlement Agreement and Stipulation (Docket No. 6798) has been filed.  If no objections are received by March 25, 2010, this matter will be resolved. |
| | | | |
| 23 | Vonage Marketing, LLC | 4124 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 23 | Mitsubishi Digital Electronics America, Inc. | 3946 5122 | **This matter will go forward on the merits on March 18, 2010 at 10:00 a.m.** |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 24 | Pulaski County, Arkansas | 4382 | A supplemental order has been submitted reducing and reclassifying this claim. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 24 | Laburnum Investment LLC | 4390 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 24 | Travis County Tax Collector | 4420 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 24 | Henrico County, Virginia | 4422 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 24 | Lane County, Oregon Department of Assessment & Taxation | 4431 | A supplemental order has been submitted reclassifying this claim. |
|  |  |  |  |
| 27 | Clark County Treasurer, IN | 4526 | A supplemental order is being submitted disallowing this claim. |
| 27 | Maine State Treasurer | 4533 | A supplemental order is being submitted disallowing this claim. |
| 27 | Pennsylvania State Treasurer | 4592 | A supplemental order is being submitted disallowing these claims. |
| 27 | Harris County, TX | 4759 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| 27 | Los Angeles, California | 4786 4931 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 27 | Monterey, California | 4786 4931 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| 27 | San Bernardino, California | 4786 4931 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| | | | |
| 28 | Source Interlink Media, LLC | 4579 | A Settlement Agreement and Stipulation (Docket No. 6798) has been filed.  If no objections are received by March 25, 2010, this matter will be resolved. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Stephen Saunders | 4838 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Nicole Cervanyk | 4967 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
|  |  |  |  |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The hearing on the Debtors' Motion for Summary Judgment and Supplemental Objection (Docket Nos. 6645 and 6660) will go forward on the merits on March 25, 2010 at 2:30 p.m.** |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m. The hearing on the Debtors' Motion for Summary Judgment and Supplemental Objection (Docket Nos. 6643 and 6646) will go forward on the merits on March 25, 2010 at 2:30 p.m.** |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Franklin Wilson | 4963 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m. The hearing on the Debtors' Motion for Summary Judgment (Docket No. 6590) will go forward on the merits on March 25, 2010 at 2:30 p.m.** |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 33 | Cyndi Ann Haines | 4829 | A supplemental order has been submitted reclassifying this claim consistent with the Court's ruling on March 8, 2010. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 33 | Amore Construction Company | 4947 | A supplemental order has been submitted reclassifying this claim consistent with the Court's ruling on March 8, 2010. |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m |
|  |  |  |  |
| 34 | Audiovox Corporation | 4895 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution, LLC | 4902 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
|  |  |  |  |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 37 | Boulder County, Colorado | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

13

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Spokane County, Washington | 5033 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Bell County, Texas | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

16

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Fort Bend ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Ada County, Idaho | 5110 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Pierce County, Washington | 5111 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Cameron County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Dallas County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | El Paso | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Frisco | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Gregg County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Harlingen | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Harris County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | City of McAllen | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | McLennan County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Memphis | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Nueces County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Rockwall CAD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Round Rock ISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Smith County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | South Texas College | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | South Texas ISD | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Tarrant County | 5115 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 39 | Madcow International Group Limited | 5166 | The status hearing on this response is adjourned to March 25, 2010 at 2:30 p.m. |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 42 | Mitsubishi Digital Electronics America, Inc. | 5122 | **This matter will go forward on the merits on March 18, 2010 at 10:00 a.m.** |
| 42 | Central Investments, LLC | 5328 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 42 | Brighton Commercial LLC | 5353 | A supplemental order has been submitted withdrawing this objection without prejudice. |
| 42 | Golf Galaxy, Inc. | 5373 | A supplemental order has been submitted sustaining the Debtors' objection to this claim. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 42 | Abilene-Ridgemont, LLC | 5378 | A supplemental order has been submitted sustaining the Debtors' objection to this claim. |
| | | | |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 44 | TKG Coffee Tree, L.P. | 5355 5356 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 48 | Actiontec Electronics, Inc. | 5382 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 48 | Lenovo USA on behalf of Hain Capital Holdings, LLC | 5423 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 48 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 48 | Thomson, Inc. (Hain Capital Holdings, LLC) | 5518 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 48 | Imagination Entertainment | 5533 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 48 | Salamander Designs | 5558 5808 | This matter has been resolved and the parties are drafting the settlement agreement and stipulation. |
| 48 | SDI Technologies, Inc. | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 49 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 50 | Audiovox Corporation | 5476 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 50 | Sima Products Corporation | 5485 | This matter has been resolved and the parties are drafting the settlement agreement and stipulation. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | Fujitsu Ten Corp of America | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| | | | |
| 54 | Greg Nagy | 5587 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 54 | FM Facility Maintenance, LLC f/k/a IPT, LLC | 5723 | A Settlement Agreement and Stipulation (Docket No. 6820) has been filed.  If no objections are received by March 25, 2010, this matter will be resolved. |
| | | | |
| 57 | Snell Acoustics, Inc. | n/a | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| | | | |
| 58 | SanDisk Corporation | 5549 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| 58 | THQ, Inc. | 5676 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 58 | Kelly Breitenbecher | 5722 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| 58 | James H. Wimmer, Jr. | 5735 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
| 58 | Weidler Settlement Class | 5753 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 58 | Snell Acoustics, Inc. | 5674 5675 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.  The Debtors intend to advise the Court that this matter will go forward on the merits on April 6, 2010 at 10:00 a.m.** |
|  |  |  |  |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 60 | Robert Gentry | 6037 | **The status hearing on this response will go forward on March 18, 2010 at 10:00 a.m.** |
| 60 | Ashley Isaac | 6064 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

24

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to April 15, 2010 at 2:00 p.m. |

\10224688.16