Mr Redden

3/9/10

We are not up on legalese. Simply we lost $25,000 or so from retirement funds on Circuit City. How can we participate in settlement? Thanks

Donald M & Mary Radacks

099384079
05538 1827

RICHMOND DIVISION
FILED MAR 12 2010
CLERK
US BANKRUPTCY COURT

019367    1509019386019