IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                                              Chapter 11

CIRCUIT CITY STORES, INC.,                          Case No.: 08-35653-KRH
et al.,

        Debtors.

## RESPONSE TO OBJECTION TO PROOF OF CLAIM NUMBERS 12386 AND 14468

NOW COMES The Columbus Dispatch ("Columbus") by counsel, and files its Response to the Debtor's Objection to Columbus's Proof of Claim numbers 12386 and 14468 in its Sixty-Seventh Omnibus Objection and states as follows:

1) Columbus provided advertising for the Debtor in its newspaper.

2) The Debtor failed to pay the balance due.

3) Attached is a copy of an invoice which evidences the balance owing of $98,246.06.

4) The Debtor proposes that Columbus have a claim of only $65,544.64.

5) The figure $65,544.64 does not include payment for two pre-petition circulars in November 2008, which total $32,701.42.

6) Proof of Claim number 14468 amends claim number 12386.

7) The balance owed Columbus is $98,246.06 and the claim should be allowed in that amount.

Steven L. Brown, Esquire
Wolcott Rivers Gates
Counsel for The Columbus Dispatch
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
VSB #23740

8) Notice Address:

    c/o Steven L. Brown, Esquire
    Wolcott Rivers Gates
    Convergence Center IV
    301 Bendix Road, Suite 500
    Virginia Beach, VA 23452
    Telephone no.: (757) 497-6633
    Fax no.: (757) 497-7267

9) I hereby declare that I have personal knowledge of the relevant facts that support this Response.

    Cheryl Szluzer, Financial [per Mtg]
    The Columbus Dispatch

WHEREFORE The Columbus Dispatch respectfully requests that this Court enter an Order to overrule the Debtor's Objection to Proof of Claim numbers 12386 and 14468 and for other relief as necessary.

Date:  March 16, 2010

/s/ Steven L. Brown
Steven L. Brown, Esquire
Convergence Center IV
300 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
Virginia State Bar No. 23740
Counsel for The Columbus Dispatch

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was deposited in the United States mail, first class, postage prepaid, on this 16th day of March, 2010 and addressed to:

Skadden, Arps, Slate Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Foley

SKADDEN, ARPS, SLATE, MEAGER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

/s/ Steven L. Brown