

The Dispatch Printing Company • P.O. Box 182537 • Columbus, Ohio 43218-2537 • Fed ID# 31-

**RETAIL**
ADVERTISING INVOICE / STATEMENT

| ADVERTISER/CLIENT NAME | STATEMENT ID | PAGE # |
|---|---|---|
| CIRCUIT CITY STORES INC | 7436514 | 1 of 2 |
| BILLED ACCOUNT NUMBER    ADVERTISER/CLIENT NUMBER | BILLING DATE | |
| | 11/30/2008 | |
| ACCOUNT EXECUTIVE | BILLING PERIOD | |
| Jennifer St Clair | 11/01/2008 - 11/30/2008 | |
| PHONE NUMBER | CURRENT AMOUNT DUE | |
| (614) 675-4688 | $32,701.42 | |
| ACCOUNTS RECEIVABLE | TERMS OF PAYMENT | |
| (614) 461-8880 | Net due in 10 days | |
| | TOTAL DUE | |
| | 98,246.06 | |

CIRCUIT CITY STORES INC
ADVERTISING ACCOUNTING
9950 MAYLAND DR
RICHMOND VA  23233

Thank you for advertising with The Columbus Dispatch and ThisWeek Newspapers.

| Date | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Previous Balance | | | | | | $65,544.64 | |
| | | | | | | | | | $65,544.64 |
| 11/07/2008 | 1417723 | Payment Thank You - Credit Card   American Express | | | | | | -$7,701.60 | |
| | | | | | | | | | -$7,701.60 |

**NON-CONTRACT SUMMARY**
Statement Lineage   0.00

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/06/2008 | G396961 | Daily Thu-Sat ROP in Main News & Metro | | | | 3 X 16 | | | |
| | | DISPATCH | B | 004 | RO/FULL | 48 IN | 90.85 | $4,360.80 | |
| | | | | | | | | | $4,360.80 |
| 11/07/2008 | G397031 | Daily Thu-Sat ROP in Main News & Metro | | | | 3 X 10 | | | |
| | | DISPATCH | A | 007 | MN/FULL | 30 IN | 87.00 | $2,610.00 | |
| 11/07/2008 | | SINGLE SPOT COLOR 24 PLUS | | | | | | $730.80 | |
| | | | | | | | | | $3,340.80 |

**CONTRACT SUMMARY**

CONTINUED ON NEXT PAGE......

PLEASE DETACH AND RETURN LOWER PORTION WITH YOUR PAYMENT. Please include your Account Number on your CHECK.
Make checks payable to: THE DISPATCH PRINTING COMPANY

| STATEMENT OF ACCOUNT | |
|---|---|
| CURRENT | 32,701.42 |
| 30 DAYS | 65,544.64 |
| 60 DAYS | 0.00 |
| 90 DAYS | 0.00 |
| 120 DAYS | 0.00 |
| *UNAPPLIED AMOUNTS | 0.00 |
| TOTAL AMOUNT DUE | 98,246.06 |

* UNAPPLIED AND TARGETED AMOUNTS ARE INCLUDED IN TOTAL AMOUNT DUE

| ADVERTISER INFORMATION | |
|---|---|
| STATEMENT ID | 7436514 |
| BILLING PERIOD | 11/01/2008 - 11/30/2008 |
| BILLED ACCOUNT NUMBER | |
| ADVERTISER/CLIENT NUMBER | |
| ADVERTISER/CLIENT NAME | CIRCUIT CITY STORES INC |

**PLEASE REMIT TO:**

THE DISPATCH PRINTING COMPANY
PO BOX 182537
COLUMBUS OH  43218-2537

0007436514000000000032260160000000000322601680452740000000000000000000000D

   

The Dispatch Printing Company • P.O. Box 182537 • Columbus, Ohio 43218-2537 • Fed ID# 31-4166990

7436514 CIRCUIT CITY STORES INC                                                                                     2 of 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 19016 | 78.00 IN | 625,000.00 | | 16,617.84 | 07/01/2008 | 06/30/2009 |
| 11/02/2008 | P646811 | #67457 DISPATCH | PP/ZONE | 266385 Circ 24 Pages | 61.38 | $16,350.71 |
| 11/09/2008 | P646821 | #67457 DISPATCH | PP/ZONE | 266385 Circ 24 Pages | 61.38 | $16,350.71 |

**CONTRACT SUMMARY**
   19019   Statement Lineage   0.00

Please see page 1 for account detail and remittance.