**Hearing Date: April 6, 2010 at 10:00 a.m.**

Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

Counsel to the Debtors and  
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**  
**EASTERN DISTRICT OF VIRGINIA**  
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'**  
**FIFTH OMNIBUS OBJECTION TO CERTAIN MISCLASSIFIED**  
**NON-GOODS 503(B)(9) CLAIMS AND RESPONSES FILED BY MINER**  
**FLEET MANAGEMENT GROUP, LTD. AND VECTOR SECURITY, INC.**

**PLEASE TAKE NOTICE** that on May 12, 2009, the Debtors filed their Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Omnibus Objection"); and

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objection (the "Responding Claimants"). A listing of the Responding Claimants, the claims under objection on which the hearing

will go forward (the "Claim"), and the docket number of the Responses is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objection and the Responses shall be heard at **10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimants want the Court to consider their Responses with respect to their Claims, then such Responding Claimant or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: March 16, 2010	SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia	FLOM, LLP
                        	Gregg M. Galardi, Esq.
                        	Ian S. Fredericks, Esq.
                        	P.O. Box 636
                        	Wilmington, Delaware 19899-0636
                        	(302) 651-3000

                        	- and -

                        	SKADDEN, ARPS, SLATE, MEAGHER &
                        	FLOM, LLP
                        	Chris L. Dickerson, Esq.
                        	155 North Wacker Drive
                        	Chicago, Illinois 60606
                        	(312) 407-0700

                        	- and -

                        	MCGUIREWOODS LLP

                        	/s/ Douglas M. Foley          .
                        	Dion W. Hayes (VSB No. 34304)
                        	Douglas M. Foley (VSB No. 34364)
                        	One James Center
                        	901 E. Cary Street
                        	Richmond, Virginia 23219
                        	(804) 775-1000

                        	Counsel for Debtors and Debtors
                        	in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 5 | Miner Fleet Management Group, Ltd. | 1094 | 3608 |
| 5 | Vector Security, Inc. | 1148 | 3612 |

\10901564.2