**Hearing Date: April 6, 2010 at 10:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al</u>., | ) ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS' FIFTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN
ALLEGED ADMINISTRATIVE EXPENSES) AND RESPONSES THERETO**

    **PLEASE TAKE NOTICE** that on October 21, 2009, the Debtors filed their Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) (the "Omnibus Objection"); and

    **PLEASE TAKE FURTHER NOTICE** that a certain party filed a response (the "Response") to the Omnibus Objection (the "Responding Claimant"). A listing of the Responding Claimant, the claim under objection on which the hearing

will go forward (the "Claim"), and the docket number of the Response is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objection and the Response shall be heard at **10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Response with respect to its Claim, then such Responding Claimant or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: March 16, 2010  
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 57 | Snell Acoustics, Inc. | 9227 | 5673 |

\10902255.1