**Hearing Date: April 6, 2010 at 10:00 a.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS' FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED,
NON-PRIORITY CLAIMS) AND RESPONSES THERETO**

**PLEASE TAKE NOTICE** that on October 21, 2009, the Debtors filed their Fifty-Eighth Omnibus Objection to Claims (Reclassification of certain misclassified claims to general unsecured, non-priority claims) (the "Omnibus Objection"); and

**PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objection (the "Responding Claimants"). A listing of the Responding

Claimants, the claims under objection on which the hearing will go forward (the "Claim"), and the docket number of the Responses is attached hereto as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objection and the Responses shall be heard at **10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimants want the Court to consider their Responses with respect to their Claims, then such Responding Claimant or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on April 6, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **<u>If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors</u>**.

**<u>If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.</u>**

Dated: March 16, 2010  SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia  FLOM, LLP
                        Gregg M. Galardi, Esq.
                        Ian S. Fredericks, Esq.
                        P.O. Box 636
                        Wilmington, Delaware 19899-0636
                        (302) 651-3000

                        - and -

                        SKADDEN, ARPS, SLATE, MEAGHER &
                        FLOM, LLP
                        Chris L. Dickerson, Esq.
                        155 North Wacker Drive
                        Chicago, Illinois 60606
                        (312) 407-0700

                        - and -

                        MCGUIREWOODS LLP

                        /s/ Douglas M. Foley          .
                        Dion W. Hayes (VSB No. 34304)
                        Douglas M. Foley (VSB No. 34364)
                        One James Center
                        901 E. Cary Street
                        Richmond, Virginia 23219
                        (804) 775-1000

                        Counsel for Debtors and Debtors
                        in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 58 | SanDisk Corporation | 9544 | 5549 |
| 58 | THQ, Inc. | 5836 | 5676 |
| 58 | Kelly Breitenbecher | 7786 | 5722 |
| 58 | James H. Wimmer, Jr. | 9584 | 5735 |
| 58 | Snell Acoustics, Inc. | 9227 | 5674 5675 |

\10902333.1