6689

March 10, 2010

United States Bankruptcy Court
701 East Broad Street-Courtroom 5100
Richmond, VA 23219

RICHMOND DIVISION
FILED MAR 1 6 2010
CLERK
US BANKRUPTCY COURT

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Chris Dickerson, Esq.
Skadden, Arps, Slate, Meaher
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street

Robert Van Arsdale
Office of the US Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219-1888

Debtors: Circuit City, Inc., et al.
Case Number: 08-35653-KPH, Claim Number 5132

Title of Motion: Debtor's Motion for Entry of an order directing Wachovia Bank, N.A., as Custodian of Circuit City Stores, Inc's Supplemental 401(k) plan, to deliver assets of the Plan to the Debtor's Estates.

Ken J Young (claimant) respectfully asks the court to reject this motion and grant payment of 5132, initially filed for $18,799.79 but has grown to in excess of $32,000. Claimant is at risk of losing his own money and did not have the ability to withdraw from the "Plan" prior to Bankruptcy of Circuit City. I have also enclosed sections 9.01 and 9.02 of the "Plan" as support that "Plan" participants should receive their full, current value of their Supplemental 401(k) Plan balances.

I respectfully submit that not receiving this distribution will be a financial hardship that represents individuals own monies, not Circuit City's.

I apologize to the Court in advance for being unable to attend the proceedings on March 18, 2010 as I now reside in Collierville, Tennessee and my employment matters will prevent me from attending on that date.

Respectfully,

Ken J. Young

Circuit City Stores, Inc.
Supplemental 401(k) Plan
Effective March 1, 2005

## ARTICLE IX

### AMENDMENT AND TERMINATION OF THE PLAN

#### 9.01 Amendment of the Plan

The Company shall have the right by action of the Board of Directors or its delegate to modify, alter or amend the Plan in whole or in part prospectively or retroactively; provided, however, that any such action shall not, in any way, adversely affect the benefits of individuals who have terminated their employment under the Plan prior to the effective date of such action, or of their Beneficiaries, nor shall it adversely affect amounts credited to Participants prior to the effective date of such action.

#### 9.02 Termination of the Plan

The Company reserves the right to terminate the Plan at any time by action of its Board of Directors or its delegate, provided, however, that any such action shall not, in any way, adversely affect the benefits of individuals who have terminated their employment under the Plan prior to the effective date of such action, or of their Beneficiaries, nor shall it adversely affect amounts credited to Participants prior to the effective date of such action.

Circuit City Stores, Inc.
Supplemental 401(k) Plan
Effective March 1, 2005

## ARTICLE IX

### AMENDMENT AND TERMINATION OF THE PLAN

#### 9.01  Amendment of the Plan

The Company shall have the right by action of the Board of Directors or its delegate to modify, alter or amend the Plan in whole or in part prospectively or retroactively; provided, however, that any such action shall not, in any way, adversely affect the benefits of individuals who have terminated their employment under the Plan prior to the effective date of such action, or of their Beneficiaries, nor shall it adversely affect amounts credited to Participants prior to the effective date of such action.

#### 9.02  Termination of the Plan

The Company reserves the right to terminate the Plan at any time by action of its Board of Directors or its delegate, provided, however, that any such action shall not, in any way, adversely affect the benefits of individuals who have terminated their employment under the Plan prior to the effective date of such action, or of their Beneficiaries, nor shall it adversely affect amounts credited to Participants prior to the effective date of such action.