**Circuit City Stores, Inc. (DIP)**
**General Corporate Advice**

Bill Date: 12/09/09
Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/16/09 | 0.70 | CALLS AND EMAILS RE: CRO. |
| GALARDI GM | 11/20/09 | 0.30 | EMAILS RE: CRO AND MARCUM POSITIONS AND STATUS (.3). |
| GALARDI GM | 11/25/09 | 0.40 | BOARD EMAILS (.4). |
| GALARDI GM | 11/29/09 | 0.80 | BOARD CALL RE: STATUS AND ISSUES (.8). |
| | | 2.20 | |
| **Total Partner** | | **2.20** | |
| FREDERICKS IS | 11/15/09 | 0.90 | PARTICIPATE IN BOARD CALL RE: CONFIRMATION AND RETENTION OF CRO. |
| FREDERICKS IS | 11/29/09 | 0.90 | PARTICIPATE IN BOARD CALL (.9). |
| | | 1.80 | |
| **Total Associate** | | **1.80** | |
| **TOTAL TIME** | | **4.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                     Bill Date: 12/09/09
Asset Analysis and Recovery                                        Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/02/09 | 0.60 | FURTHER DEVELOP STRATEGY RE: SET OFF MOTION. |
| GALARDI GM | 11/03/09 | 0.40 | WORK ON ISSUES RE: HP CLAIMS AND SET OFFS. |
| GALARDI GM | 11/11/09 | 4.70 | BEGIN PREPARE FOR HEARING ON RECEIVABLES SETOFF AND 502(D) OBJECTION, INCLUDING READING ALL RESPONSES (3.4); DEVELOP STRATEGY AND ADDTIONAL ARGUMENTS (1.3). |
| GALARDI GM | 11/12/09 | 8.20 | PREPARE FOR HEARING ON RECEIVABLES SETOFF OBJECTIONS AND 502(D) OBJECTION TO 503(B)(9) CLAIMS (4.6); ATTEND AND REPRESENT COMPANY AT HEARING ON CLAIMS OBJECTIONS (3.9); CLIENT MEETING FOLLOWING HEARING ON NEXT STEPS (.7). |
| GALARDI GM | 11/13/09 | 2.10 | CALLS RE: RECEIVABLE AND PREFERENCE RECOVERIES (1.4); REVIEW SUPPLEMENTS RE: 503(B)(9) OBJECTION (.4); FOLLOW-UP RE: PREFERENCE ACTIONS (.3). |
| | | 16.00 | |
| **Total Partner** | | **16.00** | |
| FREDERICKS IS | 11/04/09 | 0.70 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH J. LIBERI, D. FOLEY, AND J. ROBINSON RE: PREFERENCE ACTIONS (.7). |
| | | 0.70 | |
| **Total Associate** | | **0.70** | |
| **TOTAL TIME** | | **16.70** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Asset Dispositions (General)                                       Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LIBERI JM | 11/10/09 | 0.30 | COMMUNICATE WITH COUNSEL FOR POTENTIAL ASSET PURCHASER RE: PURCHASE OFFERS (0.3). |
| LIBERI JM | 11/12/09 | 0.70 | REVISE BILL OF SALE AND NOTICE OF SALE RE: MISCELLANEOUS ASSET SALE (0.5); COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: SAME (0.2). |
| LIBERI JM | 11/14/09 | 0.50 | COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: MISCELLANEOUS ASSET SALE MATTERS (0.2); FOLLOW UP RE: SAME (0.3). |
| LIBERI JM | 11/16/09 | 0.50 | REVISE BILL OF SALE AND NOTICE OF SALE FOR MISCELLANEOUS ASSET SALE (0.3); COMMUNICATE WITH DEBTOR PERSONNEL RE: SAME (0.2). |
| LIBERI JM | 11/23/09 | 0.60 | COMMUNICATE WITH COUNSEL FOR BUYER OF MISCELLANEOUS ASSETS (0.2); FOLLOW UP ON MISCELLANEOUS ASSET SALE MATTERS (0.4). |
| | | 2.60 | |
| Total Associate | | 2.60 | |
| TOTAL TIME | | 2.60 | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 12/09/09
Asset Dispositions (Real Property)                           Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 11/18/09 | 0.30 | CORRESPONDENCE TO AND FROM MW RE: SALE OF GA PROPERTY (.3). |
| | | 0.30 | |
| Total Associate | | 0.30 | |
| TOTAL TIME | | <u>0.30</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**
**Automatic Stay (Relief Actions)**

Bill Date: 12/09/09
Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 11/09/09 | 0.10 | REVIEW CHARLES BOOTH MOTION FOR RELIEF FROM STAY (.1). |
| | | 0.10 | |
| FREDERICKS IS | 11/30/09 | 0.80 | MULTIPLE CORRESPONDENCE TO CC RE: STIPULATION RESOLVING DIRECTV MOTION FOR RELIEF FROM THE STAY TO SETOFF (.8). |
| | | 0.80 | |
| Total Associate | | 0.90 | |
| **TOTAL TIME** | | **0.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                Bill Date: 12/09/09
Business Operations / Strategic Planning                      Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 11/06/09 | 0.90 | TELEPHONE CALL WITH J. MARCUM (.5) AND TELEPHONE CALL WITH M. MOSIER RE: GENERAL CASE STRATEGY (.4). |
| | | 0.90 | |
| Total Associate | | 0.90 | |
| TOTAL TIME | | <u>0.90</u> | |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Case Administration**

Bill Date: 12/09/09  
Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/19/09 | 0.60 | WORK ON CLAIMS OBJECTION STRATEGY (.6). |
| GALARDI GM | 11/21/09 | 0.30 | FOLLOW-UP WITH BOARD MEMBER RE: CRO AND COMMITTEE ISSUES (.3). |
| GALARDI GM | 11/29/09 | 0.30 | EMAILS WITH R. PACHULSKI RE: CRO AND OTHER ISSUES (.3). |
| | | **1.20** | |
| **Total Partner** | | **1.20** | |
| BAKER SK | 11/02/09 | 2.70 | CONFERENCE CALL REGARDING ON-SITE CLIENT MEETING (2.7). |
| BAKER SK | 11/09/09 | 0.20 | REVIEW CIRCUIT CITY'S HEARING AGENDA (.2). |
| BAKER SK | 11/12/09 | 1.30 | DRAFT CORRESPONDENCE REGARDING OPEN ISSUES FOR CLIENT MEETING FOR LEGAL ANALYSIS AND RESEARCH (1.3). |
| BAKER SK | 11/24/09 | 0.20 | REVISE NOTES AND ACTION ITEMS FROM ON-SITE MEETING (.2). |
| | | **4.40** | |
| FREDERICKS IS | 11/03/09 | 4.40 | PREPARE FOR, ATTEND AND CONDUCT OMNIBUS HEARING (3.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO THE COMMITTEE RE: GENERAL CASE UPDATE (1.2). |
| FREDERICKS IS | 11/05/09 | 2.70 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (2.7). |
| FREDERICKS IS | 11/10/09 | 13.40 | REVIEW, REVISE, AND UPDATE REPLIES TO RESPONSES TO 48-52 OMNIBUS OBJECTIONS TO INCORPORATE COMMENTS FROM G. GALARDI (13.4). |
| FREDERICKS IS | 11/12/09 | 7.70 | PREPARE FOR AND PARTICIPATE IN HEARING ON SETOFF AND 502D OBJECTIONS AND FOLLOW UP DISCUSSIONS WITH CLIENT (7.7). |
| FREDERICKS IS | 11/16/09 | 0.80 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.8). |
| FREDERICKS IS | 11/17/09 | 1.30 | REVIEW AND REVISE AGENDA FOR 11/23 HEARING (.7); REVIEW CASE RELATED CORRESPONDENCE AND DRAFT CORRESPONDENCE RESPONDING TO SAME (.6). |
| FREDERICKS IS | 11/19/09 | 0.70 | REVIEW AND REVISE DRAFT AGENDA AND CORRESPONDENCE TO AND FROM MW RE: SAME (.7). |
| FREDERICKS IS | 11/20/09 | 1.60 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE ((1.6). |

B43E

| FREDERICKS IS | 11/23/09 | 4.10 | PREPARE FOR AND ATTENDING OMNIBUS HEARING (.9); PREPARE FOR AND PARTICIPATE IN GENERAL CASE MEETING WITH CLIENT (4.1). |
|---|---|---|---|
| FREDERICKS IS | 11/30/09 | 2.40 | REVIEW AND RESPOND VARIOUS CASE RELATED CORRESPONDENCE (2.4). |
| | | **39.10** | |
| KUMAR JS | 11/02/09 | 1.70 | REVIEWING AND RESPONDING TO CASE ADMINISTRATION EMAILS, UPDATING TASK LIST (1.7). |
| KUMAR JS | 11/13/09 | 0.30 | FILING MOTION TO SEAL EXHIBIT (.3). |
| | | **2.00** | |
| **Total Associate** | | **45.50** | |
| HEANEY CM | 11/02/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 11/03/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); REVIEW AND COORDINATE WITH THIRD PARTIES RE: 11-12 AGENDA (.2). |
| HEANEY CM | 11/04/09 | 1.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.4); OBTAIN, ORGANIZE, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (1.3); EDIT/REVISE 11-12 AGENDA (.2). |
| HEANEY CM | 11/05/09 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE AGENDA (.3); OBTAIN, REVIEW ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 11/06/09 | 2.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE HEARING AGENDA (1.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); ASSIST ATTORNEYS WITH PREPARATION OF STIPULATION (.3). |
| HEANEY CM | 11/09/09 | 2.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 11-12 HEARING AGENDA (.6); UPDATE AND REORGANIZE BINDERS OF OBJECTIONS (.7); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 11/10/09 | 3.20 | REVIEW DOCKET RE: UPDATES TO 11-12 HEARING AGENDA (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); OBTAIN, ORGANIZE, REVIEW AND PREPARE HEARING BINDERS (1.9); PREPARE BINDER FOR SERVICE ON THIRD PARTIES (.2). |
| HEANEY CM | 11/11/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND STATUS OF HEARING MATTERS (.3). |

B43E

| HEANEY CM | 11/12/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); REVIEW CALENDAR FOR UPDATES TO 11-23 HEARING MATTERS AND AGENDA (.4). |
| HEANEY CM | 11/13/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8). |
| HEANEY CM | 11/16/09 | 3.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 11-23 HEARING AGENDA (1.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 11/17/09 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE HEARING AGENDA (.9); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO AGENDA (.2). |
| HEANEY CM | 11/18/09 | 2.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO 11-23 AGENDA (.4); EDIT/REVISE AGENDA (1.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 11/19/09 | 1.60 | EDIT/REVISE 11-23 AGENDA (1.2); REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING AGENDA (.4). |
| HEANEY CM | 11/20/09 | 2.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); OBTAIN, ORGANIZE AND PREPARE PLEADINGS FOR HEARING PREPARATION (1.6). |
| HEANEY CM | 11/23/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CASE CALENDAR FOR UPDATES TO 12-7 HEARING AGENDA (.4). |
| HEANEY CM | 11/30/09 | 0.70 | REVIEW DOCKET AND CASE CALENDAR RE: EDITS TO 12-7 HEARING AGENDA (.4); REVIEW AGENDA FOR UPDATES (.2); DISTRIBUTE AGENDA ON THIRD PARTIES (.1). |
| | | **28.10** | |
| LAMANNA WK | 11/03/09 | 1.50 | UPDATE INFORMATION VOICE MAILBOX GREETING FOR THIRD PARTY CALLERS (0.2); DRAFT NOV. 12 HEARING AGENDA (1.3). |
| LAMANNA WK | 11/05/09 | 1.60 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.2); CALENDAR CRITICAL DATES (1.2); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 11/12/09 | 3.00 | REVIEW COURT DOCKET/DOCUMENTS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.8); PREPARE AND DISTRIBUTE CASE CALENDAR (0.2); REVIEW AND PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (1.0). |

B43E

| | | | |
|---|---|---|---|
| LAMANNA WK | 11/13/09 | 4.20 | REVIEW COURT DOCKET AND CASE DOCUMENTS IN PREPARATION FOR AGENDA (0.6); DRAFT NOV. 23, 2009 HEARING AGENDA (3.6). |
| LAMANNA WK | 11/16/09 | 0.10 | REVIEW COURT DOCKET FOR HEARING DATES. |
| LAMANNA WK | 11/19/09 | 2.00 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.8); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 11/23/09 | 0.70 | REVIEW AND PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 11/24/09 | 3.00 | REVIEW COURT DOCKET/CASE DOCUMENTS AND CALENDAR CRITICAL DATES (1.7); SET UP AND CALENDAR TWO NEW ADVERSARY CASES (0.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); BEGIN DRAFT OF DEC. 7 HEARING AGENDA (0.7). |
| LAMANNA WK | 11/29/09 | 1.80 | EDIT/REVISE DEC. 7 HEARING AGENDA. |
| LAMANNA WK | 11/30/09 | 0.10 | REVIEW COURT DOCKET/CASE DOCUMENTS AND CALENDAR CRITICAL DATES. |
| | | **18.00** | |
| MCILHENNY SL | 11/20/09 | 1.00 | DELIVER/DISTRIBUTE LETTERS RE: TECHNICAL ADVICE RE: IRS. |
| MCILHENNY SL | 11/24/09 | 3.50 | CITECHECK MEMORANDUM OF POINTS AND AUTHORITIES. |
| MCILHENNY SL | 11/25/09 | 2.40 | CITECHECK MEMORANDUM OF POINTS AND AUTHORITIES; COORDINATE PICK-UP OF SIGNED LETTERS FROM IRS. |
| | | **6.90** | |
| **Total Legal Assistant** | | **53.00** | |
| **TOTAL TIME** | | **99.70** | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/09/09
Claims Admin. (General)                                 Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 11/16/09 | 0.70 | DISCUSSIONS RE 502(D) AND 503(B)(9) ISSUES. |
| | | **0.70** | |
| GALARDI GM | 11/05/09 | 0.10 | REVIEW EMAIL RE: DOL CLAIM (.1). |
| GALARDI GM | 11/06/09 | 1.30 | CALLS AND EMAILS RE: HP CLAIMS (.4); WORK ON ISSUES RE: SETOFF AND 502(D) HEARING (.9). |
| GALARDI GM | 11/08/09 | 1.40 | REVIEW HP CLAIMS ANALYSIS (.6); CALLS WITH HP COUNSEL RE: PROPOSALS (.6); FOLLOW-UP CALL RE: HP PROPOSAL (.2). |
| GALARDI GM | 11/09/09 | 3.70 | CONTINUE NEGOTIATING HP SETTLEMENT (2.1); WORK ON REPLY BRIEFS RE: SETOFF AND 502(D) (1.6). |
| GALARDI GM | 11/10/09 | 5.50 | REVIEW AND REVISE SETOFF REPLY (1.9); REVIEW AND REVISE 502(D) REPLY (2.7); CALLS AND EMAILS RE: HP SETTLEMENT (.8); EMAIL RE: SAMSUNG SETTLEMENT (.1). |
| GALARDI GM | 11/11/09 | 1.40 | WORK ON HP SETTLEMENT AGREEMENT (1.4). |
| GALARDI GM | 11/16/09 | 0.60 | REVIEW AND STRATEGIZE RE: PARAMOUNT AND CLAIM OBJECTION. |
| GALARDI GM | 11/17/09 | 0.60 | CONTINUE TO ADDRESS CLAIM STRATEGY RE: PREFERENCES AND RECEIVABLES ON CANON AND OTHERS (.6). |
| GALARDI GM | 11/20/09 | 0.80 | CALLS AND EMAILS RE: CLAIMS STATUS AND STRATEGY (.8). |
| | | **15.40** | |
| **Total Partner** | | **16.10** | |
| BAKER SK | 11/02/09 | 1.40 | TELEPHONE CALL WITH REPRESENTATIVE OF COMMONWEALTH EDISON REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH REPRESENTATIVES OF ALL SOP, INC. REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH REPRESENTATIVE OF IMAGINATION ENTERTAINMENT REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH COUNSEL FOR VISIONTEK REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH COUNSEL FOR INLAND SOUTHWEST REGARDING CLAIMS OBJECTION (.2); TELEPHONE CALL WITH C. GROSSMAN REGARDING DEBTORS 50TH OMNIBUS OBJECTION TO CLAIMS (.2); REVIEW NAMSUNG'S RESPONSE TO DEBTORS' 51ST OMNIBUS CLAIMS OBJECTION (.2). |

B43E

| BAKER SK | 11/03/09 | 9.10 | REVIEW U.S. DEPARTMENT OF LABOR CLAIMS (.5); TELEPHONE CALL WITH D. SHAH REGARDING DEPARTMENT OF LABOR CLAIMS (.2); TELEPHONE CALL WITH S. CARRABA REGARDING DEBTORS' 48TH OMNIBUS OBJECTION (.4); REVIEW CORRESPONDENCE FROM R. JONES REGARDING DEBTORS 48TH OMNIBUS OBJECTION (.1); DRAFT CORRESPONDENCE TO R. JAMES REGARDING DEBTORS' 48TH OMNIBUS OBJECTION (.2); TELEPHONE CALL WITH BRITTANY REGARDING CALIFORNIA CLASS ACTION PLAINTIFFS (.2); REVIEW CLAIMS OF CALIFORNIA CLASS ACTION PLAINTIFFS (.7); DRAFT CORRESPONDENCE TO BRITTANY REGARDING CALIFORNIA CLASS ACTION PLAINTIFFS (.2); TELEPHONE CALL WITH S. JAMES REGARDING DEBTORS' 48TH OMNIBUS OBJECTION (.2); TELEPHONE CALL WITH M. RIGHETTI REGARDING DEBTORS' OMNIBUS OBJECTIONS (.2); TELEPHONE CALL WITH J. SARKESSIAN REGARDING DEBTORS 48TH OMNIBUS OBJECTION (.2); CONFERENCE CALL WITH CIRCUIT CITY TEAM REGARDING RESEARCH ISSUES (.3); REVIEW PARAMOUNT HOME ENTERTAINMENT RESPONSE TO DEBTORS 52ND OMNIBUS OBJECTION (.4); REVIEW PNY TECHNOLOGIES RESPONSE TO DEBTORS' 51ST OMNIBUS OBJECTION (.5); REVIEW MARBLEGATE ASSET MANAGEMENT'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS (.3); REVIEW RESPONSES TO DEBTORS 48TH OMNIBUS OBJECTION (1.9); BEGIN DRAFT REPLY TO DEBTORS 48TH OMNIBUS OBJECTION (2.6). |
| BAKER SK | 11/04/09 | 8.90 | REVIEW CORRESPONDENCE REGARDING TOSHIBA'S AMENDED CLAIMS (.1); REVISE DRAFT OF CIRCUIT CITY'S COUNTER SETTLEMENT PROPOSAL TO SPHG (1.4); REVIEW CORRESPONDENCE FROM R. JAMES REGARDING DEBTORS' 48TH OMNIBUS OBJECTIONS (.1); DRAFT CORRESPONDENCE TO R. JAMES REGARDING DEBTORS 48TH OMNIBUS OBJECTION (.1); TELEPHONE CALL WITH T. FARRELL REGARDING DEBTORS' 48TH OMNIBUS OBJECTION TO CLAIMS (.1); DRAFT CORRESPONDENCE TO B. SHKOLNIK REGARDING DEBTORS' 15TH OBJECTION TO CLAIMS (.1); REVIEW REPORT OF RECEIVABLES DONE FROM SIMA (.3); TELEPHONE CALL WITH J. RACINOWKSI REGARDING BISSELL INC.'S CLAIMS (.2); REVIEW AND ANALYZE RESPONSES TO DEBTORS 48TH, 49TH, 50TH, 51ST AND 52ND OMNIBUS OBJECTIONS (2.4); RESEARCH REGARDING MISCELLANEOUS ISSUES RAISED IN RESPONSE TO DEBTORS' OMNIBUS OBJECTIONS (1.9); CONTINUE DRAFT OF REPLY TO OMNIBUS OBJECTIONS (2.2). |
| BAKER SK | 11/05/09 | 9.20 | DRAFT REPLY TO 48TH, 49TH AND 50TH OMNIBUS OBJECTIONS (9.2). |

B43E

| BAKER SK | 11/06/09 | 9.40 | DRAFT REPLY TO 48TH, 49TH AND 50TH OMNIBUS OBJECTION (9.4). |
|---|---|---|---|
| BAKER SK | 11/08/09 | 8.40 | REVISE REPLY TO 48TH, 49TH AND 50TH OMNIBUS OBJECTIONS (8.4). |
| BAKER SK | 11/09/09 | 8.10 | TELEPHONE CALL WITH R. FUNKE REGARDING TAUNTON MUNICIPAL LIGHTING PLANT (.2); REVISE PROOF OF CLAIM FILED BY TAUNTON MUNICIPAL LIGHTING PLANT (.2); CALL WITH COUNSEL FOR THQ REGARDING DEBTORS' 58TH OMINIBUS OBJECTION TO CLAIM (.2); TELEPHONE CALL WITH J. ROBINSON REGARDING REVISIONS TO FINAL OMNIBUS OBJECTION EXHIBITS (.2); REVIEW DEBTORS' REPLY BRIEF TO 51ST OMNIBUS OBJECTION (1.1); REVIEW AND REVISE REPLY IN SUPPORT OF DEBTORS 48TH, 49TH AND 50TH OMNIBUS OBJECTIONS (5.3); REVIEW TOWN OF ENFILED CONNECTICUT'S RESPONSE (.1); REVIEW CHARLES COUNTY MARYLAND'S OBJECTION TO PLAN (.2); REVIEW G. NAGY RESPONSE TO DEBTOR'S 54TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW H. GROSS OBJECTION TO DEBTORS' 54TH OMNIBUS CLAIMS OBJECTION (.1); REVIEW PRINCE EDWARD COUNTY MARYLAND'S OBJECTION (.2); REVIEW STATES OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES' OBJECTION TO PLAN (.1); REVIEW TAKE TWO INTERACTIVE RESPONSE TO DEBTORS' 51ST OMNIBUS OBJECTION (.1). |
| BAKER SK | 11/10/09 | 12.70 | DRAFT SETTLEMENT AGREEMENT REGARDING HEWITT PACKARD (3.7); REVISE DEBTORS' 48TH, 49TH AND 50TH OMNIBUS OBJECTIONS (6.6); TELEPHONE CALL WITH REPRESENTATIVE OF SAN ANTONIO WATER SYSTEMS (.2); REVIEW UNSECURED CLAIM OF CREDITORS REGARDING DEBTORS' 48TH, 49TH, AND 50TH OMNIBUS OBJECTIONS (2.2). |
| BAKER SK | 11/11/09 | 6.60 | REVIEW FINAL EXHIBITS TO BE SUBMITTED TO COURT REGARDING DEBTORS' 44TH OMNIBUS OBJECTION (.8); RESEARCH REGARDING INVOLUNTARY AND VOLUNTARY PAYMENTS AND IRS TAX CLAIMS (3.2); TELEPHONE CALL WITH L. NEMEROV REGARDING DEBTORS' 45TH OMNIBUS OBJECTION (.1); REVIEW THQ CLAIMS AND DEBTORS' OBJECTION TO CLAIMS REGARDING TOTAL VALUE OF OUTSTANDING CLAIM (1.3); REVIEW AND REVISE FINAL EXHIBITS TO DEBTORS' OBJECTION TO CLAIMS FOR VOTING PURPOSES (1.2). |
| BAKER SK | 11/12/09 | 0.40 | TELEPHONE CALL WITH H. FERGUSON REGARDING THQ 503(B)(9) CLAIMS (.2); TELEPHONE CALL WITH D. CONRAD REGARDING PROOFS OF CLAIM (.2). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 11/13/09 | 6.90 | REVIEW WITHDRAWAL OF TKG  COFFEE TREE L.P.'S RESPONSE TO DEBTORS' 10TH OMNIBUS OBJECTION (.1); TELEPHONE CALL WITH J. RAZINOFF REGARDING POST-PETITION PAYMENT OF BISSELL HOMECARE (.2); REVIEW CORRESPONDENCE FROM M. SMITHSON REGARDING WIRE TRANSFERS TO CIRCUIT CITY (.1); REVIEW CORRESPONDENCE FROM C. WILSON REGARDING SALAMANDER DESIGNS (.1); REVIEW CORRESPONDENCE REGARDING DDR CROSSROADS CLAIM BS61 (.2); REVIEW PANASONIC'S RESPONSE TO DEBTORS' OBJECTION TO 503(B)(9) CLAIMS (.2); REVIEW RESPONSE OF D. VON BECHMANN TO DEBTORS' 56TH OMNIBUS OBJECTION TO CLAIMS (.1); BEGIN DRAFTING PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING DEBTORS' 48TH, 49TH AND 50 TH OMNIBUS OBJECTIONS (5.8). |
| BAKER SK | 11/16/09 | 4.80 | REVIEW CORRESPONDENCE FROM P. BLACK REGARDING SONY PICTURES MOTION FOR ADMINISTRATIVE EXPENSE (.1); REVIEW DRAFT OF EXHIBITS TO DEBTORS 42ND OMNIBUS OBJECTION (.8); CONTINUE DRAFT OF DEBTORS PROPOSAL FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING SET OFF (3.3); TELEPHONE CALL WITH J. SHANNON REGARDING VILLAGE OF MT. PLEASANT'S CLAIMS (.2); REVIEW THQ'S RESPONSE TO DEBTOR'S 58TH OMNIBUS OBJECTION TO CLAIMS (.2); REVIEW RESPONSE OF SNELL ACOUSTICS TO DEBTORS 57TH AND 58TH OMNIBUS OBJECTION TO CLAIMS (.2). |
| BAKER SK | 11/17/09 | 0.80 | REVIEW DEBTORS 9TH OMNIBUS OBJECTION (.2); REVIEW PROOF OF CLAIM AND RESPONSE TO DEBTORS 9TH OMNIBUS OBJECTION FILED BY JOHN BATIOFF (.4);  TELEPHONE CALL WITH S. BOEHM REGARDING OBJECTION TO LATE CLAIMS (.2); TELEPHONE CALL WITH G. SIGALA REGARDING LATE FILED CLAIMS (.2). |
| BAKER SK | 11/18/09 | 2.70 | BEGIN REVIEW OF HEARING TRANSCRIPT FROM NOVEMBER 12 HEARING REGARDING SET OFF (1.8); REVIEW CORRESPONDENCE REGARDING SPECIAL 503(B) (9) OBJECTIONS (.2); REVIEW CLAIMS REGARDING POTENTIAL DUPLICATE CLAIM OBJECTIONS (.7). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 11/19/09 | 9.10 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING 503(B)(9) LEASED EQUIPMENT CLAIMS (.1); REVIEW 503(B)(9) LEASE CLAIMS (.3); TELEPHONE CONFERENCE REGARDING REBATE PROGRAMS (.7); CONFERENCE ALL REGARDING DISCOVERY OF RECEIVABLES DATA (.4); REVIEW CORRESPONDENCE REGARDING VON WIN CLAIMS RECONCILIATION(.1); DRAFT CORRESPONDENCE TO M.B. WINSCLIL REGARDING VON WIN CLAIMS RECONCILIATION (.2); REVIEW HEARING TRANSCRIPT REGARDING SET OFF (2.3); REVISE DRAFT FINDINGS AND CONCLUSIONS OF LAW REGARDING SETOFF (3.6); REVISE REBATE CHECK MOTION (1.4). |
| BAKER SK | 11/20/09 | 9.20 | CONFERENCE CALL REGARDING CLAIMS WATERFALL (.2); REVIEW PRIORITY CLAIMS REGARDING MISCLASSIFICATIONS OBJECTIONS (1.3).; RESEARCH REGARDING EXTINGUISHED DEBT LIABILITY BECAUSE OF DELAY OF PRESENTMENT (1.5); TELEPHONE CALL WITH E. GERSHBEIN REGARDING SECOND SUPPLEMENTAL ORDER TO DEBTORS' TENTH OMNIBUS OBJECTION (.2); REVIEW EXHIBITS TO DEBTORS' 60TH AND 61ST OMNIBUS OBJECTIONS (1.1); REVISE MOTION TO DEEM PUBLICATION NOTICES SUFFICIENT (4.6). |
| BAKER SK | 11/23/09 | 4.10 | RESEARCH REGARDING REBATE CHECK LIABILITY (1.6); REVISE MOTION TO DEEM PUBLICATION NOTICE SUFFICIENT (2.1); REVIEW CORRESPONDENCE FROM C. WILSON REGARDING IMAGINATION ENTERTAINMENT'S RESPONSE TO  48TH OMNIBUS OBJECTION (.1); DRAFT REPLY TO C. WILSON REGARDING IMAGINATION ENTERTAINMENT RESPONSE TO 48TH OMNIBUS OBJECTION (.1); REVIEW CORRESPONDENCE FROM C. WILSON REGARDING DIGITAL INNOVATIONS' RESPONSE TO 48TH OMNIBUS OBJECTION (.1); DRAFT REPLY TO C. WILSON REGARDING DIGITAL INNOVATIONS' RESPONSE TO 48TH OMNIBUS OBJECTION (.1). |
| BAKER SK | 11/24/09 | 7.60 | REVIEW CORRESPONDENCE FROM G. COHEN REGARDING BANK OF AMERICA'S CLAIMS (.1); REVIEW BANK OF AMERICA'S CLAIMS (.4); DRAFT REPLY TO G. COHEN REGARDING BANK OF AMERICA'S CLAIMS (.3); REVISE DEBTORS' PROPOSAL CONCLUSIONS OF LAW AND FINDINGS OF FACT REGARDING SETOFF (2.4); REVIEW REVISED EXHIBITS TO DEBTORS 54TH OMNIBUS OBJECTION (.4); REVIEW SONOMA COUNTY TAX COLLECTIONS' RESPONSE TO 54TH OMNIBUS OBJECTION (.1); REVIEW EXHIBITS TO DEBTORS' 59TH OMNIBUS OBJECTION (.2); RESEARCH REGARDING VA COMMERCIAL PAPER LAW (2.5); REVISE REBATE CHECK HOLSTER MOTION (1.2). |

B43E

| BAKER SK | 11/25/09 | 4.20 | REVIEW AND REVISE FINAL EXHIBITS TO VARIOUS OMNIBUS OBJECTIONS (2.4); CONDUCT CONNECTIONS AND DISCLOSURE RESEARCH REGARDING OMNIBUS OBJECTIONS (1.8). |
|---|---|---|---|
| BAKER SK | 11/30/09 | 6.10 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING OMNIBUS OBJECTIONS (.1); REVIEW CORRESPONDENCE FROM C. WILSON REGARDING SCHEDULING CONFERENCE CALLS (.1); REVIEW CORRESPONDENCE REGARDING LENOVO SETOFF (.2); REVIEW FINAL HEWLETT PACKARD SETTLEMENT AGREEMENT (.4); DRAFT CORRESPONDENCE REGARDING CHANGES TO CLAIMS REGISTER TO REFLECT HEWLETT PACKARD SETTLEMENT (.2); TELEPHONE CALL WITH J. COLLINS REGARDING CLAIMS WITH NO SUPPORTING DOCUMENTATIONS (.2); REVIEW TOP 50 ADMINISTRATIVE EXPENSE CLAIMS (2.4); REVIEW DOCUMENTATION IN SUPPORT OF SET OFF OBJECTION AGAINST THOMSON INC. (2.5). |

**129.70**

| DANGELO PS | 11/02/09 | 1.00 | ATTENTION TO 503(B)(9) CLAIMANT ISSUES. (0.7) EDITED OMNIMOUNT RESPONSE. (0.3). |
|---|---|---|---|
| DANGELO PS | 11/03/09 | 6.30 | RESEARCH RELATED TO 503(B)(9) CLAIMS. (4.3) PREPARED AND NEGOTIATED STIPS FOR TENTH OMNIBUS OBJECTION. (0.4) NEGOTIATED WITHDRAWAL OF RESPONSE. (0.4) REVIEWED FILED PLEADINGS AND UPDATED RESPONSE CHART. (1.2). |
| DANGELO PS | 11/04/09 | 10.00 | EDITED STIPS FOR RESPONSES TO OBJECTIONS. (0.5) SET-OFF RESEARCH. (2.5) 503(B)(9) CLAIM RESEARCH AND DRAFTING REPLY PARAGRAPHS. (6.5) REVIEWED RESPONSES TO OMNIBUS OBJECTIONS. (0.5). |
| DANGELO PS | 11/05/09 | 12.80 | DID RESEARCH AND DRAFTED PARAGRAPHS FOR REPLIES. (11.9) EDITED STIPS FOR SOUTHROADS LLC AND 1451 FOURTH STREET INVESTORS AND SENT FOR FILING. (0.9). |
| DANGELO PS | 11/06/09 | 4.90 | RESEARCH FOR REPLIES TO OMNIBUS OBJECTION RESPONSES. (3.0) ATTENTION TO ISSUES RELATED TO OMNIBUS RESPONSES. (1.9). |
| DANGELO PS | 11/09/09 | 4.30 | DRAFTED STIPS FOR TAX CLAIMANTS RECLASSIFYING CLAIMS AS 507(A)(8) CLAIMS AND ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 11/10/09 | 4.40 | DRAFTED STIPS FOR 503(B)(9) TAX CLAIMANTS. |
| DANGELO PS | 11/11/09 | 2.70 | ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. (1.8) EDITED STIP AGREEMENTS WITH VARIOUS TAX CLAIMANTS. (0.9). |

B43E

| | | | |
|---|---|---|---|
| DANGELO PS | 11/12/09 | 1.30 | ATTENTION TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 11/13/09 | 0.30 | ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 11/17/09 | 0.30 | REVISED ONKYO STIP. |
| DANGELO PS | 11/18/09 | 3.50 | REVIEWED RESPONSES TO OMNIBUS OBJECTIONS. (2.0) EDITED STIP AGREEMENTS. (1.5). |
| DANGELO PS | 11/19/09 | 7.10 | EDITED DOCUMENTS RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 11/20/09 | 4.50 | ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. (1.9) EDITED REPLY TO RESPONSES TO 19TH OMNIBUS OBJECTION. (2.6). |
| DANGELO PS | 11/23/09 | 0.80 | ATTENTION TO ISSUES RELATED TO LEXINGTON COUNTY'S RESPONSE AND CLAIM. |
| DANGELO PS | 11/24/09 | 7.40 | REVIEWED CLAIMS AND RESPONSES RELATED TO THE DEBTORS' OMNIBUS OBJECTIONS IN ORDER TO DRAFT STIPS AND REPLIES. |
| DANGELO PS | 11/25/09 | 8.00 | RESEARCH RELATED TO CONSTRUCTION LIEN LAW (2.0). REVIEWED CLAIMS AND RESPONSES TO 19TH AND 33RD OMNIBUS OBJECTIONS. (5.5) EDITED REPLY FOR 19TH OMNIBUS OBJECTION (0.5). |
| DANGELO PS | 11/30/09 | 9.30 | DRAFTED AND EDITED STIP AGREEMENTS TO RESOLVE OMNIBUS OBJECTIONS TO CLAIMS. (4.0) EDITED OMNIBUS REPLY RELATED TO RECLAMATION CLAIMANTS. (4.6) REVIEWED RESPONSES AND RELATED DOCUMENTS FOR THE DEBTORS' 19TH AND 33RD OMNIBUS OBJECTIONS. (0.7). |
| | | **88.90** | |
| DOSUNMU FS | 11/04/09 | 0.90 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.9). |
| DOSUNMU FS | 11/09/09 | 1.30 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (1.3). |
| DOSUNMU FS | 11/10/09 | 4.60 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (1.3); CONFERENCE WITH S. WILLIAMSON REGARDING PRIORITY CLAIM ISSUES (2.2); ATTENTION TO PRIORITY CLAIM ISSUES (1.1). |
| DOSUNMU FS | 11/12/09 | 1.80 | ATTENTION TO CURE ISSUES (.4); ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (1.4). |
| DOSUNMU FS | 11/13/09 | 0.70 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.7). |
| DOSUNMU FS | 11/24/09 | 0.60 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.6). |
| | | **9.90** | |

B43E

| FREDERICKS IS | 11/02/09 | 8.40 | PARTICIPATE IN MEETING WITH CIRCUIT CITY RE: VARIOUS CLAIM MATTERS (4.6); ATTENTION TO VARIOUS ISSUES RELATED TO UPCOMING OMNIBUS CLAIM OBJECTIONS (3.8). |
|---|---|---|---|
| FREDERICKS IS | 11/04/09 | 3.40 | REVIEW RESPONSES TO SETOFF OBJECTIONS (3.7); MULTIPLE CORRESPONDENCE TO AND CONFERENCE CALLS WITH SKADDEN WORKING GROUP RE: STRATEGY WITH RESPECT TO REPLY (1.5); REVIEW AND REVISE STIPULATION AND TELEPHONE CALLS WITH J. KUMAR RE: DIRECTV STIPULATION (.4); REVIEW AND REVISE BOFA STIPULATION RESOLVING CLAIMS (.3); MULTIPLE CORRESPONDENCE TO COUNSEL TO VARIOUS CREDITORS RE: CLAIM OBJECTION ISSUES (1.2). |
| FREDERICKS IS | 11/05/09 | 7.70 | REVIEW VARIOUS RESPONSES TO 502D OBJECTION (3.3); REVIEW VARIOUS RESEARCH RESULTS RELATED TO 502D AND SETOFF OBJECTIONS (1.5); PARTICIPATE IN MULTIPLE TELEPHONE CALLS WITH SKADDEN WORKING GROUP RE: SAME (2.1); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE RE: SAME (.8). |
| FREDERICKS IS | 11/06/09 | 3.70 | REVIEW VARIOUS SECTIONS OF 502D AND SETOFF REPLY AND TELEPHONE CALLS WITH AND CORRESPONDENCE TO AND FROM SKADDEN WORKING GROUP RE: SAME (3.7). |
| FREDERICKS IS | 11/07/09 | 11.30 | REVIEW AND REVISE AND CONDUCT RESEARCH WITH RESPECT TO REPLY TO RESPONSES TO SETOFF OBJECTIONS (11.3). |
| FREDERICKS IS | 11/08/09 | 10.80 | PARTICIPATE IN SETTLEMENT CALL WITH HP AND MULTIPLE FOLLOW-UP CALLS WITH G. GALARDI RE: SAME (1.4); REVIEW AND REVISE REPLY TO RESPONSES TO 502(D) OBJECTION (9.4). |
| FREDERICKS IS | 11/09/09 | 8.10 | CONTINUE TO REVIEW AND REVISE REPLIES TO REPONSES TO SETOFF AND 502D OBJECTIONS (8.1). |
| FREDERICKS IS | 11/11/09 | 10.40 | REVIEW RESPONSES TO SETOFF AND 502D, RESEARCH RELATED TO ARGUMENTS NOT ADDRESSED IN REPLY BRIEFS, AND PREPARE SUMMARY ARGUMENTS RE: SAME (10.4). |
| FREDERICKS IS | 11/13/09 | 3.70 | REVIEW PANASONIC'S RESPONSE TO CLAIM OBJECTION AND PREPARE OUTLINE FOR REPLY (1.7); REVIEW AND REVISE DRAFT MOTION AND ORDER TO SEAL EXHIBIT TO PANASONIC CLAIM OBJECTION (1.2); REVIEW SUPPLEMENTAL RESPONSE TO 502D OBJECTION AND CORRESPONDENCE RE: SAME (.8). |
| FREDERICKS IS | 11/15/09 | 0.70 | CORRESPNDENCE RE: PANASONIC OBJECTION AND DRAFT ARGUMENT SECTION (.7). |
| FREDERICKS IS | 11/16/09 | 10.40 | REVIEW AND REVISE REPLY TO PANASONIC'S RESPONSE TO DEBTORS' CLAIM OBJECTION (10.4). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 11/18/09 | 2.70 | CORRESPONDENCE TO AND FROM B. CASHMAN RE: INFORMATION REQUESTS RELATED TO CLAIMS (.2); CORRESPONDENCE TO AND FROM S. BAKER RE: REBATE CLAIMS AND TELEPHONE CALL RE: SAME (.7); REVIEW AND REVISE ORDER ON WASTE MANAGMENT MOTION (.2); MULTIPLE CORRESPONDENCE TO AND FROM B. CASHMAN AND REVIEW VARIOUS CLAIM REPORTS (1.6). |
| FREDERICKS IS | 11/19/09 | 7.30 | REVIEW SPREADSHEET OF CLAIMS, RECEIVABLES, AND PREFERENCE AND COMPREHENSIVE CORRESPONDENCE TO M. MOSIER RE: SAME (1.7); MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS WITH B. CASHMAN RE: CLAIMS WATERFALL (1.3); MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO MONSTER RE: PENDING CLAIM OBJECTIONS (.6); WORK RE: LG AND ALLIANCE OBJECTIONS TO PLAN (.2); PARTICIPATE IN CONFERENCE CALL RE: ATTEMPTING TO RESOLVE SETOFF OBJECTIONS (.4); REVIEW AND REVISE OBJECTION TO 503B9 LEASE CLAIMS (2.7); MULTIPLE CORRESPONDENCE TO AND FROM D. FOLEY RE: EDC LATE CLAIM MOTION (.4). |
| FREDERICKS IS | 11/20/09 | 4.80 | REVIEW CLAIM INFORMATION RELATED TO PARTIES WITH SETOFF AND PREFERENCES AND MULTIPLE TELEPHONE CALLS WITH H. FERGUSON RE: SAME (2.7); REVIEW MATERIALS AND PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL FTI RE: CLAIMS (1.9). |
| FREDERICKS IS | 11/23/09 | 3.60 | REVIEW REPORT OF ADJOURNED CLAIMS (1.9); REVIEW AND REVISE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: SETOFF OBJECTION (1.7). |
| FREDERICKS IS | 11/24/09 | 4.70 | REVIEW AND REVISE PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: SETOFF OBJECTIONS AND WORK RE: SAME (4.7). |
| FREDERICKS IS | 11/30/09 | 5.10 | REVIEW PENDING CLAIM OBJECTION SUMMARY (4.3); REVIEW AND REVISE STIPULATION RESOLVING SDI TECH CLAIMS (.8). |
| | | **106.80** | |
| KIM CW | 11/16/09 | 6.10 | RESEARCH SETOFF (6.1). |
| KIM CW | 11/17/09 | 5.70 | CONTINUE RESEARCHING SETOFF (4.4); REVIEW RELEVANT FILINGS ON DOCKET TO SETOFF RESEARCH (1.3). |
| | | **11.80** | |
| KORKIS C | 11/01/09 | 2.30 | DRAFTED OBJECTION RE LEASING TRUCKS DOES NOT QUALIFY FOR 503(B)(9) CLAIM. |
| KORKIS C | 11/02/09 | 6.90 | DRAFTED OBJECTION RE LEASING OF TRUCKS DOES NOT QUALIFY FOR A 503(B)(9) CLAIM. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| KORKIS C | 11/03/09 | 8.30 | RESEARCH RE CLAIMS OBJECTIONS AND ADVERSARY PROCEEDINGS. |
|---|---|---|---|
| KORKIS C | 11/04/09 | 12.30 | RESEARCH RE CLAIMS OBJECTIONS AND ADVERSARY PROCEEDINGS; SETOFF; RULE 7001(1) AND 7001(9). DRAFTED REPLY BRIEF SECTIONS REGARDING THESE ISSUES. |
| KORKIS C | 11/05/09 | 11.00 | RESEARCH RE DECLARATORY JUDGMENTS; INJUNCTIONS; TEMPORARY DISALLOWANCES UNDER 502(D); AND DUE PROCESS (4.5); DRAFTED REPLY BRIEF SECTIONS RELATED TO THESE ISSUES (5.2); REVIEWED RESPONSES TO OMNI OBJECTIONS (1.3). |
| KORKIS C | 11/06/09 | 5.80 | RESEARCH AND DRAFTING SECTIONS FOR OMNIBUS REPLY BRIEFS. |
| KORKIS C | 11/07/09 | 4.50 | BEGAN DRAFTING PRELIMINARY OBJECTION. |
| KORKIS C | 11/09/09 | 5.30 | DRAFTED OBECTION TO PRELIMINARY MOTION OF HP FOR RECOUPMENT/SETOFF. |
| KORKIS C | 11/10/09 | 3.50 | EDITED REPLY BRIEFS (1.5); CONTINUED TO WORK ON OBJECTION TO CROSS MOTION OF HP (1.0); CONTINUED WORK ON 503B9 OBJECTIONS (1.0). |
| KORKIS C | 11/11/09 | 3.00 | CONTINUED RESEARCH AND WRITING OBJECTION TO 503B9 CLAIMS. |
| KORKIS C | 11/13/09 | 1.80 | EDITED OBJECTION PENSKE 503(B)(9) CLAIM. |
| KORKIS C | 11/19/09 | 0.50 | REVISED OBJECTION TO LEASE CLAIMS FILED UNDER 503(B)(9). |
| KORKIS C | 11/20/09 | 0.30 | REVIEWED LEASE CLAIMS OBJECTION BEFORE FILING. |
| | | **65.50** | |
| KUMAR JS | 11/03/09 | 3.20 | REVISING STIPULATION WITH PRE-PETITION LENDERS RE SETTLEMENT OF CLAIMS (1.3). REVISING STIPULATION WITH DIRECTV RE SETTLEMENT OF CLAIMS (1.9). |
| KUMAR JS | 11/04/09 | 1.70 | REVISING STIPULATION RE PREPETITION LENDER CLAIMS AND SENDING OUT FOR REVIEW (.4). REVISING DIRECTV STIPULATION AND SENDING OUT FOR REVIEW (1.3). |
| KUMAR JS | 11/06/09 | 0.60 | FINALIZING STIPULATION RE PREPETITION LENDER CLAIMS AND OBTAINING AUTHORIZATION FOR SIGNATURES (.6). |
| KUMAR JS | 11/09/09 | 0.30 | FILING STIPULATION RE PREPETITION LENDER CLAIMS (.3). |
| KUMAR JS | 11/10/09 | 1.30 | CONTACTING COUNSEL TO ADJOURN MOTIONS FOR ALLOWANCE OF LATE-FILED CLAIMS (1.3). |
| KUMAR JS | 11/11/09 | 2.20 | DRAFTING STIPULATION WITH TIVO RE CLAIMS RESOLUTION (2.2). |

B43E

| KUMAR JS | 11/12/09 | 0.80 | RESPONDING TO COUNSEL RE ADJOURNING LATE-FILED CLAIM MOTIONS (.8). |
|---|---|---|---|
| KUMAR JS | 11/13/09 | 1.60 | MATTERS IN CONNECTION WITH ADJOURNING LATE-FILED CLAIM MOTIONS, AND SENDING EMAIL TO COMMITTEE RE SAME (1.6). |
| KUMAR JS | 11/16/09 | 2.30 | REVIEWING LATE-FILED CLAIM MOTIONS AND SUMMARIZING FOR COMMITTEE AND SEEKING CLIENT APPROVAL OF SETTLEMENT OF LATE-FILED CLAIM MOTION (2.3). |
| KUMAR JS | 11/17/09 | 1.40 | RESPONDING TO INQUIRIES FROM CREDITORS' COMMITTEE RE LATE-FILED CLAIM MOTIONS (1.4). |
| KUMAR JS | 11/18/09 | 4.50 | DEALING WITH VARIOUS ISSUES RE LATE-FILED CLAIMS INCLUDIGN DRAFTING SUPPLEMENTAL ORDER, CALLS RE RESOLVING MOTIONS AND EMAIL TO CLIENT RE SAME (3.3); REVISING DIRECTV STIPULATION AND SENDING TO DIRECTV FOR REVIEW (1.2). |
| KUMAR JS | 11/20/09 | 1.60 | REVISING STIPULATION WITH TIVO (1.6). |
| KUMAR JS | 11/30/09 | 0.40 | CALL WITH COMPANY RE DIRECTV STIPULATION AND REVIEWING STIPULATION (.4). |
| | | **21.90** | |
| LAZAROFF KA | 11/03/09 | 12.50 | RESEARCH FOR, REVIEW PLEADINGS FOR, TELECONFERENCES AND DRAFTING OF 502D OBJECTION TO 503(B)(9) CLAIMS. |
| LAZAROFF KA | 11/04/09 | 13.50 | RESEARCH FOR 502(D) OMNI OBJECTION, REVIEW AND SUMMARIZE CLAIMANTS' RESPONSES TO OBJECTION. |
| LAZAROFF KA | 11/05/09 | 14.50 | PREPARE PROOFS OF CLAIM TO FILE AGAINST GENERAL GROWTH LANDLORDS IN THEIR BANKRUPTCY CASES (7.2); RESEARCH, DRAFTING, SUMMARIZING RESPONSES FOR 502(D) REPLY BRIEF (7.3). |
| LAZAROFF KA | 11/06/09 | 8.30 | REVISE PROOFS OF CLAIMS AND ATTACHMENTS THERETO AND CORRESPONDENCE REGARDING PROOFS OF CLAIM TO BE FILED AGAINST GENERAL GROWTH LANDLORDS (1.8); DRAFTING 502(D) REPLY, REVIEW OF BRIEFS FILED IN OTHER CASES AND ADDITIONAL RESEARCH FOR THE SAME (6.5). |
| LAZAROFF KA | 11/07/09 | 6.50 | CONTINUE DRAFTING 502(D) REPLY. |
| LAZAROFF KA | 11/08/09 | 8.00 | REVISIONS TO 502(D) REPLY AND TELECONFERENCES REGARDING THE SAME. |
| LAZAROFF KA | 11/09/09 | 8.20 | ADDITIONAL REVISIONS TO ATTACHMENTS TO PROOFS OF CLAIM AGAINST GENERAL GROWTH AND PREPARATION FOR FILING (3.6); ATTENTION TO LANDLORD CLAIMS ISSUES (.3); REVISIONS TO AND ADDITIONAL RESEARCH FOR 502(D) REPLY BRIEF (4.3). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| LAZAROFF KA | 11/10/09 | 9.50 | REVISIONS TO, ADDITIONAL RESEARCH FOR, REVIEW OF RESPONSES TO AND PREPARATION FOR FILING OF 502(D) REPLY BRIEF. |
| LAZAROFF KA | 11/11/09 | 0.40 | REVISED STIPULATION WITH MINER. |
| LAZAROFF KA | 11/13/09 | 0.70 | REVIEWED PANASONIC RESPONSE TO OBJECTION AND TELECONFERENCE REGARDING REPLY. |
| LAZAROFF KA | 11/14/09 | 4.50 | REVIEWED APPLICABLE PLEADINGS AND DRAFTED REPLY TO PANASONIC RE: 503(B)(9) OBJECTION. |
| LAZAROFF KA | 11/15/09 | 5.00 | RESEARCH FOR AND DRAFTING OF REPLY TO PANASONIC 503(B)(9) RESPONSE. |
| LAZAROFF KA | 11/16/09 | 6.70 | RESEARCH REGARDING AND REVISIONS TO REPLY TO PANASONIC 503(B)(9) RESPONSE. |
| LAZAROFF KA | 11/17/09 | 5.60 | REVIEWED RELEVANT DOCUMENTS AND DRAFTED PRELIMINARY OBJECTION TO 2 MOTIONS OF MARBLEGATE FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS AND TELECONFERENCES REGARDING THE SAME (5.3); CORRESPONDENCE REGARDING AND REVIEW OF SUN BELT CONTRACTORS' CLAIM (.3). |
| LAZAROFF KA | 11/18/09 | 1.00 | RESEARCH REGARDING CLAIMS TRANSFERS FOR OBJECTION TO MARBLEGATE ADMINISTRATIVE EXPENSE MOTIONS. |
| LAZAROFF KA | 11/23/09 | 3.00 | RESEARCH ON PERMISSIBLE AMENDMENTS TO PROOFS OF CLAIM. |
| LAZAROFF KA | 11/24/09 | 0.50 | COMPLETED SUMMARY OF RESEARCH ON CLAIM AMENDMENTS. |
| | | **108.40** | |
| LIBERI JM | 11/02/09 | 2.30 | REVIEW LATE-FILED CLAIMS RE: ADDITIONAL GROUNDS FOR OBJECTION (0.5); CONFERENCE CALL RE: CLAIMS ADMINISTRATION AND FUTURE OBJECTIONS (1.8). |
| LIBERI JM | 11/03/09 | 0.50 | CONSIDER CLAIM AMOUNTS AND BALLOTING ISSUES (0.3); CONSIDER CREDITOR REQUESTS RE: BALLOT SPLITTING MATTERS (0.2). |
| LIBERI JM | 11/04/09 | 1.70 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.6); REVIEW DATA RE: FUTURE OMNIBUS OBJECTIONS (0.5); COMMUNICATE WITH COUNSEL FOR GE FLEET RE: CLAIMS RECONCONCILIATION MATTERS (0.3); REVIEW DOCUMENTS PROVIDED BY GE FLEET RE: SAME (0.3). |

B43E