| | | | |
|---|---|---|---|
| LIBERI JM | 11/05/09 | 2.50 | REVIEW DRAFT PROOF OF CLAIM TO BE SUBMITTED ON BEHALF OF DEBTORS (0.4); RESPOND TO CREDITOR INQUIRIES RE: OMNIBUS OBJECTIONS (0.4); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION BASED ON LEGAL AND NO-LIABILITY ISSUES (0.5); FOLLOW UP WITH CREDITORS RE: DEBTORS' PRIOR REQUESTS FOR ADDITIONAL INFORMATION TO RECONCILE CLAIMS (1.2). |
| LIBERI JM | 11/09/09 | 3.30 | FOLLOW UP WITH CREDITORS RE: DEBTORS' REQUESTS FOR ADDITIONAL INFORMATION INS UPPORT OF CLAIMS (2.2); REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.3); REVIEW DRAFT REPLY RE: 502(D) MATTERS (0.8). |
| LIBERI JM | 11/11/09 | 1.60 | REVIEW CASE CALENDAR AND MATTERS WITH UPCOMING RESPONSE DEADLINES (0.3); FOLLOW UP ON STATUS OF RESPONSES (0.3); REVIEW CLAIMS AGENT REPORT RE: LARGE REMAINNIG CLAIMS (0.3); REVIEW DETAILS OF LARGE REMAINING CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.7). |
| LIBERI JM | 11/12/09 | 1.40 | FOLLOW UP WITH CREDITORS RE: DEBTORS' REQUESTS FOR ADDITIONAL INFORMATION SUPPORTING CLAIMS (0.8); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS RECONCILIATION MATTERS (0.3); REVIEW COMMUNICATIONS RE: PHH AND GE FLEET CLAIMS MATTERS (0.3). |
| LIBERI JM | 11/13/09 | 2.70 | COMMUNICATE WITH COUNSEL FOR MERCER, SANDISK AND SUN CONSTRUCTION RE: OUTSTANDING INFORMATION REQUESTS (0.9); REVIEW DOCUMENTS PROVIDED IN RESPONSE TO INQUIRIES (0.6); FOLLOW UP WITH ADDITIONAL INFORMATION REQUESTS (0.4); RESEARCH CLAIMS DETAIL RE: INNERWORKINGS AND MAJESCO (0.8). |
| LIBERI JM | 11/16/09 | 0.80 | COMMUNICATE WITH REPRESENTATIVES OF VANCE BALDWIN INC. AND I LEHROFF & CO. RE: DEBTOR INFORMATION REQUESTS (0.4); FOLLOW UP ON SAME (0.4). |
| LIBERI JM | 11/17/09 | 0.70 | REVIEW INFORMATION PROVIDED BY MERCER AND SUN COMPANY IN RESPONSE TO DEBTOR INFORMATION REQUESTS (0.4); FOLLOW UP RE: SAME (0.3). |
| LIBERI JM | 11/20/09 | 3.10 | CONFERENCE CALL WITH COUNSEL AND FINANCIAL ADVISORS RE: ADMINISTRATION OF REMAINING CLAIMS (0.6); REVIEW CLAIMS DETAIL RE: REMAINING CLAIMS AND ADMINISTRATION MATTERS (0.9); REVIEW PROPOSED ORDER RE: OBJECTION FOR VOTING PURPOSES (0.2); CONFERENCE CALL WITH H. FERGUSON AND K. BARKSDALE RE: OBJECTIONS TO CLAIMS PROPERLY ASSERTED AGAINST CANADIAN ENTITIES (0.4); REVIEW CLAIM DETAIL RE: SAME (0.3); REVIEW ADMINISTRATIVE AND 503(B)(9) CLAIMS FOR POTENTIAL GROUNDS FOR OBJECTION (0.7). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP ATTORNEYS' FEES

| | | | |
|---|---|---|---|
| LIBERI JM | 11/23/09 | 3.50 | CONFERENCE CALL RE: CLAIMS ADMINISTRATION MATTERS (1.4); REVIEW CLAIMS DETAIL RE: SAME (0.6); RESEARCH 503(B)(9) NON-GOODS ISSUE (0.7); REVIEW DOCUMENTS PROVIDED BY COUNSEL FOR MINER FLEET MANAGEMENT RE: 503(B)(9) CLAIMS (0.4); REVIEW DRAFT EXHIBITS RE: NO LIABILITY OMNIBUS OBJECTIONS (0.4). |
| LIBERI JM | 11/24/09 | 1.60 | REVIEW MEETING NOTES RE: FUTURE CLAIMS ACTIONS (0.4); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: CLAIMS TRADING MATTERS (0.2); REVIEW DOCUMENTS PROVIDED BY MARBLEGATE (0.4); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS RECONCILIATION MATTERS (0.3); FOLLOW UP ON POTENTIAL SETTLEMENT WITH FUNAI CORP. (0.3). |
| LIBERI JM | 11/30/09 | 0.60 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (0.6). |
| | | 26.30 | |
| **Total Associate** | | **569.20** | |
| HEANEY CM | 11/03/09 | 0.40 | REVIEW GLOBAL RESPONSE CHART AND DOCKET FOR UPDATES FOR 11-12 HEARING AGENDA (.4). |
| HEANEY CM | 11/04/09 | 1.40 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS FOR 11-12 HEARING PREPARATION (.6); ORGANIZE AND PREPARE BINDER OF RESPONSES (.8). |
| HEANEY CM | 11/05/09 | 0.60 | REVIEW SECOND CIRCUIT COURT OF APPEALS FOR PLEADINGS TO BE USED AS PRECEDENT IN PREPARATION FOR REPLY TO RESPONSES TO OMNIBUS OBJECTIONS (.6). |
| HEANEY CM | 11/06/09 | 2.10 | OBTAIN/ORDER ORGANIZE AND PREPARE RESPONSES TO OMNIBUS OBJECTIONS FOR HEARING BINDERS (2.1). |
| HEANEY CM | 11/10/09 | 0.40 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF REPLY BRIEFS TO OMNIBUS OBJECTIONS TO CLAIMS (.4). |
| HEANEY CM | 11/12/09 | 0.40 | REVIEW DOCKETS AND CASE FILES FOR UPDATES TO RESPONSES TO OMNIBUS OBJECTIONS FOR 11-23 HEARING AGENDA (.4). |
| HEANEY CM | 11/17/09 | 0.70 | REVIEW CLAIMS OBJECTION CHART FOR UPDATES TO 11-23 HEARING (.7). |
| HEANEY CM | 11/23/09 | 0.40 | REVIEW DOCKET AND CASE FILES RE UPDATES TO CLAIMS RESPONSES (.4). |
| HEANEY CM | 11/30/09 | 0.60 | REVIEW DOCKET AND CASE FILES RE BACKGROUND INFORMATION CONCERNING 503(B)(9) CLAIMS (.6). |
| | | 7.00 | |
| **Total Legal Assistant** | | **7.00** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

TOTAL TIME                          <u>592.30</u>

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Claims Admin. (Reclamation/Trust Funds)                            Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 11/24/09 | 8.20 | REVIEW AND REVISE AND CONDUCT RESEARCH WITH RESPECT TO OMNIBUS REPLY TO VARIOUS RESPONSES TO OBJECTION TO RECLASSIFY RECLAMATION CLAIMS AS UNSECURED CLAIMS (8.2). |
| FREDERICKS IS | 11/25/09 | 10.10 | CONTINUE TO REVIEW AND REVISE AND CONDUCT RESEARCH WITH RESPECT TO OMNIBUS REPLY TO RESPONSES TO OBJECTION TO RECLASSIFY RECLAMATION CLAIMS (9.6); MULTIPLE CORRESPONDENCE RE: SAME (.5). |
| | | 18.30 | |
| Total Associate | | 18.30 | |
| TOTAL TIME | | <u>18.30</u> | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/09/09
Disclosure Statement / Voting Issues                     Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 11/02/09 | 0.70 | REVIEW RESPONSE OF INLAND MANAGEMENT TO DEBTORS OBJECTION FOR VOTING PURPOSES (.2); REVIEW RESPONSE OF VISIONTEK TO DEBTORS OBJECTION FOR VOTING PURPOSES (.2); REVISE LG ELECTRONICS USA'S RESPONSE TO DEBTORS' OBJECTION FOR VOTING PURPOSES (.2); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING SOLICITATION PACKAGES (.1). |
| BAKER SK | 11/03/09 | 0.20 | TELEPHONE CALL WITH E. GERSHBEIN REGARDING SOLICITATION PACKAGES (.2). |
| BAKER SK | 11/04/09 | 0.10 | REVIEW NOTICE OF APPROVAL OF DISCLOSURE STATEMENT (.1). |
| BAKER SK | 11/12/09 | 1.20 | REVIEW REVISED DRAFT OF VOTING OBJECTION EXHIBIT (1.2). |
| BAKER SK | 11/16/09 | 0.10 | REVIEW CORRESPONDENCE REGARDING VOTING OBJECTION ORDER (.1). |
| | | 2.30 | |
| LIBERI JM | 11/06/09 | 0.40 | RESPOND TO CREDITOR INQUIRIES RE: PLAN EXHIBITS AND RELATED MATTERS (0.4). |
| | | 0.40 | |
| Total Associate | | 2.70 | |
| TOTAL TIME | | 2.70 | |

27

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Employee Matters (General)                                         Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 11/23/09 | 3.70 | CONFERENCE CALL REGARDING ON-SITE CLIENT MEETING (3.5); TELEPHONE CALL WITH REPRESENTATIVE OF MICHIGAN UNEMPLOYMENT INSURANCE AGENCY (.2). |
| | | 3.70 | |
| Total Associate | | 3.70 | |
| **TOTAL TIME** | | **3.70** | |

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 12/09/09
Insurance                                          Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/09/09 | 0.10 | REVIEW AND RESPOND TO EMAILS RE: D&O RENENWAL (.1). |
| GALARDI GM | 11/16/09 | 0.30 | CALL AND EMAILS RE: D&O COVERAGE. |
| | | 0.40 | |
| **Total Partner** | | **0.40** | |
| BAKER SK | 11/10/09 | 0.40 | TELEPHONE CALL WITH D. JABUREK REGARDING INSURANCE COVERAGE (.2); DRAFT CORRESPONDENCE TO D. JABUREK REGARDING INSURANCE COVERAGE (.2). |
| BAKER SK | 11/18/09 | 4.60 | REVISE PROPOSED SETTLEMENT AGREEMETN REGARDING ALLENTOWN STORE PROPERTY THEFT (1.3); DRAFT CORRESPONDENCE TO J. POMERANTZ REGARDING INSURANCE SETTLEMENT (.2); REVIEW REBATE CHECK DATE AND BEGIN REVISIONS TO MOTION TO DEEM PUBLICATION NOTICES SUFFICIENT (3.1). |
| BAKER SK | 11/20/09 | 0.30 | REVIEW CORRESPONDENCE FROM P.SCHAETZLE REGARDING ALLENTOWN SETTLEMENT (.1); DRAFT REPLY TO P. SCHAETZLE REGARDING ALLENTOWN SETTLEMENT (.2). |
| | | 5.30 | |
| FREDERICKS IS | 11/18/09 | 0.40 | REVIEW AND REVISE PROPOSED SETTLEMENT WITH VARIOUS INSURERS RE: OPEN CLAIMS MADE BY CC (.4). |
| | | 0.40 | |
| **Total Associate** | | **5.70** | |
| **TOTAL TIME** | | **6.10** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Leases (Real Property)                                             Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DOSUNMU FS | 11/02/09 | 0.80 | ATTENTION TO LEASE REJECTION ISSUES (.8). |
| DOSUNMU FS | 11/03/09 | 1.90 | ATTENTION TO LEASE REJECTION ISSUES (.7); REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.2). |
| DOSUNMU FS | 11/04/09 | 1.20 | ATTENTION TO LEASE TERMINATION ISSUES (1.2). |
| DOSUNMU FS | 11/09/09 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 11/10/09 | 0.40 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.4). |
| DOSUNMU FS | 11/12/09 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 11/13/09 | 0.60 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.6). |
| DOSUNMU FS | 11/16/09 | 0.80 | ATTENTION TO LEASE TERMINATION ISSUES (.4); ATTENTION TO REAL ESTATE TAX ISSUES (.4). |
| DOSUNMU FS | 11/17/09 | 0.70 | ATTENTION TO LEASE REJECTION ISSUES (.7). |
| DOSUNMU FS | 11/18/09 | 0.80 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.8). |
| DOSUNMU FS | 11/19/09 | 0.80 | ATTENTION TO LEASE REJECTION ISSUES (.8). |
| DOSUNMU FS | 11/20/09 | 0.80 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.8). |
| DOSUNMU FS | 11/23/09 | 0.70 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.7). |
| DOSUNMU FS | 11/24/09 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 11/25/09 | 0.60 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.6). |
| DOSUNMU FS | 11/30/09 | 1.40 | ATTENTION TO LEASE REJECTION TERMINATION ISSUES (1.4). |
| | | 13.30 | |
| LAZAROFF KA | 11/23/09 | 1.50 | REVIEW BETHLEHEM LEASE, COMPLAINT AND CLAIM; REVISED PARKWAY TERMINATION OF MEMORANDUM OF LEASE. |
| | | 1.50 | |
| SZAFRANSKI CM | 11/03/09 | 3.50 | REVIEW LEASE CLAIMS AND DISCUSS ISSUES WITH OTHER ASSOCIATE, DRAFT LIST OF QUESTIONS TO BE DISCUSSED. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM 07 AFFIDAVITS

| SZAFRANSKI CM | 11/16/09 | 0.70 | CALL WITH I. FREDERICKS AND DISCUSS WITH C. DANZ CERTAIN CLAIMS ISSUES. |
|---|---|---|---|
| SZAFRANSKI CM | 11/18/09 | 0.50 | EMAILS TO CLIENT REGARDING CLAIMS QUESTIONS. |
| SZAFRANSKI CM | 11/20/09 | 0.25 | DISCUSS TRANSFER TAX ISSUE WITH OTHER ATTORNEY AND WITH TITLE COMPANY. |
| SZAFRANSKI CM | 11/23/09 | 0.25 | REVIEW CLAIM ISSUE, EMAIL TO F. DOSUNMU. |
| | | 5.20 | |

**Total Associate**    20.00

**TOTAL TIME**    <u>20.00</u>

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 12/09/09
Litigation (General)                               Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 11/17/09 | 2.40 | PARTICIPATE IN CONFERENCE CALL RE: FINALIZING COMPLAINTS AND EXHIBITS FOR RECEIVABLE AND PREFERENCE LITIGATION AND FOLLOW-UP CALL RE: SAME (.8); CONFER RE: STRATEGY WITH RESPECT TO FRAUDULENT TRANSFER COMPLAINT (.4); CONFER RE: GENERAL STRATEGY FOR LITGATION (1.2). |
| FREDERICKS IS | 11/18/09 | 2.10 | REVIEW DECLARATORY JUDGMENT COMPLAINT AND CORRESPONDENCE RE: SAME (.7); REVIEW AND REVISE DRAFT FORM PREFERENCE AND RECEIVABLE COMPLAINTS TO BE USED FOR VARIOUS LITIGATION (1.4). |
|  |  | **4.50** |  |
| LAZAROFF KA | 11/20/09 | 1.30 | TELECONFERENCE WITH THE COMPANY REGARDING BETHLEHEM DC COMPLAIN (1); REVIEW OF BETHLEHEM COMPLAINT (.3). |
| LAZAROFF KA | 11/24/09 | 2.00 | REVIEW CC INVESTORS COMPLAINT AND RELATED DOCUMENTS, TELECONFERENCE WITH THE COMPANY AND STRATEGIZE REGARDING THE SAME; RESEARCH REGARDING POTENTIAL PREFERENCE AND RECEIVABLES DEFENDANTS. |
| LAZAROFF KA | 11/25/09 | 4.00 | RESEARCH INTO ENFORCEABILITY OF LEASE PROVISIONS FOR ANSWER TO CC INVESTORS COMPLAINT. |
| LAZAROFF KA | 11/29/09 | 4.00 | REVIEW, CONTINUE AND SUMMARIZE RESEARCH ON ENFORCEABILITY OF LEASE PROVISIONS FOR ANSWER TO CC INVESTORS COMPLAINT. |
|  |  | **11.30** |  |
| LIBERI JM | 11/02/09 | 5.90 | REVIEW/ANALYZE POTENTIAL SETTLEMENT RE: VENDOR RECEIVABLE MATTER (0.4); CONFERENCE CALL RE: PENDING LITIGATION MATTERS (0.4); REVIEW CORRESPONDENCE FROM COUNSEL FOR HAIER AND POTENTIAL SETTLEMENT DETAILS (0.5); REVIEW CORRESPONDENCE AND INFORMATION PROVIDED BY COUNSEL FOR HP (0.8); REVIEW INFORMATION PROVIDED BY DEBTORS RE: HP RECONCILIATION MATTERS (0.7); REVIEW DRAFT OBJECTION TO MOTION FOR ALLOWANCE OF LATE FILED CLAIMS (0.3); REVIEW AND REVISE DRAFT INFOGAIN SETTLEMENT PAPERS (0.4); COMMUNICATE WITH INFOGAIN'S COUNSEL RE: SAME (0.2); REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO DISCOVERY REQUESTS FROM CITY OF NEW YORK DEPT. OF FINANCE (1.5); FOLLOW UP ON POTENTIAL TAX LITIGATION MATTER (0.3); CALL WITH B. STARK RE: PREFERENCE ACTIONS AND COMPLAINTS (0.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

LIBERI JM        11/03/09        6.50    CONFERENCE CALL WITH B. STARK AND J.
                                         ROBINSON RE: PRESENTATION OF PREFERENCE
                                         ACTION MATERIALS IN COMPLAINTS (0.5);
                                         REVIEW PREFERENCE ANALYSES AND DATA RE:
                                         PREFERENCE ACTIONS (1.4); CONFERENCE
                                         CALL WITH COUNSEL AND BUSINESS PEOPLE AT
                                         HP (0.6); REVIEW INFORMATION PROVIDED
                                         BY DEBTORS RE: HP MATTERS (0.8); REVIEW
                                         DOCUMENTATION PROVIDED BY HP (0.7);
                                         REVIEW INFORMATION PROVIDED BY DEBTORS
                                         IN RESPONSE TO CREDITORS' COMMITTEE
                                         INFORMATION REQUESTS (0.7); REVIEW
                                         CORRESPONDENCE RE: VONWIN CAPITAL
                                         MANAGEMENT MATTERS (0.3); CONSIDER
                                         RESPONSES TO SAME (0.2); COMMUNICATE
                                         WITH COUNSEL FOR BETHESDA SOFTWORKS RE:
                                         CLAIMS OBJECTION MATTERS (0.3); REVIEW
                                         CLAIMS INFORMATION RE: BETHESDA CLAIMS
                                         (0.7); COMMUNICATE WITH DEBTOR
                                         PERSONNEL RE: BETHESDA CLAIMS (0.3);
                                         CONSIDER STRUCTURE OF POTENTIAL
                                         CONSENSUAL RESOLUTIONS RE: BETHESDA
                                         (0.5).

LIBERI JM        11/04/09        4.60    COMMUNICATE WITH COUNSEL FOR COLUMBUS
                                         DISPATCH RE: MOTION AND SEVERAL CLAIMS
                                         (0.3); REVISE DRAFT SETTLEMENT PAPERS
                                         RE: POTENTIAL RESOLUTION (0.5); REVIEW
                                         INFORMATION PROVIDED BY DEBTORS RE: HP
                                         RECONCILIATION (0.3); COMMUNICATE WITH
                                         COUNSEL FOR HP RE: INFORMATION REQUESTS
                                         (0.3); REVIEW RECENT CASE LAW RE:
                                         PREFERENCE PLEADING STANDARDS (0.8);
                                         RESEARCH SAME IN LIGHT OF RECENT
                                         PRECEDENT (0.6); CONFERENCE CALL RE:
                                         PREFERENCE MATTERS (0.4); REVIEW AND
                                         COMMENT ON DRAFT COMPLAINT (0.4);
                                         REVIEW INFORMATION PROVIDED BY DEBTORS
                                         IN RESPONSE TO CREDITORS' COMMITTEE'S
                                         INFORMATION REQUESTS (0.4);
                                         COMMUNICATE WITH COMMITTEE COUNSEL RE:
                                         SAME (0.1); REVISE DRAFT COMPLAINT RE:
                                         TRADE VENDOR COLLECTION ISSUES (0.5).

LIBERI JM        11/05/09        2.70    REVIEW INFORMATION PROVIDED BY DEBTORS
                                         IN RESPONSE TO CREDITORS' COMMITTEE'S
                                         INFORMATION REQUESTS (0.5);
                                         COMMUNICATE WITH COUNSEL FOR MINER
                                         FLEET MANAGEMENT RE: LATE CLAIM MATTER
                                         AND CLAIMS RECONCILIATION (0.3); REVIEW
                                         MINER FLEET CLAIM INFORMATION RE: SAME
                                         (0.4); REVIEW INFORMATION RE: PENDING
                                         LITIGATION FOR INCLUSION IN EXHIBITS TO
                                         PLAN (0.8); FINALIZE INFOGAIN
                                         SETTLEMENT PAPERS FRO FILING (0.5);
                                         COMMUNICATE WITH COUNSEL FOR INFOGAIN
                                         RE: SETTLEMENT (0.2).

B43E

| LIBERI JM | 11/06/09 | 4.20 | COMMUNICATE WITH COUNSEL FOR NEW YORK CITY RE: CLAIMS OBJECTION MATTERS (0.3); REVIEW CLAIMS AND SUPPORTING DOCUMENTATION RE: SAME (0.5); COMMUNICATE WITH C. LEONARDO RE: POTENTIAL LITIGATION MATTERS (0.5); FOLLOW UP RE: SAME (0.4); COMMUINICATE WITH COUNSEL FOR CANON RE: CLAIMS ISSUES (0.4); RESEARCH SETTLEMENT AND GENERAL RELEASE ISSUES (2.1). |
| LIBERI JM | 11/09/09 | 4.30 | COMMUNICATE WITH COUNSEL FOR GATEWAY RE: CLAIMS RECONCILIATION (0.3); REVIEW INFORMATION PROVIDED BY DEBTORS AND GATEWAY RE: CLAIMS RECONCILIATION (0.8); REVISE MEDIA SERVICES COMPLAINT (0.7); RESEARCH FRAUDULENT TRANSFER LAW RE: NON-CASH TRANSFERS (1.8); REVIEW RECENT STATUS OF CERTAIN STATE COURT LITIGATIONS (0.7). |
| LIBERI JM | 11/10/09 | 2.60 | REVIEW SETTLEMENT RELEASE ISSUES (0.6); RESEARCH EFFECT OF PARTIAL RELEASE ON RELATED CLAIMS AND MATTERS (1.3); REVIEW DRAFT COMPLAINT RE: BREACH OF CONTRACT AND PREFERENCE CLAIMS (0.7). |
| LIBERI JM | 11/11/09 | 2.10 | WORK ON HP RECONCILIATION AND SETTLEMENT ISSUES (0.8); REVIEW AND REVISE DRAFT STIPULATION RE: MINER FLEET MANAGEMENT (0.4); COMMUNICATE WITH COUNSEL FOR MINER FLEET RE: POTENTIAL RESOLUTION OF MOTION AND RELATED CLAIMS (0.3); COMMUNICATE WITH ACER COUNSEL RE: CLAIMS RECONCILIATION AND RESOLUTION (0.2); REVIEW CLAIMS DETAIL RE: SAME (0.4). |
| LIBERI JM | 11/12/09 | 2.10 | RESEARCH SETOFF AND PREFERENCE ISSUES RE: CLAIMS TRANSFERRED DURING PENDENCY OF BANKRUPTCY PROCEEDINGS (1.3); REVIEW INFORMAL DISCOVERY REQUESTS RE: CLAIMS OBJECTIONS (0.5); COMMUNICATE WITH COUNSEL FOR CREDITORS SEEKING FURTHER INFORMATION RE: CLAIMS OBJECTIONS (0.3). |
| LIBERI JM | 11/13/09 | 3.90 | CONFERENCE CALL WITH COUNSEL FOR MINER FLEET MANAGEMENT RE: CLAIMS RECONCILIATION AND POTENTIAL RESOLUTION (0.4); RESEARCH UCC APPLICATION OF GOODS VS. NON-GOODS RE: MINER FLEET MANAGEMENT CLAIMS (0.8); REVIEW REVISED PREFERENCE ANALYSIS RE: SLAM BRANDS (0.3); FOLLOW UP RE: SAME (0.2); REVIEW MOTIONS OF MARBLEGATE FOR ALLOWANCE OF CLAIMS (0.7); APPROACH DEBTORS AND FINANCIAL ADVISORS RE: MARBLEGATE CLAIMS DETAIL (0.4); REVIEW DETAILS OF MARBLEGATE CLAIMS (0.4); RESEARCH DOCUMENTATION OF CLAIMS TRANSFERS (0.3); COMMUNICATE WITH CLERK OF COURT OF OHIO CIVIL RIGHTS COMMISSION RE: PRE-TRIAL HEARING (0.3); REVIEW NOTICE RE: PRE-TRIAL HEARING (0.1). |

B43E

| LIBERI JM | 11/16/09 | 3.80 | RESEARCH CLAIMS TRADING ISSUES RE: DEFENSES TO CLAIMS (1.6); RESEARCH IMPACT OF RELEASE ON POTENTIAL PREFERENCE ACTIONS AND SETOFFS (1.1); REVIEW RESPONSES TO OBJECTIONS (0.6); REVIEW ACCOUNT INFORMATION RE: VIVENDI AND ACTIVISION (0.5). |
|---|---|---|---|
| LIBERI JM | 11/17/09 | 6.40 | RESEARCH APPLICATION OF UCC TO SECTION 503(B)(9) GOODS CLAIMS (0.7); RESEARCH CASE LAW RE: DEFINITION OF 'RECEIVED' FOR PURPOSES OF SECTION 503(B)(9) CLAIMS (1.3); COMMUNICATE WITH COUNSEL FROM ADAMS HOLCOMB FIRM RE: LITIGATION MATTERS (0.4); CONFERENCE CALL RE: PREFERENCE ACTION MATTERS AND POTENTIAL LITIGATIONS (0.6); REVIEW REVISED PREFERENCE EXHIBITS AND DETAIL BEHIND EXHIBITS (0.9); COMMENT ON PRELIMINARY DRAFT OBJECTION TO MARBLEGATE MOTIONS (0.4); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: CLAIMS RECONCILIATION AND POTENTIAL RESOLUTION (0.3); COMMUNICATE WITH COUNSEL FOR G.I. INC. RE: MOTIONS FOR CLAIMS ALLOWANCE (0.3); REVIEW INFORMATION PROVIDED BY G.I. INC.'S COUNSEL RE: SAME (0.4); REVIEW RESPONSES TO OBJECTIONS (0.5); RESEARCH 502(D) ISSUES RE: TRADED CLAIMS (0.6). |
| LIBERI JM | 11/18/09 | 5.30 | PREPARE FOR AND ATTEND PRE-TRIAL CONFERENCE BEFORE OHIO CIVIL RIGHTS COMIMSSION RE: EMPLOYMENT LITIGATION MATTER (2.5); REVIEW AND COMMENT ON DRAFT SETTLEMENT PAPERS (0.3); REVIEW PREFERENCE ANALYSES FOR MAJESCO AND INNERWORKINGS INC. (0.6); REVIEW CLAIMS TRANSFER DOCUMENTATION RE: MAJESCO CLAIM (0.4); REVIEW AND REVISE DRAFT OBJECTION TO MARBLEGATE MOTIONS (1.1); PRELIMINARILY REVIEW RECENTLY FILED LANDLORD COMPLAINT (0.4). |
| LIBERI JM | 11/19/09 | 2.70 | REVIEW DETAILS RE: ACTIVISION/VIVENDI ACCOUNT RECONCILIATION (0.4); REVISE DRAFT ACTIVISION SETTLEMENT PAPERS (0.5); REVIEW ADVERSARY COMPLAINT RE: INSURANCE PROCEEDS (0.6); COMMUNICATE WITH COUNSEL FOR CREDITORS SEEKING PLAN CONFIRMATION DISCOVERY (0.3); CONSIDER PLAN CONFIRMATION DISCOVERY MATTERS (0.6); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: CLAIMS AND PLAN CONFIRMATION ISSUES (0.3). |
| LIBERI JM | 11/20/09 | 3.10 | REVIEW COMPLAINT AND EXHIBITS FILED BY CC INVESTORS 1995-6 (1.4); CONFERENCE CALL WITH D. MILLER RE: SAME (0.5); CONSIDER RESPONSES TO COMPLAINT (0.4); REVIEW DOCUMENTS PROVIDED BY COUNSEL FOR MARBLEGATE RE: MARBLEGATE MOTIONS FOR ADMINISTRATIVE EXPENSE CLAIMS (0.6); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: SAME (0.2). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 11/23/09 | 3.10 | CONFERENCE CALL RE: PENDING AND POTENTIAL LITIGATION MATTERS (0.7); RESEARCH EFFECT OF REJECTION OF CONTRACT ON CONTRACTUAL CLAIMS AND RIGHTS (1.6); RESEARCH INSURANCE MATTERS (0.8). |
| LIBERI JM | 11/24/09 | 2.90 | REVIEW DISCOVERY REQUESTS PROPOUNDED BY PARAMOUNT (0.8); RESEARCH BACKGROUND AND BASIS OF DISPUTE WITH PARAMOUNT (0.7); REVIEW OMNIBUS OBJECTION AND PARAMOUNT RESPONSE (0.6); REVIEW DOCUMENTS FOR PRODUCTION TO NY CITY DEPT OF FINANCE (0.8). |
| LIBERI JM | 11/25/09 | 2.70 | REVIEW COMPLAINT AND EXHIBITS RE: CC INVESTORS ADVERSARY PROCEEDING (0.8); RESEARCH POTENTIAL DEFENSES RE: SAME (1.3); CONFERENCE CALL WITH D. MILLER RE: CC INVESTORS LITIGATION (0.6). |
| LIBERI JM | 11/30/09 | 6.60 | REVIEW DISCOVERY REQUESTS PROPOUNDED BY PARAMOUNT (0.6); BEGIN WORKING ON POTENTIAL DISCOVERY RESPONSES (0.8); COMMUNICATE WITH DEBTORS RE: SAME (0.3); REVIEW DEBTORS' OMNIBUS OBJECTIONS RE: RECLAMATION AND SETOFF ISSUES (0.7); REVIEW CASE LAW RE: CC INVESTORS COMPLAINT (1.3); BEGIN OUTLINING ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS RE: CC INVESTORS ADVERSARY COMPLAINT (0.7); RESPOND TO CREDITOR INQUIRIES RE: CONFIRMATION DISCOVERY MATTERS (0.3); CONSIDER CONFIRMATION DISCOVERY SCHEDULING AND PROCEDURES (0.5); REVIEW MARBLEGATE ASSET MANAGEMENT MOTIONS AND DOCUMENTATION PROVIDED BY COUNSEL (0.6); REVIEW COMMUNICATIONS AND BACKGROUND INFORMATION RE: POTENTIAL DISPUTE WITH GRAPHIC COMMUNICATIONS (0.8). |
| | | 75.50 | |
| **Total Associate** | | **91.30** | |
| HEANEY CM | 11/30/09 | 0.60 | REVIEW DOCUMENTS IN CONNECTION WITH POTENTIAL DOCUMENTS PRODUCTION CONCERNING ADMINISTRATIVE CLAIMS (.4); COORDINATE WITH THIRD PARTIES REGARDING POSSIBLE PRODUCTION PROCEDURES (.2). |
| | | 0.60 | |
| **Total Legal Assistant** | | **0.60** | |
| **TOTAL TIME** | | **91.90** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                               **Bill Date: 12/09/09**
**Nonworking Travel Time**                                        **Bill Number: 1293307**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/11/09 | 4.10 | NONWORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 11/12/09 | 4.50 | NON WORKING TRAVEL FROM RICHMOND TO DE. |
|  |  | **8.60** |  |
| **Total Partner** |  | **8.60** |  |
| FREDERICKS IS | 11/02/09 | 3.40 | TRAVEL FROM WILMINGTON TO RICHMOND, INCLUDING TIME WAITING FOR FLIGHT (3.4). |
| FREDERICKS IS | 11/03/09 | 2.90 | TRAVEL FROM RICHMOND TO WILMINGTON, INCLUDING TIME WAITING FOR FLIGHT (2.9). |
| FREDERICKS IS | 11/11/09 | 3.50 | TRAVEL FROM WILMINGTON TO RICHMOND (3.5). |
| FREDERICKS IS | 11/12/09 | 3.60 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (3.6). |
| FREDERICKS IS | 11/22/09 | 2.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (2.6). |
| FREDERICKS IS | 11/23/09 | 3.60 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE, INCLUDING (3.6). |
|  |  | **19.60** |  |
| **Total Associate** |  | **19.60** |  |
| **TOTAL TIME** |  | **28.20** |  |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Reorganization Plan / Plan Sponsors                               Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 11/05/09 | 1.10 | REVIEW OF PLAN SUPPLEMENT DOCUMENTS (.4); DISCUSSIONS RE SAME (.7). |
| DICKERSON CL | 11/09/09 | 1.10 | ATTENTION TO PLAN CONFIRMATION ISSUES (.4); DISCUSSIONS RE SAME (.7). |
| DICKERSON CL | 11/13/09 | 2.10 | CONTINUED ATTENTION TO ANALYSIS OF PLAN CONFIRMATION ISSUES (.8); DISCUSSIONS RE SAME (1.3). |
| DICKERSON CL | 11/14/09 | 0.50 | ATTENTION TO ANALYSIS OF PLAN CONFIRMATION ISSUES. |
| DICKERSON CL | 11/16/09 | 0.70 | DISCUSSIONS RE PLAN CONFIRMATION ISSUES. |
| DICKERSON CL | 11/24/09 | 1.20 | DISCUSSIONS RE PLAN CONFIRMATION ISSUES. |
| | | **6.70** | |
| GALARDI GM | 11/04/09 | 0.70 | REVIEW AND RESPOND TO EMAILS RE: LIQUIDATING TRUST AND OTHER CONFIRMATION ISSUES. |
| GALARDI GM | 11/05/09 | 0.60 | FOLLOW-UP RE: LIQUIDATING TRUST AGREEMENT ISSUES (.6). |
| GALARDI GM | 11/06/09 | 0.70 | CALLS AND EMAILS RE: CONFIRMATION HEARING, TAX ISSUES AND LIQUIDATING TRUST (.7). |
| GALARDI GM | 11/09/09 | 0.60 | CONTINUE TO WORK ON CONFIRMATION ISSUES AND STRATEGY (.6). |
| GALARDI GM | 11/10/09 | 0.90 | CALL WITH R. PACHULSKI RE: CONFIRMATION ISSUE (.4); FOLLOW-UP CALLS WITH COMPANY RE: NEXT STEPS AND CONFIRMATION (.5). |
| GALARDI GM | 11/11/09 | 0.40 | CALL WITH COMMITTEE COUNSEL RE: CONFIRMATION AND CRO (.4). |
| GALARDI GM | 11/13/09 | 0.80 | REVIEW 3020 MOTION AND JOINDER (.4); WORK ON ISSUES RE: PLAN CONFIRMATION AND ADMINISTRATIVE CLAIMS (.3); CALL WITH COMMITTEE RE: CONFIRMATION (.1). |
| GALARDI GM | 11/17/09 | 0.90 | WORK ON STRATEGY RE: 3020 OBJECTIONS (.4); WORK ON STRAEGY RE: VOTING AND OBJECTIONS (.5). |
| GALARDI GM | 11/19/09 | 0.30 | CALL WITH J. MARCUM AND M. MOSIER RE: PLAN ISSUES AND CONFIRMATION (.3). |
| | | **5.90** | |
| **Total Partner** | | **12.60** | |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 11/11/09 | 0.30 | REVIEW COMMONWEALTH OF VIRGINIA'S OBJECTION TO PLAN (.1); REVIEW FLORIDA TAX COLLECTIONS OBJECTION TO PLAN (.2). |
| BAKER SK | 11/12/09 | 0.90 | RESEARCH REGARDING PROPOSED CONCLUSIONS OF LAW AND FINDINGS OF FACT (.9). |
| BAKER SK | 11/13/09 | 0.90 | REVIEW ARLINGTON TEXAS TAXING AUTHORITY'S OBJECTION TO PLAN (.2); REVIEW LOUISVILLE INDEPENDENT SCHOOL DISTRICT'S OBJECTION TP PLAN (.2); REVIEW MARICOPA COUNTY'S OBJECTION TO PLAN OF LIQUIDATION (.1);  REVIEW JOINDER OF APEX DIGITAL AND THQ INC. TO MOTION TO REQUIRE CONFIRMATION DEPOSIT (.2); REVIEW EASTMAN KODAK COMPANY'S OBJECTION TO PLAN (.2); REVIEW LG ELECTRONICS' OBJECTION TO PLAN (.1); REVIEW C. BOOTH OBJECTION TO PLAN (.1). |
| BAKER SK | 11/16/09 | 1.30 | BEGIN RESEARCH REGARDING WAIVER OF RIGHT TO OBJECTION TO CONFIRMATION OF PLAN (1.1); REVIEW OBJECTION TO PLAN OF INTERNAL REVENUE SERVICE (.1); REVIEW OBJECTION OF RIVERSIDE COUNTY TO DEBTORS' PLAN OF LIQUIDATION (.1). |
| BAKER SK | 11/17/09 | 6.10 | RESEARCH REGARDING STANDING TO OBJECT TO CONFIRMATION OF PLAN (3.2); REVIEW CASE LAW REGARDING STANDING TO OBJECT TO CONFIRMATION OF PLAN (1.8); DRAFT MEMO REGARDING STANDING TO OBJECT TO CONFIRMATION OF PLAN OF PLAN (.7); TELEPHONE CALL WITH E. STARKIS REGARDING EQUITY INTEREST HOLDERS PROPOSED TREATMENT UNDER LIQUIDATION PLAN (.2); TELEPHONE CALL WITH REGARDING EQUITY INTEREST HOLDERS PROPOSED TREATMENT UNDER LIQUIDATION PLAN (.2). |
| BAKER SK | 11/18/09 | 0.10 | REVIEW CORRESPONDENCE FROM S. BOEHM REGARDING REVISIONS TO 42ND OMNIBUS OBJECTION (.1). |
| BAKER SK | 11/24/09 | 0.30 | REVIEW SAFECO'S OBJECTION TO DEBTORS PLAN OF LIQUIDATION (.3). |
| | | **9.90** | |
| FREDERICKS IS | 11/03/09 | 2.10 | REVIEW REVISED LIQUIDATING TRUST AGREEMENT (.7); PARTICIPATE IN CONFERENCE WITH D. FOLEY AND CC RE: COMMENTS TO THE AGREEMENT (.5); MULTIPLE CORRESPONDENCE TO AND FROM C. DICKERSON RE: SAME (.3); PARTICIPATE IN CONFERENCE CALL RE: SAME (.6). |
| FREDERICKS IS | 11/04/09 | 3.60 | REVIEW AND REVISE VARIOUS DOCUMENTS FOR PLAN SUPPLEMENT AND MULTIPLE CORRESPODNENCE TO AND FROM COMMITTEE COUNSEL, AND CLIENT RE: SAME (3.6). |

B43E

| FREDERICKS IS | 11/13/09 | 3.40 | CC CALL W/ COUNSEL TO THE COMMITTEE RE: ENGAGEMENT OF TRUSTEE'S FIRM AND RELATED PLAN ISSUES (.7); FOLLOW-UP CONFERENCE CALL WITH J. MARCUM AND M. MOSIER AND RE: SAME (.6); REVIEW VARIOUS OBJECTIONS TO CONFIRMATION (2.1). |
| FREDERICKS IS | 11/18/09 | 1.80 | CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS RE: RESEARCH RELATED TO CERTAIN CONFIRMATION ISSUES (.6); REVIEW SCHIMENTI DRAFT CONFIRMATION OBJECTION AND ADVERSARY COMPLAINT AND MULTIPLE CORRESPONDENCE TO AND FROM D. FOLEY RE: SAME (1.2). |
| | | 10.90 | |
| KUMAR JS | 11/02/09 | 2.50 | CALL WITH SEC CONTACT RE PROPOSED CHANGES TO PLAN AND REVISING PLAN TO REFLECT PROPOSED CHANGES (1.6). REVIEWING PLAN AND SOLICITATION PROCEDURES ORDER RE TIMING OF CONFIRMATION (.9). |
| KUMAR JS | 11/03/09 | 2.90 | CALL RE LIQUIDATING TRUST AGREEMENT AND REVISING LIQUIDATING TRUST AGREEMENT (1.8). REVIEWING AND REVISING CONFIRMATION BRIEF (.8). ADDRESSING MATTERS RE PLAN EXHIBITS (.3). |
| KUMAR JS | 11/04/09 | 6.40 | DRAFTING EXHIBITS TO PLAN, INCLUDING UPDATING LIQUIDATING TRUST AGREEMENT, AND SENDING EXHIBITS TO COMMITTEE (5.2). REVISING CONFIRMATION BRIEF (1.2). |
| KUMAR JS | 11/05/09 | 5.90 | FINALIZING AND FILING PLAN EXHIBITS (5.1). REVIEWING OBJECTIONS TO PLAN (.8). |
| KUMAR JS | 11/06/09 | 3.60 | REVISING CONFIRMATION BRIEF (2.4). UPDATING CONFIRMATION OBJECTION CHART (1.2). |
| KUMAR JS | 11/09/09 | 3.10 | BEGINNING DRAFTING OF CONFIRMATION ORDER (3.1). |
| KUMAR JS | 11/16/09 | 3.70 | REVIEWING MOTIONS FOR CONFIRMATION DEPOSIT AND LEGAL RESEARCH RE SAME (2.4). PULLING AND REVIEWING OBJECTIONS TO CONFIRMATION (1.3). |
| KUMAR JS | 11/17/09 | 7.80 | BEGIN DRAFTING OBJECTION TO MOTIONS FOR CONFIRMATION DEPOSIT (2.3). REVIEWING AND SUMMARIZING OBJECTIONS TO CONFIRMATION (5.5). |
| KUMAR JS | 11/18/09 | 3.60 | REVIEWING AND SUMMARIZING OBJECTIONS TO CONFIRMATION (3.6). |
| KUMAR JS | 11/19/09 | 5.30 | REVIEWING AND SUMMARIZING OBJECTIONS TO CONFIRMATION AND REVISING CHART OF OBJECTIONS (3.3). DRAFTING EMAILS TO OBJECTING PARTIES (.6). LEGAL RESEARCH RE CONFIRMATION DEPOSITS (1.4). |

```
KUMAR JS          11/23/09      0.40   RESPONDING TO EMAILS FROM PLAN
                                       OBJECTORS RE ALLOWED STATUS OF CLAIMS
                                       (.4).

                                45.20

Total Associate                 66.00

HEANEY CM         11/16/09      0.60   REVIEW COURT DOCKETS AND CASE FILES RE:
                                       OBJECTIONS TO MOTIONS TO REQUIRE
                                       CONFIRMATION DEPOSITS (.6).

                                 0.60

Total Legal Assistant            0.60

TOTAL TIME                      79.20
```

41

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                              **Bill Date: 12/09/09**
**Retention / Fee Matters (SASM&F)**                         **Bill Number: 1293307**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| LAZAROFF KA | 11/25/09 | 4.00 | UPDATE LIST OF PARTIES IN INTEREST, 2002 LIST AND ADVERSE PARTIES. |
| LAZAROFF KA | 11/30/09 | 4.80 | REVIEW AND REVISE LIST OF INTERESTED PARTIES AND ASSIGN RELATIONSHIP CODES. |
| | | **8.80** | |
| **Total Associate** | | **8.80** | |
| **TOTAL TIME** | | **8.80** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Retention / Fee Matters / Objections (Others)                      Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 11/13/09 | 0.70 | CALL RE: RETENTION OF CRO (.4); CALL WITH A. SEIGEL RE: SAME (.2); BEGIN REVIEW OF SIEGEL ENGAGEMENT (.1). |
| | | 0.70 | |
| **Total Partner** | | **0.70** | |
| FREDERICKS IS | 11/13/09 | 0.40 | CORRESPONDENCE TO UST AND J. POMERANTZ RE: DJM EXTENSION OF AGREEMENT (.4). |
| | | 0.40 | |
| LAZAROFF KA | 11/04/09 | 1.00 | PREPARE DOCUMENTS FOR ADDITIONAL OCP PROFESSIONAL INCLUDING UPDATING INTERESTED PARTIES LIST. |
| | | 1.00 | |
| **Total Associate** | | **1.40** | |
| **TOTAL TIME** | | **2.10** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Secured Claims                                                     Bill Number: 1293307

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 11/02/09 | 0.30 | CONFERENCE CALL REGARDING MOTION TO CANCEL BONDS (.1); REVIEW CORRESPONDENCE FROM G. BACHRACH REGARDING MOTION TO TERMINATE SURETY BONDS (.2). |
| BAKER SK | 11/04/09 | 0.90 | DRAFT SUPPLEMENTAL OBJECTION TO BOND CLAIM OF SANTEE COOPER (.9). |
| BAKER SK | 11/16/09 | 1.50 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING ENTERGY LOUISIANA BOND CLAIM OF RELEASE OF SAFECO (.3); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING ENTERGY TEXAS, INC.'S BOND CLAIM AND RELEASE OF SAFECO (.3);  REVIEW CORRESPONDENCE FROM M. STOVER REGARDING LOUISIANA LIGHT AND POWER'S BOND CLAIM AND SAFECO RELEASE (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING ENTERGY MISSISSIPPI BOND CLAIM AND SAFECO RELEASE (.3); REVIEW PROPOSED SETTLEMENT AND RELEASE OF ENTERGY GULF STATES BOND CLAIM (.4). |
| BAKER SK | 11/17/09 | 0.90 | TELEPHONE CALL WITH M. STOVER REGARDING SURETY BOND PREMIUMS (.2) REVIEW BOND PREMIUM REPORT PROVIDED BY SAFECO (.7). |
| BAKER SK | 11/18/09 | 1.10 | REVIEW BOND PREMIUM REPORT PROVIDED BY SAFECO (1.1). |
| BAKER SK | 11/23/09 | 0.90 | REVIEW MASSACHUSETTS TURNPIKE AUTHORITY'S BOND CLAIM (.4); DRAFT RESPONSE TO MASSACHUSETTS TURNPIKE AUTHORITY'S BOND CLAIM (.5). |
| BAKER SK | 11/24/09 | 0.30 | REVISE RESPONSE TO BOND CLAIM FILED BY MASSACHUSETTS TURNPIKE AUTHORITY (.3). |
| | | 5.90 | |

Total Associate            5.90

TOTAL TIME                 5.90

B43E