```
Circuit City Stores, Inc. (DIP)                          Bill Date: 01/12/10
General Corporate Advice                                 Bill Number: 1302195
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/09/09 | 0.90 | CALL WITH J. MARCUM RE: BOARD AND CRO ISSUES (.6); CALL WITH A. SEIGEL RE: OPEN ISSUES (.3). |
| GALARDI GM | 12/11/09 | 1.30 | WORK ON ISSUES RE: CRO AND GOVERNANCE (.6); BOARD CALL (.7). |
| GALARDI GM | 12/14/09 | 0.50 | CALLS WITH R. PACHULSKI RE: CRO AND RELATED ISSUES (.5). |
| GALARDI GM | 12/15/09 | 0.30 | CALLS AND EMAILS RE: CRO ISSUES (.3). |
| GALARDI GM | 12/16/09 | 1.40 | CALL WITH BOARD AND A. SIEGEL (1.1); FOLLOW-UP AND PRE-CALLS RE: BOARD MEETING (.3). |
| GALARDI GM | 12/21/09 | 1.60 | CALLS WITH J. MARCUM, R. PACHULSKI AND A. SEIGEL RE: CRO AND OTHER ISSUES. |
| GALARDI GM | 12/22/09 | 2.20 | CALLS AND EMAILS WITH R. PACHULSKI RE: A. SEIGEL (.7); CALLS AND EMAILS WITH J. MARCUM RE: CRO AND RELATED GOVERNANCE ISSUES (.4); BOARD CALL (1.1). |
| GALARDI GM | 12/23/09 | 0.90 | CALLS AND EMAILS RE: CRO AND RELATED ISSUES WITH COMMITTEE COUNSEL (.7); EMAILS WITH BOARD RE: SAME (.2). |
|  |  | **9.10** |  |
| **Total Partner** |  | **9.10** |  |
| FREDERICKS IS | 12/02/09 | 1.20 | PARTICIPATE IN BOD CALL (1.2). |
| FREDERICKS IS | 12/11/09 | 0.90 | PARTICIPATE IN BOARD CALL (.9). |
|  |  | **2.10** |  |
| **Total Associate** |  | **2.10** |  |
| **TOTAL TIME** |  | **11.20** |  |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                   Bill Date: 01/12/10
Asset Analysis and Recovery                                       Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 12/04/09 | 0.80 | CORRESPONDENCE TO AND FROM FTI RE: CERTAIN PREFERENCE ANALYSES AND REVIEW ANALYSES CIRCULATED BY FTI (.8). |
| FREDERICKS IS | 12/21/09 | 1.30 | REVIEW RESEARCH RELATED TO PREFERENCE ACTIONS AGAINST CONSIGNMENT VENDORS AND INITIAL V MEDIATE TRANSFEREES (1.3). |
| FREDERICKS IS | 12/22/09 | 4.90 | REVIEW AND REVISE EA SETTLEMENT SUMMARY (1.2); MULTIPLE TELEPHONE CALLS WITH B. FOSE RE: SAME (1.1); AND RESEARCH WITH RESPECT TO ISSUES RELATED TO EA SETTLEMENT (2.1); REVIEW AND REVISE TIVO STIPULATION AND CORRESPONDENCE TO TIVO'S COUNSEL RE: SAME (.5). |
|  |  | 7.00 |  |
| KUMAR JS | 12/07/09 | 0.90 | REVIEWING AND SUMMARIZING RESTRUCTURING PLAN OF ANDERSON HOMES FOR COMPANY (.9). |
| KUMAR JS | 12/09/09 | 0.30 | DRAFTING BALLOT FOR VOTING ON ANDERSON HOMES PLAN OF REORGANIZATION AND SENDING TO COMPANY (.3). |
| KUMAR JS | 12/16/09 | 0.80 | REVIEWING DOCKET AND COMPANY RECORDS, CONSULTING WITH COMPANY WITH RESPECT TO CLAIM AGAINST CHARTER INVESTMENTS (.8). |
|  |  | 2.00 |  |
| **Total Associate** |  | **9.00** |  |
| **TOTAL TIME** |  | **9.00** |  |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 01/12/10 |
| Asset Dispositions (General) | | | Bill Number: 1302195 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/22/09 | 0.10 | REVIEW AND COMMENT ON EMAILS RE: DRI OFFER (.1). |
| | | **0.10** | |
| **Total Partner** | | **0.10** | |
| FREDERICKS IS | 12/10/09 | 0.20 | CORRESPONDENCE TO M. ATKINSON RE: PROTIVITI'S PREFERENCE ANALYSIS (.2). |
| | | **0.20** | |
| LIBERI JM | 12/07/09 | 0.50 | COMMUNICATE WITH ASSET BUYER RE: PAYMENT TERMS AND INSTRUCTIONS (0.3); COMMUNICATE WITH DEBTORS PERSONNEL (H. FERGUSON) RE: SAME (0.2). |
| | | **0.50** | |
| **Total Associate** | | **0.70** | |
| **TOTAL TIME** | | **0.80** | |

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Automatic Stay (Relief Actions)                              Bill Number: 1302195

NAME               DATE        HOURS    DESCRIPTION

FREDERICKS IS      12/03/09    1.30     WORK WITH CLIENT RE: ISSUES W/ RESPECT
                                        TO DIRECTV (1.3).

                               1.30

Total Associate                1.30

TOTAL TIME                     1.30
```

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/12/10
Business Operations / Strategic Planning                           Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/22/09 | 0.40 | CALLS AND EMAILS RE: CANADIAN AMALGAMATION. |
| | | **0.40** | |
| **Total Partner** | | **0.40** | |
| BAKER SK | 12/01/09 | 0.10 | TELEPHONE CALL WITH H. FERGUSON REGARDING DEBTORS' RECEIVABLES (.1). |
| | | **0.10** | |
| FREDERICKS IS | 12/10/09 | 0.20 | REVIEW WEEKLY CASH FLOW REPORT AND CORRESPONDENCE TO PROTIVITI RE: SAME (.2). |
| FREDERICKS IS | 12/21/09 | 0.40 | REVIEW CANADIAN UPDATE AND CORRESPONDENCE TO M. ATKINSON AND COUNSEL TO THE COMMITTEE RE: SAME (.4). |
| | | **0.60** | |
| KUMAR JS | 12/09/09 | 0.80 | RESPONDING TO AUDIT LETTER FROM COMPANY (.8). |
| KUMAR JS | 12/10/09 | 0.90 | DRAFTING AND REVISING RESPONSE TO AUDIT LETTER FROM COMPANY (.9). |
| KUMAR JS | 12/11/09 | 0.30 | FINALIZING AND SUBMITTING RESPONSE TO AUDIT LETTER (.3). |
| | | **2.00** | |
| **Total Associate** | | **2.70** | |
| **TOTAL TIME** | | **3.10** | |

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 01/12/10
Case Administration                                       Bill Number: 1302195


NAME              DATE         HOURS    DESCRIPTION

BAKER SK          12/03/09      0.20    REVIEW UPDATED CIRCUIT CITY CASE
                                        CALENDAR (.2).

BAKER SK          12/08/09      2.60    CONFERENCE CALL REGARDING ON-SITE
                                        CLIENT CASE MANAGEMENT MEETING (2.6).

BAKER SK          12/21/09      1.10    CONFERENCE CALL REGARDING CASE
                                        MANAGEMENT MEETING (1.1).

                                3.90

FREDERICKS IS     12/02/09      2.50    PARTICIPATE IN MULTIPLE CALLS W/ J.
                                        MARCUM AND M. MOSIER RE: GENERAL CASE
                                        STRATEGY (2.1); REVIEW AND REVISE
                                        AGENDA (.4).

FREDERICKS IS     12/03/09      1.90    REVIEW AND REVISE REVISED VERSION OF THE
                                        AGENDA, PROVIDE FINAL COMMENTS, AND
                                        MULTIPLE CORRESPONDENCE TO AND FROM
                                        LOCAL COUNSEL RE: SAME (.8); TELEPHONE
                                        CALL FROM J. MARCUM RE: GENERAL CASE
                                        STRATEGY (1.1).

FREDERICKS IS     12/07/09      1.70    PREPARE FOR, ATTEND, AND PARTICIPATE IN
                                        OMNIBUS HEARING (1.7).

FREDERICKS IS     12/08/09      1.10    TELEPHONE CALL RE: GENERAL CASE
                                        STRATEGY (.4); REVIEW AND RESPOND TO
                                        VARIOUS CASE RELATED CORRESPONDENCE
                                        (.7).

FREDERICKS IS     12/11/09      2.60    TELEPHONE CALLS AND MULTIPLE
                                        CORRESPONDENCE FROM AND TO VARIOUS
                                        PARTIES IN INTEREST (2.6).

FREDERICKS IS     12/14/09      0.90    REVIEW AND RESPOND TO VARIOUS CASE
                                        RELATED CORRESPONDENCE (.9).

FREDERICKS IS     12/15/09      0.70    REVIEW AND REVISE DRAFT AGENDA FOR 12/21
                                        HEARING (.7).

FREDERICKS IS     12/16/09      1.80    REVIEW AND RESPOND TO VARIOUS CASE
                                        RELATED CORRESPONDENCE (1.8).

FREDERICKS IS     12/21/09      0.90    PARTICIPATE IN HEARING TELEPHONICALLY
                                        (.9).

FREDERICKS IS     12/22/09      0.40    REVIEW AND RESPOND TO CASE RELATED
                                        CORRESPONDENCE (.4).

FREDERICKS IS     12/23/09      1.10    REVIEW AND RESPOND TO VARIOUS CASE
                                        RELATED CORRESPONDENCE (1.1).

                               15.60

Total Associate                19.50

HEANEY CM         12/01/09      1.10    REVIEW DOCKET RE: UPDATES TO 12-7
                                        HEARING AGENDA (.3); EDIT/REVISE AGENDA
                                        (.6) COORDINATE WITH THIRD PARTIES
                                        REGARDING UPDATES (.2).
```

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 12/02/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO 12-7 HEARING AGENDA (.3); EDIT/REVISE HEARING AGENDA (.6); COORDINATE WITH THIRD PARTIES REGARDING EDITS TO AGENDA AND SERVICE (.2). | |
| HEANEY CM | 12/03/09 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); REVIEW AGENDA AND EXHIBITS FOR UPDATES (.4). | |
| HEANEY CM | 12/04/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN AND REVIEW PLEADINGS FOR DISTRIBUTION (.4). | |
| HEANEY CM | 12/07/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). | |
| HEANEY CM | 12/08/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CALENDAR RE: UPDATES FROM 12-7 HEARING (.3). | |
| HEANEY CM | 12/09/09 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARITIES (.6). | |
| HEANEY CM | 12/10/09 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CALENDAR RE STATUS OF MATTERS FOR 12-21 HEARING AGENDA (.4). | |
| HEANEY CM | 12/11/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW AGENDA FOR UPDATES AND EDITS (.3). | |
| HEANEY CM | 12/14/09 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.4); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); EDIT/REVISE 12-21 HEARING AGENDA (1.1); COORDINATE WITH THIRD PARTIES RE: STATUS UPDATES TO 12-21 HEARING AGENDA (.3). | |
| HEANEY CM | 12/15/09 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 12-21 HEARING AGENDA (.7); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). | |
| HEANEY CM | 12/16/09 | 1.60 | REVIEW DOCKET RE: UPDATES TO 12-21 HEARING AGENDA (.3); EDIT/REVISE 12-21 HEARING AGENDA (.9); COORDINATE WITH THIRD PARTIES REGARDING UPDATES TO HEARING AGENDA (.2); COORDINATE WITH THIRD PARTIES REGARDING SERVICE OF AGENDA (.2). | |
| HEANEY CM | 12/18/09 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.1); REVIEW AGENDA FOR UPDATES TO WASTE MANAGEMENT MATTER (.2). | |
| HEANEY CM | 12/21/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). | |

| | | | |
|---|---|---|---|
| HEANEY CM | 12/22/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 12/23/09 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| | | **14.00** | |
| LAMANNA WK | 12/01/09 | 0.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.3). |
| LAMANNA WK | 12/02/09 | 1.20 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE; REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 12/04/09 | 1.20 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.7); PREPARE FOR DRAFTING DEC. 21 HEARING AGENDA (0.5). |
| LAMANNA WK | 12/10/09 | 4.20 | REVIEW COURT DOCKET/CASE DOCUMENTS AND CALENDAR CRITICAL DATES (2.9); BEGIN DRAFT OF DEC. 17 HEARING AGENDA (1.3). |
| LAMANNA WK | 12/11/09 | 1.00 | EDIT/REVISE DEC. 21 HEARING AGENDA. |
| LAMANNA WK | 12/13/09 | 0.70 | EDIT/REVISE DEC. 21 HEARING AGENDA. |
| LAMANNA WK | 12/14/09 | 0.60 | EDIT/REVISE DEC. 21 HEARING AGENDA. |
| LAMANNA WK | 12/17/09 | 2.50 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (0.2); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (2.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 12/22/09 | 0.20 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES. |
| LAMANNA WK | 12/23/09 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 12/30/09 | 2.00 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.8); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (.2). |
| | | **15.20** | |
| **Total Legal Assistant** | | **29.20** | |
| **TOTAL TIME** | | **48.70** | |

Circuit City Stores, Inc. (DIP)                                   Bill Date: 01/12/10
Claims Admin. (General)                                           Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/03/09 | 0.60 | REVIEW OPINION RE: SETOFF AND RECEIVABLES. |
| GALARDI GM | 12/04/09 | 0.20 | REVIEW AND RESPOND TO EMAIL RE: PARAMOUNT CLAIM RECONCILIATION (.2). |
| GALARDI GM | 12/15/09 | 0.90 | REVIEW AND EDIT REPLY TO PANASONIC (.9). |
| GALARDI GM | 12/16/09 | 3.60 | REVIEW AND REVISE BRIEF IN OPPOSITION TO PANASONIC 503(B)(9) CLAIM (3.6). |
| GALARDI GM | 12/17/09 | 5.20 | FINISH REPLY RE: PANASONIC 503(B)(9) CLAIM. |
| GALARDI GM | 12/18/09 | 1.20 | FINAL COMMENTS AND REVIEW OF PANASONIC RESPONSE. |
| GALARDI GM | 12/22/09 | 0.70 | REVIEW CLAIMS WATERFALL (.3); CALL RE: SAME (.4). |
| GALARDI GM | 12/23/09 | 0.30 | EMAILS AND CALLS RE: EA SPORTS SETTLEMENTS. |
| | | **12.70** | |
| **Total Partner** | | **12.70** | |
| BAKER SK | 12/01/09 | 9.60 | DRAFT CORRESPONDENCE TO C. WILSON REGARDING IMATION CONFERENCE CALL (.1); REVIEW SETTLEMENT AGREEMENTS AND STIPULATION REGARDING UPDATED CLAIMS WATERFALL (3.6); DRAFT CORRESPONDENCE TO S. BOEHM REGARDING CLAIMS WATERFALL (.2); TELEPHONE CALL WITH C. WILSON REGARDING DEBTORS' 48TH AND 49TH OMNIBUS OBJECTION (.2); DRAFT CORRESPONDENCE REGARDING SETTLEMENTS REACHED TO DATE (.2); REVIEW DOCUMENTS IN SUPPORT OF 48TH OMNIBUS OBJECTION (2.2); REVIEW TOP 50 503(B)(9) CLAIMS FOR FUTURE OBJECTIONS (3.1). |
| BAKER SK | 12/02/09 | 8.20 | TELEPHONE CALL WITH B. LARKIN REGARDING INTEGRATED LABEL CORPORATION AND DEBTORS' 20TH OMNIBUS OBJECTION (.2); REVIEW TOP 50 PRIORITY AND SECURED CLAIMS (3.6); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES TO BE SETOFF AGAINST FCMN'S CLAIMS (1.2); REVIEW CORRESPONDENCE WITH M. O'LOUGHLIN REGARDING CLAIMS WATERFALL (.2); REVISE REBATE CHECK MOTION (.6); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES TO BE SET OFF AGAINST AUDIOVOX CLAIMS (1.1); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES TO BE SET OFF AGAINST COHESION DESIGNS (.7); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES TO BE SET OFF AGAINST ELECTRIC CRAFTS' CLAIM (.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 12/03/09 | 4.20 | REVIEW CORRESPONDENCE FROM S. CHANETZ REGARDING SONY PICTURES HOME ENTERTAINMENT (.1); REVIEW MEMORANDUM OF OPINION REGARDING DEBTORS' 48TH, 49TH AND 50TH OMNIBUS OBJECTIONS TO CLAIMS (.3); REVISE SUFFICIENCY OF PUBLICATION NOTICE MOTION (3.2); TELEPHONE CALL WITH P. GREENBERG REGARDING PREMIER RESOURCES' OFFER TO SETTLE (.2); REVIEW CLAIMS FILED BY PREMIER RESOURCES (.4). |
| BAKER SK | 12/04/09 | 3.90 | CONFERENCE CALL REGARDING CLAIMS ANALYSES (.3); REVIEW CORRESPONDENCE FROM L. MCCONAHAN REGARDING RECEIVABLES DATA (.1); REVIEW CORRESPONDENCE FROM C. FREELAND REGARDING THOMSON RECEIVABLES (.1); REVIEW CORRESPONDENCE FROM S. BOEHM REGARDING DEBTORS' 55TH OMNIBUS OBJECTION (.1); DRAFT CORRESPONDENCE REGARDING PREMIER RESOURCES' ADMINISTRATIVE CLAIMS (.2); REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING PREMIER RESOURCES ADMINISTRATIVE CLAIM (.1); BEGIN DISCLOSURE RESEARCH REGARDING CLAIM OBJECTIONS REGARDING PREFERENCE (1.6); BEGIN DRAFT OF LETTERS REGARDING CLAIMS OBJECTIONS BASED ON PREFERENCE (1.4). |
| BAKER SK | 12/07/09 | 9.50 | TELEPHONE CALL WITH C. WILSON REGARDING RECEIVABLES CLAIMED (.2); CONVERSATION AND DISCLOSURE RESEARCH REGARDING CLAIMS LITIGATION (7.4); REVIEW 503(B)(9) CLAIMS REGARDING FUTURE CLAIMS OBJECTIONS (1.6); REVIEW FORM LETTER REGARDING CLAIMS OBJECTIONS REGARDING RECEIVABLES AND PREFERENCE DEMAND (.3). |
| BAKER SK | 12/08/09 | 6.60 | CONTINUE CONVERTING AND DISCLOSURE RESEARCH SET OFF AND PREFERENCE LITIGATION (6.6). |
| BAKER SK | 12/09/09 | 7.60 | CORRESPONDENCE WITH B. FOSE REGARDING VON WIN CLAIMS RECONCILIATION (.2); CONTINUE CONNECTION AND DISCLOSURE RESEARCH REGARDING CLAIM OBJECTIONS (2.1); REVIEW AND DRAFT COMMENTS REGARDING PROPOSED COLLECTION LETTERS (1.3); TELEPHONE CALL WITH C. INGRAM REGARDING DOCUMENT PRODUCTION (.2); REVIEW PROPOSED EXHIBITS TO OMNIBUS OBJECTION C2 (.3); REVIEW PROPOSED EXHIBITS TO OMNIBUS OBJECTION C3 (.3); REVIEW CORRESPONDENCE FROM C. WILSON REGARDING RECEIVABLE DATA TO BE SET OFF (.1); DRAFT REPLY TO C. WILSON REGARDING RECEIVABLE DATA TO BE SET OFF (.1); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING DEBTORS' FIFTEENTH OMNIBUS OBJECTION (.2); REVIEW CLAIMS REGARDING VALID LEGAL BASIS FOR FUTURE OBJECTIONS (2.8). |

| | | | |
|---|---|---|---|
| BAKER SK | 12/10/09 | 10.00 | DRAFT CORRESPONDENCE TO MULTIPLE PARTIES REGARDING RESULTS OF CONNECTION AND DISCLOSURE RESEARCH (5.8); REVIEW AND REVISE REPLY TO OBJECTION TO CLAIM OF PANASONIC (3.5); REVIEW DOCUMENTS TO BE PRODUCED TO VENDORS REGARDING SETOFF OF RECEIVABLES (.7). |
| BAKER SK | 12/11/09 | 9.10 | DRAFT CORRESPONDENCE TO NUMEROUS PARTIES REGARDING RESULTS OF CONNECTIONS AND DISCLOSURE RESEARCH (1.4); ANALYZE AND UPDATE DOCUMENTS AND DISCLOSURE RESEARCH (3.3); REVIEW EXHIBITS TO OMNI 64 AND 65 (.8); REVIEW ADMINISTRATIVE CLAIMS AND DRAFT MEMORANDUM REGARDING FUTURE LEGAL BASES FOR OBJECTION (3.6). |
| BAKER SK | 12/14/09 | 8.80 | REVIEW ELECTRONIC DOCUMENTS TO BE PRODUCED TO CLAIMANTS REGARDING DEBTORS' 48TH AND 49TH OMNIBUS OBJECTION (2.1); DRAFT CORRESPONDENCE TO L. MCCONAHA REGARDING DOCUMENTS IN SUPPORT OF DEBTORS' RECEIVABLES RECORDS (.4); DRAFT CORRESPONDENCE TO C. WILSON REGARDING DOCUMENTS IN SUPPORT OF DEBTORS' RECEIVABLES RECORDS (.5); TELEPHONE CALL WITH M. WINSCHEL REGARDING CYBER POWER SYSTEMS CLAIMS (.1); TELEPHONE CALL WITH B. STARK REGARDING FCMA RECEIVABLES (.2); CONFERENCE CALL REGARDING REBATE MOTION (.3); REVISE DISCLOSURE RESEARCH REPORT REGARDING CLAIMS (.8); REVIEW RESPONSES TO DEBTORS' 58TH OMNIBUS OBJECTION TO CLAIMS TO DETERMINE DEBTORS' RESPONSE (1.3); REVIEW RESPONSES TO DEBTORS' 48TH AND 50TH OMNIBUS OBJECTION TO DETERMINE DEBTORS' REPLIES THERETO (2.4); DRAFT MEMORANDUM REGARDING RESPONSE TO DEBTORS' 48TH, 50TH AND 58TH OMNIBUS OBJECTIONS (.7). |
| BAKER SK | 12/15/09 | 6.30 | RESEARCH REGARDING STATUE OF LIMITATIONS UNDER VA LAW APPLICABLE TO NEGOTIABLE INSTRUMENTS REGARDING CLAIMS OBJECTION (2.1); TELEPHONE CALL WITH M. WINSCHUL REGARDING VONWIN CLAIM (.2); TELEPHONE CALL WITH A. GROSSANTI REGARDING CLAIM STATUS (.2); CONFERENCE CALL REGARDING REBATE CHECKS ISSUED BY LOANG AMERICA (.4); REVIEW PREFERENCE DATA IN CONNECTION WITH VARIOUS ADMINISTRATIVE OBJECTIONS CLAIMS (1.2); DRAFT MEMORANDUM REGARDING PREFERENCE AND SET OFF DEMAND LETTERS FOR CLAIMS OBJECTIONS (.8); REVIEW RESPONSES TO DEBTORS' 60TH OMNIBUS OBJECTION (.3); TELEPHONE CALL WITH A. GROSSANTI REGARDING CLAIM NUMBER 5111 (.2); REVISE PUBLICATION NOTICE MOTION (.9). |

| | | | |
|---|---|---|---|
| BAKER SK | 12/16/09 | 4.90 | DRAFT CORRESPONDENCE TO D. MILLER REGARDING REBATE CHECKS (.2); TELEPHONE CALL WITH REPRESENTATIVE OF TUSCALOOSA COUNTY TAX COLLECTOR REGARDING CLAIMS (.2); TELEPHONE CALL WITH P. GREENBERG REGARDING PREMIER RESOURCES CLAIM (.2); REVIEW PREMIER RESOURCES CLAIMS AND MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES (1.4); DRAFT STIPULATION AND CONSENT ORDER REGARDING ALLOWANCE OF PREMIER RESOURCES ADMINISTRATIVE CLAIM AND RESOLUTION OF MOTION (2.7); DRAFT CORRESPONDENCE TO M. STOVER REGARDING HEARING IN BOND MOTION (.2). |
| BAKER SK | 12/17/09 | 9.20 | REVISE MOTION TO DEEM PUBLICATION NOTICE SUFFICIENT (8.1); REVISE STIPULATION AND CONSENT ORDER REGARDING PREMIER RESOURCES CLAIMS (1.1). |
| BAKER SK | 12/18/09 | 8.80 | REVISE REBATE MOTION (1.3); TELEPHONE CALL REGARDING REBATE PROGRESS AND RESEARCH REGARDING INTERLOCUTORY APPEALS REGARDING CLAIMS (2.6); BEGIN DRAFT MOTION TO DISMISS APPEAL ORDER ON DEBTORS 48TH, 49TH, AND 50TH OMNIBUS OBJECTIONS (4.9). |
| BAKER SK | 12/21/09 | 7.00 | REVIEW AND REVISE DRAFT STIPULATION BETWEEN DEBTORS AND ION AUDIO REGARDING CLAIMS (.8); CONFERENCE CALL WITH REPRESENTATIVE OF CYBER POWER REGARDING CLAIMS RECONCILIATION (.5); DRAFT MOTION TO DISMISS APPEAL OF ORDER ON DEBTORS' 48TH, 49TH AND 50TH OMNIBUS OBJECTION (5.7). |
| BAKER SK | 12/22/09 | 5.00 | REVIEW CYBER POWER PREFERENCE ANALYSIS REGARDING CLAIM OBJECTION (.8); DRAFT CORRESPONDENCE TO DAVID HSU REGARDING CYBER POWER PREFERENCE ANALYSIS REGARDING CLAIM OBJECTION (.1); REVIEW DOCUMENTS REGARDING CYBER POWER CLAIMS AND POTENTIAL FUTURE OBJECTIONS (2.2); REVISE CONNECTIONS AND DISCLOSURE RESEARCH REGARDING FUTURE DEMAND LETTERS REGARDING CLAIM OBJECTION (1.6); TELEPHONE CALL WITH K. BARKSDALE REGARDING PREFERENCE AND SET-OFF DATA REGARDING CLAIM OBJECTION (.3). |
| BAKER SK | 12/23/09 | 1.40 | DRAFT CORRESPONDENCE TO DAVID HSU REGARDING PRODUCTION OF DOCUMENTS (.2); TELEPHONE CALL WITH K. MASOR REGARDING CARDINAL COURT CLAIM (.1); REVIEW DOCUMENTS TO BE PRODUCED TO CYBER POWER SYSTEMS REGARDING CLAIM OBJECTION (1.1). |
| | | **120.10** | |
| DANGELO PS | 12/02/09 | 7.20 | WORKED ON RESPONSES TO 19TH AND 33RD OMNIBUS OBJECTIONS. |

| | | | |
|---|---|---|---|
| DANGELO PS | 12/03/09 | 0.60 | WORKED ON RESPONSES TO 4TH, 19TH, AND 33RD OMNIBUS OBJECTIONS (0.6). |
| DANGELO PS | 12/04/09 | 0.30 | CALLS WITH RESPONDENTS TO 19TH AND 33RD OMNIBUS OBJECTIONS (0.3). |
| DANGELO PS | 12/06/09 | 0.70 | DRAFTED STIP AGREEMENT WITH WELLS FARGO (0.7). |
| DANGELO PS | 12/07/09 | 6.20 | WORKED ON ISSUES RELATED TO RESPONSES TO THE DEBTORS' 19TH, 33RD, AND 23RD OMNIBUS OBJECTIONS (4.9); DRAFTED STIP AGREEMENTS FOR 503(B)(9) CLAIMANT (1.3). |
| DANGELO PS | 12/08/09 | 2.70 | WORKED ON ISSUES RELATED TO THE 19TH AND 33RD OMNIBUS OBJECTIONS (0.7); REVIEWED EQUITY AND RETIREMENT PLAN CLAIMS (2.0). |
| DANGELO PS | 12/09/09 | 6.30 | DRAFTED AND EDITED DOCUMENTS RELATED TO THE 19TH AND 33RD OMNIBUS OBJECTIONS, INCLUDING MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS (3.1); STIP AGREEMENTS (2.1); SUPPLEMENTAL ORDERS (1.1). |
| DANGELO PS | 12/10/09 | 0.30 | REVIEWED DOCUMENTS RELATED TO LEASE REJECTIONS CLAIMS AND THE 19TH OMNIBUS OBJECTION (0.3). |
| DANGELO PS | 12/11/09 | 3.80 | DRAFTED STIP AGREEMENTS AND RELATED DOCUMENTS RESOLVING 19TH AND 33RD OMNIBUS OBJECTIONS TO CLAIMS (3.8). |
| DANGELO PS | 12/14/09 | 5.30 | EDITED PLEADINGS AND STIPULATIONS RELATED TO THIRTY-THIRD AND NINETEENTH OMNIBUS OBJECTIONS. |
| DANGELO PS | 12/15/09 | 5.70 | RESOLVED OBJECTIONS AND RESPONSES TO CLAIMS LISTED IN THE 19TH AND 33RD OMNIBUS OBJECTIONS. |
| DANGELO PS | 12/16/09 | 6.60 | RESOLVED RESPONSES FILED TO NINETEENTH AND THIRTY-THIRD OMNIBUS OBJECTIONS. |
| DANGELO PS | 12/17/09 | 6.20 | EDITED PLEADINGS AND STIPULATIONS RELATED TO RESOLVING RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 12/18/09 | 5.60 | EDITED PLEADINGS AND STIPULATION TO RESOLVE OMINOUS OBJECTIONS TO RECLAMATION AND MISCLASSIFIED CLAIMS. |
| DANGELO PS | 12/21/09 | 5.60 | DRAFTED OBJECTION TO MADCOW MOTION FOR ADMIN EXPENSE PAYMENTS (5.1); WORKED ON ISSUES RELATED TO THE 19TH OMNIBUS OBJECTION (0.5). |
| DANGELO PS | 12/22/09 | 3.80 | WORKED ON ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 12/23/09 | 2.80 | DRAFTED PLEADINGS AND STIPULATIONS RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |

**69.70**

| | | | |
|---|---|---|---|
| DOSUNMU FS | 12/02/09 | 0.70 | WORKED ON ADMINISTRATIVE CLAIM ISSUES (.7). |
| DOSUNMU FS | 12/07/09 | 0.60 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.6). |
| | | **1.30** | |
| FREDERICKS IS | 12/01/09 | 3.20 | CONTINUE TO DRAFT PANASONIC REPLY (3.2). |
| FREDERICKS IS | 12/02/09 | 3.70 | WORK ON ISSUES RELATED TO ADJOURNED CLAIMS (2.7); CORRESPONDENCE FROM COUNSEL TO EPSON RE: 47TH OMNI AND ATTENTION TO ISSUES RELATED THERETO (.6); MULTIPLE TELEPHONE CALLS WITH D. FOLEY RE: FOX SETTLEMENT (.4). |
| FREDERICKS IS | 12/03/09 | 4.10 | REVIEW AND REVISE TIVO STIPULATION AND RELATED ISSUES (1.5); REVIEW DOCUMENTS PROVIDED BY FTI RELATED TO TOP 50 FUTURE OBJECTION CLAIMS AND TOP 50 REMAINING CLAIMS (1.1) MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS WITH B. CASHMAN RE: SAME (.6); REVIEW COURT'S OPINION ON SETOFF AND DISCUSS GOING FORWARD STRATEGY (.9). |
| FREDERICKS IS | 12/04/09 | 3.70 | CONFERENCE GENERAL CLAIM STRATEGY (.4); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: FUTURE CLAIM OBJECTION STRATEGY AND REVIEWING ADMIN, SECURED, 503(B)(9), LANDLORD AND PRIORITY CLAIMS AND MULTIPLE TELEPHONE CALLS REGARDING SPECIFIC STRATEGY WITH RESPECT TO EACH CLASS OF CLAIMS (2.7); MULTIPLE CORRESPONDENCE TO AND FROM LOCAL COUNSEL RE: LEGAL NO LIABILITY CLAIMS (.6). |
| FREDERICKS IS | 12/06/09 | 2.70 | CONTINUE TO REVIEW AND REVISE PANASONIC REPLY BRIEF (2.7). |
| FREDERICKS IS | 12/07/09 | 6.60 | CONTINUE TO REVIEW AND REVISE PANASONIC REPLY AND CORRESPONDENCE RE: SAME (3.3); REVIEW AND DISCUSS STRATEGY FOR ADJOURNED CLAIMS WITH LOCAL COUNSEL (2.4); REVIEW STIPULATION WITH WELLS FARGO/PHOTOCO AND CORRESPONDENCE RE: SAME (.3); TELEPHONE CALL RE: CLAIM/SETOFF STRATEGY (.2); REVIEW DRAFT FORM CLAIM MEMORANDUM FOR CLAIM REVIEW (.4). |
| FREDERICKS IS | 12/08/09 | 4.70 | PARTICIPATE IN CASE/CLAIM MEETING WITH CC, MW AND FTI (4.7). |
| FREDERICKS IS | 12/09/09 | 2.80 | REVIEW UPDATED DRAFT OF REPLY TO PANASONIC OBJECTION AND FURTHER REVISE SAME (2.1); MULTIPLE TELEPHONE CALLS RE: SAME (.7). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 12/10/09 | 6.50 | REVIEW MADCOW'S MOTION FOR PAYMENT OF 546(C) ADMIN CLAIM AND CORRESPONDENCE TO AND FROM D. FOLEY RE: SAME (.6); CONTINUE TO REVIEW AND REVISE PANASONIC REPLY AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (4.2); REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS (SOUTHPEAK, FOX, AND SAMSUNG) AND CORRESPONDENCE RE: SAME (1.7). |
| FREDERICKS IS | 12/11/09 | 2.30 | CONTINUE TO REVIEW, REVISE AND FINALIZE DRAFT PANASONIC REPLY AND CORRESPONDENCE RE: SAME (2.3). |
| FREDERICKS IS | 12/14/09 | 3.40 | REVIEW AND REVISE MOTION TO DEEM PUBLICATION NOTICE ADEQUATE AND TELEPHONE CALL RE: SAME (1.4); REVIEW AND REVISE CORRESPONDENCE TO THOMSON RE: INFORMAL DISCOVERY (.3); ATTENTION TO VARIOUS SECURED, ADMIN, AND PRIORITY CLAIM ISSUES (2.7). |
| FREDERICKS IS | 12/15/09 | 7.30 | CONFERENCE RE: PANASONIC REPLY AND REVISE REPLY TO INCORPORATE COMMENTS (2.4); REVIEW ADJOURNED CLAIMS SUMMARY CHART AND UPDATE (2.5); REVIEW CORRESPONDENCE AND TELEPHONE CALL RE: VARIOUS CLAIM ISSUES AND CLAIM SETTLEMENTS (1.6); MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALLS W/ S. BAKER RE: VARIOUS CLAIM ISSUES (.4); CORRESPONDENCE FROM AND TELEPHONE CALL W/ D. BLANKS RE: CLAIM SETTLEMENTS (.4). |
| FREDERICKS IS | 12/16/09 | 4.10 | PREPARE FOR AND PARTICIPATE IN CALL RE: ADJOURNED CLAIMS (1.6); REVIEW AND REVISE VARIOUS CLAIM STIPULATIONS AND CORRESPONDENCE RE: SAME (1.3); REVIEW, REVISE AND FINALIZE DRAFT OF PANASONIC REPLY PER COMMENTS (1.2). |
| FREDERICKS IS | 12/17/09 | 1.40 | PREPARE FOR AND PARTICIPATE IN TELECONFERENCE WITH CC RE: MICROSOFT AND OTHER CLAIM MATTERS (.7); REVIEW COMMENTS FROM D. FOLEY RE: PANASONIC AND TELEPHONE CALL RE: SAME (.4); REVISE PANASONIC REPLY RE: SAME (.3). |
| FREDERICKS IS | 12/21/09 | 4.70 | PARTICIPATE IN GENERAL CLAIM MEETING WITH CC AND MCGUIREWOODS (.9); REVIEW AND REVISE VARIOUS STIPULATIONS RESOLVING CLAIMS AND CORRESPONDENCE AND TELEPHONE CALLS WITH RESPECT THERETO (2.6); REVIEW RESEARCH RELATED TO 507(A)(4) CLAIMS (.3); REVIEW MADCOW MOTION FOR ALLOWANCE OF ADMIN CLAIM AND TELEPHONE CALL RE: SAME (.9). |
| FREDERICKS IS | 12/22/09 | 1.70 | REVIEW AND REVISE STIPULATION WITHDRAWING APPEAL FROM SETOFF ORDER AND CORRESPONDENCE TO AND FROM D. FOLEY RE: SAME (.8); MULTIPLE CORRESPONDENCE TO AND FROM CC RE: VARIOUS CLAIM ISSUES/QUESTIONS (.9). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 12/23/09 | 2.30 | REVIEW AND REVISE CORRESPONDENCE TO VARIOUS 503(B)(9) CLAIMANTS SUBJECT TO NON "GOODS" OBJECTION (.8); REVIEW AND REVISE VARIOUS STIPULATIONS AND PROPOSED ORDERS RESOLVING PENDING CLAIM OBJECTIONS (.9); CONFERENCE CALL WITH COUNSEL TO MADCOW RE: RESOLVING PENDING MOTIONS FOR 503(B)(9) AND CLAIMS (.6). |
| FREDERICKS IS | 12/24/09 | 0.40 | TELEPHONE CALL WITH J. MORRIS RE: EA SETTLEMENT (.4). |
| FREDERICKS IS | 12/28/09 | 0.70 | MULTIPLE CORRESPONDENCE FROM AND TO CC RE: VARIOUS SETTLEMENTS AND CLAIM ISSUES (.7). |
| | | **66.30** | |
| KORKIS C | 12/09/09 | 0.40 | RESEARCH REGARDING NON-GOODS REPLY BRIEF. |
| KORKIS C | 12/14/09 | 2.10 | RESEARCH REGARDING PREDOMINANT PURPOSE OF CONSTRUCTION CONTRACTS (1.0); BEGAN DRAFTING DISCOVERY REQUEST REGARDING SAME (1.1). |
| KORKIS C | 12/15/09 | 5.90 | RESEARCH REGARDING PREDOMINANT PURPOSE OF CONSTRUCTION CONTRACTS (2.0); DRAFTED DISCOVERY REQUESTS REGARDING SAME (3.0); BEGAN DRAFTING MOTION FOR SUMMARY JUDGMENT REGARDING SAME (.9). |
| KORKIS C | 12/16/09 | 6.50 | REVISED DISCOVERY REQUEST REGARDING CONSTRUCTION CONTRACT CLAIMS OBJECTION (2); REVIEWED CLAIM, OBJECTION, AND RESPONSE FOR SCHIMENTI CONSTRUCTION CO. (1.5); BEGAN DRAFTING SUMMARY JUDGMENT MOTION REGARDING SAME (3.0). |
| KORKIS C | 12/17/09 | 5.20 | DRAFTED MOTION FOR SUMMARY JUDGMENT REGARDING SCHIMENTI CONSTRUCTION CO-CLAIM OBJECTION. |
| KORKIS C | 12/18/09 | 4.00 | DRAFTED MOTION FOR SUMMARY JUDGMENT REGARDING SCHIMENTI CONSTRUCTION CO-CLAIM OBJECTION. |
| KORKIS C | 12/21/09 | 2.60 | RESEARCH REGARDING CONSTRUCTION CONTRACTS FOR CLAIM OBJECTION (.6); FINISHED DRAFTING MOTION FOR SUMMARY JUDGMENT REGARDING SCHIMENTI CONSTRUCTION CO-CLAIM OBJECTION (2). |
| KORKIS C | 12/22/09 | 1.50 | GATHERED PRECEDENT AND OTHER DOCUMENTS FOR FORM COMBINED OBJECTION AND ADVERSARY PROCEEDING REGARDING UNSETTLED 503(B)(9) CLAIM OBJECTIONS. |
| KORKIS C | 12/28/09 | 5.10 | RESEARCHED PRECEDENT FOR COMBINED OBJECTION AND ADVERSARY PROCEEDING (1.5); ORGANIZED AND BEGAN DRAFTING OBJECTION AND COMPLAINT (3.6). |
| KORKIS C | 12/29/09 | 5.00 | DRAFTED FORM OBJECTION AND COMPLAINT REGARDING UNSETTLED 503(B)(9) CLAIMS OBJECTIONS. |

| | | | |
|---|---|---|---|
| KORKIS C | 12/30/09 | 4.00 | DRAFTED FORM OBJECTION AND COMPLAINT REGARDING UNSETTLED 503(B)(9) CLAIM OBJECTION. |
| | | **42.30** | |
| KUMAR JS | 12/01/09 | 2.30 | REVIEWING AND ANALYZING ADJOURNED CLAIMS REPORTS (2.3). |
| KUMAR JS | 12/02/09 | 5.50 | REVIEWING AND ANALYZING ADJOURNED CLAIMS REPORTS AND EMAILING FTI RE SAME (4.8); CONTACTING COMPANY RE SUPPORT FOR CHANGES TO DIRECTV STIPULATION (.1); REVIEWING CERTAIN ISSUES RE EPSON AMERICA'S PROOF OF CLAIM FOR I. FREDERICKS (.4); REVISING DRAFT ORDER RESOLVING WASTE MANAGEMENT'S MOTION FOR A LATE CLAIM (.2). |
| KUMAR JS | 12/03/09 | 4.70 | SENDING CHAPTER 13 NOTICE TO COUNSEL TO CHASE (.2); REVIEWING CLAIMS REGISTER AND MATERIAL FROM COMPANY WITH RESPECT TO DIRECTV AND EMAILING DIRECTV RE STATUS OF STIPULATION RESOLVING CLAIMS (1.4); REVISING ND EMAILING COMPANY RE STIPULATION RESOLVING CLAIMS WITH TIVO, DISCUSSING SAME WITH COMPANY AND REVISING STIPULATION ACCORDINGLY (1.9); REVIEWING INFORMATION FROM MCGUIREWOODS RE ADJOURNED CLAIMS LISTINGS (1.1); EMAILING COMPANY RE WITHDRAWING PROOF OF CLAIM AGAINST CHARTER INVESTMENT (.3). |
| KUMAR JS | 12/04/09 | 1.50 | CALL WITH WORK GROUP RE UPCOMING CLAIMS REVIEW AND REVIEWING ASSOCIATED MATERIALS (1.5). |
| KUMAR JS | 12/07/09 | 4.90 | DRAFTING FORM DEMAND LETTER (2.4); COMPILING CONNECTIONS AND DISCLOSURE RESULTS FOR CERTAIN SIGNIFICANT CREDITORS (1.8); DISCUSSING PROCESS FOR CLAIMS REVIEW AND DEMAND LETTERS (.7). |
| KUMAR JS | 12/08/09 | 5.80 | CONTINUING TO REVIEW CONNECTIONS AND DISCLOSURE RESEARCH AND COMPILE RESULTS (5.2); EMAILING COUNSEL RE MOTIONS FOR LATE CLAIMS (.6). |
| KUMAR JS | 12/09/09 | 2.60 | REVISING AND FINALIZING SUPPLEMENTAL ORDER WITH RESPECT TO THE 8TH OMNIBUS OBJECTION AND CALL WITH WASTE MANAGEMENT RE SAME (1.1); REVIEWING AND COMPILING CONNECTIONS AND DISCLOSURE RESEARCH RESULTS (1.5). |
| KUMAR JS | 12/10/09 | 4.90 | SENDING EMAILS RE RESEARCH (4.9). |

| | | | |
|---|---|---|---|
| KUMAR JS | 12/11/09 | 4.50 | CONTINUE SENDING EMAILS RE CLAIMS CONNECTIONS AND DISCLOSURE RESEARCH AND CHARTING RESPONSES (.8); DRAFTING SUMMARY OF ONGOING SETTLEMENT NEGOTIATIONS FOR THE CREDITORS' COMMITTEE (2.9); CORRESPONDING WITH COUNSEL RE ADJOURNING MOTIONS FOR LATE-FILED CLAIMS (.4); RESPONDING TO VARIOUS ISSUES WITH RESPECT TO THE ADJOURNED CLAIMS LISTINGS OF FTI AND MCGUIREWOODS (.4). |
| KUMAR JS | 12/14/09 | 6.80 | REVIEWING COMMENTS FROM FTI AND MCGUIREWOODS RE ADJOURNED CLAIMS AND EMAILING RESPONSES (2.3); REVIEWING AND SUMMARIZING RESPONSES TO 56TH OMNIBUS OBJECTION (1.7); REVISING AND SUPPLEMENTING SUMMARY OF SETTLEMENT NEGOTIATIONS FOR COMMITTEE (1.9); REVISING STIPULATION WITH CHARTER COMMUNICATIONS AND DRAFTING CONSENT MOTION (.9). |
| KUMAR JS | 12/15/09 | 5.10 | REVISING AND SUPPLEMENTING SUMMARY OF ONGOING SETTLEMENT NEGOTIATIONS FOR THE COMMITTEE (2.5); SENDING FOLLOW UP EMAILS RE CONNECTIONS AND DISCLOSURE AND CHARTING RESPONSES (.9); FINALIZING AND FILING CONSENT MOTION AND STIPULATION WITH CHARTER COMMUNICATIONS (.3); SUMMARIZING RESPONSES TO 56TH OMNIBUS OBJECTION (1.4). |
| KUMAR JS | 12/16/09 | 6.30 | FINISHING SUMMARIZING RESPONSES TO 56TH OMNIBUS OBJECTION (.4); REVIEWING ADMINISTRATIVE CLAIMS (2.3); REVISING NOTICE OF WITHDRAWAL OF WASTE MANAGEMENT'S MOTION FOR LATE-FILED CLAIM AND CORRESPONDENCE WITH WASTE MANAGEMENT'S COUNSEL RE SAME (.6); REVIEWING MATERIALS AND EMAILING COMPANY RE STIPULATION WITH ION AUDIO AND MICROSOFT TO RESOLVE CLAIMS DISPUTES (2.1); REVISING SUMMARY OF ONGOING SETTLEMENT NEGOTIATIONS FOR COMMITTEE (.9). |
| KUMAR JS | 12/17/09 | 3.80 | CALL WITH COMPANY RE POTENTIAL SETTLEMENTS WITH MICROSOFT AND ION AUDIO (.3); DRAFT STIPULATION WITH ION AUDIO RE SETTLEMENT OF CLAIMS (2.1); EMAILING COUNSEL TO TIVO RE POTENTIAL STIPULATION WITH TIVO (.6). REVISING NOTICE OF WITHDRAWAL WITH RESPECT TO CLAIM AGAINST CHARTER INVESTMENTS AND FINALIZING FOR SUBMISSION BY CHARTER (.8). |
| | | **58.70** | |
| LAZAROFF KA | 12/02/09 | 3.70 | ATTENTION TO ISSUES WITH LEASE AND REAL PROPERTY SALES OR REJECTION AND DOCUMENTATION THEREOF FOR USE IN CLAIM OBJECTIONS AND REPLIES. |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 12/03/09 | 7.00 | BEGIN REVIEWING DOCUMENTS RELATED TO GRAPHIC COMMUNICATION 503(B)(9) CLAIM (.3); REVIEW DOCUMENTS AND PLEADINGS RELATED TO AND BEGIN DRAFTING MOTION TO STAY DISCOVERY REQUESTS OF PARAMOUNT (6.7). |
| LAZAROFF KA | 12/04/09 | 2.00 | TELECONFERENCE REGARDING CLAIMS STRATEGIES (.5), REVIEW OF CERTAIN LANDLORD CLAIMS (1.5). |
| LAZAROFF KA | 12/07/09 | 7.50 | REVIEW AND REVISE PANASONIC 503(B)(9) REPLY (3.0); RESEARCH REGARDING THE SAME (4.5). |
| LAZAROFF KA | 12/08/09 | 4.80 | REVIEW AND REVISE PANASONIC 503(B)(9) REPLY AND ADDITIONAL RESEARCH REGARDING THE SAME (3); CONNECTIONS AND DISCLOSURE RESEARCH REGARDING VENDORS WITH RECEIVABLES AND PREFERENCES (1.8). |
| LAZAROFF KA | 12/09/09 | 4.50 | REVIEW AND REVISE PANASONIC 503(B)(9) REPLY (2.5); RESEARCH RELATING TO SAME (2.0). |
| LAZAROFF KA | 12/10/09 | 5.00 | REVIEW AND REVISE PANASONIC 503(B)(9) REPLY (3.0); RESEARCH RELATING TO SAME (2.0). |
| LAZAROFF KA | 12/11/09 | 4.00 | REVIEW GGP CLAIMS FOR STIPULATION. |
| LAZAROFF KA | 12/14/09 | 6.50 | REVIEW AND SUMMARIZE LANDLORD CLAIMS (.5); RESEARCH ON 502(B)(6) FOR OBJECTIONS TO LANDLORD CLAIMS (6.0). |
| LAZAROFF KA | 12/15/09 | 7.30 | TELECONFERENCE RE REVISIONS TO PANASONIC 503(B)(9) REPLY (.3); CONTINUE RESEARCH ON 502(B)(6) (7.0). |
| LAZAROFF KA | 12/16/09 | 9.00 | REVIEW AND REVISE AND RESEARCH RELATED TO PANASONIC 503(B)(9) REPLY (2); RESEARCH RE NON-LANDLORD CLAIMS ASSERTIONS RELATING TO LEASES (4.5); REVIEW LEASES OF LANDLORD CLAIMANTS (1.7); REVISE SUMMARY CHART OF LANDLORD CLAIMS (.8). |
| LAZAROFF KA | 12/17/09 | 8.00 | RESEARCH RE LANDLORDS' CLAIMS ASSERTIONS (7.6); ATTENTION TO INQUIRIES ABOUT THE COMPANY'S OWNED AND LEASED REAL ESTATE (.2); ATTENTION TO LANDLORD'S ADMIN CLAIM AGREEMENT (.2). |
| LAZAROFF KA | 12/18/09 | 7.50 | RESEARCH RE LANDLORDS' CLAIMS ASSERTIONS. |
| LAZAROFF KA | 12/21/09 | 6.80 | BEGIN DRAFTING MEMO ON LEASE REJECTION DAMAGES FOR USE IN OBJECTIONS TO LANDLORD CLAIMS (5.5); UPDATE SUMMARY CHART OF LANDLORD CLAIMS AND ISSUES (.3); RESEARCH VALIDITY OF CLAIMS ASSERTED UNDER SECTION 502(B)(6) (1.0). |
| LAZAROFF KA | 12/22/09 | 3.50 | CONTINUED DRAFTING SECTION ON 502(B)(6) FOR INCLUSION IN OBJECTION TO LANDLORDS' CLAIMS. |