| | | | |
|---|---|---|---|
| LAZAROFF KA | 12/28/09 | 5.20 | REVIEW LEASE REJECTION DATES AND ASSOCIATED PLEADINGS AND RESPOND TO INQUIRY REGARDING THE SAME (.3); CONTINUE REVIEWING RESEARCH AND DRAFTING MEMO ON THE SCOPE OF 502(B)(6) FOR LANDLORD CLAIM OBJECTIONS (3); CONTINUE DRAFTING INITIAL LANDLORD CLAIM OBJECTION (1.9). |
| LAZAROFF KA | 12/29/09 | 6.00 | CONTINUE DRAFTING MEMOS ON SCOPE OF SECTION 502(B)(6) FOR LANDLORD OBJECTIONS (4.5); BEGIN REVIEW OF RESEARCH AND DRAFT MEMO ON LANDLORD CLAIMS FOR ATTORNEYS' FEES (1.5). |
| LAZAROFF KA | 12/30/09 | 5.30 | RESEARCH ALLOWANCE OF POST-PETITION ATTORNEYS' FEES FOR UNSECURED CREDITORS AND LANDLORDS (2.0); SUMMARIZE ATTORNEYS' FEES CASELAW (.7); REVIEW LANDLORD CLAIMS AND ISSUES STATED THEREIN (1.5); DRAFT FORM OBJECTION TO LANDLORD CLAIMS (.6); REVIEW 502(B)(6) RESEARCH (.5). |
| | | **103.60** | |
| LIBERI JM | 12/02/09 | 3.20 | FOLLOW UP ON DEBTORS' REQUESTS FOR FURTHER INFORMATION REQUIRED TO ANALYZE AND RECONCILE ASSERTED CLAIMS (0.6); REVIEW DATA RE: LARGEST REMAINING CLAIMS FOR ANALYSIS/OBJECTION PURPOSES (1.8); REVIEW STATUS OF PENDING DISPUTES RE: SAME (0.4); REVIEW INFORMATION RE: PROPOSED FUTURE CLAIMS OBJECTIONS (0.4). |
| LIBERI JM | 12/03/09 | 0.60 | COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: CLAIMS MATTERS (0.3); FOLLOW UP WITH COUNSEL FOR ACTIVISION RE: CLAIMS MATTERS (0.3). |
| LIBERI JM | 12/04/09 | 0.80 | REVIEW INFORMATION RE: PROPOSED OBJECTION TO LEGAL CLAIMS (0.4); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS MATTERS (0.4). |
| LIBERI JM | 12/07/09 | 1.90 | REVIEW CLAIMS DATA RE: CLAIMS IMPROPERLY ASSERTED AGAINST DEBTOR ENTITIES (1.3); REVIEW DOCUMENTATION AND COMMUNICATIONS RE: SAME (0.6). |
| LIBERI JM | 12/08/09 | 3.10 | CONFERENCE CALL RE: CLAIMS ADMINISTRATION MATTERS INCLUDING FUTURE CLAIMS OBJECTIONS (2.1); COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: CLAIMS MATTERS (0.2); REVIEW MULTIPLE CLAIMS AND SUPPORTING DOCUMENTATION FILED BY COLUMBUS DISPATCH (0.8). |
| LIBERI JM | 12/09/09 | 0.60 | REVIEW DATA AND CLAIMS RE: SIXTY-SECOND OMNIBUS OBJECTION (0.6). |
| LIBERI JM | 12/10/09 | 1.10 | REVIEW, REVISE AND PREPARE FOR FILING SIXTY-SECOND OMNIBUS OBJECTION (1.1). |

| | | | |
|---|---|---|---|
| LIBERI JM | 12/11/09 | 4.10 | REVIEW STATUS OF RESPONSES TO CLAIMS OBJECTIONS (2.3); REVIEW CLAIMS SUBJECT TO PENDING OBJECTIONS AND CONSIDER POTENTIAL RESOLUTIONS (1.6); COMMUNICATE WITH COUNSEL FOR BETHESDA SOFTWORKS RE: PENDING CLAIMS AND OBJECTIONS (0.2). |
| LIBERI JM | 12/21/09 | 1.50 | CONFERENCE CALL RE: CLAIMS OBJECTION MATTERS (0.9); REVIEW STATUS OF RESPONSES TO PRIOR CLAIMS OBJECTIONS (0.6). |
| LIBERI JM | 12/29/09 | 1.60 | COMMUNICATE WITH DEBTOR PERSONNEL (K. BARKSDALE, S. THORTON) RE: CLAIMS RECONCILIATION MATTERS AND INFORMATION REQUESTS (0.3); REVIEW OUTSTANDING INFORMATION REQUESTS (0.5); FOLLOW UP WITH CREDITORS RE: DEBTORS' PRIOR REQUESTS FOR INFORMATION REQUIRED TO RECONCILE CLAIMS (0.8). |
| | | 18.50 | |
| **Total Associate** | | 480.50 | |
| HEANEY CM | 12/14/09 | 0.60 | REVIEW DOCKET AND CASE FILES RE STATUS OF VARIOUS CLAIMS FOR HEARING PREPARATION (.4); OBTAIN, REVIEW AND DISTRIBUTE NOTICE OF WITHDRAWAL OF RESPONSE TO CLAIM OBJECTION (.2). |
| HEANEY CM | 12/16/09 | 0.60 | REVIEW DOCKET RE: UPDATES CLAIMS MATTERS (.3); ASSIST ATTORNEYS WITH PREPARATION OF SUMMARY JUDGMENT MOTION (.3). |
| HEANEY CM | 12/17/09 | 1.10 | REVIEW DOCKET AND CASE FILES RE: ASSIST ATTORNEYS WITH UPDATES TO STATUS OF VARIOUS CLAIMS (.4); OBTAIN, ORGANIZE AND PREPARE DOCUMENTS IN CONNECTION WITH RECLAMATION SUMMARY JUDGMENT MOTION (.7). |
| HEANEY CM | 12/18/09 | 4.50 | ASSIST ATTORNEYS WITH PREPARATION OF SUMMARY JUDGMENT MOTION; REVIEW COURT DOCKETS RE: PRE-2005 RECLAMATION ORDERS TO BE USED A PRECEDENT (.9); OBTAIN, ORGANIZE AND DISTRIBUTE ORDER (.2); DRAFT, EDIT/REVISE MOTION FOR SUMMARY JUDGMENT (.3); UPDATE AND REVISE SERVICE LIST RE: MOTION FOR SUMMARY JUDGMENT (.3); ASSIST ATTORNEYS WITH PREPARE OF SUMMARY JUDGMENT FOR FILING (2.2). |
| | | 6.80 | |
| **Total Legal Assistant** | | 6.80 | |
| **TOTAL TIME** | | **500.00** | |

21

B43E

Circuit City Stores, Inc. (DIP)                                BillDate: 01/12/10
Claims Admin. (Reclamation/Trust Funds)                        Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/15/09 | 1.10 | BEGIN REVIEWING AND REVISING OMNIBUS OBJECTION TO RECLAMATION CLAIMS (1.1). |
| | | **1.10** | |
| **Total Partner** | | **1.10** | |
| DANGELO PS | 12/01/09 | 8.90 | WORKED ON OMNIBUS REPLY TO RECLAMATION CLAIMANTS' RESPONSES. |
| DANGELO PS | 12/03/09 | 7.50 | WORKED ON MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS (7.5). |
| DANGELO PS | 12/04/09 | 3.20 | WORKED ON MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS (3.2). |
| DANGELO PS | 12/06/09 | 2.10 | WORKED ON MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS (2.1). |
| DANGELO PS | 12/10/09 | 1.50 | EDITED SUMMARY JUDGMENT MOTION REGARDING RECLAMATION CLAIMS OBJECTIONS (1.5). |
| DANGELO PS | 12/11/09 | 1.90 | WORKED ON MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS (1.9). |
| DANGELO PS | 12/12/09 | 2.10 | REVISED MOTION FOR SUMMARY JUDGMENT REGARDING RECLAMATION CLAIMS OBJECTIONS. |
| DANGELO PS | 12/13/09 | 1.40 | RESEARCH REGARDING GOOD FAITH PURCHASERS REGARDING RECLAMATION CLAIMS OBJECTIONS. |
| | | **28.60** | |
| FREDERICKS IS | 12/02/09 | 0.50 | TELEPHONE CALL RE: RECLAMATION REPLY AND CONDUCT RESEARCH RE: SAME (.5). |
| FREDERICKS IS | 12/03/09 | 1.10 | CONFERENCE CALL RE: DIP PAYOFF INFORMATION FOR PURPOSES OF RECLAMATION SJ MOTION AND MULTIPLE CORRESPONDENCE RE: SAME (.4); MULTIPLE CORRESPONDENCE TO AND FROM D. STERN RE: OBJECTION TO PARAMOUNT RECLAMATION CLAIM, DISCOVERY AND RELATED ISSUES (.7). |
| FREDERICKS IS | 12/04/09 | 4.70 | FURTHER REVIEW AND REVISE RECLAMATION SJ MOTION (4.7). |
| FREDERICKS IS | 12/09/09 | 5.60 | REVIEW UPDATED DRAFT OF MOTION FOR SUMMARY JUDGMENT RE: RECLAMATION CLAIMS AND FURTHER REVISE SAME (4.7); DRAFT OUTLINE OF MARCUM AFFIDAVIT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND TELEPHONE CALL RE: SAME (.9). |

22                                                                             B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 12/11/09 | 3.10 | REVIEW, REVISE AND UPDATE MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO VARIOUS RECLAMATION CLAIMS (3.1). |
| FREDERICKS IS | 12/13/09 | 3.70 | CONTINUE TO REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT RE: RECLAMATION CLAIMS AND CONDUCT RESEARCH RE: SAME (3.7). |
| FREDERICKS IS | 12/14/09 | 0.60 | REVIEW AND REVISE DRAFT AFFIDAVIT OF J. MARCUM IN SUPPORT OF RECLAMATION MOTION (.6). |
| FREDERICKS IS | 12/17/09 | 11.30 | CONFERENCE RE: SUMMARY JUDGMENT MOTION (.7); CONDUCT ADDITIONAL RESEARCH AND DRAFT ADDITIONAL ARGUMENT SECTION TO SUMMARY JUDGMENT MOTION (10.6). |
| FREDERICKS IS | 12/18/09 | 12.70 | REVIEW AND REVISE RECLAMATION SUMMARY JUDGMENT MOTION TO INCORPORATE COMMENTS, CONDUCT ADDITIONAL RESEARCH RE: SAME, AND FINALIZE FOR FILING (12.7). |
| | | **43.30** | |
| KUMAR JS | 12/18/09 | 2.80 | REVIEWING ADMINISTRATIVE CLAIMS (1.3); RESEARCH FOR SUMMARY JUDGMENT MOTION WITH RESPECT TO CERTAIN RECLAMATION CLAIMS (.7); DRAFTING ORDER WITH RESPECT TO RECLAMATION SUMMARY JUDGMENT MOTION (.8). |
| | | 2.80 | |
| **Total Associate** | | 74.70 | |
| **TOTAL TIME** | | **75.80** | |

23                                                                 B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Creditor Meetings / Statutory Committees                     Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 12/15/09 | 1.80 | DISCUSSIONS RE COMMITTEE ISSUES; DISCUSSIONS WITH CLIENT RE ONGOING GOVERNANCE/MANAGEMENT ISSUES RAISED BY CREDITORS COMMITTEE. |
| | | 1.80 | |
| GALARDI GM | 12/01/09 | 0.70 | CALL WITH J. MARCUM RE: STATUS OF NEGOTIATIONS WITH COMMITTEE (.4); FOLLOW-UP RE: SAME AND CRO ISSUES (.3). |
| GALARDI GM | 12/08/09 | 0.60 | CALL WITH R. PACHULSKI RE: OPEN ISSUES. |
| GALARDI GM | 12/31/09 | 0.70 | EMAILS RE: GOVERNANCE AND OTHER ISSUES (.7). |
| | | 2.00 | |
| **Total Partner** | | **3.80** | |
| FREDERICKS IS | 12/29/09 | 0.80 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH ADVISORS TO CREDITORS' COMMITTEE RE: VARIOUS SETTLEMENTS AND GENERAL CASE STATUS/STRATEGY (.8). |
| | | 0.80 | |
| **Total Associate** | | **0.80** | |
| **TOTAL TIME** | | **4.60** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Disclosure Statement / Voting Issues                         Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 12/21/09 | 0.40 | REVIEW AND REVISE DECLARATION RE: VOTING RESULTS (.4). |
|  |  | **0.40** |  |
| KUMAR JS | 12/03/09 | 0.90 | REVIEWING AND REVISING TABULATION DECLARATION FROM KCC (.9). |
| KUMAR JS | 12/17/09 | 0.80 | EDITING VOTING DECLARATION (.8). |
|  |  | **1.70** |  |
| **Total Associate** |  | **2.10** |  |
| **TOTAL TIME** |  | **2.10** |  |

Circuit City Stores, Inc. (DIP)                                     Bill Date: 01/12/10
Employee Matters (General)                                          Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/10/09 | 0.60 | WORK ON ISSUES RE: MARCUM INCENTIVE CALCULATION WITH FTI. |
| | | **0.60** | |
| **Total Partner** | | **0.60** | |
| BAKER SK | 12/23/09 | 4.00 | REVISE MOTION TO REJECT MARCUM AGREEMENT (2.9); REVIEW DOCUMENTS REGARDING INCENTIVE AND RETENTION PLAN MOTIONS (1.1). |
| | | **4.00** | |
| FREDERICKS IS | 12/10/09 | 1.70 | CORRESPONDENCE RE: INCENTIVE PLAN (.5); REVIEW PRIOR AND CONDUCT ADDITIONAL RESEARCH WITH RESPECT THERETO (1.2). |
| FREDERICKS IS | 12/14/09 | 0.20 | REVIEW PROPOSED CORRESPONDENCE TO EEOC AND CORRESPONDENCE TO R. SALINS RE: SAME (.2). |
| FREDERICKS IS | 12/15/09 | 1.70 | REVIEW CORRESPONDENCE AND DOCUMENTS FROM CC RE: VARIOUS EMPLOYEE POLICIES AND CORRESPONDENCE TO CC RE: SAME (1.2); REVIEW DRAFT CONSULTING AGREEMENT WITH J. MARCUM (.5). |
| FREDERICKS IS | 12/23/09 | 5.10 | REVIEW AND REVISE MOTION TO APPROVE CONSULTING AGREEMENT, REJECTION OF EMPLOYMENT AGREEMENT, AND INCENTIVE BONUS AND TELEPHONE CALLS RE: SAME (4.2); REVIEW CONSULTING AGREEMENT AND CORRESPONDENCE TO AND TELEPHONE CALL WITH J. MARCUM RE: SAME (.6); FOLLOW-UP TELEPHONE CALL RE: QUESTIONS/CONCERNS FROM J. MARCUM (.3). |
| | | **8.70** | |
| KUMAR JS | 12/08/09 | 0.90 | REVIEWING PRECEDENT RE MOTION TO REJECT J. MARCUM'S EMPLOYMENT AGREEMENT AND RETAIN MARCUM AS CONSULTANT (.9). |
| KUMAR JS | 12/09/09 | 3.10 | DRAFTING MOTION TO REJECT J. MARCUM'S EMPLOYMENT AGREEMENT AND RETAIN J. MARCUM AS CONSULTANT AND RESEARCH RE SAME (3.1). |
| KUMAR JS | 12/10/09 | 0.30 | CONTINUE DRAFTING AND REVISING MOTION TO REJECT EMPLOYMENT AGREEMENT WITH J. MARCUM AND TO RETAIN J. MARCUM AS CONSULTANT (.3). |
| KUMAR JS | 12/18/09 | 2.90 | DRAFTING ORDER AND NOTICE WITH RESPECT TO MOTION TO REJECT EMPLOYMENT AGREEMENT WITH J. MARCUM AND RETAIN J. MARCUM AS CONSULTANT, AND REVISING MOTION (2.9). |