Circuit City Stores, Inc. (DIP)                                   Bill Date: 01/12/10
Nonworking Travel Time                                            Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 12/06/09 | 1.60 | TRAVEL FROM WILMINGTON TO RICHMOND (3.2). |
| FREDERICKS IS | 12/08/09 | 1.80 | TRAVEL FROM RICHMOND TO WILMINGTON (3.6). |
|  |  | 3.40 |  |
| **Total Associate** |  | **3.40** |  |
| ROBISON D | 12/01/09 | 4.00 | TRAVEL TO AND FROM RICHMOND FOR MEETING WITH THE IRS (4.0). |
|  |  | 4.00 |  |
| **Total Client Specialist** |  | **4.00** |  |
| **TOTAL TIME** |  | **7.40** |  |

Circuit City Stores, Inc. (DIP)                                   Bill Date: 01/12/10
Real Estate (Owned)                                               Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 12/14/09 | 0.40 | REVIEW MEMORANDUM FROM CC RE: ROFR AND CORRESPONDENCE FROM J. AVALLON RE: VALUE OF PROPERTY SUBJECT TO ROFR (.3); CORRESPONDENCE TO J. POMERANTZ RE: SAME (.1). |
|  |  | 0.40 |  |
| Total Associate |  | 0.40 |  |
| **TOTAL TIME** |  | **0.40** |  |

38                                                                                    B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/12/10
Reorganization Plan / Plan Sponsors                                Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 12/10/09 | 1.50 | ATTENTION TO REVIEW OF INTERIM FEE APPLICATION. |
| | | **1.50** | |
| GALARDI GM | 12/04/09 | 0.40 | CALL RE: PLAN CONFIRMATION DISCOVERY AND RELATED ISSUES (.4). |
| GALARDI GM | 12/07/09 | 0.10 | EMAILS WITH COMMITTEE RE: CONFIRMATION HEARING (.1). |
| GALARDI GM | 12/18/09 | 0.70 | REVIEW REVISED LIQUIDATION ANALYSIS AND COMMENT THEREON. |
| | | **1.20** | |
| **Total Partner** | | **2.70** | |
| FREDERICKS IS | 12/15/09 | 0.20 | CORRESPONDENCE RE: CONFIRMATION AND CORRESPONDENCE TO MCGUIREWOODS RE: SAME (.2). |
| | | **0.20** | |
| KUMAR JS | 12/11/09 | 3.30 | DRAFTING PRELIMINARY RESPONSES TO MOTIONS OF SAMSUNG AND PIONEER SEEKING DEPOSIT UNDER RULE 3020 (3.3). |
| | | **3.30** | |
| **Total Associate** | | **3.50** | |
| HEANEY CM | 12/11/09 | 0.30 | REVIEW DOCKET RE: STATUS OF OBJECTIONS TO CONFIRMATION OF PLAN (.3). |
| | | **0.30** | |
| LAMANNA WK | 12/02/09 | 0.50 | OBTAIN/ORDER CERTIFIED COPY OF CONFIRMATION ORDER AND DISTRIBUTE. |
| | | **0.50** | |
| **Total Legal Assistant** | | **0.80** | |
| **TOTAL TIME** | | **7.00** | |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 01/12/10
Retention / Fee Matters (SASM&F)                                   Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 12/07/09 | 1.50 | ATTENTION TO PREPARATION OF NOVEMBER FEE STATEMENT. |
| DICKERSON CL | 12/08/09 | 1.20 | ATTENTION TO FINALIZING AND DISTRIBUTING SKADDEN FEE STATEMENT. |
| DICKERSON CL | 12/14/09 | 2.60 | CONTINUED ATTENTION TO PREPARATION OF INTERIM FEE APPLICATION. |
| DICKERSON CL | 12/15/09 | 1.10 | CONTINUED ATTENTION TO FINALIZING 4TH INTERIM FEE APPLICATION. |
|  |  | 6.40 |  |
| **Total Partner** |  | **6.40** |  |
| FREDERICKS IS | 12/14/09 | 2.30 | REVIEW AND REVISE FOURTH INTERIM FEE APPLICATION (2.3). |
|  |  | 2.30 |  |
| KUMAR JS | 12/09/09 | 0.10 | TRANSMITTAL OF OCTOBER FEE REQUEST (.1). |
| KUMAR JS | 12/10/09 | 0.10 | TRANSMITTAL OF NOVEMBER FEE REQUEST (.1). |
|  |  | 0.20 |  |
| LAZAROFF KA | 12/01/09 | 1.00 | REVIEW RELATIONSHIPS AND CODING OF PARTIES IN INTEREST AND 2002 LIST. |
| LAZAROFF KA | 12/02/09 | 0.80 | PREPARED EXHIBITS FOR 4TH FEE APPLICATION. |
| LAZAROFF KA | 12/03/09 | 0.50 | REVIEW AUGUST AND SEPTEMBER BILLS FOR DRAFTING 4TH FEE APPLICATION. |
| LAZAROFF KA | 12/08/09 | 4.00 | REVIEW BILLS, PREPARE EXHIBITS AND BEGIN DRAFTING 4TH FEE APPLICATION. |
| LAZAROFF KA | 12/09/09 | 6.00 | REVIEWED FEE STATEMENTS AND DRAFTED 4TH FEE APPLICATION. |
| LAZAROFF KA | 12/10/09 | 4.50 | REVIEW AND REVISE 4TH FEE APPLICATION. |
| LAZAROFF KA | 12/11/09 | 2.00 | REVIEW AND REVISE 4TH FEE APPLICATION AND EXHIBITS. |
| LAZAROFF KA | 12/14/09 | 1.70 | UPDATE SUPPLEMENTAL AFFIDAVIT (1.2); REVIEW AND REVISE FEE APPLICATION (.5). |
| LAZAROFF KA | 12/15/09 | 0.30 | PREPARE FOR AND COORDINATE FILING OF 4TH FEE APPLICATION. |
|  |  | 20.80 |  |
| **Total Associate** |  | **23.30** |  |
| **TOTAL TIME** |  | **29.70** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 01/12/10
Retention / Fee Matters / Objections (Others)            Bill Number: 1302195


NAME                   DATE        HOURS    DESCRIPTION

GALARDI GM             12/23/09    0.40     ADDRESS FTI FEE CONCERNS WITH S.
                                            COULOMBE (.4).

GALARDI GM             12/31/09    1.10     REVIEW FTI ENGAGEMENT LETTER AND
                                            RETENTION ORDER (.6); CALLS AND EMAILS
                                            WITH S. COULOMBE RE: SAME (.5).

                                   1.50

Total Partner                      1.50

HEANEY CM              12/07/09    1.80     REVIEW COURT DOCKETS AND CASE FILES RE:
                                            CHIEF RESTRUCTURING OFFICER MOTIONS
                                            (1.4); OBTAIN, REVIEW AND DISTRIBUTE
                                            MOTIONS ON THIRD PARTIES (.4).

HEANEY CM              12/18/09    0.40     REVIEW DOCKETS AND CASE FILES RE:
                                            RETENTION PLEADINGS (.4).

                                   2.20

Total Legal Assistant              2.20

TOTAL TIME                         3.70
```

Circuit City Stores, Inc. (DIP)  
Secured Claims

Bill Date: 01/12/10  
Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 12/03/09 | 3.70 | RESEARCH REGARDING CUMULATIVE LIABILITY UNDER GOVERNMENT SURETY BONDS (3.7). |
| BAKER SK | 12/04/09 | 4.30 | CONTINUE RESEARCH REGARDING LIABILITY UNDER U.S. CUSTOMS BOND (1.7); DRAFT MEMO REGARDING RESEARCH RESULTS (1.4); DRAFT CORRESPONDENCE TO M. STOVER REGARDING MOTION TO CANCEL SURETY BONDS (1.2). |
| BAKER SK | 12/09/09 | 0.30 | DRAFT CORRESPONDENCE TO M. STOVER REGARDING TERMINATION OF SURETY BONDS (.3). |
| BAKER SK | 12/16/09 | 4.60 | ANALYZE SURETY BONDS REGARDING STATUTORY PROVISIONS PROHIBITING CANCELLATION (2.3); DRAFT MEMORANDUM REGARDING CANCELLATION OF SURETY BONDS (2.3). |
| BAKER SK | 12/17/09 | 0.90 | RESEARCH OF STATE STATUTES AND NEGOTIATIONS REGARDING CANCELLATION PROCEDURES FOR CERTAIN TYPES OF BONDS (.9). |
| BAKER SK | 12/21/09 | 0.90 | RESEARCH REGARDING CANCELLATION OF MEMPHIS AND DAVIDSON COUNTY WATER BOND (.9). |
| BAKER SK | 12/22/09 | 4.70 | RESEARCH REGARDING CANCELLATION OF NY DEPARTMENT OF TRANSPORTATION BOND (2.3); RESEARCH REGARDING CANCELLATION OF VARIOUS ARIZONA LICENSES AND BONDS (2.4). |
| BAKER SK | 12/23/09 | 2.40 | RESEARCH REGARDING CANCELLATION OF VARIOUS STATE REGULATORY SURETY BONDS (2.4). |
|  |  | **21.80** |  |
| **Total Associate** |  | **21.80** |  |
| **TOTAL TIME** |  | **21.80** |  |

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Tax Matters                                                  Bill Number: 1302195
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BREWSTER JJ | 12/01/09 | 2.00 | REVISE TAM SUPPLEMENTAL SUBMISSION (1.6); CONFERENCE RE: TAX ISSUES (.4). |
| BREWSTER JJ | 12/02/09 | 2.20 | REVIEW SUBMISSION TO IRS AND COMMENTS FROM CLIENT AND KPMG. |
| BREWSTER JJ | 12/03/09 | 1.80 | REVIEW PRESS RELEASE RE: TAX ISSUES AND SUMMARIZE SAME (.4); CONFERENCES RE: SAME (.9); REVIEW DESCRIPTION OF TRANSACTIONS INVOLVING SALES OF TENANT IMPROVEMENTS (.5). |
|  |  | **6.00** |  |
| DICKERSON CL | 12/30/09 | 0.60 | ATTENTION TO TAX ISSUES (.3); DISCUSSIONS RE SAME (.3). |
|  |  | **0.60** |  |
| GALARDI GM | 12/05/09 | 0.40 | WORK ON STRATEGY RE: TAX CLAIMS (.4). |
|  |  | **0.40** |  |
| GOLDBERG, JR. FT | 11/25/09 | 0.60 | WORK ON ISSUES RE CHARACTERIZATION OF GAIN; LOSS TRANSACTIONS. |
| GOLDBERG, JR. FT | 11/30/09 | 2.70 | REV DRAFT IRS SUBMISSION (2.3); TELECONFERENCE WITH CLIENT RE PROPOSED DRAFT (.4). |
| GOLDBERG, JR. FT | 12/01/09 | 2.20 | WORKED ON IRS SUBMISSION. |
| GOLDBERG, JR. FT | 12/02/09 | 1.10 | FINALIZE IRS SUBMISSION. |
|  |  | **6.60** |  |
| LEVY DF | 12/01/09 | 0.40 | CONFERENCE CALL REGARDING CANADIAN STRUCTURING AND TIMING ISSUES. |
| LEVY DF | 12/03/09 | 1.60 | DRAFT CLOSING DOCUMENTS. (0.6) CONFERENCE CALL REGARDING IRS REFUND PROCESS. (0.3) ANALYSIS OF NOL AND COD ISSUES REGARDING IRS REFUND. (0.7). |
| LEVY DF | 12/07/09 | 1.40 | ANALYSIS OF SALINAS 382 AND RELATED ISSUES (0.6) DRAFT MEMO FOR IRS REFUND. (0.6) CONFERENCE REGARDING CANADIAN ISSUES. (0.2). |
| LEVY DF | 12/08/09 | 0.80 | ATTENTION TO SALINAS ISSUES (.4); CONFERENCE REGARDING SALINAS (.4). |
| LEVY DF | 12/10/09 | 3.80 | RESEARCH REGARDING ISSUES FOR IRS BRIEF REGARDING REFUND (1.2); DRAFT AND EDIT BRIEF REGARDING IRS REFUND (2.2); CONFERENCE REGARDING IRS REFUND. (0.4). |

| | | | |
|---|---|---|---|
| LEVY DF | 12/11/09 | 3.40 | DRAFT IRS BRIEF REGARDING SALINAS AND COD (1.4); RESEARCH REGARDING QUESTIONS ASKED BY IRS IN CONNECTION WITH CIRCUIT CITY REFUND REQUEST (1.7); CONFERENCE REGARDING SALINAS ISSUES (0.3). |
| LEVY DF | 12/14/09 | 2.60 | DRAFT IRS BRIEF REGARDING SALINAS AND BANKRUPTCY TAX ISSUES (2.2); CONFERENCE REGARDING REFUND ISSUES (0.4). |
| LEVY DF | 12/15/09 | 1.60 | DRAFT IRS LETTER REGARDING REFUND (.9); RESEARCH REGARDING REFUND-RELATED TAX AND INCOME RECOGNITION ISSUES (.7). |
| LEVY DF | 12/16/09 | 1.70 | DRAFT IRS BRIEF (0.8); ANALYSIS OF NOL AND REFUND RELATED ISSUES (0.9). |
| LEVY DF | 12/17/09 | 1.20 | DRAFT IRS BRIEF (.8); CONFERENCE CALLS REGARDING SAME (.4). |
| LEVY DF | 12/21/09 | 2.90 | DRAFT LETTER TO IRS REGARDING REFUND ISSUES (1.2); CONFERENCE REGARDING TERMS OF IRS LETTER AND RELATED STRATEGY ISSUES (0.6); CONFERENCE WITH CIRCUIT CITY AND CANADIAN TEAMS REGARDING CANADIAN RESTRUCTURING ISSUES (0.4); ANALYSIS OF TAX ATTRIBUTE, NOL, TIMING, AND RELATED ISSUES (0.7). |
| LEVY DF | 12/30/09 | 2.20 | DRAFT BRIEF REGARDING IRS REFUND MATTERS (0.8); ANALYSIS OF CLAIMS SETTLEMENT ISSUES (1.1); CONFERENCE REGARDING TREATMENT OF SETTLED CLAIMS (0.3). |
| | | **23.60** | |
| **Total Partner** | | **37.20** | |
| SCHNEIDER DA | 12/01/09 | 4.10 | REVISE DRAFT POST CONFERENCE SUBMISSION MEMO (3.0); CONFERENCES REGARDING SAME (4.1). |
| SCHNEIDER DA | 12/02/09 | 3.10 | REVISE DRAFT POST CONFERENCE SUBMISSION MEMO AND COVER LETTER (1.6); CONFERENCES REGARDING SAME (.4); PREPARE IRS SUBMISSION (1.1). |
| SCHNEIDER DA | 12/03/09 | 0.20 | CONFERENCES REGARDING IRS SUBMISSION. |
| | | **7.40** | |
| **Total Counsel** | | **7.40** | |
| LEAVITT D | 12/08/09 | 2.80 | PREPARE MEMORANDUM RE DISCUSSION OF CANCELLATION OF INDEBTEDNESS AND NET OPERATING LOSSES FOR IRS EXAMINER. |
| LEAVITT D | 12/09/09 | 3.80 | PREPARE MEMORANDUM FOR IRS EXAMINER DETAILING POSITION OF CIRCUIT CITY WITH RESPECT TO NET OPERATING LOSSES AND RECOGNITION OF CANCELLATION OF INDEBTEDNESS INCOME. |

| | | | |
|---|---|---|---|
| LEAVITT D | 12/11/09 | 3.70 | PREPARE LETTER TO IRS EXAMINER REGARDING TAX REFUND (1.0); ANALYZE RE TAX ISSUE CONCERNING LIMITATIONS ON THE APPLICATION OF NET OPERATING LOSSES FOLLOWING AN OWNERSHIP CHANGE (1.2); ANALYZE RE TAX ISSUE CONCERNING THE TIMING OF CANCELLATION OF INDEBTEDNESS RECOGNITION (1.5). |
| LEAVITT D | 12/12/09 | 2.10 | PREPARE MEMORANDUM RE LETTER TO IRS EXAMINING AGENT RE CIRCUIT CITY POSITION RE NET OPERATING LOSSES AND CANCELLATION OF INDEBTEDNESS INCOME. |
| LEAVITT D | 12/14/09 | 2.90 | PREPARE LETTER RE IRS EXAMINING AGENT POSITION RE CIRCUIT CITY POSITION WITH RESPECT TO NET OPERATING LOSSES AND CANCELLATION OF INDEBTEDNESS INCOME. |
| LEAVITT D | 12/28/09 | 1.20 | PREPARE LETTER TO IRS AGENT DESCRIBING REASONING BEHIND CIRCUIT CITY'S TAX REFUND. |
| LEAVITT D | 12/30/09 | 1.40 | ANALYZE RE TAX ISSUE CONCERNING SETTLEMENTS IN BANKRUPTCY. |
| | | **17.90** | |
| MARSTON JP | 12/01/09 | 5.70 | WORK ON SUBMISSION REGARDING TAX ISSUES. |
| MARSTON JP | 12/02/09 | 6.20 | WORK ON AND FINALIZE SUBMISSION REGARDING TAX ISSUES. |
| MARSTON JP | 12/03/09 | 0.80 | CORRESPOND AND PERFORM RESEARCH REGARDING TAX ISSUES. |
| MARSTON JP | 12/07/09 | 0.50 | PREPARE AND SEND CORRESPONDENCE TO IRS REGARDING TAX ISSUES. |
| MARSTON JP | 12/11/09 | 0.50 | CORRESPOND WITH IRS REGARDING TAX ISSUES. |
| MARSTON JP | 12/14/09 | 0.30 | CORRESPONDENCE WITH IRS REGARDING FORM 2848. |
| MARSTON JP | 12/16/09 | 0.50 | CALL WITH IRS REGARDING FORM 2848. |
| | | **14.50** | |
| **Total Associate** | | **32.40** | |
| ROBISON D | 12/01/09 | 7.00 | PREPARE FOR MEETING WITH IRS AND MEET WITH WITH H SINGLETON (.9); MEET WITH THE IRS TO DISCUSS PROPOSED RETURN AND POSSIBLE APPROACHES TO ANY TAX ISSUES THE SERVICE MAY SEE PRESENT (5.1); POST REVIEW MEETING TO DISCUSS ACTIONS NEEDED ON THE PART OF REPRESENTATIVES AND CLIENT (1.0). |
| ROBISON D | 12/10/09 | 1.10 | DRAFT RESPONSE FOR IRS ON CHANGE OF OWNERSHIP QUESTION. |
| ROBISON D | 12/11/09 | 1.80 | DRAFT RESPONSE FOR IRS ON COD ISSUE. |

```
ROBISON D            12/18/09       2.10  REVIEW AND COMMENT ON DRAFT LETTER TO
                                          EXAM ON COD AND CHANGE OF OWNERSHIP.

                                    12.00

Total Client Specialist             12.00

TOTAL TIME                          89.00
```

Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Utilities                                                    Bill Number: 1302195

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 12/04/09 | 0.40 | REVIEW CORRESPONDENCE FROM G. GRIFFIN REGARDING DOUGLAS COUNTY WATER AND SEWER (.1); REVIEW CORRESPONDENCE FROM REGIONAL WATER AUTHORITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM GREEN BAY WATER UTILITY (.1); REVIEW CORRESPONDENCE FROM LOUISVILLE WATER COMPANY REGARDING UTILITY ACCOUNTS (.1). |
| BAKER SK | 12/07/09 | 0.70 | REVIEW CORRESPONDENCE REGARDING INDIANA AMERICAN WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CHARLESTON WATER SYSTEM ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF PUYALLUP'S UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF ORANGE UTILITY ACCOUNTS (.1); TELEPHONE CALL WITH REPRESENTATIVE OF NORTHERN VIRGINIA ELECTRIC REGARDING UTILITY SERVICES (.2). |
| BAKER SK | 12/09/09 | 0.50 | REVIEW CORRESPONDENCE REGARDING HAMPTON ROADS UTILITY BILLING SERVICE ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF CHICAGO UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LUBBOCK POWER AND LIGHT ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PUGET SOUND ENERGY ACCOUNTS (.1). |
| BAKER SK | 12/15/09 | 0.70 | REVIEW CORRESPONDENCE REGARDING CITY OF CLEVELAND WATER ACCOUNTS (.1); TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF CLEVELAND REGARDING WATER ACCOUNT (.2); REVIEW CORRESPONDENCE REGARDING NATIONAL GRID ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING DOUGLASVILLE WATER AND SEWER AUTHORITY (.1); REVIEW CORRESPONDENCE FROM UNITED WATER REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM LOUISVILLE WATER COMPANY REGARDING UTILITY ACCOUNTS (.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 12/18/09 | 0.50 | REVIEW CORRESPONDENCE FROM ANNE ARUNDEL COUNTY MARYLAND REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM DIRECT ENERGY REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING UGI PENN NATURAL GAS ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY GAS AND COMPANY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE REGIONAL UTILITIES ACCOUNTS (.1). |
| BAKER SK | 12/21/09 | 0.10 | TELEPHONE CALL WITH REPRESENTATIVE OF CITY OF YUMA REGARDING UTILITY CHARGES (.1). |
| | | 2.90 | |
| **Total Associate** | | 2.90 | |
| **TOTAL TIME** | | **2.90** | |
| | | | |
| **CLIENT TOTAL** | | **973.50** | |

B43E