SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
General Corporate Advice  

Bill Date: 02/09/10  
Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/06/10 | 0.90 | BOARD CALL. |
| GALARDI GM | 01/21/10 | 0.30 | RESPOND TO BOARD QUESTIONS RE: RETENTION PLAN ISSUES. |
|  |  | 1.20 |  |
| **Total Partner** |  | **1.20** |  |
| FREDERICKS IS | 01/06/10 | 1.60 | PREPARE FOR AND PARTICIPATE IN BOARD CALL (1.6). |
|  |  | 1.60 |  |
| **Total Associate** |  | **1.60** |  |
| **TOTAL TIME** |  | **2.80** |  |

1

B43E

Circuit City Stores, Inc. (DIP)                             Bill Date: 02/09/10
Asset Analysis and Recovery                                 Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/06/10 | 1.10 | REVIEW AND ANALYZE IMPLICATIONS OF 502(D) DECISION (.6); REVIEW AND BEGIN COMMENTING ON REVISED DEMAND LETTER (.5). |
| GALARDI GM | 01/07/10 | 0.40 | FOLLOW-UP RE: LC STRATEGY AND TRAVELERS' CLAIMS (.4). |
| | | **1.50** | |
| **Total Partner** | | **1.50** | |
| FREDERICKS IS | 01/26/10 | 0.70 | REVIEW AND REVISE APPLE SETTLEMENT AGREEMENT (.7). |
| | | **0.70** | |
| VINE J | 01/20/10 | 1.70 | RESEARCH AND DRAFT MOTION TO DIRECT TRUSTEE OF RABBI TRUST AND DEFERRED COMPENSATION PLAN TO DELIVER ASSETS TO DEBTORS (1.7). |
| VINE J | 01/21/10 | 3.20 | REVIEW CIRCUIT CITY 401(K) PLAN TO DRAFT MOTION TO TURN OVER 401(K) ASSETS TO DEBTOR (3.2). |
| VINE J | 01/27/10 | 2.10 | REVISE MOTION TO DELIVER 401(K) ASSETS TO DEBTORS (2.1). |
| | | **7.00** | |
| **Total Associate** | | **7.70** | |
| **TOTAL TIME** | | **9.20** | |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 02/09/10
Asset Dispositions (General)                                 Bill Number: 1302790
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/21/10 | 0.30 | REVIEW AND RESPOND TO EMAILS RE: PURCHASE OF LAGUNA HILLS PROPERTY. |
|  |  | **0.30** |  |
| **Total Partner** |  | **0.30** |  |
| LIBERI JM | 01/13/10 | 0.40 | FOLLOW UP ON RECEIPT OF PAYMENTS FOR MISCELLANEOUS ASSET SALES (0.4). |
|  |  | **0.40** |  |
| **Total Associate** |  | **0.40** |  |
| **TOTAL TIME** |  | **0.70** |  |

B43E

```
Circuit City Stores, Inc. (DIP)                    Bill Date: 02/09/10
Asset Dispositions (Real Property)                 Bill Number: 1302790
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 01/05/10 | 2.60 | REVIEW AND REVISE MULTIPLE DRAFTS OF LOI RE: DR-1 PROPERTY (2.6). |
| FREDERICKS IS | 01/07/10 | 1.20 | PARTICIPATE IN CONFERENCE CALL WITH POTENTIAL PURCHASER OF DR-1 (.9); FOLLOW-UP CALL W/ D. MILLER RE: SAME (.3). |
| FREDERICKS IS | 01/22/10 | 3.10 | REVIEW VARIOUS LOIS FOR PURCHASE OF DR-1 AND IDENTIFY ISSUES RE: SAME (1.8); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ COUNSEL TO THE COMMITTEE RE: REAL ESTATE MATTERS (1.3). |
| FREDERICKS IS | 01/25/10 | 0.30 | CORRESPONDENCE FROM DJM RE: OFFERS FOR DR-1 AND CORRESPONDENCE TO THE COMMITTEE RE: SAME (.3). |
| | | **7.20** | |
| LAZAROFF KA | 01/05/10 | 0.80 | REVIEW REAL PROPERTY SALE AND LEASE ASSIGNMENT AGREEMENTS AND ORDERS FOR UPCOMING SALE AND ASSIGNMENT. |
| | | **0.80** | |
| **Total Associate** | | **8.00** | |
| **TOTAL TIME** | | **8.00** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 02/09/10
Business Operations / Strategic Planning                           Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/05/10 | 0.30 | REVIEW WEEKLY CASH REPORT. |
| GALARDI GM | 01/18/10 | 1.90 | CALL RE: CANADIAN TAX PLANNING AND AMALGAMATION OF INTERTAN US (1.3); FOLLOW-UP RE: IMPLEMENTATION OF PLAN (.6). |
| | | 2.20 | |
| **Total Partner** | | **2.20** | |
| **TOTAL TIME** | | **2.20** | |

Circuit City Stores, Inc. (DIP)                                   Bill Date: 02/09/10
Case Administration                                               Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 01/15/10 | 1.70 | CONFERENCE CALL REGARDING CASE MANAGEMENT MEETING (1.7). |
| BAKER SK | 01/19/10 | 0.20 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING SAFECO LEGAL BILLS (.2). |
| BAKER SK | 01/27/10 | 0.30 | TELEPHONE CALL WITH J.RUSSELL REGARDING CUSTOMER RECEIPTS (.2); DRAFT CORRESPONDENCE K. BABB REGARDING CUSTOMER REQUESTS (.1). |
|  |  | **2.20** |  |
| FREDERICKS IS | 01/04/10 | 0.90 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.9). |
| FREDERICKS IS | 01/08/10 | 1.60 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.6). |
| FREDERICKS IS | 01/13/10 | 2.70 | PREPARE FOR CONTESTED HEARING ON VARIOUS MATTERS (2.7). |
| FREDERICKS IS | 01/14/10 | 11.90 | PREPARE FOR, ATTEND AND PARTICIPATE IN HEARING ON VARIOUS CONTESTED MATTERS (10.7); CONFER WITH CLIENT AND MW FOLLOWING HEARING ON VARIOUS MATTERS (1.2). |
| FREDERICKS IS | 01/17/10 | 1.30 | PREPARE SUMMARY OF ACTION ITEMS (1.3). |
| FREDERICKS IS | 01/18/10 | 7.20 | PREPARE FOR CASE STRATEGY MEETING INCLUDING GATHERING RELEVANT DOCUMENTS, PREPARING SUMMARIES, AND WORKING W/ FTI TO PREPARE CLAIM INFORMATION (5.2); CONFERENCE RE: OPEN ITEMS AND GENERAL CASE STRATEGY (2.0). |
| FREDERICKS IS | 01/19/10 | 1.60 | MULTIPLE CONFERENCES RE: CASE UPDATE AND GOING FORWARD STRATEGY (.7); REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.9). |
| FREDERICKS IS | 01/21/10 | 1.60 | CONFERENCE RE: VARIOUS CASE RELATED ISSUES AND GENERAL CASE STRATEGY (1.6). |
| FREDERICKS IS | 01/22/10 | 2.60 | CONFERENCE RE: UPDATE ON VARIOUS CASE RELATED MATTERS AND ADDITIONAL ACTION ITEMS (2.6). |
| FREDERICKS IS | 01/27/10 | 1.10 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.1). |
| FREDERICKS IS | 01/28/10 | 1.10 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.1). |
|  |  | **33.60** |  |
| KUMAR JS | 01/21/10 | 0.20 | CALLS TO PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.2). |

| | | | |
|---|---|---|---|
| KUMAR JS | 01/22/10 | 0.30 | CALLS TO PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.3). |
| KUMAR JS | 01/26/10 | 0.30 | CALLS TO PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.3). |
| KUMAR JS | 01/29/10 | 0.20 | RESPONDING TO CALLS FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.2). |
| | | **1.00** | |
| LAZAROFF KA | 01/07/10 | 0.20 | REVIEW AND REVISE AGENDA FOR 1/14 HEARING. |
| | | **0.20** | |
| **Total Associate** | | **37.00** | |
| HEANEY CM | 01/04/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); REVIEW 1-14 HEARING AGENDA FOR UPDATES (.6). |
| HEANEY CM | 01/06/10 | 1.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 1-14 AGENDA (1.3); OBTAIN, REVIEW AND DISTRIBUTE DOCUMENTS ON THIRD (.3). |
| HEANEY CM | 01/07/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO 1-14 HEARING AGENDA (.3); EDIT/REVISE AGENDA (.3); DISTRIBUTE AGENDA ON THIRD PARTIES (.1). |
| HEANEY CM | 01/08/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE HEARING AGENDA (.4); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 01/11/10 | 2.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.7); EDIT/REVISE 1-11 HEARING AGENDA (.3); OBTAIN, ORGANIZE AND PREPARE DOCUMENTS FOR HEARING BINDERS (.9). |
| HEANEY CM | 01/12/10 | 2.20 | REVIEW DOCKET RE: UPDATES TO HEARING MATTER (.3); ORGANIZE AND PREPARE HEARING BINDERS FOR 1-14 HEARING (1.9). |
| HEANEY CM | 01/13/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 01/14/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); ASSIST ATTORNEYS WITH HEARING (.4). |
| HEANEY CM | 01/15/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW 1-28 HEARING AGENDA (.3). |
| HEANEY CM | 01/19/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |

B43E

| | | | |
|---|---|---|---|
| HEANEY CM | 01/20/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); EDIT/REVISE 1-28 HEARING AGENDA (.9). |
| HEANEY CM | 01/21/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 1-28 HEARING AGENDA (.1); EDIT/REVISE HEARING AGENDA (.4); OBTAIN, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 01/22/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 1-28 HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 01/25/10 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.1); REVIEW AGENDA FOR UPDATES (.4); UPDATE CONFLICT BINDERS AND INDEX (.6). |
| HEANEY CM | 01/26/10 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADING ON THIRD PARTIES (.3); UPDATE CONFLICTS BINDERS (.7). |
| HEANEY CM | 01/27/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); REVIEW CASE CALENDAR RE: UPDATES TO CONFIRMATION HEARING (.3). |
| HEANEY CM | 01/28/10 | 0.90 | REVIEW DOCKET RE: STATUS OF HEARING MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS TO BE USED AS PRECEDENT (.6). |
| HEANEY CM | 01/29/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS TO BE USED AS PRECEDENT (.4). |
| | | **20.50** | |
| LAMANNA WK | 01/04/10 | 3.90 | DRAFT JAN 14, 2010 HEARING AGENDA (3.6); COMPARE AGENDA ITEMS WITH COURT'S CALENDAR (0.3). |
| LAMANNA WK | 01/05/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 01/06/10 | 0.10 | UPDATE AND REVIEW COURT DOCKET. |
| LAMANNA WK | 01/07/10 | 1.00 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (0.8); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 01/14/10 | 1.80 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 01/15/10 | 2.30 | DRAFT JAN. 28, 2010 HEARING AGENDA. |

| | | | |
|---|---|---|---|
| LAMANNA WK | 01/21/10 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 01/25/10 | 0.20 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 01/30/10 | 2.30 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (2.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| | | 13.00 | |

**Total Legal Assistant**       33.50

**TOTAL TIME**                  <u>70.50</u>

Circuit City Stores, Inc. (DIP)                                     Bill Date: 02/09/10
Claims Admin. (General)                                             Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/04/10 | 1.30 | CALLS AND EMAILS RE: PANASONIC CLAIM (.6); CALL WITH D. HILLMAN RE: SAME (.2); WORK ON CLAIMS ANALYSIS FOR UPCOMING OBJECTIONS (.5). |
| GALARDI GM | 01/05/10 | 1.10 | CALLS AND EMAILS RE: PANASONIC CLAIM (.7); FOLLOW-UP RE: SONY AND SAMSUNG CLAIMS (.4). |
| GALARDI GM | 01/06/10 | 0.90 | REVIEW CLAIMS ANALYSIS AND FORMULATE NEXT STEPS RE: SECURED, ADMIN AND PRIORITY CLAIMS. |
| GALARDI GM | 01/11/10 | 0.40 | REVIEW AND COMMENT ON REVISED DEMAND LETTER. |
| GALARDI GM | 01/13/10 | 0.40 | CALL WITH SAMSUNG RE: CLAIMS AND POSSIBLE SETTLEMENT. |
| GALARDI GM | 01/15/10 | 0.60 | WORK ON FURTHER CLAIMS ANALYSIS, INCLUDING LANDLORD AND PRIORITY CLAIMS. |
| GALARDI GM | 01/18/10 | 1.10 | ADDRESS PANASONIC CLAIMS ISSUES (.4); CALL WITH COMPANY RE: CLAIMS STRATEGY AND NEXT STEPS (.7). |
| GALARDI GM | 01/19/10 | 0.40 | BRIEFLY REVIEW LG APPEAL PAPERS (.3); DEVELOP STRATEGY RE: SAME (.1). |
| GALARDI GM | 01/20/10 | 1.10 | REVIEW AND COMMENT ON EMAILS RE: LG MOTION AND ISSUES (.4); BRIEF REVIEW OF SAMSUN APPEAL PAPERS (.3); REVIEW PNY LEAVE MOTION AND SUPPORTING PAPERS (.4). |
| GALARDI GM | 01/21/10 | 1.40 | REVIEW CLAIMS AND DEVELOP STRATEGY RE: ADMIN, SECURED AND PRIORITY (1.1); EMAILS WITH COMPANY RE: SAME AND NEXT STEPS (.3). |
| GALARDI GM | 01/22/10 | 2.40 | REVIEW AND ANALYZE NUMEROUS PRIORITY AND SECURED CLAIMS (.8); CALL WITH COMPANY RE: SAME AND PLAN CONFIRMATION (.9); BEGIN REVIEWING MOTIONS FOR RECONSIDERATION AND RESPONSE THERETO (.7). |
| GALARDI GM | 01/25/10 | 2.10 | BEGIN REVISING RESPONSE TO MOTION FOR RECONSIDERATION OF 502(D) OPINION (1.9); REVIEW STIPULATION RE: 502(D) (.2). |
| GALARDI GM | 01/26/10 | 3.40 | REVIEW AND REVISE RESPONSE TO RECONSIDERATION MOTION AND UNDERLYING RECORD (3.1); REVIEW ADMINISTRATIVE BAR DATE MOTION (.3). |
| GALARDI GM | 01/27/10 | 0.80 | REVIEW REVISE AND FINALIZE OBJECTION TO 502(D) RECONSIDERATION MOTION. |

B43E

| | | | |
|---|---|---|---|
| GALARDI GM | 01/29/10 | 0.30 | FOLLOW-UP RE: 502(D) APPEALS AND ISSUES. |
| | | 17.70 | |
| **Total Partner** | | **17.70** | |
| BAKER SK | 01/04/10 | 3.80 | REVISE DRAFT STIPULATION AND CONSENT ORDER REGARDING PREMIER RESOURCES CLAIM (.7); DRAFT CORRESPONDENCE TO P. GREENBERG REGARDING DRAFT STIPULATION AND CONSENT ORDER (.2); REVISE MEMORANDUM REGARDING CONNECTIONS AND DISCLOSURE RESEARCH (.7); REVISE DRAFT OF MOTION TO DEEM PUBLICATION NOTICE SUFFICIENT AS TO CERTAIN CREDITORS (1.8); TELEPHONE CALL REGARDING OMNIBUS OBJECTIONS 48, 49 AND 50 (.2); REVISE MOTION TO WITHDRAW MOTION TO DEEM PROOF OF CLAIM TIMELY FILED (.1); REVIEW WITHDRAWAL OF CLAIM FOR T.D. FARRELL CONSTRUCTION (.1). |
| BAKER SK | 01/05/10 | 9.50 | RESEARCH REGARDING PUBLICATION NOTICE OF BAR DATE (1.1); REVIEW LETTER AND PROPOSED SETTLEMENT AGREEMENT FROM G. MCCALL (.5); RESEARCH REGARDING LITIGATION CLAIMS HELD BY G. MCCALL (1.8); DRAFT REPLY LETTER TO G. MCCALL (.3); DRAFT LETTER REGARDING PROPOSED PROCESS TO RECONCILE RECEIVABLES BEFORE SET OFF (.6); CONFERENCE CALL REGARDING PROPOSED SETTLEMENT WITH SONY PICTURES (.2); REVIEW RESPONSES TO DEBTORS 48, 49 AND 50TH OMNI OBJECTIONS AND CONTACT CLAIMANTS REGARDING DISCOVERY (4.6); TELEPHONE CALL WITH M. RAMIREZ REGARDING DEBTORS' 43RD OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH D. STARK REGARDING PRODUCTION OF DOCUMENTS (.2). |
| BAKER SK | 01/06/10 | 9.90 | DRAFT CORRESPONDENCE TO C. GROSMAN REGARDING DISCOVERY OF RECEIVABLES FOR SET OFF (.2); TELEPHONE CALL WITH REPRESENTATIVE OF COHESION PRODUCTS REGARDING SETOFFS (.2); TELEPHONE CALL WITH M. WINSCHUL REGARDING FCMA (.2); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING FCMA (.1) CONDUCT CONNECTION AND DISCLOSURE RESEARCH REGARDING 502(D) DEMAND LETTERS (6.6). REVIEW MEMORANDUM OPINION REGARDING 502(D) APPLICABLE TO (503)(B)(9) CLAIMS (.3); TELEPHONE CALL WITH H. FERGUSON REGARDING FCMA RECEIVABLES (.2); REVISE DRAFT DEMAND LETTER REGARDING 502(D) MEMORANDUM OPINION (.5); REVISE REBATE MOTION (1.3); REVISE CORRESPONDENCE REGARDING PROPOSED SETTLEMENT AGREEMENT OF G. MCCALL (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 01/07/10 | 7.80 | REVIEW CORRESPONDENCE FROM B. FOSE REGARDING VENDOR DEMAND LETTERS (.1); REVIEW CORRESPONDENCE FROM M. MOSIER REGARDING VENDOR DEMAND LETTERS (.1); REVIEW DOCUMENTS REGARDING HAUPPAUGE COMPUTER RECEIVABLES (1.6); REVIEW DOCUMENTS REGARDING ATLANTIC, INC. RECEIVABLES (1.3); REVIEW CORRESPONDENCE FROM J. MARCUM REGARDING DEMAND LETTERS (.1); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES REGARDING COHESION PRODUCTS (.8); TELEPHONE CALL WITH C. WILLIS FROM HAUPPAUGE COMPUTER REGARDING RECEIVABLES FOR SETOFF (.2); REVIEW DOCUMENTS TO SUPPORT RECEIVABLES REGARDING AVERATEC (.6); REVIEW DOCUMENTS TO SUPPORT RECEIVABLES REGARDING ACTIONETEK (.4); REVIEW DOCUMENTATION IN SUPPORT OF FUJI RECEIVABLES (.8); REVIEW DOCUMENTS IN SUPPORT OF DIGITAL INNOVATIONS RECEIVABLES (.4); REVIEW DOCUMENTS IN SUPPORT OF SIMA PRODUCTS RECEIVABLES (1.0); REVIEW AND ANALYZE SPREADSHEET REGARDING SETOFF AND PREFERENCE CLAIMANTS (.4). |
| BAKER SK | 01/08/10 | 2.40 | DRAFT CORRESPONDENCE REGARDING SETOFF AND PREFERENCE DEMAND LETTERS (.3); CALL WITH B. FOSE REGARDING RECEIVABLES AND SUPPORT FOR SETOFF ACCOUNTS (.5); REVIEW DOCUMENTS IN SUPPORT OF RECEIVABLES FOR NYKO SETOFF (1.1); CONFERENCE CALL REGARDING VENDOR DEMAND LETTERS (.5). |
| BAKER SK | 01/10/10 | 1.80 | REVIEW AND ANALYZE CLIENT COMMENTS TO DRAFT DEMAND LETTERS (.6); REVISE DRAFT DEMAND LETTERS (1.2). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 01/11/10 | 5.60 | REVIEW CORRESPONDENCE FROM S. OH REGARDING AVERATEC'S ADMINISTRATIVE CLAIM (.1); DRAFT RESPONSE TO S. OH REGARDING AVERATEC'S ADMINISTRATIVE CLAIM (.1); REVISE CONNECTION AND DISCLOSURE RESEARCH REGARDING SET OFF DEMAND LETTERS (1.8); DRAFT ANALYSIS MEMO REGARDING CONNECTION AND DISCLOSURE RESEARCH REGARDING SETOFF DEMAND LETTERS (1.1); TELEPHONE CALL WITH D. WOLFE REGARDING DEBTOR'S 48TH OMNIBUS OBJECTION AND RECEIVABLES (.2); REVIEW DOCUMENTS FOR PRODUCTION TO VARIOUS SETOFF VENDORS (1.3); DRAFT CORRESPONDENCE TO SETOFF VENDORS REGARDING RECEIVABLES DISCOVERY (.6); REVIEW CORRESPONDENCE FROM R. JOHNSON REGARDING DEBTORS 48TH OMNIBUS OBJECTION (.1); REVIEW SERGATE TECHNOLOGIES RESPONSE TO DEBTORS MOTION OF SUMMARY JUDGMENT (.1); REVIEW CISCO-LINKSYS RESPONSE TO DEBTORS MOTION FOR SUMMARY JUDGMENT (.1); REVIEW LUMISOURCES' RESPONSE TO DEBTORS' MOTION FOR SUMMARY JUDGMENT (.1). |
| BAKER SK | 01/12/10 | 8.60 | DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING CHANGES TO CLAIMS REGISTER (.2); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING CHANGE TO CLAIMS REGISTER (.1); REVIEW AND ANALYZE CLAIMS REGARDING POTENTIAL OBJECTION ALLOWANCE TO OBJECTION ALLOWANCE TO CLAIMS (8.3). |
| BAKER SK | 01/13/10 | 9.90 | REVIEW AND ANALYZE CLAIMS REGARDING POTENTIAL FUTURE OBJECTIONS OR ALLOWANCE (5.7); REVIEW AND ANALYZE MOTION FOR RECONSIDERATION OF 502(D) ORDER (1.2); RESEARCH REGARDING OBJECTION TO MOTION FOR RECONSIDERATION (1.7); BEGIN DRAFT OF OBJECTION TO MOTION FOR RECONSIDERATION (1.3). |
| BAKER SK | 01/14/10 | 9.50 | REVIEW RECLAMATION NOTICES REGARDING HEARING ON SUMMARY JUDGMENT (1.5); CONTINUE RESEARCH REGARDING OBJECTION TO MOTION FOR RECONSIDERATION (3.8); CONTINUE DRAFT OF OBJECTION TO MOTION FOR RECONSIDERATION (4.2). |
| BAKER SK | 01/15/10 | 5.30 | CONTINUE DRAFT OF OBJECTION TO RULE 59 MOTION (5.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 01/19/10 | 7.90 | TELEPHONE CALL WITH MS. WILLIAMS REGARDING REQUEST FOR ADMINISTRATIVE EXPENSES (.2); REVIEW CORRESPONDENCE FROM I. CHAN REGARDING ACCOUNT RECEIVABLES (.1); DRAFT CORRESPONDENCE TO COUNSEL FOR NYKO REGARDING 48TH OMNIBUS OBJECTION TO CLAIMS (.1); REVIEW DRAFT STIPULATION AND CONSENT ORDER REGARDING PREMIER RESOURCES (.5); DRAFT CORRESPONDENCE REGARDING STIPULATION AND CONSENT ORDER (.1); REVIEW CORRESPONDENCE FROM C. GROSMAN REGARDING FUJIKO RECEIVABLES (.1); DRAFT CORRESPONDENCE TO C. GROSMAN (.4); TELEPHONE CALL WITH P. HAYES REGARDING COHESION PRODUCTS RECEIVABLES (.2); DRAFT FORM LETTER REGARDING RECEIVABLES AND PREFERENCES FROM VENDORS WITHOUT FILED CLAIMS (.7); TELEPHONE CALL WITH I. CHAN REGARDING RECEIVABLES DISCOVERY (.2); DRAFT CORRESPONDENCE TO I. CHAN REGARDING INFORMAL RECONCILIATION OF RECEIVABLES (.3); RESEARCH REGARDING CORPORATE AFFILIATIONS OF CERTAIN SETOFF AND PREFERENCE CLAIMANTS (2.6); REVIEW JOINDERS TO MOTIONS FOR RECONSIDERATION (.6); DRAFT OBJECTION TO MOTION FOR RECONSIDERATION (1.8). |
| BAKER SK | 01/20/10 | 9.50 | TELEPHONE CALL WITH B. HAWKINS REGARDING 96D TRUST (.3); TELEPHONE CALL WITH G. FABER REGARDING DEBTORS' 57TH OMNIBUS OBJECTION (.2); CONTINUE ROUGH DRAFT OF OBJECTION TO MOTION FOR RECONSIDERATION (6.4); REVIEW AND ANALYZE CLAIMS REGARDING ALLOWANCE OR FUTURE OBJECTION (2.6). |
| BAKER SK | 01/21/10 | 5.00 | REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING NOTICE OF TRANSFER OF CLAIM (.1); DRAFT REPLY TO M. WINSCHUL REGARDING NOTICE OF TRANSFER OF CLAIM (.1); CONFERENCE CALL REGARDING CUSTOMER REBATE MOTION (.9); REVIEW CORRESPONDENCE FROM A. BURNETT REGARDING NIKO RECEIVABLES (.1); RESEARCH REGARDING SETOFF AND PREFERENCE LITIGATION (3.5); REVIEW SAMSUNG'S MOTION FOR LEAVE TO APPEAL (.3). |
| BAKER SK | 01/22/10 | 5.60 | REVISE OBJECTION TO MOTION FOR RECONSIDERATION (2.6); REVIEW CORRESPONDENCE FROM F. MUST REGARDING FRANKLIN ELECTRONICS CLAIM (.2); DRAFT CORRESPONDENCE TO M. WISNCHUL REGARDING CLAIM 13390 (.2). REVIEW CLAIMS REGARDING FUTURE OBJECTION OR ALLOWANCE (2.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 01/25/10 | 10.40 | REVIEW CORRESPONDENCE REGARDING SAMSUNG SDS LTD. (.2); REVIEW CORRESPONDENCE FROM G. MCCALL REGARDING STATUS OF CLAIM AND SETTLEMENT OFFER (.2); TELEPHONE CONFERENCE WITH K. BRADSHAW REGARDING LANDLORD GUARANTEES (.2); REVIEW ONKYO USA'S JOINDER REGARDING MOTION FOR RECONSIDERATION (.2); REVIEW CLAIMS REGARDING ANALYSES FOR FUTURE OBJECTION OR ALLOWANCE (5.6); RESEARCH REGARDING LEGAL GROUNDS FOR RECONSIDERATION (2.6); REVISE DRAFT OBJECTION TO RECONSIDERATION MOTION (1.4). |
| BAKER SK | 01/26/10 | 11.60 | ADDITIONAL RESEARCH REGARDING CONSIDERATION OF UNTIMELY PLEADINGS (.9); REVISE OBJECTION TO RECONSIDERATION MOTION (1.3); TELEPHONE CALL WITH P. GREENBERG REGARDING PREMIER RESOURCES (.2); REVIEW CLAIMS TO DETERMINE GROUND FOR FUTURE OBJECTION OR ALLOWANCE (5.8); REVISE OBJECTION TO MOTION FOR RECONSIDERATION (3.4). |
| BAKER SK | 01/27/10 | 6.40 | DRAFT CORRESPONDENCE REGARDING SATISFACTION OF CLAIMS POST-PETITION (.2); REVISE AND FINALIZE OBJECTION TO RECONSIDERATION MOTION (2.9); REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING FRANKLIN ELECTRONICS (.1); DRAFT REPLY TO M. WINSCHUL REGARDING FRANKLIN ELECTRONICS (.1); REVIEW CORRESPONDENCE REGARDING FEMA'S OBJECTION TO RECEIVABLES AMOUNTS (.2); REVIEW CORRESPONDENCE FROM C. TRAN REGARDING SATISFACTION OF CLAIMS POST-PETITION (.1); REVIEW J. BATIOFF MOTION FOR LEAVE TO FILE LATE CLAIM (.2); REVIEW AND ANALYZE CLAIMS TO DETERMINE FUTURE OBJECTIONS OR ALLOWANCE (2.6). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 01/28/10 | 5.70 | REVIEW CORRESPONDENCE REGARDING PREFERENCE DEMAND LETTERS (.2); TELEPHONE CALL WITH P. GREENBERG REGARDING PREMIER RESOURCES STIPULATION (.2); REVISE STIPULATION AND CONSENT ORDER REGARDING PREMIER RESOURCES (.4); DRAFT CORRESPONDENCE TO P. GREENBERG REGARDING STIPULATION AND CONSENT ORDER (.1); TELEPHONE CALL WITH B. ANDERSON OF FRANKLIN ELECTRONICS PUBLISHERS REGARDING PREFERENCES (.2); REVIEW STIPULATION AND SETTLEMENT AGREEMENT REGARDING WINN BUS LINES (.3); REVIEW CORRESPONDENCE FROM P. HAYES REGARDING COHESION PRODUCTS (.2); DRAFT SUPPLEMENTAL ORDER ON DEBTORS' 48TH OMNIBUS OBJECTION TO CLAIMS (.7); DRAFT CORRESPONDENCE OT M. WINSCHUL REGARDING FEMA RECEIVABLES (.1); TELEPHONE CALL WITH J. ROBINSON REGARDING REVISED EXHIBIT TO DEBTORS' 48TH OMNIBUS OBJECTION (.1); DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING CLAIM 13129 (.1); REVIEW ADMINISTRATIVE CLAIMS TO DETERMINE FUTURE OBJECTION OR ALLOWANCE (3.1). |
| BAKER SK | 01/29/10 | 7.50 | REVIEW CORRESPONDENCE REGARDING PROCEDURES FOR LATE CLAIMS OBJECTIONS (.1); REVIEW ADMINISTRATIVE CLAIMS TO DETERMINE LEGAL BASIS FOR FUTURE OBJECTION OR ALLOWANCE (6.9); REVIEW CORRESPONDENCE FROM D. FOLEY REGARDING PROCEDURES FOR LATE CLAIM (.1); REVIEW CORRESPONDENCE FROM P. GREENBERG REGARDING STIPULATION AND CONSENT ORDER (.1); PREPARE FINAL VERSION OF STIPULATION AND CONSENT ORDER FOR FILING (.3). |
| | | **143.70** | |
| DANGELO PS | 01/05/10 | 3.30 | DRAFTED DOCUMENTS RELATED TO RESPONSES TO 6TH (2.1) AND 19TH (1.2) OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/06/10 | 0.50 | RESOLVED CLAIM ISSUES RELATED TO SET-OFF. |
| DANGELO PS | 01/07/10 | 2.40 | CONTINUED TO RESOLVE CLAIMS SUBJECT TO THE SIXTH (1.1) AND THIRTY-THIRD (1.3) OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/08/10 | 9.70 | BEGAN DRAFTING REPLY TO PARAMOUNT RESPONSE (6.1). ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS (3.6). |
| DANGELO PS | 01/09/10 | 0.50 | RESEARCH FOR REPLY BRIEF TO PARAMOUNT OPPOSITION. |
| DANGELO PS | 01/10/10 | 4.60 | RESEARCH FOR REPLY TO PARAMOUNT RESPONSE. |

| | | | |
|---|---|---|---|
| DANGELO PS | 01/11/10 | 6.50 | RESEARCH FOR REPLY TO PARAMOUNT RESPONSE (6.0); REVIEWED DOCUMENTS RELATED TO RESPONSES TO OMNIBUS OBJECTIONS (0.5). |
| DANGELO PS | 01/12/10 | 2.80 | ATTENTION TO ISSUES REGARDING THIRTY-THIRD AND FOURTH OMNIBUS OBJECTIONS (0.8); RESEARCH FOR REPLY BRIEF TO PARAMOUNT RESPONSE (2.0). |
| DANGELO PS | 01/14/10 | 1.60 | ATTENTION TO ISSUES RELATED TO RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/19/10 | 6.80 | DRAFTED STIPULATION AGREEMENTS RELATED TO RESOLVING RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/20/10 | 0.90 | DRAFTED STIPULATION AGREEMENTS RELATED TO RESOLVING RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/21/10 | 0.80 | ATTENTION TO RESOLVING OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/22/10 | 4.60 | DRAFTED STIPULATION AGREEMENTS RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 01/25/10 | 4.70 | DRAFTED DOCUMENTS TO RESOLVE OMNIBUS OBJECTIONS TO VENDORS' CLAIMS. |
| DANGELO PS | 01/26/10 | 4.80 | RESEARCH REGARDING 503(B)(9) CLAIMS (3.0); ATTENTION TO RESOLVING OBJECTIONS TO CERTAIN ALLEGED 503(B)(9) CLAIMS (1.8). |
| DANGELO PS | 01/27/10 | 7.50 | RESEARCH RELATED TO ALLEGED 503(B)(9) CLAIMS (7.0); DRAFTED DOCUMENTS RELATED TO RESPONSES TO OMNIBUS OBJECTIONS (0.5). |
| DANGELO PS | 01/28/10 | 8.50 | EDITED DOCUMENTS RELATED TO OMNIBUS OBJECTIONS (3.5); RESEARCH RELATED TO ALLEGED 503(B)(9) CLAIMS (5.0). |
| DANGELO PS | 01/29/10 | 3.80 | DRAFTED STIPULATION AGREEMENTS TO RESOLVE RESPONSES TO OMNIBUS OBJECTIONS. |
| | | **74.30** | |
| FREDERICKS IS | 01/04/10 | 3.70 | RESEARCH RELATED TO PANASONIC AND POTENTIAL SETTLEMENT (1.3); REVIEW COMMENTS RECEIVED FROM COUNSEL TO TIVO RE: SETTLEMENT AND REVISE SAME (.5); CORRESPONDENCE TO CC RE: CERTAIN QUESTIONS AND FOLLOW-UP RE: SAME (.3); REVIEW ADJOURNED CLAIM SUMMARY AND WORK TO RESOLVE VARIOUS ADJOURNED CLAIMS (1.6). |
| FREDERICKS IS | 01/05/10 | 5.30 | WORK WITH CC CONCERNING ISSUES RELATED TO PANASONIC (2.1); WORK ON VARIOUS SETTLEMENT AGREEMENTS RESOLVING CLAIMS AND RELATED MATTERS (3.2). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 01/06/10 | 4.80 | CONTINUE TO REVIEW ADJOURNED CLAIM SUMMARY AND WORK WITH SKADDEN WORKING GROUP AND MCGUIREWOODS RE: RESOLUTIONS OF SAME (2.7); REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE TO CC AND COUNTER PARTIES RE: SAME (1.8); CORRESPONDENCE TO COMMITTEE RE: SETTLEMENT UPDATES (.3). |
| FREDERICKS IS | 01/11/10 | 0.40 | CORRESPONDENCE FROM AND TO COUNSEL TO GRAPHIC RE: SUBSTANTIVE ISSUES WITH CLAIM AND OUTLINING SAME (.4). |
| FREDERICKS IS | 01/13/10 | 2.10 | PARTICIPATE IN DEPOSITIONS WITH RESPECT TO EDC LATE CLAIM MATTER (2.1). |
| FREDERICKS IS | 01/15/10 | 6.40 | PREPARE FOR AND PARTICIPATE IN CLAIM AND GENERAL CASE STRATEGY MEETINGS (6.4). |
| FREDERICKS IS | 01/18/10 | 4.60 | REVIEW ADJOURNED CLAIM OBJECTION SUMMARY AND CORRESPONDENCE REQUESTING UPDATES AND ADDRESSING OPEN ITEMS (4.6). |
| FREDERICKS IS | 01/19/10 | 0.70 | REVIEW MOTION FOR LEAVE TO APPEAL FILED BY LG (.7). |
| FREDERICKS IS | 01/20/10 | 7.40 | REVIEW CLAIMS FILED BY VENDORS WITH LARGEST RECEIVABLES AND PREFERENCE ACTIONS AND DRAFT SUMMARY OF ALL CLAIM DISPUTES (7.4). |
| FREDERICKS IS | 01/25/10 | 0.40 | REVIEW AND REVISE STIPULATION STAYING 502D APPEALS (.4). |
| FREDERICKS IS | 01/26/10 | 4.60 | REVIEW AND REVISE VARIOUS PROPOSED STIPULATIONS RESOLVING PENDING/ADJOURNED CLAIM OBJECTIONS AND MULTIPLE CORRESPONDENCE TO AND FROM CLAIMANTS RE: SAME (1.9); REVIEW AND REVISE AND PARTICIPATE IN CALL WITH CC RE: SUMMARY SHEET FOR PURPOSES OF PROPOSING SETTLEMENTS (1.4); REVIEW AND REVISE ADMIN BAR DATE DOCUMENTS AND CORRESPONDENCE TO COMMITTEE RE: SAME (.8); REVIEW AND REVISE STIPULATION STAYING APPEAL AND CORRESPONDENCE TO COUNSEL TO APPELLANTS RE: SAME (.5). |
| FREDERICKS IS | 01/27/10 | 5.60 | PARTICIPATE IN GENERAL CASE STRATEGY AND CLAIM MEETINGS WITH CC AND ADVISORS (5.6). |
| FREDERICKS IS | 01/28/10 | 11.70 | REVIEW ADJOURNED CLAIMS SUMMARY AND MULTIPLE CORRESPONDENCE TO AND FROM MCGUIREWOODS RE: STATUS UPDATES AND REVIEW AND REVISE PROPOSED ORDERS/STIPULATIONS RE: SAME (3.9); REVIEW AND REVISE PROPOSED FOF AND COL RE: EDC AND CORRESPONDENCE RE: SAME (1.7); FURTHER REVIEW AND REVISE OPPOSITION TO MOTION FOR LEAVE TO APPEAL AND RESEARCH RE: SAME (6.1). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 01/29/10 | 5.70 | REVIEW REVISED STIPULATION STAYING APPEAL SENT BY SAMSUNG AND REVISE SAME AND CORRESPONDENCE TO COUNSEL RE: SAME (.8); REVIEW, REVISE AND UPDATE APPLE STIPULATION AND CORRESPONDENCE TO COUNSEL FOR APPLE RE: SAME (.7); REVIEW AND REVISE VARIOUS ORDERS AND STIPULATIONS RESOLVING ADJOURNED CLAIMS (.9); CONTINUE TO REVIEW AND REVISE OPPOSITION TO MOTION FOR LEAVE TO FILE APPEAL (3.3). |
| FREDERICKS IS | 01/30/10 | 5.70 | REVIEW AND REVISE OPPOSITION TO MOTION FOR LEAVE TO APPEAL AND ADDITIONAL RESEARCH WITH RESPECT THERETO (5.7). |
| FREDERICKS IS | 01/31/10 | 3.10 | CONTINUE TO REVIEW AND REVISE OPPOSITION TO MOTIONS FOR LEAVE TO APPEAL (3.1). |
| | | **72.20** | |
| KORKIS C | 01/04/10 | 6.30 | FINISHED DRAFTING FORM JOINT OBJECTION AND COMPLAINT. |
| KORKIS C | 01/05/10 | 6.90 | RESEARCHED CLAIMS SETTLEMENTS FROM PREPARED SUMMARY 11/10/08 - 2/28/09. |
| KORKIS C | 01/06/10 | 2.40 | REVISED SETTLEMENT AGREEMENT SUMMARY (.5); REVIEWED DOCKET FOR ANY MISSED ADDITIONAL STIPULATIONS AND ADDED TO CHART (1.9). |
| KORKIS C | 01/07/10 | 5.00 | REVISED DISCOVERY REQUESTS (.8); REVISED FORM JOINT OBJECTION AND COMPLAINT (2.2); DRAFTED INFORMATION REQUEST (2). |
| KORKIS C | 01/08/10 | 0.50 | REVISED INFORMATION REQUEST. |
| KORKIS C | 01/11/10 | 0.10 | UPDATED CLAIMS SETTLEMENT SUMMARY. |
| KORKIS C | 01/12/10 | 0.10 | RESEARCHED STIPULATIONS. |
| KORKIS C | 01/19/10 | 1.70 | REVIEWED CLAIM AND SUPPORTING DOCUMENTATION (.7); BEGAN DRAFTING DISCOVERY REQUESTS (1). |
| KORKIS C | 01/21/10 | 0.70 | DRAFTED DISCOVERY REQUESTS RE US SIGNS. |
| KORKIS C | 01/22/10 | 2.60 | DRAFTED ADDITIONAL DISCOVERY REQUESTS REGARDING DISPUTED CLAIMS. |
| KORKIS C | 01/25/10 | 0.60 | PREPARED SUMMARY OF CLAIMS AGAINST INTERNATIONAL SUBS FOR REVIEW. |
| KORKIS C | 01/27/10 | 2.90 | REVIEWED LEGAL CLAIMS AND PRODUCED SUMMARY FOR REVIEW (1.1); RESEARCHED CLASS PROOFS OF CLAIM (1.8). |
| KORKIS C | 01/28/10 | 3.60 | REVIEWED LEGAL CLAIMS AND COMPLAINTS FILED IN STATE COURT (1.8); DISCUSSED STRUCTURE OF SUMMARY JUDGMENT MOTIONS (.2); DRAFTED SUMMARY JUDGMENT MOTION RE LEGAL CLAIMS NOT FILED AS CLASS PROOFS OF CLAIM (1.6). |