| KORKIS C | 01/29/10 | 6.30 | RESEARCHED CLASS PROOFS OF CLAIM (.4); DRAFTED FORM SUMMARY JUDGMENT MOTION RE LEGAL CLAIMS AND CLASS PROOFS OF CLAIM (5.9). |
|---|---|---|---|
| | | **39.70** | |
| KUMAR JS | 01/04/10 | 4.30 | REVIEWING ADMINISTRATIVE CLAIMS (3.9); SUMMARIZING MOTIONS FOR LATE FILED CLAIMS (.2); REVISING AND REDLINING STIPULATION WITH TIVO (.2). |
| KUMAR JS | 01/05/10 | 1.50 | REVIEWING ADMINISTRATIVE CLAIMS (1.1); UPDATING TABLE OF MOTIONS FOR LATE-FILED CLAIMS (.4). |
| KUMAR JS | 01/06/10 | 7.60 | WORKED ON CONNECTION AND DISCLOSURE ISSUES (5.1); DRAFTING LETTER TO COUNSEL TO DIRECTV RE PROPOSED STIPULATION (.9); DRAFTING AND REVISING NOTICE OF PROPOSED SETTLEMENT WITH TIVO, AND FINALIZING AND FILING NOTICE AND STIPULATION (1.6). |
| KUMAR JS | 01/07/10 | 3.40 | SUMMARIZING CLAIMS SETTLEMENTS FOR CREDITORS' COMMITTEE (.4); WORKED ON CONNECTION AND DISCLOSURE ISSUES (.3); REVIEWING RESPONSES AND BEGINNING TO DRAFT BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION RE 56TH OMNIBUS OBJECTION (2.7). |
| KUMAR JS | 01/08/10 | 5.50 | REVIEWING CLAIMS OF PARTIES RESPONDING TO 56TH OMNIBUS OBJECTION FOR BRIEF IN SUPPORT OF SUMMARY JUDGMENT RE 56TH OMNIBUS OBJECTION (4.6); REVIEWING PARAMOUNT RESPONSE TO MOTION FOR SUMMARY JUDGMENT TO RECLASSIFY RECLAMATION CLAIMS (.9). |
| KUMAR JS | 01/09/10 | 7.20 | DRAFTING REPLY BRIEF RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS (7.2). |
| KUMAR JS | 01/10/10 | 7.10 | DRAFTING REPLY BRIEF RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS (7.1). |
| KUMAR JS | 01/11/10 | 7.90 | DRAFTING REPLY BRIEF RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS (6.8); WORKED ON ISSUES REGARDING CONNECTIONS AND DISCLOSURE (1.1). |
| KUMAR JS | 01/12/10 | 5.10 | DRAFTING AND REVISING REPLY BRIEF RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS (4.6);  REVIEWING DOCUMENTS IN CONNECTION WITH STIPULATION WITH DIRECTV (.3); WORKED ON ISSUES REGARDING CONNECTIONS AND DISCLOSURE (.2). |
| KUMAR JS | 01/13/10 | 5.30 | REVISING, FINALIZING AND FILING REPLY BRIEF RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS (5.3). |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 01/14/10 | 1.90 | MONITORING ARGUMENTS RE SUMMARY JUDGMENT MOTION TO RECLASSIFY RECLAMATION CLAIMS AND ADVERSARY PROCEEDING RE LATE-FILED CLAIM OF EXPORT DEVELOPMENT CANADA (1.9). |
| KUMAR JS | 01/15/10 | 5.20 | CALL WITH COMPANY RE HR CLAIMS (.5); CALL WITH COUNSEL TO DIRECTV RE STIPULATION TO SETTLE CLAIMS (.4); REVISING DIRECTV STIPULATION (1.6); DRAFTING CERTIFICATE OF NO OBJECTION WITH RESPECT TO TIVO STIPULATION (.4); LEGAL RESEARCH RE BANKRUPTCY CODE SECTION 502(B)(7) (2.3). |
| KUMAR JS | 01/19/10 | 8.10 | RESPONDING TO EMAILS RE STATUS OF ONGOING PROJECTS (.3); REVIEWING CLAIMS IN CONNECTION WITH SUMMARY JUDGMENT MOTION ON 56TH OMNIBUS OBJECTION (2.9); LEGAL RESEARCH RE BANKRUPTCY CODE SECTION 502(B)(7) (2.8); EMAILING TIVO'S COUNSEL RE CERTIFICATE OF NO OBJECTION (.1); REVIEWING ADMINISTRATIVE CLAIMS (1.3). REVIEWING EMAIL FROM DIRECTV'S COUNSEL (.3). EMAILING COUNSEL RE ADJOURNING MOTIONS TO FILE LATE-FILED CLAIMS (.4). |
| KUMAR JS | 01/20/10 | 5.40 | EMAILING COMPANY RE DIRECTV STIPULATION (.2); REVISING DIRECTV STIPULATION AND EMAILING TO COUNSEL FOR REVIEW (1.3); LEGAL RESEARCH RE BANKRUPTCY CODE SECTION 502(B)(7) AND DRAFTING EMAIL RE SAME (1.7); DRAFTING BRIEF RE SUMMARY JUDGMENT MOTION ON 56TH OMNIBUS OBJECTION (1.8); REVIEWING PARAMOUNT POST-ARGUMENT BRIEF RE SECTION 363(E) AND BEGIN DRAFTING REPLY TO SAME (.6). |
| KUMAR JS | 01/21/10 | 9.80 | DRAFTING REPLY TO PARAMOUNT POST-ARGUMENT BRIEF RE SECTION 363(E) (9.6). REVISING AND FILING CERTIFICATE OF NO OBJECTION RE TIVO STIPULATION (.2). |
| KUMAR JS | 01/22/10 | 8.70 | CONTINUE DRAFTING REPLY TO PARAMOUNT POST-ARGUMENT BRIEF RE SECTION 363(E) (8.7). |
| KUMAR JS | 01/24/10 | 2.10 | REVISING REPLY TO PARAMOUNT'S POST-ARGUMENT BRIEF RE SECTION 363(E) (2.1). |
| KUMAR JS | 01/25/10 | 8.20 | REVISING REPLY TO PARAMOUNT'S POST-ARGUMENT BRIEF RE SECTION 363(E) (8.2). |
| KUMAR JS | 01/26/10 | 5.70 | FINALIZING AND FILING REPLY TO PARAMOUNT'S POST-ARGUMENT BRIEF RE SECTION 363(E) (3.1); REVIEWING ADMINISTRATIVE CLAIMS (2.6). |

B43E

| KUMAR JS | 01/27/10 | 8.50 | DRAFTING BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION RE 56TH OMNIBUS OBJECTION (8.4); FOLLOWING UP WITH COMPANY AND TIVO RE RECEIPT OF PAYMENT UNDER STIPULATION (.1). |
| KUMAR JS | 01/28/10 | 7.40 | DRAFTING BRIEF FOR SUMMARY JUDGMENT MOTION RE 56TH OMNIBUS OBJECTION (7.2); RESPONDING TO QUESTIONS FROM COUNSEL TO DIRECTV (.2). |
| KUMAR JS | 01/29/10 | 4.40 | DRAFTING AND REVIEWING BRIEF IN SUPPORT OF SUMMARY JUDGMENT MOTION RE 56TH OMNIBUS OBJECTION (2.1); ADMINISTRATIVE CLAIMS REVIEW (2.3). |
| | | **130.30** | |
| LAZAROFF KA | 01/04/10 | 7.60 | CONTINUE DRAFTING OMNIBUS LANDLORD CLAIM OBJECTION. |
| LAZAROFF KA | 01/05/10 | 6.50 | CONTINUE DRAFTING OMNIBUS LANDLORD CLAIM OBJECTION. |
| LAZAROFF KA | 01/06/10 | 7.30 | REVISE SETTLEMENT AGREEMENT WITH APPLE AND PREPARE SETTLEMENT NOTICE (2.7); CORRESPONDENCE REGARDING GENERAL GROWTH CLAIMS SETTLEMENTS (.4); ATTENTION TO INQUIRY FROM COMPANY ABOUT RECOUPING REAL ESTATE TAX REFUND (1); VARIOUS RESPONSES TO CLAIMANTS (.4); REVIEW 503(B)(9) MEMORANDUM OF LAW AND ORDER (.5); REVIEW AND REVISE OMNIBUS LANDLORD CLAIMS OBJECTION (2.3). |
| LAZAROFF KA | 01/07/10 | 4.90 | RESEARCH REGARDING METHOD FOR CALCULATING 502(B)(6) LEASE REJECTION DAMAGES (4.4); REVIEW LEASES RELATING TO GENERAL GROWTH CLAIMS SETTLEMENTS (.5). |
| LAZAROFF KA | 01/08/10 | 6.60 | REVIEW GENERAL GROWTH CLAIMS RECONCILIATIONS FROM COMPANY AND COMPARE WITH SETTLEMENT PROPOSAL (3.5); CORRESPONDENCE, TELECONFERENCES AND ADDITIONAL RESEARCH RELATING TO OMNIBUS LANDLORD OBJECTION AND ARGUMENTS IN THE SAME (2.5); TELECONFERENCE REGARDING AND REVIEW OF 503(B)(9) CLAIMANTS SUBJECT TO 502(D) (.6). |
| LAZAROFF KA | 01/11/10 | 7.40 | COMPLETE FIRST RECONCILIATION OF GENERAL GROWTH CLAIMS AND SETTLEMENT PROPOSAL AND SUMMARY CHART THEREOF (1.6); REVIEW AND REVISE MEMO ON SCOPE OF 502(B)(6) AND BEST PRODUCTS (5.3); REVIEW AND REVISE OMNIBUS LANDLORD OBJECTION (.5). |
| LAZAROFF KA | 01/12/10 | 7.60 | REVIEW AND RECONCILE GENERAL GROWTH CLAIMS FOR SETTLEMENT (1.6); REVIEW AND REVISE MEMO RE: SCOPE OF 502(B)(6) AND APPLICABLE CASE LAW (5.3); REVIEW AND REVISE OMNI OBJECTION TO BOBINSKI LEASE CLAIMS (.7). |

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 01/13/10 | 4.50 | REVIEW AND REVISE OMNI OBJECTION TO BOBINSKI LEASE CLAIMS (2.9); RESEARCH STATE LAW ON ATTORNEYS' FEES AND SUMMARIZE THE SAME (1.3); RESEARCH STATE LAW ON THIRD-PARTY CLAIMS (.3). |
| LAZAROFF KA | 01/15/10 | 2.00 | TELECONFERENCE WITH THE COMPANY AND ADVISORS REGARDING LANDLORD CLAIMS (.8); RESEARCH FOR OBJECTION TO RECONSIDERATION OF 502(D) RULING (1.2). |
| LAZAROFF KA | 01/19/10 | 7.90 | REVIEW AND REVISE APPLE SETTLEMENT (.5); REVIEW MOTION TO APPEAL 502(D) RULING (.3); RESEARCH ON LANDLORD DUTY TO MITIGATE (7.1). |
| LAZAROFF KA | 01/21/10 | 1.10 | REVIEW STATE LAW RESEARCH ON LANDLORDS' DUTY TO MITIGATE (.6); TELECONFERENCE AND OTHER CORRESPONDENCE REGARDING STRATEGY FOR LANDLORD CLAIM OBJECTIONS (.5). |
| LAZAROFF KA | 01/26/10 | 4.30 | DRAFTED SECOND ADMIN BAR DATE MOTION, ORDER, NOTICE (2.8); REVISE APPLE SETTLEMENT DOCUMENTS (.3); RESEARCH REGARDING GGP CLAIMS SETTLEMENT (1.2). |
| LAZAROFF KA | 01/27/10 | 7.20 | TELECONFERENCE REGARDING GGP SETTLEMENT STRATEGY (.6); DRAFT LANDLORD SETTLEMENT LETTERS AND CORRESPONDENCE REGARDING THE SAME (2.5); ATTENTION TO LANDLORD INQUIRY REGARDING CAM PAYMENTS (.2); RESEARCH ON STATE LAW DUTY OF LANDLORDS TO MITIGATION (3.9). |
| LAZAROFF KA | 01/28/10 | 6.10 | REVIEW AND REVISE APPLE SETTLEMENT (.2); ATTENTION TO LEASE REJECTION DOCUMENTATION INQUIRY (.1); REVIEW STATE LAW LANDLORD MITIGATION RESEARCH (.4); REVIEW AND REVISE LANDLORD SETTLEMENT LETTERS (3); REVIEW PURCHASE AGREEMENT AND DRAFT DOCUMENTS FOR SALE OF WHITEHALL PROPERTY (.9); REVIEW BETHLEHEM LEASE CLAIM RECONCILIATION (.9); REVIEW AND REVISE SECOND ADMIN BAR DATE DOCUMENTS AND PREPARE THE SAME FOR FILING (.8). |
| LAZAROFF KA | 01/29/10 | 1.50 | REVISE CHART ON STATE MITIGATION LAW FOR LANDLORDS (.5); ATTENTION TO LANDLORD CLAIM RECONCILIATIONS AND STRATEGY REGARDING THE SAME (.5); TELECONFERENCE RE OBJECTION TO AND REVIEW OF FRANKLIN WILSON CLAIM (.5). |
| | | **82.50** | |
| LIBERI JM | 01/04/10 | 1.40 | REVIEW DETAILS RE: LARGEST REMAINING CLAIMS FOR POTENTIAL OBJECTION (0.8); REVIEW INFORMATION RE: LARGE POTENTIAL SETOFF CLAIMS (0.6). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 01/05/10 | 1.60 | REVIEW STATUS OF ADJOURNED CLAIMS OBJECTIONS (0.5); WORK ON POTENTIAL RESOLUTIONS OF ADJOURNED CLAIMS OBJECTION MATTERS (1.1). |
| LIBERI JM | 01/07/10 | 0.90 | REVIEW CLAIMS FILED BY RELATED ENTITIES RE: CLAIM CONSOLIDATION AND SETOFF MATTERS (0.9). |
| LIBERI JM | 01/13/10 | 0.50 | REVIEW ADJOURNED CLAIMS OBJECTIONS MATTERS RE: POTENTIAL RESOLUTIONS (0.5). |
| LIBERI JM | 01/15/10 | 1.60 | CONFERENCE CALL RE: CLAIMS MATTERS AND OBJECTIONS (0.9); REVIEW DATA RE: UNADMINISTERED CLAIMS (0.7). |
| LIBERI JM | 01/19/10 | 1.30 | REVIEW DATA RE: LARGE UNADMINISTERED CLAIMS POTENTIALLY SUBJECT TO FUTURE OBJECTIONS (0.9); REVIEW STATUS OF ADJOURNED CLAIMS OBJECTIONS (0.4). |
| LIBERI JM | 01/21/10 | 1.30 | REVIEW DATA RE: UNADMINISTERED CLAIMS FOR POTENTIAL OBJECTIONS (0.6); ANSWER CREDITOR INQUIRY RE: CONFIRMATION SCHEDULING MATTERS (0.2); REVIEW RESPONSES TO CLAIMS OBJECTIONS (0.5). |
| LIBERI JM | 01/27/10 | 0.80 | REVIEW DATA RE: LARGE REMAINING UNADMINISTERED CLAIMS (0.4); REVIEW DATA RE: UNADMINISTERED LEGAL CLAIMS (0.4). |
| | | **9.40** | |
| VINE J | 01/29/10 | 5.00 | CONFERENCE CALL ON TAX OBJECTIONS (.7); RESEARCH AND BEGIN DRAFTING A MEMO ON TAX INTEREST PRIORITY, TAX PAYMENT LOOK BACK AND LIABILITY EXTENSION UNDER 507(A)(8) (4.3). |
| | | **5.00** | |
| **Total Associate** | | **557.10** | |
| TERRY WC | 01/07/10 | 3.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: COORDINATE DATA LOADING OF ELECTRONIC DOCUMENTS FOR PROCESSING FOR PRODUCTION. |
| TERRY WC | 01/08/10 | 3.40 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: COORDINATE LOADING, PROCESSING AND PRODUCTION OF FILES. |
| TERRY WC | 01/11/10 | 2.30 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: REVIEW/QC DOCS CONVERTED AND LOADED TO DATABASE FOR ATTY REVIEW. |
| TERRY WC | 01/12/10 | 0.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: REVIEW/QC PRODUCTION LOADED TO DATABASE FOR ATTY REVIEW. |
| | | **10.10** | |

B43E

| Total Client Specialist | | 10.10 | |
|---|---|---|---|
| HEANEY CM | 01/11/10 | 0.80 | REVIEW COURT DOCKETS AND CASE FILES AND ASSIST ATTORNEYS WITH PREPARATION OF REPLY (.8). |
| HEANEY CM | 01/12/10 | 1.40 | ASSIST ATTORNEYS WITH PREPARATION OF REPLY BRIEF (1.4). |
| HEANEY CM | 01/13/10 | 3.70 | DRAFT EDIT/REVIEW INDEX AND COVER PAGE TO APPENDIX TO REPLY BRIEF (.4); ORGANIZE EXHIBITS TO APPENDIX (1.1); ASSIST ATTORNEYS WITH PREPARATION OF REPLY BRIEF (2.2). |
| HEANEY CM | 01/19/10 | 0.80 | REVIEW COURT DOCKETS IN PREPARATION OF RESPONSES TO 502(D) MATTERS (.8). |
| HEANEY CM | 01/20/10 | 1.80 | REVIEW COURT DOCKETS AND CASE FILES RE: ESTIMATION MOTION (1.8). |
| HEANEY CM | 01/21/10 | 3.60 | REVIEW COURT DOCKETS AND CASE FILES RE: ESTIMATION MOTIONS (1.4); REVIEW CASE FILES AND COURT DOCKETS RE STIPULATION AND ORDERS AND DRAFT, EDIT/REVISE STIPULATION AND ORDER STAYING APPEALS (2.2). |
| HEANEY CM | 01/22/10 | 1.40 | OBTAIN/ORDER ORGANIZE AND DISTRIBUTE ALL MOTION FOR LEAVE TO APPEAL AND SUPPORTING DOCUMENTS (.4); ASSIST ATTORNEYS WITH PREPARATION OF RESPONSES TO MOTIONS (.3); ORGANIZE AND PREPARE BINDERS OF DOCUMENTS IN CONNECTION WITH THIRTY-SEVENTH OMNIBUS OBJECTION (.7). |
| HEANEY CM | 01/25/10 | 2.40 | REVIEW COURT DOCKET RE : BACKGROUND PLEADINGS TO BE USED IN CONNECTION WITH VARIOUS APPEALS (.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS (.4); EDIT/REVISE STIP AND ORDER STAYING APPEALS (1.1). |
| | | 15.90 | |
| Total Legal Assistant | | 15.90 | |
| ANSARI M | 01/07/10 | 6.00 | LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT; LOAD DATA INTO LOAD NATIVE FILES INTO CIRCUIT CITY / REVIEW - GEN LIT. |
| | | 6.00 | |
| Total Legal Assistant Specialist | | 6.00 | |
| TOTAL TIME | | 606.80 | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 02/09/10
Claims Admin. (Reclamation/Trust Funds)                            Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 01/08/10 | 0.60 | BEGIN REVIEWING RECLAMATION RESPONSES. |
| GALARDI GM | 01/12/10 | 1.10 | BEGIN WORKING ON REPLY. |
| GALARDI GM | 01/13/10 | 3.90 | FINALIZE REPLY BRIEF (2.1); REVIEW ALL BRIEFING AND BEGIN PREPARING FOR RECLAMATION CLAIMS HEARING (1.8). |
| GALARDI GM | 01/14/10 | 5.60 | PREPARE FOR, ATTEND AND REPRESENT COMPANY AT HEARING ON RECLAMATION CLAIMS OBJECTIONS. |
| GALARDI GM | 01/19/10 | 1.10 | REVIEW PARAMOUNT POST HEARING BRIEF (.7); DEVELOP RESPONSE TO SAME (.4). |
| GALARDI GM | 01/25/10 | 0.70 | BEGIN REVIEWING RECLAMATION REPLY (.7). |
| GALARDI GM | 01/26/10 | 4.30 | REVIEW, REVISE AND FINALIZE RESPONSE TO PARAMOUNT (4.3). |
| | | **17.30** | |
| **Total Partner** | | **17.30** | |
| FREDERICKS IS | 01/08/10 | 3.70 | REVIEW RESPONSES TO RECLAMATION SJ MOTION, OUTLINE RESPONSE WITH RESPECT THERETO, AND CONFERENCE CALLS RE: SAME (3.7). |
| FREDERICKS IS | 01/11/10 | 9.40 | REVIEW AND REVISE RECLAMATION REPLY AND CONDUCT RESEARCH WITH RESPECT TO SAME (9.4). |
| FREDERICKS IS | 01/12/10 | 5.10 | REVIEW, REVISE AND UPDATE LATEST DRAFT OF RECLAMATION REPLY AND CONDUCT ADDITIONAL RESEARCH W/ RESPECT THERETO (5.1). |
| FREDERICKS IS | 01/13/10 | 7.40 | CONTINUE TO REVIEW, REVISE AND FINALIZE REPLY BRIEF WITH RESPECT TO RECLAMATION SJ MOTIONS (7.4). |
| FREDERICKS IS | 01/19/10 | 2.10 | REVIEW POST-ARGUMENT BRIEF SUBMITTED BY PARAMOUNT AND CONDUCT RESEARCH RE: SAME (2.1). |
| FREDERICKS IS | 01/25/10 | 13.10 | WORK ON ADDITIONAL ARGUMENTS WITH RESPECT TO REPLY TO PARAMOUNT'S SUPPLEMENTAL BRIEF (.8); REVISE REPLY CONSISTENT COMMENTS AND CONDUCT ADDITIONAL RESEARCH AS NECESSARY (12.3). |
| FREDERICKS IS | 01/26/10 | 3.70 | FURTHER REVIEW AND REVISE BRIEF WITH RESPECT TO ADDITIONAL ARGUMENTS ADVANCED BY PARAMOUNT WITH RESPECT TO RECLAMATION (3.7). |
| | | **44.50** | |

B43E

LAZAROFF KA        01/21/10        3.50    RESEARCH REGARDING CHOICE OF LAW FOR
                                           SUPPLEMENTAL RECLAMATION REPLY.

                                   3.50

**Total Associate**               48.00

**TOTAL TIME**                    <u>65.30</u>

B43E

**Circuit City Stores, Inc. (DIP)**
**Creditor Meetings / Statutory Committees**

Bill Date: 02/09/10
Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 01/04/10 | 0.80 | EMAILS RE: PLAN AND OTHERS ISSUES. |
| GALARDI GM | 01/06/10 | 0.40 | EMAILS RE: CRO ISSUES AND DECISIONS. |
| GALARDI GM | 01/11/10 | 0.30 | EMAILS RE: OUTSTANDING ISSUES. |
| GALARDI GM | 01/13/10 | 0.40 | EMAIL EXCHANGES WITH R. FEINSTEIN. |
| GALARDI GM | 01/28/10 | 0.40 | MEETING WITH R. PACHULSKI RE: MULTIPLE OPEN ISSUES. |
| GALARDI GM | 01/29/10 | 0.70 | ADDRESS A NUMBER OF COMMITTEE MATTERS INCLUDING CRO ENGAGEMENT, MARCUM CONSULTING AGREEMENT ETC. |
| GALARDI GM | 01/30/10 | 0.20 | EMAIL TO R. PACHUSKI RE: PLAN AND OTHER ISSUES. |
| | | 3.20 | |
| **Total Partner** | | **3.20** | |
| FREDERICKS IS | 01/05/10 | 0.30 | REVIEW MATERIALS FOR COMMITTEE UPDATE AND MULTIPLE CORRESPONDENCE TO COMMITTEE PROFESSIONALS RE: SAME (.3). |
| FREDERICKS IS | 01/20/10 | 0.60 | MULTIPLE CORRESPONDENCE TO COMMITTEE PROFESSIONALS W/ VARIOUS CASE UPDATES (.6). |
| | | 0.90 | |
| **Total Associate** | | **0.90** | |
| **TOTAL TIME** | | **4.10** | |

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 02/09/10
Employee Matters (General)                         Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 01/22/10 | 1.10 | REVIEW DRAFT MARCUM CONSULTING AGREEMENT (.3); DISCUSSIONS RE SAME (.8). |
| DICKERSON CL | 01/27/10 | 0.80 | DISCUSSIONS RE MARCUM CONSULTING AGREEMENT AND SIEGEL RETENTION. |
| | | **1.90** | |
| GALARDI GM | 01/04/10 | 0.40 | CALL WITH J. MARCUM RE: CONSULTING AGREEMENT. |
| GALARDI GM | 01/06/10 | 0.70 | WORK ON J. MARCUM CONSULTING AGREEMENT (.3); BEGIN WORKING ON RETENTION ISSUES (.4). |
| GALARDI GM | 01/19/10 | 0.30 | BRIEF REVIEW OF EMPLOYEE RETENTION BONUSES. |
| GALARDI GM | 01/20/10 | 0.90 | REVIEW AND RESPOND TO EMAILS RE: EMPLOYEE RETENTION (.3); CALL WITH COMPANY RE: PLAN AND ISSUES (.6). |
| GALARDI GM | 01/22/10 | 0.90 | EMAILS WITH A. SEIGEL RE: RETENTION PLAN (.3); CALLS AND EMAILS WITH J. MARCUM AND M. MOSIER RE: RETENTION PLAN ISSUES AND RESPONSE TO COMMITTEE (.6). |
| GALARDI GM | 01/26/10 | 0.60 | EMAILS RE: RETENTION PLAN WITH COMMITTEE, A. SIEGEL AND COMPANY. |
| GALARDI GM | 01/27/10 | 0.20 | CALL/EMAIL WITH R. PACHULSKI RE; MARCUM/SIEGEL. |
| | | **4.00** | |
| **Total Partner** | | **5.90** | |
| BAKER SK | 01/07/10 | 0.10 | TELEPHONE CALL WITH J. GRANTHAM REGARDING 2009 W-2 (.1). |
| BAKER SK | 01/08/10 | 0.10 | TELEPHONE CALL WITH J. GRANTHAM REGARDING G2009 W-2 (.1). |
| BAKER SK | 01/20/10 | 0.20 | TELEPHONE CALL WITH LISA OF DELAWARE DEPARTMENT OF LABOR (.2). |
| BAKER SK | 01/29/10 | 0.60 | TELEPHONE CALL WITH M. RAINE OF TEXAS WORKPLACE COMMISSION (.2); DRAFT CORRESPONDENCE REGARDING TEXAS WORKFORCE COMMISSION REQUEST FOR INFORMATION (.2); TELEPHONE CALL WITH J. PREAS REGARDING REQUESTS FOR EMPLOYMENT INFORMATION (.2). |
| | | **1.00** | |
| FREDERICKS IS | 01/17/10 | 1.60 | FURTHER REVIEW AND REVISE J. MARCUM CONSULTING AGREEMENT (1.6). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 01/27/10 | 1.40 | REVIEW AND REVISE LIQUIDATION RETENTION PLAN MOTION AND CORRESPONDENCE TO M. MOSIER RE: SAME (1.4). |
| FREDERICKS IS | 01/29/10 | 1.60 | REVIEW AND REVISE VARIOUS DRAFTS OF THE LIQUIDATION RETENTION PLAN AND MULTIPLE CORRESPONDENCE TO VARIOUS CONSTITUENTS RE: SAME (1.6). |
| | | 4.60 | |
| Total Associate | | 5.60 | |
| TOTAL TIME | | <u>11.50</u> | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Executory Contracts (Personalty)**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| KUMAR JS | 01/04/10 | 2.70 | REVISING MOTION TO REJECT EMPLOYMENT AGREEMENTS AND DRAFTING ORDER AND EXHIBIT RE SAME (2.7). |
| KUMAR JS | 01/05/10 | 0.40 | REVISING MOTION TO REJECT EMPLOYMENT AGREEMENTS (.4). |
| KUMAR JS | 01/28/10 | 1.30 | FINALIZING AND FILING MOTION TO REJECT REMAINING EMPLOYMENT AGREEMENTS (1.3). |
| | | **4.40** | |
| **Total Associate** | | **4.40** | |
| **TOTAL TIME** | | **4.40** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Insurance**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 01/26/10 | 0.30 | CALLS AND EMAILS RE: TRAVELERS' L/CS. |
| | | 0.30 | |
| **Total Partner** | | **0.30** | |
| **TOTAL TIME** | | **0.30** | |

B43E

**Circuit City Stores, Inc. (DIP)**                          **Bill Date: 02/09/10**
**Leases (Real Property)**                                   **Bill Number: 1302790**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 01/04/10 | 1.30 | REVIEW LEASE INFORMATION REGARDING LOCATION 891 REGARDING ALLEGED CITY CODE VIOLATIONS (1.1); TELEPHONE CALL WITH S. CHAR OF CITY OF CLEARWATER REGARDING LOCATION 891 (.2). |
|  |  | **1.30** |  |
| LAZAROFF KA | 01/07/10 | 0.30 | ATTENTION TO LANDLORD INQUIRY REGARDING ST. CLOUD LEASE SALE ORDER. |
| LAZAROFF KA | 01/21/10 | 0.50 | FOLLOW-UP RE BLOOMINGDALE LEASE SALE AND PAYMENTS TO LANDLORD. |
| LAZAROFF KA | 01/25/10 | 0.30 | DRAFT SUPPLEMENTAL ADMIN CLAIM AGREEMENT FOR ADD HOLDINGS. |
|  |  | **1.10** |  |
| **Total Associate** |  | **2.40** |  |
| **TOTAL TIME** |  | **2.40** |  |

33                                                           B43E

Circuit City Stores, Inc. (DIP)                      Bill Date: 02/09/10
Liquidation / Feasibility                            Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 01/06/10 | 1.20 | REVIEW LIQUIDATION ANALYSIS AND TELEPHONE CALL AND FOLLOW-UP EMAILS WITH FTI RE: SAME (1.2). |
| | | 1.20 | |
| Total Associate | | 1.20 | |
| TOTAL TIME | | **1.20** | |

B43E