Circuit City Stores, Inc. (DIP)  
Nonworking Travel Time

Bill Date: 02/09/10  
Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/13/10 | 2.15 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 01/14/10 | 1.90 | TRAVEL FROM RICHMOND TO WILMINGTON. |
| | | **4.05** | |
| **Total Partner** | | **4.05** | |
| FREDERICKS IS | 01/12/10 | 1.80 | TRAVEL FROM WILMINGTON TO RICHMOND (3.6). |
| FREDERICKS IS | 01/15/10 | 2.05 | TRAVEL FROM RICHMOND TO WILMINGTON (4.1). |
| FREDERICKS IS | 01/27/10 | 3.30 | TRAVEL FROM WILMINGTON TO RICHMOND (3.4); TRAVEL FROM RICHMOND TO WILMINGTON (3.2). |
| | | **7.15** | |
| **Total Associate** | | **7.15** | |
| **TOTAL TIME** | | **11.20** | |

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 02/09/10  
Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 01/06/10 | 1.10 | REVIEW REVISED LIQUIDATION ANALYSIS. |
| DICKERSON CL | 01/11/10 | 1.20 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 01/13/10 | 0.50 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 01/18/10 | 1.20 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 01/20/10 | 1.60 | DISCUSSIONS RE CONFIRMATION ISSUES. |
|  |  | **5.60** |  |
| GALARDI GM | 01/04/10 | 0.30 | REVIEW REVISED LIQUIDATION ANALYSIS. |
| GALARDI GM | 01/06/10 | 0.40 | EMAILS WITH COMMITTEE RE: PLAN PROCESS ISSUES. |
| GALARDI GM | 01/11/10 | 0.20 | FOLLOW-UP RE: CONFIRMATION MATERIALS INCLUDING BYLAWS. |
| GALARDI GM | 01/22/10 | 0.20 | FOLLOW-UP RE: LT BYLAWS. |
|  |  | **1.10** |  |
| LEVY DF | 01/21/10 | 0.80 | CONFERENCE WITH CIRCUIT CITY AND SKADDEN TEAMS REGARDING CONFIRMATION ISSUES AND CANADIAN ISSUES. |
|  |  | **0.80** |  |
| **Total Partner** |  | **7.50** |  |
| FREDERICKS IS | 01/18/10 | 1.30 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: CANADA ISSUES AND STRATEGY FOR CONFIRMATION (1.3). |
| FREDERICKS IS | 01/19/10 | 3.70 | REVIEW PLAN RE: TRUST ISSUES RELATED TO CANADA TRANSACTIONS AND TELEPHONE CALL RE: SAME (2.4); DRAFT CORRESPONDENCE SUMMARIZING FINDINGS (1.3). |
| FREDERICKS IS | 01/20/10 | 1.30 | TELEPHONE CALL WITH PWC RE: CANADIAN ISSUES RELATED TO PLAN (1.3). |
| FREDERICKS IS | 01/26/10 | 0.80 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH FTI RE: SOURCES AND USES DOCUMENT (.8). |
|  |  | **7.10** |  |
| KUMAR JS | 01/05/10 | 2.90 | REVISING SUMMARY OF CONFIRMATION OBJECTIONS AND REVIEWING OBJECTIONS (1.6); RESEARCH FOR CONFIRMATION BRIEF (1.3). |
| KUMAR JS | 01/07/10 | 2.30 | RESEARCH FOR CONFIRMATION BRIEF AND EMAILING RE SAME (2.3). |
| KUMAR JS | 01/11/10 | 0.20 | REVIEWING CONFIRMATION OBJECTION TO DETERMINE WHETHER TO PURSUE SETTLEMENT (.2). |

| | | | |
|---|---|---|---|
| KUMAR JS | 01/15/10 | 0.50 | REVIEWING CONFIRMATION OBJECTIONS AND 3020 MOTIONS AND SUMMARIZING RESERVE REQUESTS (.5). |
| | | 5.90 | |
| VINE J | 01/22/10 | 2.80 | REVIEW MATERIALS FROM PCW & THE PLAN/DISCLOSURE STATEMENT TO PREPARE MOTION TO AMEND THE PLAN (2.8). |
| VINE J | 01/25/10 | 4.10 | RESEARCH & DRAFT MOTION TO AMEND PLAN (4.1). |
| VINE J | 01/27/10 | 1.70 | RESEARCH PLAN MODIFICATION CASES FOR MOTION TO MODIFY THE PLAN (1.7). |
| VINE J | 01/28/10 | 1.40 | RESEARCH AND REVISE PLAN MODIFICATION MOTION (1.4). |
| | | 10.00 | |
| **Total Associate** | | 23.00 | |
| HEANEY CM | 01/05/10 | 0.40 | REVIEW COURT DOCKETS AND CASE FILES RE: CONFIRMATION MEMORANDA (.4). |
| | | 0.40 | |
| **Total Legal Assistant** | | 0.40 | |
| **TOTAL TIME** | | <u>30.90</u> | |

```
Circuit City Stores, Inc. (DIP)                            Bill Date: 02/09/10
Retention / Fee Matters (SASM&F)                           Bill Number: 1302790
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 01/22/10 | 0.90 | FOLLOW-UP RE: SUPPLEMENTAL DISCLOSURE. |
|  |  | 0.90 |  |
| **Total Partner** |  | **0.90** |  |
| **TOTAL TIME** |  | **0.90** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 02/09/10
Retention / Fee Matters / Objections (Others)            Bill Number: 1302790
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 01/05/10 | 1.50 | DISCUSSIONS RE FTI RETENTION ISSUES (.3); REVIEW DOCS RE SAME (.4); CONTINUED DISCUSSIONS RE FTI RETENTION ISSUES. |
| | | **1.50** | |
| GALARDI GM | 12/30/09 | 0.40 | FOLLOW-UP RE: FTI AND OTHER PROFESSIONAL FEES. |
| GALARDI GM | 12/31/09 | 0.60 | REVIEW FTI ORDER AND ADDRESS PAYMENT ISSUES. |
| GALARDI GM | 01/05/10 | 0.40 | EMAILS WITH COMMITTEE AND OTHERS RE: FTI FEES. |
| GALARDI GM | 01/06/10 | 0.30 | EMAILS WITH R. PACHULSKI RE: FTI FEE ISSUES. |
| GALARDI GM | 01/07/10 | 0.40 | WORK ON CRO ENGAGEMENT ISSUES. |
| GALARDI GM | 01/08/10 | 0.40 | FOLLOW-UP RE: CRO ENGAGEMENT (.3); BRIEFLY REVIEW DRAFT ENGAGEMENT LETTER (.1). |
| GALARDI GM | 01/11/10 | 0.60 | REVIEW AND PROVIDE COMMENTS ON CRO ENGAGEMENT AGREEMENT. |
| GALARDI GM | 01/15/10 | 0.60 | REVIEW AND COMMENT ON CRO ENGAGEMENT AGREEMENT. |
| GALARDI GM | 01/17/10 | 0.70 | REVIEW FURTHER REVISIONS TO CRO (.4); REVIEW FURTHER REVISIONS WITH CONSULTING AGREEMENT (.3). |
| GALARDI GM | 01/18/10 | 0.70 | REVIEW AND RESPOND TO NUMEROUS EMAILS RE: CRO RETENTION AND RELATED ISSUES. |
| GALARDI GM | 01/20/10 | 0.30 | REVIEW AND RESPOND TO EMAILS RE: MARCUM CONSULTING AGREEMENT (.3). |
| GALARDI GM | 01/21/10 | 0.70 | REVIEW PROPOSED REVISIONS ON CRO ENGAGEMENT AND COMMENT ON SAME (.6); REVIEW AND RESPOND TO EMAILS RE: SAME (.1). |
| GALARDI GM | 01/22/10 | 0.70 | CALLS AND EMAILS RE: OUTSTANDING ISSUES ON CRO ENGAGEMENT AND MARCUM CONSULTING AGREEMENT (.7). |
| | | **6.80** | |
| **Total Partner** | | **8.30** | |
| FREDERICKS IS | 01/04/10 | 4.60 | REVIEW CORRESPONDENCE REGARDING FTI FEE ISSUES AND RESEARCH WITH RESPECT THERETO, AS WELL AS OPEN PROFESSIONAL FEES (3.9); MULTIPLE CORRESPONDENCE TO VARIOUS PROFESSIONALS RE: SAME (.7). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 01/10/10 | 2.30 | REVIEW AND REVISE CRO ENGAGEMENT AGREEMENT AND CORRESPONDENCE RE: SAME (2.3). |
| FREDERICKS IS | 01/17/10 | 1.90 | FURTHER REVIEW AND REVISE CRO ENGAGEMENT LETTER (1.6); AND MULTIPLE CORRESPONDENCE RE: SAME (.3). |
| FREDERICKS IS | 01/20/10 | 1.40 | REVIEW AND REVISE CROWE ENGAGEMENT LETTER BASED ON COMMENTS FROM CROWE (1.4). |
| FREDERICKS IS | 01/26/10 | 1.40 | REVIEW PROTIVITI FEE APPS AND CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: SAME (1.4). |
| FREDERICKS IS | 01/29/10 | 0.60 | FINALIZE CROWE ENGAGEMENT LETTER AND CORRESPONDENCE TO CROWE AND COUNSEL FOR THE COMMITTEE RE: SAME (.6). |
| | | 12.20 | |
| VINE J | 01/19/10 | 0.30 | BEGIN WORK ON RESEARCH AND DRAFT MOTION TO CLARITY FTI FEE AGREEMENT (.3). |
| VINE J | 01/20/10 | 3.90 | RESEARCH AND DRAFT MOTION TO CLARIFY FTI FEE ORDER (3.9). |
| VINE J | 01/21/10 | 1.90 | REVISE MOT. TO CLARIFY ORDER (1.9). |
| VINE J | 01/22/10 | 1.50 | REVISE MOTIONS TO CLARIFY FTI RETENTION (1.5). |
| VINE J | 01/26/10 | 0.20 | CONTINUE WORK ON FTI FEE MOTION (.2). |
| VINE J | 01/27/10 | 1.50 | RESEARCH MOTION. TO CLARIFY OPINIONS IN 3RD AND 4TH CIRS (1.5). |
| VINE J | 01/28/10 | 1.30 | RESEARCH AND REVISE FTI ORDER CLARIFICATION MOTION (1.3). |
| VINE J | 01/29/10 | 0.00 | MEET WITH I. FREDERICKS RE FTI MOTION (.1). |
| | | 10.60 | |
| **Total Associate** | | **22.80** | |
| HEANEY CM | 01/15/10 | 1.60 | REVIEW COURT DOCKETS AND CASE FILES RE: RETENTION (.9); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); DRAFT INSERT TO PLEADINGS (.3). |
| | | 1.60 | |
| **Total Legal Assistant** | | **1.60** | |
| **TOTAL TIME** | | **32.70** | |

Circuit City Stores, Inc. (DIP)                                     Bill Date: 02/09/10
Secured Claims                                                      Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 01/04/10 | 2.60 | RESEARCH REGARDING VARIOUS SURETY BOND ISSUES UNDER STATE LAW (2.6). |
| BAKER SK | 01/07/10 | 1.20 | RESEARCH REGARDING TECHNOLOGY SYSTEMS CONDUCTOR BOND UNDER MINNESOTA STATE LAWS (1.2). |
| BAKER SK | 01/08/10 | 6.50 | REVIEW AND RESEARCH ISSUES RELATED TO IL WORKERS' COMPENSATION APPEALS BOND (1.4); REVIEW AND RESEARCH ISSUES RELATING TO GA STATE INTERLOCK PROVIDER CENTER APPROPRIATE SURETY BOND (.7); RESEARCH NY STATE GAMES OF CHANCE SURETY BONDS (1.3); RESEARCH REGARDING NY DEPARTMENT OF TRANSPORTATION PERMITS AND BONDS FROM OPERATION OF TRAFFIC SIGNALS (.8); DRAFT MEMO REGARDING BOND CANCELLATION ANALYSIS (2.3). |
| BAKER SK | 01/11/10 | 3.50 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING SATISFACTION WITH LACOOCHIE RIVER ELECTRIC COOPERATIVE BOND CLAIM AND GENERAL RELEASE (.3); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING RESOLUTION OF ATMOS ENERGY'S BOND CLAIM AND GENERAL RELEASE (.3); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING MASSACHUSETTS TURNPIKE AUTHORITY'S BOND CLAIM (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING SATISFACTION OF U.S. CUSTOMS BOND CLAIM AND RELEASE OF CLAIMS (.3); REVIEW DOCUMENTS REGARDING PROPOSAL CHANGES TO ORDER AUTHORIZING CANCELLATION OF DEBTORS' SURETY BONDS (.8); DRAFT REVISE ORDER AUTHORIZING CANCELLATION OF DEBTORS SURETY BONDS (1.6). |
| BAKER SK | 01/15/10 | 1.10 | REVIEW UCC FILINGS REGARDING CONSIGNMENT VENDERS (1.1). |
| BAKER SK | 01/21/10 | 3.10 | TELEPHONE CALL WITH M. STOVER REGARDING BOND CANCELLATION MOTION (.1); REVIEW SUPPLEMENTAL DOCUMENTS RECEIVED IN SUPPORT OF BOND CLAIM OF CONSTRUCTION TESTING AND ENGINEERING (2.4); DRAFT MEMORANDUM REGARDING CTE'S BOND CLAIM (.6). |
| BAKER SK | 01/22/10 | 2.70 | REVIEW ADDITIONAL DOCUMENTS PROVIDED BY BOND CLAIMANTS IN SUPPORT OF BOND CLAIMS (2.1); REVIEW CORRESPONDENCE FORM M. STOVER REGARDING CLARKSVILLE DEPARTMENT OF ELECTRICITY'S BOND CLAIM (.3); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING SATISFACTION OF RIVIERA UTILITIES' BOND CLAIM AND RELEASE OF CLAIMS (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 01/25/10 | 0.40 | DRAFT CORRESPONDENCE TO M. STOVER REGARDING MOTION TO CANCEL SURETY BONDS (.1); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FORM D. MILLER REGARDING BOND CLAIM (.2). |
| | | 21.10 | |
| Total Associate | | 21.10 | |
| TOTAL TIME | | <u>21.10</u> | |

Circuit City Stores, Inc. (DIP)                                  Bill Date: 02/09/10
Tax Matters                                                      Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 12/31/09 | 0.30 | REVIEW AND COMMENT ON EMAILS RE: TAX ISSUES. |
| GALARDI GM | 01/04/10 | 0.30 | REVIEW EMAILS RE: CODI AND 382 (.3). |
| GALARDI GM | 01/05/10 | 0.20 | REVIEW IRS TAX LETTER. |
| GALARDI GM | 01/15/10 | 0.40 | REVIEW LETTER IN SUPPORT OF NOL. |
| GALARDI GM | 01/19/10 | 0.40 | REVIEW EMAIL RE: TAX ISSUES ON REPATRIATION. |
| | | 1.60 | |
| LEVY DF | 01/04/10 | 3.60 | RESEARCH REGARDING AND ANALYSIS OF MULTIPLE CODI ISSUES AND ATTRIBUTE REDUCTION ISSUES RELATED TO THE IRS REFUND CLAIM (1.7); DRAFT AND EDIT IRS BRIEF REGARDING REFUND CLAIM (1.9). |
| LEVY DF | 01/05/10 | 4.40 | DRAFT AND EDIT IRS BRIEF REGARDING REFUND CLAIM (2.3); RESEARCH REGARDING CASE LAW ON DISPUTED CLAIMS AND THEIR TREATMENT IN BANKRUPTCY (1.1); RESEARCH REGARDING NOL CARRYBACK ISSUES (1.0). |
| LEVY DF | 01/06/10 | 3.10 | REVIEW AND ANALYZE CLAIMS THAT WERE SETTLED PURSUANT TO BANKRUPTCY COURT ORDER (1.3). RESEARCH REGARDING TAX TREATMENT OF PBGC SETTLEMENT, HP SETTLEMENT, AND RELATED SETTLEMENTS, INCLUDING CODI IMPLICATIONS (1.6). CONFERENCE REGARDING IRS BRIEF AND RELATED STRATEGY AND STRUCTURE ISSUES (1.6). |
| LEVY DF | 01/07/10 | 1.60 | DRAFT IRS LETTER AND RESEARCH REGARDING CODI AND ANCILLARY ISSUES. |
| LEVY DF | 01/08/10 | 5.10 | DUE DILIGENCE AND ANALYSIS OF 2008 SETTLEMENT TRANSACTIONS, 2009 SETTLEMENT TRANSACTIONS, THE PBGC SETTLEMENT, AND THE HP SETTLEMENT (1.3); DRAFT AND EDIT IRS BRIEF (1.8); RESEARCH REGARDING AND ANALYSIS OF DISPUTED LIABILITY AUTHORITIES AND CODI CALCULATION AUTHORITIES (1.4); ANALYSIS OF TAX ATTRIBUTE ISSUES (0.4); CONFERENCE REGARDING IRS BRIEF (0.6). |
| LEVY DF | 01/11/10 | 3.30 | DUE DILIGENCE REGARDING CLAIMS, CLAIM AMOUNTS, NATURE OF CLAIMS, ETC. IN RELATION TO IRS REFUND CLAIM (1.0); ANALYSIS OF DISCLOSURE STATEMENT ISSUES REGARDING SETTLED CLAIMS (.5); DRAFT AND EDIT IRS BRIEF (1.0); RESEARCH REGARDING ABILITY TO USE PRE-SALINAS NOLS (.8). |

| | | | |
|---|---|---|---|
| LEVY DF | 01/12/10 | 2.60 | DUE DILIGENCE REGARDING CLAIMS REGARDING IRS ISSUES (.6); CONFERENCE CALL REGARDING MULTIPLE REFUND-RELATED ISSUES (.9); DRAFT AND EDIT IRS BRIEF REGARDING REFUND CLAIMS (1.3). |
| LEVY DF | 01/13/10 | 3.30 | DRAFT IRS BRIEF REGARDING REFUND DISPUTE (1.1); ANALYSIS OF IRS REFUND QUESTIONS POSTED BY CIRCUIT CITY TEAM (0.8); ANALYSIS OF FINANCIAL NUMBERS PRESENTED BY CIRCUIT CITY TEAM (0.8); CONFERENCE WITH ERNST & YOUNG AND CIRCUIT CITY TEAMS REGARDING NUMBERS AND RELATED ISSUES (0.6). |
| LEVY DF | 01/14/10 | 3.70 | DRAFT IRS BRIEF (1.0); ANALYSIS OF CANADIAN RESTRUCTURING MATERIALS, SLIDE DECK, AND RULING IN ADVANCE OF MEETING REGARDING FINAL STRUCTURING PROCESS. ANALYSIS OF CFC, NOL, AND PFIC ISSUES REGARDING CANADIAN RESTRUCTURING (1.0); CONFERENCE CALL REGARDING NOL NUMBERS BEFORE AND AFTER SALINAS (.6); CONFERENCE CALL REGARDING FINAL TAX RETURNS AND RELATED ISSUES (1.1). |
| LEVY DF | 01/18/10 | 2.90 | ANALYSIS OF CANADIAN RESTRUCTURING MATERIALS PREPARED BY PWC (1.1); CONFERENCE CALL WITH CANADIAN, US AND CIRCUIT CITY TEAMS REGARDING CANADIAN RESTRUCTURING (.6); CONFERENCE WITH ERNST & YOUNG TEAM REGARDING US TAX IMPACT OF CANADIAN RESTRUCTURING (.6); ANALYSIS OF PLAN DISCLOSURE ITEMS (.6). |
| LEVY DF | 01/19/10 | 2.10 | DEVELOP CANADIAN STRUCTURE; CONFERENCE CALL REGARDING SAME (1.3); CONFERENCE WITH EY TEAM REGARDING TAX ATTRIBUTE AVAILABILITY AND USAGE (0.8). |
| LEVY DF | 01/20/10 | 1.90 | CONFERENCE REGARDING IRS REFUND ISSUES (0.7); ANALYSIS REGARDING FOLLOW-UP QUESTION PRESENTED BY IRS (0.6); CONFERENCE REGARDING CANADIAN STRUCTURE AND RELATED ISSUES (0.6). |
| LEVY DF | 01/25/10 | 0.70 | CONFERENCE CALL REGARDING CANADIAN STRUCTURE AND IMPACT ON TAX ATTRIBUTES. |
| LEVY DF | 01/29/10 | 0.90 | CONFERENCE CALL REGARDING IRS REFUND ISSUES (0.6); ANALYSIS OF LATEST ISSUES RAISED BY EXAM TEAM REGARDING IRS REFUND REQUEST (0.3). |
| | | 39.20 | |
| **Total Partner** | | **40.80** | |
| SCHNEIDER DA | 01/09/10 | 0.30 | TELEPHONE CONFERENCE REGARDING GROUND-OWNED AND GROUND-LEASED TRANSACTIONS. |
| SCHNEIDER DA | 01/10/10 | 0.50 | TELEPHONE CONFERENCE CALL REGARDING GROUND-OWNED AND GROUND-LEASED TRANSACTIONS. |

|  |  | 0.80 |  |
|---|---|---|---|
| **Total Counsel** |  | **0.80** |  |
| FREDERICKS IS | 01/05/10 | 2.60 | REVIEW PROPOSED LETTER TO IRS RE: NOL TAX REFUND AND TELEPHONE CALL RE: SAME (2.6). |
| FREDERICKS IS | 01/06/10 | 2.20 | REVIEW STIPULATIONS FILED IN BANKRUPTCY CASE AND SUMMARY CHART OF SAME FOR PURPOSES OF ADDRESSING ISSUES IN IRS NOL LETTER AND REVIEW AND REVISE FURTHER REVISED DRAFT LETTER RE: SAME (2.2). |
| FREDERICKS IS | 01/07/10 | 2.60 | ATTENTION TO VARIOUS ISSUES RELATED TO NOL TAX REFUND AND IRS LETTER, INCLUDING TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (2.6). |
| FREDERICKS IS | 01/11/10 | 2.10 | MULTIPLE TELEPHONE CALLS WITH TAX GROUP RE: IRS AND REVIEW AND REVISE MULTIPLE DRAFTS OF IRS LETTER (2.1). |
| FREDERICKS IS | 01/12/10 | 2.70 | PARTICIPATE IN TELEPHONE CALLS AND REVIEW AND REVISE IRS TAX REFUND LETTER (1.3); DRAFT SUBSTANTIVE CORRESPONDENCE TO CC OUTLINING PURPOSE OF REVISIONS AND ISSUES TO ADDRESS RE: SAME (1.4). |
| FREDERICKS IS | 01/15/10 | 0.20 | CORRESPONDENCE FROM TAX GROUP RE: IRS LETTER AND CORRESPONDENCE TO COMMITTEE RE: SAME (.2). |
|  |  | **12.40** |  |
| LEAVITT D | 01/03/10 | 2.40 | PREPARE CORRESPONDENCE TO IRS EXAMINER DETAILING EXPLANATION REGARDING TAX REFUND. |
| LEAVITT D | 01/04/10 | 3.80 | PREPARE LETTER TO IRS AGENT REGARDING CIRCUIT CITY'S TAX REFUND CLAIM. |
| LEAVITT D | 01/05/10 | 3.20 | PREPARE LETTER TO IRS EXAMINER REGARDING CIRCUIT CITY'S REFUND REQUEST. |
| LEAVITT D | 01/06/10 | 3.80 | TELECONFERENCE WITH ERISA COUNSEL RE CERTAIN CLAIMS FILED BY CREDITORS WITH RESPECT TO BANKRUPTCY (.5); TELECONFERENCE RE PREPARATION OF LETTER TO IRS EXAMINING AGENT CONCERNING TAX REFUND (.8); REVIEW MATERIALS RELATED TO CREDITOR CLAIMS FILED AGAINST CIRCUIT CITY IN PRIOR TAXABLE YEAR (2.0); PREPARE LETTER TO IRS EXAMINING AGENT CONCERNING CIRCUIT CITY'S SUPPORT FOR ITS CLAIMED TAX REFUND (.5). |
| LEAVITT D | 01/07/10 | 2.30 | PREPARE LETTER TO IRS SUPPORTING CIRCUIT CITY'S CLAIMED TAX REFUND. |
| LEAVITT D | 01/08/10 | 2.80 | PREPARE LETTER TO IRS SUPPORTING CIRCUIT CITY'S CLAIMED TAX REFUND. |

| | | | |
|---|---|---|---|
| LEAVITT D | 01/11/10 | 3.10 | PREPARE LETTER TO IRS SUPPORTING CIRCUIT CITY'S TAX REFUND REQUEST. |
| LEAVITT D | 01/12/10 | 3.40 | PREPARE LETTER TO THE IRS SUPPORTING TAX REFUND CLAIM. |
| LEAVITT D | 01/13/10 | 0.40 | CORRESPOND WITH CLIENT AND CLIENT'S ACCOUNTANTS RE LETTER TO IRS IN SUPPORT OF CLIENT'S TAX REFUND CLAIM. |
| | | 25.20 | |
| **Total Associate** | | **37.60** | |
| ROBISON D | 01/04/10 | 3.10 | WORK ON DRAFT LETTER FOR IRS ON COD AND 382 (2.1); DISCUSSION WITH E&Y SINGLETON ON OUTSTANDING QUESTIONS FOR THE SERVICE COC AND 382 (1.0). |
| ROBISON D | 01/05/10 | 0.40 | REVIEW AND COMMENTS ON CURRENT DRAFT OF LETTER TO IRS. |
| ROBISON D | 01/06/10 | 1.50 | REVIEW CURRENT DRAFT (.7); CALL TO REVIEW AND DISCUSS DRAFT LETTER TO THE IRS ON EXAM QUESTIONS OF COD AND CHANGE OF OWNERSHIP (.8). |
| ROBISON D | 01/09/10 | 0.60 | CC CALL TO DISCUSS CHANGE OF ACCOUNTING METHOD OUTCOME DISPUTE WITH IRS. |
| ROBISON D | 01/11/10 | 1.50 | CALL WITH CLIENT TO DISCUSS CHANGE OF ACCOUNTING REQUEST WITH THE SERVICE (.6); REVIEW AND REVISE DRAFT LETTER TO THE IRS (.9). |
| ROBISON D | 01/14/10 | 1.40 | REVIEW AND PREPARE FINAL SUBMISSION TO IRS ON COD AND CHANGE OF OWNERSHIP. |
| ROBISON D | 01/15/10 | 0.60 | PREPARE LETTER TO IRS ON COD AND CHANGE OF OWNERSHIP. |
| | | 9.10 | |
| **Total Client Specialist** | | **9.10** | |
| **TOTAL TIME** | | **88.30** | |

Circuit City Stores, Inc. (DIP)  
Utilities

Bill Date: 02/09/10  
Bill Number: 1302790

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 01/04/10 | 1.30 | REVIEW CORRESPONDENCE FROM DIRECT ENERGY SERVICES REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM VALENCIA WATER COMPANY REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CUCAMONGA VALLEY WATER DISTRICT REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM DENVER WATER REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF GLENDALE REGARDING TERMINATION PROCEEDINGS OF SECURITY COLLECTION BUREAU (.1); REVIEW CORRESPONDENCE FROM CITY OF WINSTON SALEM REGARDING UTILITY SERVICES (.1); REVIEW CORRESPONDENCE FROM LOUISVILLE WATER COMPANY REGARDING UTILITY SERVICES (.1); REVIEW CORRESPONDENCE REGARDING DOUGLAS COUNTY WATER AND SEWER AUTHORITY (.1); REVIEW CORRESPONDENCE REGARDING CITY OF BRUNSWICK SANITATION (.1); REVIEW CORRESPONDENCE REGARDING DOTHAN UTILITIES ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING UNITED ILLUMINATION COMPANY ACCOUNTS (.2); REVIEW CORRESPONDENCE REGARDING NEW ENGLAND GAS COMPANY ACCOUNTS (.1). |
| BAKER SK | 01/07/10 | 0.40 | REVIEW CORRESPONDENCE REGARDING DOUGLAS COUNTY WATER AND SEWER ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM INDIANA AMERICAN WATER REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PSE&G ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING MIAMI-DADE COUNTY UTILITY ACCOUNTS (.1). |
| BAKER SK | 01/08/10 | 0.20 | REVIEW CORRESPONDENCE FROM K. SCHOCKLEY REGARDING CHESAPEAKE UTILITIES (.1); DRAFT CORRESPONDENCE TO K. SCHOCKLEY REGARDING CHESAPEAKE UTILITIES (.1). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 01/11/10 | 0.90 | REVIEW CORRESPONDENCE FROM GRAND CHUTE UTILITIES REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM GREEN BAY WATER UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING CITY OF CHICAGO UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PUGET SOUND ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PSE&G UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING HAMPTON ROADS UTILITY BILLING ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PEOPLES GAS UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LUBBOCK POWER AND LIGHT COMPANY (.1). |
| BAKER SK | 01/13/10 | 0.20 | TELEPHONE CALL WITH REPRESENTATIVE OF OZARKS ELECTRIC (.2). |
| BAKER SK | 01/19/10 | 1.00 | REVIEW CORRESPONDENCE REGARDING MIAMI DADE UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING WATER UTILITY AUTHORITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PUGET SOUND ENERGY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING COLUMBUS DEPARTMENT OF PUBLIC UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING DOTHAN UTILITIES (.1); REVIEW CORRESPONDENCE REGARDING CONTRACT ARKANSAS WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING REGIONAL WATER AUTHORITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING UGI PENN NATURAL GAS ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF CHANDLER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING UNITED WATER ACCOUNTS (.1). |
| BAKER SK | 01/21/10 | 0.60 | REVIEW CORRESPONDENCE FROM LOUISVILLE WATER COMPANY REGARDING SPRINKLER SYSTEM (.1); REVIEW CORRESPONDENCE REGARDING HAMPTON ROADS UTILITY BILLING SERVICE ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CAPE FEAR UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CALIFORNIA AMERICAN WATER ACCOUNTS(.1) REVIEW CORRESPONDENCE REGARDING PROVIDENCE WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CALIFORNIA WATER SERVICE ACCOUNTS (.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 01/25/10 | 0.90 | REVIEW CORRESPONDENCE REGARDING NSTAR ELECTRIC ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF DALLAS UTILITY ACCOUNTS(.1); REVIEW CORRESPONDENCE REGARDING JACKSON ENERGY AUTHORITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING KNOXVILLE UTILITY BOARD ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF COLUMBUS UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING TAUNTON MUNICIPAL LIGHTING ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF GRACELAND UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING DENVER WATER ACCOUNTS (.1). |
| BAKER SK | 01/27/10 | 1.90 | REVIEW DOCUMENTS RELATING TO DOMINION POWER BOND CLAIM (1.5); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING SUPPLEMENTAL DOCUMENTS IN SUPPORT OF BOND CLAIM (.2); REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING DOMINION POWER (.2). |
| BAKER SK | 01/28/10 | 1.50 | DRAFT CORRESPONDENCE TO K. MUELLER REGARDING NEW YORK STATE GAS AND ELECTRIC (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING NEW YORK STATE GAS AND ELECTRICS UTILITY BOND CLAIMS (.1); BEGIN REVIEW OF SUPPLEMENTAL DOCUMENTS PRODUCED BY NEW YORK STATE GAS AND ELECTRIC REGARDING BOND CLAIMS (1.2). |
| | | 8.90 | |
| **Total Associate** | | 8.90 | |
| **TOTAL TIME** | | **8.90** | |
| | | | |
| **CLIENT TOTAL** | | **983.40** | |