**Circuit City Stores, Inc. (DIP)**                                 **Bill Date: 12/09/09**
**General Corporate Advice**                                        **Bill Number: 1293307**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 11/07/09 | Fredericks IS | 504.65 |
| Lexis/Nexis | 11/08/09 | Fredericks IS | 70.11 |
| Lexis/Nexis | 11/09/09 | Fredericks IS | 70.11 |
| Lexis/Nexis | 11/10/09 | Fredericks IS | 76.10 |
| Lexis/Nexis | 11/12/09 | Fredericks IS | 120.72 |
| Lexis/Nexis | 11/16/09 | Fredericks IS | 146.21 |
| Lexis/Nexis | 11/19/09 | Fredericks IS | 18.74 |
| Lexis/Nexis | 11/24/09 | Fredericks IS | 225.14 |
| Lexis/Nexis | 11/25/09 | Fredericks IS | 131.22 |
| | | **TOTAL LEXIS/NEXIS** | **$1,363.00** |
| Westlaw | 11/11/09 | Fredericks IS | 121.00 |
| | | **TOTAL WESTLAW** | **$121.00** |
| Vendor Hosted Teleconferencing | 11/15/09 | Teleconferencing Services, LLC | 20.97 |
| Vendor Hosted Teleconferencing | 11/29/09 | Teleconferencing Services, LLC | 36.03 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$57.00** |
| | | **TOTAL MATTER** | **$1,541.00** |

B43E

SKADDEN ARPS SLATE MEAGHER & FLOM LLP & AFFILIATES

**Circuit City Stores, Inc. (DIP)**                          Bill Date: 12/09/09
**Asset Analysis and Recovery**                          Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 11/08/09 | Teleconferencing Services, LLC | 5.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| | | **TOTAL MATTER** | **$5.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**           **Bill Date: 12/09/09**
**Asset Dispositions (General)**           **Bill Number: 1293307**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/22/09 | Copy Center, D | 23.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$23.00** |
| | | **TOTAL MATTER** | **$23.00** |

B43E

SEADO EN ARPO 3SLATE O MEAURES 05I-PM10 P 5M23407 FILIABILLES

Circuit City Stores, Inc. (DIP)                           Bill Date: 12/09/09
Case Administration                                       Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 11/02/09 | Fredericks IS | 673.20 |
| Air/Rail Travel - vendor feed | 11/02/09 | Fredericks IS | 763.20 |
| Air/Rail Travel - vendor feed | 11/11/09 | Galardi GM | 1,504.20 |
| Air/Rail Travel - vendor feed | 11/11/09 | Fredericks IS | 934.20 |
| Air/Rail Travel - vendor feed | 11/11/09 | Fredericks IS | 150.00 |
| Air/Rail Travel - vendor feed | 11/12/09 | Fredericks IS | 150.00 |
| Air/Rail Travel - vendor feed | 11/22/09 | Fredericks IS | 934.20 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$5,109.00** |
| In-house Reproduction | 11/04/09 | Copy Center, D | 10.32 |
| In-house Reproduction | 11/06/09 | Copy Center, D | 1.20 |
| In-house Reproduction | 11/10/09 | Copy Center, D | 4.11 |
| In-house Reproduction | 11/10/09 | Copy Center, D | 0.60 |
| In-house Reproduction | 11/13/09 | Copy Center, D | 7.82 |
| In-house Reproduction | 11/17/09 | Copy Center, D | 5.81 |
| In-house Reproduction | 11/20/09 | Copy Center, D | 14.53 |
| In-house Reproduction | 11/20/09 | Copy Center, D | 85.17 |
| In-house Reproduction | 11/24/09 | Copy Center, D | 13.63 |
| In-house Reproduction | 11/27/09 | Copy Center, D | 3.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$147.00** |
| Lexis/Nexis | 11/05/09 | Marston JP | 9.93 |
| Lexis/Nexis | 11/20/09 | Heaney CM | 4,052.07 |
| | | **TOTAL LEXIS/NEXIS** | **$4,062.00** |
| Westlaw | 11/25/09 | McIlhenny SL | 80.00 |
| | | **TOTAL WESTLAW** | **$80.00** |
| Telephone - Local | 11/09/09 | Verizon-DE | 28.00 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL TELEPHONE - LOCAL** | **$28.00** |
| Vendor Hosted Telecon-ferencing | 11/02/09 | Teleconferencing Services, LLC | 0.89 |
| Vendor Hosted Telecon-ferencing | 11/02/09 | Teleconferencing Services, LLC | 58.42 |
| Vendor Hosted Telecon-ferencing | 11/02/09 | Teleconferencing Services, LLC | 11.31 |
| Vendor Hosted Telecon-ferencing | 11/02/09 | Teleconferencing Services, LLC | 27.79 |
| Vendor Hosted Telecon-ferencing | 11/03/09 | Teleconferencing Services, LLC | 8.01 |
| Vendor Hosted Telecon-ferencing | 11/04/09 | Teleconferencing Services, LLC | 21.39 |
| Vendor Hosted Telecon-ferencing | 11/04/09 | Teleconferencing Services, LLC | 9.89 |
| Vendor Hosted Telecon-ferencing | 11/05/09 | Teleconferencing Services, LLC | 122.48 |
| Vendor Hosted Telecon-ferencing | 11/09/09 | Teleconferencing Services, LLC | 4.84 |
| Vendor Hosted Telecon-ferencing | 11/13/09 | Teleconferencing Services, LLC | 6.39 |
| Vendor Hosted Telecon-ferencing | 11/19/09 | Teleconferencing Services, LLC | 5.65 |
| Vendor Hosted Telecon-ferencing | 11/20/09 | Teleconferencing Services, LLC | 18.16 |
| Vendor Hosted Telecon-ferencing | 11/23/09 | Teleconferencing Services, LLC | 47.78 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$343.00** |
| Air/Rail Travel (external) | 11/12/09 | Fredericks IS | 150.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$150.00** |
| Out-of-Town Travel | 11/02/09 | Fredericks IS | 210.80 |
| Out-of-Town Travel | 11/02/09 | Fredericks IS | 60.03 |
| Out-of-Town Travel | 11/02/09 | Fredericks IS | 28.01 |
| Out-of-Town Travel | 11/03/09 | Fredericks IS | 38.02 |
| Out-of-Town Travel | 11/03/09 | Fredericks IS | 32.02 |
| Out-of-Town Travel | 11/11/09 | Fredericks IS | 304.12 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$673.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 10/30/09 | Federal Express Corp. | 12.59 |
| Messengers/ Courier | 10/30/09 | Federal Express Corp. | 6.45 |
| Messengers/ Courier | 11/02/09 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 11/06/09 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 11/06/09 | Federal Express Corp. | 6.90 |
| Messengers/ Courier | 11/10/09 | Federal Express Corp. | 14.36 |
| Messengers/ Courier | 11/13/09 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 11/13/09 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 11/19/09 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 11/19/09 | Federal Express Corp. | 6.90 |
| | | **TOTAL MESSENGERS/ COURIER** | **$79.00** |
| Out-of-Town Meals | 11/02/09 | Fredericks IS | 48.06 |
| Out-of-Town Meals | 11/03/09 | Fredericks IS | 19.97 |
| Out-of-Town Meals | 11/11/09 | Fredericks IS | 39.95 |
| Out-of-Town Meals | 11/12/09 | Fredericks IS | 25.02 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$133.00** |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 38.75 |
| Outside Research/Internet Services | 11/10/09 | West Group | 261.25 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$300.00** |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 12.01 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 10.09 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 4.32 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.72 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 4.40 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.08 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 10.73 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 3.04 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 3.20 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.80 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.40 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 4.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 6.41 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 4.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 6.41 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 10.33 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 12.65 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 10.33 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 12.65 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 10.33 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 12.73 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 2.40 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 5.28 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/02/09 | Simpson C | 3.12 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.48 |

B43E

SKADDEN ARPS SLATE MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 11.69 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/05/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.48 |

B43E

CIRCUIT CITY STORES, INC. AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.16 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 11.69 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.62 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.72 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM & AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.00 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 14.01 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/09/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.16 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.16 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 11.69 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.00 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 14.01 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |

B43E

CIRCUIT CITY STORES, INC. AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.16 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 11.69 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.00 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 14.01 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.44 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM & AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.44 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.88 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 11/12/09 | Ndumu TA | 2.08 |

TOTAL PRINT IMAGES TO PAPER          $498.00
(FROM ELECTRONIC MEDIA)


TOTAL MATTER                         $11,602.00

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, AND AFFILIATES

Circuit City Stores, Inc. (DIP)                          Bill Date: 12/09/09
Claims Admin. (General)                                  Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/06/09 | Copy Center, D | 5.90 |
| In-house Reproduction | 11/08/09 | Copy Center, D | 6.10 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$12.00** |
| Lexis/Nexis | 11/05/09 | Lazaroff KA | 61.56 |
| Lexis/Nexis | 11/06/09 | Baker SK | 32.00 |
| Lexis/Nexis | 11/08/09 | Baker SK | 60.74 |
| Lexis/Nexis | 11/10/09 | Lazaroff KA | 48.34 |
| Lexis/Nexis | 11/10/09 | Baker SK | 10.12 |
| Lexis/Nexis | 11/15/09 | Lazaroff KA | 19.49 |
| Lexis/Nexis | 11/16/09 | Kim CW | 234.53 |
| Lexis/Nexis | 11/17/09 | Baker SK | 131.22 |
| | | **TOTAL LEXIS/NEXIS** | **$598.00** |
| Westlaw | 11/03/09 | Lazaroff KA | 159.62 |
| Westlaw | 11/03/09 | Dangelo PS | 483.01 |
| Westlaw | 11/04/09 | Lazaroff KA | 79.16 |
| Westlaw | 11/04/09 | Korkis C | 678.77 |
| Westlaw | 11/04/09 | Dangelo PS | 1,147.84 |
| Westlaw | 11/04/09 | Baker SK | 160.16 |
| Westlaw | 11/05/09 | Korkis C | 527.28 |
| Westlaw | 11/05/09 | Dangelo PS | 1,665.32 |
| Westlaw | 11/05/09 | Baker SK | 221.69 |
| Westlaw | 11/06/09 | Korkis C | 243.95 |
| Westlaw | 11/06/09 | Dangelo PS | 118.77 |
| Westlaw | 11/06/09 | Baker SK | 397.66 |
| Westlaw | 11/07/09 | Lazaroff KA | 11.88 |
| Westlaw | 11/08/09 | Lazaroff KA | 196.97 |
| Westlaw | 11/08/09 | Baker SK | 1,122.07 |
| Westlaw | 11/09/09 | Lazaroff KA | 131.54 |
| Westlaw | 11/09/09 | Korkis C | 5.40 |
| Westlaw | 11/10/09 | Lazaroff KA | 276.67 |
| Westlaw | 11/10/09 | Korkis C | 560.33 |
| Westlaw | 11/10/09 | Baker SK | 70.52 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 11/11/09 | Korkis C | 89.46 |
| Westlaw | 11/11/09 | Baker SK | 480.27 |
| Westlaw | 11/13/09 | Korkis C | 48.06 |
| Westlaw | 11/13/09 | Baker SK | 76.19 |
| Westlaw | 11/15/09 | Lazaroff KA | 321.50 |
| Westlaw | 11/16/09 | Kim CW | 172.20 |
| Westlaw | 11/16/09 | Lazaroff KA | 267.10 |
| Westlaw | 11/16/09 | Baker SK | 158.20 |
| Westlaw | 11/16/09 | Kim CW | 129.60 |
| Westlaw | 11/17/09 | Kim CW | 77.20 |
| Westlaw | 11/18/09 | Lazaroff KA | 14.58 |
| Westlaw | 11/20/09 | Dangelo PS | 153.50 |
| Westlaw | 11/20/09 | Baker SK | 1,409.88 |
| Westlaw | 11/23/09 | Lazaroff KA | 112.96 |
| Westlaw | 11/23/09 | Baker SK | 874.59 |
| Westlaw | 11/25/09 | Lazaroff KA | 77.00 |
| Westlaw | 11/25/09 | Dangelo PS | 63.28 |
| Westlaw | 11/30/09 | Dangelo PS | 382.82 |
| | | **TOTAL WESTLAW** | **$13,167.00** |
| Reproduction - color | 11/09/09 | Copy Center, D | 5,081.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$5,081.00** |
| Out-of-Town Travel | 10/27/09 | Baker SK | 491.60 |
| Out-of-Town Travel | 10/27/09 | Baker SK | 20.01 |
| Out-of-Town Travel | 10/27/09 | Baker SK | 20.01 |
| Out-of-Town Travel | 10/27/09 | Baker SK | 20.01 |
| Out-of-Town Travel | 10/28/09 | Baker SK | 29.02 |
| Out-of-Town Travel | 10/28/09 | Baker SK | 31.02 |
| Out-of-Town Travel | 10/29/09 | Baker SK | 51.03 |
| Out-of-Town Travel | 10/29/09 | Baker SK | 20.01 |
| Out-of-Town Travel | 10/29/09 | Baker SK | 20.01 |
| Out-of-Town Travel | 10/30/09 | Baker SK | 156.28 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$859.00** |
| Messengers/ Courier | 11/05/09 | Federal Express Corp. | 7.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Out-of-Town Meals | 10/28/09 | Baker SK | 24.15 |
| Out-of-Town Meals | 10/28/09 | Baker SK | 25.85 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$50.00** |
| Outside Re-search/Internet Services | 10/05/09 | Pacer Service Center | 6.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$6.00** |
| | | **TOTAL MATTER** | **$19,780.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Disclosure Statement / Voting Issues                               Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/22/09 | Dickerson CL | 291.48 |
| Out-of-Town Travel | 09/22/09 | Dickerson CL | 15.01 |
| Out-of-Town Travel | 09/22/09 | Dickerson CL | 15.01 |
| Out-of-Town Travel | 09/23/09 | Dickerson CL | 388.49 |
| Out-of-Town Travel | 09/23/09 | Dickerson CL | 10.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$720.00** |
| Out-of-Town Meals | 09/21/09 | Dickerson CL | 2.91 |
| Out-of-Town Meals | 09/22/09 | Dickerson CL | 2.09 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$5.00** |
| | | **TOTAL MATTER** | **$725.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                                        Bill Date: 12/09/09
**Leases (Real Property)**                                                 Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Reproduction - color | 11/17/09 | Copy Center, D | -127.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$-127.00** |
| | | **TOTAL MATTER** | **$-127.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                                          Bill Date: 12/09/09
**Litigation (General)**                                                     Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 11/13/09 | Liberi JM | 18.73 |
| Lexis/Nexis | 11/16/09 | Liberi JM | 122.92 |
| Lexis/Nexis | 11/17/09 | Liberi JM | 91.63 |
| Lexis/Nexis | 11/18/09 | Liberi JM | 18.72 |
| | | **TOTAL LEXIS/NEXIS** | **$252.00** |
| Westlaw | 11/29/09 | Lazaroff KA | 75.00 |
| | | **TOTAL WESTLAW** | **$75.00** |
| Vendor Hosted Teleconferencing | 11/03/09 | Teleconferencing Services, LLC | 18.65 |
| Vendor Hosted Teleconferencing | 11/20/09 | Teleconferencing Services, LLC | 10.35 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$29.00** |
| Out-of-Town Travel | 10/26/09 | Liberi JM | 246.10 |
| Out-of-Town Travel | 10/27/09 | Liberi JM | 246.10 |
| Out-of-Town Travel | 10/28/09 | Liberi JM | 151.80 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$644.00** |
| Out-of-Town Meals | 10/26/09 | Liberi JM | 40.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$40.00** |
| Outside Research/Internet Services | 10/05/09 | Pacer Service Center | 26.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$26.00** |
| | | **TOTAL MATTER** | **$1,066.00** |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP & AFFILIATES

**Circuit City Stores, Inc. (DIP)**                              **Bill Date: 12/09/09**
**Reorganization Plan / Plan Sponsors**                          **Bill Number: 1293307**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 11/16/09 | Kumar JS | 31.64 |
| Westlaw | 11/17/09 | Kumar JS | 31.64 |
| Westlaw | 11/17/09 | Baker SK | 998.16 |
| Westlaw | 11/19/09 | Kumar JS | 52.56 |
| | | **TOTAL WESTLAW** | **$1,114.00** |
| Out-of-Town Travel | 10/07/09 | Kumar JS | 34.00 |
| Out-of-Town Travel | 10/07/09 | Kumar JS | 32.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$66.00** |
| Out-of-Town Meals | 10/07/09 | Kumar JS | 20.16 |
| Out-of-Town Meals | 10/07/09 | Kumar JS | 6.84 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$27.00** |
| | | **TOTAL MATTER** | **$1,207.00** |

B43E

SKADDEN ARPS SLATE MEAGHER & FLOM / UTILITIES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 12/09/09
Secured Claims                                                     Bill Number: 1293307

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 11/16/09 | Baker SK | 6.00 |
| | | **TOTAL WESTLAW** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 12/09/09**
**Tax Matters**                                                       **Bill Number: 1293307**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 11/01/09 | Teleconferencing Services, LLC | 62.69 |
| Vendor Hosted Telecon-ferencing | 11/11/09 | Teleconferencing Services, LLC | 10.31 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$73.00** |
| Internal Catering - DC | 11/17/09 | Brewster JJ | 217.00 |
| | | **TOTAL INTERNAL CATERING - DC** | **$217.00** |
| | | **TOTAL MATTER** | **$290.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                      **Bill Date: 12/09/09**
**Utilities**                                            **Bill Number: 1293307**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 11/08/09 | Copy Center, D | 0.40 |
| In-house Reproduction | 11/22/09 | Copy Center, D | 65.19 |
| In-house Reproduction | 11/25/09 | Copy Center, D | 1.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$67.00** |
| Messengers/ Courier | 11/18/09 | Federal Express Corp. | 26.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$26.00** |
| | | **TOTAL MATTER** | **$93.00** |
| | | **TOTAL CLIENT** | **$36,211.00** |

B43E