| Circuit City Stores, Inc. (DIP) | | | Bill Date: 01/12/10 |
|---|---|---|---|
| General Corporate Advice | | | Bill Number: 1302195 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 12/02/09 | Fredericks IS | 48.00 |
| Lexis/Nexis | 12/03/09 | Fredericks IS | 114.00 |
| Lexis/Nexis | 12/05/09 | Fredericks IS | 105.37 |
| Lexis/Nexis | 12/17/09 | Fredericks IS | 101.24 |
| Lexis/Nexis | 12/18/09 | Fredericks IS | 519.39 |
| | | **TOTAL LEXIS/NEXIS** | **$888.00** |
| | | **TOTAL MATTER** | **$888.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 01/12/10
Asset Analysis and Recovery                              Bill Number: 1302195
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 11/12/09 | Galardi GM | 274.95 |
| Out-of-Town Travel | 11/12/09 | Galardi GM | 35.05 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$310.00** |
| | | **TOTAL MATTER** | **$310.00** |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Case Administration**

Bill Date: 01/12/10  
Bill Number: 1302195

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/06/09 | Fredericks IS | 572.30 |
| Air/Rail Travel - vendor feed | 12/20/09 | Fredericks IS | 489.70 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,062.00** |
| In-house Reproduction | 12/11/09 | Copy Center, D | 0.69 |
| In-house Reproduction | 12/11/09 | Copy Center, D | 0.40 |
| In-house Reproduction | 12/15/09 | Copy Center, D | 3.46 |
| In-house Reproduction | 12/18/09 | Copy Center, D | 4.45 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$9.00** |
| Westlaw | 12/10/09 | Sidhu SS | 19.00 |
| | | **TOTAL WESTLAW** | **$19.00** |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 98.00 |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 135.20 |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 107.30 |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 98.00 |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 135.20 |
| Car Service (manual entries) | 12/31/09 | Boston Coach Corp. | 107.30 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$681.00** |
| Telephone - Local | 12/09/09 | Verizon-DE | 28.00 |
| | | **TOTAL TELEPHONE - LOCAL** | **$28.00** |
| Vendor Hosted Teleconferencing | 12/04/09 | Teleconferencing Services, LLC | 6.43 |
| Vendor Hosted Teleconferencing | 12/08/09 | Teleconferencing Services, LLC | 49.01 |
| Vendor Hosted Teleconferencing | 12/08/09 | Teleconferencing Services, LLC | 16.82 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 12/09/09 | Teleconferencing Services, LLC | 2.74 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$75.00** |
| Out-of-Town Travel | 11/17/09 | Fredericks IS | 18.00 |
| Out-of-Town Travel | 11/23/09 | Fredericks IS | 37.00 |
| Out-of-Town Travel | 11/23/09 | Fredericks IS | 286.24 |
| Out-of-Town Travel | 12/06/09 | Fredericks IS | 258.75 |
| Out-of-Town Travel | 12/07/09 | Fredericks IS | 27.00 |
| Out-of-Town Travel | 12/07/09 | Fredericks IS | 280.01 |
| Out-of-Town Travel | 12/08/09 | Fredericks IS | 82.00 |
| Out-of-Town Travel | 12/08/09 | Fredericks IS | 32.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,021.00** |
| Messengers/ Courier | 11/24/09 | Federal Express Corp. | 6.93 |
| Messengers/ Courier | 11/25/09 | Federal Express Corp. | 6.93 |
| Messengers/ Courier | 12/03/09 | Federal Express Corp. | 6.93 |
| Messengers/ Courier | 12/08/09 | Federal Express Corp. | 6.54 |
| Messengers/ Courier | 12/10/09 | Federal Express Corp. | 6.54 |
| Messengers/ Courier | 12/17/09 | Federal Express Corp. | 6.54 |
| Messengers/ Courier | 12/17/09 | Federal Express Corp. | 7.11 |
| Messengers/ Courier | 12/20/09 | Real Courier | 6.39 |
| Messengers/ Courier | 12/22/09 | Federal Express Corp. | 7.09 |
| | | **TOTAL MESSENGERS/ COURIER** | **$61.00** |
| Out-of-Town Meals | 11/22/09 | Fredericks IS | 27.93 |
| Out-of-Town Meals | 11/22/09 | Fredericks IS | 51.89 |
| Out-of-Town Meals | 11/22/09 | Fredericks IS | 4.73 |
| Out-of-Town Meals | 11/23/09 | Fredericks IS | 7.59 |
| Out-of-Town Meals | 12/06/09 | Fredericks IS | 19.78 |
| Out-of-Town Meals | 12/07/09 | Fredericks IS | 34.08 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$146.00** |
| | | **TOTAL MATTER** | **$3,102.00** |

**Circuit City Stores, Inc. (DIP)**  
**Claims Admin. (General)**

Bill Date: 01/12/10  
Bill Number: 1302195

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Repro (network) | 12/05/09 | Network, D | 1.16 |
| In-house Repro (network) | 12/19/09 | Network, D | 0.84 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$2.00** |
| In-house Reproduction | 12/15/09 | Copy Center, D | 2.61 |
| In-house Reproduction | 12/27/09 | Copy Center, D | 2.39 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$5.00** |
| Lexis/Nexis | 12/16/09 | Bugay JJ | 169.00 |
| | | **TOTAL LEXIS/NEXIS** | **$169.00** |
| Westlaw | 12/01/09 | Dangelo PS | 616.00 |
| Westlaw | 12/02/09 | Dangelo PS | 354.43 |
| Westlaw | 12/03/09 | Lazaroff KA | 149.24 |
| Westlaw | 12/03/09 | Dangelo PS | 369.10 |
| Westlaw | 12/04/09 | Dangelo PS | 173.72 |
| Westlaw | 12/06/09 | Dangelo PS | 101.08 |
| Westlaw | 12/07/09 | Lazaroff KA | 258.85 |
| Westlaw | 12/07/09 | Dangelo PS | 23.76 |
| Westlaw | 12/09/09 | Lazaroff KA | 350.55 |
| Westlaw | 12/10/09 | Lazaroff KA | 26.44 |
| Westlaw | 12/10/09 | Sidhu SS | 25.81 |
| Westlaw | 12/12/09 | Dangelo PS | 287.51 |
| Westlaw | 12/13/09 | Dangelo PS | 1,452.75 |
| Westlaw | 12/14/09 | Lazaroff KA | 221.70 |
| Westlaw | 12/14/09 | Dangelo PS | 232.19 |
| Westlaw | 12/15/09 | Lazaroff KA | 80.24 |
| Westlaw | 12/15/09 | Korkis C | 99.36 |
| Westlaw | 12/15/09 | Dangelo PS | 637.04 |
| Westlaw | 12/15/09 | Baker SK | 1,019.85 |
| Westlaw | 12/16/09 | Lazaroff KA | 155.65 |
| Westlaw | 12/16/09 | Dangelo PS | 62.10 |
| Westlaw | 12/16/09 | Bugay JJ | 0.78 |
| Westlaw | 12/17/09 | Lazaroff KA | 382.15 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Westlaw | 12/17/09 | Baker SK | 1,665.38 |
| Westlaw | 12/18/09 | Kumar JS | 108.17 |
| Westlaw | 12/18/09 | Lazaroff KA | 199.35 |
| Westlaw | 12/18/09 | Korkis C | 35.10 |
| Westlaw | 12/18/09 | Dangelo PS | 5.40 |
| Westlaw | 12/18/09 | Baker SK | 109.18 |
| Westlaw | 12/21/09 | Lazaroff KA | 38.03 |
| Westlaw | 12/21/09 | Korkis C | 85.86 |
| Westlaw | 12/21/09 | Baker SK | 138.04 |
| Westlaw | 12/22/09 | Lazaroff KA | 20.91 |
| Westlaw | 12/28/09 | Korkis C | 114.84 |
| Westlaw | 12/30/09 | Lazaroff KA | 211.52 |
| Westlaw | 12/30/09 | Korkis C | 32.92 |
| | | **TOTAL WESTLAW** | **$9,845.00** |
| Vendor Hosted Teleconferencing | 12/15/09 | Teleconferencing Services, LLC | 4.30 |
| Vendor Hosted Teleconferencing | 12/17/09 | Teleconferencing Services, LLC | 2.70 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$7.00** |
| Messengers/ Courier | 12/07/09 | Federal Express Corp. | 9.35 |
| Messengers/ Courier | 12/14/09 | Federal Express Corp. | 6.63 |
| Messengers/ Courier | 12/14/09 | Federal Express Corp. | 22.09 |
| Messengers/ Courier | 12/23/09 | Federal Express Corp. | 10.93 |
| | | **TOTAL MESSENGERS/ COURIER** | **$49.00** |
| Print Images to Paper (from Electronic Media) | 12/03/09 | Mc Clendon AD | 9.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$9.00** |
| | | **TOTAL MATTER** | **$10,086.00** |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Employee Matters (General)**

Bill Date: 01/12/10  
Bill Number: 1302195

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 12/07/09 | Office Admin, D | 6.25 |
| Postage | 12/07/09 | Office Admin, D | 6.25 |
| Postage | 12/14/09 | Office Admin, D | 16.50 |
|  |  | **TOTAL POSTAGE** | **$29.00** |
| Messengers/ Courier | 12/14/09 | Federal Express Corp. | 7.00 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
|  |  | **TOTAL MATTER** | **$36.00** |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Leases (Real Property)**

Bill Date: 01/12/10  
Bill Number: 1302195

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 12/09/09 | Copy Center, D | 250.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$250.00** |
|  |  | **TOTAL MATTER** | **$250.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Litigation (General)  

Bill Date: 01/12/10  
Bill Number: 1302195  

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 12/04/09 | Office Admin, D | 50.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$50.00** |
| In-house Reproduction | 12/04/09 | Copy Center, D | 16.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$16.00** |
| Lexis/Nexis | 12/03/09 | Liberi JM | 18.75 |
| Lexis/Nexis | 12/07/09 | Lazaroff KA | 19.50 |
| Lexis/Nexis | 12/08/09 | Liberi JM | 241.92 |
| Lexis/Nexis | 12/09/09 | Liberi JM | 123.37 |
| Lexis/Nexis | 12/14/09 | Liberi JM | 110.65 |
| Lexis/Nexis | 12/16/09 | Liberi JM | 103.15 |
| Lexis/Nexis | 12/16/09 | Vine J | 486.87 |
| Lexis/Nexis | 12/21/09 | Liberi JM | 418.23 |
| Lexis/Nexis | 12/28/09 | Liberi JM | 33.56 |
| | | **TOTAL LEXIS/NEXIS** | **$1,556.00** |
| Westlaw | 12/01/09 | Sidhu SS | 437.44 |
| Westlaw | 12/02/09 | Sidhu SS | 361.25 |
| Westlaw | 12/03/09 | Sidhu SS | 6.13 |
| Westlaw | 12/07/09 | Lazaroff KA | 44.70 |
| Westlaw | 12/09/09 | Bugay JJ | 11.42 |
| Westlaw | 12/16/09 | Vine J | 684.07 |
| Westlaw | 12/21/09 | Liberi JM | 21.99 |
| | | **TOTAL WESTLAW** | **$1,567.00** |
| Vendor Hosted Teleconferencing | 12/03/09 | Teleconferencing Services, LLC | 2.39 |
| Vendor Hosted Teleconferencing | 12/04/09 | Teleconferencing Services, LLC | 3.18 |
| Vendor Hosted Teleconferencing | 12/11/09 | Teleconferencing Services, LLC | 10.18 |
| Vendor Hosted Teleconferencing | 12/18/09 | Teleconferencing Services, LLC | 4.25 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$20.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 12/29/09 | Federal Express Corp. | 16.20 |
| Messengers/ Courier | 12/29/09 | Federal Express Corp. | 16.20 |
| Messengers/ Courier | 12/29/09 | Federal Express Corp. | 16.20 |
| Messengers/ Courier | 12/29/09 | Federal Express Corp. | 16.20 |
| Messengers/ Courier | 12/29/09 | Federal Express Corp. | 16.20 |
| | | **TOTAL MESSENGERS/ COURIER** | **$81.00** |
| CD Creation | 12/10/09 | Musselman PR | 57.00 |
| | | **TOTAL CD CREATION** | **$57.00** |
| File Conversion (Multi-page to Single-page) | 12/09/09 | Musselman PR | 7.44 |
| File Conversion (Multi-page to Single-page) | 12/09/09 | Narvaez J | 1.56 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$9.00** |
| Loading Images/Data | 12/09/09 | Musselman PR | 3.31 |
| Loading Images/Data | 12/09/09 | Musselman PR | 0.69 |
| | | **TOTAL LOADING IMAGES/DATA** | **$4.00** |
| | | **TOTAL MATTER** | **$3,360.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                                      Bill Date: 01/12/10
**Retention / Fee Matters / Objections (Others)**                        Bill Number: 1302195

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 12/10/09 | Kumar JS | 11.00 |
| | | **TOTAL WESTLAW** | **$11.00** |
| | | **TOTAL MATTER** | **$11.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 01/12/10
Secured Claims                                               Bill Number: 1302195
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 12/03/09 | Baker SK | 908.47 |
| Westlaw | 12/04/09 | Baker SK | 509.85 |
| Westlaw | 12/22/09 | Baker SK | 356.68 |
| | | **TOTAL WESTLAW** | **$1,775.00** |
| | | **TOTAL MATTER** | **$1,775.00** |

B43E

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 01/12/10 |
| Tax Matters | | | Bill Number: 1302195 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 12/01/09 | Robison D | 1,504.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,504.00** |
| Postage | 12/02/09 | Office Admin, D | 2.00 |
| | | **TOTAL POSTAGE** | **$2.00** |
| Lexis/Nexis | 12/11/09 | Leavitt D | 132.00 |
| | | **TOTAL LEXIS/NEXIS** | **$132.00** |
| Westlaw | 12/08/09 | Leavitt D | 194.55 |
| Westlaw | 12/11/09 | Leavitt D | 124.45 |
| | | **TOTAL WESTLAW** | **$319.00** |
| | | **TOTAL MATTER** | **$1,957.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 01/12/10 |
|---|---|---|---|
| Utilities | | | Bill Number: 1302195 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 09/10/09 | Office Admin, D | 19.41 |
| Postage | 09/24/09 | Office Admin, D | 1.03 |
| Postage | 09/28/09 | Office Admin, D | 1.03 |
| Postage | 10/15/09 | Office Admin, D | 1.53 |
| | | **TOTAL POSTAGE** | **$23.00** |
| | | **TOTAL MATTER** | **$23.00** |
| | | **TOTAL CLIENT** | **$21,798.00** |

B43E