Circuit City Stores, Inc. (DIP)                    Bill Date: 02/09/10
General Corporate Advice                          Bill Number: 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/10/10 | Fredericks IS | 141.35 |
| Lexis/Nexis | 01/11/10 | Fredericks IS | 116.98 |
| Lexis/Nexis | 01/12/10 | Fredericks IS | 24.19 |
| Lexis/Nexis | 01/13/10 | Fredericks IS | 134.62 |
| Lexis/Nexis | 01/14/10 | Fredericks IS | 163.13 |
| Lexis/Nexis | 01/17/10 | Fredericks IS | 75.75 |
| Lexis/Nexis | 01/24/10 | Fredericks IS | 359.07 |
| Lexis/Nexis | 01/25/10 | Fredericks IS | 713.06 |
| Lexis/Nexis | 01/26/10 | Fredericks IS | 54.37 |
| Lexis/Nexis | 01/29/10 | Fredericks IS | 76.11 |
| Lexis/Nexis | 01/30/10 | Fredericks IS | 9.37 |
| Lexis/Nexis | 01/31/10 | Fredericks IS | 57.00 |
| | | **TOTAL LEXIS/NEXIS** | **$1,925.00** |
| Westlaw | 01/14/10 | Fredericks IS | 63.00 |
| | | **TOTAL WESTLAW** | **$63.00** |
| Vendor Hosted Telecon-ferencing | 01/06/10 | Teleconferencing Services, LLC | 15.27 |
| Vendor Hosted Telecon-ferencing | 01/20/10 | Teleconferencing Services, LLC | 6.73 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$22.00** |
| | | **TOTAL MATTER** | **$2,010.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Asset Dispositions (General)**

**Bill Date:** 02/09/10
**Bill Number:** 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 2.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                              Bill Date: 02/09/10
**Business Operations / Strategic Planning**                     Bill Number: 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 2.21 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 1.79 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                                    Bill Date: 02/09/10
**Case Administration**                                               Bill Number: 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 01/12/10 | Fredericks IS | 600.87 |
| Air/Rail Travel - vendor feed | 01/13/10 | Galardi GM | 1,510.58 |
| Air/Rail Travel - vendor feed | 01/14/10 | Fredericks IS | 195.02 |
| Air/Rail Travel - vendor feed | 01/15/10 | Fredericks IS | 154.02 |
| Air/Rail Travel - vendor feed | 01/27/10 | Fredericks IS | 903.51 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,364.00** |
| In-house Reproduction | 01/15/10 | Copy Center, D | 46.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$46.00** |
| Postage | 12/22/09 | Office Admin, D | 0.43 |
| Postage | 12/24/09 | Office Admin, D | 2.99 |
| Postage | 12/24/09 | Office Admin, D | 0.60 |
| Postage | 01/05/10 | Office Admin, D | 1.35 |
| Postage | 01/06/10 | Office Admin, D | 1.03 |
| Postage | 01/06/10 | Office Admin, D | 0.60 |
| | | **TOTAL POSTAGE** | **$7.00** |
| Westlaw | 01/05/10 | Baker SK | 131.00 |
| | | **TOTAL WESTLAW** | **$131.00** |
| Car Service (manual entries) | 01/17/10 | Boston Coach Corp. | 97.92 |
| Car Service (manual entries) | 01/17/10 | Boston Coach Corp. | 135.08 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$233.00** |
| Telephone - Local | 01/09/10 | Verizon-DE | 29.00 |
| | | **TOTAL TELEPHONE - LOCAL** | **$29.00** |
| Vendor Hosted Teleconferencing | 01/04/10 | Teleconferencing Services, LLC | 6.36 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 01/08/10 | Teleconferencing Services, LLC | 15.40 |
| Vendor Hosted Telecon-ferencing | 01/15/10 | Teleconferencing Services, LLC | 48.01 |
| Vendor Hosted Telecon-ferencing | 01/22/10 | Teleconferencing Services, LLC | 0.17 |
| Vendor Hosted Telecon-ferencing | 01/22/10 | Teleconferencing Services, LLC | 10.87 |
| Vendor Hosted Telecon-ferencing | 01/26/10 | Teleconferencing Services, LLC | 7.22 |
| Vendor Hosted Telecon-ferencing | 01/27/10 | Teleconferencing Services, LLC | 26.28 |
| Vendor Hosted Telecon-ferencing | 01/27/10 | Teleconferencing Services, LLC | 34.02 |
| Vendor Hosted Telecon-ferencing | 01/29/10 | Teleconferencing Services, LLC | 2.67 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$151.00** |
| Out-of-Town Travel | 01/12/10 | Fredericks IS | 534.18 |
| Out-of-Town Travel | 01/14/10 | Fredericks IS | 233.86 |
| Out-of-Town Travel | 01/15/10 | Fredericks IS | 36.99 |
| Out-of-Town Travel | 01/15/10 | Fredericks IS | 36.99 |
| Out-of-Town Travel | 01/15/10 | Fredericks IS | 78.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$921.00** |
| Business Meals | 01/15/10 | Fredericks IS | 45.00 |
| Business Meals | 01/22/10 | Fredericks IS | 25.00 |
| | | **TOTAL BUSINESS MEALS** | **$70.00** |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 17.23 |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 19.91 |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 17.22 |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 17.23 |
| Messengers/ Courier | 01/12/10 | Federal Express Corp. | 12.83 |
| Messengers/ Courier | 01/15/10 | Federal Express Corp. | 7.57 |
| Messengers/ Courier | 01/29/10 | Federal Express Corp. | 6.44 |
| Messengers/ Courier | 01/29/10 | Federal Express Corp. | 7.57 |
| | | **TOTAL MESSENGERS/ COURIER** | **$106.00** |
| Out-of-Town Meals | 01/12/10 | Fredericks IS | 7.75 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 01/12/10 | Fredericks IS | 32.14 |
| Out-of-Town Meals | 01/13/10 | Fredericks IS | 43.64 |
| Out-of-Town Meals | 01/14/10 | Fredericks IS | 22.20 |
| Out-of-Town Meals | 01/15/10 | Fredericks IS | 27.73 |
| Out-of-Town Meals | 01/18/10 | Fredericks IS | 5.54 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$139.00** |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 5.84 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 0.16 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 1.68 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 55.68 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 541.44 |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 1.20 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$606.00** |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 6.10 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 3.77 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 18.30 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 3.69 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 7.30 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.40 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 25.52 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 13.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 1.20 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 2.25 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 2.25 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 6.10 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 3.77 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 18.30 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 3.69 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 7.30 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.78 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 01/14/10 | Ndumu TA | 0.56 |

**TOTAL PRINT IMAGES TO PAPER
(FROM ELECTRONIC MEDIA)**          **$141.00**

**TOTAL MATTER**          **$5,944.00**

B43E

**Circuit City Stores, Inc. (DIP)**                          Bill Date: 02/09/10
**Claims Admin. (General)**                                  Bill Number: 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 01/02/10 | Network, D | 0.76 |
| In-house Repro (network) | 01/16/10 | Network, D | 3.14 |
| In-house Repro (network) | 01/30/10 | Network, D | 0.10 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$4.00** |
| In-house Reproduction | 01/10/10 | Copy Center, D | 1.50 |
| In-house Reproduction | 01/13/10 | Copy Center, D | 3.02 |
| In-house Reproduction | 01/22/10 | Copy Center, D | 29.59 |
| In-house Reproduction | 01/24/10 | Copy Center, D | 92.88 |
| In-house Reproduction | 01/27/10 | Copy Center, D | 4.01 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$131.00** |
| Postage | 01/12/10 | Office Admin, D | 0.45 |
| Postage | 01/12/10 | Office Admin, D | 1.39 |
| Postage | 01/12/10 | Office Admin, D | 5.57 |
| Postage | 01/19/10 | Office Admin, D | 1.39 |
| Postage | 01/19/10 | Office Admin, D | 1.39 |
| Postage | 01/19/10 | Office Admin, D | 4.76 |
| Postage | 01/19/10 | Office Admin, D | 4.96 |
| Postage | 01/25/10 | Office Admin, D | 1.09 |
| | | **TOTAL POSTAGE** | **$21.00** |
| Lexis/Nexis | 01/08/10 | Dangelo PS | 19.49 |
| Lexis/Nexis | 01/22/10 | Kumar JS | 10.12 |
| Lexis/Nexis | 01/25/10 | Kumar JS | 10.12 |
| Lexis/Nexis | 01/26/10 | Kumar JS | 19.50 |
| Lexis/Nexis | 01/28/10 | Morong C | 181.78 |
| Lexis/Nexis | 01/29/10 | Vine J | 1,101.99 |
| | | **TOTAL LEXIS/NEXIS** | **$1,343.00** |
| Westlaw | 01/04/10 | Lazaroff KA | 28.08 |
| Westlaw | 01/04/10 | Baker SK | 502.31 |
| Westlaw | 01/06/10 | Korkis C | 23.76 |
| Westlaw | 01/07/10 | Baker SK | 311.21 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/08/10 | Dangelo PS | 997.01 |
| Westlaw | 01/10/10 | Dangelo PS | 659.60 |
| Westlaw | 01/11/10 | Kumar JS | 86.93 |
| Westlaw | 01/11/10 | Morong C | 181.96 |
| Westlaw | 01/11/10 | Dangelo PS | 647.41 |
| Westlaw | 01/12/10 | Kumar JS | 168.71 |
| Westlaw | 01/12/10 | Lazaroff KA | 211.95 |
| Westlaw | 01/12/10 | Dangelo PS | 126.36 |
| Westlaw | 01/14/10 | Kumar JS | 31.54 |
| Westlaw | 01/15/10 | Kumar JS | 116.42 |
| Westlaw | 01/19/10 | Lazaroff KA | 496.59 |
| Westlaw | 01/20/10 | Kumar JS | 112.10 |
| Westlaw | 01/20/10 | Baker SK | 475.62 |
| Westlaw | 01/21/10 | Kumar JS | 657.94 |
| Westlaw | 01/21/10 | Lazaroff KA | 109.42 |
| Westlaw | 01/22/10 | Kumar JS | 506.63 |
| Westlaw | 01/22/10 | Baker SK | 56.33 |
| Westlaw | 01/24/10 | Kumar JS | 203.29 |
| Westlaw | 01/25/10 | Kumar JS | 519.59 |
| Westlaw | 01/25/10 | Baker SK | 1,850.15 |
| Westlaw | 01/26/10 | Kumar JS | 8.10 |
| Westlaw | 01/26/10 | Dangelo PS | 547.72 |
| Westlaw | 01/26/10 | Baker SK | 981.18 |
| Westlaw | 01/27/10 | Kumar JS | 84.56 |
| Westlaw | 01/27/10 | Dangelo PS | 457.14 |
| Westlaw | 01/27/10 | Baker SK | 5.40 |
| Westlaw | 01/28/10 | Kumar JS | 171.68 |
| Westlaw | 01/28/10 | Lazaroff KA | 32.92 |
| Westlaw | 01/28/10 | Korkis C | 74.24 |
| Westlaw | 01/28/10 | Dangelo PS | 681.98 |
| Westlaw | 01/29/10 | Lazaroff KA | 71.77 |
| Westlaw | 01/29/10 | Korkis C | 86.40 |
| | | **TOTAL WESTLAW** | **$12,284.00** |
| Reproduction - color | 01/10/10 | Copy Center, D | 3.14 |
| Reproduction - color | 01/27/10 | Copy Center, D | 7.86 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL REPRODUCTION - COLOR** | **$11.00** |
| Out-of-Town Travel | 01/13/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 01/13/10 | Galardi GM | 40.00 |
| Out-of-Town Travel | 01/14/10 | Galardi GM | 303.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$379.00** |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Out-of-Town Meals | 01/14/10 | Galardi GM | 15.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$15.00** |
| Outside Research/Internet Services | 01/05/10 | Restructuring Concepts, LLC | 46.04 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 40.19 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 448.55 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 9.13 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 6.09 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$550.00** |
| OCR Processing | 01/13/10 | Teschky RJ | 19.00 |
| | | **TOTAL OCR PROCESSING** | **$19.00** |
| CD Creation | 12/01/09 | Teschky RJ | 76.00 |
| CD Creation | 12/14/09 | Teschky RJ | 152.00 |
| CD Creation | 12/22/09 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| CD Creation | 01/11/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$798.00** |
| Electronic Database Export (TIF Process) | 12/22/09 | Teschky RJ | 1.00 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 3.79 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 0.70 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 0.55 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 0.50 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 1.20 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 3.94 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 1.40 |
| Electronic Database Export (TIF Process) | 01/07/10 | Teschky RJ | 1.33 |
| Electronic Database Export (TIF Process) | 01/08/10 | Teschky RJ | 4.59 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$19.00** |
| Production Export (with Bates and Legends) | 12/22/09 | Teschky RJ | 1.57 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 5.98 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 1.10 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 0.87 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 0.79 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 1.90 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 6.22 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 2.20 |
| Production Export (with Bates and Legends) | 01/07/10 | Teschky RJ | 2.13 |
| Production Export (with Bates and Legends) | 01/11/10 | Teschky RJ | 7.24 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$30.00** |
| Loading Images/Data | 12/22/09 | Winogrodzki J | 0.21 |
| Loading Images/Data | 01/07/10 | Delacruz SP | 0.80 |
| Loading Images/Data | 01/07/10 | Delacruz SP | 0.15 |
| Loading Images/Data | 01/07/10 | Delacruz SP | 0.12 |
| Loading Images/Data | 01/07/10 | Rodriguez AF | 0.10 |
| Loading Images/Data | 01/07/10 | Rodriguez AF | 0.25 |
| Loading Images/Data | 01/07/10 | Rodriguez AF | 0.83 |
| Loading Images/Data | 01/07/10 | Rodriguez AF | 0.29 |
| Loading Images/Data | 01/07/10 | Rodriguez AF | 0.28 |
| Loading Images/Data | 01/08/10 | Winogrodzki J | 0.97 |
| | | **TOTAL LOADING IMAGES/DATA** | **$4.00** |
| | | **TOTAL MATTER** | **$15,615.00** |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 02/09/10
Claims Admin. (Reclamation/Trust Funds)                  Bill Number: 1302790

| Disbursement | Date     | Vendor/Employee/Dept. | Amount   |
|--------------|----------|-----------------------|----------|
| Westlaw      | 01/21/10 | Lazaroff KA           | 309.00   |
|              |          | **TOTAL WESTLAW**     | **$309.00** |
|              |          | **TOTAL MATTER**      | **$309.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Employee Matters (General)**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 12/14/09 | Office Admin, D | 1.00 |
| | | **TOTAL POSTAGE** | **$1.00** |
| | | **TOTAL MATTER** | **$1.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Intellectual Property**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 7.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$7.00** |
| | | **TOTAL MATTER** | **$7.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Leases (Real Property)**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 01/06/09 | Pacer Service Center | 3.18 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 7.82 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$11.00** |
| | | **TOTAL MATTER** | **$11.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                          **Bill Date: 02/09/10**
**Reorganization Plan / Plan Sponsors**               **Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/22/10 | Vine J | 365.44 |
| Lexis/Nexis | 01/25/10 | Vine J | 429.14 |
| Lexis/Nexis | 01/28/10 | Vine J | 1,545.42 |
| | | **TOTAL LEXIS/NEXIS** | **$2,340.00** |
| Outside Re-search/Internet Services | 01/06/10 | Pacer Service Center | 3.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3.00** |
| | | **TOTAL MATTER** | **$2,343.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Retention / Fee Matters / Objections (Others)**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 01/20/10 | Vine J | 560.86 |
| Lexis/Nexis | 01/21/10 | Vine J | 2,581.39 |
| Lexis/Nexis | 01/27/10 | Vine J | 730.75 |
| | | **TOTAL LEXIS/NEXIS** | **$3,873.00** |
| Westlaw | 01/20/10 | Vine J | 16.23 |
| Westlaw | 01/25/10 | Vine J | 212.16 |
| Westlaw | 01/28/10 | Vine J | 11.61 |
| | | **TOTAL WESTLAW** | **$240.00** |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 3.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$3.00** |
| | | **TOTAL MATTER** | **$4,116.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Secured Claims**

**Bill Date: 02/09/10**
**Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/08/10 | Baker SK | 740.00 |
| | | **TOTAL WESTLAW** | **$740.00** |
| | | **TOTAL MATTER** | **$740.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Tax Matters**

**Bill Date:** 02/09/10
**Bill Number:** 1302790

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 01/05/10 | Leavitt D | 11.92 |
| Westlaw | 01/06/10 | Leavitt D | 54.70 |
| Westlaw | 01/07/10 | Wille R | 97.38 |
| | | **TOTAL WESTLAW** | **$164.00** |
| Vendor Hosted Teleconferencing | 01/06/10 | Teleconferencing Services, LLC | 8.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Messengers/ Courier | 01/15/10 | Federal Express Corp. | 6.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$6.00** |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 7.30 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 4.70 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$12.00** |
| | | **TOTAL MATTER** | **$190.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                                  **Bill Date: 02/09/10**
**Vendor Matters**                                                   **Bill Number: 1302790**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CD Creation | 12/09/09 | Musselman PR | 38.00 |
| | | **TOTAL CD CREATION** | **$38.00** |
| | | **TOTAL MATTER** | **$38.00** |
| | | **TOTAL CLIENT** | **$31,330.00** |

B43E