# EXHIBIT E-1

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

December 10, 2009

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91209512

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

| | |
|---|---|
| Balance Forward from Prior Invoices: | $128,652.29 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | |

Current Invoice:

| | | |
|---|---|---|
| Current Fees: | $251,282.50 | |
| Current Disbursements: | $5,528.90 | |
| **Current Invoice Total:** | | **$256,811.40** |
| Total Balance Due: | | $385,463.69 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

December 10, 2009

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 11/30/09

INVOICE NO.  91209512                        TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.        2055557-0010
    Circuit City Contact     Michelle Mosier
    McGuireWoods Contact     Douglas M. Foley

| | | |
|---|---|---|
| 11/02/09 | Begin and continue preparation for omnibus hearing on Tuesday, November 3rd and meeting with client and debtors' professionals regarding same<br>Douglas M. Foley   1.60 hours at  550.00 per hour. | $880.00 |
| 11/02/09 | Prepare exhibits for hearing (.7); research court calendar for pending issues (.9); prepare memorandum to professionals of pending issues (.3); finalize supporting documents and charts for omnibus hearing (1.9)<br>Karen B. Cain   3.80 hours at  195.00 per hour. | $741.00 |
| 11/03/09 | Meeting with client and debtors' professionals in preparation for hearings on November 3rd (1.9); attend omnibus hearing and prepare for same (1.4)<br>Douglas M. Foley   3.30 hours at  550.00 per hour. | $1,815.00 |

Circuit City Stores Inc
File Number: 2055557                                        Page   2
Invoice No. 91209512                                       December 10, 2009

11/03/09  Revise supporting documents of omnibus
          objections (1.9); finalize professionals'
          hearing binders (.8)
          Karen B. Cain   2.70 hours at  195.00 per hour.              $526.50

11/04/09  Review and prepare response to subpoena request
          Linda J. Neilson   .40 hours at  185.00 per hour.             $74.00

11/04/09  Research court calendar for hearing items (.7);
          revise charts of hearing items (.5)
          Karen B. Cain   1.20 hours at  195.00 per hour.              $234.00

11/05/09  Analyze e-mail and correspondence regarding
          restitution adjustment request
          Sarah B. Boehm   .20 hours at  450.00 per hour.               $90.00

11/05/09  File affidavits of service
          Bryan A. Stark   .30 hours at  295.00 per hour.               $88.50

11/05/09  Review 11/12/09 hearing agenda
          Linda J. Neilson   .20 hours at  185.00 per hour.             $37.00

11/09/09  E-mails with debtors' professionals and FTI
          regarding plan exhibits and preparations for
          hearings on November 12th
          Douglas M. Foley   1.30 hours at  550.00 per hour.           $715.00

11/09/09  Correspondence regarding agenda for 11/12/09
          hearing (.1); review and prepare responses to
          subpoenas and garnishment requests (3.6)
          Linda J. Neilson   3.70 hours at  185.00 per hour.           $684.50

11/09/09  Review omnibus hearing agenda and comparison
          with court calendar of items (.7); e-mail to
          professionals regarding additional agenda items
          (.4)
          Karen B. Cain   1.10 hours at  195.00 per hour.              $214.50

11/10/09  Telephone conferences and e-mails with chambers
          regarding preparation for hearing on November
          12th and several telephone conferences and
          e-mails with creditors and creditors' counsel
          regarding protocol for same
          Douglas M. Foley   .70 hours at  550.00 per hour.            $385.00

11/10/09  Draft and file notice of additional omnibus
          hearing dates and e-mails regarding same
          Sarah B. Boehm   .30 hours at  450.00 per hour.              $135.00

Circuit City Stores Inc
File Number: 2055557                                      Page    3
Invoice No. 91209512                                     December 10, 2009

11/10/09  Revise and prepare 11/12/09 hearing agenda for
          filing (3.2); prepare documents for 11/12/09
          hearing (1.1); retrieve and organize documents
          for plan confirmation hearing (1.3)
          Linda J. Neilson   5.60 hours at  185.00 per hour.      $1,036.00

11/10/09  Review agenda for omnibus hearing (.9); e-mail
          to and from professionals regarding status of
          claims and objections (.7)
          Karen B. Cain   1.60 hours at  195.00 per hour.           $312.00

11/11/09  Finalize and file affidavit of service and
          e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

11/11/09  Review and prepare responses to subpoenas and
          garnishment requests (4.1); prepare documents
          for 11/12/09 hearing (1.7)
          Linda J. Neilson   5.80 hours at  185.00 per hour.      $1,073.00

11/11/09  Update professionals' binders for omnibus
          hearing
          Karen B. Cain   1.30 hours at  195.00 per hour.           $253.50

11/12/09  Prepare for and participate via telephone in
          November 12, 2009 hearing and review multiple
          documents, pleadings and other items regarding
          same and telephone calls and e-mails with
          parties regarding same and other omnibus
          hearing dates
          Daniel F. Blanks   4.70 hours at  375.00 per hour.      $1,762.50

11/12/09  Chart telephone calls and issues to be resolved
          Nancy S. von Bargen    .60 hours at  220.00 per hour.     $132.00

11/12/09  Prepare professionals' binders for omnibus
          hearing (.6); work on hearing exhibits (1.7);
          research plan objections (.6)
          Karen B. Cain   2.90 hours at  195.00 per hour.           $565.50

11/13/09  Finalize and file affidavits of service and
          e-mails regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

11/13/09  Review and organize requests for garnishments
          Linda J. Neilson   1.40 hours at  185.00 per hour.        $259.00

11/13/09  Research court calendar for omnibus hearing
          items pending (1.9); work on chart of hearing
          motions (2.2)
          Karen B. Cain   4.10 hours at  195.00 per hour.           $799.50

Circuit City Stores Inc
File Number: 2055557                                         Page    4
Invoice No. 91209512                                December 10, 2009

11/16/09  Review docket and agenda regarding October 23,
          2009 omnibus hearing regarding objections and
          responses due and related issues
          Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

11/16/09  Review, retrieve and organize
          responses/objections to plan confirmation
          Linda J. Neilson   2.70 hours at  185.00 per hour.          $499.50

11/16/09  Review court docket and court calendar (.9);
          work on case calendar for circulation (.3)
          Karen B. Cain   1.20 hours at  195.00 per hour.             $234.00

11/17/09  Retrieve and organize responses/objections to
          plan
          Linda J. Neilson   1.10 hours at  185.00 per hour.          $203.50

11/17/09  E-mail from and to professionals and court
          reporter regarding hearing transcripts
          Karen B. Cain    .60 hours at  195.00 per hour.             $117.00

11/18/09  Review and revise agenda and pleadings
          regarding same, e-mails with debtors'
          professionals regarding same and begin
          preparation for hearing on November 23rd
          Douglas M. Foley   1.60 hours at  550.00 per hour.          $880.00

11/18/09  Review, retrieve and organize responses to plan
          confirmation (2.1); review and revise agenda
          for 11/23/09 hearing (.7)
          Linda J. Neilson   2.80 hours at  185.00 per hour.          $518.00

11/19/09  Review and revise agenda and e-mails with
          client and debtors' professionals regarding
          same and hearing preparation for November 23rd
          Douglas M. Foley   1.20 hours at  550.00 per hour.          $660.00

11/19/09  Review, analyze, revise and file proposed
          hearing agenda for November 23, 2009 and
          multiple e-mails and telephone conferences with
          debtors' professionals regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

11/19/09  Review, retrieve and organize responses to plan
          confirmation (1.4); review and revise agenda
          for 11/23/09 hearing (2.1); review, retrieve
          and organize EDC documents regarding discovery
          (1.3); review and prepare response to
          garnishment requests (.6)
          Linda J. Neilson   5.40 hours at  185.00 per hour.          $999.00

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. 91209512                                    December 10, 2009

11/20/09  Correspondence with parties regarding out of
          business and unable to respond to subpoenas and
          other items and related issues
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

11/20/09  Prepare adversary proceeding cover sheets (.2);
          review and prepare responses to requests for
          garnishments, subpoenas and complaints (1.9)
          Linda J. Neilson   2.10 hours at  185.00 per hour.        $388.50

11/22/09  Review and revise notes on agenda in
          preparation for hearing on November 23rd and
          review pleadings regarding same
          Douglas M. Foley   1.80 hours at  550.00 per hour.        $990.00

11/23/09  Prepare for and participate in omnibus hearing
          for November 23rd and conference with client
          and co-counsel regarding same
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

11/23/09  Review and prepare responses to garnishments
          and subpoenas
          Linda J. Neilson   2.60 hours at  185.00 per hour.        $481.00

11/23/09  Prepare documents for court hearing (1.6);
          research hearing item issues (1.9); track items
          for year end omnibus hearings (1.7)
          Karen B. Cain   5.20 hours at  195.00 per hour.         $1,014.00

11/24/09  Review and prepare responses to garnishments
          and subpoenas
          Linda J. Neilson   2.50 hours at  185.00 per hour.        $462.50

11/30/09  Review agenda items for December 7th and
          several telephone conferences and e-mails with
          creditors' counsel regarding continuance of
          various matters and status of resolution of
          same
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

11/30/09  Review reports for initial pretrial conference
          (.2); e-mail D. Foley regarding same (.1)
          Erin Q. Ashcroft    .30 hours at  300.00 per hour.         $90.00

11/30/09  Review draft agenda for 12/7/09 hearing (.9);
          review and prepare responses to garnishment
          requests, subpoenas and complaints (3.0)
          Linda J. Neilson   3.90 hours at  185.00 per hour.        $721.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 15.1 | $8,305.00 |
| Sarah B. Boehm | $450.00 | 1.1 | $495.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91209512

Page   6
December 10, 2009

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 7.4 | $2,775.00 |
| Erin Q. Ashcroft | $300.00 | 0.3 | $90.00 |
| Bryan A. Stark | $295.00 | 0.3 | $88.50 |
| Nancy S. von Bargen | $220.00 | 0.6 | $132.00 |
| Karen B. Cain | $195.00 | 25.7 | $5,011.50 |
| Linda J. Neilson | $185.00 | 40.2 | $7,437.00 |
| TOTAL FEES | | 90.7 | $24,334.00 |

**Re: Restructuring and General Strategy**
     **Our File No.**          **2055557-0020**
     **Circuit City Contact**    **Michelle Mosier**
     **McGuireWoods Contact**    **Douglas M. Foley**

11/02/09 Review claims waterfall chart and
         administrative solvency analysis
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

11/03/09 Several telephone conferences, e-mails and
         meetings with client and debtors' professionals
         and committees' professionals regarding issues
         relating to administrative solvency, including
         tax issues (1.4); review slides relating to
         board presentation to November 4th meeting (.2)
         Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

11/15/09 E-mails and telephone call with debtors and UCC
         professionals regarding tax issues
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

11/16/09 E-mails regarding status of plan confirmation
         and retention of A. Siegel as chief
         restructuring officer and analyze issues
         regarding same
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

11/23/09 Review claims waterfall and effective date
         analysis and e-mails with debtors'
         professionals regarding same
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.8 | $2,090.00 |
| TOTAL FEES | | 3.8 | $2,090.00 |

**Re: Monthly Operating Reports**
     **Our File No.**          **2055557-0060**
     **Circuit City Contact**    **Michelle Mosier**

**McGuireWoods Contact      Douglas M. Foley**

11/16/09 Finalize and file monthly operating report
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $375.00 | 0.5 | $187.50 |
| TOTAL FEES | | 0.5 | $187.50 |

**Re: Professional Retention/Fee Applications**
     **Our File No.              2055557-0070**
     **Circuit City Contact     Michelle Mosier**
     **McGuireWoods Contact     Douglas M. Foley**

11/05/09 Analyze and revise monthly fee statement and
         e-mails regarding same (1.2); analyze issues
         and e-mails regarding retention of Georgetown
         Economic Advisors (.2)
         Sarah B. Boehm   1.40 hours at  450.00 per hour.        $630.00

11/06/09 E-mails regarding orders approving interim
         applications and payment to CPO
         Sarah B. Boehm   .30 hours at  450.00 per hour.        $135.00

11/09/09 Draft, finalize and file second supplement to
         OCP order and affidavit regarding Georgetown
         Economic Advisor retention and multiple e-mails
         regarding same
         Sarah B. Boehm   .60 hours at  450.00 per hour.        $270.00

11/10/09 Draft correspondence, finalize monthly fee
         statement and multiple e-mails regarding same
         Sarah B. Boehm   .70 hours at  450.00 per hour.        $315.00

11/11/09 Finalize and file ordinary course professional
         affidavit and e-mails regarding same
         Sarah B. Boehm   .30 hours at  450.00 per hour.        $135.00

11/13/09 Analyze issues and e-mails with Kirkland &
         Ellis regarding final fee application
         Sarah B. Boehm   .40 hours at  450.00 per hour.        $180.00

Circuit City Stores Inc
File Number: 2055557                                      Page    8
Invoice No. 91209512                                December 10, 2009


11/16/09 E-mails regarding final fee application of K&E
         (.2); e-mails regarding extension and retention
         of DJM Asset Management and e-mails with
         debtors' professionals and committees'
         professionals regarding same (.2)
         Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Sarah B. Boehm | $450.00 | 3.7 | $1,665.00 |
| TOTAL FEES | | 4.1 | $1,885.00 |


**Re: Automatic Stay**
     **Our File No.**              **2055557-0090**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**


11/04/09 Research and draft response to motion for
         relief
         Bryan A. Stark   1.20 hours at  295.00 per hour.        $354.00

11/05/09 Draft response to motion for relief from stay
         (1.1); e-mail same for review (.1)
         Bryan A. Stark   1.20 hours at  295.00 per hour.        $354.00

11/06/09 Review and revise response to Unical's relief
         from stay motion and analyze issues regarding
         same
         Douglas M. Foley   .40 hours at  550.00 per hour.       $220.00

11/06/09 Review Unical pleadings and telephone call to
         counsel regarding renoticing for hearing on
         omnibus hearing date and multiple e-mails
         regarding same
         Sarah B. Boehm   .40 hours at  450.00 per hour.         $180.00

11/06/09 Correspond with debtors' professionals
         regarding relief from stay
         Bryan A. Stark   .40 hours at  295.00 per hour.         $118.00

11/09/09 Summarize motion for relief and response for
         debtors' professionals
         Bryan A. Stark   .60 hours at  295.00 per hour.         $177.00

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. 91209512                                    December 10, 2009

11/10/09 Review and analyze motions for relief from stay
         and other pleadings and research issues
         regarding insurance and other matters regarding
         same
         Daniel F. Blanks   1.50 hours at  375.00 per hour.      $562.50

11/17/09 E-mails regarding status of various motions for
         relief from automatic stay and responses
         thereto and scheduling hearing regarding same
         Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

11/17/09 Review motions for relief from stay, research
         issues regarding same and telephone conference
         with counsel regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.      $262.50

11/18/09 Review motions for relief from stay, draft
         responses regarding same and research issues
         regarding same
         Daniel F. Blanks   1.70 hours at  375.00 per hour.      $637.50

11/18/09 Review motion of Unical Enterprises, Inc. for
         relief from automatic stay and draft response
         and objection thereto
         Dana James Hall   3.20 hours at  225.00 per hour.       $720.00

11/24/09 Correspondence with parties regarding automatic
         stay, related issues and review material
         regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.      $262.50

11/25/09 Review Booth motion for relief, analyze issues
         regarding same and telephone conference with
         counsel regarding resolution of same
         Daniel F. Blanks    .90 hours at  375.00 per hour.      $337.50

11/30/09 Review and revise response to Unical motion for
         relief from automatic stay and analyze issues
         regarding same
         Douglas M. Foley   1.20 hours at  550.00 per hour.      $660.00

11/30/09 Analyze and revise Unical objection and e-mails
         regarding same
         Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. 91209512                                   December 10, 2009

11/30/09 Review insurance policies and e-mails with
         counsel for Booth regarding motion for relief
         and related issues; draft, revise and file
         response to Unical's motion for relief (2.8);
         correspondence regarding violations of
         automatic stay and suggestions in bankruptcy
         (.6)
         Daniel F. Blanks   4.50 hours at  375.00 per hour.       $1,687.50

11/30/09 Prepare letter and bankruptcy suggestion for
         filing
         Jodie Grotins    .60 hours at  300.00 per hour.            $180.00

11/30/09 Review and analyze response to motion for
         relief from stay
         Bryan A. Stark   .40 hours at  295.00 per hour.            $118.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.0 | $1,100.00 |
| Sarah B. Boehm | $450.00 | 0.7 | $315.00 |
| Daniel F. Blanks | $375.00 | 10.0 | $3,750.00 |
| Jodie Grotins | $300.00 | 0.6 | $180.00 |
| Bryan A. Stark | $295.00 | 3.8 | $1,121.00 |
| Dana James Hall | $225.00 | 3.2 | $720.00 |
| TOTAL FEES | | 20.3 | $7,186.00 |

**Re: Executory Contracts**
    Our File No.            2055557-0140
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

11/30/09 E-mails with client regarding status of various
         claims resulting from rejection of executory
         contracts and analyze issues relating thereto
         Douglas M. Foley   .60 hours at  550.00 per hour.          $330.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.6 | $330.00 |
| TOTAL FEES | | 0.6 | $330.00 |

**Re: Litigation**
    Our File No.            2055557-0150
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91209512                              December 10, 2009

11/02/09 Analyze issues and meeting with client
         regarding LCD anti-trust litigation (.5);
         e-mails with committee counsel regarding same
         and retention of Georgetown economic advisors
         and review of OCP papers regarding same (.3)
         Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

11/02/09 E-mails regarding Sirius settlement
         negotiations
         Bryan A. Fratkin    .10 hours at  490.00 per hour.           $49.00

11/02/09 Prepare for and participate in telephone
         conference with opposing side regarding Sirius
         XM and review material regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.          $300.00

11/02/09 Correspond with debtors' professionals
         regarding preference count in complaints
         Bryan A. Stark    .70 hours at   295.00 per hour.           $206.50

11/03/09 Telephone conferences and e-mails with
         committees' professionals and client regarding
         retention of economist in flat panel screen
         litigation and telephone conference with US
         Trustee's office regarding same
         Douglas M. Foley    .80 hours at  550.00 per hour.          $440.00

11/04/09 Review and revise discovery to EDC and
         correspondence regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.          $187.50

11/04/09 Review and analyze research regarding pleading
         standards (1.2); correspond with debtors'
         professionals regarding same (.1); telephone
         call regarding complaints (.5)
         Bryan A. Stark   1.80 hours at  295.00 per hour.            $531.00

11/04/09 Research regarding Circuit City complaint
         Heather M. Enderle    .20 hours at  150.00 per hour.         $30.00

11/05/09 E-mails to and from D. Foley regarding flat
         panel antitrust MDL matter
         Anne Marie Cushmac    .30 hours at  490.00 per hour.        $147.00

11/09/09 Continue revision of complaints and review
         material regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91209512                                   December 10, 2009

11/10/09  Telephone conference with S. Cannon regarding
          anti-trust litigation regarding flat panel TV
          screen price fixing and status of economics
          expert regarding same
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

11/10/09  E-mails with debtors' professionals regarding
          updated preference analysis for purposes of
          filing complaints, including preference
          accounts for Sharp and Creative Labs
          Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

11/10/09  Continue drafting and revising complaints and
          review material regarding same and preference
          analysis regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

11/11/09  Review complaints and e-mails with debtors'
          professionals regarding same and analyze issues
          regarding same
          Daniel F. Blanks    .80 hours at  375.00 per hour.        $300.00

11/13/09  Begin review of Schementi pleadings relating to
          the plan objection and potential adversary
          proceeding
          Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

11/17/09  Analyze issues and e-mails regarding third
          party discovery request
          Sarah B. Boehm     .30 hours at  450.00 per hour.         $135.00

11/17/09  Review, analyze and revise complaints against
          Sharp and Creative Labs and review and analyze
          contracts and other items regarding same and
          research issues regarding same and multiple
          telephone conferences with debtors'
          professionals regarding preference analysis and
          analyze and research issues regarding same
          Daniel F. Blanks   2.80 hours at  375.00 per hour.      $1,050.00

11/18/09  Begin review of CC Investors 1995-96 complaint
          regarding insurance proceeds and e-mail with
          client regarding same (.3); review and revise
          Sharp and Creative Labs complaints and e-mails
          with debtors' professionals regarding same and
          strategy regarding pleading of preference
          counts (1.4)
          Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91209512

Page  13
December 10, 2009

11/18/09  Telephone call to clerk's office regarding
          rescheduling pretrial conference and e-mails
          with J. McLemore regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.                    $135.00

11/18/09  Review and revise complaints and e-mails
          regarding same
          Sarah B. Boehm    .70 hours at  450.00 per hour.                    $315.00

11/18/09  Draft complaints against Sharp and Creative
          Labs and research multiple issues regarding
          same and review and analyze claims, documents,
          contracts and other items regarding same
          Daniel F. Blanks   3.30 hours at  375.00 per hour.               $1,237.50

11/19/09  E-mails regarding summons and notice of
          pretrial regarding sinkhole litigation
          Sarah B. Boehm    .20 hours at  450.00 per hour.                     $90.00

11/19/09  Analyze and revise complaints and multiple
          calls and e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.                    $180.00

11/19/09  Continue drafting and revising complaints
          against Sharp and Creative Labs and review
          preference charts and other items regarding
          same and multiple telephone conferences and
          e-mails with debtors' professionals regarding
          same
          Daniel F. Blanks   2.40 hours at  375.00 per hour.                  $900.00

11/21/09  Review Birkland case file received from former
          counsel
          Erin Q. Ashcroft   1.10 hours at  300.00 per hour.                  $330.00

11/23/09  E-mails with opposing counsel regarding Sirius
          XM and related issues (.5); review, revise,
          finalize and file complaints against Sharp and
          Creative Labs and review and analyze multiple
          documents, pleadings, orders, contracts and
          other items regarding same (1.3)
          Daniel F. Blanks   1.80 hours at  375.00 per hour.                  $675.00

11/24/09  Draft motions to seal contracts regarding
          complaints and review material regarding same
          Daniel F. Blanks    .70 hours at  375.00 per hour.                  $262.50

Circuit City Stores Inc
File Number: 2055557                                    Page   14
Invoice No. 91209512                                   December 10, 2009

11/24/09 Review Birkland case file for privileged
         documents and e-mail with debtor's
         professionals regarding producing case file and
         removing privileged documents
         Erin Q. Ashcroft   1.50 hours at  300.00 per hour.      $450.00

11/24/09 Research current registered agent information
         in preparation for summons
         Heather M. Enderle    .50 hours at  150.00 per hour.     $75.00

11/25/09 E-mails regarding service of complaints and
         analyze related issues
         Sarah B. Boehm    .30 hours at  450.00 per hour.        $135.00

11/25/09 E-mails with Sirius regarding settlement offers
         and analyze issues regarding same
         Daniel F. Blanks    .80 hours at  375.00 per hour.      $300.00

11/25/09 Effect service in adversary proceedings (.9);
         prepare certificate of service of summons (.3)
         Karen B. Cain   1.20 hours at  195.00 per hour.         $234.00

11/25/09 Draft motion to seal, notice thereof and
         proposed order in Sharp Electronics Corporation
         adversary
         Dana James Hall    .80 hours at  225.00 per hour.       $180.00

11/30/09 E-mails with client regarding settlement with
         Sirius XM and analyze issues regarding same
         Daniel F. Blanks    .70 hours at  375.00 per hour.      $262.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 4.8 | $2,640.00 |
| Anne Marie Cushmac | $490.00 | 0.3 | $147.00 |
| Bryan A. Fratkin | $490.00 | 0.1 | $49.00 |
| Sarah B. Boehm | $450.00 | 2.2 | $990.00 |
| Daniel F. Blanks | $375.00 | 16.8 | $6,300.00 |
| Erin Q. Ashcroft | $300.00 | 2.6 | $780.00 |
| Bryan A. Stark | $295.00 | 2.5 | $737.50 |
| Dana James Hall | $225.00 | 0.8 | $180.00 |
| Karen B. Cain | $195.00 | 1.2 | $234.00 |
| Heather M. Enderle | $150.00 | 0.7 | $105.00 |
| TOTAL FEES | | 32.0 | $12,162.50 |

Re: Avoidance Actions
    Our File No.              2055557-0160
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

11/09/09 E-mails with debtors' professionals regarding
         status of filing lawsuits with respect to
         preference actions and analysis regarding
         smoothing of credits
         Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

11/17/09 Analyze issues regarding potential preference
         allegations and finalizing complaints on Sharp
         and Creative Labs and strategy with respect to
         potential set-off arguments and motions to
         dismiss
         Douglas M. Foley    .80 hours at  550.00 per hour.        $440.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.6 | $880.00 |
| TOTAL FEES | | 1.6 | $880.00 |

**Re: Vendor Matters**
    Our File No.              2055557-0170
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

11/01/09 Analyze issues regarding various claims and
         administrative claims, including Thompson West
         and review contract rejection orders regarding
         same
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

11/13/09 Begin review and analysis of Panasonic issues
         relating to receipt of goods
         Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

11/24/09 E-mails reclamation claims and status of same
         and strategy going forward with respect to
         Paramount and discovery issues
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.1 | $605.00 |
| TOTAL FEES | | 1.1 | $605.00 |

**Re: Real Estate**
    Our File No.              2055557-0180
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91209512                             December 10, 2009

11/02/09  Revise and file notice of miscellaneous sale of
          certain real property and e-mails with parties
          regarding same
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

11/02/09  Kennesaw, GA - E-mail correspondence with
          bankruptcy counsel (.5); review purchase
          agreement regarding closing timing,
          deliverables and documentation (.8)
          Matthew T. Gunlock   1.30 hours at  290.00 per hour.      $377.00

11/03/09  E-mails and telephone conferences with
          landlord's counsel and debtors' professionals
          regarding landlords with claims against both
          CCWS and CCSI
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

11/03/09  Kennesaw, GA - E-mail correspondence with M.
          Padover (.8); e-mail correspondence and
          telephone call with bankruptcy counsel (.5);
          e-mail correspondence regarding closing
          documents and closing procedures (.8); e-mail
          correspondence with title company regarding
          closing (.3)
          Matthew T. Gunlock   2.40 hours at  290.00 per hour.      $696.00

11/03/09  Kennesaw, GA - Receive and review contract
          Thayer A. Reback    .60 hours at  220.00 per hour.        $132.00

11/04/09  Several e-mails with counsel for landlords
          regarding claims for certain landlords with
          lease guarantees and e-mails with debtors'
          professionals regarding same
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

11/04/09  Kennesaw, GA - E-mail correspondence with
          bankruptcy counsel (.3); e-mail correspondence
          with M. Padover (.3); e-mail correspondence
          with title company (.3); review sale notice
          (.2); review closing timeline (.2); e-mail
          correspondence with D. Miller (.2)
          Matthew T. Gunlock   1.50 hours at  290.00 per hour.      $435.00

11/04/09  Kennesaw, GA - Contract review
          Thayer A. Reback    .40 hours at  220.00 per hour.        $88.00

11/04/09  Kennesaw, GA - Draft timeline of critical dates
          Thayer A. Reback    .30 hours at  220.00 per hour.        $66.00

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91209512                                   December 10, 2009


11/05/09 E-mail correspondence regarding miscellaneous
         assets order
         Matthew T. Gunlock    .40 hours at  290.00 per hour.     $116.00

11/05/09 Document drafting
         Thayer A. Reback   1.30 hours at  220.00 per hour.       $286.00

11/06/09 E-mails and analyze issues regarding landlord
         claims against Circuit City West Coast and
         Circuit City stores for guarantees and
         assignment issues and e-mails and telephone
         conferences with creditors counsel, including
         M. Tessitore national retailers
         Douglas M. Foley   .60 hours at  550.00 per hour.        $330.00

11/06/09 Several e-mails with landlords' counsel
         regarding multiple claims for landlords with
         guarantees or assignment issues
         Douglas M. Foley   .60 hours at  550.00 per hour.        $330.00

11/06/09 Kennesaw, GA - Preparations for closing
         Matthew T. Gunlock   1.20 hours at  290.00 per hour.     $348.00

11/06/09 Kennesaw, GA - Document drafting (sale
         documents)
         Thayer A. Reback   .50 hours at  220.00 per hour.        $110.00

11/09/09 Kennesaw, GA - Review draft closing documents
         (.8); e-mail correspondence with D. Miller (.3)
         Matthew T. Gunlock   1.10 hours at  290.00 per hour.     $319.00

11/09/09 Document drafting
         Thayer A. Reback   .30 hours at  220.00 per hour.         $66.00

11/10/09 Kennesaw, Georgia - E-mail correspondence with
         working group regarding closing documents (.3);
         e-mail correspondence with M. Padover regarding
         closing (.2); review purchase agreement
         regarding closing documents (.4)
         Matthew T. Gunlock   .90 hours at  290.00 per hour.      $261.00

11/12/09 Kennesaw, GA - E-mail correspondence with
         working group (.3); e-mail correspondence with
         M. Padover (.6); review comments to closing
         documents (.4); review purchase agreement in
         connection with comments to closing documents
         (.3)
         Matthew T. Gunlock   1.60 hours at  290.00 per hour.     $464.00

11/12/09 Kennesaw, GA - Document drafting and revising
         Thayer A. Reback   .20 hours at  220.00 per hour.         $44.00

Circuit City Stores Inc
File Number: 2055557                          Page  18
Invoice No. 91209512                          December 10, 2009

11/12/09  Kennesaw, GA - Memorandum to purchaser's
          attorney with draft sale documents for review
          Thayer A. Reback    .10 hours at  220.00 per hour.          $22.00

11/13/09  Kennesaw, Georgia - E-mail correspondence with
          working group and bankruptcy counsel (.3);
          review release of claims agreement (.3)
          Matthew T. Gunlock    .60 hours at  290.00 per hour.        $174.00

11/13/09  Kennesaw, GA - Receive and review comments from
          purchaser's attorney regarding sale documents
          Thayer A. Reback    .30 hours at  220.00 per hour.          $66.00

11/13/09  Kennesaw, GA - Document drafting, prepare
          release of claims forms to be delivered at
          closing
          Thayer A. Reback    .30 hours at  220.00 per hour.          $66.00

11/16/09  Kennesaw, GA - E-mail correspondence with D.
          Miller (.4); revise closing documents and
          transmit to M. Padover (.7); telephone call
          with M. Padover (.4); e-mail correspondence
          with working group (.3); review purchase
          agreement in connection with closing document
          revisions (.5)
          Matthew T. Gunlock    2.30 hours at  290.00 per hour.       $667.00

11/16/09  Kennesaw, GA - Document drafting and revising
          Thayer A. Reback    .40 hours at  220.00 per hour.          $88.00

11/16/09  Kennesaw, GA - Memorandum and revise sale
          documents to purchaser's attorney
          Thayer A. Reback    .20 hours at  220.00 per hour.          $44.00

11/17/09  Kennesaw, GA - E-mail correspondence with D.
          Miller (.3); e-mail correspondence with M.
          Padover (.5); review draft escrow letter and
          instructions for closing documents (.5); revise
          deed (.2); transmit revised closing documents
          to M. Padover (.3)
          Matthew T. Gunlock    1.80 hours at  290.00 per hour.       $522.00

11/17/09  Kennesaw, GA - Prepare escrow instruction
          letters
          Thayer A. Reback    .50 hours at  220.00 per hour.          $110.00

11/18/09  E-mails with debtors' professionals regarding
          sale of real property in Kennesaw, GA
          Douglas M. Foley    .20 hours at  550.00 per hour.          $110.00

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. 91209512                                   December 10, 2009

11/18/09 Review documents and multiple e-mails regarding
         finalizing Kennesaw, GA miscellaneous asset
         sale
         Sarah B. Boehm    .60 hours at  450.00 per hour.        $270.00

11/18/09 Kennesaw, GA - E-mail correspondence and
         telephone call with D. Miller (.6); e-mail
         correspondence with M. Padover (.8); e-mail
         correspondence and telephone call with
         bankruptcy counsel regarding objections to sale
         notice (.8); review closing deliverables
         regarding miscellaneous assets order (.6);
         revise escrow letter and instructions for
         closing documents (1.0); prepare and transmit
         signature pages (.6); review executed closing
         documents (.4); review settlement statement
         (.3); transmit executed escrow letter (.1);
         e-mail correspondence with title company (.5)
         Matthew T. Gunlock   5.70 hours at  290.00 per hour.   $1,653.00

11/19/09 Kennesaw, GA - E-mail correspondence with title
         company and M. Padover regarding closing (1.0);
         review revised settlement statement (.2);
         e-mail correspondence and telephone call with
         D. Miller (.5); review executed settlement
         statements (.4); finalize closing documents and
         transmit same to title company (.5)
         Matthew T. Gunlock   2.60 hours at  290.00 per hour.    $754.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.6 | $1,430.00 |
| Sarah B. Boehm | $450.00 | 0.6 | $270.00 |
| Daniel F. Blanks | $375.00 | 0.9 | $337.50 |
| Matthew T. Gunlock | $290.00 | 23.4 | $6,786.00 |
| Thayer A. Reback | $220.00 | 5.4 | $1,188.00 |
| TOTAL FEES | | 32.9 | $10,011.50 |

**Re: Tax Matters**
     Our File No.            2055557-0240
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

11/01/09 Review IRS audit documents and client documents
         related to SLB tax refund issue (4.2);
         preliminary review of IRS national office
         positions on TAM (1.8)
         Craig D. Bell   6.00 hours at   530.00 per hour.       $3,180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91209512                                    December 10, 2009

11/02/09  Attention to IRS national office TAM procedures
          and SLB issue
          Craig D. Bell    2.70 hours at  530.00 per hour.        $1,431.00

11/03/09  Continue analysis on IRS national positions on
          SLB tax issues (2.2); telephone call with IRS
          appeals officer (K. Lester) (.3); work on
          settlement appraisal for employment tax protest
          (.9)
          Craig D. Bell    3.40 hours at  530.00 per hour.        $1,802.00

11/04/09  Attention to employment tax settlement
          documents
          Craig D. Bell    2.10 hours at  530.00 per hour.        $1,113.00

11/05/09  Attention to SLB tax refund substantive tax
          issues
          Craig D. Bell    3.70 hours at  530.00 per hour.        $1,961.00

11/06/09  Participate in telephone conference regarding
          NOL carry back tax issues as well as Canadian
          tax issues and timing and effect on plan,
          confirmation and administrative solvency and
          analyze strategy going forward
          Douglas M. Foley   1.40 hours at  550.00 per hour.       $770.00

11/06/09  Review and respond to client representative
          e-mails (.3); attention to impact of new NOL
          carryback legislation to client (.8)
          Craig D. Bell    1.10 hours at  530.00 per hour.         $583.00

11/06/09  Prepare for and participate in conference call
          regarding tax issues and strategies and review
          material regarding same and research issues
          regarding same (1.8); analyze certain tax
          claims and research issues regarding same (1.1)
          Daniel F. Blanks   2.90 hours at  375.00 per hour.     $1,087.50

11/08/09  Review correspondence and IRS Forms 872 from
          IRS appeals officer (.5); review notes and NOL
          carryback legislation for benefit to client
          (.6)
          Craig D. Bell    1.10 hours at  530.00 per hour.         $583.00

11/09/09  Multiple telephone conferences and e-mails with
          tax department regarding tax issues and other
          items and review, analyze and research issues
          regarding same
          Daniel F. Blanks   1.50 hours at  375.00 per hour.       $562.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91209512

| 11/10/09 | Review legislative history and IRS pronouncements on new NOL carryback legislative for applicability to client<br>Craig D. Bell   1.60 hours at   530.00 per hour. | $848.00 |
|---|---|---|
| 11/11/09 | Review and respond to questions from client tax representative<br>Craig D. Bell   .40 hours at   530.00 per hour. | $212.00 |
| 11/12/09 | E-mails with taxing authorities regarding certain tax issues and analyze issues regarding same<br>Daniel F. Blanks   1.50 hours at   375.00 per hour. | $562.50 |
| 11/13/09 | E-mails with G. Steffan regarding customs and border protection issues regarding Safeco motion and bond releases<br>Douglas M. Foley   .30 hours at   550.00 per hour. | $165.00 |
| 11/14/09 | Continue analysis on interest netting and SLB tax issues<br>Craig D. Bell   5.20 hours at   530.00 per hour. | $2,756.00 |
| 11/16/09 | Several e-mails with creditors' counsel and debtors' professionals and client regarding status of various tax claim objections and plan objections<br>Douglas M. Foley   .40 hours at   550.00 per hour. | $220.00 |
| 11/16/09 | Review correspondence from IRS appeals officer<br>Craig D. Bell   .30 hours at   530.00 per hour. | $159.00 |
| 11/16/09 | Telephone conference with taxing department and others at company regarding certain tax issues and strategies and issues regarding Ryan and Company and other issues regarding tax strategies (1.1); e-mails with D. Miller regarding claims asserted by governmental units in which no claim has been filed and review documentation regarding same (.8)<br>Daniel F. Blanks   1.90 hours at   375.00 per hour. | $712.50 |
| 11/18/09 | Review and analyze responses to omnibus objection number thirty-seven relating to personal property taxes and property tax valuation issues<br>Douglas M. Foley   .70 hours at   550.00 per hour. | $385.00 |
| 11/18/09 | Attention to settlement of employment tax matter<br>Craig D. Bell   1.30 hours at   530.00 per hour. | $689.00 |

Circuit City Stores Inc
File Number: 2055557                                      Page   22
Invoice No. 91209512                                     December 10, 2009

11/19/09  Prepare for and participate in telephone
          conference regarding Canadian tax issues (.9);
          continue review of responses to thirty-seventh
          omnibus plan objections relating to tax claims
          and analyze issues regarding same (1.8)
          Douglas M. Foley   2.70 hours at   550.00 per hour.        $1,485.00

11/19/09  Research multiple issues regarding tax claims
          and related issues and review responses to
          omnibus objections
          Daniel F. Blanks   1.90 hours at   375.00 per hour.          $712.50

11/19/09  Research regarding Sections 505 and 108 of the
          bankruptcy code regarding tax matters
          Dana James Hall   4.40 hours at   225.00 per hour.           $990.00

11/20/09  Research and draft a memorandum regarding
          various tax issues
          Dana James Hall   .20 hours at   225.00 per hour.             $45.00

11/23/09  Several e-mails with client regarding strategy
          relating to tax audits and tax claim objections
          (.3); telephone conference with R. McIntosh
          regarding custom border protection issues and
          review documents regarding same (.3)
          Douglas M. Foley   .60 hours at   550.00 per hour.           $330.00

11/23/09  Review new IRS guidance on NOL carryback
          legislative for applicability for client
          Craig D. Bell   .50 hours at   530.00 per hour.              $265.00

11/24/09  E-mails with client regarding status of
          strategy relating to state income tax audits
          and analysis of personal property tax issues
          Douglas M. Foley   .20 hours at   550.00 per hour.           $110.00

11/24/09  Work on court filing to approve employment tax
          settlement with IRS
          Craig D. Bell   1.30 hours at   530.00 per hour.             $689.00

11/24/09  Draft memorandum discussing application of
          Section 505(a) of the bankruptcy code for the
          purpose of reassessing ad valorem taxes in the
          bankruptcy court
          Dana James Hall   1.40 hours at   225.00 per hour.           $315.00

11/25/09  Evaluate selected state tax admin procedures
          for impact on court's jurisdiction (1.3);
          attention to SLB issue (1.0)
          Craig D. Bell   2.30 hours at   530.00 per hour.           $1,219.00

Circuit City Stores Inc
File Number: 2055557                          Page  23
Invoice No. 91209512                          December 10, 2009

11/30/09 Several e-mails with the client and debtors'
         professionals regarding strategy relating to
         state tax audits and reduction of claim amounts
         Douglas M. Foley  .70 hours at  550.00 per hour.        $385.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 7.0 | $3,850.00 |
| Craig D. Bell | $530.00 | 33.0 | $17,490.00 |
| Daniel F. Blanks | $375.00 | 9.7 | $3,637.50 |
| Dana James Hall | $225.00 | 6.0 | $1,350.00 |
| TOTAL FEES | | 55.7 | $26,327.50 |

**Re: Claims Administration**
    **Our File No.**            **2055557-0250**
    **Circuit City Contact**    **Michelle Mosier**
    **McGuireWoods Contact**    **Douglas M. Foley**

11/01/09 Review status of adjourned claims chart and
         prepare for meeting with client regarding same
         and new omnibus objections to claims
         Douglas M. Foley  1.80 hours at  550.00 per hour.       $990.00

11/01/09 Analyze issues and multiple e-mails regarding
         adjourned claims status
         Sarah B. Boehm  .30 hours at  450.00 per hour.          $135.00

11/02/09 Meeting with client regarding status of various
         unresolved claims and new omnibus claim
         objections and status of adjourned claims and
         analyze issues regarding same
         Douglas M. Foley  5.20 hours at  550.00 per hour.       $2,860.00

11/02/09 Prepare for and participate in onsite claims
         meeting and analyze issues and strategy
         regarding various claim matters (5.8); analyze
         equity, 401(k) and pension claims and responses
         in preparation for hearing on merits and
         e-mails with counsel regarding same and prepare
         for hearing on objections set for initial
         status (1.7); analyze revised claims waterfall
         and issues regarding same (.2); telephone
         conference with counsel regarding resolutions
         to various claim objections (.4)
         Sarah B. Boehm  8.10 hours at  450.00 per hour.         $3,645.00

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91209512                                   December 10, 2009


11/02/09  Participate via telephone regarding claims
          meetings and e-mails regarding same (1.1);
          continue resolution of claims and multiple
          telephone conferences with claimants and other
          parties regarding omnibus objections and
          related issues (2.1); revise and file
          supplemental order withdrawing claims (.5)
          Daniel F. Blanks   3.70 hours at  375.00 per hour.        $1,387.50

11/02/09  Review responses to omnibus objections and
          correspond with creditor counsel to resolve
          (1.6); correspond with debtors' professionals
          regarding same (.6); review and analyze request
          from creditor to omni fifty-three (.4)
          Bryan A. Stark   2.60 hours at  295.00 per hour.           $767.00

11/02/09  Analyze response issues to omnibus objections
          (2.7); work on response tracking chart (1.4)
          Karen B. Cain   4.10 hours at  195.00 per hour.            $799.50

11/02/09  Revise response to late claim motion
          Dana James Hall   1.00 hours at  225.00 per hour.          $225.00

11/03/09  Numerous e-mails and telephone conferences with
          claimants' counsel regarding status of omnibus
          hearings on claim objections and revisions to
          forms of order regarding same (1.2); e-mails
          regarding late claims and review and revise
          discovery relating to EDC (.4); begin review of
          numerous responses to forty-eight through
          fifty-two omnibus objections on for hearing on
          November 12th (.6)
          Douglas M. Foley   2.20 hours at  550.00 per hour.       $1,210.00

11/03/09  Prepare for and participate in omnibus hearing
          on multiple claim matters and multiple calls
          and e-mails regarding same (3.4); analyze and
          revise EDC discovery and multiple e-mails
          regarding same (.9); draft and submit multiple
          orders (.8); multiple calls and e-mails with
          claimants and counsel regarding various claim
          matters (1.0)
          Sarah B. Boehm   6.10 hours at  450.00 per hour.         $2,745.00

11/03/09  Multiple telephone conferences and e-mails with
          debtors' professionals and creditors regarding
          omnibus objections to claims and related issues
          and review and analyze multiple pleadings,
          documents and other material regarding same and
          research issues regarding same
          Daniel F. Blanks   2.40 hours at  375.00 per hour.        $900.00

Circuit City Stores Inc
File Number: 2055557                                   Page  25
Invoice No. 91209512                                  December 10, 2009

11/03/09  Correspond with debtors' professionals and
          review filings relating to hearing (1.1);
          review and analyze documentation and correspond
          with creditors' counsel regarding same (.6);
          correspond with counsel regarding transferred
          claims and omnibus objections (.4); review
          claim and objection regarding same (.5);
          correspond with debtors' professionals
          regarding same (.6); prepare for and have
          telephone call with debtors' professionals
          regarding preferences (.7)
          Bryan A. Stark   3.90 hours at  295.00 per hour.        $1,150.50

11/03/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.60 hours at  185.00 per hour.       $296.00

11/03/09  Analyze responses to multiple omnibus
          objections (1.4); research electronic claims
          database and court docket (2.2); work on
          response tracking chart (2.3)
          Karen B. Cain   5.90 hours at  195.00 per hour.         $1,150.50

11/03/09  Review claims for objection regarding contract
          liability
          Dana James Hall   4.80 hours at  225.00 per hour.      $1,080.00

11/04/09  Review and revise brief regarding EDC late
          claim motion and discovery regarding same (.4);
          e-mails regarding resolution of voting claims
          objection (.3); continue review of responses to
          forty-eight through fifty-two omnibus
          objections and strategy regarding same (.6)
          Douglas M. Foley   1.30 hours at  550.00 per hour.      $715.00

11/04/09  Multiple calls and e-mails with claimants and
          counsel regarding omnibus claim objections and
          analyze claims and pleadings regarding same
          (2.6); analyze and revise EDC discovery and
          multiple calls and e-mails regarding same (.8);
          analyze responses to setoff and 502d objections
          and multiple e-mails regarding same (.8); draft
          and revise orders for multiple claim objections
          and analyze pleadings and exhibits and multiple
          calls and e-mails regarding same (1.4)
          Sarah B. Boehm   5.60 hours at  450.00 per hour.       $2,520.00

Circuit City Stores Inc
File Number: 2055557                                          Page  26
Invoice No. 91209512                                  December 10, 2009

| | |
|---|---|
| 11/04/09 Multiple telephone conferences and e-mails with parties regarding omnibus claim objections and review and analyze claims, pleadings, documents and other material regarding same <br> Daniel F. Blanks   4.90 hours at  375.00 per hour. | $1,837.50 |
| 11/04/09 Correspond with debtors' professionals regarding claims matters (.7); review chart and communications for responses to include in orders (.3); review and analyze responses to omnibus objections (.7) <br> Bryan A. Stark   1.70 hours at  295.00 per hour. | $501.50 |
| 11/04/09 Review, retrieve and organize responses to omnibus objections for 11/12/09 hearing <br> Linda J. Neilson   2.20 hours at  185.00 per hour. | $407.00 |
| 11/04/09 Analyze omnibus objection responses (4.9); work on response chart updates (3.8) <br> Karen B. Cain   8.70 hours at  195.00 per hour. | $1,696.50 |
| 11/04/09 Revise EDC discovery (3.3); draft letter to W. Hale regarding claim (.3); review claims for objection regarding subcontractors and vendors lacking privity (.3) <br> Dana James Hall   3.90 hours at  225.00 per hour. | $877.50 |
| 11/05/09 Continue review of responses to forty-eight through fifty-two omnibus claim objections and e-mails and telephone conferences with client and opposing counsel and co-counsel regarding same and strategy for hearing on November 12th (1.8); several telephone conferences and e-mails with creditors regarding same (.3) <br> Douglas M. Foley   2.10 hours at  550.00 per hour. | $1,155.00 |
| 11/05/09 E-mails with co-counsel and review proposed stipulations regarding various claims settlements, including Infogain and other pending claim settlements <br> Douglas M. Foley    .90 hours at  550.00 per hour. | $495.00 |

Circuit City Stores Inc
File Number: 2055557                                           Page  27
Invoice No. 91209512                                          December 10, 2009

11/05/09  Analyze responses to setoff and 502d objections
          and e-mails regarding same (.6); draft, revise,
          finalize and submit orders and supplemental
          orders for multiple claim objections and
          e-mails regarding same (2.3); analyze issues
          and strategy regarding EDC (.3); multiple calls
          and e-mails with claimants and counsel
          regarding claim objections and analyze
          pleadings and claims regarding same (.9)
          Sarah B. Boehm    4.10 hours at   450.00 per hour.        $1,845.00

11/05/09  Review, analyze and revise orders for omnibus
          objections to claims and analyze responses and
          e-mails and charts regarding same (1.5);
          continue attention to omnibus objections to
          claims and related issues and multiple
          telephone conference and e-mails with parties
          and claimants regarding same and research
          issues regarding same (5.2)
          Daniel F. Blanks   6.70 hours at  375.00 per hour.        $2,512.50

11/05/09  Review, finalize and file notice of proposed
          settlement agreement
          Bryan A. Stark     .60 hours at   295.00 per hour.          $177.00

11/05/09  Review and retrieve claims (.3); review,
          retrieve and organize responses to omnibus
          objections (3.2); correspondence regarding same
          (.4)
          Linda J. Neilson    3.90 hours at   185.00 per hour.        $721.50

11/05/09  Prepare for omnibus hearing (1.9); analyze
          responses to multiple omnibus objections (2.1);
          update objection response chart (1.7)
          Karen B. Cain    5.70 hours at   195.00 per hour.         $1,111.50

11/06/09  Numerous e-mails with and telephone conferences
          with creditors and creditors' counsel regarding
          status of procedural posture for November 12th
          hearing with respect to set-off issues and
          502(d) issues and analyze issues regarding same
          (1.3); e-mails regarding continued responses to
          omnibus claim objections forty-eight through
          fifty-two, including HP and other claim
          objections regarding setoff (.9)
          Douglas M. Foley    2.20 hours at   550.00 per hour.      $1,210.00

11/06/09  E-mails with 503(b)(9) creditors, including
          Paramount and Sony and effect of 502(d)
          objection on status of claims
          Douglas M. Foley    .90 hours at   550.00 per hour.        $495.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91209512                                   December 10, 2009

11/06/09  Analyze pleadings and issues regarding HP and
          multiple e-mails regarding same (.4); draft,
          analyze and revise multiple orders and
          supplemental orders regarding various claim
          objections and analyze claims and pleadings and
          multiple calls and e-mails with counsel
          regarding same (3.8); multiple calls and
          e-mails with claimants and counsel regarding
          resolutions of multiple omnibus objections and
          analyze pleadings and claims regarding same
          (1.2); analyze issues and e-mails regarding
          late claims (.4)
          Sarah B. Boehm   5.80 hours at  450.00 per hour.        $2,610.00

11/06/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          and debtors' professionals regarding omnibus
          objections to claims and related issues and
          review and analyze claims, pleadings and other
          materials regarding same and draft stipulations
          and review and analyze claims regarding same
          Daniel F. Blanks   6.50 hours at  375.00 per hour.      $2,437.50

11/06/09  Correspond with counsel to creditors regarding
          omnibus objections (.5); review and analyze
          documentation regarding same (.3)
          Bryan A. Stark    .80 hours at  295.00 per hour.          $236.00

11/06/09  Analyze issues regarding reviewing claims for
          objection
          Erin Q. Ashcroft   .30 hours at  300.00 per hour.          $90.00

11/06/09  Analyze responses to omnibus objections (1.1);
          e-mail to and from professionals for response
          status (.4); work on tracking chart of
          responses to objections (2.3)
          Karen B. Cain   3.80 hours at  195.00 per hour.           $741.00

11/07/09  Continue review of responses to omni
          forty-eight through fifty-two omnibus claim
          objections relating to setoff and 502(d) and
          analyze issues and review case law regarding
          same
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

11/07/09  Review claims for objections regarding legal
          and no liability claims
          Erin Q. Ashcroft   2.80 hours at  300.00 per hour.        $840.00

Circuit City Stores Inc
File Number: 2055557                                    Page   29
Invoice No. 91209512                          December 10, 2009

11/08/09  Continue review of responses to omni
          forty-eight through fifty-two omnibus claim
          objections relating to setoff, recoupment and
          502(d) and 503(b)(9) claims and review and
          revise reply memoranda regarding same
          Douglas M. Foley   3.70 hours at  550.00 per hour.      $2,035.00

11/08/09  Analyze issues regarding claims objections
          spreadsheets
          Erin Q. Ashcroft    .20 hours at  300.00 per hour.         $60.00

11/09/09  Review and revise brief relating to EDC late
          claim (.7); analyze Circuit City claims
          waterfall liquidation analysis and e-mails with
          debtors' professionals regarding same (1.3);
          review due date consent motion and stipulation
          relating to pre-petition claims and e-mails
          with client regarding same (.3)
          Douglas M. Foley   2.30 hours at  550.00 per hour.      $1,265.00

11/09/09  Draft, analyze and revise multiple omni claim
          objection orders, analyze pleadings and claims
          regarding same and multiple calls and e-mails
          with counsel and claimants regarding resolving
          objections and submitting agreed orders (4.7);
          analyze issues and e-mails regarding equity
          claims review for upcoming objections (.4);
          analyze issues and e-mails regarding claim
          objection resolutions and stipulations
          regarding same (1.3); analyze agenda regarding
          responses to claim objections and e-mails
          regarding same (.5); finalize and file Bank of
          America stipulation and motion and e-mails
          regarding same (.7)
          Sarah B. Boehm   7.60 hours at  450.00 per hour.       $3,420.00

11/09/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties,
          claimants, and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          and charts regarding same
          Daniel F. Blanks   6.50 hours at  375.00 per hour.     $2,437.50

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91209512                                   December 10, 2009

11/09/09 Review and comment on letter to respondent to
         an omnibus objection (.6); correspondence
         regarding the same (.2); review and analyze
         stipulation with creditor's counsel (.7);
         correspond with the debtors' professionals
         regarding the same (.4); prepare for and
         participate in conference call regarding
         omnibus objections (1.7)
         Bryan A. Stark    3.60 hours at  295.00 per hour.         $1,062.00

11/09/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson    2.10 hours at  185.00 per hour.        $388.50

11/09/09 Analyze response filings to omnibus objections
         (1.3); e-mail from and to professionals
         regarding current response status (1.9); work
         on tracking chart of responses (2.1)
         Karen B. Cain    5.30 hours at  195.00 per hour.         $1,033.50

11/09/09 Draft letter to W. Hale, claimant in the
         Circuit City Bankruptcy (.7); research the new
         Post-BAPCPA Section 511 of the bankruptcy code
         (.4)
         Dana James Hall    1.10 hours at  225.00 per hour.        $247.50

11/10/09 Continue review of responses to omni 48 through
         52 claim objections and review and revise and
         analyze reply briefs regarding same and review
         case law regarding same
         Douglas M. Foley    4.70 hours at  550.00 per hour.      $2,585.00

11/10/09 Analyze, revise, finalize and file multiple
         replies regarding setoff and 502d claim
         objections and multiple calls and e-mails
         regarding same and unreported cases cited in
         briefs (2.7); analyze, revise, finalize and
         file omnibus hearing agenda regarding claim
         objections and multiple calls and e-mails
         regarding same (.6); analyze pleadings and
         claims and draft and revise claim stipulations
         and supplemental orders resolving various claim
         objections and multiple calls and e-mails with
         counsel regarding same (1.8); analyze responses
         and claims and revise orders regarding claim
         objections and multiple e-mails with FTI
         regarding exhibits (1.2); multiple calls and
         e-mails with counsel regarding resolutions of
         claim objections (.9)
         Sarah B. Boehm    7.20 hours at  450.00 per hour.       $3,240.00

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91209512                              December 10, 2009

11/10/09 Continue resolution of claims and multiple
         e-mails and telephone conferences with parties
         regarding same and review and analyze multiple
         claims, pleadings, charts, and other matters
         regarding same and review and revise charts for
         orders regarding omnibus objections to claims
         and related issues and review responses and
         charts regarding same
         Daniel F. Blanks    6.60 hours at  375.00 per hour.      $2,475.00

11/10/09 Analyze issues and review claims for objection
         regarding non fraud equity claims
         Erin Q. Ashcroft   3.20 hours at  300.00 per hour.       $960.00

11/10/09 Research regarding request for confirmation
         deposit
         Dana James Hall    .80 hours at  225.00 per hour.        $180.00

11/11/09 Preparation for hearing on omnibus objection
         relating to set-off of receivables and 502(d)
         application to 503(b)(9) claims and analyze
         issues and responses regarding same and meeting
         with debtors' professionals regarding same
         (4.9); e-mails regarding status of claims
         waterfall and update the same and analysis
         regarding preference claims and e-mails with
         client regarding same and status of claims
         resolution matters (1.6); review new motion for
         late claim allowance and analyze issues
         regarding same and e-mails with debtors'
         professionals regarding same (.3)
         Douglas M. Foley   6.80 hours at  550.00 per hour.      $3,740.00

11/11/09 Analyze responses, issues and strategy
         regarding setoff and 502d objections (3.1);
         draft and revise multiple orders, analyze
         pleadings and claims and multiple e-mails with
         FTI regarding exhibits for multiple claim
         objection orders (1.6); analyze e-mails and
         issues regarding HP settlement (.3); multiple
         calls and e-mails with claimants' counsel
         regarding resolutions of various objections
         (1.1)
         Sarah B. Boehm   6.10 hours at  450.00 per hour.        $2,745.00

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91209512                               December 10, 2009

11/11/09  Research issues regarding late claims and
          issues regarding service and prepare notes
          objections regarding same and communications
          with claimants regarding same (2.2); continue
          resolution of claims and multiple telephone
          conferences and e-mails with claimants,
          parties, and debtors' professionals regarding
          same (4.4)
          Daniel F. Blanks   6.60 hours at  375.00 per hour.     $2,475.00

11/11/09  Work on chart of responses to omnibus
          objections
          Karen B. Cain    .60 hours at  195.00 per hour.         $117.00

11/11/09  Review Site A's motion to allow late filing of
          proof of claim (.3); review responses to
          omnibus objections forty-two/forty-seven and
          draft summary for chart (2.6)
          Dana James Hall   2.90 hours at  225.00 per hour.       $652.50

11/12/09  Prepared for a participated in hearing on
          set-off motion and 502(d) motion and objection
          to claims and meeting with client and debtors'
          professionals regarding same (6.2); review and
          finalize and filed settlement agreement with HP
          (.4)
          Douglas M. Foley   6.60 hours at  550.00 per hour.    $3,630.00

11/12/09  Revise, finalize and file HP settlement
          stipulation and multiple calls and e-mails
          regarding same (.5); prepare for and
          participate in hearing on multiple omnibus
          objections regarding legal argument on setoff
          and 502(d) (5.3); multiple calls with claimants
          and counsel regarding various omnibus
          objections and analyze claims and pleadings
          regarding same (1.5); analyze issues regarding
          exhibits to claim objection orders and e-mails
          regarding same (.4)
          Sarah B. Boehm   7.70 hours at  450.00 per hour.      $3,465.00

11/12/09  Multiple telephone conference and e-mails with
          parties regarding omnibus objections to claims
          and review and analyze claims, pleadings, and
          other documentation regarding same and research
          issues regarding same
          Daniel F. Blanks   1.80 hours at  375.00 per hour.     $675.00

11/12/09  Review non fraud claims and e-mail to debtor's
          professionals regarding summary of claims
          Erin Q. Ashcroft   1.60 hours at  300.00 per hour.     $480.00

Circuit City Stores Inc
File Number: 2055557                                     Page  33
Invoice No. 91209512                                     December 10, 2009

11/12/09  Research omnibus objection responses (2.4);
          work on response tracking chart (3.8)
          Karen B. Cain   6.20 hours at  195.00 per hour.        $1,209.00

11/13/09  Several telephone conferences and e-mails with
          creditors and creditors' regarding status of
          claims resolution including telephone
          conference with P. Black regarding Sony and V.
          Morrison regarding Envision Peripherals, Inc.
          Douglas M. Foley   2.50 hours at  550.00 per hour.     $1,375.00

11/13/09  Draft and revise multiple claim objection
          orders, analyze responses, claims and exhibits
          and multiple calls and e-mails regarding same
          (1.3); draft, revise, finalize and file motion
          to seal regarding Panasonic exhibit and notice
          and multiple calls and e-mails regarding same
          (1.5); multiple calls and e-mails with
          claimants' counsel regarding resolutions of
          various omnibus objections and analyze
          objections, claims and correspondence regarding
          same (1.8); analyze issues and strategy and
          multiple e-mails regarding late claims (.4)
          Sarah B. Boehm   5.00 hours at  450.00 per hour.       $2,250.00

11/13/09  Analyze responses to omnibus objections (1.4);
          work on responses tracking chart (1.1); e-mail
          to and from professionals regarding undocketed
          responses (.8)
          Karen B. Cain   3.30 hours at  195.00 per hour.          $643.50

11/16/09  Numerous e-mails and analysis regarding status
          of various motions for permission to file late
          proofs of claim and responses to same (1.0);
          e-mails regarding check clear date for
          evaluation of various claims of employees (.2)
          Douglas M. Foley   1.20 hours at  550.00 per hour.       $660.00

11/16/09  Analyze issues, strategy and review and revise
          pleadings regarding same (.8); analyze
          responses and claims, draft and revise multiple
          orders on omnibus objections and multiple calls
          and e-mails regarding same (2.8); analyze
          claims, pleadings and summary chart, draft and
          revise stipulation and multiple calls and
          e-mails with counsel regarding resolutions of
          claim objections (2.6)
          Sarah B. Boehm   6.20 hours at  450.00 per hour.       $2,790.00

Circuit City Stores Inc
File Number: 2055557                                         Page  34
Invoice No. 91209512                              December 10, 2009

11/16/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other materials regarding same
          and research issues regarding same
          Daniel F. Blanks    4.40 hours at  375.00 per hour.     $1,650.00

11/16/09  Analyze responses to multiple omnibus
          objections (4.7); work on tracking chart of
          responses (2.3); prepare charts for claims
          administrator (.9)
          Karen B. Cain    7.90 hours at  195.00 per hour.        $1,540.50

11/16/09  Review Schimenti construction's complaint for
          declaratory judgment and turnover of trust
          funds and the objection to the plan and begin
          drafting motion for summary judgment regarding
          same (.7); respond, draft and revise response
          to Site A's amended motion to allow late filing
          of proof of claim (4.0)
          Dana James Hall    4.70 hours at  225.00 per hour.      $1,057.50

11/17/09  Numerous e-mails with debtors' professionals
          and client regarding status of potential new
          claim objections and 503(b)(9) claims
          objections including reconciliation of
          Paramount claims and scheduling hearing
          regarding same (1.4); e-mails regarding status
          of summary of late proof of claim motions and
          e-mails with committees' counsel and debtors'
          professionals regarding same (.6)
          Douglas M. Foley    2.00 hours at  550.00 per hour.     $1,100.00

11/17/09  Analyze objections, draft and revise claim
          stipulations regarding resolving omnibus
          objections (2.4); analyze responses and claims
          and multiple calls and e-mails with claimants
          (2.2); review entered orders and e-mails
          regarding same (.4); review responses to
          omnibus objections and e-mails regarding
          summary chart (.9); analyze correspondence and
          e-mails regarding omnibus objection orders (.9)
          Sarah B. Boehm    6.80 hours at  450.00 per hour.       $3,060.00

Circuit City Stores Inc
File Number: 2055557                                    Page  35
Invoice No. 91209512                              December 10, 2009

11/17/09 Multiple telephone conferences with claimants
         and others regarding omnibus objections to
         claims and related issues and review and
         analyze claims, pleadings, and other items
         regarding same and research issues regarding
         same and draft, revise, and correspondence
         regarding claim stipulations resolving claims
         Daniel F. Blanks   3.90 hours at  375.00 per hour.      $1,462.50

11/17/09 Analyze issues regarding reviewing equity
         claims and draft omnibus objections regarding
         same
         Erin Q. Ashcroft   1.20 hours at  300.00 per hour.       $360.00

11/17/09 Review responses to omnibus objections (1.2);
         work on tracking chart of responses to monitor
         progress (2.4)
         Karen B. Cain   3.60 hours at  195.00 per hour.          $702.00

11/17/09 E-mails regarding late claim motions (.5);
         draft motion for summary judgment on Schimenti
         construction's complaint for declaratory
         judgment and turnover of trust funds (.2)
         Dana James Hall   .70 hours at  225.00 per hour.         $157.50

11/18/09 Numerous e-mails with creditors' counsel
         regarding status of omnibus claim objections on
         for status hearing on November 23 and analyze
         issues regarding same (1.3); several e-mails
         with client regarding status of exhibits and
         potential new omnibus claim objections to
         duplicative and amended claims and legal
         reviews/audit of bases for objection (1.3);
         several e-mails with opposing counsel on EDC
         relating to late claim motion, discovery, and
         analyze issues regarding same (.6)
         Douglas M. Foley   3.20 hours at  550.00 per hour.     $1,760.00

11/18/09 Analyze and revise agenda regarding claim
         matters and multiple e-mails regarding status
         of various matters (.7); analyze documents and
         revise claim stipulations and multiple e-mails
         regarding same (1.8); review responses, revise
         summary chart regarding multiple resolutions
         and negotiations and e-mails regarding same
         (1.8); multiple e-mails regarding status of EDC
         and discovery issues (.3); multiple calls and
         e-mails with counsel regarding claim objections
         (.8)
         Sarah B. Boehm   5.40 hours at   450.00 per hour.      $2,430.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91209512

Page  36
December 10, 2009

11/18/09 Continue resolution of claims and review and
analyze multiple claims, pleadings, and other
documentation regarding same and multiple
telephone conferences with parties regarding
same and research issues regarding same (3.3);
draft omnibus objection to claims and review
claims regarding same (.80); continue research
issues regarding late claims and other issues
and e-mails and telephone conferences with
debtors' professionals and opposing counsel
regarding same (1.5)
Daniel F. Blanks   5.60 hours at  375.00 per hour.      $2,100.00

11/18/09 Draft omnibus objections and review exhibits
Erin Q. Ashcroft   2.80 hours at  300.00 per hour.       $840.00

11/18/09 Review, retrieve and organize responses to
fifty-two through fifty-nine omnibus objections
Linda J. Neilson   3.10 hours at  185.00 per hour.       $573.50

11/18/09 Research electronic databases of filings (2.3);
review responses to omnibus objections (2.9);
prepare exhibit to agenda of responses and
pending objections (2.1)
Karen B. Cain   7.30 hours at  195.00 per hour.        $1,423.50

11/18/09 Draft omnibus objection to claims for no legal
liability
Dana James Hall    .80 hours at  225.00 per hour.       $180.00

11/19/09 Numerous e-mails with client and debtors'
professionals regarding next round of omnibus
claim objections and status of resolution of
responses to the existing claim objections and
review pleadings and exhibits regarding same
(1.9); analyze issues regarding EDC late claim
motion and e-mails with opposing counsel
regarding discovery issues (.9); several
telephone conferences and e-mails with
creditors and creditors' counsel regarding
status of matters on for November 23 and
adjournment date of January 14 and efforts to
resolve responses to objections (.8)
Douglas M. Foley   3.60 hours at  550.00 per hour.     $1,980.00

11/19/09 Analyze responses and summary chart regarding
omnibus objections set for initial status and
review and revise agenda and exhibit regarding
same (.8); analyze issues and e-mails regarding
new omnibus objections to be filed (.4);

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91209512                                    December 10, 2009

                finalize and file affidavits of service and
                e-mails regarding same (.2); multiple calls and
                e-mails with claimants counsel regarding
                various omnibus objection resolutions (.7);
                e-mails regarding omnibus objection orders and
                revise exhibits and analyze documents regarding
                same (.6)
                Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

11/19/09  Continue drafting and revising omnibus
                objections to claims and review and analyze
                claims, pleadings, and other items regarding
                same and research issues regarding same (2.4);
                continue resolution of claims and review and
                analyze claims, pleadings, documents and other
                items regarding same and multiple telephone
                conferences and e-mails with claimants and
                debtors' professionals regarding same (2.8)
                Daniel F. Blanks   5.20 hours at  375.00 per hour.      $1,950.00

11/19/09  Draft omnibus objections and analyze issues
                regarding same
                Erin Q. Ashcroft   2.80 hours at  300.00 per hour.       $840.00

11/19/09  Review, retrieve and organize responses to
                omnibus objections
                Linda J. Neilson   2.20 hours at  185.00 per hour.       $407.00

11/19/09  Review responses to omnibus objections (2.9);
                work on chart of responses for tracking (3.7);
                Karen B. Cain   6.60 hours at  195.00 per hour.        $1,287.00

11/19/09  Review and draft exhibits for omni objection
                sixty to miscellaneous claims for which the
                debtor has no liability
                Dana James Hall   1.00 hours at  225.00 per hour.       $225.00

11/20/09  E-mails with opposing counsel regarding EDC
                discovery and scheduling issues relating to
                motion to allow late claim and analyze issues
                regarding same
                Douglas M. Foley   .90 hours at  550.00 per hour.       $495.00

11/20/09  Analyze and revise agenda regarding claim
                matters and multiple e-mails regarding status
                of various matters (.7); analyze documents and
                revise claim stipulations and multiple e-mails
                regarding same (1.8); review responses, revise

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91209512                            December 10, 2009

summary chart regarding multiple resolutions
and negotiations and e-mails regarding same
(1.8); multiple e-mails regarding status of EDC
and discovery issues (.3); multiple calls and
e-mails with counsel regarding claim objections
(.8)
Sarah B. Boehm   5.40 hours at  450.00 per hour.        $2,430.00

11/20/09 Draft and file 30(b)(6) deposition regarding
         EDC and e-mails with parties regarding same
         (1.4); multiple telephone conferences and
         e-mails with parties regarding omnibus
         objections to claims and review and analyze
         claims, pleadings, responses, and other items
         regarding same (2.2); finalize and file omnibus
         objections to claims and review responses and
         other items regarding same and review charts
         and exhibits regarding same (1.5)
         Daniel F. Blanks   5.10 hours at  375.00 per hour.   $1,912.50

11/20/09 Review exhibits to omni objections
         Erin Q. Ashcroft    .50 hours at  300.00 per hour.    $150.00

11/20/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson   2.00 hours at  185.00 per hour.    $370.00

11/20/09 Review omnibus objections and ordered claims
         (2.6); work on chart of responses (1.9); e-mail
         and telephone conversation with professionals
         regarding ordered claims (1.1)
         Karen B. Cain   5.60 hours at  195.00 per hour.     $1,092.00

11/22/09 Continue review of responses by taxing
         authorities to 37th omnibus objection to claims
         and analyze issues and strategy regarding reply
         brief and scheduling hearing on threshhold
         issues (1.3); review responses to omnibus claim
         objections on for hearing on November 23 and
         analyze issues regarding same (1.2); e-mails
         with client regarding status of various claim
         resolution matters and pending settlements and
         review stipulations regarding same (.8)
         Douglas M. Foley   3.30 hours at  550.00 per hour.   $1,815.00

11/22/09 Analyze adjourned claims status chart and
         multiple e-mails regarding same
         Sarah B. Boehm    .40 hours at  450.00 per hour.     $180.00

Circuit City Stores Inc
File Number: 2055557                              Page  39
Invoice No. 91209512                             December 10, 2009

11/23/09 Prepare for and participated in meeting with
         client regarding status of various claims
         resolution matters and claim objection matters
         and strategy going forward regarding same
         (4.9); several e-mails with opposing counsel
         and co-counsel regarding status of various late
         claim matters and pending motions and strategy
         and scheduling regarding same (.3)
         Douglas M. Foley   5.20 hours at  550.00 per hour.     $2,860.00

11/23/09 Prepare for and participate in omnibus hearing
         regarding claim objections (2.7); prepare for
         and participate in claims meeting and analyze
         issues and strategy regarding same (3.6);
         finalize and submit order regarding sealing
         exhibit to Panasonic objection (.3); finalize
         and file claim stipulation and notice and
         e-mails regarding same (.4); analyze claim
         matters for next omnibus objection and revise
         agenda regarding same (.9); e-mails regarding
         status of various matters scheduled for next
         omnibus hearing (.5)
         Sarah B. Boehm   8.40 hours at   450.00 per hour.      $3,780.00

11/23/09 Prepare for and participate in meeting
         regarding omnibus objections to claims and
         related strategies and review and analyze
         multiple claims, pleadings, notices, orders,
         and other information regarding same
         Daniel F. Blanks   3.30 hours at  375.00 per hour.     $1,237.50

11/23/09 Analyze omnibus court orders for claim status
         (1.1); work on agenda exhibit for omnibus
         hearing (.9); research docket and review
         filings (.7); work on chart of responses (.9)
         Karen B. Cain   3.60 hours at  195.00 per hour.          $702.00

11/24/09 E-mails with client following up regarding
         notes and action items and review same (.2);
         review status of claim objection resolution
         chart and update same (.4); e-mails regarding
         adjournment of motions for allowance of late
         filed claims (.2)
         Douglas M. Foley    .80 hours at  550.00 per hour.       $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91209512                                    December 10, 2009

11/24/09 E-mails with clerk's office regarding sealing
         Panasonic claim objection exhibit (.2); analyze
         claim stipulation and e-mails regarding filing
         same (.2); review adjourned claim chart summary
         and e-mails regarding same (.8); multiple calls
         with counsel regarding claim objection
         resolutions (.9)
         Sarah B. Boehm   2.10 hours at   450.00 per hour.        $945.00

11/24/09 Multiple telephone conferences and e-mails with
         claimants and debtors' professionals regarding
         omnibus objections to claims and related issues
         and review and analyze claims, pleadings,
         responses and other items regarding same and
         analyze strategies regarding same and draft,
         revise and file stipulations resolving claims
         regarding same
         Daniel F. Blanks   6.60 hours at   375.00 per hour.   $2,475.00

11/24/09 Review responses to omnibus objections (2.3);
         analyze original and supplemental court orders
         in conjunction with responses and continued
         hearing items (3.6); work on preparation of
         omnibus hearing agenda exhibit (2.7)
         Karen B. Cain   8.60 hours at   195.00 per hour.      $1,677.00

11/24/09 Draft motion, proposed order and notice to Seal
         XM sales and marketing agreement in complaint
         against XM Sirius
         Dana James Hall   3.30 hours at   225.00 per hour.      $742.50

11/25/09 E-mails regarding status of matters on for
         hearing for December 7th and review draft
         agenda regarding same and analyze issues
         regarding same
         Douglas M. Foley   .90 hours at   550.00 per hour.      $495.00

11/25/09 E-mails regarding orders for multiple omnibus
         objections and analyze issues regarding same
         Sarah B. Boehm   .40 hours at   450.00 per hour.        $180.00

11/25/09 Multiple telephone conferences and e-mails with
         claimants and other parties regarding omnibus
         objections to claims and related issues and
         review claims, pleadings, and other items
         regarding same and prepare stipulations and
         orders regarding same
         Daniel F. Blanks   3.80 hours at   375.00 per hour.   $1,425.00

Circuit City Stores Inc
File Number: 2055557                                   Page  41
Invoice No. 91209512                                   December 10, 2009

11/29/09 Review claims matters on for 12/7 docket and
         e-mails with debtors professionals and client
         and creditors counsel regarding same and
         strategy going forward
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

11/30/09 Analyze issues relating to various late claim
         motions and pending objections to late claims
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

11/30/09 Analyze, revise and update adjourned claims
         summary chart (2.4); multiple e-mails regarding
         status of various claim matters (.8); analyze
         responses and claims and multiple calls and
         e-mails regarding claim resolutions and draft
         stipulations and orders regarding same (2.1);
         finalize and file claim stipulation and e-mails
         regarding same (.4); multiple calls with
         counsel regarding various claim matters (.7)
         Sarah B. Boehm   6.40 hours at  450.00 per hour.        $2,880.00

11/30/09 Multiple telephone conferences with parties
         regarding status of claims hearings and related
         issues (.9); continue attention to omnibus
         objections to claims and related issues and
         review and analyze claims, pleadings, notices,
         and other information regarding same and
         research issues regarding same (2.4)
         Daniel F. Blanks   3.40 hours at  375.00 per hour.      $1,275.00

11/30/09 Review claims information and contact multiple
         creditors' counsel regarding resolutions
         Bryan A. Stark   2.40 hours at  295.00 per hour.          $708.00

11/30/09 Review supplemental orders to omnibus claims
         objections (2.1); analyze and chart responses
         to objections (1.9); work on claims exhibit for
         omnibus agenda (4.3)
         Karen B. Cain   8.30 hours at  195.00 per hour.         $1,618.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 67.7 | $37,235.00 |
| Sarah B. Boehm | $450.00 | 107.8 | $48,510.00 |
| Daniel F. Blanks | $375.00 | 87.0 | $32,625.00 |
| Erin Q. Ashcroft | $300.00 | 15.4 | $4,620.00 |
| Bryan A. Stark | $295.00 | 15.6 | $4,602.00 |
| Dana James Hall | $225.00 | 25.0 | $5,625.00 |
| Karen B. Cain | $195.00 | 95.1 | $18,544.50 |
| Linda J. Neilson | $185.00 | 17.1 | $3,163.50 |
| TOTAL FEES | | 430.7 | $154,925.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91209512

Page  42
December 10, 2009

Re: Disclosure Statement and Plan
    Our File No.          2055557-0270
    Circuit City Contact  Michelle Mosier
    McGuireWoods Contact  Douglas M. Foley


11/02/09  E-mails with debtors' professionals regarding
          plan issues, local requirements and related
          issues (.9); e-mails regarding balloting issues
          (.5)
          Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

11/03/09  Numerous e-mails with client and debtors'
          professionals regarding revisions to plan
          exhibits, including contract assumption list,
          identification of insurance contracts and
          revisions to liquidating trust agreement
          Douglas M. Foley   1.70 hours at  550.00 per hour.        $935.00

11/03/09  Analyze issues and e-mails regarding plan
          exhibits (.5); analyze issues and e-mails
          regarding ballots to claimants withdrawn from
          objection to claims for voting purposes (.7)
          Sarah B. Boehm   1.20 hours at  450.00 per hour.          $540.00

11/04/09  Analyze issues, revise drafts and multiple
          e-mails regarding plan exhibits
          Sarah B. Boehm   .90 hours at  450.00 per hour.           $405.00

11/04/09  E-mails and telephone conferences with parties
          and debtors' professionals regarding plan and
          related issues and local rules regarding same
          Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

11/05/09  Numerous e-mails regarding revisions to plan
          exhibits, analyze changes to same and review
          same
          Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

11/05/09  Draft notice, analyze, revise and finalize plan
          exhibits and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   1.10 hours at  450.00 per hour.          $495.00

11/10/09  Review objections regarding Rule 3020(a)
          deposit requirements filed by Pioneer and
          Samsung and analyze issues regarding same
          Douglas M. Foley   .50 hours at  550.00 per hour.         $275.00

Circuit City Stores Inc
File Number: 2055557                                      Page  43
Invoice No. 91209512                                      December 10, 2009

11/13/09  Begin review of objections to plan and review
          motions for deposits regarding Samsung and
          Pioneer and e-mails with debtors' professionals
          regarding same (.8); review and revise draft of
          notice of continuance of confirmation hearing
          and e-mails with debtors' professionals same
          (.4)
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

11/13/09  Draft and revise notice of continued
          confirmation hearing and e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

11/15/09  E-mails and telephone conference with board
          regarding plan issues, timing and issues
          relating to personnel
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

11/16/09  Analyze objections to confirmation of plan and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    1.70 hours at  450.00 per hour.         $765.00

11/16/09  Multiple telephone conferences and e-mails with
          parties regarding objections to plan and
          related issues
          Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

11/17/09  Revise notice of continued confirmation hearing
          and e-mails to committee counsel regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

11/17/09  Multiple telephone conferences and e-mails with
          parties regarding confirmation and related
          issues
          Daniel F. Blanks   1.50 hours at  375.00 per hour.        $562.50

11/18/09  Finalize and file notice of adjourned
          confirmation hearing, multiple e-mails
          regarding same and update KCC website
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

11/23/09  E-mails and telephone conferences with parties
          regarding confirmation hearing and continuance
          and related issues
          Daniel F. Blanks   .90 hours at  375.00 per hour.         $337.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 6.6 | $3,630.00 |
| Sarah B. Boehm | $450.00 | 6.0 | $2,700.00 |
| Daniel F. Blanks | $375.00 | 6.1 | $2,287.50 |
| TOTAL FEES | | 18.7 | $8,617.50 |

Circuit City Stores Inc
File Number: 2055557                                      Page   44
Invoice No. 91209512                                     December 10, 2009

**Re: Employee Benefits/Pensions**
       **Our File No.**            2055557-0280
       **Circuit City Contact**    Michelle Mosier
       **McGuireWoods Contact**    Douglas M. Foley

11/20/09 Qualified domestic relations order analysis for
         entered domestic relations order for 401(k)
         participant, T. Higham (.3); draft proposed
         plan administrator response and e-mail to H.
         Merten (.3)
         Elizabeth A. Diller     .60 hours at   275.00 per hour.      $165.00

11/25/09 Qualified domestic relations order analysis for
         401(k) plan participant, W. Meadows (.9); draft
         proposed plan administrator response and e-mail
         to H. Merten (.3)
         Elizabeth A. Diller   1.20 hours at   275.00 per hour.      $330.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Elizabeth A. Diller | $275.00 | 1.8 | $495.00 |
| TOTAL FEES | | 1.8 | $495.00 |

**Re: Intellectual Property Matters**
       **Our File No.**            2055557-0310
       **Circuit City Contact**    Michelle Mosier
       **McGuireWoods Contact**    Douglas M. Foley

11/01/09 Review files for transfer
         Douglas B. Smith   2.10 hours at   295.00 per hour.       $619.50

11/09/09 E-mails with agent in Chile regarding renewal
         of 800.com
         Douglas B. Smith    .20 hours at   295.00 per hour.        $59.00

11/10/09 Various e-mails to and from D. Smith regarding
         800.com registration in Chile
         Kymberleigh B. Gokey    .20 hours at   160.00 per hour.     $32.00

11/18/09 Receive certificate of registration (.1);
         instructions from D. Smith regarding same (.1);
         e-mail to client containing copy of certificate
         (.1)
         Kymberleigh B. Gokey    .30 hours at   160.00 per hour.     $48.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $295.00 | 2.3 | $678.50 |

Circuit City Stores Inc
File Number: 2055557                              Page  45
Invoice No. 91209512                             December 10, 2009

Kymberleigh B. Gokey          $160.00          0.5          $80.00
                                            ———          ———
                    TOTAL FEES                 2.8         $758.50

**Re: Asset Sales**
     **Our File No.**          **2055557-0321**
     **Circuit City Contact**  **Michelle Mosier**
     **McGuireWoods Contact**  **Douglas M. Foley**

11/16/09 Review, analyze, revise and file stipulation
         regarding asset sales and e-mails with debtors'
         professionals regarding same
         Daniel F. Blanks  1.30 hours at  375.00 per hour.    $487.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 1.3 | $487.50 |
| TOTAL FEES | | 1.3 | $487.50 |

Disbursements and Other Expenses:

|  |  |  |
|---|---|---|
| | Copy Charges | $949.20 |
| | Computer Research - Lexis | $50.00 |
| | Pacer Research | $58.80 |
| | Long Distance Telephone Charges | $109.80 |
| | Westlaw Research | $2.00 |
| 10/26/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 10/26/2009 | $3.24 |
| 10/29/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 10/29/2009 | $3.71 |
| 11/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/03/2009 | $10.26 |
| 11/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/03/2009 | $16.82 |
| 11/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/03/2009 | $7.80 |
| 11/03/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/03/2009 | $53.71 |
| 11/04/09 | FedEx Priority Overnight/Int'l Priority to Clifton, VA - Tracking #:  869107086291 | $10.42 |
| 11/04/09 | FedEx Priority Overnight/Int'l Priority to Newport Beach, CA - Tracking #:  869107086306 | $14.83 |
| 11/05/09 | FedEx Priority Overnight/Int'l Priority to Philadelphia, PA - Tracking #:  986584522369 | $9.72 |
| 11/05/09 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-day on 10/07/09 | $55.25 |
| 11/05/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA -  Tracking #:  986584522358 | $7.88 |

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91209512                              December 10, 2009

| Date | Description | Amount |
|---|---|---|
| 11/06/09 | Ground to Richmond, VA - Tracking #: 823610041542 | $14.59 |
| 11/09/09 | DOUGLAS M. FOLEY - Travel to Richmond for meetings and hearing 11/01-11/02/09; airfare, room, meals, auto rent, parking | $1,365.49 |
| 11/10/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  423311625648 | $7.88 |
| 11/12/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/12/2009 | $493.65 |
| 11/18/09 | FedEx Priority Overnight/Int'l Priority to Richmond, VA - Tracking #:  870303860632 | $13.37 |
| 11/19/09 | DOUGLAS M. FOLEY - Travel to Richmond to prepare for and to attend hearing 11/10-11/12/09; room, meals, mileage, parking | $545.16 |
| 11/23/09 | FEDEX - Box and Packing for Documents shipped from Oklahoma City, OK | $14.07 |
| 11/23/09 | SARAH B. BOEHM - Van to Bankruptcy Court for hearing 11/12/09 | $573.75 |
| 11/24/09 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-day on 11/3/09 | $199.75 |
| 11/24/09 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court Daily on 11/12/09 | $937.75 |
| | TOTAL EXPENSES | $5,528.90 |

### Summary of Fees and Expenses:

| | |
|---|---|
| Total Fees for all Matters: | $251,282.50 |
| Total Expenses for all Matters: | $5,528.90 |
| Total for this Invoice: | $256,811.40 |