# EXHIBIT E-2

# McGuireWoods

| | |
|---|---|
| **Dion W. Hayes** | **One James Center** |
| **804.775.1144** | **901 East Cary Street** |
| | **Richmond, VA 23219-4030** |

January 15, 2010

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91218146

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:          $166,344.66
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:               $222,121.00
    Current Disbursements:        $10,320.37
    **Current Invoice Total:**               **$232,441.37**

Total Balance Due:                           $398,786.03

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

January 15, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 12/31/09

INVOICE NO.  91218146                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
Our File No.          2055557-0010
Circuit City Contact    Michelle Mosier
McGuireWoods Contact    Douglas M. Foley

| | |
|---|---:|
| 12/01/09 Continue review and revision of draft of agenda with respect to hearing items and review pleadings regarding same<br>Douglas M. Foley   .70 hours at  550.00 per hour. | $385.00 |
| 12/01/09 Review, retrieve and organize responses/objections to plan confirmation (1.8); review and prepare responses to garnishments, subpoenas, etc. (2.1)<br>Linda J. Neilson   3.90 hours at  185.00 per hour. | $721.50 |
| 12/02/09 Review and revise December 7th agenda and e-mails with creditors' counsel regarding status of omnibus claim responses and other matters and e-mails with co-counsel and client regarding same<br>Douglas M. Foley   1.70 hours at  550.00 per hour. | $935.00 |
| 12/02/09 E-mails with client and debtors' professionals regarding board minutes and other items<br>Daniel F. Blanks   .50 hours at  375.00 per hour. | $187.50 |

Circuit City Stores Inc
File Number: 2055557                                           Page   2
Invoice No. 91218146                                          January 15, 2010

12/02/09  Review 12/7/09 hearing agenda (.9); review and
          prepare responses to garnishments, subpoenas,
          etc. (1.9); review, retrieve and organize
          responses to plan confirmation (.7)
          Linda J. Neilson   3.50 hours at  185.00 per hour.        $647.50

12/02/09  Review documents for board minutes
          Karen B. Cain    .90 hours at  195.00 per hour.           $175.50

12/03/09  Draft and file notice of additional omnibus
          hearing dates and e-mails regarding same
          Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

12/03/09  E-mails with parties regarding status of items
          regarding December 7, 2009 omnibus hearing and
          related issues and revise, update and file
          agenda regarding same
          Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

12/03/09  Review and revise 12/7/09 hearing agenda for
          filing (2.3); organize and prepare documents
          for 12/7/09 hearing (1.7)
          Linda J. Neilson   4.00 hours at  185.00 per hour.        $740.00

12/04/09  E-mails regarding new omnibus hearing dates and
          conference with scheduling clerk regarding same
          and e-mails with parties regarding confirmation
          hearing date
          Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

12/04/09  Draft revised case management order and
          procedures and review rules and other matters
          regarding same and research issues regarding
          same (1.2); multiple e-mails with debtors'
          professionals and claimants regarding December
          7th omnibus hearing and related issues
          regarding same and preparation regarding same
          (1.3)
          Daniel F. Blanks   2.50 hours at  375.00 per hour.        $937.50

12/05/09  Review matters on December 7th agenda and
          prepare for same and review pleadings regarding
          matters going forward
          Douglas M. Foley   1.20 hours at  550.00 per hour.        $660.00

12/06/09  Review agenda and prepare for hearings on
          December 7th and analyze issues regarding same
          Douglas M. Foley   2.50 hours at  550.00 per hour.      $1,375.00

Circuit City Stores Inc
File Number: 2055557                          Page   3
Invoice No. 91218146                          January 15, 2010

12/07/09 Meetings with client and co-counsel regarding
         preparation for hearings on December 7th and
         review docket pleadings regarding same
         Douglas M. Foley   2.90 hours at  550.00 per hour.      $1,595.00

12/07/09 Prepare for and participate in December 7, 2009
         hearing and review material and pleadings
         regarding same
         Daniel F. Blanks   3.80 hours at  375.00 per hour.      $1,425.00

12/07/09 Review and respond to requests for
         garnishments, subpoenas, complaints, etc.
         Linda J. Neilson   1.30 hours at  185.00 per hour.        $240.50

12/07/09 Prepare exhibits and documents for omnibus
         hearing (1.1); revise hearing binders (.7)
         Karen B. Cain   1.80 hours at  195.00 per hour.           $351.00

12/08/09 Review and prepare items list for hearings on
         12/21/09 and 1/14/2010 (2.3); review and
         prepare responses to garnishments, subpoenas,
         complaints, etc. (2.3)
         Linda J. Neilson   4.60 hours at  185.00 per hour.        $851.00

12/08/09 Prepare chart of items for omnibus hearing
         (1.7); research court calendar and update case
         calendar (1.9)
         Karen B. Cain   3.60 hours at  195.00 per hour.           $702.00

12/09/09 Draft and revise case management order
         regarding new rule changes and e-mails
         regarding same (.3); e-mails regarding status
         of various matters scheduled for next omnibus
         hearing (.3)
         Sarah B. Boehm   .60 hours at  450.00 per hour.           $270.00

12/09/09 Review draft agenda and status of various
         matters
         Bryan A. Stark   .40 hours at  295.00 per hour.           $118.00

12/09/09 Analyze court filings (1.3); work on case
         calendar (.9)
         Karen B. Cain   2.20 hours at  195.00 per hour.           $429.00

12/10/09 Draft notice, revise, finalize and file motion
         extending time to remove actions and multiple
         e-mails regarding same
         Sarah B. Boehm   .50 hours at  450.00 per hour.           $225.00

Circuit City Stores Inc
File Number: 2055557                              Page    4
Invoice No. 91218146                             January 15, 2010

12/10/09  Review and respond to requests for garnishment,
          subpoenas, etc.
          Linda J. Neilson    1.40 hours at  185.00 per hour.          $259.00

12/10/09  Review notices and filings for deadlines (.9);
          work on case calendar for professionals (1.7)
          Karen B. Cain    2.60 hours at  195.00 per hour.             $507.00

12/11/09  Review and revise case management procedures
          and order relating to new deadlines and dates
          under the federal rules and e-mails with
          debtors' professionals regarding same (.9)
          Douglas M. Foley    .90 hours at  550.00 per hour.           $495.00

12/14/09  E-mails and review of matters for December 21st
          agenda and several telephone conferences with
          creditors and movants counsel regarding same
          and adjournment to January 28th (.7); telephone
          conference with U.S. Attorney regarding
          verification of records for criminal trial in
          New York and e-mails with client regarding same
          (.3)
          Douglas M. Foley   1.00 hours at  550.00 per hour.           $550.00

12/14/09  Review items for 12/21/09 hearing agenda
          Linda J. Neilson    .90 hours at  185.00 per hour.           $166.50

12/15/09  Review and revise agenda for December 21st
          hearing
          Douglas M. Foley    .40 hours at  550.00 per hour.           $220.00

12/15/09  Review 12/21/09 hearing agenda (1.1); review
          and prepare responses to garnishments,
          subpoenas, etc.  (2.3)
          Linda J. Neilson   3.40 hours at  185.00 per hour.           $629.00

12/15/09  Prepare omnimount documents for counsel
          Karen B. Cain    .70 hours at  195.00 per hour.              $136.50

12/16/09  Analyze and revise agenda and multiple calls
          and e-mails regarding status of various matters
          Sarah B. Boehm    .60 hours at  450.00 per hour.             $270.00

12/16/09  Review revised agenda for 12/21/09 hearing
          (.6); review and prepare responses to
          garnishments, subpoenas, complaints, etc. (1.9)
          Linda J. Neilson   1.10 hours at  185.00 per hour.           $203.50

Circuit City Stores Inc
File Number: 2055557                                      Page    5
Invoice No. 91218146                                     January 15, 2010

12/17/09  Analyze issues, revise, finalize and file
          agenda and exhibit regarding adjourned claim
          status and multiple calls and e-mails regarding
          same (1.8); draft correspondence and handle
          issues regarding filing documents under seal
          and multiple calls and e-mails regarding same
          (.6)
          Sarah B. Boehm    2.40 hours at  450.00 per hour.        $1,080.00

12/17/09  Review and respond to garnishments, subpoenas,
          complaints, etc. (2.9); review and revise
          12/21/09 hearing agenda for filing (1.6)
          Linda J. Neilson    4.50 hours at  185.00 per hour.        $832.50

12/18/09  Revise case management order and prepare for
          omnibus hearing
          Sarah B. Boehm    .80 hours at  450.00 per hour.          $360.00

12/18/09  Review and prepare responses to garnishments
          (1.2); prepare documents for hearing on
          12/21/09 (1.6)
          Linda J. Neilson    2.80 hours at  185.00 per hour.        $518.00

12/21/09  Prepare for and attend omnibus hearing
          Douglas M. Foley    2.90 hours at  550.00 per hour.     $1,595.00

12/21/09  Prepare and submit various orders
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

12/21/09  Multiple telephone conferences and e-mails with
          parties regarding December 21, 2009 hearing and
          related issues
          Daniel F. Blanks    1.10 hours at  375.00 per hour.       $412.50

12/21/09  File affidavits of service
          Bryan A. Stark    .30 hours at  295.00 per hour.           $88.50

12/21/09  Review and respond to garnishments, subpoenas,
          complaints, etc.
          Linda J. Neilson    1.60 hours at  185.00 per hour.        $296.00

12/21/09  Prepare exhibits for hearing (.4); work on
          omnibus binders (.7)
          Karen B. Cain    1.10 hours at  195.00 per hour.          $214.50

12/22/09  Review docket and prepare list of items set for
          1/14/2010 hearing and circulate
          Linda J. Neilson    1.80 hours at  185.00 per hour.        $333.00

Circuit City Stores Inc
File Number: 2055557                                    Page   6
Invoice No. 91218146                                    January 15, 2010

12/22/09 Research electronic database of filings for
         January hearing items (1.2); work on items list
         for binders (.9)
         Karen B. Cain   2.10 hours at  195.00 per hour.          $409.50

12/23/09 Review and respond to garnishments, subpoenas,
         complaints, etc.
         Linda J. Neilson   1.70 hours at  185.00 per hour.       $314.50

12/24/09 E-mails with KCC regarding service and other
         issues and review material regarding same
         Daniel F. Blanks   .60 hours at  375.00 per hour.        $225.00

12/28/09 Review and prepare responses to garnishments,
         subpoenas, complaints, etc.
         Linda J. Neilson   1.40 hours at  185.00 per hour.       $259.00

12/29/09 Telephone conference and e-mails with chambers
         and with co-counsel regarding status of ruling
         on 502(d) objection and status of hearings for
         January 14th omnibus hearing date
         Douglas M. Foley   .20 hours at  550.00 per hour.        $110.00

12/29/09 Review and respond to garnishments, subpoenas,
         complaints, etc.
         Linda J. Neilson   1.30 hours at  185.00 per hour.       $240.50

12/30/09 E-mails with KCC and debtors' professionals
         regarding service of orders and other issues
         and service and posting of case procedures and
         other items
         Daniel F. Blanks   1.10 hours at  375.00 per hour.       $412.50

12/31/09 E-mails with KCC regarding orders, service and
         other related issues
         Daniel F. Blanks   .50 hours at  375.00 per hour.        $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 15.0 | $8,250.00 |
| Sarah B. Boehm | $450.00 | 5.6 | $2,520.00 |
| Daniel F. Blanks | $375.00 | 11.7 | $4,387.50 |
| Bryan A. Stark | $295.00 | 0.7 | $206.50 |
| Karen B. Cain | $195.00 | 15.0 | $2,925.00 |
| Linda J. Neilson | $185.00 | 39.2 | $7,252.00 |
| TOTAL FEES | | 87.2 | $25,541.00 |

Re: Restructuring and General Strategy
    Our File No.          2055557-0020
    Circuit City Contact  Michelle Mosier
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91218146                                    January 15, 2010

12/02/09 Review board slides and participate in
         conference call with client regarding update of
         same
         Douglas M. Foley    .70 hours at  550.00 per hour.      $385.00

12/07/09 E-mails regarding scheduling of board of
         directors meeting and discussion of issues
         pending plan confirmation
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

12/11/09 Review materials relating to board meeting and
         participate in telephone call regarding same
         Douglas M. Foley   1.50 hours at  550.00 per hour.      $825.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.5 | $1,375.00 |
| TOTAL FEES | | 2.5 | $1,375.00 |

**Re: Monthly Operating Reports**
     Our File No.          2055557-0060
     Circuit City Contact  Michelle Mosier
     McGuireWoods Contact  Douglas M. Foley

12/14/09 Review and file monthly operating report
         Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 0.5 | $187.50 |
| TOTAL FEES | | 0.5 | $187.50 |

**Re: Professional Retention/Fee Applications**
     Our File No.          2055557-0070
     Circuit City Contact  Michelle Mosier
     McGuireWoods Contact  Douglas M. Foley

12/01/09 E-mails with client regarding retention of
         Lockton relating to insurance reserves and LCs
         Douglas M. Foley    .30 hours at  550.00 per hour.      $165.00

Circuit City Stores Inc
File Number: 2055557                                      Page   8
Invoice No. 91218146                                     January 15, 2010

12/03/09  Analyze and revise monthly fee statement (1.4);
          e-mail to all professionals regarding interim
          fee application deadline and analyze issues
          regarding same (.3)
          Sarah B. Boehm   1.70 hours at  450.00 per hour.          $765.00

12/10/09  Finalize monthly fee statement, draft related
          correspondence and multiple e-mails regarding
          same (.8); e-mails regarding payments to OCPs
          (.1)
          Sarah B. Boehm   .90 hours at  450.00 per hour.           $405.00

12/11/09  Draft and revise McGuireWoods' fourth interim
          fee application and related exhibits and
          multiple calls and e-mails regarding same
          (2.4); e-mails with debtors' professionals
          regarding filing interim fee applications (.3)
          Sarah B. Boehm   2.70 hours at  450.00 per hour.        $1,215.00

12/14/09  Several e-mails with case professionals
          regarding filing next interim fee application
          and review McGuireWoods fee application
          regarding same
          Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

12/14/09  Review and revise McGuireWoods fourth interim
          fee application, review multiple fee
          applications from debtors' professionals and
          multiple calls and e-mails regarding same
          Sarah B. Boehm   1.80 hours at  450.00 per hour.          $810.00

12/15/09  Numerous e-mails regarding timing of
          finalization and filing fee applications for
          estate professionals
          Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

12/15/09  Revise, finalize and file McGuireWoods' fourth
          interim fee application, review, finalize and
          file fee applications for all debtors'
          professionals, draft, finalize and file notices
          of hearing for all debtors' professionals' fee
          applications and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   5.90 hours at  450.00 per hour.        $2,655.00

12/15/09  E-mails with professionals and draft and revise
          notices of applications for professionals
          Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page   9
Invoice No. 91218146                                    January 15, 2010

12/15/09 Review debtors' fee applications and notices
         thereof and prepare for filing (1.6); draft
         notice of fee application (.4)
         Bryan A. Stark   2.00 hours at  295.00 per hour.        $590.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 2.3 | $1,265.00 |
| Sarah B. Boehm | $450.00 | 13.0 | $5,850.00 |
| Daniel F. Blanks | $375.00 | 0.8 | $300.00 |
| Bryan A. Stark | $295.00 | 2.0 | $590.00 |
| TOTAL FEES | | 18.1 | $8,005.00 |

**Re: Automatic Stay**
     Our File No.            2055557-0090
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

12/02/09 Draft, review and revise response to Unical
         motion for relief from automatic stay and
         analyze issues regarding same
         Douglas M. Foley   1.70 hours at  550.00 per hour.     $935.00

12/03/09 Review and analyze pleadings regarding Unical
         motion for relief from automatic stay and
         preparation for hearing on December 7th
         Douglas M. Foley   .80 hours at  550.00 per hour.      $440.00

12/03/09 Review pleadings from California litigation and
         e-mails with debtors' professionals regarding
         same and research issues regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.     $450.00

12/05/09 Review and analyze pleadings regarding Unical
         motion for relief from stay and preparation of
         appropriation for preliminary hearing on
         December 7th docket regarding same
         Douglas M. Foley   1.30 hours at  550.00 per hour.     $715.00

12/11/09 Telephone conference and e-mails with counsel
         regarding pending motions for relief from stay
         and resolution of same
         Daniel F. Blanks   .50 hours at  375.00 per hour.      $187.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 3.8 | $2,090.00 |
| Daniel F. Blanks | $375.00 | 1.7 | $637.50 |
| TOTAL FEES | | 5.5 | $2,727.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page   10
Invoice No. 91218146                                   January 15, 2010

Re: Executory Contracts
     Our File No.            2055557-0140
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

12/11/09 Multiple telephone conferences and e-mails
         regarding pending motion to compel assumption
         and review materials regarding same
         Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

12/13/09 Review and analyze numerous executory contracts
         with respect to determination and damage
         provisions and e-mails with client regarding
         same
         Douglas M. Foley   2.10 hours at  550.00 per hour.      $1,155.00

12/14/09 Continue review and contract analysis of damage
         calculations for various vendors
         Douglas M. Foley    .90 hours at  550.00 per hour.        $495.00

12/15/09 Analyze various executory contracts and review
         potential claim analysis relating thereto and
         conference call with client regarding same and
         strategy going forward
         Douglas M. Foley   1.60 hours at  550.00 per hour.        $880.00

12/15/09 E-mails and telephone conference with Ryan
         regarding motion to compel assumption
         Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

12/23/09 E-mails with client regarding status of various
         claims relating to assumption rejection of
         executory contracts
         Douglas M. Foley    .40 hours at  550.00 per hour.        $220.00

12/29/09 Review and respond to e-mails with client
         regarding status of claim analysis for various
         counter parties to executory contracts that
         have not been assumed or rejected and alleged
         administrative claim status of same
         Douglas M. Foley   1.10 hours at  550.00 per hour.        $605.00

12/30/09 E-mails regarding status of various
         counter-parties' claims relating to rejected
         and unrejected executory contracts
         Douglas M. Foley    .60 hours at  550.00 per hour.        $330.00

Circuit City Stores Inc
File Number: 2055557                              Page  11
Invoice No. 91218146                             January 15, 2010

12/31/09 Several e-mails with client regarding executory
         contract administrative claims and review and
         analyze same
         Douglas M. Foley   1.60 hours at  550.00 per hour.      $880.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 8.3 | $4,565.00 |
| Daniel F. Blanks | $375.00 | 1.3 | $487.50 |
| TOTAL FEES | | 9.6 | $5,052.50 |

**Re: Litigation**
     Our File No.            2055557-0150
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

12/01/09 Draft, revise, finalize and file three motions
         to seal exhibits, orders and notices thereof in
         Creative Labs, Sharp and Sirius adversary
         proceedings, draft correspondence to committee
         and clerk's office and multiple calls and
         e-mails regarding same
         Sarah B. Boehm   3.70 hours at  450.00 per hour.      $1,665.00

12/01/09 E-mails and telephone conferences with
         litigants regarding settlement and file
         contracts under seal and issues regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.      $187.50

12/01/09 E-mail with debtors professionals regarding
         Burkland subpoena
         Erin Q. Ashcroft    .20 hours at  300.00 per hour.      $60.00

12/02/09 Telephone conferences with Sirius and client
         regarding settlement and analyze settlement
         offer and other outstanding issues and analysis
         Daniel F. Blanks   1.20 hours at  375.00 per hour.      $450.00

12/03/09 Several e-mails relating to litigation of late
         claims, including EDC and discovery regarding
         same (.9); e-mails regarding discovery and
         litigation regarding Paramount's reclamation
         issues (.4); e-mails and begin review of Active
         Media complaint and analysis of same for filing
         as to fraudulent transfers (.6)
         Douglas M. Foley   1.90 hours at  550.00 per hour.      $1,045.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91218146                                   January 15, 2010

12/03/09  E-mails regarding proposed complaint against
          Active (.1); brief review and draft complaint
          (.3)
          Bryan A. Fratkin    .40 hours at  490.00 per hour.          $196.00

12/03/09  Telephone conference and e-mails with debtors'
          professionals regarding lawsuit against Active
          and review lawsuit regarding same and research
          issues regarding same
          Daniel F. Blanks    1.40 hours at  375.00 per hour.        $525.00

12/04/09  E-mails regarding Thompson West contract
          rejection and resolution of same (.3); review
          Active Media complaint and analyze issues
          regarding same (1.9); e-mails regarding EDC
          discovery and objections and preparation for
          hearing on December 7th regarding same (.3);
          e-mails regarding Paramount reclamation claims
          and review backup data regarding same (.6)
          Douglas M. Foley   3.10 hours at  550.00 per hour.       $1,705.00

12/04/09  Review draft complaint and e-mails relating to
          Active (1.0); conference call regarding same
          (.7)
          Bryan A. Fratkin   1.70 hours at  490.00 per hour.         $833.00

12/04/09  E-mails regarding Burkland document review and
          status of production and telephone call to
          counsel regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.           $135.00

12/04/09  Review, analyze and revise complaint against
          Active Media and review contracts and other
          material regarding same and prepare for and
          participate in telephone conference with
          debtors' professionals regarding same (2.1);
          e-mails and telephone conferences with debtors'
          professionals regarding Sirius XM and related
          issues and draft and revise scheduling order
          regarding same (1.3)
          Daniel F. Blanks   2.40 hours at  375.00 per hour.         $900.00

12/07/09  Telephone conference and e-mails with opposing
          counsel for EDC relating to discovery disputes
          and efforts to resolve same
          Douglas M. Foley    .70 hours at  550.00 per hour.         $385.00

12/07/09  Research California litigation issue (.6);
          correspond with counsel regarding same (.3)
          Bryan A. Stark    .90 hours at  295.00 per hour.           $265.50

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91218146                                   January 15, 2010

12/08/09 E-mails with R. Clifford, counsel for EDC,
         regarding discovery issues and disputes and new
         requests made by EDC and review and analyze
         same
         Douglas M. Foley    .70 hours at  550.00 per hour.        $385.00

12/08/09 E-mails regarding status of Burkland document
         review and production
         Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

12/08/09 Review order regarding motion to dismiss and
         other items and e-mails with opposing counsel
         regarding same
         Daniel F. Blanks    .50 hours at  375.00 per hour.        $187.50

12/08/09 Review Burkland file and pull documents
         responsive to subpoena (.6); e-mail to debtor's
         professional regarding production of documents
         (.2)
         Erin Q. Ashcroft    .80 hours at  300.00 per hour.        $240.00

12/09/09 Analyze issues and e-mails regarding document
         production from Burkland case file
         Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

12/09/09 Draft and revise complaint against Active Media
         and review and analyze claims, pleadings,
         contracts and other items regarding same
         Daniel F. Blanks    .60 hours at  375.00 per hour.        $225.00

12/09/09 E-mail with debtors professionals regarding
         bates stamping and production of documents
         Erin Q. Ashcroft    .20 hours at  300.00 per hour.         $60.00

12/10/09 E-mails and analysis regarding Creative Labs
         complaint and other new account receivable and
         set off/preference collection complaints
         Douglas M. Foley   1.30 hours at  550.00 per hour.        $715.00

12/10/09 Analyze issues regarding Burkland file and
         document production and e-mails regarding same
         Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

12/10/09 Correspond with debtors and debtors'
         professionals regarding adversary proceedings
         (.5); correspond with defendants and provide
         documentation (.1)
         Bryan A. Stark    .60 hours at  295.00 per hour.          $177.00

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91218146                                    January 15, 2010

12/10/09  Meeting with debtors professionals regarding
          production of documents in Burkland file
          Erin Q. Ashcroft     .20 hours at  300.00 per hour.        $60.00

12/11/09  Review e-mails and documents regarding Active
          complaint (.5); review LG discovery (.5)
          Bryan A. Fratkin    1.00 hours at   490.00 per hour.      $490.00

12/11/09  Review and revise Active complaint and multiple
          e-mails regarding same (.6); e-mails regarding
          Burkland document review (.1)
          Sarah B. Boehm     .70 hours at   450.00 per hour.        $315.00

12/11/09  Continue review complaint against Active and
          revise and research issues regarding same
          (1.2); e-mails and telephone conference with
          opposing counsel regarding omnimount and review
          accounts receivable and other information
          regarding same and research issues regarding
          same (1.4)
          Daniel F. Blanks    2.60 hours at   375.00 per hour.      $975.00

12/11/09  Review discovery requests (.4); correspond
          regarding the same (.2)
          Bryan A. Stark     .60 hours at   295.00 per hour.        $177.00

12/14/09  Analyze issues and e-mails regarding Burkland
          document production
          Sarah B. Boehm     .20 hours at   450.00 per hour.         $90.00

12/14/09  Correspond with debtors' professionals and
          creditors regarding adversary proceedings
          Bryan A. Stark     .80 hours at   295.00 per hour.        $236.00

12/14/09  Prepare documents for production in the
          Burkland matter
          Linda J. Neilson    .60 hours at   185.00 per hour.       $111.00

12/14/09  Prepare answer to counterclaim of Sirius
          Linda J. Neilson   1.80 hours at   185.00 per hour.       $333.00

12/15/09  Several e-mails regarding status of
          negotiations and timing of response to Active
          Media complaint and e-mails with opposing
          counsel regarding same
          Douglas M. Foley    .70 hours at   550.00 per hour.       $385.00

12/15/09  E-mails regarding Active complaint and
          defendant's response (.2); LG discovery
          analysis (.1)
          Bryan A. Fratkin    .30 hours at   490.00 per hour.       $147.00

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91218146                                   January 15, 2010

12/15/09  Analysis of Sirius XM settlement discussions
          (.1); analysis of draft Active complaint (.2)
          Bryan A. Fratkin    .30 hours at  490.00 per hour.      $147.00

12/15/09  E-mails with debtors' professionals and others
          regarding pending litigation and other issues
          status of pretrials and other issues (.8);
          draft answer for counterclaim and research
          issues regarding same (.3)
          Daniel F. Blanks   1.10 hours at  375.00 per hour.      $412.50

12/15/09  Prepare answer to counterclaim in Sirius matter
          Linda J. Neilson    .70 hours at  185.00 per hour.      $129.50

12/15/09  Prepare service of adversary proceeding
          complaint (.4); prepare certificates of service
          for filing (.4)
          Karen B. Cain    .80 hours at  195.00 per hour.         $156.00

12/16/09  Draft discovery and review material regarding
          same for Sirius XM
          Daniel F. Blanks    .70 hours at  375.00 per hour.      $262.50

12/16/09  Correspond with creditor and debtors'
          professionals regarding adversary proceedings
          Bryan A. Stark    .40 hours at  295.00 per hour.        $118.00

12/17/09  E-mails and telephone conference with counsel
          for Sharp Electronics regarding collection of
          accounts receivable and preference matters
          Douglas M. Foley    .40 hours at  550.00 per hour.      $220.00

12/17/09  Analyze discovery objections in LG matter (.7);
          e-mails regarding responding to discovery
          requests (.2); review and revise draft answer
          to Sirius XM counterclaim (.4); review e-mails
          regarding Sharp contract (.1); review
          preference claim in LG matter (.1)
          Bryan A. Fratkin   1.50 hours at  490.00 per hour.      $735.00

12/17/09  Continue draft Sirius XM Discovery and e-mails
          and telephone conferences with parties
          regarding same (1.2); draft and revise answer
          to counterclaim (.8); review and revise motion
          to file exhibits under seal and review
          documents regarding same (.7)
          Daniel F. Blanks   2.70 hours at  375.00 per hour.    $1,012.50

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91218146                                   January 15, 2010

12/17/09  Meet with debtors' professionals regarding
          discovery responses (.6); correspond regarding
          adversary proceedings (.4); review and provide
          documents to defendants (.8)
          Bryan A. Stark    1.80 hours at  295.00 per hour.          $531.00

12/18/09  E-mails regarding Sharp Electronics and Active
          Media scheduling issues and extensions and
          beginning of settlement discussions
          Douglas M. Foley    .80 hours at  550.00 per hour.         $440.00

12/18/09  Correspondence regarding Burkland document
          production and e-mails regarding same
          Sarah B. Boehm    .20 hours at  450.00 per hour.           $90.00

12/18/09  Continue draft discovery against Sirius XM and
          review and analyze issues regarding same (1.4);
          draft initial disclosures for Sirius XM (.5)
          Daniel F. Blanks    1.90 hours at  375.00 per hour.        $712.50

12/18/09  Research and draft responses to LG discovery
          requests
          Bryan A. Stark    1.30 hours at  295.00 per hour.          $383.50

12/20/09  Research and draft responses to LG discovery
          requests
          Bryan A. Stark    .90 hours at  295.00 per hour.           $265.50

12/21/09  Draft, revise and review 7026 disclosures
          Daniel F. Blanks    .70 hours at  375.00 per hour.         $262.50

12/21/09  Correspond with defendant and debtors regarding
          document production (.6); review and file
          answer in adversary proceeding (.6)
          Bryan A. Stark    1.20 hours at  295.00 per hour.          $354.00

12/22/09  Review and revise objections to EDC discovery
          requests and analyze issues regarding same,
          including protective order (1.6); e-mails
          regarding withdrawal of notice of appeal by
          Samsung and review stipulation regarding same
          (.6)
          Douglas M. Foley    2.20 hours at  550.00 per hour.      $1,210.00

12/22/09  Revise 26(a)(1) disclosures and e-mails with
          opposing counsel regarding same and review
          opposing 26(a)(1) disclosures regarding same
          (.9); review answer of Sharp and e-mails with
          client and debtors' professionals regarding
          same (.6)
          Daniel F. Blanks    1.50 hours at  375.00 per hour.        $562.50

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91218146                                   January 15, 2010

12/22/09  Research and draft discovery responses (.8);
          review and analyze document production and
          produce to defendant (1.2); correspond with
          debtors and debtors' professionals regarding
          same (.3)
          Bryan A. Stark   2.30 hours at  295.00 per hour.          $678.50

12/23/09  E-mails with counsel for EDC regarding
          discovery disputes as to late claim motion and
          review documents produced regarding same
          Douglas M. Foley   1.00 hours at  550.00 per hour.        $550.00

12/23/09  Correspond with debtors' professionals and
          debtors regarding litigation and settlements
          (.5); review and analyze documentation (.7);
          correspond with counsel to defendants (.2)
          Bryan A. Stark   1.40 hours at  295.00 per hour.          $413.00

12/24/09  Revise, finalize and file motion to seal
          exhibit and multiple e-mails regarding same
          Sarah B. Boehm   .50 hours at  450.00 per hour.           $225.00

12/29/09  Review and analyze Paramount discovery
          responses and objections (.4); review status of
          other collection and accounts receivable
          adversary proceedings and status of same (.4)
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

12/29/09  Draft discovery and review material regarding
          same
          Daniel F. Blanks   .80 hours at  375.00 per hour.         $300.00

12/30/09  Review discovery requests to Sirius XM
          Douglas M. Foley   .30 hours at  550.00 per hour.         $165.00

12/30/09  Review draft discovery requests regarding
          Sirius XM case
          Bryan A. Fratkin   .50 hours at  490.00 per hour.         $245.00

12/30/09  Draft, revise and correspondence regarding
          discovery for Sirius XM and e-mails with
          parties regarding same
          Daniel F. Blanks   1.30 hours at  375.00 per hour.        $487.50

12/31/09  Review EDC discovery and e-mails with opposing
          counsel regarding discovery scheduling and
          issues
          Douglas M. Foley   .70 hours at  550.00 per hour.         $385.00

| Timekeeper        | Rate/HR   | Hours | Fees       |
|-------------------|-----------|-------|------------|
| Douglas M. Foley  | $550.00   | 14.6  | $8,030.00  |
| Bryan A. Fratkin  | $490.00   | 5.7   | $2,793.00  |

Circuit City Stores Inc
File Number: 2055557                                  Page  18
Invoice No. 91218146                                 January 15, 2010

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 6.3 | $2,835.00 |
| Daniel F. Blanks | $375.00 | 19.9 | $7,462.50 |
| Erin Q. Ashcroft | $300.00 | 1.4 | $420.00 |
| Bryan A. Stark | $295.00 | 12.2 | $3,599.00 |
| Karen B. Cain | $195.00 | 0.8 | $156.00 |
| Linda J. Neilson | $185.00 | 3.1 | $573.50 |
| | TOTAL FEES | 64.0 | $25,869.00 |

**Re: Avoidance Actions**
   Our File No.            2055557-0160
   Circuit City Contact    Michelle Mosier
   McGuireWoods Contact    Douglas M. Foley

12/02/09 Review preference analysis and other items
         regarding certain claimants and review material
         regarding same
         Daniel F. Blanks   1.40 hours at  375.00 per hour.        $525.00

12/04/09 Review avoidance and preference data on
         claimants and e-mails with debtors'
         professionals and claimants regarding same
         Daniel F. Blanks   1.20 hours at  375.00 per hour.        $450.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $375.00 | 2.6 | $975.00 |
| | TOTAL FEES | 2.6 | $975.00 |

**Re: Vendor Matters**
   Our File No.            2055557-0170
   Circuit City Contact    Michelle Mosier
   McGuireWoods Contact    Douglas M. Foley

12/09/09 Review and analyze issues and strategy and
         discovery relating to Paramount reclamation
         claims and Madcow pending motion for allowance
         of administrative expense
         Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

12/10/09 E-mails regarding strategies relating to Madcow
         International Group Limited's motion for
         allowance of payment of administrative expense
         claim and arguments relating to administrative
         status reclamation claims
         Douglas M. Foley   .40 hours at  550.00 per hour.         $220.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. 91218146                                    January 15, 2010

| | | | |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 1.2 | $660.00 |
| TOTAL FEES | | 1.2 | $660.00 |

**Re: Real Estate**
     **Our File No.**              2055557-0180
     **Circuit City Contact**      Michelle Mosier
     **McGuireWoods Contact**      Douglas M. Foley


12/02/09 Kennesaw, GA - E-mail correspondence with
         bankruptcy counsel regarding claim waiver (.1);
         review file regarding claim waiver (.1)
         Matthew T. Gunlock   .20 hours at  290.00 per hour.      $58.00

12/08/09 Whitehall, PA - E-mail correspondence with D.
         Miller
         Matthew T. Gunlock   .10 hours at  290.00 per hour.      $29.00

12/09/09 Telephone call from counsel regarding rejection
         of lease and related claim matters
         Sarah B. Boehm   .20 hours at  450.00 per hour.          $90.00

12/09/09 Whitehall, PA - Telephone call with D. Miller
         (.1); e-mail correspondence with purchaser (.1)
         Matthew T. Gunlock   .20 hours at  290.00 per hour.      $58.00

12/13/09 Whitehall, PA - E-mail correspondence with D.
         Miller
         Matthew T. Gunlock   .10 hours at  290.00 per hour.      $29.00

12/14/09 Whitehall, PA - E-mail correspondence with D.
         Miller
         Matthew T. Gunlock   .10 hours at  290.00 per hour.      $29.00

12/16/09 Whitehall, PA - Telephone call with R. Gottleib
         Matthew T. Gunlock   .20 hours at  290.00 per hour.      $58.00

12/17/09 Whitehall, PA - Telephone call with R. Gottleib
         Matthew T. Gunlock   .20 hours at  290.00 per hour.      $58.00

12/22/09 Analyze issues regarding right of first refusal
         regarding Mayland property
         Sarah B. Boehm   .30 hours at  450.00 per hour.          $135.00

12/22/09 Whitehall, PA - Telephone call with R. Gottlieb
         and J. Bruton (.3); e-mail correspondence with
         D. Miller (.1)
         Matthew T. Gunlock   .40 hours at  290.00 per hour.      $116.00

Circuit City Stores Inc
File Number: 2055557                          Page   20
Invoice No. 91218146                          January 15, 2010

12/28/09 Whitehall, PA - E-mail correspondence with J.
         Bruton regarding proposed letter of intent
         Matthew T. Gunlock    .20 hours at  290.00 per hour.    $58.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $450.00 | 0.5 | $225.00 |
| Matthew T. Gunlock | $290.00 | 1.7 | $493.00 |
| TOTAL FEES | | 2.2 | $718.00 |

**Re: Insurance Matters**
   **Our File No.**              **2055557-0230**
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

12/02/09 E-mails regarding retention of Lockton and
         review of changes to agreement relating to
         negotiation of resolution on insurance claims
         and LCs and letters of credit backing same
         Douglas M. Foley    .20 hours at  550.00 per hour.    $110.00

12/23/09 Analyze agreement and e-mails regarding Lockton
         Sarah B. Boehm    .30 hours at  450.00 per hour.    $135.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.2 | $110.00 |
| Sarah B. Boehm | $450.00 | 0.3 | $135.00 |
| TOTAL FEES | | 0.5 | $245.00 |

**Re: Tax Matters**
   **Our File No.**              **2055557-0240**
   **Circuit City Contact**      **Michelle Mosier**
   **McGuireWoods Contact**      **Douglas M. Foley**

12/01/09 Work on employment tax settlement documents
         Craig D. Bell   2.00 hours at   530.00 per hour.    $1,060.00

12/02/09 Prepare for and participate in conference call
         with client and PWC regarding state tax audits
         and strategy regarding claim objections and
         negotiated resolutions
         Douglas M. Foley   1.20 hours at   550.00 per hour.    $660.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91218146                                   January 15, 2010

12/02/09  Research issues regarding 505 and other items
          and draft memorandum regarding same (1.3);
          prepare for and participate in conference call
          regarding PWC and tax issues and review orders
          and other items regarding same (1.1)
          Daniel F. Blanks    2.40 hours at  375.00 per hour.          $900.00

12/02/09  Research and draft memorandum discussing
          Section 505 issues
          Dana James Hall    2.70 hours at  225.00 per hour.           $607.50

12/03/09  Work on motion to approve employment tax
          settlement (1.8); respond to client
          representative question (.2)
          Craig D. Bell    2.00 hours at  530.00 per hour.           $1,060.00

12/03/09  Research and draft memorandum discussing
          Section 505 issues
          Dana James Hall    2.70 hours at  225.00 per hour.           $607.50

12/04/09  Meeting with IRS lawyer on settlement of
          employment tax audit
          Craig D. Bell    .50 hours at  530.00 per hour.             $265.00

12/04/09  Research and draft memorandum discussing
          Section 505 issues
          Dana James Hall    5.60 hours at  225.00 per hour.         $1,260.00

12/05/09  E-mails and analysis with client and co-counsel
          regarding status of various tax objections and
          strategy regarding same
          Douglas M. Foley    .40 hours at  550.00 per hour.          $220.00

12/08/09  Complete employment tax claim motion (3.1);
          revise motion documents (1.1); review IRS
          documents on employment tax claim (1.0)
          Craig D. Bell    5.20 hours at  530.00 per hour.          $2,756.00

12/08/09  Conference with tax department regarding tax
          issues and analysis
          Daniel F. Blanks    .50 hours at  375.00 per hour.          $187.50

12/09/09  Review and analyze issues relating to omnibus
          Objection 37 (tax claims) and various issues
          under Section 505 of the bankruptcy code,
          including issues relating to bankruptcy court
          jurisdiction on ad valorem personal property
          taxes
          Douglas M. Foley    1.60 hours at  550.00 per hour.         $880.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91218146

Page  22
January 15, 2010

12/09/09 Draft revisions and edits to motion on
         employment tax claim by IRS
         Craig D. Bell   1.90 hours at  530.00 per hour.          $1,007.00

12/09/09 Research and draft memorandum discussing
         Section 505
         Dana James Hall   4.30 hours at  225.00 per hour.          $967.50

12/10/09 Continue research issues regarding Section 505
         and other related issues
         Daniel F. Blanks    .90 hours at  375.00 per hour.          $337.50

12/10/09 Draft memorandum on Section 505
         Dana James Hall    .40 hours at  225.00 per hour.           $90.00

12/11/09 E-mails regarding strategy relating to Section
         505 determination of ad valorem personal
         property taxes and review case law regarding
         same
         Douglas M. Foley   1.40 hours at  550.00 per hour.          $770.00

12/11/09 Review counsel e-mails and state tax claim
         documents
         Craig D. Bell    .50 hours at  530.00 per hour.            $265.00

12/11/09 Draft memorandum discussing Section 505
         Dana James Hall   2.70 hours at  225.00 per hour.          $607.50

12/14/09 E-mails regarding status of various tax claims
         and potential settlements and e-mail with
         client regarding same (.6); review customs and
         border protection claims proposed stipulations
         relating to Safeco matter (.4)
         Douglas M. Foley   1.00 hours at  550.00 per hour.          $550.00

12/15/09 Review and analyze multiple tax claims,
         pleadings, notices, charts, and other material
         and e-mails and telephone conferences with
         counsel regarding resolution of same and
         e-mails with debtors' professionals and tax
         department regarding same (1.9); e-mails and
         telephone conference with counsel for Newport
         News regarding resolution of claim and
         pleadings (.7)
         Daniel F. Blanks   2.60 hours at  375.00 per hour.          $975.00

12/16/09 Continue resolution of tax claims and other
         issues and research issues regarding same and
         multiple telephone conferences and e-mails with
         parties regarding same
         Daniel F. Blanks   1.80 hours at  375.00 per hour.          $675.00

Circuit City Stores Inc
File Number: 2055557                                    Page   23
Invoice No. 91218146                                   January 15, 2010

12/18/09  Telephone conference with R. McIntosh relating
          to custom and border protection claims and
          resolution of confirmation objection regarding
          same (.3); analyze issues relating to omnibus
          claim Objection 37 relating to various tax
          claims pertaining to ad valorem personal
          property evaluations (.4)
          Douglas M. Foley   .70 hours at  550.00 per hour.          $385.00

12/18/09  Analysis of Henrico County business personal
          property tax dispute
          Craig D. Bell    .70 hours at  530.00 per hour.            $371.00

12/18/09  Prepare for and participate in telephone
          conference with R. South and others at Henrico
          regarding resolution of Henrico's claims and
          related issues and telephone conference with C.
          Bell regarding tax strategies and analyze
          issues regarding same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.         $637.50

12/21/09  E-mails with tax department regarding tax
          issues strategies and resolution of certain tax
          claims
          Daniel F. Blanks   1.40 hours at  375.00 per hour.         $525.00

12/28/09  E-mails with in-house tax department and
          counsel for taxing authorities regarding
          resolution of tax claims and related issues
          Daniel F. Blanks    .80 hours at  375.00 per hour.         $300.00

| Timekeeper        | Rate/HR  | Hours | Fees        |
|-------------------|----------|-------|-------------|
| Douglas M. Foley  | $550.00  | 6.3   | $3,465.00   |
| Craig D. Bell     | $530.00  | 12.8  | $6,784.00   |
| Daniel F. Blanks  | $375.00  | 12.1  | $4,537.50   |
| Dana James Hall   | $225.00  | 18.4  | $4,140.00   |
|        TOTAL FEES |          | 49.6  | $18,926.50  |

Re: Claims Administration
    Our File No.          2055557-0250
    Circuit City Contact  Michelle Mosier
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page   24
Invoice No. 91218146                                   January 15, 2010

12/01/09 E-mails regarding status of stipulations
         relating to resolution of various claims and
         review omnibus response chart regarding same
         and e-mails with debtors' professionals
         regarding same (1.6); e-mails with creditors'
         counsel regarding status of omnibus claim
         objection responses for December 7th hearing
         date and adjournment of same to January 14th
         hearing date (.4)
         Douglas M. Foley   2.00 hours at  550.00 per hour.     $1,100.00

12/01/09 Multiple calls and e-mails with counsel
         regarding continuance of various matters and
         resolution of various claim objections (1.9);
         review findings of fact regarding setoff and
         e-mails regarding same (.3); review and revise
         agenda and multiple e-mails regarding status of
         matters (.3); review and revise list of filed
         stipulations and e-mails regarding same (.4);
         analyze and revise adjourned claims summary
         chart (.8); analyze issues and e-mails
         regarding SDI stipulation (.3)
         Sarah B. Boehm   4.00 hours at  450.00 per hour.       $1,800.00

12/01/09 Multiple telephone conferences and e-mails with
         claimants and debtors' professionals regarding
         omnibus objections to claims and review and
         analyze claims, pleadings, notices, and other
         items regarding same and research issues
         regarding same and resolve items regarding same
         Daniel F. Blanks   6.30 hours at  375.00 per hour.     $2,362.50

12/01/09 Review and analyze responses to omnibus
         objections to claims (1.4); correspond with
         creditors' counsel regarding resolution of
         objections (1.6); correspond with debtors'
         professionals regarding same (.8); update chart
         of omnibus objections with resolutions reached
         (.6)
         Bryan A. Stark   4.40 hours at  295.00 per hour.       $1,298.00

12/01/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson   2.10 hours at  185.00 per hour.       $388.50

12/01/09 Analyze e-mail responses and work on omnibus
         objection chart
         Karen B. Cain   3.60 hours at  195.00 per hour.          $702.00

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91218146                                    January 15, 2010

12/02/09  Prepare for and participate in telephone
          conference with client and claimants for 20th
          Century Fox and evaluated potential resolution
          and stipulation regarding same (.9); telephone
          conference and e-mails with creditors,
          including goods vendors and 503(b)(9) claimants
          regarding status of resolution of claims,
          including reclamation components and possible
          litigation and discovery regarding same (.9);
          e-mails with debtors' professionals and client
          regarding reconciliation of unresolved claim
          objection responses (.4)
          Douglas M. Foley   2.20 hours at  550.00 per hour.      $1,210.00

12/02/09  Analyze and revise adjourned claims summary
          chart, agenda list of adjourned claims and FTI
          adjourned claims tracking chart, draft summary
          regarding same, analyze pleadings regarding
          same and e-mails regarding same (4.7); revise
          agenda regarding various claim status matters
          and e-mails regarding same (.4); multiple calls
          and e-mails with counsel regarding resolutions
          of various claim matters (1.3)
          Sarah B. Boehm   6.40 hours at  450.00 per hour.        $2,880.00

12/02/09  Continue attention to claims and omnibus
          objections to claims and review and analyze
          claims, pleadings, notices, orders and other
          items regarding same and research issues
          regarding same
          Daniel F. Blanks   3.70 hours at  375.00 per hour.      $1,387.50

12/02/09  Review and analyze omnibus objections and
          responses thereto (1.2); correspond with
          creditors' counsel regarding resolution of
          objections (1.2); correspond with debtors'
          professionals regarding same (.5)
          Bryan A. Stark   2.90 hours at  295.00 per hour.          $855.50

12/02/09  Review Weidler class settlement duplicative
          claims and e-mails with debtors' professionals
          regarding same
          Erin Q. Ashcroft   1.10 hours at  300.00 per hour.        $330.00

12/02/09  Analyze e-mail for response issues (1.7); work
          on chart of objection responses (1.7); work on
          agenda exhibit (2.3)
          Karen B. Cain   5.70 hours at  195.00 per hour.         $1,111.50

Circuit City Stores Inc
File Number: 2055557                              Page  26
Invoice No. 91218146                             January 15, 2010

12/03/09  Numerous e-mails and telephone conferences with
          creditors and credtors' counsel and debtors'
          professionals regarding stipulations and
          resolutions of various claims, including
          Samsung, SDI and other duplicative claims
          Douglas M. Foley   1.40 hours at  550.00 per hour.        $770.00

12/03/09  Revise, finalize and file agenda and exhibit
          regarding adjourned claims and multiple calls
          and e-mails regarding same (1.6); finalize and
          file Monster stipulation and notice and e-mails
          regarding same (.5); telephone conference with
          counsel regarding resolution of multiple
          omnibus objections and analyze documents
          regarding same (.4); continue to analyze and
          revise adjourned claims summary chart and
          e-mails regarding same and related matters
          (.8); e-mails regarding service of supplemental
          orders (.2); e-mails regarding adjourned claim
          chart for upcoming omnibus hearing (.2); review
          stipulation regarding SDI and e-mails regarding
          same (.4)
          Sarah B. Boehm   4.10 hours at  450.00 per hour.        $1,845.00

12/03/09  Continue attention to claims and omnibus
          objections to claims and related issues and
          review and analyze claims, pleadings, orders,
          notices and other items regarding same and
          analyze issues regarding same
          Daniel F. Blanks   3.90 hours at  375.00 per hour.      $1,462.50

12/03/09  Review and analyze omnibus objections and
          responses thereto (.8); correspond with
          creditors' counsel regarding resolution of
          objections (1.4); correspond with debtors'
          professionals regarding same (1.0)
          Bryan A. Stark   3.20 hours at  295.00 per hour.          $944.00

12/03/09  Prepare revisions to status of omnibus
          objection response chart (2.2); work on agenda
          exhibit of omnibus objection responses (1.1)
          Karen B. Cain   3.30 hours at  195.00 per hour.           $643.50

12/04/09  E-mails regarding 20th Century Fox Home
          Entertainment claim and resolution of same in
          preparation of stipulation (.3); e-mails
          regarding resolution of Samsung duplicative
          claim issues (.2); e-mails regarding strategy
          relating to additional new omnibus objections
          and status of resolution of various claims (.5)
          Douglas M. Foley   1.00 hours at  550.00 per hour.        $550.00

Circuit City Stores Inc
File Number: 2055557                              Page  27
Invoice No. 91218146                             January 15, 2010

12/04/09 Review exhibits and pleadings, draft, revise,
         finalize and submit orders on multiple omnibus
         claim objections and multiple e-mails regarding
         same (2.6); multiple calls and e-mails
         regarding transfer of Abilene claim (.3);
         multiple calls and e-mails with counsel
         regarding resolution of various omnibus
         objections (1.3); e-mails regarding claim
         objection summary chart for omnibus hearing
         (.3); review withdrawal of claims filed by
         Toshiba and e-mails regarding same (.3);
         analyze and revise adjourned claim chart and
         review documents regarding same (1.6); draft
         and revise claim stipulations and analyze
         documents and claims regarding same (.9)
         Sarah B. Boehm   7.30 hours at  450.00 per hour.        $3,285.00

12/04/09 Continue attention to claims and omnibus
         objections to claims and related issues and
         multiple telephone conferences and e-mails with
         debtors' professionals regarding same and
         research and analyze issues regarding same
         Daniel F. Blanks   3.10 hours at  375.00 per hour.      $1,162.50

12/04/09 Review documentation and draft stipulation with
         Fox (3.2); correspond with creditors' counsel
         regarding resolution of objections (.6);
         correspond with debtors' professionals
         regarding same (1.4)
         Bryan A. Stark   5.20 hours at  295.00 per hour.        $1,534.00

12/04/09 Retrieve and organize EDC documents for hearing
         Linda J. Neilson   1.40 hours at  185.00 per hour.       $259.00

12/04/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson   2.60 hours at  185.00 per hour.       $481.00

12/05/09 Review discovery responses from EDC and
         evaluate same and e-mail memorandum to opposing
         counsel regarding open discovery issues for
         hearing on December 7th docket
         Douglas M. Foley   1.80 hours at  550.00 per hour.       $990.00

12/06/09 Analyze issues and multiple e-mails regarding
         EDC
         Sarah B. Boehm    .30 hours at  450.00 per hour.         $135.00

Circuit City Stores Inc
File Number: 2055557                          Page  28
Invoice No. 91218146                          January 15, 2010

12/07/09 Review status of claim objection responses and
         prepare strategy for resolution of same and
         meeting with client and debtors' professionals
         regarding same
         Douglas M. Foley   3.20 hours at  550.00 per hour.      $1,760.00

12/07/09 Prepare for and participate in claims meeting
         with professionals regarding strategy for
         claims resolution and update on new omnibus
         objections (2.3); conference regarding omnibus
         hearing preparation and status of various
         matters (1.2); review and revise omnibus claim
         objection orders and e-mails regarding same
         (.6); multiple calls and e-mails with counsel
         regarding various omnibus objection matters and
         resolutions (1.8); analyze and revise claim
         summary chart for omnibus hearing and multiple
         e-mails regarding same (.6); revise adjourned
         claim chart and review documents regarding same
         (.7); draft affidavit regarding 503(b)(9) bar
         date information and e-mails regarding same
         (.4); analyze Toshiba claims and e-mails
         regarding same (.4)
         Sarah B. Boehm   8.00 hours at  450.00 per hour.        $3,600.00

12/07/09 Continue resolution of claims and analyze
         claims, pleadings and other items regarding
         same and conferences with debtors'
         professionals regarding same and review and
         analyze claims, pleadings, notices, orders and
         other items regarding same
         Daniel F. Blanks   4.50 hours at  375.00 per hour.      $1,687.50

12/07/09 Meet with debtors' professionals regarding
         resolution of claims (1.2); prepare for same
         (.5); review and analyze omnibus objections and
         responses thereto (1.0); correspond with
         creditors' counsel regarding resolution of
         objections (.8); draft stipulation resolving
         omnibus objection o claim (2.6)
         Bryan A. Stark   6.10 hours at  295.00 per hour.        $1,799.50

12/07/09 E-mail with debtor's professionals regarding
         review of claims in Weidler class action
         settlement
         Erin Q. Ashcroft    .20 hours at  300.00 per hour.         $60.00

12/07/09 Research and analyze responses to multiple
         omnibus objections (2.9); work on response
         chart (3.2)
         Karen B. Cain   6.10 hours at  195.00 per hour.         $1,189.50

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91218146                                    January 15, 2010

12/07/09  Review export development Canada's discovery
          responses (.8) review claim objection chart
          (.5)
          Dana James Hall   1.30 hours at  225.00 per hour.        $292.50

12/08/09  Prepare for and attend meeting and participate
          in phone calls with client regarding status of
          unresolved claim objections and status of new
          claim objections and strategy going forward
          (2.8); review and revise proposed stipulations
          relating to various claims, including SDI
          Technologies and other 503(b)(9) claims (.9)
          Douglas M. Foley   3.70 hours at  550.00 per hour.     $2,035.00

12/08/09  Prepare for and participate in onsite claims
          meeting regarding various claim matters (5.7);
          e-mail to and from J. Liberi regarding
          objection to claims for no liability domestic
          debtor (.2); e-mails regarding withdrawal of
          objection to New York tax claims in Omni 53 and
          status of entry of order (.3); e-mails
          regarding SDI stipulation (.2)
          Sarah B. Boehm   6.40 hours at  450.00 per hour.       $2,880.00

12/08/09  Prepare for and participate in meetings with
          client and debtors' professionals regarding
          claims, receivables, litigation, strategy and
          others items regarding same and research and
          analyze issues regarding same
          Daniel F. Blanks   5.50 hours at  375.00 per hour.     $2,062.50

12/08/09  Review and analyze omnibus objections and
          responses thereto (.8); correspond with
          creditors' counsel regarding resolution of
          objections (.7); draft stipulations and orders
          resolving omnibus objection to claim (4.4);
          e-mail same for review (.2); correspond with
          debtors' professionals regarding stipulations
          and omnibus objections (.8)
          Bryan A. Stark   6.90 hours at  295.00 per hour.       $2,035.50

12/08/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.10 hours at  185.00 per hour.       $203.50

12/09/09  Review and revise drafts of various
          stipulations regarding resolution of claim
          objection responses (.9); review and analyze
          issues regarding late claim motions and late
          claim objections (.8); review spread sheets and
          charts relating to new objections, including
          amending claims (.7)
          Douglas M. Foley   2.40 hours at  550.00 per hour.        $1,320.00

12/09/09  Draft and revise documents regarding EDC and
          multiple calls and e-mails regarding same (.8);
          e-mails regarding late claims (.3); analyze
          documents and claims and draft and revise
          omnibus objection regarding duplicative Weidler
          claims and multiple e-mails regarding same
          (2.2); analyze and revise adjourn claim summary
          chart and conference regarding strategy for
          resolving multiple objections (.9); analyze
          pleadings and claims and e-mail regarding
          supplemental order for Omni 19 (.8); e-mails
          regarding claim review for equity non-fraud
          claims (.3); e-mails regarding responses to
          Omni 30 and status of various matters (.3);
          multiple calls with counsel regarding various
          omnibus objection resolutions (.6)
          Sarah B. Boehm   6.20 hours at  450.00 per hour.        $2,790.00

12/09/09  Multiple telephone conferences and e-mails with
          claimants and others regarding claims and other
          issues and research issues regarding same and
          draft and revise documents regarding same and
          continue resolution of claims and other issues
          Daniel F. Blanks   5.50 hours at  375.00 per hour.        $2,062.50

12/09/09  Review and analyze omnibus objections and
          responses thereto (.7); correspond with
          creditors' counsel regarding resolution of
          objections (1.1); correspond with debtors'
          professionals regarding resolution of
          objections (1.8); draft supplemental orders on
          omnibus objections (1.6); update omnibus
          objection chart and e-mail for review and
          incorporation (.9)
          Bryan A. Stark   6.10 hours at  295.00 per hour.        $1,799.50

Circuit City Stores Inc
File Number: 2055557                                  Page  31
Invoice No. 91218146                                 January 15, 2010

12/09/09  Analyze class action claimants and confirm
          proofs of claim (1.1); status report on class
          action members to professionals (.4); review
          responses to omnibus objections (1.7); work on
          omnibus objection response chart revisions
          (3.2)
          Karen B. Cain   6.40 hours at  195.00 per hour.        $1,248.00

12/10/09  Several e-mails regarding new claim objections
          to be filed and review excel spreadsheets
          regarding same (.4); review and finalized
          drafts of proposed stipulation regarding 20th
          Century Fox Home Entertainment claims and
          e-mails with client regarding same (.4);
          e-mails with client regarding timing of next
          regularly scheduled meeting to resolve claim
          objection responses and discuss new claim
          objection strategies (.4); begin review and
          response to discovery relating to EDC late
          claim motion (.5)
          Douglas M. Foley   1.70 hours at  550.00 per hour.      $935.00

12/10/09  Revise, finalize and file two omnibus
          objections regarding no liability and Weidler
          settlement class, analyze claims and documents
          and multiple calls and e-mails regrading same
          (2.2); research, analyze issues and claims
          regarding equity objection and multiple calls
          and e-mails regarding same (2.2); analyze
          issues and e-mails regarding Omni 30
          adjournments (.3); review claims and pleadings
          and draft supplemental order regarding Omni 19
          and e-mails regarding same (.6); submit
          supplemental order regarding Omni 8 and e-mails
          regarding same (.2); multiple calls and e-mails
          with counsel regarding various omnibus
          objections matters and resolutions (.9)
          Sarah B. Boehm   6.40 hours at  450.00 per hour.       $2,880.00

12/10/09  Continue attention to claims and objections and
          review and analyze claims, pleadings, notices
          and other items regarding same and research
          multiple issues regarding same and multiple
          telephone conferences and e-mails with client,
          debtors' professionals and claimants regarding
          same
          Daniel F. Blanks   4.90 hours at  375.00 per hour.     $1,837.50

Circuit City Stores Inc
File Number: 2055557                                       Page  32
Invoice No. 91218146                                      January 15, 2010

12/10/09  Review and analyze omnibus objections and
          responses thereto (.5); correspond with
          creditors' counsel regarding resolution of
          objections (.4); correspond with debtors'
          professionals regarding resolution of
          objections (.8); research issues relating to
          omnibus objections (1.2); correspond with
          debtors and update settlement agreements (.8);
          draft notice of omnibus objection (.3); review,
          prepare and file omnibus objection to claim and
          arrange for service (.8)
          Bryan A. Stark   4.80 hours at  295.00 per hour.          $1,416.00

12/10/09  Review responses to omnibus objections (2.7);
          work on tracking chart of responses (1.5)
          Karen B. Cain   4.20 hours at  195.00 per hour.             $819.00

12/10/09  Review and revise response to export
          development Canada motion to file late claim
          Dana James Hall   .50 hours at  225.00 per hour.           $112.50

12/11/09  Review and finalize stipulations relating to
          omnibus claim objection settlements, including
          20th Century Fox, South Peak and other
          procedural objections
          Douglas M. Foley   1.60 hours at  550.00 per hour.         $880.00

12/11/09  Analyze claims, draft, revise, finalize and
          file Omni 64 regarding pension no liability
          claims and notice regarding same and multiple
          calls and e-mails regarding same (1.9); analyze
          issues and research regarding equity claim
          objections (.8); revise supplemental order and
          e-mails regarding claim objection resolutions
          (.3); multiple calls and e-mails regarding
          claim objection matters (.7)
          Sarah B. Boehm   3.70 hours at  450.00 per hour.         $1,665.00

12/11/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and research issues regarding same and
          review claims, pleadings, and other materials
          regarding same
          Daniel F. Blanks   4.10 hours at  375.00 per hour.       $1,537.50

Circuit City Stores Inc
File Number: 2055557                           Page  33
Invoice No. 91218146                           January 15, 2010

12/11/09  Review, research and update settlement
          agreements (2.1); correspond with debtors'
          professionals regarding same (.5); research
          issues regarding omnibus objections (1.5);
          correspond with debtors' professionals
          regarding resolution of objections (.7)
          Bryan A. Stark   4.80 hours at  295.00 per hour.        $1,416.00

12/11/09  E-mail to and from professionals regarding
          claims status (.4); review court response
          filings (.7); work on omnibus claim chart (1.8)
          Karen B. Cain   2.90 hours at  195.00 per hour.          $565.50

12/14/09  E-mails with client regarding status of various
          late claim matters and status of revised
          stipulations regarding pending settled claims
          Douglas M. Foley   .40 hours at  550.00 per hour.        $220.00

12/14/09  Analyze issues and e-mails regarding adjourned
          claim chart and response summaries (.3);
          analyze issues and e-mails regarding SDI
          stipulation (.4); analyze Toshiba claims and
          e-mails regarding same (.4); analyze pleadings
          and exhibits regarding Omni 50 and e-mails
          regarding same (.4); multiple calls and e-mails
          regarding various claim objections and
          resolutions (1.7) ; multiple calls and e-mails
          regarding Omni 19 supplemental order and review
          claims and responses regarding same (.7);
          draft, revise, finalize and submit multiple
          claim objection orders and multiple calls and
          e-mails regarding same (.9)
          Sarah B. Boehm   4.80 hours at  450.00 per hour.       $2,160.00

12/14/09  Multiple telephone conferences and e-mails with
          parties regarding claims and pending issues and
          review and analyze claims, pleadings, notices,
          orders, and other items regarding same and
          research multiple issues regarding same
          Daniel F. Blanks   5.30 hours at  375.00 per hour.     $1,987.50

Circuit City Stores Inc
File Number: 2055557                                          Page  34
Invoice No. 91218146                                         January 15, 2010

12/14/09  Review and analyze exhibits to supplemental
          orders to omnibus objections (.6); submit
          orders (.2); correspond with debtors and
          debtors' professionals regarding stipulations
          and orders on omnibus objections (1.7); review
          e-mail and documentation regarding claims
          (1.8); correspond with creditors regarding
          resolution of omnibus objections to claims
          (.7); review and update draft orders and
          stipulations and circulate for review (.9)
          Bryan A. Stark   5.90 hours at  295.00 per hour.       $1,740.50

12/14/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson    .90 hours at  185.00 per hour.      $166.50

12/14/09  Review professionals' e-mail and update status
          of multiple omnibus objections in tracking
          chart (1.9); research electronic database of
          claims and status (.8); work on response and
          objection charts (2.6)
          Karen B. Cain   5.30 hours at  195.00 per hour.        $1,033.50

12/15/09  Review and analyze issues regarding certain
          personnel and severance claims (.6); e-mails
          and telephone conferences with opposing counsel
          regarding Navarre and Symantec claims and
          potential resolution of same and e-mails with
          client and co-counsel regarding same (1.2);
          telephone conference and e-mails with counsel
          for Sony regarding adjournment of motion on
          set-off claims (.2)
          Douglas M. Foley   2.00 hours at  550.00 per hour.     $1,100.00

12/15/09  Analyze multiple exhibits and revise and submit
          orders on various claim objections and multiple
          calls and e-mails regarding same (.8); multiple
          calls and e-mails regarding various claim
          objection matters (.8)
          Sarah B. Boehm   1.60 hours at  450.00 per hour.        $720.00

Circuit City Stores Inc
File Number: 2055557                                      Page  35
Invoice No. 91218146                                     January 15, 2010

12/15/09 Multiple e-mails and telephone conference with
         opposing counsel regarding omnimount claims and
         receivables and related issues and review
         charts, materials, and other documentation
         regarding same (1.3); continue resolution of
         claims and multiple telephone conferences and
         e-mails with parties regarding same and review
         and analyze claims, pleadings, documents and
         other material regarding same and research
         issues regarding same (2.8)
         Daniel F. Blanks    4.10 hours at  375.00 per hour.      $1,537.50

12/15/09 Analyze responses to omnibus objections (.9);
         work on tracking chart of responses (1.7)
         Karen B. Cain    2.60 hours at  195.00 per hour.          $507.00

12/16/09 Review and analyze omni claim objection
         response chart and prepare for and participate
         in telephone conference with client and
         debtors' professionals regarding same for
         purposes of evaluating claims waterfall and
         cash available on effective date
         Douglas M. Foley    2.10 hours at  550.00 per hour.     $1,155.00

12/16/09 Analyze omnibus objections regarding procedural
         and substantive and telephone conference
         regarding claims waterfall and projections
         (1.3); analyze issues regarding equity
         objections (.3); finalize and submit claim
         objection orders and analyze documents
         regarding same (.4); analyze and revise SDI
         stipulation and multiple calls and e-mails
         regarding same (.5); analyze responses to claim
         objections and revise exhibit to agenda
         regarding status hearing and multiple e-mails
         regarding same (.8); multiple calls and e-mails
         regarding claim objections and resolutions and
         analyze claims and pleadings regarding same
         (1.5)
         Sarah B. Boehm    4.80 hours at  450.00 per hour.       $2,160.00

12/16/09 Continue resolution of claims and multiple
         telephone conferences and e-mails with
         claimants regarding same and review and analyze
         claims, pleadings, orders, charts, and other
         material regarding same and draft stipulations
         regarding same(2.9); prepare for and
         participate in telephone conference with
         debtors' professionals regarding resolution of
         adjourned claims (1.6)
         Daniel F. Blanks    4.50 hours at  375.00 per hour.     $1,687.50

Circuit City Stores Inc
File Number: 2055557                                  Page  36
Invoice No. 91218146                                 January 15, 2010

12/16/09  Research issues regarding omnibus objections to
          claims (1.8); prepare for and participate in
          conference call regarding adjourned objections
          to claims (1.6); correspond with debtors'
          professionals regarding stipulations to be
          filed (.4); research regarding same (.6)
          Bryan A. Stark   4.40 hours at  295.00 per hour.        $1,298.00

12/16/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.40 hours at  185.00 per hour.       $259.00

12/16/09  E-mail from and to professionals regarding
          claims negotiations (.8); work on agenda
          exhibit for omnibus objection hearing items
          (2.9)
          Karen B. Cain   3.70 hours at  195.00 per hour.          $721.50

12/17/09  Analyze issues regarding 502(d) objection and
          discovery served by LG and telephone conference
          with LG's counsel regarding same (.9);
          telephone conference and e-mails with counsel
          for PHH regarding amendments to proof of claim
          to reflect sale of turned over property,
          including forklifts and batteries (.4);
          continue to analyze issues regarding EDC late
          claim discovery and e-mails with opposing
          counsel regarding same (.6); review and analyze
          briefs relating to reclamation and receipt of
          goods issues on for hearing for January 14th
          and analyze issues regarding same (2.8);
          e-mails regarding settlement relating to
          Symantec and Navarre proof of claim and Navarre
          claims relating to assignment (.4)
          Douglas M. Foley   5.10 hours at  550.00 per hour.      $2,805.00

12/17/09  Analyze Panasonic reply and e-mails regarding
          filing same (.4); e-mails regarding entered
          claim objection orders and service of same
          (.2); analyze and revise SDI stipulation and
          multiple calls and e-mails regarding same (.7);
          analyze issues regarding adjourned claims chart
          and related orders and multiple calls and
          e-mails regarding same (1.3); continue claim
          objection resolutions and multiple calls and
          e-mails regarding same and analyze claims and
          pleadings regarding same (1.9)
          Sarah B. Boehm   4.50 hours at  450.00 per hour.        $2,025.00

Circuit City Stores Inc
File Number: 2055557                                  Page  37
Invoice No. 91218146                                 January 15, 2010


12/17/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review and analyze
          claims, pleadings, orders, charts, and other
          material regarding same and draft stipulations
          regarding same and analyze issues regarding
          same (3.3); review, analyze, and file Panasonic
          reply and e-mails regarding same (.7)
          Daniel F. Blanks   4.00 hours at  375.00 per hour.        $1,500.00

12/17/09  Correspond with debtors' professionals
          regarding claims administration (1.2); draft
          stipulation resolving claims and objections
          (3.2)
          Bryan A. Stark   4.40 hours at  295.00 per hour.          $1,298.00

12/17/09  Analyze omnibus objection orders for claim
          status (1.7); work on exhibit to agenda (1.2);
          review additional responses to objections
          (1.1); work on response chart (2.6)
          Karen B. Cain   6.60 hours at  195.00 per hour.           $1,287.00

12/18/09  Review and revise brief relating to reclamation
          claims and e-mails with debtors' professionals
          regarding same (.8); review and revise SDI
          stipulation and proposed Symantac/Navarre
          stipulation and e-mails with debtors'
          professionals regarding same (.7); review
          proposed settlement offer from Schimenti
          Construction regarding Section 541 argument and
          Section 503(b)(9) argument relating to alleged
          claims and e-mails with client regarding same
          (1.1); review issues relating to EDC discovery
          on late claim motion and numerous e-mails with
          opposing counsel regarding same (1.6); review
          notice of appeal by Korea Export Insurance
          Company and telephone conference and e-mail
          memorandum to counsel regarding withdrawal of
          same (.9)
          Douglas M. Foley   5.10 hours at  550.00 per hour.        $2,805.00

12/18/09  Review, finalize and file motion for summary
          judgment regarding reclamation, draft, finalize
          and file notice and multiple calls and e-mails
          regarding same (2.2); revise and circulate SDI
          stipulation and multiple e-mails regarding same
          (.5); review claim objection orders and e-mails
          regarding service of same (.3); analyze
          responses to omnibus objections set for status
          and prepare for omnibus hearing (1.1);
          telephone conference with B. Gray regarding

Circuit City Stores Inc
File Number: 2055557                                      Page  38
Invoice No. 91218146                                      January 15, 2010

                    various claim objection matters (.2); multiple
                    calls and e-mails regarding EDC matters (.6);
                    multiple calls and e-mails regarding various
                    claim matter (.5)
                    Sarah B. Boehm   5.40 hours at  450.00 per hour.         $2,430.00

12/18/09 Multiple telephone conferences and e-mails with
                    claimants and others regarding claims
                    resolution and related issues and review and
                    analyze claims, pleadings and other material
                    regarding same
                    Daniel F. Blanks   3.50 hours at  375.00 per hour.       $1,312.50

12/18/09 Revise omnibus objections binders with new
                    responses
                    Linda J. Neilson    .60 hours at  185.00 per hour.         $111.00

12/18/09 Analyze supplemental orders for multiple
                    omnibus objections (1.4); review responses to
                    objections (.9); research sixtieth omnibus
                    objection and responses (.7); work on response
                    tracking chart (1.1)
                    Karen B. Cain   4.10 hours at  195.00 per hour.           $799.50

12/21/09 Prepare for and participate in meeting with
                    client and debtors' professionals regarding
                    status of various claim matters as well as the
                    collection of accounts receivables
                    Douglas M. Foley   2.80 hours at  550.00 per hour.       $1,540.00

12/21/09 Prepare for and participate in omnibus hearing
                    (2.9); prepare for and participate in claims
                    case management meeting (3.1); e-mails
                    regarding claim objection orders (.4); draft
                    and revise EDC protective order and e-mails
                    regarding same (.8)
                    Sarah B. Boehm   7.20 hours at  450.00 per hour.         $3,240.00

12/21/09 Prepare for and participate in meeting with
                    debtors' professionals regarding claims,
                    strategies, resolution and other related issues
                    (1.5); multiple telephone conferences with
                    claimants, creditors, and other parties
                    regarding claims and review and analyze claims,
                    pleadings, and other material regarding same
                    (3.5)
                    Daniel F. Blanks   5.00 hours at  375.00 per hour.       $1,875.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91218146                                   January 15, 2010


12/21/09  Prepare for and attend claims meeting (1.6);
          review and file notice of settlement (.5);
          correspond with debtors' professionals and
          creditor counsel regarding edits to stipulation
          (.4); review and finalize exhibits to omnibus
          objection order (.4); finalize stipulation and
          forward to creditor counsel for review (.5)
          Bryan A. Stark   3.40 hours at  295.00 per hour.         $1,003.00

12/21/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.10 hours at  185.00 per hour.         $203.50

12/21/09  Analyze responses and court orders on omnibus
          objections (1.7); work on chart of responses
          (1.2)
          Karen B. Cain   2.90 hours at  195.00 per hour.            $565.50

12/22/09  Review drafts of claim settlement stipulations
          (.9); e-mails regarding Madcow and reclamation
          claims (.3)
          Douglas M. Foley   1.20 hours at  550.00 per hour.         $660.00

12/22/09  Analyze EDC discovery and draft and revise
          objections to same (3.2); revise EDC protective
          order and e-mails with counsel regarding same
          (.3); revise Korea Export stipulation regarding
          withdrawing appeal and e-mails regarding same
          (.3); e-mails regarding supplemental orders and
          updates to claims registry (.4); e-mails
          regarding EDC request for continuance (.4);
          multiple calls and e-mails with counsel
          regarding various claim matters (.6)
          Sarah B. Boehm   5.20 hours at  450.00 per hour.         $2,340.00

12/22/09  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, orders, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   4.60 hours at  375.00 per hour.       $1,725.00

12/22/09  Correspond with debtors' professionals
          regarding claims settlements (.6); finalize
          supplemental order and forward to creditor
          counsel for review (.5); finalize stipulation
          and draft notice thereof (1.6)
          Bryan A. Stark   2.70 hours at  295.00 per hour.           $796.50

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91218146                                    January 15, 2010

12/22/09  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.60 hours at  185.00 per hour.        $296.00

12/22/09  Research bankruptcy court docket for order
          status (1.7); work on hearing items list for
          January omnibus hearings (1.6)
          Karen B. Cain   3.30 hours at  195.00 per hour.           $643.50

12/23/09  Review notice of settlement of 20th Century Fox
          claims and e-mails with debtors' professionals
          regarding same (.4); e-mails with committees'
          counsel and debtors' professionals regarding
          status of various settlements and updates
          regarding same (.4)
          Douglas M. Foley   .80 hours at  550.00 per hour.         $440.00

12/23/09  Finalize and e-mail EDC objections to discovery
          (.4); multiple e-mails and analyze issues
          regarding EDC (.4)
          Sarah B. Boehm   .80 hours at  450.00 per hour.           $360.00

12/23/09  Continue attention to claims and multiple
          e-mails and telephone conferences with parties
          and claimants regarding same and review and
          analyze claims, pleadings, and other material
          regarding same and research issues regarding
          same
          Daniel F. Blanks   1.70 hours at  375.00 per hour.        $637.50

12/23/09  Correspond with debtors' professionals
          regarding stipulation and settlements (.6);
          finalize and file stipulation with court (.6)
          Bryan A. Stark   1.20 hours at  295.00 per hour.          $354.00

12/23/09  Research nineteenth and fifty-third omnibus
          orders for claims treatment (.9); review
          electronic databases for additional claims
          under objection (.7); work on response chart
          for status and comments (1.6)
          Karen B. Cain   3.20 hours at  195.00 per hour.           $624.00

12/24/09  E-mails with claimants regarding claims and
          other related issues and review material
          regarding same
          Daniel F. Blanks   .50 hours at  375.00 per hour.         $187.50

Circuit City Stores Inc
File Number: 2055557                                    Page  41
Invoice No. 91218146                               January 15, 2010

12/28/09 E-mails with D. Cohen regarding SDI claim
         objections matters (.2); e-mails with G. Young
         regarding Toshiba claims withdrawal and
         resolutions (.2)
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

12/28/09 Continue resolution of claims and multiple
         e-mails and telephone conferences with parties
         regarding same and review and analyze claims,
         pleadings, and other material regarding same
         and research issues regarding same (2.9);
         e-mails with KCC and counsel for Source
         Interlink regarding release of claim
         information (.4)
         Daniel F. Blanks   3.30 hours at  375.00 per hour.    $1,237.50

12/28/09 Review, retrieve and organize responses to
         omnibus objections
         Linda J. Neilson   1.60 hours at  185.00 per hour.       $296.00

12/29/09 Telephone call to clerk's office and e-mails
         with counsel regarding order withdrawing appeal
         and protective order
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

12/29/09 Continue resolution of claims and e-mails with
         parties regarding same and review and analyze
         claims, pleadings, notices, and orders
         regarding same
         Daniel F. Blanks   1.80 hours at  375.00 per hour.       $675.00

12/30/09 Review Symantec/Navarre claims stipulation and
         analyze issues regarding same relating to
         consignment vendors
         Douglas M. Foley   .90 hours at  550.00 per hour.        $495.00

12/30/09 Analyze issues regarding unresolved claims and
         related matters (.4); e-mails with counsel
         regarding order withdrawing appeal (.1);
         e-mails regarding service of various orders
         (.1)
         Sarah B. Boehm    .60 hours at  450.00 per hour.          $270.00

12/30/09 E-mails and telephone conferences with
         claimants and parties regarding claims and
         related issues and review and analyze claims,
         pleadings, and other material regarding same
         Daniel F. Blanks   1.70 hours at  375.00 per hour.       $637.50

12/30/09 Review and update stipulation and settlement
         Bryan A. Stark    .50 hours at  295.00 per hour.          $147.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91218146

Page  42
January 15, 2010

12/31/09 Review and revise several claims stipulations
         regarding resolving pending claims, including
         Symantec and Navarre and review case law
         regarding consignment issues regarding
         consignment vendors
         Douglas M. Foley    .50 hours at  550.00 per hour.        $275.00

12/31/09 Analyze and revise claim stipulation and
         e-mails regarding same (.3); analyze issues
         regarding EDC claim litigation and e-mails
         regarding same (.2)
         Sarah B. Boehm    .50 hours at  450.00 per hour.          $225.00

12/31/09 Continue resolution of claims and multiple
         e-mails and telephone conferences with parties
         regarding same and draft, revise, and file
         stipulations regarding same
         Daniel F. Blanks   1.60 hours at  375.00 per hour.        $600.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $550.00 | 41.9 | $23,045.00 |
| Sarah B. Boehm | $450.00 | 89.0 | $40,050.00 |
| Daniel F. Blanks | $375.00 | 83.1 | $31,162.50 |
| Erin Q. Ashcroft | $300.00 | 1.3 | $390.00 |
| Bryan A. Stark | $295.00 | 66.9 | $19,735.50 |
| Dana James Hall | $225.00 | 1.8 | $405.00 |
| Karen B. Cain | $195.00 | 63.9 | $12,460.50 |
| Linda J. Neilson | $185.00 | 14.4 | $2,664.00 |
| TOTAL FEES | | 362.3 | $129,912.50 |

Re: Disclosure Statement and Plan
    Our File No.              2055557-0270
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

12/07/09 Conference regarding further continuance of
         confirmation hearing and revise notice of
         continued confirmation hearing
         Sarah B. Boehm    .40 hours at  450.00 per hour.          $180.00

12/11/09 E-mails with counsel regarding continuing
         confirmation matters, including confirmation
         deposit motions and analyze issues regarding
         same
         Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

Circuit City Stores Inc
File Number: 2055557                                  Page  43
Invoice No. 91218146                                  January 15, 2010

12/14/09  Multiple telephone conferences and e-mails with
          parties regarding continued confirmation and
          related issues
          Daniel F. Blanks    .90 hours at  375.00 per hour.        $337.50

12/15/09  E-mails with debtors and committee
          professionals regarding revised notice of
          adjourned confirmation hearing date
          Douglas M. Foley    .10 hours at  550.00 per hour.         $55.00

12/15/09  Revise notice of confirmation hearing and
          e-mails to counsel for committee regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

12/16/09  E-mails regarding motions for plan confirmation
          deposits and e-mail with counsel for Pioneer
          regarding same
          Douglas M. Foley    .30 hours at  550.00 per hour.        $165.00

12/16/09  Revise, finalize and file continued
          confirmation hearing notice and e-mails
          regarding same
          Sarah B. Boehm    .30 hours at  450.00 per hour.          $135.00

12/22/09  E-mails with KCC and debtors' professionals
          regarding voting tabulation and file affidavit
          regarding same
          Daniel F. Blanks   1.10 hours at  375.00 per hour.        $412.50

12/30/09  E-mails with KCC and debtors' professionals
          regarding confirmation hearing and related
          issues
          Daniel F. Blanks    .40 hours at  375.00 per hour.        $150.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $550.00 | 0.4 | $220.00 |
| Sarah B. Boehm | $450.00 | 1.3 | $585.00 |
| Daniel F. Blanks | $375.00 | 2.4 | $900.00 |
| TOTAL FEES | | 4.1 | $1,705.00 |

Re: Intellectual Property Matters
    Our File No.          2055557-0310
    Circuit City Contact  Michelle Mosier
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                          Page  44
Invoice No. 91218146                          January 15, 2010

12/07/09 Discussion with D. Smith regarding upcoming
         maintenance deadlines (.1); e-mail to J. Preas
         regarding upcoming 2009 and 2010 trademark
         deadlines
         Kymberleigh B. Gokey    .60 hours at  160.00 per hour.    $96.00

12/09/09 Phone calls with J. Preas regarding 800.com
         renewal in Chile
         Douglas B. Smith    .10 hours at  295.00 per hour.    $29.50

12/09/09 Telephone call to D. Smith regarding 800.com
         deadline in Chile (.2); prepare correspondence
         to agent regarding same (.1); subsequent
         telephone call to D. Smith (.1)
         Kymberleigh B. Gokey    .40 hours at  160.00 per hour.    $64.00

12/20/09 Review docket reminder (.1); e-mail to D. Smith
         regarding abandonment of application (.1)
         Kymberleigh B. Gokey    .20 hours at  160.00 per hour.    $32.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $295.00 | 0.1 | $29.50 |
| Kymberleigh B. Gokey | $160.00 | 1.2 | $192.00 |
| TOTAL FEES | | 1.3 | $221.50 |

Disbursements and Other Expenses:

|  |  |  |
|---|---|---|
| | Copy Charges | $324.40 |
| | Messenger Service | $39.69 |
| | Pacer Research | $144.08 |
| | Long Distance Telephone Charges | $54.20 |
| 11/23/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 11/23/2009 | $10.65 |
| 12/01/09 | US Legal Mgmt. Svcs. Inc. - (Invoice #1122425) | $44.00 |
| 12/02/09 | SARAH B. BOEHM - Van services to court 11/30/09 | $285.00 |
| 12/02/09 | SARAH B. BOEHM - Lunch for 10 people for Circuit City 11/23/09 | $170.43 |
| 12/02/09 | DANIEL F. BLANKS - Mileage to attend Omni Hearing 11/23/09 | $102.63 |
| 12/02/09 | DANIEL F. BLANKS - Filing fee for compliant 11/23/09 | $500.00 |
| 12/02/09 | DOUGLAS M. FOLEY - Travel to Richmond for hearing 11/22-11/23/09; room, mileage, cab | $294.56 |
| 12/07/09 | GENESYS CONFERENCING - Conference call hosted by Douglas M. Foley on 12/07/2009 | $37.17 |
| 12/10/09 | FedEx Priority Overnight/Int'l Priority to Glen Allen, VA - Tracking #:  439353825443 | $8.06 |
| 12/11/09 | SARAH B. BOEHM - Transportation to court; van expenses | $191.25 |

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91218146                                    January 15, 2010

| Date | Description | Amount |
|---|---|---|
| 12/11/09 | DANIEL F. BLANKS - Travel to and from Richmond, Va to attend Circuit Court hearing and meetings with client 12/7-12/8; hotel, meals, mileage | $507.91 |
| 12/11/09 | GRIFFITH HACK - Foreign agent fees for the renewal of the trademark 800 DOT COM & Device in Australia | $2,461.00 |
| 12/11/09 | SARAH B. BOEHM - Circuit City hearing 12/7; meal for eight people | $107.31 |
| 12/11/09 | DOUGLAS M. FOLEY - Travel to and from Richmond, Va for Circuit City hearing and client meetings 12/6 - 12/7; hotel, meals, mileage | $958.46 |
| 12/14/09 | J&J COURT TRANSCRIBERS INC - Federal Court 14-Day on 10/15/09 | $128.25 |
| 12/14/09 | BIZPORT LTD - Litigation Copies requested by K. Cain | $1,301.06 |
| 12/14/09 | J&J COURT TRANSCRIBERS INC - Federal Court 14-Day on 11/23/09 | $68.00 |
| 12/15/09 | DANIEL F. BLANKS - File complaint against Active Media Service, Inc. 12/11; filing fee | $250.00 |
| 12/18/09 | FedEx Priority Overnight/Int'l Priority to Tulsa, OK - Tracking #:  439353828453 | $28.60 |
| 12/23/09 | SARAH B. BOEHM - Business luncheon with client 12/21 for ten people | $138.78 |
| 12/28/09 | DOUGLAS M. FOLEY - Attend and prepare for Omni hearing 12/20; hotel, meal, mileage | $501.49 |
| 12/31/09 | RESTAURANTEUR, INC. - Meal | $142.64 |
| 12/31/09 | RESTAURANTEUR, INC. - Snacks | $183.71 |
| 12/31/09 | RESTAURANTEUR, INC. - Meal | $38.30 |
| 12/31/09 | RESTAURANTEUR, INC. - Lunch and snacks | $131.54 |
| 12/31/09 | RESTAURANTEUR, INC., Meals | $38.30 |
| 12/31/09 | RESTAURANTEUR, INC., Meals | $57.17 |
| 12/31/09 | RESTAURANTEUR, INC. - Meal | $131.54 |
| 12/31/09 | RESTAURANTEUR, INC. - Lunch | $153.74 |
| 12/31/09 | RESTAURANTEUR, INC. - Meal | $38.30 |
| 12/31/09 | RESTAURANTEUR, INC. - Lunch | $134.87 |
| 12/31/09 | RESTAURANTEUR, INC. - Meals | $102.12 |
| 12/31/09 | RESTAURANTEUR, INC. - Meals | $134.87 |
| 12/31/09 | RESTAURANTEUR, INC. - Meals | $79.92 |
| 12/31/09 | RESTAURANTEUR, INC., Meals | $216.45 |
| 12/31/09 | RESTAURANTEUR, INC. - Breakfast food | $79.92 |
| | TOTAL EXPENSES | $10,320.37 |

Circuit City Stores Inc
File Number: 2055557                          Page  46
Invoice No. 91218146                          January 15, 2010

Summary of Fees and Expenses:

      Total Fees for all Matters:        $222,121.00

      Total Expenses for all Matters:     $10,320.37

      Total for this Invoice:            $232,441.37