# EXHIBIT E-3

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

February 9, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91223655

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

| | | |
|---|---|---|
| Balance Forward from Prior Invoices: | | $71,010.52 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | | |
| Current Invoice: | | |
| Current Fees: | $242,481.00 | |
| Current Disbursements: | $4,413.84 | |
| **Current Invoice Total:** | | $246,894.84 |
| Total Balance Due: | | $317,905.36 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Dion W. Hayes**
**804.775.1144**

**One James Center**
**901 East Cary Street**
**Richmond, VA 23219-4030**

February 9, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 01/31/10

INVOICE NO.  91223655                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.            2055557-0010
    Circuit City Contact    Michelle Mosier
    McGuireWoods Contact    Douglas M. Foley

| | | |
|---|---|---|
| 01/05/10 | E-mails with client and debtors' professionals regarding case management, claims administration meeting and agenda regarding same (.3); review and revise draft of agenda for items on for January 14th omnibus hearing date (.4)<br>Douglas M. Foley    .70 hours at  600.00 per hour. | $420.00 |
| 01/05/10 | Review and organize requests for garnishments, subpoenas, complaints, etc.<br>Linda J. Neilson    1.60 hours at  200.00 per hour. | $320.00 |
| 01/06/10 | Multiple calls and e-mails regarding finalizing Lockton agreement regarding ordinary course professional and analyze issues regarding same<br>Sarah B. Boehm    .40 hours at  495.00 per hour. | $198.00 |
| 01/06/10 | Review, revise and circulate January 14th hearing items chart (1.0); review and respond to requests for garnishments, subpoenas, complaints, etc. (.9)<br>Linda J. Neilson    1.90 hours at  200.00 per hour. | $380.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page   2
Invoice No. 91223655                                   February 9, 2010

01/07/10  Review and revise agenda for January 14th
          hearing date and review pleadings regarding
          same
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

01/07/10  Review draft January 14th hearing agenda
          Linda J. Neilson   .60 hours at  200.00 per hour.        $120.00

01/08/10  Analyze issues and e-mails with Lockton
          regarding OCP affidavit and employment (.4);
          analyze issues and e-mails regarding S&W
          retention as OCP (.3)
          Sarah B. Boehm   .70 hours at  495.00 per hour.          $346.50

01/08/10  Review, respond and organize responses to
          garnishments, subpoenas, complaints, etc.
          Linda J. Neilson   .90 hours at  200.00 per hour.        $180.00

01/11/10  Review, revise and file proposed agenda and
          e-mails and telephone conference with parties
          regarding same
          Daniel F. Blanks   .90 hours at  415.00 per hour.        $373.50

01/11/10  Conference with professionals regarding
          preparation of trial exhibits (.4); research
          bankruptcy docket to obtain trial exhibit
          documents and prepare for attorney review (2.2)
          Diane E. Morrison   2.60 hours at  215.00 per hour.      $559.00

01/11/10  Prepare January 14th hearing agenda for filing
          (1.4); prepare documents for January 14th
          hearing (1.6)
          Linda J. Neilson   3.00 hours at  200.00 per hour.       $600.00

01/12/10  Analyze documents and e-mails regarding
          retention of ordinary course professional (.3);
          review and respond to inquiries of former
          employees regarding various matters (.4)
          Sarah B. Boehm   .70 hours at  495.00 per hour.          $346.50

01/12/10  Review docket and prepare hearing items for
          January 28th, February 11th and February 28th
          hearings (1.6); review and organize requests
          for garnishments, complaints and subpoenas (.9)
          Linda J. Neilson   2.50 hours at  200.00 per hour.       $500.00

01/13/10  Prepare Suggestion in Bankruptcy and responses
          to garnishments
          Linda J. Neilson   2.40 hours at  200.00 per hour.       $480.00

Circuit City Stores Inc
File Number: 2055557                                    Page    3
Invoice No. 91223655                                   February 9, 2010

01/14/10  Review pleadings and prepare for omnibus
          hearing and meetings with client, witnesses and
          debtors' professionals regarding same
          Douglas M. Foley   2.90 hours at  600.00 per hour.        $1,740.00

01/14/10  E-mails regarding request for past employment
          verification
          Sarah B. Boehm    .20 hours at  495.00 per hour.            $99.00

01/14/10  Review and respond to garnishment request
          Linda J. Neilson   1.20 hours at  200.00 per hour.         $240.00

01/14/10  Prepare exhibits for omnibus objection hearing
          (3.2); e-mail from and to professionals
          regarding reply appendix (.6); assist with
          documents during omnibus hearing (2.1)
          Karen B. Cain   5.90 hours at  215.00 per hour.          $1,268.50

01/15/10  Analyze issues and pleadings regarding rabbi
          trust termination and e-mails regarding same
          (.3); review Lockton OCP affidavit and e-mails
          regarding same (.3)
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

01/15/10  Chart telephone calls and issues to be resolved
          and segregate W-2 and tax inquiries
          Nancy S. von Bargen   2.80 hours at  240.00 per hour.     $672.00

01/15/10  Review docket and revise January 28th hearing
          items chart and circulate (.6); review requests
          and prepare responses to garnishments and
          complaints (1.3)
          Linda J. Neilson   1.90 hours at  200.00 per hour.        $380.00

01/15/10  E-mail to and from court reporter for hearing
          transcript (.3); work on status of items for
          omnibus hearing (2.3)
          Karen B. Cain   2.60 hours at  215.00 per hour.           $559.00

01/19/10  Analyze issues and e-mails regarding retaining
          D. Nagle as ordinary course professional (.3);
          review Lockton affidavit and e-mails regarding
          same (.4); telephone call from counsel
          regarding settlement of criminal restitution
          and analyze documents and e-mails regarding
          same (.4)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.          $544.50

Circuit City Stores Inc
File Number: 2055557                                    Page    4
Invoice No. 91223655                                    February 9, 2010

01/19/10  Retrieve and circulate information regarding
          Alliance (.2); review organize requests for
          garnishments (.8)
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

01/19/10  Telephone calls from employees regarding
          federal tax data (.4); e-mail to and from
          professionals regarding creditor call log (.2);
          work on omnibus objection binders for
          professionals (1.7)
          Karen B. Cain   2.30 hours at  215.00 per hour.          $494.50

01/20/10  E-mails and telephone conferences with D.
          Miller regarding letters for requests for
          information regarding closed stores, account
          information and other related issues and
          strategies regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.       $498.00

01/20/10  Review requests for garnishments and complaints
          and prepare responses
          Linda J. Neilson   1.50 hours at  200.00 per hour.       $300.00

01/21/10  Finalize and file Lockton affidavit and e-mails
          regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

01/21/10  Review and revise agenda for 1/28/2010 hearing
          Linda J. Neilson    .50 hours at  200.00 per hour.       $100.00

01/22/10  Prepare documents for January 28th hearing
          (1.1); prepare responses to garnishments (1.3)
          Linda J. Neilson   2.40 hours at  200.00 per hour.       $480.00

01/24/10  Analyze agenda and e-mails regarding status of
          various matters
          Sarah B. Boehm    .30 hours at  495.00 per hour.         $148.50

01/25/10  Begin review of agenda and preparation for
          hearings on January 28th
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

01/25/10  Analyze and revise agenda and multiple calls
          and e-mails regarding status of various matters
          Sarah B. Boehm    .60 hours at  495.00 per hour.         $297.00

01/25/10  Review, analyze, revise and file agenda for
          January 28th hearing and multiple telephone
          conferences and e-mails with debtors'
          professionals and parties regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.       $622.50

Circuit City Stores Inc
File Number: 2055557                                        Page   5
Invoice No. 91223655                                       February 9, 2010

01/25/10  Review and revise January 28th hearing agenda
          for filing (.9); review and respond to
          garnishment requests (1.2); review and prepare
          hearing items chart for 2/11/2010 hearing (.9)
          Linda J. Neilson   2.80 hours at  200.00 per hour.        $560.00

01/26/10  E-mails with governments regarding restitution
          and related issues (.5); e-mails with M. Mosier
          regarding fees for LCs (.4)
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

01/26/10  Review and prepare responses to garnishments
          (.9); correspondence and research regarding
          status updates on two matters in CA (.3)
          Linda J. Neilson   1.20 hours at  200.00 per hour.        $240.00

01/27/10  Review agenda in preparation for omnibus
          hearing on January 28th and e-mails with
          debtors' professionals and client regarding
          same
          Douglas M. Foley   1.80 hours at  600.00 per hour.      $1,080.00

01/27/10  Chart telephone calls and issues to be resolved
          and segregate W-2 and tax inquiries
          Nancy S. von Bargen   1.10 hours at  240.00 per hour.     $264.00

01/28/10  Review agenda and prepare for and attended
          January 28th omnibus hearing
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

01/28/10  Analyze issues and e-mails regarding motion to
          reject various agreements
          Sarah B. Boehm    .30 hours at  495.00 per hour.         $148.50

01/28/10  Review and respond to garnishments and
          complaints
          Linda J. Neilson   1.40 hours at  200.00 per hour.        $280.00

01/29/10  Review pleadings to be filed and e-mails
          regarding filing and service
          Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

01/29/10  Chart telephone calls and issues to be resolved
          (.5); return creditor telephone calls regarding
          W-2 forms (.2)
          Nancy S. von Bargen    .70 hours at  240.00 per hour.     $168.00

01/29/10  Review and respond to garnishment requests
          Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 9.4 | $5,640.00 |

Circuit City Stores Inc
File Number: 2055557                                      Page    6
Invoice No. 91223655                                     February 9, 2010

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 5.7 | $2,821.50 |
| Daniel F. Blanks | $415.00 | 4.5 | $1,867.50 |
| Nancy S. von Bargen | $240.00 | 4.6 | $1,104.00 |
| Diane E. Morrison | $215.00 | 2.6 | $559.00 |
| Karen B. Cain | $215.00 | 10.8 | $2,322.00 |
| Linda J. Neilson | $200.00 | 27.7 | $5,540.00 |
| TOTAL FEES | | 65.3 | $19,854.00 |

**Re: Restructuring and General Strategy**
    Our File No.              2055557-0020
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

01/06/10 Prepare for and review documents and
         participate in telephone conference with board
         of directors regarding status of case and
         resolution of various issues prior to
         confirmation
         Douglas M. Foley   1.90 hours at  600.00 per hour.    $1,140.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.9 | $1,140.00 |
| TOTAL FEES | | 1.9 | $1,140.00 |

**Re: Monthly Operating Reports**
    Our File No.              2055557-0060
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

01/15/10 Review, analyze and file monthly operating
         report
         Daniel F. Blanks   .50 hours at  415.00 per hour.    $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

**Re: Professional Retention/Fee Applications**
    Our File No.              2055557-0070
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91223655                                    February 9, 2010

01/08/10  Revise monthly fee statement
          Sarah B. Boehm   1.20 hours at   495.00 per hour.        $594.00

01/12/10  E-mails with professionals regarding hearing on
          interim fee applications
          Sarah B. Boehm    .30 hours at   495.00 per hour.        $148.50

01/14/10  Prepare for and participate in omnibus hearing
          regarding fee applications for debtors'
          professionals
          Sarah B. Boehm    .90 hours at   495.00 per hour.        $445.50

01/14/10  Draft orders approving fee applications for
          debtors' professionals
          Bryan A. Stark   2.40 hours at   335.00 per hour.        $804.00

01/15/10  Finalize monthly fee statement and draft
          correspondence regarding same
          Sarah B. Boehm    .80 hours at   495.00 per hour.        $396.00

01/19/10  E-mails with debtors' professionals regarding
          interim fee application approval and related
          issues (.2); revise and submit orders granting
          debtors' professionals interim fee applications
          (.6)
          Sarah B. Boehm    .80 hours at   495.00 per hour.        $396.00

01/26/10  E-mails regarding entered orders on fee
          applications
          Sarah B. Boehm    .20 hours at   495.00 per hour.         $99.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 4.2 | $2,079.00 |
| Bryan A. Stark | $335.00 | 2.4 | $804.00 |
| TOTAL FEES | | 6.6 | $2,883.00 |

Re: Automatic Stay
     Our File No.            2055557-0090
     Circuit City Contact    Michelle Mosier
     McGuireWoods Contact    Douglas M. Foley

01/12/10  E-mails with parties regarding automatic stay
          and certain actions pending in state courts and
          related issues
          Daniel F. Blanks   1.30 hours at   415.00 per hour.       $539.50

Circuit City Stores Inc
File Number: 2055557                                    Page    8
Invoice No. 91223655                                    February 9, 2010

01/13/10  Draft stipulation resolving Booth motion for
          relief and claim issues and review and analyze
          claims, pleadings and other materials regarding
          same
          Daniel F. Blanks     .80 hours at  415.00 per hour.           $332.00

01/14/10  E-mails and telephone conferences with counsel
          for Booth regarding relief from stay and
          related issues and release of claims
          Daniel F. Blanks     .90 hours at  415.00 per hour.           $373.50

01/19/10  Revise order denying Unical motion for relief
          and e-mails regarding same
          Sarah B. Boehm       .20 hours at  495.00 per hour.            $99.00

01/19/10  Draft order denying motion for relief from stay
          Bryan A. Stark       .50 hours at  335.00 per hour.           $167.50

01/29/10  Review motion for relief from stay filed by
          United Radio and e-mails with D. Miller and M.
          Mosier regarding same and analyze issues
          regarding same
          Daniel F. Blanks     .90 hours at  415.00 per hour.           $373.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.2 | $99.00 |
| Daniel F. Blanks | $415.00 | 3.9 | $1,618.50 |
| Bryan A. Stark | $335.00 | 0.5 | $167.50 |
| TOTAL FEES | | 4.6 | $1,885.00 |

**Re: Employment and Compensation**
     Our File No.              2055557-0120
     Circuit City Contact      Michelle Mosier
     McGuireWoods Contact      Douglas M. Foley

01/29/10  Review and revise pleadings regarding approval
          of updated and extended retention program and
          e-mails with debtors professionals, client and
          UST regarding same
          Douglas M. Foley    1.60 hours at  600.00 per hour.           $960.00

Circuit City Stores Inc
File Number: 2055557                                    Page    9
Invoice No. 91223655                                    February 9, 2010

01/29/10  Review and analyze retention motion (.5); draft
          motion to shorten (1.2); draft motion to
          expedite (1.2); draft motion to seal exhibit
          (1.4); draft notice of motions (.5); correspond
          with debtors' professionals regarding motions
          (.7); finalize and file all motions and arrange
          for service of same (.7)
          Bryan A. Stark   6.20 hours at  335.00 per hour.        $2,077.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.6 | $960.00 |
| Bryan A. Stark | $335.00 | 6.2 | $2,077.00 |
| TOTAL FEES | | 7.8 | $3,037.00 |

**Re: Executory Contracts**
      **Our File No.**              **2055557-0140**
      **Circuit City Contact**      **Michelle Mosier**
      **McGuireWoods Contact**      **Douglas M. Foley**


01/04/10  Review and analyze e-mails with client relating
          to claims from counter parties to executory
          contracts asserting administrative claim status
          and analyze issues regarding same
          Douglas M. Foley   .50 hours at  600.00 per hour.        $300.00

01/11/10  Review various claims by counter parties to
          executory contracts and several e-mails with
          client regarding status of reconciliation of
          same
          Douglas M. Foley  1.30 hours at  600.00 per hour.        $780.00

01/25/10  E-mails and telephone conferences with Ryan
          Inc. regarding motion to compel assumption and
          adjourning same and related issues
          Daniel F. Blanks  1.10 hours at  415.00 per hour.        $456.50

01/28/10  Review and revise motion to reject executory
          contracts/employment agreements and e-mails
          with debtors professionals regarding same
          Douglas M. Foley   .80 hours at  600.00 per hour.        $480.00

01/28/10  Review, analyze, revise and file motion to
          reject certain contracts and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks  1.30 hours at  415.00 per hour.        $539.50

Circuit City Stores Inc
File Number: 2055557                              Page   10
Invoice No. 91223655                             February 9, 2010

01/29/10  E-mails with Ryan Inc. regarding rejection of
          contract
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 2.6 | $1,560.00 |
| Daniel F. Blanks | $415.00 | 2.9 | $1,203.50 |
| TOTAL FEES | | 5.5 | $2,763.50 |

**Re: Litigation**
   **Our File No.**                 **2055557-0150**
   **Circuit City Contact**         **Michelle Mosier**
   **McGuireWoods Contact**         **Douglas M. Foley**

01/04/10  E-mails regarding subpoena for trial and
          criminal matter in New York and analyze issues
          relating to compliance (.3); review discovery
          issues relating to EDC late claim matter and
          e-mails with opposing counsel regarding same
          and draft and revise discovery responses
          regarding same (1.9)
          Douglas M. Foley   2.20 hours at  600.00 per hour.     $1,320.00

01/04/10  Review trial subpoena regarding B. Rodriguez
          and e-mails regarding same
          Bryan A. Fratkin    .10 hours at  540.00 per hour.       $54.00

01/05/10  Review and analyze issues relating to trial
          subpoena for criminal matter in New York and
          telephone conference with client regarding same
          Douglas M. Foley    .80 hours at  600.00 per hour.      $480.00

01/05/10  Conference call with D. Miller regarding
          subpoena (.4); review documents provided by D.
          Miller (.2); voicemail to postal inspector
          (.1); e-mails with D. Miller regarding same
          (.1)
          Bryan A. Fratkin    .80 hours at  540.00 per hour.      $432.00

01/05/10  Review documentation pertaining to litigation
          (.7); e-mail same to debtor for review (.1)
          Bryan A. Stark     .80 hours at  335.00 per hour.       $268.00

01/05/10  Review, retrieve and organize new adversary
          proceedings
          Linda J. Neilson   2.10 hours at  200.00 per hour.      $420.00

Circuit City Stores Inc
File Number: 2055557                                          Page  11
Invoice No. 91223655                                    February 9, 2010

01/06/10  E-mails regarding status of trial subpoena and
          compliance with same
          Douglas M. Foley    .20 hours at  600.00 per hour.          $120.00

01/06/10  Review and finalize EDC discovery responses and
          analyze issues regarding same and prepare for
          evidentiary hearing
          Douglas M. Foley   1.20 hours at  600.00 per hour.          $720.00

01/06/10  E-mails with D. Miller regarding subpoena (.1);
          voicemails with AUSA regarding same (.1)
          Bryan A. Fratkin    .20 hours at  540.00 per hour.          $108.00

01/06/10  Review and analyze documentation provided in
          adversary proceeding (.6); correspond regarding
          same (.3)
          Bryan A. Stark    .90 hours at  335.00 per hour.            $301.50

01/07/10  Review memorandum opinion relating to Mondragon
          matter and analyze issues (1.2); e-mails
          regarding trial subpoena for criminal matter in
          New York and analyze issues regarding same (.3)
          Douglas M. Foley   1.50 hours at  600.00 per hour.          $900.00

01/07/10  E-mails regarding trial subpoena (.2); call
          with AUSA regarding same (.3)
          Bryan A. Fratkin    .50 hours at  540.00 per hour.          $270.00

01/08/10  Review and prepare for EDC late claim motion
          litigation (.5); e-mails regarding trial
          subpoena for criminal trial in New York
          regarding verification documents (.3)
          Douglas M. Foley    .80 hours at  600.00 per hour.          $480.00

01/08/10  E-mail from AUSA regarding trial subpoena (.2);
          e-mails with D. Miller regarding same (.2)
          Bryan A. Fratkin    .40 hours at  540.00 per hour.          $216.00

01/08/10  Review and analyze documentation in adversary
          proceedings (.7); correspond with debtors and
          creditors regarding documentation (.5);
          correspond with debtors' professionals
          regarding same (.3)
          Bryan A. Stark   1.50 hours at  335.00 per hour.            $502.50

01/10/10  Review and revise supplemental memorandum in
          opposition to EDC's late claim motion and
          analyze issues regarding same in preparation
          for deposition and trial
          Douglas M. Foley   2.10 hours at  600.00 per hour.        $1,260.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91223655                                   February 9, 2010

01/11/10  E-mails with opposing counsel in EDC litigation
          relating to stipulations and preparation for
          depositions (.7); e-mails regarding status of
          various adversary proceedings, including
          informal discovery on XM Sirius (.2)
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

01/11/10  Call with M. Mosier and D. Miller regarding
          Rodriguez subpoena (.4); e-mails regarding same
          (.2)
          Bryan A. Fratkin    .60 hours at  540.00 per hour.        $324.00

01/11/10  E-mails with counsel for Sirius XM and in-house
          parties regarding discovery and adjournments
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

01/12/10  E-mails with opposing counsel regarding EDC
          late claim motion, prepare for depositions,
          review documents and discovery responses and
          witness preparation
          Douglas M. Foley   2.60 hours at  600.00 per hour.      $1,560.00

01/12/10  E-mails and calls with AUSA and D. Miller
          regarding trial subpoena
          Bryan A. Fratkin   1.50 hours at  540.00 per hour.        $810.00

01/12/10  Review and analyze documentation regarding
          adversary proceeding (.5); correspond with
          defense counsel regarding scheduling (.4);
          correspond with debtor about same (.2)
          Bryan A. Stark    1.10 hours at  335.00 per hour.         $368.50

01/13/10  Prepare for and conduct depositions regarding
          EDC late claim motion and prepare for
          evidentiary hearing
          Douglas M. Foley   5.90 hours at  600.00 per hour.      $3,540.00

01/13/10  E-mails with AUSA regarding trial witness
          Bryan A. Fratkin    .30 hours at  540.00 per hour.        $162.00

01/13/10  Prepare document for 30(b)6 deposition (1.1);
          assist with multiple depositions and documents
          (2.6); work on trial exhibit documents and
          binders (2.7)
          Karen B. Cain    6.40 hours at  215.00 per hour.        $1,376.00

01/14/10  Prepare for and attend summary judgment hearing
          on reclamation claims and trial on EDC late
          claim motion
          Douglas M. Foley   3.60 hours at  600.00 per hour.      $2,160.00

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91223655                                   February 9, 2010

01/14/10  E-mails with AUSA and D. Miller regarding trial
          subpoena
          Bryan A. Fratkin    .30 hours at  540.00 per hour.        $162.00

01/14/10  E-mails with Sirius XM regarding discovery and
          certain other issues
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

01/14/10  Correspond with debtor and defendant regarding
          pending adversary proceedings and documentation
          relating thereto
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

01/14/10  Work on trial and cross examination documents
          for binders regarding EDC (2.7); assist with
          documents regarding EDC (2.1)
          Karen B. Cain   4.80 hours at  215.00 per hour.         $1,032.00

01/15/10  Research and correspond with debtors and
          debtors' professionals regarding status and
          scheduling in adversary proceeding (.8);
          correspond with defendants regarding same (.3)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

01/20/10  Draft status report and forward to counsel for
          filing (.7); review and analyze motion notice
          to substitute counsel (.4)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

01/21/10  Several e-mails regarding status of various
          account receivable collection matters in
          Circuit City and potential parameters of
          settlement discussions
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

01/21/10  Analyze documentation and support for defense
          to adversary complaints (.6); correspond with
          debtor and defendant regarding status of
          documentation request (.2)
          Bryan A. Stark    .80 hours at  335.00 per hour.          $268.00

01/22/10  Review and analyze communications and
          documentation relating to demand letters and
          forward summary to debtor (.7); correspond with
          debtors and defendant regarding conference call
          (.4)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

Circuit City Stores Inc
File Number: 2055557                                    Page   14
Invoice No. 91223655                                   February 9, 2010

01/25/10  Research issues relating to demand letters and
          preference matters (2.5); correspond with
          debtor regarding same (.4); correspond with
          counsel regarding status report filing (.2)
          Bryan A. Stark   3.10 hours at  335.00 per hour.        $1,038.50

01/26/10  Review and analyze documentation provided as
          support for defenses in adversary proceeding
          (1.2); arrange for telephone call with
          defendant (.3); research company information,
          review correspondence and send follow-up demand
          to vendor (.8); correspond regarding status of
          appeal (.4)
          Bryan A. Stark   2.70 hours at  335.00 per hour.         $904.50

01/27/10  E-mails with opposing counsel regarding Active
          Media pre-trial and related issues and review
          material regarding same (.5); e-mails with
          counsel regarding Sirius XM and e-mails and
          telephone conference with M. Mosier regarding
          strategies and claims (.9)
          Daniel F. Blanks   1.40 hours at  415.00 per hour.       $581.00

01/27/10  Review and analyze adversary proceeding and
          documentation provided in preparation for
          conference call (1.7); correspond with
          defendant and debtors regarding same (.4);
          research company information and draft and send
          demand letter (1.4)
          Bryan A. Stark   3.50 hours at  335.00 per hour.        $1,172.50

01/28/10  E-mails regarding status of various adversary
          proceedings and settlement discussions and
          informal discovery
          Douglas M. Foley    .80 hours at  600.00 per hour.       $480.00

01/28/10  Review objections to discovery from Sirius XM
          Daniel F. Blanks    .60 hours at  415.00 per hour.       $249.00

01/28/10  Conference call with debtors and prepare for
          same (1.1); conference call regarding status of
          adversary proceeding with debtors and defendant
          and prepare for the same (2.1); follow-up with
          debtors regarding conference call (.6)
          Bryan A. Stark   3.80 hours at  335.00 per hour.        $1,273.00

01/29/10  E-mails regarding Creative Labs litigation and
          documents exchange
          Douglas M. Foley    .30 hours at  600.00 per hour.       $180.00

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91223655                                   February 9, 2010

01/29/10 Review and analyze documentation received from
         defendant
         Bryan A. Stark    .70 hours at  335.00 per hour.        $234.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 23.8 | $14,280.00 |
| Bryan A. Fratkin | $540.00 | 4.7 | $2,538.00 |
| Daniel F. Blanks | $415.00 | 3.6 | $1,494.00 |
| Bryan A. Stark | $335.00 | 22.7 | $7,604.50 |
| Karen B. Cain | $215.00 | 11.2 | $2,408.00 |
| Linda J. Neilson | $200.00 | 2.1 | $420.00 |
| TOTAL FEES | | 68.1 | $28,744.50 |

Re: Vendor Matters
    Our File No.              2055557-0170
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley


01/14/10 Multiple e-mails with in-house parties
         regarding receivable from Delphi, claims and
         related issues and research status regarding
         same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.     $539.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 1.3 | $539.50 |
| TOTAL FEES | | 1.3 | $539.50 |

Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley


01/04/10 Whitehall, PA - E-mail correspondence with J.
         Bruton (.3); telephone call with J. Bruton and
         R. Gottlieb (.2); e-mail correspondence with D.
         Miller (.2); prepare draft of purchase
         agreement (1.5)
         Matthew T. Gunlock   2.20 hours at  320.00 per hour.   $704.00

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91223655                                   February 9, 2010

01/05/10 Whitehall, PA - Prepare draft purchase
         agreement (1.0); e-mail correspondence with D.
         Miller (.2); e-mail correspondence with
         purchaser's counsel regarding purchase
         agreement and bankruptcy approvals (.3)
         Matthew T. Gunlock   1.50 hours at  320.00 per hour.      $480.00

01/06/10 Whitehall, PA - E-mail correspondence with D.
         Miller (.3); revise purchase agreement (.7);
         e-mail correspondence with purchaser's counsel
         (.3); review company materials regarding
         parking parcel (.5)
         Matthew T. Gunlock   1.80 hours at  320.00 per hour.      $576.00

01/07/10 Whitehall, PA - E-mail correspondence with J.
         Bruton regarding purchase agreement and
         bankruptcy approvals (.5); e-mail
         correspondence with D. Miller (.5); review
         purchaser's comments to purchase agreement
         (1.0); telephone call with J. Bruton (.2);
         review title company documents (1.2)
         Matthew T. Gunlock   3.40 hours at  320.00 per hour.    $1,088.00

01/08/10 Whitehall, PA - Telephone call with D. Miller
         (.2); revise purchase agreement (.8); transmit
         revised purchase agreement (.1); e-mail
         correspondence with purchaser's counsel (.3);
         prepare markup of owner's affidavit (.5);
         e-mail correspondence with D. Miller (.2);
         review privacy policy (.3)
         Matthew T. Gunlock   2.40 hours at  320.00 per hour.      $768.00

01/11/10 Analyze issues regarding sale of parking lot
         and sale approval and multiple calls and
         e-mails regarding same
         Sarah B. Boehm    .30 hours at  495.00 per hour.         $148.50

01/11/10 Whitehall, PA - E-mail correspondence with D.
         Miller (.3); review comments to owner's
         affidavit (.3); prepare markup of owner's
         affidavit and transmit to purchaser's counsel
         (.5); review comments to purchase agreement
         (.7); e-mail correspondence with purchaser's
         counsel (.5); e-mail correspondence with and
         telephone call with bankruptcy counsel
         regarding sale motion and waiver of appeal
         period (.5); review form of deed (.3)
         Matthew T. Gunlock   3.10 hours at  320.00 per hour.      $992.00

Circuit City Stores Inc
File Number: 2055557                                          Page  17
Invoice No. 91223655                                         February 9, 2010

01/12/10  Whitehall, PA - E-mail correspondence with
          bankruptcy counsel regarding appeal period
          (.5); review additional comments to purchase
          agreement from purchaser's counsel (.5);
          telephone call with purchaser's counsel (.5)
          Matthew T. Gunlock   1.50 hours at  320.00 per hour.       $480.00

01/13/10  Whitehall, PA - E-mail correspondence with J.
          Bruton (.3); e-mail correspondence with D.
          Miller (.1); review purchaser's comments to
          purchase agreement (.5); revise purchase
          agreement and transmit to purchaser (.7)
          Matthew T. Gunlock   1.60 hours at  320.00 per hour.       $512.00

01/13/10  Research and draft and revise motion to sell
          real estate
          Bryan A. Stark   2.60 hours at  335.00 per hour.           $871.00

01/14/10  Whitehall, PA - E-mail correspondence with and
          telephone call to J. Bruton (.7); telephone
          call and e-mail correspondence with D. Miller
          (.4); review revisions to purchase agreement
          (.5); revise purchase agreement and transmit
          same (.6)
          Matthew T. Gunlock   2.20 hours at  320.00 per hour.       $704.00

01/15/10  Whitehall, PA - Revise and transmit purchase
          agreement (.8); e-mail correspondence with J.
          Bruton (.4)
          Matthew T. Gunlock   1.20 hours at  320.00 per hour.       $384.00

01/19/10  Whitehall, PA - E-mail correspondence with J.
          Bruton (.7); e-mail correspondence with D.
          Miller (.2); revise purchase agreement (.5);
          prepare exhibits and execution version of
          purchase agreement (.3)
          Matthew T. Gunlock   1.70 hours at  320.00 per hour.       $544.00

01/21/10  Whitehall, PA - E-mail correspondence with J.
          Bruton (.4); e-mail correspondence with D.
          Miller (.1)
          Matthew T. Gunlock    .50 hours at  320.00 per hour.       $160.00

01/22/10  Whitehall, PA - Telephone call with J. Bruton
          Matthew T. Gunlock    .20 hours at  320.00 per hour.        $64.00

01/26/10  Whitehall, PA - E-mail correspondence with J.
          Bruton
          Matthew T. Gunlock    .20 hours at  320.00 per hour.        $64.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91223655                                   February 9, 2010

01/27/10  Whitehall, PA - E-mail correspondence with D.
          Miller (.1); e-mail correspondence with J.
          Bruton (.1)
          Matthew T. Gunlock    .20 hours at  320.00 per hour.        $64.00

01/28/10  Whitehall, PA - E-mail correspondence with
          bankruptcy counsel and D. Miller (.3); e-mail
          correspondence with J. Bruton (.5); revise
          purchase agreement and transmit revised draft
          of same (.3)
          Matthew T. Gunlock   1.10 hours at  320.00 per hour.       $352.00

01/29/10  Whitehall, PA - E-mail correspondence with J.
          Bruton (.3); review title objection letter and
          exception documents (1.2)
          Matthew T. Gunlock   1.20 hours at  320.00 per hour.       $384.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.3 | $148.50 |
| Bryan A. Stark | $335.00 | 2.6 | $871.00 |
| Matthew T. Gunlock | $320.00 | 26.0 | $8,320.00 |
| TOTAL FEES | | 28.9 | $9,339.50 |

**Re: Tax Matters**
     **Our File No.**              **2055557-0240**
     **Circuit City Contact**      **Michelle Mosier**
     **McGuireWoods Contact**      **Douglas M. Foley**

01/04/10  Review local tax e-mails with client and
          Henrico County (.2); review client's
          spreadsheet analysis of property tax issue (.3)
          Craig D. Bell    .50 hours at  570.00 per hour.            $285.00

01/04/10  Telephone conferences and e-mails with counsel
          for Henrico and tax department regarding
          resolution of tax claims and related issues
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

01/05/10  E-mails with Ernst & Young and client regarding
          status of negotiation and settlement of various
          personal property ad volorem personal property
          taxes and issues regarding same
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                                       Page  19
Invoice No. 91223655                                      February 9, 2010

01/05/10  Draft motion for partial summary judgment
          regarding tax claims in Omni 37 and related
          issues and research multiple issues regarding
          same and review and analyze claims regarding
          same
          Daniel F. Blanks   4.10 hours at  415.00 per hour.     $1,701.50

01/06/10  E-mails with Ernst & Young regarding strategy
          relating to omnibus claims Objection 37 and
          personal property taxes
          Douglas M. Foley    .80 hours at  600.00 per hour.       $480.00

01/06/10  Analysis on position taken by Henrico County on
          TPP tax claims
          Craig D. Bell   1.30 hours at  570.00 per hour.          $741.00

01/06/10  E-mails with Ernst & Young and tax regarding
          tax settlements and other related issues (.5);
          continue to draft, revise and research issues
          regarding motion for partial summary judgment
          (1.3)
          Daniel F. Blanks   1.80 hours at  415.00 per hour.       $747.00

01/07/10  Respond to client tax questions
          Craig D. Bell    .60 hours at  570.00 per hour.          $342.00

01/07/10  Continue drafting and revising motion for
          partial summary judgment regarding Omni 37 and
          abstention and research and review items
          regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.       $622.50

01/07/10  Research tax matters
          Bryan A. Stark   2.00 hours at  335.00 per hour.         $670.00

01/08/10  Continue drafting motion for partial summary
          judgment regarding Omnibus 37 and other related
          issues
          Daniel F. Blanks    .50 hours at  415.00 per hour.       $207.50

01/10/10  Review and revise summary judgment brief and
          analyze issues regarding same
          Douglas M. Foley   1.80 hours at  600.00 per hour.     $1,080.00

01/10/10  Analyze issues regarding Omni 37 motion for
          partial summary judgment and e-mails regarding
          same
          Sarah B. Boehm    .70 hours at  495.00 per hour.         $346.50

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91223655                                   February 9, 2010

01/10/10  Continue draft and revise motion for partial
          summary judgment regarding Omni 37 and research
          multiple issues regarding same
          Daniel F. Blanks   3.10 hours at  415.00 per hour.        $1,286.50

01/11/10  Review and analyze issues and draft and revise
          summary judgment pleadings relating to omnibus
          claim Objection 37 and issues relating to
          Section 505 and abstention
          Douglas M. Foley   2.90 hours at  600.00 per hour.        $1,740.00

01/11/10  Attention to sale-leaseback tax issue and local
          property tax issue on Henrico County
          Craig D. Bell   3.20 hours at  570.00 per hour.           $1,824.00

01/11/10  Review charts of tax claims by Ernst & Young
          and e-mails to debtors' professionals regarding
          same (.4); review edits for Omni 37 and
          research issues regarding same (.9)
          Daniel F. Blanks   1.30 hours at  415.00 per hour.          $539.50

01/12/10  Telephone calls with IRS appeals officer on
          employment tax issue (.2) attention to same
          (.9)
          Craig D. Bell   1.10 hours at  570.00 per hour.             $627.00

01/12/10  E-mails with in-house regarding tax claims and
          related issues and review claims regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.          $456.50

01/13/10  Multiple e-mails and telephone conferences with
          parties and in-house regarding tax issues and
          claims and strategies regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.          $498.00

01/14/10  Telephone call with IRS appeals officer (.2);
          attention to employment tax settlement (.6)
          Craig D. Bell   .80 hours at  570.00 per hour.              $456.00

01/15/10  Prepare for and participate in telephone
          conference regarding tax issues and resolution
          of tax claims
          Daniel F. Blanks   1.40 hours at  415.00 per hour.          $581.00

01/18/10  Continue to draft, revise and research Section
          505 motion and motion for partial summary
          judgment
          Daniel F. Blanks   3.80 hours at  415.00 per hour.        $1,577.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91223655                                    February 9, 2010

01/19/10  Analyze and revise motion for summary judgment
          regarding tax claims and analyze issues
          regarding same (.4); multiple calls and e-mails
          regarding calls from former employees regarding
          W-2s (.2)
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

01/19/10  Continue revisions to 505 brief and motion for
          partial summary judgment and research issues
          regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.     $1,037.50

01/20/10  Review and revise summary judgment brief
          relating to Omnibus 37 tax claim objections
          Douglas M. Foley  1.50 hours at 600.00 per hour.         $900.00

01/21/10  E-mails with Ernst & Young regarding tax
          stipulations and draft material regarding same
          and research issues regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.       $498.00

01/26/10  Attention to TPP local tax claims and issues
          Craig D. Bell   1.70 hours at  570.00 per hour.          $969.00

01/26/10  Prepare for and participate in telephone
          conference regarding Florida tax setoff and
          refund
          Sarah B. Boehm    .90 hours at  495.00 per hour.         $445.50

01/27/10  Telephone conference with client regarding tax
          strategies and resolution of tax claims and
          related issues
          Daniel F. Blanks    1.10 hours at  415.00 per hour.      $456.50

01/28/10  Attention to state tax matters (1.8); review
          PWC materials and spreadsheets (.5)
          Craig D. Bell   2.30 hours at  570.00 per hour.        $1,311.00

01/28/10  Prepare for and participate in telephone
          conference with Ernst & Young regarding tax
          claim resolutions and strategy regarding same
          Sarah B. Boehm    .90 hours at  495.00 per hour.         $445.50

01/28/10  Prepare for and participate in telephone
          conference with client and Ernst & Young
          regarding resolution of taxes and related
          issues and analyze strategies regarding same
          and review and analyze claims regarding same
          and review multiple documents regarding same in
          preparation
          Daniel F. Blanks    1.20 hours at  415.00 per hour.      $498.00

Circuit City Stores Inc
File Number: 2055557                              Page  22
Invoice No. 91223655                             February 9, 2010

01/29/10  E-mails and telephone calls with client and
          debtors professionals regarding strategy for
          resolution of tax claims accruing interest
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

01/29/10  Conference call with miscellaneous state tax
          claims with client and their advisors (.6);
          analysis of state tax claim documents provided
          by client (.9)
          Craig D. Bell   1.50 hours at  570.00 per hour.           $855.00

01/29/10  Prepare for and participate in telephone
          conference with debtors' professionals, client
          and PWC regarding tax claims, strategies and
          related issues and analyze items regarding same
          (.9); e-mails to Ernst & Young regarding
          resolution of tax claims and related issues
          (.5)
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

01/29/10  Phone conference with D. Blanks regarding tax
          claims (.5); research issues regarding tax
          claims (3.2)
          Lori Michelle Scott  3.70 hours at  335.00 per hour.    $1,239.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 8.3 | $4,980.00 |
| Craig D. Bell | $570.00 | 13.0 | $7,410.00 |
| Sarah B. Boehm | $495.00 | 3.1 | $1,534.50 |
| Daniel F. Blanks | $415.00 | 27.7 | $11,495.50 |
| Bryan A. Stark | $335.00 | 2.0 | $670.00 |
| Lori Michelle Scott | $335.00 | 3.7 | $1,239.50 |
| TOTAL FEES | | 57.8 | $27,329.50 |

Re: Claims Administration
    Our File No.              2055557-0250
    Circuit City Contact      Michelle Mosier
    McGuireWoods Contact      Douglas M. Foley

01/02/10  Review responses to omnibus objections (.9);
          work on response chart (1.2)
          Karen B. Cain   2.10 hours at  215.00 per hour.           $451.50

Circuit City Stores Inc
File Number: 2055557                                    Page   23
Invoice No. 91223655                                   February 9, 2010

01/04/10  Review claims status chart for unresolved claim
          objections and analyze issues regarding same
          and updates to same (2.6); review and analyze
          issues relating to Symantec/Navarre proposed
          stipulation (.3)
          Douglas M. Foley   2.90 hours at  600.00 per hour.      $1,740.00

01/04/10  Analyze claims, pleadings, and orders and
          revise adjourned claims summary chart (2.0);
          prepare for and participate in conference call
          regarding adjourned claims resolution strategy
          and status (2.2); analyze EDC discovery
          requests, objections and responses and
          documents regarding same and e-mails regarding
          upcoming deposition (1.8); analyze issues
          regarding C. Lee response to Omni 25 and
          e-mails regarding same (.4); e-mails with FTI
          regarding Toshiba claims and updates to CMS
          (.3); multiple calls and e-mails regarding
          claim objections and related matters (.9)
          Sarah B. Boehm   7.60 hours at  495.00 per hour.        $3,762.00

01/04/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and research multiple issues regarding
          same and update chart and other items regarding
          same (3.7); prepare for and participate in
          telephone conference with debtors'
          professionals regarding status of claims and
          related issues (2.2)
          Daniel F. Blanks   5.90 hours at  415.00 per hour.      $2,448.50

01/04/10  Prepare for and participate in claims telephone
          call (2.7); draft stipulation and forward to
          counsel for review (1.4); draft orders on
          omnibus objections (.5)
          Bryan A. Stark   4.60 hours at  335.00 per hour.        $1,541.00

01/04/10  Participate in claims meeting and revise
          response chart regarding same
          Linda J. Neilson   2.00 hours at  200.00 per hour.        $400.00

01/04/10  Research responses to omnibus objections (1.7);
          work on response chart of resolved claims
          (2.3); analyze status of pending claims (1.9)
          Karen B. Cain   5.90 hours at  215.00 per hour.         $1,268.50

Circuit City Stores Inc
File Number: 2055557                          Page  24
Invoice No. 91223655                          February 9, 2010

01/05/10  Several e-mails with client and debtors'
          professionals regarding status, revisions and
          comments to various stipulations in progress,
          including Navarre, Symantec, Samsung and TiVo
          and analyze issues regarding same
          Douglas M. Foley   2.30 hours at  600.00 per hour.     $1,380.00

01/05/10  Analyze issues regarding claim settlement
          stipulation and e-mails regarding same (.2);
          e-mails regarding PTO claimant who filed late
          response (.2); review and revise chart
          regarding resolved claims and e-mails regarding
          same (.3); e-mails with D. Cohen regarding SDI
          stipulation (.1); analyze pleadings and e-mails
          regarding supplemental order on Omni 19 and
          draft and revise order regarding same (.5);
          draft and revise responses to discovery
          propounded by EDC and analyze documents and
          e-mails regarding same (3.7); analyze claims
          and stipulations and e-mails with FTI regarding
          withdrawn claims and updates to CMS (.4);
          analyze issues and e-mails regarding adjourning
          Omni 63 regarding Weidler class (.3); multiple
          calls and e-mails regarding various claim
          matters (.9)
          Sarah B. Boehm   6.60 hours at  495.00 per hour.      $3,267.00

01/05/10  Continue resolution of claims and multiple
          e-mails and telephone conferences with
          claimants and research issues regarding same
          and review and analyze claims and other
          pleadings regarding same
          Daniel F. Blanks   3.30 hours at  415.00 per hour.    $1,369.50

01/05/10  Correspond regarding setoff and omnibus
          objections to claims (.5); e-mail regarding
          stipulations (.2)
          Bryan A. Stark   .70 hours at  335.00 per hour.        $234.50

01/05/10  Prepare chart of late claims motions (1.6);
          e-mail to and from professionals regarding
          status of late claim responses (.7); work on
          resolved claims chart (2.9); research class
          attorney claims and status (1.1)
          Karen B. Cain   6.30 hours at  215.00 per hour.       $1,354.50

Circuit City Stores Inc
File Number: 2055557                                        Page   25
Invoice No. 91223655                                       February 9, 2010

01/06/10  Telephone conference and e-mails with counsel
          for FM Facilities Maintenance and status of
          negotiations and reconciliation of claims and
          e-mails with client regarding same (.4); review
          and analyze court opinion on 502(d) and analyze
          issues relating to application of ruling to
          potential settlements (1.2); e-mails with
          debtors' professionals and committees'
          professionals regarding status of various
          settlement of claims (.4)
          Douglas M. Foley   2.00 hours at  600.00 per hour.      $1,200.00

01/06/10  Analyze and revise discovery propounded by EDC,
          analyze documents and prepare deposition
          exhibits, research, analyze and revise EDC
          supplemental objection and multiple calls and
          e-mails regarding same (3.8); e-mails regarding
          status of various claim matters and settlements
          (.4); analyze, finalize and file claim
          stipulation and e-mails regarding same (.6);
          analyze opinion and e-mails regarding same
          (.5); multiple calls and e-mails regarding
          various claim matters and analyze documents and
          claims regarding same (.8); telephone call from
          C. Jones and e-mails regarding Omni 63 claims
          (.3)
          Sarah B. Boehm   6.40 hours at  495.00 per hour.        $3,168.00

01/06/10  Continue resolution of claims and multiple
          telephone conferences with claimants regarding
          same and related issues and review and analyze
          claims, pleadings and other items regarding
          same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.      $1,909.00

01/06/10  Prepare for and have telephone call with debtor
          regarding stipulations (.6); revise
          supplemental order and submit to court (.4);
          correspond with creditor and debtors'
          professionals regarding same (.2)
          Bryan A. Stark   1.20 hours at  335.00 per hour.          $402.00

01/06/10  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson    .80 hours at  200.00 per hour.        $160.00

01/06/10  Research documents for deposition pursuant to
          30(b)(6) notice (2.1); prepare chart of class
          action claimants (1.6)
          Karen B. Cain   3.70 hours at  215.00 per hour.           $795.50

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91223655                                   February 9, 2010

01/07/10  Review status report with respect to claims
          settlements and settlements in progress and
          status of various litigation efforts to collect
          accounts receivable (.9); review and revise and
          analyze issues relating to Navarre and Symantec
          stipulation to resolve claims (.8)
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

01/07/10  Revise and finalize EDC discovery and serve
          same (1.3); research, draft and revise
          supplemental objection regarding EDC late claim
          motion and multiple calls and e-mails regarding
          same (1.6); multiple calls and e-mails
          regarding various claim matters, status
          conference continuance dates and related agenda
          matters (1.2); review and revise agenda and
          exhibit to agenda regarding claim matters
          (1.1); analyze documents and multiple calls and
          e-mails regarding supplemental order for Omni
          19 (.3); e-mails regarding Omni 63 claimants
          (.2)
          Sarah B. Boehm   5.70 hours at  495.00 per hour.       $2,821.50

01/07/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          and other items regarding same and research
          issues regarding same and draft orders,
          pleadings, and stipulations regarding same and
          file stipulations regarding same
          Daniel F. Blanks   6.30 hours at  415.00 per hour.     $2,614.50

01/07/10  Research and update stipulations resolving
          claims (1.2); correspond with debtors and
          debtors' professionals regarding stipulations
          and claims resolutions (.7); review and analyze
          settlement charts, research issues and respond
          with comments (1.3); correspond with creditors
          regarding settlements (.6)
          Bryan A. Stark   3.80 hours at  335.00 per hour.       $1,273.00

01/07/10  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.10 hours at  200.00 per hour.      $220.00

Circuit City Stores Inc
File Number: 2055557                                          Page  27
Invoice No. 91223655                                         February 9, 2010

01/07/10  Work on chart of completed responses to omnibus
          objections (1.7); analyze objection responses
          (1.9); work on chart of pending claims
          responses (1.3); work on exhibit to omnibus
          agenda (2.3)
          Karen B. Cain   7.20 hours at  215.00 per hour.        $1,548.00

01/08/10  Review and finalize various claims resolution
          stipulations for filing
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

01/08/10  Analyze and revise agenda exhibit regarding
          adjourned claims status and analyze claims
          chart regarding same (.8); analyze issues and
          e-mails regarding claim settlement and
          stipulations (.3); revise, finalize and submit
          supplemental orders regarding Omnis 8 and 19
          and multiple e-mails regarding same (.8);
          e-mails regarding Omni 19 summary judgment and
          related matters (.3)
          Sarah B. Boehm   2.20 hours at  495.00 per hour.       $1,089.00

01/08/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze multiple
          claims, pleadings, notices and other items
          regarding same and research issues regarding
          same and review matters analyze issues
          regarding same
          Daniel F. Blanks   4.10 hours at  415.00 per hour.     $1,701.50

01/08/10  Correspond with claimants regarding resolution
          of omnibus objections (.8); correspond with
          debtors' professionals regarding resolution of
          claims (.9); review and incorporate comments
          into orders (.6); review, analyze and file
          stipulations (.8)
          Bryan A. Stark   3.10 hours at  335.00 per hour.       $1,038.50

01/08/10  Revise chart of pending claims and responses
          for agenda exhibit purposes
          Karen B. Cain   1.90 hours at  215.00 per hour.          $408.50

01/10/10  Analyze EDC supplemental objection and e-mails
          regarding same
          Sarah B. Boehm   .30 hours at  495.00 per hour.          $148.50

01/11/10  Review updated unresolved claim objection
          resolution chart and review and revise several
          claim resolution stipulations for filing
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91223655                                    February 9, 2010

01/11/10  Revise, finalize and file EDC supplemental
          objection and e-mails regarding same (1.6);
          analyze and revise agenda and exhibit regarding
          adjourned claims and multiple e-mails regarding
          same (1.1); analyze and revise claims chart and
          multiple e-mails regarding same (.9); analyze
          remaining equity claims and responses and
          e-mails regarding strategy of resolving same
          (1.2); review responses to Omni 19 summary
          judgment (.7); multiple calls and e-mails
          regarding claim objection resolutions (1.1)
          Sarah B. Boehm   6.70 hours at  495.00 per hour.        $3,316.50

01/11/10  Continue resolution of claims and multiple
          e-mails and telephone conferences with parties
          regarding same and review and analyze claims,
          pleadings, notices and charts regarding same
          Daniel F. Blanks   3.70 hours at  415.00 per hour.      $1,535.50

01/11/10  Correspond with creditors counsel regarding
          resolution of claims (.8); research issues with
          claim amounts and other issues (1.5);
          correspond with debtors' professionals
          regarding same (.3); research and update
          omnibus objection (2.1); review and file notice
          of settlement and arrange for service (.8)
          Bryan A. Stark   5.50 hours at  335.00 per hour.        $1,842.50

01/11/10  Research electronic documents relating to
          claimant of late claim
          Karen B. Cain   2.70 hours at  215.00 per hour.           $580.50

01/12/10  Several e-mails with creditors and debtors'
          professionals regarding status of various claim
          objections including Carmax claims, and other
          pending claim settlement stipulations and
          analyze issues regarding same (1.8); e-mails
          regarding status of various other late claim
          motions, including adjournment of hearing on
          Site A claims (.4)
          Douglas M. Foley   2.20 hours at  600.00 per hour.      $1,320.00

01/12/10  Research and analyze issues regarding
          preparation for EDC late claim hearing and
          depositions (1.7); analyze documents, claims
          and issues and multiple calls and e-mails
          regarding various claim matters, resolution of
          objections and related matters (.9); review
          stipulations and e-mails regarding supplemental
          orders (.4)
          Sarah B. Boehm   3.00 hours at  495.00 per hour.        $1,485.00

Circuit City Stores Inc
File Number: 2055557                              Page  29
Invoice No. 91223655                             February 9, 2010

01/12/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants, debtors' professionals regarding
          same and review and analyze claims, pleadings,
          notices, and charts regarding same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.      $1,909.00

01/12/10  Review proofs of claims for issues resolution
          (1.4); correspond with creditors and debtors'
          professionals regarding same (.7); review and
          analyze request from creditors regarding status
          of claims (.7); research issues regarding
          ordinary course defense (2.3)
          Bryan A. Stark   5.10 hours at  335.00 per hour.        $1,708.50

01/12/10  Review responses to omnibus objections (1.6);
          work on tracking chart of open claims (2.1)
          Karen B. Cain   3.70 hours at  215.00 per hour.           $795.50

01/13/10  Prepare for and participate in depositions
          regarding EDC late claim litigation and
          multiple conferences regarding same (3.3);
          research and analyze documents and issues
          regarding preparation for hearing on EDC late
          claim motion (1.8); prepare for omnibus hearing
          regarding various claim matters and e-mails
          regarding claim summary chart (.7)
          Sarah B. Boehm   5.80 hours at  495.00 per hour.        $2,871.00

01/13/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review, analyze,
          and research issues regarding same
          Daniel F. Blanks   6.60 hours at  415.00 per hour.      $2,739.00

01/13/10  Research claims and update orders on omnibus
          objections (1.0); correspond with counsel to
          creditors regarding proofs of claims, omnibus
          objections, and orders thereto (.9); correspond
          with debtors' professionals regarding same
          (.7); review discovery requests, file and
          arrange for service (.6); review and file reply
          in support of summary judgment motion and
          appendix thereto (.8); correspond with chambers
          regarding same (.2)
          Bryan A. Stark   4.20 hours at  335.00 per hour.        $1,407.00

01/13/10  Prepare stipulation for Booth claim
          Linda J. Neilson   1.20 hours at  200.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91223655                                   February 9, 2010

01/13/10  Prepare documents and binders for omnibus
          objection hearing
          Karen B. Cain   3.10 hours at  215.00 per hour.        $666.50

01/14/10  Review status of unresolved claim objection
          responses and analyze issues and strategy
          regarding same
          Douglas M. Foley   2.30 hours at  600.00 per hour.   $1,380.00

01/14/10  Prepare for and participate in omnibus hearing
          regarding multiple claim objections and EDC
          late claim hearing (6.6); review and revise
          claim stipulation and e-mails regarding same
          (.2); review and revise claim summary chart and
          e-mails regarding same (.5)
          Sarah B. Boehm   7.30 hours at  495.00 per hour.     $3,613.50

01/14/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze multiple
          issues regarding same and research issues
          regarding same
          Daniel F. Blanks   3.50 hours at  415.00 per hour.   $1,452.50

01/14/10  Research and revise orders on omnibus
          objections (.7); correspond with counsel to
          creditors regarding omnibus objections and
          supplemental orders (1.6); correspond with
          debtors' professionals regarding same (.6);
          hearing on motion to allow late filed claim
          (1.4)
          Bryan A. Stark   4.30 hours at  335.00 per hour.     $1,440.50

01/15/10  Prepare for and participate in claims
          administration and omnibus claims to discuss
          outstanding unresolved objections and responses
          to same and collection of A/R preference issues
          (2.9); e-mails and analysis regarding landlord
          claim issues and mitigation requirement (.6)
          Douglas M. Foley   3.50 hours at  600.00 per hour.   $2,100.00

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91223655                                    February 9, 2010

01/15/10  Prepare for and participate in claims meeting
          regarding status of various claim and
          litigation matters and strategy regarding same
          (4.2); e-mails regarding transcript for hearing
          on EDC's late claim motion and related issues
          (.3); analyze issues regarding request for
          information regarding Marblegate settlement and
          e-mails regarding same (.3); review
          supplemental claim orders and e-mails regarding
          service of same (.3)
          Sarah B. Boehm   5.10 hours at  495.00 per hour.        $2,524.50

01/15/10  Prepare for and participate with debtors'
          professionals and in-house regarding claims and
          related issues and analyze items regarding same
          Daniel F. Blanks   4.40 hours at  415.00 per hour.      $1,826.00

01/15/10  Telephone conference call with debtors and
          debtors' professionals (1.4); correspond with
          counsel to creditors regarding omnibus
          objections (.6); research issues regarding
          stipulations (1.3); correspond with debtor and
          creditors' counsel regarding same (.4);
          research issues regarding inconsistent claim
          amounts (.8); draft notice of settlement
          agreement and file same (.6)
          Bryan A. Stark   5.10 hours at  335.00 per hour.        $1,708.50

01/15/10  Review, retrieve and organize responses to
          omnibus objections
          Linda J. Neilson   1.60 hours at  200.00 per hour.        $320.00

01/15/10  Review and analyze orders on omnibus objections
          and responses (1.2); work on tracking chart of
          claims (.9)
          Karen B. Cain   2.10 hours at  215.00 per hour.           $451.50

01/18/10  E-mails regarding Toshiba claims and analyze
          orders and issues regarding same
          Sarah B. Boehm   .30 hours at  495.00 per hour.           $148.50

01/18/10  E-mails and telephone conferences with parties
          regarding outstanding claims and related issues
          and review material regarding same and research
          issues regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.        $622.50

01/19/10  Several e-mails regarding Alliance and Sim
          claims and status and strategy going forward
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

Circuit City Stores Inc
File Number: 2055557                              Page  32
Invoice No. 91223655                             February 9, 2010

01/19/10  Continue claim objection resolutions, analyze
          claims and pleadings and multiple calls and
          e-mails regarding same (2.2); analyze issues
          regarding EDC findings of fact and conclusions
          of law and analyze transcripts regarding same
          (.9); analyze issues regarding Toshiba claims
          and e-mails regarding same (.5); analyze and
          revise Omni 65 objection to equity claims and
          e-mails regarding same (.5); analyze issues and
          e-mails regarding appeal of 502(d) opinion
          (.3); analyze responses and e-mails regarding
          orders on multiple omnibus objections (.4)
          Sarah B. Boehm   4.80 hours at  495.00 per hour.         $2,376.00

01/19/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.        $622.50

01/19/10  Research issues regarding claims objections
          (3.1); draft and revise orders on omnibus
          objections (1.2); correspond with counsel to
          creditors regarding supplemental orders on
          omnibus objections (1.1); correspond with
          debtors' professionals regarding same (.6);
          review and finalize stipulation with creditor
          (.6); file same and arrange for service (.3)
          Bryan A. Stark   6.90 hours at  335.00 per hour.         $2,311.50

01/19/10  Prepare chart for responses to debtor's
          thirty-seventh omnibus objections
          Linda J. Neilson   .50 hours at  200.00 per hour.         $100.00

01/19/10  Work on chart of responses to objections
          Karen B. Cain   .80 hours at  215.00 per hour.            $172.00

01/20/10  Analyze issues and e-mails with debtors'
          professionals regarding status of reclamation
          claims and additional briefing and e-mails with
          chambers regarding same (.6); e-mails regarding
          additional objections based upon
          reclassification of equity claims and review
          and analyze same (.4); several e-mails
          regarding status of late claims and findings of
          fact and conclusions of law relating to EDC and
          adjournment of motions to allow late claims and

Circuit City Stores Inc
File Number: 2055557                                    Page  33
Invoice No. 91223655                                   February 9, 2010

e-mails with debtors' professionals regarding
same (.5); analyze issues relating to appeal by
creditors as to section 502(d) ruling and
analyze issues regarding same (.6)
Douglas M. Foley   2.10 hours at  600.00 per hour.        $1,260.00

01/20/10   Continue claim objection resolutions, analyze
documents and claims and multiple calls and
e-mails regarding same (1.7); draft, revise,
analyze, finalize and submit orders on multiple
claim objections and multiple calls and e-mails
regarding same (1.8); analyze adjourned claims
chart and update same (.6); analyze claims and
issues regarding Omni 65 equity
reclassification and multiple e-mails regarding
same (.9); analyze strategy regarding multiple
claim objections and conference regarding same
(.7)
Sarah B. Boehm   5.70 hours at  495.00 per hour.         $2,821.50

01/20/10   Multiple telephone conferences and e-mails with
parties regarding claims and related issues and
review and analyze claims, pleadings, notices,
and charts regarding same and research multiple
issues regarding same
Daniel F. Blanks   4.80 hours at  415.00 per hour.       $1,992.00

01/20/10   IRS research (1.7); review and analyze exhibits
to orders (.8); correspond with creditors
counsel regarding orders and stipulations
(1.2); analyze creditor claims and objections
thereto (.8); correspond with creditors'
counsel regarding same (.3); update claim chart
(.7); finalize orders on objections and submit
to chambers (.4)
Bryan A. Stark   5.90 hours at  335.00 per hour.         $1,976.50

01/20/10   Review certain omni claim objections and
responses regarding resolution of multiple
claims
Lori Michelle Scott   2.30 hours at  335.00 per hour.     $770.50

01/20/10   Research claims and update response chart
regarding appeals from fifty-first and
fifty-second omnibus objection orders (3.2);
work on tracking chart of responses to omnibus
objections (.9)
Karen B. Cain   4.10 hours at  215.00 per hour.           $881.50

Circuit City Stores Inc
File Number: 2055557                                      Page  34
Invoice No. 91223655                                     February 9, 2010

01/21/10 Numerous e-mails with debtors' professionals
         and client regarding status of various claims,
         including contract rejection claims (1.7);
         e-mails regarding status of motions to
         reconsider and appeal motions relating to
         502(d) ruling (.7)
         Douglas M. Foley   2.40 hours at  600.00 per hour.      $1,440.00

01/21/10 Analyze various equity claims, finalize and
         file Omni 65 regarding equity claims and
         multiple calls and e-mails regarding same
         (1.2); analyze e-mails and issues regarding
         TiVo and certificate of no objection (.2);
         continue claim objection resolutions, analyze
         documents and multiple calls and e-mails
         regarding same (.7); analyze issues regarding
         late claims and draft and revise supplemental
         orders (.3); draft findings of fact and
         conclusions of law regarding EDC late claim
         motion (.5)
         Sarah B. Boehm   2.90 hours at  495.00 per hour.        $1,435.50

01/21/10 Multiple telephone conferences and e-mails with
         parties regarding resolution of claims, omnibus
         objections to claims, and other issues and
         review and analyze claims, pleadings, notices,
         orders, and other charts regarding same and
         research issues regarding same and draft
         omnibus objections to claims regarding same
         Daniel F. Blanks   5.20 hours at  415.00 per hour.      $2,158.00

01/21/10 Draft notice for and file omnibus objection to
         claims (.8); correspond with creditors counsel
         and debtors' professionals regarding orders and
         stipulations (.9); analyze claims filed and
         support thereof (1.2); review and analyze
         documentation and draft stipulation (2.8);
         review and file stipulation of no objections
         (.3); review and analyze exhibits to
         supplemental objections (.8); finalize
         supplemental objections and submit to chambers
         (.7)
         Bryan A. Stark   7.50 hours at  335.00 per hour.        $2,512.50

01/21/10 Review nineteenth omni objection and responses
         (.8); phone call with creditor regarding
         response and settlement (.5); draft
         supplemental order on nineteenth omni objection
         (.5)
         Lori Michelle Scott   1.80 hours at  335.00 per hour.    $603.00

Circuit City Stores Inc
File Number: 2055557                                    Page  35
Invoice No. 91223655                                   February 9, 2010

01/21/10  Prepare five stipulations resolving objections
          to claims in the thirty-seventh omnibus
          objection
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

01/21/10  Work on response tracking chart to incorporate
          status from professionals
          Karen B. Cain    .90 hours at  215.00 per hour.          $193.50

01/22/10  Several e-mails with client and with debtors'
          professionals regarding status of unresolved
          claim objections
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

01/22/10  Continue claim objection resolutions, review
          documents, review orders and stipulations and
          multiple calls and e-mails regarding same
          (1.8); draft and revise findings of fact and
          conclusions of law regarding EDC late claim
          motion and analyze issues regarding same (2.3)
          Sarah B. Boehm   4.10 hours at  495.00 per hour.       $2,029.50

01/22/10  Draft discovery responses (2.6); review and
          update stipulations with taxing authorities and
          forward to debtors' professionals (2.3);
          correspond with counsel to taxing authorities
          regarding same (.5); draft supplemental orders
          and forward to debtors' professionals and
          taxing authority for review (.8); review and
          analyze exhibits to same (.4); correspond with
          debtor regarding status of stipulation (.4)
          Bryan A. Stark   7.00 hours at  335.00 per hour.       $2,345.00

01/22/10  Review thirtieth and forty-second omni
          objections to claims and responses (1.7); phone
          call to creditor's counsel regarding settlement
          (.1); draft supplemental order on forty-second
          omni objection (.6); exchange e-mails regarding
          various claims (.1); exchange e-mails regarding
          Hartman claim (.2)
          Lori Michelle Scott   2.70 hours at  335.00 per hour.    $904.50

01/22/10  Organize documents regarding settlement and
          stipulations for omnibus Objection 37.
          Linda J. Neilson   .70 hours at  200.00 per hour.        $140.00

01/25/10  E-mails regarding potential settlements of
          various pending motions and review motions for
          late claims and analyze issues relating to omni
          mount
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                                   Page  36
Invoice No. 91223655                                  February 9, 2010

01/25/10 Multiple calls and e-mails regarding various
         omnibus objection resolutions and related
         matters (.6); review entered omnibus objections
         orders and e-mails regarding service of same
         (.3)
         Sarah B. Boehm   .90 hours at  495.00 per hour.        $445.50

01/25/10 E-mails and telephone calls to parties
         regarding late claim motions and adjournments
         (.5); continue resolution of claims and
         multiple conferences and e-mails with claimants
         regarding same and review and analyze claims,
         pleadings, charts, and other items regarding
         same (2.6); telephone conference and e-mails
         with parties regarding omni mount and analyze
         strategies regarding same (1.6)
         Daniel F. Blanks   4.70 hours at  415.00 per hour.   $1,950.50

01/25/10 Research and review claims to resolve issues
         and questions about same (.9); draft
         supplemental orders on omnibus objections
         (1.2); review and analyze exhibits thereto
         (.6); correspond with claimant counsel and
         debtors' professionals regarding stipulations
         resolving claims (.8); research duplicative
         claims and correspond with claimant's counsel
         and debtors' professionals regarding same (1.3)
         Bryan A. Stark   4.80 hours at  335.00 per hour.     $1,608.00

01/26/10 Review pleadings relating to 502(d) objection
         and reclamation claims objections regarding
         proceeds and Section 363(e) of the bankruptcy
         code and e-mails with co-counsel regarding same
         (.8); e-mails with creditors' counsel regarding
         status of resolution of omnibus claims
         objections and responses (.8)
         Douglas M. Foley   1.60 hours at  600.00 per hour.     $960.00

01/26/10 Analyze and revise multiple omnibus objection
         orders and e-mails regarding same (.4); analyze
         and revise adjourn chart regarding status of
         various matters (.4); e-mails regarding
         administrative claims bar date pleadings (.2);
         review notice of hearing regarding equity
         claims and multiple e-mails regarding same
         (.3); continue claim objection resolutions and
         multiple calls and e-mails regarding same (1.0)
         Sarah B. Boehm   2.30 hours at  495.00 per hour.     $1,138.50

Circuit City Stores Inc
File Number: 2055557                                           Page  37
Invoice No. 91223655                                    February 9, 2010

01/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants, parties, and debtors' professionals
          regarding same and review and analyze claims,
          pleadings, charts, and other documents
          regarding same
          Daniel F. Blanks   3.10 hours at  415.00 per hour.      $1,286.50

01/26/10  Correspond with creditors counsel regarding
          orders and stipulations (1.1); analyze creditor
          claims and objections thereto (.6); finalize
          orders on objections and submit to chambers
          (.8); draft notice of hearing to go forward on
          merits of omnibus objections, correspond with
          debtors' professionals regarding same,
          incorporate comments and file (.9); correspond
          with claimant counsel regarding duplicate
          claims (.3); review and file reply in support
          of summary judgment (1.1); correspond with
          court regarding same (.3); review files for
          administrative bar date documentation and
          correspond with debtors' professionals
          regarding same (.5)
          Bryan A. Stark   5.60 hours at   335.00 per hour.       $1,876.00

01/26/10  Review materials relevant to claims disputes
          Lori Michelle Scott    .80 hours at  335.00 per hour.    $268.00

01/26/10  Review and revise claims charts (resolved and
          outstanding)
          Linda J. Neilson   2.30 hours at  200.00 per hour.       $460.00

01/27/10  Review and revise brief regarding reclamation
          claim objections and reclassification issues
          and motion to reconsider (.7); several e-mails
          with creditors counsel regarding status of
          claims resolution matters (1.3)
          Douglas M. Foley   2.00 hours at  600.00 per hour.     $1,200.00

01/27/10  Prepare for and attend claims meeting regarding
          various claim and litigation matters (5.8);
          review entered claim orders and e-mails
          regarding same (.3)
          Sarah B. Boehm   6.10 hours at  495.00 per hour.       $3,019.50

01/27/10  Prepare for and participate in telephone
          conference with debtors' professionals and
          client regarding claims, strategies and other
          issues regarding same (5.7); continue
          resolution of claims and multiple telephone

Circuit City Stores Inc
File Number: 2055557                                Page  38
Invoice No. 91223655                                February 9, 2010

conference and e-mails with parties regarding
same and review and analyze documents,
pleadings, charts, and other material regarding
same (.6); review and analyze pleadings
regarding administrative bar date and related
issues and e-mails with debtors' professionals
regarding same (.8)
Daniel F. Blanks   7.10 hours at  415.00 per hour.        $2,946.50

01/27/10  Review, analyze and file objection to motion
          for reconsideration (.8); correspond with
          outside counsel to creditors and debtors'
          professionals regarding stipulations (.5);
          incorporate comments and revisions to
          supplemental orders and exhibits (.8);
          correspond with debtors' professionals
          regarding same (.4)
          Bryan A. Stark   2.50 hours at  335.00 per hour.       $837.50

01/27/10  Review settlement offer (.2); phone call with
          opposing counsel regarding same (.1); exchange
          e-mails regarding same (.1)
          Lori Michelle Scott   .40 hours at  335.00 per hour.   $134.00

01/27/10  Review and revise omnibus objections charts
          (resolved and pending)
          Linda J. Neilson   1.30 hours at  200.00 per hour.     $260.00

01/28/10  E-mails regarding status of unresolved claim
          objections and analyze issues and strategy
          regarding same (.9); review and revise second
          administrative claim bar date notice and
          e-mails with debtors professionals regarding
          same (.8)
          Douglas M. Foley   1.70 hours at  600.00 per hour.    $1,020.00

01/28/10  Analyze issues regarding Madcow motions for
          payment of administrative expense claims and
          e-mails regarding same (.4); e-mails regarding
          status of various omnibus objection claim
          resolutions and review orders regarding same
          (.5); draft and revise findings of fact and
          conclusions of law and multiple e-mails
          regarding same (2.9); analyze pleadings and
          e-mails regarding motion to set administrative
          claims bar date (.3); continue claim objection
          resolutions and multiple calls and e-mails
          regarding same (.9)
          Sarah B. Boehm   5.00 hours at  495.00 per hour.      $2,475.00

Circuit City Stores Inc
File Number: 2055557                                   Page  39
Invoice No. 91223655                                  February 9, 2010

01/28/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and research issues regarding
          same and review and analyze claims, pleadings,
          charts, and other material regarding same
          Daniel F. Blanks   4.10 hours at  415.00 per hour.       $1,701.50

01/28/10  Research issues and correspond with the debtors
          professionals regarding status of omnibus
          objections (.7); correspond with debtors'
          professionals and taxing authorities regarding
          claims (.6); correspond with creditors
          regarding review of supplemental orders on
          omnibus objections (.7); correspond with
          debtors regarding withdrawal of claims and
          status of omnibus objections (.6); review
          stipulation, file notice of stipulation and
          arrange for service (.6); draft notice of
          motion and prepare notice and motion for filing
          (.6); correspond with debtors' professionals
          regarding same (.4)
          Bryan A. Stark   4.20 hours at  335.00 per hour.         $1,407.00

01/28/10  Review docket for updates to omnibus objections
          and revise charts
          Linda J. Neilson    .30 hours at  200.00 per hour.          $60.00

01/29/10  Review and revise proposed findings and
          conclusions on EDC late claim motion and
          e-mails with debtors professionals regarding
          strategy for resolution of remaining late claim
          matters
          Douglas M. Foley   1.90 hours at  600.00 per hour.       $1,140.00

01/29/10  Revise, finalize and submit findings of fact
          and conclusions of law regarding EDC late claim
          motion and multiple e-mails regarding same
          (1.3); continue claim objection resolutions and
          multiple calls and e-mails regarding same
          (1.3); review and revise adjourned claim
          summary chart (.3)
          Sarah B. Boehm   2.90 hours at  495.00 per hour.         $1,435.50

01/29/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other items regarding
          same and research issues regarding same
          Daniel F. Blanks   4.30 hours at  415.00 per hour.       $1,784.50

Circuit City Stores Inc
File Number: 2055557                                    Page   40
Invoice No. 91223655                                   February 9, 2010

01/29/10  Revise supplemental order on omnibus objection
          and send to creditor counsel (.3); correspond
          with debtors' professionals regarding same
          (.2); draft notice of stipulation and consent
          order (1.0); correspond with debtors'
          professionals regarding same (.3); file notice
          of stipulation and arrange for service (.3)
          Bryan A. Stark   2.10 hours at  335.00 per hour.           $703.50

01/29/10  Phone call with opposing counsel regarding
          settlement of various claims (.8); exchange
          e-mails regarding same (.1); exchange e-mails
          regarding exhibits to supplemental order (.1);
          review exhibit to supplemental order (.2)
          Lori Michelle Scott   1.20 hours at  335.00 per hour.      $402.00

01/29/10  Review and revise charts for resolved and
          pending claims
          Linda J. Neilson   .80 hours at  200.00 per hour.          $160.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 32.0 | $19,200.00 |
| Sarah B. Boehm | $495.00 | 91.7 | $45,391.50 |
| Daniel F. Blanks | $415.00 | 83.3 | $34,569.50 |
| Bryan A. Stark | $335.00 | 84.1 | $28,173.50 |
| Lori Michelle Scott | $335.00 | 9.2 | $3,082.00 |
| Karen B. Cain | $215.00 | 44.5 | $9,567.50 |
| Linda J. Neilson | $200.00 | 15.2 | $3,040.00 |
| TOTAL FEES | | 360.0 | $143,024.00 |

**Re: Disclosure Statement and Plan**
     **Our File No.**            2055557-0270
     **Circuit City Contact**    **Michelle Mosier**
     **McGuireWoods Contact**    **Douglas M. Foley**

01/19/10  Revise, finalize and file notice of continued
          confirmation hearing and multiple e-mails
          regarding same
          Sarah B. Boehm   .50 hours at  495.00 per hour.            $247.50

01/22/10  E-mails with counsel relating to Rule 3020
          motions and continuance of confirmation hearing
          from January 28th hearing date
          Douglas M. Foley   .40 hours at  600.00 per hour.          $240.00

01/29/10  Draft notice of continued confirmation hearing
          and e-mails regarding same
          Sarah B. Boehm   .30 hours at  495.00 per hour.            $148.50

Circuit City Stores Inc
File Number: 2055557                              Page  41
Invoice No. 91223655                              February 9, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 0.4 | $240.00 |
| Sarah B. Boehm | $495.00 | 0.8 | $396.00 |
| TOTAL FEES | | 1.2 | $636.00 |

**Re: Employee Benefits/Pensions**
  Our File No.              2055557-0280
  Circuit City Contact      Michelle Mosier
  McGuireWoods Contact      Douglas M. Foley

01/08/10  401(k) plan qualified domestic relations order
          review for D. Cagwin (.4); draft proposed plan
          administrator response (1.1); e-mail H. Mertin
          (.2)
          Elizabeth A. Diller   1.70 hours at   300.00 per hour.   $510.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Elizabeth A. Diller | $300.00 | 1.7 | $510.00 |
| TOTAL FEES | | 1.7 | $510.00 |

**Re: Intellectual Property Matters**
  Our File No.              2055557-0310
  Circuit City Contact      Michelle Mosier
  McGuireWoods Contact      Douglas M. Foley

01/05/10  E-mails and phone calls with J. Preas regarding
          status of marks and attaching current trademark
          report
          Douglas B. Smith   .50 hours at   320.00 per hour.   $160.00

01/05/10  Discussion with D. Smith (.1); e-mail to D.
          Smith regarding TOTAL PROTECTION deadline (.1)
          Kymberleigh B. Gokey   .20 hours at   175.00 per hour.   $35.00

01/06/10  Discussion with D. Smith regarding status of
          trademark renewals and follow-up required
          Kymberleigh B. Gokey   .20 hours at   175.00 per hour.   $35.00

01/15/10  Locate instructions regarding the mark SENS
          Douglas B. Smith   .30 hours at   320.00 per hour.   $96.00

01/15/10  Review docket reminder (.1); check status of
          instructions regarding maintenance and e-mail
          to D. Smith (.1)
          Kymberleigh B. Gokey   .20 hours at   175.00 per hour.   $35.00

Circuit City Stores Inc
File Number: 2055557                                    Page  42
Invoice No. 91223655                                   February 9, 2010

01/19/10 Discussion with J. Peyton regarding statement
         of use deadline for SENS mark (.1); discussion
         with D. Smith regarding same (.1)
         Kymberleigh B. Gokey    .20 hours at  175.00 per hour.    $35.00

01/22/10 E-mails with J. Preas and D. Miller regarding
         renewal of SENS
         Douglas B. Smith    .30 hours at  320.00 per hour.        $96.00

01/26/10 E-mail to J. Preas regarding SENS
         Douglas B. Smith    .30 hours at  320.00 per hour.        $96.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $320.00 | 1.4 | $448.00 |
| Kymberleigh B. Gokey | $175.00 | 0.8 | $140.00 |
| TOTAL FEES | | 2.2 | $588.00 |

Disbursements and Other Expenses:

|  |  |
|---|---|
| Copy Charges | $1,011.60 |
| Pacer Research | $44.24 |
| Long Distance Telephone Charges | $77.00 |
| 12/04/09 GENESYS CONFERENCING - Conference call hosted by D. Foley on 12/04/2009 | $9.32 |
| 01/04/10 SARAH B. BOEHM - Van shuttle to bankruptcy court 12/21 | $191.25 |
| 01/07/10 DOUGLAS M. FOLEY - Attend meeting to discuss and work on EDC litigation 1/04; hotel, meals, mileage | $330.21 |
| 01/14/10 GENESYS CONFERENCING - Conference call hosted by D. Foley on 01/14/2010 | $216.75 |
| 01/15/10 FedEx Priority Overnight to Wilmington, DE - Tracking #:  439353838580 | $18.46 |
| 01/15/10 FedEx Priority Overnight to Wilmington, DE - Tracking #:  439353838590 | $21.47 |
| 01/15/10 FedEx Priority Overnight to Glen Allen, VA - Tracking #:  439353838730 | $7.78 |
| 01/15/10 FedEx Priority Overnight to Wilmington, DE - Tracking #:  439353838605 | $24.42 |
| 01/19/10 FedEx Priority Overnight to Wilmington, DE - Tracking #:  986584523744 | $14.54 |
| 01/20/10 SARAH B. BOEHM - Hearing preparation lunch 1/14 | $96.27 |
| 01/22/10 KAREN B. CAIN - Attend pre-hearing 1/14; meal | $9.97 |
| 01/22/10 DANIEL F. BLANKS - Travel to and from Richmond to attend meetings with client 1/14 - 1/15; hotel, meals, mileage | $305.71 |
| 01/25/10 DOUGLAS M. FOLEY - Travel to and from Richmond to prepare for and attend depositions, court hearings and meetings with client 1/11 - 1/14; hotel, meals, mileage | $1,698.60 |

Circuit City Stores Inc
File Number: 2055557                                          Page   43
Invoice No. 91223655                                    February 9, 2010

| | | |
|---|---|---|
| 01/26/10 | RESTAURANTEUR, INC. - Lunch 1/13/10 | $104.34 |
| 01/27/10 | BIZPORT - LOGISTICS - Delivery from MW Richmond to Sands Anderson Marks Miller 12/15/09 | $16.00 |
| 01/27/10 | FedEx Priority Overnight to Melville, NY Tracking #:  439495722808 | $11.92 |
| 01/27/10 | BIZPORT - LOGISTICS - Delivery from MW Richmond to US Bankruptcy Court 12/17/09 | $8.00 |
| 01/27/10 | FedEx Priority Overnight to Houston, TX Tracking #:  439495723024 | $10.87 |
| 01/28/10 | J&J COURT TRANSCRIBERS INC - Federal Court daily on 1/14/2010 | $144.00 |
| 01/28/10 | FedEx Priority Overnight to Washington, DC Tracking #:  439495723285 | $24.42 |
| 01/28/10 | FedEx Priority Overnight to Washington, DC Tracking #:  439495723697 | $7.78 |
| 01/28/10 | FedEx Priority Overnight to Allentown, PA US Tracking #:  439495723686 | $8.92 |
| | TOTAL EXPENSES | $4,413.84 |

Summary of Fees and Expenses:

| | |
|---|---|
| Total Fees for all Matters: | $242,481.00 |
| Total Expenses for all Matters: | $4,413.84 |
| Total for this Invoice: | $246,894.84 |