Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

**SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be

given; and the Court having entered the Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) on October 9, 2009 (Docket No. 5192) (the "Initial Order"); and it appearing that the claimants set forth on Exhibit A filed responses to the Objection (the "Responses"); and the Court having held a hearing with respect to the foregoing on March 8, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED to the extent set forth herein.

2. Notwithstanding the Initial Order, the claims identified on Exhibit A (as attached hereto and incorporated herein) are reclassified as set forth on Exhibit A.

3. The Responses filed by the claimants identified on Exhibit A are deemed OVERRULED.

4. The Debtors' rights to object to any claims, including the claims on Exhibit A, on any grounds that the applicable law permits are not waived and are expressly reserved.

    5.   To the extent that this Order conflicts with the Initial Order, this Order shall control.

    6.   The Debtors shall serve a copy of this Order on the claimants included on Exhibit A to this Order on or before seven (7) days from the entry of this Order.

    7.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       _____, 2010


                                    _____
                                    Honorable Kevin R. Huennekens
                                    United States Bankruptcy Judge

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

          - and -

_/s/ Douglas M. Foley         __
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession
```

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

4

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 7295<br>Date Filed: 01/26/2009<br>Docketed Total: $894,082.30<br>Filing Creditor Name and Address:<br>AMORE CONSTRUCTION COMPANY<br>8409 LAUREL FAIR CIR STE 103<br>TAMPA, FL 33610 | Claim Holder Name and Address<br>AMORE CONSTRUCTION COMPANY<br>8409 LAUREL FAIR CIR STE 103<br>TAMPA, FL 33610 | | | Case Number: 08-35653<br>Docketed Total: $894,082.30 | | | | | | Case Number: 08-35653<br>Modified Total: $894,082.30 | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$886,062.30 | Priority | Unsecured<br>$8,020.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$894,082.30 |
| Claim: 9293<br>Date Filed: 01/30/2009<br>Docketed Total: $1,136.75<br>Filing Creditor Name and Address:<br>CYNDI CYNTHIA ANN HAINES<br>831 SARAH DR<br>DECATAR, IL 62526 | Claim Holder Name and Address<br>HAINES, CYNDI CYNTHIA ANN<br>831 SARAH DR<br>DECATAR, IL 62526 | | | Case Number: 08-35653<br>Docketed Total: $1,136.75 | | | | | | Case Number: 08-35653<br>Modified Total: $1,136.75 | | |
| | 503(b)(9) | Reclamation | Admin | Secured<br>$1,136.75 | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$1,136.75 | Unsecured |

**Total Claims To Be Modified: 2**

**Total Amount As Docketed:** $895,219.05

**Total Amount As Modified:** $895,219.05

\*    "UNL" denotes an unliquidated claim.