Rodney F. Page, VSB No. 12402
William E. Olson, VSB No. 47251
Bryan Cave, LLP
1155 F Street, NW
Washington, DC 20004
(202) 508-6000 (Telephone)
(202) 508-6200(Facsimile)
rfpage@bryancave.com
weolson@bryancave.com

Counsel for Berkadia Commercial Mortgage, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC.,** *et al* | § | **Case No. 08-35653 (KRH)** |
| | § | |
| Debtor. | § | **Jointly Administered** |
| | § | |

### NOTICE OF APPEARANCE OF WILLIAM E. OLSON

Please note the appearance of William E. Olson as co-counsel for Berkadia Commercial Realty, LLC in this matter.

Dated: March 17, 2010                    Respectfully Submitted,

                                         BRYAN CAVE LLP

                              By:    //s// Rodney F. Page
                                     Rodney F. Page, VSB 12402
                                     William E. Olson, VSB 47251
                                     Bryan Cave LLP
                                     1155 F Street, NW
                                     Washington, DC 20004
                                     202-508-6000 – Telephone
                                     202-508-6200– Facsimile
                                     rfpage@bryancave.com
                                     weolson@bryancave.com

                                     Counsel for Berkadia Commercial Mortgage LLP

359497.1