IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:                                              :
                                                    :       Chapter 11
CIRCUIT CITY STORES, INC., et al.                   :       Case No. 08-35654
                                                    :
        Debtors                                     :       Jointly Administered with
                                                    :       Case No. 08-35653
------------------------------------------------------------x

## PROOF OF SERVICE

STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

On Wednesday, March 17, 2010 I served the foregoing document described as:

- **DECLARATION OF JACK HERNANDEZ**

- **DECLARATION OF ROBERT GENTRY**

- **DECLARATION OF JONATHAN CARD**

- **DECLARATION OF JOSEPH SKAF**

- **DECLARATION OF MATTHEW RIGHETTI IN SUPPORT OF CREDITORS GENTRY, HERNANDEZ, CARD AND SKAF'S OMNIBUS OPPOSITION TO DEBTOR'S MOTIONS FOR SUMMARY JUDGMENT AND APPLICATION FOR A RULE 56(f) CONTINUANCE**

- **CREDITORS GENTRY, HERNANDEZ, CARD AND SKAF'S OMNIBUS OPPOSITION TO DEBTOR'S MOTIONS FOR SUMMARY JUDGMENT AND APPLICATION FOR A RULE 56(f) CONTINUANCE**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

| | |
|---|---|
| 1 | **Rex Darrell Berry**<br>**BERRY & BLOCK, LLP**<br>2150 River Plaza Dr. Ste. 415<br>Sacramento, CA 95833<br>Fax: 916-564-2024<br>RBerry@berryblock.com |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | **Kelly L. Hensley**<br>**SHEPPARD, MULLIN, RICHTER AND HAMPTON**<br>333 S. Hope Street, 48th Floor<br>Los Angeles, CA 90017 |
| 7 | |
| 8 | **David R. Markham**<br>**R. Craig Clark**<br>**James M. Treglio**<br>**CLARK & MARKHAM, LLP**<br>600 B Street, Suite 2130<br>San Diego, CA 92101 |
| 9 | |
| 10 | |
| 11 | |
| 12 | **Kristin Major**<br>**Meredith Edelman**<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 South Grand Avenue<br>Los Angeles, CA 90071<br>Fax: (213) 687-5600 |
| 13 | |
| 14 | |
| 15 | |
| 16 | **Circuit City Stores, Inc., et al.**<br>**Claims Processing Department**<br>**KURTZMAN CARSON CONSULTANTS LLC**<br>2335 Alaska Avenue<br>El Segundo, CA 90245 |
| 17 | |
| 18 | |
| 19 | |
| 20 | **Sarah K. Baker**<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**<br>155 North Waker Drive<br>Chicago, IL 60606 |
| 21 | |
| 22 | |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | |
| 28 | |

2
PROOF OF SERVICE

1  **Dion W. Hayes**
   **Douglas Foley**
2  **MCGUIREWOODS LLP**
   One James Center
3  901 E. Cary Street
   Richmond, VA 23219
4

5  (X)    **VIA U.S. MAIL:**
   I am readily familiar with the firm's practice of collection and processing of
6  correspondence for mailing. Under that practice such envelopes would be deposited with
   the U.S. postal service on Wednesday, March 17, 2010 with postage thereon fully
7  prepaid, at San Francisco, California.

8  (X)    **VIA ELECTRONIC MAIL**
   By emailing the above documents referenced to the recipients listed herein who did not
9  opt out of electronic service.

10
        I declare under penalty of perjury under the laws of the State of California that the above
11 is true and correct and was executed on Wednesday, March 17, 2010, at San Francisco,
   California.
12

13
                                    /s/ Brittany Gery
14                                  Brittany Gery

---
3
PROOF OF SERVICE