**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |

**FIFTH INTERIM APPLICATION OF TAVENNER & BERAN, PLC**
**FOR ALLOWANCE OF COMPENSATION AND EXPENSE**
**REIMBURSEMENT AS LOCAL COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for the Official Committee

of Unsecured Creditors (the "Committee") of Circuit City Stores, Inc. and the related debtors

(collectively, the "Debtors"), submits the following as its Fifth Interim Application For

Allowance Of Compensation And Expense Reimbursement As Local Counsel To The Official

Committee of Unsecured Creditors  (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

503(b) and Rule 2016 of the Federal Rules of Bankruptcy Procedure.  In this Application,

Tavenner & Beran seeks approval of compensation in the amount of $22,045.50 and

reimbursement of expenses in the amount of $591.25 for the period of November 1, 2009

through January  31, 2010, and in support thereof states as follows:

### Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary

petitions in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-

1330 (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

2.      On November 12, 2008, the Office of the United States Trustee (the "U.S.

Trustee") appointed the Official Committee of Unsecured Creditors of the Debtors.  The U.S.

Trustee increased the membership of the Committee by two creditors on November 13, 2008.

3.      The Committee is presently composed of the following eleven creditors: (i)

Alliance Entertainment; (ii) Developers Diversified Realty Corp.; (iii) Garmin International,

Inc.; (iv) Hewlett-Packard Company; (v) LG Electronics USA, Inc.; (vi) Paramount Home

Entertainment; (vii) Pension Benefit Guarantee Corporation; (viii) Samsung Electronics

America, Inc.; (ix) Simon Property Group, Inc.; (x) Toshiba America Consumer Products, LLC;

and (xi) Weidler Settlement Class.

4.      The Committee held its organizational meeting, and decided to retain Pachulski

Stang Ziehl & Jones LLP ("PSZJ") as its lead counsel, Tavenner & Beran as its local counsel,

and Protiviti, Inc. and Jefferies & Company as financial advisors.

5.      On or about December 22, 2008, the Committee filed an application to employ

Tavenner & Beran as its local counsel.  On or about January 20, 2009, this Court entered an

order approving the Committee's employment of Tavenner & Beran (the "Employment Order").

6.      On or about March 17, 2009, Tavenner & Beran filed its First Interim Application

of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as

Local Counsel to the Official Committee of Unsecured Creditors (the "First Interim

Application"). On or about April 27, 2009, this Court entered an order approving the First

Interim Application.   On or about June 15, 2009, Tavenner & Beran filed its Second Interim

Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense

Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the

"Second Interim Application").  On or about July 23, 2009, this Court entered an order

approving the Second Interim Application.  On or about September 14, 2009, Tavenner & Beran

filed its Third Interim Application Of Tavenner & Beran, PLC for Allowance of Compensation

and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors

(the "Third Interim Application").  On or about November 6, 2009, the Court entered an order

approving the Third Interim Application.  On or about December 14, 2009, Tavenner & Beran

filed its Fourth Interim Application Of Tavenner & Beran, PLC For Allowance Of

Compensation And Expense Reimbursement As Local Counsel For The Official Committee of

Unsecured Creditors (the "Fourth Interim Application") and thereafter the Court entered an order

approving the Fourth Interim Application.

7.      Since the filing of the First Interim Application, Second Interim Application,

Third Interim Application and Fourth Interim Application, Tavenner & Beran has rendered

professional services to the Committee from and including November 1, 2009 through and

including January 31, 2010 for which it seeks compensation in the amount of $22,045.50.

Attached hereto as <u>Exhibit A</u> is a statement of the fees incurred.  During this time, Tavenner &

Beran incurred $591.25 in out-of-pocket expenses for which it seeks reimbursement.  Attached

hereto as <u>Exhibit A – Additional Charges Section</u> is a statement of the expenses incurred.

8.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Employment and Case Status

9.      As authorized in the Employment Order, the terms of Tavenner & Beran's

employment are as follows:  Tavenner & Beran charges legal fees on an hourly basis at its

attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience.

Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred

such as copying, long distance telephone, travel, overnight mail, telecopies, computer research

and other disbursements.

10.     The names of all Tavenner & Beran attorneys and paralegals requesting

compensation and their respective hourly rates are set forth on <u>Exhibit A</u> attached hereto.

11.      To the best of Tavenner & Beran's knowledge, information and belief, the

Debtors are paying post-petition expenses in the ordinary course and/or as required by this

Court.  To the best of Tavenner & Beran's knowledge, information and belief, the Debtors have

sufficient funds on hand to pay the compensation and reimbursement of expenses requested

herein.

12.     Tavenner & Beran has not previously filed an application for the allowance of

compensation and expense reimbursement for amounts sought in this Application.

## Summary of Services Rendered

13.     Tavenner & Beran provided various services to the Committee, which may be summarized as follows:

A.     <u>Case Administration</u>:  - Total Hours 45.70                    Total $11,001.50

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 0.20 | $70.00 |
| Lynn L. Tavenner | 1989 | $340.00 | 2.00 | $680.00 |
| Paula S. Beran | 1992 | $340.00 | 0.90 | $306.00 |
| Paula S. Beran | 1992 | $330.00 | 25.10 | $8,283.00 |
| David L. Leadbeater | N/A | $95.00 | 17.50 | $1,662.50 |

<u>Description</u>
Conferences, correspondence, document preparation and review and Court appearances on case administrative matters.

Attached hereto as <u>Exhibit A – Case Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these cases.

B.     <u>Claims Administration</u>:  - Total Hours 14.80        Total $4,441.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 7.40 | $2,590.00 |
| Lynn L. Tavenner | 1989 | $340.00 | 1.70 | $578.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 0.20 | $0.00 |
| Paula S. Beran | 1992 | $340.00 | 1.90 | $690.00 |
| Paula S. Beran | 1992 | $330.00 | 1.90 | $627.00 |
| Paula S. Beran | 1992 | $0.00 | 1.70 | $0.00 |

<u>Description</u>
Correspondence, conferences, document review and research regarding pre and post-petition creditor claims.

Attached hereto as <u>Exhibit A – Claims Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

---

[2] Certain hours were recorded but not billed to the estates.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in its analysis of creditor claims.

C.    Fee/Employment Applications:  - Total Hours 15.10        Total $3,706.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 2.00 | $700.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 1.30 | $0.00 |
| Paula S. Beran | 1992 | $340.00 | 0.50 | $170.00 |
| Paula S. Beran | 1992 | $330.00 | 7.50 | $2,475.00 |
| David L. Leadbeater | N/A | $95.00 | 3.80 | $361.00 |

Description
Correspondence, conferences, document preparation, document review and Court
appearances relating to the employment and/or compensation of bankruptcy
professionals.

Attached hereto as Exhibit A – Fee/Employment Applications Section is a complete
statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary for the Committee to be properly represented and advised
by its professionals.

D.    Plan and Disclosure Statement:  - Total Hours 10.20        Total $2,897.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[4] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 1.40 | $490.00 |
| Lynn L. Tavenner | 1989 | $340.00 | 2.90 | $986.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 0.10 | $0.00 |
| Paula S. Beran | 1992 | $330.00 | 4.10 | $1,353.00 |
| Paula S. Beran | 1992 | $0.00 | 1.50 | $0.00 |

Description
Correspondence, conferences, document preparation, document review and Court
appearances relating to the plan and disclosure statement.

Attached hereto as Exhibit A – Plan and Disclosure Statement is a complete statement of
such services rendered by Tavenner & Beran.

---

[3] Certain hours were recorded but not billed to the estates.
[4] Certain hours were recorded but not billed to the estates.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee with fostering the goals of the Debtors' bankruptcy cases and to analyze plan alternatives.

14.     The total amount of interim compensation requested by Tavenner & Beran is based on the hourly rates normally charged by the attorneys and the paralegals who performed legal services for the Committee in this matter are further summarized on <u>Exhibit A</u>.

15.     Pursuant to the Order Establishing Procedures For Interim Compensation entered on December 9, 2008 (the "Interim Compensation Order"), Tavenner & Beran could have requested eighty-five percent (85%) of its monthly fees and one hundred percent (100%) of its monthly expenses.  Tavenner & Beran did not make any such request.  Therefore, fees and expenses in the total amount of this Application remain outstanding.

16.     Attached hereto as <u>Exhibit B</u> is a summary sheet concerning this Application. The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized area of bankruptcy and in practice before the United States Bankruptcy Court.  Such fees are customary for specialized bankruptcy practice and are comparable in amount to services rendered by other attorneys in the area.  The fees sought herein are reasonable considering the nature and extent of the work, the time spent, and the value of the services.

17.     Tavenner & Beran hereby certifies that it has submitted and served monthly statements as required under the Interim Compensation Order.  In addition, it will file and serve this Application as required under the Interim Compensation Order.

**<u>Applicable Legal Standard</u>**

18.     The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals.  The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

19.     Under § 330 and of the Bankruptcy Code, the Court may award counsel to the
Committee reasonable compensation for actual, necessary services rendered by such attorneys
and paraprofessionals employed by such attorneys based on the nature, extent and value of the
services rendered, time spent on such services and the cost of comparable services other than in a
bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary
expenses.

20.     The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable
and necessary charges for items such as photocopying, long distances telephone calls, facsimiles,
delivery services and messenger services, transcript preparation and filing fees.

21.     Under the "lodestar" approach, the Court should consider the number of hours of
service reasonably devoted to the case multiplied by the attorney's reasonable rates.  Courts
frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway
Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth
Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934
(1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit
held that the District Court should employ the lodestar approach, and then adjust the fee on the
basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

(a)     the time and labor required;
(b)     the novelty and difficulty of the questions;
(c)     the skill requisite to perform the legal service properly;
(d)     the preclusion of other employment by the attorney due to acceptance of the case;
(e)     the customary fee;
(f)     whether the fee is fixed or contingent;
(g)     time limitations imposed by the client or the circumstances;
(h)     the amount involved and the results obtained;
(i)     the experience, reputation and ability of the attorneys;
(j)     the "undesirability" of the case;
(k)     the nature and length of the professional relationship with the client; and
(l)     awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

22.     Tavenner & Beran believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the Committee's obligations in these cases and the scope and nature of the matters in which the Committee was involved to competently represent the Committee.

23.     Upon information and belief, the rates charged by Tavenner & Beran are less than legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran believes that the fees requested herein clearly satisfy the Johnson factors as set forth above.

## Conclusion

WHEREFORE, Tavenner & Beran submits this Application for allowance of interim compensation for professional services rendered by Tavenner & Beran in the amount of $22,045.50 and reimbursement of out-of-pocket expenses in the amount of $591.25.  Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit C approving the compensation and reimbursement of expenses requested herein, authorizing and directing the Debtors to pay such amounts and granting such other and

further relief as the Court deems appropriate.

TAVENNER & BERAN, PLC

By: _____ */s/ Paula S. Beran* _____
                    Co-Counsel

_____

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com


Local Co-Counsel for the Official Committee of Unsecured
Creditors

-and-

Richard M. Pachuski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail  rpachulski@pszjlaw.com:
              rfeinstein@pszjlaw.com
              jpomerantz@pszjlaw.com


Lead Counsel for the Official Committee of Unsecured
Creditors

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that on or before the 17th day of March, 2010 a true copy of the foregoing Fifth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Michelle Mosier – Via email
michelle_mosier@ccswinddown.com
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq. – Via email:
gregg.galardi@skadden.com
Skadden, Arps, Slate, Meagher, & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Douglas M. Foley, Esq. – Via email:
dfoley@mcguirewoods.com
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Jeff Pomerantz – Via email:
jpomerantz@pszjlaw.com
Robert Feinstein – Via email:
rfeinstein@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

_____ */s/ Paula S. Beran*_____
Co-Counsel

**Tavenner & Beran, PLC**
20 North Eighth Street, Second Floor
Richmond, VA  23219

**Invoice submitted to:**
Circuit City Committee

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| March 17, 2010 | 10871 | 12/14/2009 |

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Case Administration | | |
| 11/2/2009 - | DLL | Hearing preparation | 1.30<br>95.00/hr | 123.50 |
| - | PSB | Correspondence with Court re: telephonic participation and correspondence with Pachulski re: same | 0.50<br>330.00/hr | 165.00 |
| 11/3/2009 - | DLL | Prepare hearing binder | 1.70<br>95.00/hr | 161.50 |
| - | PSB | Prepare for and attend Omni hearing | 2.90<br>330.00/hr | 957.00 |
| 11/4/2009 - | DLL | Docket and index | 2.10<br>95.00/hr | 199.50 |
| 11/6/2009 - | DLL | Docket and index | 1.20<br>95.00/hr | 114.00 |
| 11/9/2009 - | DLL | Docket and index (1.50); Create hearing binder (1.30); Calendar hearing (.30) | 3.10<br>95.00/hr | 294.50 |
| 11/10/2009 - | PSB | Prepare for and participate in committee call | 2.10<br>330.00/hr | 693.00 |
| 11/12/2009 - | PSB | Correspondence with Court re: telephonic appearance and correspondence with Pachulski re: same | 0.50<br>330.00/hr | 165.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2009 - | PSB | Prepare for and participate in Omni | 3.10<br>330.00/hr | 1,023.00 |
| 11/16/2009 - | DLL | Prepare hearing binder | 0.70<br>95.00/hr | 66.50 |
| 11/23/2009 - | DLL | File maintenance | 1.60<br>95.00/hr | 152.00 |
| - | PSB | Correspondence with case administrator re: hearing telephonically (.30); Correspondence with Pachulski re: same (.20); Correspondence with J. Kumar re: original pleading (.20) | 0.70<br>330.00/hr | 231.00 |
| - | PSB | Receipt and review of deposition notice and correspondence with Pachulski re: same | 0.40<br>330.00/hr | 132.00 |
| - | PSB | Prepare for and attend Omni | 2.90<br>330.00/hr | 957.00 |
| 11/25/2009 - | DLL | Docket and index | 0.50<br>95.00/hr | 47.50 |
| 11/30/2009 - | PSB | Prepare for and participate in committee call | 1.60<br>330.00/hr | 528.00 |
| 12/1/2009 - | DLL | Docket and index | 1.90<br>95.00/hr | 180.50 |
| 12/3/2009 - | PSB | Review of seal motion and order related to same and correspondence re: same | 1.10<br>330.00/hr | 363.00 |
| - | LLT | Review agenda for 12/7 hearings | 0.20<br>340.00/hr | 68.00 |
| 12/7/2009 - | DLL | Prepare hearing binder | 0.90<br>95.00/hr | 85.50 |
| - | PSB | Prepare for and attend Omni (2.60); Correspondence with Court re: telephonic appearance and correspondence with co-counsel re: same (.40); Correspondence with K. Pierro re: order and related items (.30) | 3.30<br>330.00/hr | 1,089.00 |
| 12/8/2009 - | DLL | Docket and index | 0.60<br>95.00/hr | 57.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/9/2009 - | DLL | Docket and index | 1.00<br>95.00/hr | 95.00 |
| 12/11/2009 - | LLT | Review materials re: upcoming committee call on status of claim objections and confirmation process | 0.40<br>340.00/hr | 136.00 |
| 12/15/2009 - | PSB | Prepare for and participate in committee call | 1.70<br>330.00/hr | 561.00 |
| 12/16/2009 - | LLT | Prepare for (.60) and attend telephonic committee meeting (.60) | 1.20<br>340.00/hr | 408.00 |
| 12/17/2009 - | LLT | Review agenda for 12/21 docket | 0.20<br>340.00/hr | 68.00 |
| 12/21/2009 - | PSB | Prepare for and participate in Omni (1.70); Correspondence with Court re: telephonic appearance and correspondence with co-counsel re: same (.30); Prepare for and attend Omni hearing (2.30) | 4.30<br>330.00/hr | 1,419.00 |
| 12/29/2009 - | DLL | Docket and index | 0.90<br>95.00/hr | 85.50 |
| 1/11/2010 - | LLT | Review agenda for 1/14 hearings | 0.20<br>350.00/hr | 70.00 |
| 1/12/2010 - | PSB | Correspondence with Court re Telephonic (.20); Correspondence with J. Pomerantz re same (.10) | 0.30<br>340.00/hr | 102.00 |
| 1/26/2010 - | PSB | Correspondence with Court re: telephonic participation and hearing logistics (.50); Correspondence with J. Pomerantz re: same (.10) | 0.60<br>340.00/hr | 204.00 |

SUBTOTAL:                                         [      45.70      11,001.50]

Claims Administration

| 12/5/2009 - | LLT | Review memorandum opinion re: setoffs and 503B9 | 0.40<br>340.00/hr | 136.00 |
|---|---|---|---|---|
| - | PSB | Review opinion | 0.70<br>330.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/7/2009 - | LLT | Review status chart re: status of omnibus claims objections | 0.40<br>340.00/hr | 136.00 |
| 12/9/2009 - | LLT | Review Mad Cow application for admin expenses | 0.20<br>340.00/hr | NO CHARGE |
| 12/13/2009 - | PSB | Review admin expense requests | 1.90<br>330.00/hr | 627.00 |
| 12/17/2009 - | LLT | Review Debtor's reply in support of objection to Panasonic claim | 0.40<br>340.00/hr | 136.00 |
| 12/18/2009 - | LLT | Review Debtor's motion for summary judgment seeking to request to classify claims | 0.50<br>340.00/hr | 170.00 |
| 1/6/2010 - | LLT | Review 503B9 opinion | 0.40<br>350.00/hr | 140.00 |
| - | PSB | Review Opinion | 0.50<br>340.00/hr | NO CHARGE |
| 1/8/2010 - | LLT | Review various responses to Debtor's request reclassify motion | 0.70<br>350.00/hr | 245.00 |
| 1/13/2010 - | LLT | Review motion to reconsider | 0.30<br>350.00/hr | 105.00 |
| - | LLT | Review Debtor's reply in support of summary judgment on reclamation claims | 0.40<br>350.00/hr | 140.00 |
| - | PSB | Review Reclamation issues | 0.50<br>340.00/hr | NO CHARGE |
| 1/14/2010 - | LLT | Prepare for and attend hearings on various claims objections and motion of export development for authority to file administrative claim | 3.10<br>350.00/hr | 1,085.00 |
| 1/19/2010 - | LLT | Review supplemental post argument brief filed by Paramount in opposition to Debtor's summary judgment motion | 0.40<br>350.00/hr | 140.00 |
| 1/21/2010 - | PSB | Review of various claim objection issues | 1.90<br>340.00/hr | 646.00 |
| 1/26/2010 - | LLT | Debtor's response to Paramount supplemental post argument brief on summary judgment | 0.40<br>350.00/hr | 140.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 1/28/2010 - LLT | Prepare for and participate in omnibus hearing re: status of various claims | 1.70<br>350.00/hr | 595.00 |
| | SUBTOTAL: | [    14.80 | 4,441.00] |

Fee/Employment Applications

| 11/2/2009 - PSB | Correspondence with UST re: fee app orders and file same with Court | 0.90<br>330.00/hr | 297.00 |
| 11/9/2009 - DLL | Draft fee letter | 1.20<br>95.00/hr | 114.00 |
| 11/25/2009 - PSB | Finalize and submit fee orders | 0.70<br>330.00/hr | 231.00 |
| 12/13/2009 - LLT | Revise Tavenner & Beran Fourth Application for Compensation | 0.80<br>340.00/hr | NO CHARGE |
| 12/14/2009 - DLL | Draft fee application | 2.60<br>95.00/hr | 247.00 |
| - PSB | Prepare, review, revise and file fee applications and related pleadings | 5.90<br>330.00/hr | 1,947.00 |
| - LLT | Review and revise Tavenner & Beran Fourth Application for Compensation | 0.50<br>340.00/hr | NO CHARGE |
| 1/14/2010 - LLT | Prepare for hearing on Applications for Compensation | 1.60<br>350.00/hr | 560.00 |
| 1/20/2010 - LLT | Revise orders approving compensation of committee professionals (.30); Correspondence with R. Van Arsdale re: same (.10) | 0.40<br>350.00/hr | 140.00 |
| 1/27/2010 - PSB | Receipt and review of orders and correspondence re: same | 0.50<br>340.00/hr | 170.00 |
| | SUBTOTAL: | [    15.10 | 3,706.00] |

Plan and Disclosure Statement

| 11/6/2009 - PSB | Receipt and review of stipulation and correspondence re: | 1.20<br>330.00/hr | 396.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | same | | |
| 11/18/2009 - | PSB | Receipt and review of stipulation re: confirmation and correspondence re: same | 0.50 330.00/hr | 165.00 |
| 12/6/2009 - | PSB | Review of confirmation issue | 1.30 330.00/hr | 429.00 |
| 12/7/2009 - | LLT | Review Pioneer motion to compel confirmation deposit | 0.20 340.00/hr | 68.00 |
| 12/16/2009 - | PSB | Correspondence with S. Boehm re: continued notice and related items and correspondence with co-counsel re: same | 1.10 330.00/hr | 363.00 |
| - | LLT | Review amended notice of confirmation hearing | 0.10 340.00/hr | NO CHARGE |
| 12/28/2009 - | LLT | Address CRO related issues with co-counsel and Debtor's counsel | 2.90 340.00/hr | 986.00 |
| - | PSB | Review of CRO related issues | 1.50 330.00/hr | NO CHARGE |
| 1/19/2010 - | LLT | Correspondence from S. Boehm re: notice of continued confirmation hearing and review same | 0.50 350.00/hr | 175.00 |
| 1/29/2010 - | LLT | Review motion approving liquidation retention plan (.60); Correspondence from I. Fredericks re: confirmation date (.10); Correspondence to/from J. Pomerantz re: same (.20) | 0.90 350.00/hr | 315.00 |

SUBTOTAL:                                              [      10.20        2,897.00]

For professional services rendered                   85.80        $22,045.50

Additional Charges :

| | | | Qty/Price | Tax# |
|---|---|---|---|---|
| Case Administration | | | | |
| 11/30/2009 - | PSB | Lexis/Research | 1 104.72 | 104.72 |

|  | Qty/Price | Tax# | Amount |
|---|---|---|---|
| 12/15/2009 -  PSB | 1 |  | 486.53 |
| Outside Services: Bizport | 486.53 |  |  |
|  |  |  |  |
| SUBTOTAL: |  | [ | 591.25] |
|  |  |  |  |
| Total costs |  |  | $591.25 |
|  |  |  |  |
| Total amount of this bill |  |  | $22,636.75 |
| Previous balance |  |  | $24,078.07 |
| 12/31/2009 Payment - thank you. Check No. 500539 |  |  | ($13,456.89) |
| 2/12/2010 Payment - thank you. Check No. 500593 |  |  | ($3,865.50) |
|  |  |  |  |
| Total payments and adjustments |  |  | ($17,322.39) |
|  |  |  |  |
| Balance due |  |  | $29,392.43 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 11.00 | 350.00 | $3,850.00 |
| Lynn L. Tavenner | 6.80 | 340.00 | $2,312.00 |
| Lynn L. Tavenner | 1.60 | 0.00 | $0.00 |
| Paula S. Beran | 3.30 | 340.00 | $1,122.00 |
| Paula S. Beran | 38.60 | 330.00 | $12,738.00 |
| Paula S. Beran | 3.20 | 0.00 | $0.00 |
| David L. Leadbeater | 21.30 | 95.00 | $2,023.50 |

**EXHIBIT B**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  Circuit City Stores, Inc, et al., Case No. 08-35653-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

| Categories | Hours | Amount |
|---|---|---|
| | Interim Period November 1, 2009 through January 31, 2010 | |
| Case Administration | 45.70 | $11,001.50 |
| Claims Administration | 14.80 | $4,441.00 |
| Fee/Employment Applications and Objections | 15.10 | $3,706.00 |
| Plan and Disclosure | 10.20 | $2,897.00 |
| TOTAL HOURS | 85.80 | |
| TOTAL FEES | | $22,045.50 |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | **:** | Chapter 11 |
| | **:** | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[5] | **:** | Case No. 08-35653-KRH |
| | **:** | (Jointly Administered) |
| Debtors. | **:** | |
| | **:** | |
| | **:** | |

**ORDER ALLOWING INTERIM
<u>COMPENSATION AND EXPENSE REIMBURSEMENT</u>
(Tavenner & Beran, PLC)**

This matter came before the Court upon the Fifth Interim Application Of Tavenner &

Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel

To The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner &

Beran, PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran

provided proper notice of the Application to all necessary parties; (ii) no objections to the

---

[5]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax
identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
(0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties,
LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.
(6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors,
the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone:  (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

Application have been filed; and (iii) the request for compensation and reimbursement of

expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The request for compensation in the amount of $22,045.50 and reimbursement of

expenses in the amount of $591.25 by Tavenner & Beran be and hereby are allowed; and,

3.      The Debtors are authorized and directed to pay to Tavenner & Beran the amount

of compensation and reimbursement of expenses allowed herein as an administrative expense.

4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.


ENTER:                                        _____

                                              UNITED STATES BANKRUPTCY JUDGE


We ask for this:

_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

        Co-Counsel for the Official
        Committee of Unsecured Creditors


Seen and No Objection:

_____
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

        Assistant United States Trustee
        **LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Co-Counsel