```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
              Debtors.         : Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CLAIM OF WEIDLER SETTLEMENT CLASS SUBJECT TO DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to Rules 3007, 7056, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 56 of the Federal Rules of Civil Procedure (the "Civil Rules"), submit this Motion For Summary Judgment With Respect To Claim of Weidler Settlement Class Subject to Debtors' Fifty-Eighth Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (the "Motion").

1.   In support of this Motion, the Debtors rely upon and incorporate by reference their accompanying memorandum of law in support of the Motion (the "Memorandum of Law").

2.   For the reasons set forth in the Memorandum of Law, the Debtors request that claim no. 11271 be reclassified as a pre-petition general unsecured, non-priority claim in its entirety.

WHEREFORE, the Debtors respectfully request the Court grant the relief requested herein and such other relief as is just and proper.

Dated: March 17, 2010
      Richmond, Virginia  SKADDEN, ARPS, SLATE, MEAGHER &
         FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP


/s/ Douglas M. Foley _____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for the Debtors and
Debtors in Possession

3

```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
        Debtors.              :    Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION FOR SUMMARY JUDGMENT WITH RESPECT TO CLAIM OF WEIDLER SETTLEMENT CLASS SUBJECT TO DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

Upon consideration of the Debtors' Fifty-Eighth Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (the "Fifty-Eighth Omnibus Objection") and the Motion For Summary Judgment

With Respect To Claim of Weidler Settlement Class Subject to Debtors' Fifty-Eighth Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (the "Summary Judgment Motion");[1] and the Court having determined that the relief requested in the Objection and Summary Judgment Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Objection and the Summary Judgment Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Summary Judgment Motion is GRANTED.

2. The Fifty-Eighth Omnibus Objection is SUSTAINED as set forth herein.

3. Claim No. 11271 is reclassified in its entirety to a general unsecured, non-priority claim for all purposes in these bankruptcy cases.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Summary Judgment Motion.

2

4. The Debtors' rights to object to any claim on any grounds governing law permits are not waived and are expressly reserved in their entirety.

5. The Debtors shall serve a copy of this Order on the Respondents on or before seven (7) days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated:  Richmond, Virginia
        _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley

4