# PACHULSKI  STANG  ZIEHL  &  JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

December 31, 2009

Invoice Number **88373**          **12304  00002**          **JNP**

Ramona Neal
Hewlett-Packard Company
11307 Chinden Blvd. MS 314
Boise, ID  83714

| | |
|---|---:|
| Balance forward as of last invoice, dated:  January 31, 2010 | $62,749.08 |
| Payments received since last invoice, last payment received --  February 10, 2010 | -$40,670.43 |
| A/R Adjustments | -$47,728.23 |
| Net balance forward | $55,691.28 |

Re:   Circuit City committee representation

**Statement of Professional Services Rendered Through**          **12/31/2009**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | **Asset Disposition [B130]** | | | | | |
| 12/14/09 | JNP | Review of issues regarding right of first refusal for property. | | 0.10 | 725.00 | $72.50 |
| 12/23/09 | JNP | Review emails regarding sale of corporate headquarters. | | 0.10 | 725.00 | $72.50 |
| | **Task Code Total** | | | **0.20** | | **$145.00** |
| | **Case Administration [B110]** | | | | | |
| 12/04/09 | JNP | Review of various pleadings. | | 0.20 | 725.00 | $145.00 |
| 12/07/09 | MAM | Update and circulate critical dates memorandum. | | 1.20 | 195.00 | $234.00 |
| 12/14/09 | MAM | Update and circulate critical dates memorandum. | | 0.60 | 195.00 | $117.00 |
| 12/21/09 | MAM | Update and circulate critical dates memorandum. | | 0.90 | 195.00 | $175.50 |
| 12/31/09 | MAM | Update and circulate critical dates memorandum. | | 0.50 | 195.00 | $97.50 |
| | **Task Code Total** | | | **3.40** | | **$769.00** |
| | **CANADA** | | | | | |
| 12/14/09 | JNP | Review and respond to email from A. Gupta regarding | | 0.10 | 725.00 | $72.50 |

**Invoice number  88373**         12304   00002                                     **Page  2**

Canada issues.

|  | **Task Code Total** | **0.10** |  | **$72.50** |
|---|---|---|---|---|

**Claims Admin/Objections[B310]**

| 12/04/09 | JNP | Review Monster claim stipulation. | 0.10 | 725.00 | $72.50 |
|---|---|---|---|---|---|
| 12/04/09 | JAM | Review recent docket filings. | 1.30 | 725.00 | $942.50 |
| 12/04/09 | DAZ | Review memorandum re class claims analysis. | 0.20 | 825.00 | $165.00 |
| 12/05/09 | RJF | Review decision regarding setoffs and 503(b)(9) and emails regarding same. | 0.40 | 825.00 | $330.00 |
| 12/10/09 | JAM | Review docket and recent court filings. | 1.20 | 725.00 | $870.00 |
| 12/11/09 | JNP | Review reclamation 503(b)(9) motion of Mad Cow. | 0.10 | 725.00 | $72.50 |
| 12/11/09 | JAM | Review documents, docket, court filings. | 1.60 | 725.00 | $1,160.00 |
| 12/20/09 | JNP | Review brief on reclamation claims. | 0.30 | 725.00 | $217.50 |
| 12/21/09 | JNP | Review emails regarding settlement. | 0.10 | 725.00 | $72.50 |
| 12/21/09 | JAM | Review settlement summaries (.4); review docket and recent filings (1.7). | 2.10 | 725.00 | $1,522.50 |
| 12/22/09 | JAM | Review and analyze settlement summaries and M. Atkinson analysis (2.6); e-mail to M. Atkinson, J. Pomerantz re settlement proposals (.4). | 3.00 | 725.00 | $2,175.00 |
| 12/23/09 | JNP | Review emails regarding claims issues. | 0.20 | 725.00 | $145.00 |
| 12/23/09 | JAM | Review objections to claims and docket filings. | 0.80 | 725.00 | $580.00 |
| 12/24/09 | JNP | Conference with M. Atkinson, J. Corckett and J. Morris regarding claims settlements and related. | 0.50 | 725.00 | $362.50 |
| 12/24/09 | JAM | Telephone conference with M. Atkinson, J. Pomerantz re settlements (.5); review documents re same (.7); telephone conference with I. Fredericks re settlements (.2); e-mail to J. Pomerantz, M. Atkinson re settlements (0.1). | 1.50 | 725.00 | $1,087.50 |
| 12/29/09 | RJF | Review email regarding claims status from John A. Morris. | 0.30 | 825.00 | $247.50 |
| 12/29/09 | JAM | Review settlement analyses and related documents (.4); telephone conference with I. Fredericks, M. Atkinson re settlements, real estate sale (.6); e-mail to J. Pomerantz, R. Feinstein re settlements, real estate sale (.3) | 1.30 | 725.00 | $942.50 |

|  | **Task Code Total** | **15.00** |  | **$10,965.00** |
|---|---|---|---|---|

**Compensation Prof. [B160]**

| 12/01/09 | DAA | Attention to email of B. Dassa regarding fourth interim fee application; email reply | 0.20 | 395.00 | $79.00 |
|---|---|---|---|---|---|
| 12/02/09 | BDD | Preparation of October monthly fee statement | 0.20 | 225.00 | $45.00 |
| 12/02/09 | BDD | Email to J. Pomerantz re October monthly fee statement | 0.10 | 225.00 | $22.50 |
| 12/08/09 | BDD | Email to J. Pomerantz re PSZJ November fee invoice | 0.10 | 225.00 | $22.50 |
| 12/08/09 | DAA | Email to accounting department regarding fourth interim fee statement exhibits, attention to fee application exhibits | 0.30 | 395.00 | $118.50 |
| 12/08/09 | DAA | Draft fourth interim fee application; email application and | 3.40 | 395.00 | $1,343.00 |

**Invoice number  88373**          12304   00002                                    **Page  3**

|  |  | exhibits to PSZJ team |  |  |  |
|---|---|---|---|---|---|
| 12/09/09 | RJF | Review creditors' committee fourth interim fee application. | 0.30 | 825.00 | $247.50 |
| 12/09/09 | BDD | Review of interim compensation procedures order | 0.10 | 225.00 | $22.50 |
| 12/11/09 | JNP | Review monthly bill. | 0.20 | 725.00 | $145.00 |
| 12/11/09 | JNP | Review and comment on Gowlings compensation application; Conference with P. Shea regarding same. | 0.30 | 725.00 | $217.50 |
| 12/11/09 | DAA | Attention to email of J. Pomerantz regarding Fourth Interim Fee Application, update fee application, email application to Paula Beron for filing | 1.00 | 395.00 | $395.00 |
| 12/14/09 | DAA | Attention to email of B. Dassa regarding filing Gowlings first fee application; review and forward Gowlings' fee application to Paula Beran for filing | 0.30 | 395.00 | $118.50 |
| 12/30/09 | JNP | Review FTI fee order and email regarding same. | 0.30 | 725.00 | $217.50 |
| 12/31/09 | JNP | Emails with Richard M. Pachulski and Robert J. Feinstein regarding FTI compensation. | 0.20 | 725.00 | $145.00 |
| 12/31/09 | RJF | Emails regarding FTI success fee, review order. | 0.50 | 825.00 | $412.50 |
|  | **Task Code Total** |  | **7.50** |  | **$3,551.50** |

**General Creditors Comm. [B150]**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| 12/05/09 | JNP | Review Protiviti report to committee and email to Protiviti regarding same. | 0.30 | 725.00 | $217.50 |
| 12/11/09 | JNP | Email to Committee Members regarding next meeting. | 0.20 | 725.00 | $145.00 |
| 12/11/09 | RMP | Review committee materials and conference with J. Pomerantz re same. | 0.90 | 895.00 | $805.50 |
| 12/11/09 | SEG | Review Jeff Pomerantz email to Committee and Protivit Updated Summary Report. | 0.30 | 725.00 | $217.50 |
| 12/14/09 | JNP | Email regarding committee call. | 0.10 | 725.00 | $72.50 |
| 12/14/09 | RJF | Review materials in advance of next meeting. | 0.50 | 825.00 | $412.50 |
| 12/14/09 | DAA | Attention to email of M. Matteo regarding critical dates memorandum, review critical dates | 0.10 | 395.00 | $39.50 |
| 12/15/09 | RMP | Prepare for committee call and telephone conferences with Galardi and conferences with J. Pomerantz re same. | 1.20 | 895.00 | $1,074.00 |
| 12/15/09 | RJF | Review materials in advance of 12/16 meeting. | 0.80 | 825.00 | $660.00 |
| 12/16/09 | RMP | Prepare for and participate on committee call and follow-up discussions with R. Feinstein and J. Pomerantz re same. | 1.80 | 895.00 | $1,611.00 |
| 12/16/09 | RJF | Preparation for Committee meeting, review Protiviti materials. | 0.90 | 825.00 | $742.50 |
| 12/16/09 | RJF | Telephonic committee meeting. | 0.60 | 825.00 | $495.00 |
| 12/16/09 | JAM | Committee call re status, claims. | 0.60 | 725.00 | $435.00 |
| 12/21/09 | DAA | Attention to email of M. Matteo regarding critical dates; review critical dates memorandum | 0.10 | 395.00 | $39.50 |
|  | **Task Code Total** |  | **8.40** |  | **$6,967.00** |

**Hearings**

**Invoice number  88373**          12304   00002                              **Page  4**

| | | | | | |
|---|---|---|---|---|---|
| 12/07/09 | JNP | Participate in omnibus hearing. | 1.00 | 725.00 | $725.00 |
| | | **Task Code Total** | **1.00** | | **$725.00** |

### Litigation (Non-Bankruptcy)

| | | | | | |
|---|---|---|---|---|---|
| 12/01/09 | JNP | Email to J. Morris regarding complaints filed and search for complaints. | 0.10 | 725.00 | $72.50 |
| 12/01/09 | JNP | Conference with attorney regarding LCD litigation. | 0.20 | 725.00 | $145.00 |
| 12/02/09 | JNP | Conference with K. Marks regarding issues relating to flat screen litigation. | 0.50 | 725.00 | $362.50 |
| 12/04/09 | JNP | Review materials regarding flats screen litigation; Conference with Dean A. Ziehl regarding same. | 0.30 | 725.00 | $217.50 |
| 12/06/09 | JNP | Emails relating to flat screen litigation. | 0.10 | 725.00 | $72.50 |
| 12/10/09 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding flatscreen litigation. | 0.30 | 825.00 | $247.50 |
| 12/11/09 | JNP | Review and respond to email from M. Atkinson regarding preferences. | 0.10 | 725.00 | $72.50 |
| | | **Task Code Total** | **1.60** | | **$1,190.00** |

### Plan & Disclosure Stmt. [B320]

| | | | | | |
|---|---|---|---|---|---|
| 12/01/09 | JNP | Conference with creditor regarding status of plan. | 0.20 | 725.00 | $145.00 |
| 12/01/09 | RJF | Emails regarding timing of confirmation, Canadian tax issue. | 0.30 | 825.00 | $247.50 |
| 12/04/09 | JNP | Review and respond to email regarding plan hearing date. | 0.10 | 725.00 | $72.50 |
| 12/04/09 | RMP | Telephone conferences with Galardi, conferences with Jeff Pomerantz and review e-mails re plan issues. | 1.30 | 895.00 | $1,163.50 |
| 12/04/09 | RMP | Review confirmation date related e-mails. | 0.10 | 895.00 | $89.50 |
| 12/05/09 | JNP | Review and comment on plan objection chart. | 0.20 | 725.00 | $145.00 |
| 12/05/09 | JNP | Review and respond to emails regarding scheduling plan confirmation hearing. | 0.10 | 725.00 | $72.50 |
| 12/05/09 | RJF | Emails Jeffrey N. Pomerantz , Richard M. Pachulski, Galardi regarding adjournment of confirmation hearing. | 0.30 | 825.00 | $247.50 |
| 12/05/09 | BDD | Email to J. Pomerantz re objections to plan confirmation | 0.10 | 225.00 | $22.50 |
| 12/07/09 | JNP | Conference with E. Friedman regarding confirmation status and liquidating trust agreement . | 0.20 | 725.00 | $145.00 |
| 12/07/09 | RMP | Review Canadian tax status and conferences with Jeff Pomerantz re same; review confirmation status. | 0.90 | 895.00 | $805.50 |
| 12/07/09 | BDD | Review docket re motions for confirmation deposit | 0.50 | 225.00 | $112.50 |
| 12/07/09 | BDD | Preparation of chart re motions/joinders filed re confirmation deposit | 0.50 | 225.00 | $112.50 |
| 12/07/09 | BDD | Email to J. Pomerantz re motions/joinders filed re confirmation deposits | 0.10 | 225.00 | $22.50 |

**Invoice number  88373**         12304   00002                              **Page  5**

| | | | | | |
|---|---|---|---|---|---|
| 12/08/09 | RMP | Telephone conferences with Galardi and review CRO issues and conference with Jeff Pomerantz re same. | 1.40 | 895.00 | $1,253.00 |
| 12/09/09 | JNP | Conference with Richard M. Pachulski regarding plan issues. | 0.20 | 725.00 | $145.00 |
| 12/09/09 | RMP | Conferences with J. Pomerantz re plan alternatives and telephone conferences with Tuchin re plan issues. | 1.10 | 895.00 | $984.50 |
| 12/10/09 | JNP | Email to M> Tuchin regarding status. | 0.10 | 725.00 | $72.50 |
| 12/10/09 | JNP | Prepare list of issues with the Debtors for Richard M. Pachulski discussion with G. Galardi. | 0.50 | 725.00 | $362.50 |
| 12/10/09 | RMP | Review background e-mails and telephone conferences with Galardi re CRO issues. | 1.20 | 895.00 | $1,074.00 |
| 12/10/09 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding plan issues. | 0.30 | 825.00 | $247.50 |
| 12/10/09 | RJF | Emails Jeffrey N. Pomerantz, Richard M. Pachulski regarding plan issues. | 0.30 | 825.00 | $247.50 |
| 12/11/09 | JNP | Address issues regarding confirmation disputes; Conference with Robert J. Feinstein regarding same. | 0.50 | 725.00 | $362.50 |
| 12/11/09 | RMP | Telephone conferences with Tuchin, Siegel, Galardi and conferences with J. Pomerantz re transition issues. | 1.50 | 895.00 | $1,342.50 |
| 12/11/09 | RMP | Review tax issues and conference with J. Pomerantz re same. | 0.70 | 895.00 | $626.50 |
| 12/11/09 | DAA | Attention to email of J. Pomerantz regarding summary, report, confirmation objections summary; review attachments to email regarding same | 0.30 | 395.00 | $118.50 |
| 12/14/09 | JNP | Conference with Richard M. Pachulski regarding plan implementation issues. | 0.30 | 725.00 | $217.50 |
| 12/14/09 | RMP | Review committee materials and telephone conferences with Galardi and conferences with J. Pomerantz and Siegel re CRO issues. | 1.80 | 895.00 | $1,611.00 |
| 12/15/09 | JNP | Conference with Richard M. Pachulski regarding plan discussions. | 0.20 | 725.00 | $145.00 |
| 12/15/09 | JNP | Review emails regarding plan issues. | 0.10 | 725.00 | $72.50 |
| 12/16/09 | RJF | Telephone conference with RMP regarding Siegel issues. | 0.30 | 825.00 | $247.50 |
| 12/16/09 | RJF | Call with Circuit City board, Siegel. | 0.50 | 825.00 | $412.50 |
| 12/17/09 | RMP | Conference with J. Pomerantz and telephone conferences with Tuchin re resolution of CRO issues. | 0.70 | 895.00 | $626.50 |
| 12/18/09 | RMP | Telephone conferences to finalize CRO and plan issues. | 0.90 | 895.00 | $805.50 |
| 12/21/09 | JNP | Participate in hearing. | 0.50 | 725.00 | $362.50 |
| 12/21/09 | RMP | Telephone conferences with Siegel and Galardi and review e-mails re plan issues. | 1.20 | 895.00 | $1,074.00 |
| 12/21/09 | RJF | Emails regarding Siegel, Marcum, etc. | 0.30 | 825.00 | $247.50 |
| 12/22/09 | RMP | Work on resolution of CRO issue and various e-mails with Siegel and Galardi re same. | 1.60 | 895.00 | $1,432.00 |
| 12/22/09 | RJF | Emails regarding plan, management issues with RMP, JP. | 0.30 | 825.00 | $247.50 |
| 12/23/09 | RMP | Finalize CRO issues and conferences with J. Pomerantz regarding same. | 0.80 | 895.00 | $716.00 |
| 12/28/09 | RMP | Various telephone conferences and conferences regarding Siegel issues. | 0.80 | 895.00 | $716.00 |
| 12/29/09 | RMP | Review e-mails and conference with J. Pomerantz regarding confirmation issues. | 0.60 | 895.00 | $537.00 |

**Invoice number  88373**      12304   00002                                        **Page  6**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/09 | RMP | E-mails regarding Siegel and FTI and review documents regarding same. | 1.10 | 895.00 | $984.50 |
| 12/31/09 | RMP | Various e-mails with Galardi and with J. Pomerantz and RF and deal with FTI related issues. | 1.60 | 895.00 | $1,432.00 |
| | **Task Code Total** | | **26.60** | | **$22,127.00** |

### Retention of Prof. [B160]

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/07/09 | BDD | Email to J. Pomerantz re Gowling fee application | 0.10 | 225.00 | $22.50 |
| 12/09/09 | BDD | Email to D. Abadir re Gowling fee application | 0.10 | 225.00 | $22.50 |
| 12/09/09 | BDD | Review of and revisions to Gowling First Interim Fee Application | 1.00 | 225.00 | $225.00 |
| 12/09/09 | BDD | Conversation with P. Shea re Gowling First Interim Fee Application | 0.10 | 225.00 | $22.50 |
| 12/09/09 | BDD | Email to P. Shea re Gowling modified First Interim Fee Application | 0.10 | 225.00 | $22.50 |
| 12/09/09 | BDD | Review court docket re Gowling employment order | 0.10 | 225.00 | $22.50 |
| 12/09/09 | BDD | Email to J. Pomerantz re Gowling fee application | 0.10 | 225.00 | $22.50 |
| 12/14/09 | BDD | Revisions to PSZJ 4th interim fee application | 0.10 | 225.00 | $22.50 |
| 12/14/09 | BDD | Revisions to Gowling 1st interim fee application | 0.20 | 225.00 | $45.00 |
| 12/14/09 | BDD | Email to P. Shea re revised fee application | 0.10 | 225.00 | $22.50 |
| 12/14/09 | BDD | Revisions to Gowling 1st interim fee application | 0.30 | 225.00 | $67.50 |
| 12/14/09 | BDD | Email to D. Abadir re Gowling 1st interim fee application | 0.10 | 225.00 | $22.50 |
| | **Task Code Total** | | **2.40** | | **$540.00** |

|  | **Total professional services:** | | 66.20 | | **$47,052.00** |

### *Costs Advanced:*

| Date | | Description | Amount |
|---|---|---|---|
| 11/04/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $3.98 |
| 11/05/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $59.58 |
| 11/06/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $16.51 |
| 11/10/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $95.96 |
| 11/10/2009 | CC | Conference Call [E105] AT&T Conference Call, | $2.42 |
| 11/11/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $3.57 |
| 11/12/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $2.24 |
| 11/13/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $15.41 |
| 11/13/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $7.47 |
| 11/19/2009 | CC | Conference Call [E105] AT&T Conference Call, JNP | $48.30 |
| 12/01/2009 | PAC | 12304.00002 PACER Charges for 12-01-09 | $2.40 |
| 12/02/2009 | PAC | 12304.00002 PACER Charges for 12-02-09 | $11.68 |
| 12/02/2009 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | $3.00 |
| 12/02/2009 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | $2.60 |

**Invoice number  88373**          12304   00002                              **Page  7**

| 12/03/2009 | PAC | 12304.00002 PACER Charges for 12-03-09 | $11.04 |
|---|---|---|---|
| 12/04/2009 | CC | Conference Call [E105] AT&T Conference Call, RJF | $123.09 |
| 12/04/2009 | PAC | 12304.00002 PACER Charges for 12-04-09 | $8.16 |
| 12/07/2009 | FE | Federal Express [E108] Inv # 943010046 | $30.51 |
| 12/07/2009 | PAC | 12304.00002 PACER Charges for 12-07-09 | $18.88 |
| 12/08/2009 | PAC | 12304.00002 PACER Charges for 12-08-09 | $7.28 |
| 12/10/2009 | CC | Conference Call [E105] AT&T Conference Call, RJF | $1.91 |
| 12/10/2009 | PAC | 12304.00002 PACER Charges for 12-10-09 | $20.96 |
| 12/11/2009 | PAC | 12304.00002 PACER Charges for 12-11-09 | $10.96 |
| 12/14/2009 | PAC | 12304.00002 PACER Charges for 12-14-09 | $38.88 |
| 12/14/2009 | RE | (AGR 6 @0.10 PER PG) | $0.60 |
| 12/15/2009 | PAC | 12304.00002 PACER Charges for 12-15-09 | $75.28 |
| 12/16/2009 | PAC | 12304.00002 PACER Charges for 12-16-09 | $10.48 |
| 12/17/2009 | PAC | 12304.00002 PACER Charges for 12-17-09 | $6.96 |
| 12/18/2009 | PAC | 12304.00002 PACER Charges for 12-18-09 | $10.96 |
| 12/21/2009 | PAC | 12304.00002 PACER Charges for 12-21-09 | $1.76 |
| 12/23/2009 | PAC | 12304.00002 PACER Charges for 12-23-09 | $5.52 |
| 12/28/2009 | PAC | 12304.00002 PACER Charges for 12-28-09 | $7.36 |
| 12/28/2009 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 12/29/2009 | PAC | 12304.00002 PACER Charges for 12-29-09 | $5.28 |
| 12/30/2009 | PAC | 12304.00002 PACER Charges for 12-30-09 | $0.72 |
| 12/31/2009 | PAC | 12304.00002 PACER Charges for 12-31-09 | $3.92 |

Total Expenses:                                              **$676.23**

### *Summary:*

| Total professional services | $47,052.00 |
|---|---|
| Total expenses | $676.23 |
| **Net current charges** | $47,728.23 |
| | |
| Net balance forward | $55,691.28 |
| **Total balance now due** | $103,419.51 |

| BDD | Dassa, Beth D. | 4.10 | 225.00 | $922.50 |
|---|---|---|---|---|
| DAA | Abadir, David A. | 5.70 | 395.00 | $2,251.50 |
| DAZ | Ziehl, Dean A. | 0.20 | 825.00 | $165.00 |
| JAM | Morris, John A. | 13.40 | 725.00 | $9,715.00 |
| JNP | Pomerantz, Jeffrey N. | 8.90 | 725.00 | $6,452.50 |
| MAM | Matteo, Mike A. | 3.20 | 195.00 | $624.00 |
| RJF | Feinstein, Robert J. | 7.20 | 825.00 | $5,940.00 |
| RMP | Pachulski, Richard M. | 23.20 | 895.00 | $20,764.00 |

**Invoice number  88373**       12304   00002                                    **Page  8**

| | | | | |
|---|---|---|---|---|
| SEG | Goldich, Stanley E. | 0.30 | 725.00 | $217.50 |
| | | 66.20 | | $47,052.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition [B130] | 0.20 | $145.00 |
| CA | Case Administration [B110] | 3.40 | $769.00 |
| CN | CANADA | 0.10 | $72.50 |
| CO | Claims Admin/Objections[B310] | 15.00 | $10,965.00 |
| CP | Compensation Prof. [B160] | 7.50 | $3,551.50 |
| GC | General Creditors Comm. [B150] | 8.40 | $6,967.00 |
| HR | Hearings | 1.00 | $725.00 |
| LN | Litigation (Non-Bankruptcy) | 1.60 | $1,190.00 |
| PD | Plan & Disclosure Stmt. [B320] | 26.60 | $22,127.00 |
| RP | Retention of Prof. [B160] | 2.40 | $540.00 |
| | | 66.20 | $47,052.00 |

## Expense Code Summary

| | |
|---|---|
| Conference Call [E105] | $380.44 |
| Federal Express [E108] | $30.51 |
| Pacer - Court Research | $258.48 |
| Reproduction Expense [E101] | $0.60 |
| Reproduction/ Scan Copy | $6.20 |
| | $676.23 |