# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

January 31, 2010

Invoice Number **88375**    12304   00002    JNP

Ramona Neal
Hewlett-Packard Company
11307 Chinden Blvd. MS 314
Boise, ID  83714

| | |
|---|---:|
| Balance forward as of last invoice, dated: December 31, 2009 | $103,419.51 |
| Payments received since last invoice, last payment received -- February 10, 2010 | $40,670.43 |
| A/R Adjustments | -$46,472.35 |
| Net balance forward | $16,276.73 |

Re:  Circuit City committee representation

**Statement of Professional Services Rendered Through**       **01/31/2010**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 01/13/10 | JAM | Review DR-1 ground lease proposals. | 0.40 | 750.00 | $300.00 |
| 01/22/10 | JNP | Review and respond to email from J. Morris regarding land sale. | 0.10 | 775.00 | $77.50 |
| | **Task Code Total** | | **0.50** | | **$377.50** |
| **Case Administration [B110]** | | | | | |
| 01/07/10 | JNP | Review emails and pleadings. | 0.20 | 775.00 | $155.00 |
| 01/08/10 | JNP | Review various pleadings. | 0.30 | 775.00 | $232.50 |
| 01/08/10 | MAM | Update and circulate critical dates memorandum. | 0.40 | 205.00 | $82.00 |
| 01/15/10 | MAM | Update and circulate critical dates memorandum. | 0.90 | 205.00 | $184.50 |
| 01/15/10 | RJF | Review recent paper flow memos. | 0.50 | 855.00 | $427.50 |
| 01/22/10 | MAM | Update and circulate critical dates memorandum. | 0.90 | 205.00 | $184.50 |
| 01/29/10 | JNP | Email creditor regarding case status. | 0.10 | 775.00 | $77.50 |
| 01/29/10 | MAM | Update critical dates memorandum and circulate same. | 1.40 | 205.00 | $287.00 |
| | **Task Code Total** | | **4.70** | | **$1,630.50** |

| Invoice number 88375 | | 12304   00002 | | | Page 2 |
|---|---|---|---|---|---|

### CANADA

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | JNP | Email to A. Gupta regarding Canadian tax status. | 0.10 | 775.00 | $77.50 |
| 01/08/10 | JNP | Conference with A. Gupta regarding status. | 0.30 | 775.00 | $232.50 |
| 01/29/10 | JNP | Conference with A. Gupta regarding tax issues status. | 0.20 | 775.00 | $155.00 |
| 01/29/10 | JNP | Email to Richard M. Pachulski and Robert J. Feinstein regarding tax issues status. | 0.10 | 775.00 | $77.50 |
| | | **Task Code Total** | **0.70** | | **$542.50** |

### Claims Admin/Objections[B310]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/10 | JNP | Review opinion on 502(d)/502((b)(9). | 0.20 | 775.00 | $155.00 |
| 01/06/10 | RJF | Review 503(b)(9) decision and emails to Committee regarding same. | 0.40 | 855.00 | $342.00 |
| 01/06/10 | JAM | Review docket, including recently filed complaints and settlements (3.1); e-mail to I. Fredericks, M. Atkinson, J. Pomerantz re status of litigation and claims (.5); telephone conference with M. Atkinson re status of litigation and claims (.2). | 3.80 | 750.00 | $2,850.00 |
| 01/06/10 | DAA | Attention to email of R. Feinstein regarding opinion on sections 502(d) and 503(b)(9) | 0.10 | 425.00 | $42.50 |
| 01/11/10 | JNP | Conference with J. Morris regarding claims resolution issues; Follow up with E. Friedman regarding same. | 0.20 | 775.00 | $155.00 |
| 01/11/10 | JAM | Review Protiviti slide presentation (.8); telephone conference with J. Pomerantz, R. Feinstein, K. Marks re flat screen litigation (.6); telephone conference with J. Pomerantz re flat screen litigation (.1); telephone conference with J. Pomerantz re debtor process (.1). | 1.60 | 750.00 | $1,200.00 |
| 01/13/10 | JNP | Review reclamation reply brief. | 0.20 | 775.00 | $155.00 |
| 01/19/10 | JNP | Review notice of appeal on 503(b)(9) ruling. | 0.10 | 775.00 | $77.50 |
| 01/19/10 | JAM | Review docket and recent filings re claims and settlements. | 1.70 | 750.00 | $1,275.00 |
| 01/20/10 | JNP | Review notices of appeal and related pleadings. | 0.20 | 775.00 | $155.00 |
| 01/22/10 | JAM | Telephone conference with M. Atkinson, I. Fredericks, others re real estate sale status (.4); e-mail to J. Pomerantz, R. Feinstein, M. Atkinson re status of real estate sale (.2); review LOIs re potential real estate sale (.4). | 1.00 | 750.00 | $750.00 |
| 01/26/10 | RJF | Review email regarding secured administrative bar date and proposed order and motion. | 0.30 | 855.00 | $256.50 |
| 01/26/10 | RJF | Review debtor's email regarding Protiviti responses. | 0.10 | 855.00 | $85.50 |
| 01/26/10 | JAM | Review docket and recent filings. | 1.20 | 750.00 | $900.00 |
| 01/27/10 | JNP | Review bar date motion. | 0.10 | 775.00 | $77.50 |
| 01/28/10 | JAM | Review I. Fredricks e-mails, including real estate proposals (.6); e-mails to I. Fredericks re status of sale of Richmond property (.1). | 0.70 | 750.00 | $525.00 |
| 01/29/10 | SEG | Review Belmonte email re status and timing of distributions and emails to Belmonte and Jeff Pomerantz re same. | 0.10 | 750.00 | $75.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Invoice number  88375** | | 12304    00002 | | | **Page  3** |

| | | | | | |
|---|---|---|---|---|---|
| | | **Task Code Total** | **12.00** | | **$9,076.50** |
| | | **Compensation Prof. [B160]** | | | |
| 01/04/10 | JNP | Review and respond to emails regarding FTI fee. | 0.20 | 775.00 | $155.00 |
| 01/04/10 | RJF | Numerous emails regarding FTI fee issue. | 0.40 | 855.00 | $342.00 |
| 01/05/10 | JNP | Review and respond to emails regarding FIT compensation. | 0.20 | 775.00 | $155.00 |
| 01/05/10 | JNP | Conference with Robert J. Feinstein regarding FTI compensation. | 0.10 | 775.00 | $77.50 |
| 01/05/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding FTI fee issue. | 0.30 | 855.00 | $256.50 |
| 01/05/10 | RJF | Office conference with Richard M. Pachulski regarding FTI fee issue. | 0.10 | 855.00 | $85.50 |
| 01/05/10 | RJF | Attention to FTI fee issue, emails regarding same. | 0.80 | 855.00 | $684.00 |
| 01/12/10 | BDD | Email to J. Pomerantz re November monthly fee statement | 0.10 | 235.00 | $23.50 |
| 01/12/10 | BDD | Preparation of November monthly fee statement | 0.20 | 235.00 | $47.00 |
| 01/13/10 | BDD | Reconciliation of PSZJ outstanding fees | 1.00 | 235.00 | $235.00 |
| 01/13/10 | BDD | Email to J. Pomerantz re outstanding fees | 0.10 | 235.00 | $23.50 |
| 01/19/10 | JNP | Review and finalize December bill. | 0.20 | 775.00 | $155.00 |
| 01/19/10 | BDD | Preparation of December monthly fee statement | 0.20 | 235.00 | $47.00 |
| 01/19/10 | BDD | Email to J. Pomerantz and R. Feinstein re December monthly fee statement | 0.10 | 235.00 | $23.50 |
| | | **Task Code Total** | **4.00** | | **$2,310.00** |
| | | **General Creditors Comm. [B150]** | | | |
| 01/01/10 | JNP | Emails with Robert J. Feinstein and Richard M. Pachulski regarding committee meeting and related. | 0.10 | 775.00 | $77.50 |
| 01/01/10 | JNP | Email to M. Atkinson regarding materials for Committee meeting. | 0.10 | 775.00 | $77.50 |
| 01/04/10 | JNP | Email regarding next committee call. | 0.10 | 775.00 | $77.50 |
| 01/05/10 | JNP | Email regarding Committee meeting. | 0.10 | 775.00 | $77.50 |
| 01/05/10 | JNP | Email to M. Atkinson regarding Committee materials. | 0.10 | 775.00 | $77.50 |
| 01/08/10 | JNP | Review materials for Committee presentation; Conference with M> Atkinson and J. Crockett regarding same. | 0.80 | 775.00 | $620.00 |
| 01/08/10 | JNP | Conference with Richard M. Pachulski regarding Committee call. | 0.10 | 775.00 | $77.50 |
| 01/08/10 | DAA | Attention to email of M. Matteo regarding critical dates; review critical dates memorandum | 0.20 | 425.00 | $85.00 |
| 01/11/10 | JNP | Participate on committee call. | 0.80 | 775.00 | $620.00 |
| 01/11/10 | JNP | Conference with E. Friedman regarding misc. issues (2x). | 0.30 | 775.00 | $232.50 |
| 01/11/10 | RMP | Review materials and prepare for and participate on client conference call regarding case issues. | 1.70 | 925.00 | $1,572.50 |
| 01/11/10 | SEG | San Protiviti update. | 0.10 | 750.00 | $75.00 |

**Invoice number 88375**     12304   00002     Page  4

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/11/10 | RJF | Review Protiviti materials for next meeting. | 0.30 | 855.00 | $256.50 |
| 01/11/10 | JAM | Telephone conference with J. Pomerantz, Protiviti, Committee re status of case, potential recoveries (.7) | 0.70 | 750.00 | $525.00 |
| 01/15/10 | DAA | Attention to email of M. Matteo regarding critical dates memorandum; review memorandum | 0.20 | 425.00 | $85.00 |
| 01/22/10 | JNP | Email to committee regarding retention plans, CRO agreement and J. Marcum agreement . | 0.30 | 775.00 | $232.50 |
| 01/25/10 | JNP | Conference with M. Tuchin, E. Friedman and R. Neal regarding status and issues regarding management; Follow up with Richard M. Pachulski regarding same. | 0.80 | 775.00 | $620.00 |
| 01/29/10 | DAA | Attention to email of M. Matteo regarding critical dates; review critical dates memorandum | 0.20 | 425.00 | $85.00 |
|  |  | **Task Code Total** | **7.00** |  | **$5,474.00** |

**Hearings**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/14/10 | JNP | Participate in omnibus hearing on claims, reclamation and related. | 3.20 | 775.00 | $2,480.00 |
| 01/14/10 | JNP | Review agenda for hearing. | 0.20 | 775.00 | $155.00 |
| 01/28/10 | JNP | Participate in omnibus hearing. | 0.30 | 775.00 | $232.50 |
|  |  | **Task Code Total** | **3.70** |  | **$2,867.50** |

**Litigation (Non-Bankruptcy)**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/05/10 | JNP | Email to K. Marks regarding status. | 0.10 | 775.00 | $77.50 |
| 01/06/10 | RJF | Review flat panel emails and attachments. | 0.30 | 855.00 | $256.50 |
| 01/07/10 | RJF | Review emails regarding flat panel litigation. | 0.30 | 855.00 | $256.50 |
| 01/08/10 | JNP | Emails regarding call on flat screen litigation. | 0.10 | 775.00 | $77.50 |
| 01/11/10 | JNP | Conference with K. Marks, Robert J. Feinstein and J. Morris regarding flat screen litigation. | 0.70 | 775.00 | $542.50 |
| 01/11/10 | RJF | Call regarding flat panel litigation. | 0.50 | 855.00 | $427.50 |
| 01/21/10 | JNP | Review and respond to email fro K. Marks regarding flat panel litigation. | 0.10 | 775.00 | $77.50 |
|  |  | **Task Code Total** | **2.10** |  | **$1,715.50** |

**Plan & Disclosure Stmt. [B320]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/08/10 | RMP | Review plan issues and conferences regarding same. | 0.70 | 925.00 | $647.50 |
| 01/11/10 | JNP | Review and comment on emails regarding plan confirmation process. | 0.30 | 775.00 | $232.50 |
| 01/11/10 | RJF | Emails to RMP, JP regarding plan issues, telephone conference with JNP. | 0.50 | 855.00 | $427.50 |
| 01/11/10 | RJF | Emails regarding confirmation hearing. | 0.40 | 855.00 | $342.00 |

**Invoice number  88375**    12304   00002    Page  5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/12/10 | RMP | Continue to deal with plan issues and conferences with J. Pomerantz and telephone conference with Tuchin regarding same, and review e-mails regarding same. | 1.20 | 925.00 | $1,110.00 |
| 01/15/10 | RJF | Emails regarding adjournment of confirmation. | 0.20 | 855.00 | $171.00 |
| 01/19/10 | JNP | Review notice of continued confirmation hearing. | 0.10 | 775.00 | $77.50 |
| 01/22/10 | JNP | Review and respond to email from I. Gold regarding confirmation process. | 0.10 | 775.00 | $77.50 |
| 01/25/10 | JNP | Email regarding creditor regarding status of plan confirmation process. | 0.10 | 775.00 | $77.50 |
| 01/25/10 | RMP | Deal with Siegel and employee issues and follow-up with JNP regarding same. | 0.80 | 925.00 | $740.00 |
| 01/26/10 | RMP | Various e-mails and telephone conferences regarding case issues. | 1.30 | 925.00 | $1,202.50 |
| 01/27/10 | JNP | Review emails regarding plan issues and management. | 0.20 | 775.00 | $155.00 |
| 01/29/10 | JNP | Email regarding Plan confirmation continuance. | 0.10 | 775.00 | $77.50 |
| 01/30/10 | RJF | Emails Jeffrey N. Pomerantz, Richard M. Pachulski regarding plan issues. | 0.30 | 855.00 | $256.50 |
| | | **Task Code Total** | **6.30** | | **$5,594.50** |

**Retention of Prof. [B160]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/04/10 | RMP | Continue to deal with CRO issues. | 0.70 | 925.00 | $647.50 |
| 01/05/10 | RMP | Deal with CRO and FTI issues. | 1.80 | 925.00 | $1,665.00 |
| 01/06/10 | RMP | Continue dealing with CRIO, plan and FTI issues. | 1.40 | 925.00 | $1,295.00 |
| 01/06/10 | JNP | Review CRO agreement. | 0.10 | 775.00 | $77.50 |
| 01/06/10 | RJF | Review and comment on draft Siegel engagement letter. | 0.50 | 855.00 | $427.50 |
| 01/07/10 | RMP | Review various e-mails and conference with J. Pomerantz regarding Plan and CRO issues. | 1.10 | 925.00 | $1,017.50 |
| 01/08/10 | RMP | Review draft CRO engagement letter and e-mails regarding same. | 0.40 | 925.00 | $370.00 |
| 01/11/10 | RMP | Deal with confirmation and FTI issues and e-mails regarding same. | 1.30 | 925.00 | $1,202.50 |
| 01/13/10 | JNP | Conference with A. Siegel regarding status. | 0.20 | 775.00 | $155.00 |
| 01/13/10 | RMP | Review e-mails regarding FTI and respond to same. | 0.40 | 925.00 | $370.00 |
| 01/13/10 | RJF | Review emails, draft response to Galardi regarding FT1, plan issues. | 0.40 | 855.00 | $342.00 |
| 01/18/10 | RJF | Review revised Siegel engagement letter, emails regarding same. | 0.80 | 855.00 | $684.00 |
| 01/19/10 | JNP | Consider issues regarding transition including Conference with Robert J. Feinstein and Richard M. Pachulski | 1.30 | 775.00 | $1,007.50 |
| 01/19/10 | RJF | Telephone conferences with Jeffrey N. Pomerantz, Richard M. Pachulski regarding Siegel retention. | 0.40 | 855.00 | $342.00 |
| 01/19/10 | RJF | Telephone conference with Jeffrey N. Pomerantz, Siegel regarding retention. | 0.30 | 855.00 | $256.50 |
| 01/20/10 | JNP | Review proposed retention plan and emails with Robert J. Feinstein regarding same. | 0.30 | 775.00 | $232.50 |
| 01/20/10 | JNP | Review Marcum retention agreement. | 0.20 | 775.00 | $155.00 |

**Invoice number  88375**  12304  00002  **Page  6**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/10 | JNP | Review Crow agreement  regarding CRO agreement. | 0.30 | 775.00 | $232.50 |
| 01/20/10 | RJF | Review Marcum, Siegel contract markups and emails Jeffrey N. Pomerantz regarding same. | 0.40 | 855.00 | $342.00 |
| 01/21/10 | JNP | Email regarding plan status and management issues. | 0.10 | 775.00 | $77.50 |
| 01/22/10 | JNP | Consider issues regarding retention plan and emails regarding same. | 0.30 | 775.00 | $232.50 |
| 01/22/10 | JNP | Conference with M. Atkinson regarding retention plan issues; Review email regarding same. | 0.20 | 775.00 | $155.00 |
| 01/22/10 | RJF | Emails and internal telephone conferences regarding new retention plan, Marcum. | 0.40 | 855.00 | $342.00 |
| 01/22/10 | RJF | Review Marcum consulting agreement, revised Siegal engagement letter and telephone conference with Jeffrey N. Pomerantz regarding same. | 1.30 | 855.00 | $1,111.50 |
| 01/22/10 | RJF | Review proposed employee incentive program and emails regarding same. | 0.40 | 855.00 | $342.00 |
| 01/22/10 | JNP | Conference with Robert J. Feinstein regarding CRO issues. | 0.20 | 775.00 | $155.00 |
| 01/22/10 | JNP | Review and comment on J. Marcum agreement. | 0.20 | 775.00 | $155.00 |
| 01/25/10 | JNP | Email to committee regarding retention plan. | 0.20 | 775.00 | $155.00 |
| 01/25/10 | RJF | Call with Jeffrey N. Pomerantz, committee members regarding Marcum , bonus plan and Crowe agreement. | 0.70 | 855.00 | $598.50 |
| 01/25/10 | RJF | Telephone conference with Jeffrey N. Pomerantz and emails regarding same. | 0.30 | 855.00 | $256.50 |
| 01/26/10 | JNP | Review emails regarding retention plan and related. | 0.20 | 775.00 | $155.00 |
| 01/26/10 | JNP | Emails regarding retention plan for employees. | 0.20 | 775.00 | $155.00 |
| 01/26/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding Marcum issue. | 0.20 | 855.00 | $171.00 |
| 01/27/10 | RJF | Emails regarding retention plan, Marcum agreement. | 0.40 | 855.00 | $342.00 |
| 01/27/10 | RJF | Emails Jeffrey N. Pomerantz, Richard M. Pachulski, G. Galardi regarding     Marcum, Crowe, bonuses. | 0.50 | 855.00 | $427.50 |
| 01/27/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding    Marcum, Crowe, bonuses. | 0.30 | 855.00 | $256.50 |
| 01/27/10 | JNP | Conference with Richard M. Pachulski regarding management issues status. | 0.10 | 775.00 | $77.50 |
| 01/29/10 | JNP | Review and comment on employee retention plan motion. | 0.20 | 775.00 | $155.00 |
| 01/29/10 | RJF | Review draft motion to approve new employee retention plan. | 0.30 | 855.00 | $256.50 |
| 01/29/10 | RJF | Review revise Crowe engagement letter and emails, telephone conference with Jeffrey N. Pomerantz regarding same. | 0.30 | 855.00 | $256.50 |
| | | **Task Code Total** | **19.30** | | **$16,654.50** |
| | | **Total professional services:** | **60.30** | | **$46,243.00** |

***Costs Advanced:***

| Date | Code | Description | Amount |
|---|---|---|---|
| 12/24/2009 | CC | Conference Call [E105]  AT&T CONFERENCE CALLS JNP | $5.97 |
| 01/04/2010 | PAC | 12304.00002 PACER Charges for 01-04-10 | $0.72 |

**Invoice number  88375**    12304   00002    **Page  7**

| Date | Code | Description | Amount |
|---|---|---|---|
| 01/05/2010 | PAC | 12304.00002 PACER Charges for 01-05-10 | $2.56 |
| 01/06/2010 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | $0.40 |
| 01/07/2010 | PAC | 12304.00002 PACER Charges for 01-07-10 | $10.64 |
| 01/07/2010 | RE2 | Reproduction Scan Copy (36 @ .10 PER PG) | $3.60 |
| 01/08/2010 | PAC | 12304.00002 PACER Charges for 01-08-10 | $17.04 |
| 01/11/2010 | PAC | 12304.00002 PACER Charges for 01-11-10 | $14.56 |
| 01/11/2010 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | $3.40 |
| 01/12/2010 | RE | (AGR 91 @0.10 PER PG) | $9.10 |
| 01/13/2010 | PAC | 12304.00002 PACER Charges for 01-13-10 | $27.20 |
| 01/14/2010 | PAC | 12304.00002 PACER Charges for 01-14-10 | $18.48 |
| 01/15/2010 | PAC | 12304.00002 PACER Charges for 01-15-10 | $9.04 |
| 01/19/2010 | RE | (AGR 36 @0.10 PER PG) | $3.60 |
| 01/19/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 01/19/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 01/21/2010 | PAC | 12304.00002 PACER Charges for 01-21-10 | $29.76 |
| 01/22/2010 | PAC | 12304.00002 PACER Charges for 01-22-10 | $10.48 |
| 01/25/2010 | PAC | 12304.00002 PACER Charges for 01-25-10 | $6.08 |
| 01/26/2010 | PAC | 12304.00002 PACER Charges for 01-26-10 | $10.40 |
| 01/27/2010 | PAC | 12304.00002 PACER Charges for 01-27-10 | $9.84 |
| 01/28/2010 | PAC | 12304.00002 PACER Charges for 01-28-10 | $10.72 |
| 01/29/2010 | PAC | 12304.00002 PACER Charges for 01-29-10 | $20.16 |
| 01/29/2010 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |
| 01/29/2010 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | $2.70 |

Total Expenses:    **$229.35**

## *Summary:*

| | |
|---|---|
| Total professional services | $46,243.00 |
| Total expenses | $229.35 |
| **Net current charges** | $46,472.35 |
| Net balance forward | $16,276.73 |
| **Total balance now due** | $62,749.08 |

| Code | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| BDD | Dassa, Beth D. | 1.70 | 235.00 | $399.50 |
| DAA | Abadir, David A. | 0.70 | 425.00 | $297.50 |
| JAM | Morris, John A. | 11.10 | 750.00 | $8,325.00 |
| JNP | Pomerantz, Jeffrey N. | 16.60 | 775.00 | $12,865.00 |
| MAM | Matteo, Mike A. | 3.60 | 205.00 | $738.00 |
| RJF | Feinstein, Robert J. | 13.60 | 855.00 | $11,628.00 |
| RMP | Pachulski, Richard M. | 12.80 | 925.00 | $11,840.00 |

**Invoice number  88375**    12304   00002                                                              **Page  8**

| | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| SEG | Goldich, Stanley E. | 0.20 | 750.00 | $150.00 |
| | | 60.30 | | $46,243.00 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 0.50 | $377.50 |
| CA | Case Administration [B110] | 4.70 | $1,630.50 |
| CN | CANADA | 0.70 | $542.50 |
| CO | Claims Admin/Objections[B310] | 12.00 | $9,076.50 |
| CP | Compensation Prof. [B160] | 4.00 | $2,310.00 |
| GC | General Creditors Comm. [B150] | 7.00 | $5,474.00 |
| HR | Hearings | 3.70 | $2,867.50 |
| LN | Litigation (Non-Bankruptcy) | 2.10 | $1,715.50 |
| PD | Plan & Disclosure Stmt. [B320] | 6.30 | $5,594.50 |
| RP | Retention of Prof. [B160] | 19.30 | $16,654.50 |
| | | 60.30 | $46,243.00 |

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $5.97 |
| Pacer - Court Research | $197.68 |
| Reproduction Expense [E101] | $12.70 |
| Reproduction/ Scan Copy | $13.00 |
| | $229.35 |