**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) FIFTH INTERIM APPLICATIONS FOR ALLOWANCE OF
COMPENSATION AND EXPENSE REIMBURSEMENT FOR
<u>CERTAIN COMMITTEE PROFESSIONALS AND (B) HEARINGS THEREON</u>**

**PLEASE TAKE NOTICE THAT** the following have been filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court):

1. Fifth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors, seeking approval for compensation in the amount of $22,045.50 and reimbursement of expenses in the amount of $591.25 for the period of November 1, 2009, through January 31, 2010;

2. Fifth Interim Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone:  (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

Committee of Creditors for the Period from November 1, 2009, through January 31, 2010, seeking approval for the sum of $182,516.00 as compensation for necessary professional services rendered and the sum of $2,265.49 for reimbursement of actual necessary costs and expenses; and

       3.       Fifth Interim Application Of Protiviti Inc. For Allowance Of Compensation And Expense Reimbursement As Financial Advisors For The Official Committee of Unsecured Creditors, seeking allowance of compensation in the amount of $403,598.00 and reimbursement of expenses in the amount of $5,227.15 for the period of November 1, 2009, through January 31, 2010

(collectively, the "Applications" and each an "Application").

Copies of the Applications may be obtained by sending a request in writing to Lynn L. Tavenner, Esquire, Tavenner & Beran, PLC, 20 North Eighth Street, Second Floor, Richmond, Virginia, 23219, ltavenner@tb-lawfirm.com.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, an Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 130] (the "Case Management Order") was entered by the Court on November 13, 2008, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted. A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

If you do not want the Court to grant the relief sought in any of the Applications, or if you want the Court to consider your views on any of the Applications, then within seven (7) days before the hearing date you or your attorney must:

    ☒    File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order. You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

        Clerk of the Court
        United States Bankruptcy Court
        701 E. Broad Street, Suite 4000
        Richmond, VA 23219

You must also serve your objection in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE THAT** on **April 15, 2010 at 2:00 p.m.**, (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States

Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order approving the Applications.

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Applications as conceded, and issue orders granting the requested relief without further notice or hearing.

Dated:    March 17, 2010

          */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors Holding Unsecured Claims

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of March, 2010 a true copy of the foregoing Notice Of (A) Fifth Interim Applications For Allowance Of Compensation And Expense Reimbursement of Certain Committee Professionals And (B) Hearings Thereon was served via first-class or electronic mail to on the parties identified in the Case Management Order (all as listed on Schedule A attached hereto).

                                                  */s Paula S. Beran*
                                                     Co-Counsel