Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-FOURTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN REAL ESTATE TAX CLAIMS ON REAL
PROPERTY IN WHICH THE DEBTORS LEASED THE REAL PROPERTY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property) (Docket No. 4017)(the "Objection"), and it appearing that

due and proper notice and service of the Objection was given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that this Court entered an Order on the Objection (Docket No. 4727) (the "Initial Order"); and it further appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection to the claims identified on Exhibit A as attached hereto and incorporated herein are withdrawn; provided, however, that the Debtors' rights and abilities to object to the claims identified on Exhibit A on any grounds and bases are hereby preserved in their entirety.

2.   The claim identified on Exhibit B as attached hereto and incorporated herein is hereby reclassified for all purposes in these bankruptcy cases as set forth on Exhibit B.

2

3. The claim identified on Exhibit C as attached hereto and incorporated herein is hereby reduced and reclassified for all purposes in these bankruptcy cases as set forth on Exhibit C.

4. The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection on any grounds that the applicable law permits are not waived and are expressly reserved.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

6. To the extent this Order conflicts with the Initial Order, this Order shall control.

7. The Debtors shall serve a copy of this Order on the claimants included on Exhibits A, B, and C to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley____
Douglas M. Foley

\10887285.1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Fourth Omnibus Objection to Claims Supplemental Order On (Disallowance Of Certain Real Estate Claims On Property That The Debtor Leased) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FOREST CITY COMMERCIAL MANAGEMENT INC<br>AGENT FOR LABURNUM INVESTMENT LLC<br>50 PUBLIC SQ STE 1360<br>CLEVELAND, OH 44113 | 12035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $9,795.38<br><br><br>$9,795.38 | 03/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PAULDING COUNTY TAX COMMISSIONER<br>25 COURTHOUSE SQ RM 203<br>DALLAS, GA 30132 | 513 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | $31,281.90<br><br><br>$31,281.90 | 12/05/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAVIS COUNTY<br>C O KAREN Y WRIGHT<br>TRAVIS COUNTY ATTYS OFFICE<br>PO BOX 1748<br>AUSTIN, TX 78767-0000 | 10531 | Secured: $121,008.34<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Total: | <br><br><br>$121,008.34 | 02/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    3    $162,085.62

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 1621<br>Date Filed: 12/12/2008<br>Docketed Total: $5,876.96<br>Filing Creditor Name and Address:<br>LANE COUNTY DEPT OF<br>ASSESSMENT & TAXATION<br>125 E 8TH AVE<br>EUGENE, OR 97401 | Claim Holder Name and Address<br><br>LANE COUNTY DEPT OF<br>ASSESSMENT & TAXATION<br>125 E 8TH AVE<br>EUGENE, OR 97401 | Case Number:<br>Docketed Total: | 08-35653<br>$5,876.96 | | Case Number:<br>Modified Total: | 08-35653<br>$5,876.96 |
| | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                               $5,876.96 | | | 503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $5,876.96 | | |
| | | | | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:** $5,876.96<br>**Total Amount As Modified:** $5,876.96 | | |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 6867    Filed 03/18/10    Entered 03/18/10 09:53:58    Desc Main
Document    Page 7 of 7

Debtors' Twenty-Fourth Omnibus Objection to Claims Supplemental Order On (Modification Of Certain Real Estate Claims On Property That The Debtor Leased) - Reduced

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11874<br>Date Filed:  03/16/2009<br>Docketed Total:  $72,968.54<br>Filing Creditor Name and Address:<br>  PULASKI COUNTY TREASURER<br>  PO BOX 430<br>  LITTLE ROCK, AR | Claim Holder Name and Address  Case Number: 08-35653<br>PULASKI COUNTY TREASURER  Docketed Total: $72,968.54<br>PO BOX 430<br>LITTLE ROCK, AR<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                      $72,968.54 | Case Number: 08-35653<br>Modified Total: $46,279.99<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                   $46,279.99 |
| | | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:** $72,968.54<br>**Total Amount As Modified:** $46,279.99 |

\*   "UNL" denotes an unliquidated claim.