| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - -x
In re:                          :  Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :  Case No. 08-35653 (KRH)
et al.,                         :
                                :
                 Debtors.       :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' TWENTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Seventh Omnibus Objection to Claims

(Disallowance of Certain Tax Claims for No Tax Liability)

(the "Objection"), and it appearing that due and proper

notice and service of the Objection was given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that this Court entered an Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Docket No. 4807) (the "Initial Order"); and it further appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.  The claims identified on Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases; provided, however, that the disallowance of Claim No. 12773 is without prejudice to Claim No. 12776 asserted against Circuit City Stores, Inc., and disallowance of Claim Nos. 12909, 12893, 12889, 12888, 12910, 12891, 12894, 12900, 12890, 12892, 12899, 13016, 12895 is without prejudice to Claim No. 12901 asserted against Circuit City Stores, Inc.

2

2. The Debtors' rights to object to any claim, including (without limitation) the claims in the Objection, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  /s/ Douglas M. Foley_____
                                  Douglas M. Foley

\10901427.1

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims
Third Supplemental Order On Tax No Liability -
Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CLARK COUNTY TREASURER<br>ATTY FRANK BALLARD<br>425 E 7TH ST<br>JEFFERSONVILLE, IN 47130 | 2073 | Secured:<br>Priority: $5,357.36<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $5,357.36 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAINE STATE TREASURERS OFFICE<br>LUCINDA E WHITE ASSISTANT ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0006 | 12773 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $49,514.58<br>Reclamation:<br>Total: $49,514.58 | 05/01/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| PENNSYLVANIA STATE TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 1837<br>HARRISBURG, PA 17105-2740 | 12909 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| PENNSYLVANIA STATE TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 1837<br>HARRISBURG, PA 17105-2740 | 12893 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | COURCHEVEL, LLC (08-35664) |
| PENNSYLVANIA STATE TREASURY<br>UNCLAIMED PROPERTY DIVISION<br>PO BOX 1837<br>HARRISBURG, PA 17105-2740 | 12889 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims
Third Supplemental Order On Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12888 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | PRAHS, INC. (08-35670) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12910 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12891 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | MAYLAND MN, LLC (08-35666) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12894 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | KINZER TECHNOLOGY, LLC (08-35663) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12900 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: UNL<br>Reclamation:<br>Total: UNL | 05/07/2009 | INTERTAN, INC. (08-35655) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims  
Third Supplemental Order On Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12890 | Secured: <br> Priority: <br> Administrative 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 05/07/2009 | PATAPSCO DESIGNS, INC. (08-35667) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12892 | Secured: <br> Priority: <br> Administrative 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 05/07/2009 | ABBOTT ADVERTISING AGENCY, INC. (08-35665) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12899 | Secured: <br> Priority: <br> Administrative 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 05/07/2009 | VENTOUX INTERNATIONAL, INC. (08-35656) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 13016 | Secured: <br> Priority: <br> Administrative 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 05/07/2009 | XSSTUFF, LLC (08-35669) |
| PENNSYLVANIA STATE TREASURY UNCLAIMED PROPERTY DIVISION PO BOX 1837 HARRISBURG, PA 17105-2740 | 12895 | Secured: <br> Priority: <br> Administrative 503(b)(9): <br> Unsecured: UNL <br> Reclamation: <br> Total: UNL | 05/07/2009 | ORBYX ELECTRONICS, LLC (08-35662) |

Total:    15    $54,871.94

\*    "UNL" denotes an unliquidated claim.