

**Finance**

RICHMOND DIVISION

F             F
I             I
L   MAR 1 9 2010   L
E             E
D     CLERK     D
US BANKRUPTCY COURT

**City of New York**
**Department of Finance**
345 Adams Street
Brooklyn, NY 11201

March 12, 2010

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Bankruptcy Unit
 5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187  tel
(718) 403-4436 fax

Subject:  Circuit City Stores Inc.

Reference No: 08X- 200

To whom it may concern:

Please acknowledge receipt of the attached "Withdrawal Forms"
by stamping the enclosed copy and returning it in the pre-addressed
envelope.

Thank You.

/Sincerely,

Nahed Iskander
Bankruptcy & Assignment Unit


**Finance**

City of New York
Department of Finance
345 Adams Street
Brooklyn, NY 11201

March 12, 2010

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Bankruptcy Unit
 5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187  tel
(718) 403-4436 fax

Subject:  Circuit City Stores, Inc.

Docket No:    08-35653

Claim # 5242

Amount   $ 715,000.00

Reference No: 08X- 200

Please withdraw our proof of claim under claim # 5242
in the amount of $ 715,000.00

Reason: Duplicative Claim

_____
Date

_____
Yehuda Miller
Bankruptcy & Assignment
(718) 403-4059



**Finance**

**City of New York**
**Department of Finance**
345 Adams Street
Brooklyn, NY 11201

March 12, 2010

Court Clerk, US Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219

Bankruptcy Unit
 5th Floor
Nahed Iskander
City Tax Auditor II

(718) 403-4187  tel
(718) 403-4436 fax

Subject:  Circuit City Stores, Inc.

Docket No:    08-35653

Claim # 6469

Amount   $ 660,000.00

Reference No: 08X- 200

Please withdraw our proof of claim under claim # 6469
in the amount of $ 660,000.00

Reason: Duplicative Claim

_____
3/12/10
Date

_____
Yehuda Miller
Bankruptcy & Assignment
(718) 403-4059