RICHMOND DIVISION
FILED
MAR 18 2010
CLERK
US BANKRUPTCY COURT

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## NO. 14593 FILED BY Merced County Tax Collector

Shari S. Hosemann, Asst Tax Collector, County of Merced, State of California, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 14593 that was filed on August 24, 2009.

Dated: ___March 12, 2010

_____
Shari S. Hosemann
Asst Treasurer - Tax Collector
County of Merced
2222 M St
Merced, CA 95340
209-385-7307

Merced County Tax Collector

\10785892.1



**TAX COLLECTOR**

Karen D. Adams, C.P.A.
*Tax Collector*

2222 "M" Street
Merced, CA 95340
(209) 385-7592
(209) 725-3905 Fax
www.co.merced.ca.us

Equal Opportunity Employer

March 15, 2010

Clerk of Court United States Bankruptcy Court
701 East Broad St, Ste 4000
Richmond, Virginia 23219

RE: Circuit City Stores, Inc.,
Case No. 08-35653

Dear Clerk,

Enclosed find one original Notice of Withdrawal of Claim filed in the above –referenced case.

Sincerely,
Karen D. Adams, C.P.A
Treasurer-Tax Collector

By: Monica Vasquez, Tax Collector Clerk II

Cc: Gregg M. Galardi, Esq. Ian S. Fredrick's, Esq.
Office U.S Trustee

:

STRIVING FOR EXCELLENCE