Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER ON DEBTORS' THIRTY-THIRD OMNIBUS OBJECTION TO CLAIMS (MODIFICATION AND/OR RECLASSIFICATION OF CERTAIN CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be

given; and the Court having entered the Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) on October 9, 2009 (Docket No. 5192) (the "Initial Order"); and it appearing that the claimants set forth on Exhibit A filed responses to the Objection (the "Responses"); and the Court having held a hearing with respect to the foregoing on March 8, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED to the extent set forth herein.

    2.    Notwithstanding the Initial Order, the claims identified on Exhibit A (as attached hereto and incorporated herein) are reclassified as set forth on Exhibit A.

    3.    The Responses filed by the claimants identified on Exhibit A are deemed OVERRULED.

    4.    The Debtors' rights to object to any claims, including the claims on Exhibit A, on any grounds that the applicable law permits are not waived and are expressly reserved.

5. To the extent that this Order conflicts with the Initial Order, this Order shall control.

6. The Debtors shall serve a copy of this Order on the claimants included on Exhibit A to this Order on or before seven (7) days from the entry of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       Mar 17 2010       , 2010

/s/ Kevin Huennekens

Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on docket: Mar 17 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

_/s/ Douglas M. Foley          __
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Thirty-Third Omnibus Objection to Claims  
Supplemental Order (Reclassification Of Certain  
Misclassified Claims) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 7295<br>Date Filed: 01/26/2009<br>Docketed Total: $894,082.30<br>Filing Creditor Name and Address:<br>AMORE CONSTRUCTION COMPANY<br>8409 LAUREL FAIR CIR STE 103<br>TAMPA, FL 33610 | Claim Holder Name and Address      Case Number: 08-35653<br>AMORE CONSTRUCTION COMPANY      Docketed Total: $894,082.30<br>8409 LAUREL FAIR CIR STE 103<br>TAMPA, FL 33610<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                       $886,062.30           $8,020.00 | Case Number: 08-35653<br>Modified Total: $894,082.30<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                            $894,082.30 |
| Claim: 9293<br>Date Filed: 01/30/2009<br>Docketed Total: $1,136.75<br>Filing Creditor Name and Address:<br>CYNDI CYNTHIA ANN HAINES<br>831 SARAH DR<br>DECATAR, IL 62526 | Claim Holder Name and Address      Case Number: 08-35653<br>HAINES, CYNDI CYNTHIA ANN      Docketed Total: $1,136.75<br>831 SARAH DR<br>DECATAR, IL 62526<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                       $1,136.75 | Case Number: 08-35653<br>Modified Total: $1,136.75<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                  $1,136.75 |
| | | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed:**      $895,219.05<br>**Total Amount As Modified:**      $895,219.05 |

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1           Date Rcvd: Mar 17, 2010
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Mar 19, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                         **Signature:**  _/s/ Joseph Speetjens_