Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, iNC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Forty-Sixth Omnibus Objection to Claims (Modification of Certain Duplicate Claims) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service

of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and the Court having entered the Order Sustaining Debtors' Forty-Sixth Omnibus Objection to Claims (Modification of Certain Duplicate Claims) (Docket No. 5832) (the "Initial Order"); and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are disallowed and/or modified for all purposes in these bankruptcy cases as set forth on <u>Exhibit A</u>.

2. To the extent this order conflicts with the Initial Order with respect to the Claims identified on <u>Exhibit A</u>, this Order shall control.

3. The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
 ___Mar 17 2010_____, 2010


 /s/ Kevin Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: Mar 17 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10818977

4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Exhibit A - Partial Duplication**

**SUPPLEMENTAL ORDER ON DEBTORS' FORTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (MODIFICATION OF CERTAIN DUPLICATE CLAIMS) - ORDERED**

| Claim # | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount as Ordered by Court [1] | Modified Surviving Amount | Variance |
|---|---|---|---|---|---|---|---|---|---|---|
| 14503 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | TOSHIBA AMERICA CONSUMER PRODUCTS LLC<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIT STE 1000<br>OWNING MILLS, MD 21117 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIT STE 1000<br>OWNING MILLS, MD 21117 | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,293,249.00 | $5,293,249.00 | $0.00 | ($5,293,249.00) |
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $1,100,432.50 | $1,100,432.50 |
| 9648 | 1/30/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Administrative | $6,393,681.50 | $6,393,681.50 | $0.00 | ($6,393,681.50) |
| 1331 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,735,769.00 | $5,735,769.00 | $5,293,249.00 | ($442,520.00) |
| 1331 | 7/16/2009 | TOSHIBA AMERICA CONSUMER PRODUCTS LLC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 |
| 1319 | 12/19/2008 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>ATTN STEVEN N LEITESS<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIT STE 1000<br>OWNING MILLS, MD 21117 | TOSHIBA AMERICA INFORMATION SYSTEMS INC<br>ATTN STEVEN N LEITESS<br>C O LEITESS LEITESS FRIEDBERG & FEDDER PC<br>1 CORPORATE CTR<br>10451 MILL RUN CIT STE 1000<br>OWNING MILLS, MD 21117 | CIRCUIT CITY STORES, INC | 503 (B) (9) Administrative Priority | $5,043,759.28 | $5,043,759.28 | $4,786,331.56 | ($257,427.72) |
| 1319 | 12/19/2008 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $257,427.72 | $257,427.72 |
| 9391 | 1/30/2009 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Unsecured | $0.00 | $0.00 | $9,357,099.05 | $9,357,099.05 |
| 9391 | 1/30/2009 | TOSHIBA AMERICA INFORMATION SYSTEMS INC | See above | See above | CIRCUIT CITY STORES, INC | Administrative | $14,400,858.33 | $14,400,858.33 | $0.00 | ($14,400,858.33) |
| | | | | | | **Total** | **$36,867,317.11** | **$36,867,317.11** | **$20,794,539.83** | **($16,072,777.28)** |

**Note:**
(1) To the extent that a claim has appeared on a prior Omnibus Objection, the 'Amount Ordered by Court' reflects only those claims that have been ordered by the court. Otherwise, the original claimed amount is shown.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1              Date Rcvd: Mar 17, 2010
Case: 08-35653                Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Mar 19, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                    **Signature:**    *Joseph Speetjens*