Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' FORTY-SECOND  
OMNIBUS OBJECTION TO CLAIMS  
(DISALLOWANCE OF CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient

and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Forty-Second Omnibus Objection to Claims (Disallowance of Certain Amended Claims) (Docket No. 5939) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the "Claims To Be Disallowed" identified on Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

2. The Surviving Claims identified on Exhibit A as attached hereto and incorporated herein are modified as set forth on Exhibit A; provided, however, the modification of the claims on Exhibit A is without prejudice to the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits and nothing herein shall be construed or deemed to limit or

impair such rights and abilities.

3. Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit B as attached hereto and incorporated herein; provided, however, that the Debtors' rights and abilities to object to the claims on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

4. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved; provided, however, to the extent each "Claim To Be Disallowed" on Exhibit A was timely filed, the Debtors will not object to the corresponding "Surviving Claim" as untimely, except to the extent, under applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the "Surviving Claim" included a new claim that would not relate back to the original date on which the "Claim To Be Disallowed" was filed.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

6. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Mar 17 2010      , 2010

                         /s/ Kevin Huennekens
                         _____
                         HONORABLE KEVIN R. HUENNEKENS
Entered on docket: Mar 17 2010    UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10849999

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Second Omnibus Objection to Claims  
Second Supplemental Order (Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 6440  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>ABILENE RIDGEMONT LLC<br>C O DOUGLAS C NOBLE ESQ<br>PHELPS DUNBAR LLP<br>PO BOX 23066<br>JACKSON, MS 39225-3066<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $127,132.75<br>Total: $127,132.75 | Claim: 12241  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/10/2009<br>Creditor's Name and Address:<br>ABILENE RIDGEMONT LLC<br>C O DOUGLAS C NOBLE ESQ<br>PHELPS DUNBAR LLP<br>PO BOX 23066<br>JACKSON, MS 39225-3066<br>Secured:<br>Priority:<br>Administrative: $57,370.55<br>Reclamation:<br>Unsecured: $1,098,291.52<br>Total: $1,155,662.07 |
| Claim: 9353  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>GOLF GALAXY INC<br>ATTN JAY BLOUNT<br>C O DICKS SPORTING GOODS INC<br>300 INDUSTRY DR<br>PITTSBURGH, PA 15275<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,216,032.07<br>Total: $1,216,032.07 | Claim: 12222  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/13/2009<br>Creditor's Name and Address:<br>GOLF GALAXY INC<br>JAY BLOUNT<br>C O DICKS SPORTING GOODS INC<br>300 INDUSTRY DR<br>PITTSBURGH, PA 15275<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $9,993.32<br>Total: $9,993.32 |

**Total Claims To Be Amended:** 2  
**Total Asserted Amount To Be Amended:** $1,343,164.82

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Forty-Second Omnibus Objection to Claims Supplemental Order (Amended Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| BRIGHTON COMMERCIAL LLC<br>325 RIDGEVIEW DR<br>PALM BEACH, FL 33480 | 9477 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $45,839.61<br>Total: $45,839.61 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CENTRAL INVESTMENTS LLC<br>C O MARK ORDOWER<br>333 S DES PLAINES NO 207<br>CHICAGO, IL 60661 | 4556 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $172,835.00<br>Total: $172,835.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 2    $218,674.61

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Mar 17, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Mar 19, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                      **Signature:** _Joseph Speetjens_