| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**CORRECTED SUPPLEMENTAL ORDER ON DEBTORS'
TWENTY-THIRD OMNIBUS OBJECTION TO CLAIMS
(MODIFICATION OF CERTAIN DUPLICATIVE 503(b)(9) CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Twenty-Third Omnibus Objection To Claims (Modification of Certain Duplicative 503(b)(9) Claims) (the "Objection"),[1] and it appearing that due and proper notice

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection (the "Responses"); and it appearing that certain Responses have been resolved; and it appearing that the Court entered the Order on Debtors' Twenty-Third Omnibus Objection To Claims (Modification of Certain Duplicative 503(b)(9) Claims) (Docket No. 4465) (the "Initial Order"); and it appearing that the Court entered the Supplemental Order on Debtors' Twenty-Third Omnibus Objection To Claims (Modification of Certain Duplicative 503(b)(9) Claims) (Docket No. 6295) (the "Supplemental Order" and collectively with the Initial Order, the "Orders"); and it appearing that there were certain typographical errors in Exhibit A to the Orders; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are modified as set forth on <u>Exhibit A</u>, <u>provided, however</u>, to the extent any claim (or a portion thereof) (1) asserted under Bankruptcy Code section 503(b)(9) and (2) listed on <u>Exhibit A</u> is disallowed, the claimant reserves the right to assert such portion as a general unsecured non-priority claim and all of the Debtors' rights (other than the right to object on the basis of timeliness) with respect thereto are not waived and are expressly reserved.  By entry of this Order, the claimant shall not be deemed to have waived any defenses to any objection(s) to its general unsecured claim which defenses are deemed preserved, including without limitation, any defenses concerning any portion of the claimant's section 503(b)(9) administrative priority claim that may later be asserted as a general unsecured claim pursuant to the terms hereof.

2.  The Debtors' rights to object to any claim, including (without limitation) the 503(b)(9) Claims and Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order or the Supplemental Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
    Mar 17 2010    , 2010

                      /s/ Kevin Huennekens
                      HONORABLE KEVIN R. HUENNEKENS
                      UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  March 18 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                              _/s/ Douglas M. Foley_____
                                              Douglas M. Foley

\10595570.1

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**                                                                                          **Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 281 | 11/17/2008 | EBC MARKETING INC | EB CARLSON MARKETING 45 STERLING ST WEST BOYLSTON, MA 01583 | EB CARLSON MARKETING 45 STERLING ST WEST BOYLSTON, MA 01583 | CIRCUIT CITY STORES, INC. | Unsecured | $ 349,628.25 | $ 307,981.75 | $ 306,580.35 |
| 452 | 12/1/2008 | EB CARLSON MARKETING | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 43,047.90 | $ 43,047.90 | $ 43,047.90 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**

**Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2425 | 1/2/2009 | SAMSUNG ELECTRONICS AMERICA INC | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | SAMSUNG ELECTRONICS AMERICA ATTN JOSEPH MCNAMARA 105 CHALLENGER ROAD RIDGEFIELD PARK, NJ 07660 | CIRCUIT CITY STORES, INC. | Unsecured | $ 122,577,855.01 | $ 103,501,602.98 | $ 103,315,388.05 |
| 1425 | 12/18/2008 | SAMSUNG ELECTRONICS AMERICA | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 19,262,466.96 | $ 19,262,466.96 | $ 19,262,466.96 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**                                                                                              **Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2765 | 1/6/2009 | AMERIWOOD INDUSTRIES | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | AMERIWOOD INDUSTRIES ATTN JULEE HARLAN 410 EAST FIRST ST SOUTH WRIGHT CITY, MO 63390 | CIRCUIT CITY STORES, INC. | Unsecured | $ 295,763.08 | $ 196,599.24 | $ 196,228.80 |
| 32 | 11/28/2008 | AMERIWOOD INDUSTRIES | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 99,534.28 | $ 99,534.28 | $ 99,534.28 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**                                                                                             **Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4014 | 1/19/2009 | NAMSUNG AMERICA INC | NAMSUNG AMERICA INC PO BOX 501206 ST LOUIS, MO 63150-1206 | NAMSUNG AMERICA INC PO BOX 501206 ST LOUIS, MO 63150-1206 | CIRCUIT CITY STORES, INC. | Unsecured | $ 596,192.33 | $ 430,463.07 | $ 391,828.07 |
| 980 | 12/16/2008 | NAMSUNG AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 327,848.20 | $ 204,364.26 | $ 204,364.26 |
| 980 | 12/16/2008 | NAMSUNG AMERICA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ - | $ 123,483.94 | $ 123,483.94 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8743 | 1/30/2009 | MADCOW INTERNATIONAL GROUP LTD | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | MADCOW INTERNATIONAL GROUP LTD UNIT 1005 10/F FUTURA PLAZA 111 113 HOW MING ST KWUN TONG KOWLOON HONG KONG | CIRCUIT CITY STORES, INC. | Unsecured | $ 970,642.00 | $ 862,830.24 | $ 517,847.60 |
| 1297 | 12/18/2008 | MADCOW INTERNATIONAL GROUP LTD | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 452,794.40 | $ 452,794.40 | $ 452,794.40 |

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653 (KRH)**                                                                                          **Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9006 | 1/30/2009 | OLYMPUS IMAGING AMERICA AKA TO DEBTOR AS OLYMPUS CORPORATION | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | OLYMPUS CORPORATION ATTN ERIC VAUTRIN 3500 CORPORATE PARKWAY CENTER VALLEY, PA 18034 | CIRCUIT CITY STORES, INC. | Unsecured | $ 17,367,527.47 | $ 12,789,923.61 | $ 11,748,428.19 [1] |
| 1201 | 12/17/2008 | OLYMPUS CORPORATION | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 5,891,051.28 | $ 5,891,051.28 | $ 5,891,051.28 |

1. Claim No. 9006 duplicated the invoices contained in Claim No. 1201 in the amount of $5,619,099.28.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | PINNACLE SYSTEMS, INC ATTN GEMMA SUIZO 280 N BERNARDO AVENUE MOUNTAIN VIEW, CA 94043 | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 39,079.17 | $ 0.00 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Secured | $ 95,354.34 | $ 95,354.34 | $ 95,354.34 |
| 9267 | 1/30/2009 | PINNACLE SYSTEMS INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $ 885,785.01 | $ 885,785.01 | $ 885,785.01 |
| 1376 | 12/19/2008 | PINNACLE SYSTEMS, INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 204,812.96 | $ 204,812.96 | $ 204,812.96 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**Corrected Order on Twenty-Third Omnibus Objection to Claims**

**Exhibit A - Partial Duplication**

| Claim Number | Date Filed | Claimant Name | Claimant Address | Claim Holder Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Amount Previously Ordered by Court | Corrected Modified Surviving Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4953 | 1/21/2009 | FUJI | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | FUJIFILM USA INC ATTN DENNIS FENNELL DIRECTOR OF CREDIT 200 SUMMIT LAKE DR VALHALLA, NY 10595 | CIRCUIT CITY STORES, INC. | Unsecured | $ 5,830,726.29 | $ 6,219,083.83 | $ 4,867,975.89 |
| 877 | 12/8/2008 | FUJIFILM USA INC | SEE ABOVE | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503(b)(9) - Admin Priority | $ 962,750.40 | $ 962,750.40 | $ 962,750.40 |

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                  Date Rcvd: Mar 18, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Mar 20, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 20, 2010**                    **Signature:** *Joseph Speetjens*