| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

   - - - - - - - - - - - - - - - x
   In re:                        :  Chapter 11
                                 :
   CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
   et al.,                       :
                                 :
             Debtors.            :  Jointly Administered
   - - - - - - - - - - - - - - - x
```

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' TENTH OMNIBUS OBJECTION
<u>TO CERTAIN DUPLICATE CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Tenth Omnibus Objection to Certain Duplicate Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and

sufficient and that no other further notice or service of the Objection need be given; and the Court having entered the Order on Debtors' Tenth Omnibus Objection to Certain Duplicate Claims on July 20, 2009 (Docket No. 4172) (the "Initial Order"); and the Court having entered the Supplemental Order on Debtors' Tenth Omnibus Objection to Certain Duplicate Claims on August 10, 2009 (Docket No. 4406) (the "First Supplemental Order"); and the Court having entered the Second Supplemental Order on Debtors' Tenth Omnibus Objection to Certain Duplicate Claims on November 20, 2009 (Docket No. 5875) (the "Second Supplemental Order"); and it appearing that the relief requested in this Order is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   Notwithstanding the Initial Order, the First Supplemental Order, or the Second Supplemental Order, the Objection is WITHDRAWN without prejudice as to the claims identified on <u>Exhibit A</u>( as attached hereto and incorporated herein).

    2.   The Debtors' rights to object to any claims, including the claims on <u>Exhibit A</u>, on any grounds that the governing law permits are not waived and are expressly reserved.

3.  Any responses filed by the claimants identified on Exhibit A are deemed RESOLVED.

4.  To the extent that this Order conflicts with the Initial Order, the First Supplemental Order, or the Second Supplemental Order, this Order shall control.

5.  The Debtors shall serve a copy of this Order on the claimants included on Exhibit A to this Order on or before seven (7) days from the entry of this Order.

6.  This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       Mar 17 2010        , 2010

                                         /s/ Kevin Huennekens
                                         Honorable Kevin R. Huennekens
                                         United States Bankruptcy Judge

Entered on docket: March 18 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

_/s/ Douglas M. Foley         __
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

       Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Tenth Omnibus Objection to Claims
Third Supplemental Order - (Withdraw Certain Duplicate Claims)

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| GARCIA, MARTIN<br>PO BOX 563<br>BELLEFLOWER, CA 90707 | 3797 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $134,305.00<br>Total: $134,305.00 | 01/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

| | Total: | 1 | $134,305.00 |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1               Date Rcvd: Mar 18, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Mar 20, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                    TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2010**              **Signature:** _Joseph Speetjens_