Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
                             :
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   1Case No. 08-35653 (KRH)
et al.,                      :
                             :
              Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF AN ORDER DIRECTING
WACHOVIA BANK, N.A., AS CUSTODIAN OF CIRCUIT CITY STORES,
INC.'S SUPPLEMENTAL 401(k) PLAN, TO DELIVER ASSETS OF THE PLAN
TO THE DEBTORS' ESTATES**

THIS MATTER having come before the Court upon the

motion (the "Motion") of the above captioned debtors and

debtors-in-possession (the "Debtors") for an entry of an

order directing Wachovia Bank, N.A., as custodian, to

1

deliver all assets of the Circuit City Stores, Inc.

Supplemental 401(k) Plan (the "Supplemental 401(k) Plan") to

the Debtors as set forth more fully in the Motion; and it

appearing that due and proper notice and service of the

Motion has been given in compliance with Supplemental Order

Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy

Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and

9013-1 Establishing Certain Notice, Case Management, and

Administrative Procedures (Docket No. 6208) and was good and

sufficient and that no other further notice or service of

the Motion need be given; and it appearing that the relief

requested on the Motion is in the best interest of the

Debtors, their estates and creditors and other parties-in-

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Motion is GRANTED and any objections to

the Motion are overruled.

2.   Within seven days after entry of this Order,

Wachovia Bank, N.A., as custodian, is directed to deliver

the assets of the Supplemental 401(k) Plan to the Debtors

(the "Turnover").

2

3.    To the extent required, the Plan Administrator and the Debtors are directed to take all actions that are necessary or appropriate to complete the Turnover.

4.    The requirement under Local Bankruptcy Rule 9013-1(G) to file a memorandum of law in connection with the Motion is hereby waived.

5.    This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

Dated:    Richmond, Virginia
          Mar 19 2010    , 2010

                                        /s/ Kevin Huennekens
                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

 Entered on docket:  March 19 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley___
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley_____
                                Douglas M. Foley

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Mar 19, 2010
Case: 08-35653                Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Mar 21, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2010                    Signature:    _Joseph Speetjens_