Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MARCH 25, 2010 AT 2:30 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
March 25, 2010 beginning at 2:30 p.m. Eastern.

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Motion of Vertis, Inc. to Allow Proof of Claim to be
      Deemed Timely Filed (Docket No. 2989)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 2990)

      b.    Notice of Withdrawal of Motion by Vertis, Inc.
            (Docket No. 6780)

      Objection
      Deadline:          April 24, 2009 at 4:00 p.m., extended
                         for the Debtors until March 18, 2010

      Objections/
      Responses
      Filed:             None

      Status:            Vertis, Inc. has filed a Notice of
                         Withdrawal at Docket No. 6780.

2.    Motion of Miner Fleet Management Group, Ltd. for Leave
      to File Late Administrative Claims (Docket No. 4763)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 4764)

      b.    Stipulation and Consent Order resolving Motion of
            Miner Fleet Management Group, Ltd. (Docket No.
            6908)

      Objection
      Deadline:          September 18, 2009 at 4:00 p.m.,
                         extended for the Debtors until March 18,
                         2010

      Objections/
      Responses
      Filed:             None

Status:          A Stipulation and Consent Order was
                 entered resolving this matter (Docket
                 No. 6908).

3.    Motion of OmniMount Systems, Inc. for Reconsideration
      of the Court's August 20, 2009 Order on the Debtors'
      Twentieth Omnibus Objection for the Purpose of Vacating
      the Reclassification of OmniMount Systems, Inc.'s
      503(B)(9) Claim (Docket No. 5010)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified to Unsecured Claims of
            Certain Claims Filed as 503 (B) (9) Claims For
            Goods Received by the Debtors Not Within Twenty
            Days of the Commencement of the Case (Docket No.
            4576)

      b.    Notice of Motion and Hearing (Docket No. 5012)

      c.    Exhibits A and B to Motion of OmniMount Systems,
            Inc. for Reconsideration (Docket No. 5014)

      d.    Notice of Proposed Settlement Agreement and
            Settlement Agreement (Docket No. 6912)

      Objection
      Deadline:        October 8, 2009 at 4:00 p.m., extended
                       for the Debtors until March 18, 2010 at
                       4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been resolved.  A
                       proposed settlement agreement and notice
                       of settlement have been filed at Docket
                       No. 6912.  The deadline for filing
                       objections to the proposed agreement is
                       March 29, 2010 at 5:00 p.m.

**II.   CONTINUED/ADJOURNED MATTERS**

4.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim
          Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
          Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     Objection
     Deadline:        February 6, 2009 at 4:00 p.m., extended
                      for the Debtors until April 8, 2010

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to April
                      15, 2010 at 2:00 p.m.

5.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative
     Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
     (Docket No. 1134)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1136)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1243)

     c.   Notice of Filing Exhibit to Motion (Docket Nos.

1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:          February 6, 2009 at 4:00 p.m., extended
                   for the Debtors until April 8, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to April
                   15, 2010 at 2:00 p.m.

6.   Motion of Sennheiser Electronic Corp. for Entry of an
     Order (i) Recognizing Sennheiser's Claim as Timely
     Filed, or Permitting the Filing of a Proof of Claim
     After the Bar Date and (ii) Allowing an Administrative
     Expense Pursuant to Section 503(b)(9) of The Bankruptcy
     Code (Docket No. 2722)

     Related
     Documents:

     a.    Corrected Motion of Sennheiser Electronic Corp.
           (Docket No. 2723)

     b.    Notice of Motion and Hearing (Docket No. 2724)

     Objection
     Deadline:          April 7, 2009 at 4:00 p.m., extended for
                        the Debtors until May 13, 2010

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter has been adjourned to May
                        20, 2010 at 10:00 a.m.

7.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

Related
Documents:

a.     Notice of Motion and Hearing (Docket No. 2295)

b.     Amendment to Motion of Sony Pictures Home
       Entertainment Inc. for Entry of an Order Allowing
       Administrative Expenses Pursuant to 11 U.S.C.
       Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
       (Docket No. 3853)

Objection
Deadline:          April 20, 2009 at 4:00 p.m., extended
                   for the Debtors until April 8, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to April
                   15, 2010 at 2:00 p.m.

8.   Motion of Towne Square Plaza to Allow the Filing of (1)
     Amended Proof of Claim and (2) Late Proof of Claim
     (Docket No. 3582)

Related
Documents:

a.     Notice of Motion and Hearing (Docket No. 3583)

b.     Notice of Filing of Affidavit in Support of Motion
       of Towne Square Plaza to Allow the Filing of (1)
       Amended Proof of Claim and (2) Late Proof of Claim
       (Docket No. 3782)

Objection
Deadline:          June 26, 2009 at 4:00 p.m., extended for
                   the Debtors until April 8, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

|  |  |  |
|---|---|---|
| Status: | This matter has been adjourned to April 15, 2010 at 2:00 p.m. | |

9.  Schimenti Construction Company, LLC's Motion for Examination and Order Directing Debtor, Circuit City Stores, Inc. to Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004 and Memorandum in Support Thereof (Docket No. 3591)

Objection
Deadline:        June 22, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection to Schimenti Construction Company, LLC's Motion for Examination and Order Directing Debtor, Circuit City Stores, Inc. to Produce Documents Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004 (Docket No. 3701)

Status:        This matter has been adjourned to April 15, 2010 at 2:00 p.m.

10.  Motion of Slam Brands, Inc. for Order Directing Debtors to Pay Administrative Expenses Pursuant to 11 U.S.C. Sections 503(b) and 507(a) and Request for Related Relief (Docket No. 3839)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3840)

Objection
Deadline:        July 17, 2009 at 4:00 p.m., extended for the Debtors until April 8, 2010

Objections/
Responses
Filed:        None at the time of filing this agenda

Status:        This matter has been adjourned to April 15, 2010 at 2:00 p.m.

11.    Debtors' Motion for Entry of Order Pursuant to
       Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
       and Bankruptcy Rules 4001 and 6006, and Local
       Bankruptcy Rule 4001 (I) Authorizing Rejection of
       Surety Bonds, (II) Modifying the Automatic Stay for the
       Limited Purpose of Allowing Safeco Insurance Company of
       America to Commence Cancellation of Surety Bonds, (III)
       Establishing Surety Bond Claim Deadline, and (IV)
       Granting Related Relief (Docket No. 5114)

       Objection
       Deadline:          October 7, 2009 at 4:00 p.m., extended
                          for Safeco Insurance Company until
                          October 28, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Response of United States Customs and Border
             Protection to Debtors' Motion (Docket No. 5386)

       b.    Safeco Insurance Company of America's Objection to
             Debtors' Motion (Docket No. 5390)

       Status:            This matter has been adjourned to April
                          15, 2010 at 2:00 p.m.

12.    Creditor John Raleigh's Motion To Deem Proof Of Claim
       Timely Filed And For Leave To Amend (Docket No. 5198)

       Related
       Documents:

       a.    Notice of Motion and Hearing (Docket No. 5199)

       b.    Fourth Supplemental Order on Debtors' Eighth
             Omnibus Objection to Certain Late Claims (Docket
             No. 6588)

       Objection
       Deadline:          May 21, 2009 at 5:00 p.m., extended for
                          the Debtors until April 22, 2010

```
            Objections/
            Responses
            Filed:          None at the time of filing this agenda

            Status:         This matter has been adjourned to April
                            29, 2010 at 2:00 p.m.
```

13.  Amended Motion to Allow Late Filing of Proof of Claim,
     by Site A, LLC (Docket Nos. 5310, 5404)

```
            Related
            Documents:

            a.   Notice of Motion and Hearing (Docket No. 5405)

            Objection
            Deadline:       October 27, 2009 at 5:00 p.m., extended
                            for the Debtors until April 8, 2010

            Objections/
            Responses
            Filed:          None at the time of filing this agenda

            Status:         This matter has been adjourned to April
                            15, 2010 at 2:00 p.m.
```

**III. UNCONTESTED MATTERS**

14.  Debtors' Motion for an Order Under 11 U.S.C. § 105(a)
     and Fed. R. Bankr. P. 9006(b) Further Extending the
     Time Period Within Which the Debtors May Remove Actions
     Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027
     (Docket No. 6761)

```
            Related
            Documents:

            a.   Notice of Motion and Hearing (Docket No. 6762)

            Objection
            Deadline:       March 22, 2010 at 4:00 p.m.

            Objections/
            Responses
            Filed:          None at the time of filing this agenda
```

Status:          This matter is going forward.

**IV.    CONTESTED MATTERS GOING FORWARD**

15.    Movant Ashley Isaac's Motion to Allow Existing Late
       Proof of Claim as Valid (Docket No. 5008)

       Related
       Documents:

       a.    Notice of Deposition of Ashley Isaac (Docket No.
             6789)

       Objection
       Deadline:        September 22, 2009 at 11:00 a.m.,
                        extended for the Debtors until January
                        21, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Debtors' Objection to Motion to Allow the Proof of
             Claim of Ashley Isaac as Timely Filed (Docket No.
             6898

       Status:          This matter is going forward as a final
                        evidentiary hearing.

**V.    OMNIBUS CLAIM OBJECTIONS – STATUS CONFERENCE MATTERS**

16.    Debtors' Sixty-Sixth Omnibus Objection to Claims
       (Reclassification of Certain Claims Filed by Equity
       Holders to Interests) (Docket No. 6535)

       Objection
       Deadline:        March 18, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda

       Status:          The Debtors will submit an order
                        granting the relief sought in the
                        objection.

17.   Debtors' Sixty-Seventh Omnibus Objection to Claims
      (Disallowance of (I) Certain Amended Claims; and (II)
      Certain Duplicate Claims) (Docket No. 6566)

      Objection
      Deadline:        March 18, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Columbus Dispatch's Response to Debtors' Sixty-
            Seventh Omnibus Objection to Claims (Docket No.
            6833)

      b.    Chase Bank, USA, National Association's Response
            to Debtors' Sixty-Seventh Omnibus Objection to
            Claims (Docket No. 6877)

      Status:          The status hearing is going forward with
                       respect to those claims for which a
                       response was filed.  During the status
                       hearing the Debtors will advise the
                       Court that this matter will go forward
                       on the merits on April 15, 2010 at 2:00
                       p.m. with respect to those claims for
                       which a response was filed.  The Debtors
                       will submit a revised form of order
                       granting the relief sought in the
                       objection with respect to those claims
                       for which no response was filed.

18.   Debtors' Sixty-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 6567)

      Objection
      Deadline:        March 18, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          The Debtors will submit an order
                       granting the relief sought in the
                       objection.

19.   Debtors' Sixty-Ninth Omnibus Objection to Claims
      (Disallowance of Certain Administrative Claims) (Docket
      No. 6568)

      Objection
      Deadline:        March 18, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Robyn N. Davis' Response to Debtors' Sixty-Ninth
           Omnibus Objection to Claims (Docket No. 6895)

      Status:          The Debtors have resolved the response
                       filed by Ms. Davis.  The Debtors will
                       submit a revised form of order granting
                       the relief sought in the objection.

**VI.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD**

20.   Debtors' Thirty-Ninth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases) (Docket No. 4881)

      Related
      Documents:

      a.   Order on Debtors' Thirty-Ninth Omnibus Objection
           to Claims (Reclassification to Unsecured Claims of
           Certain Claims Filed as 503(b)(9) Claims for Goods
           Received by the Debtors Not Within Twenty Days of
           the Commencement of the Cases) (Docket No. 5829)

      Objection
      Deadline:        October 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.   Response of Madcow International Group Limited
           (Docket No. 5166)

Status:          An order has been entered partially
                 sustaining the objection.  A
                 supplemental order will be submitted
                 resolving the one claim for which the
                 objection is still pending.

21.  Debtors' Fifty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 5320)

     Related
     Documents:

     a.     Order on Debtors' Fifty-Sixth Omnibus Objection to
            Claims (Disallowance of Certain Alleged
            Administrative Expenses on Account of Employee
            Obligations)(Docket No. 6071)

     b.     Notice of Hearing on the Merits on Order on Order
            on Debtors' Fifty-Sixth Omnibus Objection to
            Claims (Disallowance of Certain Alleged
            Administrative Expenses on Account of Employee
            Obligations)(Docket No. 6692)

     Objection
     Deadline:        November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.     Bruce H. Besanko's Response to Debtors' Fifty-
            Sixth Omnibus Objection to Claims (Docket No.
            5687)

     b.     James H. Wimmer, Jr.'s Response to Debtors' Fifty-
            Sixth Omnibus Objection to Claims (Docket No.
            5693)

     c.     Lawrence W. Fay's Response to Debtors' Fifty-Sixth
            Omnibus Objection to Claims (Docket No. 5749)

     d.    Daniel W. Ramsey's Response to Debtors' Fifty-Sixth Omnibus Objection to Claims (Docket No. 5754)

     e.    Debtors' Omnibus Reply in Support of the Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6691)

     f.    Debtors' Supplemental Omnibus Reply in Support of the Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6902)

     g.    Bruce H. Besanko's Response to Debtors' Omnibus Reply in Support of the Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6910)

Status:     An order has been entered partially sustaining the objection.  A hearing on the merits with respect to certain claimants went forward on March 8, 2010. This matter will go forward on the merits with respect to Bruce H. Besanko, James H. Wimmer, Jr., Lawrence W. Fay and Daniel W. Ramsey.

22.    Debtors' Motion for and Memorandum of Law in Support of Summary Judgment of Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) with Respect to the Claim of Franklin Spencer Wilson (Docket No. 6590)

Related Documents:

     a.    Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

     b.    Response of Franklin Wilson to Debtors' Thirty-First Omnibus Objection to Claims (Docket Nos.

4792, 4963)

c.    Order on Debtors' Thirty-First Omnibus Objection
      to Claims (Disallowance of Certain Legal Claims)
      (Docket No. 5494)

Objection
Deadline:        March 18, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of Franklin Spencer Wilson (Docket No.
      6681)

Status:          This matter is going forward.

23.   Debtors' Motion for and Memorandum in Support of
      Summary Judgment on Nineteenth Omnibus Objection to
      Claims (Reclassification of Certain Misclassified
      Claims to General Unsecured, Non-Priority Claims) with
      Respect to the Class Claim of Robert Gentry (Docket No.
      6641)

      Related
      Documents:

      a.    Debtors' Nineteenth Omnibus Objection to Claims
            (Reclassification of Certain Misclassified Claims
            to General Unsecured, Non-Priority Claims) (Docket
            No. 3703)

      b.    Order on Debtors' Nineteenth Omnibus Objection to
            Claims (Reclassification of Certain Misclassified
            Claims to General Unsecured, Non-Priority Claims)
            (Docket No. 4449)

      c.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4736)

      d.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain

Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

e.    Creditor Robert Gentry's Preliminary Response to Debtors' Nineteenth Omnibus Objection to Claims [Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims] (Docket No. 4956)

f.    Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

g.    Debtors' Supplement to the Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim Filed by Robert Gentry (Docket No. 6642)

h.    Debtors' Reply Brief in Support of Motions for Summary Judgment and Supplemental Objections with Respect to Certain Claims Subject to (I) The Debtors' Nineteenth Omnibus Objection to claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims)(Docket No. 6931)

Objection
Deadline:        March 18, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Creditors Gentry, Hernandez, Card, and Skaf's Omnibus Objection to Debtors' Motions for Summary Judgment and Application for Rule 56(f) Continuance (Docket No. 6859)

Status:        This matter is going forward.

24.    Debtors' Motion for and Memorandum of Law in Support of
       Summary Judgment on Thirty-First Omnibus Objection to
       Claims (Disallowance of Certain Legal Claims) with
       Respect to the Class Claim of Joseph Skaf (Docket No.
       6643)

       Related
       Documents:

       a.    Debtors' Thirty-First Omnibus Objection to Claims
             (Disallowance of Certain Legal Claims) (Docket No.
             4585)

       b.    Creditor Joseph Skaf's Response to Debtors'
             Thirty-First Omnibus Objection to Claims
             [Disallowance of Certain Legal Claims] (Docket No.
             4946)

       c.    Order on Debtors' Thirty-First Omnibus Objection
             to Claims (Disallowance of Certain Legal Claims)
             (Docket No. 5494)

       d.    Debtors' Supplement to the Thirty-First Omnibus
             Objection to Claims (Disallowance of Certain Legal
             Claims) with Respect to the Class Claim Filed by
             Joseph Skaf (Docket No. 6646)

       e.    Debtors' Reply Brief in Support of Motions for
             Summary Judgment and Supplemental Objections with
             Respect to Certain Claims Subject to (I) The
             Debtors' Nineteenth Omnibus Objection to claims
             (Reclassification of Certain Misclassified Claims
             to General Unsecured, Non-Priority Claims) and
             (II) the Debtors' Thirty-First Omnibus Objection
             to Claims (Disallowance of Certain Legal
             Claims)(Docket No. 6931)

       Objection
       Deadline:      March 18, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Creditors Gentry, Hernandez, Card, and Skaf's

Omnibus Objection to Debtors' Motions for Summary
Judgment and Application for Rule 56(f)
Continuance (Docket No. 6859)

Status:        This matter is going forward.

25.   Debtors' Motion for and Memorandum in Support of
      Summary Judgment on Nineteenth Omnibus Objection to
      Claims (Reclassification of Certain Misclassified
      Claims to General Unsecured, Non-Priority Claims) with
      Respect to the Class Claim of Jack Hernandez (Docket
      No. 6644)

      Related
      Documents:

      a.    Debtors' Nineteenth Omnibus Objection to Claims
            (Reclassification of Certain Misclassified Claims
            to General Unsecured, Non-Priority Claims) (Docket
            No. 3703)

      b.    Order on Debtors' Nineteenth Omnibus Objection to
            Claims (Reclassification of Certain Misclassified
            Claims to General Unsecured, Non-Priority Claims)
            (Docket No. 4449)

      c.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4736)

      d.    Supplemental Order on Debtors' Nineteenth Omnibus
            Objection to Claims (Reclassification of Certain
            Misclassified Claims to General Unsecured, Non-
            Priority Claims) (Docket No. 4758)

      e.    Creditor Jack Hernandez's Preliminary Response to
            Debtors' Nineteenth Omnibus Objection to Claims
            (Reclassification of Certain Misclassified Claims
            to Unsecured, Non-Priority Claims) (Docket No.
            4027)

      f.    Second Supplemental Order on Debtors' Nineteenth
            Omnibus Objection to Claims (Reclassification of
            Certain Misclassified Claims to General Unsecured,

Non-Priority Claims) (Docket No. 6299)

g.    Debtors' Supplement to the Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) with Respect to the Class Claim
      Filed by Jack Hernandez (Docket No. 6661)

h.    Debtors' Reply Brief in Support of Motions for
      Summary Judgment and Supplemental Objections with
      Respect to Certain Claims Subject to (I) The
      Debtors' Nineteenth Omnibus Objection to claims
      (Reclassification of Certain Misclassified Claims
      to General Unsecured, Non-Priority Claims) and
      (II) the Debtors' Thirty-First Omnibus Objection
      to Claims (Disallowance of Certain Legal
      Claims)(Docket No. 6931)

Objection
Deadline:        March 18, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Creditors Gentry, Hernandez, Card, and Skaf's
      Omnibus Objection to Debtors' Motions for Summary
      Judgment and Application for Rule 56(f)
      Continuance (Docket No. 6859)

Status:          This matter is going forward.

26.   Debtors' Motion for and Memorandum of Law in Support of
      Summary Judgment on Thirty-First Omnibus Objection to
      Claims (Disallowance of Certain Legal Claims) with
      Respect to the Class Claim Filed by Jonathan Card
      (Docket No. 6645)

      Related
      Documents:

      a.    Debtors' Thirty-First Omnibus Objection to Claims
            (Disallowance of Certain Legal Claims) (Docket No.
            4585)

   b.      Creditor Jonathan Card's Response to Debtors'
           Thirty-First Omnibus Objection to Claims
           (Disallowance of Certain Legal Claims) (Docket No.
           4823)

   c.      Order on Debtors' Thirty-First Omnibus Objection
           to Claims (Disallowance of Certain Legal Claims)
           (Docket No. 5494)

   d.      Debtors' Supplement to the Thirty-First Omnibus
           Objection to Claims (Disallowance of Certain Legal
           Claims) with Respect to the Class Claim Filed by
           Jonathan Card (Docket No. 6660)

   e.      Debtors' Reply Brief in Support of Motions for
           Summary Judgment and Supplemental Objections with
           Respect to Certain Claims Subject to (I) The
           Debtors' Nineteenth Omnibus Objection to claims
           (Reclassification of Certain Misclassified Claims
           to General Unsecured, Non-Priority Claims) and
           (II) the Debtors' Thirty-First Omnibus Objection
           to Claims (Disallowance of Certain Legal
           Claims)(Docket No. 6931)

Objection
Deadline:         March 18, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

   a.      Creditors Gentry, Hernandez, Card, and Skaf's
           Omnibus Objection to Debtors' Motions for Summary
           Judgment and Application for Rule 56(f)
           Continuance (Docket No. 6859)

Status:           This matter is going forward.

**VII. ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES**

27.    Complaint (Docket No. 1) (<u>CC-Investors 1995-6 v.
       Circuit City Stores, Inc.</u>, Adversary No. 09-3220 (KRH))

       Response
       Deadline:          December 21, 2009 at 4:00 p.m., extended
                          for CC-Investors until April 8, 2010.

       Objections/
       Responses
       Filed:             Answer, Affirmative Defenses and
                          Counterclaims of Circuit City Stores,
                          Inc. (Docket No. 7)

       Status:            The pre-trial conference on this matter
                          has been adjourned to April 15, 2010 at
                          2:00 p.m.

28.    Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
       Creative Labs, Inc.</u>, Adversary No. 09-3225 (KRH))

       Related
       Documents:

       a.    Motion to Seal Exhibit (Docket No. 6)

       b.    Order Authorizing Debtors to File Exhibit Under
             Seal (Docket No. 9)

       Response
       Deadline:          December 24, 2009 at 4:00 p.m., extended
                          for Creative Labs, Inc. until April 2,
                          2010.

       Objections/
       Responses
       Filed:             None at the time of filing this agenda

       Status:            The pre-trial conference on this matter
                          has been adjourned until April 6, 2010
                          at 10:00 a.m.

```
Dated: March 22, 2010      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                           Gregg M. Galardi, Esq.
                           Ian S. Fredericks, Esq.
                           P.O. Box 636
                           Wilmington, Delaware 19899-0636
                           (302) 651-3000

                                - and -

                           SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM LLP
                           Chris L. Dickerson, Esq.
                           155 N. Wacker Drive, Suite 2700
                           Chicago, Illinois 60606-2700
                           (312) 407-0700

                                - and -

                           MCGUIREWOODS LLP


                           /s/ Douglas M. Foley          .
                           Dion W. Hayes (VSB No. 34304)
                           Douglas M. Foley (VSB No. 34364)
                           One James Center
                           901 E. Cary Street
                           Richmond, Virginia 23219
                           (804) 775-1000

                           Counsel for Debtors and Debtors
                           in Possession
```

\10930352