# IN THE UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | Case No. 08-35653 (KRH) |
| **Debtors.** | Jointly Administered |

### APPELLANT ONKYO USA CORPORATION'S NOTICE OF MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL

PLEASE TAKE NOTICE THAT Onkyo USA Corporation ("Onkyo") has filed with the Court a Motion for Leave to Include Arguments of Counsel in Record on Appeal (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 4001, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

1. File with the court, at the address shown below, a written objection. If you mail your response to the Court for filing, you must mail it early enough so the court will receive it not later than fourteen (14) days of service of this Motion, or by April 6, 2010.

> William C. Redden, Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

2  You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

_____
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
 Richmond, Virginia 22977
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
*Counsel for Onkyo USA Corporation*

*Counsel for Circuit City Stores, Inc.*
Douglas M. Foley, Esquire
Dion W. Hayes, Esquire
MCGUIRE WOODS LLP
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

*Counsel for Onkyo USA Corporation.*
Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
phil.baxa@mercertrigiani.com

*Counsel for Onkyo USA Corporation*
EDWARDS ANGELL PALMER & DODGE LLP
Larry D. Henin, Esq.
Paul J. Labov, Esq.
750 Lexington Avenue
New York, New York 10022

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

Submitted:  March 23, 2010        **ONKYO USA CORPORATION**
        /s/ Philip C. Baxa

        Philip C. Baxa, Esquire VSB No. 22977
        MercerTrigiani LLP
        16 South Second Street
        Richmond, Virginia 23219
        Tel: (804) 782-8691
        Fax: (804) 644-0209
        phil.baxa@mercertrigiani.com
        - and -
        EDWARDS ANGELL PALMER & DODGE LLP
        Larry D. Henin, Esq.
        Paul J. Labov, Esq.
        750 Lexington Avenue
        New York, New York 10022
        Telephone: (212) 308-4411
        Facsimile: (212) 308-4844

        *Counsel for Onkyo USA Corporation*

## CERTIFICATE OF SERVICE

      I certify that on March 23, 2010 I will electronically file the foregoing Onkyo USA Corporation's Notice of Motion for Leave to Include Arguments of Counsel in Record on Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice of Motion via regular mail, postage prepaid, on March 23, 2010 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

                                                /s/ Philip C. Baxa
                                                Philip C. Baxa

R0010194

4