Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

    -and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Attorneys for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |

------------------------------------------------------X

**APPELLANT MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.'S
STATEMENT OF ISSUES TO BE PRESENTED AND
<u>DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL</u>**

Mitsubishi Digital Electronics America, Inc. ("Mitsubishi"), by and through its

undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), PRAMS, Inc. (n/a), XSStuff, LLC (9263). Mayland MN, LLC (6116). Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060

(the "Rules"), files its Statement of Issues to be Presented and Designation of Items to Be Included in Record on Appeal relating to its Notice of Appeal filed on March 20, 2010 (D.N. 6745).

**1. Statement of Issues to Be Presented**

a. Whether the Bankruptcy Court erred in sustaining the Debtor's Fifty-First and Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims.

b. Whether the Bankruptcy Court erred in finding that administrative expenses arising under Section 503(b)(9) of the Bankruptcy Code are subject to temporary disallowance under Section 502(d) of the Code.

c. Whether the Bankruptcy Court erred in finding that Section 502(d) of the Bankruptcy Code is applicable to Section 503(b)(9) administrative expenses.

d. Whether the Bankruptcy Court erred in ruling that the Debtors could seek a temporary disallowance of Mitsubishi's Section 503(b)(9) administrative expenses pursuant to Section 502(d) of the Bankruptcy Code without commencing the alleged preference actions.

e. Whether the Bankruptcy Court erred in temporarily disallowing Mitsubishi's Section 503(b)(9) administrative expenses pursuant to Section 502(d) of the Bankruptcy Code, prior to an adjudication of the Debtor's alleged preference claims against Mitsubishi.

f. Whether the Bankruptcy Court erred in finding that creditors seeking administrative priority under Section 503(b)(9) are required to file a proof of claim pursuant to Section 501 of the Bankruptcy Code.

g. Whether the Bankruptcy Court erred in ruling that the Debtors could seek a temporary disallowance of Mitsubishi's Section 503(b)(9) administrative expenses pursuant to Section 502(d) of the Bankruptcy Code within the claims resolution process and not in an adversary proceeding.

    h.    Whether the Bankruptcy Court erred in ruling that the Debtors were not seeking affirmative relief when they sought temporary disallowance of Mitsubishi's Section 503(b)(9) administrative expenses pursuant to Section 502(d) of the Bankruptcy Code.

**2.    Designation of Record on Appeal**

The following designation includes any and all exhibits and attachments filed with each designated document.

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 1 | 19 | November 10, 2008 | Motion of Debtors for Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date pursuant to Bankruptcy Rule 9007. |
| 2 | 107 | November 12, 2008 | Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date pursuant to Bankruptcy Rule 9007 |
| 3 | [Claims Agent Claim No. 132] | November 18, 2008 | Mitsubishi's Section 503(b)(9) Claim Request |
| 4 | 2505 | March 10, 2009 | Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections |
| 5 | 2881 | April 1, 2009 | Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections |
| 6 | [Claims Agent Claim No. 12300, dated April 17, 2009] | April 17, 2009 | Amended Proof of Claim of Mitsubishi Digital Electronics America, Inc., superseding Original Mitsubishi Proof of Claim [Claims Agent Claim No. 7194, dated January 28, 2009] |
| 7 | 4614 | August 24, 2009 | Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors-in-Possession and Its Official Committee of Creditors Holding Unsecured Claims [Liquidating Plan attached] |
| 8 | 4626 | August 25, 2009 | Debtors' Motion for Order Extending Objection Deadline to Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. |

3

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
|  |  |  | and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B) |
| 9 | 4729 | September 1, 2009 | Order Granting Debtors' Motion For Order Extending Objection Deadline To Disclosure Statement With Respect To Joint Plan Of Liquidation Of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors In Possession and Its Official Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B) |
| 10 | 5090 | September 24, 2009 | Order Approving (I) Disclosure Statement,(II) Notice of the Disclosure Statement Hearing, (III) Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan,(V) Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI)Procedures with Respect to Certain Claims and (VII)Solicitation Procedures for Confirmation of the Plan |
| 11 | 5124 | September 29, 2009 | Debtors' First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |
| 12 | 5214 | October 13, 2009 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference Hearing |
| 13 | 5215 | October 13, 2009 | Debtors' Brief in Support of Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 14 | 5216 | October 13, 2009 | Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 15 | 5217 | October 13, 2009 | Debtors' Brief in Support of Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 16 | 5312 | October 21, 2009 | Samsung Electronics America, Inc.'s (I) Motion to Shorten Time to Respond to Interrogatories and Request for Production of Documents |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 17 | 5313 | October 21, 2009 | Motion to Expedite Hearing on Samsung Electronics America, Inc.'s Motion for Shortened Response Time to Interrogatories and Request for Production of Documents |
| 18 | 5314 | October 21, 2009 | Samsung Electronics America, Inc.'s Notice of (I) Motion for a Shortened Response Time to Interrogatories and Requests for Production of Documents and (II) Motion for Expedited Hearing |
| 19 | 5329 | October 22, 2009 | Samsung's Notice of Rescheduled Hearing [Re: 5312, 5314] |
| 20 | 5407 | October 30, 2009 | Objection by the Debtors to Samsung Electronics America, Inc.'s (I) Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents and (II) Motion for an Expedited Hearing |
| 21 | 5408 | October 30, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 3, 2009 at 11:00 a.m. |
| 22 | 5411 | November 2, 2009 | Samsung America, Inc.'s Response to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on Any Response Proceed as a Status Conference |
| 23 | 5416 | November 3, 2009 | PNY Technologies, Inc.'s Response to Debtor's Fifty-First Omnibus Objection to Certain 503(b)(9) Claims |
| 24 | 5434 | November 3, 2009 | Response of Paramount Home Entertainment Inc. to Debtors (I) Fifty-Second Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion For a Waiver of the Requirement That The First Hearing On Any Response Proceed As A Status Conference and the Debtors Brief in Support Thereof |
| 25 | 5447 | November 4, 2009 | Opposition Brief of Onkyo USA Corporation to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 26 | 5449 | November 4, 2009 | SanDisk Corporation's Response to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 27 | 5454 | November 4, 2009 | Opposition Brief of Mitsubishi Digital Electronics America, Inc. to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for Waiver of the Requirement That the First Hearing on any Response Proceed as a Status |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | Conference |
| 28 | 5461 | November 4, 2009 | Pioneer Electronics Inc.'s Motion to Compel Debtors to Make Confirmation Deposit under Fed. R. Bankr. P. 3020(a) with Memorandum of Points & Authorities |
| 29 | 5464 | November 4, 2009 | Pioneer Electronics Inc.'s Response to Debtors' 52nd Objection to 503(b)(9) claims |
| 30 | 5470 | November 4, 2009 | Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fifty-First Omnibus Objection to (I) Certain 503(B)(9) Claims and (II) Motion for Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 31 | 5472 | November 4, 2009 | Longacre Opportunity Fund, LP's Response to Objection to Claim filed by Circuit City |
| 32 | 5475 | November 4, 2009 | Envision Peripherals, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That the First Hearing on any Response Proceed as a Status Conference |
| 33 | 5479 | November 4, 2009 | Response and Joinder of JVC Americas Corp. and JVC Company of America to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 34 | 5487 | November 4, 2009 | Metra Electronics Corporation's Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 35 | 5489 | November 4, 2009 | LG Electronics USA, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 36 | 5491 | November 4, 2009 | Response of Sima Products Corp. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 37 | 5495 | November 4, 2009 | Toshiba America Consumer Products, LLC's Response to Debtors' Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and Motion |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 38 | 5496 | November 4, 2009 | Response of Samsung Electronics America, Inc. to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 39 | 5497 | November 4, 2009 | Joint Responses by Apex Digital, Inc. and THQ, Inc. [re: Debtors' Fifty-First Omnibus Objection to Claims] |
| 40 | 5498 | November 4, 2009 | Tamrac, Inc.'s Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference |
| 41 | 5499 | November 4, 2009 | Nyko Technologies, Inc.'s Response to Debtors' Fifty-First Omnibus Objection |
| 42 | 5500 | November 4, 2009 | Samsung Electronics America, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 43 | 5502 | November 4, 2009 | SouthPeak Interactive, LLC's Response to Debtors' Fifty-First Omnibus Objection to Claims |
| 44 | 5504 | November 4, 2009 | Twentieth Century Fox Home Entertainment LLC's Response to and Objection to [Fifty-Second Omnibus] Claim Objection |
| 45 | 5505 | November 4, 2009 | Bush Industries Inc.'s Response and Joinder Regarding Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 46 | 5506 | November 4, 2009 | Vonage Marketing LLC's Response to Debtors' Fifty-First Omnibus Objection, |
| 47 | 5509 | November 4, 2009 | Omnibus Response of Vonwin Capital Management, L.P. to Debtors' Forty-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections |
| 48 | 5511 | November 4, 2009 | Response in Opposition of BISSELL Homecare, Inc. to (I) Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof. |

7

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 49 | 5515 | November 4, 2009 | Cokem International, Inc.'s Response to the Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 50 | 5529 | November 4, 2009 | Olympus Corporation and Olympus Imaging America, Inc.'s Response [to Debtors' (I) Fifty-First Omnibus Objection] |
| 51 | 5530 | November 4, 2009 | Letter Response of Hauppage Computer Works, Inc.[to Debtors' Fifty-First Omnibus Objection] |
| 52 | 5535 | November 4, 2009 | United States Debt Recovery, LLC's Response to Debtor's Fifty-First Omnibus Objection |
| 53 | 5537 | November 4, 2009 | Midland Radio Corporation's Response to Debtors' Fifty-First Omnibus Objection |
| 54 | 5539 | November 5, 2009 | Response and Objection of Bethesda Softworks LLC to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof |
| 55 | 5556 | November 6, 2009 | Order Denying Samsung Electronics America, Inc.'s (I) Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents (II) Motion for Expedited Hearing |
| 56 | 5583 | November 9, 2009 | Take Two Interactive Software, Inc.'s Response to [Debtors' Fifty-Second Omnibus Objection to Claims] |
| 57 | 5610 | November 10, 2009 | TeleDynamics LLP's Response in Opposition to Debtors' Fifty-First Omnibus Objection to Claims |
| 58 | 5614 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same |
| 59 | 5615 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion to Expedite Hearing on Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit |
| 60 | 5616 | November 10, 2009 | Samsung Electronics America, Inc.'s Notice of Motions and Notice of Hearing [re: 5614 and 5615] |
| 61 | 5621 | November 10, 2009 | Omnibus Reply by the Debtors in Support of (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 62 | 5622 | November 10, 2009 | Debtors' Omnibus Reply in Support of (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 63 | 5623 | November 10, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 12, 2009 at 10:00 am. |
| 64 | 5663 | November 13, 2009 | Joint Motion for Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) |
| 65 | 5666 | November 13, 2009 | Apex Digital, Inc., THQ, Inc.'s Supplemental Response to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims |
| 66 | 5668 | November 13, 2009 | Motion for Joinder of Paramount Home Entertainment Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 67 | 5681 | November 16, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation |
| 68 | 5695 | November 16, 2009 | Bethesda Softworks LLC's Motion for Joinder for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 69 | 5703 | November 16, 2009 | Amended Notice of Hearing — Pioneer Motion for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 70 | 5716 | November 16, 2009 | Motion for Joinder of Mitsubishi Digital Electronics America, Inc. to Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' First Amended Joint Plan of Liquidation |
| 71 | 5734 | November 16, 2009 | Motion for Joinder of Cokem International, Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 72 | 5742 | November 16, 2009 | Motion for Joinder of Onkyo USA Corporation to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Rule 3020 of the Federal Rules of Bankruptcy Procedure, or, in the Alternative, Objection to Confirmation of Chapter 11 Plan of Liquidation |
| 73 | 5752 | November 16, 2009 | Motion for Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a |

9

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) |
| 74 | 5757 | November 16, 2009 | Samsung Electronics America, Inc.'s Amended Notice of Hearing and Notice of Motion [re: 5614, 5616] |
| 75 | 5766 | November 17, 2009 | Notice of Withdrawal of Motion for an Expedited Hearing on Samsung Electronics America, Inc.'s Motion Under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit (Re: related document(s) [5615] Motion to Expedite Hearing filed by Samsung Electronics America, Inc.) on behalf of Samsung Electronics America, Inc. |
| 76 | 5798 | November 17, 2009 | Transcript of Hearing Held 11/3/2009: pages 1-3, 14-28 |
| 77 | 5813 | November 18, 2009 | Transcript of Hearing Held 11/12/2009: entire transcript |
| 78 | 5826 | November 19, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of Chapter 11 Plan (refiled to correct docketing event code for Objection originally filed on November 16, 2009 as Docket No. 5681) |
| 79 | 5839 | November 19, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 23, 2009 at 10:00 am. |
| 80 | 5930 | November 23, 2009 | Hearing continued [re: 5461] |
| 81 | 5931 | November 23, 2009 | Hearing continued [re: 5614] |
| 82 | 5987 | December 7, 2009 | Pioneer Electronics, Inc.'s Second Amended Notice of Hearing Upon Motion of Pioneer Electronics to Compel Confirmation Deposit [Re: 5461] |
| 83 | 6001 | December 7, 2009 | Samsung Electronics America, Inc.'s Second Amended Notice of Motion and Notice of Hearing (Re: 5614) |
| 84 | 6101 | December 16, 2009 | Samsung Electronics America, Inc.'s Third Amended Notice of Motion and Notice of Hearing (Re: 5614) |
| 85 | 6112 | December 17, 2009 | Notice of Agenda of Matters Scheduled for Hearing on December 21, 2009 at 10:00 a.m. |
| 86 | 6175 | December21, 2009 | Hearing continued (Re: related document(s) 5461) |
| 87 | 6176 | December 21, 2009 | Hearing continued (Re: related document(s) 5614) |
| 88 | 6208 | December 30, 2009 | Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 89 | 6228 | January 6, 2010 | Memorandum Opinion and Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 90 | 6258 | January 13, 2010 | Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections |
| 91 | 6259 | January 13, 2010 | Notice of Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty First and Fifty-Second Omnibus Objections |
| 92 | 6261 | January 13, 2010 | Affidavit of Service re: Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. and Notice of Motion filed by THQ, Inc., Apex Digital |
| 93 | 6295 | January 15, 2010 | Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 509(b)(9) Claims) |
| 94 | 6318 | January 19, 2010 | Notice of Appeal re: on behalf of LG Electronics USA, Inc. |
| 95 | 6319 | January 19, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 96 | 6320 | January 19, 2010 | Motion for Leave to Appeal filed by LG Electronics USA, Inc. |
| 97 | 6321 | January 19, 2010 | Notice of Motion for Leave to Appeal filed by LG Electronics USA, Inc. |
| 98 | 6322 | January 19, 2010 | Motion for Joinder re: Motion to Reconsider filed by THQ. Inc., Apex Digital, Inc. by PNY Technologies, Inc. |
| 99 | 6323 | January 19, 2010 | Motion for Joinder of Paramount Home Entertainment Inc. to Motion of Apex Digital and THQ, inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections with Certificate of Service |
| 100 | 6325 | January 20, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal |
| 101 | 6327 | January 20, 2010 | Notice of Appeal on behalf of United States Debt Recovery, LLC. |
| 102 | 6328 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 103 | 6329 | January 20, 2010 | Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC |
| 104 | 6330 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC |
| 105 | 6331 | January 20, 2010 | Notice of Appeal on behalf of PNY Technologies, Inc. |
| 106 | 6332 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 107 | 6333 | January 20, 2010 | Motion for Leave to Appeal on behalf of PNY Technologies, Inc. |
| 108 | 6334 | January 20, 2010 | Notice of Motion for Leave to Appeal on behalf of PNY Technologies, Inc. |
| 109 | 6335 | January 20, 2010 | Notice of Appeal on behalf of Samsung Electronics America, Inc. |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 110 | 6336 | January 20, 2010 | Motion for Leave to Appeal filed on behalf of Samsung Electronics America, Inc. |
| 111 | 6337 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of Samsung Electronic America, Inc. |
| 112 | 6338 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 113 | 6342 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by United States Debt Recovery |
| 114 | 6343 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by PNY Technologies, Inc. |
| 115 | 6349 | January 22, 2010 | Olympus Corporation and Olympus Imaging America Inc.'s Joinder re: Motion to Reconsideration filed by THQ, Inc., Apex Digital, Inc. |
| 116 | 6350 | January 22, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by Samsung Electronics America Inc. |
| 117 | 6351 | January 25, 2010 | Motion for Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objection filed on behalf of Onkyo USA Corporation |
| 118 | 6358 | January 25, 2010 | Notice of Agenda of Matters Scheduled for Hearing on January 28, 2010 at 11:00a.m. |
| 119 | 6370 | January 26, 2010 | Motion for Joinder of Toshiba America Consumer Products, L.L.C. to Apex Digital, Inc. and THQ, inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 120 | 6378 | January 27, 2010 | Motion for Joinder of Bethesda Softworks, LLC to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 121 | 6382 | January 27, 2010 | Debtors' Objection to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections filed on behalf of Circuit City Stores, Inc. |
| 122 | 6410 | January 28, 2010 | Hearing continued (Re: related document(s) 5461) |
| 123 | 6411 | January 28, 2010 | Hearing continued (Re: related document(s) 5614) |
| 124 | 6449 | February 3, 2010 | Reply to Debtors' Objections to Motion for Reconsideration of Courts Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections re: Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. filed on behalf of Apex Digital, Inc., THQ, Inc. |
| 125 | 6482 | February 8, 2010 | Stipulation and Order Staying Appeals and Extending Deadlines Under Bankruptcy Rules 8001 through 8007 and 8009 With Respect to the Notices of Appeal and the Motions for Leave to Appeal Filed |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | by LG Electronics USA, Inc., United States Debt Recovery, LLC, PNY Technologies, Inc., and Samsung Electronics America, Inc. |
| 126 | 6486 | February 8, 2010 | Notice of Agenda of Matters Scheduled for Hearing on February 11, 2010 at 11:00a.m. |
| 127 | 6525 | February 11, 2009 | Hearing continued (Re: related document(s) 5461) Hearing scheduled 3/8/20 10 |
| 128 | 6526 | February 11, 2009 | Hearing continued (Re: related document(s) 5614) Hearing scheduled 3/8/2010 |
| 129 | 6601 | February 23, 2010 | Supplemental Memorandum Opinion |
| 130 | 6602 | February 23, 2010 | Order on Motion to Reconsider |
| 131 | 6640 | February 25, 2010 | Notice of Continued Hearing on Confirmation of Plan to Be Held on April 6, 201 at 10:00 a.m. |
| 132 | 6720 | March 8, 2010 | Amended Notice of Appeal of Samsung Electronics America, Inc.'s |
| 133 | 6721 | March 8, 2010 | Statement of Issues and Designation of Items to be Included on Appeal of PNY technologies, Inc. |
| 134 | 6722 | March 8, 2010 | Statement of Issues and Designation of Items to be Included on Appeal of United States Debt Recovery LLC |
| 135 | 6748 | March 8, 2010 | Samsung Electronics America, Inc.'s Amended Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion |
| 136 | 6749 | March 8, 2010 | Notice of Samsung Electronics America, Inc.'s Amended Motion for Leave of Appeal |
| 137 | 6750 | March 8, 2010 | Samsung Electronics America, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal and Incorporated Memorandum of Law in Support of Motion |
| 138 | 6751 | March 8, 2010 | Notice of Samsung Electronics America, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal |
| 139 | 6752 | March 8, 2010 | Appellant Samsung Electronics America, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal |
| 140 | 6755 | March 9, 2010 | Notice of Appeal of Mitsubishi Digital Electronics America, Inc. |
| 141 | 6756 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee |
| 142 | 6759 | March 9, 2010 | Mitsubishi Digital Electronics America, Inc.'s Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion |
| 143 | 6760 | March 9, 2010 | Notice of Mitsubishi Digital Electronics America, Inc.'s Motion for Leave to Appeal |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| 144 | 6763 | March 9, 2010 | Amended Statement of Issues and Designation of Items to be Included in Record on Appeal of United States Debt Recovery LLC |
| 145 | 6764 | March 9, 2010 | Notice of Appeal of Onkyo USA Corporation |
| 146 | 6765 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee (Image Not Available) |
| 147 | 6767 | March 9, 2010 | Onkyo USA Corporation's Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion |
| 148 | 6768 | March 9, 2010 | Notice of Onkyo USA Corporation's Motion for Leave to Appeal |
| 149 | 6769 | March 9, 2010 | PNY Technologies, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal |
| 150 | 6770 | March 9, 2010 | Notice of PNY Technologies, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal |
| 151 | 6771 | March 9, 2010 | United States Debt Recovery LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal |
| 152 | 6772 | March 9, 2010 | Notice of United States Debt Recovery, LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal |
| 153 | 6773 | March 9, 2010 | Notice of Appeal of Apex Digital, Inc. |
| 154 | 6774 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee (Image Not Available) |
| 155 | 6775 | March 9, 2010 | Motion of Apex Digital, Inc. for Leave to Appeal |
| 156 | 6776 | March 9, 2010 | Notice of Motion of Apex Digital, Inc. for Leave to Appeal |
| 157 | 6777 | March 9, 2010 | Order Granting Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. |
| 158 | 6778 | March 9, 2010 | Debtors' Omnibus Answering Brief in Opposition to the Motions of Certain 503(b)(9) Administrative Expense Claimants for Leave to Appeal from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections |
| 159 | 6779 | March 9, 2010 | Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. |
| 160 | 6857 | March 17, 2010 | Stipulation and Order Staying Appeals and Extending Deadlines Under Bankruptcy Rules 8001 Through 8007 and 8009 with Respect to the Notices of Appeal and the Motions for Leave to Appeal Filed |

| Exhibit | Docket No. | Date Filed | Style of Pleadings/Document Description |
|---|---|---|---|
| | | | by Samsung Electronics America, Inc. |

Submitted: March 23, 2010

**MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
      - and -
KING & SPALDING
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Counsel for Mitsubishi Digital Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

   I certify that on March 23, 2010 I will electronically file the foregoing Mitsubishi Digital Electronics America, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal, without exhibits, with the Clerk of the Court using the CM/ECF system and will file a copy of the Statement and Designation, with all exhibits, with the Clerk of the Court via courier.  A true and correct copy of the foregoing Statement and Designation, without exhibits, will be sent via regular mail, postage prepaid, on March 23, 2010 to:

    Gregg M. Galardi, Esquire
    Ian S. Fredericks, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
    Wilmington, DE 19899
    gregg.galardi@skadden.com

    Dion W. Hayes, Esquire
    Douglas M. Foley, Esquire
    McGuire Woods LLP
    One James Center
    901 E. Cary Street
    Richmond, VA 23219
    dfoley@mcguirewoods.com

    Chris L. Dickerson, Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Chicago, IL 60606
    chris.thckerson@skadden.com

    Robert B. Van Arsdale, Esquire
    Office of the U.S. Trustee
    701 E. Broad Street, Suite 4304
    Richmond, VA 23219
    Robert.B.Van.Arsdale~usdoj.gov

        /s/ Philip C. Baxa
        Philip C. Baxa (VSB No. 22977)

R0010190