Philip C. Baxa (VSB No. 22977)
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com

      -and-

KING & SPALDING LLP
James A. Pardo, Jr.
Georgia Bar No. 561206
jpardo@kslaw.com
Thaddeus D. Wilson
Georgia Bar No. 596008
thadwilson@kslaw.com
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128
*Counsel for Mitsubishi Digital Electronics America, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-----------------------------------------------------X

### NOTICE OF MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.'S MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL

      PLEASE TAKE NOTICE THAT Mitsubishi Digital Electronics America, Inc. ("Mitsubishi") has filed with the Court a Motion for Leave to Include Arguments of Counsel in Record on Appeal (the "Motion").

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 4001, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing unless you take the following steps:

      1.    File with the court, at the address shown below, a written objection.  If you mail your response to the Court for filing, you must mail it early enough so the court will receive it not later than fourteen (14) days of service of this Motion, or by April 6, 2010.

>William C. Redden, Clerk of Court
>United States Bankruptcy Court
>Eastern District of Virginia
>701 East Broad Street, Suite 4000
>Richmond, Virginia 23219

  2  You must also deliver a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system.

>*Counsel for Circuit City Stores, Inc.*
>Douglas M. Foley, Esquire
>Dion W. Hayes, Esquire
>MCGUIRE WOODS LLP
>9000 World Trade Center
>101 W. Main Street
>Norfolk, Virginia 23510
>
>*Counsel for Mitsubishi Digital Electronics America, Inc.*
>Philip C. Baxa (VSB No. 22977)
>16 South Second Street
>Richmond, Virginia 23219
>Phil.baxa@mercertrigiani.com
>
>*Counsel for Mitsubishi Digital Electronics America, Inc.*
>James A. Pardo, Jr.
>Georgia Bar No. 561206
>jpardo@kslaw.com
>Thaddeus D. Wilson
>Georgia Bar No. 596008
>thadwilson@kslaw.com
>KING & SPALDING LLP
>1180 Peachtree Street
>Atlanta, Georgia  30309-3521

  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motions or objection and may enter an order granting that relief.

| | |
|---|---|
| Submitted: March 23, 2010 | **MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.** |

<u>/s/ Philip C. Baxa</u>

Philip C. Baxa (VSB No. 22977)
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
<u>phil.baxa@mercertrigiani.com</u>

    - and -

KING & SPALDING

James A. Pardo, Jr.
Georgia Bar No. 561206
<u>jpardo@kslaw.com</u>
Thaddeus D. Wilson
Georgia Bar No. 596008
<u>thadwilson@kslaw.com</u>
1180 Peachtree Street
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5128

*Counsel for Mitsubishi Digital Electronics America, Inc.*

# **CERTIFICATE OF SERVICE**

      I certify that on March 23, 2010 I will electronically file the foregoing Mitsubishi Digital Electronics America, Inc.'s Notice of Motion for Leave to Include Arguments of Counsel in Record on Appeal with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Motion and Memorandum via regular mail, postage prepaid, on March 23, 2010 to:

      Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899
gregg.galardi@skadden.com

      Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dfoley@mcguirewoods.com

      Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606
chris.thckerson@skadden.com

      Robert B. Van Arsdale, Esquire
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219
Robert.B.Van.Arsdale~usdoj.gov

      /s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)

R0010189