ORIGINAL                                                                    NO FEE

1  ANDREA SHERIDAN ORDIN, County Counsel
   RALPH L. ROSATO, Assistant County Counsel
2  EMERY EL HABIBY, Deputy County Counsel
   (SBN 219781) • *eelhabiby@counsel.lacounty.gov*
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 974-1837 · Fax: (213) 687-8822
5
   Attorneys for LOS ANGELES COUNTY
6  TREASURER & TAX COLLECTOR



RICHMOND DIVISION
F                          F
I        MAR 2 2 2010      I
L                          L
E            CLERK         E
D      US BANKRUPTCY COURT D

7

8              **UNITED STATES BANKRUPTCY COURT**

9               **EASTERN DISTRICT OF VIRGINIA**

10

11 | In Re | Case No.: 08-35653 (KRH) |

12 |     CIRCUIT CITY STORES, INC., | Chapter 11 |

13 |         Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |

14 | | **CLAIM NO.: 578** |

15

16        PLEASE TAKE NOTICE that creditor Los Angeles County Treasurer & Tax

17 Collector hereby withdraws, without prejudice, its Proof of Claim designated claim number 578,

18 filed December 4, 2008, in the amount of $10,045.93, a true and correct copy of which is attached

19 hereto as Exhibit 1.

20 DATED: March 11, 2010              Respectfully submitted,

21                                    ANDREA SHERIDAN ORDIN
22                                    County Counsel

23

24                            By    *Emery El Habiby*
25                                    EMERY EL HABIBY
                                      Deputy County Counsel
26
                                    Attorneys for LOS ANGELES COUNTY
27                                  TREASURER & TAX COLLECTOR

28

HOA.684728.1

# EXHIBIT 1

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT | Eastern District of Virginia | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Circuit City Stores, Inc | Case Number:<br>08-BK-35653-KRH (Ch#11) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>L.A. County Treasurer and Tax Collector<br><br>Name and address where notices should be sent:<br><br>L.A. County Treasurer and Tax Collector<br>PO Box 54110, Los Angeles, CA  90054-0110<br><br>Telephone number<br>(213) 974-7803 | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:          $_____10,045.93<br><br>If all or part of your claim is secured, complete item 4 below, however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).  If any  portion of your claim falls in one  of the following categories, check the box  and state the amount.<br><br>Specify the priority of the claim. |
| 2. Basis for Claim:   Property Taxes_____<br>(See instruction #2 on reverse side.) | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B) |
| 3.  Last four digits of any number by which creditor identifies debtor: _1998____<br><br>3a. Debtor may have scheduled account as: _5542-010-019 &  _<br>(See instruction #3a on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff: ☑ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property:$___805,107.00  Annual Interest Rate____%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____10,045.93  Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest.  You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| | |
|---|---|
| Date:<br>12/02/2008 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above  Attach copy of power of attorney, if any.<br><br>Man-Ling Kuo, Tax Services Clerk I |

RECEIVED
DEC 0 4 2008
KURTZMANCARSONCONSULTANTS

*Penalty for presenting fraudulent claim*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## DECLARATION OF SERVICE OF MAIL

**STATE OF CALIFORNIA,** County of Los Angeles:

**Man-Ling Kuo** states: I am and at all times herein mentioned have been a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to nor interested in the within action; that my business address is 130 Kenneth Hahn Hall of Administration, City of Los Angeles, County of Los Angeles, State of California; that I am readily familiar with the business practice of the Los Angeles County Treasurer and Tax Collector for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence would be deposited within the United States Postal Service that same day in the ordinary course of business;

That on the 2nd day of **December 2008,** I served the attached **PROOF OF CLAIM** upon Interested Party (ies) by depositing copies thereof, enclosed in a sealed envelope and placed for collection and mailing on that date following ordinary business practices in the United States Postal Service, addressed as follows:

Debtor or Debtor's Attorney

> **Daniel F. Blanks**
> McGuireWoods LLP
> 9000 World Trade Center, 101 W. Main St.
> Norfolk, VA 23510

Chapter 7 or 13 Standing Attorney

> **N/A**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd **day** of **December 2008,** at Los Angeles, California.

_____
Man Ling Kuo

# SUBSTITUTE SECURED PROPERTY TAX BILL

### JULY 1, 2008 TO JUNE 30, 2009

CRT: U#35
      U#35

PLEASE MAKE CHECK PAYABLE TO:
**LOS ANGELES COUNTY TAX COLLECTOR**
225 North Hill Street, Los Angeles, California 90012

5542 010 019
CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

ELECTRONIC FUND TRANSFER NUMBER
ID#:19 5542 010 019 1 YR:08 SEQ:0002

ASSESSOR'S ID. NO.

| Map Book | Page | Parcel | Year | Seq. No. | 1ST INSTALLMENT 10% Penalty After | 2ND INSTALLMENT 10% Penalty + $10.00 Cost After | TOTAL TAX Penalties Apply Maps Shown |
|---|---|---|---|---|---|---|---|
| 5542 | 010 | 019 | 08 | 000 | 12 10 08 | 04 10 09 | |
| TAX | | | | | 2490 98 | 2490 97 | 4981 95 |
| PENALTY | | | | | | | |
| TOTAL | | | | | | | |
| NET PD/REF | | | | | | | |
| DUE | | | | | | | |

| ROLL YEAR | CURRENT ASSESSED VALUE | PRIOR ASSESSED VALUE | TAXABLE VALUE |
|---|---|---|---|
| LAND | 392401 | | 392401 |
| IMPROVEMENTS | 6591 | | 6591 |
| FIXTURES | | | |

There will be a $ 50.00 service charge for any check returned by the bank for any reason.

**YOUR CANCELLED CHECK IS YOUR RECEIPT**

**KEEP THIS UPPER PORTION**

**FOR YOUR RECORDS**

AUTH. NO.: 000153 LC

| | |
|---|---|
| TOTAL | 398992 |
| LESS EXEMPTION | |
| NET TAXABLE VALUE | 398992 |

PRINT DATE: 12 02 08

ANNUAL

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

000153 LC      PAY THIS
              AMOUNT BY:   04 10 09

| USE THESE NUMBERS ON ALL CHECKS AND CORRESPONDENCE | | | | | |
|---|---|---|---|---|---|
| ASSESSORS ID. NO. | | | | | Pay Key |
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5542 | 010 | 019 | 08 | 000 | 2 |
| 2ND INSTALLMENT | | | | INDICATE AMOUNT PAID | |
| 2490 97 | | | | | |

If not paid by add penalty and cost   04 10 09
of
to 2nd Installment   259 09

for a total of   2750 06

CRT: U#35
      U#35

**2**

52238

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

095080002554201001900002490970000027500623820410

## DETACH AND MAIL THIS STUB WITH 2ND INSTALLMENT PAYMENT

ANNUAL

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

000153 LC      PAY THIS
              AMOUNT BY:   12 10 08

| USE THESE NUMBERS ON ALL CHECKS AND CORRESPONDENCE | | | | | |
|---|---|---|---|---|---|
| ASSESSORS ID. NO. | | | | | Pay Key |
| Map Book | Page | Parcel | Year | Seq. No. | |
| 5542 | 010 | 019 | 08 | 000 | 1 |
| 1ST INSTALLMENT | | | | INDICATE AMOUNT PAID | |
| 2490 98 | | | | | |

If not paid by add penalty and cost   12 10 08
of
to 1st Installment   249 09

for a total of   2740 07

CRT: U#35
      U#35

**1**  X

62242

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018



086080002554201001900002490980000027400724211210

DETACH AND MAIL THIS STUB WITH 1ST INSTALLMENT PAYMENT

# SUBSTITUTE SECURED PROPERTY TAX BILL

### JULY 1, 2008 TO JUNE 30, 2009

CRT: U#35
    U#35

PLEASE MAKE CHECK PAYABLE TO:
**LOS ANGELES COUNTY TAX COLLECTOR**
225 North Hill Street, Los Angeles, California 90012

5542 010 024
CIRCUIT CITY STORES INC
TAX DEPT
9950 MAYLAND DR
RICHMOND VA 23233-1464

ELECTRONIC FUND TRANSFER NUMBER
ID#:19 5542 010 024 4 YR:08 SEQ:0002

ASSESSOR'S ID NO.

| Map Book | Page | Parcel | Year | Seq. No. | 1ST INSTALLMENT 10% Penalty After 12 10 08 | 2ND INSTALLMENT 10% Penalty + $10.00 Cost After 04 10 09 | TOTAL TAX |
|----------|------|--------|------|----------|------------|------------|-----------|
| 5542 | 010 | 024 | 08 | 000 | | | |
| TAX | | | | | 2531 99 | 2531 99 | 5063 98 |
| PENALTY | | | | | | | |
| TOTAL | | | | | | | |
| NET PD/REF | | | | | | | |
| DUE | | | | | | | |

| ROLL YEAR | CURRENT ASSESSED VALUE | PRIOR ASSESSED VALUE | TAXABLE VALUE |
|-----------|------------------------|----------------------|---------------|
| LAND | 399524 | | 399524 |
| IMPROVEMENTS | 6591 | | 6591 |
| FIXTURES | | | |

There will be a $ 50.00 service charge for any check returned by the bank for any reason.

**YOUR CANCELLED CHECK IS YOUR RECEIPT**
**KEEP THIS UPPER PORTION**
**FOR YOUR RECORDS**

AUTH. NO.: 000153 LC

| | | |
|---|---|---|
| TOTAL | | 406115 |
| LESS EXEMPTION | | |
| NET TAXABLE VALUE | | 406115 |

PRINT DATE: 12 02 08

ANNUAL

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

000153 LC

PAY THIS AMOUNT BY:   04 10 09

USE THESE NUMBERS ON ALL CHECKS AND CORRESPONDENCE
ASSESSOR'S ID. NO.

| Map Book | Page | Parcel | Year | Seq. No. | Pay Key |
|----------|------|--------|------|----------|---------|
| 5542 | 010 | 024 | 08 | 000 | 2 |

2ND INSTALLMENT   2531 99 | INDICATE AMOUNT PAID

52521

If not paid by add penalty and cost   04 10 09
of to 2nd Installment   263 19

for a total of:   2795 18

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

CRT: U#35
    U#35

**2**

0950800025542010024000025319900002795185212 0410

## DETACH AND MAIL THIS STUB WITH 2ND INSTALLMENT PAYMENT

ANNUAL

CIRCUIT CITY STORES INC
9950 MAYLAND DR
RICHMOND VA 23233-1464

000153 LC

PAY THIS AMOUNT BY:   12 10 08

USE THESE NUMBERS ON ALL CHECKS AND CORRESPONDENCE
ASSESSOR'S ID. NO.

| Map Book | Page | Parcel | Year | Seq. No. | Pay Key |
|----------|------|--------|------|----------|---------|
| 5542 | 010 | 024 | 08 | 000 | 1 |

1ST INSTALLMENT   2531 99 | INDICATE AMOUNT PAID

62545

If not paid by add penalty and cost   12 10 08
of to 1st Installment   253 19

for a total of:   2785 18

LOS ANGELES COUNTY TAX COLLECTOR
P.O. BOX 54018
LOS ANGELES, CA  90054-0018

CRT: U#35
    U#35

**1** X

0860800025542010024000025319900002785185451 1210

DETACH AND MAIL THIS STUB WITH 1ST INSTALLMENT PAYMENT



**DECLARATION OF SERVICE**
Case No. 08-35653-KRH

STATE OF CALIFORNIA, County of Los Angeles:

I, Margie Sims, state: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713.

That on March 17, 2010, I served the attached NOTICE OF WITHDRAWAL OF CLAIM NO. 578 upon Interested Party(ies) by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached mailing list:

☒ **(BY MAIL)** by sealing and placing the envelope for collection and mailing on the date and at the place shown above following our ordinary business practices. I am readily familiar with this office's practice of collection and processing correspondence for mailing. Under that practice the correspondence would be deposited with the United States Postal Service that same day with postage thereon fully prepaid.

☒ **(FEDERAL)** I declare that I am employed in the offices of a member of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 17, 2010, at Los Angeles, California.

_____          _____
Margie Sims                                                          *Margie Sims*
**Type or Print Name of Declarant**                    Signature
**and, for personal service by a Messenger Service,**
**include the name of the Messenger Service**

1

**SERVICE LIST**

2

*Location to File Proof(s) of Claim*

3

Circuit City Claims Processing

4

c/o Kurtzman Carson Claims Agent
2335 Alaska Ave.

5

El Segundo, CA 90245

6

*The Untied States Trustee Office*

7

Robert B. Van Arsdale
Office of the United States Trustee

8

Richmond, Virginia Office
701 East Broad Street, Suite 4304

9

Richmond, VA 23219-1888

10

11

*Counsel for Debtors*

12

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.

13

Skadden, Arps, Slate, Meagher & Florn, LLP
One Rodney Square

14

PO Box 636
Wilmington, DE 19899-0636

15

Dion W. Hayes, Esq

16

Douglas M. Foley, Esq.
McGuireWoods LLP

17

One James Center
901 E. Cary Street

18

Richmond, VA 23219

19

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP

20

333 West Wacker Drive
Suite 2000

21

Chicago, IL 60606

22

23

24

25

26

27

28

HOA.684728.1                           -3-