

March 12, 2010

Honorable Kevin Huennekens,

My name is Thomas Bradley. I was an employee at Circuit City. I have Administrative Claims filed against Circuit City. I have included information with the details of my claim. There was a hearing on March 8th 2010 regarding my claim as well as others. It has come to my attention that I was supposed to attend this hearing. I apologize for not attending. I do not have an attorney and to be honest, I have received so many documents regarding the case; I am not sure if or when I should be attending these hearings. Regardless, I know it was my responsibility to be there. It is my intention to continue to oppose the relief sought by Circuit City if the court will allow. I will make it a point to attend any hearing that involves this case.

Your Honor, when Circuit City liquidated, I stayed on and was part of the Liquidation team representing the Firedog division. I have earned the "Long Term Incentive Award". I do not want to lose it because of my lack of knowledge of the legal process. Once again, I apologize for not attending the hearing. I am hoping that you will give me another opportunity to represent myself in this case. Thank you for considering my request.

Thank you,

Thomas C. Bradley

Case: Circuit City Stores Inc et al.

Chapter 11 Case No. 08-35653 (KRH)

CC: Gregg M. Galardi, Esq.

   Ian S. Fredericks, Esq.

   Dion W. Hayes

   Douglas M. Foley

   Chris L. Dickerson, Esq.

RECEIVED
MAR 19 2010
KURTZMAN CARSON CONSULTANTS

## EXHIBIT A

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 56 | Dawn W. von Bechmann | 13948 | 5660 |
| 56 | Bruce H. Besanko | 14336 14337 | 5687 |
| 56 | Linda H. Castle | 13803 | 5697 |
| 56 | Francis E. Telegadas | 13622 | 5698 |
| 56 | Laurie Lambert-Gaffney | 14011 | 5700 |
| 56 | Jon C. Geith | 13885 14025 14173 | 5704 |
| 56 | Scott D. Mainwaring | 13833 | 5706 |
| 56 | Kelly Breitenbecher | 13936 | 5733 |
| 56 | David W. Tolliver | 14159 | 5744 |
| 56 | Michael D. Goode | 14107 | 5748 |
| 56 | Jeff McDonald | 13879 | 5755 |
| 56 | Richard E. Salon | 13321 | 5811 |
| 56 | Thomas C. Bradley | 14236 14238 14240 | 5719 5721 5724 |

\10819920