

**Bilzin Sumberg**
ATTORNEYS AT LAW

Luisa M. Flores
Direct Dial: 305-350-7205
Direct Fax: 305-351-2271
E-mail: lflores@bilzin.com

**VIA FEDERAL EXPRESS**

```
RICHMOND DIVISION
F                          F
I        MAR 2 3 2010      I
L                          L
E                          E
D          CLERK           D
    US BANKRUPTCY COURT
```

March 22, 2010

United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888

*Re:*    **In re: Circuit City Stores, Inc., et al., Case No. 08-35653**

Dear Clerk:

Enclosed please find a Notice of Withdrawal of Claim for filing in the above-referenced bankruptcy case.

Also enclosed, is an extra copy.  Please date, stamp and return to us in the self addressed, postage prepaid envelope that has been provided for your convenience.

Should you have any questions or comments regarding any of the foregoing, please feel free to contact me.

Respectfully submitted,

*Luisa M. Flores*

Luisa M. Flores
Sr. Bankruptcy Paralegal

Enclosure

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM

**PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A., as Trustee for the Registered

Holders of Citigroup Commercial Mortgage Trust 2008-C7, Commercial Mortgage Pass-

Through Certificates, Series 2008-C7, as Collateral Assignee of Alexandria Main Mall LLC, by

and through undersigned counsel, hereby withdraws Claim No. 9125, filed on January 30, 2009.

Dated:

> BILZIN    SUMBERG    BAENA    PRICE    &
> AXELROD LLP
> Counsel for LNR Partners, Inc., as special servicer
> and attorney in fact for Wells Fargo Bank, N.A., a
> national banking association, as Trustee for the
> Registered    Holders    of    Citigroup    Commercial
> Mortgage Trust 2008-C7, Commercial Mortgage
> Pass-Through Certificates, Series 2008-C7
> 200 S. Biscayne Blvd.
> Suite 2500
> Miami, Florida 33131
> Tel: (305) 374-7580
> Fax: (305) 374-7593
>
> By:
> Mindy A. Mora
> Florida Bar No. 678910