

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 13672 FILED BY Baybrook Municipal Utility District #1

Baybrook Municipal Utility District #1, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 13672 that was filed on June 26, 2009.

Dated: March 22, 2010

Carl O. Sandin
Attorney for Baybrook M.U.D. #1
1235 N. Loop West, Suite 600
Houston, TX 77008
713-862-1860

Baybrook Municipal Utility
District #1