```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, MCGUIREWOODS LLP
LLP                                 One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - x
ONKYO USA CORPORATION,         :
                               :
            Movant,            :
                               :
      v.                       :
                               :
CIRCUIT CITY STORES, INC.,     :
et al.,                        :
                               :
            Respondents.       :
- - - - - - - - - - - - - - x
```

```
- - - - - - - - - - - - - - :
APEX DIGITAL, INC.,          :
                            :
            Movant,          :
                            :
        v.                   :
                            :
CIRCUIT CITY STORES, INC.,   :
et al.,                      :
                            :
            Respondents.     :
- - - - - - - - - - - - - - x
MITSUBISHI DIGITAL           :
ELECTRONICS AMERICA INC.,    :
                            :
            Movant,          :
                            :
        v.                   :
                            :
CIRCUIT CITY STORES, INC.,   :
et al.,                      :
                            :
            Respondents.     :
- - - - - - - - - - - - - - x
```

**ORDER GRANTING DEBTORS' MOTION TO CONSOLIDATE CERTAIN MATTERS RELATED TO MOTIONS FOR LEAVE TO APPEAL FILED BY ONKYO USA CORPORATION, APEX DIGITAL, INC., AND MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

AND NOW, this ____ day of _____, 2010, the Court having considered the Debtors' Motion To Consolidate Certain Matters Related To Motions For Leave To Appeal Filed By Onkyo USA Corporation, Apex Digital, Inc., And Mitsubishi Digital Electronics America, Inc. (the "Motion"); and the Court finding that the grounds set forth in the Motion justify permitting the Debtors to file a consolidated answering brief in opposition to the Motions

for Leave and, if requested by the Court, consolidating oral argument concerning the Motions for Leave;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Debtors shall be permitted to file a consolidated answering brief in opposition to the Motions for Leave.

3.    If the Court requests oral argument concerning the Motions for Leave, such oral argument shall be consolidated.

Dated:      Richmond, Virginia
            _____, 2010

_____
UNITED STATES DISTRICT JUDGE