IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | Case No. 08-35653 (KRH) |
| **Debtors.** | Jointly Administered |

**APPELLANT ONKYO USA CORPORATION'S
STATEMENT OF ISSUES TO BE PRESENTED AND
DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Onkyo USA Corporation ("Onkyo"), by and through its undersigned attorneys, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files its Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal relating to its Notice of Appeal/Motion for Leave to Appeal, each filed herein on March 9, 2010 [Dkt. Nos. 6764 and 6767, respectively].

1. **Statement of Issues to Be Presented:**

Onkyo hereby adopts and incorporates by reference as if fully set forth herein, the Statement of Issues to Be Presented in Samsung Electronic America, Inc.'s Statement of Issues to Be Presented and Designation of Items to be Included in Record on Appeal ("Samsung's Statement") [Dkt. No. 6752]. A copy of Samsung's Statement is attached hereto as Exhibit 139.

---

Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
*Counsel for Onkyo USA Corporation*

2. **Designation of Record on Appeal:**

Onkyo hereby adopts and incorporates by reference as if fully set forth herein the Designation of Record on Appeal contained in Samsung's Statement, and the 132 exhibits submitted therewith, and adds the following designations, including any and all exhibits and attachments filed with each designated document.

| Exhibit | Docket No. | Date Filed or Claim No. | Style of Pleadings/Document Description |
|---|---|---|---|
| 133 | [Claims Agent Claims No.] | 128, 958, 2295 | Onkyo's three (3) claims (including 503(b)(9) claims) |
| 134 | 3096 | February 17, 2009 | Objection to Claim -- *Debtors' Fourth Omnibus Objection to Certain Duplicative Claims* |
| 135 | 3389 | May 20, 2009 | Response to (Re: related document(s) 3096 Objection to Claim filed by Circuit City Stores, Inc.) |
| 136 | 6313 | January 19, 2010 | Stipulation: Notice of Proposed Stipulation by and among the Debtors and Onkyo USA Corporation Resolving the Debtors' Fourth Omnibus Objection to Claims 128, 958, and 2295. |
| 137 | 6764 | March 9, 2010 | Onkyo's Notice of Appeal |
| 138 | 6767 | March 9, 2010 | Onkyo's Motion for Leave to Appeal |
| 139 | 6752 | March 8, 2010 | Appellant Samsung Electronics America, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal |

Submitted:  March 23, 2010                **ONKYO USA CORPORATION**

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: (804) 782-8691
Fax: (804) 644-0209
phil.baxa@mercertrigiani.com

- and -

EDWARDS ANGELL PALMER & DODGE LLP
Larry D. Henin, Esq.
Paul J. Labov, Esq.
750 Lexington Avenue
New York, New York 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

*Counsel for Onkyo USA Corporation*

## CERTIFICATE OF SERVICE

I certify that on March 23, 2010 I will electronically file the foregoing Onkyo USA Corporation's Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal, without exhibits, with the Clerk of the Court using the CM/ECF system and will file a copy of the Statement and Designation, with all exhibits, with the Clerk of the Court via courier.  A true and correct copy of the foregoing Statement and Designation, without exhibits, will be sent via regular mail, postage prepaid, on March 23, 2010 to:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

3

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, Illinois 60606

<u>/s/ Philip C. Baxa</u>
Philip C. Baxa

R0010180