Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
PNY TECHNOLOGIES, INC.,       :
                              :
              Appellant,      :
                              :
        v.                    :
                              :
CIRCUIT CITY STORES, INC.,    :
et al.,                       :
                              :
              Appellees.      :
- - - - - - - - - - - - - - - x
```

**DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

The above captioned debtors and debtor-in-possession

(collectively the "Debtors"), appellees with respect to the Notice of Appeal (Docket No. 6331) filed by PNY Technologies, Inc. ("PNY") from the Bankruptcy Court's January 6, 2010, Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (Docket No. 6228), in accordance with Fed. R. Bankr. P. 8006, hereby designate the following additional items to be included in the record on appeal:

| Exhibit | Docket No. | Date Filed | Document |
|---|---|---|---|
| 1 | N/A | December 16, 2008 | Claim No. 1723 - PNY Technologies Inc. |
| 2 | 411 | November 25, 2008 | Motion Of Debtors For Order Pursuant To Bankruptcy Code Sections 105 And 502, And Bankruptcy Rule 2002, 3003(c)(3), And 9007 (I) Setting General Bar Date And Procedures For Filing Proofs Of Claim, And (II) Approving Form And Manner Of Notice Thereof |
| 3 | 412 | November 25, 2008 | Notice Of Motion And Notice Of Hearing On Motion Of Debtors For Order Pursuant To Bankruptcy Code Sections 105 And 502, And Bankruptcy Rule 2002, 3003(c)(3), And 9007 (I) Setting General Bar Date And Procedures For Filing Proofs Of Claim, And (II) Approving Form And Manner Of Notice Thereof |
| 4 | 676 | December 4, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on November 26, 2008 [Docket Nos. 407, 408, 409, 410, 411, 412, 413, 414, 425, 457, 463, 464, 465, 466] |
| 5 | 710 | December 4, 2008 | Notice of Filing Revised |

| | | | |
|---|---|---|---|
| | | | Proposed Order re: Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007; (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof [Docket No. 411] |
| 6 | 890 | December 11, 2008 | Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof |
| 7 | 966 | December 12, 2008 | Notice of Deadline for Filing Proofs of Claim |
| 8 | 1154 | December 21, 2008 | Supplemental Affidavit of Service of Greg Barlage re: 1) Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) [Docket No. 145]; and 2) Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket No. 146] |
| 9 | 1162 | December 21, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 11, 2008 [Docket Nos. 890, 893, 894, 895, 896, 897, |

| | | | 914] |
|---|---|---|---|
| 10 | 1314 | December 29, 2008 | Affidavit of Service of Evan Gershbein re: 1) Notice of Deadline for Filing Proofs of Claim and Proof of Claim Form [Docket No. 966]; and 2) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 967] |
| 11 | 1322 | December 29, 2008 | Supplemental Affidavit of Service of Christine Salamante re: 1) Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form [Docket No. 145]; and 2) Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket No. 146] |
| 12 | 1377 | January 6, 2009 | Supplemental Affidavit of Service of Monika Parel re: Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form [Docket No. 145] |
| 13 | 1415 | January 8, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Notice of Deadline for Filing Proof of Claim and Proof of Claim Form |

|    |      |                   |                                                                                                                                                                                                                                                                                                                                        |
|----|------|-------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |      |                   | [Docket No. 966]; and 2) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 967]                                                                                                                                                                                      |
| 14 | 1912 | February 2, 2009  | Affidavit of Service of Timothy T.K. Wu                                                                                                                                                                                                                                                                                                |
| 15 | 2505 | March 10, 2009    | Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections                                                                                                                                                                          |
| 16 | 2881 | April 1, 2009     | Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections                                                                                                                                                                                                                      |
| 17 | 4614 | August 24, 2009   | Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors-in-Possession and Its Official Committee of Creditors Holding Unsecured Claims [Liquidating Plan attached]                                                                                          |
| 18 | 4626 | August 25, 2009   | Debtors' Motion for Order Extending Objection Deadline to Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B)              |
| 19 | 4729 | September 1, 2009 | Order Granting Debtors' Motion For Order Extending Objection Deadline To Disclosure Statement With Respect To Joint Plan Of Liquidation Of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors In Possession and Its Official                                                                                             |

| | | | |
|---|---|---|---|
| | | | Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B) |
| 20 | 5090 | September 24, 2009 | Order Approving (I)Disclosure Statement,(II)Notice of the Disclosure Statement Hearing, (III)Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan,(V)Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI)Procedures with Respect to Certain Claims and (VII)Solicitation Procedures for Confirmation of the Plan |
| 21 | 5124 | September 29, 2009 | Debtors' First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |
| 22 | 5216 | October 13, 2009 | Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 23 | 5217 | October 13, 2009 | Debtors' Brief in Support of Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 24 | 5434 | November 3, 2009 | Response of Paramount Home Entertainment Inc. to Debtors (I) Fifty-Second Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion For a Waiver of the Requirement That The First Hearing On Any |

|    |      |                  | |
|----|------|------------------|---|
|    |      |                  | Response Proceed As A Status Conference and the Debtors Brief in Support Thereof |
| 25 | 5449 | November 4, 2009 | SanDisk Corporation's Response to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference |
| 26 | 5461 | November 4, 2009 | Pioneer Electronics Inc.'s Motion to Compel Debtors to Make Confirmation Deposit under Fed. R. Bankr. P. 3020(a) with Memorandum of Points & Authorities |
| 27 | 5464 | November 4, 2009 | Pioneer Electronics Inc.'s Response to Debtors' 52nd Objection to 503(b)(9) claims |
| 28 | 5479 | November 4, 2009 | Response and Joinder of JVC Americas Corp. and JVC Company of America to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 29 | 5489 | November 4, 2009 | LG Electronics USA, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 30 | 5495 | November 4, 2009 | Toshiba America Consumer Products, L.L.C's Response to Debtors' Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response |

| | | | |
|---|---|---|---|
| | | | Proceed as a Status Conference |
| 31 | 5496 | November 4, 2009 | Response of Samsung Electronics America, Inc. to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 32 | 5497 | November 4, 2009 | Joint Responses by Apex Digital, Inc. and THQ, Inc. [re: Debtors' Fifty-First Omnibus Objection to Claims] |
| 33 | 5500 | November 4, 2009 | Samsung Electronics America, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 34 | 5504 | November 4, 2009 | Twentieth Century Fox Home Entertainment LLC's Response to and Objection to [Fifty-Second Omnibus] Claim Objection |
| 35 | 5509 | November 4, 2009 | Omnibus Response of Vonwin Capital Management, L.P. to Debtors' Forty-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections |
| 36 | 5515 | November 4, 2009 | Cokem International, Inc.'s Response to the Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 37 | 5529 | November 4, 2009 | Olympus Corporation and Olympus Imaging America, Inc.'s Response [to Debtors' (I) Fifty-First Omnibus Objection] |

| 38 | 5530 | November 4, 2009 | Letter Response of Hauppage Computer Works, Inc.[to Debtors' Fifty-First Omnibus Objection] |
| --- | --- | --- | --- |
| 39 | 5535 | November 4, 2009 | United States Debt Recovery, LLC's Response to Debtor's Fifty-First Omnibus Objection |
| 40 | 5583 | November 9, 2009 | Take Two Interactive Software, Inc.'s Response to [Debtors' Fifty-Second Omnibus Objection to Claims] |
| 41 | 5614 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same |
| 42 | 5615 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion to Expedite Hearing on Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit |
| 43 | 5616 | November 10, 2009 | Samsung Electronics America, Inc.'s Notice of Motions and Notice of Hearing [re: 5614 and 5615] |
| 44 | 5622 | November 10, 2009 | Debtors' Omnibus Reply in Support of (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference |
| 45 | 5623 | November 10, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 12, 2009 at 10:00 a.m. |
| 46 | 5663 | November 13, 2009 | Joint Motion for Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) |

| 47 | 5663 | November 13, 2009 | Joint Motion for Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) |
|---|---|---|---|
| 48 | 5668 | November 13, 2009 | Motion for Joinder of Paramount Home Entertainment Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 49 | 5681 | November 16, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation |
| 50 | 5695 | November 16, 2009 | Bethesda Softworks LLC's Motion for Joinder for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 51 | 5703 | November 16, 2009 | Amended Notice of Hearing – Pioneer Motion for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |
| 52 | 5716 | November 16, 2009 | Motion for Joinder of Mitsubishi Digital Electronics America, Inc. to Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' First Amended Joint Plan of Liquidation |
| 53 | 5734 | November 16, 2009 | Motion for Joinder of Cokem International, Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) |

| 54 | 5742 | November 16, 2009 | Motion for Joinder of Onkyo USA Corporation to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Rule 3020 of the Federal Rules of Bankruptcy Procedure, or, in the Alternative, Objection to Confirmation of Chapter 11 Plan of Liquidation |
| --- | --- | --- | --- |
| 55 | 5752 | November 16, 2009 | Motion for Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) |
| 56 | 5757 | November 16, 2009 | Samsung Electronics America, Inc.'s Amended Notice of Hearing and Notice of Motion [re: 5614, 5616] |
| 57 | 5766 | November 17, 2009 | Notice of Withdrawal of Motion for an Expedited Hearing on Samsung Electronics America, Inc.'s Motion Under Fed. R. Bankr. P. 3020(a) for an Order Requiring Confirmation Deposit (Re: related document(s) [5615] Motion to Expedite Hearing filed by Samsung Electronics America, Inc.) on behalf of Samsung Electronics America, Inc. |
| 58 | 5798 | November 17, 2009 | Transcript of Hearing Held 11/3/2009: pages 1-3, 14-28 |
| 59 | 5826 | November 18, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of Chapter 11 Plan (refiled to correct docketing event code for Objection originally filed on November 16, 2009 as Docket No. 5681) |

11

| 60 | 5839 | November 19, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 23, 2009 at 10:00 a.m. |
|---|---|---|---|
| 61 | 5930 | November 23, 2009 | Hearing continued [re: 5461] |
| 62 | 5931 | November 23, 2009 | Hearing continued [re: 5614] |
| 63 | 5987 | December 7, 2009 | Pioneer Electronics, Inc.'s Second Amended Notice of Hearing Upon Motion of Pioneer Electronics to Compel Confirmation Deposit [Re: 5461] |
| 64 | 6001 | December 7, 2009 | Samsung Electronics America, Inc.'s Second Amended Notice of Motion and Notice of Hearing (Re: 5614] |
| 65 | 6101 | December 16, 2009 | Samsung Electronics America, Inc.'s Third Amended Notice of Motion and Notice of Hearing (Re: 5614) |
| 66 | 6112 | December 17, 2009 | Notice of Agenda of Matters Scheduled for Hearing on December 21, 2009 at 10:00 a.m. |
| 67 | 6175 | December 21, 2009 | Hearing continued (Re: related document(s) 5461) |
| 68 | 6176 | December 31, 2009 | Hearing continued (Re: related document(s) 5614) |
| 69 | 6208 | December 30, 2009 | Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures |
| 70 | 6259 | January 13, 2010 | Notice of Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty First and Fifty-Second Omnibus Objections |
| 71 | 6261 | January 13, 2010 | Affidavit of Service re: Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. and Notice of Motion filed by THQ, Inc., Apex Digital |
| 72 | 6319 | January 19, 2010 | U.S. Treasury receipt of Notice of Appeal |

| 73 | 6321 | January 19, 2010 | Notice of Motion for Leave to Appeal filed by LG Electronics USA, Inc. |
| 74 | 6325 | January 20, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal |
| 75 | 6328 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 76 | 6329 | January 20, 2010 | Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC |
| 77 | 6330 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC |
| 78 | 6332 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 79 | 6334 | January 20, 2010 | Notice of Motion for Leave to Appeal on behalf of PNY Technologies, Inc. |
| 80 | 6337 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of Samsung Electronic America, Inc. |
| 81 | 6338 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 82 | 6342 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by United States Debt Recovery |
| 83 | 6343 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by PNY Technologies, Inc. |
| 84 | 6349 | January 22, 2010 | Olympus Corporation and Olympus Imaging America Inc.'s Joinder re: Motion to Reconsideration filed by THQ, Inc., Apex Digital, Inc. |
| 85 | 6350 | January 22, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by Samsung Electronics America Inc. |

| 86 | 6358 | January 25, 2010 | Motion for Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objection filed on behalf of Onkyo USA Corporation |
| --- | --- | --- | --- |
| 87 | 6410 | January 28, 2010 | Hearing continued (Re: related document(s) 5461) |
| 88 | 6411 | January 28, 2010 | Hearing continued (Re: related document(s) 5614) |
| 89 | 6449 | February 3, 2010 | Reply to Debtors' Objections to Motion for Reconsideration of Courts Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections re: Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. filed on behalf of Apex Digital, Inc., THQ, Inc. |
| 90 | 6482 | February 8, 2010 | Stipulation and Order Staying Appeals and Extending Deadlines Under Bankruptcy Rules 8001 through 8007 and 8009 With Respect to the Notices of Appeal and the Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, PNY Technologies, Inc., and Samsung Electronics America, Inc. |
| 91 | 6486 | February 8, 2010 | Notice of Agenda of Matters Scheduled for Hearing on February 11, 2010 at 11:00 a.m. |
| 92 | 6525 | February 11, 2010 | Hearing continued (Re: related document(s) 5461) Hearing scheduled 3/8/2010 |
| 93 | 6526 | February 11, 2010 | Hearing continued (Re: related document(s) 5614) Hearing scheduled 3/8/2010 |
| 94 | 6640 | February 25, 2010 | Notice of Continued Hearing on Confirmation of Plan to Be Held on April 6, 201 at 10:00 a.m. |
| 95 | 6720 | March 8, 2010 | Samsung Electronics America, Inc.'s Amended Notice of Appeal |

**RESERVATION OF RIGHTS**

The Debtors expressly reserve, and do not waive, their rights to supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the Appellant's Designation.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: March 23, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                       - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP
                               Chris L. Dickerson, Esq.
                               155 N. Wacker Drive, Suite 2700
                               Chicago, Illinois 60606-2700
                               (312) 407-0700

                                       - and -

                               MCGUIREWOODS LLP


                               _/s/ Douglas M. Foley_____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession, Appellees