Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
             Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED TO UNSECURED
CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS
RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE
COMMENCEMENT OF THE CASES)**

THIS MATTER having come before the Court on the Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors not within Twenty

Days of the Commencement of the Cases) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors not within Twenty Days of the Commencement of the Cases) (Docket No. 4576) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit A (as attached hereto and incorporated herein); provided, however, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in

their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                       /s/ Douglas M. Foley
                                       Douglas M. Foley


\10939842

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twentieth Omnibus Objection to Claims Second Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| FUJITSU TEN CORP OF AMERICA<br>ATTN EIKO KUBOTA CYWINSKI<br>TERMINAL ANNEX POSTAL FACILITY<br>PO BOX 514668<br>LOS ANGELES, CA 90051-4668 | 777 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $374,740.80<br>Unsecured:<br>Reclamation:<br>Total: $374,740.80 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| KINYO COMPANY INC<br>14235 LOMITAS AVE<br>LA PUENTE, CA 91746 | 1281 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $24,870.00<br>Unsecured:<br>Reclamation:<br>Total: $24,870.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| MITSUBISHI DIGITAL ELECTRONICS AMERICA INC<br>ATTN BRIAN ATTEBERRY CREDIT MGR<br>9351 JERONIMA RD<br>IRVINE, CA 92618-1904 | 132 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $4,965,976.18<br>Unsecured:<br>Reclamation:<br>Total: $4,965,976.18 | 11/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 3    $5,365,586.98

\*   "UNL" denotes an unliquidated claim.