**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-35653-krh |
| **CIRCUIT CITY STORES, INC.,** | § | (Chapter 11) |
| ET AL., | § | (Jointly Administrered) |
| | § | |
| Debtors. | § | |

**ORDER GRANTING VERIFIED MOTION TO RECONSIDER (A) ORDER DENYING
MOTION OF RYAN, INC. F/K/A RYAN & COMPANY, INC. TO COMPEL DEBTOR
TO ASSUME EXECUTORY CONTRACT AND (B) ORDER PURSUANT
TO BANKRUPTCY CODE SECTIONS 105(A) AND 365(A) AND
BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF
<u>CERTAIN EXECUTORY CONTRACT WITH RYAN, INC.</u>**

Before the Court is the *Verified Motion to Reconsider (A) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc to Compel Debtor to Assume Executory Contract and (B) Order Pursuant to Bankruptcy Code Sections 105(A) and 365(A) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract with Ryan, Inc.* (the "**Motion**") filed by **Ryan Inc. f/k/a Ryan & Company, Inc.** ("**Ryan**"), a creditor and party-in-interest herein, seeking an Order granting reconsideration of the Court's (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc to Compel Debtor to Assume Executory Contract (Case Dkt # 6796) ("**Order Denying Motion to Assume**") and (b) Order Pursuant to Bankruptcy Code Sections 105(A) and 365(A) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract with Ryan, Inc. (Case Dkt # 6804) ("**Order Granting Motion to Reject**").

| | |
|---|---|
| Bruce W. Akerly, Esq. | Robert M. Marino, Esq. |
| Texas Bar No. 00953200 | VSB #26076 |
| Cantey Hanger LLP | REDMON PEYTON & BRASWELL LLP |
| 1999 Bryan Street, Suite 3330 | 510 King Street, Suite 301 |
| Dallas, Texas 75201 | Alexandria, Virginia 22314 |
| (214) 978-4129 Telephone | (703) 684-2000 Telephone |
| (214) 978-4150 Facsimile | (703) 684-5109 Facsimile |
| | |
| ATTORNEYS FOR RYAN, INC. | LOCAL ATTORNEYS FOR RYAN, INC. |
| F/K/A RYAN & COMPANY, INC. | F/K/A RYAN & COMPANY, INC. |

**ORDER GRANTING VERIFIED MOTION TO RECONSIDER (A) ORDER DENYING MOTION OF
RYAN, INC. F/K/A RYAN & COMPANY, INC. TO COMPEL DEBTOR TO ASSUME EXECUTORY
CONTRACT AND (B) ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 365(A)
AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY
CONTRACT WITH RYAN, INC. – Page 1**

It appearing to the Court that good cause exists for the relief requested in the Motion; it is, therefore,

ORDERED that the Motion shall be and is hereby GRANTED. The Court's Order Granting Motion to Reject and Order Denying Motion to Assume are hereby set aside.

Dated:_____

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

**Submitted by:**

/s/ Bruce W. Akerly

_____
Bruce W. Akerly
Texas Bar # 00953200
CANTEY HANGER LLP
1999 Bryan Street, Suite 3330
Dallas, Texas 75201
Phone: 214-978-4129
Fax: 214-978-4150
Email: bakerly@canteyhanger.com
Lead Counsel for Ryan, Inc. f/k/a Ryan & Company, Inc.

/s/ Robert M. Marino_____
Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000 Telephone
(703) 684-5109 Facsimile

LOCAL ATTORNEYS FOR RYAN, INC. F/K/A
RYAN & COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing proposed Order was served electronically through the ECF System on March 25, 2010, upon all persons, entities and parties-in-interest who have entered their appearance.

/s/ Bruce W. Akerly
_____