**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Division

**In re**                                                                                       Case No. _____

                                                                                              Adv. Proceeding No. _____

       **Debtor(s)**

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _____.

The parties included in the Appeal to the District Court:
      APPELLANT(S): _____
                                       _____
                                       _____

      ATTORNEY: _____

      APPELLEE (S): _____

      ATTORNEY: _____

Brief Description of Judgment/Order Appealed: _____
_____

Date Judgment/Order Entered: _____

1. Filing Fees:   A.  Notice of Appeal - Filing Fee $5.00        ( ) Paid     ( ) Not Paid
                      B.  Appeal Docket Fee - $250.00              ( ) Paid     ( ) Not Paid     ( ) Deferred. See attached Request
2. ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                                         WILLIAM C. REDDEN, Clerk of the Court
Date: _____                                     By: _____, Deputy Clerk

....................................................................................................................................................................

**CERTIFICATION TO APPELLATE COURT**

     It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                                         WILLIAM C. REDDEN, Clerk of the Court
                                                         By: _____, Deputy Clerk

....................................................................................................................................................................

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____        Date _____

cc:  Attorney for Appellant(s)
     Attorney for Appellee(s)                                                                [apptrans ver. 12/09]