IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 4070 FILED BY Meridian Charter Township

Meridian Charter Township, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 4070 that was filed on January 20, 2009.

Dated: March 23, 2010

*(signature)*
Julie Brixie
Treasurer
Meridian Charter Township
5151 Marsh Rd.
Okemos, MI 48864
(517)853-4140

Meridian Charter Township

\10785892.1