# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re  Circuit City Stores, Inc.                    Case No. 08-35653-KRH

                                                     Adv. Proceeding No. [Adversary Proceeding No.]

Debtor(s) **TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL**

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on March 9, 2010.

MAR 25 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

The parties included in the Appeal to the District Court:
   APPELLANT(S): Apex Digital, Inc.

ATTORNEY:  Joshua D. McKarcher of Covington & Burling, LLP
           1201 Pennsylvania Avenue, N.W
           Washington, DC 20004-2401

APPELLEE(S): Circuit City Stores, Inc.

ATTORNEY:  Douglas M. Foley of McGuireWoods, LLP
           One James Center, 901 East Cary Street
           Richmond, Virginia 23219

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order (docket number 6228)

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00    (X) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00            (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                        WILLIAM C. REDDEN, Clerk of the Court
Date: March 25, 2010                    By: /s/ Suzanne French    SF    , Deputy Clerk

---

**CERTIFICATION TO APPELLATE COURT**

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                        WILLIAM C. REDDEN, Clerk of the Court
                                        By: _____, Deputy Clerk

---

District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER 3:10cv200     Date 3/25/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                              [apptrans ver. 12/09]