**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al. | : CASE NO. 08-35653 |
| | : |
| Debtors | : |
| | : (Jointly Administered) |

**MOTION TO WITHDRAW AS COUNSEL FOR ROUTE 553 RETAIL, LLC FOR
CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**

Dilworth Paxson LLP ("Dilworth"), current counsel to Route 553 Retail, LLC ("Route 553") in the above-captioned bankruptcy case, hereby requests that the Court enter an order permitting Dilworth to withdraw as counsel for Route 553 for cause.

1. On December 19, 2008, Dilworth filed a Notice of Appearance and Request for Service of Notices and Pleadings (the "Appearance") on behalf of Route 553. Docket No. 1125.

2. Route 553 holds a general unsecured claim against the Debtors in the amount of $639,952.35. Claim No. 6644.

3. Recently, Route 553 determined that it was no longer economical for Dilworth to represent Route 553 in this bankruptcy case. Accordingly, Route 553 has requested that Dilworth withdraw as its counsel in this matter.

4. Dilworth, therefore, respectfully requests that the Court enter an Order permitting Dilworth to withdraw as Route 553's counsel in this case immediately for cause and providing that the Appearance is deemed withdrawn.

854731_1

WHEREFORE, Dilworth Paxson LLP respectfully requests that the Court enter an Order (i) permitting it to withdraw as Route 553 Retail, LLC's counsel in this case, for cause, pursuant to Local Bankruptcy Rule 2090-1(G); and (ii) providing that the Appearance is deemed withdrawn.

                              BY:    /s/ Peter C. Hughes
                                      Peter C. Hughes (Delaware #4180)
                                      Dilworth Paxson LLP
                                      1500 Market Street, Suite 3500E
                                      Philadelphia, PA  19103
                                      Tel: (215) 575-7000
                                      Fax: (215) 575-7200

Date: March 25, 2010                              Counsel for Route 553 Retail, LLC

854731_1