## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| | |
|---|---|
| In re: | : CHAPTER 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al. | : CASE NO. 08-35653 |
| | : |
| Debtors | : |
| | : (Jointly Administered) |

## **ORDER**

AND NOW this _____ day of April 2010, upon consideration of the Motion of Dilworth Paxson LLP to Withdraw as Counsel for Route 553 Retail, LLC for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED;

2. Dilworth Paxson LLP is hereby permitted immediately to withdraw as counsel for Route 553 Retail, LLC, for cause.

3. The Appearance entered by Dilworth Paxson LLP on behalf of Route 553 Retail, LLC is hereby withdrawn.

Dated: _____          _____
                                    The Honorable Kevin Huennekens
                                    United States Bankruptcy Judge

854731_1