UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | ) ) ) | Case No. 08-35653 (KRH) |
| Debtor. | ) ) | Jointly Administered |

**NOTICE OF MOTION**

Dilworth Paxson LLP has filed papers with the court to withdrawal as counsel/

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before April 8, 2010, you or your attorney must:

File with the court, at the address shown below, a written request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

Clerk of Court
United States Bankruptcy Court
Eastern District of Virginia

You must also mail a copy to:

Peter C. Hughes, Esquire
DILWORTH PAXSON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA  19102
(215) 575-7000
(215) 575-7200 [fax]
phughes@dilworthlaw.com

854797_1

      Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within 14 days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date:  March 25, 2010        BY:    /s/ Peter C. Hughes
                                    Peter C. Hughes (#4180)
                                      Dilworth Paxson LLP
                                      1500 Market Street, Suite 3500E
                                      Philadelphia, PA  19103
                                      Tel: (215) 575-7000
                                      Fax: (215) 575-7200

                                      Counsel for 553 Retail, LLC


Certificate of Service

      I hereby certify that I have this 24th day of March, 2010, mailed or hand-delivered a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

                                      /s/ Stephanie McFadyen
                                      Stephanie McFadyen, Paralegal

854797_1