CIRCUIT CITY STORES, LLC
4951 LAKE BROOK DR
GLEN ALLEN, VA 23060-9279

CORPORATE SALES AND USE,
EMPLOYER WITHHOLDING, AND
LITTER TAX
3600 WEST BROAD STREET
RICHMOND, VA 23230-4915

DEPARTMENT OF JUSTICE CIVIL
DIVISION
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875
WASHINGTON, DC 20044

FTI CONSULTING, INC.
MR. STEPHEN COULOMBE
200 STATE STREET, 2ND FLOOR
BOSTON, MA 02109

KIRKLAND & ELLIS LLP
200 E RANDOLPH DR
CHICAGO, IL 60601

KURTZMAN CARSON CONSULTANTS
LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

KUTAK ROCK LLP
1111 EAST MAIN STREET
SUITE 800
RICHMOND, VA 23219

LECLAIR RYAN
RIVERFRONT PLAZA E TOWER
951 E BYRD ST 8TH FL
RICHMOND, VA 23219

MCGUIREWOODS, LLP
901 E CARY ST.
ONE JAMES CENTER
RICHMOND, VA 23219

NATIONAL ASSOCIATION OF
ATTORNEYS GENERAL
NAAG BANKRUPTCY COUNSEL
2030 M STREET, N.W., 8TH FLOOR
WASHINGTON, DC 20036

OFFICE OF THE ATTORNEY GENERAL
STATE OF VIRGINIA
900 E. MAIN ST.
RICHMOND, VA 23219

OFFICE OF THE U.S. TRUSTEE
701 E. BROAD ST.
SUITE 4304
RICHMOND, VA 23219-1888

PACHULSKI STANG ZIEHL & JONES
LLP
10100 SANTA MONICA BLVD 11TH FL
LOS ANGELES, CA 90067-4100

PACHULSKI STANG ZIEHL & JONES
LLP
780 THIRD AVE 36TH FL
NEW YORK, NY 10017

RIEMER & BRAUNSTEIN LLP
THREE CENTER PLAZA, 6TH FLOOR
BOSTON, MA 02108

SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE,
N.W.
WASHINGTON, DC 20020

SECURITIES & EXCHANGE
COMMISSION
100 F ST NE
WASHINGTON, DC 20020

SECURITIES & EXCHANGE
COMMISSION
NEW YORK OFFICE
BRANCH/REORGANIZATION
NEW YORK, NY 10281-1022

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

TAVENNER & BERAN PLC
20 N EIGHTH ST 2ND FL
RICHMOND, VA 23219

DANIEL J. HUGHES
110 MARTER AVENUE - SUITE 112
MOORESTOWN, NJ  08057