**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINA**
_____Division

In re                                              Case No. _____

                                                   Adv. Proceeding No. _____

          Debtor(s)

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _____.

The parties included in the Appeal to the District Court:
          APPELLANT(S):    _____

                          _____

                          _____

          ATTORNEY:        _____

                          _____

                          _____

          APPELLEE (S):    _____

                          _____

                          _____

          ATTORNEY:        _____

                          _____

                          _____

Brief Description of Judgment/Order Appealed: _____
_____
_____

Date Judgment/Order Entered: _____

1.  Filing Fees:   A.  Notice of Appeal - Filing Fee $5.00        ( ) Paid     ( ) Not Paid
                   B.  Appeal Docket Fee - $250.00        ( ) Paid     ( ) Not Paid     ( ) Deferred.  See attached Request
2.  ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3.  ( ) No Designation of Record on Appeal filed (See Certification Below)
4.  ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                    WILLIAM C. REDDEN, Clerk of the Court
Date: _____             By: _____, Deputy Clerk
......................................................................................................................................................................
                        **CERTIFICATION TO APPELLATE COURT**
          It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local
Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                    WILLIAM C. REDDEN, Clerk of the Court
                                    By: _____, Deputy Clerk
......................................................................................................................................................................
                    **District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER_____          Date _____

cc:  Attorney for Appellant(s)
     Attorney for Appellee(s)                          [apptrans ver. 12/09]