**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| CIRCUIT CITY STORES, INC., | ) | Chapter 11 |
| et al., | ) | Case No. 08-35653 (KRH) |
|  | ) | |
| Respondent | ) | |

**ASHLEY ISAACS' RESPONSE TO THE DEBTORS' OBJECTION
TO MOTION TO ALLOW THE PROOF
OF CLAIM OF ASHLEY ISAAC AS TIMELY FILED AND
OBJECTION TO DEPOSTION**

**Comes Now,** Ashley Isaac, *pro se,* in pursuant to Rule 7004 of the Federal Rules Bankruptcy Procedure and files this motion: Rule 7004 requires that the summons or copy of the complaint be mailed or served upon all parties at their residence or place of business. Ms. Isaac was an employee of Circuit City Stores, Inc. located at 4153 Creekside Avenue in Hoover, Alabama. The debtors were aware of Ms. Isaacs' place of business and did not attempt to serve her with the claims bar date notice. The Debtor filed a Notice of Service by Publication by means of the Wall Street Journal and the Richmond Times. At the time of the Debtors filing Ms. Isaac resided at Eagle View Apartments with her sister and brother-in-law. The Wall

Street Journals principal place of business is located in New York City, New York, and the Richmond Times. Ms. Isaac resides in the state of Alabama and has never read the Wall Street Journal or the Richmond Times, see Exhibit A. Therefore the debtor never served Ms. Isaac by any means. The debtor failed to provide or file an objection to her motion within 30 days:

*(a) Objections to claims.*

*An objection to the allowance of a claim shall be in writing and filed. A copy of the objection with notice of the hearing thereon shall be mailed or otherwise delivered to the claimant, the <u>debtor</u> or debtor in possession and the trustee at least 30 days prior to the hearing.*

Granting the debtors motion will force an unjust burden on the movant.

## FACTUAL BACKGROUND

On November 10, 2008 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), their voluntary petitions for relief under chapter 11 of title 11 of the United State Code (the "Bankruptcy Code") commencing the above-captioned chapter 11 cases. On May 13, 2009 the movant filed a civil lawsuit against the debtor in the IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION. Ms. Isaac was not aware that she was required to file a proof of claim until after the Honorable Judge William M. Acker dismissed the case **without prejudice.**

## OBJECTIONS TO DEPOSITION

**To MCGUIREWOODS LLP attorney of record for Circuit City Stores, INC PLEASE TAKE NOTICE that, Ashley Isaac, the in the above action, objects to Circuit City Stores, INC on the grounds that Ashley Isaac resides in the state of Alabama and cannot commute to Richmond, VA. If Ms Isaac were compelled to commute it will inflict an unnecessary financial hardship seeing that she is unemployed.\\**

Wherefore, Premises considered, I respectfully pray that this Court rule against the Debtors' Objection and grant the late proof of claim filed by Ashley Isaac.

_[signature]_

Respectfully Submitted,

# EXHIBIT A

Case 08-35653-KRH    Doc 7004    Filed 03/26/10    Entered 03/26/10 12:51:53    Desc Main
Document    Page 4 of 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| CIRCUIT CITY STORES, INC., | ) Chapter 11 |
| et al., | ) Case No. 08-35653 (KRH) |

## DECLARATION OF ASHLEY ISAAC

I, Ashley Isaac, am over the age of 19 and reside in the state of Alabama, duly sworn in states the following: I was an employee of Circuit City Stores, Inc from October 2007 to early 2009. I never received the claims bar deadline. I was not aware that I had to file a proof of claim until after the Federal case was dismissed by the honorable Judge Acker. My failure to file a claim was a result of excusable neglect because my employer never mailed the proof of claims bar deadline to my new address.

I declare under penalty of perjury that to my belief the foregoing is true and correct.

_____
Ashley Isaac

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the forgoing will be hand delivered, postage pre-paid mail delivered, or electronically mailed to the following counsel:

MCGuirewoods LLP
One James Center
901 Cary Street
Richmond, Virginia 23219
(804) 775-1000

Ashley Isaac

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| CIRCUIT CITY STORES, INC., | ) Chapter 11 |
| et al., | ) Case No. 08-35653 (KRH) |
| | ) |

## ORDER

Hearing this matter by the Court It is hereby **ORDERED ADJUDGED** and **DONE** that the proof of claim filed by Ms. Ashley Isaac be granted and that the objection be overruled and denied.

Entered:_____        _____
                                                              United States Bankruptcy Judge