Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS);
(II) NO LIABILITY (SATISFIED CLAIMS);
(III) NO LIABILITY (HUMAN RESOURCES CLAIMS); AND
(IV) NO LIABILITY (MISCELLANEOUS CLAIMS))**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc.
(3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.

*(cont'd)*

their Seventieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Satisfied Claims); (iii) No Liability (Human Resources Claims); and (iv) No Liability (Miscellaneous Claims)) (the "Objection"), and hereby move this Court, pursuant to sections 105, 502 and 503 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Objection in this district is proper under 28

---

*(cont'd from previous page)*

(0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233

*(cont'd)*

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy

Rule 3007-1.

## BACKGROUND

2.    On November 10, 2008 (the "Petition Date"),

the Debtors filed voluntary petitions in this Court for

relief under chapter 11 of the Bankruptcy Code.

3.    The Debtors continue to manage and operate

their businesses as debtors in possession pursuant to

Bankruptcy Code sections 1107 and 1108.

4.    On November 12, 2008, the Office of the

United States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.    On November 12, 2008, the Court appointed

Kurtzman Carson Consultants LLC ("KCC") as claims, noticing

and balloting agent for the Debtors in these chapter 11

cases pursuant to 28 U.S.C. § 156(c).

6.    On December 10, 2008, the Court entered that

_____

*(cont'd from previous page)*
    and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

3

certain Order Pursuant to Bankruptcy Code Sections 105 and
502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)
Setting General Bar Date and Procedures for Filing Proofs of
Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

       7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

       8.   On December 17 and 19, 2008, KCC served a
copy of the Claims Bar Date Notice on all parties who filed
notices of appearance pursuant to Bankruptcy Rule 2002, all
of the Debtors' scheduled creditors in these cases, the
Debtors' equity holders, and certain other parties (Docket
No. 1314).  In addition, the Debtors published the Claims
Bar Date Notice in The Wall Street Journal (Docket No. 1395)

and The Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.   On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

11.   On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

12.   Pursuant to the Administrative Claims Bar

Date Order, the deadline for filing all Administrative

Expense Requests (as defined in the Administrative Claims

Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.

Pursuant to the Administrative Claims Bar Date Order, this

Court approved the form and manner of the claims bar date

notice, which was attached as Exhibit A to the

Administrative Claims Bar Date Order (the "Claims Bar Date

Notice").

13.    On May 15, 2009 KCC served a copy of the

Administrative Claims Bar Date Notice on all parties who

filed notices of appearance pursuant to Bankruptcy Rule

2002, all of the Debtors' scheduled creditors in these

cases, the Debtors' equity holders, and certain other

parties (Docket No. 3397).  In addition, the Debtors

published the Administrative  Claims Bar Date Notice in the

Financial Times (Docket No. 3970), The Richmond Times-

Dispatch (Docket No. 3969), and The Wall Street Journal

(Docket No. 3968).

## OBJECTIONS TO CLAIMS

14.   By this Objection, the Debtors seek entry of
an order, in substantially the form attached hereto as
Exhibit A, pursuant to Bankruptcy Code sections 105(a), 502
and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-
1, disallowing the claims listed on Exhibit C, Exhibit D,
Exhibit E, and Exhibit F attached hereto (collectively, the
"Claims").

15.   For ease of reference, attached hereto as
Exhibit B is an alphabetical listing of all claimants whose
Claims are included in this Objection (the "Claimants"), with
a cross-reference by claim number.

## A.   NO LIABILITY (LEGAL CLAIMS)

16.   The basis for disallowance of the claims
listed on Exhibit C attached hereto (the "Legal Claims") is
that all of the Legal Claims allege claims against the
Debtors arising from pending litigation, prospective
litigation, or other threatened litigation claims as to
which the Debtors deny liability.  After reviewing the Legal
Claims and the bases upon which they are asserted, and
reviewing the Debtors' books and records, the Debtors
dispute any liability with respect to the Legal Claims.
Accordingly, the Debtors request that the Legal Claims
identified on Exhibit C be disallowed.

17.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Legal Claims. Accordingly, the Legal Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**B.    NO LIABILITY (SATISFIED CLAIMS)**

18.   The basis for disallowance of the claims listed on Exhibit D attached hereto (the "Satisfied Claims") is that all of the Satisfied Claims have been paid prior to the Petition Date or satisfied after the Petition Date.  The Debtors contend that all of their obligations with respect to the Satisfied Claims have been paid and/or satisfied, and the Debtors have no further liability with respect to the Satisfied Claims, as further set forth on Exhibit D. Accordingly, the Debtors request that the Satisfied Claims identified on Exhibit D be disallowed.

19.   At this time, the Debtors have not completed

their review of the validity of all claims/expenses filed
against their estates, including the Satisfied Claims.
Accordingly, the Satisfied Claims may be the subject of
additional subsequently filed objections.  To that end, the
Debtors reserve the right to further object to any and all
claims, whether or not the subject of this Objection, for
allowance and/or distribution purposes, and on any other
grounds.  Furthermore, the Debtors reserve the right to
modify, supplement and/or amend this Objection as it
pertains to any Claim or Claimant herein.

C.    **NO LIABILITY (HUMAN RESOURCES CLAIMS)**

            20.   The basis for disallowance of the claims
listed on Exhibit E attached hereto (the "Human Resources
Claims") is that all of the Human Resources claims involve
claims by former employees of the Debtors that arise from
their employment with the Debtors, including claims with
respect to benefit plans, bonuses, unpaid wages, expense
reimbursements, and various employment statutes, as to which
the Debtors deny liability.  After reviewing the Human
Resources Claims and the bases upon which they are asserted,
and reviewing the Debtors' books and records, the Debtors
dispute any liability with respect to the Human Resources
Claims, as further set forth on Exhibit E.  Accordingly, the

Debtors request that the Human Resources Claims identified on <u>Exhibit E</u> be disallowed.

21.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Human Resources Claims. Accordingly, the Human Resources Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**D.   <u>NO LIABILITY (MISCELLANEOUS CLAIMS)</u>**

22.   The basis for disallowance of the claims listed on <u>Exhibit F</u> attached hereto (the "Miscellaneous Claims") is that the Miscellaneous Claims allege various claims against the Debtors as to which the Debtors deny liability, as further set forth on <u>Exhibit F</u>, including claims which (i) conflict with the Debtors' books and records indicating no liability; (ii) relate to or arise from obligations that would properly be asserted against third parties, including certain contractors and/or vendors

of the Debtors, and are not liabilities of the Debtors;
(iii) are duplicative of, or already taken into account by,
other claims filed by the same Claimant; or (iv) were
improperly filed.  After reviewing the Miscellaneous Claims
and the bases upon which they are asserted, and reviewing
the Debtors' books and records, the Debtors dispute any
liability with respect to the Miscellaneous Claims.
Accordingly, the Debtors request that the Miscellaneous
Claims identified on Exhibit F be disallowed.

23.   At this time, the Debtors have not completed
their review of the validity of all claims/expenses filed
against their estates, including the Miscellaneous Claims.
Accordingly, the Miscellaneous Claims may be the subject of
additional subsequently filed objections.  To that end, the
Debtors reserve the right to further object to any and all
claims, whether or not the subject of this Objection, for
allowance and/or distribution purposes, and on any other
grounds.  Furthermore, the Debtors reserve the right to
modify, supplement and/or amend this Objection as it
pertains to any Claim or Claimant herein.

## RESERVATION OF RIGHTS

24.    As noted above, the Debtors reserve their
rights to file objections to these Claims at a later time on
any grounds that bankruptcy or non-bankruptcy law permits.
The Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

## NOTICE AND PROCEDURE

25.    Notice of this Objection has been provided to
all Claimants with Claims that are the subject to this
Objection as identified on Exhibit C, Exhibit D, Exhibit E,
and Exhibit F, respectively, and to parties-in-interest in
accordance with the Court's Order Pursuant to Bankruptcy
Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007,
and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative
Procedures (Docket No. 130) (the "Case Management Order").
The Debtors submit that the following methods of service
upon the Claimants should be deemed by the Court to
constitute due and sufficient service of this Objection: (a)
service in accordance with Federal Rule of Bankruptcy
Procedure 7004 and the applicable provisions of Federal Rule
of Civil Procedure 4; (b) to the extent counsel for a

Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

26.  To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 PM (Eastern) on April 22, 2010** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference[2] with respect to any such responding claimant at **2:00 PM (Eastern) on April 29, 2010** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case

---

[2]  In accordance with the Omnibus Objection Procedures Order, Claimants who timely respond to the Objection do not need to appear at the status conference.

Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, disallowing the Legal Claims, Satisfied Claims, Human Resources Claims, and Miscellaneous Claims set forth in <u>Exhibit C</u>, <u>Exhibit D</u>, <u>Exhibit E</u>, and <u>Exhibit F</u> attached hereto.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

27.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

28.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

29.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request the Court to enter an Order sustaining this Objection and

granting such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia     SKADDEN, ARPS, SLATE, MEAGHER &
       March 26, 2010          FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                        - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                        - and -

                               MCGUIREWOODS LLP

                               /s/ Douglas M. Foley         .
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL
CLAIMS); (II) NO LIABILITY (SATISFIED CLAIMS); (III) NO
LIABILITY (HUMAN RESOURCES CLAIMS); AND
(IV) NO LIABILITY (MISCELLANEOUS CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Seventieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal Claims);

(ii) No Liability (Satisfied Claims); (iii) No Liability
(Human Resources Claims); and (iv) No Liability
(Miscellaneous Claims)) (the "Objection"), which requested,
among other things, that the claims specifically identified
on Exhibit C, Exhibit D, Exhibit E, and Exhibit F attached
to the Objection be disallowed in their entirety for those
reasons set forth in the Objection; and it appearing that
due and proper notice and service of the Objection as set
forth therein was good and sufficient and that no other
further notice or service of the Objection need be given;
and it further appearing that no response was timely filed
or properly served by the Claimants being affected by this
Order; and it appearing that the relief requested on the
Objection is in the best interest of the Debtors, their
estates and creditors and other parties-in-interest; and
after due deliberation thereon good and sufficient cause
exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on Exhibit A, Exhibit
B, Exhibit C, and Exhibit D as attached hereto and
incorporated herein are forever disallowed in their entirety
for all purposes in these bankruptcy cases.

2

3.    The Debtors' rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventieth Omnibus Objection to Claims
Disallowance of Certain No Liability Claims

Exhibit B - Claimants and Related Claims Subject To Seventieth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| A 1 A LECTRICIAN INC | 9017 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ABU S MEAH | 7767 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ACE ENTERPRISES | 906 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| ADT SECURITY SERVICES INC | 6314 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| ADT SECURITY SERVICES INC | 14030 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| AIMEDIA SOLUTIONS | 6402 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ALBERT FLOWER JR | 13204 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ALEX COMPTON | 13667 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| ALLIANT ENERGY | 14590 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| AMY HERRINGTON | 14484 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| ANDERSON INDEPENDENT MAIL | 14353 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| AOL LLC | 13102 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| AUSTIN ENERGY CITY OF AUSTIN | 13648 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| BOSTON FIXTURES LLC | 1483 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| BRYANT, KEVYN M | 3900 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CALABREE, LEONARD | 13874 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| CAMPBELL, CRAIG | 1433 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| CANON TECHNOLOGY SOLUTIONS, INC | 4192 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CAROLYN J THROCKMORTON | 13354 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| CHARLES, CHARSALLE K | 2735 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CHRISTMAN, KACEY LYNN | 5312 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| COMMERCIAL APPEAL INC | 11930 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| CONVERGYS CUSTOMER MANAGEMENT GROUP INC | 14286 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CORPORATE GRAPHICS INTERNATIONAL | 13621 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| CURTISS MCGOUGH | 3439 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| DAKOTA M RICARDO | 13835 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| DIANA L CAETTA | 6884 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| DIANNE C MAYS | 13694 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| DUNBAR, JAMEL | 10268 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| EATON ELECTRICAL INC | 1717 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER | 13126 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| FLOYD & SONS INC | 546 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| FREEMAN, DAVID | 5292 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| FUJITSU TEN CORP OF AMERICA | 7750 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| GAMCO INDUSTRIES | 1285 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| GREENE, STEPHEN R | 5779 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| GREER, ELAINE | 6916 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| HAMBY, JEAN S | 13896 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| HOLLAND BOARD OF PUBLIC WORKS | 13288 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| IMAGITAS | 7334 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| IMPERIAL IRRIGATION DISTRICT | 13645 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| INDIANAPOLIS POWER & LIGHT COMPANY | 14059 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| INDIVIDUAL SOFTWARE INC | 6007 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| INTERSTATE DISTRIBUTION CENTER | 68 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| INTERSTATE DISTRIBUTION CENTER | 67 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| INTERSTATE DISTRIBUTION CENTER | 72 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| JONES, BRYAN | 3906 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED | 13744 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED | 13724 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| KENTUCKY UTILITIES COMPANY | 13830 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| LAMPKIN, MARY | 6425 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| LI, BENJAMIN BING HANG | 2727 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| LUZER ELECTRIC INC | 7261 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MAJESCO SALES INC | 711 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MAJESCO SALES INC | 712 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MAJESCO SALES INC | 1166 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MAJESCO SALES INC | 1167 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MANSFIELD SEQ 287 & DEBBIE LTD A TEXAS LIMITED PARTNERSHIP | 4279 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| MCCAMEY, ROBERT | 3754 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MCCARTY, JANICE | 5719 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MICHAEL P HORGER PA | 12897 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MILLENIUM RETAIL PARTNERS LLC | 4474 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MIMS, SATCHI | 5708 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| MOBILE EDGE | 3788 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MOHAMED ALTHAF ABDUL LATHIF | 5226 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| MONTGOMERY ADVERTISER | 13331 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| NADEEM EMEIR | 6765 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| NAMDJOU, NIMA | 13154 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| NAMDJOU, NIMA | 13039 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| NATIONAL GLASS AND GATE | 3302 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| NORTHWEST SHIPPING ROOM SUPPLY | 2079 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PARROT, INC | 8861 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PEGGY I JOHNSON | 8294 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PEREZ, JOSE | 6299 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| PHELAN GLASS | 3173 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PHILADELPHIA GAS WORKS | 14016 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| PHILADELPHIA NEWSPAPERS | 14486 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PONDER, JESSICA NICOLE | 14804 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PORTILLO, CARLOS E | 7106 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| PR MECHANICAL | 4667 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| RBS BUSINESS CAPITAL | 14601 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| RICHARD KREUGER | 13416 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| ROSENTHAL & ROSENTHAL INC | 1713 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| RUSSELLVILLE STEEL COMPANY INC | 3806 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SAP RETAIL INC | 12731 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SARAH B HARRIS | 14314 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| SCOMAZZON, DANIELLE MARIE | 2027 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SCOSCHE INDUSTRIES INC | 5995 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SEAGATE TECHNOLOGY LLC | 14087 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SENSORMATIC ELECTRONICS CORPORATION | 13869 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SHIVA KRISHNA POTU | 5322 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SM WILSON & COMPANY | 9891 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| STACK, JAIME | 14139 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| SUN BELT GENERAL CONTRACTORS INC | 6084 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| SYNNEX CORPORATION | 1648 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| THE ADVOCATE | 13838 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| THE CITY OF ALEXANDRIA LOUISIANA | 14205 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| THE STARLEDGER | 11708 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| THE TRENTON TIMES | 11705 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| THOMPSON BUILDING MATERIALS FONTANA | 5327 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| TOM SAJDA | 13861 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| TRIBUNE COMP DBA LOS ANGELES TIMES | 13068 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| TYLEX INC | 13662 | EXHIBIT D - (DISALLOWANCE OF CERTAIN NO LIABILITY SATISFIED CLAIMS) |
| UNION TRIBUNE PUBLISHING | 5104 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| UNIVERSAL DISPLAY AND FIXTURES COMPANY | 13319 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| US PEST CONTROL | 5415 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| VAUGHN, RYAN RICHARD | 4460 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| VCU FOUNDATION | 9567 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| WILLIAM BRYAN HALL | 14071 | EXHIBIT E - (DISALLOWANCE OF CERTAIN NO LIABILITY HUMAN RESOURCE CLAIMS) |
| WILLIAMS MULLEN CLARK & DOBBINS | 7580 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| WILLIAMS, JAMES | 7062 | EXHIBIT C - (DISALLOWANCE OF CERTAIN NO LIABILITY LEGAL CLAIMS) |
| WTVZ TV | 3557 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |
| Z LINE DESIGNS INC | 9237 | EXHIBIT F - (DISALLOWANCE OF CERTAIN NO LIABILITY MISCELLANEOUS CLAIMS) |

**In re: Circuit City Stores, Inc, et al.**

**Case No. 08-35653-KRH**

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Legal Claims)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| CAMPBELL, CRAIG<br>1856 COLT DR<br>ATLANTA, GA 30341 | 1433 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | <br><br><br><br>$3,250.00<br><br><br>$3,250.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |
| FREEMAN, DAVID<br>C/O HIS ATTORNEY   FRED HEAD<br>ESQ<br>106 PRAIRIEVILLE<br>P O  BOX 312<br>ATHENS, TX 75751 | 5292 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | <br><br><br><br>UNL<br><br><br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13744 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | <br><br>UNL<br><br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Legal Claims)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| JOSEPH SKAF ET AL AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED ATTN MATTHEW RIGHETTI RIGHETTI LAW FIRM PC 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 13724 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Interest: Total: | UNL UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | The Debtors dispute any liability with respect to this claim. |
| MIMS, SATCHI PO BOX 19304 OAKLAND, CA 94619 | 5708 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Interest: Total: | $9,500.00 $9,500.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | The Debtors dispute any liability with respect to this claim. |
| PEREZ, JOSE DANIEL J MACKEL JR ATTORNEY AT LAW 650 POYDRAS ST SUITE 1410 NEW ORLEANS, LA 70130 | 6299 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,593.17 $1,593.17 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Legal Claims)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| RICHARD KREUGER<br>PETER A SMIT<br>VARNUM LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | 13416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $17,500.00<br><br>$17,500.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |
| WILLIAMS, JAMES<br>16729 SECRETARIAT DRIVE<br>MORENO VALLEY, CA 92551 | 7062 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $45,251.01<br><br>$45,251.01 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors dispute any liability with respect to this claim. |

Total:     8                                    $77,094.18

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| ACE ENTERPRISES PO BOX 4028 BLUE JAY, CA 92317 | 906 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $27,348.75 $27,348.75 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim was filed as an unsecured claim, but the Claim arose post-petition and should have been filed as an administrative expense claim.  The Debtor's books and records reflect that this Claim was satisfied by check number 4589882, dated 12/30/2009 in the amount of $27,348.75.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| ADT SECURITY SERVICES INC C O ALVIN S GOLDSTEIN ESQ FURR & COHEN PA 2255 GLADES RD STE 337W BOCA RATON, FL 33431 | 14030 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $59,367.39 $59,367.39 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 430837, dated January 28, 2009, in the amount of $59,283.33, which was the amount approved by the Debtor for the services rendered.  As a result, the Debtors dispute any liability with respect to this Claim. |
| ADT SECURITY SERVICES INC C O ALVIN S GOLDSTEIN ESQ FURR & COHEN PA 2255 GLADES RD STE 337W BOCA RATON, FL 33431 | 6314 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $253,404.41 $253,404.41 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is asserted in the amount of $253,404.41.  The Debtors' books and records reflect that $221,220.44 of this Claim was paid pursuant to check number 431023, dated February 5, 2009, and that the remaining $32,183.97 was settled by an adjustment approved by the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| ALLIANT ENERGY<br>PO BOX 3066<br>CEDAR RAPIDS, IA<br>52406-3066 | 14590 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $8,179.59<br><br><br><br><br>$8,179.59 | 08/31/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a wire transfer from Bank of America on September 17, 2009 in the amount of $8,179.59. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| ANDERSON INDEPENDENT MAIL A SCRIPPS HOWARD NEWSPAPER<br>1000 WILLIAMSTON RD<br>ANDERSON, SC 29621 | 14353 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $4,910.96<br><br><br><br><br>$4,910.96 | 06/30/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 4584634, dated December 9, 2008, in the amount of $4,910.96. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| AOL LLC<br>MALCOLM M MITCHELL JR<br>VORYS SATER SEYMOUR AND PEASE LLP<br>277 S WASHINGTON ST STE310<br>ALEXANDRIA, VA 22314 | 13102 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $146,670.97<br><br><br><br><br>$146,670.97 | 01/23/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim asserts an amount of $146,670.97. The Debtors' books and records indicate that $125,060.19 of the Claim was satisfied by check number 4604712, dated February 11, 2009, in the amount of $37,116.11, and check number 4604734, dated February 12, 2009, in the amount of $87,944.08. In addition, the Debtors' books and records reflect that the remaining $21,610.78 is not a valid charge. As a result, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| AUSTIN ENERGY CITY OF AUSTIN DON V PLOEGER ASSISTANT CITY ATTORNEY PO BOX 96 AUSTIN, TX 78767-0096 | 13648 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $26,457.71 $26,457.71 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated October 29, 2009 in the amount of $26,457.71.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| COMMERCIAL APPEAL INC 495 UNION AVE MEMPHIS, TN 38103 | 11930 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $20,954.53 $20,954.53 | 03/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 4606917, dated March 25, 2009, in the amount of $20,954.53.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| HOLLAND BOARD OF PUBLIC WORKS RANDY VAN VELS CUSTOMER SERVICE MANAGER 625 HASTINGS AVE HOLLAND, MI 49423 | 13288 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,080.60 $1,080.60 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated September 16, 2009 in the amount of $1,080.60.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| IMPERIAL IRRIGATION DISTRICT PO BOX 937 IMPERIAL, CA 92251-0937 | 13645 | Secured: Priority: Administrative: $2,726.83 503(b)(9): Unsecured: Reclamation: Interest: Total: $2,726.83 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated September 21, 2009 in the amount of $2,726.83. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| INDIANAPOLIS POWER & LIGHT COMPANY PO BOX 110 INDIANAPOLIS, IN 46206-0110 | 14059 | Secured: Priority: Administrative: $11,967.72 503(b)(9): Unsecured: Reclamation: Interest: Total: $11,967.72 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated October 29, 2009 in the amount of $11,967.72. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| KENTUCKY UTILITIES COMPANY AUGUSTUS C EPPS JR CHRISTIAN & BARTON LLP 909 E MAIN ST STE 1200 RICHMOND, VA 23219 | 13830 | Secured: Priority: Administrative: $2,550.00 503(b)(9): Unsecured: Reclamation: Interest: Total: $2,550.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated October 28, 2009, in the amount of $2,250.00. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| MANSFIELD SEQ 287 & DEBBIE LTD A TEXAS LIMITED PARTNERSHIP ATTN JOSEPH A FRIEDMAN KANE RUSSELL COLEMAN & LOGAN PC 3700 THANKSGIVING TOWER 1601 ELM ST DALLAS, TX 75201 | 4279 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,132,927.19 $333,575.62 $1,466,502.81 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is filed on account of a lease between the Claimant and Circuit City Stores. However, pursuant to an agreed order dated March 6, 2009 (Docket No. 2459), the Debtors agreed to permit the Claimant to retain and set off amounts in "full and final satisfaction of all the [claimant's] Lease rejection claims..." As a result, this Claim has been satisfied. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MONTGOMERY ADVERTISER ATTN ROBIN EVANS CCC SUPERVISOR 7950 JONES BRANCH DR MCLEAN, VA 22107 | 13331 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $4,810.68 $4,810.68 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 4606446, dated March 18, 2009, in the amount of $14,035.04. Accordingly, the Debtors dispute any liability with respect to this claim. |
| PHILADELPHIA GAS WORKS ATTN DENISE ADAMUCCI 800 W MONTGOMERY AVE 4TH FL PHILADELPHIA, PA 19122 | 14016 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $9,394.49 $9,394.49 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated October 8, 2009 in the amount of $9,394.49. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| THE CITY OF ALEXANDRIA LOUISIANA ATTN STEPHEN D WHEELIS ESQ PO BOX 13199 ALEXANDRIA, LA 71315-3199 | 14205 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $15,060.99 _____ $15,060.99 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by a payment dated October 8, 2009 in the amount of $15,060.99.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| THE STARLEDGER ONE STARLEDGER PLAZA NEWARK, NJ 07102 | 11708 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $64,623.63 _____ $64,623.63 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 460693, dated March 25, 2009, in the amount of $63,601.63, and that the Claimant revised the invoice by reducing it by the remaining $1,022.00.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| THE TRENTON TIMES THE STARLEDGER ONE STARLEDGER PLAZA NEWARK, NJ 07102 | 11705 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $9,513.90 _____ $9,513.90 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors' books and records reflect that the Claim was satisfied by check number 4607572, dated May 11, 2009, in the amount of $7,951.50, and check number 4592925, dated January 8, 2009, in the amount of $3,006.67.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Satisfied
Claims)

**EXHIBIT D**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| TYLEX INC<br>TODD HYDE VP<br>PO BOX 8285<br>TYLER, TX 75711 | 13662 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:          UNL<br>Reclamation:<br>Interest:<br>Total:          UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors have determined the Claim was satsfied by a transfer on June 5, 2009 in the amount of $19,265.24. |

Total:        19                    $2,135,525.96

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Human
Resource Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| ALEX COMPTON<br>8941 SCHOENTHAL RD<br>GARDEN RIDGE, TX 78266 | 13667 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $9,714.54<br><br><br><br><br>$9,714.54 | 06/25/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim is based on $5,808 for amounts allegedly due under the Workers Adjustment and Notification Act, 29 U.S.C. §§ 2102 et seq. (the "WARN Act").  The Debtors' books and records indicate that the Claimant worked at the San Antonio/New Braunfels store (location #3584).  The employee terminations at location #3584 were not "mass layoffs" or "plant closings" covered by the WARN Act.  See 29 U.S.C. § 2101(a).  In particular, the closing of location #3584 did not result in the layoff of more than 50 employees, as required by the definition of a "plant closing".  Id. (defining "plant closing" as "the permanent or temporary shut down of a single site of employment . . . if the shutdown results in an employment loss at a single site of employment during any 30-day period for 50 or more employees excluding any part-time employees").  Moreover, the layoffs did occur as part of "the permanent or temporary shut down of a single site of employment" and as such, cannot be part of a "mass layoff" and, again, did not involve more than 50 employees.  Id. (defining "mass layoff" as "a reduction in force which--(A) is not the result of a plant closing and (B) results in an employment loss at the single site of employment during any 30-day period for- (i) (I) at least 33 percent of the employees (excluding any part-time employees); and (II) at least 50 employees (excluding any part-time employees) . . . ." (emphasis added)).<br><br>The Claim is also based on $3,790 for the difference between his hourly rate and the hourly rate charged to customers for repairs.  The Debtors are not liable to the Claimant for this differential.  The balance of the Claim is for reimbursement for computer parts that the Claimant paid for and then purportedly used for repairs in the course of the Debtors' business.  The attached credit card statements indicate that the purchases were made in May and June 2008.  In May and June of 2008, and up to and through the Petition Date, the Debtors had in place procedures for reimbursing employees' expenses where the employee made proper request and included proper approvals.  The Claimant had ample time to follow the established procedure for submitting an expense reimbursement form and failed to do so.<br><br>Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Human
Resource Claims)

EXHIBIT E

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| CALABREE, LEONARD 176 WILLIAM FEATHER DR VOORHEES, NJ 08043 | 13874 | Secured: Priority: Administrative: UNL 503(b)(9): Unsecured: Reclamation: Interest: Total: UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a discretionary bonus for working during the 60-day notice period provided by the WARN Act.  The bonus was discretionary and the Claimant was not included among those employees entitled to receive the bonus.  The Debtors have reviewed their books and records and the records of their payroll provider for the relevant period.  Based upon this review, the Debtors have no record of unpaid wages for this Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| CAROLYN J THROCKMORTON 230 EASTMAN RD RICHMOND, VA 23236 | 13354 | Secured: Priority: Administrative: $14,798.00 503(b)(9): Unsecured: Reclamation: Interest: Total: $14,798.00 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a right to wages or, in the alternative, a discretionary bonus for working from January 16, 2009 until March 27, 2009.  The bonus was discretionary and the Claimant was not included among those employees entitled to receive the bonus.  The Debtors have reviewed their books and records and the records of their payroll provider for the relevant period.  Based upon this review, the Debtors have no record of unpaid wages for this Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| DAKOTA M RICARDO 19 ASHCROFT ST AUBURN, MA 01501 | 13835 | Secured: Priority: Administrative: $369.75 503(b)(9): Unsecured: Reclamation: Interest: Total: $369.75 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on unpaid wages for March 2009.  The Debtors have reviewed their books and records and the records of their payroll provider for the relevant period.  Based upon this review, the Debtors have no record of unpaid wages for this Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Human
Resource Claims)

EXHIBIT E

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| DIANNE C MAYS<br>10901 LIVE OAK CT<br>MIDLOTHIAN, VA 23113 | 13694 | Secured:<br>Priority:<br>Administrative:   $1,346.33<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total:   $1,346.33 | 06/12/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim is based on reimbursement for health care expenses under the Debtor's health care flexible spending account plan ("HSCA"). Under the HSCA, employees had until April 30, 2009 to submit claims for reimbursement.  Here, the claimant did not did not submit her claim for reimbursement until May 12, 2009.  Accordingly, because the claimant did not meet the HSCA deadline, the Debtors dispute any liability with respect to this Claim. |
| HAMBY, JEAN S<br>8406 DEL RAY DR<br>MECHANICSVILLE, VA 23111 | 13896 | Secured:<br>Priority:<br>Administrative:   $263.65<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total:   $263.65 | 06/30/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim is based on the Claimant's calculated portion of the surplus plan assets in several of the Debtor's benefit plans - the dependent care flexible spending account plan ("DCSA") , the health care flexible spending account plan ("HSCA") and the vision care plan plan ("VCP").<br><br>The DCSA is not covered by ERISA.  Under section 6.5 of the DCSA, "If a Participant terminates employment with the Employer, (a) no Benefits shall be paid for expenses incurred after the Participant's termination date, and (b) the Participant must apply for reimbursement by the 90th day following his or her termination date. If any balance remains in the Participant's Dependent Care Expense Reimbursement Account after all reimbursements hereunder, such balance shall remain the property of the Employer, and the Participant shall forfeit all rights with respect to such balance unless the Participant is rehired or reinstated in the same Plan Year" (emphasis added).  Thus, the surplus plan assets of the DCSA are the property of the Debtor.<br><br>On June 3, 2009, the HSCA and the VCP were amended to permit the use of any remaining plan assets to provide benefits or pay expenses under one or more of the other employee benefit plans maintained by the Debtor or any affiliate.  In accordance with the amendment, the assets of the HSCA and the VCP have been or will be applied to the medical and dental plans and there will be no remaining assets.<br><br>Accordingly, because the remaining assets in the DCSA are property of the estate and there are no remaining plan assets for the HSCA or the VCP, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Human
Resource Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| SARAH B HARRIS 6386 WEDGEWOOD RD MECHANICSVILLE, VA 23111 | 14314 | Secured: Priority: Administrative: $263.65 503(b)(9): Unsecured: Reclamation: Interest: Total: $263.65 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the Claimant's calculated portion of the surplus plan assets in several of the Debtor's benefit plans - the dependent care flexible spending account plan ("DCSA") , the health care flexible spending account plan ("HCSA") and the vision care plan ("VCP").

The DCSA is not covered by ERISA.  Under section 6.5 of the DCSA, "If a Participant terminates employment with the Employer, (a) no Benefits shall be paid for expenses incurred after the Participant's termination date, and (b) the Participant must apply for reimbursement by the 90th day following his or her termination date. If any balance remains in the Participant's Dependent Care Expense Reimbursement Account after all reimbursements hereunder, such balance shall remain the property of the Employer, and the Participant shall forfeit all rights with respect to such balance unless the Participant is rehired or reinstated in the same Plan Year" (emphasis added).  Thus, the surplus plan assets of the DCSA are the property of the Debtor.

On June 3, 2009, the HCSA and the VCP were amended to permit the use of any remaining plan assets to provide benefits or pay expenses under one or more of the other employee benefit plans maintained by the Debtor or any affiliate.  In accordance with the amendment, the assets of the HCSA and the VCP have been or will be applied to the medical and dental plans and there will be no remaining assets.

Accordingly, because the remaining assets in the DCSA are property of the estate and there are no remaining plan assets for the HSCA or the VCP, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability Human
Resource Claims)

**EXHIBIT E**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| STACK, JAIME<br>3107 OLD BROOKEWOOD WY<br>RICHMOND, VA 23233 | 14139 | Secured:<br>Priority:<br>Administrative: $263.10<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: $263.10 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the Claimant's calculated portion of the surplus plan assets in several of the Debtor's benefit plans - the dependent care flexible spending account plan ("DCSA") , the health care flexible spending account plan ("HCSA") and the vision care plan ("VCP").<br><br>The DCSA is not covered by ERISA. Under section 6.5 of the DCSA, "If a Participant terminates employment with the Employer, (a) no Benefits shall be paid for expenses incurred after the Participant's termination date, and (b) the Participant must apply for reimbursement by the 90th day following his or her termination date. If any balance remains in the Participant's Dependent Care Expense Reimbursement Account after all reimbursements hereunder, such balance shall remain the property of the Employer, and the Participant shall forfeit all rights with respect to such balance unless the Participant is rehired or reinstated in the same Plan Year" (emphasis added). Thus, the surplus plan assets of the DCSA are the property of the Debtor.<br><br>On June 3, 2009, the HCSA and the VCP were amended to permit the use of any remaining plan assets to provide benefits or pay expenses under one or more of the other employee benefit plans maintained by the Debtor or any affiliate. In accordance with the amendment, the assets of the HCSA and the VCP have been or will be applied to the medical and dental plans and there will be no remaining assets.<br><br>Accordingly, because the remaining assets in the DCSA are property of the estate and there are no remaining plan assets for the HSCA or the VCP, the Debtors dispute any liability with respect to this Claim. |
| WILLIAM BRYAN HALL<br>2001 W PRINCETON CIRCLE NO 2721<br>BROKEN ARROW, OK 74012 | 14071 | Secured:<br>Priority:<br>Administrative: $1,624.30<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: $1,624.30 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on allegedly unpaid wages for October through December 2008. The Debtors have reviewed their books and records and the records of their payroll provider for the relevant period. Based upon this review, the Debtors have no record of unpaid wages for this Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| Total: | 9 | $28,643.32 | | | |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

EXHIBIT F

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| A 1 A LECTRICIAN INC DONALD F KING ESQ ODIN FELDMAN & PITTLEMAN PC 9302 LEE HWY NO 1100 FAIRFAX, VA 22031 | 9017 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $251,463.00 $251,463.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  The Debtors have attempted to obtain further information from the Claimant but have been unsuccessful.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| AIMEDIA SOLUTIONS 631 OLD HICKORY BLVD OLD HICKORY, TN 37138-3162 | 6402 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $910.00 $910.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  The documents submitted with the Claim indicate the liabilities should be asserted against Comp USA, and not Circuit City.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| ALBERT FLOWER JR 376 MCDONALD ST CRESTVIEW, FL 32536-3914 | 13204 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,800.00 $1,800.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

EXHIBIT F

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| AMY HERRINGTON 119 SASSAFRAS DR VERMILLION, OH 44089 | 14484 | Secured: Priority: Administrative: 503(b)(9): Unsecured: UNL Reclamation: Interest: Total: UNL | 07/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a warranty obligation, but the Debtors are not obligors on the alleged warranty liability. Instead, a third party provider is liable for any such warranty claims. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| BOSTON FIXTURES LLC 79 BROOK ST NEW BEDFORD, MA 02746 | 1483 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $570,468.36 Reclamation: Interest: Total: $570,468.36 | 12/16/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | The Claimant has not provided information sufficient to substantiate the alleged Claim. The Debtors attempted to contact the Claimant for additional supporting documentation, but received no response. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| BRYANT, KEVYN M 101 INDEPENDENCE CR BELLE CHASSE, LA 70037 | 3900 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $1,554.00 Reclamation: Interest: Total: $1,554.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a Circuit City credit card dispute. However, Circuit City credit cards were issued and serviced by Chase Bank, and the Debtors have no liability with respect to credit card disputes among cardholders and Chase Bank. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| CAETTA, DIANA L 502 SCHOOLHOUSE RD POTTSTOWN, PA 19465 | 6884 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $2,252.00 $2,252.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| CANON TECHNOLOGY SOLUTIONS, INC HOWARD N SOBEL HOWARD N SOBEL PC 507 KRANSON RD PO BOX 1525 VOORHEES, NJ 08043 | 4192 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $42,149.37 $42,149.37 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is filed against Circuit City Stores, Inc., but the Claimant's supporting documentation are invoices which bill First North American National Bank on account of a "FNANB Web Portal," a non-Debtor entity. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| CHARLES, CHARSALLE K L6064 PARSONS RD BEAVERDAM, VA 23015 | 2735 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $835.06 $835.06 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a Circuit City credit card dispute. However, Circuit City credit cards were issued and serviced by Chase Bank, and the Debtors have no liability with respect to credit card disputes among cardholders and Chase Bank. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| CHRISTMAN, KACEY LYNN 3758 PONDEROSA CT UNIT 2 EVANS, CO 80620 | 5312 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,200.00 $1,200.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is allegedly based on "goods sold, credit card", but the Claimant has failed to provide any supporting documentation to substantiate the Claim.   In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Moreover, Circuit City credit cards were issued and serviced by Chase Bank, and the Debtors have no liability with respect to credit card disputes among cardholders and Chase Bank. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| CONVERGYS CUSTOMER MANAGEMENT GROUP INC C O MICHAEL J OGRADY FROST BROWN TODD LLC 201 E FIFTH ST STE 2200 CINCINNATI, OH 45202 | 14286 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $335,752.67 $335,752.67 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on an alleged liability that is also asserted as part of another claim filed by the Claimant (Claim No. 7184) which will survive the Objection.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| CORPORATE GRAPHICS INTERNATIONAL PO BOX 8464 NORTH MANKATO, MN 56003 | 13621 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $3,398.61 $3,398.61 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  After a thorough review of their books and records, the Debtors are unable to confirm any post-petition purchase of goods from the Claimant or any post-petition benefit provided to the Debtors, and the Claimant has not provided information sufficient for the Debtors to make such determination.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| CURTISS MCGOUGH<br>17037 STEPHENS<br>EASTPOINTE, MI 48021 | 3439 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $2,500.00<br><br>$2,500.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a warranty obligation, but the Debtors are not obligors on the alleged warranty liability. Instead, a third party provider is liable for any such warranty claims. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| DUNBAR, JAMEL<br>2615 TURTLE CREEK DR<br>HAZEL CREST, IL 60429-2154 | 10268 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $1,344.78<br><br><br><br><br><br>$1,344.78 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a warranty obligation, but the Debtors are not obligors on the alleged warranty liability. Instead, a third party provider is liable for any such warranty claims. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| EATON ELECTRICAL INC<br>ATTN GLOBAL TRADE CREDIT<br>EATON CORPORATION<br>EATON CTR<br>1111 SUPERIOR AVE<br>CLEVELAND, OH 44114-2584 | 1717 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $669.25<br><br>$669.25 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant seeks payment for "goods sold" in the amount of $669.25. However, the Debtors have determined that this Claim consists of deduction disputes and credits that conflict with their books and records. Accordingly, the Debtors dispute any liability with respect to this Claim. |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

EXHIBIT F

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| EMEIR, NADEEM 4204 BLACKWILLOW DR MESQUITE, TX 75150 | 6765 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $5,420.00 $5,420.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER WILLIAM H SCHWARZSCHILD III W ALEXANDER BURNETT WILLIAMS MULLEN TWO JAMES CENTER 17TH FLOOR 1021 E CARY ST PO BOX 1320 RICHMOND, VA 23218-1320 | 13126 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $41,652.18 $41,652.18 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on postpetition advertisement services, but the Claimant failed to provide any supporting documentation to substantiate the Claim. In addition, after a thorough review of their books and records, the Debtors have been unable to discover any evidence of postpetition liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| FLOYD & SONS INC 9848 DECOURSEY PIKE RYLAND HEIGHTS, KY 41015 | 546 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $28,331.94 $28,331.94 | 11/26/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) | The Claim is filed against Circuit City Properties, LLC, but the Claimant's supporting documentation contains purchase orders and invoices that bill Circuit City Stores, Inc., and the Claimant previously filed a duplicative claim against Circuit City Stores, Inc. (Claim No. 357). Therefore, this Claim is filed against the wrong Debtor and is already taken into account by Claim No. 357. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| FUJITSU TEN CORP OF AMERICA ATTN EIKO KUBOTA CYWINSKI 19600 VERMONT AVE TORRANCE, CA 90502-1122 | 7750 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $157,431.77 $157,431.77 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After reviewing their books and records, the Debtors have determined that part of the Claim is already taken into account, and duplicated, by prior claims filed by the Claimant (Claim No. 777 and Claim No. 13327); and no liability is owed on the remainder because of reversals of previously taken deductions.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| GAMCO INDUSTRIES 4900 SOUTH SOTO STREET VERNON, CA 90058 | 1285 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,675.00 $1,675.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  The Debtors have made several attempts to contact Claimant for additional support, but have not been successful.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| GREENE, STEPHEN R 260 ELM ST EVERETT, MA 02149 | 5779 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,400.00 $1,400.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is allegedly based on a "credit card", but the Claimant has failed to provide information sufficient to substantiate the Claim.   In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of a liability to the Claimant.  Moreover, Circuit City credit cards were issued and serviced by Chase Bank, and the Debtors have no liability with respect to credit card disputes among cardholders and Chase Bank. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| GREER, ELAINE<br>ELAINE V GREER<br>119 SOUTH 22ND ST<br>SAGINAW, MI 48601 | 6916 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured: $1,000.00<br>Reclamation:<br><br>Interest:<br>Total: $1,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| IMAGITAS<br>ATTN JIM PUNTONI<br>PO BOX 83070<br>WOBURN, MA 01813-3070 | 7334 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured: $160,380.00<br>Reclamation:<br><br>Interest:<br>Total: $160,380.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Claim and related documentation including the agreement, the Debtors have determined that they have no liability with respect to the asserted Claim. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| INDIVIDUAL SOFTWARE INC<br>4255 HOPYARD RD STE 2<br>PLEASANTON, CA 94588 | 6007 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured: $18,332.74<br>Reclamation:<br><br>Interest:<br>Total: $18,332.74 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors have determined that they are not in contractual privity with the Claimant, whose claims are an obligation of third party Navarre. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| INTERSTATE DISTRIBUTION CENTER 3962 LANDMARK STREET P O BOX 1925 CULVER CITY, CA 90232-1925 | 68 | Secured: Priority: Administrative: 503(b)(9):  $259.00 Unsecured: Reclamation: Interest: Total:  $259.00 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant seeks payment for a product delivered to the Debtors.  However, the Claimant acknowledged in communications with the Debtors that the Debtors returned the product on November 23, 2008.   Accordingly, the Debtors dispute any liability with respect to this Claim. |
| INTERSTATE DISTRIBUTION CENTER 3962 LANDMARK STREET P O BOX 1925 CULVER CITY, CA 90232-1925 | 67 | Secured: Priority: Administrative: 503(b)(9):  $498.26 Unsecured: Reclamation: Interest: Total:  $498.26 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant seeks payment for a product delivered to the Debtors.  However, the Claimant acknowledged in communications with the Debtors that the Debtors returned the product on December 12, 2008.   Accordingly, the Debtors dispute any liability with respect to this Claim. |
| INTERSTATE DISTRIBUTION CENTER 3962 LANDMARK STREET P O BOX 1925 CULVER CITY, CA 90232-1925 | 72 | Secured: Priority: Administrative: 503(b)(9):  $562.74 Unsecured: Reclamation: Interest: Total:  $562.74 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant seeks payment for a product delivered to the Debtors.  However, the Claimant acknowledged in communications with the Debtors that the Debtors returned the product on November 24, 2008.   Accordingly, the Debtors dispute any liability with respect to this Claim. |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| JOHNSON, PEGGY I<br>11505 LEMMOND ACRES DR<br>MINT HILL, NC 28227-6523 | 8294 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest: $1,500.00<br>Total: $1,500.00 | 01/30/2009 | INTERTAN, INC.<br>(08-35655) | The information submitted with the Claim indicates the Claim relates to RadioShack Corporation and is improperly asserted against the Debtors. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| JONES, BRYAN<br>220 11TH ST WEST<br>PALMETTO, FL 34221 | 3906 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured: $1,000.00<br>Reclamation:<br>Interest:<br>Total: $1,000.00 | 01/15/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| LAMPKIN, MARY<br>1101 MARTIN LUTHER KING DR<br>ORLANDO, FL 32805 | 6425 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured: $1,000.00<br>Reclamation:<br>Interest:<br>Total: $1,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| LATHIF, MOHAMED ALTHAF ABDUL 574 FLORIDA AVE APT NO 304 HERNDON, VA 20170 | 5226 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | UNL UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the Claim. In addition, after a thorough review of their books and records, the Debtors haven't been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| LI, BENJAMIN BING HANG 1055 SANTA MONICA CT OAKLAND, CA 94601 | 2727 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $750.00 $750.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is for $750.00, but the Claimant did not provide any basis for the Claim or provide any supporting documentation. In addition, after a thorough review of their books and records, the Debtors have been unable to discover any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| LUZER ELECTRIC INC ATTN BRENDA J CARTER SEC 3371 NW 154TH TERR MIAMI, FL 33054 | 7261 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $119,131.00 $119,131.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Moreover, upon being contacted by the Debtors, the Claimant notified the Debtors that the Claimant had settled the Claim with the general contractor. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| MAJESCO SALES INC ROSENTHAL & ROSENTHAL 1370 BROADWAY NEW YORK, NY 10018 | 711 | Secured: Priority: Administrative: 503(b)(9): $150,528.00 Unsecured: Reclamation: Interest: Total: $150,528.00 | 12/09/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) | The Claim is filed against CC Distribution Company of Virginia, Inc., but the Claimant's supporting documentation is an invoice that bills Circuit City Stores, Inc.  In addition, the Claimant filed claims on account of the same liability against several other debtors, including the proper debtor Circuit City Stores, Inc.  Claim No. 710 was filed against Circuit City Stores, Inc., and was later amended by Claim No. 1385, which will survive after this Objection.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MAJESCO SALES INC ROSENTHAL & ROSENTHAL 1370 BROADWAY NEW YORK, NY 10018 | 712 | Secured: Priority: Administrative: 503(b)(9): $150,528.00 Unsecured: Reclamation: Interest: Total: $150,528.00 | 12/09/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) | The Claim is filed against Circuit City Purchasing Company, LLC, but the Claimant's supporting documentation is an invoice that bills Circuit City Stores, Inc.  In addition, the Claimant filed claims on account of the same liability against several other debtors, including the proper debtor Circuit City Stores, Inc.  Claim No. 710 was filed against Circuit City Stores, Inc., and was later amended by Claim No. 1385, which will survive after this Objection.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MAJESCO SALES INC ROSENTHAL & ROSENTHAL 1370 BROADWAY NEW YORK, NY 10018 | 1166 | Secured: Priority: Administrative: 503(b)(9): $150,528.00 Unsecured: Reclamation: Interest: Total: $150,528.00 | 12/09/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | The Claim is filed against Circuit City Stores West Coast, Inc., but the Claimant's supporting documentation is an invoice that bills Circuit City Stores, Inc.  In addition, the Claimant filed claims on account of the same liability against several other debtors, including the proper debtor Circuit City Stores, Inc.  Claim No. 710 was filed against Circuit City Stores, Inc., and was later amended by Claim No. 1385, which will survive after this Objection.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| MAJESCO SALES INC ROSENTHAL & ROSENTHAL 1370 BROADWAY NEW YORK, NY 10018 | 1167 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $150,528.00 $150,528.00 | 12/09/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) | The Claim is filed against Circuit City Stores PR, LLC, but the Claimant's supporting documentation is an invoice that bills Circuit City Stores, Inc. In addition, the Claimant filed claims on account of the same liability against several other debtors, including the proper debtor Circuit City Stores, Inc. Claim No. 710 was filed against Circuit City Stores, Inc., and was later amended by Claim No. 1385, which will survive after this Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MCCAMEY, ROBERT 15800 ROWENA AVE MAPLE HEIGHTS, OH 44137-4832 | 3754 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $610.00 $610.00 $1,220.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MCCARTY, JANICE 267 BERLIN RD WESTON, WV 26452 | 5719 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $750.00 $750.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a warranty obligation, but the Debtors are not obligors on the alleged warranty liability. Instead, a third party provider is liable for any such warranty claims. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| MEAH, ABU S<br>6 CARILLON PL<br>FOOTHILL RANCH, CA 92610 | 7767 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $1,600.00<br><br><br><br><br><br><br>$1,600.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MICHAEL P HORGER PA<br>160 CENTRE ST<br>ORANGEBURG, SC 29116 | 12897 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | <br><br>$1,589.25<br><br><br><br><br>$1,589.25 | 03/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is filed as a section 503(b)(9) administrative priority claim, but the Claimant's supporting documentation includes a list of "legal services performed" from June 19, 2006 through October 23, 2008.  As a result, the Claim is not based on goods provided to the Debtors within the twenty day period prior to the petition date.  Therefore, the Claim is not entitled to priority under section 503(b)(9).  Thus, because the Claim was filed on March 1, 2009, it is filed late.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| MILLENIUM RETAIL PARTNERS LLC<br>BENJAMIN B  CUMMINGS JR<br>11117 BOTHWELL ST<br>RICHMOND, VA 23233 | 4474 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | <br><br><br><br>$20,000.00<br><br><br>$20,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on "future payments of success fees" conditioned on new store openings that never occurred. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| MOBILE EDGE<br>PO BOX 1180<br>PLACENTIA, CA 92871 | 3788 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | <br><br><br><br>$5,691.80<br><br><br><br>$5,691.80 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors have determined that this Claim consists of billbacks which the Debtors previously denied in the ordinary course of business and claims for amounts that are more than originally invoiced.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| NAMDJOU, NIMA<br>2408 2ND AVE NO 19<br>SAN DIEGO, CA 92101 | 13039 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $4,000.00<br><br><br><br>$600.00<br><br><br><br>$4,600.00 | 05/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  Moreover, Circuit City credit cards were issued and serviced by Chase Bank, and Debtors were not liable for credit card disputes.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| NAMDJOU, NIMA<br>2408 2ND AVE NO 19<br>SAN DIEGO, CA 92101 | 13154 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | <br><br>$3,043.81<br><br><br><br><br>$3,043.81 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | By the Claim, the Claimant seeks to wipe out the balance of his Circuit City credit card balance owed to Chase Bank.  Circuit City credit cards were issued and serviced by Chase Bank, and Debtors were not liable for credit card disputes.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| NATIONAL GLASS AND GATE<br>C O COFACE NORTH AMERICA INC<br>50 MILLSTONE RD BLDG<br>100 STE 360<br>EAST WINDSOR, NJ 08520 | 3302 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:    $16,639.58<br>Reclamation:<br>Interest:<br>Total:    $16,639.58 | 01/12/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim is asserted by a subcontractor on account of certain alleged sold goods.  However, the Debtors are not in contractual privity with the Claimant subcontractor, and therefore have no obligations or liabilities owing to such Claimant.  Accordingly, the Debtors dispute any liabilty with respect to this Claim. |
| NORTHWEST SHIPPING ROOM SUPPLY<br>308 S ORCAS ST<br>SEATTLE, WA 98108-2443 | 2079 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:    $1,025.28<br>Reclamation:<br>Interest:<br>Total:    $1,025.28 | 12/30/2008 | CIRCUIT CITY STORES, INC.<br>(08-35653) | The Claim appears to be filed in the wrong bankruptcy proceedings.  The proof of claim provides that it amends a claim previously filed on December 23, 2005, in case number 05-15878-TTG, the Circuit Engineering, Inc. bankruptcy proceedings.  Moreover, the Claimant's supporting documentation consists of invoices billing Circuit Engineering, Inc., and the Debtors' books and records indicate no liability with respect to this claim.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| PARROT, INC<br>28446 FRANKLIN RD<br>SOUTHFIELD, MI 48034 | 8861 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:    $67,681.90<br>Reclamation:<br>Interest:<br>Total:    $67,681.90 | 01/30/2009 | CIRCUIT CITY STORES, INC.<br>(08-35653) | After reviewing their books and records, the Debtors have determined that the Claim consists of invoices that were previously paid, quantity shortages, return disputes, and amounts not invoiced to the Debtors.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| PHELAN GLASS<br>5827 CAMBRIA RD<br>PHELAN, CA 92371 | 3173 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $21,450.00<br><br>$21,450.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant did not provide any supporting documentation to substantiate the Claim. In addition, after a thorough review of their books and records, the Debtors have been unable to discover any evidence of liability to the Claimant or any prior business relationship with Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| PHILADELPHIA NEWSPAPERS<br>MORRIS & ADELMAN PC<br>PO BOX 30477<br>PHILADELPHIA, PA 19103-8477 | 14486 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $124,024.26<br><br><br>$124,024.26 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claims Agent docketed on the claims register at Claim No. 14486 a letter from Claimant's counsel requesting a status update on payment as to claims previously filed by the Claimant (Claim No. 1544 and Claim No. 12041). Accordingly, the Debtors dispute any liability with respect to this Claim. |
| PONDER, JESSICA NICOLE<br>295 DAVIE RD<br>MUNFORD, AL 36268 | 14804 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | UNL<br><br><br><br>UNL | 01/20/2010 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| PORTILLO, CARLOS E<br>PO BOX 412403<br>LOS ANGELES, CA<br>90042-9403 | 7106 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $1,558.80<br><br><br>$1,558.80 | 01/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| POTU, SHIVA KRISHNA<br>13500 CHENAL PKWY APT NO 106<br>LITTLE ROCK, AR 72211 | 5322 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $612.39<br><br><br>$612.39 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| PR MECHANICAL<br>630 RESEARCH RD<br>RICHMOND, VA 23236 | 4667 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $13,039.90<br><br><br>$13,039.90 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the Claim.  In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| RBS BUSINESS CAPITAL MATTHEW M HUGHEY GLEASON & ASSOCIATES PC ONE GATEWAY CTR STE 525 420 FORT DUQUESNE BLVD PITTSBURGH, PA 15222-1402 | 14601 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $311,357.79 $311,357.79 | 09/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claims Agent docketed on the claims register at Claim No. 14601 a letter informing the Debtors that the Claimant was assigned the claims of Smartpants, Inc. asserted pursuant to Claim No. 1707. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| ROSENTHAL & ROSENTHAL INC DONALD S LEONARD 1370 BROADWAY NEW YORK, NY 10018 | 1713 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $104,832.00 $104,832.00 | 12/11/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) | The Claim is filed against CC Distribution Company of Virginia, Inc., but the suporting documentation submitted with the Claim and the Debtors' books and records indicate the Claim should be asserted against Circuit City Stores, Inc. The Claimant also filed Claim No. 1710, based on the same liabilities, against debtor Circuit City Stores, Inc. Claim No. 1710 was amended by Claim No. 8767, which claim will survive this Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| RUSSELLVILLE STEEL COMPANY INC TRISH HENRY GENERAL COUNSEL PO BOX 1538 RUSSELLVILLE, AR 72811 | 3806 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $13,906.00 $13,906.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the same alleged liability also asserted in another claim filed by the Claimant (Claim No. 249) which will survive the Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| SAP RETAIL INC<br>ATTN DONALD K<br>LUDMAN ESQ<br>BROWN & CONNERY LLP<br>6 N BROAD ST STE 100<br>WOODBURY, NJ 08096 | 12731 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $355,799.67<br><br>$355,799.67 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is asserted on account of rejection damages from Circuit City Stores, Inc.'s rejection of a software license agreement.  However, after a thorough review of their books and records, the Debtors have determined that all amounts owed to the Claimant were paid or are also asserted in other claims filed by Claimant.  Specifically, $43,619.67 was paid on the period from 11/10/08 through 12/31/08; $104,060 of the amount asserted was also filed on Claim No. 14166 for the period of 1/1/09 through 4/1/09; and the remaining $208,120 for the period of 5/1/09 through 12/1/2009 is not valid because it extends beyond the contractual notice period of 45 days.  Accordingly, the Debtors assert that no further liability is owed on the Claim. |
| SCOMAZZON, DANIELLE MARIE<br>46612 SPRINGWOOD DR<br>MACOMB, MI 48044-3576 | 2027 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | $60.00<br><br><br><br><br><br><br>$60.00 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a "warranty purchase," but the Debtors are not obligors on the alleged warranty liability.  Instead, a third party provider is liable for any such warranty claims.  Accordingly, the Debtors dispute any liability with respect to this Claim. |
| SCOSCHE INDUSTRIES INC<br>1550 PACIFIC AVENUE<br>OXNARD, CA 93033 | 5995 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Interest:<br>Total: | <br>UNL<br><br><br>UNL<br><br><br>UNL | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The supporting documentation submitted with the Claim indicates the liability is properly asserted against non-debtors The Source by Circuit City and InterTAN Canada Ltd.  Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| SEAGATE TECHNOLOGY LLC LAWRENCE SCHWAB & PATRICK COSTELLO BIALSON BERGEN & SCHWAB 2600 EL CAMINO REAL STE 300 PALO ALTO, CA 94306 | 14087 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,461,777.60 $1,461,777.60 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors believe the Claim incorrectly identifies numerous pre-petition transactions as post-petition transactions. Additionally, the Claim is based on the same alleged liability also asserted in another claim filed by the Claimant (Claim No. 9495) which will survive the Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| SENSORMATIC ELECTRONICS CORPORATION C O ALVIN S GOLDSTEIN ESQ FURR & COHEN PA 2255 GLADES RD STE 337W BOCA RATON, FL 33431 | 13869 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $108,263.45 $108,263.45 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the same alleged liability also asserted in another claim filed by the Claimant (Claim No. 6317) which will survive the Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| SM WILSON & COMPANY 2185 HAMPTON AVE PO BOX 5210 ST LOUIS, MO 63139 | 9891 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $243,222.13 $243,222.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on "construction services performed and materials provided," and the Claimant provided supporting documentation in the form of a list of accounts receivable with Circuit City Stores, Inc. However, after a thorough review of their books and records, the Debtors were unable to discover any evidence of liability to the Claimant. The Debtors attempted to contact the Claimant for further support, but the Claimant failed to respond. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| SUN BELT GENERAL CONTRACTORS INC LIONEL J POSTIC ESQ 125 TOWNPARK DR STE 300 KENNESAW, GA 30144 | 6084 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $128,798.53 Reclamation: Interest: Total: $128,798.53 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. The Debtors attempts to obtain further information from Claimant's counsel have been unsuccessful. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| SYNNEX CORPORATION 39 PELHAM RIDGE DR GREENVILLE, SC 29615-5939 | 1648 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $36,334.43 Reclamation: Interest: Total: $36,334.43 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors have determined that their business relationship was with New Age Electronics, Inc., and that New Age already filed a claim (Claim No. 9611) for the goods included in this claim. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| THE ADVOCATE ALAN LEWIS ESQ OFFICE OF GENERAL COUNSEL HEARST CORP 300 W 57TH ST 40TH FL NEW YORK, NY 10019 | 13838 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $14,799.98 Reclamation: Interest: Total: $14,799.98 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the same alleged liability also asserted in another claim filed by the Claimant under a different trade name. The other claim (Claim No. 14200) will survive the Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

EXHIBIT F

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| THOMPSON BUILDING MATERIALS FONTANA PO BOX 950 FONTANA, CA 92334 | 5327 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $1,923.27 $1,923.27 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on liabilities asserted against a subcontractor on account of certain alleged sold goods. However, the Debtors are not in contractual privity with the Claimant, and therefore have no obligations or liabilities owing to such Claimant. Accordingly, the Debtors dispute any liabilty with respect to this Claim. |
| TOM SAJDA 4609 15TH PL HOBART, IN 46342-5613 | 13861 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $2,551.61 $2,551.61 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| TRIBUNE COMP DBA LOS ANGELES TIMES ATTN CAROL LIOTTA 435 N MICHIGAN AVE 3RD FL CHICAGO, IL 60611 | 13068 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $62,697.32 $62,697.32 | 05/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After review of their books and records, the Debtors have determined that the Claim is overstated, and that the proper amount of the Claim is $6,000. Additionally, the Debtors' books and records indicate the Claimant was paid for this amount and the Claim has been satisfied. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| UNION TRIBUNE PUBLISHING PO BOX 121546 SAN DIEGO, CA 92112-5546 | 5104 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $121,587.52 $121,587.52 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant asserts the Claim in the amount of $121,587.62 based on advertising invoices and statements. However, the Claimant previously filed another claim (Claim No. 1168) which asserts the same $121,587.62 alleged liability on account of the same invoices and statements. The other claim (Claim No. 1168) will survive this Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| UNIVERSAL DISPLAY AND FIXTURES COMPANY ROBERT D ALBERGOTTI & JOHN MIDDLETON HAYNES AND BOONE LLP 2323 VICTORY AVE STE 700 DALLAS, TX 75219 | 13319 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $8,803.20 $8,803.20 | 06/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is for storage fees from the petition date to April 2, 2009. However, after reviewing their books and records, the Debtors have determined that they owe no liability for this Claim under their agreements with the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| US PEST CONTROL PO BOX 350 HIGHLAND SPRINGS, VA 23075 | 5415 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Interest: Total: | $3,120.00 $3,120.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant asserts a Claim in the amount of $3,210.00 allegedly on account of pest control services provided. However, the Claimant previously filed another claim (Claim No. 5390) which includes the same alleged liability on account of the same invoices. The other claim (Claim No. 5390) will survive this Objection. Accordingly, the Debtors dispute any liabilty with respect to this Claim. |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| VAUGHN, RYAN RICHARD 2 THERESA TERRACE EAST BRIDGEWATER, MA 02333-1251 | 4460 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $1,200.00 Reclamation: Interest: Total: $1,200.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on a Circuit City credit card dispute. However, Circuit City credit cards were issued and serviced by Chase Bank, and the Debtors have no liability with respect to credit card disputes among cardholders and Chase Bank. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| VCU SCHOOL OF BUSINESS FOUNDATION KC BLAISDELL EXEC DIR PO BOX 844000 RICHMOND, VA 23284 | 9567 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $150,000.00 Reclamation: Interest: Total: $150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant asserts the Claim on account of an alleged obligation of The Circuit City Foundation. However, The Circuit City Foundation is an independent non-Debtor entity, and the Debtors are not obligors on the alleged liability. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| WILLIAMS MULLEN CLARK & DOBBINS PO BOX 1320 1021 E CARY ST RICHMOND, VA 23219 | 7580 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $43,272.50 Reclamation: Interest: Total: $43,272.50 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant asserts the Claim in the amount of $43,272.50 based on certain invoices submitted with the Claim. However, the Claimant previously filed another claim (Claim No. 6757) which asserts, among other things, the same alleged liability on account of the same invoices. In addition, in communications between the Claimant and the Debtors, the Claimant acknowledged that the Claim duplicates items that were filed in Claim No. 6757. The other claim (Claim No. 6757) will survive this Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

**EXHIBIT F**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|---|
| WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | 3557 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $1,785.00<br><br>$1,785.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claim is based on the same alleged liability also asserted in another claim filed by the Claimant (Claim No. 152) which will survive the Objection. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| Z LINE DESIGNS INC<br>JONES BOTHWELL DION<br>& THOMPSON LLP<br>44 MONTGOMERY ST STE 610<br>SAN FRANCISCO, CA 94104 | 9237 | Secured:<br>Priority:<br>Administrative:<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Interest:<br>Total: | $158,866.60<br><br>$158,866.60 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Debtors exited business with the Claimant before the date the alleged claims were incurred, and no letter of credit or purchase order was issued for the items upon which the claim is based. Accordingly, the Debtors dispute any liability with respect to this Claim. |

Total:     77                  $5,978,219.30

* "UNL" denotes an unliquidated claim.