**Hearing Date: April 15, 2010 at 2:00 p.m.**

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Dion W. Hayes (VSB No. 34304)<br>Douglas M. Foley (VSB No. 34364)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Case No. 08-35653-KRH |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'
SIXTY-SEVENTH OMNNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF (I) CERTAIN AMENDED CLAIMS;
AND (II) CERTAIN DUPLICATE CLAIMS) FILED BY CHASE
BANK USA NATIONAL ASSOCIATION AND THE COLUMBUS DISPATCH**

   **PLEASE TAKE NOTICE** that on February 19, 2010, the Debtors filed their Sixty-Seventh Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims (the "Omnibus Objection"); and

   **PLEASE TAKE FURTHER NOTICE** that certain parties filed responses (the "Responses") to the Omnibus Objection (the "Responding Claimants"). A listing of the Responding

Claimants, the claims under objection on which the hearing will go forward (the "Claim"), and the docket number of the Responses is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Omnibus Objection and the Responses shall be heard at **2:00 p.m. (Eastern Time) on April 15, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimants want the Court to consider their Responses with respect to their Claims, then such Responding Claimant or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 2:00 p.m. (Eastern Time) on April 15, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: March 26, 2010  
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley                .  
Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**EXHIBIT A**

| Omnibus Objection | Responding Claimant | Claim | Docket Number of Response |
|---|---|---|---|
| 67 | Chase Bank USA National Association | 12402 | 6877 |
| 67 | The Columbus Dispatch | 12386 | 6833 |

\10973372.1