# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

FILED

In re   Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. 2010 MAR 26 P 12: 09

Debtor(s)

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on January 19, 2010.

The parties included in the Appeal to the District Court:
APPELLANT(S): LG Electronics USA, Inc.

ATTORNEY:   Dylan G. Trache of Wiley Rein LLP

7925 Jones Branch Drive, Suite 6200

McLean, VA 22102

APPELLEE (S): Circuit City Stores, Inc.

ATTORNEY:   Dion Hayes of McGuire Woods

One James Center, 901 East Cary Street

Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00      (X) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00              (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: March 26, 2010           By: /s/ Suzanne French  SF  , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER 3:10CV206        Date 3/26/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                [apptrans ver. 12/09]