3:10cv201
Payne

Case 08-35653-KRH    Doc 7029    Filed 03/29/10    Entered 03/29/10 12:52:02    Desc Main

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
__Richmond__ Division

FILED
MAR 25 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re   Circuit City Stores, Inc.                    Case No. 08-35653-KRH

                                                     Adv. Proceeding No. [Adversary Proceeding No.]

Debtor(s) **TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL**

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on March 9, 2010.

The parties included in the Appeal to the District Court:
  APPELLANT(S):   Onkyo USA Corporation

  ATTORNEY:   Philip C. Baxa of MercerTrigiani, LLP
              16 South Second Street
              Richmond, Virginia 23219

  APPELLEE(S):   Circuit City Store, Inc.

  ATTORNEY:   Douglas M. Foley of McGuireWoods, LLP
              One James Center, 901 East Cary Street
              Richmond, Virginia 23219

Brief Description of Judgment/Order Appealed: ____Memorandum Opinion and Order (docket number 6228)____

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00    (X) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $250.00            (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                              WILLIAM C. REDDEN, Clerk of the Court
Date: March 25, 2010          By: /s/ Suzanne French       SF     , Deputy Clerk

**CERTIFICATION TO APPELLATE COURT**
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                              WILLIAM C. REDDEN, Clerk of the Court
                              By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER  3:10Cv201     Date  3/25/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                          [apptrans ver. 12/09]