# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND DIVISION)

| | |
|---|---|
| *In re:* | Chapter 11 |
| Circuit City Stores, Inc. *et al.,* | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF AT&T CAPITAL SERVICES, INC.'S MOTION AND ADMINISTRATIVE CLAIM [RE: D.I. 2298]

**PLEASE TAKE NOTICE** that AT&T Capital Services, Inc. ("AT&T Capital"), by and through its counsel, Lowenstein Sandler PC and Seeger Faughnan Mendicino, P.C. hereby withdraws the **Motion of the AT&T Entities for Entry of an Order: (A) Allowing and Compelling the Payment of Administrative Expense Claim to AT&T; and (B) Compelling Assumption or Rejection of Equipment Lease, or in the Alternative, Lifting the Automatic Stay to Permit Termination of the Equipment Lease and Repossession of Equipment** (the "Motion") (D.I. 2298) solely with respect to the administrative claim of AT&T Capital, which was filed with the Court on February 24, 2009.  This is not in any way a withdrawal of Sterling Commerce's administrative claim, which was a part of the Motion, and which remains unaffected by this Notice of Withdrawal.

Dated: March 29, 2010

By:   /s/   Julie Quagliano
Julie Quagliano, VSB #37119
**SEEGER FAUGHNAN MENDICINO, P.C.**
2620 P Street, NW
Washington DC  20007
Telephone: (202)-822-8838
Facsimile: (202)822-6982
Email: Quagliano@sfmlawfirm.com
*Local Counsel for AT&T*
AND

**LOWENSTEIN SANDLER PC**
Vincent A. D'Agostino, Esq.
Joseph M. Becht, Esq.
65 Livingston Avenue

21568/6
03/29/2010 13987540.1

        Roseland, New Jersey  07068-1791
        Telephone: (973) 597-2500
        Facsimile:  (973) 597-2400
        *Counsel for AT&T*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2010 the foregoing will be filed by the Court's electronic ("ECF") system and will be served on the parties through the Court's ECF system.

        /s/ Julie Quagliano
        Julie Quagliano, VSB #37119
        **SEEGER FAUGHNAN MENDICINO, P.C.**
        2620 P Street, NW
        Washington DC  20007
        Telephone: (202)-822-8838
        Facsimile: (202)822-6982
        Email: Quagliano@sfmlawfirm.com
        *Local Counsel for AT&T*