Payne
3:10CV202

MAR 25 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
__Richmond__ Division

In re  Circuit City Stores, Inc.                    Case No. __08-35653-KRH__

                                                    Adv. Proceeding No. [Adversary Proceeding No.]

Debtor(s)  **TRANSMITTAL OF MOTION FOR LEAVE TO APPEAL**

**TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT**

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on __March 9, 2010__.

The parties included in the Appeal to the District Court:
    APPELLANT(S): __Mitsubishi Digital Electronics America, Inc.__

    ATTORNEY:     __Philip C. Baxa  of MercerTrigiani, LLP__
                  __16 South Second Street__
                  __Richmond, Virginia 23219__

    APPELLEE(S):  __Circuit City Stores, Inc.__

    ATTORNEY:     __Douglas M. Foley  of McGuireWoods, LLP__
                  __One James Center, 901 East Cary Street__
                  __Richmond, Virginia 23219__

Brief Description of Judgment/Order Appealed: __Memorandum Opinion and Order (docket number 6228)__

Date Judgment/Order Entered: __January 6, 2010__

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00      (X) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00              (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: __March 25, 2010__            WILLIAM C. REDDEN, Clerk of the Court
                                    By: __/s/ Suzanne French   SF__, Deputy Clerk

**CERTIFICATION TO APPELLATE COURT**
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                    WILLIAM C. REDDEN, Clerk of the Court
                                    By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER __3:10CV202__   Date __3/25/10__

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                    [apptrans ver. 12/09]