Case 08-35653-KRH  Case 3:10-cv-00204-REP  Document 1-2  Filed 03/30/10  Entered 03/30/10 12:05:25  Page 1 of 1  Desc Main
3:10CV204
Payne
FILED
2010 MAR 26  A 10: 53
US DISTRICT COURT
RICHMOND, VIRGINIA

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re  Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. _____

Debtor(s)

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on January 20, 2010.

The parties included in the Appeal to the District Court:

APPELLANT(S): United States Debt Receovery, LLC

ATTORNEY: Neil E. McCullagh of Spotts Faim
411 East Franklin Street, Suite 600
Richmond, VA 23219

APPELLEE(S): Circuit City Stores, Inc. et.al

ATTORNEY: Dion Hayes of McGuire Woods
One James Center, 901 East Cary Street
Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00    (X) Paid   ( ) Not Paid
                  B. Appeal Docket Fee - $250.00           (X) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court

Date: March 26, 2010          By: /s/ Suzanne French  SF    , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER 3:10CV204     Date 3/26/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)

[apptrans ver. 12/09]