Payne
3:10cv205

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

FILED

In re   Circuit City Stores, Inc.                      Case No. 08-35653-KRH

                                                       Adv. Proceeding No. _____
                Debtor(s)                              2010 MAR 26   P 12: 09

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on January 20, 2010.

The parties included in the Appeal to the District Court:
   APPELLANT(S):  PNY Technologies, Inc.

   ATTORNEY:      Neil E. McCullagh of Spotts Fain
                  411 East Franklin Street, Suite 600
                  Richmond, Va 23219

   APPELLEE(S):   Circuit City Stores, Inc. et. al.

   ATTORNEY:      Dion Hayes of McGuire Woods
                  One James Center, 901 East Cary Street
                  Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00    (X) Paid   ( ) Not Paid
                 B. Appeal Docket Fee - $250.00            (X) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                        WILLIAM C. REDDEN, Clerk of the Court
Date: March 26, 2010                    By: /s/ Suzanne French  SF , Deputy Clerk

........................................................................................................

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                        WILLIAM C. REDDEN, Clerk of the Court
                                        By: _____, Deputy Clerk

........................................................................................................

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER  3:10CV205          Date  3/26/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                   [apptrans ver. 12/09]