# Pepper Hamilton LLP
#### Attorneys at Law

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665



K. Stewart Evans, Jr.
direct dial:  (202) 220-1230
evansks@pepperlaw.com

Suzanne French
United States Bankruptcy Court
  for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219-1888

Re:    In re Circuit City Stores, Inc., et al., Case No. 08-35653 (KRH)

Dear Ms. French:

On September 15, 2009, I entered my appearance on behalf of Longacre
Opportunity Fund, L.P. in the above-reference cases (Docket No. 4879).  Longacre is no longer
involved in these cases and I hereby request that my name be removed from the CM/ECF
notification system for this matter.

Please do not hesitate to contact me should you have any questions and thank you,
in advance, for your assistance.

Very truly yours,

K. Stewart Evans, Jr.

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
|---|---|---|---|---|---|
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

www.pepperlaw.com



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

## MARICOPA COUNTY TREASURER'S
## WITHDRAWAL OF PROOF OF CLAIM NO. 1859

Maricopa County Treasurer, by and through counsel, Rand L. Gelber, and

Madeleine C. Wanslee and the firm of Gust Rosenfeld, P.L.C., and hereby withdraws the

balance of its Claim No. 1859 filed on December 22, 2008 in the amount of $46,955.32

representing 2008 real property taxes on parcel 164-57-081 in the above-entitled matter

as the real property taxes have been paid and the property is no longer held in the name of

the Debtor.

Respectfully submitted this 26th day of March, 2010.

MARICOPA COUNTY TREASURER

By /s/ Rand L. Gelber
    Rand L. Gelber, VSB No. 23991
    Law Office of Rand L. Gelber
    8000 Towers Crescent Dr., Suite 1350
    Vienna, Virginia  22182
    Telephone:  (703) 356-0519

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Company, LLC (5170), CC Aviation, LLC (0841), DD Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a/), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

MCW:tmk 1209915.1 3/25/2010

Fax- (301) 251-0849
Email: rgelbermd@aol.com
Local Counsel for
*Maricopa County Treasurer*


GUST ROSENFELD P.L.C.


By*/s/ Madeleine C. Wanslee #012590*
    Madeleine C. Wanslee
    Arizona State Bar No. 012590
    201 E. Washington St., Ste. 800
    Phoenix, AZ  85004-2327
    Telephone No. 602.257.7430
    Email: mwanslee@gustlaw.com

MCW:tmk  1209915.1 3/25/2010

2

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 26th day of March, 2010, the foregoing was served on all the parties by regular first class mail and/or through the Court's ECF system on the Core Group Service List attached hereto as Exhibit A and through the Court's ECF System on all of the parties on the Rule 2002 List attached hereto as Exhibit B.

**The Debtors**
If by first-class mail:
Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695
(Attn: Michelle Mosier)

**Counsel For The Debtors**
If by first-class mail:
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-636
(Attn: Gregg M. Galardi and Ian S. Fredericks)

And

Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson and Jessica S. Kumar)

And

McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley and Sarah B. Boehm)

**Counsel For The Creditors' Committee**
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

And

MCW:tmk 1209915.1 3/25/2010

3

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

And

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

**The United States Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)

And

Honorable Kevin Huennekens
United States Bankruptcy Judge
United States Bankruptcy Court
701 E. Broad Street
Richmond, VA  23219-1888


                                        /s/ Rand L. Gelber
                                        Rand L. Gelber

MCW:tmk 1209915.1 3/25/2010

4