MATTHEW RIGHETTI    (SBN #121012)
matt@righettilaw.com
JOHN GLUGOSKI    (SBN #191551)
jglugoski@righettilaw.com
MICHAEL RIGHETTI    (SBN #258541)
mike@righettilaw.com
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA  94104
**Telephone:**    (415) 983-0900
**Facsimile:**    (415) 397-9005

Attorneys for Creditors Card,
Hernandez, Gentry and Skaf

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>Jointly Administered<br><br>**CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**<br><br>Date:  April 15, 2010<br>Time: 2:00 p.m. ET<br>Room: 5000<br>Hon. Kevin Huennekens |

CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF OMNIBUS MOTION
REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF
CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE THAT** on April 15, 2010 at 2:00 p.m. or as soon thereafter as this matter may be heard in Room 5000 of the Eastern District of Virginia, the Honorable Kevin R. Huennekens presiding, located at 701 East Broad Street, Richmond, VA 23219, Creditors Robert Gentry, Jack Hernandez, Jonathan Card and Joseph Skaf, et al, will move for an order applying Bankruptcy Rule 7023 to their proofs of claims pursuant to Bankruptcy Rule 9014(C).  This motion will be based on this Notice of Omnibus Motion, Memorandum of Points and Authorities in support of Creditors Omnibus Motion, the Declaration of Michael Righetti, the papers and records on file herein, and any other documentary

**PLEASE ALSO TAKE NOTICE THAT** pursuant to "Order Pursuant To Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures," specifically Section 3(A) of Exhibit A of above referenced Order, **you are hereby required to file and serve an opposition or objection to the relief being requested by April 13, 2010 at 4:00 p.m. (EST Time)**.  Your failure file and serve an opposition by April 13, 2010 at 4:00 p.m. could constitute a waiver of any objection or opposition.

Respectfully Submitted,

Dated: March 31, 2010         **RIGHETTI LAW FIRM, P.C.**

/s/ Michael Righetti
**Michael Righetti**
Attorney for Creditors

CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF OMNIBUS MOTION
REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF
CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)