IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.<br><br>Debtors | Chapter 11<br>Case No. 08-35654<br><br>Jointly Administered with<br>Case No. 08-35653 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

On Wednesday, March 31, 2010 I served the foregoing document described as: on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

- **CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**

- **DECLARATION OF MICHAEL RIGHETTI IN SUPPORT OF CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**

**Rex Darrell Berry**
**BERRY & BLOCK, LLP**
2150 River Plaza Dr. Ste. 415
Sacramento, CA 95833

Fax: 916-564-2024
RBerry@berryblock.com

**Kelly L. Hensley**
**SHEPPARD, MULLIN, RICHTER AND HAMPTON**
333 S. Hope Street, 48th Floor
Los Angeles, CA 90017

**David R. Markham**
**R. Craig Clark**
**James M. Treglio**
**CLARK & MARKHAM, LLP**
600 B Street, Suite 2130
San Diego, CA 92101

**Kristin Major**
**Meredith Edelman**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Avenue
Los Angeles, CA 90071
Fax: (213) 687-5600

**Circuit City Stores, Inc., et al.**
**Claims Processing Department**
**KURTZMAN CARSON CONSULTANTS LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Sarah K. Baker**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
155 North Waker Drive
Chicago, IL 60606

///

///

///

**Dion W. Hayes**
**Douglas Foley**
**MCGUIREWOODS LLP**
One James Center
901 E. Cary Street
Richmond, VA 23219

**(X) VIA ELECTRONIC MAIL**

By emailing the above documents referenced to the recipients listed herein who did not opt out of electronic service.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Wednesday, March 31, 2010, at San Francisco, California.

/s/ Brittany Gery
Brittany Gery