DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. ELLIOTT (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

    -and-

WILLIAM A. BROSCIOUS (VA State Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia  23233
Telephone:    (804) 741-0400, ext. 202

Attorneys for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>    Debtors. | Case No.:  08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF PARAMOUNT HOME ENTERTAINMENT INC.'S  MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL IN RECORD ON APPEAL**

**PLEASE TAKE NOTICE** that Paramount Home Entertainment Inc. ("Paramount") has filed with the Court *Appellant Paramount Home Entertainment Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal and Memorandum of Law in Support Thereof* (the "Motion").  In the Motion, Paramount requests that the Court grant it permission to include the argument of counsel at the January 14, 2010 hearing in the record on appeal.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**

Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served on the moving party within fourteen (14) days of the service of this notice objecting to the relief requested, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Therefore, if you do not want the Court to grant the relief in the Motion or if you want the Court to consider your views on the Motion, then on or before **April 14, 2010** you must:

1. File with the Court, at the address shown below, a written objection to the Motion with a supporting memorandum. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it not later than **April 14, 2010**.

> William C. Redden Clerk of Court
> United States Bankruptcy Court
> Eastern District of Virginia
> 701 East Broad St., Suite 4000
> Richmond, Virginia 23219

2. You must also serve a copy to the persons listed below and to all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system in these cases.

> Debtors' Counsel
>
> Gregg M. Galardi and Ian S. Fredericks
> SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
> One Rodney Square
> 10th and King Streets, 7th Fl.
> Wilmington, DE 19801
> Telephone: (302) 651-3000

2

        Chris L. Dickerson
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700

Douglas M. Foley and Dion W. Hayes
MCGUIRE WOODS LLP
901 E. Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000

<u>Counsel for Paramount Home Entertainment Inc.</u>

David M. Stern, Michael L. Tuchin, and Korin A. Elliott
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone: (310) 407-4000

William A. Broscious
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, VA 23233
Telephone: (804) 741-0400, ext. 202

If you do not take these steps or if no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.

        Respectfully submitted,

DATED: March 31, 2010        KLEE, TUCHIN, BOGDANOFF & STERN LLP

By: _____
David M. Stern
Michael L. Tuchin
Korin A. Elliott
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Tel: (310) 407-4000
Email: dstern@ktbslaw.com

Of counsel:        Attorneys for PARAMOUNT HOME
        ENTERTAINMENT INC.

KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
Tel: (804) 741-0400
wbroscious@kbbplc.com

## **CERTIFICATE OF SERVICE**

   I, Korin A. Elliott, hereby certify that a true and correct copy of the foregoing *Notice of Paramount Home Entertainment Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal* has been served upon the parties listed below via first class mail on this 31st day of March, 2010.

              /s/  Korin A. Elliott
               Korin A. Elliott (kelliott@ktbslaw.com)

| **The Debtors** | **Office of the U.S. Trustee** |
|---|---|
| Circuit City Stores, Inc.<br>Attn: Michelle Mosier<br>4951 Lake Brook Dr., Suite #500<br>Glen Allen, VA 23060 | Attn: Robert B. Van Arsdale<br>701 East Broad Street, Suite 4304<br>Richmond, VA 23219 |
| **Debtors' Counsel**<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Attn: Greg M. Galardi and Ian S. Fredericks<br>One Rodney Square<br>10th and King Streets, 7th Fl.<br>Wilmington, DE 19801<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Attn: Chris L. Dickerson<br>155 N. Wacker Drive<br>Chicago, IL 60606<br><br>MCGUIRE WOODS LLP<br>Attn: Douglas M. Foley and Dion W. Hayes<br>901 E. Cary Street<br>Richmond, VA 23219 | **Counsel for the Creditors' Committee**<br>PACHULSKI STANG ZIEHL & JONES, LLP<br>Attn: Richard M. Pachulski, Jeffrey N. Pomerantz, and Stanley E. Goldich<br>10100 Santa Monica Blvd., 11th Fl.<br>Los Angeles, CA 90067<br><br>PACHULSKI STANG ZIEHL & JONES, LLP<br>Attn: Robert J. Feinstein<br>780 Third Avenue, 36th Floor<br>New York, NY 10017<br><br>TAVENNER & BERAN, PLC<br>Attn: Lynn L. Tavenner and Paula S. Beran<br>280 N. Eighth Street, 2nd Fl.<br>Richmond, VA 23219 |