Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - -x
```

**ORDER SUSTAINING DEBTORS' SIXTY-SIXTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION
<u>OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)</u>**

THIS MATTER having come before the Court on the Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Objection"), which requested, among other things, that the claims specifically identified on

Exhibit C attached to the Objection be modified and/or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified and/or modified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

      3.    The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

      4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

      5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
         _____, 2010

         _____
         HONORABLE KEVIN R. HUENNEKENS
         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\10950127

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 10320<br>Date Filed: 02/09/2009<br>Docketed Total: $96,709.82<br>Filing Creditor Name and Address:<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA | Claim Holder Name and Address<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $96,709.82<br><br><br><br><br>Unsecured<br>$96,709.82 | Modified Total:<br><br><br><br><br>Case Number<br>08-35653 | $96,709.82<br><br><br><br><br>Interest<br>$96,709.82 |
| Claim: 11106<br>Date Filed: 02/02/2009<br>Docketed Total: $10,950.00<br>Filing Creditor Name and Address:<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | Claim Holder Name and Address<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority<br>$10,950.00 | $10,950.00<br><br><br><br>Unsecured | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $10,950.00<br><br><br><br>Interest<br>$10,950.00 |
| Claim: 11677<br>Date Filed: 03/04/2009<br>Docketed Total: $105.00<br>Filing Creditor Name and Address:<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277 | Claim Holder Name and Address<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $105.00<br><br><br><br>Unsecured<br>$105.00 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $105.00<br><br><br><br>Interest<br>$105.00 |
| Claim: 10848<br>Date Filed: 02/03/2009<br>Docketed Total: $9,631.25<br>Filing Creditor Name and Address:<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455 | Claim Holder Name and Address<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $9,631.25<br><br><br><br>Unsecured<br>$9,631.25 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $9,631.25<br><br><br><br>Interest<br>$9,631.25 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case No. 08-35653 (KRH)

Case 08-35653-KRH    Doc 7065    Filed 04/01/10    Entered 04/01/10 10:14:12    Desc Main Document    Page 6 of 8

Debtors' Sixty-Main Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 12952<br>Date Filed: 05/11/2009<br>Docketed Total: $1,000.00<br>Filing Creditor Name and Address:<br>CHUAN FA LIU & CHANG RAO<br>15 KINGS WAY NO 33<br>WALTHAM, MA 02451 | Claim Holder Name and Address<br>CHUAN FA LIU & CHANG RAO<br>15 KINGS WAY NO 33<br>WALTHAM, MA 02451 | Docketed Total: | | $1,000.00 | Modified Total: | $1,000.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,000.00 | Case Number<br>08-35653 | Interest<br>$1,000.00 |
| Claim: 11197<br>Date Filed: 02/05/2009<br>Docketed Total: $11,399.48<br>Filing Creditor Name and Address:<br>FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | Claim Holder Name and Address<br>FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | Docketed Total: | | $11,399.48 | Modified Total: | $11,399.48 |
| | Case Number<br>08-35653 | Secured<br>$11,399.48 | Priority | Unsecured | Case Number<br>08-35653 | Interest<br>$11,399.48 |
| Claim: 11312<br>Date Filed: 02/09/2009<br>Docketed Total: $4,021.51<br>Filing Creditor Name and Address:<br>GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | Claim Holder Name and Address<br>GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | Docketed Total: | | $4,021.51 | Modified Total: | $4,021.51 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$4,021.51 | Case Number<br>08-35653 | Interest<br>$4,021.51 |
| Claim: 11181<br>Date Filed: 02/03/2009<br>Docketed Total: $6,320.00<br>Filing Creditor Name and Address:<br>JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | Claim Holder Name and Address<br>JULIA M GIVEN CUSTODIAN FOR MARGARET L GIVEN UTMA<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | Docketed Total: | | $6,320.00 | Modified Total: | $6,320.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$6,320.00 | Case Number<br>08-35653 | Interest<br>$6,320.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 11600<br>Date Filed:   02/13/2009<br>Docketed Total:   $20,000.00<br>Filing Creditor Name and Address:<br>  NORTON, ALICE H<br>  5308 ANTELOPE LN<br>  STONE MOUNTAIN, GA 30087 | Claim Holder Name and Address<br>  NORTON, ALICE H<br>  5308 ANTELOPE LN<br>  STONE MOUNTAIN, GA 30087 | Docketed Total: | | $20,000.00 | Modified Total: | $20,000.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$20,000.00 | Case Number<br>08-35653 | Interest<br>$20,000.00 |
| Claim: 11389<br>Date Filed:   02/09/2009<br>Docketed Total:   $1,584.00<br>Filing Creditor Name and Address:<br>  OLSON, ERVIN C<br>  478 SUMMER HILL DR<br>  HOSCHTON, GA 30548-3059 | Claim Holder Name and Address<br>  OLSON, ERVIN C<br>  478 SUMMER HILL DR<br>  HOSCHTON, GA 30548-3059 | Docketed Total: | | $1,584.00 | Modified Total: | $1,584.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,584.00 | Case Number<br>08-35653 | Interest<br>$1,584.00 |
| Claim: 11376<br>Date Filed:   02/02/2009<br>Docketed Total:   $5,007.50<br>Filing Creditor Name and Address:<br>  RICHARD DALY<br>  8621 BASSWOOD RD NO 33<br>  EDEN PRARIE, MN 55344 | Claim Holder Name and Address<br>  DALY, RICHARD<br>  8621 BASSWOOD RD NO 33<br>  EDEN PRARIE, MN 55344 | Docketed Total: | | $5,007.50 | Modified Total: | $5,007.50 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$5,007.50 | Case Number<br>08-35653 | Interest<br>$5,007.50 |
| Claim: 10615<br>Date Filed:   02/04/2009<br>Docketed Total:   $0.00<br>Filing Creditor Name and Address:<br>  SIE LING CHIANG<br>  13503 POINT PLEASANT DR<br>  CHANTILLY, VA 20151 | Claim Holder Name and Address<br>  CHIANG, SIE LING<br>  13503 POINT PLEASANT DR<br>  CHANTILLY, VA 20151 | Docketed Total: | | UNL | Modified Total: | $0.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>UNL | Case Number<br>08-35653 | Interest<br>$0.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 10780<br>Date Filed: 02/03/2009<br>Docketed Total: $5,000.00<br>Filing Creditor Name and Address:<br>SLIPOW, JONAH M & BERNIE W<br>SLIPOW JTWROS<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000 | Claim Holder Name and Address<br>SLIPOW, JONAH M & BERNIE W<br>SLIPOW JTWROS<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br><br>Secured | <br><br><br><br><br>Priority | $5,000.00<br><br><br><br><br>Unsecured<br>$5,000.00 | Modified Total:<br><br><br><br><br>Case Number<br>08-35653 | $5,000.00<br><br><br><br><br>Interest<br>$5,000.00 |
| Claim: 10718<br>Date Filed: 02/03/2009<br>Docketed Total: $1,574.54<br>Filing Creditor Name and Address:<br>TURNAGE, ELTON J<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000 | Claim Holder Name and Address<br>TURNAGE, ELTON J<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000<br><br>Case Number<br>08-35653 | Docketed Total:<br><br><br><br>Secured | <br><br><br><br>Priority | $1,574.54<br><br><br><br>Unsecured<br>$1,574.54 | Modified Total:<br><br><br><br>Case Number<br>08-35653 | $1,574.54<br><br><br><br>Interest<br>$1,574.54 |
| | | | | | **Total Claims To Be Modified: 14**<br>**Total Amount As Docketed:** $173,303.10<br>**Total Amount As Modified:** $173,303.10 | |

\*    "UNL" denotes an unliquidated claim.