Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
333 West Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' SIXTY-EIGHTH OMNIBUS  
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Sixty-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit C, D, E, and F attached to the Objection be disallowed in their entirety and for all

purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is GRANTED.

2.   The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

3.   The Debtors' rights to object to any claim, including (without limitation) the Late Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

4.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation

or interpretation of this Order.

    5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2010

> _____
> HONORABLE KEVIN R. HUENNEKENS
> UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


    **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                     /s/ Douglas M. Foley
                                     Douglas M. Foley


\10950251

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Unsecured Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BEACH CITIES INSTALLATIONS<br>PO BOX 91144<br>LONG BEACH, CA 90809 | 13650 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$23,619.80<br><br>$23,619.80 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRENT L KIDMAN RYAN MCBRIDE<br>486 E SOUTHFIELD RD<br>SPANISH FORK UTAH, 84660 | 14550 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,015.05<br><br>$1,015.05 | 08/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARLENE M KLEBE<br>162 E 88 ST APT 16<br>NEW YORK, NY 10128 | 14754 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,400.03<br><br>$1,400.03 | 12/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHASE<br>ATTN JANET GIREOUS<br>CHASE CARD MEMBER SERVICES<br>PO BOX 15548<br>WILMINGTON, DE 19886-5548 | 14573 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$2,425.00<br><br><br>$113.28<br><br>$2,538.28 | 09/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FEDEX NATIONAL LTL<br>2200 FORWARD DR DC 2218<br>HARRISON, AR 72601-2004 | 14743 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,449.06<br><br>$2,449.06 | 11/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 7067    Filed 04/01/10    Entered 04/01/10 10:25:14    Desc Main
Document    Page 6 of 11

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Unsecured Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FERNANDO L LEON<br>150 DORCHESTER AVE NO 601<br>BOSTON, MA 02127 | 14670 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,425.00<br><br>$113.28<br><br>$2,538.28 | 09/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FERNANDO LEON<br>150 DORCHESTER AVE NO 601<br>BOSTON, MA 02127 | 14688 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,425.00<br><br>$113.28<br><br>$2,538.28 | 10/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOEL M PORES<br>24031 EL TORO RD NO 301<br>LAGUNA HILLS, CA 92653 | 14592 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br>UNL | 08/25/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LAKHRANIE AND RONALD BISRAM<br>16 GUILFORD ST<br>STATEN ISLAND, NY 10305 | 14626 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br>$749.97<br><br>$749.97 | 09/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MATTHEW MUSICH<br>1503 5TH AVE<br>NEBRASKA CITY, NE 68410 | 14708 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$250.00<br><br><br><br>$250.00 | 10/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Unsecured Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| SEFERINO SANCHEZ<br>1511 N CALIFORNIA<br>CHICAGO, IL 60622 | 14579 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $1,389.03<br>Reclamation:<br>Total: $1,389.03 | 07/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOMESHA L WASHINGTON<br>HAROLD HUNTER JR<br>MERRITT FLEBOTTE WILSON WEBB & CARUSO PLLC<br>2525 MERIDIAN PKWY STE 300<br>PO BOX 2447<br>DURHAM, NC 27702 | 14779 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $4,182.71<br>Reclamation:<br>Total: $4,182.71 | 12/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAM, ALLAN<br>926 S CALIFORNIA ST<br>SAN GABRIEL, CA 91776-0000 | 13231 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $703.17<br>Reclamation:<br>Total: $703.17 | 06/01/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

**Total:** 13    **$43,373.66**

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Government Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| CITY OF CINCINNATI<br>801 PLUM ST RM 202<br>CINCINNATI, OH 45202 | 14718 | Secured:<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured: $818.45<br>Reclamation:<br>Total: $818.45 | 11/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF HAYWARD<br>REVENUE DIVISION<br>777 B ST<br>HAYWARD, CA 94541 | 14540 | Secured:<br>Priority: $1,645.78<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $1,645.78 | 08/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF PHILADELPHIA WATER REVENUE BUREAU<br>C O ASHELY M CHAN ESQ<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQ 27TH FL<br>PHILADELPHIA, PA 19103 | 14737 | Secured: $850.19<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $850.19 | 11/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF PHILADELPHIA WATER REVENUE BUREAU<br>C O ASHELY M CHAN ESQ<br>HANGLEY ARONCHICK SEGAL & PUDLIN<br>ONE LOGAN SQ 27TH FL<br>PHILADELPHIA, PA 19103 | 14673 | Secured:<br>Priority: $850.19<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $850.19 | 10/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| R I DIVISION OF TAXATION<br>ONE CAPITAL HILL<br>PROVIDENCE, RI 02908 | 14740 | Secured:<br>Priority: $54.32<br>Administrative 503(b)(9):<br>Unsecured: $18.22<br>Reclamation:<br>Total: $72.54 | 11/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Government Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| STATE BOARD OF EQUALIZATION SPECIAL PROCEDURES SECTION MIC 55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | 13049 | Secured: Priority: $2,846,666.34 Administrative 503(b)(9): Unsecured: Reclamation: Total: $2,846,666.34 | 05/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| VILLAGE OF DOWNERS GROVE, IL 801 BURLINGTON AVE DOWNERS GROVE, IL 60515 | 14678 | Secured: Priority: $1,800.00 Administrative 503(b)(9): Unsecured: Reclamation: Total: $1,800.00 | 09/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| **Total:** | **7** | **$2,852,703.49** | | |

\* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH  

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late Administrative Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| HEWLETT PACKARD FINANCIAL SERVICES COMPANY<br>ATTN RECOVERY MANAGER<br>420 MOUNTAIN AVE<br>MURRAY HILL, NJ 07974 | 14323 | Secured:<br>Priority:<br>Administrative: $71,942.98<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $71,942.98 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NAT VAUGHN<br>175 W 90TH ST APT 20 D<br>NEW YORK, NY 10024 | 14709 | Secured:<br>Priority:<br>Administrative: $120.01<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $120.01 | 10/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHNITZER, BETH<br>9 HEMWAY TERRACE<br>SAN FRANCISCO, CA 94117 | 14705 | Secured:<br>Priority:<br>Administrative: $383.75<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $383.75 | 10/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 3         **$72,446.74**

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Eighth Omnibus Objection to Claims (Late 503(B)(9) Claims) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WILSON, LASHAUNDA K<br>2009 A GA HWY 256<br>SYLVESTER, GA 31791 | 14623 | Secured:<br>Priority:<br>Administrative<br>503(b)(9): $2,500.00<br>Unsecured:<br>Reclamation:<br>Total: $2,500.00 | 09/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1    $2,500.00

\*    "UNL" denotes an unliquidated claim.