| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

        IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                 RICHMOND DIVISION

- - - - - - - - - - - - - - - -x
In re:                   :   Chapter 11
                        :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                 :
                        :
            Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - - -x

**ORDER SUSTAINING DEBTORS' SIXTY-NINTH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN ADMINISTRATIVE CLAIMS)**

     THIS MATTER having come before the Court on the

Debtors' Sixty-Ninth Omnibus Objection to Claims

(Disallowance of Certain Administrative Claims) (the

"Objection"),[1] which requested, among other things, that the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings
ascribed to such terms in the Objection.

claims specifically identified on Exhibit C attached to the Objection be disallowed in their entirety for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that one response was timely filed and properly served by Robyn N. Davis ("Davis"), which is resolved by this Order; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1. The Objection is GRANTED.

2. The Claims identified on Exhibit A, as attached hereto and incorporated herein, are disallowed in their entirety for all purposes in these bankruptcy cases; provided, further, the disallowance of Davis' Claim No. 14383 is without prejudice to Davis' Claim No. 1756.

3. The Debtors' rights to object to any claim, including (without limitation) the Claims included in the

2

Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

    4.    The Debtors shall serve a copy of this Order on the Claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

    5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                    /s/ Douglas M. Foley
                                    Douglas M. Foley

\10949977

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims (Disallowance Of Certain Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID V LAROSA SR HARRISON COUNTY MISSISSIPPI TAX COLLECTOR<br>C O WILLIAM P WESSLER<br>PO BOX 175<br>GULFPORT, MS 39502 | 14312 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $27,913.25<br><br><br><br><br>$27,913.25 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, ROBYN N<br>901 JAMERSON LN<br>GLEN ALLEN, VA 23059 | 14383 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $10,950.00<br><br><br><br><br>$10,950.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEASON STEPHEN N<br>2701 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113-3900 | 14341 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,392.93<br><br><br><br><br>$4,392.93 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ERICA A JONAS JR<br>2 ANNETT AVE<br>EDGEWATER, NJ 07020 | 13664 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $152,506.00<br><br><br><br><br>$152,506.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOLY, RUSSELL<br>5318 WOODSTONE CT<br>LOUISA, VA 23093 | 13891 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $7,404.00<br><br><br><br><br>$7,404.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Ninth Omnibus Objection to Claims (Disallowance Of Certain Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JONAS JR, ERIC A<br>2 ANNETTE AVE<br>EDGEWATER, NJ 07020 | 13906 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$62,018.15<br><br><br><br>$62,018.15 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAMBERT GAFFNEY, LAURIE<br>C O ROBERT A CANFIELD<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | 14026 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$25,481.44<br><br><br><br>$25,481.44 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT L KIRKNER<br>17 PINE DR<br>CHESTER SPRINGS, PA 19425 | 13249 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE GREENVILLE NEWS<br>MENA HANLIN<br>CCC CREDIT COLLECTIONS SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13333 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$34,205.90<br><br><br><br>$34,205.90 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 9    **$324,871.67**

\*    "UNL" denotes an unliquidated claim.