Gregg M. Galardi, Esq.                    Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                   Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :    Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :    1Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :    Jointly Administered
- - - - - - - - - - - - - - - x


            **ORDER GRANTING DEBTORS' MOTION FOR
    AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT
        ON NINETEENTH OMNIBUS OBJECTION TO CLAIMS
    (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO
    GENERAL UNSECURED, NON-PRIORITY CLAIMS) WITH RESPECT TO
            THE CLASS CLAIM OF ROBERT GENTRY**


            Upon consideration of the Debtors' motion for

summary judgment (the "Motion"), pursuant to Bankruptcy

Code section 105, 502 and 507, Rules 2002, 3007, 7056,

9007 and 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 56 of the

Federal Rules of Civil Procedure (the "Civil Rules"), on

the Nineteenth Objection to Claims (Reclassification of

Certain Misclassified Claims to General Unsecured, Non-

Priority Claims) with respect to the Claim of Robert

Gentry (the "Claimant"), attached as Exhibit B to the

Motion; and the Court having determined that the relief

requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other

parties in interest; and it appearing that proper and

adequate notice of the Motion has been given and that no

other or further notice is necessary; and upon the

record herein; and a hearing having been held on March

25, 2010; and after due deliberation thereon; and good

and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Motion is GRANTED.

2.    Claim number 6039 (the "Claim") is hereby

reclassified to a general unsecured, non-priority claim

in its entirety.

3.      Nothing in this Order shall be deemed to prejudice the Claimant's right to seek relief pursuant to Rule 7023 of the Federal Rules of Bankruptcy Procedure to file the Claim as a class proof of claim or the Debtors', the Creditors' Committee's, and all other parties in interest's rights and defenses with respect thereto, all of which are not waived and are expressly reserved.

4.      The Debtors' right to object to any claim, including (without limitation) the Claim, on any grounds that governing law permits are not waived and are expressly reserved.

5.      To the extent that this Order conflicts with the Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703), this Order shall control.

6.      The Debtors shall serve a copy of this Order on Claimant on or before seven (7) days from the entry of this Order.

**7.**    This Court shall retain jurisdiction with

respect to all matters arising from or related to this

Order.

Dated: Richmond, Virginia
_____, 2010


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and –


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10976047

5