Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   1Case No. 08-35653 (KRH)
et al.,                       :
                              :
         Debtors.             :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER ON DEBTORS' MOTION FOR AND
MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT
ON THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE
OF CERTAIN LEGAL CLAIMS)
WITH RESPECT TO THE CLASS CLAIM OF JOSEPH SKAF**

Upon consideration of the Debtors' motion for

summary judgment (the "Motion"), pursuant to Bankruptcy

Code section 105, 502 and 507, Rules 2002, 3007, 7056,

9007 and 9014 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") and Rule 56 of the

Federal Rules of Civil Procedure (the "Civil Rules"), on

the Debtors' Thirty-First Omnibus Objection to Claims

(Disallowance of Certain Legal Claims) with respect to

the Claim of Joseph Skaf ("Claimant"), attached as

Exhibit B to the Motion; the Court having determined

that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their

creditors, and other parties in interest; and it

appearing that proper and adequate notice of the Motion

has been given and that no other or further notice is

necessary; and upon the record herein; and a hearing

having been held on March 25, 2010; and after due

deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Motion is GRANTED.

2.   Claim number 8717 (the "Claim") is hereby

reclassified to a general unsecured, non-priority claim

in its entirety.

2

3.      Nothing in this Order shall be deemed to
prejudice the Claimant's right to seek relief pursuant
to Rule 7023 of the Federal Rules of Bankruptcy
Procedure to file the Claim as a class proof of claim or
the Debtors', the Creditors' Committee's and all other
parties in interest's rights and defenses with respect
thereto, all of which are not waived and are expressly
reserved.

4.      The Debtors right to object to any claim,
including (without limitation) the Claim, on any grounds
that governing law permits are not waived and are
expressly reserved.

5.      To the extent that this Order conflicts
with the Order on the Debtors' Thirty-First Omnibus
Objection (Docket No. 5294), this Order shall control.

6.      The Debtors shall serve a copy of this
Order on Claimant on or before seven (7) days from the
entry of this Order.

       7.    This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
            _____, 2010


                        _____
                        UNITED STATES BANKRUPTCY JUDGE


WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and –

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10976193