```
                                    RICHMOND DIVISION
                                    F                F
                                    I   APR 0 1 2010 I
                                    L                L
                                    E                E
       IN THE UNITED STATES BANKRUPTCY COURT    D   CLERK    D
       FOR THE EASTERN DISTRICT OF VIRGINIA       US BANKRUPTCY COURT
                 RICHMOND DIVISION
```

In re:                           )    Chapter 11
                                 )
CIRCUIT CITY STORES, INC.,       )    Case No. 08-35653-KRH
et al.,                          )
                                 )
                                 )    Jointly Administered
              Debtors.           )
_____)

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
## NO. 13422 FILED BY Larimer County Assessor

Diane Hintz, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 13422 that was filed on June 18, 2009.

Dated: March 16, 2010

_____
Diane Hintz
Personal Property Supervisor
Larimer County Assessor
200 West Oak, P.O. Box 860
Ft Collins, CO  80522
970-498-7050

Larimer County Assessor

\10785892.1