# Pepper Hamilton LLP
##### Attorneys at Law

Hamilton Square
600 Fourteenth Street, N.W.
Washington, DC 20005-2004
202.220.1200
Fax 202.220.1665



Matthew D. Foster
direct dial: (202) 220-1235
fosterm@pepperlaw.com

March 26, 2010

Suzanne French
United States Bankruptcy Court
 for the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, Virginia 23219-1888

Re:   In re Circuit City Stores, Inc., et al., Case No. 08-35653 (KRH)

Dear Ms. French:

On September 15, 2009, I entered my appearance on behalf of Longacre Opportunity Fund, L.P. in the above-reference cases (Docket No. 4879). Longacre is no longer involved in these cases and I hereby request that my name be removed from the CM/ECF notification system for this matter.

Please do not hesitate to contact me should you have any questions and thank you, in advance, for your assistance.

Very truly yours,

Matthew D. Foster