| | |
|---|---|
| 1 | **MATTHEW RIGHETTI**   (SBN #121012)<br>matt@righettilaw.com |
| 2 | **JOHN GLUGOSKI**   (SBN #191551)<br>jglugoski@righettilaw.com |
| 3 | **MICHAEL RIGHETTI**   (SBN #258541)<br>mike@righettilaw.com |
| 4 | **RIGHETTI LAW FIRM, P.C.** |
| 5 | 456 Montgomery Street, Suite 1400<br>San Francisco, CA 94104 |
| 6 | Telephone:   (415) 983-0900<br>Facsimile:   (415) 397-9005 |
| 7 | |
| 8 | Attorneys for Creditors Card,<br>Hernandez, Gentry and Skaf |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>Jointly Administered<br><br>**NOTICE OF ERRATA RE: DECLARATION OF MICHAEL RIGHETTI IN SUPPORT OF CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**<br><br>Date: April 15, 2010<br>Time: 2:00 p.m. ET<br>Room: 5000<br>Hon. Kevin Huennekens |

NOTICE OF ERRATA

1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On March 31, 2010, Creditors, Gentry, Hernandez, Card and Skaf filed the Declaration of Michael Righetti in Support of Creditors, Gentry, Hernandez, Card and Skaf's Omnibus Motion Requesting an Order Applying Bankruptcy Rule 7023 To Their Class Proofs of Claim Pursuant to Bankruptcy Rule 9014(C). Creditors inadvertently omitted one exhibit to the Declaration of Michael Righetti which is Exhibit 8 the Declaration of Matthew Righetti in Support of Creditors Gentry, Hernandez, Card, and Skaf's Omnibus Opposition to Debtor's Motions For Summary Judgment and Application For a Rule 56(f) Continuance. Attached hereto as Exhibit A is the Declaration of Michael in it entirety. Creditors respectfully request that the Declaration of Michael Righetti filed on March 31, 2010 be substituted for this complete Declaration consisting of all exhibits.

Further, on line 7 of page 2 of the Declaration of Michael Righetti filed on March 31, 2010, the lines pro hac vice were also inadvertently left off. Exhibit A reflects the corrected Declaration with the lines pro hac vice included.

I declare under penalty of perjury under the laws of the state of California that the forgoing is true and correct. Executed this day 1st day of April, at San Francisco, California.

Respectfully Submitted,
**RIGHETTI LAW FIRM, P.C.**

/s/ **Michael Righetti**

**Michael Righetti**
**Attorneys for Plaintiff**

NOTICE OF ERRATA
2