Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

Upon the objection (the "Objection")[1] of the Debtors for entry of an order, pursuant to Bankruptcy Code sections 105, 502 and 503, Bankruptcy Rule 3007, and Local

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Rule 3007-1, seeking, among other things, that the Claims specifically identified on Exhibit B attached to the Objection be disallowed; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain Claimants filed a response to the Objection; and it appearing that a hearing on the merits was held on March 8, 2010 and March 25, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

        **ORDERED, ADJUDGED, AND DECREED that:**

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> attached hereto and incorporated herein are disallowed as administrative expense claims and reclassified to general unsecured claims as set forth on <u>Exhibit A</u>.

    3.    To the extent any of the agreements allegedly giving rise to the Claims are or were executory and they have been or are subsequently rejected by the Debtors, nothing in this Order shall prohibit a Claimant who filed a

Claim from filing a rejection damages claim (as a priority claim or otherwise) by the applicable bar date or impair the Debtors' right to object to any such rejection damages claim that is filed on any ground that governing law permits. For the avoidance of doubt, nothing herein shall be deemed to extend any bar date.

        4.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that governing law permits and each claimant's right to contest such objection are not waived and are expressly reserved.

        5.   With respect to the Claims, this Order shall control over the Order on Debtors' Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6071).

        6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

4

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -



/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14336<br>Date Filed: 06/23/2009<br>Docketed Total: $1,000,000.00<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | Claim Holder Name and Address<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106<br><br>Case Number: 08-35653<br>Docketed Total: $1,000,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                         $1,000,000.00 | Case Number: 08-35653<br>Modified Total: $1,000,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                              $1,000,000.00 |
| Claim: 14337<br>Date Filed: 06/23/2009<br>Docketed Total: $2,203,668.90<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | Claim Holder Name and Address<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106<br><br>Case Number: 08-35653<br>Docketed Total: $2,203,668.90<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                         $2,203,668.90 | Case Number: 08-35653<br>Modified Total: $2,203,668.90<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                              $2,203,668.90 |
| Claim: 14236<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                         $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                              $40,000.00 |
| Claim: 14238<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                         $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                              $40,000.00 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 14240<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | | Case Number:<br>Docketed Total: | | | 08-35653<br>**$40,000.00** | | | Case Number:<br>Modified Total: | | | 08-35653<br>**$40,000.00** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,000.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$40,000.00 |
| Claim: 13936<br>Date Filed: 06/29/2009<br>Docketed Total: $1,502,166.00<br>Filing Creditor Name and Address:<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | | Case Number:<br>Docketed Total: | | | 08-35653<br>**$1,502,166.00** | | | Case Number:<br>Modified Total: | | | 08-35653<br>**$1,502,166.00** |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,502,166.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,502,166.00 |
| Claim: 14365<br>Date Filed: 06/23/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113 | | Case Number:<br>Docketed Total: | | | 08-35653<br>**$20,000.00** | | | Case Number:<br>Modified Total: | | | 08-35653<br>**$20,000.00** |
| | 503(b)(9) | Reclamation | Admin<br>$20,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$20,000.00 |
| Claim: 13622<br>Date Filed: 06/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | | Case Number:<br>Docketed Total: | | | 08-35653<br>**UNL** | | | Case Number:<br>Modified Total: | | | 08-35653<br>**$0.00** |
| | 503(b)(9) | Reclamation | Admin<br>$0.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$0.00 |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13885<br>Date Filed: 06/29/2009<br>Docketed Total: $270,000.00<br>Filing Creditor Name and Address:<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address    Case Number: 08-35653<br>GEITH, JON C    Docketed Total: $270,000.00<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>503(b)(9)   Reclamation   **Admin**   Secured   Priority   Unsecured<br>                                              $270,000.00 | Case Number: 08-35653<br>Modified Total: $270,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   **Unsecured**<br>                                              $270,000.00 |
| Claim: 14025<br>Date Filed: 06/29/2009<br>Docketed Total: $93,120.00<br>Filing Creditor Name and Address:<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address    Case Number: 08-35653<br>GEITH, JON C    Docketed Total: $93,120.00<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>503(b)(9)   Reclamation   **Admin**   Secured   Priority   Unsecured<br>                                              $93,120.00 | Case Number: 08-35653<br>Modified Total: $93,120.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   **Unsecured**<br>                                              $93,120.00 |
| Claim: 14173<br>Date Filed: 06/29/2009<br>Docketed Total: $125,000.00<br>Filing Creditor Name and Address:<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address    Case Number: 08-35653<br>GEITH, JON C    Docketed Total: $125,000.00<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>503(b)(9)   Reclamation   **Admin**   Secured   Priority   Unsecured<br>                                              $125,000.00 | Case Number: 08-35653<br>Modified Total: $125,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   **Unsecured**<br>                                              $125,000.00 |
| Claim: 13879<br>Date Filed: 06/29/2009<br>Docketed Total: $657,814.00<br>Filing Creditor Name and Address:<br>JEFF MCDONALD<br>5540 QUAIL RIDGE TER<br>CHESTERFIELD, VA 23832 | Claim Holder Name and Address    Case Number: 08-35653<br>JEFF MCDONALD    Docketed Total: $657,814.00<br>5540 QUAIL RIDGE TER<br>CHESTERFIELD, VA 23832<br><br>503(b)(9)   Reclamation   **Admin**   Secured   Priority   Unsecured<br>                                              $657,814.00 | Case Number: 08-35653<br>Modified Total: $657,814.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   **Unsecured**<br>                                              $657,814.00 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 14011<br>Date Filed: 06/29/2009<br>Docketed Total: $125,000.00<br>Filing Creditor Name and Address:<br>LAMBERT GAFFNEY, LAURIE<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address<br>LAMBERT GAFFNEY, LAURIE<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>503(b)(9)    Reclamation | | Case Number: 08-35653<br>Docketed Total: $125,000.00<br><br>Admin<br>$125,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Case Number: 08-35653<br><br>Modified Total: $125,000.00<br><br>Admin | Secured | Priority | Unsecured<br>$125,000.00 |
| Claim: 13803<br>Date Filed: 06/26/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059<br><br>503(b)(9)    Reclamation | | Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>Admin<br>$40,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Case Number: 08-35653<br><br>Modified Total: $40,000.00<br><br>Admin | Secured | Priority | Unsecured<br>$40,000.00 |
| Claim: 14107<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | Claim Holder Name and Address<br>MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650<br><br>503(b)(9)    Reclamation | | Case Number: 08-35653<br>Docketed Total: $15,000.00<br><br>Admin<br>$15,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Case Number: 08-35653<br><br>Modified Total: $15,000.00<br><br>Admin | Secured | Priority | Unsecured<br>$15,000.00 |
| Claim: 13967<br>Date Filed: 06/29/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br><br>503(b)(9)    Reclamation | | Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>Admin<br>$40,000.00 | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Case Number: 08-35653<br><br>Modified Total: $40,000.00<br><br>Admin | Secured | Priority | Unsecured<br>$40,000.00 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 13321<br>Date Filed: 06/11/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | Claim Holder Name and Address<br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129<br><br>503(b)(9) | | Reclamation | Case Number:<br>Docketed Total:<br><br>Admin | Secured | 08-35653<br>$20,000.00<br><br>Priority | Case Number:<br>Modified Total:<br><br>503(b)(9) | Reclamation | Admin | Secured | 08-35653<br>$20,000.00<br><br>Priority | Unsecured<br>$20,000.00 |
|  |  | | | | | Unsecured<br>$20,000.00 |  |  |  |  |  |  |
| Claim: 13833<br>Date Filed: 06/29/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059<br><br>503(b)(9) | | Reclamation | Case Number:<br>Docketed Total:<br><br>Admin<br>$40,000.00 | Secured | 08-35653<br>$40,000.00<br><br>Priority | Case Number:<br>Modified Total:<br><br>503(b)(9) | Reclamation | Admin | Secured | 08-35653<br>$40,000.00<br><br>Priority | Unsecured<br>$40,000.00 |
|  |  | | | | | Unsecured |  |  |  |  |  |  |
| Claim: 14159<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269 | Claim Holder Name and Address<br>TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269<br><br>503(b)(9) | | Reclamation | Case Number:<br>Docketed Total:<br><br>Admin<br>$15,000.00 | Secured | 08-35653<br>$15,000.00<br><br>Priority | Case Number:<br>Modified Total:<br><br>503(b)(9) | Reclamation | Admin | Secured | 08-35653<br>$15,000.00<br><br>Priority | Unsecured<br>$15,000.00 |
|  |  | | | | | Unsecured |  |  |  |  |  |  |
| Claim: 13948<br>Date Filed: 06/30/2009<br>Docketed Total: $62,500.00<br>Filing Creditor Name and Address:<br>VONBECHMANN, DAWN W<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | Claim Holder Name and Address<br>VONBECHMANN, DAWN W<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219<br><br>503(b)(9) | | Reclamation | Case Number:<br>Docketed Total:<br><br>Admin<br>$62,500.00 | Secured | 08-35653<br>$62,500.00<br><br>Priority | Case Number:<br>Modified Total:<br><br>503(b)(9) | Reclamation | Admin | Secured | 08-35653<br>$62,500.00<br><br>Priority | Unsecured<br>$62,500.00 |
|  |  | | | | | Unsecured |  |  |  |  |  |  |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13959<br>Date Filed:  06/30/2009<br>Docketed Total:    $260,000.00<br>Filing Creditor Name and Address:<br>  WIMMER JR, JAMES H<br>  CHRISTIAN & BARTON LLP<br>  909 E MAIN ST STE 1200<br>  RICHMOND, VA 23219 | Claim Holder Name and Address         Case Number:    08-35653<br><br>WIMMER JR, JAMES H                    Docketed Total:   $260,000.00<br>CHRISTIAN & BARTON LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219<br><br>503(b)(9)    Reclamation    Admin          Secured    Priority    Unsecured<br>                                  $260,000.00 | Case Number:    08-35653<br><br>Modified Total:    $260,000.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                   $260,000.00 |
| | | **Total Claims To Be Modified: 21**<br>**Total Amount As Docketed:**    $6,609,268.90<br>**Total Amount As Modified:**    $6,609,268.90 |

\*    "UNL" denotes an unliquidated claim.