Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile: (202) 379-9867
E-mail: DSabagh@duanemorris.com

**Counsel to Korea Export Insurance Corporation**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

**COMES NOW** Denyse Sabagh, counsel to Korea Export Insurance Corporation in this case and a member of the bar of this Court, and moves, pursuant to Local Rule 2090-1(E)(2), for the admission *pro hac vice* of Junghye June Yeum of the firm Duane Morris LLP. In support thereof, Movant states as follows:

1. Junghye June Yeum, New York Bar Number 3059284, is an attorney in the law firm of Duane Morris LLP, with offices at: 1540 Broadway, New York, NY 10036, (212) 692-1076 (telephone), (212) 692-1020 (fax), jjyeum@duanemorris.com.

2. Ms. Yeum graduated from the Georgetown University Law Center in 1999. Ms. Yeum is a member in good standing of the State Bar of New York. Ms. Yeum is admitted to practice in the United States District Court for the Southern and Eastern Districts of New York.

3. Ms. Yeum's admittance to practice law has never been revoked, and she is not the subject of any disciplinary proceedings.

4. Pursuant to Local Bankruptcy Rule 9013-1(g), and because there are no novel issues of law presented in this motion, Movant requests that the requirement that all motions be accompanied by a written memorandum of law be waived.

5.  No previous request for the relief sought herein has been made to this court.

WHEREFORE, the Movant requests this Court enter an order admitting Junghye June Yeum of the firm Duane Morris LLP *pro hac vice* to the bar of this Court for the conduct of this case.

Respectfully submitted this 1st day of April, 2010.

/s/ Denyse Sabagh
Denyse Sabagh, Esquire (Va. I.D. No. 17003)
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile:  (202) 379-9867
E-mail: DSabagh@duanemorris.com
Counsel to Korea Export Insurance Corporation

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of April, 2010, a copy of the foregoing was delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system and/or by electronic mail to the following pursuant to the Order Establishing Certain Notice, Case Management and Administrative Procedures entered in this case.

      circuitcityservice@mcguirewoods.com
      project.circuitcity@skadden.com

      /s/ Denyse Sabagh
      Denyse Sabagh

Denyse Sabagh, Esquire (Va. I.D. No. 17003)
**Duane Morris LLP**
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Telephone: (202) 776-7817
Facsimile: (202) 379-9867
E-mail: DSabagh@duanemorris.com

**Counsel to Korea Export Insurance Company**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **Case No. 08-35653 (KRH)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |

ORDER APPROVING ADMISSION
PRO HAC VICE OF JUNGHYE JUNE YEUM

This matter comes before the Court upon the Motion of Denyse Sabagh requesting entry of an order approving the admission *pro hac vice* of Junghye June Yeum of the firm of Duane Morris LLP, to represent the interests of Korea Export Insurance Corporation in these proceedings. Based upon the representations set forth in the Motion, and finding it otherwise proper,

IT IS HEREBY ORDERED THAT Ms. Yeum be, and hereby is, ADMITTED *pro hac vice* to practice before the Court in these proceedings.

Entered: April ____, 2010

_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

DM3\1340910.1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH    ,* Case Name Circuit City Stores, Inc.

PERSONAL STATEMENT

FULL NAME (no initials, please) Junghye June Yeum
Bar Identification Number 3059284    State New York
Firm Name Duane Morris LLP
Firm Phone # 212-692-1000    Direct Dial # 212-692-1076    FAX # 212-692-1020
E-Mail Address jjyeum@duanemorris.com
Office **Mailing** Address 1540 Broadway, 12th Floor  New York, NY 10036
Name(s) of federal court(s) in which I have been admitted Eastern and Southern Districts of New York

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

/S/ Junghye June Jeum, Esq.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/S/ Denyse Sabagh    April 1, 2010

(Signature)    (Date)

Denyse Sabagh, Esq.

(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Ver. 02/11/10 [effective 12/01/09]