UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that on April 2, 2010, Archos, Inc., by counsel, has filed its Motion of Archos, Inc. for Reconsideration of the Court's Orders on the Debtors' Forty-Eighth Omnibus Objection (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1(H)(4), the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing unless a written response to the Motion is filed with the Clerk of Court and served on the moving party, the Trustee, and those parties as required, no later than the response deadline indicated below, and you take the following steps set forth below.

If you do not want the Court to grant the relief requested in the Application or if you want the Court to consider your view on the Motion, then you or your attorney must:

☒     File with the Court, at the address shown below, a written objection with supporting memorandum pursuant to Local Bankruptcy Rules 9013-1. If you mail your written objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **April 22, 2010**.

            William C. Redden, Clerk
            United States Bankruptcy Court
            for the Eastern District of Virginia
            701 East Broad Street
            Richmond, VA 23219-1888

---

Troy Savenko (Va. Bar No. 44516)
Leslie A. Skiba (Va. Bar No. 48783)
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, Virginia 23218-2470
Telephone: (804) 423-7921
Facsimile: (804) 230-0024

*Counsel for Archos, Inc.*

You must also deliver a copy to:

>   Troy Savenko (Va. Bar No. 44516)
>   Leslie A. Skiba (Va. Bar No. 48783)
>   Gregory Kaplan, PLC
>   7 East Second Street (23224-4253)
>   Post Office Box 2470
>   Richmond, VA  23218-2470
>   Telephone:   (804) 423-7921
>   Facsimile:   (804) 525-1892
>   E-mail:      tsavenko@gregkaplaw.com

☒   Attend a hearing scheduled for April 29, 2010 at 2:00 p.m. before the Honorable Kevin R. Huennekens, United States Bankruptcy Court, Eastern District of Virginia, Richmond Division, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219 **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion, may deem any opposition waived, treat the Motion as conceded, and enter an order granting the requested relief without further notice of hearing.

Date:  April 2, 2010                             ARCHOS, INC.

                                                 /s/ Troy Savenko
                                                 Troy Savenko (Va. Bar No. 44516)
                                                 Leslie A. Skiba (Va. Bar No. 48783)
                                                 GREGORY KAPLAN, PLC
                                                 7 East Second Street (23224-4253)
                                                 Post Office Box 2470
                                                 Richmond, VA  23218-2470
                                                 Telephone:   (804) 423-7921
                                                 Facsimile:   (804) 525-1892
                                                 E-mail:      tsavenko@gregkaplaw.com

                                                 *Counsel for Archos, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2010, a copy of the foregoing Notice of Motion and Hearing was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice, including the following (also served by separate e-mail): (a) counsel for the Debtor (circuitcityservice@mcguirewoods.com and project.circuitcity@skadden.com); (b) the United States Trustee (Robert.B.Van.Arsdale@usdoj.gov); and (c) counsel for the Official Committee of Unsecured Creditors (jpomerantz@pszjlaw.com, rfeinstein@pszjlaw.com, ltavenner@tb-lawfirm.com, and pberan@tb-lawfirm.com).

                                                    /s/ Troy Savenko
                                                    Counsel