Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
              Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 6, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
April 6, 2010 beginning at 10:00 a.m. Eastern.

I.    **CONTINUED/ADJOURNED MATTERS**

1.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

      Related
      Documents:

      a.    Notice of Motion and Hearing for Motion for Entry
            of an Order Granting Allowance and Compelling
            Payment of Administrative Expense Claim, by Mad
            Cow International Group Limited (Docket No. 5197)

      Objection
      Deadline:         October 27, 2009 at 4:00 p.m., extended
                        for the Debtors until April 22, 2010 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to April
                        29, 2010 at 2:00 p.m.

2.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

      Objection
      Deadline:         January 7, 2010 at 4:00 p.m., extended
                        for the Debtors until April 22, 2010 at
                        4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to April
                        29, 2010 at 2:00 p.m.

## II.   CONTESTED MATTERS – GOING FORWARD

3.   Berkadia Commercial Mortgage LLC's Motion to Compel
     Assumption or Rejection of Ground Lease (Docket No.
     6690)

     Objection
     Deadline:        March 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Berkadia Commercial Mortgage
          LLC's Motion to Compel Assumption or Rejection of
          Ground Lease (Docket No. 6826)

     Status:          This matter is going forward.

## III.  OMNIBUS CLAIM OBJECTIONS – RESOLVED MATTERS

4.   Notice of Hearing on the Merits on Debtors' Sixth
     Omnibus Objection to Certain Misclassified Non-Goods
     503(b)(9) Claims and Responses Thereto (Docket No.
     6836)

     Related
     Documents:

     a.   Debtors' Sixth Omnibus Objection to Certain
          Misclassified Non-Goods 503(b)(9) Claims (Docket
          No. 3311)

     b.   Order Adjourning Debtors' Sixth Omnibus Objection
          to Certain Misclassified Non-Goods 503(b)(9)
          Claims (Docket No. 4011)

     c.   Order on Debtors' Sixth Omnibus Objection to
          Certain Misclassified Non-Goods 503(b)(9) Claims
          (Docket No. 4012)

     d.   Memorandum and Opinion (Docket No. 5040)

     e.   Order (Docket No. 5041)

     f.   Consent Order Resolving the Debtors' Sixth Omnibus

Objection to Certain Misclassified Non-Goods
503(B)(9) Claims as to Lexington County Claim
Number 1165 (Docket No. 6540)

g.    Supplemental Order on Debtors' Sixth Omnibus
Objection to Certain Misclassified Non-Goods
503(b)(9) Claims (Docket No. 6663)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Preliminary Response of Eastern Security Corp. to
Debtors' Sixth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket
No. 4094)

Status:          This matter has been resolved.  A
proposed settlement agreement and notice
of settlement have been filed at Docket
No. 7807.  The deadline for filing
objections to the proposed agreement is
April 9, 2010 at 5:00 p.m.

5.    Notice of Hearing on the Merits on Debtors' Nineteenth
Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured, Non-
Priority Claims) and Responses Thereto (Docket No.
6837)

Related
Documents:

a.    Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) (Docket
No. 3703)

b.    Order on Debtors' Nineteenth Omnibus Objection to
Claims (Reclassification of Certain Misclassified
Claims to General Unsecured, Non-Priority Claims)
(Docket No. 4449)

4

c.    Supplemental Order on Debtors' Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) (Docket No. 4736)

d.    Supplemental Order on Debtors' Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) (Docket No. 4758)

e.    Second Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6299)

f.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Robert Gentry (Docket No. 6642)

g.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Jack Hernandez (Docket No. 6661)

h.    Memorandum Opinion (Docket No. 6693)

i.    Order Granting Motion for Summary Judgment (Docket
      No. 6694)

j.    Third Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6868)

Objection
Deadline:      July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

      a.     Laurel Plumbing Inc.'s Response in Opposition to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (Docket No. 4102)

      b.     Union County Construction Group, Inc.'s Response in Opposition to Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims (Docket No. 4103)

Status:      This matter has been resolved.  The Debtors have submitted proposed forms of order for the Court's consideration.

## IV.   OMNIBUS CLAIM OBJECTIONS – ADJOURNED MATTERS

6.    Notice of Hearing on the Merits on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims and Responses Filed by Miner Fleet Management Group, Ltd. and Vector Security, Inc. (Docket No. 6834)

Related
Documents:

      a.     Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309)

      b.     Order Adjourning Debtors Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4007)

      c.     Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 4008)

      d.     Memorandum and Opinion (Docket No. 5040)

      e.     Order (Docket No. 5041)

      f.     Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods

503(b)(9) Claims (Docket No. 6851)

Objection
Deadline:         June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of Miner Fleet Management Group, Ltd. to
      Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket
      No. 3608)

b.    Response of Vector Security, Inc. to Debtors'
      Fifth Omnibus Objection to Certain Misclassified
      Non-Goods 503(b)(9) Claims (Docket No. 3612)

Status:          This matter has been adjourned with
                 respect to Vector Security, Inc. until
                 April 29, 2010 at 2:00 p.m.  This matter
                 has been resolved in principle with
                 respect to Miner Fleet Management Group
                 Ltd., subject to agreement upon and
                 completion of settlement documentation.
                 This matter is adjourned with respect to
                 Miner Fleet Management Group Ltd. until
                 April 15, 2010 at 2:00 p.m. pending
                 completion and documentation.

7.    Notice of Hearing on the Merits on Debtors' Twenty-
      Seventh Omnibus Objection to Claims (Disallowance of
      Certain Tax Claims for No Tax Liability) and Responses
      Thereto (Docket No. 6838)

      Related
      Documents:

      a.    Debtors' Twenty-Seventh Omnibus Objection to
            Claims (Disallowance of Certain Tax Claims for No
            Tax Liability) (Docket No. 4276)

      b.    Order on Debtors' Twenty-Seventh Omnibus Objection
            to Claims (Disallowance of Certain Tax Claims for
            No Tax Liability) (Docket No. 4807)

c.     Supplemental Order on Debtors' Twenty-Seventh
       Omnibus Objection to Claims (Disallowance of
       Certain Tax Claims for No Tax Liability) (Docket
       No. 6128)

d.     Second Supplemental Order on Debtors' Twenty-
       Seventh Omnibus Objection to Claims (Disallowance
       of Certain Tax Claims for No Tax Liability)
       (Docket Nos. 6673, 6675)

e.     Third Supplemental Order on Debtors' Twenty-
       Seventh Omnibus Objection to Claims (Disallowance
       of Certain Tax Claims for No Tax Liability)
       (Docket No. 6872)

Objection
Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Harris County's Response to Debtors' Twenty-
       Seventh Omnibus Objection to Claims (Docket No.
       4759)

b.     Objection of Los Angeles County, Monterey County,
       San Bernardino County, California, Collectively
       the California Taxing Authorities to Debtors'
       Twenty-Seventh Omnibus Objection to Claims
       (Disallowance of Certain Tax Claims for No Tax
       Liability) (Docket No. 4786)

c.     Amended Objection of Los Angeles County, Monterey
       County, San Bernardino County California,
       Collectively the California Taxing Authorities to
       Debtors' Twenty-Seventh Omnibus Objection to
       Claims (Disallowance of Certain Tax Claims for No
       Tax Liability) (Docket No. 4931)

Status:           The Debtors have submitted a proposed
                  form of order with respect to Harris
                  County for the Court's consideration
                  that disallows Claim No. 220 filed by

Harris County in its entirety.  For those claims for which the objection is still pending, this matter has been adjourned to April 15, 2010 at 2:00 p.m.

8.  Notice of Hearing on the Merits on Debtors' Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) and Responses Thereto (Docket No. 6839)

    Related
    Documents:

    a.  Debtors' Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) (Docket No. 5321)

    b.  Order on Debtors' Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) (Docket No. 6070)

    c.  Supplemental Order on Debtors' Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) (Docket No. 6598)

    Objection
    Deadline:       November 16, 2009 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.  Response of Snell Acoustics, Inc. to Debtors Fifty-Seventh Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses) (Docket No. 5673)

    Status:         This matter has been resolved in principle with respect to Snell Acoustics, Inc., subject to agreement upon and completion of settlement documentation.  This matter is adjourned to April 15, 2010 at 2:00 p.m. pending completion and documentation.

**V.    OMNIBUS CLAIM OBJECTIONS – MATTER GOING FORWARD**

9.    Notice of Hearing on the Merits on Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and Responses Thereto (Docket No. 6840)

Related
Documents:

a.    Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (Docket No. 5322)

b.    Order on Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6067)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response of SanDisk Corporation to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (Docket No. 5549)

b.    Response of Snell Acoustics, Inc. to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 5674)

c.    Amended Response of Snell Acoustics, Inc. to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 5675)

d.    Response of THQ, Inc. to Fifty-Eighth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to Unsecured, Non-Priority
      Claims) (Docket No. 5676)

e.    Response of Kelly Breitenbecher to Debtors' Fifty-
      Eighth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims
      to General Unsecured, Non-Priority Claims) (Docket
      No. 5722)

f.    Response of James H. Wimmer, Jr. to Debtors'
      Fifty-Eighth Omnibus Objection to Claims (Docket
      No. 5735)

Status:        This matter has been resolved in
               principle with respect to Snell
               Acoustics, Inc., subject to agreement
               upon and completion of settlement
               documentation.  This matter is adjourned
               solely with respect to Snell Acoustics,
               Inc., to April 15, 2010 at 2:00 p.m.
               pending completion and documentation.
               With respect to all other matters, this
               matter is going forward.

## VI.   ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES

10.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Creative Labs, Inc.</u>, Adversary No. 09-3225 (KRH))

      Related
      Documents:

      a.    Motion to Seal Exhibit (Docket No. 6)

      b.    Order Authorizing Debtors to File Exhibit under
            Seal (Docket No. 9)

      Response
      Deadline:      December 24, 2009 at 4:00 p.m., extended
                     for Creative Labs, Inc. until April 12,
                     2010.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           The pre-trial conference on this matter
                  has been adjourned until April 15, 2010
                  at 2:00 p.m.

## VII. CONFIRMATION MATTERS

11.   Motion for Order under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

      Related
      Documents:

      a.    Interim Order under 11 U.S.C. 105, 362 and 541 and
            Fed. R. Bankr. P. 3001 and 3002 Establishing
            Notice, Hearing, and Sell-Down Procedures for
            Trading in Equity Securities and Claims Against
            the Debtors Estates and Setting Hearing (Docket
            No. 135)

      Objection
      Deadline:        November 22, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Informal Response of the Securities Exchange
            Commission

      b.    Informal Response of the Official Committee of
            Unsecured Creditors

      Status:          This matter has been adjourned to May
                       11, 2010 at 10:00 a.m.

12.   First Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors

Holding General Unsecured Claims (Docket No. 5124)

Related
Documents:

a.    Notice of (1) Approval of Disclosure Statement;
      (2) Hearing on Confirmation of Plan; (3) Deadline
      and Procedures for Filing Objections to
      Confirmation of Plan; (4) Treatment of Certain
      Unliquidated or Disputed Claims for Notice, Voting
      and Distribution Purposes; (5) Deadline and
      Procedures for Temporary Allowance of Certain
      Claims for Voting Purposes; (6) Record Date; (7)
      Voting Deadline for Receipt of Ballots; and (8)
      Proposed Release, Injunction and Exculpation in
      the Plan (Docket No. 5121)

b.    Notice of Filing Plan Exhibits (Docket No. 5548)

c.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 5799)

d.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6096)

e.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6317)

f.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6443)

g.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6640)

h.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7003)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Treasurer of Douglas County Colorado's Objections

  to Confirmation of the August 24, 2009 Joint Plan
  of Liquidation (Docket Nos. 5145, 5163, 5684)

b. Texas Comptroller's Objection to Confirmation of
  First Amended Joint Plan of Reorganization (Docket
  Nos. 5168, 5221)

c. Objections to the "Plan" for Claim 13082, by Bruce
  Senator (Docket No. 5331)

d. Prince George's County, Maryland Objection to
  Debtor's First Amended Joint Plan of Liquidation
  (Docket Nos. 5526, 5589, 5637)

e. Charles County, Maryland Objection to Debtors'
  First Amended Joint Plan of Liquidation (Docket
  Nos. 5527, 5590, 5638)

f. Objection of the State of Connecticut, Department
  of Revenue Services to the Debtors' Joint First
  Amended Plan of Reorganization (Docket No. 5596,
  5708)

g. The Florida Tax Collectors for the Counties of
  Palm Beach, Hernando, Highlands, Lee, Indian
  River, Bay, Okaloosa, Brevard, Polk, Manatee,
  Orange, Marion, Pinnellas and Osceola Counties
  Objection to Confirmation of First Amended Joint
  Plan of Reorganization (Docket No. 5603, 5624)

h. Commonwealth of Virginia Department of Taxation's
  Objection to Confirmation (Docket No. 5609)

i. Maricopa County Treasurer's Objection to First
  Amended Joint Plan of Liquidation of Circuit City
  Stores, Inc. and Its Affiliated Debtors and
  Debtors in Possession and Its Official Committee
  of Creditors Holding General Unsecured Claims
  (Docket No. 5627, 5728)

j. Objection of Certain Texas Taxing Authorities to
  Confirmation of Circuit City Stores, Inc. and Its
  Affiliated Debtors and Debtors in Possession and
  Its Official Committee of Creditors Holding
  General Unsecured Claims' First Amended Joint Plan

of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.     Objection of Lewisville Independent School
       District to Confirmation of the First Amended
       Joint Plan of Liquidation of Circuit City Stores,
       Inc. and Its Affiliated Debtors and Debtors in
       Possession and Its Official Committee of Creditors
       Holding General Unsecured Claims (Docket No. 5644,
       5711)

l.     Objection of Nancy and Charles Booth Confirmation
       of the First Amended Joint Plan of Liquidation of
       Circuit City Stores Inc and Its Affiliated Debtors
       and Debtors in Possession and Its Official
       Committee of Creditors Holding General Unsecured
       Claims (Docket No. 5645, 5701)

m.     Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
       to Confirmation of the First Amended Joint Plan of
       Liquidation of Circuit City Stores Inc and Its
       Affiliated Debtors and Debtors in Possession and
       Its Official Committee of Creditors Holding
       General Unsecured Claims (Docket No. 5647)

n.     Objection of LG Electronics USA, Inc. to
       Confirmation of Chapter 11 Plan of Liquidation
       (Docket No. 5652, 5730)

o.     Objection by Eastman Kodak Company to Confirmation
       of the First Amended Joint Plan of Liquidation of
       Circuit City Stores, Inc. and Its Affiliated
       Debtors and Debtors in Possession and Its Official
       Committee of Creditors Holding General Unsecured
       Claims (Docket No. 5655)

p.     Objection by Commissioner of Massachusetts
       Department of Revenue to Confirmation of First
       Amended Joint Plan of Liquidation of Circuit City
       Stores, Inc. and Its Affiliated Debtors and
       Debtors in Possession and Its Official Committee
       of Creditors Holding General Unsecured Claims
       (Docket No. 5657, 5743)

q.     Objection of Envision Peripherals, Inc. to

Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5659, 5732)

r.   Objection to Confirmation of Chapter 11 Plan by United States Customs and Border Protection (Docket No. 5661)

s.   Objection of the United States of America, Internal Revenue, to Confirmation of First Amended Joint Plan of Liquidation of Circuit city Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5664, 5725)

t.   Pima County's Objection to the First Amended Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors In Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5665)

u.   Objection of Paramount Home Entertainment Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5667, 5737)

v.   Objection of Monterey County, Placer County, Riverside County and San Bernardino County, California, Collectively the California Taxing Authorities to Confirmation of Circuit City Stores and Its Affiliated Debtors et al in Its First Amended Joint Plan of Liquidation (Docket No. 5671, 5741)

w.   Travis County Texas Objection to Confirmation (Docket No. 5672)

x.   Limited Objection of THQ, Inc. to First Amended Joint Plan of Liquidation (Docket No. 5677)

y.   Objection of DeSoto County, Mississippi to the Debtors' Joint First Amended Plan of Liquidation (Docket No. 5679)

z.    Samsung America Electronics, Inc.'s Objection to
      Confirmation of the Debtors' First Amended Joint
      Plan of Liquidation (Docket No. 5681, 5826)

aa.   Limited Objection of Henrico County, Virginia to
      Debtors' First Amended Joint Plan of Liquidation
      (Docket Nos. 5682, 5838)

bb.   Joinder of Apex Digital, Inc. to Objections of LG
      Electronics USA, Inc. and Eastman Kodak Company to
      Confirmation of Debtors' Chapter 11 Plan of
      Liquidation (Docket No. 5683)

cc.   Florida Tax Collector for Miami-Dade County
      Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation (Docket Nos.
      5685, 5868)

dd.   Objection to Confirmation of the Debtors' First
      Amended Joint Plan of Liquidation, by Vincent E.
      Rhynes (Docket No. 5686)

ee.   DIRECTV, Inc.'s Limited Objection to Confirmation
      of the Debtors' Plan (Docket No. 5689, 5789)

ff.   Joinder of Olympus Corporation and Olympus Imaging
      America Inc. in Objections of LG Electronics USA
      Inc., Eastman Kodak Company and Samsung America
      Electronics, Inc. Objection to Confirmation of the
      Debtors' First Amended Joint Plan of Liquidation
      (Docket No. 5690)

gg.   Texas Ad Valoram Tax Claimants (Tax Appraisal
      District of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland
      Central Appraisal District, Taylor Central
      Appraisal District, County of Williamson)
      Objection To Confirmation Of The Debtors' First
      Amended Joint Plan Of Liquidation (Docket No.
      5691)

hh.   Response and Objection of Bethesda Softworks LLC
      to the First Amended Joint Plan of Liquidation of

17

Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

ii.  Objection of Village of Mount Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

jj.  Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk.  Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

ll.  Limited Objection Of Safeco Insurance Company Of
America To Confirmation Of The First Amended Joint
Plan (Docket No. 5714, 5946)

mm.  Joinder of Mitsubishi Digital Electronics America,
Inc. to Objections of Samsung America Electronics,
Inc., LG Electronics USA, Inc. and Eastman Kodak
Company to Confirmation of Debtors' First Amended
Joint Plan of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5717, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5720, 5786)

pp.   Joinder of Slam Brands, Inc. to Objections of LG
      Electronics USA, Inc. and Eastman Kodak Company to
      Confirmation of Debtors Chapter 11 Plan of
      Liquidation (Docket No. 5726)

qq.   Joinder of Take-Two Interactive Software, Inc. in
      Objections of LG Electronics USA Inc., Eastman
      Kodak Company and Samsung America Electronics,
      Inc. to Confirmation of the Debtors' First Amended
      Joint Plan Of Liquidation (Docket No. 5727)

rr.   Joinder of Stillwater Designs and Audio, Inc. to
      Objection to Confirmation of the Debtors First
      Amended Joint Plan of Liquidation Filed by Samsung
      America Electronics, Inc. (Docket No. 5729, 5787)

ss.   Objection of Schimenti Construction Company, LLC
      to First Amended Joint Plan of Liquidation (Docket
      Nos. 5731, 5835)

tt.   Chatham County, Georgia Tax Commissioner's
      Objections to Confirmation to the Debtor's First
      Joint Amended Plan of Reorganization (Docket No.
      5736)

uu.   Joinder of Paramount Home Entertainment Inc. to
      Objections to Confirmation of Debtors' Chapter 11
      Plan of LG Electronics USA, Inc.; Eastman Kodak
      Company; Envision Peripherals; and THQ, Inc.
      (Docket No. 5738)

vv.   Joinder of SouthPeak Interactive, LLC to Objection
      to Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections
      of LG Electronics USA, Inc. and Paramount Home
      Entertainment Inc. to Confirmation of Debtors'
      Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan
      (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First

Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5746)

zz. FM Facility Maintenance Inc., f/k/a IPT, LLC
Objection to Confirmation of Plan (Docket Nos.
5747, 5836)

aaa. Limited Objection of Alliance Entertainment
Corporation, Source Interlink Media, LLC to
Confirmation of Plan (Docket No. 5750)

bbb. Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

ccc. Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

ddd. Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee. Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff. Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876, 5877)

ggg. Objection of the Macerich Company, RREEF
Management Company, Cousins Properties

Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

hhh. Texas Comptrollers' Amended Objection to
Confirmation of First Amended Joint Plan of
Reorganization (Docket No. 6662)

Status:        This matter has been adjourned to May
11, 2010 at 10:00 a.m.

13. Motion of Pioneer Electronics under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 5463)

b.   Samsung Electronics America, Inc.'s Motion under
Fed. R. Bankr. P. 3020(a) for Order Requiring
Confirmation Deposit and Joinder to Motion of
Pioneer Electronics for Same (Docket No. 5614)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to
Motions of Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order Requiring
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5663)

d.   Joinder of Paramount Home Entertainment Inc. to
Motions of Pioneer Electronics and Samsung
Electronics America, Inc. for Order Requiring
Confirmation Deposit Under Fed. R. Bankr. P.
3020(a) (Docket No. 5668)

e.   Joinder of Bethesda Softworks LLC to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation

Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5695)

f.   Amended Notice of Hearing (Docket No. 5703)

g.   Joinder of Cokem International, Inc. to Motions of Pioneer Electronics and Samsung Electronics America, Inc. for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5734)

h.   Joinder of Onkyo USA Corporation to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Rule 3020 of the Federal Rules of Bankruptcy Procedure, or, in the Alternative, Objection to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5742)

i.   Joinder of BISSELL Homecare, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5752)

j.   Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:        November 16, 2009 at 4:00 p.m., extended for the Debtors until March 30, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to May 11, 2010 at 10:00 a.m.

14.  Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same (Docket No. 5614)

Related
Documents:

a.    Motion for an Expedited Hearing (Docket No. 5615)

b.    Notice of Motion and Hearing (Docket No. 5616)

c.    Joinder of Apex Digital Inc. and THQ, Inc. to
Motions of Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order Requiring
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5663)

d.    Joinder of Paramount Home Entertainment Inc. to
Motions of Pioneer Electronics and Samsung
Electronics America, Inc. for Order Requiring
Confirmation Deposit Under Fed. R. Bankr. P.
3020(a) (Docket No. 5668)

e.    Joinder of Bethesda Softworks LLC to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5695)

f.    Joinder of Cokem International, Inc. to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5734)

g.    Joinder of BISSELL Homecare, Inc. to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5752)

h.    Amended Notice of Motion and Hearing (Docket No.
5757)

i.    Second Amended Notice of Motion and Hearing
(Docket No. 6001)

j.    Third Amended Notice of Motion and Hearing (Docket
No. 6101)

Objection

Deadline:          November 19, 2009 at 4:00 p.m., extended
                   for the Debtors until March 30, 2010

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter has been adjourned to May
                   11, 2010 at 10:00 a.m.

Dated: April 2, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                   – and –

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                   – and –

                              MCGUIREWOODS LLP


                              _/s/ Douglas M. Foley_____
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\11033050.1