Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' SIXTY-SIXTH  
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION  
<u>OF CERTAIN CLAIMS FILED BY EQUITY HOLDERS TO INTERESTS)</u>**

THIS MATTER having come before the Court on the Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification of Certain Claims Filed by Equity Holders to Interests) (the "Objection"), which requested, among other things, that the claims specifically identified on

Exhibit C attached to the Objection be modified and/or reclassified for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified and/or modified as set forth on <u>Exhibit A</u> for all purposes in these bankruptcy cases.

3.   The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before five (5) business days from the entry of this Order.

5.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       <u>Mar 31 2010      </u>, 2010

        /s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 1, 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10950127

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 10320<br>Date Filed: 02/09/2009<br>Docketed Total: $96,709.82<br>Filing Creditor Name and Address:<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA | Claim Holder Name and Address<br>ABDALLAH, JEAN<br>4855 GOUIN BLVD WEST<br>MONTREAL, QC H4J 1B9<br>CANADA | Docketed Total: | | $96,709.82 | Modified Total: | $96,709.82 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$96,709.82 | Case Number<br>08-35653 | Interest<br>$96,709.82 |
| Claim: 11106<br>Date Filed: 02/02/2009<br>Docketed Total: $10,950.00<br>Filing Creditor Name and Address:<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | Claim Holder Name and Address<br>BALL, DIRLEY L<br>14029 ROCKBASKET PLACE<br>CHESTER, VA 23836 | Docketed Total: | | $10,950.00 | Modified Total: | $10,950.00 |
| | Case Number<br>08-35653 | Secured | Priority<br>$10,950.00 | Unsecured | Case Number<br>08-35653 | Interest<br>$10,950.00 |
| Claim: 11677<br>Date Filed: 03/04/2009<br>Docketed Total: $105.00<br>Filing Creditor Name and Address:<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277 | Claim Holder Name and Address<br>BEAN, PATRICIA A<br>11734 CHISHOLM TRL<br>VICTORVILLE, CA 92392-9277 | Docketed Total: | | $105.00 | Modified Total: | $105.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$105.00 | Case Number<br>08-35653 | Interest<br>$105.00 |
| Claim: 10848<br>Date Filed: 02/03/2009<br>Docketed Total: $9,631.25<br>Filing Creditor Name and Address:<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455 | Claim Holder Name and Address<br>CAMPBELL, MARILYN<br>9 HASTINGS DR<br>VICTOR, ID 83455 | Docketed Total: | | $9,631.25 | Modified Total: | $9,631.25 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$9,631.25 | Case Number<br>08-35653 | Interest<br>$9,631.25 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | CLAIM AS MODIFIED | |
|---|---|---|---|---|---|---|
| Claim: 12952<br>Date Filed: 05/11/2009<br>Docketed Total: $1,000.00<br>Filing Creditor Name and Address:<br>CHUAN FA LIU & CHANG RAO<br>15 KINGS WAY NO 33<br>WALTHAM, MA 02451 | Claim Holder Name and Address<br>CHUAN FA LIU & CHANG RAO<br>15 KINGS WAY NO 33<br>WALTHAM, MA 02451 | Docketed Total: | | $1,000.00 | Modified Total: | $1,000.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$1,000.00 | Case Number<br>08-35653 | Interest<br>$1,000.00 |
| Claim: 11197<br>Date Filed: 02/05/2009<br>Docketed Total: $11,399.48<br>Filing Creditor Name and Address:<br>FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | Claim Holder Name and Address<br>FIRST BAPTIST CHURCH OF SUNRISE<br>6401 SUNSET STRIP<br>SUNRISE, FL 33313 | Docketed Total: | | $11,399.48 | Modified Total: | $11,399.48 |
| | Case Number<br>08-35653 | Secured<br>$11,399.48 | Priority | Unsecured | Case Number<br>08-35653 | Interest<br>$11,399.48 |
| Claim: 11312<br>Date Filed: 02/09/2009<br>Docketed Total: $4,021.51<br>Filing Creditor Name and Address:<br>GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | Claim Holder Name and Address<br>GAYLE, ISMAY I TUCKER<br>1242 SUMMERSTONE TRACE<br>AUSTELL, GA 30168 | Docketed Total: | | $4,021.51 | Modified Total: | $4,021.51 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$4,021.51 | Case Number<br>08-35653 | Interest<br>$4,021.51 |
| Claim: 11181<br>Date Filed: 02/03/2009<br>Docketed Total: $6,320.00<br>Filing Creditor Name and Address:<br>JULIA M GIVEN CUSTODIAN FOR<br>MARGARET L GIVEN UTMA<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | Claim Holder Name and Address<br>JULIA M GIVEN CUSTODIAN FOR<br>MARGARET L GIVEN UTMA<br>432 EDNAM DR<br>CHARLOTTESVILLE, VA 22903 | Docketed Total: | | $6,320.00 | Modified Total: | $6,320.00 |
| | Case Number<br>08-35653 | Secured | Priority | Unsecured<br>$6,320.00 | Case Number<br>08-35653 | Interest<br>$6,320.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 11600<br>Date Filed: 02/13/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>NORTON, ALICE H<br>5308 ANTELOPE LN<br>STONE MOUNTAIN, GA 30087 | Claim Holder Name and Address<br>NORTON, ALICE H          Docketed Total:     $20,000.00<br>5308 ANTELOPE LN<br>STONE MOUNTAIN, GA 30087<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                  $20,000.00 | Modified Total: $20,000.00<br><br><br><br><br>Case Number                                                  Interest<br>08-35653                                                  $20,000.00 |
| Claim: 11389<br>Date Filed: 02/09/2009<br>Docketed Total: $1,584.00<br>Filing Creditor Name and Address:<br>OLSON, ERVIN C<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059 | Claim Holder Name and Address<br>OLSON, ERVIN C          Docketed Total:     $1,584.00<br>478 SUMMER HILL DR<br>HOSCHTON, GA 30548-3059<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                  $1,584.00 | Modified Total: $1,584.00<br><br><br><br><br>Case Number                                                  Interest<br>08-35653                                                  $1,584.00 |
| Claim: 11376<br>Date Filed: 02/02/2009<br>Docketed Total: $5,007.50<br>Filing Creditor Name and Address:<br>RICHARD DALY<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344 | Claim Holder Name and Address<br>DALY, RICHARD          Docketed Total:     $5,007.50<br>8621 BASSWOOD RD NO 33<br>EDEN PRARIE, MN 55344<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                  $5,007.50 | Modified Total: $5,007.50<br><br><br><br><br>Case Number                                                  Interest<br>08-35653                                                  $5,007.50 |
| Claim: 10615<br>Date Filed: 02/04/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SIE LING CHIANG<br>13503 POINT PLEASANT DR<br>CHANTILLY, VA 20151 | Claim Holder Name and Address<br>CHIANG, SIE LING          Docketed Total:     UNL<br>13503 POINT PLEASANT DR<br>CHANTILLY, VA 20151<br><br>Case Number    Secured    Priority    Unsecured<br>08-35653                                                  UNL | Modified Total: $0.00<br><br><br><br><br>Case Number                                                  Interest<br>08-35653                                                  $0.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Sixty-Sixth Omnibus Objection to Claims (Reclassification Of Certain Claims Filed By Equityholders To Interests) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 10780<br>Date Filed: 02/03/2009<br>Docketed Total: $5,000.00<br>Filing Creditor Name and Address:<br>SLIPOW, JONAH M & BERNIE W<br>SLIPOW JTWROS<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000 | Claim Holder Name and Address<br>SLIPOW, JONAH M & BERNIE W   Docketed Total: $5,000.00<br>SLIPOW JTWROS<br>521 TUCKAHOE CLUB CT<br>RICHMOND, VA 23229-0000<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                              $5,000.00 | Modified Total: $5,000.00<br><br><br>Case Number                              Interest<br>08-35653                              $5,000.00 |
| Claim: 10718<br>Date Filed: 02/03/2009<br>Docketed Total: $1,574.54<br>Filing Creditor Name and Address:<br>TURNAGE, ELTON J<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000 | Claim Holder Name and Address<br>TURNAGE, ELTON J   Docketed Total: $1,574.54<br>PO BOX 301<br>YOUNGSTOWN, OH 44501-0000<br><br>Case Number   Secured   Priority   Unsecured<br>08-35653                                              $1,574.54 | Modified Total: $1,574.54<br><br><br>Case Number                              Interest<br>08-35653                              $1,574.54 |
| | | **Total Claims To Be Modified: 14**<br>**Total Amount As Docketed:** $173,303.10<br>**Total Amount As Modified:** $173,303.10 |

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Apr 01, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Apr 03, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 03, 2010**          **Signature:** _Joseph Speetjens_