Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
          Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SIXTY-NINTH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN ADMINISTRATIVE CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Ninth Omnibus Objection to Claims

(Disallowance of Certain Administrative Claims) (the

"Objection"), [1] which requested, among other things, that the

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings
      ascribed to such terms in the Objection.

claims specifically identified on Exhibit C attached to the

Objection be disallowed in their entirety for those reasons

set forth in the Objection; and it appearing that due and

proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further

notice or service of the Objection need be given; and it

further appearing that one response was timely filed and

properly served by Robyn N. Davis ("Davis"), which is

resolved by this Order; and it appearing that the relief

requested in the Objection is in the best interest of the

Debtors, their estates and creditors and other parties in

interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A, as

attached hereto and incorporated herein, are disallowed in

their entirety for all purposes in these bankruptcy cases;

provided, further, the disallowance of Davis' Claim No.

14383 is without prejudice to Davis' Claim No. 1756.

3.    The Debtors' rights to object to any claim,

including (without limitation) the Claims included in the

Objection, on any grounds that applicable law permits are
not waived and are expressly reserved.

     4.   The Debtors shall serve a copy of this Order
on the Claimants included on the exhibit to this Order on or
before five (5) business days from the entry of this Order.

     5.   This Court shall retain jurisdiction to hear
and determine all matters arising from or relating to this
Order.

Dated: Richmond, Virginia
     Mar 31 2010    , 2010


     /s/ Kevin R. Huennekens
     _____
     HONORABLE KEVIN R. HUENNEKENS
     UNITED STATES BANKRUPTCY JUDGE

     Entered on docket: April 1, 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10949977

4

In re: Circuit City Stores, Inc, et al.    Debtors' Sixty-Fifth Omnibus Objection to Claims (Disallowance Of
Case No. 08-35653-KRH    Certain Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DAVID V LAROSA SR HARRISON COUNTY MISSISSIPPI TAX COLLECTOR C O WILLIAM P WESSLER PO BOX 175 GULFPORT, MS 39502 | 14312 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $27,913.25 $27,913.25 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, ROBYN N 901 JAMERSON LN GLEN ALLEN, VA 23059 | 14383 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,950.00 $10,950.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DEASON STEPHEN N 2701 E BRIGSTOCK RD MIDLOTHIAN, VA 23113-3900 | 14341 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $4,392.93 $4,392.93 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ERICA A JONAS JR 2 ANNETT AVE EDGEWATER, NJ 07020 | 13664 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $152,506.00 $152,506.00 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOLY, RUSSELL 5318 WOODSTONE CT LOUISA, VA 23093 | 13891 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $7,404.00 $7,404.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al
Case No. 08-35653-KRH

Debtors' Sixty-Ninth Omnibus Objection to Claims (Disallowance Of
Certain Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JONAS JR, ERIC A<br>2 ANNETTE AVE<br>EDGEWATER, NJ 07020 | 13906 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $62,018.15<br><br><br><br>$62,018.15 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LAMBERT GAFFNEY, LAURIE<br>C O ROBERT A CANFIELD<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | 14026 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $25,481.44<br><br><br><br>$25,481.44 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERT L KIRKNER<br>17 PINE DR<br>CHESTER SPRINGS, PA 19425 | 13249 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br><br><br>UNL | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE GREENVILLE NEWS<br>MENA HANLIN<br>CCC CREDIT COLLECTIONS<br>SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13333 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $34,205.90<br><br><br><br>$34,205.90 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**          **9**                              **$324,871.67**

\*      "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1              Date Rcvd: Apr 01, 2010
Case: 08-35653                Form ID: pdforder      Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 03, 2010.
```
aty           +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                                      TOTAL: 0
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:**   _Joseph Speetjens_