Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

         - and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' SIXTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
<u>AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Sixty-Seventh Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) (the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is GRANTED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

    3.    The hearing on the merits of the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein will be held on April 15, 2010 at 2:00 p.m. (Eastern).

    4.    The Debtors' rights to object to any claim, including (without limitation) the Amended Claims and the

Duplicate Claims, on any grounds that the applicable law permits are not waived and are expressly reserved.

    5.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

    6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
       Mar 31 2010 , 2010

            /s/ Kevin R. Huennekens
            HONORABLE KEVIN R. HUENNEKENS
            UNITED STATES BANKRUPTCY JUDGE

            Entered on docket: April 1, 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

   - and -


_/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley


\10950223

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 8605<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>APPLIED PREDICTIVE TECHNOLOGIES INC<br>ATTN GENERAL COUNSEL<br>901 N STUART ST STE 1100<br>ARLINGTON, VA 22203-4141<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $8,333.33<br>Reclamation::<br>Unsecured: $20,416.67<br>Total: $28,750.00 | Claim: 14285<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br>APPLIED PREDICTIVE TECHNOLOGIES INC<br>ATTN GENERAL COUNSEL<br>901 N STUART ST STE 1100<br>ARLINGTON, VA 22203-4141<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $21,250.17<br>Reclamation::<br>Unsecured: $53,749.83<br>Total: $75,000.00 |
| Claim: 10432<br>Date Filed: 02/04/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>ANGELA ENCINAS<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE ST<br>PHOENIX, AZ 85007<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $293,339.58<br>Administrative:<br>Reclamation::<br>Unsecured: $1,544.15<br>Total: $294,883.73 | Claim: 14674<br>Date Filed: 10/09/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION<br>SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $290,436.01<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $290,436.01 |
| Claim: 3510<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>CASCADE NATURAL GAS CORPORATION<br>222 FAIRVIEW AVE N<br>SEATTLE, WA 98109<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,556.22<br>Total: $1,556.22 | Claim: 14661<br>Date Filed: 09/23/2009<br>Creditor's Name and Address:<br>CASCADE NATURAL GAS CORPORATION<br>222 FAIRVIEW AVE N<br>SEATTLE, WA 98109<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,753.74<br>Total: $1,753.74 |
| Claim: 14459<br>Date Filed: 07/06/2009<br>Creditor's Name and Address:<br>CITY OF LOS ANGELES OFFICE OF FINANCE<br>ATTN WENDY LOO<br>LOS ANGELES CITY ATTORNERYS OFFICE<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $2,991.84<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $2,991.84 | Claim: 14736<br>Date Filed: 11/09/2009<br>Creditor's Name and Address:<br>CITY OF LOS ANGELES OFFICE OF FINANCE<br>ATTN WENDY LOO<br>LOS ANGELES CITY ATTORNERYS OFFICE<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br><br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $6,055.39<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $6,055.39 |
| Claim: 10159<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>COMPASS GROUP THE AMERICAS DIVISION<br>ATTN LYNNE FORESMAN<br>2400 YORKMONT RD<br>CHARLOTTE, NC 28217<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $215,502.68<br>Total: $215,502.68 | Claim: 12877<br>Date Filed: 05/05/2009<br>Creditor's Name and Address:<br>COMPASS GROUP USA INC<br>ATTN LYNNE FORESMAN<br>2400 YORKMOUNT RD<br>CHARLOTTE, NC 28217<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $120,000.71<br>Total: $120,000.71 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 312<br>Date Filed: 11/20/2008<br>Creditor's Name and Address:<br>CUSTOM MEDIA DESIGNS<br>15 HOUSTON AVE<br>MIDDLETOWN, NY 10940<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $3,590.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $3,590.00 | Claim: 2938<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>CUSTOM MEDIA DESIGNS<br>15 HOUSTON AVE<br>MIDDLETOWN, NY 10940<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $4,765.00<br>Total: $4,765.00 |
| Claim: 9558<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>FOX BROADCASTING COMPANY FOX CABLE<br>NETWORK SERVICES LLC AND ITS<br>AFFLILIATED NETWORKS<br>PAUL J LAURIN ESQ<br>LAURIN & ASSOCIATES<br>280 S BEVERLY DR STE 304<br>BEVERLY HILLS, CA 90212<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,073,069.75<br>Total: $1,073,069.75 | Claim: 14706<br>Date Filed: 11/02/2009<br>Creditor's Name and Address:<br>FOX BROADCASTING COMPANY FOX CABLE<br>NETWORK SERVICES LLC AND ITS<br>AFFILIATED NETWORKS<br>LAURIN APC<br>280 S BEVERLY DR STE 306<br>BEVERLY HILLS, CA 90212<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $1,084,213.35<br>Total: $1,084,213.35 |
| Claim: 4867<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS<br>GE FLEET SERVICES<br>ATTN KEITH BERGQUIST BANKRUPTCY<br>LITIGATION MGR<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $15,729,938.78<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $15,729,938.78 | Claim: 14752<br>Date Filed: 12/02/2009<br>Creditor's Name and Address:<br>GELCO CORPORATION DOING BUSINESS AS<br>GE FLEET SERVICES<br>ATTN KEITH BERGQUIST BANKRUPTCY<br>LITIGATION MGR<br>THREE CAPITAL DR<br>EDEN PRAIRIE, MN 55344<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $5,342,661.44<br>Total: $5,342,661.44 |
| Claim: 483<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>J DOVE & ASSOCIATES LLC<br>C O STEPHEN R ROBINSON<br>309 W PENNSYLVANIA AVE<br>TOWSON, MD 21204<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $4,806.38<br>Total: $4,806.38 | Claim: 1931<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>J DOVE & ASSOCIATES LLC<br>C O STEPHEN R ROBINSON ESQ<br>309 W PENNSYLVANIA AVE<br>TOWSON, MD 21204<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $6,733.68<br>Total: $6,733.68 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 479 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>J DOVE & ASSOCIATES LLC<br>C O STEPHEN R ROBINSON<br>309 W PENNSYLVANIA AVE<br>TOWSON, MD 21204<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $6,378.11<br>Total: $6,378.11 | Claim: 1931 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/23/2008<br>Creditor's Name and Address:<br>J DOVE & ASSOCIATES LLC<br>C O STEPHEN R ROBINSON ESQ<br>309 W PENNSYLVANIA AVE<br>TOWSON, MD 21204<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $6,733.68<br>Total: $6,733.68 |
| Claim: 12185 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/23/2009<br>Creditor's Name and Address:<br>LAFAYETTE PARISH TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>PO BOX 92590<br>LAFAYETTE, LA<br>Secured:<br>Priority: $27,288.77<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $27,288.77 | Claim: 14745 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/20/2009<br>Creditor's Name and Address:<br>LAFAYETTE PARISH TAX COLLECTOR<br>PO DRAWER 92590<br>LAFAYETTE, LA 70509-2590<br>Secured:<br>Priority: $30,199.57<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $30,199.57 |
| Claim: 11703 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/20/2009<br>Creditor's Name and Address:<br>LAS VEGAS REVIEW JOURNAL<br>CREDIT OFFICE<br>PO BOX 70<br>LAS VEGAS, NV 89125-0070<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $71,980.33<br>Total: $71,980.33 | Claim: 12176 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 04/01/2009<br>Creditor's Name and Address:<br>LAS VEGAS REVIEW JOURNAL<br>CREDIT OFFICE<br>PO BOX 70<br>LAS VEGAS, NV 89125-0070<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $124,898.25<br>Total: $124,898.25 |
| Claim: 14460 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 07/06/2009<br>Creditor's Name and Address:<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN WENDY LOO<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br>Secured:<br>Priority:<br>Administrative: $116,748.78<br>Reclamation:<br>Unsecured:<br>Total: $116,748.78 | Claim: 14738 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 11/09/2009<br>Creditor's Name and Address:<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN WENDY LOO<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br>Secured:<br>Priority:<br>Administrative: $113,685.23<br>Reclamation:<br>Unsecured:<br>Total: $113,685.23 |
| Claim: 13047 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 05/20/2009<br>Creditor's Name and Address:<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN WENDY LOO<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br>Secured:<br>Priority: $109,221.76<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $109,221.76 | Claim: 14738 — Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 11/09/2009<br>Creditor's Name and Address:<br>LOS ANGELES CITY ATTORNEYS OFFICE<br>ATTN WENDY LOO<br>200 N MAIN ST STE 920<br>LOS ANGELES, CA 90012<br>Secured:<br>Priority:<br>Administrative: $113,685.23<br>Reclamation:<br>Unsecured:<br>Total: $113,685.23 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 563<br>Date Filed: 12/04/2008<br>Creditor's Name and Address:<br>LYNDA HALL TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE, AL 35801<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $25,129.08<br>Priority: $25,968.12<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $51,097.20 | Claim: 14690<br>Date Filed: 10/19/2009<br>Creditor's Name and Address:<br>LYNDA HALL TAX COLLECTOR<br>MADISON COUNTY COURTHOUSE<br>100 NORTHSIDE SQ<br>HUNTSVILLE, AL 35801<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $4,605.20<br>Priority: $24,979.44<br>Administrative: $24,979.44<br>Reclamation::<br>Unsecured:<br>Total: $54,564.08 |
| Claim: 307<br>Date Filed: 11/20/2008<br>Creditor's Name and Address:<br>N GENIUS SOLUTIONS INC<br>308 W ERIE ST 4TH FL<br>CHICAGO, IL 60654<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $5,430.00<br>Total: $5,430.00 | Claim: 876<br>Date Filed: 12/08/2008<br>Creditor's Name and Address:<br>N GENIUS SOLUTIONS INC<br>88 W SCHILER 1809<br>CHICAGO, IL 60610<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $8,885.00<br>Total: $8,885.00 |
| Claim: 5213<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br>NINTENDO HARDWARE<br>PO BOX 2155<br>REDMOND, WA 98052<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $17,676.41<br>Total: $17,676.41 | Claim: 14680<br>Date Filed: 10/13/2009<br>Creditor's Name and Address:<br>NINTENDO HARDWARE<br>PO BOX 2155<br>REDMOND, WA 98052<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $17,676.41<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $17,676.41 |
| Claim: 8365<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br>NORTHEAST VERIZON WIRELESS<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $135,268.31<br>Total: $135,268.31 | Claim: 14635<br>Date Filed: 09/15/2009<br>Creditor's Name and Address:<br>NORTHEAST VERIZON WIRELESS<br>VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $5,309.22<br>Total: $5,309.22 |
| Claim: 2112<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>PACIFIC GAS AND ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON, CA 95208<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $100,188.39<br>Total: $100,188.39 | Claim: 13209<br>Date Filed: 06/01/2009<br>Creditor's Name and Address:<br>PACIFIC GAS AND ELECTRIC COMPANY<br>C O PATRICK HAZEN BANKRUPTCY UNIT<br>PO BOX 8329<br>STOCKTON, CA 95208<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $104,444.78<br>Total: $104,444.78 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 6509  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>SAN ANTONIO EXPRESS NEWS<br>801 TEXAS AVE<br>HOUSTON, TX 77002<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $50,058.09<br>Total: $50,058.09 | Claim: 14780  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/23/2009<br>Creditor's Name and Address:<br>SAN ANTONIO EXPRESS NEWS<br>BRIDGETTE FITZPATRICK ESQ<br>HEARST CORPORATION<br>OFFICE OF GENERAL COUNSEL<br>300 W 57TH ST<br>NEW YORK, NY 10019<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $60,069.70<br>Total: $60,069.70 |
| Claim: 1587  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>SIMPLEX GRINNELL<br>50 TECHNOLOGY DR<br>WESTMINSTER, MA 01441<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $7,128.57<br>Total: $7,128.57 | Claim: 3980  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/19/2009<br>Creditor's Name and Address:<br>SIMPLEX GRINNELL<br>50 TECHNOLOGY DR<br>WESTMINSTER, MA 01441<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $31,403.09<br>Total: $31,403.09 |
| Claim: 748  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/28/2008<br>Creditor's Name and Address:<br>SPECIFIC MEDIA INC<br>4 PARK PLZ STE 1500<br>IRVINE, CA 92614-3516<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $322,448.69<br>Total: $322,448.69 | Claim: 13072  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/27/2009<br>Creditor's Name and Address:<br>SPECIFICMEDIA INC<br>4 PARK PLAZA STE 1900<br>IRVINE, CA 92614<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $324,221.24<br>Total: $324,221.24 |
| Claim: 13966  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/29/2009<br>Creditor's Name and Address:<br>STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>PAMELA D CALACHAN<br>COLLECTION & ENFORCEMENT DIV<br>BANKRUPTCY SECTION<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106<br>Secured:<br>Priority:<br>Administrative: $12,470.49<br>Reclamation:<br>Unsecured:<br>Total: $12,470.49 | Claim: 14746  Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/23/2009<br>Creditor's Name and Address:<br>STATE OF CONNECTICUT DEPARTMENT OF REVENUE SERVICES<br>PAMELA D CALACHAN<br>COLLECTION & ENFORCEMENT DIVISION<br>BANKRUPCTY SECTION<br>25 SIGOURNEY ST<br>HARTFORD, CT 06106<br>Secured:<br>Priority:<br>Administrative: $2,470.49<br>Reclamation:<br>Unsecured:<br>Total: $2,470.49 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 5619<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>DEPARTMENT OF REVENUE COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 BKY<br>SAINT PAUL, MN 55164-0447 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $226,693.95<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $226,693.95 | Claim: 14773<br>Date Filed: 12/09/2009<br>Creditor's Name and Address:<br>STATE OF MINNESOTA DEPARTMENT OF REVENUE<br>DEPARTMENT OF REVENUE COLLECTION DIVISION<br>BANKRUPTCY SECTION<br>PO BOX 64447 BKY<br>SAINT PAUL, MN 55164-0447 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $222,381.95<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $222,381.95 |

**Total Claims To Be Amended:** 24  
**Total Asserted Amount To Be Amended:** $18,615,167.23

| In re: Circuit City Stores, Inc, et al. | Debtors' Sixty-Seventh Omnibus Objection to Claims |
| Case No. 08-35653-KRH | (Disallowance Of Certain Duplicate Claims) - Ordered |

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 3899　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>ALBANY TIMES UNION<br>801 TEXAS AVE<br>HOUSTON, TX 77002<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $32,939.59<br>Total: $32,939.59 | Claim: 837　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>ALBANY TIMES UNION<br>801 TEXAS AVE<br>HOUSTON, TX 77002<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $32,939.59<br>Total: $32,939.59 |
| Claim: 14676　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/09/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>ATTN STEVEN C JACKSON<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $256,711.30<br>Administrative:<br>Reclamation::<br>Unsecured: $201,389.57<br>Total: $458,100.87 | Claim: 14695　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/14/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $256,711.30<br>Administrative:<br>Reclamation::<br>Unsecured: $201,389.57<br>Total: $458,100.87 |
| Claim: 14675　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/09/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $256,711.30<br>Administrative:<br>Reclamation::<br>Unsecured: $201,389.57<br>Total: $458,100.87 | Claim: 14695　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/14/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $256,711.30<br>Administrative:<br>Reclamation::<br>Unsecured: $201,389.57<br>Total: $458,100.87 |
| Claim: 14691　　　Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 10/14/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $290,436.01<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $290,436.01 | Claim: 14674　　　Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Date Filed: 10/09/2009<br>Creditor's Name and Address:<br>ARIZONA DEPARTMENT OF REVENUE<br>C O TAX BANKRUPTCY AND COLLECTION SECTION<br>1275 W WASHINGTON AVE<br>PHOENIX, AZ 85007<br>Secured:<br>Priority: $290,436.01<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $290,436.01 |
| Claim: 4792　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>AUDIO VIDEO EXCELLENCE<br>611 W MANLIUS ST<br>E SYRACUSE, NY 13057<br>Secured:<br>Priority: $2,135.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $2,135.00 | Claim: 4790　　　Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/21/2009<br>Creditor's Name and Address:<br>AUDIO VIDEO EXCELLENCE<br>611 W MANLIUS ST<br>E SYRACUSE, NY 13057<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,135.00<br>Total: $2,135.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2710<br>Date Filed: 01/06/2009<br>Creditor's Name and Address:<br>B2B SOLUTIONS BUSINESS TO BUSINESS<br>SOLUTIONS LLC<br>B2B SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $25,235.00<br>Total: $25,235.00 | Claim: 503<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>BUSINESS TO BUSINESS SOLUTIONS<br>3420 PUMP RD NO 406<br>RICHMOND, VA 23233-1111<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $25,235.00<br>Total: $25,235.00 |
| Claim: 13575<br>Date Filed: 06/19/2009<br>Creditor's Name and Address:<br>BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $150.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $150.00 | Claim: 13082<br>Date Filed: 05/29/2009<br>Creditor's Name and Address:<br>BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $150.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $150.00 |
| Claim: 13413<br>Date Filed: 05/27/2009<br>Creditor's Name and Address:<br>BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $150.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $150.00 | Claim: 13082<br>Date Filed: 05/29/2009<br>Creditor's Name and Address:<br>BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $150.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $150.00 |
| Claim: 1575<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>BUREAU VERITAS CONSUMER PRODUCT<br>SERVICES<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $10,500.00<br>Total: $10,500.00 | Claim: 812<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>BUREAU VERITAS CONSUMER PRODUCTS<br>100 NORTHPOINTE PKWY<br>BUFFALO, NY 14228<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $10,500.00<br>Total: $10,500.00 |
| Claim: 14760<br>Date Filed: 12/07/2009<br>Creditor's Name and Address:<br>CARLENE M KLEBE<br>162 E 88 ST APT 16<br>NEW YORK, NY 10128<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,400.03<br>Total: $1,400.03 | Claim: 14754<br>Date Filed: 12/07/2009<br>Creditor's Name and Address:<br>CARLENE M KLEBE<br>162 E 88 ST APT 16<br>NEW YORK, NY 10128<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $1,400.03<br>Total: $1,400.03 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 3459<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>CITY OF GARLAND UTILITY SERVICES<br>P O BOX 461508<br>GARLAND, TX 75046-1508<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $8,440.39<br>Total: $8,440.39 | Claim: 1006<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>CITY OF GARLAND UTILITY SERVICES<br>P O BOX 461508<br>GARLAND, TX 75046-1508<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $8,440.39<br>Total: $8,440.39 |
| Claim: 5633<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>CITY OF MESQUITE AND OR MESQUITE<br>INDEPENDENT SCHOOL DISTRICT<br>C O SCHUERENBERG & GRIMES PC<br>711 N GALLOWAY<br>MESQUITE, TX 75149<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $45,864.50<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $45,864.50 | Claim: 3721<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>CITY OF MESQUITE AND OR MESQUITE<br>INDEPENDENT SCHOOL DISTRICT<br>C O SCHUERENBERG & GRIMES PC<br>GARY ALLMON GRIMES<br>120 W MAIN STE 201<br>MESQUITE, TX 75149<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured: $45,864.50<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $45,864.50 |
| Claim: 14692<br>Date Filed: 10/19/2009<br>Creditor's Name and Address:<br>CLARK COUNTY TREASURER<br>501 E COURT AVE<br>JEFFERSONVILLE, IN 47130-4084<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,690.55<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $10,690.55 | Claim: 14685<br>Date Filed: 10/19/2009<br>Creditor's Name and Address:<br>CLARK COUNTY TREASURER<br>501 E COURT AVE<br>JEFFERSONVILLE, IN 47130-4084<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $10,690.55<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $10,690.55 |
| Claim: 3447<br>Date Filed: 01/13/2009<br>Creditor's Name and Address:<br>CLEVELAND CONSTRUCTION INC<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $505,023.30<br>Total: $505,023.30 | Claim: 2624<br>Date Filed: 01/08/2009<br>Creditor's Name and Address:<br>CLEVELAND CONSTRUCTION INC<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $505,023.30<br>Total: $505,023.30 |
| Claim: 2132<br>Date Filed: 12/30/2008<br>Creditor's Name and Address:<br>DAKOTA ELECTRIC ASSOCIATION<br>4300 220TH STREET WEST<br>FARMINGTON, MN 55024<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $11,803.88<br>Total: $11,803.88 | Claim: 413<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>DAKOTA ELECTRIC ASSOCIATION<br>P O BOX 64427<br>ST PAUL, MN 55164-0427<br><br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $11,803.88<br>Total: $11,803.88 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 13289<br>Date Filed: 06/08/2009<br>Creditor's Name and Address:<br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST 8TH FL<br>WILMINGTON, DE 19801<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,280.75<br>Reclamation:<br>Unsecured:<br>Total: $3,280.75 | Claim: 13195<br>Date Filed: 06/12/2009<br>Creditor's Name and Address:<br>DELAWARE DIVISION OF REVENUE<br>820 N FRENCH ST 8TH FL<br>WILMINGTON, DE 19801<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative: $3,280.75<br>Reclamation:<br>Unsecured:<br>Total: $3,280.75 |
| Claim: 2448<br>Date Filed: 01/05/2009<br>Creditor's Name and Address:<br>EMPIRE ENTERTAINMENT & TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,451.60<br>Total: $2,451.60 | Claim: 377<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>EMPIRE ENTERTAINMENT & TRAVEL<br>3 W PACES FERRY RD STE 203<br>ATLANTA, GA 30305<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,451.60<br>Total: $2,451.60 |
| Claim: 10306<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br>JOFFE, JAKOB<br>10708 CHIPEWYAM DR<br>RICHMOND, VA 23238<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $20,413.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $20,413.00 | Claim: 5686<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>JOFFE, JAKOB<br>10708 CHIPEWYAN DR<br>RICHMOND, VA 23238<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $20,413.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $20,413.00 |
| Claim: 13632<br>Date Filed: 06/26/2009<br>Creditor's Name and Address:<br>JONES III LOUIS C<br>17 SPRING HARBOR<br>ALISO VIEJO, CA 92656<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $15,000.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $15,000.00 | Claim: 10648<br>Date Filed: 02/04/2009<br>Creditor's Name and Address:<br>JONES III, LOUIS C<br>17 SPRING HARBOR<br>ALISO VIEJO, CA 92656<br>Debtor: CIRCUIT CITY STORES WEST COAST, INC. (08-35654)<br>Secured:<br>Priority: $15,000.00<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $15,000.00 |
| Claim: 3090<br>Date Filed: 01/09/2009<br>Creditor's Name and Address:<br>LONE STAR FLOORS<br>720 AVE F<br>NO 105<br>PLANO, TX 75074<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,480.00<br>Total: $2,480.00 | Claim: 1437<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>FORTE COMMERCIAL SERVICES LLC DBA<br>LONE STAR FLOORS<br>720 AVE F STE 105<br>PLANO, TX 75074-6861<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $2,480.00<br>Total: $2,480.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 5515<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br>MCELROY INSTALLATIONS<br>2600 E SOUTHLAKE<br>STE 120 PMB 101<br>SOUTHLAKE, TX 76092<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $16,477.00<br>Total: $16,477.00 | Claim: 1423<br>Date Filed: 12/18/2008<br>Creditor's Name and Address:<br>MCELROY INSTALLATIONS<br>2600 E SOUTHLAKE<br>STE 120 PMB 101<br>SOUTHLAKE, TX 76092<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $16,477.00<br>Total: $16,477.00 |
| Claim: 5810<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>NEXICORE SERVICES<br>HARTFORD COMPUTER GROUP<br>DEPT 9775<br>LOS ANGELES, CA 90084-9775<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $79,100.00<br>Total: $79,100.00 | Claim: 753<br>Date Filed: 12/12/2008<br>Creditor's Name and Address:<br>NEXICORE SERVICES<br>HARTFORD COMPUTER GROUP<br>DEPT 9775<br>LOS ANGELES, CA 90084-9775<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $79,100.00<br>Total: $79,100.00 |
| Claim: 3402<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>PLAN IT INTERACTIVE INC<br>150 W INDUSTRIAL WAY<br>BENICIA, CA 94510<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $5,966.00<br>Total: $5,966.00 | Claim: 162<br>Date Filed: 12/01/2008<br>Creditor's Name and Address:<br>PLAN IT INTERACTIVE INC<br>150 W INDUSTRIAL WAY<br>BENICIA, CA 94510<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $5,966.00<br>Total: $5,966.00 |
| Claim: 6107<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>POST STANDARD, THE<br>PO BOX 4915<br>SYRACUSE, NY 13221<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $32,568.34<br>Total: $32,568.34 | Claim: 1198<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br>POST STANDARD, THE<br>PO BOX 4915<br>SYRACUSE, NY 13221<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $32,568.34<br>Total: $32,568.34 |
| Claim: 5872<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>PRO FORMANCE BLDG MNT INC<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: $2,304.00<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $2,304.00 | Claim: 5866<br>Date Filed: 01/16/2009<br>Creditor's Name and Address:<br>PRO FORMANCE BLDG MNT INC<br>11509 DORSETT RD<br>MARYLAND HEIGHTS, MO 63043<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $2,304.00<br>Total: $2,304.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 2107 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/02/2009<br>Creditor's Name and Address:<br>ROSS PLUMBING<br>2204 W GRIFFIN RD<br>LEESBURG, FL 34748<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $905.22<br>Total: $905.22 | Claim: 236 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 11/28/2008<br>Creditor's Name and Address:<br>ROSS PLUMBING<br>2204 W GRIFFIN RD<br>LEESBURG, FL 34748<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $905.22<br>Total: $905.22 |
| Claim: 14681 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/13/2009<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF LABOR &<br>WORKFORCE DEVELOPMENT BUREAU OF<br>UNEMPLOYMENT INSURANCE<br>C O TN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>Secured:<br>Priority:<br>Administrative: $17,237.40<br>Reclamation:<br>Unsecured:<br>Total: $17,237.40 | Claim: 14771 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 10/09/2009<br>Creditor's Name and Address:<br>TENNESSEE DEPARTMENT OF LABOR &<br>WORKFORCE DEVELOPMENT BUREAU OF<br>UNEMPLOYMENT INSURANCE<br>C O TN ATTORNEY GENERALS OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>Secured:<br>Priority:<br>Administrative: $17,237.40<br>Reclamation:<br>Unsecured:<br>Total: $17,237.40 |
| Claim: 6569 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br>THE OREGONIAN<br>JOE DOE<br>1320 SW BROADWAY<br>PORTLAND, OR 97201<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $74,689.59<br>Total: $74,689.59 | Claim: 840 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br>OREGONIAN PUBLISHING CO, THE<br>PO BOX 4221<br>PORTLAND, OR 97208-4221<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $74,689.59<br>Total: $74,689.59 |
| Claim: 3168 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/12/2009<br>Creditor's Name and Address:<br>THEATER XTREME OF SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,530.00<br>Total: $16,530.00 | Claim: 806 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>THEATER XTREME OF SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028-3188<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,530.00<br>Total: $16,530.00 |

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims  
(Disallowance Of Certain Duplicate Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 1571<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>THEATERXTREME OF SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,530.00<br>Total: $16,530.00 | Claim: 806<br>Date Filed: 12/11/2008<br>Creditor's Name and Address:<br>THEATER XTREME OF SPRINGFIELD<br>170 DENSLOW RD<br>EAST LONGMEADOW, MA 01028-3188<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,530.00<br>Total: $16,530.00 |
| Claim: 8630<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>VONWIN CAPITAL MANAGEMENT LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $5,588.30<br>Total: $5,588.30 | Claim: 1032<br>Date Filed: 12/16/2008<br>Creditor's Name and Address:<br>VONWIN CAPITAL MANAGEMENT, LP<br>ATTN ROGER VON SPIEGEL MANAGING DIRECTOR<br>261 FIFTH AVE 22ND FL<br>NEW YORK, NY 10016-7701<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $5,588.30<br>Total: $5,588.30 |
| Claim: 13338<br>Date Filed: 06/01/2009<br>Creditor's Name and Address:<br>WILSON SCHOOL DISTRICT<br>ATTN TAX OFFICE<br>2601 GRANDVIEW BLVD<br>WEST LAWN, PA 19609-1324<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: UNL | Claim: 13051<br>Date Filed: 05/15/2009<br>Creditor's Name and Address:<br>WILSON SCHOOL DISTRICT<br>ATTN TAX OFFICE<br>2601 GRANDVIEW BLVD<br>WEST LAWN, PA 19609-1324<br>Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: UNL |
| Claim: 13405<br>Date Filed: 06/10/2009<br>Creditor's Name and Address:<br>WW GRAINGER INC<br>7300 N MELVINA AVE M240<br>NILES, IL 60714-3998<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,905.41<br>Total: $16,905.41 | Claim: 10858<br>Date Filed: 02/03/2009<br>Creditor's Name and Address:<br>W W GRAINGER INC<br>7300 N MELVINA AVE M240<br>NILES, IL 60714-3998<br>Debtor: CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $16,905.41<br>Total: $16,905.41 |

**Total Claims To Be Duplicated:** 33  
**Total Asserted Amount To Be Duplicated:** $2,189,396.60

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

**Debtors' Sixty-Seventh Omnibus Objection to Claims
(Disallowance Of Certain Amended Claims) -
Adjourned**

**EXHIBIT B**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 12402<br>Date Filed: 04/29/2009<br>Creditor's Name and Address:<br>CHASE BANK USA NATIONAL ASSOCIATION<br>ATTN DANIEL P TIERNEY<br>201 N WALNUT ST<br>3 CHRISTINA CTR<br>WILMINGTON, DE 19801 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $37,182,615.00<br>Total: $37,182,615.00 | Claim: 14787<br>Date Filed: 01/07/2010<br>Creditor's Name and Address:<br>CHASE BANK USA NATIONAL ASSOCIATION<br>ATTN DANIEL P TIERNEY<br>201 N WALNUT ST<br>3 CHRISTINA CTR<br>WILMINGTON, DE 19801 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $33,789,082.00<br>Total: $33,789,082.00 |
| Claim: 12386<br>Date Filed: 04/24/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>WELTMAN WEINBERG & REIS CO LPA<br>175 S THIRD ST STE 900<br>COLUMBUS, OH 43215 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $98,246.66<br>Total: $98,246.66 | Claim: 14468<br>Date Filed: 07/14/2009<br>Creditor's Name and Address:<br>THE COLUMBUS DISPATCH<br>WELTMAN WEINBERG & REIS CO LPA<br>175 S THIRD ST STE 900<br>COLUMBUS, OH 43215 | Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $65,544.64<br>Total: $65,544.64 |

**Total Claims To Be Amended:** 2  
**Total Asserted Amount To Be Amended:** $37,280,861.66

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Apr 01, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Apr 03, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 03, 2010**                                     **Signature:** *Joseph Speetjens*