```
Gregg M. Galardi, Esq.              Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.             Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

         - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
           Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER ON DEBTORS' FOURTH OMNIBUS
<u>OBJECTION TO CERTAIN DUPLICATIVE CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Fourth Omnibus Objection to Certain Duplicative Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further

notice or service of the Objection need be given; and it further appearing that certain parties filed responses to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and upon the record in this matter and a hearing having been held on March 18, 2010; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The claims identified on Exhibit A as attached hereto and incorporated herein are modified as set forth on Exhibit A for all purposes in these bankruptcy cases; provided, however, this is without prejudice to the claimant's right to seek reclassification to general unsecured status of the surviving alleged administrative claims, as reflected on Exhibit A, to the extent such claims are not allowed as administrative expense priority claims under section 503(b)(9) of the Bankruptcy Code.

2.  The Debtors' rights to object to any claim, including (without limitation) the claims set forth on Exhibit A and in the Objection, on any grounds that

applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

4. The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia

\_\_\_Mar 31 2010_____, 2010

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 1, 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -



/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10982416

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Supplemental Order on Fourth Omnibus Claims Objection

Exhibit A - Duplicate 503(b)(9) - Modified Claims

| Claim Number | Date Filed | Claimant Name | Claimant Address | Debtor as Filed | Classification as Filed | Amount Claimed as Filed | Modified Surviving Amount |
|---|---|---|---|---|---|---|---|
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | BETHESDA SOFTWORKS LLC ATTN J GRIFFIN LESHER ESQ 1370 PICCARD DR STE 120 ROCKVILLE, MD 20850 | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $0.00 |
| 8423 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | Unsecured | $32,742.84 | $32,742.84 |
| 8476 | 1/29/09 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $0.00 |
| 1244 | 12/18/08 | BETHESDA SOFTWORKS LLC | SEE ABOVE | CIRCUIT CITY STORES, INC. | 503b9 - Admin Priority | $3,838,606.40 | $3,838,606.40 |

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1            Date Rcvd: Apr 01, 2010
Case: 08-35653              Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Apr 03, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:** _Joseph Speetjens_