Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-1720  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., | : 1Case No. 08-35653 (KRH) |
| et al., | : |
| | : |
| Debtors. | : Jointly Administered |

- - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR  
AND MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT ON  
NINETEENTH OMNIBUS OBJECTION TO CLAIMS  
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO  
GENERAL UNSECURED, NON-PRIORITY CLAIMS) WITH RESPECT TO  
THE CLASS CLAIM OF JACK HERNANDEZ**

Upon consideration of the Debtors' motion for summary judgment (the "Motion"), pursuant to Bankruptcy Code section 105, 502 and 507, Rules 2002, 3007, 7056,

9007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 56 of the Federal Rules of Civil Procedure (the "Civil Rules"), on the Nineteenth Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with respect to the Claim of Jack Hernandez ("Claimant"), attached as Exhibit B to the Motion; the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and a hearing having been held on March 25, 2010; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED.

2. Claim number 6045 (the "Claim") is hereby reclassified to a general unsecured, non-priority claim in its entirety.

3. Nothing in this Order shall be deemed to prejudice the Claimant's right to seek relief pursuant to Rule 7023 of the Federal Rules of Bankruptcy Procedure to file the Claim as a class proof of claim or the Debtors', the Creditors' Committee's and all other parties in interest's rights and defenses with respect thereto, all of which are not waived and are expressly reserved.

4. The Debtors right to object to any claim, including (without limitation) the Claim, on any grounds that governing law permits are not waived and are expressly reserved.

5. To the extent that this Order conflicts with the Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703), this Order shall control.

6. The Debtors shall serve a copy of this Order on Claimant on or before seven (7) days from the entry of this Order.

7.  This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
       Mar 31 2010      , 2010

/s/ Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:    Entered on docket: April 1, 2010

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and –

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10976100

5

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs               Page 1 of 1              Date Rcvd: Apr 01, 2010
Case: 08-35653                  Form ID: pdforder           Total Noticed: 1

The following entities were noticed by first class mail on Apr 03, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,    PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 03, 2010**                           **Signature:** *Joseph Speetjens*