```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

                  IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE EASTERN DISTRICT OF VIRGINIA
                            RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :
            Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' FIFTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

Upon the objection (the "Objection")[1] of the Debtors for entry of an order, pursuant to Bankruptcy Code sections 105, 502 and 503, Bankruptcy Rule 3007, and Local

---

[1]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Rule 3007-1, seeking, among other things, that the Claims specifically identified on Exhibit B attached to the Objection be disallowed; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain Claimants filed a response to the Objection; and it appearing that a hearing on the merits was held on March 8, 2010 and March 25, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A attached hereto and incorporated herein are disallowed as administrative expense claims and reclassified to general unsecured claims as set forth on Exhibit A.

3. To the extent any of the agreements allegedly giving rise to the Claims are or were executory and they have been or are subsequently rejected by the Debtors, nothing in this Order shall prohibit a Claimant who filed a

2

Claim from filing a rejection damages claim (as a priority claim or otherwise) by the applicable bar date or impair the Debtors' right to object to any such rejection damages claim that is filed on any ground that governing law permits. For the avoidance of doubt, nothing herein shall be deemed to extend any bar date.

      4.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that governing law permits and each claimant's right to contest such objection are not waived and are expressly reserved.

      5.   With respect to the Claims, this Order shall control over the Order on Debtors' Fifty-Sixth Omnibus Objection to Claims (Disallowance of Certain Alleged Administrative Expenses on Account of Employee Obligations) (Docket No. 6071).

      6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

    <u>  Apr 1 2010               </u>, 2010

    <u>/s/ Kevin Huennekens         </u>
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 1 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

5

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative Claims - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14336<br>Date Filed: 06/23/2009<br>Docketed Total: $1,000,000.00<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | Claim Holder Name and Address<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106<br>Case Number: 08-35653<br>Docketed Total: $1,000,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                $1,000,000.00 | Case Number: 08-35653<br>Modified Total: $1,000,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                            $1,000,000.00 |
| Claim: 14337<br>Date Filed: 06/23/2009<br>Docketed Total: $2,203,668.90<br>Filing Creditor Name and Address:<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106 | Claim Holder Name and Address<br>BESANKO BRUCE H<br>191 FARMINGTON RD<br>LONGMEADOW, MA 01106<br>Case Number: 08-35653<br>Docketed Total: $2,203,668.90<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                $2,203,668.90 | Case Number: 08-35653<br>Modified Total: $2,203,668.90<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                            $2,203,668.90 |
| Claim: 14236<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112<br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                            $40,000.00 |
| Claim: 14238<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112<br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                            $40,000.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

**Debtors' Fifty-Sixth Omnibus Objection to Claims**  
**Supplemental Order Objection To Certain Hr Administrative Claims - Modified**

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14240<br>Date Filed: 06/30/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112 | Claim Holder Name and Address<br>BRADLEY, THOMAS C<br>2801 SAVAGE VIEW DR<br>MIDLOTHIAN, VA 23112<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$40,000.00 |
| Claim: 13936<br>Date Filed: 06/29/2009<br>Docketed Total: $1,502,166.00<br>Filing Creditor Name and Address:<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address<br>BREITENBECHER, KELLY<br>SANDS ANDERSON MARKS & MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998<br><br>Case Number: 08-35653<br>Docketed Total: $1,502,166.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,502,166.00 | Case Number: 08-35653<br>Modified Total: $1,502,166.00<br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,502,166.00 |
| Claim: 14365<br>Date Filed: 06/23/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>FAY LAWRENCE<br>2500 MAPLE HALL CT<br>MIDLOTHIAN, VA 23113<br><br>Case Number: 08-35653<br>Docketed Total: $20,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$20,000.00 | Case Number: 08-35653<br>Modified Total: $20,000.00<br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$20,000.00 |
| Claim: 13622<br>Date Filed: 06/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br>FRANCIS E TELEGADAS<br>8204 YOLANDA RD<br>RICHMOND, VA 23229<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims  
Supplemental Order Objection To Certain Hr Administrative  
Claims - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13885<br>Date Filed:   06/29/2009<br>Docketed Total:    $270,000.00<br>Filing Creditor Name and Address:<br>  GEITH, JON C<br>  CANFIELD BAER LLP<br>  2201 LIBBIE AVE STE 200<br>  RICHMOND, VA 23230 | Claim Holder Name and Address<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>Case Number: 08-35653<br>Docketed Total: $270,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $270,000.00 | Case Number: 08-35653<br>Modified Total: $270,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $270,000.00 |
| Claim: 14025<br>Date Filed:   06/29/2009<br>Docketed Total:    $93,120.00<br>Filing Creditor Name and Address:<br>  GEITH, JON C<br>  CANFIELD BAER LLP<br>  2201 LIBBIE AVE STE 200<br>  RICHMOND, VA 23230 | Claim Holder Name and Address<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>Case Number: 08-35653<br>Docketed Total: $93,120.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $93,120.00 | Case Number: 08-35653<br>Modified Total: $93,120.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $93,120.00 |
| Claim: 14173<br>Date Filed:   06/29/2009<br>Docketed Total:    $125,000.00<br>Filing Creditor Name and Address:<br>  GEITH, JON C<br>  CANFIELD BAER LLP<br>  2201 LIBBIE AVE STE 200<br>  RICHMOND, VA 23230 | Claim Holder Name and Address<br>GEITH, JON C<br>CANFIELD BAER LLP<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>Case Number: 08-35653<br>Docketed Total: $125,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $125,000.00 | Case Number: 08-35653<br>Modified Total: $125,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $125,000.00 |
| Claim: 13879<br>Date Filed:   06/29/2009<br>Docketed Total:    $657,814.00<br>Filing Creditor Name and Address:<br>  JEFF MCDONALD<br>  5540 QUAIL RIDGE TER<br>  CHESTERFIELD, VA 23832 | Claim Holder Name and Address<br>JEFF MCDONALD<br>5540 QUAIL RIDGE TER<br>CHESTERFIELD, VA 23832<br><br>Case Number: 08-35653<br>Docketed Total: $657,814.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $657,814.00 | Case Number: 08-35653<br>Modified Total: $657,814.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                    $657,814.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14011<br>Date Filed: 06/29/2009<br>Docketed Total: $125,000.00<br>Filing Creditor Name and Address:<br>LAMBERT GAFFNEY, LAURIE<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address<br>LAMBERT GAFFNEY, LAURIE<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>Case Number: 08-35653<br>Docketed Total: $125,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                  $125,000.00 | Case Number: 08-35653<br>Modified Total: $125,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                    $125,000.00 |
| Claim: 13803<br>Date Filed: 06/26/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address<br>LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                  $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                    $40,000.00 |
| Claim: 14107<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | Claim Holder Name and Address<br>MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650<br><br>Case Number: 08-35653<br>Docketed Total: $15,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                  $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                    $15,000.00 |
| Claim: 13967<br>Date Filed: 06/29/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                  $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                    $40,000.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13321<br>Date Filed: 06/11/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | Claim Holder Name and Address    Case Number: 08-35653<br>SALON RICHARD E    Docketed Total: $20,000.00<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                         $20,000.00 | Case Number: 08-35653<br>Modified Total: $20,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $20,000.00 |
| Claim: 13833<br>Date Filed: 06/29/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address    Case Number: 08-35653<br>SCOTT D MAINWARING    Docketed Total: $40,000.00<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                         $40,000.00 | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $40,000.00 |
| Claim: 14159<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>TOLLIVER, DAVID W<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269 | Claim Holder Name and Address    Case Number: 08-35653<br>TOLLIVER, DAVID W    Docketed Total: $15,000.00<br>3100 H WESTBURY LAKE DR<br>CHARLOTTE, NC 28269<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                         $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $15,000.00 |
| Claim: 13948<br>Date Filed: 06/30/2009<br>Docketed Total: $62,500.00<br>Filing Creditor Name and Address:<br>VONBECHMANN, DAWN W<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219 | Claim Holder Name and Address    Case Number: 08-35653<br>VONBECHMANN, DAWN W    Docketed Total: $62,500.00<br>SPOTTS FAIN PC<br>411 E FRANKLIN ST STE 600<br>RICHMOND, VA 23219<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                         $62,500.00 | Case Number: 08-35653<br>Modified Total: $62,500.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                      $62,500.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Fifty-Sixth Omnibus Objection to Claims
Supplemental Order Objection To Certain Hr Administrative
Claims - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13959<br>Date Filed: 06/30/2009<br>Docketed Total: $260,000.00<br>Filing Creditor Name and Address:<br>WIMMER JR, JAMES H<br>CHRISTIAN & BARTON LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219 | Claim Holder Name and Address<br>WIMMER JR, JAMES H<br>CHRISTIAN & BARTON LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219<br><br>Case Number: 08-35653<br>Docketed Total: $260,000.00<br><br>503(b)(9)   Reclamation   Admin $260,000.00   Secured   Priority   Unsecured | Case Number: 08-35653<br>Modified Total: $260,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured $260,000.00 |

**Total Claims To Be Modified: 21**

**Total Amount As Docketed:** $6,609,268.90

**Total Amount As Modified:** $6,609,268.90

\*  "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1              Date Rcvd: Apr 01, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on Apr 03, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2010**                    **Signature:** _Joseph Speetjens_