Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Dion W. Hayes (VSB No. 34304)  
Douglas M. Foley (VSB No. 34364)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606-7120  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
                   Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS'**  
**TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS**  
**(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) (the "Objection"), and it appearing that due and proper notice and service of the Objection was given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that this Court entered an Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 4807) (the "Initial Order"), the Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6128) (the "Supplemental Order"), the Second Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6675) (the "Second Supplemental Order"), and the Third Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6872) (the "Third Supplemental Order"); and it further appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Claim No. 220, identified on <u>Exhibit A</u> as attached hereto and incorporated herein, is disallowed in its entirety for all purposes in these bankruptcy cases; <u>provided</u>, <u>however</u>, that the disallowance of Claim No. 220 is without prejudice to Claim Nos. 13004, 14428, 14429, and 14659 asserted against Circuit City Stores, Inc.

2. The Debtors' rights to object to any claim, including (without limitation) the claims in the Objection, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order, the Supplemental Order, the Second Supplemental Order, or the Third Supplemental Order, this Order shall control.

5. The Debtors shall serve a copy of this Order on the claimant included on <u>Exhibit A</u> to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

      - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley_____
Douglas M. Foley

\11025131.2

5

In re: Circuit City Stores, Inc, et al.  Debtors' Twenty-Seventh Omnibus Objection to Claims Fourth
Case No. 08-35653-KRH  Supplemental Order On Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 220 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $290,151.33<br><br><br><br><br><br>$290,151.33 | 12/01/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 1  **$290,151.33**

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1