Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

             - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

        IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF VIRGINIA
                 RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :    Jointly Administered
- - - - - - - - - - - - - - x

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS' NINETEENTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF
CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED,
NON-PRIORITY CLAIMS**

THIS MATTER having come before the Court on the

Debtors' Nineteenth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims to General

Unsecured, Non-priority  Claims) (the "Objection"); and it

appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and
that no other further notice or service of the Objection
need be given; and it further appearing that certain
claimants filed responses to the Objection; and the Court
having entered the Order on Debtors' Nineteenth Omnibus
Objection to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-Priority
Claims) (Docket No. 4449) (the "Initial Order"), the
Supplemental Order on Debtors' Nineteenth Omnibus Objection
to Claims (Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) (Docket No. 4784)
(the "Supplemental Order"), the Second Supplemental Order on
Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General
Unsecured, Non-Priority Claims) (Docket No. 6299) (the
"Second Supplemental Order"), and the Third Supplemental
Order on Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims to General
Unsecured, Non-Priority Claims) (Docket No. 6868) (the
"Third Supplemental Order"); and it appearing that the
relief requested on the Objection is in the best interest of
the Debtors, their estates and creditors and other parties-
in-interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Initial Order, the Supplemental Order, the Second Supplemental Order, and the Third Supplemental Order, the claims identified on Exhibit A attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases as set forth on Exhibit A (as attached hereto and incorporated herein).

2.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
         _____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\11024220.1

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 5163<br>Date Filed:  01/23/2009<br>Docketed Total:    $47,700.00<br>Filing Creditor Name and Address:<br>  LAUREL PLUMBING INC<br>  STEVENS & LEE PC<br>  1818 MARKET ST 29TH FL<br>  PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br><br>LAUREL PLUMBING INC<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$47,700.00** | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$47,700.00** | | |
| | 503(b)(9)   Reclamation | Admin | Secured<br>$47,700.00 | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$47,700.00 |
| Claim: 3739<br>Date Filed:  01/14/2009<br>Docketed Total:     $120,225.00<br>Filing Creditor Name and Address:<br>  UNION COUNTY<br>  CONSTRUCTION GROUP INC<br>  STEVENS & LEE PC<br>  1818 MARKET ST 29TH FL<br>  PHILADELPHIA, PA 19103 | Claim Holder Name and Address<br><br>UNION COUNTY CONSTRUCTION<br>GROUP INC<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103 | | Case Number:<br><br>Docketed Total: | | 08-35653<br><br>**$120,225.00** | | Case Number:<br><br>Modified Total: | | | 08-35653<br><br>**$120,225.00** | | |
| | 503(b)(9)   Reclamation | Admin | Secured<br>$120,225.00 | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$120,225.00 |

**Total Claims To Be Modified: 2**

**Total Amount As Docketed:**     $167,925.00

**Total Amount As Modified:**     $167,925.00

\*    "UNL" denotes an unliquidated claim.