RICHMOND DIVISION
FILED
APR 01 2010
CLERK
US BANKRUPTCY COURT

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:
- ☐ Debtor
- ☐ Attorney [If Applicable:] Name: ______________________
- ☑ Creditor

***If joint case, please check the appropriate box as set out below:***

New address is for:
- ☐ Husband and Wife
- ☐ Husband Only
- ☐ Wife Only

*[If applicable]* Case Name: Circuit City Stores, Inc., et. al. (jointly administered)
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653 (KRH)
*[If applicable]* Creditor Name: Daly City Partners I, L.P.

☑ Street Address ☐ Mailing Address
New Address: 88 Kearny Street, Suite 1818
No. and Street, Apt., P. O. Box or R. D. No.

City: San Francisco State: CA Zip: _____

☑ Street Address ☐ Mailing Address
Old Address: 650 California Street, Suite 1288
No. and Street, Apt., P. O. Box or R. D. No.

City: San Francisco State: CA Zip: 94108

Telephone Number: ( 415 ) 273-0380
**Please include area code**

[signature]
Signature of Filer [*check filer type below*]:
- ☐ Attorney for Debtor
- ☐ Debtor ***[If joint case and address is for husband and wife, both debtors must sign.]***
- ☐ Creditor
- ☑ Attorney

Date: March 31, 2010
pc: Trustee
United States Trustee
Creditor (for creditor's change of address)

[changead ver. 02/08]

MICHAEL W. MALTER, (Cal. #96533)
JULIE H. ROME-BANKS, (Cal. #142364)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: michael@bindermalter.com
Email: julie@bindermalter.com

Attorneys for Creditor
Daly City Partners I, L.P.

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653 (KRH)<br>Jointly Administered |

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, CA 95050, telephone number (408) 295-1700.

On March 31, 2010, I served the following:

**CHANGE OF ADDRESS**

on the interested parties in said cause, by sending a true copy thereof in a sealed envelope, and sending via US First Class mail, at Santa Clara, California, to the following:

Debtor
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

<u>Debtor's Attorneys</u>
Daniel F. Blanks
Douglas M. Foley
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes
Joseph S. Sheerin
Sarah Beckett Boehm
McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899

*I declare under penalty of perjury that the foregoing is true and correct and that* this declaration was executed at Santa Clara, California on March 31, 2010.

/s/ Tam Tran
Tam Tran

F:\Clients\Collins, John re Circuit City\Pleading\Change of Address 3.31.10.wpd

MICHAEL W. MALTER
HEINZ BINDER
GAYLE ZICKGRAFF GREEN
ROBERT G. HARRIS
JULIE H. ROME-BANKS
DAVID B. RAO
WENDY W. SMITH
ROYA SHAKOORI
KRISTINA A. PARSON

NAN L. CORBER
PARALEGAL

BINDER & MALTER, LLP
ATTORNEYS AT LAW

2775 PARK AVENUE
SANTA CLARA, CA 95050

Please reply to:
P.O. Box 28461
San Jose, CA 95159-8461

TELEPHONE (408) 295-1700
FACSIMILE (408) 295-1531

March 31, 2010

VIA FEDERAL EXPRESS
OVERNIGHT

Attn: Clerk of Court
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

**RE: Circuit City Stores, Inc., et al.; Chapter 11 Case No.: 08-35653 (KRH); Change of Address for Creditor Daly City Partners I, L.P.**

Dear Clerk of Court:

Enclosed with this letter you will find the original and one copy of the Change of Address along with Certificate of Service for creditor Daly City Partners I, L.P. Please file this with the court and return the conformed copies to us in the enclosed return envelope.

Should you have any questions, please feel free to contact our office.

Very truly yours,

BINDER & MALTER, LLP

Tam Tran
Legal Assistant

/tt
Enclosures

F:\Clients\Collins, John re Circuit City\Corr\Clerk 3.31.10 wpd