# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x
In re:                                    Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,   Case No. 08-35653 (KRH)


                Debtors.                  (Jointly Administered)
---------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NO. 1201
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:     Olympus Corporation
        c/o Olympus Imaging America Inc.
        3500 Corporate Parkway
        Center Valley, PA 18034
        Attn: Andrew St. Clair / Steve Renschen


Your right, title, and interest in and to the Section 503(b)(9) administrative claim evidenced by proof of claim no. **1201**, date-stamped **December 17, 2008**, filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the total filed amount of **$5,891,051.28** (the first page of which proof of claim is attached hereto as Exhibit A), pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Credit Opportunity Master Fund LP ("Transferee"), its successors and assigns, with offices located at:

        Southpaw Credit Opportunity Master Fund LP
        2 West Greenwich Office Park, 1st Floor
        Greenwich, CT 06831
        Tel: (203) 862-6208
        Fax: (203) 862-6201
        Attn: Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

        Clerk of the Court
        U.S. Bankruptcy Court
        Eastern District of Virginia
        701 East Broad Street
        Richmond, VA 23219-1888


dc-598093

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____<u>Clerk of the Court</u>_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:       _____
Claims Agent Noticed: _____

                                                _____
                                                         Deputy Clerk

dc-598093

## **EXHIBIT A**

**Proof of Claim No. 1201**

**COPY**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

## Section 503(b)(9) Claim Request Form

DEADLINE FOR FILING 503(b)(9) CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al. Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*

Olympus Corporation
Eric Vautrin
3500 Corporate Parkway
Center Valley, PA 18034

Telephone: _____
Fax: _____

**Name and address where notices should be sent (if different from above)** Olympus Imaging America, Inc.
(AKA to Debtor as Olympus Corporation)
Andrew St Clair
3500 Corporate Parkway
Center Valley, PA 18034

Telephone: 484-896-3410
Fax: 484-896-7164

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted:** (Check one box below:)

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 21091

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 5,891,051.28

**2. DATE OF SHIPMENT:** 10-21/11-10-08  **METHOD OF SHIPMENT:** FOB Collect  **DATE OF RECEIPT:** 10-21-08/11-10-08
**NAME OF CARRIER:** Various  **PLACE OF DELIVERY:** See Attached BOL's

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 5,891,051.28
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** Retail Merchandise
Describe goods sold: Consumer Electronics and Accessories
*Attach support for your claim.*

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

**RECEIVED**
**DEC 17 2008**
**KURTZMAN CARSON CONSULTANTS**

Date: 12-16-08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): CFO & Treasurer

# **EXHIBIT B**

**Evidence of Transfer of Claim**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:        THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    1201

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Olympus Corporation of the Americas, (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Credit Opportunity Master Fund LP its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with the administrative claim pursuant to 11 U.S.C. §503(b)(b) in the amount of $5,891,051.28 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re: Circuit City Stores, Inc., et al., Case No. 08-35653 (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 30, 2010.

**OLYMPUS CORPORATION
AND
OLYMPUS IMAGING AMERICA INC.**

By: _____
Name: Kari Watanabe
Title: Treasurer

**SOUTHPAW CREDIT
OPPORTUNITY MASTER FUND LP**

By: _____
Name:
Title:

Howard Golden, Managing Member
of General Partner-Southpaw GP LLC