# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x

In re:                                                                    Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,            Case No. 08-35653 (KRH)


                          Debtors.                                 (Jointly Administered)

---------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NO. 9006
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:    Olympus Imaging America Inc. AKA to Debtors as Olympus Corporation
       3500 Corporate Parkway
       Center Valley, PA 18034
       Attn: Andrew St. Clair / Steve Renschen


Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **9006**, date-stamped **January 30, 2009**, filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the total filed amount of **$17,367,527.47** (the first page of which proof of claim is attached hereto as Exhibit A), pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Credit Opportunity Master Fund LP ("Transferee"), its successors and assigns, with offices located at:

       Southpaw Credit Opportunity Master Fund LP
       2 West Greenwich Office Park, 1st Floor
       Greenwich, CT 06831
       Tel:  (203) 862-6208
       Fax:  (203) 862-6201
       Attn:  Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

       Clerk of the Court
       U.S. Bankruptcy Court
       Eastern District of Virginia
       701 East Broad Street
       Richmond, VA 23219-1888


dc-598106

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:       _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-598106

## **EXHIBIT A**

**Proof of Claim No. 9006**

dc-598106

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted :** (Check only **one** box below:)

| [X] Circuit City Stores, Inc. (Case No. 08-35653) | [ ] CC Distribution Company of Virginia, Inc. (Case No. 08-35659) | [ ] Abbott Advertising, Inc. (Case No. 08-35665) |
| [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654) | [ ] Circuit City Stores PR, LLC (Case No. 08-35660) | [ ] Mayland MN, LLC (Case No. 08-35666) |
| [ ] InterTAN, Inc. (Case No. 08-35655) | [ ] Circuit City Properties, LLC (Case No. 08-35661) | [ ] Patapsco Designs, Inc. (Case No. 08-35667) |
| [ ] Ventoux International, Inc. (Case No. 08-35656) | [ ] Orbyx Electronics, LLC (Case No. 08-35662) | [ ] Sky Venture Corporation (Case No. 08-35668) |
| [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657) | [ ] Kinzer Technology, LLC (Case No. 08-35663) | [ ] XSStuff, LLC (Case No. 08-35669) |
| [ ] CC Aviation, LLC (Case No. 08-35658) | [ ] Courchevel, LLC (Case No. 08-35664) | [ ] PRAHS, INC. (Case No. 08-35670) |

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Olympus Imaging America AKA to Debtor as Olympus Corporation

**Name and address where notices should be sent:**
Olympus Imaging America AKA to Debtor as Olympus Corporation
Andrew St Clair
3500 Corporate Parkway
Center Valley PA 18034
Telephone number:

[X] Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: 1-23-09

**Name and address where payment should be sent** (if different from above):
Telephone number:

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $17,367,527.47

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete item 5.

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 21091

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** [ ] Real Estate    [ ] Motor Vehicle    [ ] Other
**Describe:**
**Value of Property:** $_____  **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**
if any: $_____    **Basis for perfection:** _____
**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

[ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

[ ] Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

[ ] Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

[ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**Date:** 1-28-09

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

President
F Mark Gumz
[signature]

**FOR COURT USE ONLY**
RECEIVED
JAN 30 2009
KURTZMANCARSONCONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

0835653090130000000000255

## **EXHIBIT B**

**Evidence of Transfer of Claim**

## EVIDENCE OF TRANSFER OF CLAIM

TO:        THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    7390, 9006

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Olympus Corporation of the Americas, (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Credit Opportunity Master Fund LP its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim Nos. 7390 and 9006 in the amount of **$17,367,527.47** (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re: Circuit City Stores, Inc., et al., Case No. 08-35653 (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 30, 2010.

| OLYMPUS CORPORATION AND OLYMPUS IMAGING AMERICA INC. | SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP |
|---|---|
| By: _____ <br> Name: Kari Watanabe <br> Title: Treasurer | By: _____ <br> Name: <br> Title: <br><br> Howard Golden, Managing Member of General Partner-Southpaw GP LLC |