UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

MOTION FOR ADMISSION
<u>PRO HAC VICE OF JON L.R. DALBERG</u>

Michael D. Mueller ("Movant"), hereby moves the Court, pursuant to Local Bankruptcy Rule 2090-1(E), to enter an order authorizing Jon L.R. Dalberg ("Mr. Dalberg") an attorney with the law firm of Landau Gottfried & Berger, LLP, to appear <u>pro hac vice</u> in the above-referenced bankruptcy cases before the United States Bankruptcy Court for the Eastern District of Virginia (collectively, the "Bankruptcy Case") to represent Warner Home Video, a division of Warner Bros. Home Entertainment Inc.  In support of this Motion, the Movant states as follows:

1.  Movant is a member in good standing of the Bar of the Supreme Court of Virginia and an attorney admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia.

2.  Mr. Dalberg is a member of good standing of the State Bar of California.  There are no disciplinary proceedings pending against Mr. Dalberg in any jurisdiction in which he is admitted to practice.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  804-697-4100
Fax: 804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

3. Movant requests that this Court authorize Mr. Dalberg to appear and be heard at hearings concerning, and to otherwise participate in the Bankruptcy Case (and related proceedings) on behalf of Warner Home Video, a division of Warner Bros. Home Entertainment Inc.

4. Movant and his law firm shall serve as co-counsel with Mr. Dalberg in the Bankruptcy Case (and related proceedings).

5. Mr. Dalberg's Application is appended to and incorporated by reference into this Motion.

6. Notice of this Motion has been given to (a) the Office of the United States Trustee, (b) to counsel for the Debtors, and (c) all persons receiving electronic notice in the Bankruptcy Case as of the service hereof.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing Mr. Dalberg to appear pro hac vice in the Bankruptcy Case in substantially the same form as Exhibit A attached hereto and grant such other and further relief as is just.

/s/ Michael D. Mueller
Michael D. Mueller

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4100
Facsimile:   804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of April, 2010, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice of Jon L.R. Dalberg was served on all persons receiving electronic notice in these cases and to the following:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

/s/ Michael D. Mueller
Michael D. Mueller

912350

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER
LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653        ,* Case Name  In re: Circuit City Stores, Inc., et al.

PERSONAL STATEMENT

FULL NAME (no initials, please) ~~John L. R. Dalberg~~ JON LINCOLN RICHARD DALBERG
Bar Identification Number  128259   State  CA
Firm Name  LANDAU GOTTFRIED & BERGER LLP
Firm Phone #  310 557 0050    Direct Dial #  310.557.0050 x 105    FAX #  310 557 0056
E-Mail Address  jdalberg@LGBfirm.com
Office Mailing Address  1801 Century Park East Suite 1460 Los Angeles, CA 90067
Name(s) of federal court(s) in which I have been admitted  CD California, Bankr. CD California, Bankr. ED California

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Michael D. Mueller                           3/31/2010
(Signature)                                      (Date)

Michael D. Mueller
(Typed or Printed Name)

_____

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.

Court Use Only:

The motion for admission is GRANTED _____ *or* DENIED _____


_____          _____
(Judge's Signature)                (Date)

Ver. 11/05/09 [effective 12/01/09]