

# HIRSCHLER FLEISCHER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**Sheila deLa Cruz** • Richmond Office
(804) 771-9530 • sdelacruz@hf-law.com

The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223-7078
Telephone: 804-771-9500
Fax: 804-644-0957

Mailing Address:
Post Office Box 500
Richmond, VA 23218-0500

Fredericksburg Office:
725 Jackson Street, Suite 200
Fredericksburg, VA 22401-5720
Telephone: 540-604-2100
Fax: 540-604-2101

www.hf-law.com

April 7, 2010

**VIA FIRST CLASS MAIL**
**AND ELECTRONIC MAIL**

Suzanne French, Case Administrator
U.S. Bankruptcy Court
701 E. Broad Street, Suite 4000
Richmond, VA 23219

    Re:    **In re Circuit City Stores, Inc., et al. (Case No. 08-35653);**
               Appellant Designation of Record on Appeal regarding appeal
               by 502-12 86th Street LLC, Cottonwood Corners – Phase V, LLC and Woodlawn
               Trustees, Incorporated

Dear Ms. French,

    The Appellants' designation of record on appeal in connection with the above-referenced action may be destroyed. Please let me know if you have any further questions or concerns.

                          Sincerely,

                          Sheila deLa Cruz

cc:    Michael P. Falzone, Esq.