Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS'
TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the

Debtors' Twenty-Seventh Omnibus Objection to Claims

(Disallowance of Certain Tax Claims for No Tax Liability)

(the "Objection"), and it appearing that due and proper

notice and service of the Objection was given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was

good and sufficient and that no other further notice or

service of the Objection need be given; and it appearing

that certain parties filed responses to the Objection; and

it appearing that this Court entered an Order on Debtors'

Twenty-Seventh Omnibus Objection To Claims (Disallowance of

Certain Tax Claims for No Tax Liability) (Docket No. 4807)

(the "Initial Order"), the Supplemental Order on Debtors'

Twenty-Seventh Omnibus Objection To Claims (Disallowance of

Certain Tax Claims for No Tax Liability) (Docket No. 6128)

(the "Supplemental Order"), the Second Supplemental Order on

Debtors' Twenty-Seventh Omnibus Objection To Claims

(Disallowance of Certain Tax Claims for No Tax Liability)

(Docket No. 6675) (the "Second Supplemental Order"), and the

Third Supplemental Order on Debtors' Twenty-Seventh Omnibus

Objection To Claims (Disallowance of Certain Tax Claims for

No Tax Liability) (Docket No. 6872) (the "Third Supplemental

Order"); and it further appearing that the relief requested

on the Objection is in the best interest of the Debtors,

their estates and creditors and other parties-in-interest;

and after due deliberation thereon good and sufficient cause

exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    Claim No. 220, identified on Exhibit A as attached

hereto and incorporated herein, is disallowed in its

entirety for all purposes in these bankruptcy cases;

provided, however, that the disallowance of Claim No. 220 is

without prejudice to Claim Nos. 13004, 14428, 14429, and

14659 asserted against Circuit City Stores, Inc.

2.    The Debtors' rights to object to any claim,

including (without limitation) the claims in the Objection,

on any grounds that the applicable law permits are not

waived and are expressly reserved.

3.    This Court shall retain jurisdiction with respect

to all matters arising from or related to the implementation

or interpretation of this Order.

4.    To the extent this Order conflicts with the Initial

Order, the Supplemental Order, the Second Supplemental

Order, or the Third Supplemental Order, this Order shall

control.

5.    The Debtors shall serve a copy of this Order on the

claimant included on Exhibit A to this Order on or before

five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
      Apr 1 2010        , 2010

/s/ Kevin Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  April 5 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -

/s/ Douglas M. Foley_____
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley____
                                Douglas M. Foley

\11025131.2

In re: Circuit City Stores, Inc, et al.                              Debtors' Twenty-Seventh Omnibus Objection to Claims Fourth
Case No. 08-35653-KRH                                                Supplemental Order On Tax No Liability - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARRIS COUNTY ET AL<br>JOHN P DILLMAN<br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 220 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $290,151.33<br><br><br><br><br><br>$290,151.33 | 12/01/2008 | CIRCUIT CITY STORES,<br>INC. (08-35653) |

Total:            1                              $290,151.33

* "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Apr 05, 2010
Case: 08-35653               Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Apr 07, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:** _Joseph Speetjens_