```
Gregg M. Galardi, Esq.                  Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.                 Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**FOURTH SUPPLEMENTAL ORDER ON DEBTORS' NINETEENTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED CLAIMS TO GENERAL UNSECURED, NON-PRIORITY CLAIMS**

THIS MATTER having come before the Court on the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-priority Claims) (the "Objection"); and it appearing that due and proper notice and service of the

Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449) (the "Initial Order"), the Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4784) (the "Supplemental Order"), the Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299) (the "Second Supplemental Order"), and the Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868) (the "Third Supplemental Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the Supplemental Order, the Second Supplemental Order, and the Third Supplemental Order, the claims identified on Exhibit A attached hereto and incorporated herein are reclassified for all purposes in these bankruptcy cases as set forth on Exhibit A (as attached hereto and incorporated herein).

2. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

Dated: Richmond, Virginia
_____Apr 1 2010_____, 2010

                    /s/ Kevin Huennekens
                    HONORABLE KEVIN R. HUENNEKENS
                    UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 5 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\11024220.1

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Nineteenth Omnibus Objection to Claims Fourth Supplemental Order On (Reclassification Of Certain Misclassified Claims To General Unsecured, Non-Priority Claims) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 5163<br>Date Filed: 01/23/2009<br>Docketed Total: $47,700.00<br>Filing Creditor Name and Address:<br>LAUREL PLUMBING INC<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address    Case Number: 08-35653<br>LAUREL PLUMBING INC    Docketed Total: $47,700.00<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                   $47,700.00 | Case Number: 08-35653<br>Modified Total: $47,700.00<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                   $47,700.00 |
| Claim: 3739<br>Date Filed: 01/14/2009<br>Docketed Total: $120,225.00<br>Filing Creditor Name and Address:<br>UNION COUNTY<br>CONSTRUCTION GROUP INC<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103 | Claim Holder Name and Address    Case Number: 08-35653<br>UNION COUNTY CONSTRUCTION    Docketed Total: $120,225.00<br>GROUP INC<br>STEVENS & LEE PC<br>1818 MARKET ST 29TH FL<br>PHILADELPHIA, PA 19103<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                   $120,225.00 | Case Number: 08-35653<br>Modified Total: $120,225.00<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                   $120,225.00 |
|  |  | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed:** $167,925.00<br>**Total Amount As Modified:** $167,925.00 |

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs               Page 1 of 1              Date Rcvd: Apr 05, 2010
Case: 08-35653                 Form ID: pdforder           Total Noticed: 1

The following entities were noticed by first class mail on Apr 07, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:** *Joseph Speetjens*