# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**                                                                                                                   **In re:**  Circuit City Stores, Inc.

**Case Number**  08–35653–KRH
**Chapter**  11

**IN RE:**

*1974* – Notice of Appeal (Re: related document(s)[1781] Order on Motion to Reconsider,,,,,,,,,,,,,,,, ) filed by Augustus C. Epps Jr. of Christian & Barton, L.L.P. on behalf of Brighton Commercial, L.L.C., Carousel Center Company, L.P., Cedar Development Ltd., a Florida Limited Partnership, Drexel Delaware Limited Partnership, Fingerlakes Crossing, LLC, GRI–EQY (Sparkleberry Square) LLC, Generation One and Two, LP, Hamilton Crossing, Inland American Retail Management LLC, Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., Inland Pacific Property Services LLC, Inland Southwest Management LLC, Inland US Management LLC, Kimco Realty Corporation, La Habra Imperial, LLC, Madison Waldorf, LLC, Myrtle Beach Farms Co., Inc., N.P. Huntsville Limited Liability Company, Rancon Realty Fund IV, Sangertown Square, L.L.C., Starpoint Property Management, LLC, UnCommon, Ltd., a Florida Limited Partnership. Appellant Designation due by 2/17/2009. (Epps, Augustus)

**INQUIRY:**

\_    Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

\_    The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

\_    Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

\_    Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:
**Richmond:** Contact the Clerk´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

\_    The name and address of the Trustee or (Attorney for Debtor) in this case is:
[Name and Address of Trustee or Attorney for Debtor]

\_    This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

\_    The following papers are returned to you:

**X**    What would you like the clerks office to do with the designations your office provided to us on Appeal docket entry # 1974. Please advise in letter form and docket on the case.

Date:  April 8, 2010                                                                 CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk
[iginquiryvDec2009.jsp]                                                              Direct Dial Telephone No. 804–916–2419