McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Sarah Beckett Boehm
Direct: 804.775.7487

# McGUIREWOODS

sboehm@mcguirewoods.com
Direct Fax: 804.698.2255

April 8, 2010

Suzanne French, Case Administrator
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia 23219

    Re:    In re Circuit City Stores, Inc., et al., Case No. 08-35653
              Appellee Designation of Record on Appeal with respect to appeal by
              Brighton Commercial LLC, et al.

Dear Suzanne:

    The Appellee's designation of record on appeal with respect to the above-captioned appeal may be destroyed. If you have any questions, or need any other information, please do not hesitate to contact me.

                            Sincerely,

                            Sarah Beckett Boehm

/smh

Almaty | Atlanta | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Jacksonville | London | Los Angeles
New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington