IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:         CIRCUIT CITY STORES, INC.,         Case No. 08-35653
               *et al.*,                                             Chapter 11
                   Debtors.                           Jointly Administered

## **ORDER**

Before the Court is the Debtors' Objection to Claim No. 1254 of Panasonic Corporation of North America ("Panasonic") (Docket No. 4630) (the "Objection"), Panasonic's response thereto (Docket No. 5662), and the Debtors' reply thereto (Docket No. 6113). For the reasons set forth in the Memorandum Opinion entered on this date, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Objection is SUSTAINED.

2. Claim No. 1254 is hereby reclassified in its entirety to a non-priority, general unsecured claim.

3. Kurtzman Carson Consultants LLC is hereby directed to update the official claims register as is necessary or appropriate to carry out the provisions of this Order.

4. Nothing in this Order is intended to expand or impair Panasonic's right, if any, to assert a secured claim for the Consigned Goods or the Debtors' rights with respect thereto.

5. The Debtors' right to object to any claims and all claims, including (without limitation) Claim No. 1254 and any secured claim now or subsequently asserted by Panasonic on account of the Consigned Goods or otherwise, on any ground governing law permits are not waived and are expressly reserved.

6. Panasonic's right to respond to any claims filed against it and any objections to claims filed or asserted by it**,** including (without limitation) Claim No. 1254 and any secured

claim now or subsequently filed by Panasonic on account of the Consigned Goods or otherwise, on any ground governing law permits are not waived and are expressly reserved.

7. This Court retains jurisdiction with respect to all matters arising from or related to this Order.

ENTERED: _____

                                            /s/ Kevin R. Huennekens
                                    UNITED STATES BANKRUPTCY JUDGE