UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CIRCUIT CITY STORES, INC., et al.,** | * | Case No: 08-35653-KRH<br>Chapter 11 |
| **Debtors.** | * | (Jointly Administered) |

\* \* \* \* \* \* \* \* \* \* \* \*

**DECLARATION OF CHRISTOPHER A. JONES IN SUPPORT OF THE
RESPONSE OF THE WEIDLER SETTLEMENT CLASS TO
DEBTORS' FIFTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**

I, Christopher A. Jones, hereby declare:

1. I am the attorney for creditor, the Weidler Settlement Class ("Weidler Class" or "Plaintiffs"), and I am authorized to make this "Declaration" in support of the Response of the Weidler Settlement Class to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (the "Response").

2. In my capacity as the Weidler Class' attorney, I have personal knowledge of the facts contained herein, many of which are a matter of public record, and am authorized to verify such facts which relate to the Weidler Class' claims against Debtor Circuit City and its related entities ("Debtors").

3. On April 4, 2007, the Plaintiffs filed a proposed class action complaint in Los Angeles County Superior Court, Case No. BC369011, styled *Daniel E. Weidler, Michael F. Yezback, and Eloise Garcia v. Circuit City Stores, Inc.* (the "California Litigation"). Plaintiffs filed a First Amended Complaint on September 4, 2008 in the California Litigation.

4. In September 2008, Plaintiffs and the Debtor reached a settlement of the California Litigation, which was documented in a Joint Stipulation of Settlement Agreement and Release of Class Action Claims (the "Settlement Agreement"). A genuine copy of the Settlement Agreement is attached hereto as <u>Exhibit A</u>.

5. On or about September 25, 2008, the Los Angeles County Superior Court entered an Order Granting Preliminary Approval of Class Action Settlement and set a hearing for December 12, 2008 to consider final approval of the Settlement Agreement.

6. On or about December 12, 2008, the Los Angeles County Superior Court held a hearing to consider the final approval of the Settlement Agreement and, on the same date, entered an Order Granting Final Approval of Class Action Settlement and Final Judgment in the California Litigation. A genuine copy of the Order is attached hereto as <u>Exhibit B</u>.

7. On January 28, 2009, the Weidler Class filed its Proof of Claim and complied with the Claims Bar Date Order. On February 6, 2009, it filed an amended Proof of Claim. Genuine copies of these Proofs of Claim are attached hereto as <u>Exhibit C</u>.

Executed on November 16, 2009. I declare that the foregoing is true and correct.

_____
Christopher A. Jones

242214