## EXHIBIT A

## TO THE PROOF OF CLAIM
## OF SITE A, LLC
("Lessor")

**Name of Debtor:**  Circuit City Stores, Inc., A Virginia corporation

1. **Amount of Claim as of Date Case Filed: $ 1,398,365.04.**

2. **Basis for Claim.** The basis for the Lessor's claim is damage sustained as a result of the Debtor rejecting the Lease (as hereafter defined) with the Lessor. Circuit City Stores, Inc, a Virginia corporation, as tenant, and JP Thornton, LLC, a Colorado limited liability company, (the "Original Landlord"), entered into a lease ("Lease") dated May 24, 2004, and a First Amendment to Lease dated July 20, 2005 (the "Amendment"). Site A, LLC, a Colorado limited liability company, is the successor in interest to JP Thornton, LLC. The Lease is attached as **Exhibit A**.

The Lease was rejected by the Debtor by the entry of an Order Authorizing and Approving Lease Rejection Procedures, on February 19, 2009 and a Notice of Rejection served on March 3, 2009 rejecting the Lease effective March 10, 2009.

The Debtor paid pre-petition rent through October, 2008. Post petition, the Debtor paid the rent for the period December 1, 2008 through March 10, 2009. By its terms the Lease expires on January 31, 2021.

The Damages include the following:

Annual Rent:

| | |
|---|---:|
| Base Rent | $ 454,282.56 |
| CAM & Insurance | 48,542.40 |
| Taxes | 154,028.58 |
| | $ 656,853.54 |

Remaining Rent Due from 11/10/08 – 01/31/21:

| | |
|---|---:|
| Base Rent 11/08/08 – 01/31/11 | $ 984,278.88 |
| Base Rent 02/01/11 – 01/31/16 | 2,388,460.88 |
| Base Rent 02/01/16 – 01/31/21 | 2,513,991.00 |
| CAM & Insurance 11/08/08 – 01/31/21 | 593,269.03 |
| Taxes 01/01/08 – 01/31/21 | 2,015,207.26 |
| | 8,495,206.97 |
| | x 15% |
| | $1,274,281.04 |
| Prepetition Taxes (01/01/08 – 11/09/08) | 124,084.00 |
| | $1,398,365.04 |

::ODMA\PCDOCS\DOCSVB\8342864\2

2