## EXHIBIT "A"

## SITE PLAN

Components:
Premises (outlined) – 33,862 square feet

Tenant's Preferred Area

Permissible Building Areas

Customer Pick-Up

Pylon/Monument Signage

Truck Well(s)/Trash Compactor

Car Stereo Parking

Shopping Center (Site A and Site B)

Entertainment Zone

Staging Area

No Construction Zone

Key Drive Aisle







## EXHIBIT "A-1"

### SHOPPING CENTER LEGAL DESCRIPTION

[See attached]

FILE NO.      84416
REFERENCE NO.:

## EXHIBIT "A"

PARCEL A:

A PARCEL OF LAND SITUATED IN THE NORTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 68 WEST OF THE 6TH P.M., COUNTY OF ADAMS, STATE OF COLORADO, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 3; THENCE S0°32'20"W ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION, A DISTANCE OF 623.10 FEET; THENCE N89°27'40"W, A DISTANCE OF 208.08 FEET TO A POINT ON THE WEST RIGHT-OF-WAY LINE OF THE BULL CANAL, SAID POINT ALSO BEING THE TRUE POINT OF BEGINNING; THENCE SOUTHWESTERLY ALONG SAID RIGHT-OF-WAY LINE THE FOLLOWING 10 COURSES:

1.) S29°22'32"W, A DISTANCE OF 160.73 FEET TO A POINT ON A CURVE FROM WHICH THE RADIUS POINT BEARS S60°42'25"E, A DISTANCE OF 1195.00 FEET;
2.) SOUTHWESTERLY ALONG SAID CURVE TO THE LEFT, SAID CURVE HAVING A CENTRAL ANGLE OF 11°07'02", A RADIUS OF 1195.00 FEET, AN ARC DISTANCE OF 231.87 FEET TO A POINT OF TANGENCY;
3.) S18°10'33"W A DISTANCE OF 260.59 FEET;
4.) S18°17'30"W A DISTANCE OF 4.90 FEET TO A POINT OF CURVATURE;
5.) SOUTHWESTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 7°45'00", A RADIUS OF 1805.00 FEET, AN ARC DISTANCE OF 244.15 FEET TO A POINT OF NON TANGENCY;
6.) S28°51'39"W A DISTANCE OF 364.23 FEET TO A POINT ON A CURVE FROM WHICH THE RADIUS POINT BEARS N61°08'51"W A DISTANCE OF 705.00 FEET;
7.) SOUTHWESTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 12°20'37", A RADIUS OF 705.00 FEET, AN ARC DISTANCE OF 151.88 FEET TO A POINT OF TANGENCY;
8.) S41°11'46"W A DISTANCE OF 193.03 FEET TO A POINT OF CURVATURE;
9.) SOUTHWESTERLY ALONG SAID CURVE TO THE LEFT, SAID CURVE HAVING A CENTRAL ANGLE OF 27°56'46", A RADIUS OF 395.00 FEET, AN ARC DISTANCE OF 192.66 FEET TO A POINT OF TANGENCY;
10.) S13°15'00"W A DISTANCE OF 213.80 FEET TO A POINT ON THE EAST-WEST CENTERLINE OF SAID SECTION; THENCE DEPARTING SAID WEST RIGHT-OF-WAY N89°27'47"W ALONG SAID EAST-WEST CENTERLINE A DISTANCE OF 524.11 FEET TO A POINT ON THE EASTERLY RIGHT-OF-WAY OF INTERSTATE HIGHWAY I-25; THENCE ALONG SAID EASTERLY RIGHT-OF-WAY THE FOLLOWING 5 COURSES:

1.) N22°42'00"E A DISTANCE OF 1216.39 FEET;
2.) N32°55'15"E A DISTANCE OF 445.00 FEET;
3.) N31°50'00"E A DISTANCE OF 118.30 FEET;
4.) N37°20'45"E A DISTANCE OF 215.80 FEET;
5.) N23°49'15"E A DISTANCE OF 462.70 FEET TO A POINT ON THE SOUTHWESTERLY RIGHT-OF-WAY LINE OF THE BULL CANAL, SAID POINT ALSO BEING A POINT ON

FILE NO. 84416
REFERENCE NO.:

A CURVE FROM WHICH THE RADIUS POINT BEARS S6°57'49"E A DISTANCE OF 230.00 FEET;

THENCE ALONG SAID SOUTHWESTERLY RIGHT-OF-WAY LINE THE FOLLOWING 4 COURSES:

1.) EASTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 14°30'19" A RADIUS OF 230.00 FEET, AN ARC DISTANCE OF 58.23 FEET TO A POINT OF COMPOUND CURVATURE;
2.) SOUTHEASTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 59°00'00", A RADIUS OF 330.00 FEET, AN ARC DISTANCE OF 339.82 FEET TO A POINT OF COMPOUND CURVATURE;
3.) SOUTHERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 46°30'00", A RADIUS OF 230.00 FEET, AN ARC DISTANCE OF 186.66 FEET TO A POINT OF NON TANGENCY;
4.) S29°22'32"W (COURSE NOT TANGENT TO PREVIOUSLY DESCRIBED CURVE), A DISTANCE OF 25.29 FEET TO THE POINT OF BEGINNING,

EXCEPTING THEREFROM ANY PORTION OF THAT PARCEL CONVEYED TO THE COLORADO DEPARTMENT OF HIGHWAYS, RECORDED IN BOOK 1852 AT PAGE 941,

COUNTY OF ADAMS, STATE OF COLORADO

PARCEL B:

A PARCEL OF LAND SITUATED IN THE NORTHEAST QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 68 WEST OF THE 6TH P.M., COUNTY OF ADAMS, STATE OF COLORADO, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID SECTION 3; THENCE S00°32'20"W ALONG THE EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION 3 A DISTANCE OF 623.10 FEET; THENCE N89°27'40"W A DISTANCE OF 70.80 FEET TO A POINT ON THE WEST RIGHT-OF-WAY OF WASHINGTON STREET, SAID POINT ALSO BEING A POINT OF CURVATURE FROM WHICH THE RADIUS POINT BEARS S81°57'45"W A DISTANCE OF 1860.00 FEET, AND SAID POINT ALSO BEING THE TRUE POINT OF BEGINNING; THENCE ALONG SAID WEST RIGHT-OF-WAY LINE OF WASHINGTON STREET THE FOLLOWING 2 COURSES:

1.) SOUTHEASTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 8°34'36", A RADIUS OF 1860.00 FEET, AN ARC DISTANCE OF 278.43 FEET TO A POINT OF TANGENCY, SAID POINT ALSO BEING 50.00 FEET WEST OF (MEASURED AT RIGHT ANGLES) TO THE EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION;
2.) S0°32'20"W BEING 50.00 FEET WEST OF AND PARALLEL TO SAID EAST LINE OF THE NORTHEAST QUARTER OF SAID SECTION, A DISTANCE OF 1526.99 FEET TO A POINT ON THE EAST-WEST CENTERLINE OF SAID SECTION;

THENCE N89°27'47"W ALONG SAID EAST-WEST CENTERLINE, A DISTANCE OF

FILE NO.     84416
REFERENCE NO.:

916.86 FEET TO A POINT ON THE EASTERLY RIGHT-OF-WAY LINE OF THE BULL CANAL; THENCE NORTHEASTERLY ALONG SAID EASTERLY RIGHT-OF-WAY THE FOLLOWING 10 COURSES:

1.) N13°15'00"E A DISTANCE OF 192.37 FEET TO A POINT OF CURVATURE;
2.) NORTHEASTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 27°56'46", A RADIUS OF 300.00 FEET, AN ARC DISTANCE OF 146.33 FEET TO A POINT OF TANGENCY;
3.) N41°11'46"E, A DISTANCE OF 193.03 FEET TO A POINT OF CURVATURE;
4.) NORTHEASTERLY ALONG SAID CURVE TO THE LEFT, SAID CURVE HAVING A CENTRAL ANGLE OF 12°20'37", A RADIUS OF 800.00 FEET, AN ARC DISTANCE OF 172.35 FEET TO A POINT OF NON-TANGENCY;
5.) N28°51'39"E, A DISTANCE OF 366.52 FEET TO A POINT ON A CURVE, FROM WHICH THE RADIUS POINT BEARS N63°53'12"W, A DISTANCE OF 1900.00 FEET;
6.) NORTHEASTERLY ALONG SAID CURVE TO THE LEFT, SAID CURVE HAVING A CENTRAL ANGLE OF 7°49'16", A RADIUS OF 1900.00 FEET, AN ARC DISTANCE OF 259.38 FEET TO A POINT OF NON TANGENCY;
7.) N18°10'33"E A DISTANCE OF 265.68 FEET TO A POINT OF CURVATURE;
8.) NORTHEASTERLY ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 11°07'02", A RADIUS OF 1100.00 FEET, AN ARC DISTANCE OF 213.44 FEET TO A POINT OF NON TANGENCY;
9.) N29°22'32"E, A DISTANCE OF 190.68 FEET TO A POINT ON A CURVE FROM WHICH THE RADIUS POINT BEARS N65°57'06"W A DISTANCE OF 325.00 FEET;
10.) NORTHEASTERLY ALONG SAID CURVE TO THE LEFT, SAID CURVE HAVING A CENTRAL ANGLE OF 18°15'14", A RADIUS OF 325.00 FEET, AN ARC DISTANCE OF 103.54 FEET TO A POINT OF NON-TANGENT CURVE ON THE WEST RIGHT-OF-WAY OF WASHINGTON STREET, FROM WHICH THE RADIUS POINT OF SAID CURVE BEARS S79°26'54"W, A DISTANCE OF 1860.00 FEET; THENCE SOUTHEASTERLY ALONG SAID WESTERLY RIGHT-OF-WAY AND ALONG SAID CURVE TO THE RIGHT, SAID CURVE HAVING A CENTRAL ANGLE OF 2°30'51", A RADIUS OF 1860.00 FEET, AN ARC DISTANCE OF 81.62 FEET TO THE POINT OF BEGINNING,

COUNTY OF ADAMS, STATE OF COLORADO.

PARCEL C:

THAT PART OF THE NORTHEAST ONE QUARTER OF SECTION 3, TOWNSHIP 1 SOUTH, RANGE 68 WEST OF THE 6TH P.M., COUNTY OF ADAMS, STATE OF COLORADO, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID NORTHEAST ONE-QUARTER; THENCE S00°32'20"W ALONG THE EAST LINE OF SAID NORTHEAST ONE QUARTER, A DISTANCE OF 623.10 FEET; THENCE N89°27'40"W, A DISTANCE OF 208.08 FEET TO A POINT ON THE WESTERLY RIGHT-OF-WAY LINE OF THE BULL CANAL, SAID POINT BEING THE TRUE POINT OF BEGINNING;

THENCE SOUTHWESTERLY ALONG SAID WESTERLY RIGHT-OF-WAY LINE THE FOLLOWING COURSES AND DISTANCES:

FILE NO.    84416
REFERENCE NO.:

S29°22'32"W, A DISTANCE OF 160.73 FEET TO THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT, THE RADIUS OF SAID CURVE IS 1195.00 FEET, THE DELTA OF SAID CURVE IS 11°07'02", THE CHORD OF SAID CURVE BEARS S23°44'04"W 231.50 FEET; THENCE ALONG THE ARC OF SAID CURVE, A DISTANCE OF 231.87 FEET TO THE END OF SAID CURVE; THENCE S18°10'33"W, A DISTANCE OF 260.59 FEET; THENCE S09°14'45"E, A DISTANCE OF 190.83 FEET TO A POINT ON THE EASTERLY RIGHT-OF-WAY OF SAID BULL CANAL, SAID POINT BEING A POINT ON A NON-TANGENT CURVE TO THE LEFT; THENCE ALONG SAID EASTERLY RIGHT-OF-WAY LINE THE FOLLOWING COURSES AND DISTANCES:

THE RADIUS OF SAID NON-TANGENT CURVE TO THE LEFT IS 1900.00 FEET, THE DELTA OF SAID CURVE IS 04°57'38", THE CHORD OF SAID CURVE BEARS N20°39'22"E, 164.45 FEET; THENCE ALONG THE ARC OF SAID CURVE, A DISTANCE OF 164.50 FEET TO THE END OF SAID CURVE; THENCE N18°10'33"E, A DISTANCE OF 265.68 FEET TO THE BEGINNING OF A TANGENT CURVE TO THE RIGHT, THE RADIUS OF SAID CURVE IS 1100.00 FEET, THE DELTA OF SAID CURVE IS 11°07'02", THE CHORD OF SAID CURVE BEARS N23°44'04"E, 213.10 FEET; THENCE ALONG THE ARC OF SAID CURVE, 213.44 FEET TO THE END OF SAID CURVE; THENCE N29°22'32"E, A DISTANCE OF 190.68 FEET TO THE BEGINNING OF A NON-TANGENT CURVE TO THE LEFT, THE RADIUS OF SAID CURVE IS 325.00 FEET, THE DELTA OF SAID CURVE IS 18°15'14", THE CHORD OF SAID CURVE BEARS N14°57'17"E, 103.54 FEET; THENCE ALONG THE ARC OF SAID CURVE, A DISTANCE OF 103.54 FEET TO THE END OF SAID CURVE; THENCE N41°17'09"W A DISTANCE OF 165.52 FEET TO A POINT ON THE WESTERLY RIGHT-OF-WAY LINE OF SAID BULL CANAL, SAID POINT BEING THE BEGINNING OF A NON-TANGENT CURVE TO THE RIGHT, THE RADIUS OF SAID CURVE IS 230.00 FEET, THE DELTA OF SAID CURVE IS 46°30'00", THE CHORD OF SAID CURVE BEARS S00°47'54"W, 181.58 FEET; THENCE ALONG THE ARC OF SAID CURVE AND ALONG SAID WESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 186.66 FEET TO THE END OF SAID CURVE; THENCE S29°22'32"W ALONG SAID WESTERLY RIGHT-OF-WAY LINE, A DISTANCE OF 25.29 FEET TO THE TRUE POINT OF BEGINNING.

COUNTY OF ADAMS, STATE OF COLORADO