Attachment "3"

Standard Specifications

or a proposed

Circuit City Superstore

Larkridge Shopping Center

Thornton, CO

to be developed by

JP THORNTON LLC, a Colorado limited liability company

Dated _____, 2004

I.  STANDARDS FOR GRADING WORK

   A.  Grading Requirements. The Land and the Shopping Center shall be graded in accordance with the following:

   1.  The Civil Plans shall show contours in accordance with standard engineering practice and these contours shall be shown with the existing (shown as a dashed line) and final (shown as a solid line) elevations. Whether existing or proposed, all buildings, improvements, roads and highways, including those adjacent to the Shopping Center, shall be shown in their true locations.

   2.  The Building will be accessible by grade level parking only. Steps and stairs are not permitted.

   3.  Sidewalk at the Building will slope away from the Building with grade of no less than 1.5% and no more than 3.0%. All water shall be sheet drained away from Tenant's doors.

   4.  Asphalt paving areas will be graded to avoid ponding water with slopes no less than 1.5% and no more than 4.0%. Entrances and access drives shall have a maximum slope of 6.0%.

   5.  Surface drainage swales will not be allowed without prior approval of Tenant. Such swales must have a grade of not less than 0.5% and no more than 3.5% and shall be constructed of concrete.

   6.  No retaining walls or embankments within Tenant's Preferred Area causing breaks in grade shall be permitted unless specifically approved by Tenant.

   B.  Tenant's Pad Area: "Tenant's Pad Area" shall be defined as the area extending fifteen (15) feet beyond the Building walls, truck dock and ramp area and the Customer Pick Up and Car Stereo Installation areas, or to the back of curbing around the Building, whichever is further. The Site Work shall comply with the following additional requirements:

   1.  Landlord shall be responsible for preparing Tenant's Pad Area subgrades to within plus or minus one-tenth of a foot as set by Tenant's architect. Tenant's subgrades are 8" below finished floor elevation. Landlord will complete compaction in accordance with the appropriate engineering standards and building code requirements, but in no event less than ninety-five percent (95%) of the modified proctor soil test for water content and compaction levels ("Modified Proctor") on the Land, so as to enable Landlord to perform construction work necessary to provide completed Improvements in accordance with the "Plans and Specifications" (defined in the Construction Provisions). Tenant's minimum slab

thickness and under slab fill will be established in accordance with Tenant's Soil Report. All compacted areas of the site shall be verified by an independent professional soils engineering test laboratory and a certificate from such independent laboratory indicating compliance with Tenant's Soils Report and shall be furnished to Tenant upon completion of the Site Work.

2. Tenant's Pad Area soil shall have a minimum bearing capacity of 2,500 pounds per square foot. Earth stabilization and/or replacement shall be performed by Landlord as necessary to meet this minimum requirement.

3. During the preparation of Tenant's Pad Area, Landlord shall at its expense have an independent professional soils engineering test laboratory monitor and certify the preparation of Tenant's Pad Area in accordance with Tenant's Soils Report. Landlord shall perform one in-place compaction test per 5,000 square feet of pad area per lift.

4. On or before the Delivery Date, Landlord shall provide Tenant with an independent soils engineer's written certification that all pad work was completed in accordance with Tenant's Soils Report, Civil Plans and the Plans and Specifications. This report shall include the results of all compaction and other tests performed during the pad preparation phase and any tests performed prior to the date of such certification. A copy of such certification shall be delivered to Tenant's Vice President-Construction at Tenant's address set forth in paragraph 32.

5. Landscaping slopes and berms shall be set by Landlord to preserve the integrity of the slopes as determined by an independent soils engineer. However, in no case may the slope of a landscaping berm exceed 3 to 1 in turf areas, or 2 to 1 in ground cover and shrub areas.

6. All material, including native and fill, within 5 feet of any surface of the building including foundation concrete, shall be nonexpansive with a plasticity index of 12 or less. The material shall also have sufficient cohesion to stand vertically for 3 feet. No oversize material or lumps greater than 6" in diameter will be allowed and not more than 15% of the material shall be greater than 2-1/2" diameter.

7. The Civil Plans shall not be materially changed by Landlord without the prior consent of Tenant, which consent shall not be unreasonably withheld or delayed.

2

8. All outlots or future building areas shall be rough graded and planted with grass seed.

## II. UTILITIES SPECIFICATIONS

A. <u>Temporary Utilities</u>: Landlord will provide the following temporary utilities to the Staging Area in a location selected by Tenant no later than the date for completion of such temporary utilities set forth in the Construction Schedule:

water (1-½" line, with sufficient pressure that pumping is not necessary), electric power (200 amps, 1-phase, 4-wire, 120 volts, with weatherproof and rainproof fused disconnect switch) and temporary telephone for use by Tenant in its construction of the Improvements.

<u>Permanent Utilities</u>: See Shell Specifications.

## III. PAVING SPECIFICATIONS

A. <u>Parking Area and Roadway Surfacing</u>:

1. Pavement design shall be based on a "Design Period" of twenty (20) years for the traffic indices specified by an independent civil engineer approved by Tenant and compensated by Landlord.

2. All pavement design shall be subject to review and approval by Tenant, and shall conform to the recommendations of Tenant's Soils Report.

3. Heavy duty paving must be used in main drives and service areas as required by Tenant's Soils Report.

B. <u>Sidewalks and Curbs</u>:

1. Landlord shall provide and install all curbs and sidewalks including perimeter curbs and sidewalks.

2. All sidewalks and curbs shall be constructed of concrete and shall have a minimum slope of 1.5% and a maximum slope of 3.0% away from the Building. All sidewalks and curbs shall be a minimum of four (4) inches thick, with a rough non-skid texture (as approved by Landlord's architect with respect to the Common Area), over a suitable granular base. Salt finish is not acceptable.

3. Entrance and access roads and other areas as required for suitable drainage, shall have six (6) inch curbs with 18-inch gutters;

3

however, next to sidewalks and buildings when drainage is not a factor a straight curb six (6) inches (without gutters) above the finished paving shall be permitted. Parking lot islands and landscape enclosures shall be vertical barrier-type curbs and all integral-type curbs and gutters and vertical barrier-type curbs shall be concrete. Extruded asphalt or concrete curbing may not be used.

IV. SHOPPING CENTER LIGHTING SPECIFICATIONS

    A. <u>Design Standards for Lighting of the Shopping Center</u>:

        1. The Developer shall prepare and submit plans showing the location and height of all light poles, fixtures, type of fixture shielding (if any), circuiting and details of the complete lighting arrangement and equipment.

        2. Illumination provided by metal halide parking lot, driveway and sidewalk lighting, as measured at pavement: 6.0 foot candles minimum maintained within 50 feet of Tenant's entry and at all entrances to the parking lot; 2.0 foot candles minimum over the entire parking lot with a maximum uniformity ratio of 4:1. Entry canopy soffit: 40.0 foot candles.

        3. Ten percent (10%) of the overall lighting shall be designated as security lighting (i.e., remains on from dusk to dawn). The security lighting layout and pattern shall be subject to Tenant's approval.

        4. Landlord shall install a seven-day time switch to control all parking area lighting wired to a common house panel. All security lighting shall be placed on photo-cell switching.

Upon reasonable prior written notice, Landlord agrees to provide after-hours lighting for Tenant's primary parking area, the actual cost of which shall be reimbursed by Tenant.

4

## Attachment "4"

## Standard Building Shell Specifications

### SITE WORK

- Site Concrete – curbs and walks around the building, compactor pad, recessed loading dock and retaining wall, concrete apron at car stereo installation, and concrete landings at exterior doors.

- Utilities

    - Electrical – transformer and conductors/conduit to provide 800A service at 277/480V. Secondary conduits and conductors to be run from the transformer to a location within our building (location to be determined).

    - Phone – Empty 4" conduit to be run from location on site to a point within our building to be determined.

    - Domestic Water – 1-1/2" service capped and chlorinated with backflow prevention to location within our building that will be determined as required by the City.

    - Fire Protection – 8" service capped and flushed with backflow prevention as required by the City.

    - Gas Service – provide service, sized to meet Tenant's heating requirements reduced to 2 p.s.i include service capped and valved at building to receive the gas meter, and continuation of piping to all roof top units and unit heaters. Provide a valve at each RTU location.

    - Storm Sewer – provide storm sewer connections for loading dock drain and internal roof drain leaders.

- Sanitary Sewer – provide 6" stub to location to be determined within the building. Exterior run to be sized to meet load conditions with clean-out at location within 5' 0" of exterior wall of the building.

- Pad Prep – provide foundation system and pad prep to meet approved soils report. The pad elevation shall be 8" below finished floor. Final under slab fill and concrete slab by Tenant.

## CONCRETE

- Foundation system to meet soils report and design requirements of our building. Interior slab on grade by Tenant.

## MASONRY

- Exterior Masonry – wall construction to meet Tenant, Developer and city approvals. Design as agreed to between Tenant and Developer.

## METALS

- Steel frame construction, with steel columns, joist girders and joists to meet the bay spacing required by Tenant's plan requirements. Internal roof drains at rear of the building.

- Framed openings for RTU's and exhaust fans.

- Supports for satellite dish.

- Supports for antenna.

- Supports for DSS dish.

- Roof hatch.

- Eye bolts at front wall.

- Metal stud framing support at entry tower.

2

## WOOD

- Miscellaneous blocking and framing as necessary to perform the shell construction.

## MOISTURE PROTECTION

- Rigid roof insulation – with "R" value of 20.

- Single ply membrane roof system – with a 10 year warranty.

- Roof walkway pads to all roof top mounted equipment.

- All necessary flashing, copings, etc. to meet design requirements.

- Metal panel/siding at rear of entry tower feature.

## DOORS, WINDOWS, GLASS

- Automatic entrance door system at main entry & vestibule. Besam or Stanley to meet Tenant's design requirements.

- Exterior HM doors, frame and hardware to meet Tenant's plan and exiting requirements.

- HM door, frame and hardware for compactor.

- Front entry glazing system designed to accommodate security grille.

- Overhead doors at loading dock in car stereo installation (electric garage door operator to be Tenant cost).

## FINISHES

- All exterior items requiring finishes (paint, etc.) by Landlord.

- Exterior insulation finish system to meet Tenant, Developer, and City approvals.

## SPECIALTIES

3

- Not applicable

## EQUIPMENT

- Provide loading dock equipment as follows:

    - Recessed dock leveler – 25,000 pound load capacity

    - Dock seals and canopy

## VERTICAL TRANSPORTATION

- Provide vertical transportation when required by Tenant's design plan that may include the following.

    - Concrete filled metal pan steel stairs to meet building code requirements.

    - 2500 lb. capacity hydraulic passenger elevator

    - 4500 lb. capacity hydraulic service elevator

## MECHANICAL

- Plumbing – provide roof drains and overflow devices as required with overhead piping. Piping to be run in the joist space and to be no lower than 20' 0" in the warehouse area. The roof drains to occur at the rear of the building. The roof drain vertical piping to be run down exterior walls inside of the building. The lines to be collected outside of the building line and run to the site storm drain. Sizes as required by code for the amount of water.

- HVAC – curbs (with burglar bars) for all of the RTU's (Lennox) and exhaust fans per Tenant design requirements. Curbs shall be roofed over for a "temporary" closure. Gas piping to be run on roof as noted in – SITE WORK.

## ELECTRICAL

4

- Continue secondary service conductors to point within building as determined by Tenant store plan requirements.

- Continue 4" phone service to a point within the building as determined by Tenant store plan requirements.

5