Attachment "5"

Tenant's Prototypical Drawings

[See Attached]

## Attachment "6"

Tenant's Prototypical Plans

[See Attached]



## EXHIBIT "D"

## REMOVABLE TRADE FIXTURES

STORE FIXTURES
ALL STORAGE RACKING
ALL SECURITY SYSTEM ITEMS
TELEPHONES AND PAGING SYSTEMS
COMPUTER SYSTEM
OFFICE FURNITURE AND TRASH RECEPTACLES
BATTERY CHARGER
TRASH COMPACTOR
SIGNS (INTERIOR/EXTERIOR)
ANTENNA SYSTEM
ELECTRONIC SWITCHING
AIR COMPRESSOR (ROADSHOP)
SAFE
CONVEYOR
MEDECO CYLINDER LOCKS (5)
REFRIGERATOR AND MICROWAVE USED BY EMPLOYEES
TACK BOARDS
WATER COOLER
FIRE EXTINGUISHERS
AUDIO ROOM FIXTURES AND SWITCHGEAR
PICTURES
WAREHOUSE AND MATERIAL HANDLING EQUIPMENT (MOVABLE LADDERS, DOLLIES, ETC.)
TRACK LIGHTS (CANS ONLY, NOT TRACKS)

# EXHIBIT "E"

## SIGN PLANS AND CRITERIA

(attached)

**SQUARE FOOTAGE**
256 Boxed SF
200 Circular SF

**ELECTRICAL**
Total Amps: 12.95
Circuits: (1) 20 amp
Volts: 120

**CHANNEL LETTERS ON BACKGROUND**
Background: .090 aluminum painted to match PMS485 red.
Ring outer perimeter return: 8.50 x .063 aluminum pre-finished to match Matthews #41-313.
Ring channel inside: paint white.
Letter returns: 8.50 x .063 pre-finished 414-313 Bronze, inside white.
Trademark: paint background to match PMS 485 red with 3M 3630-10 white vinyl 1st surface.
Letter face: .150 7328 white polycarbonate.
Trimcap: 1" white Jewelite.
Neon: 15mm 6500 white.

16'-0" diameter channel letter logo



Table of Contents



The parties stipulate that the gold background area behind the sign depicted in this Exhibit "E" will not exceed 20' x 20'.

EXHIBIT E

return
trimcap
face
mounting hardware
face
boot
GTO/sleeve
neon
transformer
back
connector
strain relief
conduit
switch
tubesupport w/pad
weep hole
mounting hardware

**Channel Letter Mounting Cross Section**
equipment grounded