**Hearing Date: April 29, 2010 at 2:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | ) | Case No. 08-35653-KRH |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'**
**FIFTH OMNIBUS OBJECTION TO CLAIM 633 FILED BY**
**RETAIL MDS, INC. AND RESPONSE THERETO**

    **PLEASE TAKE NOTICE** that on May 12, 2009, the Debtors objected to proof of claim 633 filed by Retail MDS, Inc. ("Claim 633") in the Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3309; the "Fifth Omnibus Objection").

    **PLEASE TAKE FURTHER NOTICE** that Retail MDS, Inc. filed a response (Docket No. 3563; the "Response") to the Fifth Omnibus Objection (the "Responding Claimant").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Fifth Omnibus Objection with respect to Claim 633 and the Response shall be heard at **2:00 p.m. (Eastern Time) on April 29, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**PLEASE TAKE FURTHER NOTICE** that if the Responding Claimant wants the Court to consider its Response with respect to Claim 633, then it or its attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 2:00 p.m. (Eastern Time) on April 29, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: April 9, 2010
     Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley              .
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession