UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. 08-35653 (KRH) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF NO OBJECTION**

Dilworth Paxson LLP, counsel to the 553 Retail, LLC, hereby certifies as follows:

1. On March 25, 2010, Dilworth Paxson LLP filed the Motion to Withdraw as Counsel for 553 Retail, LLC for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) (the "Motion").

2. On March 25, 2010, a Notice of the Motion was filed and served upon all parties shown on the Certificate of Service with respect to the Motion that was filed.

3. The response deadline was April 8, 2010. The time for response has now expired and no objection or other response has been filed.

WHEREFORE, it is respectfully requested that this Court enter an Order approving the Motion.

Date: April 9, 2010          BY:     /s/ Peter C. Hughes
                                     Peter C. Hughes (#4180)
                                     Dilworth Paxson LLP
                                     1500 Market Street, Suite 3500E
                                     Philadelphia, PA  19103
                                     Tel: (215) 575-7000
                                     Fax: (215) 575-7200

                                     Counsel for 553 Retail, LLC

857475_1