# Wolcott | Rivers | Gates

REGINA F. AMICK
W. BRANTLEY BASNIGHT, III
DAVID M. BASTIAANS
RICHARD E. BIEMILLER
STEVEN L. BROWN
JENNIFER E. DAMELIO
BARRY DORANS
CARL A. EASON
CHESHIRE I'ANSON EVELEIGH
JOHN F. FABER, JR.
RONALD M. GATES
KYLE D. KORTE
SAMUEL W. MEEKINS, JR.
KELLAM T. PARKS

Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, Virginia 23452-1385
Telephone (757) 497-6633
Fax (757) 497-7267
www.wolcottriversgates.com

MARK V. PASCUCCI
M. POWELL PETERS
STEPHEN P. PFEIFFER
REBECCA PUCHEU
ANTHONY F. RADD
DAVID N. REDA
WILSON L. RIVERS
GLEN M. ROBERTSON
C. ARTHUR ROBINSON, II
JEFFREY A. SANBORN
JOHN F. SAWYER
LESLIE R. WATSON
MARSHALL A. WINSLOW, JR.
EDWARD W. WOLCOTT, JR.
BRANDON H. ZEIGLER

April 12, 2010

William C. Redden, Clerk
U.S. Bankruptcy Court
600 Granby Street
Room 400
Norfolk, VA 23510

    Re:    Circuit City Stores, Inc.
             Case No.: 08-35653-KRH
             Withdrawal of Claim

Dear Mr. Redden:

    Please allow this to serve as a withdrawal of Proof of Claim, Claim #14468, filed on July 14, 2009 by The Columbus Dispatch in the above-referenced case.

    If you have any questions with regard to the foregoing, please do not hesitate to contact me. Thank you for your assistance in this matter.

                           Very truly yours,

                           /s/ Steven L. Brown

                           Steven L. Brown

SLB/yms
cc: Circuit City Stores Inc., et al.
    Claims Processing Center