Gregg M. Galardi, Esq.                Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.               Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM LLP                              One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

               - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
              Debtors.      : Jointly Administered
- - - - - - - - - - - - - - x

     **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
        APRIL 15, 2010 AT 2:00 P.M. (EASTERN)**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
April 15, 2010 beginning at 2:00 p.m. Eastern.

**I.   RESOLVED MATTERS**

1.   Motion of Sony Pictures Home Entertainment Inc. for
     Entry of Order Allowing Administrative Expenses
     Pursuant to 11 U.S.C. Sections 503(b)(1)(A), 503(b)(9)
     and 507(a)(2) (Docket No. 2294)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 2295)

     b.   Amendment to Motion of Sony Pictures Home
          Entertainment Inc. for Entry of an Order Allowing
          Administrative Expenses Pursuant to 11 U.S.C.
          Sections 503(b)(1)(A), 503(b)(9) and 507(a)(2)
          (Docket No. 3853)

     c.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors and Sony
          Pictures Home Entertainment Inc. (Docket No. 7059)

     Objection
     Deadline:        April 20, 2009 at 4:00 p.m., extended
                      for the Debtors until April 8, 2010

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been resolved.  A
                      proposed settlement agreement and notice
                      of settlement have been filed at Docket
                      No. 7059.  The deadline for filing
                      objections to the proposed agreement is
                      April 14, 2010 at 5:00 p.m.

**II.  CONTINUED MATTERS**

2.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 1135)

     b.    Amended Notice of Motion and Hearing (Docket No. 1242)

     c.    Exhibits to Motion of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket Nos. 1288, 1289, 1290, 1291, 1292, 1293)

Objection
Deadline:     February 6, 2009 at 4:00 p.m., extended for the Debtors until May 13, 2010

Objections/
Responses
Filed:     None at the time of filing this agenda

Status:     This matter has been adjourned to May 20, 2010 at 10:00 a.m.

3.    Motion of General Instrument Corporation Doing Business as the Home & Networks Mobility Business of Motorola Inc. for Allowance and Payment of Administrative Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

     a.    Notice of Motion and Hearing (Docket No. 1136)

     b.    Amended Notice of Motion and Hearing (Docket No. 1243)

     c.    Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287)

Objection
Deadline:     February 6, 2009 at 4:00 p.m., extended for the Debtors until May 13, 2010

Objections/
Responses
Filed:     None at the time of filing this agenda

Status:         This matter has been adjourned to May
                20, 2010 at 10:00 a.m.

4.    Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3583)

      b.    Notice of Filing of Affidavit in Support of Motion
            of Towne Square Plaza to Allow the Filing of (1)
            Amended Proof of Claim and (2) Late Proof of Claim
            (Docket No. 3782)

      Objection
      Deadline:       June 26, 2009 at 4:00 p.m., extended for
                      the Debtors until May 13, 2010

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been adjourned to May
                      20, 2010 at 10:00 a.m.

5.    Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:       June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction
            Company, LLC's Motion for Examination and Order
            Directing Debtor, Circuit City Stores, Inc. to

Produce Documents Pursuant to Federal Rule of
Bankruptcy Procedure Rule 2004 (Docket No. 3701)

Status:        This matter has been adjourned to April
               29, 2010 at 2:00 p.m.

6.  Motion of Slam Brands, Inc. for Order Directing Debtors
    to Pay Administrative Expenses Pursuant to 11 U.S.C.
    Sections 503(b) and 507(a) and Request for Related
    Relief (Docket No. 3839)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 3840)

    Objection
    Deadline:      July 17, 2009 at 4:00 p.m., extended for
                   the Debtors until May 13, 2010

    Objections/
    Responses
    Filed:         None at the time of filing this agenda

    Status:        This matter has been adjourned to May
                   20, 2010 at 10:00 a.m.

7.  Second Amended Motion to Allow Late Filing of Proof of
    Claim, or in the Alternative, Motion to File Late Proof
    of Claim as an Amendment to Informal Proof of Claim
    (Docket No. 7155)

    Related
    Documents:

    a.   Notice of Motion and Hearing (Docket No. 5405)

    b.   Amended Motion to Allow Late Filing of Proof of
         Claim, by Site A, LLC (Docket Nos. 5310, 5404)

    Objection
    Deadline:      October 27, 2009 at 5:00 p.m., extended
                   for the Debtors until May 13, 2010

    Objections/

```
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to May
                    20, 2010 at 10:00 a.m.
```

## III. CONTESTED MATTERS

8.     Debtors' Motion for Entry of Order Pursuant to
       Bankruptcy Code Sections 105(a), 362(d)(1), and 365(a),
       and Bankruptcy Rules 4001 and 6006, and Local
       Bankruptcy Rule 4001 (I) Authorizing Rejection of
       Surety Bonds, (II) Modifying the Automatic Stay for the
       Limited Purpose of Allowing Safeco Insurance Company of
       America to Commence Cancellation of Surety Bonds, (III)
       Establishing Surety Bond Claim Deadline, and (IV)
       Granting Related Relief (Docket No. 5114)

```
       Objection
       Deadline:         October 7, 2009 at 4:00 p.m., extended
                         for Safeco Insurance Company until
                         October 28, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:
```

       a.    Response of United States Customs and Border
             Protection to Debtors' Motion (Docket No. 5386)

       b.    Safeco Insurance Company of America's Objection to
             Debtors' Motion (Docket No. 5390)

```
       Status:           This matter will go forward on a
                         consensual basis.  The parties have
                         submitted a consensual form of order for
                         the Court's consideration.
```

## IV. OMNIBUS CLAIM OBJECTIONS – STATUS HEARINGS AND ADJOURNED MATTERS

9.     Debtors' Fifth Omnibus Objection to Certain
       Misclassified Non-Goods 503(b)(9) Claims (Docket No.
       3309)

       Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 3310)

b.    Order Adjourning Debtors Fifth Omnibus Objection
      to Certain Misclassified Non-Goods 503(b)(9)
      Claims (Docket No. 4007)

c.    Order on Debtors Fifth Omnibus Objection to
      Certain Misclassified Non-Goods 503(b)(9) Claims
      (Docket No. 4008)

d.    Memorandum and Opinion (Docket No. 5040)

e.    Order (Docket No. 5041)

f.    Notice of Hearing on the Merits on Debtors' Fifth
      Omnibus Objection to Claim 760 filed by Magnus
      Magnusson Inc. and Response Thereto (Docket No.
      6550)

g.    Notice of Hearing on Debtors' Fifth Omnibus
      Objection to Claim 633 filed by Retail MDS, Inc.
      and Response Thereto (Docket No. 7157)

h.    Motion for Extension of Time to Respond to
      Interrogatories and Requests for Production of
      Documents and Motion for Continuance of hearing on
      Schimenti Construction company LLC's Claim under §
      503(b)(9) of the Bankruptcy Code (Docket No. 7159)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  **PLEASE SEE
                 THE ATTACHED EXHIBIT A FOR THE STATUS OF
                 YOUR PARTICULAR RESPONSE.**

10.  Notice of Hearing on the Merits on Debtors' Fifth
     Omnibus Objection to Certain Misclassified Non-Goods

503(b)(9) Claims and Responses Filed by Miner Fleet
Management Group, Ltd. and Vector Security, Inc.
(Docket No. 6834)

Related
Documents:

a.     Debtors' Fifth Omnibus Objection to Certain
       Misclassified Non-Goods 503(b)(9) Claims (Docket
       No. 3309)

b.     Order Adjourning Debtors Fifth Omnibus Objection
       to Certain Misclassified Non-Goods 503(b)(9)
       Claims (Docket No. 4007)

c.     Order on Debtors' Fifth Omnibus Objection to
       Certain Misclassified Non-Goods 503(b)(9) Claims
       (Docket No. 4008)

d.     Memorandum and Opinion (Docket No. 5040)

e.     Order (Docket No. 5041)

f.     Supplemental Order on Debtors' Fifth Omnibus
       Objection to Certain Misclassified Non-Goods
       503(b)(9) Claims (Docket No. 6851)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Response of Miner Fleet Management Group, Ltd. to
       Debtors' Fifth Omnibus Objection to Certain
       Misclassified Non-Goods 503(b)(9) Claims (Docket
       No. 3608)

b.     Response of Vector Security, Inc. to Debtors'
       Fifth Omnibus Objection to Certain Misclassified
       Non-Goods 503(b)(9) Claims (Docket No. 3612)

Status:          This matter has been adjourned solely
                 with respect to Vector Security, Inc.

until April 29, 2010 at 2:00 p.m.  This
matter has been resolved in principle
with respect to Miner Fleet Management
Group Ltd., subject to agreement upon
and completion of settlement
documentation.  **PLEASE SEE THE ATTACHED
EXHIBIT A FOR THE STATUS OF YOUR
PARTICULAR RESPONSE.**

11.   Debtors' Sixth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket No.
3311)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 3312)

b.   Order Adjourning Debtors' Sixth Omnibus Objection
to Certain Misclassified Non-Goods 503(b)(9)
Claims (Docket No. 4011)

c.   Order on Debtors' Sixth Omnibus Objection to
Certain Misclassified Non-Goods 503(b)(9) Claims
(Docket No. 4012)

d.   Memorandum and Opinion (Docket No. 5040)

e.   Order (Docket No. 5041)

f.   Consent Order Resolving The Debtors' Sixth Omnibus
Objection To Certain Misclassified Non-Goods
503(B)(9) Claims As To Lexington County Claim
Number 1165 (Docket No. 6540)

g.   Supplemental Order on Debtors' Sixth Omnibus
Objection to Certain Misclassified Non-Goods
503(b)(9) Claims (Docket No. 6663)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

9

Status:         An order has been entered partially
                sustaining the objection.  For the one
                claim for which the objection is still
                pending, this matter has been adjourned
                to May 20, 2010 at 10:00 a.m.

12.  Debtors' Seventh Omnibus Objection to Certain Late
     Claims (Docket No. 3506)

     Related
     Documents:

     a.    Order on Debtors' Seventh Omnibus Objection to
           Certain Late Claims (Docket No. 4169)

     b.    Supplemental Order on Debtors' Seventh Omnibus
           Objection to Certain Late Claims (Docket No. 6587)

     Objection
     Deadline:       June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         An order has been entered partially
                     sustaining the objection.  A
                     supplemental order has been entered
                     withdrawing the objection to certain
                     claims.  For those claims for which the
                     objection is still pending, this matter
                     is adjourned to May 20, 2010 at 10:00
                     a.m.  See attached Exhibit A.

13.  Debtors' Eighth Omnibus Objection to Certain Late
     Claims (Docket No. 3507)

     Related
     Documents:

     a.    Order on Debtors' Eighth Omnibus Objection to
           Certain Late Claims (Docket No. 4170)

     b.    Supplemental Order on Debtors' Eighth Omnibus

Objection to Certain Late Claims (Docket No. 6080)

c.    Supplemental Order on Debtors' Eighth Omnibus
      Objection to Certain Late Claims (Docket No. 6109)

d.    Second Supplemental Order on Debtors' Eighth
      Omnibus Objection to Certain Late Claims (Docket
      No. 6354)

e.    Fourth Supplemental Order on Debtors' Eighth
      Omnibus Objection to Certain Late Claims (Docket
      No. 6588)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.  For those claims for which the
                 objection is still pending, this matter
                 is adjourned to May 20, 2010 at 10:00
                 a.m.  See attached Exhibit A.

14.  Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

     Related
     Documents:

     a.    Amended Exhibit C to Debtors' Ninth Omnibus
           Objection to Certain (i) Late Claims (ii) Late
           503(b)(9) Claims (Docket No. 3512)

     b.    Order On Debtors' Ninth Omnibus Objection To
           Certain (I) Late Claims And (II) Late 503(B)(9)
           Claims (Docket No. 4171)

     c.    Supplemental Order on Debtors' Ninth Omnibus
           Objection to Certain (I) Late Claims and (II) Late

503(b)(9) Claims (Docket No. 6131)

d.  Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

e.  Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  For those claims for which the objection is still pending, this matter is adjourned to May 20, 2010 at 10:00 a.m.  See attached Exhibit A.

15.  Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.  Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.  Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4736)

c.  Supplemental Order on Debtors' Nineteenth Omnibus

Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

d.    Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

e.    Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.    Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.    Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket No. 6694)

i.    Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.    Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  **PLEASE SEE**

**THE ATTACHED <u>EXHIBIT A</u> FOR THE STATUS OF YOUR PARTICULAR RESPONSE.**

16.  Debtors' Twentieth Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Cases (Docket No. 3704)

Related
Documents:

a.   Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified To Unsecured Claims of Certain Claims Filed as 503 (B) (9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Case (Docket No. 4576)

b.   Supplemental Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503 (B) (9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Case (Docket No. 6560)

c.   Second Supplemental Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503 (B) (9) Claims for Goods Received by the Debtors Not Within Twenty Days of the Commencement of the Case (Docket No. 6953)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially sustaining the objection.  **PLEASE SEE THE ATTACHED <u>EXHIBIT A</u> FOR THE STATUS OF YOUR PARTICULAR RESPONSE.**

17.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.    Order On Debtors' Twenty-Second Omnibus Objection
            To Claims (Disallowance Of Certain Claims Filed
            Against The Wrong Debtor) (Docket No. 4577)

      b.    Supplemental Order on Debtors' Twenty-Second
            Omnibus Objection to Claims (Disallowance
            of Certain Claims Filed Against the Wrong Debtor)
            (Docket No. 6369)

      Objection
      Deadline:         July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

      Status:          An order has been entered partially
                       sustaining the objection.  For the one
                       claim for which the objection is still
                       pending, this matter is adjourned to May
                       20, 2010 at 10:00 a.m.  See attached
                       Exhibit A.

18.   Debtors' Twenty-Third Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 3711)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Third Omnibus Objection
            to Claims (Modification of Certain Duplicate
            503(b)(9) Claims) (Docket No. 4465)

      b.    Supplemental Order on Debtors' Twenty-Third
            Omnibus Objection to Claims (Modification of
            Certain Duplicate 503(b)(9) Claims) (Docket No.
            6295)

     c.    Corrected Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6869)

     d.    Supplemental Order Resolving the Debtors' Fourth, Twenty-Third, and Forty-Second Omnibus Objections with Respect to Mitsubishi Digital Electronics America, Inc. (Docket No. 6871)

Objection Deadline:          July 16, 2009 at 4:00 p.m.

Objections/ Responses Filed:          See attached Exhibit A.

Status:          Orders has been entered partially sustaining the objection.  The status hearing will go forward solely with respect to Vonage Marketing, LLC.  Other than the foregoing, for those claims for which the objection is still pending, this matter is adjourned to May 20, 2010 at 10:00 a.m.  See attached Exhibit A.

19.  Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property) (Docket No. 4017)

Related Documents:

     a.    Order on Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property) (Docket No. 4727)

     b.    Supplemental Order on Debtors' Twenty-Fourth Omnibus Objection to Claims (Disallowance of Certain Real Estate Tax Claims on Real Property in Which the Debtors Leased the Real Property) (Docket No. 6867)

Objection
Deadline:          August 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            An order has been entered partially
                   sustaining the objection.  A
                   supplemental order has been entered
                   resolving multiple claims.  For the one
                   claimant against which the objection is
                   still pending, this matter is adjourned
                   to May 20, 2010 at 10:00 a.m.  See
                   attached <u>Exhibit A</u>.

20.   Notice of Hearing on the Merits on Debtors' Twenty-
      Seventh Omnibus Objection to Claims (Disallowance of
      Certain Tax Claims for No Tax Liability) and Responses
      Thereto (Docket No. 6838)

      Related
      Documents:

      a.    Debtors' Twenty-Seventh Omnibus Objection to
            Claims (Disallowance of Certain Tax Claims for No
            Tax Liability) (Docket No. 4276)

      b.    Order on Debtors' Twenty-Seventh Omnibus Objection
            to Claims (Disallowance of Certain Tax Claims for
            No Tax Liability) (Docket No. 4807)

      c.    Supplemental Order on Debtors' Twenty-Seventh
            Omnibus Objection to Claims (Disallowance of
            Certain Tax Claims for No Tax Liability) (Docket
            No. 6128)

      d.    Second Supplemental Order on Debtors' Twenty-
            Seventh Omnibus Objection to Claims (Disallowance
            of Certain Tax Claims for No Tax Liability)
            (Docket Nos. 6673, 6675)

      e.    Third Supplemental Order on Debtors' Twenty-
            Seventh Omnibus Objection to Claims (Disallowance

of Certain Tax Claims for No Tax Liability)
(Docket No. 6872)

f.    Fourth Supplemental Order on Debtors' Twenty-
      Seventh Omnibus Objection to Claims (Disallowance
      of Certain Tax Claims for No Tax Liability)
      (Docket No. 7113)

Objection
Deadline:        August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Harris County's Response to Debtors' Twenty-
      Seventh Omnibus Objection to Claims (Docket No.
      4759)

b.    Objection of Los Angeles County, Monterey County,
      San Bernardino County, California, Collectively
      the California Taxing Authorities to Debtors'
      Twenty-Seventh Omnibus Objection to Claims
      (Disallowance of Certain Tax Claims for No Tax
      Liability) (Docket No. 4786)

c.    Amended Objection of Los Angeles County, Monterey
      County, San Bernardino County California,
      Collectively the California Taxing Authorities to
      Debtors' Twenty-Seventh Omnibus Objection to
      Claims (Disallowance of Certain Tax Claims for No
      Tax Liability) (Docket No. 4931)

Status:          An order has been entered disallowing
                 Claim No. 220 filed by Harris County in
                 its entirety.  Other than the foregoing,
                 for those claims for which the objection
                 is still pending, this matter is
                 adjourned to May 20, 2010 at 10:00 a.m.
                 See attached Exhibit A.

21.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

Related
Documents:

a.   Notice of Objection and Hearing (Docket No. 4584)

b.   Order on Debtors' Thirtieth Omnibus Objection to
     Claims (Disallowance of Certain Claims for Wages
     and Compensation) (Docket No. 5191)

c.   Supplemental Order on Debtors' Thirtieth Omnibus
     Objection to Claims (Disallowance of Certain
     Claims for Wages and Compensation) (Docket No.
     6460)

d.   Second Supplemental Order on Debtors' Thirtieth
     Omnibus Objection to Claims (Disallowance of
     Certain Claims for Wages and Compensation) (Docket
     No. 6562)

e.   Notice of Proposed Settlement Agreement and
     Stipulation Resolving the Debtors' Thirtieth
     Omnibus Objection to Claim 9451 (Docket No. 7156)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to May
                 20, 2010 at 10:00 a.m.  See attached
                 Exhibit A.

22.  Debtors' Thirty-First Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     4585)

     Related
     Documents:

     a.   Order on Debtors' Thirty-First Omnibus Objection

to Claims (Disallowance of Certain Legal Claims)
(Docket No. 5294)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An Order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, **PLEASE SEE THE ATTACHED EXHIBIT
                   A FOR THE STATUS OF YOUR PARTICULAR
                   RESPONSE.**

23.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Third Omnibus Objection
           to Claims (Modification and/or Reclassification of
           Certain Claims) (Docket No. 5192)

     b.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 9293 filed
           by Cyndi Ann Haines and Response Thereto (Docket
           No. 6551)

     c.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 7295 Filed
           by Amore Construction Company and Response Thereto
           (Docket No. 6553)

     d.    Supplemental Order on Debtors' Thirty-Third
           Omnibus Objection to Claims (Modification and/or
           Reclassification of Certain Claims) (Docket No.
           6852)

     Objection
     Deadline:          September 15, 2009 at 4:00 p.m.

```
        Objections/
        Responses
        Filed:          See attached Exhibit A.

        Status:         An order has been entered partially
                        sustaining the objection.  A
                        supplemental order has been entered
                        reclassifying certain claims.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to May
                        20, 2010 at 10:00 a.m.  See attached
                        Exhibit A.
```

24.   Debtors' Thirty-Fourth Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 4598)

```
      Related
      Documents:

      a.    Order On Debtors' Thirty-Fourth Omnibus Objection
            To Claims (Modification Of Certain Duplicate
            503(b)(9) Claims)(Docket No. 5385)

      b.    Supplemental Order On Debtors' Thirty-Fourth
            Omnibus Objection To Claims (Modification Of
            Certain Duplicate 503(b)(9) Claims)(Docket No.
            6502)

      Objection
      Deadline:       September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         Orders have been entered partially
                      sustaining the objection.  **PLEASE SEE
                      THE ATTACHED EXHIBIT A FOR THE STATUS OF
                      YOUR PARTICULAR RESPONSE.**
```

25.   Debtors' Thirty-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Claims Relating to Short Term
      Incentive Plan) (Docket No. 4600)

Related
Documents:

a.      Order on Debtors' Thirty-Sixth Omnibus Objection
        to Claims (Disallowance of Certain Claims Relating
        to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:       September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         An order has been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned to May
                20, 2010 at 10:00 a.m.  See attached
                Exhibit A.

26.   Debtors' Thirty-Seventh Omnibus Objection to Claims
      (Reduction of Certain Personal Property Tax Claims)
      (Docket No. 4613)

      Related
      Documents:

      a.      Order on Debtors' Thirty-Seventh Omnibus Objection
              to Claims (Reduction of Certain Personal Property
              Tax Claims) (Docket No. 5397)

      Objection
      Deadline:       September 25, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      April 29, 2010 at 2:00 p.m. at which
                      time the status conference will go

forward.  See attached Exhibit A.

27.  Debtors' Forty-First Omnibus Objection to Claims
     (Disallowance of Certain No Liability Claims that were
     (I) Paid Prepetition or (II) Satisfied Postpetition)
     (Docket No. 4890)

     Related
     Documents:

     a.   Order on Debtors' Forty-First Omnibus Objection to
          Claims (Disallowance of Certain No Liability
          Claims that were (I) Paid Prepetition or (II)
          Satisfied Postpetition) (Docket No. 5781)

     Objection
     Deadline:       October 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         An order has been entered partially
                     sustaining the objection.  For the one
                     claim for which the objection is still
                     pending, this matter is adjourned to May
                     20, 2010 at 10:00 a.m.  See attached
                     Exhibit A.

28.  Debtors' Forty-Third Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5016)

     Related
     Documents:

     a.   Order on Debtors' Forty-Third Omnibus Objection to
          Claims (Disallowance of Certain Late Claims)
          (Docket No. 5785)

     b.   Supplemental Order on Debtors' Forty-Third Omnibus
          Objection to Claims (Disallowance of Certain Late
          Claims) (Docket No. 6595)

     Objection
     Deadline:       October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached <u>Exhibit A</u>.

Status:         Orders have been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned to May
                20, 2010 at 10:00 a.m.  See attached
                <u>Exhibit A</u>.

29.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.    Order on Debtors' Forty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Duplicative
            Claims) (Docket No. 5830)

      Objection
      Deadline:       October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached <u>Exhibit A</u>.

      Status:         An order has been entered partially
                      sustaining the objection.  For the one
                      claim for which the objection is still
                      pending, this matter is adjourned to May
                      20, 2010 at 10:00 a.m.  See attached
                      <u>Exhibit A</u>.

30.   Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

      Related

Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6125)

d.    Second Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6484)

e.    Third Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6596)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  **PLEASE SEE
                 THE ATTACHED EXHIBIT A FOR THE STATUS OF
                 YOUR PARTICULAR RESPONSE.**

31.  Debtors' Forty-Ninth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion

for (I) Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that the
First Hearing on Any Response Proceed as a Status
Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
      Objection to Certain Administrative Expenses and
      503(b)(9) Claims and Motion for (I) Authority to
      Setoff Against Such Expenses and Claims and (II) a
      Waiver of the Requirement that the First Hearing
      on Any Response Proceed as a Status Conference
      (Docket No. 6126)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to May
                   20, 2010 at 10:00 a.m.  See attached
                   Exhibit A.

32.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.    Memorandum Opinion (Docket No. 5963)

b.  Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections (Docket No. 5964)

c.  Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6127)

d.  Second Supplemental Order on Debtors' Fiftieth Omnibus Objection to Certain Administrative Expenses and Motion for (I) Authority to Setoff Against Such Expenses and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6664)

e.  Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses and Motion For (I) Authority To Setoff Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially sustaining the objection.  **PLEASE SEE THE ATTACHED EXHIBIT A FOR THE STATUS OF YOUR PARTICULAR RESPONSE.**

33.  Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5318)

Related
Documents:

a.  Order on Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims)

(Docket No. 6068)

b.    Supplemental Order on Debtors' Fifty-Fourth
      Omnibus Objection to Claims (Disallowance of
      Certain Late Claims) (Docket No. 6594)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
                 sustaining the objection.  A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.  For the one claim for which the
                 objection is still pending, this matter
                 is adjourned to May 20, 2010 at 10:00
                 a.m.  See attached <u>Exhibit A</u>.

34.   Notice of Hearing on the Merits on Debtors' Fifty-
      Seventh Omnibus Objection to Claims (Disallowance of
      Certain Alleged Administrative Expenses) and Responses
      Thereto (Docket No. 6839)

      Related
      Documents:

      a.    Debtors' Fifty-Seventh Omnibus Objection to Claims
            (Disallowance of Certain Alleged Administrative
            Expenses) (Docket No. 5321)

      b.    Order on Debtors' Fifty-Seventh Omnibus Objection
            to Claims (Disallowance of Certain Alleged
            Administrative Expenses) (Docket No. 6070)

      c.    Supplemental Order on Debtors' Fifty-Seventh
            Omnibus Objection to Claims (Disallowance of
            Certain Alleged Administrative Expenses) (Docket
            No. 6598)

      Objection
      Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.      Response of Snell Acoustics, Inc. to Debtors
        Fifty-Seventh Omnibus Objection to Claims
        (Disallowance of Certain Alleged Administrative
        Expenses) (Docket No. 5673)

        Status:         This matter has been resolved in
                        principle with respect to Snell
                        Acoustics, Inc., subject to agreement
                        upon and completion of settlement
                        documentation.  The status hearing on
                        this response is adjourned to April 29,
                        2010 at 2:00 p.m. pending completion of
                        settlement documentation.

35.   Notice of Hearing on the Merits on Debtors' Fifty-
      Eighth Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured, Non-
      Priority Claims) and Responses Thereto (Docket No.
      6840)

      Related
      Documents:

      a.      Debtors' Fifty-Eighth Omnibus Objection to Claims
              (Reclassification of Certain Misclassified Claims
              to Unsecured, Non-Priority Claims) (Docket No.
              5322)

      b.      Order on Debtors' Fifty-Eighth Omnibus Objection
              to Claims (Reclassification of Certain
              Misclassified Claims to General Unsecured, Non-
              Priority Claims) (Docket No. 6067)

      Objection
      Deadline:       November 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

a.    Response of SanDisk Corporation to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (Docket No. 5549)

b.    Response of Snell Acoustics, Inc. to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 5674)

c.    Amended Response of Snell Acoustics, Inc. to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 5675)

d.    Response of THQ, Inc. to Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to Unsecured, Non-Priority Claims) (Docket No. 5676)

e.    Response of Kelly Breitenbecher to Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 5722)

f.    Response of James H. Wimmer, Jr. to Debtors' Fifty-Eighth Omnibus Objection to Claims (Docket No. 5735)

Status:        This matter is resolved in principle with respect to Snell Acoustics, Inc., subject to agreement upon and completion of settlement documentation.  With respect to all other matters, this matter was heard on April 6, 2010 and a supplemental order has been submitted reclassifying the claims.  This matter will go forward on the merits with respect to the Weidler Settlement Class.

36.  Debtors' Sixtieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal
Claims); (ii) No Liability (Miscellaneous Claims); and
(iii) No Liability (Subcontractor Claims)) (Docket No.
5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to
      Claims (Disallowance of Certain (i) No Liability
      (Legal Claims); (ii) No Liability (Miscellaneous
      Claims); and (iii) No Liability (Subcontractor
      Claims))(Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus
      Objection to Claims (Disallowance of Certain (i)
      No Liability (Legal Claims); (ii) No Liability
      (Miscellaneous Claims); and (iii) No Liability
      (Subcontractor Claims))(Docket No. 6585)

Objection
Deadline:         December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to May
                  20, 2010 at 10:00 a.m.  See attached
                  Exhibit A.

37.   Notice of Hearing on the Merits on Debtors' Sixty-
      Seventh Omnibus Objection to Claims (Disallowance of
      (I) Certain Amended Claims; and (II) Certain Duplicate
      Claims) Filed by Chase Bank USA National Association
      and The Columbus Dispatch (Docket No. 7025)

      Related
      Documents:

      a.    Debtors' Sixty-Seventh Omnibus Objection to Claims
            (Disallowance of (I) Certain Amended Claims; and

(II) Certain Duplicate Claims) (Docket No. 6566)

b.    Order on Debtors' Sixty-Seventh Omnibus Objection
to Claims (Disallowance of (I) Certain Amended
Claims; and (II) Certain Duplicate Claims) (Docket
No. 7069)

Objection
Deadline:      March 18, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Response to Objection to Proof of Claim Numbers
12386 and 14468, by The Columbus Dispatch (Docket
No. 6833)

b.    Response of Chase Bank, USA, National Association
to the Debtors' Sixty-Seventh Omnibus Objection to
Claims (Disallowance of (I) Certain Amended
Claims; and (II) Certain Duplicate Claims)(Docket
No. 6877)

Status:        This matter has been resolved with
respect to Columbus Dispatch and Chase
Bank, USA, National Association and a
supplemental order will be submitted.

## V.    OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD

38.   Debtors' Motion for Summary Judgment with Respect to
Claim of Weidler Settlement Class Subject to Debtors'
Fifty-Eighth Omnibus Objection to Claims (Modification
and/or Reclassification of Certain Claims) (Docket No.
6862)

Related
Documents:

a.    Debtors' Fifty-Eighth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to Unsecured, Non-Priority Claims) (Docket No.
5322)

b.   Debtors' Memorandum of Law in Support of Motion
for Summary Judgment with Respect to Claim of
Weidler Settlement Class Subject to Debtors'
Fifty-Eighth Omnibus Objection to Claims
(Modification and/or Reclassification of Certain
Claims)(Docket No. 6863)

Objection
Deadline:        April 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Weidler Settlement Class Memorandum in Opposition
to Debtors' Motion for Summary Judgment (Docket
No. 7151)

b.   Corrected Exhibit 3 to Weidler Settlement Class
Memorandum in Opposition to Debtors' Motion for
Summary Judgment (Docket No. 7152)

Status:          This matter is going forward.]

39.   Memorandum of Points and Authorities in Support of
Creditors Gentry, Hernandez, Card, and Skaf's Omnibus
Motion Requesting an Order Applying Bankruptcy Rule
7023 to Their Class Proofs of Claim Pursuant to
Bankruptcy Rule 9014(c) (Docket No. 7062)

Related
Documents:

a.   Debtors' Nineteenth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) (Docket
No. 3703)

b.   Debtors' Thirty-First Omnibus Objection to Claims
(Disallowance of Certain Legal Claims) (Docket No.
4585)

c.   Debtors' Supplement to the Nineteenth Omnibus
Objection to Claims (Reclassification of Certain
Misclassified Claims to General Unsecured, Non-

Priority Claims) with Respect to the Class Claim
Filed by Robert Gentry (Docket No. 6642)

d.    Debtors' Supplement to the Thirty-First Omnibus
      Objection to Claims (Disallowance of Certain Legal
      Claims) with Respect to the Class Claim Filed by
      Joseph Skaf (Docket No. 6646)

e.    Debtors' Supplement to the Thirty-First Omnibus
      Objection to Claims (Disallowance of Certain Legal
      Claims) with Respect to the Class Claim Filed by
      Jonathan Card (Docket No. 6660)

f.    Debtors' Supplement to the Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) with Respect to the Class Claim
      Filed by Jack Hernandez (Docket No. 6661)

g.    Order Granting Debtors' Motion for and Memorandum
      of Law in Support of Summary Judgment on
      Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims
      to General Unsecured, Non-Priority Claims) with
      Respect to the Class Claim of Robert Gentry
      (Docket No. 7072)

h.    Order on Debtors' Motion for and Memorandum of Law
      in Support of Summary Judgment on Thirty-First
      Omnibus Objection to Claims (Disallowance of
      Certain Legal Claims) with Respect to the Class of
      Joseph Skaf (Docket No. 7074)

i.    Order Granting Debtors' Motion for and Memorandum
      of Law in Support of Summary Judgment on
      Nineteenth Omnibus Objection to Claims
      (Reclassification of Certain Misclassified Claims
      to General Unsecured, Non-Priority Claims) with
      Respect to the Class Claim of Jack
      Hernandez  (Docket No. 7075)

j.    Order Granting Debtors' Motion for and Memorandum
      of Law in Support of Summary Judgment on Thirty-
      First Omnibus Objection to Claims (Disallowance of
      Certain Legal Claims) with Respect to the Class

Claim of Jonathan Card (Docket No. 7076)

k.   Notice of Errata re: Declaration of Michael
     Righetti in Support of Creditors Gentry,
     Hernandez, Card, and Skaf's Omnibus Motion
     Requesting an Order Applying Bankruptcy Rule 7023
     to Their Class Proofs of Claim Pursuant to
     Bankruptcy Rule 9014(c)(Docket No. 7080)

l.   Debtors' Response to Creditors Gentry, Hernandez,
     Card and Skaf's Omnibus Motion Requesting an Order
     Applying Bankruptcy Rule 7023 to Their Class
     Proofs of Claim Pursuant To Bankruptcy Rule
     9014(c)(Docket No. 7166)

Objection
Deadline:        April 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

## VI.   FEE APPLICATIONS

40.  Fifth Interim Fee Application of Skadden, Arps, Slate,
     Meagher & Flom, LLP for Compensation for Services
     Rendered and Reimbursement of Expenses as Counsel to
     the Debtors for the Period from November 1, 2009
     through and including January 31, 2010 (Docket No.
     6845)

Objection
Deadline:        April 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

41.  Fifth Interim Application for Compensation and
     Reimbursement of Expenses for McGuireWoods LLP as Co-
     Counsel to the Debtors for Services Rendered from

November 1, 2009 through January 31, 2010 (Docket No.
6846)

Objection
Deadline:         April 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

42.   Fifth Interim Fee Application of FTI Consulting, Inc.
      for Compensation For Services Rendered and
      Reimbursement of Expenses as Financial Advisors to the
      Debtors Incurred For the Period from November 1, 2009
      Through and Including January 31, 2010 (Docket No.
      6847)

      Objection
      Deadline:         April 8, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

43.   Fifth Interim Fee Application of Ernst & Young LLP as
      Accounting and Tax Consultants for the Debtors for the
      Period November 1, 2009 to January 31, 2010 (Docket No.
      6848)

      Objection
      Deadline:         April 8, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

44.   Fourth Interim Fee Application of KPMG LLP as
      Independent Auditors and Tax Consultants to the Debtors
      for Allowance of Compensation and Reimbursement of

Expenses for the Period Beginning November 1, 2009
through January 31, 2010 (Docket No. 6849)

Objection
Deadline:         April 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

45.   Fifth Interim Fee Application of DJM Realty Services,
      LLC for Reimbursement of Expenses Incurred and for
      Allowance and Payment of Compensation for Services
      Rendered (November 1, 2009 Through January 31, 2010)
      (Docket No.  6850)

      Objection
      Deadline:         April 8, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

46.   Fifth Interim Application of Tavenner & Beran, PLC for
      Allowance of Compensation and Expense Reimbursement as
      Local Counsel to the Official Committee of Unsecured
      Creditors (Docket No. 6860)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 6866)

      Objection
      Deadline:         April 8, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter is going forward.

47.    Application of Protiviti, Inc. for Fifth Interim
       Allowance of Compensation and Reimbursement of Expenses
       as Financial Advisor for the Official Committee of
       Unsecured Creditors For the Period November 1, 2009
       through January 31, 2010 (Docket No. 6861)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 6866)

       Objection
       Deadline:        April 8, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda

       Status:          This matter is going forward.

48.    Fifth Interim Application of Pachulski Stang Ziehl &
       Jones for Compensation for Services Rendered and
       Reimbursement of Expenses as Counsel to the Official
       Committee of Unsecured Creditors For the Period From
       November 1, 2009 through January 31, 2009 (Docket No.
       6865)

       Related
       Documents:

       a.   Notice of Motion and Hearing (Docket No. 6866)

       Objection
       Deadline:        April 8, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:           None at the time of filing this agenda

       Status:          This matter is going forward.

**VII. ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES**

49.    Complaint (Docket No. 1) (CC-Investors 1995-6 v.
       Circuit City Stores, Inc., Adversary No. 09-3220 (KRH))

Response
Deadline:        December 21, 2009 at 4:00 p.m., extended
                 for CC-Investors until April 13, 2010.

Objections/
Responses
Filed:

a.    Answer, Affirmative Defenses and Counterclaims of
      Circuit City Stores, Inc. (Docket No. 7)

b.    Amended Answer, Affirmative Defenses and
      Counterclaims of Circuit City Stores, Inc. (Docket
      No. 12)

Status:          The pre-trial conference on this matter
                 is going forward.

50.   Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
      Creative Labs, Inc., Adversary No. 09-3225 (KRH))

Related
Documents:

a.    Motion to Seal Exhibit (Docket No. 6)

b.    Order Authorizing Debtors to File Exhibit Under
      Seal (Docket No. 9)

Response
Deadline:        December 24, 2009 at 4:00 p.m., extended
                 for Creative Labs, Inc. until April 12,
                 2010.

Objections/
Responses
Filed:           Creative Lab, Inc.'s Answer to Complaint
                 (Docket No. 16)

Status:          The pre-trial conference on this matter
                 is going forward.

Dated: April 12, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
                               Chris L. Dickerson, Esq.
                               155 N. Wacker Drive, Suite 2700
                               Chicago, Illinois 60606-2700
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP


                               /s/ Douglas M. Foley _____
                               Dion W. Hayes (VSB No. 34304)
                               Douglas M. Foley (VSB No. 34364)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

\11096095.2

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Retail MDS, Inc. | 3563 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m. The Debtors intend to advise the Court that this matter will go forward on the merits on April 29, 2010 at 2:00 p.m.** |
| 5 | Graphic Communications, Inc. | 3600 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to April 29, 2010 pending completion of settlement documentation. |
| 5 | Vector Security, Inc. | 3612 | The parties are working to resolve this matter.  If the parties are unable to reach a consensual resolution, this matter will go forward on the merits on April 29, 2010 at 2:00 p.m. |
| 5 | Schimenti Construction Company LLC | 3622 | This matter will go forward on the merits on April 29, 2010 at 2:00 p.m. |
| 5 | U.S. Signs | 3623 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| | | | |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the April 15, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 9 | John Batioff | 3901 3902 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to May 20, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 19 | County of Henrico, Virginia | 4062 4108 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 19 | Slam Brands, Inc. | 4081 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to April 29, 2010 at 2:00 p.m. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 23 | Vonage Marketing, LLC | 4124 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m. The Debtors intend to advise the Court that this matter will go forward on the merits on April 29, 2010 at 2:00 p.m.** |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 24 | Henrico County, Virginia | 4422 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 27 | Los Angeles, California | 4786 4931 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| 27 | Monterey, California | 4786 4931 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| 27 | San Bernardino, California | 4786 4931 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 30 | Stephen Saunders | 4838 | A supplemental order has been submitted disallowing this claim. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Nicole Cervanyk | 4967 | A Settlement Agreement and Stipulation (Docket No. 7156) has been filed.  If no objections are received by April 14, 2010, this matter will be resolved. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
|  |  |  |  |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Jonathan Card | 4823 4943 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Joseph Skaf | 4946 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 p.m.** |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 33 | Bell'O International Corp. | 4954 | The parties are working to resolve this matter.  The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to April 29, 2010 at 2:00 p.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution LLC | 4902 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
|  |  |  |  |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 37 | Boulder County, Colorado | n/a | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Spokane County, Washington | 5033 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Pima County, AZ | 5100 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Bell County, Texas | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Arlington ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Tyler ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Ada County, Idaho | 5110 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Cameron County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Dallas County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | El Paso | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Frisco | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Gregg County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Harlingen | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Harris County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of McAllen | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | McLennan County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Memphis | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Nueces County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Rockwall CAD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Round Rock ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Smith County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | South Texas College | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | South Texas ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Tarrant County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| | | | |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 48 | Actiontec Electronics, Inc. | 5382 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 48 | Lenovo USA on behalf of Hain Capital Holdings, LLC | 5423 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 48 | Thomson, Inc. (Hain Capital Holdings, LLC) | 5518 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| 48 | Imagination Entertainment | 5533 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 49 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to April 29, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 50 | Fujitsu Ten Corp of America | n/a | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 54 | Greg Nagy | 5587 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 57 | Snell Acoustics, Inc. | n/a | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to April 29, 2010 at 2:00 p.m. pending completion of settlement documentation. |
| | | | |
| 58 | ScanDisk Corporation | 5549 | A supplemental order has been submitted reclassifying this claim. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 58 | THQ, Inc. | 5676 | A supplemental order has been submitted reclassifying this claim. |
| 58 | Kelly Breitenbecher | 5722 | A supplemental order has been submitted reclassifying this claim. |
| 58 | James H. Wimmer, Jr. | 5735 | A supplemental order has been submitted reclassifying this claim. |
| 58 | Weidler Settlement Class | 5753 | The matter will go forward on the merits on April 15, 2010 at 2:00 p.m. |
| 58 | Snell Acoustics, Inc. | 5674 5675 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to April 29, 2010 at 2:00 p.m. pending completion of settlement documentation. |
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 60 | Jack Hernandez | 6036 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 P.M.** |
| 60 | Robert Gentry | 6037 | **The status hearing on this response will go forward on April 15, 2010 at 2:00 P.M.** |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to May 20, 2010 at 10:00 a.m. |
| | | | |
| 67 | Columbus Dispatch | 6833 | This matter has been resolved and a supplemental order will be submitted withdrawing the objection. |
| 67 | Chase Bank, USA, National Association | 6877 | This matter has been resolved and a revised form of order will be submitted to the Court granting the relief requested. |

\11066617.4

19