Mark Browning
Texas Attorney General's Office
Bankruptcy-Collections Division
P.O. Box 12548
Austin, TX 78711-2548
(512) 475-4883

Counsel for the Texas
Comptroller of Public Accounts

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | CASE NO. 08-35653-KRH-11 |
| CIRCUIT CITY STORES, INC., *et al.*, | § | Jointly Administered |
| | § | |
| Debtors | § | Hearing Date: May 11, 2010 |
| | § | Time: 10:00 a.m. |
| | § | Location: Richmond |

## NOTICE OF HEARING

**Under Local Bankruptcy Rule 9013-1, unless a written response to this motion and supporting memorandum are filed with the Clerk of Court and served on the moving party within 7 days before the scheduled hearing date, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

To All Parties in Interest

Please take notice that a hearing on the Texas Comptroller's Motion to compel Payment of Post-Petition Tax Obligations will be held on May 11, 2010 at 10:00 am before the Hon. Kevin R. Huennekens at the United States Courthouse, 701 East Broad St., Richmond VA 23219.

Respectfully submitted,

Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

        DAVID S. MORALES
        Deputy Attorney General for Civil Litigation

        RONALD R. DEL VENTO
        Assistant Attorney General
        Chief, Bankruptcy & Collections Division

        */s/ Mark Browning*
        MARK BROWNING
        Assistant Attorney General
        Texas State Bar No. 03223600
        Bankruptcy & Collections Division
        P. O. Box 12548
        Austin, TX 78711-2548
        Telephone:  (512) 475-4883
        Facsimile:  (512) 482-8341

        ATTORNEYS FOR THE TEXAS
        COMPTROLLER OF PUBLIC ACCOUNTS

## **CERTIFICATE OF SERVICE**

    I certify that on April 13, 2010, a true copy of the foregoing was served by the method and to the following parties as indicated:

By First Class Mail:

Circuit City Stores, Inc.
9950 Mayland Dr.
Richmond, VA 23233
Attn: Reginald D. Hedgebeth
      Daniel W. Ramsey

Michelle Mosier
Circuit City Stores, Inc.
PO Box 5695
Glen Allen, VA 23058-5695

Gregg M. Galardi
Ian S. Fredericks
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
PO Box 636

Wilmington, DE 19899 636

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606
Attn: Chris L. Dickerson

Chris Dickerson
Jessica S. Kumar
Skadden, Arps, Slate, Meagher & Flom LLP
155 N. Wacker Drive
Chicago, IL 60606

Dion W. Hayes
Douglas M. Foley
Sarah B. Boehm
McGuire Woods LLP
One James Center
901 E. Cary St
Richmond, VA 23219

Jeffrey N. Pomerantz
Standley E. Goldich
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., 11th Fl
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th FL
New York, NY 10017

Lynn L. Tavenner
Puala S. Beran
Tavenner & Beran, PLC
20 N. Eighth St., 2nd Fl
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 E. Broad St., Ste. 4304
Richmond, VA 23219

Robert D. Clark
100 Third Street
Castle Rock, CO 80104

By Electronic Means as listed on the Court's ECF Noticing System:

Robin S. Abramowitz abramowitz@larypc.com
Angela Sheffler Abreu aabreu@mccarter.com, rowan20@excite.com
Benjamin C. Ackerly backerly@hunton.com, cloving@hunton.com
Christopher M. Alston alstc@foster.com, laboj@foster.com
Mark K. Ames marktacs@gmail.com
Heather Lynn Anderson Heather.Anderson@dol.lps.state.nj.us
James E. Anklam jamesanklam@paulhastings.com, harveystrickon@paulhastings.com
Tara B. Annweiler tannweiler@greerherz.com
Henry P. Baer CSommer@fdh.com, csommer@fdh.com
Peter Barrett peter.barrett@kutakrock.com,
lynda.wood@kutakrock.com;sara.abrams@kutakrock.com;elenora.allen@kutakrock.com
Raymond William Battaglia rbattaglia@obht.com
Philip C. Baxa phil.baxa@mercertrigiani.com, liz.camp@mercertrigiani.com
Brett Christopher Beehler bbeehler@mrrlaw.net, lsansbury@mrrlaw.net
Christopher R. Belmonte cbelmonte@ssbb.com, asnow@ssbb.com,pbosswick@ssbb.com
Paula S. Beran pberan@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;stavenner@tb-lawfirm.com;jsnyder@tb-lawfirm.com;ltavenner@tb-lawfirm.com
Jason B. Binford jason.binford@haynesboone.com
Ron C. Bingham rbingham@stites.com, dclayton@stites.com
Patrick M. Birney pbirney@rc.com, jcarrion@rc.com
Paul M. Black pblack@spilmanlaw.com, cquesenberry@spilmanlaw.com
Daniel F. Blanks dblanks@mcguirewoods.com

Paul S. Bliley pbliley@williamsmullen.com,
rcohen@williamsmullen.com;hpollard@williamsmullen.com
Sarah Beckett Boehm sboehm@mcguirewoods.com,
kcain@mcguirewoods.com;lneilson@mcguirewoods.com
Wanda Borges borgeslawfirm@aol.com
Anne Elizabeth Braucher anne.braucher@gmail.com
James J. Briody jim.briody@sablaw.com, kim.smith@sablaw.com
William A. Broscious wbroscious@kbbplc.com
Heather D. Brown hbrown@kkgpc.com, jwest@kkgpc.com
Martin A. Brown martin.brown@lawokc.com
Steven L. Brown brown@wolriv.com, bankruptcy@wolriv.com
Timothy Francis Brown brownt@arentfox.com, giaimo.christopher@arentfox.com
Linda Sharon Broyhill lbroyhill@reedsmith.com, nkatzen@reedsmith.com
Andrew M. Brumby abrumby@shutts-law.com, rhicks@shutts-law.com
Kristen E. Burgers keburgers@venable.com

William A. Burnett aburnett@williamsmullen.com
Marc A. Busman mbusman@busmanandbusman.com
Aaron R. Cahn cahn@clm.com
Paul K. Campsen pkcampsen@kaufcan.com
Robert A. Canfield bcanfield@canfieldbaer.com,
sstanley@canfieldbaer.com;hivey@canfieldbaer.com;bhochfelder@canfieldbaer.com
Peter J. Carney jlerner@whitecase.com,jrubalcava@whitecase.com
William H. Casterline wcasterlinejr@blankeith.com, bford@bklawva.com
Eugene Chang echang@steinlubin.com
Jeffrey Chang jchang@wildman.com
Wm. Joseph A. Charboneau jcharboneau@mglspc.com, lcopenhaver@mglspc.com
Sara L. Chenetz chenetz@blankrome.com
Dominic L. Chiariello dc@chiariello.com
Charles W. Chotvacs cwchotvacs@gmail.com,
aconway@taubman.com;Pollack@ballardspahr.com
Anthony J. Cichello acichello@kb-law.com
City of Newport News, Virginia jdurant@nngov.com
Darrell William Clark dclark@stinson.com, cscott@stinson.com
Robert D. Clark rclark@douglas.co.us
James E. Clarke vaecf@atlanticlawgrp.com, rbailey@atlanticlawgrp.com
Tiffany Strelow Cobb tscobb@vorys.com, cdfricke@vorys.com
Mindy D. Cohn mcohn@winston.com
Andrew Lynch Cole acole@fandpnet.com
Ken Coleman Ken.Coleman@allenovery.com
Michael A. Condyles michael.condyles@kutakrock.com,
lynda.wood@kutakrock.com;kimberly.pierro@kutakrock.com;jeremy.williams@kutakrock.com
Mark B. Conlan mconlan@gibbonslaw.com
Andrew S. Conway aconway@taubman.com
Eric C. Cotton hsmith@ddr.com
Robert K. Coulter robert.coulter@usdoj.gov,
sharon.abbott@usdoj.gov;USAVAE.ALX.ECF.BANK@usdoj.gov
David H. Cox dcox@jackscamp.com,
phaynes@jackscamp.com;dstewart@jackscamp.com
John M. Craig johncraigg@aol.com, russj4478@aol.com
Catherine Elizabeth Creely ccreely@akingump.com, bkemp@akingump.com
William C. Crenshaw bill.crenshaw@bryancave.com
Paul McCourt Curley pcurley@canfieldbaer.com, tchilders@canfieldbaer.com
Gilbert D. Dean ddean@coleschotz.com, jdonaghy@coleschotz.com
Jenelle Marie Dennis dennisj@ballardspahr.com, pollack@ballardspahr.com
Christopher M. Desiderio cdesiderio@nixonpeabody.com
Jaime Sue Dibble jdibble@stinson.com, lbigus@stinson.com
Louis E. Dolan ldolan@nixonpeabody.com, was.managing.clerk@nixonpeabody.com

Jennifer V. Doran jdoran@haslaw.com, calirm@haslaw.com
Seth A. Drucker sdrucker@honigman.com
Joseph M. DuRant jdurant@nngov.com
Ronald G. Dunn bstasiak@gdwo.net
Robert A. Dybing rdybing@t-mlaw.com, pfemiani@t-mlaw.com
Sara B. Eagle eagle.sara@pbgc.gov, efile@pbgc.gov
Carl A. Eason bankruptcy@wolriv.com
Robert C. Edmundson redmundson@attorneygeneral.gov
Elizabeth A. Elam betsyelam@toase.com, wtaylor@toase.com;cfickes@toase.com;kkalos@toase.com
Tara L. Elgie telgie@hunton.com
Bradford F. Englander benglander@wtplaw.com, bnestor@wtplaw.com;wbatres@wtplaw.com
Augustus C. Epps aepps@cblaw.com, lthompson@cblaw.com
David J. Ervin dervin@kelleydrye.com, KDWBankruptcyDepartment@kelleydrye.com
Belkys Escobar Belkys.Escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov;Brian.Boone@loudoun.gov
Michael P. Falzone mfalzone@hf-law.com, jbsmith@hf-law.com
Robert J. Feinstein rfeinstein@pszjlaw.com, rorgel@pszjlaw.com;dharris@pszjlaw.com
John D. Fiero jfiero@pszjlaw.com
Douglas M. Foley dfoley@mcguirewoods.com
Christine McAteer Ford cford@mdpcelaw.com
Gina M Fornario gfornario@nixonpeabody.com, klove@nixonpeabody.com;sf.managing.clerk@nixonpeabody.com
Jeremy S. Friedberg jeremy.friedberg@llff.com, ecf@llff.com;gordon.young@llff.com
Jeremy S. Friedberg jsf@llff.com, ecf@llff.com;gordon.young@llff.com
Ellen A. Friedman efriedman@friedumspring.com, ramona.neal@hp.com;ken.higman@hp.com
Mark J. Friedman mark.friedman@dlapiper.com
Gary V. Fulghum gfulghum@sblsg.com, jschmeltz@sblsg.com;jrapp@sblsg.com
Rand L. Gelber RGelberMD@aol.com
Karen L. Gilman KGILMAN@WOLFFSAMSON.COM
Lawrence H. Glanzer glanzer@rlglegal.com, mozelle@rlglegal.com
Brad R. Godshall bgodshall@pszjlaw.com
Douglas R. Gonzales dgonzales@wsh-law.com
Anitra D. Goodman Royster anitra.royster@nelsonmullins.com, betsy.burn@nelsonmullins.com,raina.steward@nelsonmullins.com;terri.gardner@nelsonmullins.com
Kimbell D. Gourley kgourley@idalaw.com, sprescott@idalaw.com
Garry M. Graber GGraber@HodgsonRuss.com, dpiazza@hodgsonruss.com;ncalderon@hodgsonruss.com
Jeffrey J. Graham jgraham@taftlaw.com, dwineinger@taftlaw.com;ecfclerk@taftlaw.com;docket@taftlaw.com

William A. Gray bgray@sandsanderson.com, kwalters@sandsanderson.com
Peter A. Greenburg pgreenburg@aol.com
Steven H. Greenfeld steveng@cohenbaldinger.com
David A. Greer dgreer@davidgreerlaw.com, ecf@davidgreerlaw.com
Elizabeth L. Gunn egunn@durrettebradshaw.com, sryan@durrettebradshaw.com;shendon@durrettebradshaw.com
Richard E. Hagerty richard.hagerty@troutmansanders.com, sharron.fay@troutmansanders.com;anne.clark@troutmansanders.com;;barbara.webne@troutmansanders.com
Jerry Lane Hall jerry.hall@pillsburylaw.com, patrick.potter@pillsburylaw.com;dania.slim@pillsburylaw.com
Aaron L. Hammer ahammer@freebornpeters.com
Gina Baker Hantel agbankcal@ag.tn.gov
Michael E. Hastings michael.hastings@leclairryan.com, tonya.whitt@leclairryan.com
Jonathan L. Hauser jonathan.hauser@troutmansanders.com
David Emmett Hawkins dhawkins@velaw.com
Dion W. Hayes dhayes@mcguirewoods.com
Melissa S. Hayward mhayward@lockelord.com
Andrew H. Herrick aherrick@albemarle.org
William Heuer wheuer@duanemorris.com
Robert B. Hill kcummins@hillrainey.com
John E. Hilton jeh@carmodymacdonald.com
Matthew E. Hoffman mehoffman@duanemorris.com, lltaylor@duanemorris.com;lstopol@levystopol.com
David D. Hopper ddhopper@chlhf.com, scilino@chlhf.com
Brian D. Huben brian.huben@kattenlaw.com, carole.levine@kattenlaw.com;dustin.branch@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
Lisa Taylor Hudson lhudson@sandsanderson.com
F. Marion Hughes marion.hughes@smithmoorelaw.com
Jessica Regan Hughes jhughes@seyfarth.com, swells@seyfarth.com;wdcdocketing@seyfarth.com
Peter C. Hughes phughes@dilworthlaw.com
Martha E. Hulley martha.hulley@leclairryan.com, erik.gustafson@leclairryan.com;sarahleitner.kelly@leclairryan.com
Richard Iain Hutson rhutson@fullertonlaw.com
Alexander Xavier Jackins ajackins@seyfarth.com
Thomas Neal Jamerson tjamerson@hunton.com, tomjam2003@yahoo.com
Russell R. Johnson russ4478@aol.com
Christopher A. Jones cajones@wtplaw.com, wbatres@wtplaw.com
Nathan Jones heather@usdrllc.com
Dexter D. Joyner caaustin@comcast.net
Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com

Douglas D. Kappler dkappler@rdwlawcorp.com
Lawrence Allen Katz lakatz@venable.com
Adam K. Keith akeith@honigman.com, tsable@honigman.com
Gerald P. Kennedy gpk@procopio.com
Brian F. Kenney bkenney@milesstockbridge.com
Erin Elizabeth Kessel ekessel@spottsfain.com, kligon@spottsfain.com;jwest@spottsfain.com;rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com
Thomas G. King tking@KreisEnderle.com, dholmgren@KreisEnderle.com;sfazio@KreisEnderle.com
Jeffrey E. Klusmeier Jeff.Klusmeier@ago.mo.gov
Kurt M. Kobiljak kkobi@aol.com
Michael S. Kogan mkogan@ecjlaw.com, rfraire@ecjlaw.com
Charles Gideon Korrell gkorrell@dl.com
Leonidas Koutsouftikis lkouts@magruderpc.com, mcook@magruderpc.com
Darryl S. Laddin bkrfilings@agg.com
Kevin A. Lake klake@vanblk.com, lseaborne@vanblk.com,bwhitney@vanblk.com
John J. Lamoureux jlamoureux@carltonfields.com, lmccullough@carltonfields.com;tpaecf@cfdom.net
Ian S. Landsberg ilandsberg@lm-lawyers.com
Jennifer Langan jlangan@patreasury.org
Stephen E. Leach sleach@ltblaw.com, ndysart@ltblaw.com;msarata@ltblaw.com;rrosado@ltblaw.com
Richard E. Lear richard.lear@hklaw.com, kimi.odonnell@hklaw.com
Robert L. Lehane rlehane@kelleydrye.com, KDWBankruptcyDepartment@KelleyDrye.com
Stephen K. Lehnardt skleh@lehnardt-law.com
Justin D. Leonard jleonard@balljanik.com
Fredrick J. Levy fjlevy@olshanlaw.com, mmarck@olshanlaw.com;ssallie@olshanlaw.com
Dennis T. Lewandowski dtlewand@kaufcan.com
James V. Lombardi jvlombardi@rossbanks.com
Henry Pollard Long hlong@hunton.com
John E. Lucian lucian@blankrome.com
Donald K. Ludman dludman@brownconnery.com
Christine D. Lynch clynch@goulstonstorrs.com
Robert M. Marino rmmarino@rpb-law.com, rmmarino1@aol.com
Joel T. Marker joel@mbt-law.com
Jeremy W. Martin jeremymartin@lawmh.com, lthompson@lawmh.com;sgardener@law.mh.com
Richard M. Maseles edvaecf@dor.mo.gov
Gary E. Mason gmason@masonlawdc.com
Bruce H. Matson bruce.matson@leclairryan.com,

kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
David McCall bankruptcy@ntexas-attorneys.com
Kevin R. McCarthy krm@mccarthywhite.com,
wdw@mccarthywhite.com;clm@mccarthywhite.com
Michael Keith McCrory mmcrory@btlaw.com
Neil E. McCullagh nmccullagh@spottsfain.com,
jstern@spottsfain.com;eanderson@spottsfain.com
W. Clarkson McDow, Jr. USTPRegion04.RH.ECF@usdoj.gov
David R. McFarlin dmcfarlin@whmh.com,
psmith@whmh.com;mbretana@whmh.com;lde@whmh.com
Annemarie G. McGavin annemarie.mcgavin@bipc.com
Frank F. McGinn ffm@bostonbusinesslaw.com
Robert P. McIntosh Robert.McIntosh@usdoj.gov
John D. McIntyre jmcintyre@wmlawgroup.com, wedwards@wmlawgroup.com
John G. McJunkin jmcjunkin@mckennalong.com, sparson@mckennalong.com
Joshua D. McKarcher jmckarcher@cov.com
Jennifer McLain McLemore jmclemore@cblaw.com, avaughn@cblaw.com
Janet M. Meiburger admin@meiburgerlaw.com
Stephen A. Metz smetz@shulmanrogers.com
C. Christopher Meyer cmeyer@ssd.com
Kalina Boyanova Miller kmiller@wileyrein.com, rours@wileyrein.com
Stephan William Milo smilo@wawlaw.com,
hvanlear@wawlaw.com;jjohnson@wawlaw.com;rswann@wawlaw.com;khunter@wawlaw.com;KRichman@wawlaw.com;wlevin@wawlaw.com
Satchidananda Mims smims21@hotmail.com
Malcolm M. Mitchell mmmitchell@vorys.com,
sbanerjee@vorys.com;kdlehman@vorys.com;cmbrosius@vorys.com
Byron Z. Moldo bmoldo@ecjlaw.com, tmelendez@ecjlaw.com
Joseph T. Moldovan bankruptcy@morrisoncohen.com
Denise S. Mondell denise.mondell@po.state.ct.us
Mindy A. Mora mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
Valerie P. Morrison vmorrison@wileyrein.com, rours@wileyrein.com
Michael D. Mueller mmueller@cblaw.com, avaughn@cblaw.com
Mona M. Murphy mona.murphy@akerman.com,
tammy.scott@akerman.com;joan.levit@akerman.com;carolyn.sansing@akerman.com
Stephen G. Murphy Murphys@dor.state.ma.us
Thomas Francis Murphy tmurphy@dclawfirm.com, rgreenberg@dclawfirm.com
Robert Ryland Musick bmusick@t-mlaw.com, clobou@t-mlaw.com
Kevin M. Newman knewman@menterlaw.com
Steven H. Newman snewman@katskykorins.com
Alan Michael Noskow anoskow@pattonboggs.com
Darlene M. Nowak nowak@marcus-shapira.com
Michael John O'Grady mjogrady@fbtlaw.com, ahammerle@fbtlaw.com

Samuel S. Oh sam.oh@limruger.com
Tracey Michelle Ohm tohm@stinson.com, tmackey@stinson.com
Mary E. Olden molden@mhalaw.com, akauba@mhalaw.com
Laura Otenti lotenti@pbl.com
Ronald Allen Page rpage@rpagelaw.com, rpage@rpagelaw.com
Craig M. Palik cpalik@yahoo.com,

cpalik@mhlawyers.com;pparson@mhlawyers.com;nbooher@mhlawyers.com;dmoorehead@mhlawyers.com
Karla Lynn Palmer kpalmer@mwe.com, dgaghan@mwe.com
R. Chase Palmer cpalmerplf@gmail.com
Min Park mpark@cblh.com
Paul J. Pascuzzi ppascuzzi@ffwplaw.com
Peter M. Pearl ppearl@sandsanderson.com
Frank T. Pepler fpepler@peplermastromonaco.com
Christopher L. Perkins christopher.perkins@leclairryan.com,
stacie.hooten@leclairryan.com;stacy.beaulieu@leclairryan.com
Rhett E. Petcher rpetcher@seyfarth.com
Loc Pfeiffer loc.pfeiffer@kutakrock.com,
lynda.wood@kutakrock.com;sheree.edington@kutakrock.com;kimberly.pierro@kutakrock.com
Kimberly A. Pierro kimberly.pierro@kutakrock.com,
sheree.edington@kutakrock.com;sara.abrams@kutakrock.com;lynda.wood@kutakrock.com;michael.condyles@kutakrock.com
David M. Poitras dmp@jmbm.com
Jeffrey N. Pomerantz jpomerantz@pszjlaw.com
Courtney E. Pozmantier cpozmantier@ktbslaw.com, mtuchin@ktbslaw.com
Raymond Pring rpring@pringlaw.com
Julie Ann Quagliano quagliano@quagseeg.com, belcher@quagseeg.com
Albert F. Quintrall a.quintrall@quintrall.com
Andrew Rapp arapp@wpblaw.com
Victoria A. Reardon reardonv@michigan.gov, jacksonst@michigan.gov
Michael Reed othercourts@mvbalaw.com
Linda Dianne Regenhardt lregenhardt@garyreg.com,
krector@garyreg.com;cmarchant@garyreg.com
Thomas W. Repczynski trepczynski@offitkurman.com
Matthew Righetti matt@righettilaw.com, erin@righettilaw.com
Fred B. Ringel fbr@robinsonbrog.com
Philip M. Roberts mroberts@bdlaw.org
Terri A. Roberts pcaocvbk@pcao.pima.gov
Wendy Michele Roenker wroenker@cityofchesapeake.net
James H. Rollins jim.rollins@hklaw.com, avis.francis@hklaw.com
Martha E. Romero romero@mromerolawfirm.com
Jeremy Brian Root jroot@bklawva.com, tmartin@bklawva.com

Edward L. Rothberg rothberg@hooverslovacek.com, mayle@hooverslovacek.com
David R. Ruby druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com
David R. Ruby druby@mcsweeneycrump.com, bankruptcy@mcsweeneycrump.com;druby@ecf.epiqsystems.com;druby@mcsweeneycrump.com
Michael F. Ruggio mruggio@polsinelli.com, nlevesque@ralaw.com;jbeer@ralaw.com
Eric Christopher Rusnak eric.rusnak@klgates.com, klgatesbankruptcy@klgates.com
Jeremy W. Ryan jryan@saul.com
Denyse Sabagh dsabagh@duanemorris.com
Travis Aaron Sabalewski tsabalewski@reedsmith.com, shicks@reedsmith.com
Michael J. Sage msage@omm.com, kzeldman@omm.com
Rebecca L. Saitta rsaitta@wileyrein.com, rours@wileyrein.com
Troy Savenko tsavenko@gregkaplaw.com, nferenbach@gregkaplaw.com
Jeffrey Scharf jeff@taxva.com, tacspc@gmail.com
Nancy R. Schlichting nrs@lolawfirm.com, lginsberg@lolawfirm.com
Ann E. Schmitt aschmitt@culbert-schmitt.com
William H. Schwarzschild tschwarz@williamsmullen.com
Douglas Scott BankruptcyCounsel@gmail.com
Erick Frank Seamster eseamster@wallacepledger.com
Sheila L. Shadmand slshadmand@jonesday.com
Jeffrey M. Sherman jsherman@jackscamp.com, emoyer@jackscamp.com;jtsikerdanos@jackscamp.com
Gilbert D. Sigala sigalaw1@aol.com
Glenn H. Silver ctbghs@aol.com
Jesse Silverman silvermanj@ballardspahr.com, pollack@ballardspahr.com
Kevin L. Sink ksink@nichollscrampton.com
John Ronald Smith jrsmith@hunton.com
Eric J. Snyder esnyder@sillerwilk.com
Rhysa Griffith South sou06@co.henrico.va.us
Matthew V. Spero matthew.spero@rivkin.com
Leonard E. Starr lstarr@Starr-Law.com, gadams@Starr-Law.com
Aryeh E. Stein astein@wtplaw.com
Richard F. Stein richard.f.stein@irscounsel.treas.gov
Peter E. Strniste pstrniste@rc.com, kcooper@rc.com
William Daniel Sullivan dsullivan@butzeltp.com
Lisa P. Sumner lsumner@poyners.com, cjeckel@poyners.com
Jeffrey L. Tarkenton jtarkenton@wcsr.com, toross@wcsr.com;MDesgrosseilliers@wcsr.com
Lynn L. Tavenner ltavenner@tb-lawfirm.com, dleadbeater@tb-lawfirm.com;jsnyder@tb-lawfirm.com;stavenner@tb-lawfirm.com
Mark D. Taylor mataylor@kilpatrickstockton.com
Robert D. Tepper rtepper@sabt.com, pcoover@sabt.com

Roy M. Terry rterry@durrettebradshaw.com, sryan@durrettebradshaw.com
Lucy L. Thomson lthomson2@csc.com
Dylan G. Trache dtrache@wileyrein.com, rours@wileyrein.com
Suzanne J. Trowbridge sjt@goodwingoodwin.com
Ronald M. Tucker rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,lgrafton@simon.com,dgrimes@simon.com
Robert B. Van Arsdale Robert.B.Van.Arsdale@usdoj.gov
John P. Van Beek jvanbeek@ygvb.com, awinokurzew@ygvb.com;hcurrier@ygvb.com;mfaulkner@ygvb.com
Christian K. Vogel Christian.Vogel@leclairryan.com, kim.lord@leclairryan.com;stacy.beaulieu@leclairryan.com
Madeleine C. Wanlsee mwanslee@gustlaw.com, rstein@gustlaw.com
Gilbert Barnett Weisman notices@becket-lee.com
Mitchell B. Weitzman mweitzman@beankinney.com, npeele@beankinney.com
Arthur S. Weitzner arthur@weitzner.com
H. Elizabeth Weller Dallas.Bankruptcy@publicans.com
Jennifer J. West jwest@spottsfain.com, rchappell@spottsfain.com;kligon@spottsfain.com;skelly@spottsfain.com;tmoore@spottsfain.com;ecorbett@spottsfain.com;eanderson@spottsfain.com
Robert S. Westermann rwestermann@hf-law.com
David B. Wheeler davidwheeler@mvalaw.com
Brenda M. Whinery bwhinery@mcrazlaw.com
Reid Steven Whitten rwhitten@fulbright.com
Nicholas W. Whittenburg nwhittenburg@millermartin.com, mcsmith@millermartin.com
Michael L. Wilhelm ECF@w2lg.com
Amy Pritchard Williams amy.williams@klgates.com, hailey.andresen@klgates.com
Walter Laurence Williams walter.williams@wilsonelser.com
William A. Wood trey.wood@bgllp.com, gale.gattis@bgllp.com
Gordon S. Woodward gwoodward@schnader.com
J. Christian Word chefiling@lw.com;robert.klyman@lw.com
Hale Yazicioglu hyazicioglu@jshllp.com
Martin J. Yeager myeager@beankinney.com, TGross@beankinney.com
Meredith Linn Yoder myoder@parkerpollard.com, sscarce@parkerpollard.com;treid@parkerpollard.com
Jonathan W. Young young@wildman.com
German Yusufov pcaocvbk@pcao.pima.gov, alison.moreno@pcao.pima.gov
Erica S. Zaron cao.bkc@miamidade.gov
Peter G. Zemanian pete@zemanianlaw.com
Sheila G. deLa Cruz sdelacruz@hf-law.com, jbsmith@hf-law.com

                */s/ Mark Browning*
                MARK BROWNING