# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**
Christian Vogel, Esq.

**In re:** Circuit City Stores, Inc.

**Case Number** 08−35653−KRH
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*7168* – Motion for Protective Order filed by Christian K. Vogel of LeClairRyan, A Professional Corporation on behalf of Schimenti Construction Company LLC. (Attachments: # (1) Exhibit(s) A (Deposition Notice)) (Vogel, Christian)

**REQUIREMENTS OF FORM/PROCESS:**

— Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

— Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

—

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

— Not accompanied by Certification Regarding Request for Expedited Hearing*.

—

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

— Not accompanied by proof of service indicating service of motion upon parties required to be served.
— Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.
— Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

—

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X** Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.
— Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.
— Date, time and/or location omitted or incorrect in Notice of Hearing.
— Notice of Hearing/Response not properly linked to Motion/Application/Objection

—

*\*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date: April 13, 2010

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Jenni Jafarbay, Deputy Clerk
Direct Dial Telephone No. 804−916−2411

[igmotionvDec2009.jsp]