IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
CIRCUIT CITY STORES, INC., et al.                   :     Case No. 08-35654
                                                    :
                Debtors                             :     Jointly Administered with
                                                    :     Case No. 08-35653
                                                    :
---------------------------------------------------------x

## PROOF OF SERVICE

STATE OF CALIFORNIA

     I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

     On Tuesday, April 13, 2010 I served the foregoing document described as:
on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

- **REPLY IN SUPPORT OF CREDITORS' OMNIBUS MOTION REQUESTING AN ORDER APPLYING BANKRUPTCY RULE 7023 TO THEIR CLASS PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 9014(C)**

**Rex Darrell Berry**
**BERRY & BLOCK, LLP**
2150 River Plaza Dr. Ste. 415
Sacramento, CA 95833
Fax: 916-564-2024
RBerry@berryblock.com

**Kelly L. Hensley**
**SHEPPARD, MULLIN, RICHTER AND HAMPTON**
333 S. Hope Street, 48th Floor
Los Angeles, CA 90017

///

///

---
1
PROOF OF SERVICE

| | |
|---|---|
| 1 | **David R. Markham**<br>**R. Craig Clark** |
| 2 | **James M. Treglio**<br>**CLARK & MARKHAM, LLP** |
| 3 | 600 B Street, Suite 2130<br>San Diego, CA 92101 |
| 4 | |
| 5 | **Kristin Major**<br>**Meredith Edelman** |
| 6 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br>300 South Grand Avenue |
| 7 | Los Angeles, CA 90071 |
| 8 | **Circuit City Stores, Inc., et al.** |
| 9 | **Claims Processing Department**<br>**KURTZMAN CARSON CONSULTANTS LLC** |
| 10 | 2335 Alaska Avenue<br>El Segundo, CA 90245 |
| 11 | |
| 12 | **Sarah K. Baker**<br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP** |
| 13 | 155 North Waker Drive<br>Chicago, IL 60606 |
| 14 | |
| 15 | **Dion W. Hayes**<br>**Douglas Foley** |
| 16 | **MCGUIREWOODS LLP**<br>One James Center |
| 17 | 901 E. Cary Street<br>Richmond, VA 23219 |
| 18 | |
| 19 | ( X )    **VIA OVERNIGHT MAIL:** |
| 20 | By delivering such documents to an overnight mail service or an authorized courier in an envelope or package designated by the express service courier addressed to the persons on whom it is to be served. |
| 21 | |
| 22 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Tuesday, April 13, 2010, at San Francisco, California. |
| 23 | |
| 24 | |
| 25 | /s/ Brittany Gery<br>Brittany Gery |
| 26 | |
| 27 | |
| 28 | |