**Matthew Righetti (121012)**
*Admitted Pro Hac Vice*
**John Glugoski (191551)**
**Michael Righetti (258541)**
*Admitted Pro Hac Vice*
**RIGHETTI LAW FIRM, P.C.**
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
T: (415) 983-0900
F: (415) 397-9005

**Richard I. Hutson, Esq.**
**VSB # 71097**
**FULLERTON & KNOWLES, P.C.**
12642 Chapel Road
Clifton, VA  20124-1951
T:  (703) 818-2600
F:  (703) 818-2602

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., et al., | ) | Case No. **08-35653** |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING
### MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., et al. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

**ORDERED**, that the Motion is **GRANTED** and Michael Righetti is permitted to appear and be heard by telephone at the hearing on April 15, 2010 at 2:00 p.m. on behalf of Creditors Jonathan Card, on behalf of himself and all others similarly situated, Joseph Skaf, on behalf of himself and all others similarly situated, and Creditors Jack Hernandez, on behalf of himself and all others similarly situated, and Robert Gentry, on behalf of himself and all others similarly situated.

_____, 2010      _____
                                          HONORABLE KEVIN R. HUENNEKENS
                                          UNITED STATES BANKRUPTCY JUDGE

We ask for this:

/s/ Michael Righetti
*Admitted Pro Hac Vice*
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
T: 415-983-0900
F: 415-397-9005

/s/ Richard I. Hutson
FULLERTON & KNOWLES, P.C.
12642 Chapel Road
Clifton, VA  20124-1951
T:  (703) 818-2600
F:  (703) 818-2602


### **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing has been endorsed by all necessary parties, and that a copy of the foregoing was served upon the following by electronic service on the 6th day of April 2010:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attn:  Gregg M. Galardi
Attn:  Ian S. Fredericks

Circuit City Stores, Inc., et al.
Claims Processing Department
KURTZMAN CARSON CONSULTANTS LLC
2335 Alaska Avenue
El Segundo, CA 90245

Sarah K. Baker
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Waker Drive
Chicago, IL 60606

Dion W. Hayes
Douglas Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

/s/ Richard I. Hutson
Richard I. Hutson, Esq.