**CT Corporation**   1209 Orange Street   302 777 0220 tel
Wilmington, DE 19801   800 677 3394 toll free



RICHMOND DIVISION
F I L E D
APR 1 3 2010
CLERK
US BANKRUPTCY COURT

April 07, 2010

Douglas M. Foley
McGuireWoods LLP
One James Center,
901 E. Cary Street,
Richmond, VA 23219

Re: Circuit City Stores, Inc., et al., Debtors // To: Maytag Services, LLC

Case No. 08-35653

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Maytag Services, LLC. Currently, the state lists CSC as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
SOP Process Specialist

Log# 516433403

FedEx Tracking# 791262111122

cc: United States Bankruptcy Court - Eastern District
701 E. Broad Street,
Suite 4000,
Richmond, VA 23219-3515