Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM LLP                            One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
PARAMOUNT HOME              :
ENTERTAINMENT INC.,         :
                            :
            Appellant,      :
                            :
        v.                  :
                            :
CIRCUIT CITY STORES, INC.,  :
et al.,                     :
                            :
            Appellees.      :
                            :
- - - - - - - - - - - - - - x

### DESIGNATION OF ADDITIONAL ITEMS
### TO BE INCLUDED IN THE RECORD ON APPEAL

The above captioned debtors and debtor-in-possession (collectively the "Debtors"), appellees with respect to the Notice of Appeal (Docket No. 6900) filed by Paramount Home Entertainment Inc. ("Paramount") from the Bankruptcy Court's March 4, 2010, Order Granting Motion for Summary Judgment (Docket No. 6694), in accordance with Fed. R. Bankr. P. 8006, hereby designate the following additional items to be included in the record on appeal:

| Exhibit | Docket No. | Date Filed | Document |
|---------|-----------|------------|----------|
| 1 | 23 | November 10, 2008 | Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 and Federal Rules of Bankruptcy Procedure 2002 and 4001 (I) Authorizing Debtors (A) to Obtain Postpetition Financing and (B) to Utilize Cash Collateral; (II) Granting Adequate Protection; and (III) Scheduling Interim and Final Hearings |

| 2 | 24 | November 10, 2008 | Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
|---|---|---|---|
| 3 | 26 | November 10, 2008 | Notice of Bankruptcy Filing and Debtors' Presentation of Motions and Applications to the Court for Consideration |
| 4 | 78 | November 10, 2008 | Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection, (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing |
| 5 | 79 | November 10, 2008 | Corrected Declaration of Bruce H. Besanko, Executive Vice President and Chief Financial Officer of Circuit City Stores, Inc., in Support of Chapter 11 Petitions and First Day Pleadings [re: Docket No. 22] |

| 6 | 82 | November 10, 2008 | Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement Sales Pursuant to Store Closing Agreement |
| 7 | 119 | November 12, 2008 | Affidavit of Service of Evan Gershbein re: Notice of Bankruptcy Filing and Debtors' Presentation of Motions and Applications to the Court for Consideration [Docket No. 26] |
| 8 | 138 | November 13, 2008 | Amended Appointment of Unsecured Creditors Committee Filed by Robert B. Van Arsdale of Office of the U. S. Trustee on behalf of W. Clarkson McDow, Jr. |
| 9 | 147 | November 14, 2008 | Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 10 | 172 | November 16, 2008 | Affidavit of Service of Evan Gershbein re: Multiple First Day Pleadings and Orders by Kurtzman Carson Consultants, LLC [Docket Nos, 3, 6, 21, 24, 35, 77, 80, 81, 82, 83] |

| 11 | 173 | November 16, 2008 | BNC Certificate of Service re: Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement [Docket No. 147] |
| 12 | 207 | November 18, 2008 | Affidavit of Service of Evan Gershbein re: Documents Served on November 13, 2008 [Docket Nos. 5, 8, 11, 12, 14, 16, 20, 37, 100, 117, 121, 129, 130, 131, 132, 133, 134, 135, 136] |
| 13 | 228 | November 19, 2008 | Limited Objection to Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 14 | 231 | November 20, 2008 | Affidavit of Service of Evan Gershbein re: Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement [Docket No. 147] |
| 15 | 249 | November 20, 2008 | Limited Objection of the Macerich Company, RREEF Management COmpany, Cousins Properties Incorporated, and Watt Management Company to the Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 16 | 258 | November 20, 2008 | Objection of Inland American Retail Management LLC and Inland US Management LLC to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 17 | 264 | November 20, 2008 | Limited Objection of Tanglewood Park, LLC, Roth Tanglewood, LLC, and Luckoff Land Company, LLC as Tenants in Common to Relief Granted in the Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363, and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC and (II) Authorizing Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| | | | |
|---|---|---|---|
| 18 | 272 | November 20, 2008 | Limited Objection of Generation One and Two, LP, Cohab Realty, LLC, Kimco Realty Corp., Chung Hee Kim, KRG Market Street Village, LP, International Speedway Square, Ltd., Kite Coral Springs, LLC and Fishers Station Development Co. to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 19 | 276 | November 20, 2008 | Objection of Generation One and Two, LP, Cohab Realty, LLC, Kimco Realty Corp., Chung Hee Kim, CC-Investors 1996-6, Union Square Retail Trust, Gateway Center Properties III, LLC and SMR Gateway III, LLC as Tennants in Common, Whitestone Development Partners, L.P., KRG Market Street Village, LP, International Speedway Square, Ltd., Kite Coral Springs, LLC and Fishers Station Development Co. to Debtors' Motion for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming The Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 20 | 279 | November 20, 2008 | Limited Objection of F.R.O., L.L.C. IX to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 21 | 292 | November 21, 2008 | Limited Objection of Pan Am Equity to Debtor's Motion to Assume Agency Agreement |
| 22 | 293 | November 21, 2008 | Limited Objection of UTC I, LLC PrattCenter, LLC and Valley Corners Shopping Center, LLC to Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363, and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners LLC; and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 23 | 310 | November 21, 2008 | Limited Objection of Carnegie Management and Development Corporation to the Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 24 | 320 | November 20, 2008 | Taubman Auburn Hills Associates Limited Partnership's Joinder in the Limited Objection of Eklecco Newco, LLC to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 25 | 341 | November 24, 2008 | Objection of 1030 W. North Ave. Bldg. LLC to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363, and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 26 | 347 | November 24, 2008 | Joinder of Centro Properties Group, Federal Realty Investments Trust, Cencor Realty, The Hutensky Group, UBS Realty Investors, LLC, The Morris Companies Affiliates and Uniwest Commercial Realty in Objections of Certain Landlords to the Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363, and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 27 | 349 | November 24, 2008 | Objection to Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code §§ 105, 363, and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 28 | 358 | November 25, 2008 | Affidavit of Service of Evan Gershbein re: 1) Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form [Docket No. 145;] and 2) Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h); (I) Granting Administrative Expenses Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket No. 146] |
| 29 | 359 | November 25, 2008 | Affidavit of Service of Evan Gershbein re: Documents Served on November 19, 2008 [Docket Nos. 197, 20, 135, 21, 24, 81, 82, 100, 147] |

| 30 | 360 | November 25, 2008 | Affidavit of Service of Evan Gershbein re: 1) Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement [Docket No. 24]; and 2) Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement [Docket No. 147] |
| 31 | 384 | November 25, 2008 | Transcript filed Re: Hearing Held on November 10, 2008 |
| 32 | 405 | November 25, 2008 | Amended Limited Objection of Hoprock Limonite, LLC to the Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 636, and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and; (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 33 | 425 | November 26, 2008 | Notice of Filing of Executed DIP Credit Agreements |

| 34 | 447 | November 26, 2008 | Response to Motion of Debtors for Order Under Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands (Docket No. 14), Interim Order with Respect Thereto (Docket No. 133), and Related Motions/Orders (e.g., Docket Nos. 19, 23, 78 and 107) |
| 35 | 448 | November 26, 2008 | Objection of Warner Home Video to Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods, and (IV) Establishing Procedures for Reclamation Demands |
| 36 | 454 | November 26, 2008 | Objection of OLP CCFerguson, LLC and OLP CCAntioch, LLC to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 37 | 500 | November 28, 2009 | Limited Opposition to Debtor's Motion for Order (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
| 38 | 504 | November 28, 2009 | Lumisource, Inc.'s Objection to Order Establishing Procedures for Reclamation Demands and Joinder in Objection of Other Reclaiming Vendors |
| 39 | 612 | December 3, 2008 | Objection of SimVest Real Estate II, LLC, Landlord of Store No. 238, to Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 40 | 656 | December 3, 2009 | Debtors' Omnibus Reply to Objections and In Support of Motion of Debtors for Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations from Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
|---|---|---|---|
| 41 | 670 | December 3, 2008 | Agenda for the Omnibus Hearing Scheduled for December 5, 2008 at 10:00 a.m. |
| 42 | 676 | December 4, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on November 26, 2008 [Docket Nos. 407, 408, 409, 410, 411, 412, 413, 414, 425, 457, 463, 464, 465, 466] |

| 43 | 714 | December 4, 2008 | Notice of Filing Revised Proposed Order re: 1) Motion of the Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming the Agency Agreement Among the Debtors , Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement; and 2) Corrected Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 44 | 718 | December 4, 2008 | Amended Agenda for the Omnibus Hearing Scheduled for December 5, 2008 at 10:00 a.m. |

| 45 | 823 | December 9, 2008 | Corrected Interim Order Pursuant to 11 U.S.C Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness with Priority Over All Secured Indebtedness and with Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection, (4) Modifying the Automatic Stay and (5) Scheduling a Final Hearing |
| --- | --- | --- | --- |
| 46 | 891 | December 11, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 3, 2008 [Docket Nos. 641, 644, 669, 670] |
| 47 | 892 | December 11, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 4, 2008 [Docket Nos. 656, 710, 714, 715, 718] |
| 48 | 894 | December 11, 2008 | Final Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and (Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |

| 49 | 897 | December 11, 2009 | Final Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands |
| 50 | 942 | December 12, 2008 | Transcript filed Re: Hearing Held on December 5, 2008 |
| 51 | 1020 | December 16, 2008 | Final Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement |
| 52 | 1113 | December 18, 2008 | Notice of Agenda of Matters Scheduled for Hearing on December 22, 2008 at 10:00 a.m. (ET) |

| 53 | 1153 | December 21, 2008 | Notice of Filing Proposed Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (4) Modifying the Automatic Stay |
| --- | --- | --- | --- |
| 54 | 1154 | December 21, 2008 | Supplemental Affidavit of Service of Greg Barlage re: 1) Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9) [Docket No. 145]; and 2) Notice of Entry of Interim Order Under Bankruptcy Code Sections 105(a), 362, 503(b), 507(a), 546(c), and 546(h) (I) Granting Administrative Expense Status to Obligations From Postpetition Delivery of Goods; (II) Authorizing Payment of Expenses in the Ordinary Course of Business; (III) Authorizing Debtors to Return Goods; and (IV) Establishing Procedures for Reclamation Demands [Docket No. 146] |

| 55 | 1156 | December 21, 2008 | Supplemental Affidavit of Service of Greg Barlage re: Notice of Filing of Motion and Entry of Interim Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Postpetition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection, (IV) Modifying the Automatic Stay and (V) Scheduling a Final Hearing; Final Hearing to be Held on December 5, 2008 at 10:00 a.m. (ET) [Docket No. 100] |
| 56 | 1159 | December 21, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 18, 2008 [Docket Nos. 1085, 1086, 1091, 1092, 1100, 1113, 1114, 1115] |
| 57 | 1160 | December 21, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 9, 2008 [Docket Nos. 823, 824, 830, 832] |
| 58 | 1162 | December 21, 2009 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 11, 2008 [Docket Nos. 890, 893, 894, 895, 896, 897, 914] |
| 59 | 1165 | December 22, 2008 | Notice of Filing of Second Amendment to Senior Secured, Super-Priority, Debtor-In-Possession Credit Agreement |

| 60 | 1174 | December 22, 2008 | Notice of Filing Revised Proposed Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (4) Modifying the Automatic Stay |
|---|---|---|---|
| 61 | 1262 | December 23, 2008 | Final Order Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over All Secured Indebtedness and With Administrative Superpriority, (2) Granting Liens, (3) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (4) Modifying the Automatic Stay |
| 62 | 1377 | January 6, 2009 | Supplemental Affidavit of Service of Monika Parel re: Notice of Bar Date for Filing a Request for Allowance of an Administrative Expense Claim Under 11 U.S.C. § 503(b)(9); and Section 503(b)(9) Claim Request Form [Docket No. 145] |

| 63 | 1378 | January 6, 2009 | Supplemental Affidavit of Service of Monika Parel re: Final Order Granting Motion of Debtors for Entry of Order Pursuant to Bankruptcy Code Sections 105, 363 and 365 (I) Assuming Agency Agreement Among Debtors, Hilco Merchant Resources, LLC and (Gordon Brothers Retail Partners, LLC, and (II) Authorizing the Debtors to Continue Agency Agreement Sales Pursuant to Store Closing Agreement [Docket No. 894] |
|----|------|-----------------|-------------|
| 64 | 1423 | January 9, 2009 | Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |

| 65 | 1424 | January 9, 2010 | Motion of the Debtors Pursuant to 11 U.S.C. § 105, Bankruptcy Rules 2002, 9006 and 9007 and Local Bankruptcy Rule 9013-1(M) for an Order Setting an Expedited Hearing on Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection |
| 66 | 1425 | January 9, 2009 | Notice Of Motion And Notice Of Hearing On Debtors' Motion For Orders Pursuant To Bankruptcy Code Sections 105, 363 And 364 (I)(A) Approving Procedures In Connection With Sale Of All Or Substantially All Of The Business Or Additional Post-Petition Financing For The Business, (B) Authorizing Debtors To Enter Into Stalking Horse Or Financing Agreements In Connection With Going Concern Transactions Or Stalking Horse Agreements In Connection With Store Closing And Miscellaneous Asset Sales, (C) Approving The Payment Of Termination Fees In Connection Therewith, And (D) Setting Auction And Hearing Dates, (II) |

| | | | |
|---|---|---|---|
| | | | Approving Sale Of Debtors' Assets Free And Clear Of All Interests And (III) Granting Related Relief |
| 67 | 1430 | January 9, 2009 | Order Setting an Expedited Hearing on the Debtors' Sale Motion and Granting Related Relief [re: Docket No. 1424] |
| 68 | 1460 | January 12, 2009 | Order (I) Approving Procedures in Connection With Sale of all or Substantially all of the Business, (II) Authorizing Debtors to Enter Into Stalking Horse or Financial Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales or, (III) Approving the Payment of Termination fee in Connection Therewith, (IV) Setting Auction and Hearing Dates Pursuant to Bankruptcy Code Sections 105 and 363 and (V) Granting Related Relief |
| 69 | 1523 | January 14, 2009 | Objection of Children's Discovery Centers of America, Inc. to Sale or Conveyance of Real Property in Derogation of its Leasehold and Title Interests Under Ground Lease |
| 70 | 1535 | January 14, 2009 | Notice of Agenda of Matters Scheduled for Hearing on January 16, 2009 at 10:00 a.m. (ET) |

| 71 | 1548 | January 15, 2009 | Joint Objection of Texas Taxing Authorities to Debtor's Motion for Orders (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
|----|------|------------------|---|
| 72 | 1561 | January 15, 2009 | Limited Objection of D.L. Peterson Trust as Assignee of PHH Vehicle Management Services, LLC to Debtors' Motion for Order Pursuant to Bankruptcy Code Sections 105, 363 and 364 Approving Sale of Debtors' Assets Free and Clear of all Interests |
| 73 | 1563 | January 15, 2009 | CIM/Birch St., Inc.'s Limited Objection to Debtors' Motion to Approve Sale of Assets and Statement of Cure Under Lease of Non-Residential Real Property |

| 74 | 1569 | January 15, 2009 | Objection of Carousel Center Company, LP, EklecCo NewCo, LLC and Fingerlakes Crossing, LLC to Motion and Notice of Hearing on Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of All Interests and (III) Granting Related Relief |
| 75 | 1573 | January 15, 2009 | Objection of Business Objects Americas to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, |

| | | | |
|---|---|---|---|
| | | | (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 76 | 1574 | January 15, 2009 | Objection of SAP Retail, Inc. to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |

| 77 | 1575 | January 15, 2009 | Objection of FM Facility Maintenance, LLC f/k/a IPT, LLC to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 78 | 1577 | January 15, 2009 | Objection of Palm Beach County Tax Collector to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in |

| | | | |
|---|---|---|---|
| | | | Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 79 | 1581 | January 15, 2009 | Joint Objection of Local Texas Taxing Authorities to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 80 | 1582 | January 15, 2009 | Old Republic Insurance Company's Limited Objection to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going |

| | | | |
|---|---|---|---|
| | | | Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 81 | 1583 | January 15, 2009 | Objection of Cormack Inc. to Debtors' Proposed Sale of Assets or Businesses Free and Clear of Liens, Claims, Encumbrances, and Interests, and Request for Adequate Protection of Interest in Property |

| 82 | 1584 | January 15, 2009 | Hagan Properties, Inc.'s Objection to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief (The "Motion") |
|----|------|-----|-----|
| 83 | 1585 | January 15, 2009 | Limited Objection of Cellco Partnership d/b/a Verizon Wireless to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of |

| | | | |
|---|---|---|---|
| | | | Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 84 | 1586 | January 15, 2009 | Objection and Demand for Adequate Protection of T.J. Maxx of CA, LLC Regarding Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 85 | 1590 | January 15, 2009 | Joint Objection by Landlords to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking |

| | | | |
|---|---|---|---|
| | | | Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 86 | 1596 | January 15, 2009 | Amended Notice of Agenda of Matters Scheduled for Hearing on January 16, 2009 at 10:00 a.m. (ET) |
| 87 | 1599 | January 15, 2009 | Objection of Riverside County, California Taxing Authority to Debtor's Motion for Orders (I)(A) Approve Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post Petition Financing for the Business et al |
| 88 | 1604 | January 16, 2009 | Amended Notice of Agenda of Matters Scheduled for Hearing on January 16, 2009 at 11:00 A.M. (ET) |
| 89 | 1609 | January 16, 2009 | Statement of CDB Falcon Sunland Plaza, LP of Cure Under Lease of Non-Residential Real Property |
| 90 | 1634 | January 16, 2009 | Order Approving Agency Agreement, Store Closing Sales and Related Relief |
| 91 | 1674 | January 20, 2009 | Transcript filed Re: Hearing Held on January 16, 2009 |

| 92 | 1684 | January 20,2009 | Order (I) Approving Sale of Aircraft Free and Clear of all Liens, Claims, Interests and Encumbrances; and (II) Granting Related Relief [re: Docket No. 1423] |
|----|------|-----------------|---------------------------------------------|
| 93 | 1692 | January 20, 2009 | Objection to Debtors' Motion for Orders Pursuant to Bankruptcy Code Sections 105, 363 and 364 (I)(A) Approving Procedures in Connection With Sale of all or Substantially all of the Business or Additional Post-Petition Financing for the Business, (B) Authorizing Debtors to Enter Into Stalking Horse or Financing Agreements in Connection With Going Concern Transactions or Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales, (C) Approving the Payment of Termination Fees in Connection Therewith, and (D) Setting Auction and Hearing Dates, (II) Approving Sale of Debtors' Assets Free and Clear of all Interests and (III) Granting Related Relief |
| 94 | 1740 | January 23, 2009 | Amended Order (1) Approving Sale Of Aircraft Free and Clear Of All Liens, Claims, Interests and Encumbrances; and (2) Granting Related Relief |
| 95 | 1837 | January 28, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on January 23, 2009 [Docket Nos. 1740, 1743, 1744, 1746] |

| 96 | 1872 | January 29, 2009 | Affidavit of Service or Isidro N. Panizales re: Documents Served on January 20, 2009 [Docket Nos. 1665, 1666, 1676, 1679, 1680, 1681, 1684, 1685, 1689] |
|---|---|---|---|
| 97 | 1876 | January 29, 2009 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on January 9, 2009 [Docket Nos. 1423, 1425, 1435, 1436, 1448, 1449, 1450, 1452, 1453] |
| 98 | 1892 | January 30, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on January 15, 2009 [Docket Nos. 1410, 1566, 1568, 1596] |
| 99 | 1893 | January 30, 2009 | Affidavit of Service of Isidro N. Panizales re: 1)Amended Notice of Agenda of Matters Scheduled for Hearing on January 16, 2009 at 11:00 a.m. (ET) [Docket No. 1604]; and 2) Order Approving Agency Agreement, Store Closing Sales and Related Relief [Docket No. 1634] |
| 100 | 1897 | January 30, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Debtors' Objection to the Motion for Rehearing and/or Reconsideration to Alter or Amend the Judgment Regarding Payment of the November Rent [Docket No. 1514]; and 2) Notice of Agenda of Matters Scheduled for Hearing on January 16, 2009 at 10:00 a.m. (ET) [Docket No. 1535] |
| 101 | 1898 | January 30, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on January 12, 2009 [Docket Nos. 1423, 1460, 1473, 1474, 1475, 1476] |
| 102 | 1910 | February 2, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents |

| | | | Served on December 23, 2008 [Docket Nos. 1188, 1260, 1262, 1266, 1267] |
|---|---|---|---|
| 103 | 2120 | February 12, 2009 | Expedited Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed.R.Bankr.P.2002, 4001 and 6004 Approving Amendment to Debtor-In-Possession Credit Agreement Effective as of January 17, 2009 |
| 104 | 2121 | February 12, 2009 | Motion of the Debtors Pursuant to 11 U.S.C. § 105, and Local Bankruptcy Rule 9013-1(M) for an Order Setting and Expedited Hearing on Debtors' Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P. 2002, 4001 and 6004 Approving Amendment to Debtor-In-Possession Credit Agreement Effective as of January 17, 2009 |
| 105 | 2122 | February 12, 2009 | Notice of Motion and Notice of Hearing on Debtors' Motion for Order Under 11 U.S.C. §§ 105, 361, 362, 363, 364 and 503 and Fed. R. Bankr. P. 2002, 4001 and 6004 Approving Amendment to Debtor-In-Possession Credit Agreement Effective as of Janaury 17, 2009 and Motion to Expedited Hearing Thereon |
| 106 | 2176 | February 13, 2009 | Notice of Agenda of Matters Scheduled for Hearing on February 17, 2009 at 10:00 a.m. (Eastern) |
| 107 | 2196 | February 17, 2009 | Notice of Amended Agenda of Matters Scheduled for Hearing on February 17, 2009 at 10:00 a.m. (ET) |
| 108 | 2214 | February 17, 2009 | Final Order Approving Third Amendment to Senior Secured Super-Priority Debtor-in-Possession Credit Agreement and |

| | | | Modifying Final Order Entered Pursuant to 11 U.S.C. Sections 105, 361, 362, 363 and 364 and Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (I) Authorizing Incurrence by the Debtors of Post-Petition Secured Indebtedness With Priority Over all Secured Indebtedness and With Administrative Superpriority, (II) Granting Liens, (III) Authorizing Use of Cash Collateral by the Debtors Pursuant to 11 U.S.C. Section 363 and Providing for Adequate Protection and (IV) Modifying the Automatic Stay |
|---|---|---|---|
| 109 | 2230 | February 18, 2009 | Stipulation Between the Debtors and Henrico County, Virginia Resolving Henrico County's Objection to the Order (I) Approving Sale of Aircraft Free and Clear of all Liens, Claims, Interests and Encumbrances and (II) Granting Related Relief |
| 110 | 2274 | February 23, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on February 12, 2009 [Docket Nos. 2120, 2121, 2122, 2125, 2126, 2127, 2128, 2129] |
| 111 | 2275 | February 23, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on February 13, 2009 [Docket Nos. 2171, 2173, 2176, 2178, 2179] |
| 112 | 2286 | February 24, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on February 17, 2009 [Docket Nos. 2208, 2209, 2211, 2212, 2213, 2214, 2215, 2216, and 2217] |
| 113 | 2524 | March 11, 2009 | Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco |

| | | | Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019 |
|---|---|---|---|
| 114 | 2525 | March 11, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Information Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |
| 115 | 2526 | March 11, 2009 | Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019 |

| 116 | 2527 | March 11, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Information Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing; Hearing to be Held March 20, 2009 at 10:00 a.m. (ET) |
| 117 | 2528 | March 11, 2009 | Motion to File Certain Documents Under Seal [re: Docket No. 2524] |
| 118 | 2529 | March 11, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Information Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |
| 119 | 2530 | March 11, 2009 | Motion of the Debtors Pursuant to 11 U.S.C. § 105, and Local Bankruptcy Rule 9013-1(M) for an Order Setting an Expedited Hearing |

| 120 | 2531 | March 11, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Information Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |
| --- | --- | --- | --- |
| 121 | 2655 | March 18, 2009 | Notice of Agenda of Matters Scheduled for Hearing on March 20, 2000 at 10:00 a.m. (ET) |
| 122 | 2736 | March 23, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Order Authorizing Debtors to Assume, Assign and Sell Unexpired Lease of Non-Residential Real Property [Docket No. 2651]; and 2) Notice of Agenda of Matters Scheduled for Hearing on March 20, 2009 at 10:00 a.m. (ET) [Docket No. 2655] |
| 123 | 2748 | March 24, 2009 | Order Pursuant to Bankruptcy Code Sections 105, 107(b) and 363 and Bankruptcy Rules 9018 and 9019 Approving Letter Agreement by and Among the Debtors and Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC |
| 124 | 2749 | March 24, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on March 11, 2009 [Docket Nos. 2510, 2523, 2524, 2525, 2526, 2528, 2530] |

| 125 | 2759 | March 24, 2009 | Notice of Filing Executed Agency Agreement by and Between Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC and Circuit City Stores, Inc., Circuit City Stores West Coast, Inc., and Circuit City Stores, Inc.'s Other Direct and Indirect Subsidiaries With Corrected Exhibits |
|-----|------|----------------|---|
| 126 | 2767 | March 26, 2009 | Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 |
| 127 | 2768 | March 26, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Documents Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |

| 128 | 2769 | March 26, 2009 | Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 |
| --- | --- | --- | --- |
| 129 | 2770 | March 26, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Documents Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |
| 130 | 2771 | March 26, 2009 | Motion to File Certain Documents Under Seal [re: Docket No. 2767] |

| 131 | 2772 | March 26, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Documents Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |
| 132 | 2773 | March 26, 2009 | Motion of the Debtors Pursuant to 11 U.S.C. § 105, and Local Bankruptcy Rule 9013-1(M) for an Order Setting an Expedited Hearing |
| 133 | 2774 | March 26, 2009 | Notice of Motion and Notice of Hearing on (I) Debtors' Motion for Order Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019; (II) Motion to Shorten and Limit Notice Thereon; (III) Motion to File Certain Documents Under Seal in Connection Therewith; and (IV) Motion to Expedite Hearing on the Foregoing |

| 134 | 2779 | March 26, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served March 24, 2009 [Docket Nos. 2740, 2741, 2742, 2747, 2748] |
|---|---|---|---|
| 135 | 2782 | March 26, 2009 | Notice of Agenda of Matters Scheduled for Hearing on March 30, 2009 at 10:00 a.m. (ET) |
| 136 | 2856 | March 30, 2009 | Order Pursuant to Bankruptcy Code Sections 105 and 363 and Bankruptcy Rule 9019 Approving Letter Agreement by and Among the Debtors and a Joint Venture Comprised of Great American Group WF, LLC, Hudson Capital Partners, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC |
| 137 | 2860 | March 31, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on March 25, 2009 [Docket Nos. 2753, 2754, 2757, 2759] |
| 138 | 2873 | March 31, 2009 | Transcript filed Re: Hearing Held March 20, 2009 |
| 139 | 2896 | April 12, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served March 26, 2009 [re: Docket Nos. 2761, 2762, 2763, 2764, 2765, 2767, 2769, 2771, 2773, 2774, 2782] |
| 140 | 3001 | April 13, 2009 | Transcript filed Re: Hearing Held March 30, 2009 |
| 141 | 3241 | May 1, 2009 | Transcript filed Re: Hearing Held on December 22, 2008 |
| 142 | 3242 | May 1, 2009 | Transcript filed Re: Hearing Held on December 22, 2008 |
| 143 | 3993 | July 7, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on June 23, 2009 [Docket Nos. 2881, 3703, 3704, 3709, 3710 and 3711] |

| 144 | 4189 | July 21, 2009 | Notice of Agenda of Matters Scheduled for Hearing on July 23, 2009 at 11:00 a.m. (Eastern) |
| 145 | 4373 | August 3, 2009 | Transcript filed Re: Hearing Held on July 23, 2009 |
| 146 | 4449 | August 12, 2009 | Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) |
| 147 | 5090 | September 24, 2009 | Order Approving (I) Disclosure Statement, (II) Notice of the Disclosure Statement Hearing, (III) Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan, (V) Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI) Procedures with Respect to Certain Claims and (VII) Solicitation Procedures for Confirmation of the Plan |
| 148 | 5124 | September 29, 2009 | First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |

| 149 | 5146 | October 5, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Disclosure Statement with Respect to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims [Docket No. 5030]; 2) Plan Proponents' Response to Disclosure Statement Objections [Docket No. 5032]; and 3) Notice of Amended Agenda of Matters Scheduled for Hearing on September 22, 2009 at 11:00 a.m. (Eastern) [Docket No. 5034] |
| 150 | 5309 | October 21, 2009 | Affidavit of Service of Evan Gershbein re: Solicitation Materials for the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims [Docket No. 5124] |
| 151 | 5667 | November 13, 2009 | Objection of Paramount Home Entertainment Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |

| 152 | 5737 | November 16, 2009 | Objection of Paramount Home Entertainment Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |
| 153 | 6190 | December 23, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on December 18, 2009 [Docket Nos. 6125, 6126, 6127, 6128, 6129, 6131, 6135, 6136, and 6137] |
| 154 | 6286 | January 5, 2010 | Affidavit of Service of Isidro N. Panizales re: 1) Notice of Proposed Settlement with the Columbus Dispatch [Docket No. 6249]; 2) Debtors' Supplemental Objection to Motion for Allowance of the Late Filed Administrative Expense Claim of Export Development Canada [Docket No. 6252]; and 3) Notice of Agenda of Matters Scheduled for Hearing on January 14, 2010 at 2:00 p.m. (Eastern) [Docket No. 6253] |

| 155 | 6287 | January 15, 2010 | Affidavit of Service of Isidro N. Panizales re: Reply Brief in Support of Motion for Summary Judgment with Respect to Certain Claims Subject to (I) the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) [Docket No. 6260] |
| 156 | 6312 | January 19, 2010 | Transcript filed Re: Hearing Held on January 14, 2010 |

## RESERVATION OF RIGHTS

The Debtors expressly reserve, and do not waive, their rights to supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the Appellant's Designation.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: April 14, 2010
     Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

– and –

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

– and –

MCGUIREWOODS LLP

/s/ Douglas M. Foley _____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession, Appellees