# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.: 08-35653 (KRH) <br> ) |
| CIRCUIT CITY STORES, INC., | ) TRANSFER OF CLAIM <br> ) BANKRUPTCY RULE 3001(E)(2) |
| Debtors. | ) <br> ) Jointly Administered <br> ) |

PLEASE TAKE NOTICE that the general unsecured claims of Lenovo Inc. ("Transferor") filed in the amount of $8,589,126.82 as set forth in claim number 9456 and reduced to $7,327,808.34 against the above captioned Debtor and all claims of Transferor associated with such claim has been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery III LP., ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** Lenovo Inc.

Print Name: Mark Singleton      Title: Executive Director, North America Finance CFO

Signature: [signed]      Date: 3/31/10

Corrected Address (if req.): _____

Phone: 919 257 4955      E-Mail: msingle@lenovo.com

**TRANSFEREE:**
United States Debt Recovery III LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA

In re: ) Case No.: 08-35653 (KRH)
)
) Jointly Administered
**CIRCUIT CITY STORES, INC. et al.** )
) Chapter 11
)
Debtors. ) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
LENOVO INC
MICHAEL ONEILL SR VP & GEN COUNSEL
1009 THINK PL
MORRISVILLE, NC 27560

**Name of Transferee:**
United States Debt Recovery III, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

    **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Eastern District of Virginia
    310 United States Courthouse Annex 1100 East Main St
    Richmond, VA 23219-3538

    **SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

```
FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on
_____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____    Transferee_____
Debtor's Attorney_____
```

_____
Deputy Clerk