UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISIION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653 (KRH)
)
)
) TRANSFER OF CLAIM
) BANKRUPTCY RULE 3001(E)(2)
)
) Jointly Administered
)

PLEASE TAKE NOTICE that the administrative priority claim in the amount of $402,725.40 and the separate general unsecured claim in the amount of $888,476.12 as set forth in docket number 5544 and KCC claim number 12515 of Infogain Corporation(underlying creditor or "Transferor") against the above captioned Debtor and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V, LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** Infogain Corporation

Print Name: DEAN WOHLWEND    Title: CFO

Signature: [signed]    Date: 4-7-2010

Corrected Address (if req.): _____

Phone: 408-355-6065    E-Mail: deanw@infogain.com

**TRANSFEREE:**

United States Debt Recovery V, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signed]
Nathan E. Jones, Managing Director

5 15 09 574-AP-I-NEJ-Z:Circuit City/Circuit/Mailing 5.15.09 Admin Priority

# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

**TRANSFER OF CLAIM**
**BANKRUPTCY RULE** 3001(E)(2)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
Infogain Corporation
Julie H Rome Banks
Binder & Malter LLP
2775 Park Ave
Santa Clara, CA 95050-6004

**Name of Transferee:**
United States Debt Recovery V, LP.
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____    Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk