UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISIION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653 (KRH)
)
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)
) Jointly Administered
)

PLEASE TAKE NOTICE that the claims of 1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC ("Transferors"), claim numbers 13731 ($114,633.82 Administrative Priority), and 14361 ($114,633.82 Administrative Priority) against the above captioned Debtors and all claims of Transferors associated with such claims have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery IV LP., ("USDR"). The signature of the Transferors on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferors hereby waive notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferors of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to changed the address and holder of this claim from Transferors to that of the Transferee, USDR below.

**TRANSFERORS:** 1251 Fourth Street Investors LLC and Gemini Investments LLC

Print Name: Barry Beitler   Title: Managing Member
Signature: [signature]   Date: 4-2-10
Corrected Address (if req.): 825 S. Barrington Avenue, Los Angeles, Calif 90049
Phone: 310 820-2955   E-Mail: bbeitler@beitler.com

**TRANSFEREE:**
United States Debt Recovery IV LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: [signature]
Nathan E. Jones, Managing Director

5 15 09 574-AP-I-NEJ-Z:Circuit City/Circuit/Mailing 5.15.09 Admin Priority

# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

)
) Case No.: 08-35653 (KRH)
)
) Jointly Administered
)
) Chapter 11
)
) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE 3001(E)(2)**
)

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)**

**Name of Proposed Transferor:**
1251 Fourth Street Investors LLC and Beverly Gemini Investments LLC
Lori E Eropkin Esq SBN 253048
Levinson Arshonsky & Kurtz LLP
15303 Ventura Blvd Ste 1650
Sherman Oaks, CA 91403

**Name of Transferee:**
United States Debt Recovery IV, LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____    Transferee_____
Debtor's Attorney_____

Deputy Clerk