# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., et. al. | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING MOTION FOR
## ADMISSION PRO HAC VICE OF JON L.R. DALBERG

The matter came before the Court upon the Motion for Admission Pro Hac Vice of Jon L.R. Dalberg (the "Motion") filed by Michael D. Mueller, seeking admission pro hac vice for Jon L.R. Dalberg, of the law firm of Landau Gottfried & Berger, LLP, in the above-captioned bankruptcy cases (the "Bankruptcy Case") pursuant to local Bankruptcy Rule 2090-1(E). After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and that it is appropriate that Jon L.R. Dalberg be authorized to practice pro hac vice before the Court in this Bankruptcy Case. Accordingly, it is hereby

ORDERED as follows:

1. The Motion be and hereby is granted.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: 804-697-4100
Fax: 804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

2. Jon L.R. Dalberg, of the law firm of Landau & Berger, LLP, is hereby admitted to appear in this Bankruptcy Case and any related proceedings pro hac vice pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Warner Home Video, a division of Warner Bros. Home Entertainment Inc.

ENTERED: Apr 9 2010

/s/ Kevin R. Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: April 12 2010

I ASK FOR THIS:

/s/ Michael D. Mueller_____
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Noelle M. James, Esquire (VSB No. 76011)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100
(804) 697-4112 (facsimile)

**Rule 9022-1 Certification**

I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

/s/ Michael D. Mueller_____
Michael D. Mueller

2

**SERVICE LIST**

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
*Counsel to the Debtors*

Timothy G. Pohl, Esquire
Chris L. Dickerson, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2000
Chicago, Illinois 60606
*Counsel to the Debtors*

Dion W. Hayes, Esquire
Douglas M. Foley, Esquire
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
*Counsel to the Debtors*

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219-1888
*Assistant United States Trustee*

Michael D. Mueller, Esquire
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, Virginia  23219

Jon L.R. Dalberg, Esquire
Landau Gottfried & Berger, LLP
1801 Century Park East
Suite 1460
Los Angeles, California 90067

912406

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                 Date Rcvd: Apr 12, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 2

The following entities were noticed by first class mail on Apr 14, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
            +Jon L. R. Dalberg,   Landau & Berger,   1801 Century Park East,   Suite 1460,
              Los Angeles, CA 90067-2316
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2010**                    **Signature:**    _Joseph Speetjens_