**SILVERMANACAMPORA LLP**
Attorneys for the National Union Fire
Insurance Company of Pittsburgh, P.A.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Adam L. Rosen

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
-------------------------------------------------------------x
In re:

CIRCUIT CITY STORES, INC.

                    Debtor.
-------------------------------------------------------------x

Chapter 11
Case No. 08-35653 (KRH)

RICHMOND DIVISION
FILED APR 13 2010
CLERK
US BANKRUPTCY COURT

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY OF CLAIM NOS. 128 AND 2295

**PLEASE TAKE NOTICE**, that National Union Fire Insurance Company of Pittsburgh, PA, hereby withdraws the following Transfers of Claim, dated November 17, 2009:

- Claim No. 128 in the amount of $4,905,004.20
- Claim No. 2295 in the amount of $1,722,427.00

Dated: Jericho, New York
April 12, 2010

                                        SILVERMANACAMPORA LLP
                                        National Union Fire Insurance
                                        Company of Pittsburgh, PA

                                        By: _____
                                            Adam L. Rosen
                                        100 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753
                                        (516) 479-6300