

# Jackson & Campbell
Attorneys and Counselors at Law

David H. Cox
202.457.1634
Fax 202.457.1678
dcox@jackscamp.com

April 15, 2010

Suzanne French, Case Administrator
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

> Re:   IN RE: Circuit City Stores, Inc., et al. Case No. 08-35653 in the United States Bankruptcy Court Eastern District of Virginia (Richmond Division) (Chapter 11); Appellee Designation of Record on Appeal with respect to appeal by Port Arthur Holdings, III, Ltd.

Dear Suzanne:

The Appellee's designation of record on appeal with respect to the above-captioned appeal may be destroyed. If you have any questions, or need any other information, please do not hesitate to contact me.

Sincerely yours,

JACKSON & CAMPBELL, P.C.

By: _____
David H. Cox

DHC/pjh

cc: David A. Rahnis, Esquire