# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  
David H. Cox  
1120 Twentieth St. N.W, South Tower  
Washington, DC 20036–3437

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH  
**Chapter** 11

**IN RE:**

**INQUIRY:**

- ▁ Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

- ▁ The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

- ▁ Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

- ▁ Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:  
**Richmond:** Contact the Clerk´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

- ▁ The name and address of the Trustee or (Attorney for Debtor) in this case is:  
[Name and Address of Trustee or Attorney for Debtor]

- ▁ This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

- ▁ The following papers are returned to you:

- **X** This is a follow–up to the voicemail message that I left on 4/16/2010 regarding the pleadings that were filed in the Appeal by Port Arthur Holdings. Please advise in letter form on whether your office wants this pleadings back or can be shredded. Thank You

Date:  April 16, 2010

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Suzanne French, Deputy Clerk  
Direct Dial Telephone No. 804–916–2419

[iginquiryvDec2009.jsp]