| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' FIFTY-EIGHTH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION
OF CERTAIN MISCLASSIFIED CLAIMS TO
<u>GENERAL UNSECURED, NON-PRIORITY CLAIMS)</u>**

THIS MATTER having come before the Court on the Debtors' Fifty-Eighth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (the "Objection"), which requested, among other things, that the claims specifically

identified on Exhibit C attached to the Objection be reclassified into general unsecured, non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and a hearing on the merits having been held on April 6, 2010; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is GRANTED.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified in their entirety to general unsecured claims.

3. To the extent any of the agreements allegedly giving rise to the claims filed by Kelly Brietenbecher and James H. Wimmer, Jr. as set forth on <u>Exhibit A</u> are or were executory and they have been or are subsequently rejected by

the Debtors, nothing in this Order shall prohibit a Claimant who filed a Claim from filing a rejection damages claim (as a priority claim or otherwise) by the applicable bar date or impair the Debtors' right to object to any such rejection damages claim that is filed on any ground that governing law permits.  For the avoidance of doubt, nothing herein shall be deemed to extend any bar date.

4.   With respect to the Claims, this Order shall control over the Order on Debtors' Fifty-Eighth Omnibus Objection to Claims (Docket No. 6067).

5.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before five (5) business days from the entry of this Order.

7.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        Apr 13 2010              , 2010

/s/ Kevin R. Huennekens
HONORABLE KEVIN R. HUENNEKENS

Entered on docket:  April 14 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\11076563

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Fifty-Eighth Omnibus Objection to Claims
Supplemental Order (Reclassification Of Certain Claims To

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 9584<br>Date Filed: 01/30/2009<br>Docketed Total: $1,749,707.14<br>Filing Creditor Name and Address:<br>JAMES H WIMMER JR<br>12928 CHURCH RD<br>RICHMOND, VA 23233 | Claim Holder Name and Address<br>WIMMER JR, JAMES H<br>RICHMOND, VA 23233<br><br>503(b)(9) | Reclamation<br>$107,500.00 | Admin | Secured | Priority | Case Number: 08-35653<br>Docketed Total: $1,749,707.14<br><br>Unsecured<br>$1,642,207.14 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Case Number: 08-35653<br>Modified Total: $1,749,707.14<br><br>Unsecured<br>$1,749,707.14 |
| Claim: 7786<br>Date Filed: 01/29/2009<br>Docketed Total: $1,046,083.00<br>Filing Creditor Name and Address:<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | Claim Holder Name and Address<br>KELLY BREITENBECHER<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>PO BOX 1998<br>RICHMOND, VA 23218-1998<br><br>503(b)(9) | Reclamation<br>$300,000.00 | Admin | Secured | Priority | Case Number: 08-35653<br>Docketed Total: $1,046,083.00<br><br>Unsecured<br>$746,083.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Case Number: 08-35653<br>Modified Total: $1,046,083.00<br><br>Unsecured<br>$1,046,083.00 |
| Claim: 9544<br>Date Filed: 01/30/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823 | Claim Holder Name and Address<br>SANDISK CORPORATION<br>OMELVENY & MYERS LLP<br>2 EMBARCADERO CENTER 28TH FL<br>SAN FRANCISCO, CA 94111-3823<br><br>503(b)(9)<br>$0.00 | Reclamation<br>UNL | Admin | Secured | Priority | Case Number: 08-35653<br>Docketed Total: UNL<br><br>Unsecured<br>UNL | 503(b)(9)<br>$0.00 | Reclamation | Admin | Secured | Priority | Case Number: 08-35653<br>Modified Total: UNL<br><br>Unsecured<br>UNL |
| Claim: 5836<br>Date Filed: 01/26/2009<br>Docketed Total: $2,019,596.68<br>Filing Creditor Name and Address:<br>THQ INC<br>JEFFER MANGELS BUTLER &<br>MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067 | Claim Holder Name and Address<br>THQ INC<br>JEFFER MANGELS BUTLER &<br>MARMARO LLP<br>1900 AVE OF THE STARS 7TH FL<br>LOS ANGELES, CA 90067<br><br>503(b)(9)<br>$0.00 | Reclamation<br>$2,019,596.68 | Admin | Secured | Priority | Case Number: 08-35653<br>Docketed Total: $2,019,596.68<br><br>Unsecured | 503(b)(9)<br>$0.00 | Reclamation | Admin | Secured | Priority | Case Number: 08-35653<br>Modified Total: $2,019,596.68<br><br>Unsecured<br>$2,019,596.68 |
| | | | | | | | **Total Claims To Be Modified: 4**<br>**Total Amount As Docketed:** $4,815,386.82<br>**Total Amount As Modified:** $4,815,386.82 | | | | | |

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1              Date Rcvd: Apr 14, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Apr 16, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2010**                    **Signature:**    _Joseph Speetjens_