# MOBILE EDGE

*Bring It On.*

RICHMOND DIVISION
F                              F
I                              I
L          APR 1 6 2010        L
E                              E
D            CLERK             D
US BANKRUPTCY COURT

April 13, 2010

Mobile Edge
1150 N. Miller Street
Anaheim, CA 92806
714-399-1440 Phone
714-399-1401 Fax

**Court -** United States Bankruptcy Court
701 East Broad Street ~ Courtroom 5100
Richmond, VA 23219

**Debtor** ~ Circuit City

**Case No.** 08-35653-KRH

**Objection** ~ Debtor's Seventieth Omnibus Objection To Claims.
(Disallowance of certain no liability miscellaneous claims) Exhibit F.

To whom it may concern,

We disagree with the "comment" that the debtor has no liability for Mobile Edge's outstanding claims.
The statement that certain claims for amounts owed are more than originally invoiced is incorrect.
Further, there is no mention of the short payments for products assumed not received. Finally, the bill-backs were
not ordinary course of business and repeated requests for back-up were ignored. Regarding the invoice amounts
and short pays, documentation is included showing the actual invoiced amounts as well as proof of delivery of the
shipments in question.

Please feel free to contact me at any time to help facilitate a proper resolution to our claim.

Thank you,

Steven Goodman

# MOBILE EDGE
*Bring It On.*

Steven M. Goodman
COO
1150 N. Miller Street
Anaheim, CA 92806
714-399-1440 Phone
www.mobileedge.com

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

**EXHIBIT F**

Debtors' Seventieth Omnibus Objection to Claims
(Disallowance Of Certain No Liability
Miscellaneous Claims)

"UNL" denotes an unliquidated claim.

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT* | DATE FILED | DOCKETED DEBTOR | COMMENT |
|---|---|---|---|---|---|
| MOBILE EDGE PO BOX 1180 PLACENTIA, CA 92871 | 3788 | Secured: Priority: Administrative: 503(b)(9): Unsecured: $5,691.80 Reclamation: Interest: Total: $5,691.80 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) | After a thorough review of their books and records, the Debtors have determined that this Claim consists of billbacks which the Debtors previously denied in the ordinary course of business and claims for amounts that are more than originally invoiced. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| NAMDJOU, NIMA 2408 2ND AVE NO 19 SAN DIEGO, CA 92101 | 13039 | Secured: $4,000.00 Priority: Administrative: 503(b)(9): Unsecured: $600.00 Reclamation: Interest: Total: $4,600.00 | 05/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) | The Claimant has not provided information sufficient to substantiate the alleged Claim. Moreover, Circuit City credit cards were issued and serviced by Chase Bank, and Debtors were not liable for credit card disputes. In addition, after a thorough review of their books and records, the Debtors have not been able to find any evidence of liability to the Claimant. Accordingly, the Debtors dispute any liability with respect to this Claim. |
| NAMDJOU, NIMA 2408 2ND AVE NO 19 SAN DIEGO, CA 92101 | 13154 | Secured: Priority: Administrative: $3,043.81 503(b)(9): Unsecured: Reclamation: Interest: Total: $3,043.81 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) | By the Claim, the Claimant seeks to wipe out the balance of his Circuit City credit card balance owed to Chase Bank. Circuit City credit cards were issued and serviced by Chase Bank, and Debtors were not liable for credit card disputes. Accordingly, the Debtors dispute any liability with respect to this Claim. |



SVC: 1
PACK No: 25
70TH OMNI

MOBILE EDGE
PO BOX 1180
PLACENTIA, CA 92871
USA

CASE No: 08-35653
PRF 27145

with the Bankruptcy Court.  A copy of the Objection is
attached to this notice (this "Notice") as <u>Exhibit 1</u>.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the
Bankruptcy Court entered the Order Establishing Omnibus
Objection Procedures and Approving the Form and Manner of
the Notice of Omnibus Objections (Docket No. 2881) (the
"Order"), by which the Bankruptcy Court approved procedures
for filing omnibus objections to proofs of claim and
requests for allowance and payment of administrative
expenses and/or cure claims (collectively, the "Claims") in
connection with the above-captioned chapter 11 cases (the
"Omnibus Objection Procedures").

Specifically, the Objection seeks to disallow certain
claims, including your claim(s), listed below, all as set
forth in the Objection.

| TO | Claim Number | Asserted Claim Amount | Classification As Filed |
|---|---|---|---|
| MOBILE EDGE<br>PO BOX 1180<br>PLACENTIA, CA 92871<br>USA | 3788 | $5,691.80 | Unsecured |

**YOU ARE RECEIVING THIS NOTICE BECAUSE THE PROOF(S) OF
CLAIM LISTED HEREIN THAT YOU FILED AGAINST ONE OR MORE OF
THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES ARE
SUBJECT TO THE OBJECTION.  <u>YOUR RIGHTS MAY BE AFFECTED BY
THE OBJECTION</u>.  THEREFORE, YOU SHOULD READ THIS NOTICE
(INCLUDING THE OBJECTION AND OTHER ATTACHMENTS) CAREFULLY
AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN
ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**MOREOVER, PURSUANT TO RULE 3007-1 OF THE LOCAL RULES OF
THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF VIRGINIA AND THE OMNIBUS OBJECTION PROCEDURES, UNLESS A
WRITTEN RESPONSE AND A REQUEST FOR A HEARING ARE FILED WITH
THE CLERK OF THE COURT AND SERVED ON THE OBJECTING PARTY BY
<u>4:00 P.M. (EASTERN TIME) ON APRIL 22, 2010</u>, THE COURT MAY
DEEM ANY OPPOSITION WAIVED, TREAT THE OBJECTION AS CONCEDED
AND ENTER AN ORDER GRANTING THE RELIEF REQUESTED WITHOUT A
HEARING.**

**Hearing Date: April 29, 2010, at 2:00 p.m.**
**Objection Deadline: April 22, 2010, at 4:00 p.m.**

Gregg M. Galardi, Esq.                Dion W. Hayes (VSB No. 34304)
Ian S. Fredericks, Esq.               Douglas M. Foley (VSB No. 34364)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

                    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - x
In re:                    :    Chapter 11
                          :
CIRCUIT CITY STORES, INC., :   Case No. 08-35653 (KRH)
et al.,                   :
                          :
            Debtors.      :    Jointly Administered
- - - - - - - - - - - - - x

**NOTICE OF DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS);
(II) NO LIABILITY (SATISFIED CLAIMS);
(III) NO LIABILITY (HUMAN RESOURCES CLAIMS); AND
(IV) NO LIABILITY (MISCELLANEOUS CLAIMS))**

      **PLEASE TAKE NOTICE THAT** the above-captioned Debtors
(the "Debtors") filed the Debtors' Seventieth Omnibus
Objection to Claims (Disallowance of Certain (i) No
Liability (Legal Claims); (ii) No Liability (Satisfied
Claims); (iii) No Liability (Human Resources Claims); and
(iv) No Liability (Miscellaneous Claims)) (the "Objection")

**MOBILEEDGE**
Bring It On

Mobile Edge PO Box 1180 Placentia, CA 92871 (714) 399-1400

**CIRCUIT CITY**
A/R Date:    11/4/2008

## STATEMENT

pricing dispute
performance chrgebacks w/SG for approval
shortage claimed

| INV DATE | INVOICE NO | PO # | INVOICE DUE DATE | INVOICE AMT | PAYMENTS | CK # - DEPOSIT DATE | BALANCE | REF # | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2006 | 0029906-IN | 1853250 | 2/12/2007 | 12,500.00 | 10,800.00 | 1006409 - 3/14/07 | 1,700.00 | 1 | Invoice short paid-cc claims pricing dispute |
| 12/29/2006 | 0030041-IN | 1870838 | 2/12/2007 | 1,625.00 | 1,375.00 | 1006097 - 3/12/07 | 250.00 | 2 | Invoice short paid-cc claims pricing dispute |
| 1/8/2007 | 0030223-IN | 1878094 | 2/22/2007 | 250.00 | 225.00 | 1006409 - 3/14/07 | 25.00 | 3 | Invoice short paid-cc claims pricing dispute |
| 1/15/2007 | 0030427-IN | 1883956 | 3/1/2007 | 3,350.00 | 2,950.00 | 1006409 - 3/14/07 | 400.00 | 4 | Invoice short paid-cc claims pricing dispute |
| 1/18/2007 | 0030538-IN | 1883857 | 3/4/2007 | 325.00 | 275.00 | 1006409 - 3/14/07 | 50.00 | 5 | Invoice short paid-cc claims pricing dispute |
| 3/19/2007 | PR30873-PP | 1895167 | 3/19/2007 | 2,000.00 | 1,850.00 | 1008712 - 3/19/07 | 150.00 | 6 | Invoice # 30873 short paid-CC pricing dispute METXK1 |
| 4/27/2007 | 0033163-IN | 1750302 | 6/11/2007 | 3,250.00 | 3,160.00 | 1011097 - 6/11/07 | 80.00 | 7 | Invoice short paid-items shipped via CC account-CC claims shortage |
| 3/9/202 | 0033174-IN | 1750306 | 6/14/2007 | 8,350.00 | 8,110.00 | 1011865 - 6/25/07 | 240.00 | 8 | Invoice short paid-emailed inv copy to cc 10/23/08 |
| 8/22/2007 | 0036248-IN | 1817139 | 10/6/2007 | 3,300.00 | 2,300.00 | 1023348 - 1/24/08 | 1,000.00 | 9 | CC claims shortage - POD sent 2 x (11/4/08) |
| 8/24/2007 | 0036306-IN | 1817137 | 10/8/2007 | 800.00 | 0.00 | - | 800.00 | 10 | CC claims this product was rec'd and invoiced on #36248-POD for both inv's sent 11/4/08 |
| 6/11/2007 | VPFEB07-PP | Feb2007 | 6/11/2007 | | -475.00 | 1011097 - 6/11/07 | 475.00 | 11 | "Vendor Standard Performance deduction" - CC provided NO BACKUP |
| 6/11/2007 | VPMAR07-PP | Mar2007 | 6/11/2007 | | -117.00 | 1011097 - 6/11/07 | 117.00 | 12 | "Vendor Standard Performance deduction" - CC provided NO BACKUP |
| 7/13/2007 | VPAPR07-PP | Apr2007 | 7/13/2007 | | -292.00 | 1012787 - 7/13/07 | 292.00 | 13 | "Vendor Standard Performance deduction" - CC provided NO BACKUP |
| 8/13/2007 | VPMAY07-PP | May2007 | 8/13/2007 | | -342.80 | 1014565 - 8/13/07 | 342.80 | 14 | "Vendor Standard Performance deduction" - CC provided NO BACKUP |
| 7/18/2007 | 0035252-CM | 081-167396-9 | | -210.00 | 0.00 | - | -210.00 | 15 | Return/ MERFCX-L (7) - not deducted from CC paymts |

Circuit City Totals    6,661.60

# MOBILEƎDGE

INVOICE

|  |  |
|---|---|
| INVOICE NUMBER: | 0029908-IN |
| INVOICE DATE: | 12/29/2006 |
|  |  |
| ORDER NUMBER: | 0015183 |
| ORDER DATE: | 12/11/2006 |
| SALESPERSON: | CG |
| CUSTOMER NO: | CIRCUIT |

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 755

1100 Circuit City Rd.
Marion,  IL   62959

| CUSTOMER P.O. 1653250 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days | Agi  is  to PO |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| METP01 Premium Tote Black | EACH | 75 | 75 | 0 | 40.000 | 3,000.00 |
| MEMC1S Milano Notebook Case Black Sm | EACH | 105 | 105 | 0 | 50.000 | 5,250.00 |
| MEBPW2 Paris BP 2 tone black/white canvas | EACH | 85 | 85 | 0 | 50.000 | 4,250.00 |

paid    $10,800    ck # 1006409   3/14/07

$1,700    short

| | |
|---|---|
| Net Invoice: | 12.500.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **12,500.00** |

15183

# PURCHASE ORDER 1653250

### PURCHASE ORDER DATE:  7 DEC 2006

**CUSTOMER**                                  **ENTITY [ST] 0755**
CIRCUIT CITY

EDI VERSION=004010, DOCUMENT=850, ICN=40, FGCN=40, TSCN=400005
STATUS/PURPOSE: ORIGINAL
ORDER TYPE: STAND-ALONE ORDER
SHIPMENT METHOD OF PAYMENT: COLLECT
TRANSPORTATION RESPONSIBILITY LOCATION: ORIGIN (SHIPPING POINT) [-N/A-]
TERMS: TERMS: [BASIC, INVOICE DATE] NET 45
INFORMATION CONTACT: 9708 NIKEEIA HARRIS
070720 [INTERNAL VENDOR NUMBER] INTERNAL VENDOR NUMBER
21 DEC 2006 [002] DELIVERY REQUESTED
14 DEC 2006 [037] SHIP NOT BEFORE
20 DEC 2006 [038] SHIP NO LATER

| ITEM | QUANTITY | PRICE | EXTENDED |
|------|----------|-------|----------|
| 1 METP01<br>SENDER-ASSIGNED ID=1<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 75 EA | $40.0000 | $3,000.0000 |
| 2 MEMC1S<br>SENDER-ASSIGNED ID=2<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 105 EA | $50.0000 | $5,250.0000 |
| 3 MEBPW2<br>SENDER-ASSIGNED ID=3<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 85 EA | $50.0000 | $4,250.0000 |
| | | **TOTAL:** | **$12,500.00** |

# PICKING SHEET

WAREHOUSE:  000

ORDER NUMBER:  0015183

CUSTOMER NO:  CIRCUIT

*Inv. # 29908*

ORDER DATE:  12/11/06

SALESPERSON:  CG

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA  23233

CONFIRM TO:    Nikeeia Harris

SHIP TO:
Circuit City  DC 755
1100 Circuit City Rd.
Marion,  IL  62959

| CUSTOMER P.O. 1653250 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days | |
|---|---|---|---|---|
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |
|---|---|---|---|---|---|
| SHIP 12/28 - 1/3 DELIVERY REQUESTED 1/4 | | | | | |
| | METP01 | EACH | 75 | 75 | |
| Premium Tote Black | | | | | |
| | MEMC1S | EACH | 105 | 105 | |
| Milan Notebook Case Black Sm | | | | | |
| | MEBPW2 | EACH | 85 | 85 | |
| Paris BP 2 tone black/white ca | | | | | |

15783

## 860 - PURCHASE ORDER CHANGE REQUEST

```
   SENDER [1386]: CIRCUIT CITY
RECEIVER [6603]: MOBILE EDGE

PURPOSE: CHANGE
P.O. NUMBER: 1653250  DATE:  7 DEC 2006
PURCHASE ORDER TYPE CODE: SA
CHANGE ORDER SEQUENCE NUMBER: 094707
CHANGE REQUEST DATE: 12 DEC 2006
070720 : INTERNAL VENDOR NUMBER
SHIP NOT BEFORE: 28 DEC 2006
SHIP NO LATER:  3 JAN 2007
        SHIP TO [ST] 0755

LINE ITEM CHANGE
        LINE ITEM ID: 1
        CT : CHANGE OF DATES
        75.0000 : ORDER QUANTITY BEFORE CHANGES
        75.0000 : QUANTITY TO BE RECEIVED
        UNIT OF MEASURE: EACH
        METP01 [CB] BUYER CATALOG NUMBER
DELIVERY REQUESTED:  4 JAN 2007
SHIP NOT BEFORE: 28 DEC 2006
SHIP NO LATER:  3 JAN 2007
LINE ITEM CHANGE
        LINE ITEM ID: 2
        CT : CHANGE OF DATES
        105.0000 : ORDER QUANTITY BEFORE CHANGES
        105.0000 : QUANTITY TO BE RECEIVED
        UNIT OF MEASURE: EACH
        MEMC1S [CB] BUYER CATALOG NUMBER
DELIVERY REQUESTED:  4 JAN 2007
SHIP NOT BEFORE: 28 DEC 2006
SHIP NO LATER:  3 JAN 2007
LINE ITEM CHANGE
        LINE ITEM ID: 3
        CT : CHANGE OF DATES
        85.0000 : ORDER QUANTITY BEFORE CHANGES
        85.0000 : QUANTITY TO BE RECEIVED
        UNIT OF MEASURE: EACH
        MEBPW2 [CB] BUYER CATALOG NUMBER
DELIVERY REQUESTED:  4 JAN 2007
SHIP NOT BEFORE: 28 DEC 2006
SHIP NO LATER:  3 JAN 2007
```

# MOBILE EDGE
## Bring It On.

Inv # 29108

AFFIX ASSIGNED
CARRIER PRO NUMBER
HERE

| Date | 12/28/2006 | Route | | Shipper No. | 15183 |
|---|---|---|---|---|---|
| Customer PO | 1653250 | | FEDEX NAT'L | Blind Shipper No. | |

| Destination | | | Origin | | | | |
|---|---|---|---|---|---|---|---|
| CONSIGNEE | Circuit City DC 755 | | SHIPPER | MOBILE EDGE - VENDOR # 070720 | | | |
| Street | 1100 Circuit City Road | | STREET | 1150 N. MILLER ST | | | |
| City | Marion | ST | IL | Zip | 62959 | CITY | ANAHEIM | ST | CA | ZIP | 92806 |
| Phone | 618-998-1828 | | Phone | 714-399-1400 | | | |

ON COLLECT ON DELIVERY SHIPMENTS, THE LETTERS "COD" MUST APPEAR BEFORE THE CONSIGNEE'S NAME

Send Freight Bill To:

| COD | AMOUNT | | Is customer's check acceptable for payment? | BILL TO | COLLECT |
|---|---|---|---|---|---|
| COD FEE | | | | STREET | |
| PREPAID | | COLLECT | YES | NO | CITY | ST | ZIP |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions (list hazardous materials first) | Dimensions | CLASS | CL | Weight Lbs. (subject to correction) |
|---|---|---|---|---|---|---|
| 53 CTNS | | NMFC IT# 187645-4 | | 150 | | 1170 |
| | | CARRYING CASES | | | | |
| | | 3 PALLETS | | | | |
| | | METP01 - 75 pcs @ 5 pcs per ctn | | | | |
| | | MEMC1S - 105 pcs @ 5 pcs per ctn | | | | |
| | | MEBPW2 - 85 pcs @ 5 pcs per ctn | | | | |

WATKINS OCC-171771 SHIPPERS COPY

DRIVER SIGNATURE ACKNOWLEDGES RECEIPT OF FREIGHT ONLY, TERMS & CONDITIONS OF WATKINS CONTRACTS AND/OR TARIFFS APPLY

| Total | 53 CTNS | SPECIAL INSTRUCTIONS | DELIVERY APPOINTMENT REQUIRED | Total | 1170 |
|---|---|---|---|---|---|
| | | | CIRCUIT CITY APPT NUMBER: _____ | | |
| | | | SHIP TO ARRIVE:   01/04/07 | | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ANY OR ALL SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

| THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | Shipper _____ Unit Number _____ | NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO NOT EXCEEDING _____ PER _____ |
|---|---|---|
| SUBJECT TO SECTION 7 OF THE CONDITIONS. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES SIGNATURE OF CONSIGNOR) | | Units (skids, ctns, bundles, etc.) 53 CTNS |
| | | Date _____ | Time _____ |

Shipper's Signature _____ 12/28/06

Driver's Signature   EDUARDO DE ATORRE

Recipient's Signature _____   DATE 12/28/06

PRINT RECIPIENT'S NAME   EDUARDO DE LA TORRES

# WATKINS MOTOR LINES, INC. (WWAT)
P.O. Box 95002 Lakeland, Florida 33804-5002
(800) 274-9099

QCC-171771-FA
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR # ___, ELEVATOR ____
___ LIFTGATE                    ESCALATOR ____
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE    ___ EXTRA LABOR

QCC-171771-FA

Signature: ___
Signature acknowledges responsibility for payment of additional services not authorized by the shipper.

| DATE | DEST | CP | TI | PI | C/L PAYAB E | WWL REV. | NON-REC. | TRAILER | EXC CODE | CCD |
|------|------|----|----|----|----|----|----|----|----|----|
| 010807 | STL | C | 1 | 4 | | | | 10630 | V2 | |

CONSIGNEE    BILL STOP
CIRCUIT CITY DC 0755
1100 CIRCUIT CITY ROAD
MARION              IL 62959
MOBILE EDGE
1150 N MILLER ST
ANAHEIM         CA 92806

SHIPPER
2

| | Phone |
| | Appt. Date |
| | Appt. Time |
| | Contact |
| | Comments |

APPOINTMENT CONFIRMATION

| HNDL · UNIT | SHIPPER NUMBER | C/L PRO NUMBER | | C/L DATE | ORIG C/L | DEST C/L |
|----|----|----|----|----|----|----|
| 1 | 15193 | | EXCLSX | | | |

| PIECES | HM | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS | RATE | CHARGES |
|----|----|----|----|----|----|----|
| 16 | | CTNS CARRYING CASES | TRF | 400 | | |
| | | TO CLEAR SHORTAGE ON ORIG PRO | | | | |
| | | QCC-171771 | | | | |
| | | FUEL SURCHARGE | DPRO | | | |
| | | | DISCOUNT | | | |
| | | | FSC | | | |
| 16 | | TOTAL | SHORT | 400 | | |
| | | MAY 97 | | | | SHORT |
| | | EOB | | SO.THE 20.5 V | | |

DROPPED TRAILER
COUNT SUBJECT TO VERIFICATION
UPON UNLOADING
SIGNED ___           CARTONS

E.D.R.

RECEIVED ABOVE PROPERTY IN GOOD CONDITION
CC755
FIRM NAME (PRINT)

RECEIVER SIGNATURE
Darren Davis
Davis
RECEIVER NAME (PRINT)

| STRETCHWRAP INTACT | ☐ YES | ☑ NO | TIME: 1445 |
| PCS DELIVERED 16 ctns | DEL. DATE 1-10-07 | |
| OSD EXC. NBR | UNIT 10630 | |

DRIVER SIGNATURE
Paul Moreno

DELIVERY RECEIPT / 1

# WATKINS MOTOR LINES, INC. (WWAT)
P.O. Box 95002 Lakeland, Florida 33804-5002
(800) 274-9099

OCC-171771
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR # ___ , ELEVATOR ___
___ LIFTGATE ___ ESCALATOR ___
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE ___ EXTRA LABOR

OCC-171771

TALLY

Signature: ___
Signature acknowledges responsibility for payment of additional services not authorized by the shipper

| DATE | DEST | CP | TH | DI | C/L PAYABLE | WW. REV. | NON-REC. | TRAILER | EXC CODE | COD |
|------|------|----|----|----|-----|------|-----|------|-----|-----|
| 122806 | STL | C | 1 | E | | 32860 | 16567 | | X | |

CONSIGNEE  C/L STOP 2    APPOINTMENT / CONFIRMATION

CIRCUIT CITY DC 755
1100 CIRCUIT CITY ROAD
MARION            IL 62959

Phone
Appt. Date
Appt. Time
Contact
Comments

SHIPPER

MOBILE EDGE
1150 N MILLER ST
ANAHEIM          CA 92806

REQD DELIVERY WINDOW
ON 01/04/07

| HNDL - UNIT | SHIPPER NUMBER | C/L PRO NUMBER | C/L DATE | ORIG C/L | DEST C/L |
|------|------|------|------|------|------|
| 3 | 15183 | | 01/04/07 | | |

| PIECES | HD | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS | RATE | CHARGES |
|--------|----|----|----|----|----|----|
| 53 | PCS | CARRYING CASES | TRFCC1C1 N187645-04 | 1170 | 6373 | 74564 |
| | | NMFC 187645-4 C150 | | | | |
| | | 618-998-1828 | | | | |
| | | CS | | | | |
| | | CFA | | | | |
| | | 010407 | | | | |
| | | REQUESTED DELIVERY WINDOW | | | | |
| | | | DISCOUNT | | .61 | 45484 |
| | | FUEL SURCHARGE | FSC | | .13 | 3780 |
| 53 | | TOTAL | COLL | | | 32860 |
| | | DENSITY MEASUREMENT REQUEST | DENS | | | |
| | | CUB R/AUD 010207 10.48 Z 10 DCS | | | | COLLECT |

DROPPED TRAILER
COUNT SUBJECT TO VERIFICATION
UPON UNLOADING
SIGNON _____ CARTONS

JAN 5 07 AM 10:13

Short: MOE METP01  7pcs,
         VP=5   $42.02

         MOE MEMC1S   5pcs.
         VP=5   $52.52

RECEIVED ABOVE PROPERTY IN GOOD CONDITION

CC #755

F RM NAME (PRINT)

RECEIVER SIGNATURE

RECEIVER NAME (PRINT)  Smith

STRETCHWRAP INTACT  ☐ YES  ☑ NO   TIME: 1210

| PCS DELIVERED | DEL DATE | DRIVER SIGNATURE |
|------|------|------|
| 37 chs. | 1-5-07 | Paul Mount |

OSD EXC. NBR  25146   UNIT 16567

DELIVERY RECEIPT / 1

MOBILE**EDGE**

Bring It On.

WATKINS OCC-171771
WML COPY

| | | | | | |
|---|---|---|---|---|---|
| Date | 12/28/2006 | | Route | FEDEX NAT'L | |
| Customer PO | 1653250 | | | | Blind Shipper No. |

| | Destination | | | Origin | |
|---|---|---|---|---|---|
| CONSIGNEE | Circuit City DC 755 | SHIPPER | MOBILE EDGE - VENDOR # 070720 | | |
| Street | 1100 Circuit City Road | STREET | 1150 N. MILLER ST | | |
| City | Marion | ST IL Zip 62959 | CITY | ANAHEIM | ST CA ZIP 92806 |
| Phone | 618-998-1828 | Phone | 714-399-1400 | | |

ON COLLECT ON DELIVERY SHIPMENTS, THE LETTERS "COD" MUST APPEAR BEFORE THE CONSIGNEE'S NAME

**Send Freight Bill To:**

| COD | AMOUNT | | Is customer's check acceptable for payment? | BILL TO | COLLECT |
|---|---|---|---|---|---|
| | COD FEE | | | | |
| PREPAID | COLLECT | YES | NO | STREET | |
| | | | | CITY | ST ZIP |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions (list hazardous materials first) | Dimensions | CLASS | CL | Weight Lbs. (subject to correction) |
|---|---|---|---|---|---|---|
| 53 CTNS | | NMFC IT# 187645-4 | | 150 | | 1170 |
| | | CARRYING CASES | | | | |
| | | 3 PALLETS | | | | |
| | | METP01 - 75 pcs @ 5 pcs per ctn | | | | |
| | | MEMC1S - 105 pcs @ 5 pcs per ctn | | | | |
| | | MEBPW2 - 85 pcs @ 5 pcs per ctn | | | | |

| Total | SPECIAL INSTRUCTIONS | | Total |
|---|---|---|---|
| 53 CTNS | | **DELIVERY APPOINTMENT REQUIRED** | 1170 |
| | | CIRCUIT CITY APPT NUMBER: | |
| | | SHIP TO ARRIVE:    01/04/07 | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ANY OR ALL SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

| THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | Shipper Unit Number | NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO NOT EXCEEDING.                     PER Units (skids, ctns, bundles, etc.)    53 CTNS |
|---|---|---|
| SUBJECT TO SECTION 7 OF THE CONDITIONS, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. (SIGNATURE OF CONSIGNOR) | | Date    Time |

| | |
|---|---|
| Shipper's Signature | |
| Driver's Signature    EDOARDO DE LA TORRE | |
| Recipient's Signature | DATE  12/28/06 |
| PRINT RECIPIENT'S NAME | |

# MOBILE EDGE

**INVOICE**

|  |  |
|---|---|
| INVOICE NUMBER: | 0030041-IN |
| INVOICE DATE: | 12/29/2006 |

Mobile Edge
PO Box 1180
Placentia, CA 92871
(714) 399-1400 PHONE
(714) 399-1401 FAX

|  |  |
|---|---|
| ORDER NUMBER: | 0015526 |
| ORDER DATE: | 12/22/2006 |
| SALESPERSON: | CG |
| CUSTOMER NO: | CIRCUIT |

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 255

4000 Township Line Road.
Bethlehem, PA  18020

| CUSTOMER P.O.<br>1670638 | SHIP VIA<br>CUSTOMER ACCOUN | F.O.B. | TERMS<br>Net due in 45 days   *Aq, us to p 0.* |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| METXK1<br>Komen Tote MF Black w/pink | EACH | 25 | 25 | 0 | 65.000 | 1,625.00 |

*paid $ 1,375    ck # 1006097   3/12/07*

*250⁰⁰  Due*

|  |  |
|---|---|
| Net Invoice: | 1,625.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **1,625.00** |

# PICKING SHEET

WAREHOUSE: 000

ORDER NUMBER: 0015526

CUSTOMER NO: CIRCUIT

*30c4f*

ORDER DATE: 12/22/06

SALESPERSON: CG

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA 23233

CONFIRM TO: Nikeeia Harris

SHIP TO:
Circuit City DC 255
4000 Township Line Road.
Bethlehem, PA 18020

| CUSTOMER P.O. 1670638 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | | TERMS Net due in 45 days |
|---|---|---|---|---|
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

SHIP 12/23 - 1/3
DELIVERY REQUESTED 1/4/07

| | METXK1 | EACH | 25 | 25 | |
|---|---|---|---|---|---|

Komen Tote MF Black w/pink

12/29    125264E90 343199229    ✦ 11345

5 cart.

## PURCHASE ORDER 1670638

### PURCHASE ORDER DATE: 21 DEC 2006

**CUSTOMER**                                    **ENTITY [ST] 0255**
CIRCUIT CITY

EDI VERSION=004010, DOCUMENT=850, ICN=44, FGCN=44, TSCN=440001
STATUS/PURPOSE: ORIGINAL
ORDER TYPE: STAND-ALONE ORDER
SHIPMENT METHOD OF PAYMENT: COLLECT
TRANSPORTATION RESPONSIBILITY LOCATION: ORIGIN (SHIPPING POINT) [-N/A-]
TERMS: TERMS: [BASIC, INVOICE DATE] NET 45
INFORMATION CONTACT: 9708 NIKEEIA HARRIS
070720 [INTERNAL VENDOR NUMBER] INTERNAL VENDOR NUMBER
 4 JAN 2007 [002] DELIVERY REQUESTED
28 DEC 2006 [037] SHIP NOT BEFORE
 3 JAN 2007 [038] SHIP NO LATER

| ITEM | QUANTITY | PRICE | EXTENDED |
|------|----------|-------|----------|
| 1 METXK1<br>SENDER-ASSIGNED ID=1<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 25 EA | $65.0000 | $1,625.0000 |
| | | **TOTAL:** | **$1,625.00** |

# MOBILE EDGE

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

INVOICE NUMBER:  0030223-IN
INVOICE DATE:  01/08/2007

ORDER NUMBER:  0015642
ORDER DATE:  12/29/2006
SALESPERSON:  CG
CUSTOMER NO:  CIRCUIT

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City DC 567

1901 Cooper Drive
Ardmore,  OK   73401

| CUSTOMER P.O. 1679094 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEBPW2 Paris BP 2 tone black/white canvas | EACH | 5 | 5 | 0 | 50.000 | 250.00 |

| | |
|---|---|
| Net Invoice: | 250.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **250.00** |

# PICKING SHEET

Page: 1

WAREHOUSE: 000

ORDER NUMBER: 0015642
CUSTOMER NO: CIRCUIT

ORDER DATE: 12/29/06
SALESPERSON: CG

SOLD TO:
*Circuit City*
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:    Nikeeia Harris

SHIP TO:
*Circuit City  DC 567*
1901 Cooper Drive
Ardmore, OK  73401

| CUSTOMER P.O. 1679094 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | | TERMS Net due in 45 days |
| --- | --- | --- | --- | --- |
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

SHIP 1/4 - 1/10
DELIVERY REQUESTED 1/11/07

| | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |
| --- | --- | --- | --- | --- | --- |
| | MEBPW2 | EACH | 5 | 5 | |

Paris BP 2 tone black/white ca

18.32
125264E9034380 6982

## PURCHASE ORDER 1679094

### PURCHASE ORDER DATE: 28 DEC 2006

**CUSTOMER**                                    **ENTITY [ST] 0567**
CIRCUIT CITY

EDI VERSION=004010, DOCUMENT=850, ICN=46, FGCN=46, TSCN=460001
STATUS/PURPOSE: ORIGINAL
ORDER TYPE: STAND-ALONE ORDER
SHIPMENT METHOD OF PAYMENT: COLLECT
TRANSPORTATION RESPONSIBILITY LOCATION: ORIGIN (SHIPPING POINT) [-N/A-]
TERMS: TERMS: [BASIC, INVOICE DATE] NET 45
INFORMATION CONTACT: 9708 NIKEEIA HARRIS
070720 [INTERNAL VENDOR NUMBER] INTERNAL VENDOR NUMBER
11 JAN 2007 [002] DELIVERY REQUESTED
4 JAN 2007 [037] SHIP NOT BEFORE
10 JAN 2007 [038] SHIP NO LATER

| ITEM | QUANTITY | PRICE | EXTENDED |
|---|---|---|---|
| 1 MEBPW2<br>  SENDER-ASSIGNED ID=1<br>  PRICE BASIS: TE CONTRACT PRICE PER EACH | 5 EA | $50.0000 | $250.0000 |
| | | **TOTAL:** | **$250.00** |

# MOBILE EDGE

**INVOICE**

INVOICE NUMBER: 0030427-IN
INVOICE DATE: 01/15/2007

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

ORDER NUMBER: 0015812
ORDER DATE: 12/31/2006
SALESPERSON: CG
CUSTOMER NO: CIRCUIT

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 255

4000 Township Line Road.
Bethlehem,  PA   18020

| CUSTOMER P.O. 1683956 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days | *Agreed to PO* |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| METXK1 Komen Tote MF Black w/pink | EACH | 40 | 40 | 0 | 65.000 | 2,600.00 |
| MEMC1S Milano Notebook Case Black Sm | EACH | 15 | 15 | 0 | 50.000 | 750.00 |

*paid   $ 2950 °°   ck # 100L409   3/14/07*

*4oo °° Due*

| | |
|---|---|
| Net Invoice: | 3,350.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,350.00** |

# PICKING SHEET

WAREHOUSE: 000

ORDER NUMBER: 0015812
CUSTOMER NO: CIRCUIT

ORDER DATE: 12/31/06
SALESPERSON: CG

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA 23233
CONFIRM TO: Nikeeia Harris

SHIP TO:
Circuit City DC 255
4000 Township Line Road.
Bethlehem, PA 18020

| CUSTOMER P.O. 1683956 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days | |
|---|---|---|---|---|
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

SHIP 1/11 - 1/17
DELIVERY REQUESTED 1/18

| | METXK1 | EACH | 40 | 40 | |
| Komen Tote MF Black w/pink | | | | | |
| | MEMC1S | EACH | 15 | 15 | |
| Milano Notebook Case Black Sm | | | | | |

1Z526YE9034270137U          $169.01

11 CTNS.



**Mobile Edge**

Help    FAQ    Inbox    Outbox    Setup                    Log out

# PURCHASE ORDER 1683956
## 4 Jan 2007

Print | Create Invoice | View Original

Add: ALLOWANCE   CHARGE   REFERENCE NUMBER   TERMS   DATE   ITEM   ENTITY

# Circuit City

**[ST] SHIP TO**
ID=0255 [92] ASSIGNED BY BUYER OR BUYERS AGENT

**PURCHASE ORDER TYPE CODE: [SA] STAND-ALONE ORDER**

**TRANSACTION SET PURPOSE CODE: [00] ORIGINAL**

MASTER PO NUMBER : --N/A--

TOTAL WEIGHT: 0

TOTAL VOLUME: 0

TERMS (1):
BASIC, INVOICE DATE
NET 45

EDIT SHIPPING DETAILS

**SHIPMENT METHOD OF PAYMENT [CC] : COLLECT**

**TRANSPORTATION RESPONSIBILITY LOCATION [OR] : ORIGIN (SHIPPING POINT)**

**Notes**
INFORMATION CONTACT: 9708 NIKEEIA HARRIS

**Reference Numbers**
070720                              [IA] INTERNAL VENDOR NUMBER

| Date | Description |
|------|-------------|
| 18 Jan 2007 | DELIVERY REQUESTED |
| 11 Jan 2007 | SHIP NOT BEFORE |
| 17 Jan 2007 | SHIP NO LATER |

| | | Received | EDI Standard | Document | ICN | FGCN | TSCN |
|---|---|---|---|---|---|---|---|
| EDI details segments | EDI | 4 Jan 2007 19:11 PDT | 004010 | 850 | 48 | 48 | 480001 |

| | Item | Quantity | Unit Price | Extended Price |
|---|------|----------|------------|----------------|
| 1 (1) | METXK1 [CB] PRICE BASIS: TE = CONTRACT PRICE PER EACH | 40 EA | $65.0000 | $2,600.00 |
| | Add: ALLOWANCE   CHARGE   REFERENCE NUMBER   DATE   ENTITY | | | |
| 2 (2) | MEMC1S [CB] PRICE BASIS: TE = CONTRACT PRICE PER EACH | 15 EA | $50.0000 | $750.00 |
| | Add: ALLOWANCE   CHARGE   REFERENCE NUMBER   DATE   ENTITY | | | |

**https://webedi.owensdirect.com/oiview.asp?PONum=1683956&TID=141...  1/4/2007**

# INVOICE

Page: 1

⑤

# MOBILE EDGE

| | |
|---|---|
| INVOICE NUMBER: | 0030538-IN |
| INVOICE DATE: | 01/18/2007 |

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

| | |
|---|---|
| ORDER NUMBER: | 0015813 |
| ORDER DATE: | 12/31/2006 |
| SALESPERSON: | CG |
| CUSTOMER NO: | CIRCUIT |

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 353

680 S. Lemon Ave
Walnut, CA  91789

| CUSTOMER P.O.<br>1683957 | SHIP VIA<br>CUSTOMER ACCOUN | F.O.B. | TERMS<br>Net due in 45 days | *Agrees to P.O.* |
|---|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| METXK1<br>Komen Tote MF Black w/pink | EACH | 5 | 5 | 0 | 65.000 | 325.00 |

*pd. 9275   ck # 1006409 2/14/07*

*500⁰⁰ Due*

| | |
|---|---|
| Net Invoice: | 325.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **325.00** |

# PICKING SHEET

WAREHOUSE: 000

ORDER NUMBER: 0015813
CUSTOMER NO: CIRCUIT

ORDER DATE: 12/31/06
SALESPERSON: CG

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:    Nikeeia Harris

SHIP TO:
Circuit City  DC 353
680 S. Lemon Ave
Walnut, CA  91789

| CUSTOMER P.O. 1683957 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | | TERMS Net due in 45 days | |
|---|---|---|---|---|---|
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

SHIP 1/11 - 1/17
DELIVERY REQUESTED 1/18
METXK1    EACH    5    5

Komen Tote MF Black w/pink

$8.73

1/17    125 26 YE 90 34 17 73 110

 **OwensDirect**

**Mobile Edge**

*ASIB*

Help    FAQ    Inbox    Outbox    Setup                    Log out

# PURCHASE ORDER 1683957
## 4 Jan 2007

| Print | Create Invoice | View Original |

Add: ALLOWANCE   CHARGE   REFERENCE NUMBER   TERMS   DATE   ITEM   ENTITY

## Circuit City

**[ST] SHIP TO**
ID=0353 [92] ASSIGNED BY BUYER OR BUYERS AGENT

**PURCHASE ORDER TYPE CODE: [SA] STAND-ALONE ORDER**

**TRANSACTION SET PURPOSE CODE: [00] ORIGINAL**

MASTER PO NUMBER : --N/A--

TOTAL WEIGHT: 0

TOTAL VOLUME: 0

TERMS (1):
BASIC, INVOICE DATE
NET 45

EDIT SHIPPING DETAILS

**SHIPMENT METHOD OF PAYMENT [CC] :** COLLECT

**TRANSPORTATION RESPONSIBILITY LOCATION [OR] :** ORIGIN (SHIPPING POINT)

**Notes**

INFORMATION CONTACT: 9708 NIKEEIA HARRIS

**Reference Numbers**

070720                          [IA] INTERNAL VENDOR NUMBER

| Date | Description |
|---|---|
| 18 Jan 2007 | DELIVERY REQUESTED |
| 11 Jan 2007 | SHIP NOT BEFORE |
| 17 Jan 2007 | SHIP NO LATER |

| | Received | EDI Standard | Document | ICN | FGCN | TSCN |
|---|---|---|---|---|---|---|
| EDI details EDI segments | 4 Jan 2007 19:11 PDT | 004010 | 850 | 48 | 48 | 480002 |

| | Item | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 (1) | METXK1 [CB] PRICE BASIS: TE = CONTRACT PRICE PER EACH | 5 EA | $65.0000 | $325.00 |

Add: ALLOWANCE   CHARGE   REFERENCE NUMBER   DATE   ENTITY

| **Totals:** | **1 Line Item** | | **5 EA** | | | **$325.00** |
|---|---|---|---|---|---|---|

# MOBILE EDGE

| | |
|---|---|
| | INVOICE NUMBER:  0030873-IN |
| | INVOICE DATE:  01/31/2007 |

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

| | |
|---|---|
| ORDER NUMBER: | 0016199 |
| ORDER DATE: | 01/29/2007 |
| SALESPERSON: | CG |
| CUSTOMER NO: | CIRCUIT |

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 775

19925 Independence Blvd.
Groveland, FL  34736

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1695167 | CUSTOMER ACCOUN | | Net due in 45 days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEBPW2 | EACH | 80 | 30 | 50 | 50.000 | 1,500.00 |
| Paris BP 2 tone black/white canvas | | | | | | |
| MEMC1S | EACH | 10 | 10 | 0 | 50.000 | 500.00 |
| Milano Notebook Case Black Sm | | | | | | |

| | |
|---|---|
| Net Invoice: | 2,000.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **2,000.00** |

copy

**DEBIT MEMO**                     February 27 2007

TO: MOBILE EDGE              From:   CIRCUIT CITY STORES, INC.
    PO BOX 1180                      9950 Mayland Drive
                                     Richmond, VA  23233-1464
    PLACENTIA      CA 92871         (804) 527-4000

    VENDOR # 070720                 Location #  0775

Invoice # 0030873-IN     Invoice Date:  1/31/07      P.O.#: 1695167

ITEMS INVOICED/DEBIT REASONS:

| LINE# | CLASS/BRAND/MODEL | QTY | AMOUNT | EXTND AMT | ADJ. AMT |
|-------|-------------------|-----|--------|-----------|----------|
| 1 | 266  MOE/MEBPW2 | 30 | 50.00 | 1,500.00 | |
| 1 | 266  MOE/MEBPW2 | 30 | 45.00 | 1,350.00 | |
| PRICING | CHARGEBACK | 30 | 5.00 | | 150.00 |
| | RECV#    77516551 | | | | |

                          Total Debit Amount:        150.00

CP NOTE:
PLEASE SEND SUPPORT FOR YOUR PRICING OF THE MODEL(S) LISTED ABOVE ATTACHED
TO A COPY OF THIS DEBIT MEMO FOR FURTHER RESEARCH WITHIN 30 DAYS OR WE
WILL CONSIDER THIS MATTER CLOSED AND REMOVED FROM OUR STATEMENT.

PR30873



INVOICE  Page: 1

# MOBILE∃DGE

| | |
|---|---|
| | INVOICE NUMBER: 0033163-IN |
| | INVOICE DATE: 04/27/2007 |

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

| | |
|---|---|
| ORDER NUMBER: | 0017914 |
| ORDER DATE: | 04/24/2007 |
| SALESPERSON: | CG |
| CUSTOMER NO: | CIRCUIT |

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA  23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 344

400 Longfellow Ct.  A
Livermore, CA  94550

| CUSTOMER P.O. 1750302 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEMC1S Milano Notebook Case Black Sm | EACH | 5 | 5 | 0 | 50.000 | 250.00 |
| METP01 Premium Tote Black | EACH | 40 | 40 | 0 | 40.000 | 1,600.00 |
| MEPFCX-L TechStyle Portfolio FC Pink Lg | EACH | 40 | 40 | 0 | 30.000 | 1,200.00 |
| MEBPW1-SL Paris Slim-line Backpack Black | EACH | 5 | 5 | 0 | 40.000 | 200.00 |

*po says 38, but 40 shipped.*

*Ship $ 60⁰⁰*

*paid $ 3,190   ck # 1011097-6 | 11/07*

*60⁰⁰ Due*

| | |
|---|---|
| Net Invoice: | 3.250.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,250.00** |

PICKING SHEET

WAREHOUSE:  000

*33163*

ORDER NUMBER:  0017914                                    ORDER DATE:  04/24/07
CUSTOMER NO:  CIRCUIT                                     SALESPERSON:  CG

SOLD TO:                                  SHIP TO:
Circuit City                              Circuit City  DC 344
Attn. Mdse Payables (070720)              400 Longfellow Ct.  A
9954 Maryland Drive                       Livermore,  CA   94550
Richmond,  VA   23233
CONFIRM TO:      Nikeeia Harris

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1750302 | CUSTOMER ACCOUN | | Net due in 45 days |

| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |
|---|---|---|---|---|---|
| Ship 4/26 - 5/2 | | | | | |
| Delivery requested 5/3 | | | | | |
| | MEMC1S | EACH | 5 | 5 | |
| Milano Notebook Case Black Sm | | | | | |
| | METP01 | EACH | 40 | 40 | |
| Premium Tote Black | | | | | |
| | MEPFCX-L | EACH | 40 | 40 | |
| TechStyle Portfolio FC Pink Lg | | | | | |
| | MEBPW1-SL | EACH | 5 | 5 | |
| Paris Slim-line Backpack Black | | | | | |



*17114*

# PURCHASE ORDER 1750302

### PURCHASE ORDER DATE: 19 APR 2007

*inv. # 33163*

**CUSTOMER**                                    **ENTITY [ST] 0344**
CIRCUIT CITY

EDI VERSION=004010, DOCUMENT=850, ICN=88, FGCN=88, TSCN=880002
STATUS/PURPOSE: ORIGINAL
ORDER TYPE: STAND-ALONE ORDER
SHIPMENT METHOD OF PAYMENT: COLLECT
TRANSPORTATION RESPONSIBILITY LOCATION: ORIGIN (SHIPPING POINT) [-N/A-]
TERMS: TERMS: [BASIC, INVOICE DATE] NET 45
INFORMATION CONTACT: 9720 JOE KAWUGULE
070720 [INTERNAL VENDOR NUMBER] INTERNAL VENDOR NUMBER
 3 MAY 2007 [002] DELIVERY REQUESTED
26 APR 2007 [037] SHIP NOT BEFORE
 2 MAY 2007 [038] SHIP NO LATER

| ITEM | QUANTITY | PRICE | EXTENDED |
|------|----------|-------|----------|
| 1 MEMC1S<br>  SENDER-ASSIGNED ID=1<br>  PRICE BASIS: TE CONTRACT PRICE PER EACH | 5 EA | $50.0000 | $250.0000 |
| 2 METP01<br>  SENDER-ASSIGNED ID=2<br>  PRICE BASIS: TE CONTRACT PRICE PER EACH | 40 EA | $40.0000 | $1,600.0000 |
| 3 MEPFCXL<br>  SENDER-ASSIGNED ID=3<br>  PRICE BASIS: TE CONTRACT PRICE PER EACH | 38 EA *40* | $30.0000 | $1,140.0000 |
| 4 MEBPW1SL<br>  SENDER-ASSIGNED ID=4<br>  PRICE BASIS: TE CONTRACT PRICE PER EACH | 5 EA | $40.0000 | $200.0000 |
| | | **TOTAL:** | **$3,190.00** |

# MOBILE EDGE
*Bring It On.*

AFFIX ASSIGNED
CARRIER PRO NUMBER
HERE

FOR SHIPMENT STATUS
CALL 1-800-ROADWAY

825-566302-0

Inv. # 33143

| | | | | | |
|---|---|---|---|---|---|
| **Date** | 4/26/2007 | **Route** | | **Shipper No.** | 17914 |
| **Customer PO** | 1750302 | **ROADWAY** .com | **Blind Shipper No.** | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Destination** | | | | **Origin** | | | | |
| **CONSIGNEE** | Circuit City DC 344 | | | **SHIPPER** | MOBILE EDGE - VENDOR # 070720 | | | |
| **Street** | 400 Longfellow Ct. A | | | **STREET** | 1150 N. MILLER ST | | | |
| **City** | Livermore | **ST** CA | **Zip** 94550 | **CITY** | ANAHEIM | **ST** CA | **ZIP** | 92806 |
| **Phone** | 925-454-5349 | | | **Phone** | 714-399-1400 | | | |

ON COLLECT ON DELIVERY SHIPMENTS, THE LETTERS "COD" MUST APPEAR BEFORE THE CONSIGNEE'S NAME

**Send Freight Bill To:**

| COD | AMOUNT | Is customer's check acceptable for payment? | **BILL TO** | **COLLECT** |
|---|---|---|---|---|
| COD FEE | | | **STREET** | |
| PREPAID | COLLECT | YES    NO | **CITY**   ST   ZIP | |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions (list hazardous materials first) | Dimensions | CLASS | CL | Weight Lbs. (subject to correction) |
|---|---|---|---|---|---|---|
| 14 CTNS | | NMFC IT# 187645-4 | | 150 | | 398 |
| | | CARRYING CASES | | | | |
| | | 1 PALLET | | | | |
| | | MEMC1S - 5 pcs @ 5 pcs per ctn | | | | |
| | | METP01 - 40 pcs @ 5 pcs per ctn | | | | |
| | | MEPFCX-L - 40 pcs @ 10 pcs per ctn | | | | |
| | | MEBPW1-SL - 5 pcs @ 5 pcs per ctn | | | | |

| Total 14 CTNS | SPECIAL INSTRUCTIONS | **DELIVERY APPOINTMENT REQUIRED** CIRCUIT CITY APPT NUMBER: _____ SHIP TO ARRIVE: _5/03/07_ | Total 398 |
|---|---|---|---|

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ANY OR ALL SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION.

**Shipper**
**Unit Number**

NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO NOT EXCEEDING. PER

Units (skids, ctns, bundles, etc.)   14 CTNS

SUBJECT TO SECTION 7 OF THE CONDITIONS. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES (SIGNATURE OF CONSIGNOR)

| **Date** | **Time** |
|---|---|

**Shipper's Signature**   4/26/07
**Driver's Signature**
**Recipient's Signature**   DATE
**PRINT RECIPIENT'S NAME**

# Facsimile Transmission

**From:** **FedEx National LTL**
Davyn Andersen
Fax Number: 870-365-1054
Voice Phone:

**To:** tim
Company:
Fax Number: 7143991401
Voice Phone:

**cc:**

## Fax Notes:

Date and time of transmission: Monday, October 27, 2008 4:10:14 PM
Number of pages including this cover sheet: 02

*A RightFAX*

JAN 30 1996 22:14 FR

825-566302-0

ORG
825

ROADWAY'S TARIFFS LIMIT ITS LIABILITY.
ALL FREIGHT RECEIVED IN GOOD ORDER AND
SHRINKWRAP/BANDING INTACT UNLESS NOTED
BELOW. THANK YOU!  ROADWAY EXPRESS, INC

PLEASE SIGN HERE       DATE       TIME

X  Susan Ryan  5-1-07

| UNIT NO | CHKR | PU | LOCATION | CHG # | TVG | DOOR | UNIT NO |
|---------|------|----|----------|-------|-----|------|---------|
| 272697 | 4 | | NTFY | | | 50 | |

04-26-07  811-2  /12  84688..4   PAGE 01 OF 0

1750302

MOBLIE EDGE            0247
1150 N MILLER ST
ANAHEIM CA 92806

CIRCUIT CITY            344
400 LONGFELLOW CT STE A
LIVERMORE CA 94550  804.486.4291

0247   100%
5575
0 032
CABI 800

17914

NO 825-566302-0    DELIVERED MAY - 1 2007

6C

| NO. HU | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|--------|-----|----|-----|------|------|------|------|
| 1 | PLT | | CARRING CASES NMFC=18764504 CLC150 | E100 | 398 | | |
| | | | 14 CTN | | | 05-01 | |
| | | | PERCENT DISCOUNT | | | | |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 1 | TTL | /// | | TTL | 398 | 09.00 | COL |
| | | | PO=1750302 U=14 W=398 | PODP | | | |

DELIVERY RECEIPT

# MOBILE∃DGE

⑧

|  |  |
|---|---|
| **INVOICE NUMBER:** | 0033174-IN |
| **INVOICE DATE:** | 04/30/2007 |
| **ORDER NUMBER:** | 0017918 |
| **ORDER DATE:** | 04/24/2007 |
| **SALESPERSON:** | CG |
| **CUSTOMER NO:** | CIRCUIT |

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City  DC 775

19925 Independence Blvd.
Groveland,  FL   34736

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1750306 | CUSTOMER ACCOUN | | Net due in 45 days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEMC1S<br>Milano Notebook Case Black Sm | EACH | 15 | 15 | 0 | 50.000 | 750.00 |
| METP01<br>Premium Tote Black | EACH | 115 | 115 | 0 | 40.000 | 4,600.00 |
| MEPFCX-L<br>TechStyle Portfolio FC Pink Lg | EACH | 100 | (100) | 0 | 30.000 | 3,000.00 |

*po says 92, but 100*
*shipped*

*short #240*

*pd. $8,110⁰⁰   ck# 1011865 — 6/25/07*
*$240⁰⁰ Due*

|  |  |
|---|---|
| **Net Invoice:** | 8,350.00 |
| **Less Discount:** | 0.00 |
| **Freight:** | 0.00 |
| **Sales Tax:** | 0.00 |
| **Invoice Total:** | **8,350.00** |

**PICKING SHEET**

WAREHOUSE: 000

*33174*

ORDER NUMBER: 0017918

ORDER DATE: 04/24/07

CUSTOMER NO: CIRCUIT

SALESPERSON: CG

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA 23233

SHIP TO:
Circuit City DC 775
19925 Independence Blvd.
Groveland, FL 34736

CONFIRM TO:     Nikeeia Harris

| CUSTOMER P.O. 1750306 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days | | |
|---|---|---|---|---|---|
| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |

Ship 4/26 - 5/2
Delivery requested 5/3

| | MEMC1S | EACH | 15 | 15 | |
|---|---|---|---|---|---|
| Milano Notebook Case Black Sm | | | | | |
| | METP01 | EACH | 115 | 115 | |
| Premium Tote Black | | | | | |
| | MEPFCX-L | EACH | 100 | 100 | |
| TechStyle Portfolio FC Pink Lg | | | | | |



*17918*

## PURCHASE ORDER 1750306

### PURCHASE ORDER DATE: 19 APR 2007

inv # 33174

CUSTOMER                                      ENTITY [ST] 0775
CIRCUIT CITY

EDI VERSION=004010, DOCUMENT=850, ICN=88, FGCN=88, TSCN=880006
STATUS/PURPOSE: ORIGINAL
ORDER TYPE: STAND-ALONE ORDER
SHIPMENT METHOD OF PAYMENT: COLLECT
TRANSPORTATION RESPONSIBILITY LOCATION: ORIGIN (SHIPPING POINT) [-N/A-]
TERMS: TERMS: [BASIC, INVOICE DATE] NET 45
INFORMATION CONTACT: 9720 JOE KAWUGULE
070720 [INTERNAL VENDOR NUMBER] INTERNAL VENDOR NUMBER
 3 MAY 2007 [002] DELIVERY REQUESTED
26 APR 2007 [037] SHIP NOT BEFORE
 2 MAY 2007 [038] SHIP NO LATER

| ITEM | QUANTITY | PRICE | EXTENDED |
|------|----------|-------|----------|
| 1 MEMC1S<br>SENDER-ASSIGNED ID=1<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 15 EA | $50.0000 | $750.0000 |
| 2 METP01<br>SENDER-ASSIGNED ID=2<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | 115 EA | $40.0000 | $4,600.0000 |
| 3 MEPFCXL<br>SENDER-ASSIGNED ID=3<br>PRICE BASIS: TE CONTRACT PRICE PER EACH | ~~92~~ 108 EA | $30.0000 | $2,760.0000 |
| | | TOTAL: | $8,110.00 |

# MOBILE EDGE

*Bring It On.*

WATKINS    OCC-180226
SHIPPERS COPY

AFFIX ASSIGN...

Inv. I
33174

R

DRIVER SIGNATURE ACKNOWLEDGES RECEIPT OF FREIGHT ONLY TERMS & CONDITIONS OF WHBT CONTRACTS AND/OR TARIFFS APPLY

| Date | 4/26/2007 | Route | | Shipper No. | 17918 |
|---|---|---|---|---|---|
| Customer PO | 1750306 | | **FEDEX NAT'L** | Blind Shipper No. | |

| Destination | | | | | | | Origin | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CONSIGNEE | Circuit City DC 775 | | | | | SHIPPER | MOBILE EDGE - VENDOR # 070720 | | | | |
| Street | 19925 Independence Blvd | | | | | STREET | 1150 N. MILLER ST | | | | |
| City | Groveland | ST | FL | Zip | 34736 | CITY | ANAHEIM | ST | CA | ZIP | 92806 |
| Phone | 352-429-6200 | | | | | Phone | 714-399-1400 | | | | |

ON COLLECT ON DELIVERY SHIPMENTS, THE LETTERS "COD" MUST APPEAR BEFORE THE CONSIGNEE'S NAME

**Send Freight Bill To:**

| COD | AMOUNT | | Is customer's check acceptable for payment? | BILL TO | **COLLECT** |
|---|---|---|---|---|---|
| COD FEE | | | | STREET | |
| PREPAID | COLLECT | YES | NO | CITY | ST | ZIP |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions (list hazardous materials first) | Dimensions | CLASS | CL | Weight Lbs. (subject to correction) |
|---|---|---|---|---|---|---|
| 36 CTNS | | NMFC IT# 187645-4 | | 150 | | 972 |
| | | CARRYING CASES | | | | |
| | | 2 PALLETS | | | | |
| | | | | | | |
| | | MEMC1S - 15 pcs @ 5 pcs per ctn | | | | |
| | | METP01 - 115 pcs @ 5 pcs per ctn | | | | |
| | | MEPFCX-L - 100 pcs @ 10 pcs per ctn | | | | |

| Total | SPECIAL INSTRUCTIONS | DELIVERY APPOINTMENT REQUIRED | Total |
|---|---|---|---|
| 36 CTNS | | CIRCUIT CITY APPT NUMBER: _____ | 972 |
| | | SHIP TO ARRIVE BY: 5/03/07 | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ANY OR ALL SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER.

| THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | Shipper Unit Number | NOTE: WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO NOT EXCEEDING. _____ PER _____ |
|---|---|---|
| | | Units (skids, ctns, bundles, etc.)   36 CTNS |
| SUBJECT TO SECTION 7 OF THE CONDITIONS. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES (SIGNATURE OF CONSIGNOR) | Date | Time |

| Shipper's Signature | | |
|---|---|---|
| Driver's Signature | | |
| Recipient's Signature | | DATE |
| PRINT RECIPIENT'S NAME | | |



## MOTOR LINES, INC. (WWAT)
P.O. Box 95002 Lakeland, Florida 33804-5002
(800) 274-9099

OCC-180226-A
TRACKING NUMBER

____ INSIDE DELIVERY, FLOOR #____ ELEVATOR____
____ LIFTGATE                    ESCALATOR____
____ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
____ CONSTRUCTION SITE
____ SORT & SEGREGATE    ____ EXTRA LABOR

OCC-180226-A

Signature:_____
Signature acknowledges responsibility for payment of additional services not authorized by the shipper.

| DATE | DEST | GP | TM | B | C/L PAYABLE | WML REV. | NON-REC. | TRAILER | EXC CODE | COD |
|------|------|----|----|----|-----------|----------|----------|---------|----------|-----|
| 042607 | ORL | C | 1 | B | | | | 72302 | XVO | |

CONSIGNEE  DEL STOP #

"DROP TRAILER COUNT
SUBJECT TO VERIFICATION
UPON UNLOAD"
REQD DELIVERY WINDOW
ON 05/03/07

CIRCUIT CITY #775
19925 INDEPENDENCE BLVD
GROVELAND    FL 34736

SHIPPER
MOBILE EDGE - VENDOR #070720
1150 N MILLER ST
ANAHEIM    CA 92806

Phone
Appt. Date
Appt. Time
Contact
Comments

| HNDL-UNIT | SHIPPER NUMBER | C/L PRO NUMBER | | C/L DATE | ORIG CL | DEST CL |
|-----------|----------------|----------------|--|----------|---------|---------|
| 1 | 17918 | | 05/03/07 | | | |

| PIECES | | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS | RATE | CHARGES |
|--------|--|----------------------|--------------|--------------|------|---------|
| | | | TRFCCICI | | | |
| | | CIRCUIT CITY STORES(H SWANSON) | BILL TO | | | |
| | | 9950 MAYLAND DR/DR 1 MDSE | | | | |
| | | RICHMOND    VA 23233 | | | | |
| 10 | | CTNS CARRYING CASES | N187645-04 | 350 | | |
| | | NMFC IT#187645-4 CL 150 | | | | |
| | | 2 PLTS | | | | |
| | | DO NOT BREAK DOWN PALLETS | DONT | | | |
| | | 050307 | RDDN | | | |
| | | REQUESTED DELIVERY WINDOW | RDW | | | |
| | | 1750306 | PO NBR | | | |
| | | SHP# 714-399-1400 | | | | |
| | | CONG# 352-429-6200 | | | | |
| | | FUEL SURCHARGE | FSC | | | |
| 10 | | TOTAL | COLL | 350 | | |
| | | MEMC1S-15 PCS @ 5 PCS PER CTN | | | | |
| | | METP01-115 PCS @ 5 PCS PER CTN | | | | |
| | | MEPFCX-L-100 PCS @ 10 PCS | | | | |
| | | PER CTN | | | | |
| | | DELIVERY APPT REQUIRED | | | | |
| | | AURA 07.117    07.15 | | | | |
| | | CONT    CICI    1000.0000 DP | | | | |
| | | CZAR    196    10995J | | | | |
| | | SHIPMENT SPLIT    -| SBR | SPLT | | | |

'07 MAY 37:28
Orlando, FL USA
Circuit City DC

10 CTRNS REC'VD

| RECEIVED ABOVE PROPERTY IN GOOD CONDITION | RECEIVER SIGNATURE | STRETCHWRAP INTACT ☐ YES ☐ NO | TIME: | |
|-------------------------------------------|--------------------|-------------------------------|-------|--|
| C C#775 | T. RAPER 05-04-07 | PCS DELIVERED | DEL. DATE 5-3-07 | DRIVER SIGNATURE |
| FRM NAME (PRINT) | RECEIVER NAME (PRINT) | OSD EXC N&M | 72302 | Hollywood |

DELIVERY RECEIPT/1

# WATKINS MOTOR LINES, INC. (WWAT)
P.O. Box 95002 Lakeland, Florida 33804-5002
(800) 274-9099

OCC-180226-B
TRACKING NUMBER

___ INSIDE DELIVERY, FLOOR #___, ELEVATOR___
___ LIFTGATE              ESCALATOR___
___ RESIDENTIAL (INCLUDES CHURCH/SCHOOL)
___ CONSTRUCTION SITE
___ SORT & SEGREGATE      ___ EXTRA LABOR

Signature:
ignature acknowledges responsibility for payment of additional services not authorized by the shipper.

OCC-180226-B

| DATE | DEST | CP | TH | B | C/L PAYABLE | WWE REV | NON-REC | TRAILER | EXC CODE | COD |
|------|------|----|----|----|----------|---------|---------|---------|----------|-----|
| 042607 | ORL | C | 1 | B | | | | 72302 | XVO | |

CONSIGNEE

CIRCUIT CITY #775
19925 INDEPENDENCE BLVD
GROVELAND        FL 34736

SHIPPER

MOBILE EDGE - VENDOR #C70720
1150 N MILLER ST
ANAHEIM          CA 92806

DEL STOP #

1

Phone
Appt. Date
Appt. Time
Contact
Comments

**"DROP TRAILER COUNT SUBJECT TO VERIFICATION UPON UNLOAD"**

REQD DELIVERY WINDOW
ON 05/03/07

| HNDL-UNIT | SHIPPER NUMBER | C/L PRO NUMBER | C/L DATE | ORIG C/L | DEST C/L |
|-----------|----------------|----------------|----------|----------|----------|
| 1 | 17918 | | 05/03/07 | | |

| PIECES | DESCRIPTION AND MARKS | KEYWORD CODE | WEIGHT / LBS | RATE | CHARGES |
|--------|----------------------|--------------|--------------|------|---------|
| | | TRFCCICI | | | |
| | CIRCUIT CITY STORES(H SWANSON) | BILL TO | | | |
| | 9950 MAYLAND DR/DR 1 MDSE | | | | |
| | RICHMOND        VA 23233 | | | | |
| 26 | CTNS CARRYING CASES | N187645-04 | 622 | | |
| | NMFC IT#187645-4 CL 150 | | | | |
| | 2 PLTS | | | | |
| | DO NOT BREAK DOWN PALLETS | DONT | | | |
| | 050307 | RDON | | | |
| | REQUESTED DELIVERY WINDOW | RDW | | | |
| | 1750306 | PO NBR | | | |
| | SHP# 714-399-1400 | | | | |
| | CONG# 352-429-6200 | | | | |
| | FUEL SURCHARGE | FSC | | | |
| 26 | TOTAL | COLL | 622 | | |
| | MEMC1S-15 PCS @ 5 PCS PER CTN | | | | |
| | METP01-115 PCS @ 5 PCS PER CTN | | | | |
| | MEPFCX-L-100 PCS @ 10 PCS | | | | |
| | PER CTN | | | | |
| | DELIVERY APPT REQUIRED | | | | |
| | AURA 07.117    07.15 | | | | |
| | CONT    CICI  1000.0000 DP | | | | |
| | CZOR    186  10995J | | | | |
| | SHIPMENT SPLIT              - SBR SPLT | | | | |

26 CTNS RECVD

| | STRETCHWRAP INTACT ☐ YES ☐ NO | TIME |
|--|------|------|
| RECEIVED ABOVE PROPERTY IN GOOD CONDITION | PCS DELIVERED | DEL DATE 5-3-07 | DRIVER SIGNATURE |
| C-C #775 | | | Hollywood |
| FIRM NAME (PRINT) | RECEIVED SIGNATURE TRAPER 05-04-07 | CSD EXC. NBR | UNIT 72302 |
| | RECEIVER NAME (PRINT) | | |

DELIVERY RECEIPT/1

# MOBILE EDGE

**INVOICE**

emailed cc
11/8/0c

INVOICE NUMBER: 0036248-IN
INVOICE DATE: 08/22/2007

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

ORDER NUMBER: 0020217
ORDER DATE: 08/15/2007
SALESPERSON: SUMM
CUSTOMER NO: CIRCUIT

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA 23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City DC 567

1901 Cooper Drive
Ardmore, OK 73401

| CUSTOMER P.O. 1817139 | SHIP VIA CUSTOMER ACCOUN | F.O.B. | TERMS Net due in 45 days |
|---|---|---|---|

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEPFCX-L TechStyle Portfolio FC Pink Lg | EACH | 90 | 90 | 0 | 30.000 | 2,700.00 |
| MEBPW1-SL Paris Slim-line Backpack Black | EACH | 15 | 15 | 0 | 40.000 | 600.00 |

Pd. $2,300 ck# 1023348 - 1/24/0c

short paid $1,000 Due

copy

| | |
|---|---|
| Net Invoice: | 3,300.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **3,300.00** |