# PICKING SHEET

Page: 1

WAREHOUSE: 000

*inv. #*
*36248*

ORDER NUMBER: 0020217

ORDER DATE: 08/15/07

CUSTOMER NO: CIRCUIT

SALESPERSON: SUM

SOLD TO:
Circuit City
Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond, VA 23233
CONFIRM TO:    Nikeeia Harris

SHIP TO:
Circuit City DC 567
1901 Cooper Drive
Ardmore, OK 73401

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1817139 | CUSTOMER ACCOUN | | Net due in 45 days |

| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |
|---|---|---|---|---|---|
| Ship 8/16 - 8/22 *Jd 27* | | | | | |
| | MEPFCX-L | EACH | 90 | 90 | |
| TechStyle Portfolio FC Pink Lg | | | | | |
| | MEBPW1-SL | EACH | 15 | 15 | |
| Paris Slim-line Backpack Black | | | | | |



**Page 1 of 1**

*20217*



### PURCHASE ORDER
### CIRCUIT CITY

**SPS commerce**

Order #:          1817139
Release #:
PO Type:          Stand-alone Order   Original
Contract Number:
Purchasing Contact: 9705 Kelly Mulligan
Currency:

| PO Date: 08/09/2007 | Requested Delivery Date: 08/23/2007 |
|---|---|
| Requested Ship Date: | Cancel Date: 08/22/2007 |
| Delivery Window: | Shipping Window: 08/16/2007 - 08/22/2007 |
| Vendor #: 070720 | Department #: |

**Ship To:**                    **Bill To/Ordered By:**          **Vendor:**                    **Factory:**

Location ID: 0567

| Freight Terms: Collect  Origin (Shipping Point) | | | | | | Preferred Carrier: |
|---|---|---|---|---|---|---|
| **Terms Type** Basic | **Terms Basis:** Invoice Date | **Terms Disc %:** | **Disc. Due Date:** | **Disc. Days:** | **Net Due Date:** | **Net Days:** 45 |

Description:

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION / LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | MEPFCXL | | | | 30.00 Contract Price per Each | 90.0 | Each | 2,700.00 |
| 2 | MEBPW1SL | | | | 40.00 Contract Price per Each | 15.0 | Each | 600.00 |
| 2 | # of Line Items | | | | **Merchandise Total** | 105 | | $3,300.00 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**Notes/Comments/Special Instructions :**

Internal Vendor Number:  070720

| Total Qty: | Weight: | Volume: | Purchase Order Total | $3,300.00 |
|---|---|---|---|---|

# MOBILE EDGE
## Bring It On.

FedEx National LTL®  **OCC-237986**
**SHIPPERS COPY**

inv # 3628

| Date | 8/21/2007 | Route | | Shipper No. | 20217 |
| Customer PO | 1817139 | | **FEDEX NAT'L** | Blind | |
| | | | | Shipper No. | |

| | Destination | | | Origin | |
|---|---|---|---|---|---|
| CONSIGNEE | Circuit City DC 567 | | SHIPPER | MOBILE EDGE - VENDOR # 070720 | |
| Street | 1901 Cooper Drive | | STREET | 1150 N. MILLER ST | |
| City | Ardmore | ST OK Zip 73401 | CITY | ANAHEIM | ST CA ZIP 92806 |
| Phone | 580-226-3280 | | Phone | 714-399-1400 | |

ON COLLECT ON DELIVERY SHIPMENTS, THE LETTERS "COD" MUST APPEAR BEFORE THE CONSIGNEE'S NAME

**Send Freight Bill To:**

| COD | AMOUNT | Is customer's check acceptable for payment? | BILL TO | **COLLECT** |
| | COD FEE | | STREET | |
| PREPAID | COLLECT | YES | NO | CITY | ST | ZIP |

| No. Shipping Units | (X) Hazmat | Kind of packaging, descriptions of articles, special marks and exceptions (list hazardous materials first) | Dimensions | CLASS | CL | Weight Lbs. (subject to correction) |
|---|---|---|---|---|---|---|
| 12 CTNS | | NMFC IT# 187645-4 | | 150 | | 396 |
| | | CARRYING CASES | | | | |
| | | 1 PALLET | | | | |
| | | | | | | |
| | | MEPFCX-L - 90 pcs @ 10 pcs per ctn | | | | |
| | | MEBPW1-SL - 15 pcs @ 5 pcs per ctn | | | | |

| Total | SPECIAL | DELIVERY APPOINTMENT REQUIRED | | Total |
| 12 CTNS | INSTRUCTIONS | CIRCUIT CITY APPT NUMBER: _____ | SHIP | 396 |
| | | TO ARRIVE:    8/27/07 | | |

RECEIVED, SUBJECT TO THE CLASSIFICATIONS AND TARIFFS IN AFFECT ON THE DATE OF THE ISSUE OF THIS BILL OF LADING, THE PROPERTY DESCRIBED ABOVE IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF PACKAGE UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED ABOVE WHICH SAID CARRIER (BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON, CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED AS TO EACH CARRIER OF ALL OR ANY OF, SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ANY OR ALL SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION ON THE DATE OF THE SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE BILL OF LADING TERMS AND CONDITIONS IN THE GOVERNING CLASSIFICATION AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER

| THIS IS TO CERTIFY THAT THE ABOVE NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. | Shipper | NOTE. WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO NOT EXCEEDING.                    PER |
| | Unit Number | Units (skids, ctns, bundles, etc.)    12 CTNS |

| SUBJECT TO SECTION 7 OF THE CONDITIONS. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNOR WITHOUT RECOURSE THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THE SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES (SIGNATURE OF CONSIGNOR) | Date | Time |
| Shipper's Signature | | |
| Driver's Signature | | |
| Recipient's Signature | DATE  8/21/07 | |
| PRINT RECIPIENT'S NAME | | |

*POD    inv #*
*36248*
*(*

Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | | | | |
|---|---|---|---|---|
| **Tracking number** | occ-237986 | | **Purchase order number** | 1817139 |
| **Pick up date** | Aug 21, 2007 | | **Bill of lading number** | 20217 |
| **Shpr/rcpt info** | View | | **Origin location** | ORANGE, CA |
| | | | **Destination location** | OKLAHOMA CITY, OK |
| | | | **Service type** | LTL Longhaul |
| | | | **Weight** | 396.0 lbs. |

| | |
|---|---|
| **Status** | Delivered |
| **Signature image available** | No |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Aug 27, 2007** | 10:04 AM | **Delivered** | OKLAHOMA CITY, OK | Trailer at consignee location for unloading |
| | 8:16 AM | Out for delivery | OKLAHOMA CITY, OK | Manifest Number OKC-D062313 |
| | 4:05 AM | At local facility | OKLAHOMA CITY, OK | |
| **Aug 25, 2007** | 6:10 AM | At local facility | OKLAHOMA CITY, OK | |
| | 12:47 AM | In transit | DALLAS, TX | |
| **Aug 23, 2007** | 6:33 PM | In transit | DALLAS, TX | |
| **Aug 22, 2007** | 11:48 AM | In transit | MIRA LOMA, CA | |
| **Aug 21, 2007** | 11:10 PM | In transit | MIRA LOMA, CA | |
| | 10:05 PM | Left FedEx origin facility | ORANGE, CA | |
| | 1:46 PM | Picked up | ANAHEIM, CA | |

| E-mail results | Track more shipments/o |
|---|---|

Subscribe to tracking updates (optional)

**Your name:**                    **Your e-mail address:**

| **E-mail address** | **Language** | | **Exception updates** | |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

**Select format:** ⦿ HTML ◯ Text ◯ Wireless
**Add personal message:**

Not available for Wireless or
non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and
Conditions

*emailed CC 11/4/08*

# MOBILE EDGE

INVOICE NUMBER:  0036308-IN
INVOICE DATE:  08/24/2007

ORDER NUMBER:  0020215
ORDER DATE:  08/15/2007
SALESPERSON:  SUMM
CUSTOMER NO:  CIRCUIT

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City DC 344

400 Longfellow Ct.  A
Livermore,  CA   94550

| CUSTOMER P.O. | SHIP VIA | | F.O.B. | | TERMS | |
|---|---|---|---|---|---|---|
| 1817137 | CUSTOMER ACCOUN | | | | Net due in 45 days | |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1EPFCX-L | EACH | 50 | 0 | 50 | 30.000 | 0.00 |
| TechStyle Portfolio FC Pink Lg | | | | | | |
| 1EBPW1-SL | EACH | 20 | 20 | 0 | 40.000 | 800.00 |
| Paris Slim-line Backpack Black | | | | | | |

*unpaid*

| | |
|---|---|
| Net Invoice: | 800.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **800.00** |

WAREHOUSE:  000                                                        36308

ORDER NUMBER:  0020215                                    ORDER DATE:  08/15/07
CUSTOMER NO:  CIRCUIT                                     SALESPERSON:  SUM

SOLD TO:                                    SHIP TO:
Circuit City                                Circuit City  DC 344
Attn. Mdse Payables (070720)                400 Longfellow Ct. A
9954 Maryland Drive                         Livermore, CA  94550
Richmond, VA  23233
CONFIRM TO:    Nikeeia Harris

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 1817137 | CUSTOMER ACCOUN | | Net due in 45 days |

| LOCATION | ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD |
|---|---|---|---|---|---|
| Ship 8/16 - 8/22 | | | | | |
| | MEPFCX-L | EACH | 50 | 0 | 50 |
| TechStyle Portfolio FC Pink Lg | | | | | |
| | MEBPW1-SL | EACH | 20 | 20 | |
| Paris Slim-line Backpack Black | | | | | |

$31.60

Waybill: 83603988790 -- Date: 2007-08-23 -- Parcels: 1/4 --
Sender's Ref: P.O.# 1817137 -- Description: MEBPW1-SL x 5 --
Postcode: 94550 -- Service: GDS -- Billing To: Sender -- Piece
Weight: 20.1 lb -- Discounted Total Piece Charge: $7.90 --
Discounted Itemized Piece Charges: DHL Ground $7.56, Fuel
Surcharge $0.34, TOTAL $7.90

Waybill: 83603988996 -- Date: 2007-08-23 -- Parcels: 3/4 --
Sender's Ref: P.O.# 1817137 -- Description: MEBPW1-SL x 5 --
Postcode: 94550 -- Service: GDS -- Billing To: Sender -- Piece
Weight: 20.1 lb -- Discounted Total Piece Charge: $7.90 --
Discounted Itemized Piece Charges: DHL Ground $7.56, Fuel
Surcharge $0.34, TOTAL $7.90

Waybill: 83603988893 -- Date: 2007-08-23 -- Parcels: 2/4 --
Sender's Ref: P.O.# 1817137 -- Description: MEBPW1-SL x 5 --
Postcode: 94550 -- Service: GDS -- Billing To: Sender -- Piece
Weight: 20.1 lb -- Discounted Total Piece Charge: $7.90 --
Discounted Itemized Piece Charges: DHL Ground $7.56, Fuel
Surcharge $0.34, TOTAL $7.90

Waybill: 83603989092 -- Date: 2007-08-23 -- Parcels: 4/4 --
Sender's Ref: P.O.# 1817137 -- Description: MEBPW1-SL x 5 --
Postcode: 94550 -- Service: GDS -- Billing To: Sender -- Piece
Weight: 20.1 lb -- Discounted Total Piece Charge: $7.90 --
Discounted Itemized Piece Charges: DHL Ground $7.56, Fuel
Surcharge $0.34, TOTAL $7.90



3630 ℓ

20215



## SPS commerce

# PURCHASE ORDER
# CIRCUIT CITY

**Order #:** 1817137
**Release #:**
**PO Type:** Stand-alone Order   Original
**Contract Number:**
**Purchasing Contact:** 9705 Kelly Mulligan
**Currency:**

| | |
|---|---|
| **PO Date:** 08/09/2007 | **Requested Delivery Date:** 08/23/2007 |
| **Requested Ship Date:** | **Cancel Date:** 08/22/2007 |
| **Delivery Window:** | **Shipping Window:** 08/16/2007 - 08/22/2007 |
| **Vendor #:** 070720 | **Department #:** |

Ship To:                Bill To/Ordered By:         Vendor:            Factory:

Location ID:  0344

| Freight Terms: | | | | | | Preferred Carrier: | |
|---|---|---|---|---|---|---|---|
| Collect   Origin (Shipping Point) | | | | | | | |
| **Terms Type** | **Terms Basis:** | **Terms Disc %:** | **Disc. Due Date:** | **Disc. Days:** | **Net Due Date:** | **Net Days:** | **Description:** |
| Basic | Invoice Date | | | | | 45 | |

| LINE | SKU | VENDOR PN | UPC/GTIN | DESCRIPTION LINE ITEM COMMENTS | UNIT COST/ RETAIL PRICE | QTY | UOM | ITEM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1 | MEPFCXL | | | back ordered | 30.00 Contract Price per Each | 50.0 | Each | 1,500.00 |
| 2 | MEBPW1SL | | | | 40.00 Contract Price per Each | 20.0 | Each | 800.00 |
| 2 | # of Line Items | | | | Merchandise Total | 70 | | $2,300.00 |

**ALLOWANCE AND CHARGES INFORMATION:**

| TYPE | SERVICE TYPE | PERCENT | RATE | QTY | UOM | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|

**Notes/Comments/Special Instructions :**

Internal Vendor Number:  070720

| Total Qty: | Weight: | Volume: | Purchase Order Total | $2,300.00 |
|---|---|---|---|---|



# Delivery Signature Detail

▶ Print this page

Signature details for 83603988790

*RECEIVED IN GOOD ORDER EXCEPT AS NOTED*

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 8/28/07  9:54 am |
| Delivered to | Receptionist |
| Signed for by | **G MEDARIS** |

## Receiver Information

CIRCUIT CITY DC 344
Livermore, CA  94550
United States

Tracking detail provided by DHL: 2/5/2008 2:05:14 PM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

http://sigpod.dhl-usa.com/printbysig.asp

2/5/2008

Case 08-35653-KRH    Doc 7237-1    Filed 04/16/10    Entered 04/20/10 13:38:44    Desc
Exhibit(s)    Page 9 of 29
DHL: Print Delivery Signature detail                                                    Page 1 of 1



# Delivery Signature Detail

▶ Print this page

Signature details for  83603988893

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 8/28/07  9:54 am |
| Delivered to | Receptionist |
| Signed for by | **G MEDARIS** |

## Receiver Information

CIRCUIT CITY DC 344
Livermore, CA  94550
United States

Tracking detail provided by DHL: 2/5/2008 2:06:33 PM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other
use of DHL tracking systems and information is strictly prohibited.



# Delivery Signature Detail

▶ Print this page

### Signature details for  83603988996

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 8/28/07  9:54 am |
| Delivered to | Receptionist |
| Signed for by | **G MEDARIS** |

## Receiver Information

CIRCUIT CITY DC 344
Livermore, CA  94550
United States

Tracking detail provided by DHL: 2/5/2008 2:07:19 PM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other
use of DHL tracking systems and information is strictly prohibited.



# Delivery Signature Detail

▶ Print this page

## Signature details for 83603989092

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓  **Shipment Delivered** |
| Delivered on | 8/28/07  9:54 am |
| Delivered to | Receptionist |
| Signed for by | **G MEDARIS** |

## Receiver Information

CIRCUIT CITY DC 344
Livermore, CA  94550
United States

Tracking detail provided by DHL: 2/5/2008 2:07:53 PM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

## Darellyn Cartwright

**From:**    Rachel_Schrier@circuitcity.com
**Sent:**    Thursday, February 07, 2008 1:23 PM
**To:**      djc@mobileedge.com
**Subject:** Invoice 36308

*Sent Response 2/10/08*

Hi Darellyn,

I received the POD for invoice 36308. Those 20 pieces were already matched to invoice 36248. Is there a duplicate invoice issue?

Thanks,

Rachel Schrier
Merchandise Payables Account Representative

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
804.486.4646
866.419.8821 (fax)
Rachel_Schrier@circuitcity.com
<Input><Intellection><Harmony><Analytical><Relator>

|  |  |
|---|---|
| "Darellyn Cartwright" <djc@mobileedge.com> | To <Rachel_Schrier@circuitcity.com> |
| 11/13/2007 05:20 PM | cc |
| Please respond to <djc@mobileedge.com> | Subject RE: Invoice 36248 |

Sent today.
Thanks.

---

**From:** Rachel_Schrier@circuitcity.com [mailto:Rachel_Schrier@circuitcity.com]
**Sent:** Tuesday, November 13, 2007 8:51 AM
**To:** djc@mobileedge.com
**Subject:** Fw: Invoice 36248

Please fax again to my attention.

Thank you,

Rachel Schrier
Merchandise Payables Account Representative

Circuit City Stores, Inc.
9954 Mayland Drive
Richmond, VA 23233
804.486.4646
866.419.8821 (fax)
Rachel_Schrier@circuitcity.com
<Input><Intellection><Harmony><Analytical><Relator>

----- Forwarded by Rachel Schrier/Accounting/Circuit City on 11/13/2007 11:50 AM -----

**James Brooks/Accounting/Circuit City**

11/12/2007 09:17 AM

To  <djc@mobileedge.com>

cc  Rachel Schrier/Accounting/Circuit City@Circuit City

Subject  Re: Invoice 36248Link

Hello Darellyn,

I am no longer with the MP Department.  Your contact now for MP is Rachel Schrier.  She is copied above.  Have a nice week.

James Brooks
Associate Analyst
Circuit City Accounting
Phone # 804.486.3363
Fax # 866.419.8821

9954 Mayland Drive
Richmond, VA 23233
DR3, 6th Floor

**"Darellyn Cartwright" <djc@mobileedge.com>**

11/09/2007 04:58 PM

To  <james_brooks@circuitcity.com>

cc

Subject  Invoice 36248

Please respond to
<djc@mobileedge.com>

2/7/2008

Hello James

Please check your fax machine for proof of delivery on Invoice #36248 dated 8/22/07 in the amount of $3300.00

Thank you,
Darellyn

2/7/2008

# MOBILE EDGE
### Bring It On.

1150 N. Miller Street
Anaheim, CA 92806
*t:* 714.399.1400
*f:* 714.399.1401

# FAX

**DATE:** 2-5-08

**TO:** Rachel Schrier        **FROM:** Davellyn

**FAX:** Circuit City        **PAGES:** _____

**PHONE:** _____        **PHONE:** _____

**RE:** POD - Inv # 36308

**COMMENTS:**

Please find attached POD for
inv # 36308.

Thank You,
Davellyn



DEBIT MEMO          February  8 2008

TO: MOBILE EDGE                  From:   CIRCUIT CITY STORES, INC.
    PO BOX 1180                          9950 Mayland Drive
                                         Richmond, VA  23233-1464
    PLACENTIA       CA 92871             (804) 527-4000

    VENDOR # 070720                      Location #  0344


Invoice # 36308          Invoice Date:  8/24/07          P.O.#: 1817137


ITEMS INVOICED/DEBIT REASONS:

| LINE# | CLASS/BRAND/MODEL | QTY | AMOUNT | EXTND AMT | ADJ. AMT |
|-------|-------------------|-----|--------|-----------|----------|
| 1     | 263  MOE/MEBPW1SL | 20  | 40.00  | 800.00    |          |
| SHORT SHIPMENT CHARGEBACK |  | 20 | 40.00 |        | 800.00   |

                              Total Debit Amount:      800.00

CS NOTE:
PLEASE PROVIDE PROOF OF DELIVERY,PACKING LIST,AND SIGNED BILL OF
LADING WITHIN 30 DAYS FOR THE RELATED INVOICE ATTACHED TO A COPY
OF THIS DEBIT MEMO FOR FURTHER RESEARCH OR WE WILL CONSIDER THIS
MATTER CLOSED AND REMOVED FROM OUR STATEMENT.

_Proof of delivery sent 2/5/08 attn: Rachel Schreir_

_Thank You._



FINAL Circuit City Vendor Standards Performance Re:
Assessment Type: FINAL
MOBILE EDGE: 70720
'Feb2007'

| | | | | | On Time | | | 0% | 84% | 0% | 35% | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class | Class Description | Buyer | Order Cycle | On Time Type | On Time | Early | Late | Potential OT Assessment | Potential SA Assessment | Potential OC Assessment | Total Potential Assessment | Actual OT Assessment | Actual SA Assessment | Actual OC Assessment | Total Actual Assessment | Total Purchases |
| 268 | LAPTOP CASES | Robert McGinnis | WEEKLY | SHIP | 64% | 0% | 35% | $475 | $0 | $0 | $475 | $475 | $0 | $0 | $0 | $26,400 |
| | | | | | | | | $475 | $0 | $0 | $475 | $475 | | | $0 | $475 |

Actual OT Assessment        $475
Actual OC Assessment        $0
Actual SA Assessment        $0
Actual Total Assessment     $475
Total Purchases             $26,400
Total Billable Assessment   $475

OT Status    LIVE
SA Status    LIVE
OC Status    LIVE



$475

Steve –
please
review
approve
if okay

7/23

**FINAL Circuit City Vendor Standards Performance Re**
**Assessment Type: FINAL**
**MOBILE EDGE: 70720**
**'Mar2007'**

| Actual OT Assessment | $0 |
| Actual OC Assessment | $0 |
| Actual SA Assessment | $117 |
| Actual Total Assessment | $10,150 |
| Total Purchases | $10,150 |
| Total Billable Assessment | $117 |

OT Status  LIVE
SA Status  LIVE
OC Status  LIVE

| Class | Class Description | Buyer | Order Cycle | On Time Type | On Time | Early | Late | Potential OT Assessment | Potential SA Assessment | Potential OC Assessment | Total Potential Assessment | Actual OT Assessment | Actual SA Assessment | Actual OC Assessment | Total Actual Assessment | Total Purchases |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 100% | 0% | 0% | | | | | | | | | |
| 266 | LAPTOP CASES | Robert McGinns | WEEKLY | SHIP | 100% | 0% | 0% | | $0 | | $117 | $117 | $0 | $0 | $0 | $10,150 |
| | | | | | | | | | | | | | $117 | | $117 | |



$ 117

FINAL Circuit City Vendor Standards Performance Re:
Assessment Type: FINAL
MOBILE EDGE: 70720
'Apr2007'

| Actual OT Assessment | $0 |
| Actual OC Assessment | $0 |
| Actual SA Assessment | $292 |
| Actual Total Assessment | $292 |
| Total Purchases | $18,450 |
| Total Billable Assessment | $292 |

| OT Status | LIVE |
| SA Status | LIVE |
| OC Status | LIVE |

| Class | Class Description | Buyer | Order Cycle | On Time Type | On Time | Early | Late | Potential OT Assessment | Potential SA Assessment | Potential OC Assessment | Total Potential Assessment | Actual OT Assessment | Actual SA Assessment | Actual OC Assessment | Total Actual Assessment | Total Purchases |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 100% | 0% | 0% | 0% | | | | | | | | |
| 266 | LAPTOP CASES | Robert McGinnis | WEEKLY | SHIP | 100% | 0% | 0% | $0 | $0 | $292 | $292 | $0 | $0 | $292 | | $292 |
| | | | | | | | | $0 | $292 | $292 | $0 | $0 | $292 | $0 | $292 | $18,450 |

$292 –

CC 10127187
7/13/07 dp

Rcvd _____ Date _____
GL code:

(14)

ADJUSTED Circuit City Vendor Standards Performanc
Assessment Type: ADJUS
MOBILE EDGE: 70720
'May2007'

| Actual OT Assessment | $0 | OT Status | LIVE |
| Actual OC Assessment | $0 | SA Status | LIVE |
| Actual SA Assessment | $343 | OC Status | LIVE |
| Actual Total Assessment | $343 | | |
| Total Purchases | $56,740 | | |
| Total Billable Assessment | $343 | | |

| Class | Class Description | Buyer | Order Cycle | On Time Type | On Time | Early | Late | Potential OT Assessment | Potential SA Assessment | Potential OC Assessment | Total Potential Assessment | Actual OT Assessment | Actual SA Assessment | Actual OC Assessment | Total Actual Assessment | Total Purchases |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 266 | LAPTOP CASES | Robert McGinnis | WEEKLY | SHIP | 99% | 0% | 0% | $54 | $343 | | $397 | $0 | $343 | | $0 | $56,740 |
| | | | | | 99% | 0% | 0% | | $343 | $0 | $343 | $0 | $343 | $0 | $0 | $343 |

Apvd _____
P/L code: _____
Date _____

$ 343 / 08

$ 343 / 08

cc 101451-5
8/13/07 du

MOBILE EDGE_70720_May2007_ADJUSTED: ADJUSTED Summary

# MOBILE∃DGE

## CREDIT MEMO

**Mobile Edge**
**PO Box 1180**
**Placentia, CA 92871**
**(714) 399-1400 PHONE**
**(714) 399-1401 FAX**

INVOICE NUMBER:  0035252-CM
INVOICE DATE:  07/18/2007

ORDER NUMBER:
ORDER DATE:
SALESPERSON:  SUMM
CUSTOMER NO:  CIRCUIT

**SOLD TO:**
Circuit City

Attn. Mdse Payables (070720)
9954 Maryland Drive
Richmond,  VA   23233
CONFIRM TO:
Nikeeia Harris

**SHIP TO:**
Circuit City DC 567

1901 Cooper Drive
Ardmore,  OK   73401

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| 081-167396-9 | CUSTOMER ACCOUN | | Net due in 45 days |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORD | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| MEPFCX-L | EACH | -7 | -7 | 0 | 30.000 | -210.00 |
| TechStyle Portfolio FC Pink Lg | | | | | | |

| | |
|---|---|
| Net Invoice: | -210.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **-210.00** |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0029911-IN | 3,000.00 | 03578218 | | 0030538-IN | 325.00 | 03579841 |
| .06 | 0029908-IN | 12,500.00 | 03526404 | 01/18/07 | 0030538-INCP | -50.00 | 03579842 |
| 2/29/06 | 0029908-INCP | -1,700.00 | 03526405 | 12/14/06 | 0029299-IN | 6,200.00 | 03586755 |
| 12/29/06 | 0030042-IN | 650.00 | 03538259 | 12/14/06 | 0029300-IN | 3,000.00 | 03586756 |
| 12/29/06 | 0030043-IN | 6,075.00 | 03538537 | | | | |
| 01/08/07 | 0030222-IN | 1,250.00 | 03551924 | | | | |
| 02/06/07 | AV063892 | -30,970.00 | 03574604 | | | | |
| 01/08/07 | 0030223-IN | 250.00 | 03579837 | | | | |
| 01/08/07 | 0030223-INCP | -25.00 | 03579838 | | | | |
| 12/29/06 | 0029909-IN | 2,350.00 | 03518227 | | | | |
| 01/15/07 | 0030427-IN | 3,350.00 | 03579839 | | | | |
| 01/15/07 | 0030428-IN | 500.00 | 03643773 | | | | |

| CHECK NUMBER: | 0001006409 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$6,955.00 |
|---|---|---|---|---|---|

Remittance
copies

| | | | |
|---|---|---|---|
| 01/15/07 | 0030427-IN | 2,350.00 | 03518227 |
| 01/15/07 | 0030428-IN | 3,350.00 | 03579839 |
| | | 500.00 | 03643773 |

| CHECK NUMBER: | 0001006409 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$6,955.00 |
|---|---|---|---|---|---|

# CIRCUIT CITY®

CIRCUIT CITY STORES, INC. (8B)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER:  0000070720

FIRST UNION NATIONAL BANK OF VIRGINIA
901 EAST CARY STREET
RICHMOND, VA 23219

68-7270
2560

CHECK NUMBER
0001006409

PAY   Six thousand nine hundred fifty five and 00/100 Dollars

PAY EXACTLY

******$6,955.00

VOID IF OVER 90 DAYS

TO THE   MOBILE EDGE
ORDER   PO BOX 1180
OF      PLACENTIA, CA 92871

DATE: 03/12/07

P Dunn

VOID IF OVER $200,000.00

⑈0010064091⑈ ⑆256072701⑆ 20749200467331⑈

| INVOICE DATE | INVOICE/VOUCHER | AMOUNT | BATCH - FOLIOS | DATE PAID | CHECK NUMBER | | DESC/VOUCHER |
|---|---|---|---|---|---|---|---|
| 12/29/06 | 0030041-IN | 1,625.00 | 03544300 | | | | |
| 12/29/06 | 0030041-INCP | -250.00 | 03544300 | | | | |

| CHECK NUMBER: | 0001006097 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$1,375.00 |
|---|---|---|---|---|---|

| | | AMOUNT | BATCH - VOUCHER | | | | | Desc |
|---|---|---|---|---|---|---|---|---|
| | 0030870-IN | 250.00 | 03597863 | | | | | |
| .07 | 0030872-IN | 200.00 | 03597865 | | | | | |
| J1/31/07 | 0030873-INCP | -150.00 | 03617301 | | | | | |
| 01/31/07 | 0030873-IN | 2,000.00 | 03617300 | | | | | |

| CHECK NUMBER: | 0001006712 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$3,800.00 |
|---|---|---|---|---|---|

not apt
CV...

Date

Pro _____ Ck # 1006
Ref _____ Date

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|---|---|---|---|
| 04/26/07 | 33177 | 10,950.00 | 03754888 | | | | |
| 05/18/07 | 33653 | 1,400.00 | 03785630 | | | | |
| 04/26/07 | 1750305 | 9,950.00 | 03754885 | | | | |
| 05/18/07 | 33650 | 2,900.00 | 03797233 | | | | |
| 04/01/07 | VPAPR2007 | -292.00 | 03866390 | | | | |
| 05/24/07 | 1765664 | 200.00 | 03799998 | | | | |
| 05/25/07 | 33973 | 700.00 | 03799999 | | | | |
| 05/25/07 | 33974 | 700.00 | 03800000 | | | | |
| 05/25/07 | 33970 | 200.00 | 03803589 | | | | |
| 05/25/07 | 33971 | 400.00 | 03803590 | | | | |

CHECK NUMBER: 0001012787    VENDOR NUMBER: 0000070720    CHECK TOTALS: ***$27,108.00

# CIRCUIT CITY®

CIRCUIT CITY STORES, INC. (BB)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0000070720

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23219

68-7270
2560

CHECK NUMBER
0001012787

DATE: 07/10/07

PAY    Twenty seven thousand one hundred eight and 00/100 Dollars

PAY EXACTLY
******$27,108.00
VOID IF OVER 90 DAYS
VOID IF OVER $200,000.00

TO THE
ORDER    MOBILE EDGE
OF    PO BOX 1180
     PLACENTIA, CA 92871

⑈0001012787⑈ ⑆256072701⑈: 20799 2004673 3⑈

| NUMBER | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 32314A | 200.00 | 03680603 | 04/24/07 | 33011 | 3,600.00 | 03737334 |
| | 1722989 | 200.00 | 03683417 | 04/24/07 | 33012 | 3,850.00 | 03737335 |
| | 32286A | 400.00 | 03683418 | 04/20/07 | 32957 | 2,800.00 | 03739480 |
| /07 | 32312A | 200.00 | 03683419 | 04/24/07 | 33013 | 2,400.00 | 03739481 |
| /07 | 32313A | 200.00 | 03683420 | 04/26/07 | 33163 | 3,190.00 | 03745443 |
| /30/07 | 1730890 | 600.00 | 03685693 | 05/03/07 | AV066454 | -50,000.00 | 03748598 |
| 03/30/07 | 32782 | 400.00 | 03693009 | 04/26/07 | 1750303 | 2,800.00 | 03754884 |
| 03/30/07 | 32483 | 400.00 | 03697032 | 03/14/07 | AV064979 | 30,970.00 | 03649609 |
| 03/30/07 | 32484 | 400.00 | 03697033 | 03/01/07 | VPMAR2007 | -117.00 | 03798959 |
| 04/16/07 | 32814 | 200.00 | 03714971 | 02/01/07 | VPFEB2007 | -475.00 | 03799066 |
| 04/16/07 | 32815 | 200.00 | 03722380 | | | | |
| 04/12/07 | 32838 | 2,600.00 | 03724207 | | | | |
| 04/20/07 | 32956 | 1,000.00 | 03728460 | | | | |

| CHECK NUMBER: | 0001011097 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$6,018.00 |
|---|---|---|---|---|---|

Date

Dan
    please review approve + fax back

Thanks
    Sharon

fax   864-757-

PREPARED BY: ADVERTISING ACCOUNTING        JACKIE WILLIAMS

ATTACHMENTS: _____

CC: _____

<<< C O P P E R >>>

04/26/07                    1750306        8,110.00   63754980

| CHECK NUMBER: | 0001011865 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$8,110.00 |

Cr180

| INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER | | INV DATE | INV NUMBER | AMOUNT | BATCH - VOUCHER |
|---|---|---|---|---|---|---|---|---|
| 06/26/07 | 34649 | 200.00 | 03863567 | | | | | |
| 06/26/07 | 34650 | 200.00 | 03863568 | | | | | |
| 06/26/07 | 34648 | 250.00 | 03863566 | | | | | |
| 06/26/07 | 34651 | 200.00 | 03863569 | | | | | |
| 05/01/07 | VPMAY2007 | -342.80 | 03986668 | | | | | |
| 06/28/07 | 34812 | 1,700.00 | 03972763 | | | | | |
| 06/28/07 | 34813 | 1,850.00 | 03972764 | | | | | |

| CHECK NUMBER: | 0001014565 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$4,057.20 |
|---|---|---|---|---|---|

# *CIRCUIT CITY*®

CIRCUIT CITY STORES, INC. (9B)
9950 MAYLAND DRIVE
RICHMOND, VA 23233
(804) 418-8148
VENDOR NUMBER: 0000070720

WACHOVIA BANK
901 EAST CARY STREET
RICHMOND, VA 23219

68-7270
2560

CHECK NUMBER
0001014565

PAY    Four thousand fifty seven and 20/100 Dollars

PAY EXACTLY
******$4,057.20

VOID IF OVER 90 DAYS

THE    MOBILE EDGE
R    PO BOX 1180
PLACENTIA, CA 92871

DATE: 08/10/07

P Dunn

VOID IF OVER $200,000.00

⑆565⑆ ⑈256072701⑈ 20799 20046733⑈

| | 35735 | 1,400.00 | 04003069 |
| | 35735 | 2,750.00 | 04003093 |
| 08/15/07 | 35953 | 2,450.00 | 04015379 |
| 08/23/07 | 36248 | 2,300.00 | 04133230 |
| 08/23/07 | 36248CS | -1,500.00 | 04133231 |
| 08/23/07 | 36248CSR | 1,500.00 | 04238410 |
| 08/27/07 | 36345 | 200.00 | 04527732 |
| 08/01/07 | VPAUG2007 | -196.00 | 04192857 |
| 07/01/07 | VPJUL2007 | -1,493.50 | 04129324 |

| CHECK NUMBER: | 0001023348 | VENDOR NUMBER: | 0000070720 | CHECK TOTALS: | ****$8,010.50 |

FINAL Circuit City Vendor Standards Performance Re
Assessment Type: FINAL
MOBILE EDGE: 70720
Jul2007

| Class | Class Description | Buyer | Order Cycle | On Time Type | On Time | Early | Late | Potential OT Assessment | Poten SA Asses |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 100% | 0% | 0% | 0% | |
| 266 | LAPTOP CASES | Robert McGinnis | WEEKLY | SHIP | 100% | 0% | 0% | 0% | $0 |