TO: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION - COURT CLERK

FROM: FRANKLIN S. WILSON
CASE NUMBER 08-35653-KRH
CHAPTER 11
[4963]

Re: HEARING HELD 3/25/2010
TRANSCRIPT FILED: APRIL 6, 2010
NOTICE OF INTENT TO REQUEST
REDACTION OF THIS TRANSCRIPT.
REQUESTING A COPY OF THE TRANSCRIPT
AND THE PRICE THEREOF FOR REDACTION
PURPOSES: REVIEW

SIGNED
FRANKLIN S. WILSON

THU-19707 0422-7
REDACTA 08-35653
U.S. BANKRUPTCY COURT

RICHMOND DIVISION
FILED APR 19 2010
CLERK
US BANKRUPTCY COURT

701 EAST BROAD STREET SUITE 4000
RICHMOND, VA.
23219