

Amy Schmidt
Tel (609) 469-0459
Fax. (609) 490-1579
Email: Amy_Schmidt@coface com

RICHMOND DIVISION
FILED
APR 19 2010
CLERK
US BANKRUPTCY COURT

April 14, 2010

Clerk of the United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

Re: Circuit City Stores, Inc., et al
Bankruptcy Case No. 08-35653 (KRH)
Our fie # 08835

Dear Clerk:

Enclosed please find a response to the Debtor's Seventieth Omnibus Objection to Claims regarding Claim # 3302 of National Glass and Gate. The Objection states that the Claimant is a subcontractor and therefore the Debtor has no obligation or liability owing the Claimant. Attached please find copies of emails between the Claimant and the Debtor regarding work to be preformed, materials being ordered and billing inquiries.

At this time, I would request that this objection be withdrawn and the claim of National Glass and Gate be allowed.

If you should have any questions please do not hesitate to contact me.

Sincerely,

Amy Schmidt

Enclosures
cc:

Skadden, Arps, Slate, Meagher
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Gregg M. Galardi
Attn: Ian S. Fredericks

McGuirewoods LLP
One James Center
901 E. Carey Street
Richmond, VA 23219
Attn: Dion W. Hayes
Attn: Douglas M. Floey





Skadden, Arps, Slate, Meagher
& Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson

NG&G
Facility Services Int'l

# INVOICE

*"Service is our ONLY Product"*

Remit Payments to:

**P.O. BOX 845147 • BOSTON, MA 02284-5147**

Send All Other Correspondence to:
263 JENCKES HILL RD • LINCOLN, RI 02865-4415

**1-800-556-6484 • 1-866-556-6484**

| Invoice Number | Invoice Date |
|---|---|
| S289947 | 9/12/2008 |
| **Purchase Order Number** | **Blanket PO Number** |
| CCS01-0000461924 | |
| **Federal Tax ID # 05-0348271** | |

**Billing Address:**

Key: C34 0000000
INDUSTRIAPLEX, INC
ACCOUNTS PAYABLE
11810 WILLS RD STE 100
ALPHARETTA GA 30004

**Service Address:**

Key: C34 0003724
CIRCUIT CITY #3724
607 BROADWAY
SAUGUS MA 01906

| Qty | Description | Size | Unit Price | Ext. Price |
|---|---|---|---|---|
| 0.00 | PLEASE PROVIDE MULTIPLE OPTIONS FOR (4) SETS OF FRONT AUTOMATIC DOOR REPAIRS OR REPLACEMENTS. | 0.00 | 0.00 | 0.00 |
| 1.00 | AUTOMATIC DOOR LABOR CHARGES FOR INITIAL SERVICE CALL. TECHS SURVEYED DOORS FOR NECESSARY REPAIRS/REPLACEMENT AND ARE SUBMITTING MULTIPLE OPTIONS. (2 MEN 1 HOUR MINIMUM) | 0.00 0.00 0.00 0.00 | 72.22 | 72.22 |
| 1.00 | TRAVEL - INITIAL | | 72.22 | 72.22 |
| 1.00 | (1) DOR-O-MATIC FBO BOTTOM GUIDE | | 167.78 | 167.78 |
| 1.00 | (1) DOR-O-MATIC ASTRO-SLIDE MOTOR AND GEAR #R72620-400 | 0.00 | 722.22 | 722.22 |
| 1.00 | (1) RECORD SLIDING DOOR SERIES 5100 14" x 7' 8" SO-SX-SX-SO CLEAR FINISH INCLUDES GLASS AND BEA WIZARD SENSORS | 0.00 0.00 | 6688.89 | 6688.89 |
| 1.00 | SHIPPING & HANDLING CHARGES | | 388.89 | 388.89 |
| 17.00 | AUTOMATIC DOOR LABOR CHARGES TO REMOVE AND DISPOSE EXISTING DAMAGED EXTERIOR ENTRANCE DOORS, REPLACE WITH NEW DOOR PACKAGE, DROP CUSTOMER ENTRANCE DOORS, REMOVE DAMAGED MOTOR AND GEAR BOX, REPLACE WITH NEW, AND RE-HANG DOORS WHILE TESTING ALL FOR PROPER OPERATION. (2 MEN 17 TOTAL MAN HOURS) | 0.00 0.00 0.00 0.00 0.00 0.00 | 72.22 | 1227.78 |
| 2.00 | TRAVEL - RETURN | | 72.22 | 144.44 |
| 0.00 | AS PER QUOTE APPROVED BY: CHAD MELTON | | 0.00 | 0.00 |

| | | | SUBTOTAL | 9,484.44 |
|---|---|---|---|---|
| **Claim Number** | **Order Date** | **Ordered By** | **GST** | 0.00 |
| | 7/2/2008 | | **PST** | 0.00 |
| **Policy Number** | **Completion Date** | **Title** | **SALES TAX** | 341.30 |
| | 8/19/2008 | | **DEDUCTIBLE** | 0.00 |
| HBM | | | **TOTAL** | $9,825.74 |

INTEREST RATES ON INVOICES OVER 30 DAYS WILL BE 1 ½ % PER MONTH

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Monday, August 18, 2008 12:42 PM
**To:** Tessier, Jay
**Subject:** RE: Circuit City 3724 - Door Repairs

My direct line is 804-486-2699.

Let me know about 3724.

thanks.

**"Tessier, Jay" <jtessier@nggservices.com>**
08/18/2008 12:28 PM

To <Chad_Melton@circuitcity.com>
cc
Subject RE: Circuit City 3724 - Door Repairs

Hey Chad

I'm back in the office now. I tried calling you but I don't have your direct extension. Give me a call if you could please ;)

Thanks!

---

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Monday, August 18, 2008 12:10 PM
**To:** Tessier, Jay
**Subject:** RE: Circuit City 3724 - Door Repairs

Please give me a call to discuss when you get a minute. Store is having burglar alarm issues.

thanks

**"Tessier, Jay" <jtessier@nggservices.com>**
08/13/2008 04:40 PM

To <Chad_Melton@circuitcity.com>
cc <jake_coleman@circuitcity.com>

Hey Chad

I apologize for not providing you with an update in the past few days, things have been really crazy around here. We spoke with our door vendor today. He checked with the manufacturer on the parts and they told him another week. He gave them a very hard time because the parts were due in this week, but they stated there is nothing they can do as certain parts for the door are on back order. We are hoping these arrive early next week so we can complete this job for you in a timely manner. I am out of the office tomorrow but I will have my associate follow up with the vendor to see if there is anything we can do.

Thank you!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Wednesday, August 13, 2008 4:36 PM
**To:** Tessier, Jay
**Cc:** jake_coleman@circuitcity.com
**Subject:** Circuit City 3724 - Door Repairs

Jay,

I need to have an update on the automatic door repairs / replacement at 3724.

Please provide Jake and I an update ASAP.

thanks

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==========================

The information contained in this message may be privileged, confidential and protected from

disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

---

**From:** Chad_Melton@circuitcity.com

**Sent:** Friday, July 11, 2008 2:24 PM

**To:** Tessier, Jay

**Cc:** Sanchez, Edwin; Marcello, Tom

**Subject:** RE: #3724 Door Quotes

Understood.

Lets just add this to the replacement quote.

Also, double check that remit to address.

thanks

**"Tessier, Jay" <jtessier@nggservices.com>**

07/11/2008 01:37 PM

To <Chad_Melton@circuitcity.com>

cc "Sanchez, Edwin" <esanchez@nggservices.com>, "Marcello, Tom" <tmarcello@nggservices.com>

Subject RE: #3724 Door Quotes

Hey Chad

OK we spoke to the technicians and they clarified the quotes for us. The first quote is for the customer pick up doors and they informed us that the motor/gearbox is shot and quote #1 is to perform those repairs. The doors are working manually right now but this work will need to be done to ensure proper operation going forward. Please let me know if you would also like to proceed with this option.

The doors have been ordered for the exterior entrance and will arrive within 10-14 business days. I will keep you posted.

Thank you very much!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Friday, July 11, 2008 12:48 PM
**To:** Tessier, Jay
**Cc:** Sanchez, Edwin; Marcello, Tom
**Subject:** Re: #3724 Door Quotes

Jay.

Please proceed with option # 2; replacement ($8623.21). According to this proposal the work will be completed on the main entrance automatic doors, I assume that the other doors are functioning properly and are not in need of repair?

I need to verify your remit to address is still:

PO Box 845147
Boston, MA 02284-5147

*If not, then I will need to get an updated W-9 form.*

thanks

**"Tessier, Jay" <jtessier@nggservices.com>**

07/11/2008 11:34 AM

To <Chad_Melton@circuitcity.com>
cc "Marcello, Tom" <tmarcello@nggservices.com>, "Sanchez, Edwin" <esanchez@nggservices.com>
Subject #3724 Door Quotes

Hey Chad

Attached are the 3 options for the door repair/replacements at store #3724 in Saugus, MA. Please let me know if you would like to discuss. Please note that our vendor is familiar with this location as they have done work their in the past and they are happy to return to fix the issues.

Thanks!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Wednesday, July 16, 2008 10:45 AM
**To:** Tessier, Jay
**Cc:** Sanchez, Edwin; Marcello, Tom
**Subject:** RE: #3724 Door Quotes

Jay,

Please see attached purchase order for 3724:

Let me know what we found out at 852.

thanks.

**"Tessier, Jay" <jtessier@nggservices.com>**

07/11/2008 03:57 PM

To <Chad_Melton@circuitcity.com>
cc "Sanchez, Edwin" <esanchez@nggservices.com>, "Marcello, Tom" <tmarcello@nggservices.com>
Subject RE: #3724 Door Quotes

---

Hey Chad

Here is the total quote. The vendor is ordering all materials and will have this completed once received. The ETA is 10-14 business days.

Thanks!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Friday, July 11, 2008 2:24 PM
**To:** Tessier, Jay
**Cc:** Sanchez, Edwin; Marcello, Tom
**Subject:** RE: #3724 Door Quotes

Understood

Lets just add this to the replacement quote.

Also, double check that remit to address.

thanks

**"Tessier, Jay" <jtessier@nggservices.com>**

07/11/2008 01:37 PM

To <Chad_Melton@circuitcity.com>
cc "Sanchez, Edwin" <esanchez@nggservices.com>, "Marcello, Tom" <tmarcello@nggservices.com>
Subject RE: #3724 Door Quotes

Hey Chad

OK we spoke to the technicians and they clarified the quotes for us. The first quote is for the customer pick up doors and they informed us that the motor/gearbox is shot and quote #1 is to perform those repairs. The doors are working manually right now but this work will need to be done to ensure proper operation going forward. Please let me know if you would also like to proceed with this option.

The doors have been ordered for the exterior entrance and will arrive within 10-14 business days. I will keep you posted.

Thank you very much!

---

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*
-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Friday, July 11, 2008 12:48 PM
**To:** Tessier, Jay
**Cc:** Sanchez, Edwin; Marcello, Tom
**Subject:** Re: #3724 Door Quotes

Jay,

Please proceed with option # 2; replacement ($8623.21). According to this proposal the work will be completed on the main entrance automatic doors, I assume that the other doors are functioning properly and are not in need of repair?

*I need to verify your remit to address is still:*

PO Box 845147
Boston, MA 02284-5147

*If not, then I will need to get an updated W-9 form.*

thanks

*"Tessier, Jay" <jtessier@nggservices.com>*

07/11/2008 11:34 AM

To <Chad_Melton@circuitcity.com>
cc "Marcello, Tom" <tmarcello@nggservices.com>, "Sanchez, Edwin" <esanchez@nggservices.com>
Subject #3724 Door Quotes

Hey Chad

Attached are the 3 options for the door repair/replacements at store #3724 in Saugus, MA. Please let me know if you would like to discuss. Please note that our vendor is familiar with this location as they have done work their in the past and they are happy to return to fix the issues.

Thanks!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Thursday, July 17, 2008 2:59 PM
**To:** cnadotti@industriaplex.com
**Cc:** Tessier, Jay
**Subject:** CC 3724 - Auto Doors

Chris,

The following is the quote to NG&G which has been approved and scheduled:

Right now anything for this store needs to be routed through NG&G and hopefully we can just tide them over for now. With the above quote pending we don't want to spend alot in the mean time.

Jay Tessier -- Account Manager
jtessier@nggservices.com
800-556-6484 x3263

*Jay, looks like this location is having problems with customer service doors. Can we get this portion of the quote moving?*

thanks.

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Friday, July 11, 2008 12:48 PM
**To:** Tessier, Jay
**Cc:** Sanchez, Edwin; Marcello, Tom
**Subject:** Re: #3724 Door Quotes

Jay,

Please proceed with option # 2; replacement ($8623.21). According to this proposal the work will be completed on the main entrance automatic doors, I assume that the other doors are functioning properly and are not in need of repair?

I need to verify your remit to address is still:

PO Box 845147
Boston, MA 02284-5147

If not, then I will need to get an updated W-9 form.

thanks

"Tessier, Jay" <jtessier@nggservices.com>

07/11/2008 11:34 AM

To <Chad_Melton@circuitcity.com>
cc "Marcello, Tom" <tmarcello@nggservices.com>, "Sanchez, Edwin" <esanchez@nggservices.com>
Subject #3724 Door Quotes

---

Hey Chad

Attached are the 3 options for the door repair/replacements at store #3724 in Saugus, MA. Please let me know if you would like to discuss. Please note that our vendor is familiar with this location as they have done work their in the past and they are happy to return to fix the issues.

Thanks!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access,

NG&G
Facility Services Int'l

# INVOICE

"Service is our ONLY Product"

**Remit Payments to:**

**P.O. BOX 845147 • BOSTON, MA 02284-5147**

*Send All Other Correspondence to:*
263 JENCKES HILL RD • LINCOLN, RI 02865-4415

**1-800-556-6484 • 1-866-556-6484**

| Invoice Number | Invoice Date |
|---|---|
| K292129 | 10/31/2008 |
| **Purchase Order Number** | **Blanket PO Number** |
| ESTIMATE | |
| **Federal Tax ID # 05-0348271** | |

**Billing Address:**

Key: C34 0000000
INDUSTRIAPLEX, INC
ACCOUNTS PAYABLE
11810 WILLS RD STE 100
ALPHARETTA GA 30004

**Service Address:**

Key: C34 0000852
CIRCUIT CITY #852
5075 MORGANTON RD STE 160
FAYETTEVILLE NC 28314

| Qty | Description | Size | Unit Price | Ext. Price |
|---|---|---|---|---|
| 0.00 | EMERGENCY EXIT DOOR ON THE SALES FLOOR NEEDS TO HAVE A NEW PANIC ALARM INSTALLED ON IT (DELAYED EGRESS) | 0.00 0.00 0.00 | 0.00 | 0.00 |
| 1.00 | PANIC HARDWARE - DELAYED EGRESS WITH MAGLOCK (INCLUDES WIRES AND WIRING HARDWARE TO BE INSTALLED BY ALARM TECHNOLOGIES) | 0.00 0.00 | 2938.18 | 2938.18 |
| 3.00 | LOCKSMITH LABOR CHARGES TO RUN WIRING FROM PANIC BAR TO PANEL BOX WHERE ADT WILL HAVE TO WIRE INTO THEIR OWN BOX, INSTALL NEW PANIC BAR WITH DELAYED EGRESS AND MAGLOCK ON THE DOOR, AND TEST FOR PROPER OPERATION. (1 MAN 3 HOURS) | 0.00 0.00 0.00 0.00 0.00 | 75.00 | 225.00 |
| 1.00 | TRAVEL | | 75.00 | 75.00 |
| 1.00 | LOCKSMITH LABOR CHARGES FOR INITIAL SERVICE CALL AND ASSESSMENT | 0.00 | 0.00 | 0.00 |
| 0.00 | AS PER QUOTE APPROVED BY: CHAD MELTON | | 0.00 | 0.00 |
| ~~1.00~~ | | | ~~0.00~~ | ~~0.00~~ |

| | | | | |
|---|---|---|---|---|
| | | | **SUBTOTAL** | 3,238.18 |
| **Claim Number** | **Order Date** | **Ordered By** | **GST** | 0.00 |
| | 7/11/2008 | | **PST** | 0.00 |
| **Policy Number** | **Completion Date** | **Title** | **SALES TAX** | 122.11 |
| | 7/29/2008 | | **DEDUCTIBLE** | 0.00 |
| JTM | | | **TOTAL** | $3,360.29 |

INTEREST RATES ON INVOICES OVER 30 DAYS WILL BE 1 ½ % PER MONTH

**Peterson, James**

**From:** Tessier, Jay
**Sent:** Tuesday, April 13, 2010 2:40 PM
**To:** Peterson, James
**Subject:** FW: #852 Quote

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Chad_Melton@circuitcity.com [mailto:Chad_Melton@circuitcity.com]
**Sent:** Tuesday, July 22, 2008 10:41 AM
**To:** Tessier, Jay
**Cc:** Marcello, Tom
**Subject:** Re: #852 Quote

I always would like to see a better price, but considering the length of time this job has dragged out I just need to get this completed ASAP. Please proceed.

Please advise ETA.

thanks.

"Tessier, Jay" <jtessier@nggservices.com>
07/21/2008 04:29 PM

To <Chad_Melton@circuitcity.com>
cc "Marcello, Tom" <tmarcello@nggservices.com>
Subject #852 Quote

Hey Chad

First I wanted to apologize for the delay on this quote. It normally doesn't take us this long. However, we have received and attached for your review. Please note that we are just waiting for the make/model on the panic bar so we can price check it for you. Lastly, if time allows we would like to obtain a 2nd opinion for you. Please let me know your thoughts and we will be happy to help.

Thanks!

*Jay Tessier*

*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

ENG&G
Facility Services Int'l

# INVOICE

"Service is our ONLY Product"

Remit Payments to:

**P.O. BOX 845147 • BOSTON, MA 02284-5147**

Send All Other Correspondence to:
263 JENCKES HILL RD • LINCOLN, RI 02865-4415

**1-800-556-6484 • 1-866-556-6484**

| Invoice Number | Invoice Date |
|---|---|
| S307032 | 10/31/2008 |
| **Purchase Order Number** | **Blanket PO Number** |
| ESTIMATE | |
| Federal Tax ID # 05-0348271 | |

**Billing Address:**

Key: C34 0000000
INDUSTRIAPLEX, INC
ACCOUNTS PAYABLE
11810 WILLS RD STE 100
ALPHARETTA GA 30004

**Service Address:**

Key: C34 0003732
CIRCUIT CITY #3732
150 RETAIL WAY
WILLISTON VT 05495

| Qty | Description | Size | Unit Price | Ext. Price |
|---|---|---|---|---|
| 0.00 | BRANCH #: 3732 | | 0.00 | 0.00 |
| | TICKET #: 307032 | 0.00 | | |
| | | 0.00 | | |
| | ***WORK TO BE PERFORMED*** | 0.00 | | |
| 1.00 | AUTOMATIC DOOR PART(S) | | 512.00 | 512.00 |
| | - (32) TRACK CAP (TOP OR BOT) HOR/KM | 0.00 | | |
| | 12.00FT | 0.00 | | |
| 1.00 | AUTOMATIC DOOR PART(S) | | 736.00 | 736.00 |
| | - (4) BOTTOM GUIDE | 0.00 | | |
| 1.00 | AUTOMATIC DOOR PART(S) | | 1130.67 | 1130.67 |
| | - (8) ROLLER TOP NYLON ALL | 0.00 | | |
| 9.00 | AUTOMATIC DOOR LABOR CHARGES TO FURNISH AND INSTALL | | 95.00 | 855.00 |
| | THE PARTS LISTED ABOVE. TECHS WILL REPAIR ALL (4) | 0.00 | | |
| | DOORS AND TEST FOR PROPER OPERATION. | 0.00 | | |
| | (2 TECHS 4.5 HOURS EACH) | 0.00 | | |
| 1.00 | TRAVEL | | 95.00 | 95.00 |
| 2.00 | AUTOMATIC DOOR LABOR CHARGES FOR INITIAL SERVICE | | 0.00 | 0.00 |
| | CALL AND ASSESSMENT: | 0.00 | | |
| 0.00 | AS PER QUOTE APPROVED BY: CHAD MELTON | | 0.00 | 0.00 |

| | | | SUBTOTAL | 3,328.67 |
|---|---|---|---|---|
| **Claim Number** | **Order Date** | **Ordered By** | **GST** | 0.00 |
| | 8/20/2008 | CHAD/MO | **PST** | 0.00 |
| **Policy Number** | **Completion Date** | **Title** | **SALES TAX** | 124.88 |
| | 10/7/2008 | | **DEDUCTIBLE** | 0.00 |
| JTM | | | **TOTAL** | $3,453.55 |

INTEREST RATES ON INVOICES OVER 30 DAYS WILL BE 1 ½ % PER MONTH

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Wednesday, August 20, 2008 3:08 PM
**To:** Tessier, Jay
**Subject:** CC 3732 - Doors

Jay,

I need to conduct an inspection of the automatic doors at 3732.

The store is complaining about the constant repair and I need to have a recommendation / audit.

thanks.

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Monday, September 29, 2008 3:46 PM
**To:** Sanchez, Edwin
**Cc:** Tessier, Jay
**Subject:** Re: Store #3732

This quote has been approved.

Lets get this scheduled ASAP. Please let me know the date so I can inform the store.

thanks.

"Sanchez, Edwin" <esanchez@nggservices.com>

09/04/2008 02:48 PM

To <CHAD_MELTON@CIRCUITCITY.COM>
cc "Tessier, Jay" <jtessier@nggservices.com>
Subject Store #3732

Chad,

Attached is the proposal to repair the automatic doors at this location. Please review and let me know if you would like to proceed, thanks,

Edwin Sanchez
Cost Control Analyst
NG&G Facility Services International
800-556-6484 Ex 3561

===========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Tuesday, July 22, 2008 10:41 AM
**To:** Tessier, Jay
**Cc:** Marcello, Tom
**Subject:** Re: #852 Quote

I always would like to see a better price, but considering the length of time this job has dragged out I just need to get this completed ASAP. Please proceed.

Please advise ETA.

thanks.

"Tessier, Jay" <jtessier@nggservices.com>

07/21/2008 04:29 PM

To <Chad_Melton@circuitcity.com>
cc "Marcello, Tom" <tmarcello@nggservices.com>
Subject #852 Quote

Hey Chad

First I wanted to apologize for the delay on this quote. It normally doesn't take us this long. However, we have received and attached for your review. Please note that we are just waiting for the make/model on the panic bar so we can price check it for you. Lastly, if time allows we would like to obtain a 2nd opinion for you. Please let me know your thoughts and we will be happy to help.

Thanks!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.

**Tessier, Jay**

**From:** Chad_Melton@circuitcity.com
**Sent:** Monday, December 01, 2008 3:29 PM
**To:** Tessier, Jay
**Subject:** Re: FW: C34

Send me copies of the invoices. Either email or fax to 804-527-4863.

thanks.

**"Tessier, Jay" <jtessier@nggservices.com>**

12/01/2008 03:27 PM

To <Chad_Melton@circuitcity.com>
cc
Subject FW: C34

Hey Chad

We received the below listed invoices back from your A/P department. Can you inform them that these were through you and not industriaplex so we can get paid please?

Thank you!

*Jay Tessier*
*Account Manager*
*NG&G Facility Services Int'l*
*1-800-556-6484 x3263*

-----Original Message-----
**From:** Mort, Jeff
**Sent:** Monday, December 01, 2008 11:00 AM
**To:** Tessier, Jay
**Subject:** FW: C34

**292129 + 307032.. Any clue?**

-----Original Message-----
**From:** Graziano, Dawn
**Sent:** Monday, December 01, 2008 10:58 AM
**To:** Mort, Jeff
**Subject:** RE: C34

What is the w.o'#? If they are recent you need to speak to Jay Tessier as he handled those orders

-----Original Message-----
**From:** Mort, Jeff
**Sent:** Monday, December 01, 2008 10:56 AM

**To:** Graziano, Dawn
**Subject:** FW: C34

**Any idea?**

-----Original Message-----
**From:** Blum, Lisa
**Sent:** Monday, December 01, 2008 10:55 AM
**To:** Mort, Jeff
**Subject:** RE: C34

I have not idea - maybe the account manager does??

-----Original Message-----
**From:** Mort, Jeff
**Sent:** Monday, December 01, 2008 10:48 AM
**To:** Blum, Lisa
**Subject:** C34

**Morning,**

**I received 2 invoices back from Circuit City due to: "You do not have an Industriaplex work order included on your invoice." Do you have any clue what this is?**

*Jeff Mort*
*Accounts Receivable Specialist*
*National Glass & Gate*
*(800) 556-6484 ext 3218*

==========================

The information contained in this message may be privileged, confidential and protected from disclosure. This message is intended only for the designated recipient(s). It is subject to access, review and disclosure by the sender's Email System Administrator. If you have received this message in error, please advise by return e-mail so that our address records can be corrected and please delete immediately without reading, copying or forwarding to others. Any unauthorized review, use, disclosure or distribution is prohibited.
Thank you.