IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., *et al.*,

Debtors

Case No. 08-35653 (KRH)
Chapter 11

(Jointly Administered)

### RESPONSE TO OBJECTION TO PROOF OF CLAIM #13416

NOW COMES Richard Kreuger ("Mr. Kreuger"), by counsel, and files his response to the Debtors' 70th Omnibus Objection to Claims and states as follows:

1. Mr. Kreuger, upon having difficulty with a Compaq laptop computer, took the computer to Circuit City's Grandville Michigan store.

2. That the computer was mishandled and, as a result, Mr. Kreuger suffered business losses.

3. Attached as Exhibit A hereto is a true and correct copy of the Proof of Claim filed on behalf of Mr. Kreuger with the attachment providing background for the claim.

4. The amount of loss suffered by Mr. Kreuger is approximately $17,500.00.

WHEREFORE, Claimant Richard Kreuger respectfully requests this Court to enter an Order denying the Debtors' objection to Claim #13416, and for other relief as necessary.

RICHARD KREUGER

By: _____"/s/"  William D. Bayliss____

William D. Bayliss, Esquire
VSB No. 13741
bbayliss@williamsmullen.com
Williams Mullen
1021 East Cary Street, 17th Floor
P.O. Box 1320
Richmond, VA 23218
Telephone No.: (804) 643-1991
Facsimile No.: (804) 783-6507
*Counsel for Defendants*

## CERTIFICATE

I HEREBY CERTIFY a true and correct copy of the foregoing Response to Objection to Proof of Claim #13416 was served on April ___, 2010, by electronic means on the "Core Group" parties and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

By: ___"/s/"  William D. Bayliss___
William D. Bayliss, Esquire, VSB No. 13741
bbayliss@williamsmullen.com
Williams Mullen Clark & Dobbins, P.C.
1021 East Cary Street, 17th Floor
P.O. Box 1320
Richmond, VA 23218-1320
Telephone No.: (804) 643-1991
Facsimile No.: (804) 783-6507
*Counsel for Defendants*

7609877_1.DOC