**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
NO. 58 FILED BY City of Midland et al**

City of Midland et al, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 58 that was filed on November 25, 2008.

Dated: April 16, 2010

/s/Michael Reed
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Michael Reed
State Bar Number 16685400

McCREARY, VESELKA, BRAGG & ALLEN, P.C
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200

City of Midland et al

\10785892.1