## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### NO. 61 FILED BY Tax Appraisal District of Bell County et al

Tax Appraisal District of Bell County et al, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 61 that was filed on November 25, 2008.

Dated: April 16, 2010

/s/Michael Reed

Michael Reed
State Bar Number 16685400

McCREARY, VESELKA, BRAGG & ALLEN, P.C
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200

Tax Appraisal District of Bell
County et al

\10785892.1