UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors | : | Jointly Administered |

_____

### NOTICE OF CLAIMANT MARLON MONDRAGON'S MOTION FOR RECONSIDERATION AND TO PERMIT THE FILING OF A CLASS PROOF OF CLAIM WITH SUPPORTING MEMORANDUM

**PLEASE TAKE NOTICE** that on April 21, 2010, Marlin Mondragon, on behalf of himself and all others similarly situated(the "Claimant" or "Class Claimant"), by and through his undersigned counsel, filed his Motion for Reconsideration [of the Dismissal of his Adversary Proceeding] and to Permit the Filing of a Class Proof of Claim With supporting Memorandum (the "Motion") in the above captioned proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Managements and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than the response deadline that will be established a later time before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

**NO HEARING HAS BEEN SCHEDULED ON THE MOTION AT THIS TIME. YOU WILL RECEIVE A SEPARATE NOTICE OF HEARING AT A LATER DATE AND TIME ONCE A HEARING HAS BEEN SCHEDULED.**

If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

[x]    File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

       Clerk of Court
       United States Bankruptcy Court
       701 East Broad Street, Suite 4000
       Richmond, Virginia 23219

[x]    Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following: (i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[x]    Attend a hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, that will be scheduled at a later time. **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: April 21, 2010

                                      Respectfully submitted,

                                      /s/ Marc A. Busman
                                    Marc A. Busman
                                    Virginia State Bar No. 13030
                                    BUSMAN & BUSMAN, P.C.
                                    P. O. Box 7514
                                    Fairfax Station, VA 22039
                                    mbusman@busmanandbusman.com
                                    (703) 503-8088
                                    (703) 425-8487 (facsimile)

                                    KANTROWITZ, GOLDHAMER
                                    & GRAIFMAN, P.C.

>Randy J. Perlmutter
>Gary S. Graifman
>747 Chestnut Ridge Road
>Chestnut Ridge, NY 10977
>ggraifman@kgglaw.com
>(845) 356-2570
>(845) 356-4335 (facsimile)
>
>
>MASON, LLP
>Gary E. Mason
>Nicholas A. Migliaccio
>1625 Massachusetts Ave., N.W., Suite 605
>Washington, DC 20036
>gmason@masonlawdc.com
>(202) 429-2290
>(202) 429-2294 (facsimile)
>
>*Counsel for Claimants*