# EXHIBIT A

Search : Results  Ad Search:  Pub Date: Any Date • Publication: Los Angeles Times • Text: circuit_city
List   Grid   1Up   Full   Section   PDF   E-Sheets  Log-Out

E-Sheets® by MerlinOne

Legal **Los Angeles Times** Contact

Search Hits: ◄ 32 of 177 ►

Publication: **Los Angeles Times**
Publication Date: **November 27, 2008**
Agency (#): **Gordon Bros./Circuit City;C/O JI Medi (558172005)**
Advertiser (#): **Gordon Brothers/Circuit City (072411205)**
Insertion Number: **38180827**
Description:
Ad Number: **0005536717-001**
Color, Ad Size: **2 Colors, 4 columns x 18 inches**
Edition: **Los Angeles**
Zone: **Los Angeles**
Section, Page: **Main News (A), 34**

Email this ad



A33   A34   A35





EXHIBIT A

https://tearsheets.sun-sentinel.com/scripts/foxisapi.dll/wmsql.wm.request?HIT 14331581 2WM0TK  4/6/2010