# EXHIBIT B

03/31/2002  15:44   21323733200              LAT CON ELEC                      PAGE  06/13

# November Insertion Order
## Circuit City Stores, Inc.

October 2, 2008
16:28:00
Page 1 of 1

RE: Insertion # 67115
11/1/08 - 11/30/08

Jane Garcia
~~Victor Duarte~~
Los Angeles Times
202 West First Street
7th Floor Advertising
Los Angeles, CA 90012

Phone (213) 237-~~3503~~ 3503
Fax   (213) 237-~~3320~~ 3320

| Run Date | Day Of Week | Edition | Ad Description | Color | Printer | Position | Ad Cost | Comments |
|---|---|---|---|---|---|---|---|---|
| 11/2/2008 Sun | LAT | | Flexi 24pg | PROCESS | Pre Print | Main News | 56,540.89 | Insert Quantity: 1,034,600 |
| 11/9/2008 Sun | LAT | | Flexi 24pg | PROCESS | Pre Print | Main News | 56,540.89 | Insert Quantity: 1,034,600 |
| 11/16/200 Sun | LAT | | Flexi 28pg | PROCESS | Pre Print | Main News | 59,903.34 | Insert Quantity: 1,034,600 |
| 11/23/200 Sun | LAT | | Stand 8pg | PROCESS | Pre Print | Main News | 46,463.89 | Insert Quantity: 1,034,600 |
| 11/27/200 Thu | LAT | | Stand 12pg | PROCESS | Pre Print | Main News | 62,697.32 | Insert Quantity: 1,147,252; Thanksgiving |
| 11/29/200 Sat | LAT | | Full Page | RED | We Print | Main News | 44,472.00 | |
| 11/30/200 Sun | LAT | | Flexi 32pg | PROCESS | Pre Print | Main News | 62,138.08 | Insert Quantity: 1,034,600 |

Instructions:  Insertion Quantity is listed in Comment Section.          Order Total :   $388,756.41

---

PAYMENT BASED ON INSERTION ORDER COST. ANY DISCREPANCIES, PLEASE CALL.

Billing Address:
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
ATTN: Advertising Accounting

Contact:
Shawn McKean
Sr. Media Buyer
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
Phone (804) 486-7307
Fax   (804) 967-8828

*Jane Garcia* 10/3/08
Sales Assistant
National Consumer Electronics

EXHIBIT B