# EXHIBIT

# C

# Los Angeles Times

**DISPLAY ADVERTISING**
**INVOICE/STATEMENT**

202 W.First Street, Los Angeles, CA 90012
Our Customer Service hours are
8:30 am - 5.00 pm Weekdays
1-800-528-7515 latcustserv2@tribune.com

3 Document No:    09PK00086
4 Billing Date:    02/28/09
5 Billing Period:    MONTHLY

6 Terms: Net15

| 2 Billed Account | | 7 Billed Account No: | | 8 Advertiser No: |
|---|---|---|---|---|
| | CIRCUIT CITY STORES INC******* | | | |
| | ATTN ADV ACCOUNTING | 071511204 | | |
| | 9950 MAYLAND DRIVE | | | |
| | RICHMOND          VA   23233 | 9 Adv: | | |
| | | | | Page   1 |

7512      BENGE, CHARLEEN

| 10 DATE MO DAY | 11 INVOICE P.O. NUMBER | 12-13-14 PUB EDTH ADTP SECT PAGE POS CLR PROD | DESCRIPTION | 15 AD SIZE | 17 BILLED UNITS | 18 RATE | 19 GROSS AMOUNT | 20 NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11/27 | 2428583001 | PRP  FULL RET | BALANCE FORWARD CIRCUIT CITY | 01 ST12 | 147252 | 54.65 | 62697.32 | 441059.37 |
| | | | | | | | | 62697.32 |

PRIOR PERIOD BALANCE        441059.37
CURRENT PAYMENTS                  0.00
ADJMTS TO PRIOR PERIODS           0.00
CURRENT PERIOD ACTIVITY      62697.32
TOTAL AMOUNT DUE            503756.69

| 22  CURRENT | 24  30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | UNAPP PYMT/CREDIT | 25 AMOUNT DUE |
|---|---|---|---|---|---|---|
| 62697.32 | 138913.69 | 302145.68 | 0.00 | 0.00 | 0.00 | 503756.69 |

DETACH HERE

**RETURN THIS PORTION**
WITH YOUR CHECK IN THE ENCLOSED ENVELOPE
MAKE CHECK PAYABLE TO **LOS ANGELES TIMES**

AMOUNT DUE      503756.69

Date:      02/28/09

28 Remit To.

27 Billed To:      CIRCUIT CITY STORES INC*****   26 Account No:   071511204
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND          VA   23233

# Los Angeles Times

FILE 54221
LOS ANGELES, CA 90074-4221

0715112040000000000138913690626973250375669 11

EXHIBIT
C