# EXHIBIT D

# Los Angeles Times

202 W. First Street, Los Angeles, CA 90012
Our Customer Service hours are
8:30 am - 5:00 pm Weekdays
1-800-528-7515 latcustserv2@tribune.com

**DISPLAY ADVERTISING INVOICE/STATEMENT**

¹ *Los Angeles Times*

³ Document No: 09PK00010
⁴ Billing Date: 03/31/09
⁵ Billing Period: MONTHLY

⁶ Terms: Net15

² Billed Account:
CIRCUIT CITY STORES INC*******
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

⁷ Billed Account No: 071511204
⁸ Advertiser No:
⁹ Adv.

Page 1

| ¹⁰ DATE MO DAY | ¹¹ INVOICE P.O. NUMBER | ¹²⁻¹³⁻¹⁴ DESCRIPTION PUB EDTH ADTP SECT PAGE POS CLR PROD | ¹⁵ AD SIZE | ¹⁷ BILLED UNITS | ¹⁸ RATE | ¹⁹ GROSS AMOUNT | ²⁰ NET AMOUNT |
|---|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | | 503756.69 |
| | | PRIOR PERIOD BALANCE     503756.69 CURRENT PAYMENTS              0.00 ADJMTS TO PRIOR PERIODS       0.00 CURRENT PERIOD ACTIVITY       0.00 TOTAL AMOUNT DUE         503756.69 | | | | | |

| ²² CURRENT | ²⁴ 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | UNAPP PYMT/CREDIT | ²⁵ AMOUNT DUE |
|---|---|---|---|---|---|---|
| 0.00 | 62697.32 | 138913.69 | 302145.68 | 0.00 | 0.00 | 503756.69 |

DETACH HERE

**RETURN THIS PORTION**
WITH YOUR CHECK IN THE ENCLOSED ENVELOPE
MAKE CHECK PAYABLE TO **LOS ANGELES TIMES**

Date:    03/31/09

²⁷ Billed To:
CIRCUIT CITY STORES INC*****
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

26 Account No: 071511204

AMOUNT DUE    503756.69

²⁸ Remit To:

# Los Angeles Times

FILE 54221
LOS ANGELES, CA 90074-4221


EXHIBIT D

07151120400000000000626973280000000005037566919