# EXHIBIT E

CAROL LIOTTA

```
ICDT 3003M                          CREDIT MASTER DISPLAYED (DISP PROD)      10:54
NAME #071511204                     PUB PRP  INV 00811270   ITEM __1 SEQ ___A
04/09/09 JEFF_SHORT_WORKING_ON_$62K_SHORTAGE_WITH_ATTORNEY_MSS
CNTL ID  : 3676          REVIEW ON:                         DELQ LTR: _ ('N' = NO)
STATUS   : X             CONTACT  :                         CURR:
RISK CODE: TST1          PHONE    :            X             30 :
D & B    :               ENT  DATE: 11/10/08   PMT: _        60 :
STMT TYPE: BF            APPR DATE:            B/D: _        90 :
SORT GRP :               CDT LIMIT:    700.00  REF: _       120 :
PO REQ   :               $EXPOSURE:                         UNAP:
AGE TYPE : CADV C        $UNBILLED:                         OUTSTDG:
BILL CYC : MCPK          $BOOKED  :                         DISPUTE:
ADV STMT :               #BOOKED  :                         B/D DATE:
AGY STMT :               COLL AGY :                 B/D ORIG AMT:   62697.32
#STMTS   :               INT NBR  :                 B/D AMT  DUE:   62697.32
COMMENTS : POST- PETITION
*-------------ADVERTISER------------* *--------------AGENCY--------------*
NAME CIRCUIT CITY STORES INC*****     NAME
NAM2 ATTN ADV ACCOUNTING              NAM2
ADDR 9950 MAYLAND DRIVE               ADDR
CITY RICHMOND            VA  23233    CITY
PAR# 067588006                        PAR#
                                              LAST ACT ECSH DATE 04/30/09
1=HLP 2=ADD 3=END 4=CHG 5+INQ 6=LST        8=NXT    11=REM 12=NCQ 24->
```

LATIMES

EXHIBIT E