# EXHIBIT F

# Los Angeles Times

202 W. First Street, Los Angeles, CA 90012
Our Customer Service hours are
8:30 am - 5:00 pm Weekdays
1-800-528-7515 latcustserv2@tribune.com

**DISPLAY ADVERTISING INVOICE/STATEMENT**

[1] Los Angeles Times

[2] Billed Account:
CIRCUIT CITY STORES INC*******
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

[3] Document No: 09PK00006
[4] Billing Date: 04/30/09
[5] Billing Period: MONTHLY
[6] Terms: Net15
[7] Billed Account No: 071511204
[8] Advertiser No:
[9] Adv:

Page 1

| [10] DATE MO DAY | [11] INVOICE P.O. NUMBER | [12-13-14] DESCRIPTION PUB EDTH ADTP SECT PAGE POS CLR PROD | [15] AD SIZE | [17] BILLED UNITS | [18] RATE | [19] GROSS AMOUNT | [20] NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 04/30 | | BALANCE FORWARD  write-off | | | | | 503756.69 |
| 04/06 | | PAYMENT | | | | | -62697.32 |
| 04/06 | | PAYMENT CHECK #4606908 | | | | | -302145.68 |
| | | PAYMENT CHECK #4607025 | | | | | -138913.69 |

```
PRIOR PERIOD BALANCE        503756.69
CURRENT PAYMENTS           -503756.69
ADJMTS TO PRIOR PERIODS          0.00
CURRENT PERIOD ACTIVITY          0.00
TOTAL AMOUNT DUE                 0.00
```

| [22] CURRENT | [24] 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | UNAPP PYMT/CREDIT | [25] AMOUNT DUE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

DETACH HERE

**RETURN THIS PORTION**
WITH YOUR CHECK IN THE ENCLOSED ENVELOPE
MAKE CHECK PAYABLE TO **LOS ANGELES TIMES**

AMOUNT DUE.    0.00

Date    04/30/09

[27] Billed To:
CIRCUIT CITY STORES INC*****
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

[26] Account No: 071511204

[28] Remit To:
**Los Angeles Times**

FILE 54221
LOS ANGELES, CA 90074-4221

0715112040000000000000000000000000000000012

**EXHIBIT F**