# EXHIBIT G

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT **EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION** | PROOF OF CLAIM |
|---|---|

Name of Debtor: **CIRCUIT CITY STORES INC**  
Case Number: **08-35653**

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): **TRIBUNE COMP DIB/A LOS ANGELES TIMES**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent: **TRIBUNE COMPANY, 435 N. MICHIGAN AVE, 3RD FL, CHICAGO IL 60611, ATT: CAROL LIOTTA**

Court Claim Number: _____ (If known)

Telephone number: **312-222-3682**

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: **$62,699.32**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: **ADMINISTRATIVE CLAIM SERVICES RENDERED**
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: **D715 1120 4**

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

Amount entitled to priority:

$_____

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Date: **5/4/09**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **CAROL LIOTTA**

*Carol Liotta / Coordinator*

RECEIVED
MAY 28 2009
KURTZMANCARSONCONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☐ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☒ No copy to return



083565309052800

EXHIBIT
G

Tribune Company
435 N. Michigan Ave. 3rd fl
Chicago Illinois 60611

May 4th, 2009.

Reg: Circuit City Stores Inc
     9950 Mayland Drive
     Richmond, Va. 23233

Account # 071511204
Balance Due; $ 62,697.32

Dear Sir:
Enclosed please find a Statement of Claim and corresponding Invoice Statement for the above referenced debtor.

Please execute this Claim, and acknowledge receipt via return mail in the attached, self-addressed stamped envelope.

Respectfully yours,

*(signature)*

Carol Liotta/ Collection Coordinator
Tribune Company d/b/a Los Angeles Times

312 – 222 – 3682
email: cliotta@tribune.net

# Los Angeles Times

202 W. First Street, Los Angeles, CA 90012
Our Customer Service hours are
8:30 am - 5:00 pm Weekdays
1-800-528-7515 latcustserv2@tribune.com

**DISPLAY ADVERTISING INVOICE/STATEMENT**

| | |
|---|---|
| 3 Document No: | 09PK00896 |
| 4 Billing Date: | 02/28/09 |
| 5 Billing Period: | MONTHLY |

6 Terms: Net15

7 Billed Account No: 071511204

8 Advertiser No:

2 Billed Account:
CIRCUIT CITY STORES INC*******
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

9 Adv:

Page 1

7512    BENGE, CHARLEEN

| 10 DATE MO DAY | 11 INVOICE P.O. NUMBER | 12-13-14 DESCRIPTION PUB EDTH ADTP SECT PAGE POS CLR PROD | 15 AD SIZE | 17 BILLED UNITS | 18 RATE | 19 GROSS AMOUNT | 20 NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 11/27 | 2428583001 | BALANCE FORWARD<br>PRP  FULL RET<br>CIRCUIT CITY | 01 ST12 | 1147252 | 54.65 | 62697.32 | 441059.37<br>62697.32 |

```
PRIOR PERIOD BALANCE          441059.37
CURRENT PAYMENTS                   0.00
ADJMTS TO PRIOR PERIODS            0.00
CURRENT PERIOD ACTIVITY        62697.32
TOTAL AMOUNT DUE              503756.69
```

| 22 CURRENT | 24 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | UNAPP PYMT/CREDIT | 25 AMOUNT DUE |
|---|---|---|---|---|---|---|
| 62697.32 | 138913.69 | 302145.68 | 0.00 | 0.00 | 0.00 | 503756.69 |

DETACH HERE

**RETURN THIS PORTION**
WITH YOUR CHECK IN THE ENCLOSED ENVELOPE
MAKE CHECK PAYABLE TO **LOS ANGELES TIMES**

AMOUNT DUE:    503756.69

Date:    02/28/09

28 Remit To:

# Los Angeles Times

26 Account No: 071511204

27 Billed To:
CIRCUIT CITY STORES INC*****
ATTN ADV ACCOUNTING
9950 MAYLAND DRIVE
RICHMOND    VA    23233

FILE 54221
LOS ANGELES, CA 90074-4221

07151120400000000001389136906269732503756911