RICHMOND DIVISION

F        F
I    APR 2 2 2010   I
L        L
E        E
D   CLERK   D
US BANKRUPTCY COURT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### NO. 14552 FILED BY Lafayette Consolidated Government

Lafayette Consolidated Government, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 14552 that was filed on August 10, 2009.

Dated: April 12, 2010

[SIGNATORY]
[Customer Service Administrator]
[Lafayette Consolidated Government]
[P O Box 4024]
[Lafayette, LA 70502]
[337-291-8065]

Lafayette Consolidated Government

\10785892.1