TO: UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**RICHMOND DIVISION**
**FILED APR 22 2010**
**CLERK US BANKRUPTCY COURT**

Re: HEARING HELD MAR. 25, 2010
REQUEST FOR REDACTION
REDACTED TRANSCRIPT - TRANSCRIPT FILED 4/6/20

WRITING THE COURT REQUESTING REDACTION OF THE TRANSCRIPT FOR HEARING HELD MAR. 25, 2010 - FILED APRIL 6, 2010 FOR FRANKLIN S. WILSON [6950] [6994] FOR REMOTE ELECTRONIC ACCESS - BOA SAVINGS ACCOUNT, ACCT# 483000 82250 ROUTEING # 021000322 - REDACTION OF THE TRANSCRIPT FOR REMOTE ELECTRONIC ACCESS BY FRANKLIN S. WILSON AND TRANSFER OF THE SUMMARY JUDGEMENT GRANTED TO BOA SAVEINGS ACCOUNT: FRANKLIN S. WILSON, ACCT# 483000 82250 PIN + PASSWORD - 012753, ON THE TRANSCRIPT.

CASE # 08-35653 (KRH)
CHAPTER 11
JUDGE KEVIN R. HUENNEKENS
9950 MARYLAND DRIVE
RICHMOND, VA. 23233

CIRCUIT CITY STORES INC.
DEBTOR:
54-0493875

SIGNED Franklin S. Wilson