UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.<br><br>　　Debtor. | Case No: 08-35653-KRH<br><br>**RESPONSE OF S.M. WILSON & COMPANY TO SEVENTIETH DEBTORS' OMNIBUS OBJECTION TO CLAIMS** |

　　S. M. Wilson & Company ("SM Wilson"), by and through counsel, for its Response to Debtor's Seventieth Omnibus Objection to claims, including the claim of SM Wilson, states:

　　**Title of Debtor's Objection to Claim at Issue:**

　　Debtors' Seventieth Omnibus Objection to Claims:  (docket No. 7013).

　　**Claimant's Name:**  S.M. Wilson & Company

　　**Claim explanation:**  Unpaid bills for construction at Harker Heights Project (Payment Application #6 dated November 5, 2008 in amount of $56,297.71);

　　Unpaid bills for construction – Mansfield Project (Payment Application #4 dated October 15, 2008 in amount of $119,965.90;  Payment Application #5 dated December 12, 2008 in amount of $66,958.52).

　　**Person with Knowledge of facts:**

>	Mike Dohle
>	S.M. Wilson & Company
>	2185 Hampton Avenue
>	St. Louis, MO 63139
>	Mike.dohle@smwilson.com
>	314-645-9595 (Phone)
>	314-645-1700 (Fax)

**Statement of Claim:**

S.M. Wilson performed services under contract dated March 3, 2008 (Harker Heights), as set forth in Payment Application No. 6 (referenced above); and under Contract dated March 3, 2008 (Mansfield), as set forth in Payment Application No. 6 (referenced above); and under contract dated March 3, 2008 (Mansfield) as set forth in payment application No. 4 and Payment Application No. 5 (each referenced above), none of which services were paid by Circuit City Stores, Inc.

**Claimant's Address, telephone number and fax number**:  are set forth above.

**Attorneys address, telephone number and fax number:**  are set forth below in signature block.

**Contact Information, Person with Authority to Settle:**  Mike Dohle – see above and J. Talbot Sant, Jr. – see signature block below.

Dated: April 22, 2010

Respectfully submitted,
SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.

By: /s/ Gregory D. Grant
Gregory D. Grant (VA Bar No. 31784)
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
(301) 230-6578


ARMSTRONG TEASDALE LLP


By: /s/ *J. Talbot Sant, Jr.*
J. Talbot Sant, Jr.   IL #6199764 SDIL #4260
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070
(314) 621-5065 (facsimile)
jsant@armstrongteasdale.com

ATTORNEY FOR SM WILSON