UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| In re:<br><br>CIRCUIT CITY STORES, INC.<br><br>Debtor. | Case No: 08-35653-KRH<br><br>**DECLARATION OF MIKE DOHLE** |
|---|---|

I am over the age of eighteen and competent to testify. I have personal knowledge of the facts set forth herein and in the Response of S.M. Wilson & Company to Seventieth Omnibus Objection to Claims (the "Response"). The facts set forth in the Response at "Claim Explanation" and "Statement of Claim" are true and accurate.

Dated: April 22, 2010

_____
Mike Dohle