# EXHIBIT B

Circuit City Stores, Inc.
Legal Department
9950 Mayland Drive
Richmond, VA 23233-1464
tel 804.486.8555
fax 804.486.8248

Myke Lynch
Senior Buyer, Micro Display and Furniture
T 804.486.2634
myke_lynch@circuitcity.com

December 13, 2007

**OVERNIGHT MAIL**

Jim Sexton, President
Z-Line Designs, Inc.
2410 San Ramon Valley Boulevard, Suite 205
San Ramon, California 94583

Re: **Circuit City Stores, Inc.**

Dear Jim:

Circuit City Stores, Inc. has made a decision with our future plans in the furniture business. As such, we are terminating our relationship with Z-Line Designs. We will be sending you chargebacks for the display allowance ($39,524.75) and advertising funding ($25,369.92) which Z-Line Designs agreed to by email dated November 28.

Please understand that we have valued your association with Circuit City as a vendor, and we wish you continued success in the future.

Thank you again for your cooperation.

Sincerely,

Myke Lynch

ML/cbf