# EXHIBIT C

# Circuit City Stores, Inc.

## New Product Setup Information
### Part 1 - To be completed by vendor

| | | | |
|---|---|---|---|
| Vendor Name | Z-Line Designs, Inc. | | |
| Address | 2410 San Ramon Valley Blvd. Ste. 205 | | |
| Contact Name | Joann Lee | Phone Number | 925-743-4000 ext. 105 |
| Model Number | Z22-1S | Email Address | jlee@z-linedesigns.com |
| Product Description | Elements 55" Wide TV Stand in Black Chrome and Black Glass | | |
| H.T.S.U.S. Number | 9403.80.60.80 | Factory Location | China |
| H.T.S. Description | Furniture of glass and metal | | |
| Country of Origin | China | FOB Port | Yantian, China |
| UPC Code | 631680102212 | AD Embargo Date | |

## Packaging and Ordering Information
### Part 2 - to be completed by vendor

| | | | | | |
|---|---|---|---|---|---|
| PO Lead Time | 45 days | Production Lead Time | | 65 days | Ship Pack Quantity | |
| Minimum Order Quantity | | | 333 | Ship Pack Weight | |
| Vendor Pack | | | 1 | lbs | 128.7 | kgs | 58.5 |
| Unit Quantity per 20' Container | n/a | | | Ship Pack Dimensions | |
| Unit Quantity per 40' Container | | | 333 | Height | 7-1/8" | Specify if you are providing inches or cm | inches |
| Unit Quantity per 53' Trailer | n/a | | | Width | 25-1/4" | | |
| Carton Cube (Master Pack) | | 6.14' | | Length | 59" | | |
| Is item mixable within container Y/N | | no | | | |
| If no, list restrictions below | | | Any order visibility required before order date? Y/N | |
| | | | If yes, list how far out below | |

### Unboxed Dimensions

| | | | |
|---|---|---|---|
| Height | 22" | Specify if you are providing inches or cm | |
| Width | 55" | | inches |
| Depth | 24" | | |

PHOTO:

### Unit Package Dimensions

| | | | |
|---|---|---|---|
| Height | 7-1/8" | Specify if you are providing inches or cm | |
| Width | 25-1/4" | | |
| Length | 59" | | inches |

### Item Attributes

| | | | |
|---|---|---|---|
| Source Method | | Load Indicator | |
| PO Bundle Location | | | |

## Pricing and Shipping Information

### Part 3 - To be completed by vendor

| Invoice Cost | $142.00 FOB China | MSRP | | Warranty in Months | |
|---|---|---|---|---|---|
| Payment Terms | | | | Parts | 12 |
| % / # of Days | LC at Sight | | | Labor | n/a |

| Deal Discounts DFI | | | | Deal Discounts Accruals | | | |
|---|---|---|---|---|---|---|---|
| Type | $ / % | Amount | | Type | $ / % | Amount | Monthly Qrtly Semi-Anually |
| Defect Allo | 3% | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| FOB point CC takes Possession | |
|---|---|
| 717 | |
| Please specify location | FOB Yantian, China |

## Internal Information

### Part - 4 To be completed by Circuit City

| | | To be completed by Merch. Coordinator | | To be completed by Pricing Specialist | |
|---|---|---|---|---|---|
| Freight / Handling per unit into 717 | | RTV Priviledges Y/N | | Deal # | |
| | | Class | | IDU | |
| Duty per unit | | Brand | | Date Received | |
| Freight / Handling per unit into 717 | | Buyer Name | | Initials | |
| | | Marianne Kee | | | |
| Total Landed Cost | | | | | |
| Condition Code | | | | | |