# EXHIBIT D

# NEW PRODUCT SPEC SHEET

| | |
|---|---|
| **Brand:** Z-Line Designs, Inc. | **Model:** Z51-44S |
| **No. of Cartons:** 1 | **Banded as one?** |
| **Model Number as it appears on the carton:** Z51-44S | |
| **UPC Code:** 631680151449 | **Carton Weight:** 100.9 |

| | | | | | |
|---|---|---|---|---|---|
| **Boxed Dimensions:** | 4-3/8" Height | 31-7/8" Width | 47-13/16" Depth | | |
| **Product Dimensions:** | 20" Height | 44 Width | 25" Depth | | |

### Inside Component Dimensions

| | | | | |
|---|---|---|---|---|
| **TV Compartment:** | n/a Height | 44" Width | 25" Depth | |
| **Middle Shelf** | 8-1/2" Height | 32-3/4" Width | 21-1/2" Depth | Fill in Applicable Cells |
| **Bottom Shelf** | 9" Height | 32-3/4" Width | 21-1/2" Depth | |

| | | | |
|---|---|---|---|
| **Warranty in Months:** | **Parts:** 12 | **Labor:** n/a | |
| **Available to ship:** 60 days | **Replenishment Lead Time:** 60 days | | |

### Roadshop and Assembly Information

**Assembly Time:** 30 min       **Parts Order Phone Number:** 1-888-736-2141

**General Description:** 10mm thick top shelf and 8mm thick additional shelves in a Black Tempered glass accented by chrome cylinders. Two large round brushed chrome poles frame the sides of this stand. This contemporary yet simple design fits beautifully in any home.

| Features: | Benefits: |
|---|---|
| 1) Black 10mm and 8mm Tempered Glass Shelves | 1) Versatile as well as functional |
| 2) Wire Management | 2) open shelves allows air to circulate to keep components c |
| 3) Contemporary Design | 3) Easy to assemble |
| 4) Brushed Chrome Poles | 4) Unique design |
| 5) Chrome cylinder accents | 5) 5 Year Warranty |

**Complies with, and passed UL 1678 Standard:**       **Product will carry UL Approved Sticker?**

**Maximum Load capacity for: TV shelf** 240       **Component Shelf** 65

**TV Stands Only:**    **Tip Test passed at** 10° angle, with 240 Lbs. of front load weight

**For stands with glass tops, thickness of glass:** 10mm

### Other Requirements

| | |
|---|---|
| **Instruction Manual Must State:** | That product complies with, and passes UL Standards |
| | Max Load Capacity of TV Shelf |
| | Max Load Capacity of Component Shelf |

## Other materials required. Please send along with this form.

1. An electronic image for our website.
2. An electronic image of the products packaging.
3. An electronic copy of your spec sheet for this model.
4. A PDF copy of assembly instructions