## Exhibits

### Mansfield Project

- Contract, dated March 3, 2008
- Mechanic's Lien, $186,924.42, dated Jan. 15, 2009
- Payment Application No. 4 (unpaid), $119,965.90, dated Oct. 15, 2008
- Payment Application No. 5 (unpaid), $66,958.52, dated Dec. 12, 2008

### Harker Heights Project
- Contract, March 3, 2008
- Payment Application No. 6, $56,297.71, dated Nov. 5, 2008