Richard I. Hutson, Esq., VSB# 71097
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
*Counsel for US Signs, Inc.*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| Debtor. | ) | |

### CERTIFICATE REGARDING DISCOVERY

I hereby certify that a true and accurate copy of U.S. Signs' First Set of Interrogatories and First Requests for Production of Documents to Debtors' were served upon all of the following in the manner described, on this, the 22nd day of April 2010:

MCGUIREWOODS LLP
Douglas M. Foley, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219
By First Class Mail, postage prepaid & Via E-Mail to: dfoley@mcguirewoods.com

Skadden, Arps, Slate, Meagher & Flom, LLP
Gregg M. Galardi, Esq.
Ian Fredericks, Esq.
One Rodney Square, P.O. Box 636
Wilmington, Delaware 19899-0636
Via E-Mail: gregg.galardi@skadden.com and Ian.Fredericks@skadden.com

/s/ Richard I. Hutson
Richard I. Hutson, Esq., VSB #71097
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
*Counsel for US Signs, Inc.*