Richard I. Hutson, Esq., VSB# 71097
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
*Counsel for US Signs, Inc.*

---

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC. | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATE REGARDING DISCOVERY

I hereby certify that a true and accurate copy of U.S. Signs' Response to Debtors' First Set of Interrogatories and First Set of Request for Production of Documents was served upon all of the following via FedEx Overnight, on this, the 19th day of April 2010:

MCGUIREWOODS LLP
Douglas M. Foley, Esq.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

/s/ Richard I. Hutson
Richard I. Hutson, Esq.
Fullerton & Knowles, P.C.
12642 Chapel Road
Clifton, VA 20124
(703) 818-2600
FAX: (703) 818-2602
rhutson@fullertonlaw.com
*Counsel for US Signs, Inc.*