# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**                                                          **In re:**  Circuit City Stores, Inc.

**Case Number**    08−35653−KRH
**Chapter**    11

**IN RE:**

*7238* – Letter requesting a copy of the transcript and the price there of for redaction purposes filed by Franklin Wilson. (French, Suzanne)

**INQUIRY:**

__    Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

__    The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

__    Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

__    Your request for photocopies has been received. Photocopies are provided by an on−site or an off−site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:
**Richmond:**  Contact the Clerk´´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916−2400

__    The name and address of the Trustee or (Attorney for Debtor) in this case is:
[Name and Address of Trustee or Attorney for Debtor]

__    This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

__    The following papers are returned to you:

**X**    Remote electronic access to the transcript for hearing held on 03/25/2010 is restricted until 07/6/2010. For information about how to request a copy of the transcript contact the transcriber, J&J Court Transcribers, Inc., Telephone number 609−586−2311

Date:   April 20, 2010                                  CLERK, UNITED STATES BANKRUPTCY COURT

                                                        By /s/ Suzanne French, Deputy Clerk
[iginquiryvDec2009.jsp]                                 Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Apr 20, 2010
Case: 08-35653                 Form ID: iginqury          Total Noticed: 1
```

The following entities were noticed by first class mail on Apr 22, 2010.
```
cr            +Franklin Wilson,    2 Highland Street,    Port Chester, NY 10573-3382
```

The following entities were noticed by electronic transmission.
NONE.                                                                                            TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp*         +Franklin Wilson,    2 Highland Street,    Port Chester, NY 10573-3382
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2010**                    **Signature:** _Joseph Speetjens_