DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. ELLIOTT (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

　　　　-and-

WILLIAM A. BROSCIOUS (VA State Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia  23233
Telephone:    (804) 741-0400, ext. 202

Attorneys for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>　　　　Debtors. | Case No.:  08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

**ORDER GRANTING APPELLANT PARAMOUNT HOME ENTERTAINMENT INC.'S**
**MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL**
**IN RECORD ON APPEAL**

This cause came before the Court upon the filing of *Appellant Paramount Home Entertainment Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal and Memorandum of Law in Support Thereof* [Docket No. 7061] (the "Motion"). The Court having reviewed the Motion and the notice of the Motion and there being no opposition to the Motion, it is HEREBY ORDERED THAT:

2

    1.     The Motion is GRANTED, and

    2.     The record on appeal shall include the arguments of counsel recorded in the transcripts of the January 14, 2010 hearing [Docket No. 6312] as designated by Paramount Home Entertainment, Inc.


Entered:                                                                _____

                                                            Kevin R. Huennekens
                                                            United States Bankruptcy Judge

I ASK FOR THIS:

By: */s/ David M. Stern* _____
   KLEE, TUCHIN, BOGDANOFF & STERN LLP
   David M. Stern
   Michael L. Tuchin
   Korin A. Elliott
   1999 Avenue of the Stars, 39th Floor
   Los Angeles, CA 90067
   Tel: (310) 407-4000
   Email: dstern@ktbslaw.com

   KEPLEY BROSCIOUS & BIGGS, PLC
   William A. Broscious (VA State Bar No. 27436)
   2211 Pump Road
   Richmond, Virginia  23233
   Tel: (804) 741-0400
   Email: wbroscious@kbbplc.com

   Attorneys for PARAMOUNT HOME ENTERTAINMENT INC.

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/     Korin A. Elliott* _____
Korin A. Elliott

# MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER

**U.S. Trustee**
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, VA  23219

**Counsel to the Debtors**
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Fl.
Wilmington, DE  19801

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA  23219

**Counsel to the Official Creditors Committee**
Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Stanley E. Goldich, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth St., 2nd Floor
Richmond, VA  23219