IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | : |  |
|  | : |  |
|  | : |  |
|  | x |  |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN FIFTH INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH JANUARY 31, 2010**

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the Fifth Interim Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period from November 1, 2009 through January 31, 2010 (the "Fifth Interim Application")[1] having been filed and served pursuant to the Plan and no other or further notice being necessary; and the Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the Fifth Interim Application or that any such objection has been resolved or is hereby overruled; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Fifth Interim Application.

ORDERED, ADJUDGED, AND DECREED that:

The reimbursement of expenses incurred requested in the Fifth Interim Application are hereby approved and allowed on an interim basis in the amount of $1,434.17.

The fees requested in the Fifth Interim Application are hereby approved and allowed on an interim basis in the amount of $17,062.50.

The Debtors are hereby authorized to promptly pay DJM any unpaid portion of the allowed amount of fees approved by this Order.

This Order is without prejudice to the right of DJM to seek further allowance and payment of compensation upon application to this Court.

Dated: Richmond, Virginia
_____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                                                   /s/ Douglas M. Foley