Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER ON DEBTORS' SIXTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
<u>AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)</u>**

THIS MATTER having come before the Court on the

Debtors' Sixty-Seventh Omnibus Objection to Claims

(Disallowance of (I) Certain Amended Claims; and (II)

Certain Duplicate Claims) (the "Objection"), which

requested, among other things, that the claims specifically

identified on Exhibit C and Exhibit D attached to the Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and the Court having entered an Order on the Objection (Docket No. 7069) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the claim identified under the column entitled "Claim to be Disallowed" on <u>Exhibit A</u> as attached hereto and incorporated herein (the "Disallowed Claim"), is disallowed for all purposes in these bankruptcy cases; <u>provided</u>, <u>however</u>, for the avoidance of doubt, the claim identified under the column entitled "Surviving Claim" shall not be disallowed.

2. Notwithstanding the Initial Order, the Objection is

2

withdrawn without prejudice as to the claim identified on Exhibit B (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claim on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3.  The Debtors' rights and abilities to object at a later time to any claim included in the Objection on any grounds and on any bases that bankruptcy or non-bankruptcy law permits are expressly preserved in their entirety; provided, however, to the extent each "Claim To Be Disallowed" was timely filed, the Debtors will not object to the corresponding "Surviving Claim" as untimely, except to the extent, under applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the "Surviving Claim" included a new claim that would not relate back to the original date on which the "Claim To Be Disallowed" was filed.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or

3

before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims
Supplemental Order (Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 12402 <br> Date Filed: 04/29/2009 <br> Creditor's Name and Address: <br> CHASE BANK USA NATIONAL ASSOCIATION <br> ATTN DANIEL P TIERNEY <br> 201 N WALNUT ST <br> 3 CHRISTINA CTR <br> WILMINGTON, DE 19801 <br><br> Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation:: <br> Unsecured: $37,182,615.00 <br> Total: $37,182,615.00 | Claim: 14787 <br> Date Filed: 01/07/2010 <br> Creditor's Name and Address: <br> CHASE BANK USA NATIONAL ASSOCIATION <br> ATTN DANIEL P TIERNEY <br> 201 N WALNUT ST <br> 3 CHRISTINA CTR <br> WILMINGTON, DE 19801 <br><br> Debtor: CIRCUIT CITY STORES, INC. (08-35653) <br> Secured: <br> Priority: <br> Administrative: <br> Reclamation:: <br> Unsecured: $33,789,082.00 <br> Total: $33,789,082.00 |

**Total Claims To Be Amended:** 1
**Total Asserted Amount To Be Amended:** $37,182,615.00

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims Supplemental Order (Disallowance Of Certain Amended Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| THE COLUMBUS DISPATCH<br>WELTMAN WEINBERG & REIS CO LPA<br>175 S THIRD ST STE 900<br>COLUMBUS, OH 43215 | 12386 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured: $98,246.66<br>Reclamation:<br>Total: $98,246.66 | 04/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:  1   $98,246.66

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1