UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No.: 08-35653 )<br>) Judge Kevin R. Huennekens )<br>) Jointly Administered )<br>) **TRANSFER OF CLAIM**<br>) **BANKRUPTCY RULE 3001(E)(2)** |
| CIRCUIT CITY STORES, INC., | |
| Debtors. | |

PLEASE TAKE NOTICE that the claim(s) of Fire Materials Group LLC (underlying creditor or "Transferor"), against the above captioned Debtor in the amounts of $1,624,315.88, as set forth in proof of claim number 8290 filed 1/29/2009 has been transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP (excluding the Administrative Priority claim number 13912 in the amount of $75,249.65). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to United States Debt Recovery V LP upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, United States Debt Recovery V LP below.

**TRANSFEROR:** Fire Materials Group LLC

Print Name: _RUSSELL B. LEAVITT_   Title: _CHAIRMAN_
Signature: _[signed]_   Date: _APRIL 19, 2010_
Corrected Address (if req.) _____
Phone: _480-282-5361_   E-Mail: _RLeavitt@telgian.com_

**TRANSFEREE:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _[signed]_
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA

)
) Case No.: 08-35653 (KRH)
)
In re: ) Jointly Administered
)
**CIRCUIT CITY STORES, INC. et al.** ) Chapter 11
)
Debtors. ) **TRANSFER OF CLAIM**
) **BANKRUPTCY RULE** 3001(E)(2)
)

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
Fire Materials Group LLC
Paul J Leeds Esq
Higgs Fletcher & Mack LLP
401 West A St Ste 2600
San Diego, CA 92101

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk