Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
          Debtors.             : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
APRIL 29, 2010 AT 2:00 P.M. (EASTERN)**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
April 29, 2010 beginning at 2:00 p.m. Eastern.

**I.   WITHDRAWN/RESOLVED MATTERS**

1.   Creditor John Raleigh's Motion To Deem Proof Of Claim
     Timely Filed And For Leave To Amend (Docket No. 5198)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5199)

     b.   Fourth Supplemental Order on Debtors' Eighth
          Omnibus Objection to Certain Late Claims (Docket
          No. 6588)

     Objection
     Deadline:        May 21, 2009 at 5:00 p.m., extended for
                      the Debtors until April 22, 2010

     Objections/
     Responses
     Filed:           None

     Status:          This matter is resolved in principle
                      subject to agreement upon and completion
                      of settlement documentation.

**II.  CONTINUED/ADJOURNED MATTERS**

2.   Schimenti Construction Company, LLC's Motion for
     Examination and Order Directing Debtor, Circuit City
     Stores, Inc. to Produce Documents Pursuant to Federal
     Rule of Bankruptcy Procedure Rule 2004 and Memorandum
     in Support Thereof (Docket No. 3591)

     Objection
     Deadline:        June 22, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Debtors' Objection to Schimenti Construction
          Company, LLC's Motion for Examination and Order
          Directing Debtor, Circuit City Stores, Inc. to
          Produce Documents Pursuant to Federal Rule of
          Bankruptcy Procedure Rule 2004 (Docket No. 3701)

> Status:        This matter has been adjourned to May
>                11, 2010 at 10:00 a.m.

3.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

>     Related
>     Documents:
>
>     a.    Notice of Motion and Hearing for Motion for Entry
>           of an Order Granting Allowance and Compelling
>           Payment of Administrative Expense Claim, by Mad
>           Cow International Group Limited (Docket No. 5197)
>
>     Objection
>     Deadline:      October 27, 2009 at 4:00 p.m., extended
>                    for the Debtors until May 13, 2010 at
>                    4:00 p.m.
>
>     Objections/
>     Responses
>     Filed:         None at the time of filing this agenda
>
>     Status:        This matter has been adjourned to May
>                    20, 2010 at 10:00 a.m.

4.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

>     Objection
>     Deadline:      January 7, 2010 at 4:00 p.m., extended
>                    for the Debtors until May 13, 2010 at
>                    4:00 p.m.
>
>     Objections/
>     Responses
>     Filed:         None at the time of filing this agenda
>
>     Status:        This matter has been adjourned to May
>                    20, 2010 at 10:00 a.m.

**III.  CONTESTED MATTERS**

5.   Verified Motion to Reconsider (A) Order Denying Motion
     of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel
     Debtor to Assume Executory Contract and (B) Order
     Pursuant to Bankruptcy Code Sections 105(a) and 365(a)
     and Bankruptcy Rule 6006 Authorizing Rejection of
     Certain Executory Contract with Ryan, Inc. (Docket No.
     6955)

     Related
     Documents:

     a.   Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to
          Compel Debtor to Assume Executory Contract (Docket
          No. 5648)

     b.   Debtors' Eighth Omnibus Motion for Order Pursuant
          to Bankruptcy Code Sections 105(a) and 365(a) and
          Bankruptcy Rule 6006 Authorizing Rejection of
          Certain Executory Contracts (Docket No. 6416)

     c.   Order Denying Motion of Ryan, Inc. f/k/a Ryan &
          Company, Inc. to Compel Debtor to Assume Executory
          Contract (Docket No. 6796)

     d.   Order Pursuant to Bankruptcy Code Sections 105(a)
          and 365(a) and Bankruptcy Rule 6006 Authorizing
          Rejection of Certain Executory Contract with Ryan,
          Inc. (Docket No. 6804)

     e.   Notice of Motion and Hearing (Docket No. 6972)

     f.   Amended Notice of Motion and Hearing (Docket No.
          7008)

     g.   Ryan, Inc. f/k/a Ryan & Company's Witness and
          Exhibit List for Hearing on Motion to Reconsider
          (Docket No. 7295)

     Objection
     Deadline:        April 22, 2010 at 11:59 p.m.

     Objections/
     Responses

Filed:

   a.   Debtors' Objection To Verified Motion To
Reconsider (A) Order Denying Motion Of Ryan, Inc.
f/k/a Ryan & Company, Inc. To Compel Debtor To
Assume Executory Contract And (B) Order Pursuant
To Bankruptcy Code Sections 105(a) And 365(a) And
Bankruptcy Rule 6006 Authorizing Rejection Of
Certain Executory Contract With Ryan, Inc. (Docket
No. 7256)

Status:          This matter is going forward.

## IV.  OMNIBUS CLAIM OBJECTIONS – RESOLVED MATTERS

6.  Debtors' Twenty-Third Omnibus Objection to Claims
(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 3711)

Related
Documents:

   a.   Order on Debtors' Twenty-Third Omnibus Objection
to Claims (Modification of Certain Duplicate
503(b)(9) Claims) (Docket No. 4465)

   b.   Supplemental Order on Debtors' Twenty-Third
Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims) (Docket No.
6295)

   c.   Corrected Supplemental Order on Debtors' Twenty-
Third Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims) (Docket No.
6869)

   d.   Supplemental Order Resolving the Debtors' Fourth,
Twenty-Third, and Forty-Second Omnibus Objections
with Respect to Mitsubishi Digital Electronics
America, Inc. (Docket No. 6871)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/

Responses
Filed:              See attached <u>Exhibit A</u>.

Status:             This matter has been resolved.  A
                    supplemental order has been submitted
                    sustaining the Debtors' objection to
                    Vonage Marketing, LLC.

7.   Notice of Hearing on the Merits on Debtors' Fifty-
     Seventh Omnibus Objection to Claims (Disallowance of
     Certain Alleged Administrative Expenses) and Responses
     Thereto (Docket No. 6839)

     Related
     Documents:

     a.   Debtors' Fifty-Seventh Omnibus Objection to Claims
          (Disallowance of Certain Alleged Administrative
          Expenses) (Docket No. 5321)

     b.   Order on Debtors' Fifty-Seventh Omnibus Objection
          to Claims (Disallowance of Certain Alleged
          Administrative Expenses) (Docket No. 6070)

     c.   Supplemental Order on Debtors' Fifty-Seventh
          Omnibus Objection to Claims (Disallowance of
          Certain Alleged Administrative Expenses) (Docket
          No. 6598)

     d.   Notice of Proposed Settlement Agreement and
          Stipulation by and among the Debtors and Snell
          Acoustics, Inc. Resolving Debtors' Fifty-Seventh
          and Fifty-Eighth Omnibus Objections to Claims
          (Docket No. 7201)

     Objection
     Deadline:      November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Response of Snell Acoustics, Inc. to Debtors
          Fifty-Seventh Omnibus Objection to Claims
          (Disallowance of Certain Alleged Administrative

Expenses) (Docket No. 5673)

Status:          This matter has been resolved with
                 respect to Snell Acoustics, Inc.

8.   Notice of Hearing on the Merits on Debtors' Fifty-
     Eighth Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured, Non-
     Priority Claims) and Responses Thereto (Docket No.
     6840)

     Related
     Documents:

     a.   Debtors' Fifty-Eighth Omnibus Objection to Claims
          (Reclassification of Certain Misclassified Claims
          to Unsecured, Non-Priority Claims) (Docket No.
          5322)

     b.   Order on Debtors' Fifty-Eighth Omnibus Objection
          to Claims (Reclassification of Certain
          Misclassified Claims to General Unsecured, Non-
          Priority Claims) (Docket No. 6067)

     c.   Notice of Proposed Settlement Agreement and
          Stipulation by and among the Debtors and Snell
          Acoustics, Inc. Resolving Debtors' Fifty-Seventh
          and Fifty-Eighth Omnibus Objections to Claims
          (Docket No. 7201)

     Objection
     Deadline:        November 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Response of Snell Acoustics, Inc. to Debtors'
          Fifty-Eighth Omnibus Objection to Claims
          (Reclassification of Certain Misclassified Claims
          to General Unsecured, Non-Priority Claims) (Docket
          No. 5674)

     b.   Amended Response of Snell Acoustics, Inc. to
          Debtors' Fifty-Eighth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Claims
to General Unsecured, Non-Priority Claims) (Docket
No. 5675)

Status:           This matter has been resolved with
                  respect to Snell Acoustics, Inc.

## V.   OMNIBUS CLAIM OBJECTIONS – ADJOURNED MATTERS

9.   Debtors' Thirty-Fourth Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 4598)

     Related
     Documents:

     a.    Order On Debtors' Thirty-Fourth Omnibus Objection
           To Claims (Modification Of Certain Duplicate
           503(b)(9) Claims)(Docket No. 5385)

     b.    Supplemental Order On Debtors' Thirty-Fourth
           Omnibus Objection To Claims (Modification Of
           Certain Duplicate 503(b)(9) Claims)(Docket No.
           6502)

     Objection
     Deadline:     September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:        See attached Exhibit A.

     Status:       Orders have been entered partially
                   sustaining the objection.  This matter
                   has been adjourned with respect to
                   Audivox Corporation until May 20, 2010
                   at 10:00 a.m.  Other than the foregoing,
                   for those claims for which the objection
                   is still pending, this matter was
                   previously adjourned to May 20, 2010 at
                   10:00 a.m.

10.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the

Requirement that the First Hearing on Any Response
Proceed as a Status Conference (Docket No. 5213)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Fiftieth Omnibus
      Objection to Certain Administrative Expenses and
      Motion for (I) Authority to Setoff Against Such
      Expenses and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6127)

d.    Second Supplemental Order on Debtors' Fiftieth
      Omnibus Objection to Certain Administrative
      Expenses and Motion for (I) Authority to Setoff
      Against Such Expenses and (II) a Waiver of the
      Requirement that the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 6664)

e.    Third Supplemental Order On Debtors' Fiftieth
      Omnibus Objection To Certain Administrative
      Expenses and Motion For (I) Authority To Setoff
      Against Such Expenses and (II) A Waiver Of The
      Requirement That The First Hearing On Any Response
      Proceed As A Status Conference (Docket No. 6800)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  This matter
                   has been adjourned with respect to
                   Audivox Corporation until May 20, 2010
                   at 10:00 a.m.  Other than the foregoing,
                   for those claims for which the objection

is still pending, this matter was
previously adjourned to May 20, 2010 at
10:00 a.m.

11.    Motion of Archos, Inc. for Reconsideration of the
Court's Orders on the Debtors' Forty-Eighth Omnibus
Objection (Docket No. 7090)

Related
Documents:

a.    Debtors' Forty-Eighth Omnibus Objection to Certain
Administrative Expenses and 503(b)(9) Claims and
Motion for (I) Authority to Setoff Against Such
Expenses and Claims and (II) a Waiver of the
Requirement that the First Hearing on Any Response
Proceed as a Status Conference (Docket No. 5211)

b.    Memorandum Opinion (Docket No. 5963)

c.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
Fiftieth Omnibus Objections (Docket No. 5964)

d.    Supplemental Order on Debtors' Forty-Eighth
Omnibus Objection to Certain Administrative
Expenses and 503(b)(9) Claims and Motion for (I)
Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that
the First Hearing on Any Response Proceed as a
Status Conference (Docket No. 6125)

e.    Second Supplemental Order on Debtors' Forty-Eighth
Omnibus Objection to Certain Administrative
Expenses and 503(b)(9) Claims and Motion for (I)
Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that
the First Hearing on Any Response Proceed as a
Status Conference (Docket No. 6484)

f.    Third Supplemental Order on Debtors' Forty-Eighth
Omnibus Objection to Certain Administrative
Expenses and 503(b)(9) Claims and Motion for (I)
Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that
the First Hearing on Any Response Proceed as a

Status Conference (Docket No. 6596)

g.    Notice of Motion (Docket No. 7091)

Objection
Deadline:        April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection to Motion of
      Archos, Inc. for Reconsideration of the Court's
      Orders on the Debtors' Forty-Eighth Omnibus
      Objection (Docket No. 7248)

Status:          This matter has been adjourned to May
                 11, 2010 at 10:00 a.m.

## VI.   OMNIBUS CLAIM OBJECTIONS – MATTERS GOING FORWARD

12.   Notice of Hearing on the Merits on Debtors' Fifth
      Omnibus Objection to Certain Misclassified Non-Goods
      503(b)(9) Claims and Responses Filed by Miner Fleet
      Management Group, Ltd. and Vector Security, Inc.
      (Docket No. 6834)

      Related
      Documents:

      a.    Debtors' Fifth Omnibus Objection to Certain
            Misclassified Non-Goods 503(b)(9) Claims (Docket
            No. 3309)

      b.    Order Adjourning Debtors Fifth Omnibus Objection
            to Certain Misclassified Non-Goods 503(b)(9)
            Claims (Docket No. 4007)

      c.    Order on Debtors' Fifth Omnibus Objection to
            Certain Misclassified Non-Goods 503(b)(9) Claims
            (Docket No. 4008)

      d.    Memorandum and Opinion (Docket No. 5040)

      e.    Order (Docket No. 5041)

       f.    Supplemental Order on Debtors' Fifth Omnibus
Objection to Certain Misclassified Non-Goods
503(b)(9) Claims (Docket No. 6851)

Objection
Deadline:      June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

       a.    Response of Miner Fleet Management Group, Ltd. to
Debtors' Fifth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket
No. 3608)

       b.    Response of Vector Security, Inc. to Debtors'
Fifth Omnibus Objection to Certain Misclassified
Non-Goods 503(b)(9) Claims (Docket No. 3612)

Status:      This matter has been resolved in
principle with respect to Miner Fleet
Management Group Ltd. and Vector
Security, Inc., subject to agreement
upon and completion of settlement
documentation.

13.   Notice of Hearing on the Merits on Debtors' Fifth
Omnibus Objection to Certain Misclassified Non-Goods
503(b)(9) Claims and Responses Filed by Schimenti
Construction Company, Inc. and U.S. Signs (Docket No.
6835)

     Related
Documents:

       a.    Debtors' Fifth Omnibus Objection to Certain
Misclassified Non-Goods 503(b)(9) Claims (Docket
No. 3309)

       b.    Order Adjourning Debtors Fifth Omnibus Objection
to Certain Misclassified Non-Goods 503(b)(9)
Claims (Docket No. 4007)

c.     Order on Debtors' Fifth Omnibus Objection to
       Certain Misclassified Non-Goods 503(b)(9) Claims
       (Docket No. 4008)

d.     Memorandum and Opinion (Docket No. 5040)

e.     Order (Docket No. 5041)

f.     Supplemental Order on Debtors' Fifth Omnibus
       Objection to Certain Misclassified Non-Goods
       503(b)(9) Claims (Docket No. 6851)

g.     Motion for Extension of Time to Respond to
       Interrogatories and Requests for Production of
       Documents and Motion for Continuance of Hearing on
       Schimenti Construction Company LLC's Claim under §
       503(b)(9) of the Bankruptcy Code (Docket No. 7159)

h.     Schimenti Construction Company LLC's Motion for
       Protective Order Pursuant to FRBP 7026 and Local
       Bankruptcy Rules 7026-1 and 7031-1 (Docket No.
       7168)

Objection
Deadline:      June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Response of Schimenti Construction Company, LLC to
       Debtors' Fifth Omnibus Objection to Certain
       Misclassified Non-Goods 503(b)(9) Claims(Docket
       No. 3622)

b.     U.S. Signs' Response to Debtors' Fifth Omnibus
       Objection to Certain Misclassified Non-Goods
       503(b)(9) Claims (Docket No. 3623)

Status:        The status hearing on this matter will
               be going forward solely with respect to
               US Signs.  A supplemental order will be
               submitted sustaining the Debtor's
               objection to Schimenti Construction
               Company, LLC's claim.

13

14.  Notice of Hearing on the Merits on Debtors' Fifth
     Omnibus Objection to Claim 633 Filed by Retail MDS,
     Inc. and Response Thereto (Docket No. 7157)

     Related
     Documents:

     a.   Debtors' Fifth Omnibus Objection to Certain
          Misclassified Non-Goods 503(b)(9) Claims (Docket
          No. 3309)

     b.   Order Adjourning Debtors Fifth Omnibus Objection
          to Certain Misclassified Non-Goods 503(b)(9)
          Claims (Docket No. 4007)

     c.   Order on Debtors' Fifth Omnibus Objection to
          Certain Misclassified Non-Goods 503(b)(9) Claims
          (Docket No. 4008)

     d.   Memorandum and Opinion (Docket No. 5040)

     e.   Order (Docket No. 5041)

     f.   Supplemental Order on Debtors' Fifth Omnibus
          Objection to Certain Misclassified Non-Goods
          503(b)(9) Claims (Docket No. 6851)

     Objection
     Deadline:      June 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Response and Objection of Retail MDS, Inc. to
          Fifth Omnibus Objection to Certain Misclassified
          Non-Goods 503(b)(9) Claims (Docket No. 3563)

     Status:        This matter is going forward.

15.  Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

Related
Documents:

a.    Order on Debtors' Nineteenth Omnibus Objection to
      Claims (Reclassification of Certain Misclassified
      Claims to General Unsecured, Non-Priority Claims)
      (Docket No. 4449)

b.    Supplemental Order on Debtors' Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) (Docket No. 4736)

c.    Supplemental Order on Debtors' Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) (Docket No. 4758)

d.    Second Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6299)

e.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Robert Gentry (Docket No. 6642)

f.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Jack Hernandez (Docket No. 6661)

g.    Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket
      No. 6694)

i.    Third Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) (Docket No. 7114)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  The status
                   hearing is going forward with respect to
                   Arboretum of South Barrington, LLC,
                   Inland US Management, LLC and Inland
                   Continental Property Management
                   Corporation Marketing, LLC.  Other than
                   the foregoing, for those claims for
                   which the objection is still pending,
                   this matter was previously adjourned to
                   May 20, 2010 at 10:00 a.m.

16.  Debtors' Twentieth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases (Docket No. 3704)

     Related
     Documents:

     a.   Order on Debtors' Twentieth Omnibus Objection to
          Claims (Reclassified to Unsecured Claims of
          Certain Claims Filed as 503 (B) (9) Claims for
          Goods Received by the Debtors Not Within Twenty
          Days of the Commencement of the Case (Docket No.
          4576)

     b.   Supplemental Order on Debtors' Twentieth Omnibus
          Objection to Claims (Reclassified to Unsecured
          Claims of Certain Claims Filed as 503 (B) (9)
          Claims for Goods Received by the Debtors Not
          Within Twenty Days of the Commencement of the Case

(Docket No. 6560)

c.     Second Supplemental Order on Debtors' Twentieth
       Omnibus Objection to Claims (Reclassified to
       Unsecured Claims of Certain Claims Filed as 503
       (B)(9) Claims for Goods Received by the Debtors
       Not Within Twenty Days of the Commencement of the
       Case (Docket No. 6953)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            Orders have been entered partially
                   sustaining the objection.  A
                   supplemental order will be submitted
                   resolving certain matters.  The status
                   hearing will go forward with respect to
                   Avertatec/Trigem USA, Inc., and
                   paramount Home Entertainment, Inc.  The
                   status hearing solely with respect to
                   Audiovox Corporation is adjourned to May
                   20, 2010 at 2:00 p.m.  **PLEASE SEE
                   ATTACHED <u>EXHIBIT A</u> FOR THE STATUS OF
                   YOUR PARTICULAR RESPONSE.**

17.  Debtors' Thirty-Seventh Omnibus Objection to Claims
     (Reduction of Certain Personal Property Tax Claims)
     (Docket No. 4613)

     Related
     Documents:

     a.     Order on Debtors' Thirty-Seventh Omnibus Objection
            to Claims (Reduction of Certain Personal Property
            Tax Claims) (Docket No. 5397)

     Objection
     Deadline:          September 25, 2009 at 4:00 p.m.

     Objections/
     Responses

Filed:              See attached <u>Exhibit A</u>.

Status:             An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, the status conference will go
                    forward.  See attached <u>Exhibit A</u>.

18.  Debtors' Forty-Eighth Omnibus Objection to Certain
     Administrative Expenses and 503(b)(9) Claims and Motion
     for (I) Authority to Setoff Against Such Expenses and
     Claims and (II) a Waiver of the Requirement that the
     First Hearing on Any Response Proceed as a Status
     Conference (Docket No. 5211)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
          Fiftieth Omnibus Objections (Docket No. 5964)

     c.   Supplemental Order on Debtors' Forty-Eighth
          Omnibus Objection to Certain Administrative
          Expenses and 503(b)(9) Claims and Motion for (I)
          Authority to Setoff Against Such Expenses and
          Claims and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6125)

     d.   Second Supplemental Order on Debtors' Forty-Eighth
          Omnibus Objection to Certain Administrative
          Expenses and 503(b)(9) Claims and Motion for (I)
          Authority to Setoff Against Such Expenses and
          Claims and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6484)

     e.   Third Supplemental Order on Debtors' Forty-Eighth
          Omnibus Objection to Certain Administrative
          Expenses and 503(b)(9) Claims and Motion for (I)
          Authority to Setoff Against Such Expenses and
          Claims and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a

Status Conference (Docket No. 6596)

f.     Notice of Proposed Settlement Agreement and
       Stipulation by and Among the Debtors, Thomson,
       Inc., and Monarch Master Funding Ltd Resolving
       Debtors' Forty-Eighth Omnibus Objection to Certain
       Administrative Expenses and 503(b)(9) Claims and
       Other Matters (Docket No. 7245)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            The status hearing on this matter is
                   going forward solely with respect to
                   Averatec/Trigem USA, Inc.  Other than
                   the foregoing, for those claims for
                   which the objection is still pending,
                   this matter is adjourned to May 20, 2010
                   at 10:00 a.m.

**VII. OMNIBUS CLAIM OBJECTIONS – INITIAL STATUS CONFERENCE
MATTERS**

19.   Debtors' Seventieth Omnibus Objection to Claims
      (Disallowance of Certain (I) No Liability (Legal
      Claims); (II) No Liability (Satisfied Claims); (III) No
      Liability (Human Resources Claims); and (IV) No
      Liability (Miscellaneous Claims)) (Docket No. 7013)

Objection
Deadline:          April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            The status hearing is going forward with
                   respect to those claims for which a
                   response was filed.  During the status
                   hearing the Debtors will advise the
                   Court that the status hearing will be

adjourned to May 20, 2010, 2010 at 2:00 p.m. with respect to those claims for which a responses was filed. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was filed.  See attached Exhibit A.

**VIII.     ADVERSARY PROCEEDING – PRE-TRIAL CONFERENCES**

20.   Circuit City Stores, Inc.'s Objection to Claim Nos. 1261, 8357 and 13233 and Complaint Against LG Electronics USA, Inc. (Docket No. 1) (Circuit City Stores, Inc. v. LG Electronics USA, Inc., Adversary No. 10-3054 (KRH))

|  |  |
|---|---|
| Response Deadline: | April 23, 2010 at 4:00 p.m. extended for LG Electronics USA, Inc. until May 24, 2010 at 4:00 p.m. |
| Objections/ Responses Filed: | None at the time of filing this agenda |
| Status: | This matter has been adjourned to June 8, 2010 at 10:00 a.m. |

21.   Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 1) (Circuit City Stores, Inc. v. United States Debt Recovery LLC, et al., Adversary No. 10-3055 (KRH))

        Related
        Documents:

        a.    Debtors' Motion to Seal Exhibit (Docket No. 4)

        Response

Deadline:          April 23, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Answer Of United States Debt Recovery LLC To
      Circuit City Stores, Inc.'s Objection To Claim
      Nos. 778 And 13210 And Complaint Against United
      States Debt Recovery LLC And Signature Home
      Furnishings Co. Inc. (Docket No. 9)

Status:            The pre-trial conference on this matter
                   is going forward.

22.   Circuit City Stores, Inc.'s Objection to Claim Nos. 447
      and 1723 and Complaint against PNY Technologies Inc.
      (Docket No. 1) (Circuit City Stores, Inc. v. PNY
      Technologies, Inc., Adversary No. 10-3056 (KRH))

      Related
      Documents:

      a.    Debtors' Motion to Seal Exhibit (Docket No. 4)

      Response
      Deadline:          May 24, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            The pre-trial conference on this matter
                         has been adjourned until June 8, 2010 at
                         10:00 a.m.

Dated: April 26, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                        - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP
                                Chris L. Dickerson, Esq.
                                155 N. Wacker Drive, Suite 2700
                                Chicago, Illinois 60606-2700
                                (312) 407-0700

                                        - and -

                                MCGUIREWOODS LLP


                                /s/ Douglas M. Foley _____
                                Douglas M. Foley (VSB No. 34364)
                                Sarah B. Boehm (VSB No. 45201)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

\11187480.2

## EXHIBIT A

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Retail MDS, Inc. | 3563 | **This matter will go forward on the merits on April 29, 2010 at 2:00 p.m.** |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 5 | Vector Security, Inc. | 3612 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 5 | Schimenti Construction Company LLC | 3622 | A supplemental order will be submitted sustaining the Debtor's objection to this claim. |
| 5 | U.S. Signs | 3623 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the April 29, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. This matter will go forward on the merits on May 20, 2010 at 2:00 p.m. |
| | | | |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 20 | Integrated Label Corporation | 4073 | This matter has been resolved.  A supplemental order will be submitted reclassifying this claim. |
| 20 | iTouchless Housewares and Products, Inc. | 4091 | A supplemental order will be submitted withdrawing this objection without prejudice. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to May 20, 2010, 2010 at 2:00 p.m. |
| 20 | Paramount Home Entertainment Inc. | 4155 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| | | | |
| 23 | Vonage Marketing, LLC | 4124 | This matter has been resolved.  A supplemental order has been submitted sustaining the Debtors' objection to this claim. |
| | | | |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to May 20, 2010, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 37 | Boulder County, Colorado | n/a | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Spokane County, Washington | 5033 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Fredericksburg, VA | 5069 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Bell County, Texas | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Denton, TX, | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | County of Williamson | 5104 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Lake Worth | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Henrico County, Virginia | 5109 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Ada County, Idaho | 5110 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Cameron County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of Cedar Hill | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Dallas County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | El Paso | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Fort Bend County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Frisco | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Gregg County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Harlingen | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Harlingen CISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Harris County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Irving ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Jefferson County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | McAllen ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | City of McAllen | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | McLennan County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Memphis | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Montgomery County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Nueces County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Rockwall CAD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Rockwall County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Round Rock ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Smith County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | South Texas College | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | South Texas ISD | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Tarrant County | 5115 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
|  |  |  |  |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response will go forward on April 29, 2010 at 2:00 p.m. |
|  |  |  |  |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to May 20, 2010, 2010 at 2:00 p.m. |
|  |  |  |  |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Convergys Customer Management Group Inc. | n/a | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to May 20, 2010. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Richard Kreuger | 7241 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | RBS Business Capital | 7252 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to May 20, 2010. |
| 70 | Fujitsu Ten Corp of America | n/a | The status hearing on this response is adjourned to May 20, 2010. |

\11144762.2