

CHRISTIAN & BARTON, LLP
ATTORNEYS AT LAW



AUGUSTUS C. EPPS, JR.
Direct Dial: 804.697.4104
Direct Fax:  804.697.6104
E-mail: aepps@cblaw.com

April 20, 2010

Mr. William C. Redden, Clerk
United States Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, Virginia  23219

Re:    *In re Circuit City Stores, Inc., Case No. 08-35653-KRH*
       *Docket Item Nos. 1974 and 7145*

Dear Sir:

This is your authorization to dispose of the designations our office provided to you with respect to appeal docket entry #1974.

Please contact me if you have any questions.

Very truly yours,

Augustus C. Epps, Jr.

ACE,jr:lyt
1039597v1/07830.1