RICHMOND DIVISION
FILED APR 2 6 2010
CLERK
US BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:                              )   Chapter 11
                                    )
CIRCUIT CITY STORES, INC.,          )   Case No. 08-35653-KRH
et al.,                             )
                                    )
                                    )   Jointly Administered
              Debtors.              )
_____)

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
NO. 14583 FILED BY Lafayette Consolidated Government**

Lafayette Consolidated Government, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws claim number 14583 that was filed on July 27, 2009.

Dated: _____April 20, 2010          *Lisa F. Chiasson*
                                    [SIGNATORY]
                                    [Customer Service Administrator]
                                    [Lafayette Consolidated Government]
                                    [P O Box 4024]
                                    [Lafayette, LA 70502]
                                    [337-291-8065]

                                    Lafayette Consolidated Government

\10785892.1