United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond Va  23219
Case Number 08-35653-KRH

RICHMOND DIVISION
FILED
APR 2 6 2010
CLERK
US BANKRUPTCY COURT

Good Morning,
My case number is 08-35653-KRH
Please change my mailing address from 750 Six Flags Rd Lot 553 Austell Ga 30168
For I have moved to: 118 SW Merrimack Place Lake City Fl 32024

Thank You,
Marsha Linda Blanchette
118 SW Merrimack Place
Lake City, Fl
32024
E-Mail   priscillasimons@bellsouth.net