## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **Circuit City Stores, Inc., *et al.*,** | : | **Case No. 08-35653 (KRH)** |
| | : | |
| Debtors. | : | |

### CERTIFICATE REGARDING DISCOVERY

    I hereby certify that a true and accurate copy of 1) DeSoto County, Mississippi's First Set of Request for Admissions in Contested Matter Related to Debtors' Thirty-Seventh Omnibus Objection to Claims, 2) DeSoto County, Mississippi's First Set of Requests for Production of Documents in Contested Matter Related to Debtor's Thirty-Seventy Omnibus Objection to Claims, and 3) Desoto County, Mississippi's First Set of Interrogatories in Contested Matter Related to Debtor's Thirty-Seventh Omnibus Objection to Claims, were served upon all of the following by U.S. Mail, postage prepaid on this 28th day of April, 2010.

| | |
|---|---|
| McGuire Woods LLP | Skadden, Arps, Slate, Meagher & Flom, LLP |
| Dan Blanks, Esquire | Gregg M. Galardi, Esquire |
| Douglas M. Foley, Esquire | Ian Fredericks, Esquire |
| One James Center | One Rodney Square, PO Box 636 |
| 901 E. Cary Street | Wilmington, Deleware 19899 |
| Richmond, Virginia 23219 | |

**Respectfully Submitted,**
**DESOTO COUNTY, MISSISSIPPI**
**By Counsel**

  /s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burgess, Esquire – VSB # 67998
Sands Anderson PC
1111 East Main Street, Suite 2400
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax: (804) 783-7291
*Counsel for DeSoto County, Mississippi*

---

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands Anderson PC
1111 East Main Street, Suite 2400
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone: (804) 648-1636
Fax:    (804) 783-7291
*Counsel for DeSoto County, Mississippi*