IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **Circuit City Stores, Inc.,** *et al.*, | : | Case No. 08-35653 (KRH) |
| | : | |
| **Debtors.** | : | |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that a true and accurate copy of 1) DeSoto County, Mississippi's First Set of Request for Admissions in Contested Matter, 2) DeSoto County, Mississippi's First Set of Requests for Production of Documents in Contested Matter, and 3) Desoto County, Mississippi's First Set of Interrogatories in Contested Matter, were served upon all of the following by U.S. Mail, postage prepaid on this 28th day of April, 2010.

McGuire Woods LLP
Dan Blanks, Esquire
Douglas M. Foley, Esquire
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Skadden, Arps, Slate, Meagher & Flom, LLP
Gregg M. Galardi, Esquire
Ian Fredericks, Esquire
One Rodney Square, PO Box 636
Wilmington, Deleware 19899

**Respectfully Submitted,
DESOTO COUNTY, MISSISSIPPI
By Counsel**

  /s/ William A. Gray
William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burgess, Esquire – VSB # 67998
Sands Anderson PC
1111 East Main Street, Suite 2400
(P.O. Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax: (804) 783-7291
*Counsel for DeSoto County, Mississippi*

William A. Gray, Esquire – VSB #46911
C. Thomas Ebel, Esquire – VSB # 18637
Ashley Burges, Esquire – VSB # 67998
Sands Anderson PC
1111 East Main Street, Suite 2400
(Post Office Box 1998)
Richmond, Virginia 23219 (23218-1998)
Phone:  (804) 648-1636
Fax:    (804) 783-7291
*Counsel for DeSoto County, Mississippi*