DAVID M. STERN (CA State Bar No. 67697),
MICHAEL L. TUCHIN (CA State Bar No. 150375), and
KORIN A. ELLIOTT (CA State Bar No. 260363)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090

-and-

WILLIAM A. BROSCIOUS (VA State Bar No. 27436)
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia  23233
Telephone:    (804) 741-0400, ext. 202

Attorneys for Claimant (Claim Nos. 1009, 9681)
PARAMOUNT HOME ENTERTAINMENT INC.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| In re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>Debtors. | Case No.: 08-35653-KRH<br>(Jointly Administered)<br><br>Chapter 11 |

**ORDER GRANTING APPELLANT PARAMOUNT HOME ENTERTAINMENT INC.'S**
**MOTION FOR LEAVE TO INCLUDE ARGUMENTS OF COUNSEL**
**IN RECORD ON APPEAL**

This cause came before the Court upon the filing of *Appellant Paramount Home Entertainment Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal and Memorandum of Law in Support Thereof* [Docket No. 7061] (the "Motion"). The Court having reviewed the Motion and the notice of the Motion and there being no opposition to the Motion, it is HEREBY ORDERED THAT:

1. The Motion is GRANTED, and

2. The record on appeal shall include the arguments of counsel recorded in the transcripts of the January 14, 2010 hearing [Docket No. 6312] as designated by Paramount Home Entertainment, Inc.

Entered:  
   Apr 21 2010

/s/ Kevin Huennekens  
_____  
Kevin R. Huennekens  
United States Bankruptcy Judge

Entered on docket:  April 26 2010

2

I ASK FOR THIS:

By: */s/ David M. Stern* _____
 KLEE, TUCHIN, BOGDANOFF & STERN LLP
 David M. Stern
 Michael L. Tuchin
 Korin A. Elliott
 1999 Avenue of the Stars, 39th Floor
 Los Angeles, CA 90067
 Tel: (310) 407-4000
 Email: dstern@ktbslaw.com

 KEPLEY BROSCIOUS & BIGGS, PLC
 William A. Broscious (VA State Bar No. 27436)
 2211 Pump Road
 Richmond, Virginia 23233
 Tel: (804) 741-0400
 Email: wbroscious@kbbplc.com

 Attorneys for PARAMOUNT HOME ENTERTAINMENT INC.

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1

 I HEREBY CERTIFY that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            */s/ Korin A. Elliott*_____
            Korin A. Elliott

## MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY OF ORDER

**U.S. Trustee**
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 East Broad St., Suite 4304
Richmond, VA  23219

**Counsel to the Debtors**
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Fl.
Wilmington, DE  19801

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL  60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Carey St.
Richmond, VA  23219

**Counsel to the Official Creditors Committee**
Richard M. Pachulski, Esq.
Jeffrey N. Pomerantz, Esq.
Stanley E. Goldich, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth St., 2nd Floor
Richmond, VA  23219

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                   Date Rcvd: Apr 26, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 2

The following entities were noticed by first class mail on Apr 28, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
            +Chris Dickerson,   333 West Wacker Drive,   Chicago, IL 60606-1220
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**              **Signature:**     _Joseph Speetjens_