Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**SUPPLEMENTAL ORDER ON DEBTORS' SIXTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
AMENDED CLAIMS; AND (II) CERTAIN DUPLICATE CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Sixty-Seventh Omnibus Objection to Claims

(Disallowance of (I) Certain Amended Claims; and (II)

Certain Duplicate Claims) (the "Objection"), which

requested, among other things, that the claims specifically

identified on Exhibit C and Exhibit D attached to the

Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of

the Objection need be given; and it further appearing that

certain Claimants filed a response to the Objection; and the

Court having entered an Order on the Objection (Docket No.

7069) (the "Initial Order"); and it appearing that the

relief requested on the Objection is in the best interest of

the Debtors, their estates and creditors and other parties-

in-interest; and after due deliberation thereon good and

sufficient cause exists for the granting of the relief as

set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    Notwithstanding the Initial Order, the claim

identified under the column entitled "Claim to be

Disallowed" on Exhibit A as attached hereto and incorporated

herein (the "Disallowed Claim"), is disallowed for all

purposes in these bankruptcy cases; provided, however, for

the avoidance of doubt, the claim identified under the

column entitled "Surviving Claim" shall not be disallowed.

2.    Notwithstanding the Initial Order, the Objection is

2

withdrawn without prejudice as to the claim identified on

Exhibit B (as attached hereto and incorporated herein);

provided, further, that the Debtors' rights and abilities to

object to the claim on Exhibit B on any available grounds

and bases applicable law permits are hereby preserved in

their entirety and nothing herein shall be construed or

deemed to limit or impair such rights and abilities.

3.    The Debtors' rights and abilities to object at a

later time to any claim included in the Objection on any

grounds and on any bases that bankruptcy or non-bankruptcy

law permits are expressly preserved in their entirety;

provided, however, to the extent each "Claim To Be

Disallowed" was timely filed, the Debtors will not object to

the corresponding "Surviving Claim" as untimely, except to

the extent, under applicable provisions of the Bankruptcy

Code and Bankruptcy Rules, the "Surviving Claim" included a

new claim that would not relate back to the original date on

which the "Claim To Be Disallowed" was filed.

4.    This Court shall retain jurisdiction with respect

to all matters arising from or related to the implementation

or interpretation of this Order.

5.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibits to this Order on or

3

before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
       __Apr 23 2010_____, 2010

                         /s/ Kevin R. Huennekens
                         _____
                         HONORABLE KEVIN R. HUENNEKENS
                         UNITED STATES BANKRUPTCY JUDGE

             Entered on docket:  April 26 2010

4

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to Claims
Supplemental Order (Disallowance Of Certain
Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | |
|---|---|---|---|
| Claim: 12402 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | | |
| Date Filed: 04/29/2009 | Secured: | | |
| Creditor's Name and Address: | Priority: | | |
| | Administrative: | | |
| CHASE BANK USA NATIONAL | | | |
| ASSOCIATION | Reclamation:: | | |
| ATTN DANIEL P TIERNEY | | | |
| 201 N WALNUT ST | Unsecured: $37,182,615.00 | | |
| 3 CHRISTINA CTR | | | |
| WILMINGTON, DE 19801 | Total: $37,182,615.00 | | |

| | |
|---|---|
| Claim: 14787 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/07/2010 | Secured: |
| Creditor's Name and Address: | Priority: |
| | Administrative: |
| CHASE BANK USA NATIONAL ASSOCIATION | |
| ATTN DANIEL P TIERNEY | Reclamation:: |
| 201 N WALNUT ST | Unsecured: $33,789,082.00 |
| 3 CHRISTINA CTR | |
| WILMINGTON, DE 19801 | Total: $33,789,082.00 |

Total Claims To Be Amended: 1

Total Asserted Amount To Be Amended: $37,182,615.00

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Sixty-Seventh Omnibus Objection to
Claims Supplemental Order (Disallowance Of
Certain Amended Claims) -  Withdrawn

**EXHIBIT B**

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE COLUMBUS DISPATCH WELTMAN WEINBERG & REIS CO LPA 175 S THIRD ST STE 900 COLUMBUS, OH 43215 | 12386 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $98,246.66 $98,246.66 | 04/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          1                          $98,246.66

*        "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Apr 26, 2010
Case: 08-35653               Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Apr 28, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
             Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**               **Signature:**