Gregg M. Galardi, Esq.                    Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                   Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
            Debtors.           : Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE
THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION
OF CERTAIN PERSONAL PROPERTY TAX CLAIMS)**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), pursuant to Rules 3007, 7056, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 56 of the Federal Rules of Civil Procedure (the "Civil Rules"), submit this Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (the "Motion").

In support of this Motion, the Debtors rely upon and incorporate by reference their accompanying memorandum of law in support of the Motion (the "Memorandum of Law").

WHEREFORE, the Debtors respectfully request the Court grant the relief requested herein substantially in form attached hereto as <u>Exhibit A</u> and such other relief as is just and proper.

Dated: April 29, 2010
      Richmond, Virginia  SKADDEN, ARPS, SLATE, MEAGHER &
          FLOM, LLP
      Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      (302) 651-3000

      - and -

      SKADDEN, ARPS, SLATE, MEAGHER &
         FLOM, LLP
      Chris L. Dickerson, Esq.
      155 North Wacker Drive
      Chicago, Illinois 60606
      (312) 407-0700

      - and -

      MCGUIREWOODS LLP


      /s/ Douglas M. Foley
      Douglas M. Foley (VSB No. 34364)
      Sarah B. Boehm (VSB No. 45201)
      One James Center
      901 E. Cary Street
      Richmond, Virginia 23219
      (804) 775-1000

      Counsel for the Debtors and
      Debtors in Possession

**EXHIBIT A**

| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
                           :
In re:                      :   Chapter 11
                           :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                  :
                           :
          Debtors.   :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR PARTIAL
SUMMARY JUDGMENT ON THE THIRTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (REDUCTION OF CERTAIN
PERSONAL PROPERTY TAX CLAIMS)**

Upon consideration of the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (the "Thirty-

3

Seventh Omnibus Objection") and the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (the "Summary Judgment Motion");[1] and the Court having determined that the relief requested in the Objection and Summary Judgment Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Objection and the Summary Judgment Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Summary Judgment Motion is GRANTED.

2.   The Court will not abstain from hearing, considering, and determining the Thirty-Seventh Omnibus Objection.

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Summary Judgment Motion and Memorandum of Law in Support.

4

3.  Section 505(a)(2)(C) of the Bankruptcy Code does not preclude this Court from hearing, considering, and determining the claims included in the Thirty-Seventh Omnibus Objection.

4.  The Debtors' rights to object to any claim on any grounds governing law permits are not waived and are expressly reserved in their entirety.

5.  The Debtors shall serve a copy of this Order on the Respondents on or before seven (7) days from the entry of this Order.

6.  This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated:  Richmond, Virginia
        _____, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                  /s/ Douglas M. Foley
                                  Douglas M. Foley