# United States Bankruptcy Court
## Eastern District of Virginia

In Re: **CIRCUIT CITY STORES, INC.**
Case No: 08-35653

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIM NO. 7480 HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bank. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
**The Seaport Group LLC**

Name and address where notices to transferee should be sent:

The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
Attn: Scott Friedberg

Phone: 212-616-7728
Last Four Digits of Acct #: N/A

Name of Transferor:
**Sonnet Investments, LLC**

Court Claim # (if known): 7480
Amount of Claim: $ 35,129.26
Date Claim Filed: 01/28/09

Name and Address of Transferor:
Sonnet Investments, LLC
C/O Terra Enterprises Inc.
11812 San Vicente Blvd., Suite 510
Los Angeles, CA 90049-5081

Phone: 310-207-4144
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
Should be sent (if different from above):

Phone: N/A
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jonathan Silverman, General Counsel    Date: 4/27/10
Transferee / Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. .152 & 3571

---

--DEADLINE TO OBJECT TO TRANSFER--

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

TRANSFER NOTICE

Sonnet Investments, LLC, ("Assignor") transfers and assigns unto The Seaport Group LLC, with an address at 360 Madison Avenue, New York, NY 10017, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of the Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Circuit City Stores, Inc., et al., (the "Debtor"), in the aggregate amount of $35,129.26 representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court for the Eastern District of Virginia, jointly administered as Case No. 08-35653.

In Witness Whereof, Assignor has signed below as of the 19th day of April, 2010.

Assignor:
Sonnet Investments, LLC, a California Limited Liability Company

By:    Maximum Investments, LLC, a California Limited Liability Company
       MEMBER AND AUTHORIZED SIGNATORY

By: _____
Name: David J. Haddad
Title:   Manager


Assignee:
THE SEAPORT GROUP LLC

By: _____
Name:
Title:    Jonathan Silverman
          General Counsel