UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond)

IN RE:

**CIRCUIT CITY STORES, Inc.**

*Debtors*

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

## ORDER GRANTING LOUDOUN COUNTY'S MOTION FOR LEAVE OF COURT TO ATTEND HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) AND REQUEST FOR ABSTENTION BY TELEPHONE

Upon consideration of the Loudoun County's Motion for Leave of Court to Attend Hearing On Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Request for Abstention by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc. et at. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

ORDERED, that the Motion is GRANTED and Belkys Escobar, on behalf of Loudoun County, Virginia, is permitted to appear and be heard by telephone at the hearing on April 29, 2010 at 2:00 P.M..

DATE ENTERED: _____, 2010

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

PREPARED BY:

The COUNTY of LOUDOUN, VIRGINIA
JOHN R. ROBERTS
COUNTY ATTORNEY

Belkys Escobar, Assistant County Attorney
(VSB #74866)
County of Loudoun
One Harrison Street, S.E.
MSC #06
Leesburg, VA 20175-3102
Telephone:  (703) 777-0307
Telecopier:  (703) 771-5025
E-mail:  Belkys.Escobar@loudoun.gov


### CERTIFICATE OF MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY

I hereby certify that a copy of the foregoing Proposed Order was served on April 27, 2010 by ELECTRONIC MAIL through the Court's electronic filing system to all parties in interest and to the parties for whom electronic mail addresses are indicated below:


**Daniel F. Blanks**
dblanks@mcguirewoods.com
*Counsel for Debtors*

**Robert B. Van Arsdale**
Robert.B.Van.Arsdale@usdoj.gov
*U.S. Trustee*

**Lynn L. Tavenner**
ltavenner@tb-lawfirm.com
Counsel for Official Committee
of Unsecured Creditors


/s/ Belkys Escobar