Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
        Debtors.               :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' TWENTIETH
OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED TO UNSECURED
CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS
RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE
COMMENCEMENT OF THE CASES)**

THIS MATTER having come before the Court on the

Debtors' Twentieth Omnibus Objection to Claims (Reclassified

to Unsecured Claims of Certain Claims Filed as 503(b)(9)

Claims for Goods Received by the Debtors not within Twenty

Days of the Commencement of the Cases) (the "Objection"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors not within Twenty Days of the Commencement of the Cases) (Docket No. 4576) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. Notwithstanding the Initial Order, the claims identified on Exhibit A attached hereto and incorporated herein are modified as set forth on Exhibit A; provided, however, to the extent the portion of Claim No. 1009 listed on Exhibit A is reclassified, the claimant reserves the right to assert such portion of Claim No. 1009 as an

administrative/reclamation claim and all of the Debtors' rights with respect thereto are not waived and are expressly reserved.

2.  Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claim identified on Exhibit B (as attached hereto and incorporated herein); provided, however, that the Debtors' rights and abilities to object to the claim on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3.  The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
Counsel to the Debtors and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\10939842

In re Circuit City Stores, Inc, et al.  Case 08-35653-KRH   Doc 7354   Filed 04/30/10 Entered 04/30/10 13:27:36   Desc Main
Case No. 08-35653 (KRH)                              Document    Page 6 of 7

EXHIBIT A

Debtors' Twentieth Omnibus Objection To Claims - Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 203<br>Date Filed: 12/05/2008<br>Docketed Total: $16,451.56<br>Filing Creditor Name and Address:<br>INTEGRATED LABEL CORPORATION<br>3138 ANDOVER DR<br>ROCKFORD, IL 61114 | Claim Holder Name and Address     Case Number: 08-35657<br>INTEGRATED LABEL CORPORATION   Docketed Total: $16,451.56<br>3138 ANDOVER DR<br>ROCKFORD, IL 61114<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$16,451.56                                                        UNL | Case Number: 08-35657<br>Modified Total: $16,451.56<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$4,500.00                                                        $11,951.56 |
| Claim: 1009<br>Date Filed: 12/19/2008<br>Docketed Total: $3,201,013.37<br>Filing Creditor Name and Address:<br>PARAMOUNT HOME ENTERTAINMENT<br>5555 MELROSE AVE<br>HOLLYWOOD, CA 90038-3197 | Claim Holder Name and Address     Case Number: 08-35653<br>PARAMOUNT HOME ENTERTAINMENT     Docketed Total: $3,201,013.37<br>5555 MELROSE AVE<br>HOLLYWOOD, CA 90038-3197<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,201,013.37                                                     UNL | Case Number: 08-35653<br>Modified Total: $3,201,013.37<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$3,133,634.57                                                    $67,378.80 |
|  |  | **Total Claims To Be Modified: 2**<br>**Total Amount As Docketed:** $3,217,464.93<br>**Total Amount As Modified:** $3,217,464.93 |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Twentieth Omnibus Objection to Claims Third Supplemental Order (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases) - Withdrawn

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| I TOUCHLESS HOUSEWARES & PRODUCTS, INC<br>AIIN VIVIAN JIN<br>551 FOSTER CITY BLVD UNIT M<br>FOSTER CITY, CA 94404 | 788 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $16,416.00<br><br>$16,416.00 | 12/11/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 1            **$16,416.00**

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1