```
Gregg M. Galardi, Esq.                  Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                 Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION TO
<u>CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS</u>**

THIS MATTER having come before the Court on the Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"), and the Court having entered the Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on July 8, 2009 (Docket No. 4008) (the "Initial Order"); and the Court having entered a Memorandum Opinion on September 22, 2009 (Docket No. 5040)

wherein the Court concluded that the definition of "goods" set forth in the Uniform Commercial Code should be employed in fashioning a federal definition for that term in 11 U.S.C. § 503(b)(9) and the "predominate purpose test" should be used to determine whether a claimant asserting a claim under Bankruptcy Code section 503(b)(9) sold "goods" to the debtor; and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefore, the Court hereby

FINDS, DETERMINES, AND CONCLUDES THAT:

A.   This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

B.   The Objection is a core proceeding under 28 U.S.C. § 157(b).

C.   Venue of these cases in this district and before this Court is proper under 28 U.S.C. §§ 1408 and 1409.

D.   Due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given.

E.   Schimenti Construction Company LLC ("Schimenti") filed a response to the Objection.

F.   Schimenti admits that the predominant purpose of the contracts between the Debtors and Schimenti was the rendition of services (_i.e._, labor).

2

G. The relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest.

Now therefore, it is hereby, ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED to the extent set forth herein.

2. Notwithstanding the Initial Order, the claim identified on Exhibit A (as attached hereto and incorporated herein) is reclassified as set forth on Exhibit A.

3. The Debtors' rights to object to any claims, including the claim on Exhibit A, on any grounds that the governing law permits are not waived and are expressly reserved.

4. The Debtors shall serve a copy of this Order on the claimant included on Exhibit A to this Order on or before seven (7) days from the entry of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
_____, 2010

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

SEEN:


Peter E. Strniste, Jr.
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT  06103-3597
(860) 275-8339

- and -


/s/ Christopher L. Perkins
Christopher L. Perkins
LECLAIRRYAN
Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 783-7550 Direct


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

       Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                          /s/ Douglas M. Foley
                                          Douglas M. Foley


\11154289

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 966<br>Date Filed: 12/19/2008<br>Docketed Total: $47,682.22<br>Filing Creditor Name and Address:<br>SCHIMENTI CONSTRUCTION CO LLC<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877 | Claim Holder Name and Address                    Case Number:        08-35653<br>SCHIMENTI CONSTRUCTION CO LLC                 Docketed Total:     $47,682.22<br>650 DANBURY RD<br>RIDGEFIELD, CT 06877<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$47,682.22                                                                                       | Case Number:        08-35653<br>Modified Total:     $47,682.22<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $47,682.22 |
|  |  | **Total Claims To Be Modified: 1**<br>**Total Amount As Docketed:** $47,682.22<br>**Total Amount As Modified:** $47,682.22 |

\*   "UNL" denotes an unliquidated claim.