# **EXHIBIT 2**

## APPLICATION AND CERTIFICATION FOR PAYMENT

TO:     Circuit City Stores, Inc.
        9950 Mayland Drive
        Richmond, VA  23233

FROM:   Schimenti Construction Co., LLC
        118 North Bedford Rd
        Mount Kisco, NY  10549

PROJECT:  Circuit City #4133, N. Plainfield, NJ

APPLICATION NO:  1

PERIOD TO:  10-Jul-08

CCSI PROJECT NO:  04133

CONTRACT DATE:  5-May-08

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
The detailed breakdown of this application is attached.

SEE ATTACHED SWORN STATEMENT FROM CONTRACTOR TO OWNER

1. ORIGINAL CONTRACT SUM  ..............................$     1,324,900.00

2. NET CHANGE BY CHANGE ORDER  ................$     0.00

3. CONTRACT SUM TO DATE (Line 1 ± 2) ...................$     1,324,900.00

4. TOTAL COMPLETED TO DATE
   (Column F on Details)    ...........................$     258,500.00

5. RETAINAGE
   10 % of Completed Work
   (Column D + E on Details)   ...........................$     25,850.00

6. TOTAL EARNED LESS RETAINAGE
   (Line 4 Less Line 5 Total)   ...........................$     232,650.00

7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Application)  ................$     0.00

8. CURRENT PAYMENT DUE  ........................$     232,650.00

9. BALANCE TO FINISH, INCLUDING
   RETAINAGE  (Line 3 less Line 6)  ...................$     1,092,250.00

Contractor: Do not enter information below this line.

### CONTRACTOR'S CERTIFICATION

The undersigned Contractor certifies that to the best of the
Contractor's knowledge, information and belief the Work
covered by this Application for Payment has been
completed in accordance with the Contract Documents, that
all amounts have been paid by the Contractor for Work for
which previous Certificates for Payment were issued and
payments received from the Owner, and that current
payment shown herein is now due.

CONTRACTOR:  Schimenti Construction Co., LLC

By: _____   Date: 7/10/08

State of:  New York
County of:  Westchester

Subscribed and sworn to before me
this  10th  day of  JULY , 20 08

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20 12

Notary Public: _Carmela Cutrupi_
My Commission expires:  1/7/12 .

## CIRCUIT CITY ACCOUNTING INFORMATION

Project ID: _____     Invoice No: _____

Req. No: _____       PO No: _____

Amount: _____ *     Vendor ID: _____

Approved: _____

Approved: _____

**\* EXPENSE PAYABLES, SEE COLUMN "I" FOR LINE ITEM AMOUNTS**

## CHECK DUE DATE: _____

## RETURN CHECK TO:  ASHLEY HUDSON / CONSTRUCTION DEPARTMENT

v1-3

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.
Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:    Details Page 1 of 3
APPLICATION DATE:    10-Jul-08
PERIOD TO:    10-Jul-08

| ITEM NO. | DESCRIPTION OF WORK | CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D÷E) | THIS PERIOD | TOTAL COMPLETED TO DATE (D÷E) | % (F÷C) | BALANCE TO FINISH (C-F) | RETAINAGE 10.0% | AMOUNT DUE THIS PERIOD (E less 10.0%) | ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **ORIGINAL CONTRACT** | | | | | | | | | |
| | Mobilization | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1005 |
| | Insurance | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1010 |
| | Bond Cost | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2010 |
| | General Conditions | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2010 |
| 1005 | General Conditions | $194,742.00 | $0.00 | $46,000.00 | $46,000.00 | 0.00% | $148,742.00 | $4,600.00 | $41,400.00 | 2020 |
| 1010 | GC OH&P (Fee) | $72,258.00 | $0.00 | $0.00 | $0.00 | 0.00% | $72,258.00 | $0.00 | $0.00 | 2030 |
| 2010 | Site Clearing & Erosion Control | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2040 |
| 2020 | Demolition | $12,500.00 | $0.00 | $12,500.00 | $12,500.00 | 100.00% | $0.00 | $1,250.00 | $11,250.00 | 2050 |
| 2030 | Excavation & Grading | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2060 |
| 2040 | Site Storm Drainage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2070 |
| 2050 | Site Utilities | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2080 |
| 2060 | Concrete Walks | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2090 |
| 2070 | Precast Bollards | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2100 |
| 2080 | Site Retaining Walls | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2110 |
| 2090 | Curb & Gutter and Entrances | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2120 |
| 2100 | Concrete Paving | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2130 |
| 2110 | Asphalt Paving, Base & Striping | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2140 |
| 2120 | Exterior Fencing & Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2999 |
| 2130 | Landscaping & Irrigation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3010 |
| 2140 | Site Lighting | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3020 |
| 2999 | Sitework – Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3030 |
| 3010 | Concrete Foundations | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3060 |
| 3020 | Concrete Slabs | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3999 |
| 3030 | Concrete Sidewalks, Steps, Stoops, Pads | $110,000.00 | $0.00 | $40,000.00 | $40,000.00 | 36.36% | $70,000.00 | $4,000.00 | $36,000.00 | 4050 |
| 3060 | Building Excavation & Backfill | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4999 |
| 3999 | Concrete – Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5010 |
| 4050 | Unit Masonry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5020 |
| 4999 | Masonry – Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5999 |
| 5010 | Structural Metals | $93,500.00 | $0.00 | $40,000.00 | $40,000.00 | 42.78% | $53,500.00 | $4,000.00 | $36,000.00 | 6010 |
| 5020 | Misc & Ornamental Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6020 |
| 5999 | Metals – Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6030 |
| | Roof/Exterior Blocking | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6999 |
| | Interior Blocking | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7010 |
| 6010 | Rough Carpentry Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7020 |
| 6020 | Finish Carpentry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 6030 | Millwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 6999 | Carpentry – Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 7010 | Waterproofing | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 7020 | Building Insulation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.
Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:
APPLICATION DATE: 10-Jul-08
PERIOD TO: 10-Jul-08

Details Page 2 of 3

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F ÷ C) | G BALANCE TO FINISH (C - F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 7040 | Sheet Metal Work | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7040 |
| 7050 | Roofing & Roof Insulation | $100,000.00 | $0.00 | $0.00 | $0.00 | 0.00% | $100,000.00 | $0.00 | $0.00 | 7050 |
| 7055 | Exterior Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7055 |
| 7060 | Roof Accessories | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7060 |
| 7070 | Caulking & Sealants | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7070 |
| 7999 | Moisture Control - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7999 |
| 8010 | Steel Doors & Frames | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8010 |
| 8020 | Wood & Plastic Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8020 |
| 8030 | Impact Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8030 |
| 8040 | Overhead Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8040 |
| 8050 | Entrance & Store Fronts | $42,000.00 | $0.00 | $0.00 | $0.00 | 0.00% | $42,000.00 | $0.00 | $0.00 | 8059 |
| 8060 | Security Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8060 |
| 8070 | Finish Hardware | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8070 |
| 8080 | Glass & Glazing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8080 |
| 8090 | Fire Shutters | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8090 |
| 8999 | Doors, Windows & Glass - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8999 |
| 9010 | Lath & Plaster / EIFS | $49,900.00 | $0.00 | $0.00 | $0.00 | 0.00% | $49,900.00 | $0.00 | $0.00 | 9010 |
| | Framing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Hanging Drywall | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Tape & Finish | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9020 | Stud & Drywall Subtotal | $187,900.00 | $0.00 | $40,000.00 | $40,000.00 | 21.29% | $147,900.00 | $4,000.00 | $36,000.00 | 9020 |
| 9030 | Ceramic Tile | $4,200.00 | $0.00 | $0.00 | $0.00 | 0.00% | $4,200.00 | $0.00 | $0.00 | 9030 |
| 9040 | Acoustical Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9040 |
| 9050 | Carpet | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9050 |
| 9060 | Resilient Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9060 |
| 9070 | Sheet Vinyl Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9070 |
| 9080 | Rubber Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9080 |
| | Interior Painting & WC | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Exterior Painting | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Floors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9090 | Painting/Wall Coverings Subtotal | $29,500.00 | $0.00 | $0.00 | $0.00 | 0.00% | $29,500.00 | $0.00 | $0.00 | 9090 |
| 9100 | Flooring Material Allowance | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9100 |
| 9110 | Marlite Panels (FRP) | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9110 |
| 9999 | Finishes - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9999 |
| 10010 | Toilet Partitions | $1,600.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,600.00 | $0.00 | $0.00 | 10010 |
| 10020 | Interior Signage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10020 |
| 10030 | Fire Extinguishers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10030 |
| 10040 | Toilet Accessories | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10040 |
| 10070 | Rolling Conveyor | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10070 |
| 10080 | Lockers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10080 |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT

Contractor's signed certification is attached.

**Schiment Construction Company**

North Plainfield, NJ #4133

| APPLICATION NO: | Details Page 3 of 3 |
| APPLICATION DATE: | 10-Jul-08 |
| PERIOD TO: | 10-Jul-08 |

| A | B | C | | | F | % | G | H | I | A |
|---|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | CONTRACT VALUE | WORK COMPLETED | | TOTAL COMPLETED TO DATE (D+E) | (F ÷ C) | BALANCE TO FINISH (C - F) | RETAINAGE 10.0% | AMOUNT DUE THIS PERIOD (E less 10.0%) | ITEM NO. |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | | |
| 10999 | Specialties - Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10999 |
| 11010 | Miscellaneous Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11010 |
| 11020 | Loading Dock Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11020 |
| 11030 | Elevators/Lifts | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11030 |
| 12010 | Window Treatment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12010 |
| 12020 | Coat Rack | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12020 |
| 12030 | Floor Mats | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12030 |
| | Underground Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Fixtures | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15010 | Plumbing Subtotal | $57,700.00 | $0.00 | $15,000.00 | $15,000.00 | 26.00% | $42,700.00 | $1,500.00 | $13,500.00 | 15010 |
| | Underground Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Assembly | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Devices | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15020 | Fire Protection Systems Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 15020 |
| | HVAC Roof Top Units | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Ductwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Registers, Grilles & Diffusers | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Testing & Balancing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15030 | HVAC Subtotal | $59,000.00 | $0.00 | $15,000.00 | $15,000.00 | 25.42% | $44,000.00 | $1,500.00 | $13,500.00 | 15030 |
| | Temporary Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Low Voltage | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Finish Electric | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Light Fixture Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Switchgear Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | NOVAR Controls | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Alarm System | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 16090 | Electrical Subtotal | $310,000.00 | $0.00 | $50,000.00 | $50,000.00 | 16.13% | $260,000.00 | $5,000.00 | $45,000.00 | 16090 |
| 16100 | Electrical Allowance | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 16100 |
| | **ORIGINAL CONTRACT TOTALS** | $1,324,900.00 | $0.00 | $258,500.00 | $258,500.00 | 19.51% | $1,066,400.00 | $25,850.00 | $232,650.00 | |

# Lien Release Checklist
## Pay Application # 1
### Circuit City Store # 4133, North Plainfield, NJ

| Pay App Line # | Subcontractor or Material Supplier | Description of Work or Material | Original Contract | Adjusted Contract | Previous Months Draws | Paid to Date (Accumulative) | Amount this Request | Balance to Complete | CCSI Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 16090 | A. J. Maglio | Electrical | $ 310,000.00 | $ 310,000.00 | $ - | $ - | $ 45,000.00 | $ 265,000.00 | |
| 7050 | Conti Roofing | Roofing | $ 100,000.00 | $ 100,000.00 | $ - | $ - | $ - | $ 100,000.00 | |
| 10010 | Division Ten Specialties | Toilet Partitions | $ 1,600.00 | $ 1,600.00 | $ - | $ - | $ - | $ 1,600.00 | |
| 5010 | Hi-Tech Steel | Structural Metals | $ 93,500.00 | $ 93,500.00 | $ - | $ - | $ 36,000.00 | $ 57,500.00 | |
| 15010 | McCloskey Mechanical | Plumbing | $ 57,700.00 | $ 57,700.00 | $ - | $ - | $ 13,500.00 | $ 44,200.00 | |
| 15030 | McCloskey Mechanical | HVAC | $ 59,000.00 | $ 59,000.00 | $ - | $ - | $ 13,500.00 | $ 45,500.00 | |
| 2020 | Merendino Corporation | Demolition | $ 12,500.00 | $ 12,500.00 | $ - | $ - | $ 11,250.00 | $ 1,250.00 | |
| 9090 | PR Painting | Painting/Wallcovering | $ 29,500.00 | $ 29,500.00 | $ - | $ - | $ - | $ 29,500.00 | |
| 3030 | Precision Concrete | Concrete | $ 110,000.00 | $ 110,000.00 | $ - | $ - | $ 36,000.00 | $ 74,000.00 | |
| 1005 | Schimenti Construction | General Conditions | $ 194,742.00 | $ 194,742.00 | $ - | $ - | $ 41,400.00 | $ 153,342.00 | |
| 1010 | Schimenti Construction | GC OH&P (Fee) | $ 72,358.00 | $ 72,358.00 | $ - | $ - | $ - | $ 72,358.00 | |
| 9010 | Schimenti Construction | EIFS | $ 49,900.00 | $ 49,900.00 | $ - | $ - | $ - | $ 49,900.00 | |
| 9020 | Schimenti Construction | Stud & Drywall | $ 7,900.00 | $ 7,900.00 | $ - | $ - | $ - | $ 7,900.00 | |
| 9030 | Schimenti Construction | Ceramic Tile | $ 4,200.00 | $ 4,200.00 | $ - | $ - | $ - | $ 4,200.00 | |
| | SCHIMENTI CONSTRUCTION SUBTOTAL | | $ 329,100.00 | $ 329,100.00 | $ - | $ - | $ 41,400.00 | $ 287,700.00 | |
| 8050 | Standard Glass | Entrance & Storefront | $ 42,000.00 | $ 42,000.00 | $ - | $ - | $ - | $ 42,000.00 | |
| 9020 | Whitetall Interiors | Stud & Drywall | $ 180,000.00 | $ 180,000.00 | $ - | $ - | $ 36,000.00 | $ 144,000.00 | |
| | | | $ 1,324,900.00 | $ 1,324,900.00 | $ - | $ - | $ 232,650.00 | $ 1,092,250.00 | |

## GENERAL CONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/2/08_____

The undersigned, Schimenti Construction Co., LLC ("Contractor"), is a contractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield, NJ_____
Project Address: _____1200 US Highway 22_____
City: _N. Plainfield___, County _____, State: _____NJ_____

The monetary terms for the Work are:

| | | | |
|---|---|---|---|
| A. | Original Contract Amount: | $ | 1,324,900.00 |
| B. | Changes to Contract: | $ | |
| C. | Revised Contract Amount: | $ | 1,324,900.00 |
| D. | Amount Requested This Period (Conditional): | $ | 232,650.00 |
| E. | Amount Paid to Date (Unconditional): | $ | 0.00 |
| F. | Balance on Contract: | $ | 1,092,250.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $232,650.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases, Contractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Contractor further certifies that Contractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Contractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Contractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Contractor acknowledges that the foregoing representations are made to induce Owner to make the Progress Payment above knowing that Owner relies on the representations herein contained. Contractor further warrants and represents

that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

CONTRACTOR:
Schimenti Construction Co., LLC

_____
(signature)

By:    Joe Sparta
       (print name)

Title:    Controller

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 10th day of

_____ JULY, 2008 in the City/County of _____ Westchester State of _____ New York

_____    _____
Notary Public                        My commission Expires    1/7/12

28-059

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20__12

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:         7/2/08

The undersigned, A.J. Maglio Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield, NJ
Project Address:      1200 US Highway 22
City:  N. Plainfield  , County _____, State:    NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor  Schimenti Construction Co., LLC   hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 310,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 310,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 45,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 265,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $45,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that

the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
A.J. Maglio Inc.

By: _____

Title: _CHIEF ESTIMATOR_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _2_ day of _July 2008_ in the City/County of _Union_, State of _NJ_.

_____
Notary Public

**JENNIFER McELROY**
**NOTARY PUBLIC OF NEW JERSEY**
My commission expires 6/24/2013

28-059-08

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:  7/2/08

The undersigned, Hi-Tech Steel, Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  Circuit City, N Plainfield
Project Address:       1200 US Highway 22
City:  N. Plainfield , County  Somerset , State:  NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 93,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 93,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 36,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 57,500.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $36,000.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress

Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Hi-Tech Steel, Inc.

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 3rd day of
_July_, _2008_ in the City/County of _Sussex_, State of _New Jersey_

_____
Notary Public

DONNA A. NIXON
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/31/2009
My commission Expires

28-059-09

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:  _____7/2/08_____

The undersigned, <u>McCloskey Mechanical Cntr.</u> ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: <u>Circuit City, N Plainfield</u>
Project Address:_____<u>1200 US Highway 22</u>_____
City: <u>N. Plainfield</u> , County <u>Somerset</u> , State: <u>NJ</u>

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor <u>Schimenti Construction Co., LLC</u> hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 57,700.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 57,700.00 |
| D. | Amount Requested This Period (Conditional): | $ | 13,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 44,200.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $<u>13,500.00</u> (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through <u>7/2/08</u> (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $<u>0.00</u> (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: Vice President

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 8th day of

July, 2008 _____ in the City/County of Camden , State of New Jersey

_____
Notary Public

AMANDA S. STEMMER
Notary Public of New Jersey
My Commission Expires Oct. 5, 2008
My commission Expires

28-059-05

Rev. 3.24.06

2

**SUBCONTRACTOR'S PROGRESS PAYMENT**
**CLAIM RELEASE AND LIEN WAIVER**
*(to be provided with each progress payment application)*

Date: _____7/2/08_____

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield_____
Project Address:_____1200 US Highway 22_____
City: N. Plainfield , County _____, State: NJ____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---:|
| A. | Original Subcontract Amount: | $ | 59,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 59,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 13,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 45,500.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $13,500.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: Vice President

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 8th day of

July, 2008          in the City/County of   Camden      , State of New Jersey

_____
Notary Public

28-059-05

My commission Expires _____

AMANDA S. STERMER
Notary Public of New Jersey
My Commission Expires Oct. 8, 2009

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:     7/2/08

The undersigned, Merendino ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  __Circuit City, N. Plainfield__
Project Address:  __1200 US Highway 22__
City:  __N. Plainfield__ , County __Somerset__, State: __NJ__

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 12,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 12,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 11,250.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 1,250.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $11,250.00 (*insert amount covered by this Progress Payment – from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date – from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner

Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Merendino

By: _____

Title: *Vice President*

Subscribed and Sworn to before the undersigned, a Notary Public, on this the ⟨2⟩ day of *July, 2008* in the City/County of *Nassau*, State of *NY*.

*Maureen MacDonald*
Notary Public

11/24/09
My commission Expires

28-059-01

Maureen MacDonald
Notary Public, State of New York
No. 01MA5008741
Qualified in Nassau Coun
Commission Expires 11/26/09

Rev. 3.24.06

2

TOTAL P.03

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 7/2/08 _____

The undersigned, Precision Concrete ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield__
Project Address: ____1200 US Highway 22_____
City: _N Plainfield__ , County _____ , State: __NJ__

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 110,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 110,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 36,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 74,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $36,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Precision Concrete

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _2_ day of

_July_____ in the City/County of ___ESSEX___, State of _N.J._

_____        _4-17-2011_____
Notary Public                                          My commission Expires

28-059-07

Rev. 3.24.06

2

01/14/2006 00:35 FAX 906 236 0769          WHITE TAIL LLC              → MAINOFFICE          ☒001

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 7/2/08

The undersigned, <u>White Tail Interiors, LLC</u> ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   <u>Circuit City, N Plainfield, NJ</u>
Project Address:   <u>1200 US Highway 22</u>
City: <u>N. Plainfield</u>   County <u>Somerset</u>, State:   <u>NJ</u>

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor   <u>Schimenti Construction Co., LLC</u>   hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 180,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 180,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 36,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 144,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $36,000.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/2/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that

the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
White Tail Interiors, LLC

By: _Joseph Morell_

Title: _member_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _11th_ day of _July 2008_ in the City/County of _Westchester_ State of _New York_

_Carmela Cutrupi_                              _1/7/12_
Notary Public                                   My commission Expires

28-059-10

Rev. 3.24.06

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20__12__

2

# Payment Application

| Payment Application Information | Project Information |
|---|---|
| **Number:** 6701<br>**Contract:** 4133 - Construction Contract<br>**To:** Ashley Hudson<br>**From:** Richard Sands<br>**Due Date:** | **Project Name:**<br>NJ:New York Metro:North Plainfield #4133<br>**Project #:** 04133<br>**Address:** 1200 US Route 22<br>North Plainfield, New Jersey  07060 |

**Detail:**

| Line Items | Total |
|---|---|
| - DIVISION 1 - GENERAL CONDITIONS | $232,550.00 |
| 1005 - General Conditions | $0.00 |
| 1010 - Overhead & Profit (Fee) | $0.00 |
| - DIVISION 2 -- SITEWORK | $0.00 |
| 2010 - Site Clearing & Erosion Control | $0.00 |
| 2020 - Demolition | $0.00 |
| 2030 - Excavation & Grading | $0.00 |
| 2040 - Site Storm Drainage | $0.00 |
| 2050 - Site Utilities | $0.00 |
| 2060 - Concrete Walks | $0.00 |
| 2070 - Precast Bollards | $0.00 |
| 2080 - Site Retaining Walls | $0.00 |
| 2090 - Curb & Gutter and Entrances | $0.00 |
| 2100 - Concrete Paving | $0.00 |
| 2110 - Asphalt Paving & Striping | $0.00 |
| 2120 - Exterior Fencing | $0.00 |
| 2130 - Landscaping & Irrigation | $0.00 |
| 2140 - Site Lighting from 5' out | $0.00 |
| 2999 - Sitework Other | $0.00 |
| - DIVISION 3 -- CONCRETE | $0.00 |
| 3010 - Concrete Foundations | $0.00 |
| 3020 - Concrete Slab | $0.00 |
| 3030 - Concrete Sidewalks, Steps, stoops, pads, etc. | $0.00 |
| 3060 - Building Excavation & Backfill | $0.00 |
| 3070 - Tilt Wall Panels | $0.00 |
| 3999 - Concrete Other | $0.00 |
| - DIVISION 4 -- MASONRY | $0.00 |
| 4050 - Unit Masonry | $0.00 |

Powered by
expedite

Date: 7/14/2008

## Payment Application

| | |
|---|---|
| 4999 - Masonry - Other | $0.00 |
| - DIVISION 5 -- METALS | $0.00 |
| 5010 - Structural Metal | $0.00 |
| 5020 - Misc. & Ornamental Metal | $0.00 |
| 5999 - Metals - Other | $0.00 |
| - DIVISION 6 -- ROUGH CARPENTRY | $0.00 |
| 6010 - Rough Carpentry | $0.00 |
| 6020 - Finish Carpentry | $0.00 |
| 6030 - Millwork | $0.00 |
| 6999 - Carpentry Other | $0.00 |
| - DIVISION 7 -- MOISTURE CONTROL | $0.00 |
| 7010 - Waterproofing | $0.00 |
| 7020 - Building Insulation | $0.00 |
| 7040 - Sheetmetal Work | $0.00 |
| 7050 - Roofing & Roof Insulation | $0.00 |
| 7055 - Exterior Metals | $0.00 |
| 7060 - Roof Accessories | $0.00 |
| 7070 - Caulking & Sealants | $0.00 |
| 7999 - Moisture Control - Other | $0.00 |
| - DIVISION 8 -- DOORS WINDOWS & GLASS | $0.00 |
| 8010 - Steel Doors and Frames | $0.00 |
| 8020 - Wood & Plastic Doors | $0.00 |
| 8030 - Impact Doors | $0.00 |
| 8040 - Overhead Doors | $0.00 |
| 8050 - Entrance & Store Front | $0.00 |
| 8060 - Security Gates | $0.00 |
| 8070 - Finish Hardware | $0.00 |
| 8080 - Glass & Glazing | $0.00 |
| 8090 - Fire Doors | $0.00 |
| 8999 - Doors, Windows & Glass - Other | $0.00 |
| - DIVISION 9 -- FINISHES | $0.00 |
| 9010 - Lath, Plaster & EIFS | $0.00 |
| 9020 - Stud & Drywall | $0.00 |
| 9030 - Ceramic Tile | $0.00 |
| 9040 - Acoustical Ceilings | $0.00 |
| 9050 - Carpet | $0.00 |

Date: 7/14/2008

## Payment Application

| | |
|---|---|
| 9060 - Resilent Flooring | $0.00 |
| 9070 - Sheet Vinyl Flooring | $0.00 |
| 9080 - Rubber Flooring | $0.00 |
| 9090 - Painting/Wall Coverings | $0.00 |
| 9100 - Marlite Panels (FRP) | $0.00 |
| 9999 - Finishes Other | $0.00 |
| - DIVISION 10 -- SPECIALTIES | $0.00 |
| 10010 - Toilet Partitions | $0.00 |
| 10020 - Interior Signage | $0.00 |
| 10030 - Fire Extinguishers | $0.00 |
| 10040 - Toilet Accessories | $0.00 |
| 10070 - Rolling Conveyor | $0.00 |
| 10080 - Lockers | $0.00 |
| 10999 - Specialties - Other | $0.00 |
| - DIVISION 11 -- EQUIPMENT | $0.00 |
| 11010 - Miscellaneous Equipment | $0.00 |
| 11020 - Loading Dock Equipment | $0.00 |
| 11030 - Elevators/Lifts | $0.00 |
| - DIVISION 12 -- FURNISHINGS | $0.00 |
| 12010 - Window Treatment | $0.00 |
| 12020 - Coat Rack | $0.00 |
| 12030 - Floor Mats | $0.00 |
| - DIVISION 15 -- MECHANICAL | $0.00 |
| 15010 - Plumbing | $0.00 |
| 15020 - Fire Protection | $0.00 |
| 15030 - HVAC | $0.00 |
| - DIVISION 16 -- ELECTRICAL | $0.00 |
| 16090 - Electrical | $0.00 |
| **TOTALS:** | **$232,650.00** |

**Approved By:**

_____
Signature

Joe Sparta
_____
Printed Name


Powered By
expesite.

Date: 7/14/2008

**Payment Application**

_Carmela Cutrupi_
_____
Signature

_Carmela Cutrupi_
_____
Printed Name

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 2012