# APPLICATION AND CERTIFICATION FOR PAYMENT

TO:    Circuit City Stores, Inc.
        9950 Mayland Drive
        Richmond, VA 23233

FROM:  Schimenti Construction Co., LLC
        118 North Bedford Rd
        Mount Kisco, NY 10549

PROJECT: Circuit City #4133, N. Plainfield, NJ

APPLICATION NO: 2

PERIOD TO:  31-Jul-08

CCSI PROJECT NO:  04133

CONTRACT DATE:  5-May-08

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
The detailed breakdown of this application is attached.

SEE ATTACHED SWORN STATEMENT FROM CONTRACTOR TO OWNER

1. ORIGINAL CONTRACT SUM .............................$    1,324,900.00

2. NET CHANGE BY CHANGE ORDER ....................$    0.00

3. CONTRACT SUM TO DATE (Line 1 ± 2) ..................$    1,324,900.00

4. TOTAL COMPLETED TO DATE
    (Column F on Details) ..................$    815,318.20

5. RETAINAGE:
    10 % of Completed Work
    (Column D + E on Details) ..................$    81,531.82

6. TOTAL EARNED LESS RETAINAGE
    (Line 4 Less Line 5 Total) ..................$    733,786.38

7. LESS PREVIOUS CERTIFICATES FOR
    PAYMENT (Line 6 from prior Application) ................$    232,650.00

8. CURRENT PAYMENT DUE ..................$    501,136.38

9. BALANCE TO FINISH, INCLUDING
    RETAINAGE (Line 3 less Line 6) ..................$    591,113.62

Contractor: Do not enter information below this line.

## CONTRACTOR'S CERTIFICATION

The undersigned Contractor certifies that to the best of the
Contractor's knowledge, information and belief the Work
covered by this Application for Payment has been
completed in accordance with the Contract Documents, that
all amounts have been paid by the Contractor for Work for
which previous Certificates for Payment were issued and
payments received from the Owner, and that current
payment shown herein is now due.

CONTRACTOR:  **Schimenti Construction Co., LLC**

By: _____  Date: 8/14/08

State of: New York
County of: Westchester

Subscribed and sworn to before me
this 14 day of August, 20 08

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20 12

Notary Public: _____
My Commission expires:
1/7/12

## CIRCUIT CITY ACCOUNTING INFORMATION

Project ID: _____

Req. No: _____

Amount: _____ *

Approved: _____

Approved: _____

Invoice No: _____

PO No: _____

Vendor ID: _____

**\* EXPENSE PAYABLES, SEE COLUMN "I" FOR LINE ITEM AMOUNTS**

## CHECK DUE DATE: _____

## RETURN CHECK TO: ASHLEY HUDSON / CONSTRUCTION DEPARTMENT

v1-3

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.
**Schimenti Construction Company**

APPLICATION NO.: Details Page 1 of 3
APPLICATION DATE: 31-Jul-08
PERIOD TO: 31-Jul-08

North Plainfield, NJ #4133

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D) | WORK COMPLETED THIS PERIOD (E) | F TOTAL COMPLETED TO DATE (D+E) | % (F÷C) | G BALANCE TO FINISH (C-F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **ORIGINAL CONTRACT** | | | | | | | | | |
| | Mobilization | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Insurance | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Bond Cost | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | General Conditions | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 1005 | General Conditions | $194,742.00 | $46,000.00 | $46,000.00 | $92,000.00 | 47.24% | $102,742.00 | $9,200.00 | $41,400.00 | 1005 |
| 1010 | GC OH&P (Fee) | $72,358.00 | $0.00 | $28,943.20 | $28,943.20 | 40.00% | $43,414.80 | $2,894.32 | $26,048.88 | 1010 |
| 2010 | Site Clearing & Erosion Control | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2010 |
| 2020 | Demolition | $12,500.00 | $12,500.00 | $0.00 | $12,500.00 | 100.00% | $0.00 | $1,250.00 | $0.00 | 2020 |
| 2030 | Excavation & Grading | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2030 |
| 2040 | Site Storm Drainage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2040 |
| 2050 | Site Utilities | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2050 |
| 2060 | Concrete Walks | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2060 |
| 2070 | Precast Bollards | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2070 |
| 2080 | Site Retaining Walls | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2080 |
| 2090 | Curb & Gutter and Entrances | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2090 |
| 2100 | Concrete Paving | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2100 |
| 2110 | Asphalt Paving, Base & Striping | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2110 |
| 2120 | Exterior Fencing & Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2120 |
| 2130 | Landscaping & Irrigation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2130 |
| 2140 | Site Lighting | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2140 |
| 2999 | Sitework - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2999 |
| 3010 | Concrete Foundations | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3010 |
| 3020 | Concrete Slabs | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3020 |
| 3030 | Concrete Sidewalks, Steps, Stoops, Pads | $110,000.00 | $40,000.00 | $70,000.00 | $110,000.00 | 100.00% | $0.00 | $11,000.00 | $63,000.00 | 3030 |
| 3060 | Building Excavation & Backfill | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3060 |
| 3999 | Concrete - Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3999 |
| 4050 | Unit Masonry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4050 |
| 4999 | Masonry - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4999 |
| 5010 | Structural Metals | $93,500.00 | $40,000.00 | $53,500.00 | $93,500.00 | 100.00% | $0.00 | $9,350.00 | $48,150.00 | 5010 |
| 5020 | Misc & Ornamental Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5020 |
| 5999 | Metals - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5999 |
| | Roof/Exterior Blocking | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Interior Blocking | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 6010 | Rough Carpentry Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6010 |
| 6020 | Finish Carpentry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6020 |
| 6030 | Millwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6030 |
| 6999 | Carpentry - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6999 |
| 7010 | Waterproofing | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7010 |
| 7020 | Building Insulation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7020 |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.

Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:   Details Page 2 of 3
APPLICATION DATE:   31-Jul-08
PERIOD TO:   31-Jul-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D÷E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D÷E) | % (F÷C) | G BALANCE TO FINISH (C-F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 7040 | Sheet Metal Work | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7040 |
| 7050 | Roofing & Roof Insulation | $100,000.00 | $0.00 | $75,000.00 | $75,000.00 | 75.00% | $25,000.00 | $7,500.00 | $67,500.00 | 7050 |
| 7055 | Exterior Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7055 |
| 7060 | Roof Accessories | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7060 |
| 7070 | Caulking & Sealants | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7070 |
| 7999 | Moisture Control - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7999 |
| 8010 | Steel Doors & Frames | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8010 |
| 8020 | Wood & Plastic Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8020 |
| 8030 | Impact Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8030 |
| 8040 | Overhead Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8040 |
| 8050 | Entrance & Store Fronts | $42,000.00 | $0.00 | $21,000.00 | $21,000.00 | 50.00% | $21,000.00 | $2,100.00 | $18,900.00 | 8050 |
| 8060 | Security Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8060 |
| 8070 | Finish Hardware | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8070 |
| 8080 | Glass & Glazing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8080 |
| 8090 | Fire Shutters | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8090 |
| 8999 | Doors, Windows & Glass - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8999 |
| 9010 | Lath & Plaster / EIFS | $49,900.00 | $0.00 | $0.00 | $0.00 | 0.00% | $49,900.00 | $0.00 | $0.00 | 9010 |
| | Framing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Hanging Drywall | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Tape & Finish | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9020 | Stud & Drywall Subtotal | $187,900.00 | $40,000.00 | $100,000.00 | $140,000.00 | 74.51% | $47,900.00 | $14,000.00 | $99,000.00 | 9020 |
| 9030 | Ceramic Tile | $4,200.00 | $0.00 | $0.00 | $0.00 | 0.00% | $4,200.00 | $0.00 | $0.00 | 9030 |
| 9040 | Acoustical Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9040 |
| 9050 | Carpet | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9050 |
| 9060 | Resilient Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9060 |
| 9070 | Sheet Vinyl Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9070 |
| 9080 | Rubber Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9080 |
| | Exterior Painting | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Interior Painting & WC | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Floors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9090 | Painting/Wall Coverings Subtotal | $29,500.00 | $0.00 | $7,375.00 | $7,375.00 | 25.00% | $22,125.00 | $737.50 | $6,637.50 | 9090 |
| 9100 | Flooring Material Allowance | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9100 |
| 9110 | Marlite Panels (FRP) | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9110 |
| 9999 | Finishes - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9999 |
| 10010 | Toilet Partitions | $1,600.00 | $0.00 | $0.00 | $0.00 | 0.00% | $1,600.00 | $0.00 | $0.00 | 10010 |
| 10020 | Interior Signage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10020 |
| 10030 | Fire Extinguishers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10030 |
| 10040 | Toilet Accessories | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10040 |
| 10070 | Rolling Conveyor | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10070 |
| 10080 | Lockers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10080 |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT

Contractor's signed certification is attached.

**Schimenti Construction Company**

North Plainfield, NJ #4133

APPLICATION NO:
APPLICATION DATE:  31-Jul-08
PERIOD TO:  31-Jul-08

Details Page 3 of 3

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F ÷ C) | G BALANCE TO FINISH (C - F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10999 | Specialties - Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10999 |
| 11010 | Miscellaneous Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11010 |
| 11020 | Loading Dock Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11020 |
| 11030 | Elevators/Lifts | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11030 |
| 12010 | Window Treatment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12010 |
| 12020 | Coat Rack | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12020 |
| 12030 | Floor Mats | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12030 |
| | Underground Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Fixtures | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15010 | Plumbing Subtotal | $57,700.00 | $15,000.00 | $20,000.00 | $35,000.00 | 60.66% | $22,700.00 | $3,500.00 | $18,000.00 | 15010 |
| | Underground Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Assembly | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Devices | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15020 | Fire Protection Systems Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 15020 |
| | HVAC Roof Top Units | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Ductwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Registers, Grilles & Diffusers | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Testing & Balancing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15030 | HVAC Subtotal | $59,000.00 | $15,000.00 | $35,000.00 | $50,000.00 | 84.75% | $9,000.00 | $5,000.00 | $31,500.00 | 15030 |
| | Temporay Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Low Voltage | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Finish Electric | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Light Fixture Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Switchgear Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | NOVAR Controls | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Alarm System | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 16090 | Electrical Subtotal | $310,000.00 | $50,000.00 | $100,000.00 | $150,000.00 | 48.39% | $160,000.00 | $15,000.00 | $90,000.00 | 16090 |
| 16100 | Electrical Allowance | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 16100 |
| | **ORIGINAL CONTRACT TOTALS** | $1,324,900.00 | $258,500.00 | $556,818.20 | $815,318.20 | 61.54% | $509,581.80 | $81,531.82 | $501,136.38 | |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.

Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:   Details Page 4 of 4-3
APPLICATION DATE:   31-Jul-08
PERIOD TO:   31-Jul-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED — FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED — THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F ÷ C) | G BALANCE TO FINISH (C - F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | APPROVED CHANGE ORDERS | | | | | | | | | |
| | Approved Change Order #__ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #__ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Approved Change Order #__ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #__ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Approved Change Order #__ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #__ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | APPROVED CHANGE ORDER TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | GRAND TOTALS | $1,324,900.00 | $258,500.00 | $556,818.20 | $815,318.20 | 61.54% | $509,581.80 | $81,531.82 | $501,136.38 | |

## Lien Release Checklist
## Pay Application # 2
### Circuit City Store # 4133, North Plainfield, NJ

| Pay App Line # | Subcontractor or Material Supplier | Description of Work or Material | Original Contract | Adjusted Contract | Previous Months Draws (Accumulative) | Paid to Date | Amount this Request | Balance to Complete | CCSI Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 16090 | A. J. Maglio | Electrical | $ 310,000.00 | $ 310,000.00 | $ 45,000.00 | $ 45,000.00 | $ 90,000.00 | $ 175,000.00 | |
| 7050 | Conti Roofing | Roofing | $ 100,000.00 | $ 100,000.00 | $ - | $ - | $ 67,500.00 | $ 32,500.00 | |
| 10010 | Division Ten Specialties | Toilet Partitions | $ 1,600.00 | $ 1,600.00 | $ - | $ - | $ - | $ 1,600.00 | |
| 5010 | Hi-Tech Steel | Structural Metals | $ 93,500.00 | $ 93,500.00 | $ 36,000.00 | $ 36,000.00 | $ 48,150.00 | $ 9,350.00 | |
| 15010 | McCloskey Mechanical | Plumbing | $ 57,700.00 | $ 57,700.00 | $ 13,500.00 | $ 13,500.00 | $ 18,000.00 | $ 26,200.00 | |
| 15030 | McCloskey Mechanical | HVAC | $ 59,000.00 | $ 59,000.00 | $ 13,500.00 | $ 13,500.00 | $ 31,500.00 | $ 14,000.00 | |
| 2020 | Merendino Corporation | Demolition | $ 12,500.00 | $ 12,500.00 | $ 11,250.00 | $ 11,250.00 | $ - | $ 1,250.00 | |
| 9090 | PR Painting | Painting/Wallcovering | $ 29,500.00 | $ 29,500.00 | $ - | $ - | $ 6,637.50 | $ 22,862.50 | |
| 3030 | Precision Concrete | Concrete | $ 110,000.00 | $ 110,000.00 | $ 36,000.00 | $ 36,000.00 | $ 63,000.00 | $ 11,000.00 | |
| 1005 | Schimenti Construction | General Conditions | $ 194,742.00 | $ 194,742.00 | $ 41,400.00 | $ 41,400.00 | $ 41,400.00 | $ 111,942.00 | |
| 1010 | Schimenti Construction | GC OH&P (Fee) | $ 72,358.00 | $ 72,358.00 | $ - | $ - | $ 26,048.88 | $ 46,309.12 | |
| 9010 | Schimenti Construction | EIFS | $ 49,900.00 | $ 49,900.00 | $ - | $ - | $ - | $ 49,900.00 | |
| 9020 | Schimenti Construction | Stud & Drywall | $ 7,900.00 | $ 7,900.00 | $ - | $ - | $ - | $ 7,900.00 | |
| 9030 | Schimenti Construction | Ceramic Tile | $ 4,200.00 | $ 4,200.00 | $ - | $ - | $ - | $ 4,200.00 | |
| | SCHIMENTI CONSTRUCTION SUBTOTAL | | $ 329,100.00 | $ 329,100.00 | $ 41,400.00 | $ 41,400.00 | $ 67,448.88 | $ 220,251.12 | |
| 8050 | Standard Glass | Entrance & Storefront | $ 42,000.00 | $ 42,000.00 | $ - | $ - | $ 18,900.00 | $ 23,100.00 | |
| 9020 | Whitetail Interiors | Stud & Drywall | $ 180,000.00 | $ 180,000.00 | $ 36,000.00 | $ 36,000.00 | $ 90,000.00 | $ 54,000.00 | |
| | | | $1,324,900.00 | $1,324,900.00 | $ 232,650.00 | $ 232,650.00 | $ 501,136.38 | $ 591,113.62 | |

## GENERAL CONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:        7/31/08

The undersigned, Schimenti Construction Co., LLC ("Contractor"), is a contractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield, NJ
Project Address:        1200 US Highway 22
City:   N. Plainfield   , County _____, State:      NJ

The monetary terms for the Work are:

| | | | |
|---|---|---|---|
| A. | Original Contract Amount: | $ | 1,324,900.00 |
| B. | Changes to Contract: | $ | 0.00 |
| C. | Revised Contract Amount: | $ | 1,324,900.00 |
| D. | Amount Requested This Period (Conditional): | $ | 501,136.38 |
| E. | Amount Paid to Date (Unconditional): | $ | 232,650.00 |
| F. | Balance on Contract: | $ | 591,113.62 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $501,136.38 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases, Contractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Contractor further certifies that Contractor has previously been paid $232,650.00 (*insert amount actually paid to date - from line "E" above*) as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage.  Contractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Contractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date.  The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent.  Contractor acknowledges that the foregoing representations are made to induce Owner to make the Progress Payment above knowing that Owner relies on the representations herein contained.  Contractor further warrants and represents

that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

CONTRACTOR:
Schimenti Construction Co., LLC

_____
(signature)

By:    JoeSPARTA
        (print name)

Title:    Controller

---

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 1Y day of

_____August 2008_____ in the City/County of Westchester, State of New York

_____
Notary Public

1/7/12
My commission Expires

28-059

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20 12

Rev. 3.24.06

2

### SUBCONTRACTOR'S PROGRESS PAYMENT
### CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 7/31/08 _____

The undersigned, A.J. Maglio Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield, NJ__
Project Address: _____ 1200 US Highway 22 _____
City: _N. Plainfield_ , County _____, State: ___ NJ ___

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor __Schimenti Construction Co., LLC__ hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 310,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 310,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 90,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 45,000.00 |
| F. | Balance on Subcontract: | $ | 175,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $90,000.00 *(insert amount covered by this Progress Payment - from line "D" above),* together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 *(insert date payment is requested through),* exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $45,000.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

### Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR,
A.J. Maglio Inc.

By: _____

Title: CHIEF ESTIMATOR

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 12th day of

August 2008 in the City/County of Union, State of NJ

Notary Public

JENNIFER McELROY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/24/2013
My commission Expires

28-059-08

Rev. 3.24.06

2

AUG-13-2008 02:23P FROM:                12019458215              TO:19142449104          P.2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, Conti Roofing Co., Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N. Plainfield, NJ
Project Address: _____1200 US Highway 22_____
City: N. Plainfield, County _____, State: NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 100,000.00 |
| B. | Changes to Subcontract: | $ | 0.00 |
| C. | Revised Subcontract Amount: | $ | 100,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 67,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 32,500.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $67,500.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

$ _____-0-_____ Subcontractor further certifies that Subcontractor has previously been paid (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through ___7/31/08___, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce

Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

### Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Conti Roofing Co., Inc.

By: _JOHN Tucci_

Title: _PRESIDENT_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 13th day of
_August_ in the City/County of _Ridgefield_, State of _New Jersey_

Notary Public

28-059-03

1-24-2011
My commission Expires

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:___7/31/08___

The undersigned, Hi-Tech Steel, Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

    Circuit City Project Name:___Circuit City, N Plainfield___
    Project Address:_____1200 US Highway 22___
    City:__N. Plainfield__, County _Somerset_, State:__NJ___

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 93,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 93,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 48,150.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 9,350.50 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $48,150.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $36,000.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Hi-Tech Steel, Inc.

By: _____

Title: _____


Subscribed and Sworn to before the undersigned, a Notary Public, on this the _13_ day of _AUG 2008_ _____ in the City/County of _JUSSEX_, State of _New Jersey_

_____
Notary Public

28-059-09

_6/21/10_
My commission Expires

Mary Castronovo
Notary Public of New Jersey
My Commission Expires 06 / 21 / 10      Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
### *(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: _Circuit City, N Plainfield_____
Project Address: _____1200 US Highway 22_____
City: _N. Plainfield_, County _Somerset_, State: _NJ_____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 57,700.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 57,700.00 |
| D. | Amount Requested This Period (Conditional): | $ | 18,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 13,500.00 |
| F. | Balance on Subcontract: | $ | 26,200.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $18,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $13,500.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage, Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: _____ President

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 12th day of

_____August_____ , in the City/County of __Camden__ , State of __N.J.__

_____
Notary Public

AMANDA S. STEMMER
Notary Public of New Jersey
My Commission Expires Oct. 8, 2008
My commission Expires

28-059-05

Rev. 3.24.06

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield
Project Address:_____1200 US Highway 22_____
City: _N. Plainfield_, County _____, State: _____NJ_____
The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 59,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 59,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 31,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 13,500.00 |
| F. | Balance on Subcontract: | $ | 14,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $31,500.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $13,500.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: ____Preside it_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __12th__ day of

__August_____ in the City/County of __Camde 1__ , State of __N.J.__

Notary Public

AMANDA S. STERMER
Notary Public of New Jersey
My Commission Expires Oct. 8, 2008

My commission Expires

28-059-05

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:       7/31/08

The undersigned, Merendino ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  Circuit City, N. Plainfield
Project Address:     1200 US Highway 22
City:  N. Plainfield , County  Somerset , State:  NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC, hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 12,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 12,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 0.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 11,250.00 |
| F. | Balance on Subcontract: | $ | 1,250.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $0.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $11,250.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date.  The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent.  Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Merendino

By:

Title: *Vice President*

---

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _12_ day of _August, 2008_ in the City/County of _Nassau_ State of _NY_.

_Maureen MacDonald_      _11/24/09_
Notary Public          My commission Expires

28-059-01

Maureen MacDonald
Notary Public, State of New York
No. 01MA6000741
Qualified in Nassau Cour...
Commission Expires 11/24/09    Rev. 3.24.06

2

AUG-13-2008 12:32 PM                                                    P.02

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:       7/31/08

The undersigned,  P. R Painting Corp. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield
Project Address:      1200 US Highway 22
City:  N Plainfield  , County _____ , State:     NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 29,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 29,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 6,637.50 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 22,862.50 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $6,637.50 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through   8/13/08   , (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress

Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
P R Painting Corp.

By: 

Title: President

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 13 day of August 2008 in the City/County of Suffolk State of NY

Notary Public                                My commission Expires

28-059-04          ROBERT J. HUNSUCKER
                   Notary Public State of New York
                   No. 01HU5073945  Suffolk County
                   Commission Expires March 10, 20 11          Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:        7/31/08

The undersigned, Precision Concrete ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield
Project Address:     1200 US Highway 22
City:  N Plainfield  , County _____, State:    NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 110,000.00 |
| B. | Changes to Subcontract: | $ | 0.00 |
| C. | Revised Subcontract Amount: | $ | 110,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 63,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 11,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $63,000.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $36,000.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Precision Concrete

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __12__ day of
_Aug. 2008_____ in the City/County of __Essex___, State of _N.J.___.

_____
Notary Public

_4-17-2011_
My commission Expires

28-059-07

Rev. 3.24.06

5

06/12/2008 08:47 FAX 9082360769        WHITETAILINTERIORS        → MAIN OFFICE        ☑001

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:  _____7/31/08_____

The undersigned,  __White Tail Interiors, LLC__ ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  __Circuit City, N Plainfield, NJ__
Project Address:  _____1200 US Highway 22_____
City: __N. Plainfield__ , County __Somerset__ . State: __NJ__

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor  __Schimenti Construction Co., LLC__  hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 180,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 180,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 90,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 54,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of **$90,000.00** (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid **$36,000.00** (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
White Tail Interiors, LLC

By: _Joseph Monell_

Title: _member_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _11_ day of _August 2008_ in the City/County of _Westchester_, State of _New York_

_Carmela Cutrupi_
Notary Public

_1/7/12_
My commission Expires

28-059-10

```
CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20_12_
```

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 7/31/08 _____

The undersigned, __A.J. Maglio Inc.__ ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield, NJ__
Project Address: __1200 US Highway 22__
City: __N. Plainfield__, County _____, State: __NJ__

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor __Schimenti Construction Co., LLC__ hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 310,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 310,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 90,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 45,000.00 |
| F. | Balance on Subcontract: | $ | 175,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $90,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $45,000.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR.
A.J. Maglio Inc.

By: _____

Title: _CHIEF ESTIMATOR_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _2th_ day of _August 2008_ in the City/County of _Union_, State of _NJ_.

_____
Notary Public

JENNIFER McELROY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/24/2013
My commission Expires

28-059-08

Rev. 3.24.06

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
### (to be provided with each progress payment application)

Date: _____ 7/31/08 _____

The undersigned, Conti Roofing Co., Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N. Plainfield, NJ
Project Address: _____ 1200 US Highway 22
City: N. Plainfield, County _____, State: NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 100,000.00 |
| B. | Changes to Subcontract: | $ | 0.00 |
| C. | Revised Subcontract Amount: | $ | 100,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 67,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 32,500.00 |

### Conditional Waiver Portion:

Upon receipt of consideration in the sum of $67,500.00 (insert amount covered by this Progress Payment - from line "D" above), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (insert date payment is requested through), exclusive only of rights to retainage.

### Unconditional Waiver Portion:

Subcontractor further certifies that Subcontractor has previously been paid $ — 0 — (insert amount actually paid to date - from line "E" above) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through _____ 7/31/08 _____, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce

Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

### Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Conti Roofing Co., Inc.

By: JOHN Tucci

Title: PRESIDENT

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 13th day of
August in the City/County of Ridgefield, State of New Jersey

1-24-2011
My commission Expires

28-059-03

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:___7/31/08___

The undersigned, Hi-Tech Steel, Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:___Circuit City, N Plainfield___
Project Address:_____1200 US Highway 22___
City:__N. Plainfield___, County _Somerset_, State:___NJ___

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 93,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 93,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 48,150.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 9,350.50 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $48,150.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $36,000.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Hi-Tech Steel, Inc.

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _13_ day of

_AUG 2008_ _____ in the City/County of _SUSSEX_ , State of _New Jersey_

_____          _6/21/10_
Notary Public                                        My commission Expires

28-059-09

Mary Castronovo
Notary Public of New Jersey
My Commission Expires 06 / 21 / 10     Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
### (to be provided with each progress payment application)

Date:  _____ 7/31/08 _____

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield _____
Project Address: _____ 1200 US Highway 22 _____
City: N. Plainfield , County Somerset, State: NJ _____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 57,700.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 57,700.00 |
| D. | Amount Requested This Period (Conditional): | $ | 18,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 13,500.00 |
| F. | Balance on Subcontract: | $ | 26,200.00 |

### Conditional Waiver Portion:

Upon receipt of consideration in the sum of $18,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

### Unconditional Waiver Portion:

Subcontractor further certifies that Subcontractor has previously been paid $13,500.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage, Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: _____ President _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __12th__ day of

__August__ _____ in the City/County of __Camden__ , State of __N.J.__

_____
Notary Public

AMANDA S. STEELMER
Notary Public of New Jersey
My Commission Expires Oct. 8, 2008
My commission Expires

28-059-05

Rev. 3.24.06

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:       7/31/08

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield
Project Address:    1200 US Highway 22
City: N. Plainfield  , County _____, State: ____ NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 59,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 59,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 31,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 13,500.00 |
| F. | Balance on Subcontract: | $ | 14,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $31,500.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $13,500.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: _____Preside t_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __12th__ day of

__August__ _____ in the City/County of __Camde  1__ , State of __N.J.__

_____          AMANDA S. STEEMER
Notary Public                             Notary Public of New Jersey
                                          My Commission Expires Oct, 8, 2008
                                          My commission Expires _____

28-059-05

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, Merendino ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N. Plainfield__
Project Address: _____1200 US Highway 22_____
City: __N. Plainfield__ , County __Somerset__ , State: __NJ__

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC. hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 12,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 12,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 0.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 11,250.00 |
| F. | Balance on Subcontract: | $ | 1,250.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $0.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $11,250.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Merendino

By: _____

Title: _Vice President_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 12 day of August, 2008 in the City/County of Nassau, State of NY.

_____
Notary Public

11/24/09
My commission Expires

28-059-01

Maureen MacDonald
Notary Public, State of New York
No. 01MA5000741
Qualified in Nassau County
Commission Expires 11/24/09

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, P. R. Painting Corp., ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield_____
Project Address: _____1200 US Highway 22_____
City: _N Plainfield_, County _____, State: ___NJ_____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 29,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 29,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 6,637.50 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 0.00 |
| F. | Balance on Subcontract: | $ | 22,862.50 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $6,637.50 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $0.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through ___8/13/08___, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress

Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
P R Painting Corp.

By: _____

Title: _President_

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _13_ day of _August 2008_ in the City/County of _Suffolk_ State of _NY_

_____
Notary Public, NY

_____
My commission Expires

28-059-04            ROBERT J. HUNSUCKER
                     Notary Public State of New York
                     No. 01HU5073945  Suffolk County        Rev. 3.24.06
                     Commission Expires March 10, 20_11_

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____7/31/08_____

The undersigned, <u>Precision Concrete</u> ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield_____
Project Address: ____1200 US Highway 22_____
City: _N Plainfield__, County _____, State: ___NJ___

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor <u>Schimenti Construction Co., LLC</u> hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 110,000.00 |
| B. | Changes to Subcontract: | $ | 0.00 |
| C. | Revised Subcontract Amount: | $ | 110,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 63,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 11,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $<u>63,000.00</u> (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through <u>7/31/08</u> (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $<u>36,000.00</u> (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through <u>7/2/08</u>, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

AUG-12-2008  11:58                                                          P.03/03

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Precision Concrete

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _12_ day of _Aug_, 2008 _____, in the City/County of _Essex_, State of _N.Y._.

_____
Notary Public

4-17-2011
My commission Expires

28-059-07

Rev. 3.24.06

TOTAL P.03

08/12/2008 08:47 FAX 9082360769          WHITETAILINTERIORS        → MAIN OFFICE        ☑001

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 7/31/08 _____

The undersigned, White Tail Interiors, LLC ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __ Circuit City, N Plainfield, NJ _____
Project Address: _____ 1200 US Highway 22 _____
City: _ N. Plainfield _, County Somerset , State: __ NJ _____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor **Schimenti Construction Co., LLC** hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 180,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 180,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 90,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 36,000.00 |
| F. | Balance on Subcontract: | $ | 54,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $90,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 7/31/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $36,000.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/2/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
White Tail Interiors, LLC

By: _Joseph Monell_

Title: _member_

---

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _11_ day of _August 2008_ in the City/County of _Westchester_ State of _New York_

_Carmela Cutrupi_                          _1/7/12_
Notary Public                              My commission Expires

28-059-10

```
CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20 12
```

Rev. 3.24.06

2