# Payment Application

| Payment Application Information | Project Information |
|---|---|
| **Number:** 6858<br>**Contract:** 4133 - Construction Contract<br>**To:** Ashley Hudson<br>**From:** Richard Sands<br>**Due Date:** | **Project Name:** NJ:New York Metro:North Plainfield #4133<br>**Project #:** 04133<br>**Address:** Mailing address: 1020 US Route 22<br>Delivery address:1020 US Route 22<br>North Plainfield, New Jersey  07060 |

**Detail:**

| Line Items | Total |
|---|---|
| - DIVISION 1 - GENERAL CONDITIONS | $458,623.62 |
| 1005 - General Conditions | $458,623.62 |
| 1010 - Overhead & Profit (Fee) | $0.00 |
| - DIVISION 2 -- SITEWORK | $0.00 |
| 2010 - Site Clearing & Erosion Control | $0.00 |
| 2020 - Demolition | $0.00 |
| 2030 - Excavation & Grading | $0.00 |
| 2040 - Site Storm Drainage | $0.00 |
| 2050 - Site Utilities | $0.00 |
| 2060 - Concrete Walks | $0.00 |
| 2070 - Precast Bollards | $0.00 |
| 2080 - Site Retaining Walls | $0.00 |
| 2090 - Curb & Gutter and Entrances | $0.00 |
| 2100 - Concrete Paving | $0.00 |
| 2110 - Asphalt Paving & Striping | $0.00 |
| 2120 - Exterior Fencing | $0.00 |
| 2130 - Landscaping & Irrigation | $0.00 |
| 2140 - Site Lighting from 5' out | $0.00 |
| 2999 - Sitework Other | $0.00 |
| - DIVISION 3 -- CONCRETE | $0.00 |
| 3010 - Concrete Foundations | $0.00 |
| 3020 - Concrete Slab | $0.00 |
| 3030 - Concrete Sidewalks, Steps, stoops, pads, etc. | $0.00 |
| 3060 - Building Excavation & Backfill | $0.00 |
| 3070 - Tilt Wall Panels | $0.00 |
| 3999 - Concrete Other | $0.00 |
| - DIVISION 4 -- MASONRY | $0.00 |



# Payment Application

| | |
|---|---|
| 4050 - Unit Masonry | $0.00 |
| 4999 - Masonry - Other | $0.00 |
| - DIVISION 5 -- METALS | $0.00 |
| 5010 - Structural Metal | $0.00 |
| 5020 - Misc. & Ornamental Metal | $0.00 |
| 5999 - Metals - Other | $0.00 |
| - DIVISION 6 -- ROUGH CARPENTRY | $0.00 |
| 6010 - Rough Carpentry | $0.00 |
| 6020 - Finish Carpentry | $0.00 |
| 6030 - Millwork | $0.00 |
| 6999 - Carpentry Other | $0.00 |
| - DIVISION 7 -- MOISTURE CONTROL | $0.00 |
| 7010 - Waterproofing | $0.00 |
| 7020 - Building Insulation | $0.00 |
| 7040 - Sheetmetal Work | $0.00 |
| 7050 - Roofing & Roof Insulation | $0.00 |
| 7055 - Exterior Metals | $0.00 |
| 7060 - Roof Accessories | $0.00 |
| 7070 - Caulking & Sealants | $0.00 |
| 7999 - Moisture Control - Other | $0.00 |
| - DIVISION 8 -- DOORS WINDOWS & GLASS | $0.00 |
| 8010 - Steel Doors and Frames | $0.00 |
| 8020 - Wood & Plastic Doors | $0.00 |
| 8030 - Impact Doors | $0.00 |
| 8040 - Overhead Doors | $0.00 |
| 8050 - Entrance & Store Front | $0.00 |
| 8060 - Security Gates | $0.00 |
| 8070 - Finish Hardware | $0.00 |
| 8080 - Glass & Glazing | $0.00 |
| 8090 - Fire Doors | $0.00 |
| 8999 - Doors, Windows & Glass - Other | $0.00 |
| - DIVISION 9 -- FINISHES | $0.00 |
| 9010 - Lath, Plaster & EIFS | $0.00 |
| 9020 - Stud & Drywall | $0.00 |
| 9030 - Ceramic Tile | $0.00 |
| 9040 - Acoustical Ceilings | $0.00 |



**Payment Application**

| | |
|---|---|
| 9050 - Carpet | $0.00 |
| 9060 - Resilent Flooring | $0.00 |
| 9070 - Sheet Vinyl Flooring | $0.00 |
| 9080 - Rubber Flooring | $0.00 |
| 9090 - Painting/Wall Coverings | $0.00 |
| 9100 - Marlite Panels (FRP) | $0.00 |
| 9999 - Finishes Other | $0.00 |
| - DIVISION 10 -- SPECIALTIES | $0.00 |
| 10010 - Toilet Partitions | $0.00 |
| 10020 - Interior Signage | $0.00 |
| 10030 - Fire Extinguishers | $0.00 |
| 10040 - Toilet Accessories | $0.00 |
| 10070 - Rolling Conveyor | $0.00 |
| 10080 - Lockers | $0.00 |
| 10999 - Specialties - Other | $0.00 |
| - DIVISION 11 -- EQUIPMENT | $0.00 |
| 11010 - Miscellaneous Equipment | $0.00 |
| 11020 - Loading Dock Equipment | $0.00 |
| 11030 - Elevators/Lifts | $0.00 |
| - DIVISION 12 -- FURNISHINGS | $0.00 |
| 12010 - Window Treatment | $0.00 |
| 12020 - Coat Rack | $0.00 |
| 12030 - Floor Mats | $0.00 |
| - DIVISION 15 -- MECHANICAL | $0.00 |
| 15010 - Plumbing | $0.00 |
| 15020 - Fire Protection | $0.00 |
| 15030 - HVAC | $0.00 |
| - DIVISION 16 -- ELECTRICAL | $0.00 |
| 16090 - Electrical | $0.00 |
| **TOTALS:** | **$458,623.62** |

Approved By:

Signature

*Joe Sparta*

Date: 9/30/2008

**Payment Application**

Printed Name

_Carmela Cutrupi_

Signature

_Carmela Cutrupi_

Printed Name

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20__12__

Date: 9/30/2008

# APPLICATION AND CERTIFICATION FOR PAYMENT

TO:  Circuit City Stores, Inc.
    9950 Mayland Drive
    Richmond, VA 23233

FROM:  Schimenti Construction Co., LLC
      118 North Bedford Rd
      Mount Kisco, NY 10549



PROJECT: Circuit City #4133, N. Plainfield, NJ

APPLICATION NO: 3

PERIOD TO:  30-Sep-08

CCSI PROJECT NO:  04133

CONTRACT DATE:  5-May-08

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract. The detailed breakdown of this application is attached.

SEE ATTACHED SWORN STATEMENT FROM CONTRACTOR TO OWNER

1. ORIGINAL CONTRACT SUM ........................$     1,324,900.00

2. NET CHANGE BY CHANGE ORDER ..................$     0.00

3. CONTRACT SUM TO DATE (Line 1 ± 2) ..................$     1,324,900.00

4. TOTAL COMPLETED TO DATE
   (Column F on Details) ........................$     1,324,900.00

5. RETAINAGE:
     10 % of Completed Work
   (Column D + E on Details) ........................$     132,490.00

6. TOTAL EARNED LESS RETAINAGE
   (Line 4 Less Line 5 Total) ........................$     1,192,410.00

7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Application) ................$     733,786.38

8. CURRENT PAYMENT DUE ..................$     458,623.62

9. BALANCE TO FINISH, INCLUDING
   RETAINAGE  (Line 3 less Line 6) ..................$     132,490.00

## CONTRACTOR'S CERTIFICATION

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:  Schimenti Construction Co., LLC

By: _____  Date: 9/30/08

State of:  New York
County of:  Westchester

Subscribed and sworn to before me
this _30_ day of _September_, 20 _08_

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20 _/2_

Notary Public _Carla Cutrupi_
My Commission expires: _1/7/12_

Contractor: Do not enter information below this line.

## CIRCUIT CITY ACCOUNTING INFORMATION

Project ID: _____     Invoice No: _____

Req. No: _____     PO No: _____

Amount: _____ *     Vendor ID: _____

Approved: _____

Approved: _____

**\* EXPENSE PAYABLES, SEE COLUMN "I" FOR LINE ITEM AMOUNTS**

## CHECK DUE DATE: _____

## RETURN CHECK TO:  ASHLEY HUDSON / CONSTRUCTION DEPARTMENT

v1-3

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.
Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:   Details Page 1 of 3
APPLICATION DATE:   30-Sep-08
PERIOD TO:   30-Sep-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F ÷ C) | G BALANCE TO FINISH (C - F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **ORIGINAL CONTRACT** | | | | | | | | | |
| | Mobilization | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Insurance | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Bond Cost | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | General Conditions | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | 1005 General Conditions | $194,742.00 | $92,000.00 | $102,742.00 | $194,742.00 | 0.00% | $0.00 | $19,474.20 | $92,467.80 | 1005 |
| | 1010 GC OH&P (Fee) | $72,358.00 | $28,943.20 | $43,414.80 | $72,358.00 | 100.00% | $0.00 | $7,235.80 | $39,073.32 | 1010 |
| | 2010 Site Clearing & Erosion Control | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2010 |
| | 2020 Demolition | $12,500.00 | $12,500.00 | $0.00 | $12,500.00 | 100.00% | $0.00 | $1,250.00 | $0.00 | 2020 |
| | 2030 Excavation & Grading | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2030 |
| | 2040 Site Storm Drainage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2040 |
| | 2050 Site Utilities | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2050 |
| | 2060 Concrete Walks | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2060 |
| | 2070 Precast Bollards | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2070 |
| | 2080 Site Retaining Walls | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2080 |
| | 2090 Curb & Gutter and Entrances | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2090 |
| | 2100 Concrete Paving | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2100 |
| | 2110 Asphalt Paving, Base & Striping | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2110 |
| | 2120 Exterior Fencing & Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2120 |
| | 2130 Landscaping & Irrigation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2130 |
| | 2140 Site Lighting | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2140 |
| | 2999 Sitework - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2999 |
| | 3010 Concrete Foundations | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3010 |
| | 3020 Concrete Slabs | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3020 |
| | 3030 Concrete Sidewalks, Steps, Stoops, Pads | $110,000.00 | $110,000.00 | $0.00 | $110,000.00 | 100.00% | $0.00 | $11,000.00 | $0.00 | 3030 |
| | 3060 Building Excavation & Backfill | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3060 |
| | 3999 Concrete - Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3999 |
| | 4050 Unit Masonry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4050 |
| | 4999 Masonry - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4999 |
| | 5010 Structural Metals | $93,500.00 | $93,500.00 | $0.00 | $93,500.00 | 100.00% | $0.00 | $9,350.00 | $0.00 | 5010 |
| | 5020 Misc & Ornamental Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5020 |
| | 5999 Metals - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5999 |
| | Roof/Exterior Blocking | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Interior Blocking | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | 6010 Rough Carpentry Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6010 |
| | 6020 Finish Carpentry | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6020 |
| | 6030 Millwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6030 |
| | 6999 Carpentry - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6999 |
| | 7010 Waterproofing | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7010 |
| | 7020 Building Insulation | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7020 |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.

**Schimenti Construction Company**

North Plainfield, NJ #4133

APPLICATION NO:  Details Page 2 of 3
APPLICATION DATE:  30-Sep-08
PERIOD TO:  30-Sep-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F÷C) | G BALANCE TO FINISH (C-F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 7040 | Sheet Metal Work | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7040 |
| 7050 | Roofing & Roof Insulation | $100,000.00 | $75,000.00 | $25,000.00 | $100,000.00 | 100.00% | $0.00 | $10,000.00 | $22,500.00 | 7050 |
| 7055 | Exterior Metal | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7055 |
| 7060 | Roof Accessories | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7060 |
| 7070 | Caulking & Sealants | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7070 |
| 7999 | Moisture Control - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 7999 |
| 8010 | Steel Doors & Frames | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8010 |
| 8020 | Wood & Plastic Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8020 |
| 8030 | Impact Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8030 |
| 8040 | Overhead Doors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8040 |
| 8050 | Entrance & Store Fronts | $42,000.00 | $21,000.00 | $21,000.00 | $42,000.00 | 100.00% | $0.00 | $4,200.00 | $18,900.00 | 8050 |
| 8060 | Security Gates | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8060 |
| 8070 | Finish Hardware | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8070 |
| 8080 | Glass & Glazing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8080 |
| 8090 | Fire Shutters | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8090 |
| 8999 | Doors, Windows & Glass - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 8999 |
| 9010 | Lath & Plaster / EIFS | $49,900.00 | $0.00 | $49,900.00 | $49,900.00 | 100.00% | $0.00 | $4,990.00 | $44,910.00 | 9010 |
| | Framing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Hanging Drywall | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Tape & Finish | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9020 | Stud & Drywall Subtotal | $187,900.00 | $140,000.00 | $47,900.00 | $187,900.00 | 100.00% | $0.00 | $18,790.00 | $43,110.00 | 9020 |
| 9030 | Ceramic Tile | $4,200.00 | $0.00 | $4,200.00 | $4,200.00 | 100.00% | $0.00 | $420.00 | $3,780.00 | 9030 |
| 9040 | Acoustical Ceilings | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9040 |
| 9050 | Carpet | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9050 |
| 9060 | Resilient Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9060 |
| 9070 | Sheet Vinyl Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9070 |
| 9080 | Rubber Flooring | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9080 |
| | Interior Painting & WC | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Exterior Painting | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Floors | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 9090 | Painting/Wall Coverings Subtotal | $29,500.00 | $7,375.00 | $22,125.00 | $29,500.00 | 100.00% | $0.00 | $2,950.00 | $19,912.50 | 9090 |
| 9100 | Flooring Material Allowance | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9100 |
| 9110 | Marlite Panels (FRP) | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9110 |
| 9999 | Finishes - Other | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 9999 |
| 10010 | Toilet Partitions | $1,600.00 | $0.00 | $1,600.00 | $1,600.00 | 100.00% | $0.00 | $160.00 | $1,440.00 | 10010 |
| 10020 | Interior Signage | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10020 |
| 10030 | Fire Extinguishers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10030 |
| 10040 | Toilet Accessories | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10040 |
| 10070 | Rolling Conveyor | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10070 |
| 10080 | Lockers | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10080 |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.

**Schimenti Construction Company**

North Plainfield, NJ #4133

APPLICATION NO:       Details Page 3 of 3
APPLICATION DATE:    30-Sep-08
PERIOD TO:    30-Sep-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F÷C) | G BALANCE TO FINISH (C - F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10999 | Specialties - Other | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 10999 |
| 11010 | Miscellaneous Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11010 |
| 11020 | Loading Dock Equipment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11020 |
| 11030 | Elevators/Lifts | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 11030 |
| 12010 | Window Treatment | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12010 |
| 12020 | Coat Rack | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12020 |
| 12030 | Floor Mats | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 12030 |
| | Underground Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Plumbing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Fixtures | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Plumbing Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15010 | **Plumbing Subtotal** | $57,700.00 | $35,000.00 | $22,700.00 | $57,700.00 | 100.00% | $0.00 | $5,770.00 | $20,430.00 | 15010 |
| | Underground Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Overhead Fire Prot | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Assembly | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Prot Devices | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15020 | **Fire Protection Systems Subtotal** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 15020 |
| | HVAC Roof Top Units | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Ductwork | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Insulation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Registers, Grilles & Diffusers | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | HVAC Testing & Balancing | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 15030 | **HVAC Subtotal** | $59,000.00 | $50,000.00 | $9,000.00 | $59,000.00 | 100.00% | $0.00 | $5,900.00 | $8,100.00 | 15030 |
| | Temporary Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Power | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Rough Electric - Low Voltage | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Finish Electric | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Light Fixture Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Switchgear Installation | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | NOVAR Controls | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Fire Alarm System | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| 16090 | **Electrical Subtotal** | $310,000.00 | $150,000.00 | $160,000.00 | $310,000.00 | 100.00% | $0.00 | $31,000.00 | $144,000.00 | 16090 |
| 16100 | Electrical Allowance | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 16100 |
| | **ORIGINAL CONTRACT TOTALS** | $1,324,900.00 | $815,318.20 | $509,581.80 | $1,324,900.00 | 100.00% | $0.00 | $132,490.00 | $458,623.62 | |

# PAYMENT APPLICATION DETAILS

APPLICATION AND CERTIFICATION FOR PAYMENT
Contractor's signed certification is attached.

Schimenti Construction Company

North Plainfield, NJ #4133

APPLICATION NO:    Details Page 4 of 43
APPLICATION DATE:    30-Sep-08
PERIOD TO:    30-Sep-08

| A ITEM NO. | B DESCRIPTION OF WORK | C CONTRACT VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | WORK COMPLETED THIS PERIOD | F TOTAL COMPLETED TO DATE (D+E) | % (F÷C) | G BALANCE TO FINISH (C-F) | H RETAINAGE 10.0% | I AMOUNT DUE THIS PERIOD (E less 10.0%) | A ITEM NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | **APPROVED CHANGE ORDERS** | | | | | | | | | |
| | Approved Change Order #___ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #___ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Approved Change Order #___ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #___ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | Approved Change Order #___ | | | | | | | | | |
| 1 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 1 |
| 2 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 2 |
| 3 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 3 |
| 4 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 4 |
| 5 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 5 |
| 6 | | | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | 6 |
| | Change Order #___ Subtotal | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | **APPROVED CHANGE ORDER TOTALS** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | |
| | **GRAND TOTALS** | $1,324,900.00 | $815,318.20 | $509,581.80 | $1,324,900.00 | 100.00% | $0.00 | $132,490.00 | $458,623.62 | |

## Lien Release Checklist
### Pay Application # 3
### Circuit City Store # 4133, North Plainfield, NJ

| Pay App Line # | Subcontractor or Material Supplier | Description of Work or Material | Original Contract | Adjusted Contract | (Accumulative) Previous Months Draws | Paid to Date | Amount this Request | Balance to Complete | CCSI Use Only |
|---|---|---|---|---|---|---|---|---|---|
| 16090 | A. J. Maglio | Electrical | $ 310,000.00 | $ 318,665.28 | $ 135,000.00 | $ 135,000.00 | $ 151,798.75 | $ 31,866.53 | |
| 7050 | Conti Roofing | Roofing | $ 100,000.00 | $ 100,000.00 | $ 67,500.00 | $ 67,500.00 | $ 22,500.00 | $ 10,000.00 | |
| 5010 | Hi-Tech Steel | Structural Metals | $ 93,500.00 | $ 98,459.64 | $ 84,150.00 | $ 84,150.00 | $ 4,463.67 | $ 9,845.97 | |
| 15010 | McCloskey Mechanical | Plumbing | $ 57,000.00 | $ 61,763.28 | $ 22,770.00 | $ 22,770.00 | $ 32,816.95 | $ 6,176.33 | |
| 15030 | McCloskey Mechanical | HVAC | $ 59,700.00 | $ 59,700.00 | $ 53,730.00 | $ 53,730.00 | $ - | $ 5,970.00 | |
| 2020 | Merendino Corporation | Demolition | $ 12,500.00 | $ 12,500.00 | $ 11,250.00 | $ 11,250.00 | $ - | $ 1,250.00 | |
| 9090 | PR Painting | Painting/Wallcovering | $ 29,500.00 | $ 29,500.00 | $ 6,637.50 | $ 6,637.50 | $ 19,912.50 | $ 2,950.00 | |
| 3030 | Precision Concrete | Concrete | $ 110,000.00 | $ 122,250.00 | $ 99,000.00 | $ 99,000.00 | $ 11,025.00 | $ 12,225.00 | |
| 1005 | Schimenti Construction | General Conditions | $ 194,742.00 | $ 164,103.80 | $ 82,800.00 | $ 82,800.00 | $ 64,893.43 | $ 16,410.37 | |
| 1010 | Schimenti Construction | GC OH&P (Fee) | $ 72,358.00 | $ 72,358.00 | $ 26,048.88 | $ 26,048.88 | $ 39,073.32 | $ 7,235.80 | |
| 9010 | Schimenti Construction | EIFS | $ 49,900.00 | $ 49,900.00 | $ - | $ - | $ 44,910.00 | $ 4,990.00 | |
| 10010 | Schimenti Construction | Toilet Partitions | $ 1,600.00 | $ 1,600.00 | $ - | $ - | $ 1,440.00 | $ 160.00 | |
| 9020 | Schimenti Construction | Stud & Drywall | $ 7,900.00 | $ 7,900.00 | $ - | $ - | $ 7,110.00 | $ 790.00 | |
| 9030 | Schimenti Construction | Ceramic Tile | $ 4,200.00 | $ 4,200.00 | $ - | $ - | $ 3,780.00 | $ 420.00 | |
| | SCHIMENTI CONSTRUCTION SUBTOTAL | | $ 330,700.00 | $ 300,061.80 | $ 108,848.88 | $ 108,848.88 | $ 161,206.75 | $ 30,006.17 | |
| 8050 | Standard Glass | Entrance & Storefront | $ 42,000.00 | $ 42,000.00 | $ 18,900.00 | $ 18,900.00 | $ 18,900.00 | $ 4,200.00 | |
| 9020 | Whitetail Interiors | Stud & Drywall | $ 180,000.00 | $ 180,000.00 | $ 126,000.00 | $ 126,000.00 | $ 36,000.00 | $ 18,000.00 | |
| | | | $1,324,900.00 | $1,324,900.00 | $ 733,786.38 | $ 733,786.38 | $ 458,623.62 | $ 132,490.00 | |

## GENERAL CONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____9/30/08_____

    The undersigned, Schimenti Construction Co., LLC ("Contractor"), is a contractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

    Circuit City Project Name: __Circuit City, N Plainfield, NJ___
    Project Address: _____1200 US Highway 22_____
    City: _N. Plainfield_, County _____, State: ___NJ___

The monetary terms for the Work are:

| | | | |
|---|---|---|---|
| A. | Original Contract Amount: | $ | 1,324,900.00 |
| B. | Changes to Contract: | $ | 0.00 |
| C. | Revised Contract Amount: | $ | 1,324,900.00 |
| D. | Amount Requested This Period (Conditional): | $ | 458,623.62 |
| E. | Amount Paid to Date (Unconditional): | $ | 733,786.38 |
| F. | Balance on Contract: | $ | 132,490.00 |

**Conditional Waiver Portion:**

    Upon receipt of consideration in the sum of $458,623.62 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases, Contractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

    Contractor further certifies that Contractor has previously been paid $733,786.38 (*insert amount actually paid to date - from line "E" above*) as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Contractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Contractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Contractor acknowledges that the foregoing representations are made to induce Owner to make the Progress Payment above knowing that Owner relies on the representations herein contained. Contractor further warrants and represents

that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

CONTRACTOR:
Schiment? Construction Co., LLC
_____
(signature)

By: _____Joe Sparten_____
        (print name)

Title: _____Controller_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _30_ day of
____September 2008____ in the City/County of ____Westchester____, State of ___New York___

_____                      __1/7/12__
Notary Public                                          My commission Expires

28-059

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County
Commission Expires January 07, 20_12_.

Rev. 3.24.06

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 9/30/08 _____

The undersigned, A.J. Maglio Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield, NJ__
Project Address: _____1200 US Highway 22_____
City: _N. Plainfield_, County _____, State: _____NJ_____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 310,000.00 |
| B. | Changes to Subcontract: | $ | 8,665.28 |
| C. | Revised Subcontract Amount: | $ | 318,665.28 |
| D. | Amount Requested This Period (Conditional): | $ | 151,798.75 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 135,000.00 |
| F. | Balance on Subcontract: | $ | 31,866.53 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $151,798.75 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $135,000.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
A.J. Maglio Inc.

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 30th day of
September 2008 in the City/County of Union, State of NJ

_____
Notary Public

JENNIFER McELROY
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 4/24/2013
My commission Expires

28-959-08

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:          9/30/08

The undersigned, Conti Roofing Co., Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N. Plainfield, NJ
Project Address: _____ 1200 US Highway 22
City: N. Plainfield, County _____, State: NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 100,000.00 |
| B. | Changes to Subcontract: | $ | 0.00 |
| C. | Revised Subcontract Amount: | $ | 100,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 22,500.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 67,500.00 |
| F. | Balance on Subcontract: | $ | 10,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $22,500.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $67,500.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

at ~e knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Conti Roofing Co., Inc.

By: _John Tucci_____

Title: _Pres._____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 25th day of

_September_____ in the City/County of _Ridgefield___, State of _New Jersey_

_____                    _01-24-2011_____
Notary Public                                               My commission Expires

28-059-03

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:  9/30/08

The undersigned, Hi-Tech Steel, Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  Circuit City, N Plainfield
Project Address:  1200 US Highway 22
City:  N. Plainfield  , County  Somerset , State:  NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 93,500.00 |
| B. | Changes to Subcontract: | $ | 4,959.64 |
| C. | Revised Subcontract Amount: | $ | 98,459.64 |
| D. | Amount Requested This Period (Conditional): | $ | 4,463.67 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 84,150.00 |
| F. | Balance on Subcontract: | $ | 9,845.97 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $4,463.67 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $84,150.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Hi-Tech Steel, Inc.

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 30th day of _____ in the City/County of _____, State of _____

_____
Notary Public

My commission Expires

28-059-09



DONNA A. NIXON
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 8/31/2009      Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:     9/30/08

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield
Project Address:     1200 US Highway 22
City: N. Plainfield , County Somerset , State: NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 57,000.00 |
| B. | Changes to Subcontract: | $ | 4,763.28 |
| C. | Revised Subcontract Amount: | $ | 61,763.28 |
| D. | Amount Requested This Period (Conditional): | $ | 32,816.95 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 22,770.00 |
| F. | Balance on Subcontract: | $ | 6,176.33 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $32,816.95 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $22,770.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: _____President_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __30th__ day of

__September_____    in the City/County of __Camden__, State of __N.J.__

_____
Notary Public

AMANDA S. STEMMER
Notary Public of New Jersey
My Commission Expires Oct. 8, 2008

My commission Expires

28-059-05

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:         9/30/08

The undersigned, McCloskey Mechanical Cntr. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: Circuit City, N Plainfield
Project Address:   1200 US Highway 22
City:  N. Plainfield , County _____ , State: ___ NJ ___

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 59,700.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 59,700.00 |
| D. | Amount Requested This Period (Conditional): | $ | 0.00 |
| E. | Amount Paid to Date less Retainage (Unconditional) | $ | 53,730.00 |
| F. | Balance on Subcontract: | $ | 5,970.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $0.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $53,730.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

### Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
McCloskey Mechanical Cntr.

By: _____

Title: _____President_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the __30th__ day of

__September__ in the City/County of __Camden__, State of __N.J.__

_____
Notary Public

AMANDA S. STEMMER
Notary Public of New Jersey
My Commission Expires Oct. 3, 2008

My commission Expires

28-059-05

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:          9/30/08

The undersigned, <u>Merendino</u> ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

> Circuit City Project Name:  <u>Circuit City, N. Plainfield</u>
> Project Address:  <u>1200 US Highway 22</u>
> City:  <u>N. Plainfield</u>, County <u>Somerset</u>, State: <u>NJ</u>

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor <u>Schimenti Construction Co., LLC</u> hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 12,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 12,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 0.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 11,250.00 |
| F. | Balance on Subcontract: | $ | 1,250.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of <u>$0.00</u> *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through <u>9/30/08</u> *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid <u>$11,250.00</u> *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through <u>7/31/08</u>, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Merendino

By:

Title: *Vice President*

Subscribed and Sworn to before the undersigned, a Notary Public, on this the *25* day of *September, 2008* in the City/County of *Nassau*, State of *NY*.

*Maureen MacDonald*                           *11/24/09*
Notary Public                                  My commission Expires

28-059-01

Maureen MacDonald
Notary Public, State of New York
No. 01MA6000741
Qualified in Nassau County
Commission Expires 11/24/09

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date:         9/30/08

The undersigned, P R Painting Corp. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:   Circuit City, N Plainfield
Project Address:     1200 US Highway 22
City:  N Plainfield  , County _____, State:    NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 29,500.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 29,500.00 |
| D. | Amount Requested This Period (Conditional): | $ | 19,912.50 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 6,637.50 |
| F. | Balance on Subcontract: | $ | 2,950.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $19,912.50 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $6,637.50 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
P R Painting Corp.

By:

Title:

*KEN ROMANO, PRESIDENT*
*P R PAINTING CORP.*

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 24 day of Sept 2008 in the City/County of Suffolk, State of NY.

_____
Notary Public

_____
My commission Expires

28-059-04

ROBERT J. HUNSUCKER
Notary Public State of New York
No. 01HU6073845  Suffolk County
Commission Expires March 10, 20 11

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____ 9/30/08 _____

The undersigned, Precision Concrete ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by CIRCUIT CITY STORES, INC., including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name:  Circuit City, N Plainfield
Project Address:     1200 US Highway 22
City:  N Plainfield , County _____ , State:     NJ

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 110,000.00 |
| B. | Changes to Subcontract: | $ | 12,250.00 |
| C. | Revised Subcontract Amount: | $ | 122,250.00 |
| D. | Amount Requested This Period (Conditional): | $ | 11,025.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 99,000.00 |
| F. | Balance on Subcontract: | $ | 12,225.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $11,025.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $99,000.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained.

Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Precision Concrete

By: _____

Title: _____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _25_ day of _Sept. 2008_ in the City/County of _Rosemount_, State of _NY_.

_____
Notary Public

_4-17-2011_
My commission Expires

28-059-07

Rev. 3.24.06

2

## SUBCONTRACTOR'S PROGRESS PAYMENT
## CLAIM RELEASE AND LIEN WAIVER
*(to be provided with each progress payment application)*

Date: _____9/30/08_____

The undersigned, Standard Glass Co., Inc. ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.**, including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield_____
Project Address: _____1200 US Highway 22_____
City: __N Plainfield__, County _____, State: ____NJ_____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor Schimenti Construction Co., LLC hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 42,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 42,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 18,900.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $ | 18,900.00 |
| F. | Balance on Subcontract: | $ | 4,200.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $18,900.00 *(insert amount covered by this Progress Payment - from line "D" above)*, together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 *(insert date payment is requested through)*, exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $18,900.00 *(insert amount actually paid to date - from line "E" above)* by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing representations are made to induce Contractor and/or Owner to make the Progress Payment

above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

**Partial Invalidity**

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
Standard Glass Co., Inc.

By: _____

Title: _____President_____

Subscribed and Sworn to before the undersigned, a Notary Public, on this the _24_ day of

_Sept_____ in the City/County of _Cinnaminson_, State of _N.J._

_Denise Malave_____          _1/9/2011_____
Notary Public                            My commission Expires

28-059-

Rev. 3.24.06

NOTARY PUBLIC
STATE OF NEW JERSEY
DENISE M. MALAVE
MY COMMISSION EXPIRES 1/9/2011

2

**SUBCONTRACTOR'S PROGRESS PAYMENT
CLAIM RELEASE AND LIEN WAIVER**
*(to be provided with each progress payment application)*

Date:  _____9/30/08_____

The undersigned, __White Tail Interiors, LLC__ ("Subcontractor"), is a subcontractor furnishing services, labor or material in the construction, remodel or repair of improvements (the "Work") upon the real estate site (the "Site") owned or leased by **CIRCUIT CITY STORES, INC.,** including it's affiliates and/or subsidiaries, ("Owner") with corporate offices located at 9950 Mayland Drive, Richmond, VA 23233. The Site upon which Contractor is providing services and/or materials is defined as:

Circuit City Project Name: __Circuit City, N Plainfield, NJ_____
Project Address: _____1200 US Highway 22_____
City: __N. Plainfield__, County __Somerset__, State: __NJ_____

The monetary terms for the Work at the Site, which Subcontractor is providing to contractor __Schimenti Construction Co., LLC__ hereinafter referred to as "Contractor", are:

| | | | |
|---|---|---|---|
| A. | Original Subcontract Amount: | $ | 180,000.00 |
| B. | Changes to Subcontract: | $ | |
| C. | Revised Subcontract Amount: | $ | 180,000.00 |
| D. | Amount Requested This Period (Conditional): | $ | 36,000.00 |
| E. | Amount Paid to Date less Retainage (Unconditional): | $      $ | 126,000.00 |
| F. | Balance on Subcontract: | $ | 18,000.00 |

**Conditional Waiver Portion:**

Upon receipt of consideration in the sum of $36,000.00 (*insert amount covered by this Progress Payment - from line "D" above*), together with receipt of any currently unpaid sums covered by previous lien waivers and claim releases to be paid by Contractor, Subcontractor for itself, its successors and assigns hereby waives, releases and forever discharges Owner of and from all manner of debts, demands, actions, causes of action, liens, suits, agreements and any and all claims and liabilities whatsoever in law and in equity, in connection with the Work to the Site through 9/30/08 (*insert date payment is requested through*), exclusive only of rights to retainage.

**Unconditional Waiver Portion:**

Subcontractor further certifies that Subcontractor has previously been paid $126,000.00 (*insert amount actually paid to date - from line "E" above*) by Contractor as full compensation and payment for all labor, services, equipment or materials furnished to Owner and Contractor for the Work, through 7/31/08, (the "Date") exclusive only of the right to payment of retainage. Subcontractor hereby unconditionally waives and releases any and all liens or claims or rights upon the Work or property of the Owner and all improvements thereon, on account of services, material, equipment, labor or other items furnished by Subcontractor to the Date, in connection with the Work, exclusive only of the right to payment for retainage, and for services and material provided after the Date. The foregoing certification and release are not contingent in any respect nor are they subject to any condition precedent. Subcontractor acknowledges that the foregoing

representations are made to induce Contractor and/or Owner to make the Progress Payment above knowing that Contractor and Owner rely on the representations herein contained. Subcontractor further warrants and represents that all bills, claims, demands, liabilities and obligations for services, material, equipment, labor and any other items furnished through the Date in connection with the Work have been paid and satisfied.

## Partial Invalidity

If any provision of this document or the application thereof to any person or circumstance shall be deemed invalid or unenforceable, the remainder of this document and its application to other persons or circumstances shall not be affected by such partial invalidity but shall be enforced to the fullest extent permitted by law as though such invalid or unenforceable provision was never a part hereof.

SUBCONTRACTOR
White Tail Interiors, LLC

By: *Joseph Monell*

Title: *Member*

Subscribed and Sworn to before the undersigned, a Notary Public, on this the 30 day of September 2008. in the City/County of Westchester State of New York

*Carmela Cutrupi*

Notary Public

1/7/12

My commission Expires

28-059-10

CARMELA CUTRUPI
Notary Public, State of New York
No. 01CU6180147
Qualified in Westchester County / 2
Commission Expires January 07, 20___

Rev. 3.24.06

2