FILED

2010 APR 26   A 9: 31

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

# United States Bankruptcy Court

## Eastern District of Virginia

| In re Circuit City Stores, Inc., | Case Nos. 08-35653 |
|---|---|
| | Jointly Administered |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

| **Scoggin Worldwide Fund, Ltd.** | **Hain Capital Group, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Court Claim #: 1446

Amount of Transferred Claim: $4,713,340.00

Name and Address where notices to Transferee
should be sent:

Scoggin Worldwide Fund, Ltd.
660 Madison Avenue
New York, NY 10065
Attn: Nicole Kramer
Tel: 212-754-6026
Email: nkramer@scogcap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

**SCOGGIN WORLDWIDE FUND,
LTD.**

By: Old Bellows Partners LP its
Investment Manager
By: Old Bell Associates LLC its General Partner

Name: _____ A. Dulwol _____    Date: _____
Title: _____
Dev Chodry
Managing Member

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Group, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Scoggin Worldwide Fund, Ltd.("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) to the extent of $4,713,340.00 associated with proof of claim number 1446 against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of ___June___, 2009.

HAIN CAPITAL GROUP, LLC

SCOGGIN WORLDWIDE FUND, LTD.

By: Old Bellows Partners LP its Investment Manager
By: Old Bell Associates LLC its General Partner

By: _____
Name:
Title: Robert Koltai
         Manager

By: _____
Name:
Title: