## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
In re:                                              :        Chapter 11
                                                    :
Circuit City Stores, Inc., <u>et</u> <u>al</u>.,   :        Case No. 08-35653 (KRH)
                                                    :
                          Debtors.                  :        (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### <u>NOTICE OF CONTINUED HEARING ON CONFIRMATION OF THE PLAN</u>

**PLEASE TAKE NOTICE** that on April 29, 2010, the debtors and debtors in possession

in the above-captioned cases (the "Debtors") and the statutory committee of unsecured creditors

(the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") announced in

open court that the hearing to consider confirmation of the First Amended Joint Plan of

Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and

its Official Committee of Creditors Holding General Unsecured Claims (as may be further

amended or modified, the "Plan") (the "Confirmation Hearing") was further adjourned.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing is continued from

May 11, 2010 **to June 8, 2010 at 10:00 a.m. (Eastern)** or as soon thereafter as counsel can be

heard, before the Honorable Kevin Huennekens, United States Bankruptcy Court for the Eastern

District of Virginia, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.  The

Confirmation Hearing may be adjourned from time to time by announcing the adjournment in

open court.  The Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before,

during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, and any exhibits thereto, are publicly available along with the docket and other case information by accessing the Voting Agent's website at http://www.kccllc.net/circuitcity.

Dated:  May 3, 2010

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| Richard M. Pachulski, Esq. | Gregg M. Galardi, Esq. |
| Jeffrey N. Pomerantz, Esq. | Ian S. Fredericks, Esq. |
| Stanley E. Goldich, Esq. | P.O. Box 636 |
| 10100 Santa Monica Boulevard, 11th Floor | Wilmington, Delaware 19899-0636 |
| Los Angeles, California 90067-4100 | (302) 651-3000 |
| | |
| – and – | – and – |
| | |
| PACHULSKI STANG ZIEHL & JONES LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| Robert J. Feinstein, Esq. | Chris L. Dickerson, Esq. |
| 780 Third Avenue, 36th Floor | 155 North Wacker Drive |
| New York, NY 10017-2024 | Chicago, Illinois 60606 |
| | (312) 407-0700 |
| | |
| – and – | – and – |
| | |
| TAVENNER & BERAN, PLC | MCGUIREWOODS LLP |
| | |
| /s/ Paula S. Beran                    . | /s/ Sarah B. Boehm                    . |
| Lynn L. Tavenner, Esq. (VSB No. 30083) | Douglas M. Foley (VSB No. 34364) |
| Paula S. Beran, Esq. (VSB No. 34679) | Sarah B. Boehm (VSB No. 45201) |
| 20 North Eighth Street | One James Center |
| Second Floor | 901 E. Cary Street |
| Richmond, Virginia 23219 | Richmond, Virginia 23219 |
| (804) 783-8300 | (804) 775-1000 |
| | |
| Counsel for the Creditors' Committee | Counsel for Debtors and Debtors in Possession |

\10167622

2