| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC., et :   Case No. 08-35653 (KRH)
al.,                          :
                              :
        Debtors.              :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**DEBTORS' CONSENT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION BY AND AMONG THE DEBTORS AND MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.**

With the consent of Mitsubishi Digital Electronics America, Inc. ("Mitsubishi"), the debtors and debtors in possession in the above-captioned jointly administered cases

1

(the "Debtors")[1] hereby move (the "Motion") this Court for entry of an order, in substantially the form annexed hereto (the "Order"), approving the Settlement Agreement And Stipulation By And Among The Debtors And Mitsubishi Digital Electronics America, Inc. (the "Settlement Agreement") annexed to the Order, for the reasons set forth in the Settlement Agreement.

**[INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen, VA 23060.

WHEREFORE, the Debtors respectfully request that this Court enter the Order granting the relief requested herein and such other and further relief as this Court deems just and proper.

Dated: May 3, 2010  
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley  
Douglas Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

- and -

```
                    MITSUBISHI DIGITAL ELECTRONICS

                    AMERICA, INC.

                    By:

                    /s/ Philip C. Baxa
                    Philip C. Baxa (VSB No. 22977)
                    MERCERTRIGIANI LLP
                    16 South Second Street
                    Richmond, Virginia 23219
                    Tel: 804-782-8691
                    Fax: 804-644-0209
                    Phil.baxa@mercertrigiani.com

                    - and -

                    By:

                    /s/ James A. Pardo, Jr.   _
                    KING & SPALDING LLP
                    James A. Pardo, Jr.
                    Georgia Bar No. 561206
                    jpardo@kslaw.com
                    Thaddeus D. Wilson
                    Georgia Bar No. 596008
                    thadwilson@kslaw.com
                    1180 Peachtree Street
                    Atlanta, Georgia  30309-3521
                    Telephone:  (404) 572-4600
                    Facsimile:  (404) 572-5128


                    Attorneys for Mitsubishi Digital
                    Electronics America, Inc.
```