Sharon Z. Weiss
HOLME ROBERTS & OWEN LLP
800 West Olympic Boulevard
Fourth Floor
Los Angeles, California 90015
Tel: (213) 572-4324
Fax: (213) 572-4400

*Counsel for Apex Digital, Inc.*

– and –

Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| In Re<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>　　　　　　　　　　Debtors. | Case No. 08-35653 (KRH)<br><br>Chapter 11<br><br>Jointly Administered |

**APPELLANT APEX DIGITAL, INC.'S STATEMENT OF ISSUES TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Apex Digital, Inc. ("Apex")

files this statement of issues to be presented and designation of items to be included in the record

on appeal.[1]  To avoid repetitive statements and designations in this consolidated appeal, Apex hereby incorporates the statements and designations filed by appellants Mitsubishi Digital Electronics America, Inc. (Doc. No. 6949) and LG Electronics USA, Inc. (Doc. No. 7322). Apex adds only the following designations specific to its claims:

| Exhibit | Item Number | Date Filed | Description |
| --- | --- | --- | --- |
| 1 | Claim Register No. 732 | December 12, 2008 | 503(b)(9) Administrative Expense Request of Apex Digital, Inc. |
| 2 | Claim Register No. 6790 | January 28, 2009 | General Unsecured Claim of Apex Digital, Inc. |
| 3 | Claim Register No. 13005 | May 9, 2009 | 503(b)(1)(A) Administrative Expense Request of Apex Digital, Inc. |
| 4 | Docket No. 4288 | July 27, 2009 | Notice of Transfer of 503(b)(9) Administrative Expense Request (No. 732) to Hain Capital Group, LLC |
| 5 | Docket No. 4289 | July 27, 2009 | Notice of Transfer of 503(b)(1)(A) Administrative Expense Request (No. 13005) to Hain Capital Group, LLC |

Dated: May 4, 2010

Sharon Z. Weiss
HOLME ROBERTS & OWEN LLP
800 West Olympic Boulevard
Fourth Floor
Los Angeles, California 90015
Tel: (213) 572-4324
Fax: (213) 572-4400

*Counsel for Apex Digital, Inc.*

– and –

---

[1]  The Debtors and Apex have executed, filed and served a proposed settlement agreement and stipulation (Doc. No. 7365).  Because the settlement cannot become effective until at least May 14, 2010, Apex is filing this statement and designation as required to preserve its rights in the appeal pending in the District Court.

2

/s/   Joshua D. McKarcher
Michael St. Patrick Baxter
Dennis B. Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-6000
Fax: (202) 662-6291

*Co-Counsel for Apex Digital, Inc.*

3

# CERTIFICATE OF SERVICE

      I certify that on May 4, 2010 I electronically filed the foregoing *Appellant Apex Digital, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal*, without exhibits, with the Clerk of the Court using the CM/ECF system; sent via overnight Federal Express a copy of same, with all exhibits, to the Clerk of the Court; and sent a copy of same, without exhibits, via first-class mail, postage prepaid, to:

Gregg M. Galardi
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets
7th Floor
Wilmington, DE 19801

Chris L. Dickerson
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

Douglas M. Foley
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street
Suite 4304
Richmond, VA 23219

Dated: May 4, 2010

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
Tel: (202) 662-5223
jmckarcher@cov.com