# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**F I L E D**
**MAY - 4 2010**
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re   Circuit City Stores, Inc.                Case No. 08-35653-KRH

Adv. Proceeding No. _____

**Debtor(s)**

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on JANUARY 20, 2010.

The parties included in the Appeal to the District Court:

APPELLANT(S):  UNITED STATES DEBT RECOVERY, LLC

ATTORNEY:  NEIL E. MCCULLAGH OF SPOTTS FAIN PL
411 EAST FRANKLIN STREET, SUITE 600
RICHMOND, VIRGINIA 23219

APPELLEE (S):  CIRCUIT CITY STORES, INC

ATTORNEY:  DOUGLAS M. FOLEY OR MCGUIRE WOODS, LLP
ONE JAMES CENTER, 901 EAST CARY STREET
RICHMOND, VIRGINIA 23219

Brief Description of Judgment/Order Appealed: MEMORANDUM OPINION AND ORDER (docket # 6228) (DEBTORS' FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTION)

Date Judgment/Order Entered: JANUARY 6, 2010

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00    ( ) Paid    ( ) Not Paid
                B. Appeal Docket Fee - $250.00             ( ) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: May 04, 2010         WILLIAM C. REDDEN, Clerk of the Court
                           By: /s/ S. French _____, Deputy Clerk

## CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER 3:10 cv 204         Date  MAY 0 4 2010

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                              [apptrans ver. 12/09]