Case 08-35653-KRH    Doc 7424    Filed 05/04/10    Entered 05/04/10 12:41:25    Desc Main
                                    Document    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### __Richmond__ Division

F I L E
MAY - 4 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re   Circuit City Stores, Inc.                    Case No. 08-35653-KRH

                                                      Adv. Proceeding No. _____

            Debtor(s)

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on MARCH 9, 2010.

The parties included in the Appeal to the District Court:
   APPELLANT(S): MITSUBISHI DIGITAL ELECTRONICS AMERICA

   ATTORNEY:   PHILIP C. BAXA
               16 SOUTH SECOND STREET
               RICHMOND, VIRGINIA 23219

   APPELLEE(S): CIRCUIT CITY STORES INC.

   ATTORNEY:   DOUGLAS M. FOLEY OF MCGUIRE WOODS LLP
               ONE JAMES CENTER, 901 EAST CARY STREET
               RICHMOND, VIRGINIA 23219-4030

Brief Description of Judgment/Order Appealed: MEMORANDUM OPINION AND ORDER DOCKET # 6228
(FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTIONS)

Date Judgment/Order Entered: JANUARY 6, 2010

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00    (X) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00             (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (X) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                        WILLIAM C. REDDEN, Clerk of the Court
Date: May 04, 2010                      By: /s/ Suzanne French  SF    , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                        WILLIAM C. REDDEN, Clerk of the Court
                                        By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER 3:10CV202        Date MAY 0 4 2010

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                  [apptrans ver. 12/09]