# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re  Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. _____

Debtor(s)

F I L E D
MAY - 4 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on MARCH 9, 2010.

The parties included in the Appeal to the District Court:
APPELLANT(S):  ONKYO USA CORPORATION

ATTORNEY:  PHILIP C. BAXA
16 SOUTH SECOND STREET
RICHMOND, VIRGINIA 23219

APPELLEE(S):  CIRCUIT CITY STORES INC.

ATTORNEY:  DOUGLAS M. FOLEY OF MCGUIRE WOODS LLP
ONE JAMES CENTER, 901 EAST CARY STREET
RICHMOND, VIRGINIA 23219-4030

Brief Description of Judgment/Order Appealed:  MEMORANDUM OPINION AND ORDER
(FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTIONS)

Date Judgment/Order Entered:  JANUARY 6, 2010

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00   (X) Paid   ( ) Not Paid
                  B. Appeal Docket Fee - $250.00   (X) Paid   ( ) Not Paid   ( ) Deferred. See attached Request
2. ( ) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. (X) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: May 04, 2010        By: /s/ Suzanne French  SF        , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER  3:10CV201        Date  MAY 0 4 2010

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                [apptrans ver. 12/09]