Peter C. Hughes, Esquire
(Delaware #4180)
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19103
Tel: (215) 575-7000
Counsel for Route 553 Retail, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| In re: | CHAPTER 11 |
|---|---|
| CIRCUIT CITY STORES, INC., et al. | CASE NO. 08-35653 |
| Debtors | (Jointly Administered) |

## ORDER PERMITTING DILWORTH PAXSON LLP TO WITHDRAW AS COUNSEL FOR 553 RETAIL, LLC FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)

AND NOW this _____ day of _____ 2010, upon consideration of the Motion of Dilworth Paxson LLP to Withdraw as Counsel for Route 553 Retail, LLC for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) (the "Motion"), it is hereby ordered that:

1. The Motion is GRANTED;

2. Dilworth Paxson LLP is hereby permitted immediately to withdraw as counsel for Route 553 Retail, LLC, for cause.

3. The Appearance entered by Dilworth Paxson LLP on behalf of Route 553 Retail, LLC is hereby withdrawn.

Dated: _____

_____
The Honorable Kevin Huennekens
United States Bankruptcy Judge

860424_1

Copy to:

Circuit City Stores, LLC
4951 Lake Brook Dr
Glen Allen, VA 23060-9279

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

Jeffrey N Pomerantz Esq
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd 11th Fl
Los Angeles, CA 90067-4100

Robert J Feinstein Esq
Pachulski Stang Ziehl & Jones LLP
780 Third Ave 36th Fl
New York, NY 10017

553 Retail, LLC
c/o Daniel J. Hughes
110 Marter Avenue, Suite 112
Moorestown, NJ 08057

860424_1

Peter C. Hughes, Esquire
(Delaware #4180)
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19103
Tel: (215) 575-7000
Counsel for Route 553 Retail, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

| In re: | : | CHAPTER 11 |
|---|---|---|
| CIRCUIT CITY STORES, INC., et al. | : | CASE NO. 08-35653 |
| Debtors | : | (Jointly Administered) |

### CERTIFICATION OF SERVICE

I, Stephanie McFadyen, Paralegal, hereby certify that on the 24th day of March, 2010, I mailed a true copy of the Motion to Withdraw as Counsel for 553 Retail, LLC for Cause Pursuant to Local Bankruptcy Rule 2090-1(G), Notice of Motion and Proposed Form of Order to the parties listed on the attached service list.

Date: April 29, 2010

/s/ Stephanie McFadyen
Stephanie McFadyen, Paralegal

860571_1

CIRCUIT CITY STORES, LLC
4951 LAKE BROOK DR
GLEN ALLEN, VA 23060-9279

CORPORATE SALES AND USE,
EMPLOYER WITHHOLDING, AND
LITTER TAX
3600 WEST BROAD STREET
RICHMOND, VA 23230-4915

DEPARTMENT OF JUSTICE CIVIL
DIVISION
COMMERCIAL LITIGATION BRANCH
P.O. BOX 875
WASHINGTON, DC 20044

FTI CONSULTING, INC.
MR. STEPHEN COULOMBE
200 STATE STREET, 2ND FLOOR
BOSTON, MA 02109

KIRKLAND & ELLIS LLP
200 E RANDOLPH DR
CHICAGO, IL 60601

KURTZMAN CARSON CONSULTANTS
LLC
2335 ALASKA AVENUE
EL SEGUNDO, CA 90245

KUTAK ROCK LLP
1111 EAST MAIN STREET
SUITE 800
RICHMOND, VA 23219

LECLAIR RYAN
RIVERFRONT PLAZA E TOWER
951 E BYRD ST 8TH FL
RICHMOND, VA 23219

MCGUIREWOODS, LLP
901 E CARY ST.
ONE JAMES CENTER
RICHMOND, VA 23219

NATIONAL ASSOCIATION OF
ATTORNEYS GENERAL
NAAG BANKRUPTCY COUNSEL
2030 M STREET, N.W., 8TH FLOOR
WASHINGTON, DC 20036

OFFICE OF THE ATTORNEY GENERAL
STATE OF VIRGINIA
900 E. MAIN ST.
RICHMOND, VA 23219

OFFICE OF THE U.S. TRUSTEE
701 E. BROAD ST.
SUITE 4304
RICHMOND, VA 23219-1888

PACHULSKI STANG ZIEHL & JONES
LLP
10100 SANTA MONICA BLVD 11TH FL
LOS ANGELES, CA 90067-4100

PACHULSKI STANG ZIEHL & JONES
LLP
780 THIRD AVE 36TH FL
NEW YORK, NY 10017

RIEMER & BRAUNSTEIN LLP
THREE CENTER PLAZA, 6TH FLOOR
BOSTON, MA 02108

SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE,
N.W.
WASHINGTON, DC 20020

SECURITIES & EXCHANGE
COMMISSION
100 F ST NE
WASHINGTON, DC 20020

SECURITIES & EXCHANGE
COMMISSION
NEW YORK OFFICE
BRANCH/REORGANIZATION
NEW YORK, NY 10281-1022

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DE 19899-0636

TAVENNER & BERAN PLC
20 N EIGHTH ST 2ND FL
RICHMOND, VA 23219

DANIEL J. HUGHES
110 MARTER AVENUE - SUITE 112
MOORESTOWN, NJ 08057

**Dilworth Paxson**

DIRECT DIAL NUMBER:
(215) 575-7272

Stephanie McFadyen
smcfadyen@dilworthlaw.com

April 29, 2010

**VIA OVERNIGHT MAIL**
Attn: Suzanne F., Case Administrator
U.S. Bankruptcy Court for the
Eastern District of Virginia, Richmond Division
701 East Broad Street
Richmond, VA 23219

      RE: **Circuit City Stores, Inc., et al. – Case No. 08-35653 (KRH)**

Dear Suzanne:

      Enclosed for submission is a copy of the proposed form of Order relating to the Motion to Withdraw as Counsel for 553 Retail, LLC for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) together with my Certification of Service.

      Please feel free to contact me with any questions or concerns.

      Very truly yours,

      *Stephanie McFadyen*

      Stephanie McFadyen
      Paralegal

Enclosures