IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a) – see attached letter dated April 14, 2009. Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **RBS Business Capital, a division of RBS Asset Finance, Inc.** | **Smart Parts, Inc.** |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): ___1707___ |
| | Amount of Claim: ___315,758.89___ |
| | Date Claim Filed: ___December 16, 2008___ |
| Matthew M. Hughey | |
| Gleason & Associates, P.C. | Phone: ___973-890-1350___ |
| One Gateway Center, Suite 525 | Last Four Digits of Acct. #: ___0099___ |
| 420 Fort Duquesne Boulevard | |
| Pittsburgh, PA  15222-1402 | |
| Main office: 412-391-9010 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Kenneth C. Thiess_           Date: May 5, 2010
Kenneth C. Thiess, Esq. (PA ID #28083)
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
Telephone: 412-918-1150
Fax: 412-918-1199

---

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Date:  May 5, 2010                              Respectfully Submitted,

                                                RBS BUSINESS CAPITAL

                                                By Counsel


                                                  /s/ William A. Gray
                                                William A. Gray, Esquire – VSB #46911
                                                Ashley Burgess, Esquire – VSB # 67998
                                                Sands Anderson PC
                                                1111 East Main Street, Suite 2400
                                                Richmond, Virginia 23219
                                                Telephone:  (804) 648-1636
                                                Facsimile:   (804) 783-7291
                                                    *Counsel for RBS Business Capital*

**METZ LEWIS** LLC

EXHIBIT A

11 Stanwix Street  18th Floor  Pittsburgh, Pennsylvania 15222
Phone 412.918.1100  Fax 412.918.1199  www.metzlewis.com

April 14, 2009



ATTORNEYS AT LAW

**VIA EMAIL [Donna_Holzbach@circuitcity.com]**
**AND**
**VIA FIRST CLASS MAIL**

Accounts Payable
Circuit City Stores
9950 Maryland Dr
Richmond, VA 23233
USA

Re:   **September 4, 2007 Security Agreement from Smart Parts, Inc. (now known as Smartparts, Inc.) to RBS Business Capital**

Accounts Payable Department:

    RBS Business Capital, a Division of RBS Asset Finance, Inc. ("RBS") is a party with Smartparts, Inc., a Rhode Island Corporation ("Smartparts") to, among other credit documents, a September 4, 2007 Security Agreement (the "Security Agreement"), under the terms of which, among other things, Smartparts assigned its right to receive payment of all accounts (a/k/a accounts receivable) as partial collateral for payment of a Revolving Credit Note of even date, as amended. We have been informed by Smartparts that you are indebted to it for various purchase orders/invoices. A Smartparts accounts receivable aging dated March 16, 2009 reflects an account due totaling $311,357.79, all of which appears to be past due.

    The purpose for this letter is to advise you that RBS has exercised its right to receive payment directly from Circuit City Stores, an account debtor of Smartparts, and, by copy of this letter, so advises Smartparts. This letter shall constitute formal notice that payment of all amounts due Smartparts must hereafter be made directly to RBS. Payment must be made to "RBS Business Capital" and addressed as follows:

Matthew M. Hughey
Gleason & Associates, P.C.
One Gateway Center, Suite 525
420 Fort Duquesne Boulevard
Pittsburgh, PA 15222-1402

mhughey@gleason-cpa.com
Main office: (412) 391-9010
Fax: (412) 391-1192

**RECEIVED**
SEP 1 5 2009
KURTZMANCARSONCONSULTANTS



Payment of amounts currently due or past due must be made to RBS as directed within five (5) days of the date of this letter. **You should be aware that if payment is made to Smartparts or any party other than RBS, Pennsylvania law provides that your debt to Smartparts shall be deemed unpaid and you will continue to be liable to RBS for the full amount of the indebtedness as of the date of this letter.**

If you have any questions or comments regarding this matter, feel free to telephone Matthew Hughey at (412) 391-9010.

Very truly yours,

*[signature]*

John R. O'Keefe, Jr.

JRO/sal

cc:   Smartparts, Inc.
    Attention: Geoffrey E. Lewis, CEO   glewis@smartpartsproducts.com
          Stefan Guelpen, President   stefan@smartpartsproducts.com

Geoffrey T. Raicht, Esquire   graicht@mwe.com

Paul J. Cordaro, Esq.   pjc@camlev.com

Matthew M. Hughey   mhughey@gleason-cpa.com

Bruce G. Shearer   bruce.g.shearer@citizensbank.com

RECEIVED
SEP 1 5 2009
KURTZMANCARSONCONSULTANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No.  08-35653 (KRH) |
| et al., | : | |
| | : | |
| Debtors. | : | Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 1707 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____.

Smart Parts, Inc.
Name of Alleged Transferor

Address of Transferor:
Smart Parts, Inc.
29-J Commerce Way
Totowa, NJ  07512

AND

Samuel H. Simon
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Fl.
Pittsburgh, PA 15222-1005
Phone: 412.281.5060

RBS Business Capital, a division of RBS Asset Finance, Inc.
Name of Transferee

Address of Transferee:
Matthew M. Hughey
Gleason & Associates, P.C.
One Gateway Center, Suite 525
420 Fort Duquesne Boulevard
Pittsburgh, PA  15222-1402
Main Office: 412-391-9010

AND

Kenneth C. Thiess, Esquire
Metz Lewis LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15222
Phone: 412.918.1100

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**