| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Kristen H. Philhower, SBN: 179704<br>KRISTEN H. PHILHOWER, A PROFESSIONAL LAW CORPORATION<br>700 North Brand Boulevard, Suite 570<br>Glendale, CA  91203<br><br>Attorney for  Claimant, IRENE FRANCO | RICHMOND DIVISION<br>FILED<br>MAY 4 2010<br>CLERK<br>US BANKRUPTCY COURT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al.

Debtor.

Plaintiff(s),

vs.

Defendant(s).

CHAPTER 11

CASE NUMBER  08-35653 (KRH)

☐   ADVERSARY NUMBER (If Applicable)

## SUBSTITUTION OF ATTORNEY

1. The name of the party making this Substitution of Attorney is *(specify name)*:
   IRENE FRANCO    (claim #5554-docket #08-35654)

2. The name, address and telephone number of the New Attorney are *(specify)*:
   IRENE FRANCO, (in pro per), 1225 La Puerta Street, Los Angeles, CA  90023, (323) 269-1877

3. New Attorney hereby appears in the following matters:    ☒ The case        ☐ The above Adversary Proceeding

4. The New Attorney is substituted as attorney of record in place and stead of the Present Attorney. *(Specify name of Present Attorney)*: Kristen H. Philhower, Esq.

Dated: APR 2 6 2010

IRENE FRANCO
Type Name of Party                                                                                       Signature of Party

I consent to the above substitution.

Dated:

KRISTEN H. PHILHOWER
Type Name of Present Attorney                                                                 Signature of Present Attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Dated: APR 2 6 2010

IRENE FRANCO
Type Name of New Attorney                                                                      Signature of New Attorney

---

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 2090-1.4

| | Substitution of Attorney - Page 2 | | F 2090-1.4 |
|---|---|---|---|
| In re | CIRCUIT CITY STORES, INC., et al. | CHAPTER 11 | |
| | Debtor. | CASE NUMBER 08-35653 (KRH) | |

## IMPORTANT NOTICE

The filing of the within Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See Local Bankruptcy Rule 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 2090-1.4

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 700 North Brand Boulevard, Suite 570, Glendale, California 91203-1209.

On April 29, 2010 I served the foregoing document described as: **SUBSTITUTION OF ATTORNEY** on the interested parties in this action:

[ x ] by placing [ ] the original [ x ] a true copy thereof enclosed in sealed envelopes and to the addressed as follows:

### SEE ATTACHED MAILING LIST

[ x ] *[BY MAIL] *I deposited such envelope in the mail at Glendale, California. The envelope was mailed with first class postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ x ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 29, 2010, at Glendale, California

_____
DARLENE WATKINS, Declarant

Spottswood W. Robinson III &
Robert R. Merhige, Jr.
U.S. Courthouse, Suite 4000
701 East Broad Street
Richmond, VA  23219-1888


Attn:  Gregg M. Galardi, Esq.
Attn:  Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P. O Box 636
Wilmington, DE 19899-0636
**Attorneys for Debtor**


Attn:  Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, IL  60606
**Attorneys for Debtor**


Attn:  Dion W. Hayes, Esq.
Attn:  Douglas M. Foley, Esq.
MC GUIREWOODS, LLP
One James Center
901 East Cary Street
Richmond, VA  23219
**Attorneys for Debtor**


Irene Franco
1225 La Puerta Street
Los Angeles, CA  90023
**Creditor**

# KRISTEN H. PHILHOWER

A PROFESSIONAL LAW CORPORATION
700 NORTH BRAND BOULEVARD
SUITE 570
GLENDALE, CALIFORNIA 91203-1209
TELEPHONE (818) 500-1125
FACSIMILE (818) 500-7576

ALSO ADMITTED IN:
NEVADA
WASHINGTON

EMAIL ADDRESS:
KPHILHOWERLAW@YAHOO.COM

April 29, 2010

Spotswood W. Robinson III
Robert R. Merhige, Jr.
U. S. COURTHOUSE
Suite 4000
701 East Broad Street
Richmond, VA  23219-1888

RE:  IN RE:  CIRCUIT CITY STORES, INC.
     CASE NUMBER: 08-35653 KRH
     SUBSTITUTION OF ATTORNEY

Dear Sir/Ms.:

Enclosed please find the following document for filing:

SUBSTITUTION OF ATTORNEY

Please file this document and return a conformed copy of the filing to this office in the enclosed self-addressed, stamped envelope.

Thank you.

KRISTEN H. PHILHOWER

KHP/dw

Enclosure:  as stated