UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**In Re: Circuit City Stores**                **Case No. 08-35653**

The Statement of Issues and Designation of Items filed by Neil McCullough that were included in the Appeal of PNY Technologies, Inc. vs. Circuit City Stores, Inc., et al. have been picked up on 5-5-10 by Jessica Sterns.

Received by: Jessica Sterns

Case Administrator: Suzanne French

Date: 5-5-10