

"Vicinanza, Marie" &lt;MVicinanza@KelleyDrye.com&gt;
05/06/2010 11:24 AM

To "'SUZANNE_M_FRENCH@VAEB.USCOURTS.GOV'" &lt;SUZANNE_M_FRENCH@VAEB.USCOURTS.GOV&gt;

cc

bcc

Subject  Circuit City - Appeals

Suzanne, as a followup to our conversation of yesterday afternoon, please go ahead and destroy the documents with regard to the appeal which were provided to you since those documents are available on the docket.

Regards,

---

**Marie Vicinanza | Paralegal**
**Kelley Drye & Warren LLP**
101 Park Avenue, New York, NY 10178

212.808.7925 | mvicinanza@kelleydrye.com

www.kelleydrye.com

Pursuant to Treasury Regulations, any U.S. federal tax advice
contained in this communication, unless otherwise
stated, is not intended and cannot be used for the purpose of
avoiding tax-related penalties.

The information contained in this E-mail message is privileged,
confidential, and may be protected from disclosure;
please be aware that any other use, printing, copying, disclosure
or dissemination of this communication may be
subject to legal restriction or sanction. If you think that you
have received this E-mail message in
error, please reply to the sender.

This E-mail message and any attachments have been scanned for
viruses and are believed to be free of any virus or
other defect that might affect any computer system into which it
is received and opened. However, it is the
responsibility of the recipient to ensure that it is virus free
and no responsibility is accepted by Kelley
Drye & Warren LLP for any loss or damage arising in any way from
its use.