Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
               Debtors.       :   Jointly Administered
- - - - - - - - - - - - - - x

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION
TO CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors'

Fifth Omnibus Objection to Certain Misclassified Non-Goods

503(b)(9) Claims (the "Objection"), and it appearing that due

and proper notice and service of the Objection has been given in

compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1

and was good and sufficient and that no other further notice or

service of the Objection need be given; and the Court having

entered the Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on July 8, 2009 (Docket No. 4008) (the "Initial Order"); and the Court having entered the Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on March 17, 2010 (Docket No. 6851) (the "First Supplemental Order"); and the Court having entered the Second Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on April 30, 2010 (Docket No. 7355) (the "Second Supplemental Order"); and it appearing that the claimant set forth on Exhibit A filed a response to the Objection (the "Response"); and the Court having held a hearing with respect to the foregoing on April 29, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.     The Objection is SUSTAINED to the extent set forth herein.

2.     Notwithstanding the Initial Order, the First Supplemental Order, or the Second Supplemental Order, the claim identified on Exhibit A (as attached hereto and incorporated herein) is reclassified as set forth on Exhibit A.

2

3.     The Response filed by the claimant identified on

Exhibit A is deemed OVERRULED.

4.     The Debtors' rights to object to any claims, including

the claim on Exhibit A, on any grounds that governing law

permits are not waived and are expressly reserved.

5.     To the extent that this Order conflicts with the

Initial Order, the First Supplemental Order, or the Second

Supplemental Order, this Order shall control.

6.     The Debtors shall serve a copy of this Order on the

claimant included on Exhibit A to this Order on or before seven

(7) days from the entry of this Order.

7.     This Court shall retain jurisdiction with respect to

all matters arising from or related to this Order.

Dated: Richmond, Virginia
       _____, 2010


                              _____
                              Honorable Kevin R. Huennekens
                              United States Bankruptcy Judge

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

_/s/ Douglas M. Foley_____ __
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Claim: 633 | | | | |
| Date Filed:   12/08/2008 | Claim Holder Name and Address | Case Number:   08-35653 | | Case Number:   08-35653 |
| Docketed Total:   $43,173.80 | RETAIL MDS INC | Docketed Total:   **$43,173.80** | | Modified Total:   **$43,173.80** |
| Filing Creditor Name and Address: | 2909 SUNSET AVE | | | |
|   RETAIL MDS INC | EAST NORRITON, PA 19403 | | | |
|   2909 SUNSET AVE | | | | |
|   EAST NORRITON, PA 19403 | | | | |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| $43,173.80 | | | | | $43,173.80 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $43,173.80 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**   $43,173.80

**Total Amount As Modified:**   $43,173.80

*    "UNL" denotes an unliquidated claim.