Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
            Debtors.          : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 11, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
May 11, 2010 beginning at 10:00 a.m. Eastern.

**I.    RESOLVED/WITHDRAWN MATTERS**

1.    Schimenti Construction Company, LLC's Motion for
      Examination and Order Directing Debtor, Circuit City
      Stores, Inc. to Produce Documents Pursuant to Federal
      Rule of Bankruptcy Procedure Rule 2004 and Memorandum
      in Support Thereof (Docket No. 3591)

      Objection
      Deadline:        June 22, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection to Schimenti Construction
            Company, LLC's Motion for Examination and Order
            Directing Debtor, Circuit City Stores, Inc. to
            Produce Documents Pursuant to Federal Rule of
            Bankruptcy Procedure Rule 2004 (Docket No. 3701)

      Status:        This matter is withdrawn without
                     prejudice as moot.

2.    Debtors' Motion for Summary Judgment with Respect to
      Claim of Weidler Settlement Class Subject to Debtors'
      Fifty-Eighth Omnibus Objection to Claims (Modification
      and/or Reclassification of Certain Claims) (Docket No.
      6862)

      Related
      Documents:

      a.    Debtors' Fifty-Eighth Omnibus Objection to Claims
            (Reclassification of Certain Misclassified Claims
            to Unsecured, Non-Priority Claims) (Docket No.
            5322)

      b.    Debtors' Memorandum of Law in Support of Motion
            for Summary Judgment with Respect to Claim of
            Weidler Settlement Class Subject to Debtors'
            Fifty-Eighth Omnibus Objection to Claims
            (Modification and/or Reclassification of Certain
            Claims)(Docket No. 6863)

      c.    Debtors' Reply to the Weidler Settlement Class
Memorandum in Opposition to Debtors' Motion for
Summary Judgment (Docket No. 7175)

Objection
Deadline:     April 8, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

      a.    Weidler Settlement Class Memorandum in Opposition
to Debtors' Motion for Summary Judgment (Docket
No. 7151)

      b.    Corrected Exhibit 3 to Weidler Settlement Class
Memorandum in Opposition to Debtors' Motion for
Summary Judgment (Docket No. 7152)

Status:     This matter has been resolved in
principle.  The parties are currently
finalizing a stipulation for the Court's
approval.

3.    Texas Comptroller's Motion to Compel Payment of Post-
Petition Tax Obligations (Docket No. 7169)

Related
Documents:

      a.    Memorandum of Law in Support of Texas
Comptroller's Motion to Compel Payment of Post-
Petition Tax Obligations (Docket No. 7170)

      b.    Notice of Motion and Hearing(Docket No. 7171)

Deadline:     May 4, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

      a.    Debtors' Response To Texas Comptroller's Motion To
Compel Payment Of Taxes (Docket No. 7431)

Status:            This matter has been resolved and the
                   Motion was withdrawn (Docket No. 7462).

## II.  UNCONTESTED MATTERS

4.   Motion to Seal Settlement Agreement with Activision
     Blizzard (Docket No. 7303)

     Objection
     Deadline:          May 10, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

5.   Motion Of The Debtors Pursuant To 11 U.S.C. § 105 And
     Local Bankruptcy Rule 9013-1(M) For An Order Setting An
     Expedited Hearing (Docket No. 7398)

     Related
     Documents:

     a.    Debtors' Consent Motion for Approval of Settlement
           Agreement and Stipulation by and among the Debtors
           and Mitsubishi Digital Electronics America, Inc.
           (Docket No. 7396)

     b.    Debtors' Motion for an Order Shortening Notice
           Period and Limiting Notice of Debtors' Consent
           Motion for Approval of Settlement Agreement and
           Stipulation by and among the Debtors and
           Mitsubishi Digital Electronics America, Inc.
           (Docket No. 7397)

     c.    Notice of Motion and Hearing (Docket No. 7401)

     Objection
     Deadline:          May 10, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

4

6.    Debtors' Motion for an Order Shortening Notice Period
      and Limiting Notice of Debtors' Consent Motion for
      Approval of Settlement Agreement and Stipulation by and
      among the Debtors and Mitsubishi Digital Electronics
      America, Inc. (Docket No. 7397)

      Related
      Documents:

      a.    Debtors' Consent Motion for Approval of Settlement
            Agreement and Stipulation by and among the Debtors
            and Mitsubishi Digital Electronics America, Inc.
            (Docket No. 7396)

      b.    Motion for an Expedited Hearing (Docket No. 7398)

      c.    Notice of Motion and Hearing (Docket No. 7400)

      Objection
      Deadline:        May 10, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter is going forward.

7.    Debtors' Consent Motion for Approval of Settlement
      Agreement and Stipulation by and among the Debtors and
      Mitsubishi Digital Electronics America, Inc. (Docket
      No. 7396)

      Related
      Documents:

      a.    Debtors' Motion for an Order Shortening Notice
            Period and Limiting Notice of Debtors' Consent
            Motion for Approval of Settlement Agreement and
            Stipulation by and among the Debtors and
            Mitsubishi Digital Electronics America, Inc.
            (Docket No. 7397)

      b.    Motion for an Expedited Hearing (Docket No. 7398)

      c.    Notice of Motion and Hearing (Docket No. 7399)

Objection
Deadline:          May 10, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter is going forward.

### III. CONTESTED MATTERS - STATUS CONFERENCE GOING FORWARD

8.    Motion to Enforce Order Granting Debtor-in-Possession's
      Motion for Order Shortening Notice Period and Limiting
      Notice on Debtors' Motion for Order Under Bankruptcy
      Code Sections 105, 363(b), and 503(c)(3) Approving a
      Wind Down Incentive and Retention Plan and Authorizing
      Payment of a Wind Down Incentive and Retention Pay to
      Plan Participants, by L. Lambert-Gaffney (Docket No.
      7262)

      Objection
      Deadline:          May 4, 2010 at 4:00 p.m., extended for
                         the Debtors until a date and time to be
                         determined.

      Objections/
      Responses
      Filed:             Debtors' Informal Response

      Status:            This matter is going forward as a status
                         conference only.

### IV. OMNIBUS CLAIM OBJECTIONS – RESOLVED

9.    Motion of Archos, Inc. for Reconsideration of the
      Court's Orders on the Debtors' Forty-Eighth Omnibus
      Objection (Docket No. 7090)

      Related
      Documents:

      a.    Debtors' Forty-Eighth Omnibus Objection to Certain
            Administrative Expenses and 503(b)(9) Claims and
            Motion for (I) Authority to Setoff Against Such
            Expenses and Claims and (II) a Waiver of the

6

Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5211)

b.   Memorandum Opinion (Docket No. 5963)

c.   Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections (Docket No. 5964)

d.   Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6125)

e.   Second Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6484)

f.   Third Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6596)

g.   Notice of Motion (Docket No. 7091)

Objection
Deadline:      April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Preliminary Objection To Motion Of Archos, Inc. For Reconsideration Of The Court's Orders On The Debtors' Forty-Eighth Omnibus Objection (Docket No. 7248)

Status:         This matter has been resolved in
                principle.  The parties are currently
                finalizing a stipulation for the Court's
                approval.

## V.   ADVERSARY PROCEEDINGS

10.  Circuit City Stores, Inc.'s Objection to Claim Nos. 778
     and 13210 and Complaint Against United States Debt
     Recovery LLC and Signature Home Furnishings Co. Inc.
     (Docket No. 1) (Circuit City Stores, Inc. v. United
     States Debt Recovery LLC, Adversary No. 10-3055 (KRH))

     Related
     Documents:

     a.   Entry of Default Against Signature Home
          Furnishings Co. Inc. (Docket No. 12)

     b.   Order Authorizing Debtors to File Exhibit Under
          Seal (Docket No. 13)

     c.   Notice Of Proposed Settlement Agreement And
          Stipulation By And Among The Debtors And United
          States Debt Recovery LLC (Bankr. Docket No. 7402)

     Response
     Deadline:       April 23, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.   Answer Of United States Debt Recovery LLC To
          Circuit City Stores, Inc.'s Objection To Claim
          Nos. 778 And 13210 And Complaint Against United
          States Debt Recovery LLC And Signature Home
          Furnishings Co. Inc. (Docket No. 9)

     Status:         The matter has been resolved solely with
                     respect to United States Debt Recovery
                     LLC.  A proposed settlement agreement
                     and notice of settlement have been filed
                     at Bankruptcy Docket No. 7402.  The

deadline for filing objections to the
proposed agreement is May 10, 2010 at
5:00 p.m.  The pre-trial conference will
go forward with respect to Signature
Home Furnishings Co. Inc.

11.  Plaintiff's Motion for Entry of Default Judgment
     Against Signature Home Furnishings Co., Inc. Pursuant
     to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a)
     (Docket No. 11) (Circuit City Stores, Inc. v. United
     States Debt Recovery LLC, Adversary No. 10-3055 (KRH))

     Related
     Documents:

     a.   Entry of Default Against Signature Homes
          Furnishings Co. Inc. (Docket No. 12)

     Response
     Deadline:       May 10, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing the agenda

      Status:        This matter is going forward.

12.  Circuit City Stores, Inc.'s Objection to Claim Nos. 132
     and 12300 and Complaint Against Mitsubishi Digital
     Electronics America, Inc. and The Insurance Company of
     the State of Pennsylvania (Docket No. 1) (Circuit City
     Stores, Inc. v. Mitsubishi Electronics America, Inc.,
     et al., Adversary No. 10-3068 (KRH))

     Related
     Documents:

     a.   Order Authorizing Debtors To File Exhibit Under
          Seal (Docket No. 9)

     Response
     Deadline:       May 3, 2010 at 4:00 p.m. extended for
                     Mitsubishi Digital Electronics America,
                     Inc. and The Insurance Company of the
                     State of Pennsylvania until June 4, 2010

at 4:00 p.m.

Objections/
Responses
Filed:                None at the time of filing this agenda

Status:               The pre-trial conference on this matter
                      has been adjourned to June 8, 2010 at
                      10:00 a.m.

13.    Circuit City Stores, Inc.'s Objection to Claim No. 6790
       and 13005 and Complaint Against Apex Digital Inc. and
       Hain Capital Group LLC (Docket No. 1) (Circuit City
       Stores, Inc. v. Apex Digital, Inc., et al., Adversary
       No. 10-3069 (KRH))

       Related
       Documents:

       a.    Order Authorizing Debtors To File Exhibit Under
             Seal (Docket No. 9)

       b.    Notice of Proposed Settlement Agreement and
             Stipulation by and Among the Debtors, Apex
             Digital, Inc. and Hain Capital Holdings, LLC
             (Docket No. 7365)

       Response
       Deadline:         May 3, 2010 at 4:00 p.m. extended for
                         Apex Digital Inc. and Hain Capital Group
                         LLC until June 2, 2010

       Objections/
       Responses
       Filed:            None at the time of filing this agenda

       Status:           This matter has been resolved.  A
                         proposed settlement agreement and notice
                         of settlement have been filed at Docket
                         No. 7365.  The deadline for filing
                         objections to the proposed agreement is
                         May 14, 2010 at 5:00 p.m.

14. Circuit City Stores, Inc.'s Objection to Claim Nos.
    128, 958 and 2295 and Complaint Against Onkyo USA Corp.
    and National Union Fire Insurance Company of
    Pittsburgh, PA (Docket No. 1) (Circuit City Stores,
    Inc. v. Onkyo USA Corp., et al., Adversary No. 10-3071
    (KRH))

    Related
    Document:

    a.    Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors, Onkyo USA
          Corporation and National Union Fire Insurance
          Company of Pittsburgh, PA (Docket No. 7436)

    Response
    Deadline:            May 5, 2010 at 4:00 p.m., extended for
                         Onkyo USA Corp. and National Union Fire
                         Insurance Company of the Pittsburgh, PA
                         until June 4, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:              None at the time of filing this agenda

    Status:             This matter has been resolved.  A
                        proposed settlement agreement and notice
                        of settlement have been filed at Docket
                        No. 7436.  The deadline for filing
                        objections to the proposed agreement is
                        May 19, 2010 at 5:00 p.m.

**VI.  CONFIRMATION MATTERS**

15. Motion for Order Under 11 U.S.C. Sections 105, 362 and
    541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
    Notice, Hearing, and Sell-Down Procedures for Trading
    in Equity Securities and Claims Against the Debtors'
    Estates (Docket No. 20)

    Related
    Documents:

    a.    Interim Order Under 11 U.S.C. 105, 362 And 541 And
          Fed. R. Bankr. P. 3001 And 3002 Establishing
          Notice, Hearing, And Sell-Down Procedures For

Trading In Equity Securities And Claims Against
The Debtors Estates And Setting Hearing (Docket
No. 135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Informal Response of the Securities Exchange
     Commission

b.   Informal Response of the Official Committee of
     Unsecured Creditors

Status:          This matter has been adjourned to June
                 8, 2010 at 10:00 a.m.

16.  First Amended Joint Plan of Liquidation of Circuit City
     Stores, Inc. and Its Affiliated Debtors and Debtors in
     Possession and its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5124)

     Related
     Documents:

     a.   Notice of (1) Approval of Disclosure Statement;
          (2) Hearing on Confirmation of Plan; (3) Deadline
          and Procedures for Filing Objections to
          Confirmation of Plan; (4) Treatment of Certain
          Unliquidated or Disputed Claims for Notice, Voting
          and Distribution Purposes; (5) Deadline and
          Procedures for Temporary Allowance of Certain
          Claims for Voting Purposes; (6) Record Date; (7)
          Voting Deadline for Receipt of Ballots; and (8)
          Proposed Release, Injunction and Exculpation in
          the Plan (Docket No. 5121)

     b.   Notice of Filing Plan Exhibits (Docket No. 5548)

     c.   Notice of Continued Hearing on Confirmation of the
          Plan (Docket No. 5799)

d.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6096)

e.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6317)

f.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6443)

g.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6640)

h.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7003)

i.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7377)

Objection
Deadline:       November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Treasurer of Douglas County Colorado's Objections
      to Confirmation of the August 24, 2009 Joint Plan
      of Liquidation (Docket Nos. 5145, 5163, 5684)

b.    Texas Comptroller's Objection to Confirmation of
      First Amended Joint Plan of Reorganization (Docket
      Nos. 5168, 5221)

c.    Objections to the "Plan" for Claim 13082, by Bruce
      Senator (Docket No. 5331)

d.    Prince George's County, Maryland Objection to
      Debtor's First Amended Joint Plan of Liquidation
      (Docket Nos. 5526, 5589, 5637)

e.    Charles County, Maryland Objection to Debtors'
      First Amended Joint Plan of Liquidation (Docket
      Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department

13

of Revenue Services to the Debtors' Joint First
Amended Plan of Reorganization (Docket No. 5596,
5708)

g.   The Florida Tax Collectors for the Counties of
Palm Beach, Hernando, Highlands, Lee, Indian
River, Bay, Okaloosa, Brevard, Polk, Manatee,
Orange, Marion, Pinnellas and Osceola Counties
Objection to Confirmation of First Amended Joint
Plan of Reorganization (Docket No. 5603, 5624)

h.   Commonwealth of Virginia Department of Taxation's
Objection to Confirmation (Docket No. 5609)

i.   Maricopa County Treasurer's Objection to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5627, 5728)

j.   Objection of Certain Texas Taxing Authorities to
Confirmation of Circuit City Stores, Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.   Objection of Lewisville Independent School
District to Confirmation of the First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5644,
5711)

l.   Objection of Nancy and Charles Booth Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores Inc and Its Affiliated Debtors
and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5645, 5701)

m.   Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.

14

to Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5647)

n.   Objection of LG Electronics USA, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5652, 5730)

Related
Documents:

i.    Debtors' Response to the Objection of LG
Electronics USA, Inc. to Confirmation of
Chapter 11 Plan of Liquidation (Docket
No. 7320)

o.   Objection by Eastman Kodak Company to Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.   Objection by Commissioner of Massachusetts
Department of Revenue to Confirmation of First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5657, 5743)

q.   Objection of Envision Peripherals, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5659, 5732)

r.   Objection to Confirmation of Chapter 11 Plan by
United States Customs and Border Protection
(Docket No. 5661)

s.   Objection of the United States of America,
Internal Revenue, to Confirmation of First Amended
Joint Plan of Liquidation of Circuit city Stores,
Inc. and Its Affiliated Debtors and Debtors in

Possession and its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5664,
5725)

t.    Pima County's Objection To The First Amended Plan
Of Liquidation Of Circuit City Stores, Inc. And
Its Affiliated Debtors And Debtors In Possession
And Its Official Committee Of Creditors Holding
General Unsecured Claims (Docket No. 5665)

u.    Objection of Paramount Home Entertainment Inc. to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5667, 5737)

v.    Objection Of Monterey County, Placer County,
Riverside County And San Bernardino County,
California, Collectively The California Taxing
Authorities To Confirmation Of Circuit City Stores
And Its Affiliated Debtors Et Al In Its First
Amended Joint Plan Of Liquidation (Docket No.
5671, 5741)

w.    Travis County Texas Objection to Confirmation
(Docket No. 5672)

x.    Limited Objection Of THQ, Inc. To First Amended
Joint Plan Of Liquidation (Docket No. 5677)

y.    Objection of DeSoto County, Mississippi to the
Debtors' Joint First Amended Plan of Liquidation
(Docket No. 5679)

z.    Samsung America Electronics, Inc.'s Objection to
Confirmation of the Debtors' First Amended Joint
Plan of Liquidation (Docket No. 5681, 5826)

aa.   Limited Objection of Henrico County, Virginia to
Debtors' First Amended Joint Plan of Liquidation
(Docket Nos. 5682, 5838)

bb.   Joinder of Apex Digital, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to

Confirmation of Debtors' Chapter 11 Plan of
Liquidation (Docket No. 5683)

cc. Florida Tax Collector for Miami-Dade County
Objection to Confirmation of the Debtors' First
Amended Joint Plan of Liquidation (Docket Nos.
5685, 5868)

dd. Objection to Confirmation of the Debtors' First
Amended Joint Plan of Liquidation, by Vincent E.
Rhynes (Docket No. 5686)

ee. DIRECTV, Inc.'s Limited Objection to Confirmation
of the Debtors' Plan`(Docket No. 5689, 5789)

ff. Joinder Of Olympus Corporation And Olympus Imaging
America Inc. In Objections Of LG Electronics USA
Inc., Eastman Kodak Company And Samsung America
Electronics, Inc. Objection To Confirmation Of The
Debtors' First Amended Joint Plan Of Liquidation
(Docket No. 5690)

gg. Texas Ad Valoram Tax Claimants (Tax Appraisal
District of Bell County, County of Brazos, County
of Comal, County of Denton, Longview ISD, City of
Waco, Waco Independent School District, Midland
Central Appraisal District, Taylor Central
Appraisal District, County of Williamson)
Objection To Confirmation Of The Debtors' First
Amended Joint Plan Of Liquidation (Docket No.
5691)

hh. Response and Objection of Bethesda Softworks LLC
to the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

ii. Objection of Village of Mount Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

jj. Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,

Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk.   Objection of Lee County, Mississippi Tax Collector
to the Debtors' Joint First Amended Plan of
Reorganization (Docket No. 5712)

ll.   Limited Objection Of Safeco Insurance Company Of
America To Confirmation Of The First Amended Joint
Plan (Docket No. 5714, 5946)

mm.   Joinder Of Mitsubishi Digital Electronics America,
Inc. To Objections Of Samsung America Electronics,
Inc., LG Electronics USA, Inc. And Eastman Kodak
Company To Confirmation Of Debtors' First Amended
Joint Plan Of Liquidation (Docket No. 5716)

nn.   Joinder of Vonage Marketing Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5717, 5782)

oo.   Joinder of Nyko Technologies, Inc. to Objection to
Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5720, 5786)

pp.   Joinder Of Slam Brands, Inc. To Objections Of LG
Electronics USA, Inc. And Eastman Kodak Company To
Confirmation Of Debtors Chapter 11 Plan Of
Liquidation (Docket No. 5726)

qq.   Joinder Of Take-Two Interactive Software, Inc. In
Objections Of LG Electronics USA Inc., Eastman
Kodak Company And Samsung America Electronics,
Inc. To Confirmation Of The Debtors' First Amended
Joint Plan Of Liquidation (Docket No. 5727)

rr.   Joinder of Stillwater Designs and Audio, Inc. to
      Objection to Confirmation of the Debtors First
      Amended Joint Plan of Liquidation Filed by Samsung
      America Electronics, Inc. (Docket No. 5729, 5787)

ss.   Objection Of Schimenti Construction Company, LLC
      To First Amended Joint Plan Of Liquidation (Docket
      Nos. 5731, 5835)

tt.   Chatham County, Georgia Tax Commissioner's
      Objections to Confirmation to the Debtor's First
      Joint Amended Plan of Reorganization (Docket No.
      5736)

uu.   Joinder Of Paramount Home Entertainment Inc. To
      Objections To Confirmation Of Debtors' Chapter 11
      Plan Of LG Electronics USA, Inc.; Eastman Kodak
      Company; Envision Peripherals; And THQ, Inc.
      (Docket No. 5738)

vv.   Joinder of SouthPeak Interactive, LLC to Objection
      to Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections
      of LG Electronics USA, Inc. and Paramount Home
      Entertainment Inc. to Confirmation of Debtors'
      Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan
      (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
      Objection to Confirmation of Plan (Docket Nos.
      5747, 5836)

aaa.  Limited Objection of Alliance Entertainment

Corporation, Source Interlink Media, LLC to
Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

ccc.  Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

ddd.  Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee.  Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff.  Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876, 5877)

ggg.  Objection of the Macerich Company, RREEF
Management Company, Cousins Properties
Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

hhh.  Texas Comptrollers' Amended Objection to
Confirmation of First Amended Joint Plan of

Reorganization (Docket No. 6662)

Status:          This matter has been adjourned to June
                 8, 2010 at 10:00 a.m.

17.   Motion of Pioneer Electronics Under Fed. R. Bankr. P.
      3020(a) for Order Requiring Confirmation Deposit
      (Docket No. 5461)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 5463)

      b.    Samsung Electronics America, Inc.'s Motion Under
            Fed. R. Bankr. P. 3020(a) for Order Requiring
            Confirmation Deposit and Joinder to Motion of
            Pioneer Electronics for Same (Docket No. 5614)

      c.    Joinder of Apex Digital Inc. and THQ, Inc. to
            Motions of Pioneer Electronics, Inc. and Samsung
            Electronics America, Inc. for an Order Requiring
            Confirmation Deposit Pursuant to Bankruptcy Rule
            3020(a) (Docket No. 5663)

      d.    Joinder Of Paramount Home Entertainment Inc. To
            Motions Of Pioneer Electronics And Samsung
            Electronics America, Inc. For Order Requiring
            Confirmation Deposit Under Fed. R. Bankr. P.
            3020(a) (Docket No. 5668)

      e.    Joinder Of Bethesda Softworks LLC to Motions Of
            Pioneer Electronics And Samsung Electronics
            America, Inc. For Order Requiring Confirmation
            Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
            No. 5695)

      f.    Amended Notice Of Hearing (Docket No. 5703)

      g.    Joinder of Cokem International, Inc. to Motions of
            Pioneer Electronics and Samsung Electronics
            America, Inc. for Order Requiring Confirmation
            Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
            No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Confirmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

      Related
      Document:

            i.    Debtors' Response to the Joinder of
                  Onkyo USA Corporation to Motions of
                  Pioneer Electronics, Inc. and Samsung
                  Electronics America, Inc. for an Order
                  Requiring a Confirmation Deposit
                  Pursuant to Rule 3020 of the Federal
                  Rules of Bankruptcy Procedure, or, in
                  the Alternative, Objection to
                  Confirmation of Chapter 11 Plan of
                  Liquidation (Docket No. 7321)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:      November 16, 2009 at 4:00 p.m., extended
               for the Debtors until June 1, 2010

Objections/
Responses
Filed:         None at the time of filing this agenda.

Status:        This matter has been adjourned to June
               8, 2010 at 10:00 a.m.

18.   Samsung Electronics America, Inc.'s Motion Under Fed.
      R. Bankr. P. 3020(a) for Order Requiring Confirmation
      Deposit and Joinder to Motion of Pioneer Electronics
      for Same (Docket No. 5614)

Related
Documents:

a.   Motion for an Expedited Hearing (Docket No. 5615)

b.   Notice of Motion and Hearing (Docket No. 5616)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to
     Motions of Pioneer Electronics, Inc. and Samsung
     Electronics America, Inc. for an Order Requiring
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5663)

d.   Joinder Of Paramount Home Entertainment Inc. To
     Motions Of Pioneer Electronics And Samsung
     Electronics America, Inc. For Order Requiring
     Confirmation Deposit Under Fed. R. Bankr. P.
     3020(a) (Docket No. 5668)

e.   Joinder Of Bethesda Softworks LLC to Motions Of
     Pioneer Electronics And Samsung Electronics
     America, Inc. For Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5695)

f.   Joinder of Cokem International, Inc. to Motions of
     Pioneer Electronics and Samsung Electronics
     America, Inc. for Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5734)

g.   Joinder of BISSELL Homecare, Inc. to Motions of
     Pioneer Electronics, Inc. and Samsung Electronics
     America, Inc. for an Order Requiring a
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5752)

h.   Amended Notice Of Motion and Hearing (Docket No.
     5757)

i.   Second Amended Notice of Motion and Hearing
     (Docket No. 6001)

j.   Third Amended Notice of Motion and Hearing (Docket
     No. 6101)

Objection
Deadline:            November 19, 2009 at 4:00 p.m., extended
                     for the Debtors until June 1, 2010

Objections/
Responses
Filed:               None at the time of filing this agenda

Status:              This matter has been adjourned to June
                     8, 2010 at 10:00 a.m.

Dated: May 7, 2010           SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                             Chris L. Dickerson, Esq.
                             155 N. Wacker Drive, Suite 2700
                             Chicago, Illinois 60606-2700
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley _____
                             Douglas M. Foley (VSB No. 34364)
                             Sarah B. Boehm (VSB No. 45201)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

\11249901