Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' CORRECTED SEVENTY-SECOND OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF (I) CERTAIN DUPLICATE
CLAIMS; AND (II) CERTAIN AMENDED CLAIMS)**

The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file their Seventy-Second Omnibus Objection to Claims (Disallowance of (I) Certain Duplicate Claims; and (II) Certain Amended Claims) (the "Objection"), and hereby move this Court, pursuant to sections 105 and 502 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 3007-1, for an order, the proposed form of which is attached hereto as Exhibit A, granting the relief sought by this Objection, and in support thereof states as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases

---

[1]     The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address of Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

and this Objection in this district is proper under 28

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

## BACKGROUND

2.   On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.   The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.   On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.   On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.   On December 10, 2008, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof (Docket No. 890) (the "Claims Bar Date Order").

7.    Pursuant to the Claims Bar Date Order, the deadline for filing all "claims" (as defined in 11 U.S.C. § 105(5)) arising before November 10, 2008 against the Debtors by any non-governmental entity was 5:00 p.m. (Pacific) on January 30, 2009 (the "General Bar Date").  The deadline for governmental units to file claims that arose before November 10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the "Governmental Bar Date").  Pursuant to the Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Claims Bar Date Order (the "Claims Bar Date Notice").

8.    On December 17 and 19, 2008, KCC served a copy of the Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 1314). In addition, the Debtors published the Claims Bar Date Notice in The Wall Street Journal (Docket No. 1395) and The Richmond Times-Dispatch (Docket No. 1394).

9.    On January 16, 2009, the Court authorized the

4

Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.   On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

## OBJECTIONS TO CLAIMS

11.   By this Objection, the Debtors seek entry of an order, in substantially the form annexed as Exhibit A, pursuant to Bankruptcy Code sections 105(a) and 502 and Bankruptcy Rule 3007, disallowing the "Claim to be Disallowed" listed on Exhibit C and Exhibit D attached hereto.  The basis for the disallowance of the claims listed on Exhibit C attached hereto is that all of the claims (the "Duplicate Claims") are duplicative of other filed claims. The basis for the disallowance of the claims listed on

Exhibit D attached hereto is that all of the claims (the

"Amended Claims" and collectively with the Duplicate Claims,

the "Claims")) have been rendered moot by the claimant

filing a subsequent "amending" claim that supersedes the

Amended Claim listed on Exhibit D.

　　　　12.   The Debtors object to the Duplicate Claims

because, among other reasons, the same claimant filed two

(2) or more proofs of claim, or portions thereof, against

the same Debtor asserting the same liability, the amounts

and basis of which are the subject of the original claims.

Such repetitive claims should be disallowed.  The Duplicate

Claims listed on Exhibit C, under "Claim to be Disallowed"

should be disallowed for all purposes in these bankruptcy

cases.  The claims listed as "Surviving Claim" on Exhibit C

(the "Surviving Duplicate Claims") shall remain in effect

and are not affected by this Objection; provided, however,

that such Surviving Duplicate Claims may be the subject of a

separate objection subsequently filed hereinafter.

　　　　13.   The Debtors object to the Amended Claims because,

among other reasons, the same claimant subsequently filed an

amended claim, the amounts and basis of which are the

subject of the Amended Claims.  Such repetitive claims

should be disallowed.  The Amended Claims listed on Exhibit

D, under "Claim to be Disallowed" should be disallowed for all purposes in these bankruptcy cases. The claims listed as "Surviving Claim" on Exhibit D (the "Surviving Amended Claims") shall remain in effect and are not affected by this Objection; provided, however, that such Surviving Amended Claims may be the subject of a separate objection subsequently filed hereinafter.

14. For ease of reference, attached as Exhibit B is an alphabetical listing of all claimants (the "Claimants") whose Claims are included in this Objection, with a cross-reference by claim number.

15. At this time, the Debtors have not completed their review of the validity of all claims and expenses filed against their estates, including the Claims. Accordingly, the Claims may be the subject of additional subsequently filed objections. To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance, voting, and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**RESERVATION OF RIGHTS**

16.    As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any Claim or
Claimant herein.

**NOTICE AND PROCEDURE**

17.    Notice of this Objection has been provided to all
claimants with claims that are the subject to this Objection
as identified on Exhibit C and Exhibit D (collectively, the
"Claimants"), respectively, and to parties-in-interest in
accordance with the Court's Supplemental Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (entered on December 30, 2009 at
Docket No. 6208) (the "Case Management Order").  The Debtors
submit that the following methods of service upon the
Claimants should be deemed by the Court to constitute due
and sufficient service of this Objection: (a) service in
accordance with Federal Rule of Bankruptcy Procedure 7004
and the applicable provisions of Federal Rule of Civil

Procedure 4; (b) to the extent counsel for a Claimant is not known to the Debtors, by first class mail, postage prepaid, on the signatory of the Claimant's proof of claim form or other representative identified in the proof of claim form or any attachment thereto; or (c) by first class mail, postage prepaid, on any counsel that has appeared on the Claimant's behalf in the Debtors' bankruptcy cases.  The Debtors are serving the Claimant with this Objection and the exhibit on which the Claimant's claim is listed.

18.   To the extent any Claimant timely files and properly serves a response to this Objection by **4:00 p.m. (Eastern) on June 1, 2010** as required by the Case Management Order and under applicable law, and the parties are unable to otherwise resolve the Objection, the Debtors request that the Court conduct a status conference with respect to any such responding claimant at **10:00 a.m. (Eastern) on June 8, 2010** and thereafter schedule the matter for a future hearing as to the merits of such claim.  However, to the extent any Claimant fails to timely file and properly serve a response to this Objection as required by the Case Management Order and applicable law, the Debtors request that the Court enter an order, substantially in the form attached hereto as Exhibit A, disallowing such Claimant's claim in its entirety

for all purposes in these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

19.   This Objection complies with Bankruptcy Rule 3007(e).  Additionally, the Debtors submit that this Objection is filed in accordance with the Omnibus Objection Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

20.   Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, the Debtors request that the requirement that all motions be accompanied by a written memorandum of law be waived.

## NO PRIOR RELIEF

21.   No previous request for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia        SKADDEN, ARPS, SLATE, MEAGHER &
      May 7, 2010                   FLOM, LLP
                                   Gregg M. Galardi, Esq.
                                   Ian S. Fredericks, Esq.
                                   P.O. Box 636
                                   Wilmington, Delaware 19899-0636
                                   (302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

- and -

MCGUIREWOODS LLP

_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

## EXHIBIT A

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SEVENTY-SECOND OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN
DUPLICATE CLAIMS; AND (II) CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Seventy-Second Omnibus Objection to Claims

(Disallowance of (I) Certain Duplicate Claims; and (II)

Certain Amended Claims) (the "Objection"), which requested,

among other things, that the claims specifically identified
on Exhibit C and Exhibit D attached to the Objection be
disallowed for those reasons set forth in the Objection; and
it appearing that due and proper notice and service of the
Objection as set forth therein was good and sufficient and
that no other further notice or service of the Objection
need be given; and it further appearing that no response was
timely filed or properly served by the Claimants being
affected by this Order; and it appearing that the relief
requested on the Objection is in the best interest of the
Debtors, their estates and creditors and other parties-in-
interest; and after due deliberation thereon good and
sufficient cause exists for the granting of the relief as
set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED.

2.    The Claims identified on Exhibit A as attached
hereto and incorporated herein are disallowed in their
entirety for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim,
including (without limitation) the Duplicate Claims and the
Amended Claims, on any grounds that the applicable law
permits are not waived and are expressly reserved.

4.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
　　　　　_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley____
                        Douglas M. Foley


\11245460

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Second Omnibus Objection to Claims
Disallowance of Certain Duplicate and Amended Claims

Exhibit B - Claimants and Related Claims Subject To Seventy-Second Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ADAMS, JANE B | 6641 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ALAMEDA COUNTY TAX COLLECTOR | 14595 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ANDERSON COUNTY TREASURER | 607 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ARIZONA DEPARTMENT OF REVENUE | 5102 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ARIZONA DEPT OF REVENUE | 11207 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| AUGUSTA UTILITIES DEPARTMENT | 3313 | EXHIBIT D - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BALTIMORE COUNTY MARYLAND | 13766 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| BESANKO BRUCE H | 14336 | EXHIBIT D - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BESANKO BRUCE H | 14337 | EXHIBIT D - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BESANKO, BRUCE H | 3820 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| BESANKO, BRUCE H | 3827 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| BRADLEY, THOMAS C | 14236 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BRADLEY, THOMAS C | 14238 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| BRADLEY, THOMAS C | 14240 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| CARMAX AUTO SUPER STORES INC | 14711 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| CHARLOTTE OBSERVER | 6346 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| CLEAVERS CORNERS INC | 3854 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF RE\| | 12949 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| CRAWFORD COMMUNICATIONS INC | 1705 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| CRAWFORD COMMUNICATIONS INC | 1507 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| DANIEL VEZINA | 14449 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| DATA EXCHANGE CORPORATION | 13055 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVI\| | 1998 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| DOHRMANN, MIKE BYRON | 2637 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| DOUGHERTY COUNTY TAX DEPT | 941 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ESCAMBIA COUNTY TAX COLLECTOR | 713 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| EXPEDITER SERVICES INC | 6414 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| FAY LAWRENCE | 14365 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| FIRST ADVANTAGE | 13058 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| FIRST INTL COMPUTER OF AMERICA | 816 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| FRANCIS E TELEGADAS | 13622 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| GEITH, JON C | 5434 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| GEITH, JON C | 14173 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| GEITH, JON C | 14025 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| GEORGIA DEPARTMENT OF REVENUE | 12923 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HEWITT ASSOCIATES LLC | 7778 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| HINDS COUNTY MISSISSIPPI | 14994 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| HORST, JASON C | 3358 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| IBM CORPORATION | 14588 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| IBM CORPORATION | 14707 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| IDEAL TECHNOLOGY INC | 341 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ILLINOIS DEPARTMENT OF REVENUE | 14660 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| JACQUELINE HARRIS | 14450 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| JAMIE E CORREA DBA JEC HOME INTERIORS | 135 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| KELLY BREITENBECHER | 7786 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| KRONOS INC | 133 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LAMBERT GAFFNEY, LAURIE | 7853 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LEE COUNTY FLORIDA TAX COLLECTOR | 14739 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| LOPEZ JR , GUSTAVO | 3589 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MICHAEL D GOODE | 14107 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MLYNARCZYK, MARION | 14514 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MORAN JAMES P | 6413 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| MORAN, JAMES P | 3880 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| NEW JERSEY, STATE OF | 8734 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| OAKLAND COUNTY TREASURER | 14870 | EXHIBIT D - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| ORANGE & ROCKLAND UTILITIES INC | 13386 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| ORANGE COUNTY TREASURER TAX COLLECTOR | 11242 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| PALM BEACH NEWSPAPERS INC | 1753 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| PATRICK S LONGOOD | 3850 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| RAMSEY, DANIEL W | 7034 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| RICHARD T MILLER JR | 6676 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| RICHARD T MILLER JR | 6674 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SALON RICHARD E | 13321 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SCOTT D MAINWARING | 13833 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| SHUMAN, NICHOLAS TODD | 2487 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| STATE OF FLORIDA DEPARTMENT OF REVENUE | 292 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| STATE OF FLORIDA DEPARTMENT OF REVENUE | 10341 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| STATE OF FLORIDA DEPARTMENT OF REVENUE | 10340 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| STATE OF MICHIGAN DEPARTMENT OF TREASURY | 14769 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| STATESMAN JOURNAL | 2423 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TECHEAD | 4712 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TERRE HAUTE TRIBUNE | 3082 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| TERRELL A WOODS | 8193 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TN DEPT OF TREASURY UNCLAIMED PROPERTY | 14632 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TOLLIVER, DAVID W | 14159 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TRAVIS COUNTY | 10757 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TRIBUNE COMP DBA NEWSDAY | 14866 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |
| TVJERRY INC | 1598 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| UNCLAIMED PROPERTY DIVISION | 614 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| US DEPARTMENT OF LABOR EMPLOYEE BENEFITS SECURITY | 12938 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| UTAH, STATE OF | 610 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| VEZINA, DANIEL D | 7627 | EXHIBIT D - (DISALLOWANCE OF CERTAIN AMENDED CLAIMS) |
| WHITNEY AHMAD PAUL | 14862 | EXHIBIT C - (DISALLOWANCE OF CERTAIN DUPLICATE CLAIMS) |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 3313 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 5706 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/12/2009 | Secured: | Date Filed: 01/16/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| AUGUSTA UTILITIES DEPARTMENT | Administrative: | AUGUSTA UTILITIES DEPARTMENT | Administrative: |
| 530 GREENE ST RM 118 | Reclamation:: | 530 GREENE ST RM 118 | Reclamation:: |
| AUGUSTA, GA 30911 | Unsecured: $65.00 | AUGUSTA, GA 30911 | Unsecured: $65.00 |
| | Total: $65.00 | | Total: $65.00 |
| Claim: 14336 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 3827 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/23/2009 | Secured: | Date Filed: 01/16/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BESANKO, BRUCE H | Administrative: | BESANKO, BRUCE H | Administrative: |
| 191 FARMINGTON RD | Reclamation:: | 191 FARMINGTON RD | Reclamation:: |
| LONGMEADOW, MA 01106 | Unsecured: $1,000,000.00 | LONGMEADOW, MA 01106-1517 | Unsecured: $1,000,000.00 |
| | Total: $1,000,000.00 | | Total: $1,000,000.00 |
| Claim: 14238 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4901 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/30/2009 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BRADLEY, THOMAS C | Administrative: | BRADLEY, THOMAS C | Administrative: |
| 2801 SAVAGE VIEW DR | Reclamation:: | 2801 SAVAGE VIEW DR | Reclamation:: |
| MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 | MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 |
| | Total: $40,000.00 | | Total: $40,000.00 |
| Claim: 14236 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4902 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/30/2009 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BRADLEY, THOMAS C | Administrative: | BRADLEY, THOMAS C | Administrative: |
| 2801 SAVAGE VIEW DR | Reclamation:: | 2801 SAVAGE VIEW DR | Reclamation:: |
| MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 | MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 |
| | Total: $40,000.00 | | Total: $40,000.00 |
| Claim: 14240 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4897 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/30/2009 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| BRADLEY, THOMAS C | Administrative: | BRADLEY, THOMAS C | Administrative: |
| 2801 SAVAGE VIEW DR | Reclamation:: | 2801 SAVAGE VIEW DR | Reclamation:: |
| MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 | MIDLOTHIAN, VA 23112 | Unsecured: $40,000.00 |
| | Total: $40,000.00 | | Total: $40,000.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Case 08-35653-KRH    Doc 7466    Filed 05/07/10    Entered 05/07/10 16:18:03    Desc Main
Document    Page 19 of 24

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

**EXHIBIT C**

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Claim: 6346 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 2701 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/27/2009 | Secured: | Date Filed: 01/06/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| CHARLOTTE OBSERVER | Administrative: | CHARLOTTE OBSERVER | Administrative: |
| ATTN STEPHEN BURNS | Reclamation:: | PO BOX 32188 | Reclamation:: |
| C O THE MCCLATCHY CO | | CHARLOTTE, NC 28232 | |
| 2100 Q ST | Unsecured: $67,207.50 | | Unsecured: $67,207.50 |
| SACRAMENTO, CA 95816 | Total: $67,207.50 | | Total: $67,207.50 |

| | | | |
|---|---|---|---|
| Claim: 3854 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1771 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/15/2009 | Secured: | Date Filed: 12/18/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| CLEAVERS CORNERS INC | Administrative: | CLEAVERS CORNERS INC | Administrative: |
| 3117 HARROW RD | Reclamation:: | 3117 HARROW RD | Reclamation:: |
| SPRING HILL, FL 34606-3026 | Unsecured: $1,787.96 | SPRING HILL, FL 34606-3026 | Unsecured: $1,787.96 |
| | Total: $1,787.96 | | Total: $1,787.96 |

| | | | |
|---|---|---|---|
| Claim: 1507 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 634 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/08/2008 | Secured: | Date Filed: 12/08/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| CRAWFORD COMMUNICATIONS INC | Administrative: | CRAWFORD COMMUNICATIONS INC | Administrative: |
| 925 WOODSIDE DR | Reclamation:: | 925 WOODSIDE DR | Reclamation:: |
| DELAND, FL 32720 | Unsecured: $5,810.00 | DELAND, FL 32720 | Unsecured: $5,810.00 |
| | Total: $5,810.00 | | Total: $5,810.00 |

| | | | |
|---|---|---|---|
| Claim: 1705 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 634 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 12/08/2008 | Secured: | Date Filed: 12/08/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| CRAWFORD COMMUNICATIONS INC | Administrative: | CRAWFORD COMMUNICATIONS INC | Administrative: |
| 925 WOODSIDE DR | Reclamation:: | 925 WOODSIDE DR | Reclamation:: |
| DELAND, FL 32720 | Unsecured: $5,810.00 | DELAND, FL 32720 | Unsecured: $5,810.00 |
| | Total: $5,810.00 | | Total: $5,810.00 |

| | | | |
|---|---|---|---|
| Claim: 6414 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660) | Claim: 937 | Debtor: CIRCUIT CITY STORES PR, LLC (08-35660) |
| Date Filed: 01/26/2009 | Secured: | Date Filed: 12/16/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| EXPEDITER SERVICES INC | Administrative: | EXPEDITER SERVICES INC | Administrative: |
| URB LOS COLOBOS PARK | Reclamation:: | URB LOS COLOBOS PARK | Reclamation:: |
| 618 ALMENDRO ST | | 618 ALMENDRO ST | |
| CAROLINA, PR 00987 | Unsecured: $3,635.50 | CAROLINA, PR 00987 | Unsecured: $3,635.50 |
| | Total: $3,635.50 | | Total: $3,635.50 |

In re: Circuit City Stores, Inc, et al.

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

Case No. 08-35653-KRH

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 14365 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 7103 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/23/2009 | Secured: | Date Filed: 01/28/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| | Administrative: | | Administrative: |
| FAY LAWRENCE | Reclamation:: | FAY, LAWRENCE W | Reclamation:: |
| 2500 MAPLE HALL CT | | FAY LAWRENCE W LARRY | |
| MIDLOTHIAN, VA 23113 | Unsecured: $20,000.00 | 2500 MAPLE HALL COURT | Unsecured: $20,000.00 |
| | Total: $20,000.00 | MIDLOTHIAN, VA 23113 | Total: $20,000.00 |
| Claim: 13622 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 5673 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/26/2009 | Secured: | Date Filed: 01/26/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| | Administrative: | | Administrative: |
| FRANCIS E TELEGADAS | Reclamation:: | TELEGADAS, FRANCIS E | Reclamation:: |
| 8204 YOLANDA RD | | 8204 YOLANDA RD | |
| RICHMOND, VA 23229 | Unsecured: UNL | RICHMOND, VA 23229 | Unsecured: UNL |
| | Total: UNL | | Total: UNL |
| Claim: 14025 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4811 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/29/2009 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| | Administrative: | | Administrative: |
| GEITH, JON C | Reclamation:: | GEITH, JON C | Reclamation:: |
| C O ROBERT A CANFIELD | | 14213 RIVERDOWNS SOUTH DR | |
| CANFIELD BAER LLP | Unsecured: $93,120.00 | MIDLOTHIAN, VA 23113 | Unsecured: $93,120.00 |
| 2201 LIBBIE AVE STE 200 | Total: $93,120.00 | | Total: $93,120.00 |
| RICHMOND, VA 23230 | | | |
| Claim: 14173 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 4804 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/29/2009 | Secured: | Date Filed: 01/22/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| | Administrative: | | Administrative: |
| GEITH, JON C | Reclamation:: | GEITH, JON C | Reclamation:: |
| C O ROBERT A CANFIELD | | 14213 RIVERDOWNS SOUTH DR | |
| CANFIELD BAER LLP | Unsecured: $125,000.00 | MIDLOTHIAN, VA 23113 | Unsecured: $125,000.00 |
| 2201 LIBBIE AVE STE 200 | Total: $125,000.00 | | Total: $125,000.00 |
| RICHMOND, VA 23230 | | | |
| Claim: 14994 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14991 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 04/01/2010 | Secured: | Date Filed: 04/01/2010 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| | Administrative: $94,636.03 | | Administrative: $94,636.03 |
| HINDS COUNTY MISSISSIPPI | Reclamation:: | HINDS COUNTY CHANCERY CLERK | Reclamation:: |
| ATTN CRYSTAL WISE MARTIN BOARD ATTY | | CRYSTAL WISE MARTIN BOARD ATTY | |
| HINDS COUNTY BOARD OF SUPERVISORS | Unsecured: | HINDS COUNTY BOARD OF SUPERVISORS | Unsecured: |
| 316 S PRESIDENT ST | | 316 S PRESIDENT ST | |
| PO BOX 686 | Total: $94,636.03 | PO BOX 686 | Total: $94,636.03 |
| JACKSON, MI 39205-0686 | | JACKSON, MI 39205-0686 | |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 3589 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br><br>LOPEZ JR , GUSTAVO<br>6648 6TH AVE<br>LOS ANGELES, CA 90043 | Secured:<br>Priority: $5,000.00<br>Administrative:<br>Reclamation::<br>Unsecured: $10,000.00<br>Total: $15,000.00 | Claim: 3543 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/14/2009<br>Creditor's Name and Address:<br><br>LOPEZ JR , GUSTAVO<br>6648 6TH AVE<br>LOS ANGELES, CA 90043 | Secured:<br>Priority: $5,000.00<br>Administrative:<br>Reclamation:<br>Unsecured: $10,000.00<br>Total: $15,000.00 |
| Claim: 14107 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/30/2009<br>Creditor's Name and Address:<br><br>MICHAEL D GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $15,000.00<br>Total: $15,000.00 | Claim: 8206 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br><br>GOODE, MICHAEL DAVID<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 28650 | Secured:<br>Priority:<br>Administrative:<br>Reclamation:<br>Unsecured: $15,000.00<br>Total: $15,000.00 |
| Claim: 14514 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 07/23/2009<br>Creditor's Name and Address:<br><br>MLYNARCZYK, MARION<br>497 MUSCOVY LANE<br>BLOOMINGDALE, IL 60108 | Secured:<br>Priority: $1,002.71<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $1,002.71 | Claim: 5404 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/26/2009<br>Creditor's Name and Address:<br><br>MLYNARCZYK, MARION A<br>497 MUSCOVY LN<br>BLOOMINGDALE, IL 60108 | Secured:<br>Priority: $1,002.71<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: $1,002.71 |
| Claim: 6413 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br><br>MORAN, JAMES P<br>54 TWIN OAKS<br>NEW MILFORD, CT 06776 | Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 6285 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br><br>MORAN, JAMES P<br>54 TWIN OAKS<br>NEW MILFORD, CT 06776-1047 | Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: UNL |
| Claim: 3880 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/20/2009<br>Creditor's Name and Address:<br><br>MORAN, JAMES P<br>54 TWIN OAKS<br>NEW MILFORD, CT 06776-1047 | Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 6285 — Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/27/2009<br>Creditor's Name and Address:<br><br>MORAN, JAMES P<br>54 TWIN OAKS<br>NEW MILFORD, CT 06776-1047 | Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation:<br>Unsecured:<br>Total: UNL |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 14870   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/12/2010<br>Creditor's Name and Address:<br><br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD DEPT 479<br>PONTIAC, MI 48341 | Secured: $26,262.75<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $26,262.75 | Claim: 14854   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/08/2010<br>Creditor's Name and Address:<br><br>OAKLAND COUNTY TREASURER<br>1200 N TELEGRAPH RD DEPT 479<br>PONTIAC, MI 48341 | Secured: $26,262.75<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $26,262.75 |
| Claim: 11242   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/04/2009<br>Creditor's Name and Address:<br><br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>CHRISS STREET<br>12 CIVIC CENTER PLAZA G 76<br>SANTA ANA, CA 92701 | Secured:<br>Priority:<br>Administrative: $112,356.55<br>Reclamation::<br>Unsecured:<br>Total: $112,356.55 | Claim: 11043   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 02/02/2009<br>Creditor's Name and Address:<br><br>ORANGE COUNTY TREASURER TAX<br>COLLECTOR<br>CHRISS W STREET<br>PO BOX 1438<br>SANTA ANA, CA 92702-1438 | Secured:<br>Priority:<br>Administrative: $112,356.55<br>Reclamation::<br>Unsecured:<br>Total: $112,356.55 |
| Claim: 1753   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/17/2008<br>Creditor's Name and Address:<br><br>PALM BEACH NEWSPAPERS INC<br>2751 S DIXIE HWY<br>WEST PALM BEACH, FL 33405 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $639.42<br>Total: $639.42 | Claim: 1670   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 12/15/2008<br>Creditor's Name and Address:<br><br>PALM BEACH NEWSPAPERS INC<br>2751 S DIXIE HWY<br>WEST PALM BEACH, FL 33405 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $639.42<br>Total: $639.42 |
| Claim: 13321   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/11/2009<br>Creditor's Name and Address:<br><br>SALON RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $20,000.00<br>Total: $20,000.00 | Claim: 5190   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/23/2009<br>Creditor's Name and Address:<br><br>SALON, RICHARD E<br>1350 AUTUMN BREEZE DR<br>OILVILLE, VA 23129-2116 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $20,000.00<br>Total: $20,000.00 |
| Claim: 13833   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 06/29/2009<br>Creditor's Name and Address:<br><br>SCOTT D MAINWARING<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $40,000.00<br>Total: $40,000.00 | Claim: 8907   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/30/2009<br>Creditor's Name and Address:<br><br>MAINWARING, SCOTT D<br>5608 BELSTEAD LN<br>GLEN ALLEN, VA 23059 | Secured:<br>Priority:<br>Administrative:<br>Reclamation::<br>Unsecured: $40,000.00<br>Total: $40,000.00 |

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

**EXHIBIT C**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 2423 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 615 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/05/2009 | Secured: | Date Filed: 12/08/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| STATESMAN JOURNAL | Administrative: | STATESMAN JOURNAL | Administrative: |
| PO BOX 13009 | Reclamation:: | PO BOX 13009 | Reclamation:: |
| SALEM, OR 97309 | Unsecured: $21,846.39 | SALEM, OR 97309 | Unsecured: $21,846.39 |
| | Total: $21,846.39 | | Total: $21,846.39 |
| Claim: 4712 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 1746 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 01/23/2009 | Secured: | Date Filed: 12/16/2008 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| TECHEAD | Administrative: | TECHEAD | Administrative: |
| 111 N 17TH ST | Reclamation:: | 111 N 17TH ST | Reclamation:: |
| RICHMOND, VA 23219 | Unsecured: $19,118.50 | RICHMOND, VA 23219-3609 | Unsecured: $19,118.50 |
| | Total: $19,118.50 | | Total: $19,118.50 |
| Claim: 14632 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14567 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 08/19/2009 | Secured: | Date Filed: 08/20/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| TN DEPT OF TREASURY UNCLAIMED | Administrative: | TN DEPT OF TREASURY UNCLAIMED | Administrative: |
| PROPERTY | Reclamation:: | PROPERTY | Reclamation:: |
| C O TN ATTY GENERAL BANKRUPTCY DIV | Unsecured: $200,545.81 | C O TN ATTY GENERAL BANKRUPTCY DIV | Unsecured: $200,545.81 |
| PO BOX 20207 | Total: $200,545.81 | PO BOX 20207 | Total: $200,545.81 |
| NASHVILLE, TN 37202-0207 | | NASHVILLE, TN 37202-0207 | |
| Claim: 14159 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 7601 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 06/30/2009 | Secured: | Date Filed: 01/28/2009 | Secured: |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| TOLLIVER, DAVID W | Administrative: | TOLLIVER, DAVID W | Administrative: |
| 3100 H WESTBURY LAKE DR | Reclamation:: | 3100 H WESTBURY LAKE DR | Reclamation:: |
| CHARLOTTE, NC 28269 | Unsecured: $15,000.00 | CHARLOTTE, NC 28269 | Unsecured: $15,000.00 |
| | Total: $15,000.00 | | Total: $15,000.00 |
| Claim: 10757 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 10531 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 02/05/2009 | Secured: $121,008.34 | Date Filed: 02/02/2009 | Secured: $121,008.34 |
| Creditor's Name and Address: | Priority: | Creditor's Name and Address: | Priority: |
| TRAVIS COUNTY | Administrative: | TRAVIS COUNTY | Administrative: |
| C O KAREN Y WRIGHT | Reclamation:: | C O KAREN Y WRIGHT | Reclamation:: |
| TRAVIS COUNTY ATTYS OFFICE | Unsecured: | TRAVIS COUNTY ATTYS OFFICE | Unsecured: |
| PO BOX 1748 | Total: $121,008.34 | PO BOX 1748 | Total: $121,008.34 |
| AUSTIN, TX 78767-0000 | | AUSTIN, TX 78767-0000 | |

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
(Disallowance Of Certain Duplicate Claims)

### EXHIBIT C

| CLAIM TO BE DISALLOWED * | SURVIVING CLAIM * |
|---|---|
| Claim: 14866   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/18/2010<br>Creditor's Name and Address:<br>TRIBUNE COMP DBA NEWSDAY<br>ATTN LEE AIELLO<br>235 PINE LAWN RD<br>MELVILLE, NY 11747<br><br>Secured:<br>Priority:<br>Administrative: $32,456.86<br>Reclamation::<br>Unsecured:<br>Total: $32,456.86 | Claim: 13067   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 05/28/2009<br>Creditor's Name and Address:<br>TRIBUNE COMP DBA NEWS DAY<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611<br><br>Secured:<br>Priority:<br>Administrative: $32,456.86<br>Reclamation::<br>Unsecured:<br>Total: $32,456.86 |
| Claim: 14862   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/17/2010<br>Creditor's Name and Address:<br>WHITNEY AHMAD PAUL<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603<br><br>Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL | Claim: 14861   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 03/17/2010<br>Creditor's Name and Address:<br>WHITNEY, AHMAD<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603<br><br>Secured:<br>Priority: UNL<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL |
| Claim: 8193   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>WOODS, TERRELL A<br>5724 SULLIVAN POINT DR<br>POWDER SPRINGS, GA 30127-8454<br><br>Secured:<br>Priority: $1,148.13<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $1,148.13 | Claim: 8190   Debtor: CIRCUIT CITY STORES, INC. (08-35653)<br>Date Filed: 01/29/2009<br>Creditor's Name and Address:<br>WOODS, TERRELL ALTON<br>5724 SULLIVAN POINT DR<br>POWDER SPRINGS, GA 30127<br><br>Secured:<br>Priority: $1,148.13<br>Administrative:<br>Reclamation::<br>Unsecured:<br>Total: $1,148.13 |

**Total Claims To Be Duplicated:** 33

**Total Asserted Amount To Be Duplicated:** $2,178,457.45