Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

        - - - - - - - - - - - - - x
        In re:                     :   Chapter 11
                                   :
        CIRCUIT CITY STORES, INC., :   1Case No. 08-35653 (KRH)
        et al.,                    :
                                   :
                        Debtors.   :   Jointly Administered
        - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR ORDER SHORTENING NOTICE
PERIOD AND LIMITING NOTICE OF DEBTORS' MOTION FOR ENTRY
OF AN ORDER IMPLEMENTING A PROCEDURAL PROTOCOL FOR THE
ADMINISTRATION OF CROSS-BORDER INSOLVENCY PROCEEDINGS**

        Upon consideration of the Debtors' Motion for Order

Shortening Notice Period and Limiting Notice (the "Motion to

Shorten Notice") of Debtors' Motion for Entry of an Order

Implementing a Procedural Protocol for the Administration of

Cross-Border Insolvency Proceedings (the "Procedural

Protocol Motion"); and the Court having reviewed the Motion to Shorten Notice; and the Court having determined that the relief requested in the Motion to Shorten Notice is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion to Shorten Notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.  The Motion to Shorten Notice is GRANTED.

2.  Notice of the Procedural Protocol Motion is shortened so that it may be heard, considered and ruled upon by the Court at a hearing on April 29, 2010 at 2:00 p.m. (Eastern).

3.  Notice of the Procedural Protocol Motion is limited to the parties as set forth in the Motion to Shorten Notice.

4.  This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

2

Dated:  Richmond, Virginia
        <u>May 6 2010</u>        , 2010


                            <u>/s/ Kevin R. Huennekens</u>

                            UNITED STATES BANKRUPTCY JUDGE

                            Entered on docket:  May 7 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

<u>/s/ Douglas M. Foley</u>
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\11205115.1

4

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs         Page 1 of 1              Date Rcvd: May 07, 2010
Case: 08-35653             Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on May 09, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2010**                    **Signature:**   _Joseph Speetjens_