```
Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION
TO CERTAIN MISCLASSIFIED NON-GOODS 503(b)(9) CLAIMS**

THIS MATTER having come before the Court on the Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (the "Objection"), and it appearing that due and proper notice and service of the Objection has been given in compliance with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and the Court having

entered the Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on July 8, 2009 (Docket No. 4008) (the "Initial Order"); and the Court having entered the Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on March 17, 2010 (Docket No. 6851) (the "First Supplemental Order"); and the Court having entered the Second Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims on April 30, 2010 (Docket No. 7355) (the "Second Supplemental Order"); and it appearing that the claimant set forth on Exhibit A filed a response to the Objection (the "Response"); and the Court having held a hearing with respect to the foregoing on April 29, 2010; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is SUSTAINED to the extent set forth herein.

2.  Notwithstanding the Initial Order, the First Supplemental Order, or the Second Supplemental Order, the claim identified on Exhibit A (as attached hereto and incorporated herein) is reclassified as set forth on Exhibit A.

2

3. The Response filed by the claimant identified on Exhibit A is deemed OVERRULED.

4. The Debtors' rights to object to any claims, including the claim on Exhibit A, on any grounds that governing law permits are not waived and are expressly reserved.

5. To the extent that this Order conflicts with the Initial Order, the First Supplemental Order, or the Second Supplemental Order, this Order shall control.

6. The Debtors shall serve a copy of this Order on the claimant included on Exhibit A to this Order on or before seven (7) days from the entry of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia
   May 6 2010        , 2010

Entered on docket: May 7 2010

/s/ Kevin R. Huennekens

Honorable Kevin R. Huennekens
United States Bankruptcy Judge

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -

_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                               /s/ Douglas M. Foley
                                               Douglas M. Foley

In re Circuit City Stores, Inc, et al.   Debtors' Fifth Omnibus Objection to Claims Third Supplemental Order
Case No. 08-35653 (KRH)   Certain Misclassified Non-Goods 503(B)(9) Claims - Reclassified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 633<br>Date Filed: 12/08/2008<br>Docketed Total: $43,173.80<br>Filing Creditor Name and Address:<br>RETAIL MDS INC<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403 | Claim Holder Name and Address    Case Number: 08-35653<br>RETAIL MDS INC    Docketed Total: $43,173.80<br>2909 SUNSET AVE<br>EAST NORRITON, PA 19403<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$43,173.80 | Case Number: 08-35653<br>Modified Total: $43,173.80<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                  $43,173.80 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:**   $43,173.80

**Total Amount As Modified:**   $43,173.80

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1                   Date Rcvd: May 07, 2010
Case: 08-35653                  Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on May 09, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2010**                    **Signature:**     _Joseph Speetjens_