Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SEVENTIETH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN (I) NO LIABILITY (LEGAL CLAIMS);
(II) NO LIABILITY (SATISFIED CLAIMS); (III) NO LIABILITY
(HUMAN RESOURCES CLAIMS); AND
(IV) NO LIABILITY (MISCELLANEOUS CLAIMS))**

THIS MATTER having come before the Court on the

Debtors' Seventieth Omnibus Objection to Claims

(Disallowance of Certain (i) No Liability (Legal Claims);

(ii) No Liability (Satisfied Claims); (iii) No Liability

(Human Resources Claims); and (iv) No Liability
(Miscellaneous Claims)) (the "Objection"), which requested,
among other things, that the claims specifically identified
on Exhibits C, D, E and F attached to the Objection be
disallowed in their entirety for those reasons set forth in
the Objection; and it appearing that due and proper notice
and service of the Objection as set forth therein was good
and sufficient and that no other further notice or service
of the Objection need be given; and it further appearing
that certain Claimants filed a response to the Objection;
and it appearing that the relief requested on the Objection
is in the best interest of the Debtors, their estates and
creditors and other parties-in-interest; and after due
deliberation thereon good and sufficient cause exists for
the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is GRANTED as set forth herein.

2.    The Claims identified on <u>Exhibit A</u> as
attached hereto and incorporated herein are disallowed in
their entirety for all purposes in these bankruptcy cases.

2

3.   The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to May 20, 2010 at 10:00 a.m. (Eastern) or until such later time as agreed by the parties.

4.   The Debtors' rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

5.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

6.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

May 6 2010                    , 2010


/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE


Entered on docket: May 7 2010


3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        /s/ Douglas M. Foley
                        Douglas M. Foley

In re: Circuit City Stores, Inc, et al.                 Debtors' Seventeenth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                              No Liability Claims) - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| A 1 A LECTRICIAN INC<br>DONALD F KING ESQ<br>ODIN FELDMAN & PITTLEMAN PC<br>9302 LEE HWY NO 1100<br>FAIRFAX, VA 22031 | 9017 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $251,463.00<br><br>$251,463.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ACE ENTERPRISES<br>PO BOX 4028<br>BLUE JAY, CA 92317 | 906 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $27,348.75<br><br>$27,348.75 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADT SECURITY SERVICES INC<br>C O ALVIN S GOLDSTEIN ESQ<br>FURR & COHEN PA<br>2255 GLADES RD STE 337W<br>BOCA RATON, FL 33431 | 14030 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $59,367.39<br><br>$59,367.39 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADT SECURITY SERVICES INC<br>C O ALVIN S GOLDSTEIN ESQ<br>FURR & COHEN PA<br>2255 GLADES RD STE 337W<br>BOCA RATON, FL 33431 | 6314 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $253,404.41<br><br>$253,404.41 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AIMEDIA SOLUTIONS<br>631 OLD HICKORY BLVD<br>OLD HICKORY, TN 37138-3162 | 6402 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $910.00<br><br>$910.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.,
Case No. 08-35653-KRH

Debtors' Seventh Omnibus Objection to Claims (Disallowance Of Certain
No Liability Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALEX COMPTON<br>8941 SCHOENTHAL RD<br>GARDEN RIDGE, TX 78266 | 13667 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $9,714.54<br><br>$9,714.54 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALLIANT ENERGY<br>PO BOX 3066<br>CEDAR RAPIDS, IA 52406-3066 | 14590 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $8,179.59<br><br>$8,179.59 | 08/31/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AMY HERRINGTON<br>119 SASSAFRAS DR<br>VERMILLION, OH 44089 | 14484 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 07/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANDERSON INDEPENDENT MAIL<br>A SCRIPPS HOWARD NEWSPAPER<br>1000 WILLIAMSTON RD<br>ANDERSON, SC 29621 | 14353 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,910.96<br><br>$4,910.96 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| AOL LLC<br>MALCOLM M MITCHELL JR<br>VORYS SATER SEYMOUR AND PEASE LLP<br>277 S WASHINGTON ST STE310<br>ALEXANDRIA, VA 22314 | 13102 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $146,670.97<br><br>$146,670.97 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Seventeenth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                        No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AUSTIN ENERGY CITY OF AUSTIN DON V PLOEGER ASSISTANT CITY ATTORNEY PO BOX 96 AUSTIN, TX 78767-0096 | 13648 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $26,457.71 $26,457.71 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOSTON FIXTURES LLC 79 BROOK ST NEW BEDFORD, MA 02746 | 1483 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $570,468.36 $570,468.36 | 12/16/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| BRYANT, KEVYN M 101 INDEPENDENCE CR BELLE CHASSE, LA 70037 | 3900 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,554.00 $1,554.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAETTA, DIANA L 502 SCHOOLHOUSE RD POTTSTOWN, PA 19465 | 6884 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,252.00 $2,252.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CALABREE, LEONARD 176 WILLIAM FEATHER DR VOORHEES, NJ 08043 | 13874 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
No Liability Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CANON TECHNOLOGY SOLUTIONS, INC HOWARD N SOBEL HOWARD N SOBEL PC 507 KRANSON RD PO BOX 1525 VOORHEES, NJ 08043 | 4192 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: <br><br> Total: | $42,149.37 <br><br> $42,149.37 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAROLYN J THROCKMORTON 230 EASTMAN RD RICHMOND, VA 23236 | 13354 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: <br><br> Total: | $14,798.00 <br><br> $14,798.00 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHARLES, CHARSALLE K L6064 PARSONS RD BEAVERDAM, VA 23015 | 2735 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: <br><br> Total: | $835.06 <br><br> $835.06 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHRISTMAN, KACEY LYNN 3758 PONDEROSA CT UNIT 2 EVANS, CO 80620 | 5312 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: <br><br> Total: | $1,200.00 <br><br> $1,200.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COMMERCIAL APPEAL INC 495 UNION AVE MEMPHIS, TN 38103 | 11930 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: <br><br> Total: | $20,954.53 <br><br> $20,954.53 | 03/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., *et al.*  
Case No. 08-35653-KRH

Debtors' Seventh Omnibus Objection to Claims (Disallowance Of Certain
No Liability Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CORPORATE GRAPHICS INTERNATIONAL PO BOX 8464 NORTH MANKATO, MN 56003 | 13621 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,398.61 $3,398.61 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAKOTA M RICARDO 19 ASHCROFT ST AUBURN, MA 01501 | 13835 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $369.75 $369.75 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIANNE C MAYS 10901 LIVE OAK CT MIDLOTHIAN, VA 23113 | 13694 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,346.33 $1,346.33 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DUNBAR, JAMEL 2615 TURTLE CREEK DR HAZEL CREST, IL 60429-2154 | 10268 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,344.78 $1,344.78 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EATON ELECTRICAL INC ATTN GLOBAL TRADE CREDIT EATON CORPORATION EATON CTR 1111 SUPERIOR AVE CLEVELAND, OH 44114-2584 | 1717 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $669.25 $669.25 | 12/10/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH    No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EMEIR, NADEEM<br>4204 BLACKWILLOW DR<br>MESQUITE, TX 75150 | 6765 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,420.00<br><br>$5,420.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EVENING POST PUBLISHING COMPANY DBA THE POST AND COURIER<br>WILLIAM H SCHWARZSCHILD III<br>W ALEXANDER BURNETT<br>WILLIAMS MULLEN<br>TWO JAMES CENTER 17TH FLOOR<br>1021 E CARY ST<br>PO BOX 1320<br>RICHMOND, VA 23218-1320 | 13126 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$41,652.18<br><br><br><br>$41,652.18 | 03/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLOYD & SONS INC<br>9848 DECOURSEY PIKE<br>RYLAND HEIGHTS, KY 41015 | 546 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br>$28,331.94<br><br><br>$28,331.94 | 11/26/2008 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| FREEMAN, DAVID<br>C/O HIS ATTORNEY   FRED HEAD ESQ<br>106 PRAIRIEVILLE<br>P O  BOX 312<br>ATHENS, TX 75751 | 5292 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GAMCO INDUSTRIES<br>4900 SOUTH SOTO STREET<br>VERNON, CA 90058 | 1285 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br>$1,675.00<br><br><br>$1,675.00 | 12/18/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                                      No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GREENE, STEPHEN R<br>260 ELM ST<br>EVERETT, MA 02149 | 5779 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,400.00<br><br>$1,400.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREER, ELAINE<br>ELAINE V GREER<br>119 SOUTH 22ND ST<br>SAGINAW, MI 48601 | 6916 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,000.00<br><br>$1,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLLAND BOARD OF PUBLIC WORKS<br>RANDY VAN VELS<br>CUSTOMER SERVICE MANAGER<br>625 HASTINGS AVE<br>HOLLAND, MI 49423 | 13288 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,080.60<br><br>$1,080.60 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMAGITAS<br>ATTN JIM PUNTONI<br>PO BOX 83070<br>WOBURN, MA 01813-3070 | 7334 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $160,380.00<br><br>$160,380.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| IMPERIAL IRRIGATION DISTRICT<br>PO BOX 937<br>IMPERIAL, CA 92251-0937 | 13645 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,726.83<br><br>$2,726.83 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.   Imaged Certificate of Service   Page 12 of 28

Case No. 08-35653-KRH

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| INDIANAPOLIS POWER & LIGHT COMPANY<br>PO BOX 110<br>INDIANAPOLIS, IN 46206-0110 | 14059 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $11,967.72<br><br><br><br>$11,967.72 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INDIVIDUAL SOFTWARE INC<br>4255 HOPYARD RD STE 2<br>PLEASANTON, CA 94588 | 6007 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $18,332.74<br><br>$18,332.74 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | 67 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $498.26<br><br>$498.26 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | 68 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $259.00<br><br>$259.00 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | 72 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $562.74<br><br>$562.74 | 11/24/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.,                    Debtors' Seventy-First Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                          No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHNSON, PEGGY I<br>11505 LEMMOND ACRES DR<br>MINT HILL, NC 28227-6523 | 8294 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,500.00<br><br><br><br><br>$1,500.00 | 01/30/2009 | INTERTAN, INC. (08-35655) |
| JONES, BRYAN<br>220 11TH ST WEST<br>PALMETTO, FL 34221 | 3906 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,000.00<br><br>$1,000.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOSEPH SKAF ET AL AND THE<br>ALLEGED CLASS OF CLAIMANTS<br>SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13744 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOSEPH SKAF ET AL AND THE<br>ALLEGED CLASS OF CLAIMANTS<br>SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13724 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| KENTUCKY UTILITIES COMPANY<br>AUGUSTUS C EPPS JR<br>CHRISTIAN & BARTON LLP<br>909 E MAIN ST STE 1200<br>RICHMOND, VA 23219 | 13830 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$2,550.00<br><br><br><br>$2,550.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAMPKIN, MARY<br>1101 MARTIN LUTHER KING DR<br>ORLANDO, FL 32805 | 6425 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,000.00<br><br>$1,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LATHIF, MOHAMED ALTHAF ABDUL<br>574 FLORIDA AVE APT NO 304<br>HERNDON, VA 20170 | 5226 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LI, BENJAMIN BING HANG<br>1055 SANTA MONICA CT<br>OAKLAND, CA 94601 | 2727 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$750.00<br><br>$750.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| LUZER ELECTRIC INC<br>ATTN BRENDA J CARTER SEC<br>3371 NW 154TH TERR<br>MIAMI, FL 33054 | 7261 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $119,131.00<br><br><br><br><br><br>$119,131.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MAJESCO SALES INC<br>ROSENTHAL & ROSENTHAL<br>1370 BROADWAY<br>NEW YORK, NY 10018 | 712 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br>$150,528.00<br><br><br>$150,528.00 | 12/09/2008 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Seventh Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH    No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MAJESCO SALES INC<br>ROSENTHAL & ROSENTHAL<br>1370 BROADWAY<br>NEW YORK, NY 10018 | 711 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $150,528.00<br><br>$150,528.00 | 12/09/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| MAJESCO SALES INC<br>ROSENTHAL & ROSENTHAL<br>1370 BROADWAY<br>NEW YORK, NY 10018 | 1166 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $150,528.00<br><br>$150,528.00 | 12/09/2008 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MAJESCO SALES INC<br>ROSENTHAL & ROSENTHAL<br>1370 BROADWAY<br>NEW YORK, NY 10018 | 1167 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $150,528.00<br><br>$150,528.00 | 12/09/2008 | CIRCUIT CITY STORES PR, LLC (08-35660) |
| MANSFIELD SEQ 287 & DEBBIE LTD<br>A TEXAS LIMITED PARTNERSHIP<br>ATTN JOSEPH A FRIEDMAN<br>KANE RUSSELL COLEMAN &<br>LOGAN PC<br>3700 THANKSGIVING TOWER<br>1601 ELM ST<br>DALLAS, TX 75201 | 4279 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,132,927.19<br><br><br><br>$333,575.62<br><br>$1,466,502.81 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCCAMEY, ROBERT<br>15800 ROWENA AVE<br>MAPLE HEIGHTS, OH 44137-4832 | 3754 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $610.00<br><br><br><br>$610.00<br><br>$1,220.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Seventh Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                              No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCCARTY, JANICE<br>267 BERLIN RD<br>WESTON, WV 26452 | 5719 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $750.00<br><br>$750.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MEAH, ABU S<br>6 CARILLON PL<br>FOOTHILL RANCH, CA 92610 | 7767 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,600.00<br><br><br><br>$1,600.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MICHAEL P HORGER PA<br>160 CENTRE ST<br>ORANGEBURG, SC 29116 | 12897 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,589.25<br><br>$1,589.25 | 03/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MILLENIUM RETAIL PARTNERS LLC<br>BENJAMIN B CUMMINGS JR<br>11117 BOTHWELL ST<br>RICHMOND, VA 23233 | 4474 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $20,000.00<br><br>$20,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTGOMERY ADVERTISER<br>ATTN ROBIN EVANS CCC SUPERVISOR<br>7950 JONES BRANCH DR<br>MCLEAN, VA 22107 | 13331 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,810.68<br><br>$4,810.68 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                                  No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NAMDJOU, NIMA<br>2408 2ND AVE NO 19<br>SAN DIEGO, CA 92101 | 13039 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $4,000.00<br><br><br><br>$600.00<br><br>$4,600.00 | 05/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NAMDJOU, NIMA<br>2408 2ND AVE NO 19<br>SAN DIEGO, CA 92101 | 13154 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$3,043.81<br><br><br><br>$3,043.81 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTHWEST SHIPPING ROOM SUPPLY<br>308 S ORCAS ST<br>SEATTLE, WA 98108-2443 | 2079 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,025.28<br><br>$1,025.28 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| PARROT, INC<br>28446 FRANKLIN RD<br>SOUTHFIELD, MI 48034 | 8861 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$67,681.90<br><br>$67,681.90 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREZ, JOSE<br>DANIEL J MACKEL JR ATTORNEY AT LAW<br>650 POYDRAS ST<br>SUITE 1410<br>NEW ORLEANS, LA 70130 | 6299 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,593.17<br><br>$1,593.17 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH    No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PHELAN GLASS<br>5827 CAMBRIA RD<br>PHELAN, CA 92371 | 3173 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$21,450.00<br><br><br>$21,450.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHILADELPHIA GAS WORKS<br>ATTN DENISE ADAMUCCI<br>800 W MONTGOMERY AVE 4TH FL<br>PHILADELPHIA, PA 19122 | 14016 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$9,394.49<br><br><br><br><br>$9,394.49 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHILADELPHIA NEWSPAPERS<br>MORRIS & ADELMAN PC<br>PO BOX 30477<br>PHILADELPHIA, PA 19103-8477 | 14486 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$124,024.26<br><br><br><br><br>$124,024.26 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PONDER, JESSICA NICOLE<br>768 MCELDERRY RD<br>MUNFORD, AL 36268 | 14804 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br><br><br><br><br><br>UNL | 01/20/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTILLO, CARLOS E<br>PO BOX 412403<br>LOS ANGELES, CA 90042-9403 | 7106 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$1,558.80<br><br><br><br><br><br>$1,558.80 | 01/28/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                    Debtors' Seventy-First Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                       No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| POTU, SHIVA KRISHNA<br>13500 CHENAL PKWY APT NO 106<br>LITTLE ROCK, AR 72211 | 5322 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$612.39<br><br>$612.39 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PR MECHANICAL<br>630 RESEARCH RD<br>RICHMOND, VA 23236 | 4667 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $13,039.90<br><br><br><br><br><br>$13,039.90 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSENTHAL & ROSENTHAL INC<br>DONALD S LEONARD<br>1370 BROADWAY<br>NEW YORK, NY 10018 | 1713 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$104,832.00<br><br>$104,832.00 | 12/11/2008 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| RUSSELLVILLE STEEL COMPANY INC<br>TRISH HENRY GENERAL COUNSEL<br>PO BOX 1538<br>RUSSELLVILLE, AR 72811 | 3806 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $6,953.00<br>$6,953.00<br><br><br><br><br>$13,906.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCOMAZZON, DANIELLE MARIE<br>46612 SPRINGWOOD DR<br>MACOMB, MI 48044-3576 | 2027 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $60.00<br><br><br><br><br><br>$60.00 | 12/30/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCOSCHE INDUSTRIES INC 1550 PACIFIC AVENUE OXNARD, CA 93033 | 5995 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL UNL | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SENSORMATIC ELECTRONICS CORPORATION C O ALVIN S GOLDSTEIN ESQ FURR & COHEN PA 2255 GLADES RD STE 337W BOCA RATON, FL 33431 | 13869 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $108,263.45 $108,263.45 | 06/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUN BELT GENERAL CONTRACTORS INC LIONEL J POSTIC ESQ 125 TOWNPARK DR STE 300 KENNESAW, GA 30144 | 6084 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $128,798.53 $128,798.53 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SYNNEX CORPORATION 39 PELHAM RIDGE DR GREENVILLE, SC 29615-5939 | 1648 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $36,334.43 $36,334.43 | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE ADVOCATE ALAN LEWIS ESQ OFFICE OF GENERAL COUNSEL HEARST CORP 300 W 57TH ST 40TH FL NEW YORK, NY 10019 | 13838 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $14,799.98 $14,799.98 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THE CITY OF ALEXANDRIA LOUISIANA ATTN STEPHEN D WHEELIS ESQ PO BOX 13199 ALEXANDRIA, LA 71315-3199 | 14205 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $15,060.99 $15,060.99 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE STARLEDGER ONE STARLEDGER PLAZA NEWARK, NJ 07102 | 11708 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $64,623.63 $64,623.63 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THE TRENTON TIMES THE STARLEDGER ONE STARLEDGER PLAZA NEWARK, NJ 07102 | 11705 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,513.90 $9,513.90 | 03/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON BUILDING MATERIALS FONTANA PO BOX 950 FONTANA, CA 92334 | 5327 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,923.27 $1,923.27 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TOM SAJDA 4609 15TH PL HOBART, IN 46342-5613 | 13861 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,551.61 $2,551.61 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.     Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                                       No Liability Claims) - Ordered

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TYLEX INC<br>TODD HYDE VP<br>PO BOX 8285<br>TYLER, TX 75711 | 13662 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNION TRIBUNE PUBLISHING<br>PO BOX 121546<br>SAN DIEGO, CA 92112-5546 | 5104 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $121,587.52<br>$121,587.52 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| US PEST CONTROL<br>PO BOX 350<br>HIGHLAND SPRINGS, VA 23075 | 5415 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,120.00<br>$3,120.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VAUGHN, RYAN RICHARD<br>2 THERESA TERRACE<br>EAST BRIDGEWATER, MA<br>02333-1251 | 4460 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,200.00<br>$1,200.00 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VCU SCHOOL OF BUSINESS FOUNDATION<br>KC BLAISDELL EXEC DIR<br>PO BOX 844000<br>RICHMOND, VA 23284 | 9567 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $150,000.00<br>$150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., *et al.*  Debtors' Seventy-Second Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                        No Liability Claims) - Ordered

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WILLIAM BRYAN HALL<br>2001 W PRINCETON CIRCLE NO 2721<br>BROKEN ARROW, OK 74012 | 14071 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,624.30<br><br><br>$1,624.30 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILLIAMS MULLEN CLARK & DOBBINS<br>PO BOX 1320<br>1021 E CARY ST<br>RICHMOND, VA 23219 | 7580 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $43,272.50<br><br>$43,272.50 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILLIAMS, JAMES<br>16729 SECRETARIAT DRIVE<br>MORENO VALLEY, CA 92551 | 7062 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $45,251.01<br><br>$45,251.01 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WTVZ TV<br>900 GRANBY ST<br>NORFOLK, VA 23510 | 3557 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,785.00<br><br>$1,785.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        94                    $5,066,102.23

\*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., *et al.*    Debtors' Seventy-Seventh Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH    No Liability Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALBERT FLOWER JR 376 MCDONALD ST CRESTVIEW, FL 32536-3914 | 13204 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,800.00 _____ $1,800.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAMPBELL, CRAIG 1856 COLT DR ATLANTA, GA 30341 | 1433 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,250.00 _____ $3,250.00 | 12/09/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| CONVERGYS CUSTOMER MANAGEMENT GROUP INC C O MICHAEL J OGRADY FROST BROWN TODD LLC 201 E FIFTH ST STE 2200 CINCINNATI, OH 45202 | 14286 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $335,752.67 _____ $335,752.67 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CURTISS MCGOUGH 17037 STEPHENS EASTPOINTE, MI 48021 | 3439 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,500.00 _____ $2,500.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FUJITSU TEN CORP OF AMERICA ATTN EIKO KUBOTA CYWINSKI 19600 VERMONT AVE TORRANCE, CA 90502-1122 | 7750 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $157,431.77 _____ $157,431.77 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventieth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH                                                  No Liability Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HAMBY, JEAN S<br>8406 DEL RAY DR<br>MECHANICSVILLE, VA 23111 | 13896 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $263.65<br><br><br>$263.65 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MIMS, SATCHI<br>PO BOX 19304<br>OAKLAND, CA 94619 | 5708 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $9,500.00<br><br>$9,500.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| MOBILE EDGE<br>PO BOX 1180<br>PLACENTIA, CA 92871 | 3788 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,691.80<br><br>$5,691.80 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NATIONAL GLASS AND GATE<br>C O COFACE NORTH AMERICA INC<br>50 MILLSTONE RD BLDG 100 STE 360<br>EAST WINDSOR, NJ 08520 | 3302 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $16,639.58<br><br>$16,639.58 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RICHARD KREUGER<br>PETER A SMIT<br>VARNUM LLP<br>PO BOX 352<br>GRAND RAPIDS, MI 49501-0352 | 13416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $17,500.00<br><br>$17,500.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance Of Certain
Case No. 08-35653-KRH    No Liability Claims) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SAP RETAIL INC<br>ATTN DONALD K LUDMAN ESQ<br>BROWN & CONNERY LLP<br>6 N BROAD ST STE 100<br>WOODBURY, NJ 08096 | 12731 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $355,799.67<br><br>$355,799.67 | 04/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SARAH B HARRIS<br>6386 WEDGEWOOD RD<br>MECHANICSVILLE, VA 23111 | 14314 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $263.65<br><br>$263.65 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SEAGATE TECHNOLOGY LLC<br>LAWRENCE SCHWAB & PATRICK COSTELLO<br>BIALSON BERGEN & SCHWAB<br>2600 EL CAMINO REAL STE 300<br>PALO ALTO, CA 94306 | 14087 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,461,777.60<br><br>$1,461,777.60 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SM WILSON & COMPANY<br>2185 HAMPTON AVE<br>PO BOX 5210<br>ST LOUIS, MO 63139 | 9891 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $243,222.13<br><br>$243,222.13 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STACK, JAIME<br>3107 OLD BROOKEWOOD WY<br>RICHMOND, VA 23233 | 14139 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $263.10<br><br>$263.10 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TRIBUNE COMP DBA LOS ANGELES TIMES<br>ATTN CAROL LIOTTA<br>435 N MICHIGAN AVE 3RD FL<br>CHICAGO, IL 60611 | 13068 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $62,697.32<br><br><br><br>$62,697.32 | 05/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| UNIVERSAL DISPLAY AND FIXTURES COMPANY<br>ROBERT D ALBERGOTTI & JOHN MIDDLETON<br>HAYNES AND BOONE LLP<br>2323 VICTORY AVE STE 700<br>DALLAS, TX 75219 | 13319 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $8,803.20<br><br><br><br>$8,803.20 | 06/10/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| Z LINE DESIGNS INC<br>JONES BOTHWELL DION & THOMPSON LLP<br>44 MONTGOMERY ST STE 610<br>SAN FRANCISCO, CA 94104 | 9237 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $158,866.60<br><br>$158,866.60 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    18    $2,842,022.74

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1              Date Rcvd: May 07, 2010
Case: 08-35653              Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on May 09, 2010.
aty           +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2010**          **Signature:**   *Joseph Speetjens*