**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | ) | **No. 08-35653-KRH** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

**APPELLANT LG ELECTRONICS USA, INC.'S STATEMENT OF ISSUES**
**TO BE PRESENTED AND DESIGNATION OF ITEMS TO BE**
**INCLUDED IN RECORD ON APPEAL**

LG ELECTRONICS USA, INC. ("LG"), by counsel, WILEY REIN LLP, H. Jason Gold

and Dylan G. Trache, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure

(the "Rules"), files its Statement of Issues to be Presented and Designation of Items to be

Included in Record on Appeal relating to its Notice of Appeal filed on January 19, 2010 (Docket

No. 6318).[1]

**I.      Statement of Issues to be Presented.**

1.      Whether the Bankruptcy Court erred in finding that 11 U.S.C. § 502(d) may be

applied to temporarily disallow payment of administrative expenses allowable under 11 U.S.C. §

503(b)(9).

2.      Whether the Bankruptcy Court erred in applying § 502(d) to temporarily disallow

payment of administrative expenses allowable under 11 U.S.C. § 503(b)(9) up to the amount

potentially recoverable on account of preferential transfers allegedly avoidable under 11 U.S.C. §

547 before adjudication of preference liability.

---

[1] By Order entered on April 26, 2010, the District Court granted LG's Motion for Leave to Appeal.  A copy of the
Order is attached hereto as Exhibit "A".

**II.      Designation of Record of Appeal.**

| Exhibit | Docket No. | Date Filed | Pleading/Document Description |
|---------|-----------|------------|------------------------------|
| 1 | 19 | November 10, 2008 | Motion of Debtors for Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date pursuant to Bankruptcy Rule 9007. |
| 2 | 107 | November 12, 2008 | Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims under Bankruptcy Code Sections 105 and 503(b)(9) and Approving Form, Manner and Sufficiency of Notice of the Bar Date pursuant to Bankruptcy Rule 9007. |
| 3 | Claim No. 1261 | December 18, 2008 | LG's administrative expense in the amount of $20,599,070.25. |
| 4 | Claim No. 8357 | January 29, 2009 | LG's general unsecured non-priority claim in the amount of $208,637.10. |
| 5 | Claim No. 9623 | January 29, 2009 | LG's general unsecured non-priority claim in the amount of $42,315,217.97. |
| 6 | 2505 | March 10, 2009 | Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections. |
| 7 | 2881 | April 1, 2009 | Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections. |
| 8 | Claim No. 13233 | June 1, 2009 | LG's general unsecured non-priority claim in the amount of $41,478,011.85, which amends Claim No. 9623. |
| 9 | 3704 | June 23, 2009 | Debtors' Twentieth Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(B)(9) Claims for Goods Received by the Debtors not Within Twenty Days of the Commencement of the Cases). |
| 10 | 4576 | August 20, 2009 | Order on Debtors' Twentieth Omnibus Objection to Claims (Reclassified to Unsecured Claims of Certain Claims Filed as 503(B)(9) Claims for Goods Received by the Debtors not Within Twenty Days of the Commencement of the Cases). |
| 11 | 4598 | August 21, 2009 | Debtors' Thirty-Fourth Omnibus Objection to |

| | | | Claims (Modification of Certain Duplicate 503(b)(9) Claims). |
|---|---|---|---|
| 12 | 4599 | August 21, 2009 | Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims). |
| 13 | 4614 | August 24, 2009 | Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors-in-Possession and Its Official Committee of Creditors Holding Unsecured Claims (Liquidating Plan attached). |
| 14 | 4626 | August 25, 2009 | Debtors' Motion for Order Extending Objection Deadline to Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B). |
| 15 | 4729 | September 1, 2009 | Order Granting Debtors' Motion for Order Extending Objection Deadline to Disclosure Statement With Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims Under Local Bankruptcy Rule 3016-1(B). |
| 16 | 5090 | September 24, 2009 | Order Approving (I) Disclosure Statement, (II) Notice of the Disclosure Statement Hearing, (III) Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan, (V) Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI) Procedures with Respect to Certain Claims and (VII) Solicitation Procedures for Confirmation of the Plan. |
| 17 | 5124 | September 29, 2009 | Debtors' First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims. |
| 18 | 5214 | October 13, 2009 | Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response proceed as a Status Conference Hearing. |

| 19 | 5215 | October 13, 2009 | Debtors' Brief in Support of Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference. |
|----|------|------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 20 | 5216 | October 13, 2009 | Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 21 | 5217 | October 13, 2009 | Debtors' Brief in Support of Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 22 | 5312 | October 21, 2009 | Samsung Electronics America, Inc.'s (I) Motion to Shorten Time to Respond to Interrogatories and Request for Production of Documents. |
| 23 | 5313 | October 21, 2009 | Motion to Expedite Hearing on Samsung Electronics America, Inc.'s Motion for Shortened Response Time to Interrogatories and Request for Production of Documents. |
| 24 | 5314 | October 21, 2009 | Samsung Electronics America, Inc.'s Notice of (I) Motion for a Shortened Response Time to Interrogatories and Requests for Production of Documents and (II) Motion for Expedited Hearing. |
| 25 | 5329 | October 22, 2009 | Samsung's Notice of Rescheduled Hearing [re: 5312, 5314]. |
| 26 | 5385 | October 28, 2009 | Order on Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims). |
| 27 | 5396 | October 29, 2009 | Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims). |
| 28 | 5407 | October 30, 2009 | Objection by the Debtors to Samsung Electronics America, Inc.'s (I) Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents and (II) Motion for an Expedited Hearing. |
| 29 | 5408 | October 30, 2009 | Notice of Agenda of Matters Schedule for Hearing on November 3, 2009 at 11:00 a.m. |
| 30 | 5411 | November 2, 2009 | Samsung America, Inc.'s Response to Debtors' (I) Fifty-First Omnibus Objection to Certain |

| | | | 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement That The First Hearing on Any Response Proceed as a Status Conference. |
|---|---|---|---|
| 31 | 5416 | November 3, 2009 | PNY Technologies, Inc.'s Response to Debtor's Fifty-First Omnibus Objection to Certain 503(b)(9) Claims. |
| 32 | 5434 | November 3, 2009 | Response of Paramount Home Entertainment Inc. to Debtors (I) Fifty-Second Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors Brief in Support Thereof. |
| 33 | 5447 | November 4, 2009 | Opposition Brief of Onkyo USA Corporation to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 34 | 5449 | November 4, 2009 | SanDisk Corporation's Response to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 35 | 5454 | November 4, 2009 | Opposition Brief of Mitsubishi Digital Electronics America, Inc. to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 36 | 5461 | November 4, 2009 | Pioneer Electronics Inc.'s Motion to Compel Debtors to Make Confirmation Deposit under Fed. R. Bankr. P. 3020(a) with Memorandum of Points and Authorities. |
| 37 | 5464 | November 4, 2009 | Pioneer Electronics Inc.'s Response to Debtors' 52nd Objection to 503(b)(9) claims. |
| 38 | 5470 | November 4, 2009 | Response of Digital Innovations, LLC on Behalf of VonWin Capital Management, LP to Debtors' Fifty-First Omnibus Objection to (I) Certain 503(B)(9) Claims and (II) Motion for Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 39 | 5472 | November 4, 2009 | Longacre Opportunity Fund, LP's Response to Objection to Claim filed by Circuit City. |
| 40 | 5475 | November 4, 2009 | Envision Peripherals, Inc.'s Memorandum of |

| | | | |
|---|---|---|---|
| | | | Law in Opposition to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 41 | 5479 | November 4, 2009 | Response and Joinder of JVC Americas Corp. and JVC Company of America to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 42 | 5487 | November 4, 2009 | Metra Electronics Corporation's Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing of any Response Proceed as a Status Conference. |
| 43 | 5489 | November 4, 2009 | LG Electronics USA, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 44 | 5491 | November 4, 2009 | Response of Sima Products Corp. to Debtors' (I) Fifty-First Omnibus Objection to Certain 503(B)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 45 | 5495 | November 4, 2009 | Toshiba America Consumer Products, LLC's Response to Debtors' Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 46 | 5496 | November 4, 2009 | Response of Samsung Electronics America, Inc. to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 47 | 5497 | November 4, 2009 | Joint Responses by Apex Digital, Inc. and THQ, Inc. [re. Debtors' Fifty-First Omnibus Objection to Claims]. |
| 48 | 5498 | November 4, 2009 | Tamrac, Inc.'s Opposition to Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver |

| | | | of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
|---|---|---|---|
| 49 | 5499 | November 4, 2009 | Nyko Technologies, Inc.'s Response to Debtors' Fifty-First Omnibus Objection. |
| 50 | 5500 | November 4, 2009 | Samsung Electronics America, Inc.'s Memorandum of Law in Opposition to Debtors' (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 51 | 5502 | November 4, 2009 | SouthPeak Interactive, LLC's Response to Debtors' Fifty-First Omnibus Objection to Claims. |
| 52 | 5504 | November 4, 2009 | Twentieth Century Fox Home Entertainment LLC's Response to and Objection to [Fifty-Second Omnibus] Claim Objection. |
| 53 | 5505 | November 4, 2009 | Bush Industries Inc.'s Response and Joinder Regarding Debtors' (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 54 | 5506 | November 4, 2009 | Vonage Marketing LLC's Response to Debtors' Fifty-First Omnibus Objection. |
| 55 | 5509 | November 4, 2009 | Omnibus Response to Vonwin Capital Management, L.P. to Debtors' Forth-Eighth, Forty-Ninth, Fiftieth and Fifty-First Omnibus Objections. |
| 56 | 5511 | November 4, 2009 | Response in Opposition of BISSELL Homecare, Inc. to (I) Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response proceed as a Status Conference and the Debtors' Brief in Support Thereof. |
| 57 | 5515 | November 4, 2009 | Cokem International, Inc.'s Response to the Debtor's (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 58 | 5529 | November 4, 2009 | Olympus Corporation and Olympus Imaging America, Inc.'s Response [to Debtors' Fifty-First Omnibus Objection]. |
| 59 | 5530 | November 4, 2009 | Letter Response of Hauppage Computer |

| | | | Works, Inc. [to Debtors' Fifty-First Omnibus Objection]. |
|---|---|---|---|
| 60 | 5535 | November 4, 2009 | United States Debt Recovery, LLC's Response to Debtor's Fifty-First Omnibus Objection. |
| 61 | 5537 | November 4, 2009 | Midland Radio Corporation's Response to Debtors' Fifty-First Omnibus Objection. |
| 62 | 5539 | November 5, 2009 | Response and Objection of Bethesda Softworks LLC to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference and the Debtors' Brief in Support Thereof. |
| 63 | 5556 | November 6, 2009 | Order Denying Samsung Electronics America, Inc.'s (I) Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents (II) Motion for Expedited Hearing. |
| 64 | 5583 | November 9, 2009 | Take Two Interactive Software, Inc.'s Response to [Debtors' Fifty-Second Omnibus Objection to Claims]. |
| 65 | 5610 | November 10, 2009 | TeleDynamics LLP's Response in Opposition to Debtors' Fifty-First Omnibus Objection to Claims. |
| 66 | 5614 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same. |
| 67 | 5615 | November 10, 2009 | Samsung Electronics America, Inc.'s Motion to Expedite Hearing on Motion under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit. |
| 68 | 5616 | November 10, 2009 | Samsung Electronics America, Inc.'s Notice of Motions and Notice of Hearing [re. 5614 and 5615]. |
| 69 | 5621 | November 10, 2009 | Omnibus Reply by the Debtors in Support of (I) Fifty-First Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 70 | 5622 | November 10, 2009 | Debtors' Omnibus Reply in Support of (I) Fifty-Second Omnibus Objection to Certain 503(b)(9) Claims and (II) Motion for a Waiver of the Requirement that the First Hearing on any Response Proceed as a Status Conference. |
| 71 | 5623 | November 10, 2009 | Notice of Agenda of Matters Scheduled for |

| | | | Hearing on November 12, 2009 at 10:00 a.m. |
|---|---|---|---|
| 72 | 5652 | November 13, 2009 | Objection of LG Electronics USA, Inc. to Confirmation of Chapter 11 Plan of Liquidation. |
| 73 | 5663 | November 13, 2009 | Joint Motion for Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a). |
| 74 | 5666 | November 13, 2009 | Apex Digital, Inc., THQ, Inc.'s Supplemental Response to Debtors' Fifty-First Omnibus Objection to Certain 503(b)(9) Claims. |
| 75 | 5681 | November 16, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of the Debtors' First Amended Joint Plan of Liquidation. |
| 76 | 5683 | November 16, 2009 | Joinder of Apex Digital Inc. to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' Chapter 11 Plan of Liquidation. |
| 77 | 5703 | November 16, 2009 | Amended Notice of Hearing – Pioneer Motion for Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a). |
| 78 | 5716 | November 16, 2009 | Motion for Joinder of Mitsubishi Digital Electronics America, Inc. to Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtor's First Amended Joint Plan of Liquidation. |
| 79 | 5730 | November 16, 2009 | Objection of LG Electronics USA, Inc. to Confirmation of Chapter 11 Plan of Liquidation [duplicate of 5652]. |
| 80 | 5742 | November 16, 2009 | Motion for Joinder of Onkyo USA Corporation to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring a Confirmation Deposit Pursuant to Rule 3020 of the Federal Rules of Bankruptcy Procedure, or, in the Alternative, Objection to Confirmation of Chapter 11 Plan of Liquidation. |
| 81 | 5757 | November 16, 2009 | Samsung Electronics America, Inc.'s Amended Notice of Hearing and Notice of Motion [re. 5614, 5616]. |
| 82 | 5766 | November 17, 2009 | Notice of Withdrawal of Motion for an Expedited Hearing on Samsung Electronics America, Inc.'s Motion Under Fed. R. Bankr. |

| | | | |
|---|---|---|---|
| | | | P. 3020(a) for an Order Requiring Confirmation Deposit (re. related document(s) [5615] Motion to Expedite Hearing filed by Samsung Electronics America, Inc.) on behalf of Samsung Electronics America, Inc. |
| 83 | 5813 | November 18, 2009 | Transcript of Hearing Held 11/12/2009: entire transcript. |
| 84 | 5826 | November 19, 2009 | Samsung America Electronics, Inc.'s Objection to Confirmation of Chapter 11 Plan (refiled to correct docketing event code for Objection originally filed on November 16, 2009 as Docket No. 5681). |
| 85 | 5839 | November 19, 2009 | Notice of Agenda of Matters Scheduled for Hearing on November 23, 2009 at 10:00 a.m. |
| 86 | 5930 | November 23, 2009 | Hearing continued [re: 5461]. |
| 87 | 5931 | November 23, 2009 | Hearing continued [re: 5614]. |
| 88 | 5987 | December 7, 2009 | Pioneer Electronics, Inc.'s Second Amended Notice of Hearing Upon Motion of Pioneer Electronics to Compel Confirmation Deposit [re: 5461]. |
| 89 | 6001 | December 7, 2009 | Samsung Electronics America, Inc.'s Second Amended Notice of Motion and Notice of Hearing (re: 5614). |
| 90 | N/A | December 8, 2009 | LG Electronics USA, Inc.'s First Set of Interrogatories to Debtors. |
| 91 | N/A | December 8, 2009 | LG Electronics USA, Inc.'s First Request for Production of Documents to Debtors. |
| 92 | 6101 | December 16, 2009 | Samsung Electronics America, Inc.'s Third Amended Notice of Motion and Notice of Hearing [re: 5614]. |
| 93 | 6112 | December 17, 2009 | Notice of Agenda of Matters Scheduled for Hearing on December 21, 2009 at 10:00 a.m. |
| 94 | 6175 | December 21, 2009 | Hearing continued (re: related document(s) 5461). |
| 95 | 6176 | December 21, 2009 | Hearing continued (re: related document(s) 5614). |
| 96 | 6208 | December 30, 2009 | Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures. |
| 97 | 6228 | January 6, 2010 | Memorandum Opinion and Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections. |
| 98 | 6258 | January 13, 2010 | Motion of Apex Digital, Inc. and THQ, Inc. for |

| | | | Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections. |
|---|---|---|---|
| 99 | 6259 | January 13, 2010 | Notice of Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections. |
| 100 | 6261 | January 13, 2010 | Affidavit of Service re. Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. and Notice of Motion filed by THQ, Inc. Apex Digital. |
| 101 | 6295 | January 15, 2010 | Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 590(b)(9) Claims). |
| 102 | 6318 | January 19, 2010 | Notice of Appeal filed by LG Electronics USA, Inc. |
| 103 | 6319 | January 19, 2010 | U.S. Treasury receipt of Notice of Appeal. |
| 104 | 6320 | January 19, 2010 | Motion for Leave to Appeal filed by LG Electronics USA, Inc. |
| 105 | 6321 | January 19, 2010 | Notice of Motion for Leave to Appeal filed by LG Electronics USA, Inc. |
| 106 | 6322 | January 19, 2010 | Motion for Joinder re: Motion to Reconsider filed by THQ, Inc., Apex Digital, Inc. by PNY Technologies, Inc. |
| 107 | 6323 | January 19, 2010 | Motion for Joinder of Paramount Home Entertainment Inc. to Motion of Apex Digital and THQ, Inc. for Reconsideration of Courts Order on Debtors Fifty-First and Fifty-Second Omnibus Objections with Certificate of Service. |
| 108 | 6325 | January 20, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal. |
| 109 | 6327 | January 20, 2010 | Notice of Appeal on behalf of United States Debt Recovery, LLC. |
| 110 | 6328 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal. |
| 111 | 6329 | January 20, 2010 | Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC. |
| 112 | 6330 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of United States Debt Recovery, LLC. |
| 113 | 6331 | January 20, 2010 | Notice of Appeal on behalf of PNY Technologies, Inc. |
| 114 | 6332 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal. |
| 115 | 6333 | January 20, 2010 | Motion for Leave to Appeal on behalf of PNY Technologies, Inc. |
| 116 | 6334 | January 20, 2010 | Notice of Motion for Leave to Appeal on behalf of PNY Technologies, Inc. |

| 117 | 6335 | January 20, 2010 | Notice of Appeal on behalf of Samsung Electronics America, Inc. |
| 118 | 6336 | January 20, 2010 | Motion for Leave to Appeal filed on behalf of Samsung Electronics America, Inc. |
| 119 | 6337 | January 20, 2010 | Notice of Motion for Leave to Appeal filed on behalf of Samsung Electronic America, Inc. |
| 120 | 6338 | January 20, 2010 | U.S. Treasury receipt of Notice of Appeal |
| 121 | 6342 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by United States Debt Recovery. |
| 122 | 6343 | January 21, 2010 | Clerk's Certificate of Mailing re: Notice of Appeal filed by PNY Technologies, Inc. |
| 123 | 6349 | January 22, 2010 | Olympus Corporation and Olympus Imaging America Inc.'s Joinder re. Motion for Reconsideration filed by THQ, Inc. and Apex Digital, Inc. |
| 124 | 6350 | January 22, 2010 | Clerk's Certificate of Mailing re. Notice of Appeal filed by Samsung Electronics America, Inc. |
| 125 | 6351 | January 25, 2010 | Motion for Joinder to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objection filed on behalf of Onkyo USA Corporation. |
| 126 | 6358 | January 25, 2010 | Notice of Agenda of Matters Scheduled for Hearing on January 28, 2010 at 11:00 a.m. |
| 127 | 6370 | January 26, 2010 | Motion for Joinder of Toshiba America Consumer Products, L.L.C. to Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections. |
| 128 | 6378 | January 27, 2010 | Motion for Joinder of Bethesda Softworks, LLC to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections. |
| 129 | 6382 | January 27, 2010 | Debtors' Objection to Motion of Apex Digital, Inc. and THQ, Inc. for Reconsideration of Court's Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections filed on Behalf of Circuit City Stores, Inc. |
| 130 | 6410 | January 28, 2010 | Hearing continued [re: related document(s) 5461]. |
| 131 | 6411 | January 28, 2010 | Hearing continued [re: related document(s) 5614]. |
| 132 | 6449 | February 3, 2010 | Reply to Debtors' Objections to Motion for Reconsideration of Courts Order on Debtors' |

| | | | |
|---|---|---|---|
| | | | Fifty-First and Fifty-Second Omnibus Objections re: Motion to Reconsider filed by THQ, Inc. Apex Digital, Inc. filed on behalf of Apex Digital, Inc., THQ, Inc. |
| 133 | 6482 | February 8, 2010 | Stipulation and Order Staying Appeals and Extending Deadlines Under Bankruptcy Rules 8001 through 8007 and 8009 With Respect to the Notices of Appeal and the Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, PNY Technologies, Inc. and Samsung Electronics America, Inc. |
| 134 | 6486 | February 8, 2010 | Notice of Agenda of Matters Scheduled for Hearing on February 11, 2010 at 11:00 a.m. |
| 135 | 6525 | February 11, 2010 | Hearing continued (re: related document(s) 5461). Hearing scheduled 3/8/2010. |
| 136 | 6526 | February 11, 2010 | Hearing continued (re: related document(s) 5614). Hearing scheduled 3/8/2010. |
| 137 | 6601 | February 23, 2010 | Supplemental Memorandum Opinion. |
| 138 | 6602 | February 23, 2010 | Order on Motion to Reconsider. |
| 139 | 6640 | February 25, 2010 | Notice of Continued Hearing on Confirmation of Plan to be held on April 6, 2010 at 10:00 a.m. |
| 140 | 6720 | March 8, 2010 | Amended Notice of Appeal of Samsung Electronics America, Inc. |
| 141 | 6721 | March 8, 2010 | Statement of Issues and Designation of Items to be Included on Appeal of PNY Technologies, Inc. |
| 142 | 6722 | March 8, 2010 | Statement of Issues and Designation of Items to be Included on Appeal of United States Debt Recovery LLC. |
| 143 | 6748 | March 8, 2010 | Samsung Electronics America, Inc.'s Amended Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion. |
| 144 | 6749 | March 8, 2010 | Notice of Samsung Electronics America, Inc.'s Amended Motion for Leave to Appeal. |
| 145 | 6750 | March 8, 2010 | Samsung electronics America, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal and Incorporated Memorandum of Law in Support of Motion. |
| 146 | 6751 | March 8, 2010 | Notice of Samsung Electronics America, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 147 | 6752 | March 8, 2010 | Appellant Samsung Electronics America, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record |

| | | | |
|---|---|---|---|
| | | | on Appeal. |
| 148 | 6755 | March 9, 2010 | Notice of Appeal of Mitsubishi Digital Electronics America, Inc. |
| 149 | 6756 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee. |
| 150 | 6759 | March 9, 2010 | Mitsubishi Digital Electronics America, Inc.'s Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion. |
| 151 | 6760 | March 9, 2010 | Notice of Mitsubishi Digital Electronics America, Inc.'s Motion for Leave to Appeal. |
| 152 | 6763 | March 9, 2010 | Amended Statement of Issues and Designation of Items to be Included in Record on Appeal of United States Debt Recovery LLC. |
| 153 | 6764 | March 9, 2010 | Notice of Appeal of Onkyo USA Corporation. |
| 154 | 6765 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee (Image Not Available). |
| 155 | 6767 | March 9, 2010 | Onkyo USA Corporation's Motion for Leave to Appeal and Incorporated Memorandum of Law in Support of Motion. |
| 156 | 6768 | March 9, 2010 | Notice of Onkyo USA Corporation's Motion for Leave to Appeal. |
| 157 | 6769 | March 9, 2010 | PNY Technologies, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 158 | 6770 | March 9, 2010 | Notice of PNY Technologies, Inc.'s Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 159 | 6771 | March 9, 2010 | United States Debt Recovery LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 160 | 6772 | March 9, 2010 | Notice of United States Debt Recovery, LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 161 | 6773 | March 9, 2010 | Notice of Appeal of Apex Digital, Inc. |
| 162 | 6774 | March 9, 2010 | U.S. Treasury Receipt of Notice of Appeal Filing Fee (Image Not Available). |
| 163 | 6775 | March 9, 2010 | Motion of Apex Digital, Inc. for Leave to Appeal. |
| 164 | 6776 | March 9, 2010 | Notice of Motion of Apex Digital, Inc. for Leave to Appeal. |
| 165 | 6777 | March 9, 2010 | Order Granting Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. |
| 166 | 6778 | March 9, 2010 | Debtors' Omnibus Answering Brief in |

| | | | |
|---|---|---|---|
| | | | Opposition to the Motions of Certain 503(b)(9) Administrative Expense Claimants for Leave to Appeal from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections. |
| 167 | 6779 | March 9, 2010 | Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. |
| 168 | 6857 | March 17, 2010 | Stipulation and Order Staying Appeals and Extending Deadlines Under Bankruptcy Rules 8001 Through 8007 and 8009 with Respect to the Notices of Appeal and the Motions for Leave to Appeal Filed by Samsung Electronics America, Inc. |
| 169 | 6934 | March 23, 2010 | Statement of Issues to be Presented and Designation of Items to be Included in Record on appeal filed by Onkyo USA Corporation. |
| 170 | 6936 | March 23, 2010 | Motion to Authorize Appellant Onkyo USA Corporation to Include Arguments of Counsel in Record on Appeal and Incorporated memorandum of Law in Support of Motion. |
| 171 | 6937 | March 23, 2010 | Notice of Motion and Notice of Hearing (No Hearing Date Set) of Appellant Onkyo USA Corporation for Leave to Include Arguments of Counsel in Record on Appeal. |
| 172 | 6939 | March 23, 2010 | Statement of Issues to be Presented and Designation of Items to be Included in Record on appeal filed by Mitsubishi Digital Electronics America, Inc. |
| 173 | 6940 | March 23, 2010 | Motion to Authorize Mitsubishi Digital Electronics America, Inc. to Include Arguments of Counsel in Record on Appeal and Incorporated memorandum of Law in Support of Motion. |
| 174 | 6941 | March 23, 2010 | Notice of Motion and Notice of Hearing (No Hearing Set) of Appellant Mitsubishi Digital Electronics America, Inc. to Include Arguments of Counsel in Record on Appeal. |
| 175 | 6942 | March 23, 2010 | Amended Motion to Authorize Onkyo USA Corporation to Include Arguments of Counsel in Record on Appeal. |
| 176 | 6947 | March 23, 2010 | Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by Onkyo USA Corporation, Apex Digital, Inc. and Mitsubishi Digital |

| | | | Electronics America, Inc. |
|---|---|---|---|
| 177 | 6948 | March 23, 2010 | Omnibus Opposition Brief by the Debtors to the Motions of Apex Digital, Inc., Mitsubishi Digital Electronics America, Inc., and Onkyo USA Corporation for Leave to Appeal from the Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections. |
| 178 | 6949 | March 23, 2010 | Appellant Mitsubishi Digital Electronics America, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal. |
| 179 | 6950 | March 23, 2010 | Appellant Onkyo USA Corporation's Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal. |
| 180 | 6956 | March 25, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6759). |
| 181 | 6957 | March 25, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6767). |
| 182 | 6958 | March 25, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6775). |
| 183 | 6969 | March 25, 2010 | Notification of Civil Action Number 3:10cv200 (re: 6958). |
| 184 | 6996 | March 26, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6329). |
| 185 | 6998 | March 26, 2010 | Affidavit of Service of Pleadings Filed and Order Entered on March 9, 2010. |
| 186 | 6999 | March 26, 2010 | Affidavit of Service of Pleadings Filed on March 10, 2010. |
| 187 | 7001 | March 26, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6333). |
| 188 | 7002 | March 26, 2010 | Transmittal of Motion for Leave to Appeal to District Court (re: 6320). |
| 189 | 7003 | March 26, 2010 | Notice of Continued Hearing on Confirmation of the Plan. |
| 190 | 7028 | March 29, 2010 | Notification of Civil Action Number 3:10cv206 (re: 7002). |
| 191 | 7029 | March 29, 2010 | Notification of Civil Action Number 3:10cv201 (re: 6957). |
| 192 | 7031 | March 30, 2010 | Notification of Civil Action Number 3:10cv202 (re: 6956). |
| 193 | 7034 | March 30, 2010 | Notification of Civil Action Number 3:10cv204 (re: 6996). |
| 194 | 7035 | March 30, 2010 | Notification of Civil Action Number 3:10cv205 (re: 7001). |
| 195 | 7111 | April 5, 2010 | Order Granting PNY Technologies, Inc.'s |

|     |      |               | Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
|-----|------|---------------|----------------------------------------------------------|
| 196 | 7112 | April 5, 2010 | Order Granting United States Debt Recovery LLC's Motion for Leave to Include Arguments of Counsel in Record on Appeal. |
| 197 | 7130 | April 6, 2010 | Confirmation of Hearing Continued (re: 5124). |

Dated: April 29, 2010

Respectfully submitted,

LG ELECTRONICS USA, Inc.

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800

By:    /s/ Dylan G. Trache
      H. Jason Gold, Va. Bar No. 19117
      Dylan G. Trache, Va. Bar No. 45939
      Rebecca L. Saitta, Va. Bar No. 65408

Counsel to LG Electronics USA, Inc.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 29, 2010 the foregoing Statement of Issues to be Presented

and Designation of Items to be Included in Record on Appeal was served via first class mail,

postage prepaid, upon:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801

Chris L. Dickerson
Jessica S. Kumar
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606

Douglas M. Foley
Sarah B. Boehm
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

/s/ Dylan G. Trache
Dylan G. Trache

13133321.3