UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
___Richmond___ Division

F I L E D
MAY 11 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In re  Circuit City Stores, Inc.                           Case No. __08-35653-KRH__

                                                           Adv. Proceeding No. _____

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on __March 18, 2010__.

The parties included in the Appeal to the District Court:
  APPELLANT(S): __Paramount Home Entertainment Inc.__

  ATTORNEY:     __William A. Broscuous__
                __2211 Pump Road__
                __Richmond, Virginia 23233__

  APPELLEE(S):  __Circuit City Stores, Inc., et al.,__

  ATTORNEY:     __Douglas M. Foley__
                __901 E. Cary Street__
                __Richmond, Virginia 23219__

Brief Description of Judgment/Order Appealed: __Order on Motion for Summary Judgment --(docket number 6694)__

Date Judgment/Order Entered: __March 5, 2010__

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00     (X) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $250.00             (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                      WILLIAM C. REDDEN, Clerk of the Court
Date: __May 11, 2010__                By: __/s/ S. French_____, Deputy Clerk

...........................................................................................................................................
### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                      WILLIAM C. REDDEN, Clerk of the Court
                                      By: _____, Deputy Clerk
...........................................................................................................................................
District Clerk - Please complete and return second copy.

DISTRICT COURT CASE NUMBER __3:10CV316__       Date __MAY 11 2010__

cc: Attorney for Appellant(s)      __Judge Spencer__
    Attorney for Appellee(s)                              [apptrans ver. 12/09]