UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtors.

) Chapter 11
)
) Case No.: 08-35653
)
) Judge Kevin R. Huennekens
)
) Jointly Administered
)
) TRANSFER OF CLAIM
) BANKRUPTCY RULE 3001(E)(2)

PLEASE TAKE NOTICE that the claim(s) of Colonial Heights Holding LLC (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $ 1,223,790.80, as set forth in proof of claim number 12405 filed 4/29/2009 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

TRANSFEROR:   Colonial Heights Holding LLC
Print Name _Ronald P. Cabana_   Title: _Vice President of Managing Partner of Managing Member_
Signature: _[signature]_   Date: _May 11, 2010_
Corrected Address (if req.) _1076 Goodlette Road N., Naples FL 34102_
Phone: _239-649-5606 x101_   E-Mail: _RCABANA@CRONACHERCORP.NET_

TRANSFEREE:
United States Debt Recovery V LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _[signature]_
Nathan E. Jones, Managing Director

## UNITED STATES BANKRUPTCY COURT
## FOR EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| In re: | Case No.: 08-35653 (KRH) |
|  | Jointly Administered |
| **CIRCUIT CITY STORES, INC. et al.** | Chapter 11 |
| Debtors. | **TRANSFER OF CLAIM** |
|  | **BANKRUPTCY RULE** 3001(E)(2) |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE** 3001(E)(2)

**Name of Proposed Transferor:**
Colonial Heights Holding LLC
c o William A Gray Esq
Sands Anderson Marks & Miller PC
PO Box 1998
Richmond, VA 23218

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

---

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)   Claims Agent_____   Transferee_____
Debtor's Attorney_____

Deputy Clerk