Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FAX
sheehan@txschoollaw.com

A. Carter Magee, Jr., Esq.
W. Joel Charboneau, Esq.
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
(540) 343-9800
(540) 343-9898 FAX
cmagee@mfgs.com
jcharboneau@mfgs.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In Re:** | § § | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.** | § § | **CASE NO. 08-35653-KRH-11** |
| | § § | **Jointly Administered** |
| **Debtors.** | § | |

### MOTION FOR LEAVE OF COURT TO APPEAR TELEPHONICALLY

TO THE HONORABLE JUDGE OF SAID COURT:

Lewisville Independent School District ("LISD") by and through its undersigned counsel, hereby moves the Court for leave for Andrea Sheehan, lead counsel for LISD, to attend the Hearing on Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) on May 20, 2010 at 10:00 a.m., and, in support thereof, would show the Court the following:

1. LISD holds a single claim which is subject to the Thirty-Seventh Omnibus Objection to claims.

2. Pursuant to the Court's Supplemental Order Pursuant to Bankruptcy Code Sections

1

102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management, and Administrative Procedures dated December 30, 2009, "Upon request, the Court may allow counsel to listen to a hearing by telephone. If a matter is contested, counsel must attend in person, unless leave of the court is granted on a case by case basis."

3. On November 26, 2008, the Court entered an Order Granting Motion of A. Carter Magee, Jr. for an Order Authorizing Andrea Sheehan to Appear *Pro Hac* Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2). LISD respectfully requests leave of Court for Ms. Sheehan to appear telephonically at the Hearing. Ms. Sheehan is located in Dallas, Texas. Local counsel has been retained. However, LISD's claim and the Motion for Partial Summary Judgment concern the interplay of Texas tax law and the Bankruptcy Code. Ms. Sheehan is experienced in Texas property tax law and has a unique knowledge of the issues regarding LISD's claim. LISD is a taxing jurisdiction and political subdivision in the State of Texas. Given the expenses that would be incurred in both retaining local counsel and having lead counsel travel from Texas to appear in person in relation to the size of LISD's claims and given the believed lack of prejudice to Debtors, LISD asserts that the interest of justice will be served by allowing Ms. Sheehan to appear telephonically at the Hearing.

WHEREFORE, PREMISES CONSIDERED, LISD respectfully requests that Andrea Sheehan, lead counsel for LISD, be permitted to appear telephonically at the Hearing on Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) on May 20, 2010. LISD further prays for such other relief to which it may show itself justly entitled.

Respectfully submitted,

/s/ W. Joel Charboneau

W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Fax: 540-343-9898

/s/ Andrea Sheehan
Andrea Sheehan
Texas Bar No. 24002935
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521-1738 Facsimile
ATTORNEY FOR LEWISVILLE INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2010, I electronically filed the foregoing with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notification of filing to be served on all registered users of the CM/ECF System that have filed notices of appearance in this case, including the entities listed below.

/s/ W. Joel Charboneau

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
(Attn: Gregg M. Galardi and Ian S. Fredericks)

Skadden, Arps, Slate, Meagher & Flom LLP
155 North Wacker Drive
Chicago, IL 60606
(Attn: Chris L. Dickerson, Esq.)

McGuireWoods LLP

3

One James Center
901 E. Cary Street
Richmond, VA 23219
(Attn: Douglas M. Foley)

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)

Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(Attn: Robert J. Feinstein)

Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(Attn: Lynn L. Tavenner and Paula S. Beran)

United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(Attn: Robert B. Van Arsdale)

U:\A CLIENTS\Lewisville Independent School District et al. 7868\03-response to 37th objection\Circuit City motion to appear telephonically msj.DOC

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | CASE NO. 08-35653-KRH-11 |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO APPEAR TELEPHONICALLY

Upon consideration for the Motion for Leave of Court to Appear Telephonically filed by Andrea Sheehan, counsel for creditor Lewisville Independent School District, and it appearing that the motion having been served upon counsel for Debtors, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, after due deliberation and sufficient cause shown, it is hereby,

ORDERED, that the Motion for Leave of Court to Appear Telephonically of Lewisville Independent School District is GRANTED, and Andrea Sheehan is permitted to appear and be heard by telephone at the Hearing on Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) on May 20, 2010 on behalf of Lewisville Independent School District.

ENTERED in this ___ day of May, 2010.

Honorable Kevin R. Huennekens
United States Bankruptcy Judge