| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

         - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

    - - - - - - - - - - - - - - - x
    In re:                        :    Chapter 11
                                  :
    CIRCUIT CITY STORES, INC.,    :    Case No. 08-35653 (KRH)
    et al.,                       :
                                  :
                       Debtors.   :    Jointly Administered
    - - - - - - - - - - - - - - - x
    LG ELECTRONICS USA, INC.,     :
                                  :
                      Appellant,  :
                                  :
           v.                     :
                                  :
    CIRCUIT CITY STORES, INC.,    :
    et al.,                       :
                                  :
                      Appellees.  :
                                  :
    - - - - - - - - - - - - - - - x
```

**DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

The above captioned debtors and debtor-in-possession

(collectively the "Debtors"), appellees with respect to the Notice of Appeal (Docket No. 6318) filed by LG Electronics USA, Inc. ("LG") from the Bankruptcy Court's January 6, 2010, Order on Debtors' Fifty-First and Fifty-Second Omnibus Objections (Docket No. 6228), in accordance with Fed. R. Bankr. P. 8006, hereby designate the following additional items to be included in the record on appeal:

| Exhibit | Docket No. | Date Filed | Document |
|---|---|---|---|
| 1 | 205 | November 18, 2008 | Affidavit of Service of Evan Gershbein re: Documents Served on November 12, 2008 [Docket Nos. 4, 7, 9, 10, 13, 17, 18, 19, 106, 107, 108, 109, 110, 111, 112, 113] |
| 2 | 2672 | March 20, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Store No. 3702, Terre Haute Micro Superstore) [Docket No. 2503]; 2) Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 2505]; and 3) Notice of Motion and Notice of Hearing on Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections; Hearing to be Held March 30, 2009 at 10:00 a.m. (EST) [Docket No. 2506] |

| 3 | 2898 | April 2, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections [Docket No. 2881]; and 2) Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property [Docket No. 2882] |
| 4 | 2917 | April 6, 2009 | BNC Certificate of Service re: Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections [Docket No. 2881] |
| 5 | 3993 | July 7, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on June 23, 2009 [Docket Nos. 2881, 3703, 3704, 3709, 3710 and 3711] |
| 6 | 3994 | July 7, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on June 24, 2009 [Docket Nos. 2881, 3715, 3718 and 3720] |
| 7 | 4269 | July 23, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on July 17, 2009, July 18, 2009 and July 20, 2009 [Docket Nos. 2881, 4127, 4157, 4165, 4166, and 4167] |
| 8 | 4333 | July 30, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on July 24, 2009 [Docket Nos. 2881, 4276, 4277, and 4278] |
| 9 | 4728 | September 1, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 20, 2009 [Docket Nos. 2881, 4583, 4584, 4585, and 4587] |

| 10 | 4730 | September 1, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 21, 2009 [Docket Nos. 2881, 4590, 4598, 4599, and 4600] |
|---|---|---|---|
| 11 | 4757 | September 2, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 26, 2009 [Docket Nos. 4576, 4577, 4639 and 4643] |
| 12 | 4760 | September 3, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 24, 2009 [Docket Nos. 4613, 4614, 4615 and 4617] |
| 13 | 4761 | September 3, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 25, 2009 [Docket Nos. 4626, 4627, 4628, 4629, 4630 and 4631] |
| 14 | 5359 | October 26, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on October 13, 2009 [Docket Nos. 5208, 5209, 5210, 5211, 5212, 5213, 5214, 5215, 5216, 5217 and 2881] |
| 15 | 5395 | October 29, 2009 | Affidavit of Service of Isidro N. Panizales re: Order on Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) [Docket No. 5385] |
| 16 | 5545 | November 5, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Order on Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) [Docket No. 5385]; 2) Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) [Docket No. 5396]; and 3) Order |

| | | | |
|---|---|---|---|
| | | | on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) [Docket No. 5397] |
| 17 | 5547 | November 5, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Order on Debtors' Thirty-Fifth Omnibus Objection to Claims (Disallowance of (I) Certain Amended Claims; and (II) Certain Duplicate Claims) [Docket No. 5396]; and 2) Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) [Docket No. 5397] |
| 18 | 5595 | November 9, 2009 | Affidavit of Service of Timothy T.K. Wu re: 1) Debtors' Objection to Samsung Electronics America, Inc.'s (I) Motion for a Shortened Response Time to Interrogatories and Request for Production of Documents; and (II) Motion for an Expedited Hearing [Docket No. 5407]; and 2) Notice of Agenda of Matters Scheduled for Hearing on November 3, 2009 at 11:00 a.m. (Eastern) [Docket No. 5408] |
| 19 | 5650 | November 13, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on November 10, 2009 [Docket Nos. 5606, 5619, 5620, 5621, 5622 and 5623] |
| 20 | 5837 | November 19, 2009 | Corrected Transcript Filed re: Hearing Held on November 12, 2009 |
| 21 | 5956 | December 1, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on November 19, 2009 [Docket Nos. 5827, 5829, 5830, 5831, 5832 and 5839] |

| 22 | 5974 | December 4, 2009 | Transcript Filed re: Hearing Held November 23, 2009 |
| 23 | 6221 | January 5, 2010 | Affidavit of Service of Isidro N. Panizales re: Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Amended Notice, Case Management and Administrative Procedures [Docket No. 6208] |
| 24 | 6241 | January 8, 2010 | BNC Certificate of Service re: Memorandum Opinion [re: Docket Nos. 5214 and 5216] [Docket No. 6228] |
| 25 | 6304 | January 17, 2010 | BNC Certificate of Service re: Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 503(b)(9) Claims) [Docket No. 6295] |
| 26 | 6340 | January 21, 2010 | Affidavit of Service of Timothy J. Kelsey re: 1) Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicative 503(b)(9) Claims) [Docket No. 6295]; 2) Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) [Docket No. 6299]; and 3) Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Nancy and Charles Booth Resolving Claim Number 7595 [Docket No. 6302] |
| 27 | 6353 | January 25, 2010 | Transcript Filed re: Hearing Held December 21, 2009 |
| 28 | 6634 | February 25, 2010 | Transcript Filed re: Hearing Held February 11, 2010 |

6

| | | | |
|---|---|---|---|
| 29 | 6659 | February 25, 2010 | BNC Certificate of Service re: Order on Motion to Reconsider [re: Docket No. 6258] [Docket No. 6602] |
| 30 | 6951 | March 23, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket No. 6331] |
| 31 | 6952 | March 23, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket Nos. 6327, 6722, and 6763] |
| 32 | 6959 | March 25, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket No. 6331] |
| 33 | 6961 | March 25, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket No. 6327] |
| 34 | 6999 | March 26, 2010 | Affidavit of Service of Timothy J. Kelsey re: Debtors' Motion to Consolidate Certain Matters Related to Motions for Leave to Appeal Filed by LG Electronics USA, Inc., United States Debt Recovery, LLC, and PNY Technologies, Inc. [Docket No. 6779] |
| 35 | 7137 | April 6, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket No. 6755] |
| 36 | 7138 | April 6, 2010 | Designation of Additional Items to be Included in the Record on Appeal [re: Docket No. 6764] |
| 37 | 7278 | April 23, 2010 | Order Dismissing Appeal re: PNY Technologies, Inc.'s Notice of Appeal [Docket No. 6331] |
| 38 | 7408 | May 4, 2010 | Appellant Apex Digital, Inc.'s Statement of Issues to be Presented and Designation of Items to be Included in Record on Appeal |

**RESERVATION OF RIGHTS**

The Debtors expressly reserve, and do not waive, their rights to supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the Appellant's Designation. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: May 13, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia       FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                      - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                      - and -

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley            .
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession, Appellees

\11299314