IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF:                                    CASE NO. 08-35653

CIRCUIT CITY STORES, INC.

DEBTOR                                               CHAPTER 11

AFFIDAVIT

My name is Mark W. Price. I am the Chief Appraiser of the Brazos County Appraisal District. I am of sound mind, over eighteen years of age, and have personal knowledge of the facts herein stated:

The Brazos County Appraisal District, under my supervision and direction, is charged with determining the taxable value of all taxable property located within Brazos County. I am the custodian of the appraisal records of the Brazos County Appraisal District.

The attached page is an exact duplicate of the 2009 Notice Of Appraised Value sent by my office to Circuit City Stores, Inc., informing them of the valuation being placed on their property for the 2009 tax year and informing them that they were required to protest not later than June 22, 2009.

The appraisal records of the Brazos County Appraisal District are kept by this office in the regular course of business. The value shown on the attached page is the appraised value of the property according to the most recent appraisal roll and appears on the most recent tax roll of the Tax Office.

All of the above statements and the attached information are true and correct to certify which witness my hand.

_____
Mark W. Price
Chief Appraiser, Brazos County Appraisal District
Affiant

STATE OF TEXAS       §
                     §
COUNTY OF BRAZOS     §

Before me, the undersigned authority, on the 10th day of May, 2010, personally appeared Mark W. Price, known to me to be the person whose name is subscribed to the foregoing affidavit and known to me to be the Chief Appraiser of Brazos Central Appraisal District and has sworn to me that the above information is true and correct, to certify which witness my hand and seal of office.

_____
Notary Public in the State of Texas

GAIL PALASOTA
Notary Public, State Of Texas
My Commission Expires
NOVEMBER 18, 2012

This is NOT a Tax Statement

## 2009 Notice Of Appraised Value

Do Not Pay From This Notice

BRAZOS COUNTY APPRAISAL DISTRICT
1673 BRIARCREST DR
SUITE A-101
BRYAN, TX 77802

Property ID: 97115
Ownership %: 100.00
Geo ID: 899600-0000-0180
DBA: CIRCUIT CITY STORES INC
Legal: (CAD# 235015.500.0 ) BUSINESS PERSONAL PROPERTY

Phone: 979-774-4100    Fax: 979-774-4196
DATE OF NOTICE: May 22, 2009

Legal Acres:
Situs: 1505 UNIVERSITY DR E 500 TX
Appraiser:
Owner ID: 66145

Property ID: 97115 - 899600-0000-0180
CIRCUIT CITY STORES INC
TAX DEPT - LOC #01624
PO BOX 42304
RICHMOND, VA 23242-2304

Dear Property Owner,
We have appraised the property listed above for the tax year 2009. As of January 1, our appraisal is outlined below:

| Appraisal Information | Last Year - 2008 | Proposed - 2009 |
|---|---|---|
| Structure / Improvement Market Value | 0 | 0 |
| Market Value of Non Ag/Timber Land | 0 | 0 |
| Market Value of Ag/Timber Land | 0 | 0 |
| Market Value of Personal Property/Minerals | 2,104,070 | 1,780,230 |
| Total Market Value | 2,104,070 | 1,780,230 |
| Productivity Value of Ag/Timber Land | 0 | 0 |
| Appraised Value * (Possible Homestead Limitations, see asterisk below) | 2,104,070 | 1,780,230 |
| Homestead Cap Value excluding Non-Homesite Value (i.e. Ag, Commercial) | 0 | 0 |

| 2008 Taxable Value | Taxing Unit | 2009 Proposed Appraised Value | 2009 Exemption Amount | 2009 Taxable Value | 2008 Tax Rate | 2008 Estimated Taxes | 2009 Freeze Year and Tax Ceiling ** |
|---|---|---|---|---|---|---|---|
| 2,104,070 | CITY OF COLL. STAT. | 1,780,230 | 0 | 1,780,230 | 0.436400 | 7,522.33 | |
| 2,104,070 | BRAZOS COUNTY | 1,780,230 | 0 | 1,780,230 | 0.480000 | 8,545.11 | |
| 2,104,070 | COLLEGE STATION ISD | 1,780,230 | 0 | 1,780,230 | 1.221050 | 21,737.50 | |

Do **NOT** Pay From This Notice    Total Estimated Tax:  $39,104.94

The difference between the 2004 appraised value and the proposed 2009 appraised value is -3.32%. This percentage information is required by Tax Code section 25.19(b-1).

The Texas Legislature does not set the amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials.

* Your residence homestead is protected from future appraisal value increases in excess of 10% per year plus the value of any new improvements.
The estimated taxes are calculated by using the previous year's tax rates and the taxable value for this year. This is the amount you would pay if the governing body of each jurisdiction were to adopt the same tax rate as last year. The governing body of each taxing unit determines and sets its property tax rate. The appraisal district determines the market value of the property.
** For taxpayers who are disabled or are 65 years of age or older and received the $10,000 school tax exemption: the amount of school taxes that will be imposed will not exceed the tax limitation (ceiling) established on those homesteads. If your county or city has approved a limitation on your taxes, your county or city taxes will not be higher than the first year your county or city approved the limitation or the first year you qualified for the limitation. If you have enhanced your property, for example added a room or a swimming pool, your tax ceiling will increase in proportion to the value of the new improvements. If you are a surviving spouse age 55 or older, you may be able to retain your spouses' tax limitation.

Contact the appraisal office if you disagree with this year's proposed value for your property or if you have any problems with the property description, ownership or address information. If the problem cannot be resolved, you have the right to request a hearing with the Appraisal Review Board by filing a written protest.
To appeal, you must file a written protest with the ARB before the deadline date:
  Deadline for filing a protest:    June 22, 2009
  Location of hearings:             1673 BRIARCREST DR, STE A-101, BRYAN TX 77802
  ARB will begin hearings:          June 9, 2009

You may use the attached protest form or prepare a letter that includes your name, the property description, and what appraisal district action you disagree with. Your protest must be delivered to the above address by mail (postmarked) or in person to the appraisal district office on or before the protest deadline. The ARB will notify you of the date, time, and place of your scheduled hearing. Also enclosed is information to help you in preparing your protest. If you have any questions or need more information, please contact the appraisal district office at 979-774-4100 or at the address shown above.

Sincerely,

MARK W. PRICE
Chief Appraiser

True Automation, Inc.