IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF:                                          CASE NO. 08-35653

CIRCUIT CITY STORES, INC.

DEBTOR                                                     CHAPTER 11

## AFFIDAVIT OF MICHAEL REED

BEFORE ME, the undersigned authority, on this day personally appeared Michael Reed, known to me and on oath deposed as follows:

1. My name is Michael Reed, I am over eighteen years of age and competent to make this affidavit. I am the attorney for The Texas Tax Claimants, specifically including Tax Appraisal District of Bell County, County of Brazos, City of College Station, College Station Independent School District, County of Comal, City of New Braunfels, Comal Independent School District, County of Denton, City of Waco, Waco Independent School District, Longview Independent School District, City of Midland, Midland County Hospital District, Midland Independent School District, County of Taylor, City of Abilene, Abilene Independent School District, County of Williamson, creditors in the above referenced action, and as such, am knowledgeable of any facts asserted in the Response to the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) filed by the Texas Tax Claimants, Tax Appraisal District of Bell County, et al,.

2. I have personal knowledge of any statements included in this response that would be found to be factual in nature and hereby verify that such factual statements are true and accurate.

3. In addition to any other factual assertions that may be found to be contained in the above referenced response, I hereby affirm that on January 1, 2009, liability arose against Circuit City, Inc., (hereinafter "Circuit City") for property taxes for the 2009 tax year on property owned by Circuit City in the above referenced Texas Ad Valorem Tax Jurisdictions as provided by the Texas Property Tax Code. Subsequent to the determination of value and assessment of these 2009 taxes, tax bills were sent to Circuit City for the taxes owed on the property in November, 2009. The taxes were due to be paid no later than January 31, 2010.

_/s/ Michael Reed_
Michael Reed, Esquire
McCREARY, VESELKA, BRAGG & ALLEN, P.C.

Given under my hand and seal of authority the 10th day of May, 2010.

SONYA Y. RAGSDALE
Notary Public, State of Texas
My Commission Expires
DEC. 27, 2011

_/s/_
Notary Public in and for the State of Texas