UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                                   Chapter 11

CIRCUIT CITY STORES, INC.,                              Case No. 08-35653 (KRH)
    Et al.,
DEBTORS.                                                          Jointly Administered

### Affidavit of Elizabeth Weller

Before me, the undersigned authority, on this day personally did appear Elizabeth Weller, known to me and on other deposed as follows:

1. My name is Elizabeth Weller. I am over 18 years of age and competent to make this affidavit. I am the attorney for Bexar County, Cameron County, City of Cedar Hill, Dallas County, El Paso, Frisco, Gregg County, Harlingen, Harlingen CISD, Irving ISD, Jefferson County, Longview ISD, McAllen, McAllen ISD, McLennan County, Nueces County, Rockwall CAD, Rockwall County, Round Rock ISD, South Texas College, South Texas ISD, Tarrant County, Harris County, Cypress-Fairbanks ISD, Fort Bend County, Montgomery County and the City of Memphis, creditors in the above referenced action. As counsel for these creditors, I am knowledgeable of the facts asserted in the Local Texas Tax Authorities' Response to Debtors' Motion for partial summary judgment on the thirty-seventh omnibus objection to claims (reduction of certain personal property tax claims) AND Memorandum of law in support thereof.

2. I have personal knowledge of any statements included in this response that would be found to be factual in nature and hereby verify that such factual statements are true and correct.

3. In addition to any other factual assertions that may be found to be contained in the above referenced response, I hereby affirm that on January 1, 2009, liability arose against Circuit City, Inc., for property taxes for the 2009 tax year on property owned by it in the above referenced ad valorem tax jurisdictions for which I am counsel. Subsequent to the determination of value and assessment of these 2009 taxes, tax bills were sent to Circuit City, Inc., for the taxes owed on the property. Except as otherwise set forth in the Response, the taxes have not been paid and became delinquent on January 31, 2010.

*Elizabeth Weller*
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP

Given under my hand and seal of authority this 13th day of May, 2010

*Brenda Bailey Jones*
Notary Public in and for the State of Texas