1  MARTHA E. ROMERO, State Bar No. 128144
   ROMERO LAW FIRM
2  BMR Professional Building
   6516 Bright Avenue
3  Whittier, California 90601
   (562) 907-6800
4  (562)907-6820 Facsimile
   Email: Romero@mromerolawfirm.com
5
   Attorney for SECURED CREDITORS
6  LOS ANGELES, MONTEREY, and
   SAN BERNARDINO, CALIFORNIA
7  THE CALIFORNIA TAXING AUTHORITIES

8
                **IN THE UNITED STATES BANKRUPTCY COURT**
9
              **FOR THE EASTERN DISTRICT OF VIRGINIA**
10
                        **RICHMOND DIVISION**
11

12  In re:                          )   Case No. 08-35653 KRH
                                     )
13  CIRCUIT CITY STORES, INC., et al )   Chapter 11
                                     )
14          Debtor(s).               )
                                     )   **CERTIFICATE OF SERVICE TO**
15                                   )   **OBJECTION OF LOS ANGELES**
                                     )   **COUNTY, MONTEREY COUNTY**
16                                   )   **AND PLACER COUNTY,**
                                     )   **CALIFORNIA, COLLECTIVELY**
17                                   )   **THE CALIFORNIA TAXING**
                                     )   **AUTHORITIES TO DEBTORS'**
18  _____ )   **MEMORANDUM OF LAW IN**
                                         **SUPPORT OF THE DEBTORS'**
19                                       **MOTION FOR PARTIAL**
                                         **SUMMARY JUDGMENT ON THE**
20                                       **THIRTY-SEVENTH OMNIBUS**
                                         **OBJECTION TO CLAIMS**
21                                       **(REDUCTION OF CERTAIN**
                                         **PERSONAL PROPERTY TAX**
22                                       **CLAIMS)**

23                                       **DATE: MAY 20, 2010**
                                         **TIME: 10:00 ET**
24

25       TO THE HONORABLE KEVIN R. HUENNEKENS AND TO ALL PARTIES OF

26  INTEREST:

27       I certify that a true and correct copy of the foregoing has

28  been served via first class U.S. Mail and/or electronically on this

                                   1

1 │ 13th[th] day of May 2010.

2 │

3 │                                    Respectfully submitted

4 │ Dated: May 13, 2010                ROMERO LAW FIRM

5 │

6 │                                    By /s/ MARTHA E. ROMERO
   │                                    MARTHA E. ROMERO (CA-128144)
7 │                                    Attorney for Secured Creditors County
   │                                    of Los Angeles, CA
8 │                                    County of Monterey, CA
   │                                    County of Placer, CA
9 │                                    The California Taxing Authorities

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

1
## SERVICE LIST

2
Daniel F. Blanks
McGuireWoods LLP
3
9000 World Trade Center
101 W. Main St.
4
Norfolk, VA 23510

5
Douglas Foley
McGuireWoods LLP
6
One James Center
901 E. Cary St.
7
Richmond, VA 23219

8
Debtor Designee
Bruce H. Besanko
9
9950 Mayland Drive
Richmond, VA 23233
10

11
Jeffrey No Pomerantz
Pachulski Stang Ziehl & Jones,
LLP
12
10100 Santa Monica Blvd.
11th Floor
13
Los Angeles, CA 90067-4100

14
John D. Fiero
Pachulski Stang Ziehl & Jones LLP
15
150 California Street, 15th Floor
San Francisco, CA 9411-4500
16

17
Lynn L. Tavenner
Paula Beran
Tavenner & Beran, PLC
18
20 North Eighth Street, 2nd Floor
Richmond, VA 23219
19

20
Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
21
780 Third Ave. 36th Floor
New York, NY 10017

22
Court Reporter
Crane-Snead & Associates, Inc.
23
4914 Fitzhugh Ave, Ste 203
Richmond, VA 23230-3435
24

25
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
26
225 West Washington Street
Indianapolis, Indiana 46204

27

28

Jeffrey Scharf
Taxing Authority Consulting
Services, P.C.
P.O. Box 771476
Richmond, Virginia 23255

Bradford F. Englander
Linowes and Blocher LLP
7200 Wisconsin Avenue, Suite 800
Bethesda, Maryland 20814

David L. Pollack, Esquire
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
51st Floor - Mellon Bank Center
1735 Market Street
Philadelphia, Pennsylvania 19103

Mitchell B. Weitzman
2300 Wilson Blvd., 7th Floor
Arlington, VA 22201

Bruce H. Matson
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499

David S. Berman
Riemer & Braunstein LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Eric C. Cotton, Esq.
3300 Enterprise Parkway
P.O. Box 227042
Beachwood, Ohio 44122

Jenny J. Hyun, Esq.
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, Texas 77008

Pamela Gale Johnson
BAKER & HOSTETLER, LLP
1000 Louisiana, Suite 2000
Houston, TX 77002

| | | |
|---|---|---|
| 1 | Laura Lawton Gee<br>BAKER & HOSTETLER, LLP | Roy M. Terry, Jr., Esq.<br>DurretteBradshaw PLC |
| 2 | 1000 Louisiana, Suite 2000<br>Houston, TX 77002 | 600 E. Main Street, 20th Floor<br>Richmond, VA 23219 |
| 3 | | |
| 4 | Andrew S. Conway<br>200 East Long Lake Rd.<br>Suite 300 | Jeremy S. Friedberg, Esq.<br>One Corporate Center<br>10451 Mill Run Circle, Suite 1000 |
| 5 | Bloomfield Hills, Michigan 48304 | Owings Mills, Maryland 21117 |
| 6 | Mark Browning | Marc Barreca |
| 7 | Assistant Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548 | K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| 8 | Austin, Texas 78711-2548 | |
| 9 | John G. McJunkin, Esquire | Eric C. Rusnak<br>K&L GATES LLP |
| 10 | McKenna Long & Aldridge LLP<br>1900 K Street, NW | 1601 K Street, N.W.<br>Washington, DC 20006-1600 |
| 11 | Washington, DC 20006 | Min Park, Esquire |
| 12 | Heather D. Dawson, Esq.<br>Kitchens Kelley Gaynes, P.C. | Connolly Bove Lodge & Hutz LLP<br>1875 Eye Street NW, 11th Floor |
| 13 | Suite 900, 11 Piedmont Center<br>3495 Piedmont Road, N.E. | Washington, DC 20006 |
| 14 | Atlanta, GA 30305 | Karen C. Bifferato, Esquire<br>Connolly Bove Lodge & Hutz LLP |
| 15 | Christine D. Lynch, Esq.<br>GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue | 1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| 16 | Boston, MA 02110-3333 | |
| 17 | Neil E. Herman, Esq. | Richard E. Lear<br>Holland & Knight LLP |
| 18 | Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, New York 10178-0600 | 2099 Pennsylvania Avenue, N.W.<br>Suite 100<br>Washington, D.C. 20006 |
| 19 | | |
| 20 | H. Jason Gold<br>Wiley Rein LLP | Jaime S. Dibble<br>STINSON MORRISON HECKER LLP |
| 21 | 7925 Jones Branch Dr., Suite 6200<br>McLean, Virginia 22102 | 1150 18th Street, NW, Suite 800<br>Washington, DC 20036-3816 |
| 22 | Jeffrey L. Tarkenton | Benjamin C. Ackerly |
| 23 | Todd D. Ross<br>Womble Carlyle Sandridge & Rice,<br>PLLC | HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street |
| 24 | 1401 Eye Street, N.W., Suite 700<br>Washington, D.C. 20005 | Richmond, Virginia 23219-4074 |
| 25 | | Michael L. Cook |
| 26 | David M. Poitras<br>1900 Avenue of the Stars | SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue |
| 27 | 7th Floor<br>Los Angeles, CA 90067 | New York, NY 10022 |
| 28 | | |

| | |
|---|---|
| 1 | Richard T. Davis |
| | The Cafaro Company |
| 2 | 2445 Belmont Avenue |
| | P.O. Box 2186 |
| 3 | Youngstown, Ohio 44504-0186 |

Richard T. Davis
The Cafaro Company
2445 Belmont Avenue
P.O. Box 2186
Youngstown, Ohio 44504-0186

Kevin M. Newman
308 Maltbie St.
Suite 200
Syracuse, NY 13204

James V. Lombardi, III
2 Riverway, Suite 700
Houston, TX 77056

William A. Gray
Sands Anderson Marks & Miller
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, Virginia 23218-1998

Michael L. Tuchin
1999 Avenue of the Stars
39th Floor
Los Angeles, CA 90067- 6049

Katten Muchin Rosenman LLP
c/o Thomas J. Leanse
2029 Century Park East
Suite 2600
Los Angeles, California 90067

Brian Sirower, Esq.
QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391

Elizabeth Weller
2323 Bryan St.
Suite 1600
Dallas, TX 75201

Billy Ray
4421 Waterfront Dr.
Glen Allen, VA 23060

Fred B. Ringel
1345 Avenue of the Americas
New York, NY 10105

Scott R. Kipnis
530 Fifth Ave.
New York, NY 10036

Richard M. Maseles
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

Regina Stango Kelbon
One Logan Square
Philadelphia, PA 19103

John L. Senica
225 W. Washington , Suite 2600
Chicago, IL 60606

Timothy F. Brown, Esq.
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Scott P. Carroll
831 East Morehead St.
Suite 440
Charlotte, NC 28202

James Donaldson
831 East Morehead St.
Suite 445
Charlotte, NC 28202

Anne M. Magruder
1889 Preston White Dr.
Suite 200
Reston, VA 20191

David A. Greer, Esquire
The Law Offices of David A. Greer
PLC
500 East Main Street, Suite 1225
Norfolk, VA 23510

Robert K. Coulter
Assistant United States Attorney
The Justin W. Williams U.S.
Attorneys Building
2100 Jamieson Avenue
Alexandria, Virginia 22314

Michael Reed
McCREARY, VESELKA, BRAGG & ALLEN,
P.C.
Attorneys for Claimant,
Williamson County, et al.
P. O. Box 1269
Round Rock, Texas 78680

| | |
|---|---|
| 1 | Richard F. Stein<br>600 East Main Street, Suite 1601 | Attorney General of the United<br>States |
| 2 | Richmond, Virginia 23219-2430 | Main Justice Building, Room 5111<br>10th Street and Constitution |
| 3 | Michael W. Malter<br>Binder & Malter LLP | Avenue, N.W.<br>Washington, D.C. 20530 |
| 4 | 2775 Park Ave.<br>Santa Clara, CA 95050 | Christopher R. Belmonte, Esq.. |
| 5 | Ellen A. Friedman, Esq. | Satterlee Stephens Burke & Burke<br>LLP |
| 6 | Friedman Dumas & Springwater LLP<br>150 Spear Street, Suite 1600 | 230 Park Avenue<br>New York, New York 10169 |
| 7 | San Francisco, CA 94105 | William J. Factor, Esq.. |
| 8 | Jeffrey Kurtzman<br>260 S. Broad St. | SEYFARTH SHAW LLP<br>131 S. Dearborn Street |
| 9 | Philadelphia, PA 19102 | Suite 2400<br>Chicago, Illinois 60603 |
| 10 | Elizabeth Banda<br>PO Box 13430 | Michael J. Sage |
| 11 | Arlington, TX 76094 | Times Square Tower<br>7 Times Square |
| 12 | William H. Casterline, Jr.<br>Blankingship & Keith, P.C. | New York, NY 10036 |
| 13 | 4020 University Drive, Suite 300<br>Fairfax, Virginia 22030 | Brian P. Hall<br>Suite 3100, Promenade II |
| 14 | Josef S. Athanas | 1230 Peachtree St., NE<br>Atlanta, GA 30309 |
| 15 | Latham & Watkins LLP<br>Sears Tower, Suite 5800 | Robert S. Westermann, Esq. |
| 16 | 233 South Wacker Drive<br>Chicago, Illinois 60606 | Hirschler Fleischer, PC<br>PO Box 500 |
| 17 | Nancy A. Washington, Esq. | Richmond, Virginia 23218 |
| 18 | SAIBER LLC<br>One Gateway Center, 13th Floor | Kevin G. Hroblak<br>7 Saint Paul St. |
| 19 | Newark, New Jersey 07102 | Baltimore, MD 21202 |
| 20 | Eric D. Goldberg<br>1901 Avenue of the Stars, 12th | Raymond W. Battaglia<br>OPPENHEIMER, BLEND |
| 21 | Floor<br>Los Angeles, CA 90067 | HARRISON & TATE, INC.<br>711 Navarro, Sixth Floor |
| 22 | Stephen W. Spence | San Antonio, Texas 78205 |
| 23 | 1200 N. Broom St.<br>Wilmington, DE 19806 | Darryl S. Laddin<br>Frank N. White |
| 24 | Kenneth C. Johnson | Arnall Golden Gregory LLP<br>171 17th Street NW, Suite 2100 |
| 25 | 100 S. Third St.<br>Columbus, OH 43215 | Atlanta, Georgia 30363 |
| 26 | | Scott A. Stengel<br>ORRICK, HERRINGTON & SUTCLIFFE |
| 27 | | LLP<br>Columbia Center |
| 28 | | 1152 15th Street, N.W.<br>Washington, D.C. 20005-1706 |

| | | |
|---|---|---|
| 1 | Bonnie Holly | Michael A. Condyles |
| | PO Box 2016 | KUTAK ROCK LLP |
| 2 | Bartow, FL 33831 | 1111 East Main Street, Suite 800 |
| | | Richmond, Virginia 23219-3500 |
| 3 | Mark Stromberg | |
| | Two Lincoln Centre | Jeremy W. Ryan, Esq. |
| 4 | 5420 LBJ Freeway, Suite 300 | Saul Ewing LLP |
| | Dallas, TX 75240 | 222 Delaware Avenue |
| 5 | | P.O. Box 1266 |
| | Christopher A. Camardello | Wilmington, DE 19801 |
| 6 | 225 S. Sixth St. | |
| | Suite 3500 | Edith K. Altice, Esq. |
| 7 | Minneapolis, MN 55402 | Saul Ewing LLP |
| | | Lockwood Place |
| 8 | Ernie Zachary Park | 500 East Pratt Street, Suite 900 |
| | 13215 E. Penn St. | Baltimore, MD 21202-3171 |
| 9 | Suite 510 | |
| | Whittier, CA 90602 | Paul Rubin |
| 10 | | Two Park Ave. |
| | John J. Lamoureux, Esquire | New York, NY 10016 |
| 11 | CARLTON FIELDS, P. A. | |
| | 4221 West Boy Scout Blvd. | Ruth Weinstein |
| 12 | 10th Floor | 1 Canon Plaza |
| | Tampa, Florida 33607-5736 | Lake Success, NY 11042 |
| 13 | PO Box 3239 | |
| | Tampa, Florida 33601-3239 | Andrew Herenstein |
| 14 | | 535 Madison Ave. |
| | Wanda Borges, Esq. | New York, NY 10022 |
| 15 | Borges & Associates, LLC | |
| | 575 Underhill Blvd., Suite 118 | Daniel J. Ansell |
| 16 | Syosset, NY 11791 | 200 Park Ave. |
| | | New York, NY 10166 |
| 17 | Jennifer V. Doran, Esq. | |
| | Hinckley, Allen & Snyder LLP | Christine D. Lynch, Esq. |
| 18 | 28 State Street | Peter D. Bilowz, Esq. |
| | Boston, MA 02109 | GOULSTON & STORRS, P.C. |
| 19 | | 400 Atlantic Avenue |
| | Augustus C. Epps, Jr., Esquire | Boston, MA 02110-3333 |
| 20 | Christian & Barton, L.L.P. | |
| | 909 E. Main Street, Suite 1200 | Michelle Leeson |
| 21 | Richmond, Virginia 23219 | PO Box 25300 |
| | | Bradenton, FL 34206 |
| 22 | Steven J. Adams, Esquire | |
| | Stevens & Lee, PC | Daniel T. Powers |
| 23 | 111 North Sixth Street | PO Box 8321 |
| | Reading, Pennsylvania 19603 | Savannah, GA 31412 |
| 24 | | |
| | Mike Lynch | Deborah H. Devan, Esquire |
| 25 | One Tower Square, 5MN | Neuberger, Quinn, Gielen, Rubin & |
| | Hartford, CT 06183 | Gibber, P.A. |
| 26 | | One South Street, 27th Floor |
| | Lloyd B. Sarakin | Baltimore, Maryland 21202-3282 |
| 27 | 1 Sony Dr., MD #1E-4 | |
| | Park Ridge, NJ 07656 | |
| 28 | | |

1  ANNE MILGRAM                        Michael S. Kogan
   Attorney General of New Jersey     9401 Wilshire Blvd., 9th Floor
2  Richard J. Hughes Justice Complex  Beverly Hills, CA 90212
   25 Market Street
3  P.O. Box 106                       Jess R. Bressi
   Trenton, New Jersey 08625-0119     19800 MacArthur Blvd.
4                                     Suite 500
   Laura A. Otenti, Esquire           Irvine, CA 92612
5  Posternak Blankstein & Lund LLP
   Prudential Tower                   Justin D. Leonard
6  800 Boylston Street                BALL JANIK LLP
   Boston, MA 02199                   101 SW Main Street, Suite 1100
7                                     Portland, OR 97204
   Lawrence S. Burnat
8  1100 Peachtree St., NE             Lawrence J. Hilton
   Suite 800                          19900 MacArthur Blvd.
9  Atlanta, GA 30309                  Suite 1050
                                      Irvine, CA 92612
10 Jeffrey A. Krieger
   1900 Avenue of the Stars           Jeffrey J. Graham
11 Suite 2100                         TAFT STETTINIUS & HOLLISTER LLP
   Los Angeles, CA 90067              One Indiana Square, Suite 3500
12                                    Indianapolis, IN 46204
   Peter N. Tamposi
13 547 Amherst St., Suite 204         William C. Crenshaw, Esq.
   Nashua, NH 03063                   Powell Goldstein LLP
14                                    Third Floor
   Michael W. Malter                  901 New York Avenue, NW
15 Binder & Malter LLP                Washington, D.C. 20001
   2775 Park Ave.
16 Santa Clara, CA 95050              G. David Dean
                                      300 East Lombard St.
17 Jeffrey N. Pomerantz, Esquire      Suite 2000
   Pachulski Stang Ziehl & Jones LLP  Baltimore, MD 21202
18 10100 Santa Monica Blvd.
   11th Floor                         Clement J. Farley
19 Los Angeles, CA 90067-4100         McCARTER & ENGLISH, LLP
                                      Four Gateway Center
20 Robert J. Feinstein, Esquire       100 Mulberry Street
   Pachulski Stang Ziehl & Jones LLP  Newark, New Jersey 07102-4096
21 780 Third Avenue, 36th Floor
   New York, NY 10017                 Ian S. Landsberg, Esq.
22                                    Landsberg Margulies LLP
   Lynn L. Tavenner, Esquire          16030 Ventura Boulevard, Suite
23 Tavenner & Beran, PLC              470
   20 North Eighth Street, 2nd Floor  Encino, California 91436
24 Richmond, Virginia 23219
                                      David K. Spiro
25 William H. Schwarzschild, III      Cantor Arkema, PC
   WILLIAMS, MULLEN                   PO Box 561
26 Two James Center, 16th Floor       1111 E. Main St., 16th Floor
   1021 East Cary Street              Richmond, VA 23218
27 Post Office Box 1320
   Richmond, Virginia 23218-1320
28

1   Samuel S. Oh, Esq.
    Lim, Ruger & Kim, LLP
2   1055 West Seventh Street
    Suite 2800
3   Los Angeles, CA 90017

4   Christopher Combest, Esq.
    500 West Madison Street, Suite
5   3700
    Chicago, IL 60661
6
    Michael P. Falzone
7   PO Box 500
    Richmond, VA 23218
8
    Benjamin C. Ackerly
9   HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower
10  951 E. Byrd Street
    Richmond, VA 23219
11
    Michael S. Fox, Esq.
12  Olshan Grundman Frome Rosenzweig
    & Wolosky LLP
13  Park Avenue Tower
    65 East 55th Street
14  New York, New York 10022

15  C. Thomas Ebel
    801 E. Main Street
16  Richmond, VA 23219

17  Albert A. Ciardi, III
    One Commerce Square, Suite 1930
18  2005 Market St.
    Philadelphia, PA 19103
19
    Seth A. Drucker
20  2290 First National Building
    660 Woodward Ave.
21  Detroit, MI 48226

22  James A. Pardo, Jr.
    Thaddeus D. Wilson
23  King & Spalding LLP
    1180 Peachtree Street
24  Atlanta, Georgia 30309

25  Rudolph J. Di Massa, Jr.
    Duane Morris LLP
26  30 South 17th Street
    Philadelphia, Pennsylvania 19103
27

28

Larry Stopol, Esquire
Levy, Stopol & Camelo, LLP
1425 RexCorp Plaza
Uniondale, NY 11556-1425

Malcolm M. Mitchell, Jr.
Vorys, Sater, Seymour and Pease
LLP
277 South Washington Street
Suite 310
Alexandria, VA 22314

Christopher M. Alston
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101

R. Timothy Bryan
Patton Boggs LLP
8484 Westpark Dr., 9th Floor
McLean, VA 22102

John G. McJunkin, Esquire
McKenna Long & Aldridge LLP
1900 K Street, NW
Washington, DC 20006

Timothy A. Bortz
625 Cherry St., Room 203
Reading, PA 19602

Neil D. Goldman
510 King St.
Suite 416
Alexandria, VA 22313

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

Michael F. McGrath
4545 IDS Center
80 s. Eighth St.
Minneapolis, MN 55402

Ann E. Schmitt
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175

Colorado Structures, Inc.
c/o Mary E. Olden, Esq.
McDonough, Holland & Allen PC
555 Capitol Mall, Suite 950
Sacramento, CA 95814

| | |
|---|---|
| 1 | Douglas D. Kappler<br>1888 Century Park East<br>Suite 1500<br>Los Angeles, CA 90067 | Gennan YusufovlTerri A. Roberts<br>Deputy County Attorneys<br>32 North Stone Avenue, Suite 2100<br>Tucson, Puizona 85701 |

1  Douglas D. Kappler
   1888 Century Park East
2  Suite 1500
   Los Angeles, CA 90067
3
   Lionel J. Postic
4  125 Townpark Dr.
   Suite 300
5  Kennesaw, GA 30144

6  Anthony J. Cichello
   600 Atlantic Ave.
7  Boston, MA 02210

8  Paul K. Campsen
   150 West Main St.
9  Suite 2100
   Norfolk, VA 23510
10
   Donald K. Ludman
11 6 N. Broad St., Suite 100
   Woodbury, NJ 08096
12
   Jeffrey L. Tarkenton
13 WOMBLE CARLYLE SANDRIDGE & RICE,
   PLLC
14 1401 Eye Street, NW, 7th Floor
   Washington, D.C. 20005
15
   Michael P. Falzone
16 PO Box 500
   Richmond, VA 23218
17
   Thomas G. King
18 One Moorsbridge Road
   PO Box 4010
19 Kalamazoo, MI 49003-4010

20 Sara B. Eagle, Esq.
   Pension Benefit Guaranty
21 Corporation
   Office of the Chief Counsel
22 1200 K Street, N.W.
   Washington, D.C. 20005-4026
23
   Mark E. Browning
24 Assistant Attorney General
   Texas Attorney General's Office
25 P.O. Box 12548
   Austin, TX 78711-2548
26
   William A. Broscious, Esquire
27 KEPLEY BROSCIOUS & BIGGS, PLC
   7201 Glen Forest Drive, Suite 102
28 Richmond, Virginia 23226

Gennan YusufovlTerri A. Roberts
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Puizona 85701

John P. Dillman
PO Box 3064
Houston, TX 77253

Steven H. Newman
605 Third Ave., 16th Floor
New York, NY 10158

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease
LLP
52 East Gay Street
Columbus, Ohio 43215

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020

David D. Hopper, Esquire
Cook, Heyward, Lee, Hopper &
Feehan, P.C.
4551 Cox Road, Suite 210
P. O. Box 3059
Glen Allen, Virginia 23058-3059

Andrew M. Brumby
Post Office Box 4956
Orlando, Florida 32802-4956

Janet M. Meiburger, Esq.
The Meiburger Law Firm, P.C.
1493 Chain Bridge Road, Suite 201
McLean, Virginia 22101

Garry M. Graber
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202

Robin S. Abramowitz
Melville Law Center
225 Old Country Road
Melville, N.Y. 11747-2712

| | |
|---|---|
| Edmond P. O'Brien<br>675 Third Ave.<br>31st Floor<br>New York, NY 10017 | Stephen A. Metz, Esquire<br>Shulman, Rogers, Gandal, Pordy &<br>Ecker, P.A.<br>11921 Rockville Pike, Suite 300<br>Rockville, Maryland 20852-2743 |
| Augustus C. Epps, Jr., Esquire<br>Christian & Barton, L.L.P.<br>909 E. Main Street, Suite 1200<br>Richmond, Virginia 23219 | Hale Yazicioglu, Esq.<br>Jaspan Schlesinger LLP<br>300 Garden City Plaza<br>Garden City, New York 11530 |
| David R. McFarlin, Esq.<br>Wolff, Hill, McFarlin & Herron,<br>P.A.<br>1851 W. Colonial Drive<br>Orlando, FL 32804 | German Yusufov<br>PIMA COUNTYATTORNEY'S OFFICE<br>32 N. Stone Ave., Ste. 2100<br>Tucson, AZ 85701 |
| Michael A. Condyles, Esquire<br>KUTAK ROCK LLP<br>1111 East Main Street, Suite 800<br>Richmond, Virginia 23219-3500 | William H. Schwarzchild<br>Two James Center, 16th Floor<br>1021 East Cary St.<br>PO Box 1320<br>Richmond, VA 23218 |
| Robert S. Westermann, Esq.<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074 | C. Thomas Ebel, Esquire<br>Sands Anderson Marks & Miller,<br>P.C.<br>801 East Main Street, Suite 1800<br>Post Office Box 1998<br>Richmond, Virginia 23219 |
| Paul J. Pascuzzi<br>FELDERSTEIN FITZGERALD<br>WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814 | J. Bennett Friedman<br>Hamburg, Karic, Edwards & Martin<br>LLP<br>1900 Avenue of the Stars, Suite<br>1800<br>Los Angeles, California 90067 |
| Dexter D. Joyner<br>4701 Preston Ave<br>Pasadena, Texas 77505 | |
| Kevin M. Newman<br>308 Maltie St., Suite 200<br>Syracuse, NY 13204 | Augustus C. Epps, Jr., Esquire<br>Christian & Barton, L.L.P.<br>909 E. Main Street, Suite 1200<br>Richmond, Virginia 23219 |
| William L. Wallander<br>VINSON & ELKINS L.L.P.<br>2001 Ross Avenue, Suite 3700<br>Dallas, Texas 75201-2975 | Stephen E. Leach<br>LEACH TRAVELL BRITT pc<br>8270 Greensboro Drive, Suite 1050<br>McLean, Virginia 22102 |
| | Sheila L. Shadmand, Esq.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113 |

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.,
Suite 800
Atlanta, Georgia 30309-3053

John B. Price
250 W. Main St., Ste. 1600
Lexington, KY 40507

Ken Coleman
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020

Benjamin C. Ackerly
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

Thomas G. Yoxall
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201

Elizabeth C. Freeman
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street, Suite 3400
Houston, Texas 77002

Gregg S. Kleiner
101 California St., 5th Floor
San Francisco, CA 94111

Kimbell D. Gourley
The 9th and Idaho Center
225 N. 9th St., Ste. 820
PO Box 1097
Boise, ID 83701

Edmond P. O'Brien
675 Third Ave., 31st Floor
New York, NY 10017

Suzanne Jett Trowbridge
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301

Roy S. Kobert
390 N. Orange Ave.
Suite 1400
Orlando, FL 32801

Wayne R. Terry
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

Lei Lei Wang Ekvall
650 Town Center Dr.
Suite 950
Costa Mesa, CA 92626

C. Thomas Ebel
801 E. Main St.
Richmond, VA 23219

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

William H. Ramsey, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Mary A. House
1333 New Hampshire Ave., NW
Washington, DC 20036

William A. (Trey) Wood, III
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

SEYFARTH SHAW LLP
Robert W. Dremluk, Esq.
620 Eighth Avenue
New York, New York 10018

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Byron Z. Moldo
2029 Century Park East
21st Floor
Los Angeles, CA 90067

Christopher Desiderio
437 Madison Ave.
New York, NY 10022

Michael R. Dal Lago
909 Third Avenue
New York, New York 10022

Louis Benza, Esq.
10022 15 Metro Tech Center
6th Floor
Brooklyn, New York 11201

Gary M. Kaplan
Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
Three Embarcadero Center, 7th
Floor
San Francisco, California 94111-
4065

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 10178-0600

Andrew L. Cole
Franklin & Prokopik, P.C.
The B & O Building
Two N. Charles Street, Suite 600
Baltimore, MD 21201

Henry P. Baer, Jr., Esq.
Finn Dixon & Herling LLP
177 Broad Street
Stamford, CT 06901-2048

Ramesh Singh
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Lisa Taylor Hudson, Esquire
Sands Anderson Marks & Miller,
P.C.
801 E. Main Street, Suite 1800
P.O. Box 1998
Richmond, VA 23219

Jordan M. Humphreys
Ford, Parshall & Baker
3210 Bluff Creek
Columbia, MO 65201

Anthony J. Cichello
600 Atlantic Ave.
Boston, MA 02210

Gail B. Price
2600 Mission St.
Suite 206
San Marino, CA 91108

Adam K. Keith, Esq.
Honigman Miller Schwartz and Cohn
LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Timothy W. Brink, Esq.
203 North LaSalle Street, Suite
1900
Chicago, IL 60601

Anne Braucher, Esq.
500 Eighth Street, NW
Washington, DC 20004

Rebecca L. Saitta
Wiley Rein LLP
7925 Jones Branch Drive, Suite
6200
McLean, Virginia 22102

James A. Wagner
Wagner Choi & Verbrugge
745 Fort Street, Suite 1900
Honolulu, Hawaii 96813

George Rosenberg,
S. Prince Street
Littleton, CO 80166

1

2  Richard I. Hutson, Esq.
   Fullerton & Knowles, P .C .
3  12644 Chapel Road Suite 20 6
   Clifton, Virginia 20124

4  Amy Pritchard Williams
5  Hearst Tower, 47th Floor
   214 North Tryon Street
6  Charlotte, North Carolina 28202

7  Gabriela P. Cacuci
   100 Church Street, Room 5-223
8  New York, New York 10007

9  Joseph R. Sgroi, Esq.
10 Honigman Miller Schwartz and Cohn
   LLP
11 2290 First National Building
   660 Woodward Avenue, Suite 2290
12 Detroit, MI 48226

13 Ashley M. Chan
   One Logan Square, 27th Floor
14 Philadelphia, PA 19103

15
   Thomas W. Daniels
16 1265 Scottsville Rd.
   Rochester, NY 14624
17
   Jason Binford
18 Haynes and Boone, LLP
   2323 Victory Avenue, Suite 700
19 Dallas, Texas 75219

20 Michael F. Ruggio
21 1152 15th St. NW
   Suite 800
22 Washington, DC 20005

23 Ronald G. Dunn, Esq.
   Gleason, Dunn, Walsh & O'Shea
24 40 Beaver Street
   Albany, New York 12207
25
   William A. Broscious, Esquire
26 KEPLEY BROSCIOUS & BIGGS, PLC
   7201 Glen Forest Drive, Suite 102
27 Richmond, Virginia 23226

28

Paul A. Driscoll
PENDER & COWARD, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462

Gregory D. Grant, Esquire
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
11921 Rockville Pike, Suite 300
Rockville, Maryland 20852

Paul K. Campsen
150 West Main St.
Suite 2100
Norfolk, VA 23510

Bernstein Law Firm, P.C.
Attn: Stacey Suncine
Suite 2200 Gulf Tower
Pittsburgh, PA 15219

Rhysa Griffith South, Esquire
Office of the County Attorney
County of Henrico
P.O. Box 90775
Henrico, Virginia 23273-0775

Vivieon E. Kelley
Bank of America Plaza, Suite 5200
600 Peachtree Street N.E.
Atlanta, Georgia 30308-2216

Jennifer M. McLemore
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219

Heath B. Kushnick
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166

Sara L. Chenetz
601 S. Figueroa St.
Suite 2500
Los Angeles, CA 90017

Peter J. Gurfein
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

Mary A. House
Catherine E. Creely
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Nicholas M. Miller, Esq.
DLA Piper LLP (US)
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Anne Braucher, Esq.
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004

Eric C. Cotton, Esquire
Developers Diversified Realty
Corporation
3300 Enterprise Parkway
P.O. Box 228042
Beachwood, Ohio 44122

William F. Gray Jr., Esq.
Torys LLP
237 Park Avenue
New York, New York 10017

Howard, Rice, Nemerovski, Canady,
Falk & Rabkin
Attn: Gary M. Kaplan, Esq.
Three Embarcadero Center, 7th
Floor
San Francisco, California 94111-
4065

Mitchell B. Weitzman, Esquire
BEAN, KINNEY & KORMAN, P.C.
2300 Wilson Boulevard, 7th Floor
Arlington, Virginia 22201

Lauren Lonergan Taylor
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Hollace Topol Cohen
Vivieon E. Kelley
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174

John Lucian, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

Erica S. Zaron
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clark Center
111 N. W. First Street
Miami, FL 33128-1993

Eric J. Snyder
SILLER WILK LLP
675 Third Avenue
New York, New York 10017-5704

Ron C. Bingham, II, Esq.
STITES & HARBISON, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308

Denyse Sabagh, Esquire
Duane Morris LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166

Matthew E. Hoffman, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103

Peter E. Strniste
Robinson & Cole 1
280 Trumbull Street
Hartford, CT 06103

Neil R. Lapinski
1000 West Street
Suite 1440
Wilmington, DE 19899

Douglas R. Gonzales
200 East Broward Blvd.
Suite 1900
Fort Lauderdale, FL 33301

Dennis J. Drebsky
Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, New York 10022

Menachem O. Zelmanovitz
101 Park Ave.
New York, NY 10178

Michael P. Falzone
PO Box 500
Richmond, VA 23218

Madeline C. Wanslee
201 E. Washington St.
Suite 800
Phoenix, AZ 85004

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, New York 10022

Louis Benza, Esq.
Senior Executive Counsel
Empire Blue Cross Blue Shield
15 Metro Tech Center
6th Floor
Brooklyn, New York 11201

Rebecca L. Saitta, Esquire
Wiley Rein LLP
7925 Jones Branch Drive
Suite 6200
McLean, Virginia 22102

John E. Hilton
120 S. Central
Suite 1800
Clayton, Missouri 63105

Rhett Petcher
Seyfarth Shaw LLP
975 F. Street NW
Washington D.C. 20004

Peter C. Hughes
1500 Market St.
Suite 3500E
Philadelphia, PA 19103

Christopher L. Perkins
LeClairRyan, A Professional
Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, 8th Floor
Post Office Box 2499
Richmond, Virginia 23218-2499

Joon M. Khang
1901 Avenue of the Stars
2nd Floor
Los Angeles, CA 90067

Gary T. Holtzer
767 Fifth Ave.
New York, NY 10153

Brenda Moody Whinery, Esq.
MESCH, CLARK & ROTHSCHILD, P.C.
259 N Meyer Avenue
Tucson AZ 85701

Wendy M. Mead
11 Pleasant St.
Suite 30
Worcester, MA 01609

TKG Coffee Tree, L.P.
c/o Eugene Chang
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Victoria A. Reardon
Cadillac Place, Ste. 10-100
3030 W. Grand Blvd.
Detroit, MI 48202

Walter W. Kelley
PO Box 70879
Albany, GA 31708

Michael J. Darlow
1235 North Loop West
Suite 600
Houston, TX 77008

16

| | |
|---|---|
| Lawrence A. Katz<br>Venable LLP<br>8010 Towers Crescent Drive, Suite 300<br>Vienna, Virginia 22182-2707 | Dominic L. Chiariello<br>CHIARIELLO & CHIARIELLO<br>118-21 Queens Boulevard<br>Forest Hills, New York 11375 |
| Linda D. Regenhardt<br>Gary & Regenhardt PLLC<br>8500 Leesburg Pike, Suite 7000<br>Vienna, Virginia 22182-2409 | Plazas Las Americas, Inc.<br>Attn: James H. Rollins<br>One Atlantic Center<br>Suite 2000<br>1201 W. Peachtree St.<br>Atlanta, GA 30309 |
| Davor Rukavina<br>500 N. Akard St.<br>Suite 3800<br>Dallas, TX 75201 | Kurt M. Kobiljak<br>Edelson Building, Suite 200<br>Wyandotte, Michigan 48192 |
| David McCall<br>777 East 15th St.<br>Plano, TX 75074 | Aaron R. Cahn<br>2 Wall St.<br>New York, NY 10005 |
| Betsy Johnson Burn<br>PO Box 11070<br>Columbia, SC 29201 | J. Scott Douglass<br>909 Fannin<br>Suite 1800<br>Houston, TX 77010 |
| Travis A. Sabalewski<br>REED SMITH LLP<br>Riverfront Plaza- West Tower<br>901 E. Byrd St.<br>Suite 1700<br>Richmond, VA 23219 | Christopher B. Mosley<br>1000 Throckmorton St.<br>Fort Worth, TX 76102 |
| Kurt F. Gwynne<br>REED SMITH LLP<br>1201 N. Market St.<br>Suite 1500<br>Wilmington, DE 19801 | Robert E. Greenberg<br>1101 Seventeenth St., NW<br>Suite 700<br>Washington, DC 20036 |
| Joseph D. Frank<br>Jeremy C. Kleinman<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Michael K. McCrory, Esquire<br>BARNES&THORNBURG LLP<br>11 SouthMeridian Street<br>Indianapolis, Indiana 46204<br><br>Noelle M. James, Esquire<br>CHRISTIAN & BARTON, LLP<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219 |
| PriceGrabber.com Inc.<br>Attn: Katerina Canyon<br>5150 Goldleaf Circle, 2nd Floor<br>Los Angeles, California 90056 | Richard I. Hutson, Esq.<br>Fullerton & Knowles, P.C.<br>12644 Chapel Road Suite 206<br>Clifton, Virginia 20124 |

17

| | | |
|---|---|---|
| 1 | GIBBONS P.C. | James E. Clarke |
| 2 | Mark B. Conlan, Esq. | Draper & Goldberg, PLLC |
|   | One Gateway Center | 803 Sycolin Road, Suite 301 |
| 3 | Newark, New Jersey 07102-5310 | Leesburg, Virginia 20175 |
| 4 | James M. Lewis, Esquire | Linda D. Regenhardt |
|   | Holland & Knight LLP | Gary & Regenhardt PLLC |
| 5 | 1600 Tysons Boulevard, Suite 700 | 8500 Leesburg Pike, Suite 7000 |
|   | McLean, Virginia 22102 | Vienna, Virginia 22182-2409 |
| 6 | | |
| 7 | Robert R. Musick | Michael P. Falzone |
|   | *Thompson*McMullan, P.C. | PO Box 500 |
|   | 100 Shockoe Slip | Richmond, VA 23218 |
| 8 | Richmond, Virginia 23219 | |
| 9 | | Robert C. Edmundson |
|   | CB Blackard | Office of Attorney General |
| 10 | 301 E. Dave Ward Dr. | 564 Forbes Avenue, 5th Floor, |
|   | PO Box 2000 | Manor Bldg. |
| 11 | Conway, AR 72033 | Pittsburgh, PA 15219 |
| 12 | Donald G. Scott | Alberto Burnstein |
|   | 605 W. 47th St. | 140 W. Flagler St. |
| 13 | Suite 350 | Suite 1403 |
|   | Kansas City, MO 64112 | Miami, FL 33130 |
| 14 | | |
| 15 | Christi M. Carrano | DelBello Donnellan Weingarten |
|   | 270 Quinnipac Ave. | One North Lexington Ave. |
| 16 | North Haven, CT 06473 | White Plaints, NY 10601 |
| 17 | Terri L. Gardner | Gary V. Fulghum |
|   | Anitra Goodman Royster | 2800 Commerce Tower, 911 Main |
| 18 | Nelson Mullins Riley & | Kansas City, MO 64105 |
|   | Scarborough LLP | |
| 19 | 4140 Parklake Avenue | Brian T. Hanlon |
| 20 | Raleigh, NC 27612 | Post Office Box 3715 |
|   | | West Palm Beach, Florida 33402 |
| 21 | Tennessee Department of Revenue | |
|   | c/o TN Attorney General's Office | Linda D. Regenhardt |
| 22 | Bankruptcy Division | Gary & Regenhardt PLLC |
|   | PO Box 20207 | 8500 Leesburg Pike, Suite 7000 |
| 23 | Nashville, Tennessee 37202-0207 | Vienna, Virginia 22182-2409 |
| 24 | Judy Gawlowski | W. Joel Charboneau |
|   | 200 Allegheny Center Mall | Magee, Foster, Goldstein & |
| 25 | Pittsburgh, Pa. 15212 | Sayers, P.C. |
| 26 | | Post Office Box 404 |
|   | Troy Savenko, Esquire | Roanoke, Virginia 24003 |
| 27 | Gregory Kaplan, PLC | |
|   | 7 East Second Street | |
| 28 | Post Office Box 2470 | |
|   | Richmond, VA 23218-2470 | |

| | |
|---|---|
| Paul A. Driscoll<br>PENDER & COWARD, P.C.<br>222 Central Park Avenue<br>Suite 400<br>Virginia Beach, VA 23462 | Matthew Righetti<br>456 Montgomery St., Ste. 1400<br>San Francisco, CA 94104 |
| Michael P. Falzone<br>PO Box 500<br>Richmond, VA 23218 | Joel T. Marker<br>170 South Main<br>Suite 800<br>Salt Lake City, UT 84101 |
| Christopher A. Camardello<br>225 South Sixth St.<br>Suite 3500<br>Minneapolis, MN 55402 | Darlene M. Nowak<br>Marcus & Shapira LLP<br>35th Floor, One Oxford Center<br>301 Grant Street<br>Pittsburgh, PA 15219 |
| Edward L. Rothberg<br>Jessica L. Hickford<br>11 East Greenway Plaza<br>Suite 1400<br>Houston, Texas 77046 | Lawrence H. Glanzer, Esquire<br>Roussos, Lassiter, Glanzer &<br>Marcus, P.L.C.<br>580 East Main Street, Suite 300<br>Norfolk, VA 23510 |
| Shawn M. Christianson, Esq.<br>Buchalter Nemer, A Professional<br>Corporation<br>333 Market Street, 25th Floor<br>San Francisco, California 94105 | Rhett Petcher<br>Seyfarth Shaw LLP<br>975 F. Street NW<br>Washington D.C. 20004 |
| Michael P. Falzone<br>PO Box 500<br>Richmond, VA 23218 | Karen L. Gilman<br>WOLFF & SAMSON PC<br>One Boland Drive<br>West Orange, New Jersey 07052 |
| Frederick Black<br>Tara B. Annweiler<br>Greer, Herz & Adams, LLP<br>One Moody Plaza, 18th Floor<br>Galveston, Texas 77550 | J.R. Smith<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074 |
| Washington Green TIC<br>c/o Bradley S. Copeland<br>PO Box 1758<br>Eugene, OR 97440 | Raul A. Cuervo<br>JORDEN BURT LLP<br>1025 Thomas Jefferson St., N.W.<br>Suite 400 East<br>Washington, DC 20007 |
| Woods Rogers PLC<br>Richard C. Maxwell<br>10 South Jefferson Street<br>Suite 1400<br>P.O. Box 14125<br>Roanoke, Virginia 24038-4125 | Gregory Lee McCall<br>PO Box 9000<br>Forrest City, Arkansas 72336 |

1  Denise Mondell
   Assistant Attorney General
2  P.O. Box 120
3  55 Elm Street, Fourth Floor
   Hartford, CT 06141-0120
4  Valerie L. Marciano
5  JABURG & WILK, P.C.
   3200 N. Central Avenue, Suite
6  2000
   Phoenix, Arizona 85012
7
   JEFF KLUSMEIER
8  Assistant Attorney General
9  P.O. Box 899
   Jefferson City, Missouri 65102
10
   R. Chase Palmer
11 PALMER LAW FIRM, INC.
   P. O. Drawer M
12 Marshall, TX 75671
13 Ann Marie Bredin, Esq.
   DLA Piper LLP (US)
14 203 North LaSalle Street
15 Suite 1900
   Chicago, IL 60601
16
   Shannon E. Hoff
17 301 South College St.
   Suite 2300
18 Charlotte, NC 28202
19
   Brian D. Womac
20 Two Memorial City Plaza
   820 Gessner
21 Suite 1540
   Houston, TX 77024
22
   William A. Gray
23 801 E. Main St.
   Richmond, VA 23219
24
   Paul J. Laurin, Esq.
25 Stephen M. Astor, Esq.
   Laurin & Associates
26 280 South Beverly Drive
27 Suite 304
   Beverly Hills, California 90212
28

Linda J. Brame
P.O. Box 700
Marion, IL 62959

R. Lee Allen, Esq.
Suite 800 Illinois Building
P.O. Box 5131
Springfield, Illinois 62705

Michael J. O'Grady, Esq.
Frost Brown Todd LLC
201 E. Fifth Street
Suite 2200
Cincinnati, OH 45202

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

R. Timothy Brian
8484 Westpark Dr., 9th floor
McLean, VA 22102

Kenneth Miller
9401 Wilshire Blvd.
9th Floor
Beverly Hills, CA 90212

Michael H. Izsak
1505 S. Big Bend Blvd.
St. Louis, MO 63117

Clement & Wheatley
Attn: Darren W. Bentley, Esq.
549 Main Street
P.O. Box 8200
Danville, Virginia 24543-8200

Kenneth B. Roseman
105 W. Madison St.
Suite 810
Chicago, IL 60602

Paul K. Campsen
150 West Main St.
PO Box 3037
Norfolk, VA 23514

Terrance A. Hiller

25800 Northwestern Highway        Michael E. Lacy
Suite 950                         1001 Haxall Point
Southfield, MI 48075              Richmond, VA 23219

Ted A. Berkowitz                  Timothy C. Bass
Farrell Fritz, P.C.               GREENBERG TRAURIG, LLP
1320 RexCorp Plaza                2101 L Street, N.W., Suite 1000
Uniondale, New York 11556-1320   Washington, DC 20037

William D. Buckner                Virginia E. Robinson
3146 Redhill Ave.                 GREENBERG TRAURIG, LLP
Suite 200                         1750 Tysons Boulevard, Suite 1200
Costa Mesa, CA 92626             McLean, VA 22102

Adam R. Nelson, Esquire (VSB No.  Peter J. Carney
39137)                            WHITE & CASE LLP
100 Shockoe Slip, 3rd Floor       3000 El Camino Real
Richmond, Virginia 23219          5 Palo Alto Square, 9th Floor
                                  Palo Alto, CA 94306
Elizabeth A. Elam
6000 Western Place
Suite 200                         J. Seth Moore
I-30 @ Bryant-Irvin Rd.           1700 Pacific Ave.
Fort Worth, TX 76107              Suite 4400
                                  Dallas, TX 75201

Matthew Righetti                  Valerie P. Morrison
456 Montgomery St.                7925 Jones Branch Dr.
Suite 1400                        Suite 6200
San Francisco, CA 94104          McLean, VA 22102

Paul M. Black, Esq.               Albert F. Quintrall
Spilman Thomas & Battle, PLLC     1550 Hotel Circle North
P. O. Box 90                      Suite 120
Roanoke, VA 24002                San Diego, CA 92108

Sara L. Chenetz, Esq.             Penny R. Stark
Sonnenschein Nath & Rosenthal LLP 17 Bon Pinck Way
601 South Figueroa Street         East Hampton, NY 11937
Suite 2500
Los Angeles, CA 90017-5704        Joseph M. DuRant, Deputy City
                                  Attorney
Troy Savenko, Esquire             Office of the City Attorney
Gregory Kaplan, PLC               City of Newport News, Virginia
7 East Second Street (23224-4253) 2400 Washington Avenue, 9th Floor
Post Office Box 2470              Newport News, VA 23607
Richmond, VA 23218-2470


J. Seth Moore
1700 Pacific Ave.
Suite 4400
Dallas, TX 75201

| | |
|---|---|
| 1 | Henry (Toby) P. Long III |
| | Thomas N. Jamerson |
| 2 | Hunton & Williams, LLP |
| | Riverfront Plaza, East Tower |
| 3 | 951 East Byrd Street |
| | Richmond, VA 23219-4074 |

Henry (Toby) P. Long III
Thomas N. Jamerson
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074

Kern County Treasurer-Tax
Collector
Attn: Bankruptcy Div.
c/o Angelica Leon
PO Box 579
Bakersfield, CA 93302

Linda J. Brame
P.O. Box 700
Marion, IL 62959

W. Joel Charboneau, Esq.
Magee, Foster, Goldstein &
Sayers, P.c.
Post Office Box 404
Roanoke, Virginia 24003-0404

Gordon S. Woodward, Esquire
SCHNADER HARRISON SEGAL & LEWIS
LLP
750 9th Street, NW
Suite 550
Washington, DC 20001-4534

Millman 2000 Charitable Trust
Attn: David Bennett
2400 Cherry Creek Drive South
Suite 7002
Denver, Colorado 80209-3261

Valerie P. Morrison, Esquire
Dylan G. Trache, Esquire
Wiley Rein LLP
7925 Jones Branch Drive, Suite
6200
McLean, Virginia 22102

Valerie L. Marciano
JABURG & WILK, P.C.
3200 N. Central Avenue, Suite
2000
Phoenix, Arizona 85012

Richard E. Hagerty
Troutman Sanders LLP
1660 International Dr.
Suite 600
McLean, VA 22102

Nancy Hotchkiss, Esq.
Trainor Fairbrook
980 Fulton Avenue
Sacramento, California 95825

Paul K. Campsen
150 W. Main St., Ste. 2100
Norfolk, VA 23510

Troy Savenko, Esquire
Gregory Kaplan, PLC
7 East Second Street (23224-4253)
Post Office Box 2470
Richmond, VA 23218-2470

Penny R. Stark
9861 Sunrise Lakes Blvd.
Suite 308
Sunrise, FL 33322

Robert S. Westermann
PO Box 500
Richmond, VA 23218

Michael E. Hastings, Esquire
LeClairRyan, A Professional
Corporation
1800 Wachovia Tower, Drawer 1200
Roanoke, Virginia 24006

William H. Schwarzchild, III
Two James Center, 16th Floor
1021 East Cary St.
PO Box 1320
Richmond, VA 23218

Ann K. Crenshaw
2101 Parks Ave., Ste. 700
Virginia Beach, VA 23415

Adam R. Nelson, Esquire
Thompson McMullan, P.C.
100 Shockoe Slip, 3rd Floor
Richmond, Virginia 23219

```
 1  Daniel R. Sovocool              Louis E. Dolan, Jr.
    Louis J. Cisz, III              NIXON PEABODY LLP
 2  Gina M. Fornario                One Embarcadero Center
    NIXON PEABODY LLP               18th Floor
 3  One Embarcadero Center          San Francisco, California 94111
    18th Floor
 4  San Francisco, California 94111
                                    David V. Cooke
 5                                  201 W. Colfax Ave.
    Ricmac Equities Corporation     Dept. 1207
 6  6 Harbour Point Dr.             Denver, CO 80202
    Northport, NY 11768
 7                                  Michael P. Falzone
    Jeremy S . Friedberg , Esq.     PO Box 500
 8  Leitess Leitess Friedberg +     Richmond, VA 23218
    Fedder PC
 9  One Corporate Center            Nicholas M. Miller
10  10451 Mi ll Run Circle          Neal, Gerber & Eisenberg LLP
    Suite 1000                      Two North LaSalle Street, Suite
11  Owings Mills, Maryland 21117    1700
                                    Chicago, IL 60602
12  Malcolm M. Mitchell, Jr.
    Kara D. Lehman                  Ann K. Crenshaw
13  Vorys, Sater, Seymour and Pease 2101 Parks Ave.
    LLP                             Suite 700
14  277 South Washington Street     Virginia Beach, VA 23415
    Suite 310
15  Alexandria, VA 22314            Stephan W. Milo
                                    125 S. Augusta St.
16                                  Suite 2000
    Caroline R. Djang               Staunton, VA 24401
17  1900 Avenue of the Stars
    7th Floor                       LeGrand L. Clark
18  Los Angeles, CA 90067           302 W. Washington St.
                                    Indianapolis, IN 46204
19  Darrell W. Clark
    STINSON MORRISON HECKER LLP      Louis J. Cisz, III
20  1150 18thStreet, NW             NIXON PEABODY LLP
    Suite 800                       One Embarcadero Center
21  Washington, DC 20036-3816       18th Floor
                                    San Francisco, CA 94111
22
    Chris L. Dickerson, Esq.        Robert B. Van Arsdale
23  333 West Wacker Drive           Office of the United States
    Chicago, Illinois 60606         Trustee
24  Ann K. Crenshaw                 702 East Broad Street
    2101 Parks Ave.                 Suite 4304
25  Suite 700                       Richmond, Virginia 23219-1888
    Virginia Beach, VA 23415
26
27  Kimo C. Leong
    737 Bishop St., # 2060
28  Honolulu, HI 96813
```

Michelle Mosier
Circuit City Stores Inc
4951 Lake Brook Drive
5th floor
Glen Allen, Virginia 23060

Gregg M. Galardi
Skadden, Arps, Slate, Meagher and Flom
One Rodney Square
P.O. Box 636
Wilmington, De 19899-0636

Chris Dickerson
Skadden, Arps, Slate, Meagher and Flom
155 North Wacker Drive
Chicago, IL 60606