Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - - - x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| CIRCUIT CITY STORES, INC., : | 1Case No. 08-35653 (KRH) |
| et al., : | |
| : | |
| Debtors. : | Jointly Administered |

- - - - - - - - - - - - - - - x

**ORDER DENYING VERIFIED MOTION TO RECONSIDER (A) ORDER DENYING MOTION OF RYAN, INC. f/k/a RYAN & COMPANY, INC. TO COMPEL DEBTOR TO ASSUME EXECUTORY CONTRACT AND (B) ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(A) AND 365(A) AND BANKRUPTCY RULE 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY CONTRACT WITH RYAN, INC.**

This matter having come before the Court upon the Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. ("Ryan")

to Compel the Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract with Ryan, Inc. (Docket No. 6955) (the "Motion") and the Debtors' Objection to the Motion (Docket No. 7256); and a hearing having been held on April 29, 2010 (the "Hearing"), and this Court having fully considered the record before it; and after due deliberation thereon; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is DENIED for the reasons set forth on the record at the Hearing.

Dated:  Richmond, Virginia

\_\_\_\_May 11 2010_____, 2010

/s/ Kevin Huennekens
_____
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: May 11 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              Counsel to the Debtors
              and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                    /s/ Douglas M. Foley
                    Douglas M. Foley

\11210173

3

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1             Date Rcvd: May 11, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on May 13, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 13, 2010**                    **Signature:** _Joseph Speetjens_