

# LAW OFFICE OF PAUL E. BURNS
### Attorneys at Law
133 West Grand River
Brighton, Michigan 48116
(810) 227-5000   FAX (810) 220-5895

Paul E. Burns
Matthew M. Hagerty
Bradford L. Maynes

May 12, 2010

**VIA OVERNIGHT DELIVERY**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, VA 23219

RICHMOND DIVISION
FILED MAY 13 2010
CLERK
US BANKRUPTCY COURT

Re:   Circuit City Stores, Inc., et al – Bankruptcy
      Case No. 08-35653 (KRH)

Dear Clerk:

Enclosed for filing, please find the following documents with regard to the above-referenced case:

1. Creditor, City of Brighton's Response to Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims; and
2. Proof of Service.

If you have any questions, please do not hesitate to contact my office.

Very truly yours,

Bradford L. Maynes

BLM:cs
encls
cc:   All Interested Parties

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,
et al.

          Debtors.

Chapter 11
Case No. 08-35653 (KRH)
Jointly Administered

---

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720

Dion W. Hayes (VSB No. 34304)
Douglas M. Foley (VSB No. 34364)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

LAW OFFICE OF PAUL E. BURNS
By: Paul E. Burns
By: Matthew M. Hagerty
By: Bradford L. Maynes
Attorneys for Creditor, City of Brighton
133 West Grand River
Brighton, Michigan 48116
(810) 227-5000

---

**CREDITOR, CITY OF BRIGHTON'S RESPONSE TO DEBTORS'
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE THIRTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS**

Creditor, CITY OF BRIGHTON, by and through its attorneys, LAW OFFICE OF PAUL E. BURNS, by PAUL E. BURNS, MATTHEW M. HAGERTY and BRADFORD L. MAYNES hereby files its Response to Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims, and states as follows:

    1.    The City of Brighton is a Michigan home rule city, located in the County of Livingston, State of Michigan.

2. Pursuant to the General Property Tax Act, Act 206 of 1893, as amended, the City of Brighton is vested with the right, duty and responsibility of assessing and collecting personal property taxes within its boundaries.

3. The assessment of personal property within the City of Brighton is administered by the City Assessor, Ms. Kathy Lupi, who has personal knowledge with respect to all facts regarding assessment.

4. The collection of personal property taxes within the City of Brighton is primarily administered by the City Treasurer, Ms. Fern Jackson, who has personal knowledge with respect to all facts regarding collection of personal property taxes.

5. The Debtor, Circuit City Stores, Inc., et al., conducts or has conducted business in the City of Brighton, County of Livingston, State of Michigan.

6. In December of 2008, the City of Brighton assessed personal property owned by the Defendant and located within the City of Brighton for the purpose of personal property taxes for 2009.

7. The December 2008 assessment by the City of Brighton was made partly or wholly based on the Personal Property Statement voluntarily filed by Debtor.

8. The claims previously made by the City of Brighton in this matter represent the taxes for calendar year 2009, based on the December 2008 assessment.

9. Debtor is currently protesting its assessment for the previous tax year, 2008, before the Michigan Tax Tribunal.

10. Per MCL 205.731, as Debtor is no doubt aware per its 2008 appeal, the Michigan Tax Tribunal has "exclusive and original jurisdiction over … A proceeding for a refund or

redetermination of a tax levied under the property tax laws" of the state of Michigan. A copy of MCL 205.731 is attached hereto as Exhibit A.

11.   The claim of the City of Brighton, therefore, is not, as alleged by Debtor, that this Court should abstain – it is that this Court entirely lacks jurisdiction over the subject matter in question, and can not hear the matter accordingly.

12.   Accordingly, the City of Brighton requests that this Court deny Debtor's Motion, for tax year 2009 as to the City of Brighton, as such appeal must be taken by Debtor in the Michigan Tax Tribunal.

**WHEREFORE**, Creditor, City of Brighton, respectfully requests that Debtors' Motion for Partial Summary Judgment be denied as to the claims of the City of Brighton.

Respectfully submitted,

LAW OFFICE OF PAUL E. BURNS

Dated: May 12, 2010

By: Bradford L. Maynes
Attorneys for Creditor, City of Brighton
133 West Grand River
Brighton, Michigan 48116
(810) 227-5000

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,           Chapter 11
et al.           Case No. 08-35653 (KRH)
          Jointly Administered

          Debtors.

---

| | |
|---|---|
| Gregg M. Galardi, Esq. | Dion W. Hayes (VSB No. 34304) |
| Ian S. Fredericks, Esq. | Douglas M. Foley (VSB No. 34364) |
| SKADDEN, ARPS, SLATE, | MCGUIREWOODS LLP |
|   MEAGHER & FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| P.O. Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |
| | LAW OFFICE OF PAUL E. BURNS |
| Chris L. Dickerson, Esq. | By: Paul E. Burns |
| SKADDEN, ARPS, SLATE, | By: Matthew M. Hagerty |
|   MEAGHER & FLOM, LLP | By: Bradford L. Maynes |
| 155 North Wacker Drive | Attorneys for Creditor, City of Brighton |
| Chicago, Illinois 60606-1720 | 133 West Grand River |
| | Brighton, Michigan 48116 |
| | (810) 227-5000 |

---

### PROOF OF SERVICE

STATE   OF   MICHIGAN)
                    )SS
COUNTY OF LIVINGSTON)

      Connie Spring, being first duly sworn, deposes and says that on May 12, 2010, she did serve Creditor, City of Brighton's Response to Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims and Proof of Service upon:

                Clerk of the Bankruptcy Court
                United States Bankruptcy Court
                701 East Broad Street – Room 4000
                Richmond, VA 23219

by overnight delivery upon:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>Post Office Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi<br>Attn: Ian S. Fredericks | MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Dion W. Hayes<br>Attn: Douglas M. Foley |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson | CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX<br>3600 West Broad Street<br>Richmond, VA 23230-4915<br>Attn: Virginia Department of Taxation |
| DEPARTMENT OF JUSTICE CIVIL DIVISION<br>Commercial Litigation Branch<br>Post Office Box 875<br>Ben Franklin Station<br>Washington, DC 20044<br>Attention: Director | SECRETARY OF TREASURY<br>15th & Pennsylvania Avenue, N.W.<br>Washington, DC 20020 |
| SECURITIES & EXCHANGE COMMISSION<br>100 F St. NE<br>Washington, DC 20020<br>Attn: Bankruptcy Unit | SECURITIES & EXCHANGE COMMISSION<br>3 World Financial Center<br>Suite 400<br>New York, NY 10281-1022<br>Attn: Nathan Fuchs, Esquire<br>Attn: Patricia Schrage, Esquire |

by depositing same in a United States mail receptacle located in Brighton, Michigan, first-class postage fully prepaid;

and by electronic mail upon:

cbblac@acxiom.com; bill.crenshaw@akerman.com; mona.murphy@akerman.com;
bill.crenshaw@akerman.com; ccreely@akingump.com; cgibbs@akingump.com;
sschultz@akingump.com; pgurfein@akingump.com; ken.coleman@allenovery.com;
Aconway@taubman.com; lane.katie@arentfox.com; dladdin@agg.com
frank.white@agg.com; legrand.clark@atg.in.gov; gregory.zoeller@atg.in.gov; bcopeland@agsprp.com;
citizens.services@lps.state.nj.us; jleonard@balljanik.com; cgp@ballardspahr.com;
chotvacsc@ballardspahr.com; pollack@ballardspahr.com;
meyers@ballardspahr.com; dennisj@ballardspahr.com; mmccrory@btlaw.com;
ffm@bostonbusinesslaw.com; Mweitzman@beankinney.com; trepczynski@offitkurman.com;
myeager@beankinney.com; notices@becket-lee.com; jmoore@bmpllp.com; sdavis@bmpllp.com;
bankruptcyemail@bmpllp.com; tlflynn@belinlaw.com; kburkley@bernsteinlaw.com;
ernie.park@bewleylaw.com; michael@bindermalter.com;
julie@bindermalter.com; Kelbon@blankrome.com; Lucian@blankrome.com; wcasterlinejr@bklawva.com;
jroot@bklawva.com; borgeslawfirm@aol.com; Trey.Wood@bgllp.com; bhanlon@pbcgov.org;
kjohnson@bricker.com; abeckham@bricker.com; rkobert@broadandcassel.com;

gail@bronwenprice.com; dludman@brownconnery.com; rfpage@bryancave.com;
weolson@bryancave.com; cchiang@buchalter.com; schristianson@buchalter.com;
wbuckner@bamlaw.net; cweinberg@bamlaw.net; rweinstein@cusa.canon.com;
dspiro@cantorarkema.com; jlamoureux@carltonfields.com; jeh@carmodymacdonald.com;
lawcarroll@aol.com; cahn@clm.com; dc@chiariello.com; aepps@cblaw.com; mmueller@cblaw.com;
jmclemore@cblaw.com; njames@cblaw.com; aciardi@ciardilaw.com; david.cooke@denvergov.org;
Chris.Mosley@fortworthgov.org; jdurant@nngov.com; bentleyd@clementwheatley.com;
ddean@coleschotz.com; kbifferato@cblh.com; cthompson@cblh.com; mpark@cblh.com;
ddhopper@chlhf.com; kleinergs@cooley.com; jim@coreproperties.com; Sou06@co.henrico.va.us;
jmckarcher@cov.com; jbressi@coxcastle.com; aschmitt@culbert-schmitt.com; ecotton@ddrc.com;
ecotton@ddrc.com; jporter@diamondmccarthy.com; anne.braucher@dlapiper.com;
mark.friedman@dlapiper.com; timothy.brink@dlapiper.com; forrest.lammiman@dlapiper.com;
ann.bredin@dlapiper.com; Peter@dntpc.com; nontrustee@dntpc.com; BankruptcyCounsel@gmail.com;
dsabagh@duanemorris.com; wheur@duanemorris.com; lltaylor@duanemorris.com;
mehoffman@duanemorris.com; DiMassa@duanemorris.com; MEHoffman@duanemorris.com;
LLTaylor@duanemorris.com; MEHoffman@duanemorris.com; rterry@durrettebradshaw.com;
jsmith@durrettebradshaw.com
egunn@durrettebradshaw.com; rxza@elliottgreenleaf.com; nrl@elliottgreenleaf.com;
louis.benza@empireblue.com; Lee.Sudakoff@eassets.com; gay@epius.com; mkogan@ecjlaw.com;
Kmiller@ecjlaw.com; deash@ewinganderson.com; gkaplan@fbm.com; ppascuzzi@ffwplaw.com;
hbaer@fdh.com; jhumphreys@fpb-law.com; alstc@foster.com; wendymeadpc@verizon.net;
jfrank@fgllp.com; acole@fandpnet.com; ahammer@freebornpeters.com; rgreenberg@dclawfirm.com;
efriedman@friedumspring.com; mjogrady@fbtlaw.com; rwhitten@fulbright.com; kwalker@fulbright.com;
ttorence@fulbright.com; rhutson@fullertonlaw.com; rhutson@fullertonlaw.com;
lregenhardt@garyreg.com; mconlan@gibbonslaw.com; dave@glassandreynolds.com; rdunn@gdwo.net;
sjt@goodwingoodwin.com; clynch@goulstonstorrs.com; pbilowz@goulstonstorrs.com;
jkrieger@ggfirm.com; AnsellD@GTLaw.com; kushnickh@gtlaw.com; bermanH@gtlaw.com;
tannweiler@greerherz.com; tsavenko@gregkaplaw.com; mwanslee@gustlaw.com;
jfriedman@hkemlaw.com; bill.ray@hamiltonbeach.com; achan@hangley.com; lmaxwell@hatchlaw.com;
jason.binford@haynesboone.com; wterry@hemar-rousso.com; prubin@herrick.com;
lhilton@hewittoneil.com; jdoran@haslaw.com; mfalzone@hf-law.com; sdelacruz@hf-law.com;
rwestermann@hf-law.com; Ggraber@HodgsonRuss.com; skipnis@hgg.com; rgreenberger@hgg.com;
nmalito@hgg.com; jim.rollins@hklaw.com; richard.lear@hklaw.com; sharon.weiss@hro.com;
leung.shing@hkecic.com; sdrucker@honigman.com; akeith@honigman.com; jsgroi@honigman.com;
backerly@hunton.com; jrsmith@hunton.com; hlong@hunton.com; tjamerson@hunton.com;
jharbour@hunton.com; ecrupi@hunton.com; mheld@hunton.com; rwestermann@hunton.com;
john.cruciani@huschblackwell.com; vnamken@us.ibm.com; Linda.Lorello@irs.gov; jsdlaw@msn.com;
dcox@jackscamp.com; jmatteo@jackscamp.com; kybankruptcy@jacksonkelly.com;
hyazicioglu@jaspanllp.com; jay.blount@dcsg.com; dpoitras@jmbm.com; crd@jmbm.com;
johnolaw@gmail.com; jbellman@jonesday.com; bjberlin@jonesday.com; slshadmand@jonesday.com;
rac@wdc.jordenusa.com; amy.williams@klgates.com; eric.rusnak@klgates.com;
marc.barreca@klgates.com; bankruptcyecf@klgates.com; snewman@katskykorins.com;
brian.huben@kattenlaw.com; dustin.branch@kattenlaw.com; thomas.leanse@kattenlaw.com;
akcrenshaw@kaufcan.com; pkcampsen@kaufcan.com; KDWBankruptcyDepartment@kelleydrye.com;
wbroscious@kbbplc.com; bankruptcy@co.kern.ca.us; joon@khanglaw.com;
mdtaylor@kilpatrickstockton.com; sramsey@kilpatrickstockton.com; jpardo@kslaw.com;
thadwilson@kslaw.com; hdawson@kkgpc.com; mtuchin@ktbslaw.com; dstern@ktbslaw.com;
jkurtzma@klehr.com; acichello@kb-law.com; tah@kompc.com; dmb@kompc.com;
michael.condyles@kutakrock.com; loc.pfeiffer@kutakrock.com; peter.barrett@kutakrock.com;
kimberly.pierro@kutakrock.com; jeremy.williams@kutakrock.com; ilandsberg@lm-lawyers.com;
josef.athanas@lw.com; CalendarClerk@laurinlawfirm.com; kenroseman@hotmail.com;
sheehan@txschoollaw.com; rkbgwhw@aol.com; kcleong@hawaii.rr.com; abramowitz@larypc.com;
sleach@ltblaw.com; msarata@ltblaw.com; Bruce.Matson@leclairryan.com;
michael.hastings@leclairryan.com; skleh@lehnardt-law.com; jeremy.friedberg@llff.com;
gordon.young@llff.com; lstopol@levystopol.com; barbie@lieberlegal.com; sam.oh@limruger.com;
lbrame@winterslaw.com; arthurlindquistkleissler@msn.com; sanantonio.bankruptcy@publicans.com;

austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com;
houston_bankruptcy@publicans.com; lpostic@mindspring.com; aarusso@mindspring.com;
Belkys.Escobar@loudoun.gov; vdagostino@lowenstein.com; mstiebel@mrglaw.com;
taxcol@co.madison.al.us; swells@co.madison.al.us; cmagee@mfgs.com; jcharboneau@mfgs.com;
lkouts@magruderpc.com; cfarley@mccarter.com; aabreu@mccarter.com; mreed@mvbalaw.com;
graicht@mwe.com; kpalmer@mwe.com; molden@mhalaw.com; acampbell@mhalaw.com;
sthompson@mhalaw.com; dscott@mcdowellrice.com; joel@mbt-law.com; jmcjunkin@mckennalong.com;
jmcjunkin@mckennalong.com; dfolds@mckennalong.com; druby@mcsweeneycrump.com;
knewman@menterlaw.com; Mvasquez@co.merced.ca.us; phil.baxa@mercertrigiani.com;
bwhinery@mcrazlaw.com; cao.bkc@miamidade.gov; alberto@miamidade.gov;
MDTCBKC@miamidade.gov; gcacuci@law.nyc.gov; msawyer@stopandshop.com;
michellel@taxcollector.com; michellel@taxcollector.com; nklemstine@microcenter.com;
nwhittenburg@millermartin.com; senica@millercanfield.com; Jeff.Klusmeier@ago.mo.us;
edvaecf@dor.mo.gov; batteberry@mdea.com; bmoldo@mdfslaw.com; kmiller@mdfslaw.com;
Andrew.Herenstein@monarchlp.com; davidwheeler@mvalaw.com; nherman@morganlewis.com;
mzelmanovitz@morganlewis.com; dhp@mmmlaw.com; bankruptcy@morrisoncohen.com;
rco@lawokc.com; martin.brown@kawokc.com; betsy.burn@nelsonmullins.com; seth.goldman@mto.com;
drukavina@munsch.com; nmiller@ngelaw.com; terri.gardner@nelsonmullins.com;
anitra.royster@nelsonmullins.com; ksink@nichollscrampton.com; dsovocool@nixonpeabody.com;
lcisz@nixonpeabody.com; gfornario@nixonpeabody.com; ldolan@nixonpeabody.com;
cdesiderio@nixonpeabody.com; asecker@nheh.com; msage@omm.com; kzeldman@omm.com;
bonnieholly@polktaxes.com; Denise.Mondell@po.state.ct.us; tbortz@state.pa.us;
tammik@oklahomacounty.org; mfox@olshanlaw.com; flevy@olshanlaw.com; Rbattaglia@obht.com;
linda@tayloruns.com; sstengel@orrick.com; jguy@orrick.com; jdacks@osler.com;
mwasserman@osler.com; sgoldich@pszjlaw.com; cpalmerplf@gmail.com; falbert@czmlaw.com;
anoskow@pattonboggs.com; jamesanklam@paulhastings.com; redmundson@attorneygeneral.gov;
eagle.sara@pbgc.gov; efile@pbgc.gov; kkobiljak@pck-law.com; meltzere@pepperlaw.com;
evansks@pepperlaw.com; fosterm@pepperlaw.com; arlbank@pbfcm.com; ebanda@pbfcm.com;
yhumphrey@pbfcm.com; sws@pgslaw.com; sla@pgslaw.com; terri.roberts@pcao.pima.gov;
german.yusufov@pcao.pima.gov; jbird@polsinelli.com; ahatch@polsinelli.com; mruggio@polsinelli.com;
rsomma@pbl.com; lotenti@pbl.com; katerina@pricegrabber.com; rh@primeshares.com;
gpk@procopio.com; bsirower@quarles.com; lwinkelm@quarles.com; cguastel@quarles.com;
cguastel@quarles.com; fbf@quarles.com; ccombest@quarles.com; jbrom@querrey.com;
a.quintrall@quintrallaw.com; mfmcgrath@ravichmeyer.com; Phyllis.Hayes@rmsna.com;
claims@recoverycorp.com; kgwynne@reedsmith.com; kmurphy@reedsmith.com;
lbroyhill@reedsmith.com; tsabalewski@reedsmith.com; catherinestrauss@regencycenters.com;
Dberman@riemerlaw.com; matt@righettilaw.com; erin@righettilaw.com; stuart.gordon@rivkin.com;
pstrniste@rc.com; pbirney@rc.com; fbr@robinsonbrog.com; dkappler@rdwlawcorp.com;
romero@mromerolawfirm.com; rtucker@simon.com; alan@rosenblumllc.com;
jvlombardi@rossbanks.com; glanzer@rlglegal.com; naw@saiber.com; ppearl@sandsanderson.com;
lhudson@sandsanderson.com; bgray@sandsanderson.com; tebel@sandsanderson.com;
cbelmonte@ssbb.com; pbosswick@ssbb.com; asnow@ssbb.com; ealtice@saul.com; jryan@saul.com;
rtepper@sabt.com; gwoodward@schnader.com; lburnat@swfllp.com; chord@swfllp.com;
michael.cook@srz.com; david.hillman@srz.com; meghan.breen@srz.com; jhughes@seyfarth.com;
rpetcher@seyfarth.com; ajackins@seyfarth.com; rdremluk@seyfarth.com; wfactor@seyfarth.com;
dchristian@seyfarth.com; bwolfe@sheppardmullin.com; Mmann@sheppardmullin.com;
abrumby@shutts.com; rhicks@shutts.com; abrumby@shutts.com; gfulghum@sblsg.com;
esnyder@sillerwilk.com; bhall@sgrlaw.com; marion.hughes@smithmoorelaw.com;
schenetz@sonnenschein.com; lloyd.sarakin@am.sony.com; pr@southwindsltd.com;
pblack@spilmanlaw.com; nmccullagh@spottsfain.com; cmeyer@ssd.com;
ReardonV@michigan.gov; braunre@doj.state.wi.uc; echang@steinlubin.com; eobrien@sbchlaw.com;
sja@stevenslee.com; jdibble@stinson.com; kbecker@stinson.com; dclark@stinson.com;
tohm@stinson.com; rbingham@stites.com; egoldberg@stutman.com; jgraham@taftlaw.com;
mark@taxva.com; Gina.Hantel@ag.tn.gov; grosenberg@co.arapahoe.co.us;
jholmgren@co.arapahoe.co.us; rdavis@cafarocompany.com; dgreer@davidgreerlaw.com;
admin@meiburgerlaw.com; tking@kech.com; rdybing@t-mlaw.com; bmusick@t-mlaw.com;

nhotchkiss@trainorfairbrook.com; mlynch2@travelers.com; kgourley@idalaw.com; bradfute.davenport@troutmansanders.com; hollace.cohen@troutmansanders.com; vivieon.kelley@troutmansanders.com; michael.lacy@troutmansanders.com; richard.hagerty@troutmansanders.com; sherrill-beards@sec.gov; lakatz@venable.com; keburgers@venable.com; dhawkins@velaw.com; bwallander@velaw.com; adegeyter@velaw.com; angelique.electra@vonage.com; mmmitchell@vorys.com; sbanerjee@vorys.com; kdlehman@vorys.com; tscobb@vssp.com; mwilhelm@W2LG.com; gary.holtzer@weil.com; joseph.gelb@weil.com; lekvall@wgllp.com; jhyun@weingarten.com; dgonzales@wsh-law.com; ecfndoh@weltman.com; erothberg@wkpz.com; jhickford@wkpz.com; smilo@wawlaw.com; jlerner@whitecase.com; benglander@wtplaw.com; khroblak@wtplaw.com; jgold@wileyrein.com; dtrache@wileyrein.com; rsaitta@wileyrein.com; vmorrison@wileyrein.com; dtrache@wileyrein.com; tschwarz@williamsmullen.com; aburnett@williamsmullen.com; ccamardello@winthrop.com; ldelcotto@wisedel.com; aarbuckle@wisedel.com; kgilman@wolffsamson.com; dmcfarlin@whmh.com; ecfdocs@wpblaw.com; Stacey@brianwomac.com; brianwomac@aol.com; jtarkenton@wcsr.com; toross@wcsr.com; mbusenkell@wcsr.com; ngoldman@ygvb.com; bob.duffy@fticonsulting.com; steve.coulombe@fticonsulting.com; lmyers@kirkland.com; peter.barrett@kutakrock.com; bruce.matson@leclairryan.com; dhayes@mcguirewoods.com; kcordry@naag.org; Robert.B.Van.Arsdale@usdoj.gov; jpomerantz@pszjlaw.com; rfeinstein@pszjlaw.com; dberman@riemerlaw.com; gregg.galardi@skadden.com; Ian.Fredericks@skadden.com; ltavenner@tb-lawfirm.com; pberan@tb-lawfirm.com

_____
Connie Spring

Subscribed and sworn to before me
on this 12th day of May, 2010.

_____
Matthew M. Hagerty, Notary Public
Livingston County, Michigan
My Commission expires: 01/24/2014
Acting in the County of Livingston