MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562)907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorney for SECURED CREDITORS
LOS ANGELES, MONTEREY, and
SAN BERNARDINO, CALIFORNIA
THE CALIFORNIA TAXING AUTHORITIES

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| In re: ) | Case No. 08-35653 KRH |
| ) | |
| CIRCUIT CITY STORES, INC., et al ) | Chapter 11 |
| ) | |
| Debtor(s). ) | |
| ) | **JOINTLY ADMINISTERED** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

**ORDER GRANTING MOTION FOR LEAVE OF COURT TO APPEAR**

**TELEPHONICALLY**

Upon consideration for the Motion for Leave of Court to Appear Telephonically filed by Martha E. Romero counsel for creditor The California Taxing Authorities, and it appearing that the motion having been several upon counsel for Debtors, counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, after due deliberation and sufficient cause shown, it is hereby,

ORDERED, that the Motion for Leave of Court to Appear

1

1  Telephonically of The California Taxing Authorities is GRANTED, and
2  Martha E. Romero is permitted to appear and be heard by telephone
3  at the Hearing on Debtors' Motion for Partial Summary Judgment on
4  the Thirty-Seventh Omnibus Objection to Claims (Reduction of
5  Certain personal Property Tax Claims) on June 8, 2010 on behalf of
6  The California Taxing Authorities.

    ENTERED in this ___ day of May, 2010

                                      Honorable Judge R. Huennekens
                                      United States Bankruptcy Judge

2