Peter E. Strniste, Jr. (*pro hac vice*)
Patrick Birney (*pro hac vice*)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8339
Facsimile: (860) 275-8299

Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
Ryan C. Day (VSB No. 76657)
LeClairRyan, A Professional Corporation
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686

*Counsel for Schimenti Construction Co., LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 (Jointly Administered) |
| CIRCUIT CITY STORES, INC., et al., | CASE NO. 08-35653 (KRH) |
| DEBTORS. | |

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Schimenti Construction Company, LLC ("**Schimenti Construction**"), by counsel, appeals under 28 U.S.C. § 158(a)(1) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure from the Second Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims [Docket No. 7355] (the "**Order**") entered by the Bankruptcy Court on April 30, 2010, occasioned by the Memorandum Opinion dated September 22, 2009 [Docket No. 5040] (the "**Opinion**") and the corresponding order entered in accordance with the Opinion on September 22, 2009 [Docket No. 5041]; and

**NOTICE IS FURTHER GIVEN** that the names of all parties to the Order so appealed and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Appellant(s):<br><br>SCHIMENTI CONSTRUCTION CO., LLC | Peter E. Strniste, Jr., Esq.<br>Patrick Birney, Esq.<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-8339<br><br>Christopher L. Perkins, Esq.<br>Christian K. Vogel, Esq.<br>Ryan C. Day, Esq.<br>LeCLAIRRYAN, A Professional Corporation<br>951 E. Byrd Street<br>Riverfront Plaza, East Tower<br>Richmond, VA 23219<br>(804) 783-7550 |
| Appellee(s):<br><br>CIRCUIT CITY STORES, INC., ET AL. | Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>Chris L. Dickerson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>Douglas M. Foley, Esq.<br>Sarah B. Boehm, Esq.<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

Interested Parties:

| | |
|---|---|
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS | Richard M. Pachulski, Esq.<br>Robert J. Feinstein, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067<br>(310) 277-6910 |
| | Lynn L. Tavenner, Esq.<br>Paula S. Beran, Esq.<br>TAVENNER & BERAN, PLC<br>20 North Eighth Street, 2nd Floor<br>Richmond, Virginia 23219<br>(804) 783-8300 |
| UNITED STATES TRUSTEE | Robert B. Van Arsdale, Esq.<br>Office of the United States Trustee<br>701 East Broad Street, Suite 4304<br>Richmond, Virginia 23219<br>(804) 771.2310 |

Dated:  May 14, 2010
       Richmond, Virginia

SCHIMENTI CONSTRUCTION CO., LLC

/s/ Ryan C. Day
Counsel

Peter E. Strniste, Jr. (*pro hac vice*)
Patrick Birney (*pro hac vice*)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8339
Facsimile: (860) 275-8299

Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
Ryan C. Day (VSB No. 76657)
LeClairRyan, A Professional Corporation
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686

*Counsel for Schimenti Construction Co., LLC*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of May, 2010, the foregoing Notice of Appeal was filed with the Court via the Clerk's CM/ECF electronic filing system, which will send notification of such filing to the following parties:

        Douglas M. Foley, Esq.
        Sarah B. Boehm, Esq.
        MCGUIREWOODS LLP
        One James Center
        901 E. Cary Street
        Richmond, Virginia 23219
        (804) 775-1000
            *Counsel for Debtors and Debtors in Possession*

        Lynn L. Tavenner, Esq.
        Paula S. Beran, Esq.
        TAVENNER & BERAN, PLC
        20 North Eighth Street, 2nd Floor
        Richmond, Virginia 23219
        (804) 783-8300
            *Counsel for the Official Committee of Unsecured Creditors*

        Robert B. Van Arsdale, Esq.
        Office of the U. S. Trustee
        701 East Broad Street, Suite 4304
        Richmond, VA 23219
        (804) 771-2310
            *Assistant U.S. Trustee*

                                    /s/ Ryan C. Day
                                    Counsel