Peter E. Strniste, Jr. (*pro hac vice*)
Patrick Birney (*pro hac vice*)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8339
Facsimile: (860) 275-8299

Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
Ryan C. Day (VSB No. 76657)
LeClairRyan, A Professional Corporation
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686

*Counsel for Schimenti Construction Co., LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 (Jointly Administered) |
| CIRCUIT CITY STORES, INC., et al., | CASE NO. 08-35653 (KRH) |
| DEBTORS. | |

**NOTICE OF MOTION FOR LEAVE TO APPEAL**

**PLEASE TAKE NOTICE THAT** on May 14, 2010, Schimenti Construction Company, LLC ("Schimenti Construction"), by counsel, filed with the Court a Motion for Leave to Appeal (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

> [x] File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before May 28, 2010.**

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite
> 4000 Richmond, Virginia 23219

[x] You must also serve a copy of any written response on counsel for Schimenti Construction at:

> Peter E. Strniste, Jr.
> Patrick Birney
> Robinson & Cole LLP
> 280 Trumbull Street
> Hartford, CT 06103
>
> Christopher L. Perkins
> Christian K. Vogel
> Ryan C. Day
> LeClairRyan, A Professional Corporation
> 951 East Byrd Street
> Riverfront Plaza, East Tower
> Richmond, VA 23219

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated:  May 14, 2010
      Richmond, Virginia

SCHIMENTI CONSTRUCTION CO., LLC

/s/ Ryan C. Day

Peter E. Strniste, Jr. (*pro hac vice*)
Patrick Birney (*pro hac vice*)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: (860) 275-8339
Facsimile: (860) 275-8299

Counsel

Christopher L. Perkins (VSB No. 41783)
Christian K. Vogel (VSB No. 75537)
Ryan C. Day (VSB No. 76657)
LeClairRyan, A Professional Corporation
951 E. Byrd Street
Riverfront Plaza, East Tower
Richmond, VA 23219
Telephone: (804) 783-7550
Facsimile:  (804) 783-7686

*Counsel for Schimenti Construction Co., LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2010, the foregoing Notice of Motion for Leave to Appeal was filed with the Court via the Clerk's CM/ECF electronic filing system, which will send notification of such filing to the following parties:

Douglas M. Foley, Esq.
Sarah B. Boehm, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000
*Counsel for Debtors and Debtors in Possession*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300
*Counsel for the Official Committee of Unsecured Creditors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310
*Assistant U.S. Trustee*

/s/ Ryan C. Day
Counsel