May 13, 2010

VIA FEDERAL EXPRESS:

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
(Richmond Division)
701 East Broad Street, Suite 4000
Richmond, VA 23219-1888



Re: Transfer of Allowed Claims pursuant to FRBP Rule 3001(e)2 Hain Capital Group, LLC (**Circuit City Stores, Inc. 08-35653**) to Scoggin Worldwide Fund, Ltd.

Dear Clerk of the Court:

Enclosed for processing is the following transfer of claim pursuant to rule 3001(e) 2:

| Transferor | Transferee | Court Claim # | Amount Transferred |
| --- | --- | --- | --- |
| Hain Capital Group, LLC | Scoggin Worldwide Fund, Ltd. | 14446 | $4,713,340.00 |

I have enclosed an additional copy of the filing and a pre-paid Fedex envelope with the return slip already filled out. Please return copy of the transfer stamped "Filed" once the transfer is put on the docket.

If you have any questions I can be reached at (212) 715-7708 or ewolf@kramerlevin.com

Best Regards,

Erica Wolf

# United States Bankruptcy Court

## Eastern District of Virginia

In re Circuit City Stores, Inc.,    Case Nos. 08-35653
                                     Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Scoggin Worldwide Fund, Ltd.**                    **Hain Capital Group, LLC**

_____                         _____

Name of Transferee                                  Name of Transferor

Court Claim #: 14446

Amount of Transferred Claim: $4,713,340.00

Name and Address where notices to Transferee should be sent:

Scoggin Worldwide Fund, Ltd.
660 Madison Avenue
New York, NY 10065
Attn: Nicole Kramer
Tel: 212-754-6026
Email: nkramer@scogcap.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**SCOGGIN WORLDWIDE FUND, LTD.**

By: Old Bellows Partners LP its
Investment Manager
By: Old Bell Associates LLC its General Partner

Name: _____          Date: May 13, 2010
Title:        Dev Chodry
         Managing Member

06/23/2009 09:59 IFAX fax@scogcap.com → Nicole Kramer ☒010/010

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Hain Capital Group, LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Scoggin Worldwide Fund, Ltd. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) to the extent of $4,713,340.00 associated with proof of claim number 14446 against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 23 day of June, 2009.

HAIN CAPITAL GROUP, LLC

By: _____
Name:
Title: Robert Koltai
        Manager

SCOGGIN WORLDWIDE FUND, LTD.

By: Old Bellows Partners LP Its Investment Manager
By: Old Bell Associates LLC Its General Partner

By: _____
Name:
Title: