Gregg M. Galardi, Esq.                   Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                  Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &          MCGUIREWOODS LLP
FLOM LLP                                 One James Center
One Rodney Square                        901 E. Cary Street
PO Box 636                               Richmond, Virginia 23219
Wilmington, Delaware 19899-0636          (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
              Debtors.      : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 20, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
May 20, 2010 beginning at 10:00 a.m. Eastern.

**I.    RESOLVED MATTERS**

1.    Motion of Slam Brands, Inc. for Order Directing Debtors
      to Pay Administrative Expenses Pursuant to 11 U.S.C.
      Sections 503(b) and 507(a) and Request for Related
      Relief (Docket No. 3839)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3840)

      Objection
      Deadline:        July 17, 2009 at 4:00 p.m., extended for
                       the Debtors until May 13, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

       Status:         This matter has been resolved.

**II.  CONTINUED MATTERS**

2.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1135)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1242)

      c.    Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until June 1, 2010

Objections/
Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to June
                    8, 2010 at 10:00 a.m.

3.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative
      Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
      (Docket No. 1134)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1136)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1243)

      c.    Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

      Objection
      Deadline:           February 6, 2009 at 4:00 p.m., extended
                          for the Debtors until June 1, 2010

      Objections/
      Responses
      Filed:              None at the time of filing this agenda

      Status:             This matter has been adjourned to June
                          8, 2010 at 10:00 a.m.

4.    Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

      Related
      Documents:

a.    Corrected Motion of Sennheiser Electronic Corp.
      (Docket No. 2723)

b.    Notice of Motion and Hearing (Docket No. 2724)

Objection
Deadline:       April 7, 2009 at 4:00 p.m., extended for
                the Debtors until June 1, 2010

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to June
                8, 2010 at 10:00 a.m.

5.    Motion of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3582)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3583)

b.    Notice of Filing of Affidavit in Support of Motion
      of Towne Square Plaza to Allow the Filing of (1)
      Amended Proof of Claim and (2) Late Proof of Claim
      (Docket No. 3782)

Objection
Deadline:       June 26, 2009 at 4:00 p.m., extended for
                the Debtors until June 17, 2010

Objections/
Responses
Filed:          None at the time of filing this agenda

Status:         This matter has been adjourned to June
                24, 2010 at 10:00 a.m.

6.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

Related
Documents:

a.    Notice of Motion and Hearing for Motion for Entry
      of an Order Granting Allowance and Compelling
      Payment of Administrative Expense Claim, by Mad
      Cow International Group Limited (Docket No. 5197)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m., extended
                       for the Debtors until June 17, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       24, 2010 at 10:00 a.m.

7.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

      Objection
      Deadline:        January 7, 2010 at 4:00 p.m., extended
                       for the Debtors until June 17, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to June
                       24, 2010 at 10:00 a.m.

8.    Motion of Archos, Inc. for Reconsideration of the
      Court's Orders on the Debtors' Forty-Eighth Omnibus
      Objection (Docket No. 7090)

      Related
      Documents:

      a.    Debtors' Forty-Eighth Omnibus Objection to Certain
            Administrative Expenses and 503(b)(9) Claims and
            Motion for (I) Authority to Setoff Against Such
            Expenses and Claims and (II) a Waiver of the

Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 5211)

b.    Memorandum Opinion (Docket No. 5963)

c.    Order on Debtors' Forty-Eighth, Forty-Ninth, and Fiftieth Omnibus Objections (Docket No. 5964)

d.    Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6125)

e.    Second Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6484)

f.    Third Supplemental Order on Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Motion for (I) Authority to Setoff Against Such Expenses and Claims and (II) a Waiver of the Requirement that the First Hearing on Any Response Proceed as a Status Conference (Docket No. 6596)

g.    Notice of Motion (Docket No. 7091)

Objection
Deadline:        April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection To Motion Of Archos, Inc. For Reconsideration Of The Court's Orders On The Debtors' Forty-Eighth Omnibus Objection (Docket No. 7248)

Status:              This matter has been resolved in
                     principle.  This matter has been
                     adjourned to June 8, 2010 at 10:00 a.m.

9.    Site A, LLC's Second Amended Motion to Allow Late
      Filing of Proof of Claim, or in the Alternative, Motion
      to File Late Proof of Claim as an Amendment to Informal
      Proof of Claim (Docket No. 7155)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 5405)

      b.    Amended Motion to Allow Late Filing of Proof of
            Claim, by Site A, LLC (Docket Nos. 5310, 5404)

      c.    Notice of Motion and Hearing (Docket No. 7236)

      Objection
      Deadline:      October 27, 2009 at 5:00 p.m., extended
                     for the Debtors until June 17, 2010

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter has been adjourned to June
                     24, 2010 at 10:00 a.m.

10.   Debtors' Objection to Claim of New York State
      Department of Taxation and Finance (Claim No. 12586)
      (Docket No. 7235)

      Objection
      Deadline:      May 13, 2010 at 4:00 p.m., extended for
                     New York State Department of Tax and
                     Finance until June 17, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

Status:          This matter has been adjourned to June
                 24, 2010 at 10:00 a.m.

## III. OMNIBUS CLAIM OBJECTIONS MATTERS

11.  Debtors' Fifth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3309)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3310)

     b.   Memorandum Opinion (Docket No. 5040)

     c.   Order (Docket No. 5041)

     d.   Notice of Hearing on the Merits on Debtors' Fifth
          Omnibus Objection to Certain Misclassified Non-
          Goods 503(b)(9) Claims and Responses Filed by
          Schimenti Construction Company, Inc. and U.S.
          Signs (Docket No. 6835)

     e.   Supplemental Order on Debtors' Fifth Omnibus
          Objection to Certain Misclassified Non-Goods
          503(b)(9) Claims (Docket No. 6851)

     f.   Second Supplemental Order on Debtors' Fifth
          Omnibus Objection to Certain Misclassified Non-
          Goods 503(b)(9) Claims (Docket No. 7355)

     Objection
     Deadline:       June 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         Orders have been partially sustaining
                     the objection.  The status hearing will
                     go forward with respect to Graphic
                     Communications, Inc. and U.S. Signs.
                     This matter is adjourned to June 24,
                     2010 at 10:00 a.m. solely as to Miner
                     Fleet Management Group, Ltd., pending

completion of settlement documentation.
See attached Exhibit A.

12.  Debtors' Sixth Omnibus Objection to Certain
     Misclassified Non-Goods 503(b)(9) Claims (Docket No.
     3311)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3312)

     b.   Order Adjourning Debtors' Sixth Omnibus Objection
          to Certain Misclassified Non-Goods 503(b)(9)
          Claims (Docket No. 4011)

     c.   Order on Debtors' Sixth Omnibus Objection to
          Certain Misclassified Non-Goods 503(b)(9) Claims
          (Docket No. 4012)

     d.   Memorandum and Opinion (Docket No. 5040)

     e.   Order (Docket No. 5041)

     f.   Consent Order Resolving The Debtors' Sixth Omnibus
          Objection To Certain Misclassified Non-Goods
          503(B)(9) Claims As To Lexington County Claim
          Number 1165 (Docket No. 6540)

     g.   Supplemental Order on Debtors' Sixth Omnibus
          Objection to Certain Misclassified Non-Goods
          503(b)(9) Claims (Docket No. 6663)

     Objection
     Deadline:        June 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For the one
                      claim for which the objection is still
                      pending, this matter is adjourned to
                      June 24, 2010 at 10:00 a.m.

13.   Debtors' Seventh Omnibus Objection to Certain Late
      Claims (Docket No. 3506)

      Related
      Documents:

      a.   Order on Debtors' Seventh Omnibus Objection to
           Certain Late Claims (Docket No. 4169)

      b.   Supplemental Order on Debtors' Seventh Omnibus
           Objection to Certain Late Claims (Docket No. 6587)

      Objection
      Deadline:       June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  A
                      supplemental order has been entered
                      withdrawing the objection to certain
                      claims.  For those claims for which the
                      objection is still pending, this matter
                      is adjourned to June 24, 2010 at 10:00
                      a.m.  See attached Exhibit A.

14.   Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.   Order on Debtors' Eighth Omnibus Objection to
           Certain Late Claims (Docket No. 4170)

      b.   Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6080)

      c.   Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6109)

      d.   Second Supplemental Order on Debtors' Eighth

Omnibus Objection to Certain Late Claims (Docket No. 6354)

e.  Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

f.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  For those claims for which the objection is still pending, this matter is adjourned to June 24, 2010 at 10:00 a.m.  See attached Exhibit A.

15.  Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

a.  Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

b.  Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

c.  Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

     d.    Second Supplemental Order on Debtors' Ninth
          Omnibus Objection to Certain (I) Late Claims and
          (II) Late 503(b)(9) Claims (Docket No. 6373)

     e.    Third Supplemental Order on Debtors' Ninth Omnibus
          Objection to Certain (I) Late Claims and (II) Late
          503(b)(9) Claims (Docket No. 6593)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached <u>Exhibit A</u>.

Status:        Orders have been entered partially
                sustaining the objection.  A
                supplemental order has been entered
                withdrawing the objection to certain
                claims.  For those claims for which the
                objection is still pending, this matter
                is adjourned to June 24, 2010 at 10:00
                a.m.  See attached <u>Exhibit A.</u>

16.  Debtors' Nineteenth Omnibus Objection to Claims
    (Reclassification of Certain Misclassified Claims to
    General Unsecured, Non-Priority Claims) (Docket No.
    3703)

    Related
    Documents:

     a.    Order on Debtors' Nineteenth Omnibus Objection to
          Claims (Reclassification of Certain Misclassified
          Claims to General Unsecured, Non-Priority Claims)
          (Docket No. 4449)

     b.    Supplemental Order on Debtors' Nineteenth Omnibus
          Objection to Claims (Reclassification of Certain
          Misclassified Claims to General Unsecured, Non-
          Priority Claims) (Docket No. 4736)

     c.    Supplemental Order on Debtors' Nineteenth Omnibus
          Objection to Claims (Reclassification of Certain

Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4758)

d.      Second Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6299)

e.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Robert Gentry (Docket No. 6642)

f.      Debtors' Supplement to the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) with Respect to the Class Claim of Jack Hernandez (Docket No. 6661)

g.      Memorandum Opinion (Docket No. 6693)

h.      Order Granting Motion for Summary Judgment (Docket No. 6694)

i.      Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.      Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           An order has been entered partially sustaining the objection.  The matter is adjourned to June 8, 2010 at 10:00 a.m.

solely with respect to Inland US
Management, LLC and Inland Continental
Property Management Corporation.  For
those other claims for which the
objection is still pending, this matter
is adjourned to June 24, 2010 at 10:00
a.m.  See attached <u>Exhibit A</u>.

17.  Debtors' Twentieth Omnibus Objection to Claims
(Reclassification to Unsecured Claims of Certain Claims
Filed as 503(b)(9) Claims for Goods Received by the
Debtors Not Within Twenty Days of the Commencement of
the Cases (Docket No. 3704)

Related
Documents:

a.    Order on Debtors' Twentieth Omnibus Objection to
Claims (Reclassified to Unsecured Claims of
Certain Claims Filed as 503 (B) (9) Claims for
Goods Received by the Debtors Not Within Twenty
Days of the Commencement of the Case (Docket No.
4576)

b.    Supplemental Order on Debtors' Twentieth Omnibus
Objection to Claims (Reclassified to Unsecured
Claims of Certain Claims Filed as 503 (B) (9)
Claims For Goods Received by the Debtors not
Within Twenty Days of the Commencement of the Case
(Docket No. 6560)

c.    Second Supplemental Order on Debtors' Twentieth
Omnibus Objection to Claims (Reclassified to
Unsecured Claims of Certain Claims Filed as 503
(B) (9) Claims for Goods Received by the Debtors
Not Within Twenty Days of the Commencement of the
Case (Docket No. 6953)

d.    Third Supplemental Order on Debtors' Twentieth
Omnibus Objection to Claims (Reclassified to
Unsecured Claims of Certain Claims Filed as 503
(B) (9) Claims for Goods Received by the Debtors
Not Within Twenty Days of the Commencement of the
Case (Docket No. 7354)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

 Status:           Orders have been entered partially
                   sustaining the objection.  This matter
                   is adjourned to June 8, 2010 at 10:00
                   a.m. solely with respect to
                   Avertatec/Trigem USA, Inc. For those
                   other claims for which the objection is
                   still pending, this matter is adjourned
                   to June 24, 2010 at 10:00 a.m. See
                   attached Exhibit A.

18.  Debtors' Twenty-Second Omnibus Objection to Claims
     (Disallowance of Certain Claims Filed Against the Wrong
     Debtor) (Docket No. 3710)

     Related
     Documents:

     a.    Order On Debtors' Twenty-Second Omnibus Objection
           To Claims (Disallowance Of Certain Claims Filed
           Against The Wrong Debtor) (Docket No. 4577)

     b.    Supplemental Order on Debtors' Twenty-Second
           Omnibus Objection to Claims (Disallowance of
           Certain Claims Filed Against the Wrong Debtor)
           (Docket No. 6369)

     Objection
     Deadline:          July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For the one
                        claim for which the objection is still
                        pending, this matter is adjourned to
                        June 24, 2010 at 10:00 a.m.  See

attached <u>Exhibit A</u>.

19.  Debtors' Twenty-Third Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 3711)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Third Omnibus Objection
           to Claims (Modification of Certain Duplicate
           503(b)(9) Claims) (Docket No. 4465)

     b.    Supplemental Order on Debtors' Twenty-Third
           Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6295)

     c.    Corrected Supplemental Order on Debtors' Twenty-
           Third Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6869)

     d.    Supplemental Order Resolving the Debtors' Fourth,
           Twenty-Third, and Forty-Second Omnibus Objections
           with Respect to Mitsubishi Digital Electronics
           America, Inc. (Docket No. 6871)

     e.    Second Supplemental Order on Debtors' Twenty-Third
           Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           7319)

     Objection
     Deadline:        July 16, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:           See attached <u>Exhibit A</u>.

     Status:          An order has been entered partially
                      sustaining the objection.  For those
                      claims for which the objection is still
                      pending, this matter is adjourned to
                      June 24, 2010 at 10:00 a.m.  See

attached <u>Exhibit A</u>.

20.   Debtors' Twenty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Real Estate Tax Claims on Real
      Property in Which the Debtors Leased the Real Property)
      (Docket No. 4017)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Real Estate Tax
            Claims on Real Property in Which the Debtors
            Leased the Real Property) (Docket No. 4727)

      b.    Supplemental Order on Debtors' Twenty-Fourth
            Omnibus Objection to Claims (Disallowance of
            Certain Real Estate Tax Claims on Real Property in
            Which the Debtors Leased the Real Property)
            (Docket No. 6867)

      Objection
      Deadline:        August 10, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached <u>Exhibit A</u>.

      Status:          Orders have been entered partially
                       sustaining the objection.  This matter
                       has been resolved in principle with
                       respect to Henrico County, Virginia,
                       subject to completion of settlement
                       documentation.  This matter is adjourned
                       to June 24, 1010 at 10:00 a.m. pending
                       completion of settlement documentation.
                       See attached <u>Exhibit A</u>.

21.   Notice of Hearing on the Merits on Debtors' Twenty-
      Seventh Omnibus Objection to Claims (Disallowance of
      Certain Tax Claims for No Tax Liability) and Responses
      Thereto (Docket No. 6838)

      Related
      Documents:

a.   Debtors' Twenty-Seventh Omnibus Objection to
     Claims (Disallowance of Certain Tax Claims for No
     Tax Liability) (Docket No. 4276)

b.   Order on Debtors' Twenty-Seventh Omnibus Objection
     to Claims (Disallowance of Certain Tax Claims for
     No Tax Liability) (Docket No. 4807)

c.   Supplemental Order on Debtors' Twenty-Seventh
     Omnibus Objection to Claims (Disallowance of
     Certain Tax Claims for No Tax Liability) (Docket
     No. 6128)

d.   Second Supplemental Order on Debtors' Twenty-
     Seventh Omnibus Objection to Claims (Disallowance
     of Certain Tax Claims for No Tax Liability)
     (Docket Nos. 6673, 6675)

e.   Third Supplemental Order on Debtors' Twenty-
     Seventh Omnibus Objection to Claims (Disallowance
     of Certain Tax Claims for No Tax Liability)
     (Docket No. 6872)

f.   Fourth Supplemental Order on Debtors' Twenty-
     Seventh Omnibus Objection to Claims (Disallowance
     of Certain Tax Claims for No Tax Liability)
     (Docket No. 7113)

Objection
Deadline:         August 20, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Harris County's Response to Debtors' Twenty-
     Seventh Omnibus Objection to Claims (Docket No.
     4759)

b.   Objection of Los Angeles County, Monterey County,
     San Bernardino County, California, Collectively
     the California Taxing Authorities to Debtors'
     Twenty-Seventh Omnibus Objection to Claims
     (Disallowance of Certain Tax Claims for No Tax

Liability) (Docket No. 4786)

c.   Amended Objection of Los Angeles County, Monterey
County, San Bernardino County California,
Collectively the California Taxing Authorities to
Debtors' Twenty-Seventh Omnibus Objection to
Claims (Disallowance of Certain Tax Claims for No
Tax Liability) (Docket No. 4931)

Status:          An order has been entered disallowing
Claim No. 220 filed by Harris County in
its entirety.  Other than the foregoing,
for those claims for which the objection
is still pending, a supplemental order
has been submitted withdrawing the
objection without prejudice.  See
attached Exhibit A.

22.  Debtors' Thirtieth Omnibus Objection to Claims
(Disallowance of Certain Claims for Wages and
Compensation) (Docket No. 4583)

Related
Documents:

a.   Notice of Objection and Hearing (Docket No. 4584)

b.   Order on Debtors' Thirtieth Omnibus Objection to
Claims (Disallowance of Certain Claims for Wages
and Compensation) (Docket No. 5191)

c.   Supplemental Order on Debtors' Thirtieth Omnibus
Objection to Claims (Disallowance of Certain
Claims for Wages and Compensation) (Docket No.
6460)

d.   Second Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 6562)

e.   Notice of Proposed Settlement Agreement and
Stipulation Resolving the Debtors' Thirtieth
Omnibus Objection to Claim 9451 (Docket No. 7156)

f.    Third Supplemental Order on Debtors' Thirtieth
      Omnibus Objection to Claims (Disallowance of
      Certain Claims for Wages and Compensation) (Docket
      No. 7293)

Objection
Deadline:         September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           Orders have been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  June 24, 1010 at 10:00 a.m.  See
                  attached <u>Exhibit A</u>.

23.  Debtors' Thirty-First Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     4585)

Related
Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection
      to Claims (Disallowance of Certain Legal Claims)
      (Docket No. 5294)

Objection
Deadline:         September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An Order has been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  June 24, 2010 at 10:00 a.m.  See
                  attached <u>Exhibit A</u>.

24.   Debtors' Thirty-Third Omnibus Objection to Claims
      (Modification and/or Reclassification of Certain
      Claims) (Docket Nos. 4588, 4590)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
            to Claims (Modification and/or Reclassification of
            Certain Claims) (Docket No. 5192)

      b.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 9293 filed
            by Cyndi Ann Haines and Response Thereto (Docket
            No. 6551)

      c.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 7295 Filed
            by Amore Construction Company and Response Thereto
            (Docket No. 6553)

      d.    Supplemental Order on Debtors' Thirty-Third
            Omnibus Objection to Claims (Modification and/or
            Reclassification of Certain Claims) (Docket No.
            6852)

      Objection
      Deadline:         September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  A
                        supplemental order has been submitted
                        reclassifying certain claims.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        June 24, 2010 at 10:00 a.m.  See
                        attached Exhibit A.

25.   Debtors' Thirty-Fourth Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 4598)

Related
Documents:

a.      Order On Debtors' Thirty-Fourth Omnibus Objection
        To Claims (Modification Of Certain Duplicate
        503(b)(9) Claims)(Docket No. 5385)

b.      Supplemental Order On Debtors' Thirty-Fourth
        Omnibus Objection To Claims (Modification Of
        Certain Duplicate 503(b)(9) Claims)(Docket No.
        6502)

Objection
Deadline:            September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              Orders have been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter is adjourned to
                     June 24, 2010 at 10:00 a.m.  See
                     attached Exhibit A.

26.   Debtors' Thirty-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Claims Relating to Short Term
      Incentive Plan) (Docket No. 4600)

      Related
      Documents:

      a.      Order on Debtors' Thirty-Sixth Omnibus Objection
              to Claims (Disallowance of Certain Claims Relating
              to Short Term Incentive Plan) (Docket No. 5193)

      Objection
      Deadline:            September 15, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:               See attached Exhibit A.

      Status:              An order has been entered partially

sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to June 24, 2010 at 10:00 a.m.  See attached <u>Exhibit A</u>.

27.   Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

Related Documents:

a.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

b.   Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

c.   Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

d.   Notice of Motion and Hearing (Docket No. 7345)

e.   Notice Of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

Objection Deadline:   May 13, 2010 at 4:00 p.m.

Objections/ Responses Filed:   See attached <u>Exhibit B</u>.

Status:   This matter is adjourned to June 8, 2010

at 10:00 a.m.

28.  Debtors' Forty-First Omnibus Objection to Claims
     (Disallowance of Certain No Liability Claims that were
     (I) Paid Prepetition or (II) Satisfied Postpetition)
     (Docket No. 4890)

     Related
     Documents:

     a.    Order on Debtors' Forty-First Omnibus Objection to
           Claims (Disallowance of Certain No Liability
           Claims that were (I) Paid Prepetition or (II)
           Satisfied Postpetition) (Docket No. 5781)

     Objection
     Deadline:       October 7, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:          See attached Exhibit A.

     Status:         An order has been entered partially
                     sustaining the objection.  For the one
                     claim for which the objection is still
                     pending, this matter is adjourned to
                     June 24, 2010 at 10:00 a.m.  See
                     attached Exhibit A.

29.  Debtors' Forty-Third Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5016)

     Related
     Documents:

     a.    Order on Debtors' Forty-Third Omnibus Objection to
           Claims (Disallowance of Certain Late Claims)
           (Docket No. 5785)

     b.    Supplemental Order on Debtors' Forty-Third Omnibus
           Objection to Claims (Disallowance of Certain Late
           Claims) (Docket No. 6595)

     Objection
     Deadline:       October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         Orders have been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned to
                June 24, 2010 at 10:00 a.m.  See
                attached Exhibit A.

30.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.    Order on Debtors' Forty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Duplicative
            Claims) (Docket No. 5830)

      Objection
      Deadline:       October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:          See attached Exhibit A.

      Status:         An order has been entered partially
                      sustaining the objection.  For the one
                      claim for which the objection is still
                      pending, this matter is adjourned to
                      June 24, 2010 at 10:00 a.m.  See
                      attached Exhibit A.

31.   Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6125)

d.    Second Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6484)

e.    Third Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6596)

f.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Thomson,
      Inc., and Monarch Master Funding Ltd. Resolving
      Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and
      Other Matters (Docket No. 7245)

g.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, Lenovo
      (United States), Inc., Monarch Master Funding Ltd,
      and United States Debt Recovery III, LP Resolving
      Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and

Other Matters (Docket No. 7522)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            An order has been entered partially
                   sustaining the objection.  A proposed
                   settlement agreement has been filed with
                   respect to the claims of Lenovo (United
                   States), Inc.  The status hearing solely
                   with respect to Averatec/Trigem USA,
                   Inc. is adjourned to June 8, 2010 at
                   10:00 a.m. For the other claims for
                   which the objection is still pending,
                   this matter is adjourned to June 24,
                   2010 at 10:00 a.m.  See attached <u>Exhibit
                   A</u>.

32.   Debtors' Forty-Ninth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5212)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
            Fiftieth Omnibus Objections (Docket No. 5964)

      c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
            Objection to Certain Administrative Expenses and
            503(b)(9) Claims and Motion for (I) Authority to
            Setoff Against Such Expenses and Claims and (II) a
            Waiver of the Requirement that the First Hearing
            on Any Response Proceed as a Status Conference
            (Docket No. 6126)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   June 24, 2010 at 10:00 a.m.  See
                   attached Exhibit A.

33.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
          Fiftieth Omnibus Objections (Docket No. 5964)

     c.   Supplemental Order on Debtors' Fiftieth Omnibus
          Objection to Certain Administrative Expenses and
          Motion for (I) Authority to Setoff Against Such
          Expenses and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6127)

     d.   Second Supplemental Order on Debtors' Fiftieth
          Omnibus Objection to Certain Administrative
          Expenses and Motion for (I) Authority to Setoff
          Against Such Expenses and (II) a Waiver of the
          Requirement that the First Hearing on Any Response
          Proceed as a Status Conference (Docket No. 6664)

     e.   Third Supplemental Order On Debtors' Fiftieth
          Omnibus Objection To Certain Administrative
          Expenses and Motion For (I) Authority To Setoff

Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

Objection
Deadline:            November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to June 24, 2010 at 10:00 a.m.  See attached Exhibit A.

34.   Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5318)

Related
Documents:

a.    Order on Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6068)

b.    Supplemental Order on Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6594)

Objection
Deadline:            November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              An order has been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  For the one claim for which the objection is still pending, this matter

is adjourned to June 24, 2010 at 10:00 a.m.  See attached Exhibit A.

35.   Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims))(Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims))(Docket No. 6585)

Objection
Deadline:        December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to June 24, 2010 at 10:00 a.m.  See attached Exhibit A.

36.   Debtors' Seventieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability (Satisfied Claims); (III) No Liability (Human Resources Claims); and (IV) No Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.     Order on Debtors' Seventieth Omnibus Objection to
       Claims (Disallowance of Certain (I) No Liability
       (Legal Claims); (II) No Liability (Satisfied
       Claims); (III) No Liability (Human Resources
       Claims); and (IV) No Liability (Miscellaneous
       Claims)) (Docket No. 7457)

Objection
Deadline:          April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   June 24, 2010 at 10:00 a.m.  See
                   attached Exhibit A.

Dated: May 17, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
    Richmond, Virginia          FLOM LLP
                                     Gregg M. Galardi, Esq.
                                     Ian S. Fredericks, Esq.
                                     P.O. Box 636
                                     Wilmington, Delaware 19899-0636
                                     (302) 651-3000

                                           - and -

                                     SKADDEN, ARPS, SLATE, MEAGHER &
                                        FLOM LLP
                                     Chris L. Dickerson, Esq.
                                     155 N. Wacker Drive, Suite 2700
                                     Chicago, Illinois 60606-2700
                                     (312) 407-0700

                                         - and -

                                     MCGUIREWOODS LLP


                                     /s/ Douglas M. Foley          .
                                     Douglas M. Foley (VSB No. 34364)
                                     Sarah B. Boehm (VSB No. 45201)
                                     One James Center
                                     901 E. Cary Street
                                     Richmond, Virginia 23219
                                     (804) 775-1000

                                     Counsel for Debtors and Debtors
                                     in Possession

\11311862

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Graphic Communications, Inc. | 3600 | **The status hearing on this response will go forward on May 20, 2010 at 10:00 a.m.** |
| 5 | Miner Fleet Management Group, Ltd. | 3608 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| 5 | U.S. Signs | 3623 | **The status hearing on this response will go forward on May 20, 2010 at 10:00 a.m.** |
| 6 | Performance Printing Corporation | 3644 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 7 | Michael Lay | 3795 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 7 | Barbara Lay | 3803 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 7 | Dino Bazdar | 3814 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the May 20, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 9 | C & A Consulting | 3694 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 9 | Sennheiser Electronic Corp. | 3707 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 9 | Lyle Alonso Epps | 3914 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | County of Henrico, Virginia | 4062 4108 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 1010 at 10:00 a.m. pending completion of settlement documentation. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 8, 1010 at 10:00 a.m. pending completion of settlement documentation. |
| | | | |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | The status hearing on this response is adjourned to June 8, 2010 at 10:00 a.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 1010 at 10:00 a.m. pending completion of settlement documentation. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 1010 at 10:00 a.m. pending completion of settlement documentation. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 24 | Henrico County, Virginia | 4422 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 1010 at 10:00 a.m. pending completion of settlement documentation. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 27 | Los Angeles, California | 4786 4931 | A supplemental order has been submitted withdrawing the objection without prejudice. |
| 27 | Monterey, California | 4786 4931 | A supplemental order has been submitted withdrawing the objection without prejudice. |
| 27 | San Bernardino, California | 4786 4931 | A supplemental order has been submitted withdrawing the objection without prejudice. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | PNY Technologies | 4907 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

6

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Sharpe Partners LLP | 4894 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 33 | Bell'O International Corp. | 4954 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
|  |  |  |  |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution LLC | 4902 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to June 24, 1010 at 10:00 a.m. pending completion of settlement documentation. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
|  |  |  |  |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 37 | Boulder County, Colorado | n/a | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Palm Beach County Tax Collector | 4883 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Hernando County, Florida | 4885 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Lee County Tax Collector | 4888 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Pinellas County, Florida | 4892 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Osceola County, Florida | 4893 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Brevard County Florida Tax Collector | 5009 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Snohomish County Treasurer | 5028 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Spokane County, Washington | 5033 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Wake County Revenue Director | 5037 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Charles County, Maryland | 5066 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Prince George County, Maryland | 5067 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Chesapeake, VA | 5068 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Fredericksburg, VA | 5069 | A Settlement Agreement and Stipulation (Docket No. 7556) has been filed.  If no objections are received by May 19, 2010, this matter will be resolved. |
| 37 | Travis County, Texas | 5071 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Lewisville Independent School District | 5089 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Desoto County, Mississippi | 5092 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Shasta County, CA | 5101 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Loudoun County, VA | 5102 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Bell County, Texas | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | County of Denton, TX, | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | County of Williamson | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Arlington ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Henrico County, Virginia | 5109 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Ada County, Idaho | 5110 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Escambia County Tax Collector | 5112 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Bexar County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Cameron County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | City of Cedar Hill | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Cypress-Fairbanks ISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Dallas County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | El Paso | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Fort Bend County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Frisco | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Gregg County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Harlingen | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Harlingen CISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Harris County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Irving ISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Jefferson County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | McAllen ISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of McAllen | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | McLennan County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Memphis | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Montgomery County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Nueces County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Rockwall CAD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Rockwall County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Round Rock ISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Smith County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | South Texas College | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | South Texas ISD | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Tarrant County | 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Allen County, Indiana | 5120 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Gaston County, NC | 5152 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to June 8, 2010 at 10:00 a.m. |
| | | | |
| 41 | Microsoft Corporation | 5167 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 43 | Rusty Santangelo | 5383 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 48 | Actiontec Electronics, Inc. | 5382 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 48 | Averatec/Trigem USA, Inc. | 5415 | The status hearing on this response is adjourned to June 8, 2010 at 10:00 a.m. |
| 48 | Lenovo USA on behalf of Hain Capital Holdings, LLC | 5423 | A Settlement Agreement and Stipulation (Docket No. 7522) has been filed.  If no objections are received by May 25, 2010, this matter will be resolved. |
| 48 | Imagination Entertainment | 5533 | This matter has been resolved in principle, subject to completion of settlement documents. This matter is adjourned to June 24, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 49 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 50 | Fujitsu Ten Corp of America | n/a | This matter has been resolved in principle, subject to completion of settlement documents. This matter is adjourned to June 24, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| | | | |
| 54 | Greg Nagy | 5587 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| | | | |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Convergys Customer Management Group Inc. | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Fujitsu Ten Corp of America | n/a | This matter has been resolved in principle, subject to completion of settlement documents. This matter is adjourned to June 24, 2010 at 10:00 a.m. pending completion of settlement documentation. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Richard Kreuger | 7241 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |
| 70 | Satchidananda Mims a/k/a Satchi Mims | 7318 | The status hearing on this response is adjourned to June 24, 2010 at 10:00 a.m. |

\11265832

## EXHIBIT B

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|------------|---------------|
| City of Brighton, Michigan | 7559 |
| Lewisville Independent School District | 7534 |
| Alameda County Treasurer | 7538 |
| Alief ISD | 7539 |
| Arlington ISD | 7539 |
| Brazoria County MUD #6 | 7539 |
| Brazoria County Tax Office | 7539 |
| Carroll ISD | 7539 |
| City of Hurst | 7539 |
| City of Lake Worth | 7539 |
| Clear Creek ISD | 7539 |
| Fort Bend ISD | 7539 |
| Fort Bend LID #2 | 7539 |
| Fort Worth ISD | 7539 |
| Galena Park ISD | 7539 |
| Hidalgo County | 7539 |
| Humble ISD | 7539 |
| Lubbock CAD | 7539 |
| Midland County Tax Office | 7539 |
| Potter County Tax Office | 7539 |
| Tyler ISD | 7539 |
| Wichita County | 7539 |
| Woodlands Metro Center MUD | 7539 |
| Woodlands RUD #1 | 7539 |
| Pima County, AZ | 7540 |
| Brevard County Florida Tax Collector | 7541 |
| Hernando County, Florida | 7541 |
| Highlands County, Florida | 7541 |

**EXHIBIT B**

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|---|---|
| Lee County Tax Collector | 7541 |
| Manatee County, Florida by Ken Burton, Jr., Tax Collector | 7541 |
| Marion County, Florida | 7541 |
| Okaloosa County Florida Tax Collector, Chris Hughes | 7541 |
| Orange County Florida Tax Collector, Honorable Earl K. Wood | 7541 |
| Osceola County, Florida | 7541 |
| Palm Beach County Tax Collector | 7541 |
| Pinellas County, Florida | 7541 |
| Polk County Florida by Joe G. Tedder Tax Collector | 7541 |
| Loudoun County, VA | 7542 |
| Bell County, Texas | 7544 |
| Brazos County, TX, City of College Station, College Station Independent School District | 7544 |
| City of Midland, Midland County Hospital District, Midland Independent School District | 7544 |
| City of Waco, Waco Independent School District | 7544 |
| Comal County, TX, City of New Braunfels, Comal  Independent School District | 7544 |
| County of Denton, TX | 7544 |
| County of Taylor, City of Abilene, Abilene Independent School District | 7544 |
| County of Williamson | 7544 |
| Longview Independent School District | 7544 |
| Bexar County | 7545 |
| Cameron County | 7545 |
| City of Cedar Hill | 7545 |
| Cypress-Fairbanks ISD | 7545 |
| Dallas County | 7545 |
| El Paso | 7545 |

## EXHIBIT B

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|---|---|
| Fort Bend County | 7545 |
| Frisco | 7545 |
| Gregg County | 7545 |
| Harlingen | 7545 |
| Harlingen CISD | 7545 |
| Harris County | 7545 |
| Irving ISD | 7545 |
| Jefferson County | 7545 |
| Longview ISD | 7545 |
| McAllen ISD | 7545 |
| McAllen, City of | 7545 |
| McLennan County | 7545 |
| Memphis, City of | 7545 |
| Montgomery County | 7545 |
| Nueces County | 7545 |
| Rockwall CAD | 7545 |
| Rockwall County | 7545 |
| Round Rock ISD | 7545 |
| South Texas College | 7545 |
| South Texas ISD | 7545 |
| Tarrant County | 7545 |
| Pierce County, Washington | 7546 |
| Los Angeles County | 7547 |
| Monterey County | 7547 |
| Placer County, California | 7547 |
| Wake County Revenue Department | 7557 |
| Gaston County | 7558 |

\11303982

3