## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

-----------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **CIRCUIT CITY STORES, INC., et al.,** | : | **Case No. 08-35653** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |
| | : | |

-----------------------------------------------------X

## MOTION TO APPEAR *PRO HAC VICE* PURSUANT
## TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Philip C. Baxa (the "Movant"), a member in good standing of the Bar of the

Commonwealth of Virginia who is admitted to practice before the United States Bankruptcy

Court for the Eastern District of Virginia (the "Court"), and counsel with MercerTrigiani LLP,

hereby moves this Court (the "Motion")  to enter an order, the proposed form of which is

attached hereto as <u>Exhibit A</u>, authorizing John F. Isbell of King & Spalding LLP ("K&S") to

appear *pro hac vice* before this Court to represent Mitsubishi Digital Electronics America, Inc.

("Mitsubishi") in the above-captioned Chapter 11 bankruptcy case pursuant to Rule 2090-1(E)(2)

of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of

Virginia (the "Local Bankruptcy Rules").  In support of the Motion, the Movant states as

follows:

1. John F. Isbell is an attorney with K&S.  Mr. Isbell practices principally in the area of

financial restructuring.  Mr. Isbell is admitted, practicing, and in good standing as a member of

the Bar of the State of Georgia and the Bar of the State of Alabama, the 11th Circuit Court of

_____
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital*
*Electronics America, Inc.*

Appeals, the United States District Court for the Middle District of Alabama; the United States Bankruptcy Court for the Middle District of Alabama; the United States District Court for the Middle District of Georgia; the United States Bankruptcy Court for the Middle District of Georgia; the United States District Court for the Northern District of Georgia; and the United States Bankruptcy Court for the Northern District of Georgia.  There are no disciplinary proceedings pending against Mr. Isbell.

2. The Movant requests that this Court grant this Motion so that Mr. Isbell may appear and be heard at hearings, and to otherwise participate, in this Chapter 11 case.

### WAIVER OF MEMORANDUM OF LAW

3.  Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Motion, the Movant requests that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

**WHEREFORE**, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing Mr. Isbell to appear *pro hac vice* in association with the Movant as attorneys for Mitsubishi and (ii) granting such other and further relief as is just and proper.

Submitted: May 18, 2010

**MERCERTRIGIANI LLP**

/s/ Philip C. Baxa
Philip C. Baxa (VSB No. 22977)
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

Counsel for Mitsubishi Digital Electronics
America, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 18, 2010, I will electronically file the foregoing Motion to Appear Pro Hac Vice with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Motion via regular mail, postage prepaid, on May 18, 2010 to:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 233219

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067

/s/ Philip C. Baxa
PHILIP C. BAXA

R0010521