# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| **CIRCUIT CITY STORES, INC., et al.,** | : Case No. 08-35653 |
| | : |
| Debtors. | : Jointly Administered |
| | : |

------------------------------------------------------X

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 (E) (2)

THIS MATTER is before the court upon the Motion to Appear *Pro Hac Vice* Pursuant to Local Bankruptcy Rule 2090-1 (E) (2) ("the Motion") of Philip C. Baxa, of counsel with the law firm of MercerTrigiani, LLP, for the admission *pro hac vice* of John F. Isbell of King & Spalding LLP. Upon consideration of the Motion, and the statements therein, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. §157(b)(2); (iii) proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and (iv) good and sufficient cause exists for the grafting of the relief requested in the Motion. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

_____
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com

*Counsel for Mitsubishi Digital
Electronics America, Inc.*

2. John F. Isbell is permitted to appear *pro hac vice* as counsel to Mitsubishi Digital Electronics America, Inc. in the above-captioned Chapter 11 case and related proceedings in accordance with Local Bankruptcy Rule 2090-1 (E)(2).

Entered: _____

UNITED STATES BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/ Philip C. Baxa
Philip C. Baxa, Esquire VSB No. 22977
MercerTrigiani, LLP
16 South Second Street
Richmond, VA 23219
Phone: 804-782-8691
Fax:    804-644-0209
phil.baxa@mercertrigiani.com

*Local Counsel for Mitsubishi
Digital Electronics America, Inc.*


## LOCAL BANKRUPTCY RULE 9022-1 (C) CERTIFICATION

     I hereby certify that the foregoing has either been endorsed by or served upon all necessary parties.

                           /s/ Philip C. Baxa
                           Philip C. Baxa

R0010522