IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------------------X
In re:                                              :    Chapter 11
                                                    :
CIRCUIT CITY STORES, INC., et al.,                  :    Case No. 08-35653
                                                    :
Debtors.                                            :    Jointly Administered
                                                    :
---------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. § 1109(b) and Rules 9010 (b) and 2002(g) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel in the above-styled bankruptcy case for Mitsubishi Digital Electronics America, Inc. and requests that he be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtor or any other interested party in these proceedings pursuant to 11 U.S.C. §§ 102(1), and 342 and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. All notices should be sent to the following:

> John F. Isbell (Georgia Bar No. 384883)
> KING & SPALDING LLP
> 1180 Peachtree Street, NE
> Atlanta, GA 30309-3521
> Tel: 404-572-3575
> Fax: 404-572-5128
> jisbell@kslaw.com

By *[signature]*
By John F. Isbell

John F. Isbell (Georgia Bar No. 384883
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Tel: 404-572-3575
Fax: 404-572-5128
jisbell@kslaw.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on May 14, 2010, I will file the foregoing Notice with the Clerk of the Court, and send a true and correct copy of the foregoing Notice via regular mail, postage prepaid, on May 14, 2010 to:

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Dion W. Hayes
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 233219

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

*[signature]*

R0010523