## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

```
------------------------------------------------------X
In re:                                                 :    Chapter 11
                                                       :
CIRCUIT CITY STORES, INC., et al.,                     :    Case No. 08-35653
                                                       :
Debtors.                                               :    Jointly Administered
                                                       :
------------------------------------------------------X
```

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. § 1109(b) and Rules 9010 (b) and 2002(g) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel in the above-styled bankruptcy case for Mitsubishi Digital Electronics America, Inc. and requests that he be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtor or any other interested party in these proceedings pursuant to 11 U.S.C. §§ 102(1), and 342 and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. All notices should be sent to the following:

> John F. Isbell (Georgia Bar No. 384883)
> KING & SPALDING LLP
> 1180 Peachtree Street, NE
> Atlanta, GA 30309-3521
> Tel: 404-572-3575
> Fax: 404-572-5128
> jisbell@kslaw.com


_____
By John F. Isbell

John F. Isbell (Georgia Bar No. 384883
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309-3521
Tel: 404-572-3575
Fax: 404-572-5128
jisbell@kslaw.com

*Counsel for Mitsubishi Digital Electronics America, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on May 14, 2010, I will file the foregoing Notice with the Clerk of the Court, and send a true and correct copy of the foregoing Notice via regular mail, postage prepaid, on May 14, 2010 to:

      Circuit City Stores, Inc.
      9950 Mayland Drive
      Richmond, VA 23233

      Gregg M. Galardi
      Skadden, Arps, Slate, Meagher & Flom LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, DE 19899

      Dion W. Hayes
      McGuireWoods LLP
      One James Center
      901 East Cary Street
      Richmond, VA 233219

      Robert Van Arsdale
      Office of the United States Trustee
      701 East Broad Street, Suite 4304
      Richmond, VA 23219

      Brad R. Godshall
      Pachulski Stang Ziehl & Jones, LLP
      10100 Santa Monica Boulevard, 11th Floor
      Los Angeles, CA 90067

*[signature]*

R0010523