## LAW OFFICES
## SACKSTEIN SACKSTEIN & LEE, LLP

| | | |
|---|---|---|
| HARVEY A. SACKSTEIN<br>MARK H. SACKSTEIN<br>ERIC B. LEE *<br>LAURENCE D. ROGERS §<br>LEONARD B. CHIPKIN<br>SCOTT T. ACKERMAN<br>MARK J. DECICCO £<br><br>£ ALSO ADMITTED IN NEW JERSEY<br>§ ALSO ADMITTED IN WASHINGTON D.C.<br>* ALSO ADMITTED IN MASSACHUSETTS | 1140 FRANKLIN AVENUE<br>SUITE 210<br>GARDEN CITY, NEW YORK 11530<br><br>Tel. (516) 248-2234<br>Fax (516) 248-7268<br>www.sacksteinlaw.com<br><br>SPECIAL COUNSEL<br>EISBROUCH, ANTONIEWICZ & MARSH, P.C.<br>50 Main Street<br>Hackensack, New Jersey 07601<br>(201) 342-5545 | QUEENS OFFICE<br>136-56 39TH AVENUE - SUITE 303B<br>FLUSHING, NY 11354<br>(718) 539-3100<br><br>PARALEGALS / LAW ASSISTANTS<br>AMANDA FIELDS<br>JENNIFER A. SABORIO<br>CINDY BAEZ<br>KAREN A. MAYER<br>SALLY KIM<br>CORINNE LEE<br>ANNMARIE BROWN |

COPY

May 28, 2009

**Sent via Certified Mail, Return Receipt Requested**

Circuit City Stores, Inc., et al.
Claims Processing Dept.
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

    RE: Our Client/Claimant:  Yu-Liang Lei
       Date of Accident:    11/23/07

Dear Sir/Madam:

  Please be advised that the undersigned law firm represents Yu-Liang Lei in an action for personal injuries he sustained as a result of an incident which occurred on November 23, 2007, at the Circuit City Store, designated as Store #3697, located at 136-03 20th Avenue, College Point, New York 11356. At that time, Mr. Lei was a lawful patron of the aforementioned store, waiting in line for the store to open, when he was run into, knocked over and trampled by a large accumulation of store patrons attempting to gain access to said store upon its opening. As a result of said incident, Mr. Lei sustained multiple injuries, including but not limited to a bimalleolar fracture of his left ankle, which required open reduction surgery with internal fixation.

  The undersigned law firm has commenced a personal injury lawsuit on behalf of Mr. Lei, against Circuit City Stores, Inc. and other entities, in the Supreme Court of the State of New York, County of New York, to recover monetary damages on his behalf, in order to compensate him for his injuries, medical expenses, lost wages and past and future pain and suffering.

  For your convenience, I have enclosed copies of the Plaintiff's Summons and Verified Complaint, the Verified Answers interposed on behalf of the named Defendants, and the Verified Bills of Particulars served on behalf of the Plaintiff, Yu-Liang Lei.

  Accordingly, kindly accept this letter as notice of Yu-Liang Lei's Administrative E...

RECEIVED
JUN 0 5 2009
KURTZMAN CARSON CONSULTANT

Request/Claim in the pending Bankruptcy matter against Circuit City Stores, Inc., et al. Please be advised that Mr. Lei is claiming and seeking damages in the total amount of TWO MILLION ($2,000,000.00) DOLLARS, representing lost wages, medical expenses, past pain and suffering, future pain and suffering and pecuniary loss.

Lastly, I have also enclosed a copy of this letter, along with a self-addressed, stamped envelope. Would you kindly "date stamp" the copy of this letter and return same to me in the enclosed envelope.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact the undersigned.

Thank you.

Very truly yours,

SACKSTEIN SACKSTEIN & LEE, LLP

By: _____
Mark J. DeCicco, Esq.

MJD/
Enclosures

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

Yu Liang Lei
Attn Mark J Decicco Esq
Sackstein Sackstein & Lee LLP
1140 Franklin Ave Ste 210
Garden City, NY 11530

**PROOF OF CLAIM CONFIRMATION**
Your proof of claim filed against Circuit City Stores, Inc.,
case no **08-35653** was received on **6/5/2009**
and assigned claim number **13307**

For more information, please visit www.kcclllc.net/circuitcity or call 1-866-381-9100