

**\*\*\*IMPORTANT\*\*\***
**BALLOT ATTACHED**

## INSTRUCTIONS FOR COMPLETING THE BALLOT

The Plan Proponents are soliciting the votes of certain of the Debtors' creditors on their proposed Plan, described in and annexed as Appendix A to the Disclosure Statement accompanying this Ballot. Please review the Disclosure Statement and Plan carefully before you return this Ballot. Unless otherwise defined, capitalized terms used herein and in the Ballot have the meanings ascribed to them in the Plan.

**To complete the Ballot properly, take the following steps:**

(a) Insert the amount of your claim in Item 1, unless an amount already appears on your Ballot.

(b) Cast your vote either to accept or to reject the Plan by checking the proper box in Item 1. Ballots that are signed and returned, but not expressly voted to accept or reject the Plan, will not be counted. A Ballot accepting or rejecting the Plan may not be revoked after the Voting Deadline.

(c) If you choose to accept the Plan, choose whether you elect to reduce the amount of your unpaid Class 4 General Unsecured Claim as described in Item 2 and to have such reduced claim reclassified as a Class 3 Convenience Claim for all purposes (including voting and distribution) by checking the box in Item 2. This election, once made, is irrevocable.

(d) Review Item 3 carefully and provide the requested information.

(e) Sign and date your Ballot. Your signature is required in order for your vote to be counted. You are also requested to provide your social security number or Tax I.D. number prior to receiving any distribution. If the Class 4 General Unsecured Claim voted with this Ballot is held by a partnership, the Ballot should be executed in the name of the partnership by a general partner. If the Class 4 General Unsecured Claim is held by a corporation, the Ballot must be executed by an authorized officer of such corporation.

(f) If you believe that you have received the wrong Ballot, please immediately contact the Voting Agent, Kurtzman Carson Consultants, LLC, at (888) 830-4650.

(g) If you are completing this Ballot on behalf of another person or entity, indicate your relationship with that person or entity and the capacity in which you are signing.

(h) Provide your name and mailing address if (i) different from the printed address that appears on the Ballot or (ii) no pre-printed address appears on the Ballot.

(i) Return your Ballot using the enclosed return envelope.

**Please mail your ballot promptly to:**

Circuit City Stores, Inc., et al.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

If you have any questions regarding this Ballot or the voting or election procedures, please call the Voting Agent, Kurtzman Carson Consultants, LLC, promptly at (888) 830-4650.

This Ballot does *not* constitute and *will not* be deemed to constitute (a) a proof of claim or (b) an admission by the Debtors of the nature, validity, or amount of any claim. This Ballot is *not* a letter of transmittal and may *not* be used for any purpose other than to cast votes to accept or reject the Plan.

If your claim against the Debtors has been paid, do not return this Ballot or vote on the paid claim.

You may not split your vote. You must vote the entire claim that you hold to accept or to reject the Plan. You will be deemed to have voted the full amount of your claim in your vote. You must vote all your claims within a single class to either accept or reject the Plan. **A Ballot that partially rejects and partially accepts the Plan will not be counted.**

To ensure your vote is counted, you must complete, sign, and return this Ballot to the address printed on the enclosed pre-addressed postage-paid envelope and set forth above. **Unsigned Ballots will not be counted.**

Ballots must be received by the Voting Agent at the address set forth above, by 4:00 p.m. (Eastern time) on November 10, 2009 (the "Voting Deadline"). **If a Ballot is received after the Voting Deadline, it will not be counted.**

Except as otherwise provided herein, the delivery of a Ballot will be deemed made only when the original executed Ballot is actually received by the Voting Agent. In all cases, sufficient time should be allowed to assure timely delivery. **Delivery of a Ballot to the Voting Agent by facsimile, e-mail, or any other electronic means will not be valid.** No Ballot should be sent to the Debtors or financial or legal advisor of the Debtors. **Ballots not received by the Voting Agent will be null and void and will not be counted.**

21258                                47825                CLASS 4B GENERAL UNSECURED CLAIMS
                                                          CIRCUIT CITY STORES, INC., ET AL.
08356530909244223428005737

No Person Has Been Authorized To Give Any Information Or Advice, Or To Make
Any Representation, Other Than What Is Contained In The Materials Mailed With
This Ballot Or Other Materials Authorized By The Court

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

---------------------------------------x
:
In re:                                  :    Chapter 11
                                        :
Circuit City Stores, Inc., et al.,      :    Case No. 08-35653 (KRH)
                                        :
                       Debtors.         :    (Jointly Administered)
---------------------------------------x

## BALLOT FOR ACCEPTING OR REJECTING THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS

(Class 4 General Unsecured Claims)

On September 24, 2009, Circuit City Stores, Inc. ("Circuit City") and its affiliated debtors and debtors in possession (collectively, the "Debtors") and the statutory committee of general unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan") and the disclosure statement (the "Disclosure Statement") with respect thereto.

On September 24, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") (i) approved the Disclosure Statement and (ii) authorized the Plan Proponents to solicit votes on the Plan. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on creditors and interest holders if it is accepted by the holders of at least two-thirds in dollar amount and more than one-half in number of the allowed claims in each class of claims entitled to vote on the Plan that actually vote on the Plan. If any class of claims or interests rejects the Plan or is deemed to reject the Plan, the Bankruptcy Court may nevertheless confirm the Plan if the Bankruptcy Court finds that the Plan accords fair and equitable treatment to, and does not discriminate unfairly against, the classes rejecting it, and otherwise satisfies the requirements of 11 U.S.C. § 1129(b).

This ballot (the "Ballot") is being sent to all holders of Class 4 General Unsecured Claims who are entitled to vote for their use in voting to accept or reject the Plan. The Plan is described in the Disclosure Statement which accompanies this Ballot. Before you transmit your votes, please review the Disclosure Statement carefully, particularly the voting procedures described in Section II and Section XIII.

To have your vote count, you must complete and return this Ballot in the manner specified such that it is RECEIVED by the Voting Agent (as defined herein) on or before the Voting Deadline (as defined herein).

**Please read and follow the attached instructions carefully.**
**Please return your Ballot in the envelope provided.**

The Voting Deadline is November 10, 2009 at 4:00 P.M. (Eastern Time)

---

**IMPORTANT**

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

Your claim has been placed in Class 4 under the Plan. If you hold claims in another class, you will receive a Ballot for each class in which you are entitled to vote.

Please read carefully and follow the instructions attached to this Ballot on completing and returning your Ballot. The Voting Deadline by which your Ballot must be *received* by the Voting Agent is *4:00 p.m. (Eastern time) on November 10, 2009*. If your Ballot is not received by the Voting Deadline, it will *not* be counted. The Voting Agent will not accept Ballots by electronic or facsimile transmission.

If you have any questions, contact Kurtzman Carson Consultants, LLC (the "Voting Agent") at (888) 830-4650.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

---

CLASS 4B GENERAL UNSECURED CLAIMS
CIRCUIT CITY STORES, INC. ET AL

0835653090924223428005737

You may receive multiple mailings containing Ballots. You should vote each Ballot that you receive for all of the claims that you hold.

**Item 1. Vote On Plan. (Please check one.)** The undersigned, the holder of an unpaid Class 4 General Unsecured Claim against the Debtors, in the amount of $0.00.

☐ ACCEPTS (votes FOR) the Plan.

☒ REJECTS (votes AGAINST) the Plan.

If you choose to REJECT the Plan, please skip to Item 3.

**Item 2. Election to Change Classification to Convenience Class. (Optional)** If the undersigned chose to accept the Plan, then by checking the box below, the undersigned may elect to (i) reduce its Class 4 General Unsecured Claim to $1,000, (ii) have such Class 4 General Unsecured Claim treated as a Class 3 Convenience Claim for all purposes (including voting and distribution) and (iii) receive Cash in an amount equal to $100, as set forth in the Plan. **This election, once made, is irrevocable.**

The undersigned, the holder of a Class 4 General Unsecured Claim in the unpaid amount indicated above,

☐ ELECTS to (i) reduce its Class 4 General Unsecured Claim to $1,000, (ii) have such Class 4 General Unsecured Claim treated as a Class 3 Convenience Claim for all purposes (including voting and distribution) and (iii) receive Cash in an amount equal to $100, as set forth in the Plan.

**Item 3. Certification.** By signing this Ballot, the undersigned hereby certifies that: (a) on September 22, 2009 it was the holder of the Class 4 General Unsecured Claim to which this Ballot pertains (or an authorized signatory for such holder), (b) it has full power and authority to vote to accept or reject the Plan, and (c) it has received a copy of the Disclosure Statement (including the appendices thereto) and other materials (collectively, the "Solicitation Package") and understands that the solicitation of votes to accept or reject the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and Plan.

Name Of Voter: Yu Liang Lei
(Print Or Type)

Social Security Or Federal Tax I.D. No.: 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

Signature: Mark J. DeCicco

Name Of Signatory: Mark J. DeCicco, Esq.
(If Other Than Voter)

Title: Attorney for Claimant/ Voter

Address:
Attn Mark J Decicco Esq
Sackstein Sackstein & Lee LLP
1140 Franklin Ave Ste 210
Garden City, NY 11530

Date Signed: 11/3/09

If your address or contact information has changed, please note the new information here:

21258        47825        CLASS 4B GENERAL UNSECURED CLAIMS
                          CIRCUIT CITY STORES, INC., ET AL.

0835653090924223428005737

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0530 |
| Certified Fee | | $2.80 | 26 |
| Return Reciept Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 11/04/2009 |

Sent To: Circuit City Stores Inc et al c/o Kurtzman Carson
Street, Apt. No.; or PO Box No. 2335 Alaska Ave
City, State, ZIP+4 El Segundo, CA 90245

PS Form 3800, June 2002

7003 3110 0002 9147 8574

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit City Stores, Inc., et al.
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245
Attn: Ballot Processing

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Melissa Membrino   C. Date of Delivery: NOV 0 9 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service): 7003 3110 0002 9147 8574

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------------------X
In re:                                        :    Chapter 11
                                              :
CIRCUIT CITY STORES, INC.,                    :    Case No.: 08-35653 (KRH)
et al.,                                       :
                                              :
           Debtors.                           :    Jointly Administered
-------------------------------------------------------X

**RESPONSE TO DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO
CLAIMS (DISALLOWANCE OF CERTAIN MISCLASSIFIED
ADMINISTRATIVE CLAIMS)**

SACKSTEIN SACKSTEIN & LEE, LLP
Attorneys for Claimant
YU-LIANG LEI (Claim Number 13307)
1140 Franklin Avenue - Suite 210
Garden City, New York 11530
(516) 248-2234

To:

*Attorneys for* Debtors and Debtors in Possession

Service of a copy of the within                          is hereby admitted.

Dated                                          . . . . . . . . . . . . . . . . . . . . .
                                               Attorney(s) for

**PLEASE TAKE NOTICE**

☐     that the within is a (certified) true copy of a
      entered in the office of the clerk of the within named court on

NOTICE OF
ENTRY

☐     that an Order of which the within is a true copy will be presented
      for settlement to the Hon.                  one of the
      judges of the within named Court.

NOTICE OF
SETTLEMENT

Dated: