| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

– and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :  Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :  Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**FIFTH SUPPLEMENTAL ORDER ON DEBTORS'
TWENTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN TAX CLAIMS FOR NO TAX LIABILITY)**

THIS MATTER having come before the Court on the Debtors' Twenty-Seventh Omnibus Objection to Claims (Disallowance of Certain Tax Claims for No Tax Liability) (the "Objection"), and it appearing that due and proper notice and service of the Objection was given in compliance

with Fed. R. Bankr. P. 3007 and 7004 and LBR 3007-1 and was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that certain parties filed responses to the Objection; and it appearing that this Court entered an Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 4807) (the "Initial Order"), the Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6128) (the "Supplemental Order"), the Second Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6675) (the "Second Supplemental Order"), the Third Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 6872) (the "Third Supplemental Order") and the Fourth Supplemental Order on Debtors' Twenty-Seventh Omnibus Objection To Claims (Disallowance of Certain Tax Claims for No Tax Liability) (Docket No. 7113) (the "Fourth Supplemental Order"); and it further appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is withdrawn without prejudice as to the claims identified on Exhibit A as attached hereto and incorporated herein; provided, however, that the Debtors' rights and abilities to object to the claims on Exhibit A on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

2. The Debtors' rights to object to any claim, including (without limitation) the claims in the Objection, on any grounds that the applicable law permits are not waived and are expressly reserved.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

4. To the extent this Order conflicts with the Initial Order, the Supplemental Order, the Second Supplemental Order, the Third Supplemental Order or the Fourth Supplemental Order, this Order shall control.

5.  The Debtors shall serve a copy of this Order on the claimants included on <u>Exhibit A</u> to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
       _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

4

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley\_\_\_\_
                                      Douglas M. Foley

\11260010

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Twenty-Seventh Omnibus Objection to Claims Fifth Supplemental Order Tax No Liability - Withdrawn

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| COUNTY OF SAN BERNANDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNANDINO, CA 92415 | 13359 | Secured: $56,868.45<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $56,868.45 | 06/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 W 3RD ST<br>SAN BERNARDINO, CA 92415 | 11630 | Secured: $660.38<br>Priority:<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $660.38 | 02/25/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LA COUNTY TREASURER AND TAX COLLECTOR<br>PO BOX 54110<br>LOS ANGELES, CA 90054-0110 | 11862 | Secured:<br>Priority: $228,180.77<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $228,180.77 | 02/18/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MONTEREY COUNTY TAX COLLECTOR<br>ATTN COLLECTORS OFFICE<br>P O BOX 891<br>SALINAS, CA | 4733 | Secured:<br>Priority: $5,861.58<br>Administrative 503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $5,861.58 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**    4    **$291,571.18**

\*    "UNL" denotes an unliquidated claim.