UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtor.

Case No. 08-35653-ALP

Chapter 11

RICHMOND DIVISION
FILED
MAY 1 9 2010
CLERK
US BANKRUPTCY COURT

_____/

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FED.R.BANKR.P. 3001(e)

**Name of Proposed Transferor:**
CHK, LLC  [Claim # 12663]
c/o Augustus C. Epps, Jr., Esq.
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095

**Name of Transferee:**
Bank of America, National Association, successor by merger to LaSalle Bank National Association (formerly known as LaSalle National Bank), as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates, Series 1997-C1
c/o Berkadia Commercial Mortgage, LLC  (Attn: Diane Schapiro)
700 N. Pearl Street, Suite 2200
Dallas, Texas 75201

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOUR MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY **FILING A WRITTEN OBJECTION TO THE TRANSFER with**:

> United States Bankruptcy Court
> Eastern District of Virginia
> 310 United States Courthouse Annex
> 1100 East Main St.
> Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE.**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

**FOR CLERK'S OFFICE ONLY:**

This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO. _____
Copy  (check)  Claims Agent _____  Transferee _____  Debtor's Attorney _____

Deputy Clerk

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on all parties listed below via ECF or first class U.S. Mail on this 18th day of May of 2010.

/s/ *Stephen P. Drobny*
Stephen P. Drobny

CHK, LLC  [Claim # 12663]
c/o Augustus C. Epps, Jr., Esq.
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095

U.S. Trustee
W. Clarkson McDow, Jr.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219
804-771-2310

Alan J. Kornfeld
Brad R. Godshall
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
310-277-6910
*Counsel for the Official Committee of Unsecured Creditors*

Daniel F. Blanks
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510
*Counsel for the Debtor*

Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200, Richmond, VA  23219-3095

Bank of America, N.A, as Trustee,
c/o Berkadia Commercial Mortgage, LLC
(Attn: Diane Schapiro)
700 N. Pearl Street, Suite 2200
Dallas, Texas 75201

Bruce H. Besanko
9950 Mayland Drive
Richmond, VA 23233
*Debtor Designee*

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233
*Debtor*

Gregg M. Galardi
Skadden Arps Slate Meagher
& Flom LLP, One Rodney Sq.
PO Box 636
Wilmington, DE 19899
*Counsel for the Debtor*

Michael J. McQuaid, Esquire
216 Park Road
Burlingame, California  94010

- 2 -
1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • **www.shutts.com**

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

Form 210A (10/06)

# United States Bankruptcy Court

__Eastern__ District Of __Virginia__

In re CIRCUIT CITY STORES, INC.    ,    Case No. 08-35653

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank of America, National Association, successor by merger to LaSalle Bank National Association (formerly known as LaSalle National Bank), as Trustee for the Registered Holders of GMAC Commercial Mortgage Securities, Inc., Commercial Mortgage Pass-Through Certificates Series 1997-C1
Name of Transferee

CHK, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
Berkadia Commercial Mortgage, LLC
700 N. Pearl Street, Suite 2200
Dallas, Texas 75201

Court Claim # (if known): 12663
Amount of Claim: $1,316,782.37
Date Claim Filed: April 30, 2009

Phone: (214) 999-7096
Last Four Digits of Acct #: _____

Phone: (804) 342-9600
Last Four Digits of Acct. #: Store # 891

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 5-13-10
Transferee/Transferee's ~~Agent~~ Authorized Representative

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.