Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street
Room 4000
Richmond, VA 23219



This is in response to case number 08-35653 vs. Circuit City

My claim number(s) are:

1) # 13339 - $20,000
2) # 13402 - $20,000

These two claims are a direct result of Administrative incentive and we offered to me in the Director of Human Resources role to assist in the closing of stores as a direct result of the bankruptcy process. I was directly in charge of all Human Resources functions for new store openings. When this was halted on or around October 15, 2008, this was offered to assist in the closing of all 80+ new stores opened in 2008.

I ask to remain on any and all administrative claims and wish to partner with any legal documents that may result from the entire list of administrative claims.

Respectfully submitted,

*[signature]*

Kenneth R. Duda

Ken & Carolyn Duda
747 Twin Leaf Drive
Collierville, TN. 38017
USA
1-901-221-8518



Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

- - - - - - - - - - - - - - - x  
In re:                         :   Chapter 11  
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)  
et al.,                        :
                               :
                 Debtors.      :   Jointly Administered  
- - - - - - - - - - - - - - - x  

**NOTICE OF DEBTORS' SEVENTY-FOURTH OMNIBUS  
OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN ALLEGED  
ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of



SVC: 4
PACK NO: 5
74TH OMNI

KENNETH R DUDA
KEN & CAROLYN DUDA
747 TWIN LEAF DR
COLLIERVILLE, TN 38017
USA

CASE NO: 08-35653
PRF 28808

| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
| Debtors. | : | Jointly Administered |

**NOTICE OF DEBTORS' SEVENTY-FOURTH OMNIBUS
OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN ALLEGED
ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

**PLEASE TAKE NOTICE THAT** the above-captioned Debtors (the "Debtors") filed the Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations) (the "Objection") with the Bankruptcy Court. A copy of the Objection is attached to this notice (this "Notice") as Exhibit 1.

**PLEASE TAKE FURTHER NOTICE THAT** on April 1, 2009, the Bankruptcy Court entered the Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of