# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re   Circuit City Stores, Inc.

Case No. 08-35653-KRH

Adv. Proceeding No. _____

Debtor(s)

F I L E D
MAY 21 2010
CLERK, U.S. [BANKRUPTCY] COURT
RICHMOND, VA

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on January 19, 2010.

The parties included in the Appeal to the District Court:
APPELLANT(S): LG Electronics USA, Inc.

ATTORNEY: Dylan G. Trache of Wiley Rein LLP
7925 Jones Branch Drive, Suite 6200
McLean, VA 22102

APPELLEE (S): Circuit City Stores, Inc.

ATTORNEY: Dion Hayes of McGuire Woods
One James Center, 901 East Cary Street
Richmond, VA 23219

Brief Description of Judgment/Order Appealed: Memorandum Opinion and Order (docket # 6228

Date Judgment/Order Entered: January 6, 2010

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00      (X) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $250.00              (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

WILLIAM C. REDDEN, Clerk of the Court
Date: May 21, 2010          By: /s/ Suzanne French          , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER 3:10cv206          Date May 21, 2010

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                              [apptrans ver. 12/09]