**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF (A) APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF ARSENE TAXAND AS SPECIAL FRENCH TAX COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO APRIL 28, 2010 AND (B) HEARINGS THEREON IF NECESSARY**

PLEASE TAKE NOTICE that on May 21, 2010, the Official Committee Of Unsecured Creditors, by counsel, filed the Application For Entry Of An Order Authorizing And Approving Employment Of Arsene Taxand As Special French Tax Counsel To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To April 28, 2010 (the "Application") with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court):

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA  23219 |
| Los Angeles, CA  90067-4100 | Telephone:  (804) 783-8300 |
| Telephone:  (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |
| Counsel for the Official Committee of Unsecured Creditors | Co-Counsel for the Official Committee of Unsecured Creditors |

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, a Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 6208] (the "Case Management Order") was entered by the Court on December 30, 2009, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then no later than fourteen (14) days from service of the Application you or your attorney must:

⊠ File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and 2014-1 and serve it in accordance with the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before **June 4, 2010.**

> Clerk of the Court
> United States Bankruptcy Court
> 701 E. Broad Street, Suite 4000
> Richmond, VA 23219

**PLEASE TAKE FURTHER NOTICE THAT** if you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Application as conceded, and issue orders granting the requested relief without further notice or hearing.

In the event that a response is timely filed, on **June 8, 2010 at 10:00 a.m**., (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order approving the Application.

Dated:    May 21, 2010

      */s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
Email:  ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 805-123-4567
Facsimile:  310/201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Official Committee of Unsecured Creditors
Holding Unsecured Claims

## CERTIFICATE OF SERVICE

    I hereby certify that on this 21st day of May, 2010 a true copy of the foregoing Notice Of (A) Application For Entry Of An Order Authorizing and Approving Employment of Arsene Taxand As Special French Tax Counsel To The Official Committee Of Unsecured Creditors *Nunc Pro Tunc* To April 28, 2010And (B) Hearings Thereon (If Necessary) was served via  first-class, electronic mail or through the Court's ECF system to the parties on the  Primary Service List as identified in the Case Management Order.

      */s/ Lynn L. Tavenner*
      Co-Counsel