**HODGSON RUSS LLP**
60 East 42nd Street, 37th floor
New York, New York 10165
(212) 661-3535 (telephone)
(212) 972-1677 (facsimile)
Deborah J. Piazza, Esq.

**CHRISTIAN & BARTON LLP**
909 East Main Street
Suite 1200
Richmond, Virginia 23219-3095
Phone: (804) 697-4100 (telephone)
Fax: (804) 697-4112 (facsimile)
Augustus C. Epps, Jr., Esq.

*Attorneys for Trustee, Manufacturers and Traders Trust Co.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
-------------------------------------------------------------x

In re:

CIRCUIT CITY STORES, INC., et al.,

Debtors.

Chapter 11
Case No. 08-35653
Jointly Administered

Hon. Kevin R. Heunnekens, U.S.B.J.

-------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 12716

**PLEASE TAKE NOTICE,** that, pursuant to Rule 3006, Amended Claim Number 12716 (the "Claim"), amending original Claim Number 12607, which claim has been expunged as duplicative, Manufacturers and Traders Trust Company, as Trustee ("M&T"), by and through its attorneys, Hodgson Russ LLP, show the Court as follows:

1. On or about April 30, 2009, M&T filed the Claim in the amount of $4,707,899.64 for amounts due under that certain lease agreement and related agreements for the property located at 4000 Township Line Road, Bethlehem, PA 18107, Store Number 0255.

2. M&T hereby withdraws the Claim.  The mortgage loan secured by the Bethlehem property was prepaid and the collateral, including the assignment of the Circuit City lease, was discharged.  The holders of the Claim have no further claim against the Circuit City Stores, Inc. and CC-Investors 1995-6 in connection with the Bethlehem, PA property.

Dated:  May 24, 2010

**CHRISTIAN & BARTON LLP**

By:  /s/  Augustus C. Epps, Jr.
Augustus C. Epps, Jr., Esq.
909 East Main Street
Suite 1200
Richmond, Virginia 23219-3095
(804) 697-4100

-and-

**HODGSON RUSS LLP**
Deborah J. Piazza, Esq.
60 East 42nd Street, 37th floor
New York, New York 10165
(212) 661-3535

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2010, I caused a copy of the foregoing to be served by electronic means on the Court's ECF system.

/s/ Augustus C. Epps, Jr.
Augustus C. Epps, Jr.

1050966