May 17, 2010



Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad St. – Room 4000
Richmond, VA
23219

a. United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

Re: Circuit City Stores, Inc., et al. Case No. 08-35653 (KRH)

Re: Bangor Daily News dba Bangor Publishing Company, 491 Main St., P.O. Box 1329, Bangor, ME 04402-1329, USA. Claim No: 14836

**NOTICE OF OBJECTION – NOTICE OF DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN MISCLASSIFIED ADMINISTRATIVE CLAIMS)**

b. Bangor Daily News dba Bangor Publishing Company, 491 Main St., P.O. Box 1329, Bangor, ME 04402-1329 USA. The claim is in the amount of $11,467.41 and is for newspaper advertising which appeared in the Bangor Daily News newspaper beginning 09/01/2008 and commencing 11/08/2008.

c. We are requesting the Court overrule the Seventy-Sixth Omnibus Objection to the claim of the Bangor Daily News. We wish to resolve objection to the claim by withdrawing the Administrative Expense Request for Chapter 11 Bankruptcy Case No. 08-35653 re: Circuit City stores, Inc., et al. which was received by Kurtzman Carson Consultants on March 9, 2010.

We simply misunderstood the Administrative Expense Request and erroneously filed it. We are a relatively small operation and do not have in-house legal counsel to rely on in regards to complex legal matters. To have our claim disallowed would place tremendous financial stress upon our company. For this reason, we are requesting relief from the Court and are asking to withdraw the Administrative Expense Request filing as if it were never made. For this reason, we are asking the Court to reinstate our original claim that was dated 11/24/2008. Statement made by: Thomas K. Stewart, Credit and Collections Manager, Bangor Daily News, P.O. Box 1329, 491 Main St., Bangor, Maine 04402-1329, telephone (207) 990-8281.

d. See attached advertising invoice and statement for the documentation or evidence supporting the Claim.

e. I, Thomas K. Stewart, employed by the Bangor Daily News as the Credit & Collections Manager, hereby declare that I have personal knowledge of the relevant facts that support this response. I further declare the above to be true and correct. A copy of the response can be sent to and I can be contacted at:

f. Bangor Daily News P.O. Box 1329, 491 Main St., Bangor, Maine, 04402-1329. Telephone (207) 990-8281, facsimile number (207) 990-8095.

g. The address above shall be the true, correct and only address that notices should be sent.


Sincerely,

*[signature]*

**Thomas K. Stewart**
**Credit & Collections Manager**
**Bangor Daily News**
**tel: (207) 990-8281**
**fax (207) 990-8095**

**NOV 24 2008**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**DEADLINE FOR FILING 503(b)(9) CLAIMS**
5:00 P.M. Pacific Time
December 19, 2008

<u>Section 503(b)(9) Claim Request Form</u>

| Circuit City Stores, Inc., et al., Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al.<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by <u>December 19, 2008</u>, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

Name and Address of Creditor: (The person or other entity to whom the debtor owes money or property) NameID: 4494613    (P1) PackID: 4952

**BANGOR DAILY NEWS**
**491 MAIN ST**
**BANGOR, ME 04402**

Telephone: (207) 990-8281
Fax: (207) 990-8095

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☑ Check box if you have never received any notices from the bankruptcy court in this case.

Debtor against which claim is asserted: (Check one box below:)

☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

Name and address where notices should be sent (if different from above)

Telephone: _____
Fax: _____

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: **036595 L**

Check here if this claim ☐ replaces    ☐ amends    a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ **11,467.41**

**2. DATE OF SHIPMENT:** N/A    METHOD OF SHIPMENT: N/A    DATE OF RECEIPT: **09/01/08 - 11/08/08**
NAME OF CARRIER: **Bangor Daily News**    PLACE OF DELIVERY: **Bangor, Maine**

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM: $ 11,467.41**
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** **Newspaper advertising**
Describe goods sold: **Newspaper advertising**    _Attach support for your claim._

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**FOR COURT USE ONLY**

**6. SUPPORTING DOCUMENTS:** <u>Attach copies of supporting documents</u>, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| 11/24/2008 | _/s/ TK Stewart_ Thomas K. Stewart, Credit Manager |

# Bangor Daily News
**Bangor Publishing Co.**
PO BOX 1329
BANGOR, MAINE 04402-1329
TEL. (207) 990-8000 STATEWIDE WATS 800-432-7964
FAX NO. (207) 941-0885
EIN 01-0024570

**ADVERTISING INVOICE and STATEMENT**

BILLING DATE: 11/24/08

BILLED ACCOUNT NUMBER: 036595L

**Billed Account:**
Circuit City
Exp Pay Dept Dr 3
9954 Mayland Dr 6th fl
Richmond, VA 23233

**Remittance Address:**
Bangor Daily News
Bangor Publishing Co.
P.O. Box 1329
Bangor, ME. 04402-1329

TO CONTACT US OR TO REQUEST TEAR SHEETS
CALL (207) 990-8282
FAX (207) 990-8095

PAYMENT METHOD: □ VISA  □ MasterCard  □ Discover  □ American Express

PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
|  |  | BALANCE FORWARD |  |  | 0.00 |  |
| 09/01/08 |  | Advertising charges |  |  |  | 1,273.41 |

**STATEMENT OF ACCOUNT** AGING OF PAST DUE AMOUNTS

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
|  |  |  |  | 1,273.41 |

**Bangor Daily News**
Bangor Publishing Co.
491 MAIN ST. PO BOX 1329 BANGOR, MAINE 04402-1329
TEL. (207) 990-8000 STATEWIDE WATS 800-432-7964
FAX NO. (207) 990-8095

| BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|
| 11/24/08 | 036595L |  |  |

# Bangor Daily News
**Bangor Publishing Co.**
PO BOX 1329
BANGOR, MAINE 04402-1329
TEL. (207) 990-8000 STATEWIDE WATS 800-432-7964
FAX NO. (207) 941-0885
EIN 01-0024570

## ADVERTISING INVOICE and STATEMENT

| BILLING PERIOD | ADVERTISER/CLIENT NAME |
|---|---|
| | |

| TOTAL AMOUNT DUE | TERMS OF PAYMENT |
|---|---|
| 10,194.00 | |

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS |
|---|---|---|---|
| | | | |

| PAGE | BILLING DATE | BILLED ACCOUNT NAME AND ADDRESS | REMITTANCE ADDRESS |
|---|---|---|---|
| 5 | 11/24/2008 | CIRCUIT CITY STORES<br>VENDOR #1316627<br>EXP PAY DEPT DR3 6TH<br>9954 MAYLAND DR<br>RICHMOND VA 23233-1464 | **Bangor Daily News**<br>Bangor Publishing Co.<br>P.O. Box 1329<br>Bangor, ME. 04402-1329 |

**BILLED ACCOUNT NUMBER:** 036595 L TK
**ADVERTISER/CLIENT NUMBER**

**PAYMENT METHOD:** Signature _____ (as appears on card - required on charges) ___/___/___ Exp. Date

If you are using a credit card as method of payment, please provide the following information.

☐ VISA   ☐ MASTERCARD   ☐ DISCOVER   ☐ AMERICAN EXPRESS

CREDIT CARD NUMBER | SECURITY CODE

*TO CONTACT US OR TO REQUEST TEAR SHEETS*
CALL (207) 990-8282
FAX (207) 990-8095

---
**PLEASE DETACH AND RETURN UPPER PORTION WITH YOUR REMITTANCE**

| DATE | NEWSPAPER REFERENCE | DESCRIPTION-OTHER COMMENTS/CHARGES | SAU SIZE BILLED UNITS | TIMES RUN RATE | GROSS AMOUNT | BALANCE NET AMOUNT |
|---|---|---|---|---|---|---|
| | | BALANCE FORWARD | | | | .00 |
| 100408 | 694787 | RETAIL   66796 28 FLEXIE | 33.98 | 50.00 | 1,699.00 | 1,699.00 |
| 101108 | 694788 | RETAIL   66796-28 FLEXIE | 33.98 | 50.00 | 1,699.00 | 3,398.00 |
| 101808 | 694789 | RETAIL   66796-24 FLEXIE | 33.98 | 50.00 | 1,699.00 | 5,097.00 |
| 102508 | 694790 | RETAIL   24 FLEXIE | 33.98 | 50.00 | 1,699.00 | 6,796.00 |
| 110108 | 711770 | RETAIL   67360-24 FLEXIE | 33.98 | 50.00 | 1,699.00 | 8,495.00 |
| 110808 | 711797 | RETAIL   67360-24 FLEXIE | 33.98 | 50.00 | 1,699.00 | 10,194.00 |

**STATEMENT OF ACCOUNT** AGING OF PAST DUE AMOUNTS

sai™

| CURRENT NET AMOUNT DUE | 30 DAYS | 60 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|
| | | | | 10,194.00 |

**Bangor Daily News**
Bangor Publishing Co.
491 MAIN ST.  PO BOX 1329  BANGOR, MAINE 04402-1329
TEL. (207) 990-8000 STATEWIDE WATS 800-432-7964
FAX NO. (207) 990-8095

**ADVERTISER INFORMATION**

| BILLING PERIOD | BILLED ACCOUNT NUMBER | ADVERTISER/CLIENT NUMBER | ADVERTISER/CLIENT NAME |
|---|---|---|---|
| 11/24/2008 | 036595 L | | |