W. Joel Charboneau, Esq. (VSB #68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
 (540) 343-9800
 (540) 343-9898 FAX
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| ) | CHAPTER 11 | |
| CIRCUIT CITY STORES, INC. et al.,    ) | | |
| ) | CASE No. 08-35653 | |
| Debtors.         ) | | |
| ) | | |
| NANCY BOOTH and,) | | |
| CHARLES BOOTH,   ) | | |
| ) | | |
| Movants,      ) | | |
| ) | | |
| *v.*    ) | | |
| ) | | |
| CIRCUIT CITY STORES, INC. et al. ) | | |
| ) | | |
| Respondents.    ) | | |

### ORDER WITHDRAWING OBJECTION OF NANCY AND CHARLES BOOTH TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. *ET AL.*

The matter before the Court is the objection (Docket No. 5645) of Nancy and Charles Booth (collectively, the "Booths"), by counsel, to the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan"). At the request of the parties, it is

ORDERED

1

that the Booths' objection to the confirmation of the Plan (Docket No. 5645) is WITHDRAWN without prejudice.

The Clerk is directed to serve electronic notification of the entry of this Order on all registered users of the CM/ECF System that have appeared in this case, and no further service shall be necessary.

                                                                                                                United States Bankruptcy Judge

REQUESTED:

Charles and Nancy Booth

By: /s/ W. Joel Charboneau
W. Joel Charboneau, Esq. (VSB#68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Counsel for the Booths

SEEN:

Circuit City Stores, Inc. *et al.*

By: /s/ Daniel F. Blanks (with permission)

Daniel F. Blanks, Esquire
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
T: 757.640.3774
F: 757.640.3963
dblanks@mcguirewoods.com

//mnt/orders/Attachments/doctopdf/alldocs/08-35653~5202010173512373.DOC