## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-35653-KRH |
| **CIRCUIT CITY STORES, INC.,** *et al.*, | § | (Chapter 11) |
| | § | (Jointly Administered) |
| **Debtors.** | § | |
| | § | |

### NOTICE OF APPEAL TO THE UNITED STATES
### DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Ryan, Inc. f/k/a Ryan & Company, Inc. ("Ryan"), by and through the undersigned counsel, pursuant to 28 U.S.C. § 158(a)(1) and Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, respectfully files this *Notice of Appeal* to the United States District Court for the Eastern District of Virginia, Richmond Division, from the following orders (collectively, the "Orders") entered by the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, in the above-captioned Chapter 11 case. :

- *Order Denying Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan &* Company*, Inc. to Compel Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc.*, entered May 11, 2010 (Dkt. No. 7521);

- *Order Pursuant* to *Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc.*, entered March 12, 2010 (Dkt. No. 6804); and

- *Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract*, entered March 11, 2010 (Dkt. No. 6796).

True and correct copies of each of the *Orders* are attached hereto as Exhibits 1, 2 and 3, respectively, and are incorporated herein by reference as if fully set forth.

| | |
|---|---|
| Bruce W. Akerly, Esq. | Robert M. Marino, Esq. |
| Texas Bar No. 00953200 | VSB #26076 |
| Cantey Hanger LLP | REDMON PEYTON & BRASWELL LLP |
| 1999 Bryan Street, Suite 3330 | 510 King Street, Suite 301 |
| Dallas, Texas 75201 | Alexandria, Virginia 22314 |
| Telephone: (214) 978-4129 | Telephone: (703) 684-2000 |
| Facsimile: (214) 978-4150 | Facsimile: (703) 684-5109 |
| Email: bakerly@canteyhanger.com | Email: rmmarino@rpb-law.com |
| ATTORNEYS FOR RYAN, INC. | LOCAL ATTORNEYS FOR RYAN, INC. |
| f/k/a RYAN & COMPANY, INC. | f/k/a RYAN & COMPANY, INC. |

The parties to the *Orders* appealed from and the names and addresses of their respective attorneys are as follows:

**Party**:     Ryan, Inc. f/k/a Ryan & Company, Inc.

**Represented by**:     Bruce W. Akerly, Texas Bar No. 00953200
CANTEY HANGER LLP
1999 Bryan Street, Suite 3330
Dallas, Texas 75201-3100
Telephone: (214) 978-1429
Facsimile: (214) 978-4150
Email: bakerly@canteyhanger.com

Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone: (703) 684-2000
Facsimile: (703-684-5109
Email: rmmarino@rpb-law.com

**Party:**     Circuit City Stores, Inc., *et al*., Debtors and Debtors in Possession

**Represented by:**     Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000

Charles L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 407-0700

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, Richmond Division – Page 2**

Dated: May 25, 2010.

Respectfully submitted,

/s/ Bruce W. Akerly
Bruce W. Akerly, Texas Bar No. 00953200
CANTEY HANGER LLP
1999 Bryan Street, Suite 3330
Dallas, Texas 75201-3100
Telephone:  (214) 978-1429
Facsimile:  (214) 978-4150
Email: bakerly@canteyhanger.com
ATTORNEYS FOR RYAN, INC. f/k/a
RYAN & COMPANY, INC.

and

/s/ Robert M. Marino
Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone:  (703) 684-2000
Facsimile:  (703-684-5109
Email:  rmmarino@rpb-law.com
LOCAL ATTORNEYS FOR RYAN, INC. f/k/a
RYAN & COMPANY, INC.

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA, Richmond Division – Page 3**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing pleading was served by electronic submission on those registered to receive same and by first class mail to the following on this 25th day of May, 2010:

> Gregg M. Galardi, Esq.
> Ian S. Fredericks, Esq.
> Skadden Arps Slate Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
>
> Charles L. Dickerson, Esq.
> Skadden Arps Slate Meagher & Flom LLP
> 155 North Wacker Drive
> Chicago, Illinois 60606
>
> Dion W. Hayes, Esq.
> Douglas M. Foley, Esq.
> Sarah B. Boehm, Esq.
> McGuireWoods LLP
> One James Center
> 901 E. Cary Street
> Richmond, Virginia 23219

>> /s/ Bruce W. Akerly
>> Bruce W. Akerly