Tiffany Y. Lucas (GA 460598)
Counsel for the Georgia Department of Revenue
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 651-6249
Facsimile: (404) 657-3239

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | * | Chapter 11 |
| | * | |
| CIRCUIT CITY STORES, INC., *et al.* | * | Case No. 08-35653 (KRH) |
| | * | Jointly Administered |
| | * | |
| Debtors. | * | |
| | * | |
| | * | |

**GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS'**
**SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS**

COMES NOW the Georgia Department of Revenue, by and through counsel, Thurbert E. Baker, Attorney General for the State of Georgia, and responds to the Debtors' Seventy-Second Omnibus Objection to Claims filed in the above case as follows:

The Debtors[1] filed their Chapter 11 petition on November 10, 2008. A proof of claim was filed on behalf of the Georgia Department of Revenue in the Circuit City Stores, Inc. case in the total amount of $750,000.00 (Claim No. 12923), consisting entirely of an unsecured priority claim. Claim No. 12923 filed by the Georgia

---

[1] In addition to Circuit City Stores, Inc., the following entities are debtors or debtors in possession in these jointly administered bankruptcy cases: Circuit City Stores West Coast, Inc., InterTAN, Inc., Ventoux International, Inc., Circuit City Purchasing Company, LLC, CC Aviation, LLC, CC Distribution Company of Virginia, Inc., Circuit City Properties, LLC, Kinzer Technology, LLC, Abbott Advertising Agency, Inc., Patapsco Designs, Inc., Sky Venture Corp., PRAHS, Inc., XSStuff, LLC, Mayland MN, LLC, Courcheval, LLC, Orbyx Electronics, LLS, and Circuit City Stores,PR, LLC.

Department of Revenue was an estimated claim due to the fact that Debtor Circuit City Stores, Inc. had not filed its sales and use tax returns at the time the Revenue Department filed its proof of claim. On or about February 24, 2010, the Revenue Department filed an amended proof of claim in the total amount of $104,841.67 (Claim No. 14819). The amended proof of claim includes a general unsecured claim of $17,007.79 and a priority claim in the amount of $87,833.88.

In Paragraph 11 of the Seventy-Second Omnibus Objection, the Debtors have objected to Claim No. 12923 filed by the Georgia Department of Revenue on the grounds that it was "rendered moot by the [Revenue Department] filing a subsequent "amending" claim that supersedes" the earlier filed claim. (Seventy-Second Objection, p. 5-6). The Revenue Department does not dispute that the Department's Claim No. 12923 in the amount of $750,000.00 should be disallowed because Claim No. 12923 was, in fact, amended and replaced by a subsequent claim, i.e., Claim No. 14819 in the total amount of $104,841.67, which claim, Debtors concede is a "surviving claim." (Exhibit D to Seventy-Second Objection at p.5 of 10).

WHEREFORE, the Georgia Department of Revenue does not oppose the disallowance of its Claim No. 12923 as against the Debtors and respectfully requests that it be granted such other and further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| THURBERT E. BAKER<br>Attorney General | 033887 |
| R.O. LERER<br>Deputy Attorney General | 446962 |

/s/ W. Wright Banks, Jr.
W. WRIGHT BANKS, JR.     036156
Senior Assistant Attorney General


/s/ Oscar B. Fears, III
OSCAR B. FEARS, III      257020
Senior Assistant Attorney General


/s/ Tiffany Y. Lucas
TIFFANY Y. LUCAS         460598
Assistant Attorney General



PLEASE ADDRESS ALL
COMMUNICATIONS TO:

TIFFANY Y. LUCAS
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone: (404) 651-6249

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a copy of the foregoing GEORGIA DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS' SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS upon:

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Attn: Gregg M. Galardi
    Attn: Ian S. Fredericks
    One Rodney Square
    P.O. Box 636
    Wilmington, DE 19899-0636

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
    Attn: Chris L. Dickerson
    155 North Wacker Drive
    Chicago, IL 60606

    MCQUIRE WOODS LLP
    Attn: Douglas M. Foley
    Attn: Sarah B. Boehm
    One James Center
    901 E. Cary Street

by placing the same into the United States mail with adequate, first-class postage placed thereon.

This 25th day of May, 2010.

                                        /s/ Tiffany Y. Lucas
                                        TIFFANY Y. LUCAS
                                        Assistant Attorney General