Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and -

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :   Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :   Case No. 08-35653 (KRH)
et al.,                         :
                                :   Jointly Administered
            Debtors.            :
                                :   Obj. Deadline: May 25, 2010
- - - - - - - - - - - - - - - -x
```

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SETTLEMENT AGREEMENT AND STIPULATION BY AND AMONG THE DEBTORS, LENOVO (UNITED STATES), INC., MONARCH MASTER FUNDING LTD, AND UNITED STATES DEBT RECOVERY III, LP RESOLVING DEBTORS' FORTY-EIGHTH OMNIBUS OBJECTION TO CERTAIN ADMINISTRATIVE EXPENSES AND 503(B)(9) CLAIMS AND OTHER MATTERS**

PLEASE TAKE NOTICE that, on August 10, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered the Order Pursuant To 11 U.S.C. §§ 105 and 363, and Fed. R. Bankr. P. 2002, 9006, and 9019 Authorizing the Establishment of Procedures to Settle

Certain Pre-Petition and Post-Petition Claims and Causes of Action Without Further Court Approval (D.I. 4401, the "Order").[1]

PLEASE TAKE NOTICE that, on May 11, 2010, the Debtors filed the Settlement Agreement and Stipulation by and Among the Debtors, Lenovo (United States), Inc., Monarch Master Funding Ltd, and United States Debt Recovery III, LP Resolving Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Other Matters (D.I. 7522, the "Settlement Agreement").

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 10(c) of the Order, the deadline by which any Notice Party could object to (each an "Objection") or request additional time or information to evaluate (each a "Request") the Settlement Agreement was May 25, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, as of the Objection Deadline, the Debtors have not received an Objection or a Request from any party.

PLEASE TAKE FURTHER NOTICE that, as of the date hereof, in accordance with paragraph 17 of the Order, the Settlement Agreement shall be deemed to be a final order of the Bankruptcy Court for all purposes.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

2

Dated: May 26, 2010
     Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession