# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Michael J. Robin, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On May 19, 2010, copies of the following document were served via overnight mail upon the party set forth on the service list attached hereto as **Exhibit A**:

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

1. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gamer Graffix Worldwide, LLC (Docket No. 7473)

Dated: May 20, 2010

_____
Michael J. Robin

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 20th day of May, 2010, by Michael J. Robin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NANCY SANTOS
Commission # 1875532
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# **EXHIBIT A**

**Exhibit A**

| Name | Notice Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Gamer Graffix Worldwide LLC | Keith Kazmir Controller | 100 Boyd Ave | East Providence | RI | 02914 |