# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et al** ) | **Chapter 11** |
| ) | **(Jointly Administered)** |
| **Debtor.** ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Robert R. Musick of *Thompson*McMullan, P.C. hereby withdraws his appearance on behalf of and as co-counsel for Creditor International Business Machines Corporation, a creditor of the debtor and a party in interest in the Debtor's Chapter 11 bankruptcy case, and requests that he be removed from the service list in this case.

/s/ Robert R. Musick
Robert R. Musick

Robert R. Musick, Esquire (VSB #48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia  23219
Phone:  (804) 649-7545
Fax:  (804) 780-1813
E-mail:  bmusick@t-mlaw.com

Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com
*Counsel for International Business Machines Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of May, 2010, a copy of the foregoing Notice of Withdrawal of Appearance was filed electronically on the Court's ECF System and thereby served on all parties who are ECF participants in this case.

/s/ Robert R. Musick
Robert R. Musick

Robert R. Musick, Esquire (VSB #48601)
*Thompson*McMullan, P.C.
100 Shockoe Slip
Richmond, Virginia  23219
Phone:  (804) 649-7545
Fax:  (804) 780-1813
E-mail:  bmusick@t-mlaw.com