W. Joel Charboneau, Esq. (VSB #68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003-0404
 (540) 343-9800
 (540) 343-9898 FAX
jcharboneau@mfgs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| | ) | CHAPTER 11 |
| CIRCUIT CITY STORES, INC. et al., ) | | |
| | ) | CASE No. 08-35653 |
| <u>Debtors.      </u>) | | |
| ) | | |
| NANCY BOOTH and,) | | |
| CHARLES BOOTH,  ) | | |
| ) | | |
| Movants,      ) | | |
| ) | | |
| *v.* ) | | |
| ) | | |
| CIRCUIT CITY STORES, INC. et al. ) | | |
| ) | | |
| <u>Respondents.   </u>) | | |

**<u>ORDER WITHDRAWING OBJECTION OF NANCY AND CHARLES BOOTH TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. *ET AL.*</u>**

The matter before the Court is the objection (Docket No. 5645) of Nancy and Charles Booth (collectively, the "Booths"), by counsel, to the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan"). At the request of the parties, it is

ORDERED

that the Booths' objection to the confirmation of the Plan (Docket No. 5645) is WITHDRAWN without prejudice.

The Clerk is directed to serve electronic notification of the entry of this Order on all registered users of the CM/ECF System that have appeared in this case, and no further service shall be necessary.

Date:         May 24 2010

Entered on docket:  May 24 2010

/s/ Kevin R. Huennekens

United States Bankruptcy Judge

REQUESTED:

Charles and Nancy Booth

By: /s/ W. Joel Charboneau
W. Joel Charboneau, Esq. (VSB#68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800
Counsel for the Booths

SEEN:

Circuit City Stores, Inc. *et al.*

By:  /s/ Daniel F. Blanks (with permission)

Daniel F. Blanks, Esquire
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
T: 757.640.3774
F: 757.640.3963
dblanks@mcguirewoods.com

//mnt/orders/Attachments/doctopdf/alldocs/08-
35653~5202010173512373.DOC

2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs           Page 1 of 1              Date Rcvd: May 24, 2010
Case: 08-35653               Form ID: pdforder       Total Noticed: 1
```

The following entities were noticed by first class mail on May 26, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2010**             **Signature:** _Joseph Speetjens_