UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Case No. 08-35653-KRH |
| Circuit City Stores, Inc., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Pursuant to FED.R.BANKR.PROC. 3001(e)(2), notice is hereby given that claim number 8338 filed by Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Corporation Commercial Mortgage Pass Through Certificates, Series 2003-C9, in the above-captioned case was transferred other than for security to CFH Investments III, LLC, a Colorado limited liability company, on April 16, 2010.

The undersigned hereby submits this Notice as evidence of the transfer pursuant to FED.R.BANKR.PROC. 3001(e)(2) of all rights, title and interest in and to the claims originally held by Wells Fargo Bank, N.A. as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Corporation Commercial Mortgage Pass Through Certificates, Series 2003-C9 to CFH Investments III, LLC. The Clerk of the Court and claims agent Kurtzman Carson Consultants, LLC are each authorized to

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to CFH Investments III, LLC

change the address on Claim No. 8338 by Transferor to that of the Transferee listed below.

**NOTICE ADDRESSES:**

1.  <u>If to Transferee</u>:

    CFH Investments III, LLC
    2595 Canyon Blvd. #420
    Boulder, CO 80302

2.  <u>If to Transferor</u>:

    Wells Fargo Bank, N.A.
    c/o Mindy A Mora, Esq.
    Bilzin Sumberg Baena Price & Axelrod LLP
    200 S. Biscayne Blvd, Ste. 2500
    Miami, FL 33131

Date: May 26, 2010

\s\ Douglas Scott
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
Suite 311, 1805 Monument Avenue
Richmond, Virginia 23220
☎ 804.257.9860

/s/ Elizabeth K. Flaagan
Elizabeth K. Flaagan, #22604
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Phone: (303) 607-3694
Facsimile: (303) 607-3600
Email: eflaagan@faegre.com

Counsel for CFH Investments III, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2010, I caused a copy of the foregoing to be served via electronic means to the parties on the Court's CM/ECF system.

\s\ Douglas Scott

Macintosh HD:Case Files:Case Files:C:Colorado Financial Holdings:Transfer of Claim 05 25 10.doc

# Creditor Data for Claim Number 8338

Help

| Creditor:<br>Wells Fargo Bank NA as Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust Corporation Commercial M<br>Mindy A Mora Esq<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>200 S Biscayne Blvd Ste 2500<br>Miami, FL 33131 | Date Claim Filed: 1/30/2009<br>Claim #: 8338 |
|---|---|

| Notice Party(ies):<br>JWC Loftus LLC<br>2595 Canyon Blvd Ste 250<br>Boulder, CO 80302 |
|---|

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  | UNLIQUIDATED | UNLIQUIDATED |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | UNLIQUIDATED | UNLIQUIDATED |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".