## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | **Case No. 08-35653-KRH** |
| **Circuit City Stores, Inc.,** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Pursuant to FED.R.BANKR.PROC. 3001(e)(2), notice is hereby given that all claims filed by JWC/Loftus, LLC in the above captioned case were unconditionally transferred other than for security to CFH Investments III, LLC, a Colorado limited liability company, on April 21, 2010, for consideration received. JWC/Loftus, LLC transferred the following claims:

| Claim No. | Amount |
|---|---|
| 4162 | $206,352.78 |
| 3982 | $206,352.78 |
| 12689 | $895,115.74 |
| 13709 | Unliquidated |
| 13771 | Unliquidated |
| 12688 | $895,115.74 |
| 13851 | Unliquidated |
| 13710 | Unliquidated |

The undersigned hereby submits this Notice as evidence of the transfer pursuant to FED.R.BANKR.PROC. 3001(e)(2) of all rights, title and interest in and to the claims originally held by JWC/Loftus, LLC to CFH Investments III, LLC. The Clerk of the Court and claims agent Kurtzman Carson Consultants, LLC are each authorized to

DOUGLAS A. SCOTT, PLC
1805 Monument Avenue, Suite 311
Richmond, Virginia 23220
Counsel to CFH Investments III, LLC

change the address on Claims Nos. 4162, 3982, 12689, 13709, 13771, 12688, 13851 and

13710 by Transferor to that of the Transferee listed below.

**NOTICE ADDRESSES:**

1.    <u>If to Transferee</u>:

      CFH Investments III, LLC
      2595 Canyon Blvd. #420
      Boulder, Colorado 80302

2.    <u>If to Transferor</u>:

      JWC/Loftus, LLC
      c/o Philip C. Baxa, Esq.
      Mercer Trigiani LLP
      16 South Second Street
      Richmond, Virginia 23219

Date: May 26, 2010

<u>\s\ Douglas Scott</u>
Douglas Scott, VSB No. 28211
DOUGLAS A. SCOTT, PLC
Suite 311, 1805 Monument Avenue
Richmond, Virginia 23220
☎804.257.9860

<u>/s/  Elizabeth K. Flaagan</u>
Elizabeth K. Flaagan, #22604
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Phone: (303) 607-3694
Facsimile: (303) 607-3600
Email: eflaagan@faegre.com

Counsel for CFH Investments III, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of May, 2010, I caused a copy of the foregoing to be served via electronic means to the parties on the Court's CM/ECF system.

\s\  Douglas Scott

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _EASTERN_____ DISTRICT OF _VIRGINIA_____ | PROOF OF CLAIM |
|---|---|

Name of Debtor:    Circuit City Stores West Coast, Inc.    Case Number:   08-35654

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>JWC/Loftus, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Philip C. Baxa, Esquire<br>MercerTrigiani LLP, 16 South Second Street, Richmond, VA 23235<br><br>Telephone number:   (804) 782-8691 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Same as above<br><br>COPY<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:    $ _206,352.78_____<br><br>If all or part of your claim is secured, complete item 4 below; however, if all or part of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:  _Lease Agreement_____<br>(See instruction #2 on reverse side.)<br>3.  Last four digits of any number by which creditor identifies debtor: _____<br><br>   3a. Debtor may have scheduled account as: _____<br>   (See instruction #3a on reverse side.)<br>4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe:<br><br>Value of Property:$_____ Annual Interest Rate___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br><br>if any: $_____   Basis for perfection: _____<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).<br><br>☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>Amount entitled to priority:<br><br>$ _____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| Date:<br>1/ 16   /2009<br><br>Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Philip C. Baxa, Attorney for Creditor | FOR COURT USE ONLY<br>RECEIVED<br><br>JAN 1 9 2009<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN RE: CIRCUIT CITY STORES, INC.
CONSOLIDATED CASE NO. 08-35654
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

## ATTACHMENT TO PROOF OF CLAIM OF JWC/LOFTUS, LLC

JWC/Loftus is a creditor ("Landlord") of Circuit City Stores West Coast, Inc., the Debtor

in Case No. 08-35654 ("the Debtor"). Landlord is the landlord of the premises located at 26th

Street, Walnut Drive, 28th Street and Pearl Street, referred to as the 28th and Pearl Retail Center

in Boulder, Colorado ("the Premises"), pursuant to a lease dated November 1997, as amended,

("the Lease") between Landlord and the Debtor. Landlord asserts that Debtor is indebted to

Landlord in the following amounts for pre-petition obligations:

| | |
|---|---|
| November Base Rent | $ 58,880.47 |
| November CAM | $ 2,636.84 |
| Debtor's share of real | |
| Property Taxes | $144,825.47 |
| | $206,352.78 |

However, Landlord reserves its position that certain of the amounts listed above are

Administrative Claims under the U.S. Bankruptcy Code, and that it is entitled to file a request for

payment of an Administrative Claim for these items, including:

| | | |
|---|---|---|
| Prorated rent for November | | |
| (after 11110/08 petition date) | : | $38,861.11 |
| Prorated CAM for November | | |
| (after 11/10/08 petition date) | : | $ 1,740.31 |
| Taxes (portion attributable | | |
| to period after 11/10/08) | : | $20,690.78 |
| | | $61,292.20 |

In the event that these amounts, or any portion thereof, are determined to be

Administrative Claims, then Landlord would recognize the appropriate credit to its prepetition

claim numbers set forth above. Landlord reserves all of its rights and remedies under the Lease

and applicable law.

Landlord has not attached a copy of the Lease, which is voluminous. Landlord shall

provide a copy of the Lease upon reasonable request.

R0007802

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT __EASTERN_____ DISTRICT OF _VIRGINIA_____ | PROOF OF CLAIM |
|---|---|

| Name of Debtor:   Circuit City Stores West Coast, Inc. | Case Number:   08-35654 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>JWC/Loftus, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Philip C. Baxa, Esquire<br>MercerTrigiani LLP, 16 South Second Street, Richmond, VA 23235 | **Court Claim Number:**_____<br>*(If known)* |
| Telephone number:   (804) 782-8691 | Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Same as above<br><br>COPY<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| 1. Amount of Claim as of Date Case Filed:          $  206,352.78 _____ | 5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount. |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4. | |
| If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| 2. Basis for Claim:   Lease Agreement_____<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 3. Last four digits of any number by which creditor identifies debtor: _____ | |
| 3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | |
| 4. Secured Claim (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information. | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5). |
| Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other<br>Describe: | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7). |
| Value of Property:$_____  Annual Interest Rate___%<br><br>Amount of arrearage and other charges as of time case filed included in secured claim, | |
| if any: $_____   Basis for perfection: _____ | ☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| Amount of Secured Claim: $_____   Amount Unsecured: $_____ | |
| 6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| 7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)* | Amount entitled to priority:<br><br>$_____ |
| DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |
| If the documents are not available, please explain: | |

| | | |
|---|---|---|
| Date:<br>1/ 16 /2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ Philip C. Baxa, Attorney for Creditor | FOR COURT USE ONLY<br>RECEIVED<br><br>JAN 19 2009<br><br>KURTZMAN CARSON CONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

IN RE: CIRCUIT CITY STORES, INC.
CONSOLIDATED CASE NO. 08-35654
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

## ATTACHMENT TO PROOF OF CLAIM OF JWC/LOFTUS, LLC

JWC/Loftus is a creditor ("Landlord") of Circuit City Stores West Coast, Inc., the Debtor

in Case No. 08-35654 ("the Debtor"). Landlord is the landlord of the premises located at 26th

Street, Walnut Drive, 28th Street and Pearl Street, referred to as the 28th and Pearl Retail Center

in Boulder, Colorado ("the Premises"), pursuant to a lease dated November 1997, as amended,

("the Lease") between Landlord and the Debtor. Landlord asserts that Debtor is indebted to

Landlord in the following amounts for pre-petition obligations:

| | |
|---|---|
| November Base Rent | $ 58,880.47 |
| November CAM | $  2,636.84 |
| Debtor's share of real | |
| Property Taxes | $144,825.47 |
| | $206,352.78 |

However, Landlord reserves its position that certain of the amounts listed above are

Administrative Claims under the U.S. Bankruptcy Code, and that it is entitled to file a request for

payment of an Administrative Claim for these items, including:

| | | |
|---|---|---|
| Prorated rent for November | | |
| (after 11110/08 petition date) | : | $38,861.11 |
| Prorated CAM for November | | |
| (after 11/10/08 petition date) | : | $ 1,740.31 |
| Taxes (portion attributable | | |
| to period after 11/10/08) | : | $20,690.78 |
| | | $61,292.20 |

In the event that these amounts, or any portion thereof, are determined to be

Administrative Claims, then Landlord would recognize the appropriate credit to its prepetition

claim numbers set forth above. Landlord reserves all of its rights and remedies under the Lease

and applicable law.

Landlord has not attached a copy of the Lease, which is voluminous. Landlord shall

provide a copy of the Lease upon reasonable request.

R0007802



COPY

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

In re:                                          )
                                                )
CIRCUIT CITY STORES, INC., et al,               )        **Case No. 08-35653-KRH**
                                                )        **Chapter 11**
    Debtors.                )        **Jointly Administered**
                                                )
_____)

### PROOF OF CLAIM FOR ADMINISTRATIVE EXPENSES AND APPLICATION FOR AN ORDER GRANTING ADMINISTRATIVE EXPENSE CLAIM AGAINST CIRCUIT CITY STORES, INC. AND CIRCUIT CITY STORES WEST, INC.

JWC/Loftus, LLC ("Loftus"), by and through its undersigned counsel, submits this Proof of Claim for Administrative Expenses, and hereby moves and applies for the entry of an Order determining that it has an Administrative Expense Claim, and compelling Circuit City Stores, Inc. and Circuit City Stores West Coast, Inc. to pay such claim ("the Application"). In support of this Application, Loftus respectfully states as follows:

#### Background

1.  On November 10, 2008, Circuit City Stores, Inc. and related companies filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code.

2.  Loftus is the landlord and lessor under a Lease Agreement ("Lease") with Circuit City Stores West Coast, Inc. ("the Lessee"), one of the debtors in this matter, for certain real property and improvements located at 2600 Pearl Street in Boulder, Colorado ("the Premises") (Store No. 3348).

Philip C. Baxa VSB No. 22977
MercerTrigiani LLP
16 South Second Street
Richmond, VA 23219
Tel: 804-782-8691
Fax: 804-644-0209
Phil.baxa@mercertrigiani.com



RECEIVED
JUL – 6 2009
MercerTrigiani LLP

RECEIVED
JUN 1 6 2009
KURTZMANCARSONCONSULTANTS

3. Debtor Circuit City Stores, Inc. ("the Debtor") is the guarantor of the Lease. This Application pertains to the Debtor and to the Lessee, and is submitted in the bankruptcy cases of both the Debtor and the Lessee.

4. The Lessee remained in possession of the Premises, and enjoyed the use and occupancy of the Premises, from the filing of the petitions through and including March 11, 2009, the effective date of the Lease rejection. The Lessee paid administrative rent to Loftus due under the Lease for the months of December 2008, January 2009, February 2009 and a portion of March 2009, but has failed to pay administrative rent and other matters for the month of November 2008. The Debtor has also failed to pay certain real estate property taxes, common area maintenance charges ("CAM'") and other charges which accrued from the filing of the petitions through the effective date of the rejection of the Lease which amounts are also administrative expenses. The Debtor also damaged the Premises and failed to perform its obligations regarding the Premises and the surrender of the Premises, resulting in additional administrative costs and expenses.

**Relief Requested**

5. Loftus respectfully requests that the Court enter an Order determining that the following items, totaling $ 215,979.12, are entitled to treatment as administrative expenses under 11 U.S.C. § 503(b):

    a.  Base Rent under the Lease for the period November 10, 2008 through November 30, 2008 ("November Rent") in the amount of $38,861.11;

    b.  Prorated CAM for November 2008 in the amount of $1,740.31;

    c.  Property taxes as provided in the Lease for 2008 in the amount of $144,825.47, which became due under the Lease after the filing of the petitions herein; and

RECEIVED

JUN 1 6 2009

KURTZMANCARSONCONSULTANTS

8. The present matter represents the circumstances that Congress intended § 365(d)(3) of the Bankruptcy Code to address. The Debtor occupied and possessed the Premises post-petition, without performing all of its post-petition obligations under the Lease.

9. Courts have held overwhelmingly that a landlord is entitled to payment of post-petition, pre-rejection rental payments, pursuant to 11 U.S.C. § 365(d)(3). See In re: Best Products Company, Inc., 206 B.R. 404 (Bankr. E.D. Va. 1997). See also In re: Pudgie's Div. of New York, Inc., 202 B.R. 832 (Barue S.D.N.Y. 1996);  and In re: Wingspread Corp., 178 B.R. 305 (Bankr. D. Mass. 1995).  Accordingly, the Court should enter an order that determines the claim for Post-Petition rent and related amounts as an administrative claim, and compels the Debtor to pay the Post-Petition Rent and related amounts.

10. Additionally, pursuant to the terms of the Lease, the Debtor is obligated to reimburse Loftus for the reasonable attorneys' fees and costs incurred by Loftus in connection with the Debtor's compliance under the terms of the Lease.  Accordingly, Loftus respectfully requests that the Debtor be directed to pay the attorneys' fees and costs incurred by Loftus in connection with the filing and prosecution of this Motion.

11. The documents that support this Application are voluminous, and copies will be furnished upon request. Loftus reserves its rights with respect to other charges and amounts which have accrued, or may accrue, under the Lease.  Additionally, this Application does not pertain to other claims asserted by Loftus, including those for pre-petition amounts and Lease rejection claims.

RECEIVED

JUN 1 6 2009

KURTZMANCARSONCONSULTANT

4

**WHEREFORE**, Loftus respectfully requests this Application be deemed allowed, and that this Court enter an Order that compels the Debtor and the Lessee, jointly and severally, to pay Loftus as an Administrative Expense Claim the amount of $230,363.60 for the amounts set forth above for Post-Petition Rent, CAM, taxes and other charges; plus demolition and repair expenses; plus utilities; plus Loftus' reasonable attorneys' fees and costs in an amount of no less than $6,737.85; plus any further post-petition amounts that are or become due, Loftus further asks the Court to grant Loftus such other and further relief as this Court deems proper and equitable.

Date: June 15, 2009

JWC/LOFTUS, LLC

By: /s/ Philip C. Baxa
Of Counsel

Philip C. Baxa VSB No. 22977
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
    Counsel for JWC/Loftus, LLC

RECEIVED

JUN 16 2009

KURTZMANCARSONCONSULTANTS

5



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                    )
                                          )
CIRCUIT CITY STORES WEST COAST, INC.      )      Case No. 08-35654-KRH
                                          )      Chapter 11
        Debtors.                          )      Jointly Administered
                                          )
_____)

### PROOF OF CLAIM FOR ADMINISTRATIVE EXPENSES AND APPLICATION FOR AN ORDER GRANTING ADMINISTRATIVE EXPENSE CLAIM AGAINST CIRCUIT CITY STORES, INC. AND CIRCUIT CITY STORES WEST, INC.

JWC/Loftus, LLC ("Loftus"), by and through its undersigned counsel, submits this Proof

of Claim for Administrative Expenses, and hereby moves and applies for the entry of an Order

determining that it has an Administrative Expense Claim, and compelling Circuit City Stores,

Inc. and Circuit City Stores West Coast, Inc. to pay such claim ("the Application"). In support of

this Application, Loftus respectfully states as follows:

### Background

1. On November 10, 2008, Circuit City Stores, Inc. and related companies filed voluntary

   petitions for relief under Chapter 11 of Title 11 of the United States Code.

2. Loftus is the landlord and lessor under a Lease Agreement ("Lease") with Circuit City

   Stores West Coast, Inc. ("the Lessee"), one of the debtors in this matter, for certain real

   property and improvements located at 2600 Pearl Street in Boulder, Colorado ("the

   Premises") (Store No. 3348).

3. Debtor Circuit City Stores, Inc. ("the Debtor") is the guarantor of the Lease. This

   Application pertains to the Debtor and to the Lessee, and is submitted in the bankruptcy

   cases of both the Debtor and the Lessee.

4. The Lessee remained in possession of the Premises and enjoyed the use and occupancy

   of the Premises, from the filing of the petitions through and including March 11, 2009,

RECEIVED

JUL - 6 2009

MercerTrigiani LLP

RECEIVED

JUN 1 6 2009

KURTZMANCARSONCONSULTANTS

the effective date of the Lease rejection. The Lessee paid administrative rent to Loftus due under the Lease for the months of December 2008, January 2009, February 2009 and a portion of March 2009, but has failed to pay administrative rent and other matters for the month of November 2008. The Debtor has also failed to pay certain real estate property taxes, common area maintenance charges ("CAM"") and other charges which accrued from the filing of the petitions through the effective date of the rejection of the Lease which amounts are also administrative expenses. The Debtor also damaged the Premises and failed to perform its obligations regarding the Premises and the surrender of the Premises, resulting in additional administrative costs and expenses.

### Relief Requested

5. Loftus respectfully requests that the Court enter an Order determining that the following items, totaling $ 215,979.12, are entitled to treatment as administrative expenses under 11 U.S.C. § 503(b):

   a. Base Rent under the Lease for the period November 10, 2008 through November 30, 2008 ("November Rent") in the amount of $38,861.11;

   b. Prorated CAM for November 2008 in the amount of $1,740.31;

   c. Property taxes as provided in the Lease for 2008 in the amount of $144,825.47, which became due under the Lease after the filing of the petitions herein; and

   d. Prorated property taxes as provided in the Lease for January 1, 2009 through March 11, 2009, in the amount of $30,552.23.

6. Additionally, Loftus seeks payment as administrative expenses certain costs and expenses related to demolition and repair of the Premises which were incurred to address conditions which existed at the time the Premises were surrendered by the Lessee. These amounts are recoverable as administrative expenses, based upon the Lessee's failure to

**RECEIVED**

ʲJUN 16 2009

**KURTZMAN CARSON CONSULTANTS**

comply with the terms of the Lease in the surrender of the Premises, including the
following:

| | | |
|---|---|---|
| a. | Buffalo Lighting | $ 2,071.47 |
| b. | Colorado Demolition/ | |
| | Trash Removal | $ 5,600.00 |
| c. | AMI Mechanical Systems | $ 4,846.00 |
| d. | Signage Removal | $ 1,160.00 |
| e. | City of Boulder - Water | $   291.76 |
| f. | Full Spectra Maintenance | $   185.00 |
| g. | Waste Farmers | $   230.25 |
| | TOTAL | $14,384.48 |

7.  Section 365(d)(3) of the Bankruptcy Code states that the Debtor must "timely perform all
the obligations of the debtor... arising from and after the order for relief under any
unexpired lease of nonresidential real property, until such lease is assumed or rejected."
In enacting section 365(d)(3) of the Bankruptcy Code, Congress intended to address the
plight of landlords who, unlike professionals and other providers of goods and services to
a debtor-in-possession in the ordinary course of business, are compelled to extend credit
to the debtor. 130 Cong. Rec. S8894-95 (daily ed. June 29, 1984) (remarks of Sen.
Hatch).

8.  The present matter represents the circumstances that Congress intended § 365(d)(3) of the
Bankruptcy Code to address. The Debtor occupied and possessed the Premises post-
petition, without performing all of its post-petition obligations under the Lease.

9.  Courts have held overwhelmingly that a landlord is entitled to payment of post-petition,
pre-rejection rental payments, pursuant to 11 U.S.C. § 365(d)(3). See In re: Best
Products Company, Inc., 206 B.R. 404 (Bankr. E.D. Va. 1997). See also In re: Pudgie's
Div. of New York, Inc., 202 B.R. 832 (Barue S.D.N.Y. 1996);  and In re: Wingspread
Corp., 178 B.R. 305 (Bankr. D. Mass. 1995). Accordingly, the Court should enter an
order that determines the claim for Post-Petition rent and related amounts as an

RECEIVED

JUN 1 6 2009

KURTZMANCARSONCONSULTANTS

Philip C. Baxa VSB No. 22977
MERCERTRIGIANI LLP
16 South Second Street
Richmond, Virginia 23219
Tel: 804-782-8691
Fax: 804-644-0209
phil.baxa@mercertrigiani.com
  Counsel for JWC/Loftus, LLC

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 15th day of June, 2009, a copy of the
Application of JWC/Loftus, LLC was sent by overnight delivery to Circuit City Claim
Processing Center, C/o Kurtzman Carson Consultants, LLC, 2335 Alaska Avenue, El Segundo,
CA 90245 and was sent by First Class Mail (postage prepaid) to the following:

Greg M. Galardi
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Robert Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Dion W. Hayes
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017

Lynn L. Tavenner
Tavenner & Beran, PLC
20 North Eighth Street
Second Floor
Richmond, VA 23219

Brad R. Godshell
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Douglas H. Foley
McGuire Woods, LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510

/s/ Philip C. Baxa

R0008629

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT  EASTERN          DISTRICT OF  VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor:  Circuit City Stores, Inc.. | Case Number:  08-35653 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
JWC/Loftus, LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Philip C. Baxa, Esquire
MERCERTRIGIANI LLP, 16 South Second Street, Richmond, VA 23235

Court Claim Number:_____
*(If known)*

Telephone number:  (804) 782-8691

Filed on:_____

Name and address where payment should be sent (if different from above):
Same as above

COPY

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**     $ 895115.74

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**  Lease Rejection Claim
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

**4. Secured Claim (See instruction #4 on reverse side.)**
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property:$_____  Annual Interest Rate__%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $_____     Basis for perfection: _____

Amount of Secured Claim: $_____     Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date:
4/29/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Philip C. Baxa, Attorney for Creditor

FOR COURT USE ONLY
RECEIVED
APR 30 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: CIRCUIT CITY STORES, INC.
CASE NO. 08-35653

IN RE: CIRCUIT CITY STORES WEST COAST, INC.
CASE NO. 08-35654

ATTACHMENT TO PROOF OF CLAIM OF
JWC/LOFTUS, LLC
LEASE REJECTION DAMAGES CLAIM

This is the Attachment to the Proof of Claim of JWC/Loftus, LLC ("Loftus") for Lease Rejection Damages.  In support of its claim, Loftus states as follows:

- The total amount of the claim is $895,115.74.

- The amount of the rent for one-year is $704,165.64.  This is computed as 12 months' Base Rent at $58,880.47 per month; plus the additional amounts for Common Area Maintenance (CAM) (12 mos. x $2,636.84 = $31,642.08); plus Real Estate Taxes (12 mos. total $159,308.02).

| TOTAL CLAIM: | $ 704,165.64 |
|---|---|
| | 31,642.08 |
| | 159,308.02 |
| | $ 895,115.74 |

- The lease rejected was for the premises located at the 28th and Pearl Retail Center in Boulder, Colorado (Store No. 3348).

- The Lessee under the lease is Circuit City Stores West Coast, Inc.  The lease is guaranteed by Circuit City Stores, Inc.  Loftus asserts claims against both of these entities in their respective bankruptcy cases.

- This Proof of Claim covers only Loftus's claim for Lease Rejection Damages. This Proof of Claim does NOT waive, alter, amend or concern any other claims which Loftus has asserted, and/or may assert, in this matter, including claims for pre-petition and post-petition amounts, losses and damages, plus administrative claims.

- The lease of the premises was entered into in approximately November 1997.  The lease is lengthy and will be provided upon request.  The term of the lease was 20 years.

R0008135

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT _EASTERN_____ DISTRICT OF _VIRGINIA_____ | PROOF OF CLAIM |

| Name of Debtor:  Circuit City Stores West Coast, Inc.. | Case Number:  08-35654 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>JWC/Loftus, LLC | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>Philip C. Baxa, Esquire<br>MERCERTRIGIANI LLP, 16 South Second Street, Richmond, VA  23235<br><br>Telephone number:  (804) 782-8691 | Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Same as above<br><br>**COPY**<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

| 1. Amount of Claim as of Date Case Filed:      $  895115.74 | 5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount. |
|---|---|
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | Specify the priority of the claim.<br><br>☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:**  _Lease Rejection Claim_<br>(See instruction #2 on reverse side.) | ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy |
| 3. Last four digits of any number by which creditor identifies debtor: _____<br><br>3a. Debtor may have scheduled account as: _____<br>(See instruction #3a on reverse side.) | petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| 4. **Secured Claim (See instruction #4 on reverse side.)**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other  **RECEIVED**<br>Describe:<br><br>Value of Property:$_____ Annual Interest Rate___%   **APR 30 2009**<br><br>Amount of arrearage and other charges as of time case filed included in secured claim,<br>if any: $_____   Basis for perfection: _____  **KURTZMANCARSONCONSULTANTS**<br><br>Amount of Secured Claim: $_____   Amount Unsecured: $_____ | ☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| 6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | ☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>Amount entitled to priority:<br><br>$_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

| Date:<br>4/29/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Philip C. Baxa, Attorney for Creditor  *Philip C. Bx* | FOR COURT USE ONLY<br><br>*signature* |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: CIRCUIT CITY STORES, INC.
CASE NO. 08-35653

IN RE: CIRCUIT CITY STORES WEST COAST, INC.
CASE NO. 08-35654

ATTACHMENT TO PROOF OF CLAIM OF
JWC/LOFTUS, LLC
LEASE REJECTION DAMAGES CLAIM

This is the Attachment to the Proof of Claim of JWC/Loftus, LLC ("Loftus") for Lease Rejection Damages. In support of its claim, Loftus states as follows:

- The total amount of the claim is $895,115.74.

- The amount of the rent for one-year is $704,165.64. This is computed as 12 months' Base Rent at $58,880.47 per month; plus the additional amounts for Common Area Maintenance (CAM) (12 mos. x $2,636.84 = $31,642.08); plus Real Estate Taxes (12 mos. total $159,308.02).

|  |  |
|---|---|
| TOTAL CLAIM: | $ 704,165.64 |
|  | 31,642.08 |
|  | 159,308.02 |
|  | $ 895,115.74 |

- The lease rejected was for the premises located at the 28th and Pearl Retail Center in Boulder, Colorado (Store No. 3348).

- The Lessee under the lease is Circuit City Stores West Coast, Inc. The lease is guaranteed by Circuit City Stores, Inc. Loftus asserts claims against both of these entities in their respective bankruptcy cases.

- This Proof of Claim covers only Loftus's claim for Lease Rejection Damages. This Proof of Claim does NOT waive, alter, amend or concern any other claims which Loftus has asserted, and/or may assert, in this matter, including claims for pre-petition and post-petition amounts, losses and damages, plus administrative claims.

- The lease of the premises was entered into in approximately November 1997. The lease is lengthy and will be provided upon request. The term of the lease was 20 years.

R0008135