To the Federal Bankruptcy Court, Judge, Clerk

RE: Kenneth R. Porter of 3608 Crosswicks CT, Fort Worth, Texas 76137 Claim Number 14843 Claim Amount Filed $3,984.68

I object to all objections from Skadden, Arps, Slate, Meagher and Flom LLP of Wilmington, DE and Chicago Illinois ATTN: Galardi, Fredericks, Dickerson and McGuireWoods LLP of Richmond VA ATTN: Foley and Boehm

I have proved way beyond any reasonable doubt that I was an employee of Circuit City and as such I have earned my $3984.68. The Federal Courts have already sided with the employees of Walmart, when Walmart did not want to pay vacation time and sick time to its employees.

If needed, I will object to all eleven attorneys opinions on a daily basis

So, in a quick summary - I object and I did so before the 4:00pm, June 1, 2010 Response Deadline

Kenneth R. Porter
3608 Crosswicks CT.
Fort Worth, Texas 76137
Claim Number 14843
Claim Amount $3,984.68



RICHMOND DIVISION
FILED
MAY 26 2010
CLERK
US BANKRUPTCY COURT

Copies sent to: Skadden, Arps, Slate, Meagher and Flom LLP of Wilmington DE and Chicago IL Att: Galardi, Fredericks, Dickerson. McGuireWoods LLP of Richmond VA ATTN: Foley and Boehm

Clerk of the Bankruptcy Court                                21 May 2010

United States Bankruptcy Court

701 East Broad Street - Room 4000

Richmond, Virginia 23219

Case 08-35653-KRH    Doc 7659    Filed 05/26/10    Entered 05/27/10 15:53:28    Desc Main
                                    Document    Page 2 of 2