# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

## CHANGE OF ADDRESS

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:
- [ ] Debtor
- [ ] Attorney [If Applicable:] Name: _____
- [x] Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:
- [ ] Husband and Wife
- [ ] Husband Only
- [ ] Wife Only

*[If applicable]* Case Name: Circuit City Stores, Inc.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653
*[If applicable]* Creditor Name: John D. Sessoms

[x] Street Address   [x] Mailing Address
New Address: 7307 Saddle Oaks Dr.
No. and Street, Apt., P. O. Box or R. D. No.

City: Cary      State: IL     Zip: 60013

[x] Street Address   [x] Mailing Address
Old Address: 9629 Rockstone Ct
No. and Street, Apt., P. O. Box or R. D. No.

City: Richmond      State: VA     Zip: 23238

Telephone Number: ( 847 ) 829-4450
**Please include area code**

_Signature_

Signature of Filer [*check filer type below*]:
- [ ] Attorney for Debtor
- [ ] Debtor *[If joint case and address is for __husband and wife__, both debtors must sign.]*
- [x] Creditor
- [ ] Attorney

Date: May 23, 2010
pc:    Trustee
       United States Trustee
       Creditor (for creditor's change of address)

[changead ver. 02/08]

*Filed stamp: RICHMOND DIVISION, MAY 27 2010, U.S. BANKRUPTCY*