IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | CIRCUIT CITY STORES, INC., *et al.*, Debtors. | Case No. 08-35653<br>Chapter 11<br>Jointly Administered |

## ORDER

Upon consideration of the omnibus motion (the "Motion") (Docket No. 7062) of Robert Gentry, Jack Hernandez, Jonathan Card, and Joseph Skaf (collectively, the "Named Claimants") requesting application of Rule 7023 of the Federal Rules of Bankruptcy Procedure to their class proofs of claim, the Debtors' response (the "Response") (Docket No. 7166) to the Motion and the Named Claimants' reply (the "Reply") (Docket No. 7176) thereto; and the Court having reviewed the Motion, the Response, and the Reply; and the Court having held a hearing on April 15, 2010 and considered the arguments advanced by the Debtors and the Named Claimants; and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefor as set out in the Court's Memorandum Opinion entered on this date, it is hereby

**ORDERED, ADJUDGED AND DECREED** that**:**

1.      The Motion is DENIED.

2.      Claim Nos. 6039, 6040, 6045 and 8717 are hereby deemed individual proofs of claim on behalf of the respective Named Claimants.

3.      Claim No. 6039 is reduced to the amount $73,365.60 solely on behalf of Robert Gentry (the "Gentry Remaining Claim").

4. Claim No. 6040 is reduced to the amount $195,003.45 solely on behalf of Jonathan Card (the "Card Remaining Claim").

5. Claim No. 6045 is reduced to the amount $220,205.20 solely on behalf of Jack Hernandez (the "Hernandez Remaining Claim").

6. Claim No. 8717 is reduced to the amount $636,674.40 solely on behalf of Joseph Skaf, Gustavo Garcia and Miguel Perez (the "Skaf Remaining Claim," and together with the Gentry Remaining Claim, the Card Remaining Claim and the Hernandez Remaining Claim, the "Remaining Claims").

7. Kurtzman Carson Consultants LLC is hereby directed to update the official claims register as is necessary or appropriate to carry out the provisions of this Order.

8. The Debtors' right to object to any claims and all claims, including the Remaining Claims, and the claimants' right to respond to such objections on any ground governing law permits are not waived and are expressly reserved.

ENTERED: _____

      /s/Kevin R. Huennekens
UNITED STATES BANKRUPTCY JUDGE