IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:         CIRCUIT CITY STORES, INC.,              Case No. 08-35653
               *et al.*,                               Chapter 11
                       Debtors.                        Jointly Administered

## ORDER

Upon consideration of the omnibus motion (the "Motion") (Docket No. 7062) of Robert Gentry, Jack Hernandez, Jonathan Card, and Joseph Skaf (collectively, the "Named Claimants") requesting application of Rule 7023 of the Federal Rules of Bankruptcy Procedure to their class proofs of claim, the Debtors' response (the "Response") (Docket No. 7166) to the Motion and the Named Claimants' reply (the "Reply") (Docket No. 7176) thereto; and the Court having reviewed the Motion, the Response, and the Reply; and the Court having held a hearing on April 15, 2010 and considered the arguments advanced by the Debtors and the Named Claimants; and upon the record herein, and after due deliberation thereon; and good and sufficient cause appearing therefor as set out in the Court's Memorandum Opinion entered on this date, it is hereby

**ORDERED, ADJUDGED AND DECREED** that**:**

1.      The Motion is DENIED.

2.      Claim Nos. 6039, 6040, 6045 and 8717 are hereby deemed individual proofs of claim on behalf of the respective Named Claimants.

3.      Claim No. 6039 is reduced to the amount $73,365.60 solely on behalf of Robert Gentry (the "Gentry Remaining Claim").

4.      Claim No. 6040 is reduced to the amount $195,003.45 solely on behalf of Jonathan Card (the "Card Remaining Claim").

5.      Claim No. 6045 is reduced to the amount $220,205.20 solely on behalf of Jack Hernandez (the "Hernandez Remaining Claim").

6.      Claim No. 8717 is reduced to the amount $636,674.40 solely on behalf of Joseph Skaf, Gustavo Garcia and Miguel Perez  (the "Skaf Remaining Claim," and together with the Gentry Remaining Claim, the Card Remaining Claim and the Hernandez Remaining Claim, the "Remaining Claims").

7.      Kurtzman Carson Consultants LLC is hereby directed to update the official claims register as is necessary or appropriate to carry out the provisions of this Order.

8.      The Debtors' right to object to any claims and all claims, including the Remaining Claims, and the claimants' right to respond to such objections on any ground governing law permits are not waived and are expressly reserved.


ENTERED:  May 28 2010

 Entered on docket: May 28 2010

        /s/Kevin R. Huennekens
        UNITED STATES BANKRUPTCY JUDGE

2

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1              Date Rcvd: May 28, 2010
Case: 08-35653              Form ID: pdforder        Total Noticed: 1

The following entities were noticed by first class mail on May 30, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2010**                    **Signature:**