UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR LEAVE OF COURT
TO ATTEND HEARING BY TELEPHONE**

Christopher L. Perkins ("**Movant**"), co-counsel for, and on behalf of FM Facility Maintenance f/k/a IPT, LLC ("**FM Facility**") hereby submits this Motion for Leave of Court to Attend Hearing by Telephone on behalf of co-counsel Nancy A. Washington ("**Ms. Washington**"), of Saiber LLC and in support thereof the Movant states as follows:

1. On January 20, 2009, Ms. Washington was admitted to this Court *pro hac vice*.

2. On the agenda for the omnibus hearing scheduled for Tuesday, June 8, 2010, is a status hearing on the Confirmation of the Chapter 11 Plan (Docket No. 5124). As co-counsel for FM Facility, Ms. Washington would like the opportunity to participate in the hearing regarding this matter.

---

Christopher L. Perkins – VSB No. 41783
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499
Phone:  (804) 783-7550

and

Nancy A. Washington, Esq. (admitted *pro hac vice*)
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone:  (973) 622-8398

3.     The time and expense associated with traveling to Richmond, Virginia to attend the hearing from Florham Park, New Jersey where Ms. Washington practices makes her in-person attendance at all hearings cost prohibitive.

4.     At the time of the hearing, Ms. Washington can be reached at (973) 622-8398. Further, Ms. Washington will be provided with the requisite dial-in telephone number and meeting identification in order that she may call in to the Court at the time of the hearing.

WHEREFORE, Movant respectfully requests that this Court enter the Order attached as Exhibit A authorizing Ms. Washington to appear and participate telephonically in the omnibus hearing scheduled for June 8, 2010, and for such other and further relief as is just.

/s/ Christopher L. Perkins
Movant

Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

and

Nancy A. Washington, Esq. (admitted *pro hac vice*)
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone: (973) 622-8398

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2010, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of appearance in this matter, including to all persons appearing below:

> Robert B. Van Arsdale, Esq.
> Office of the United States Trustee
> 701 East Broad St. Suite 4304
> Richmond, Virginia 23219
> *Assistant United States Trustee*

> Daniel F. Blanks, Esq.
> Douglas M. Foley, Esq.
> McGuire Woods LLP
> 9000 World Trade Center
> 101 W. Main Street
> Norfolk, Virginia 23510
> *Counsel for the Debtors*

> Dion W. Hayes, Esq.
> Joseph S. Sheerin, Esq.
> Sarah Becket Boehm, Esq.
> McGuire Woods LLP
> One James One James Center
> 901 East Cary Street
> Richmond, Virginia 23219
> *Counsel for the Debtors*

> Greg M. Galardi, Esq.
> Ian S. Fredericks, Esq.
> Skadden, Arps, Slate, Mcaghcr & Flom, LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, Delaware 19899-0636
> *Counsel for the Debtors*

> /s/ Christopher L. Perkins
> Movant

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**ORDER GRANTING MOTION FOR
LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

This matter came before the Court upon the Motion for Leave of Court to Attend Hearing by Telephone (the "**Motion**") filed by Christopher L. Perkins on behalf of Nancy A. Washington ("**Ms. Washington**"). Ms. Washington requests leave to attend the omnibus hearing scheduled for Tuesday, June 8, 2010 by telephone. For good cause shown, the Motion is hereby GRANTED.

ENTERED:

UNITED STATES BANKRUPTCY JUDGE

Christopher L. Perkins – VSB No. 41783
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23218-2499
Phone:   (804) 783-7550

and

Nancy A. Washington, Esq. (admitted *pro hac vice*)
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone:   (973) 622-8398

WE ASK FOR THIS:

_____
Christopher L. Perkins (Va. Bar No. 41783)
LeCLAIRRYAN, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street, P.O. Box 2499
Richmond, Virginia 23218-2499
(804) 783-2003

and

Nancy A. Washington, Esq. (admitted *pro hac vice*)
Saiber LLC
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Phone: (973) 622-8398