# CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free

May 27, 2010



RICHMOND DIVISION
FILED JUN - 1 2010
CLERK
US BANKRUPTCY COURT

United States Bankruptcy Court - Eastern District - Richmond Division
701 East Broad Street,
Richmond, VA 23233

Re: Circuit City Stores, Inc., Debtor // To: Unknown Entity

Case No. 08-35653

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Lisa Pietro
SOP Process Specialist

Log# 516699079

FedEx Tracking# 790706042814

## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number    08-35653-KRH
Chapter    11
Judge    Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
   Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
   Debtor: 54-0493875

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on May 20, 2010 in the above-referenced case, event text as shown below:

Transcript filed Re: Hearing Held 5/11/2010, Remote electronic access to the transcript is restricted until 08/16/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.] [Transcript Purchased by Karen Cain / McGuire Woods.] (RE: related document(s) [7481] Hearing held; MOTION WITHDRAWN by movant, without prejudice, [7482] Hearing held; SETTLED; Stipulation to be filed, [7484] Hearing held; SETTLED; Motion Withdrawn, [7485] Hearing held; MOTION GRANTED; order to be submitted, [7487] Hearing held; BOTH MOTIONS GRANTED; orders to be submitted, [7489] Hearing held; MOTION GRANTED; order has been submitted). Notice of Intent to Request Redaction Deadline Due By 05/25/2010. Redaction Request Due By 06/8/2010. Redacted Transcript Submission Due By 06/18/2010. Transcript access will be restricted through 08/16/2010. (Bowen, James)

The parties have [until May 27, 2010] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [June 10, 2010] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [June 21, 2010] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [August 18, 2010] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

William C. Redden
Clerk, United States Bankruptcy Court

Date:    May 20, 2010

[ntctranredact.jsp 3/2009]

SAT-24109 0422-7 redactr 08-35653
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

**FIRST-CLASS MAIL**

010864 10864 1 AT 0.354 19801 03 6504-0-11666
CT Coproration
1209 Orange Street
Wilmington, DE 19801-1120