IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING (1) PLAN OF LIQUIDATION PROPOSED BY THE OFFICIAL COMMITTEE OF CREDITORS OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION; (2) CIRCUIT CITY, INC. LIQUIDATING TRUST AGREEMENT; AND (3) PROPOSED BYLAWS OF THE OVERSIGHT COMMITTEE**

The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby files the following documents with the Court:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Pachulski Stang Ziehl & Jones LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard, 11th Floor | Richmond, VA 23219 |
| Los Angeles, CA 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy: (804) 783-0178 |
| Telecopy: (310) 201-0760 | |
| | |
| Counsel for the Official | Co-Counsel for the Official |
| Committee of Unsecured Creditors | Committee of Unsecured Creditors |

12304-002\DOCS_LA:220729.1

1. <u>Exhibit 1</u>.  Plan of Liquidation Proposed by the Official Committee of Creditors of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession ("<u>Committee Plan</u>").

2. <u>Exhibit 2</u>. Redline of the Committee Plan to the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (the "<u>Joint Plan</u>") filed with the Court on September 29, 2009 [Docket No. 5124] reflecting the changes to the Joint Plan contained in the Committee Plan.

3. <u>Exhibit 3</u>. Circuit City Stores, Inc. Liquidating Trust Agreement in connection with the Committee Plan (the "<u>Committee Liquidating Trust Agreement</u>")

4. <u>Exhibit 4</u>. Redline of the Committee Liquidating Trust Agreement to the last version of the Liquidating Trust Agreement forwarded to the Committee by the Debtors.

5. <u>Exhibit 5</u>. Proposed ByLaws of the Oversight Committee in connection with the Committee Plan (the "<u>Committee Proposed Oversight Committee ByLaws</u>").

6. <u>Exhibit 6</u>. Redline of the Committee Proposed Oversight Committee ByLaws to the last version of the ByLaws forwarded to the Committee by the Debtors.

TAVENNER & BERAN, P.L.C.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 805-123-4567
Facsimile: 310/201-0760
E-mail:rfeinstein@pszjlaw.com
           jpomerantz@pszjlaw.com

Counsel for Official Committee of
Unsecured Creditors Holding Unsecured Claims

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2010, a true and correct copy of the above and foregoing was served on all parties receiving notice through the Court's ECF system.

*/s/ Lynn L. Tavenner*
Lynn L. Tavenner, Esq. (VA Bar No. 30083)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Telecopy:  (804) 783-0178