IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et al.</u>, ) | |
| ) | Case No. 08-35653 (KRH) |
| ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

### NOTICE OF MOTION AND NOTICE OF HEARING

     **PLEASE TAKE NOTICE** that on June 2, 2010, Metra Electronics Corporation ("Metra"), by counsel, filed with the Court its *Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation* (the "Motion").

     <u>**Your rights may be affected.**</u>  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**  Under *Local Bankruptcy Rule* 4001(a)-1, the Court may deem any opposition waived, treat the *Motion* as conceded, and issue an order granting the requested relief without further notice or hearing unless a written response to the *Motion* is filed with the Clerk of Court and served on the moving party, the trustee, and those parties as required, no later than the response deadline indicated below, and you take the following steps set forth below.

     If you do no want the Court to approve the *Motion*, or if you want the Court to consider your views on the *Motion* then you or your attorney must:

     1.    File with the Court, either electronically or at the address shown below, a written response pursuant to the *Local Bankruptcy Rules*.  If you mail your written response to the Court for filing, you must mail it early enough so the Court will <u>receive</u> it on or before **July 15, 2010**.

               William C. Redden, Clerk
               United States Bankruptcy Court
               Eastern District of Virginia, Richmond Division
               701 E. Broad Street, Suite 4000
               Richmond, Virginia 23219

---

William A. Gray, Esquire-VSB #46911
W. Ashley Burgess-VSB#67998
Broderick C. Dunn – VSB #74847
SANDS ANDERSON PC
1111 East Main Street, Suite 2400
P.O. Box 1998
Richmond, Virginia 23218-1998
  *Counsel for Metra Electronics Corporation*

You must also deliver a copy to all parties on the Certificate of Service below and to:

>William A. Gray, Esquire – VSB #46911
>Ashley Burges, Esquire – VSB # 67998
>Broderick C. Dunn – VSB #74847
>Sands Anderson PC
>1111 East Main Street, Suite 1800
>Post Office Box 1998
>Richmond, Virginia 23218-1998

2. Attend the hearing scheduled for **July 22, 2010, at 10:00 a.m.** before the Honorable Kevin R. Huennekens, U.S. Bankruptcy Court, Eastern District of Virginia, Richmond Division, Room 5000, United States Courthouse, 701 E. Broad Street, Richmond, Virginia 23219.

If you or your attorneys do not take these steps, the Court may decide that you do not oppose the relief sought in the *Motion*, may deem any opposition waived, treat the *Motion* as conceded, and enter an order granting the requested relief without further notice of hearing.

Dated: June 2, 2010                **Respectfully submitted,**

                                   **METRA ELECTRONICS CORPORATION**

                                   By:      */s/ William A. Gray*
                                          William A. Gray, Esquire-VSB #46911
                                          W. Ashley Burgess-VSB#67998
                                          SANDS ANDERSON PC
                                          1111 East Main Street, Suite 2400 (23219)
                                          Post Office Box 1998
                                          Richmond, Virginia  23218-1998
                                            *Counsel for Metra Electronics Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed and served, via U.S. Mail, first class, postage fully prepaid, and via the Electronic Case Filing System, this 2nd day of June, 2010, to:

Dion W. Hayes, Esquire
Douglas Foley, Esquire
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Gregg Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher & Flom LLP
Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

_____/s/ William A. Gray_____