# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x
In re:                                                          Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,          Case No. 08-35653 (KRH)


                    Debtors.                              (Jointly Administered)
---------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NO. 13,054
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Prince George's Station Retail, LLC
      c/o William C. Crenshaw
      901 New York Avenue, N.W.
      Washington, DC 20001
      Telephone: (202) 624-7380

Your right, title, and interest in and to the Section 503(b) administrative claim evidenced by the request for allowance designated claim no. **13,054**, date-stamped **May 26, 2009** (the first page of which request for allowance is attached hereto as Exhibit A), filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the total filed amount of **$50,482.28**, and the stipulated amount of **$43,759.28**, has been transferred, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Koufax, LLC ("Transferee"), its successors and assigns, with offices located at:

      Southpaw Koufax, LLC
      2 West Greenwich Office Park, 1st Floor
      Greenwich, CT 06831
      Tel: (203) 862-6208
      Fax: (203) 862-6201
      Attn: Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

      Clerk of the Court
      U.S. Bankruptcy Court
      Eastern District of Virginia
      701 East Broad Street
      Richmond, VA 23219-1888

dc-606102

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

                                                                         Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:        _____
Claims Agent Noticed: _____

                                         _____
                                                    Deputy Clerk

dc-606102

# **EXHIBIT A**

**Request for Allowance (Claim No. 13,054)**

dc-606102

#13054



Michelle McMahon
Direct: 212-541-3039
Fax: 212-541-1439
Email: michelle.mcmahon@bryancave.com

May 22, 2009

**BY FEDERAL EXPRESS**

Circuit City Stores, Inc. et. al.
Claims Processing Department
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, California 90245

Re:   *In re Circuit City Stores, Inc., et. al.*

To Whom It May Concern:

    Enclosed please find (i) original administrative claim submitted today on behalf of Prince George's Station Retail with respect to the above-referenced bankruptcy case and (ii) a copy of same to be time and dated stamped and returned to me in the enclosed self addressed stamped envelope.

    Please do not hesitate to contact me if you have any questions.

Sincerely,

Michelle McMahon

Enclosures

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

**Bryan Cave International Trade**
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

**Bryan Cave Strategies**
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com
Washington, DC
St. Louis

RECEIVED
MAY 2 6 2009
KURTZMAN CARSON CONSULTANTS

C145551/0274916/1534919.1



0835653090526000000000008

## **EXHIBIT B**

**Evidence of Transfer of Claim**

dc-606102

### EVIDENCE OF TRANSFER OF ADMINISTRATIVE CLAIM

TO:         THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:    13054

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Prince George's Station Retail, LLC ("Seller"), its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 13054, which pursuant to that certain Settlement Agreement and Stipulation By and Among the Debtors and Prince George's Station Retail, LLC Resolving Certain Claims dated May 12, 2010 has been allowed as an administrative expense claim pursuant to 11 U.S.C. §503(b) in the amount of $43,759.28 (the "Administrative Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled *In re Circuit City Stores, Inc., et al.*, Case No. 08-35653 (KRH) (Jointly Administered) pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Administrative Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Administrative Claim and recognizing the Buyer as the sole owner and holder of the Administrative Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Administrative Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

{DC050753;4} 1237670.2 5/18/10                              11

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Administrative Claim by its duly authorized representative dated May 18, 2010.

**PRINCE GEORGE'S STATION RETAIL, LLC**

By: _____
Name: Harvey Taylor
Title: Administrative Member

**SOUTHPAW KOUFAX, LLC**

By: _____
Name: Kevin Wyman
Title: Member

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Administrative Claim by its duly authorized representative dated May 18, 2010.

PRINCE GEORGE'S
STATION RETAIL, LLC

By: /s/ Harvey Taylor
Name: Harvey Taylor
Title: Administrative Member

SOUTHPAW KOUFAX, LLC

By: _____
Name: Kevin Wyman
Title: Member