# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x
In re:                                    Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,    Case No. 08-35653 (KRH)


          Debtors.                        (Jointly Administered)
---------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO. 13,747
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   FR E2 Property Holdings, LP
      707 Eagleview Blvd., Suite 110
      Exton, PA 19341
      Attention: Stephen Fenning, Operations Manager
      Telephone: (484) 713-2046

Your right, title, and interest in and to the Section 503(b) administrative claim evidenced by the request for allowance designated claim no. **13,747**, date-stamped **June 22, 2009** (the first page of which request for allowance is attached hereto as Exhibit A), filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the total filed amount of **$380,839.71**, and the stipulated amount of **$70,161.13**, has been transferred, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Koufax, LLC ("Transferee"), its successors and assigns, with offices located at:

      Southpaw Koufax, LLC
      2 West Greenwich Office Park, 1st Floor
      Greenwich, CT 06831
      Tel: (203) 862-6208
      Fax: (203) 862-6201
      Attn: Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

      Clerk of the Court
      U.S. Bankruptcy Court
      Eastern District of Virginia
      701 East Broad Street
      Richmond, VA 23219-1888

dc-605970

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:       _____
Claims Agent Noticed: _____

                                           _____
                                           Deputy Clerk

dc-605970

# **EXHIBIT A**

**Request for Allowance (Claim No. 13,747)**

dc-605970

#13747

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------------x
In re:                                                      :   Chapter 11
                                                            :
CIRCUIT CITY STORES, INC.,                                  :
et al.,[1]                                                  :   Case No. 08-35653 (KRH)
                                                            :   Jointly Administered
        Debtors.                                            :
                                                            :   Administrative Expense Request asserted against
                                                            :   Circuit City Stores, Inc. (Case No. 08-35653)
                                                            :
------------------------------------------------------------x

RECEIVED
JUN 22 2009
KURTZMANCARSONCONSULTANTS

## REQUEST OF FR E2 PROPERTY HOLDING, LP FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE

FR E2 Property Holding, LP[2] (the "Landlord"), by and through its undersigned counsel, hereby submits this Request for Allowance and Payment of Administrative Expense ("Administrative Expense Request") pursuant to the Bankruptcy Court's Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (I) Setting Administrative Bar Date and Procedures for Filing and Objecting to Administrative Expense Requests and (II) Approving Form and Manner of Notice Thereof, dated May 14, 2009 [Doc. No. 3354] (the "Administrative Bar Date Order"). The Administrative Expense Request is submitted pursuant to Sections 365(d)(3) and 503(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with respect to claims arising

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a) XSStuff, LLC (9263), Maryland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

[2] FR E2 Property Holding, LP is the successor to FR/Cal Gouldsboro Property Holding, L.P.'s interest in the Standard Form Industrial Building Lease, dated February 28, 2007, by and between FR/Cal Gouldsboro Property Holding, L.P. and Circuit City Stores, Inc.

1163988.2 6/19/09


☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return


0835653090622000000000044

## **EXHIBIT B**

**Evidence of Transfer of Claim**

dc-605970

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:  13747

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, FR E2 Property Holding, LP and First Industrial Realty Trust, Inc. (collectively "Seller"), its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 13747, which pursuant to that certain Settlement Agreement and Stipulation By and Among the Debtors and First Industrial Realty Trust, Inc. Resolving Certain Claims dated May 4, 2010 has been allowed as an administrative expense claim pursuant to 11 U.S.C. §503(b) in the amount of $70,161.13 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled *In re Circuit City Stores, Inc., et al.*, Case No. 08-35653 (KRH) (Jointly Administered) pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

1237670.6 5/18/10

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May ___, 2010.

**FR E2 PROPERTY HOLDING, LP**

By: _[signature]_
Name: Charles A Rollins
Title: Senior Vice President of Operations

**SOUTHPAWKOUFAX, LLC**

By: _____
Name:
Title:

**FIRST INDUSTRIAL REALTY TRUST, INC.**

By: _[signature]_
Name: Charles A Rollins
Title: Senior Vice President of Operations

1237670.6 5/20/10

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20, 2010.

**FR E2 PROPERTY HOLDING, LP**

By: _____
Name:
Title:

**SOUTHPAWKOUFAX, LLC**

By: _____/s/_____
Name: Howard Golden
Title: Member

**FIRST INDUSTRIAL REALTY TRUST, INC.**

By: _____
Name:
Title:

1237670.6 5/18/10