# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x
In re:                                                    Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,     Case No. 08-35653 (KRH)


Debtors.                                   (Jointly Administered)
---------------------------------------------------x

## NOTICE REGARDING TRANSFER OF CLAIM NO. 12050
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Prince George's Station Retail, LLC
      c/o William C. Crenshaw
      901 New York Avenue, N.W.
      Washington, DC 20001
      Telephone: (202) 624-7380

Your right, title, and interest in and to the unsecured claim evidenced by proof of claim no. **12050**, date-stamped **April 9, 2009** (the first page of which proof of claim is attached hereto as Exhibit A), filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the amount of **$1,908,190.35**, has been transferred, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Koufax, LLC ("Transferee"), its successors and assigns, with offices located at:

   Southpaw Koufax, LLC
   2 West Greenwich Office Park, 1st Floor
   Greenwich, CT 06831
   Tel:  (203) 862-6208
   Fax:  (203) 862-6201
   Attn:  Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

   Clerk of the Court
   U.S. Bankruptcy Court
   Eastern District of Virginia
   701 East Broad Street
   Richmond, VA 23219-1888

dc-606101

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:         _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-606101

## **EXHIBIT A**

**Proof of Claim No. 12050**

dc-606101

B10 (Official Form 10)                                                                                    #12050

| United States Bankruptcy Court<br>Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Debtor: Circuit City Stores, Inc. | Case Number: **08-35653-KRH** |

Note: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor<br>(The person or other entity to whom the debtor owes money or property):<br>**Prince George's Station Retail, LLC**<br>Name and Address Where Notices Should be Sent:<br>**William C. Crenshaw**<br>**901 New York Avenue, NW**<br>**Washington, D.C. 20001**<br>Telephone: (202) 624-7380<br>Email: bill.crenshaw@bryancave.com | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIED DEBTOR: | Check box if this claim ☐ replaces a previously filed claim, dated:<br>☐ amends |

**1. BASIS FOR CLAIM**
Goods sold/ Services performed
☐ Litigation
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (Describe briefly)

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
  Your social security number:
  Unpaid compensation for services performed
  from            to
  date           date

**2. DATE DEBT WAS INCURRED:** See attached Statement of Claim.   **3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM:
  Attach evidence of perfection of security interest
  Brief Description of Collateral:
  ☐ Real Estate ☐ Motor Vehicle X Other (Describe briefly):
Amount of arrearage and other charges at time case filed included in secured claim above, if any, $_____
☒ UNSECURED NONPRIORITY CLAIM: **$1,908,190.35**
  A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.
☐ UNSECURED PRIORITY CLAIM $_____
  Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $10,000),*earned not more than 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan—11 U.S.C. § 507 (a)(5)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(7)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child—11 U.S.C. § 507(a)(1)
☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(8)
☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:**
$ 1,908,190.35 (Unsecured)   $_____ (Secured)   $_____ (Priority)   $ 1,908,190.35 * (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.
* plus applicable interest, costs and attorneys' fees

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS: *Attach copies of support documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contract, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 4/7/09
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
by: [signature]
Harvey Taylor, Managing Member of Prince George's Retail Station, LLC

THIS SPACE IS FOR COURT USE ONLY

**RECEIVED**
APR 0 9 2009
KURTZMANCARSONCONSULTANTS

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

☒ Date Stamped Copy Returned
☐ No self addressed stamped envelope
☐ No copy to return


0835653090409000000000023

## **EXHIBIT B**

**Evidence of Transfer of Claim**

dc-606101

# EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

Claim #:  12050

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Prince George's Station Retail, LLC (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Koufax, LLC its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with Claim No. 12050, which pursuant to that certain Settlement Agreement and Stipulation By and Among the Debtors and Prince George's Station Retail, LLC Resolving Certain Claims dated May 12, 2010 has been allowed in the amount of $1,908,190.35 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Circuit City Stores, Inc., et al., Case No. 08-35653 pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 18, 2009.

**PRINCE GEORGE'S STATION RETAIL, LLC**

By: _____
Name: Harvey Taylor
Title: Administrative Member

**SOUTHPAW KOUFAX, LLC**

By: _____
Name: Kevin Wyman
Title: Member

{DC050779;6}

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 18, 2009.

| | |
|---|---|
| **PRINCE GEORGE'S STATION RETAIL, LLC** | **SOUTHPAW KOUFAX, LLC** |
| By: _____ <br> Name: Harvey Taylor <br> Title: Administrative Member | By: _____ <br> Name: Kevin Wyman <br> Title: Member |

{DC050779;6}