# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.                Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Sennheiser Electronic Corp.** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Sennheiser Electronic Corp.**<br>1 Enterprise Drive<br>Old Lyme, CT 06371 |

**Claim No. 11571 for $400,000.00 (General Unsecured Claim-Allowed)**
**Claim No. 13129 for $150,000.00 (Administrative Expense Claim-Allowed)**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____June 2, 2010_____
        Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

SENNHEISER ELECTRONIC CORP., a _privately held_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 2, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim and administrative expense claim (the "Claims"), in the principal amounts listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of these Claims as an unconditional assignment and Assignee as the valid owner of the Claims.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 2nd day of June 2010.

(Assignor)
SENNHEISER ELECTRONIC CORP.

By: _/s/ Mark F. Tomasi_
Name: MARK F. TOMASI
Title: Credit Mgr.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _/s/ Jon Bauer_
Name: Jon Bauer
Title: Member

(Assignor)
WITNESS:

By: _/s/ Debbie Tolla-Carlino_
Name: Debbie Tolla-Carlino
Title: Director of Human Resources.

## Schedule A
## SENNHEISER ELECTRONIC CORP.

| Debtor | Case Number | Claim Type | Claim No. | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | General Unsecured | 11571 | 714,200.08 | 400,000.00 |
| Circuit City Stores, Inc. | 08-36553 | Administrative Expense | 13129 | 269,417.40 | 150,000.00 |

Initials:
Seller
Buyer