**RICHMOND DIVISION**
FILED JUN - 2 2010
CLERK US BANKRUPTCY COURT

Whitney, Ahmad Paul
Claim # 14862

To whom it may concern,

I am writing this response in opposition to the objection set forth by the debtors. I feel I am entitled to compensation from my former employer (Circuit City) due to them going defunct. I was left in a financial bind when this happened and I am still reeling from the effects. I believe I am entitled to an amount no lower than $1428.00 and anything awarded in my name greater than my request I will gladly accept. I recognize I didn't state a claim on my last notice out of good faith my previous employer would compensate fairly. I am sad to say such was not the case, which is why I am pronouncing my claim as of now. I truly hope this matter can be resolved quickly and fiduciarily.

Thanks in Advance

Ahmad P. Whitney