UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | Case No. 08-35653 |
| ) | |
| CIRCUIT CITY STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Debtor. ) | (Jointly Administered) |
| ) | |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FED. R. BANKR. P. 3001(e)(2)
AND TRANSFEROR'S WAIVER OF NOTICE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a) by Bond-Circuit IX Delaware Business Trust (the "Transferor") and filed on the Claims Register for the above-captioned bankruptcy case. All right, title, and interest in and to the claim has been sold and transferred, for other than security, described as follows:

1. Person or entity to whom the claim has been transferred (the "Transferee"):

    Name:   ORIX Capital Markets, LLC, as special servicer for Bank of America, N.A., as successor by merger to LaSalle Bank National Association F/K/A LaSalle National Bank, as Trustee for the registered holders of asset securitization corporation commercial mortgage pass-through certificates series 1997-D5

    Address:   c/o Gregory A. Cross, Esq.
    Venable LLP
    750 East Pratt Street, Suite 900
    Baltimore, MD 21202

    Telephone:   410-244-7725

2. Date of Transfer of Claim:   May 25, 2010

3. Type of Claim:   General unsecured

4. Amount of Claim:   Not less than $874,900.06

5. Date of Filing Proof of Claim:   April 27, 2009

6. <u>Claim No.</u>:             12495 (the "Claim")

7. Transferor:

    <u>Name</u>:    Bond Circuit IX Delaware Business Trust

    <u>Address</u>: c/o Adam Hiller, Pinckney, Harris & Weidinger, LLC, 1220 N. Market St., Suite 950, Wilmington, DE 19801

8. A true and correct copy of the Proof of Claim originally filed (without exhibits) is attached hereto as Exhibit A.

PLEASE TAKE NOTICE that by its signature below the Transferor hereby waives any notice or hearing requirements provided by Fed. R. Bankr. P. 3001 and hereby stipulates that the transfer of the Claim as set forth above is acknowledged and recognized. The transfer and assignment of the Claim are without any warranty or covenant.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK
SIGNATURE PAGE IMMEDIATELY FOLLOWS

Signature Page to
**TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FED. R. BANKR. P. 30001(e)(2)
AND TRANSFEROR'S WAIVER OF NOTICE**

Dated: May 25, 2010

TRANSFEROR:

BOND-CIRCUIT IX DELAWARE
BUSINESS TRUST

By: Mechanicsburg Lakewood, LLC,
    Manager

by: _____
    Robert J. Ambrosi, Manager

Dated: May __, 2010

TRANSFEREE:

ORIX CAPITAL MARKETS, LLC, AS SPECIAL
SERVICER FOR BANK OF AMERICA, N.A., AS
SUCCESSOR BY MERGER TO LASALLE
BANK NATIONAL ASSOCIATION F/K/A
LASALLE NATIONAL BANK, AS TRUSTEE
FOR THE REGISTERED HOLDERS OF ASSET
SECURITIZATION CORPORATION
COMMERCIAL MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 1997-D5

By: _____
Name: Charles Crovil
Title: Director

| United States Bankruptcy Court<br>Eastern District of Virginia | **PROOF OF CLAIM** |
|---|---|
| In re (Name of Debtor):<br>Circuit City Stores, Inc. | Case Number:<br>08-35653 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor:<br>BOND-CIRCUIT IX DELAWARE BUSINESS TRUST | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement. |
|---|---|
| Name and Address Where Notices Should be Sent.<br>Adam Hiller, Draper & Goldberg, PLLC, 1500 North French Street, 2nd Floor, Wilmington, Delaware 19801 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. |
| Telephone No.<br>302.339.8776 | ☒ Check if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Account or other number by which Creditor identifies Debtor:<br>Lease: 5800 Carlisle Pike, Mechanicsburg, PA 17109 | ☐ replaces<br>Check here if this claim ☒ amends a previously filed claim, dated: 1/29/2009 |
|---|---|

1. BASIS FOR CLAIM
☐ Goods Sold
☐ Services performed
☐ Money loaned (Real Estate Mortgage)
☐ Personal Injury/wrongful death
☐ Taxes
☒ Other (Describe briefly) Lease rejection damages

COPY

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your Social Security Number ___-__-____
Unpaid compensation for services performed
from _____ to _____
    (date)        (date)

2. DATE DEBT WAS INCURRED:

3. IF COURT, JUDGMENT, DATE OBTAINED:

4. CLASSIFICATION OF CLAIM: Under the Bankruptcy Code all claims are classified as one or more of the following:
(1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another.
CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ _____
Attach evidence of perfection of security interest
☐ Real Estate  ☐ Motor Vehicle  ☐ Other (Describe briefly)
Amount of arrearage and other charges at time case filed included in secured claim above, if any $ _____
☒ UNSECURED NONPRIORITY CLAIM $ 874,900.06
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.
☐ UNSECURED PRIORITY CLAIM $ _____
Specify the priority of the claim.
*The payoff and arrearage amounts are itemized on the annexed exhibit.*

☐ Wages, salaries, or commissions (up to $4,000),*earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contribution to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to government units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of - 11 U.S.C. § 507(a) (_____).
**Amounts are subject to adjustment on 4 1 98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:
$ 874,900.06        (Unsecured)    $ _____ (Secured)
$ _____        (Priority)    $ 874,900.06 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attached itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

THIS SPACE IS FOR COURT USE ONLY

7. SUPPORTING DOCUMENTS: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. TIME - STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>BOND-CIRCUIT IX DELAWARE BUSINESS TRUST<br>by: Mechanicsburg/Lakewood, LLC, Manager<br><br>by: _____<br>Robert J. Ambrosi, Manager |

RECEIVED
APR 27 2009
KURTZMANCARSONCONSULTANTS

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Lease Rejection Damages Calculations

In re Circuit City Stores, Inc., Case No. 08-35653

**Claimant:**   BOND-CIRCUIT IX DELAWARE BUSINESS TRUST

## § 502(b)(6)(A) Amounts

**Scenario 1: One year's rent reserved:**

$ 480,228.55

**Scenario 2: 15% of rent reserved**

| | |
|---|---|
| Total Rent Reserved: | $ 5,478,345.07 |
| 15% of Total: | $ 821,751.76 |

**Scenario 3: Three year's rent reserved**

$ 1,511,269.29

**Application of statutory § 502(b)(6)(A) formula**

| | |
|---|---|
| The greater of #1: | $ 480,228.55 |
| and #2, not to exceed #3: | $ 821,751.76 |
| is: | $ 821,751.76 |

## § 502(b)(6)(B) Amounts

| Month/Year | Charge | Amount due |
|---|---|---|
| 10/1/08 - 10/31/08 | Rent | $ 37,143.33 |
| 10/1/08 - 10/31/08 | CAM | $ 2,073.75 |
| 10/1/08 - 10/31/08 | County Tax | $ 801.97 |
| 11/1/08 - 11/9/08 | Rent | $ 11,055.50 |
| 11/1/08 - 11/9/08 | CAM | $ 2,073.75 |
| 11/1/08 - 11/9/08 | County Tax | $ 801.97 |
| | TOTAL: | $ 53,148.30 |

## § 502(b)(6) Total Claim

| | |
|---|---|
| § 502(b)(6)(A) | $ 821,751.76 |
| § 502(b)(6)(B) | $ 53,148.30 |
| TOTAL: | $ 874,900.06 |

TOTAL RENT RESERVED

| Year Ending | Rent due | Cam | County Tax | School Tax | |
|---|---|---|---|---|---|
| 11/1/2009 | $ 445,719.96 | $ 24,885.00 | $ 9,623.59 | $ - | $ 480,228.55 |
| 11/1/2010 | $ 445,719.96 | $ 25,133.85 | $ 9,719.83 | $ 34,599.47 | $ 515,173.11 |
| 11/1/2011 | $ 445,719.96 | $ 25,385.19 | $ 9,817.02 | $ 34,945.46 | $ 515,867.64 |
| 11/1/2012 | $ 445,719.96 | $ 25,639.04 | $ 9,915.19 | $ 35,294.92 | $ 516,569.11 |
| 11/1/2013 | $ 445,719.96 | $ 25,895.43 | $ 10,014.35 | $ 35,647.87 | $ 517,277.61 |
| 11/1/2014 | $ 445,719.96 | $ 26,154.39 | $ 10,114.49 | $ 36,004.35 | $ 517,993.18 |
| 11/1/2015 | $ 445,719.96 | $ 26,415.93 | $ 10,215.63 | $ 36,364.39 | $ 518,715.91 |
| 11/1/2016 | $ 445,719.96 | $ 26,680.09 | $ 10,317.79 | $ 36,728.03 | $ 519,445.87 |
| 11/1/2017 | $ 445,719.96 | $ 26,946.89 | $ 10,420.97 | $ 37,095.31 | $ 520,183.13 |
| 11/1/2018 | $ 445,719.96 | $ 27,216.36 | $ 10,525.18 | $ 37,466.27 | $ 520,927.76 |
| 6/1/2019 | $ 260,003.31 | $ 27,488.52 | $ 10,630.43 | $ 37,840.93 | $ 335,963.19 |
| TOTAL | $ 4,717,202.91 | $ 287,840.68 | $ 111,314.47 | $ 361,987.01 | $ 5,478,345.07 |