**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---------------------------------------------------------- x

In re:

CIRCUIT CITY STORES, INC.,
et al.,

                Debtors.[1]

:  Chapter 11
:
:  Case No. 08-35653 (KRH)
:
:
:  Jointly Administered
:
:
:

---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

      I, Michael J. Robin, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

      On May 26, 2010, copies of the following documents were served via electronic mail upon

the parties set forth on the service lists attached hereto as **Exhibit A**, via facsimile upon the parties

set forth on the service lists attached hereto as **Exhibit B**, and via overnight mail upon the parties set

forth on the service lists attached hereto as **Exhibit C**:

1. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
   and Qwest Communications and Qwest Corporation (Docket No. 7644)

2. Certificate of No Objection with Respect to the Settlement Agreement and Stipulation
   by and Among the Debtors, Lenovo (United States), Inc., Monarch Master Funding Ltd,
   and United States Debt Recovery III, LP Resolving Debtors' Forty-Eighth Omnibus
   Objection to Certain Administrative Expenses and 503(b)(9) Claims and Other Matters
   (Docket No. 7645)

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

    3.   Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Miner Fleet Management Group, Ltd. (Regarding Claim No. 1094) (Docket No. 7651)

On May 26, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit D**:

    1.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Qwest Communications and Qwest Corporation (Docket No. 7644)

On May 26, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit E**:

    1.   Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors, Lenovo (United States), Inc., Monarch Master Funding Ltd, and United States Debt Recovery III, LP Resolving Debtors' Forty-Eighth Omnibus Objection to Certain Administrative Expenses and 503(b)(9) Claims and Other Matters (Docket No. 7645)

On May 26, 2010, copies of the following document were served via electronic mail upon the parties set forth on the service list attached hereto as **Exhibit F** and via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit G**:

    1.   Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Miner Fleet Management Group, Ltd. (Regarding Claim No. 1094) (Docket No. 7651)

Dated: May 27, 2010

                                         Michael J. Robin

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 27th day of May, 2010, by Michael J. Robin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

NANCY SANTOS
Commission # 1875532
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
Core Group Service List

| NAME | ATTENTION | EMAIL |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@bryancave.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | cgibbs@akingump.com |
|  | Sarah Link Schultz | sschultz@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Peter J Gurfein | pgurfein@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq |  | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
|  | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Attorney General of Indiana | Gregory F Zoeller | legrand.clark@atg.in.gov |
|  | LeGrand L Clark | gregory.zoeller@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
|  | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
|  | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski & | trepczynski@offitkurman.com |
|  | Martin J Yeager | myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore | jmoore@bmpllp.com |
|  |  | sdavis@bmpllp.com |
|  | Sarah Davis | bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Stacey Suncine |  |
|  | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
|  | Julie H Rome Banks Esq | julie@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
|  | John Lucian Esq | Lucian@blankrome.com |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
|  | Jeremy B Root Esq | jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Brian T Hanlon |  | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
|  | Andria M Beckham | abeckham@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Bryan Cave LLP | William E Olson | rfpage@bryancave.com<br>weolson@bryancave.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq<br>Shawn M Christianson Esq | cchiang@buchalter.com<br>schristianson@buchalter.com |
| Buckner Alani & Mirkovich | William D Buckner<br>Catherine J Weinberg | wbuckner@bamlaw.net<br>cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Caparra Center Associates SE | Penny R Stark Esq | pstarkesq@yahoo.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| Christian & Barton LLP | Augustus C Epps Jr Esq<br>Michael D Mueller Esq<br>Jennifer M McLemore Esq<br>Noelle M James Esq | aepps@cblaw.com<br>mmueller@cblaw.com<br>jmclemore@cblaw.com<br>njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| Connolly Bove Lodge & Hutz LLP | Karen C Bifferato Esq<br>Christina M Thompson Esq | kbifferato@cblh.com<br>cthompson@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Min Park Esq | mpark@cblh.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Covington & Burling LLP | Michael St Patrick Baxter<br>Dennis B Auerbach<br>Joshua D McKarcher | jmckarcher@cov.com |
| Cox Castle & Nicholson LLP | Jess R Bressi Esq | jbressi@coxcastle.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Diamond McCarthy LLP | Christopher A Provost<br>Stephen T Loden<br>Jason B Porter | jporter@diamondmccarthy.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| DLA Piper LLP | Timothy W Brink Esq<br>Forrest Lammiman<br>Ann Marie Bredin Esq | timothy.brink@dlapiper.com<br>forrest.lammiman@dlapiper.com<br>ann.bredin@dlapiper.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Donchess Notinger & Tamposi | Peter N Tamposi | Peter@dntpc.com<br>nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| Duane Morris LLP | Junghye June Yeum Esq<br>John Dellaportas Esq<br>William C Heuer Esq | wheur@duanemorris.com |
| Duane Morris LLP | Lauren Lonergan Taylor<br>Matthew E Hoffman | lltaylor@duanemorris.com<br>mehoffman@duanemorris.com |
| Duane Morris LLP | Rudolph J Di Massa Jr Esq<br>Matthew E Hoffman Esq<br>Lauren Lonergan Taylor Esq<br>Matthew E Hoffman Esq | DiMassa@duanemorris.com<br>MEHoffman@duanemorris.com<br>LLTaylor@duanemorris.com<br>MEHoffman@duanemorris.com |
| Durrette Bradshaw PLC | Roy M Terry Jr Esq<br>John C Smith Esq<br>Elizabeth L Gunn Esq | rterry@durrettebradshaw.com<br>jsmith@durrettebradshaw.com<br>egunn@durrettebradshaw.com |
| Elliott Greenleaf | Rafael X Zahralddin Aravena<br>Neil R Lapinski | rxza@elliottgreenleaf.com<br>nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| Envision Peripherals Inc | Gay Richey<br>Sr Credit Manager | gay@epius.com |
| Ervin Cohen & Jessup LLP | Michael S Kogan<br>Kenneth Miller Esq | mkogan@ecjlaw.com<br>Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Frank Gecker LLP | Joseph D Frank<br>Jeremy C Kleinman | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Friedlander Misler PLLC | Robert E Greenberg Esq<br>Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Reid Whitten<br>Kimberly S Walker | rwhitten@fulbright.com<br>kwalker@fulbright.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorence@fulbright.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Goulston & Storrs PC | Christine D Lynch Esq<br>Peter D Bilowz Esq | clynch@goulstonstorrs.com<br>pbilowz@goulstonstorrs.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
| --- | --- | --- |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| Greenberg Traurig LLP | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greer Herz & Adams LLP | Frederick Black Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq Sheila deLa Cruz Esq Robert S Westermann | mfalzone@hf-law.com sdelacruz@hf-law.com rwestermann@hf-law.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq Rachel N Greenberger Esq Nicholas B Malito Esq | skipnis@hgg.com rgreenberger@hgg.com nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Hong Kong Export Credit Insurance Corporation | Leung Shing | leung.shing@hkecic.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq Adam K Keith Esq Joseph R Sgroi Esq | sdrucker@honigman.com akeith@honigman.com jsgroi@honigman.com |
| Hunton & Williams LLP | Benjamin C Ackerly JR Smith Henry Toby P Long III Thomas N Jamerson Jason W Harbour | backerly@hunton.com jrsmith@hunton.com hlong@hunton.com tjamerson@hunton.com jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Hunton & Williams LLP | Robert S Westermann Esq | rwestermann@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| Jackson & Campbell PC | David H Cox Esq John J Matteo Esq | dcox@jackscamp.com jmatteo@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| Jeffer Mangels Butler & Marmaro LLP | David M Poitras PC Caroline R Djang | dpoitras@jmbm.com crd@jmbm.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| K&L Gates LLP | Marc Barreca | marc.barreca@klgates.com bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| Katten Muchin Rosenman LLP | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| Kaufman & Canoles | Ann K Crenshaw Esq | |
| Kaufman & Canoles | Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| Kelley Drye & Warren LLP | James S Carr Esq | KDWBankruptcyDepartment@kelleydry e.com |
| | Robert L LeHane Esq | |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| King & Spalding LLP | James A Pardo Jr | jpardo@kslaw.com |
| | Thaddeus D Wilson | thadwilson@kslaw.com |
| | John F Isbell | jisbell@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| Klee Tuchin Bogdanoff & Stern LLP | Michael L Tuchin | mtuchin@ktbslaw.com |
| | David M Stern Esq | dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Kupelian Ormond & Magy PC | Terrance A Hiller Jr Esq | tah@kompc.com |
| | David M Blau Esq | dmb@kompc.com |
| Kutak Rock LLP | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| | Jeremy S Williams | jeremy.williams@kutakrock.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Laurin & Associates | Paul J Laurin Esq | |
| | Stephen M Astor Esq | CalendarClerk@laurinlawfirm.com. |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| Leach Travell Britt PC | Stephen E Leach Esq | sleach@ltblaw.com |
| | D Marc Sarata Esq | msarata@ltblaw.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | jeremy.friedberg@llff.com<br>gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Lim Ruger & Kim LLP | Samuel S Oh Esq | sam.oh@limruger.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com<br>aarusso@mindspring.com |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us<br>swells@co.madison.al.us |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | cmagee@mfgs.com<br>jcharboneau@mfgs.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | cfarley@mccarter.com<br>aabreu@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| McDonough Holland & Allen PC | Mary E Olden Esq<br>Andre K Campbell Esq<br>Sean Thomas Thompson Esq | molden@mhalaw.com<br>acampbell@mhalaw.com<br>sthompson@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq<br>J David Folds Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| MercerTrigiani LLP | Philip C Baxa Esq | phil.baxa@mercertrigiani.com |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Missouri Attorney General Office | Chris Koster<br>Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Moldo Davidson Fraioli Seror & Sestanovich LLP | Byron Z Moldo<br>Kenneth Miller Esq | bmoldo@mdfslaw.com<br>kmiller@mdfslaw.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| Morgan Lewis & Bockius LLP | Neil E Herman Esq<br>Menachem O Zelmanovitz Esq | nherman@morganlewis.com<br>mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Richard C Ogden Esq<br>Martin A Brown Esq | rco@lawokc.com<br>martin.brown@lawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| Nelson Mullins Riley & Scarborough LLP | Terri L Gardner<br>Anitra Goodman Royster | terri.gardner@nelsonmullins.com<br>anitra.royster@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| Nixon Peabody LLP | Daniel R Sovocool<br>Louis J Cisz III<br>Gina M Fornario<br>Louis E Dolan | dsovocool@nixonpeabody.com<br>lcisz@nixonpeabody.com<br>gfornario@nixonpeabody.com<br>ldolan@nixonpeabody.com |
| Nixon Peabody LLP | Dennis J Drebsky<br>Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| Noland Hamerly Etienne & Hoss PC | Anne Secker Esq<br>Lisa K Omori | asecker@nheh.com |
| O Melveny & Myers LLP | Michael J Sage Esq<br>Karyn B Zeldman Esq | msage@omm.com<br>kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq<br>Frederick J Levy Esq | mfox@olshanlaw.com<br>flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Orange Grove Properties | Linda Taylor | linda@tayloruns.com |
| Orrick Herrington & Sutcliffe LLP | Scott A Stengel Esq | sstengel@orrick.com |
| | Jonathan P Guy Esq | jguy@orrick.com |
| Osler Hoskin & Hardcourt LLP | Jeremy Dacks | jdacks@osler.com |
| | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@czmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Paul Hastings Janofsky & Walker LLP | James E Anklam | jamesanklam@paulhastings.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | eagle.sara@pbgc.gov |
| | | efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| Perdue Brandon Fielder Collins & Mott LLP | Elizabeth Banda Calvo | arlbank@pbfcm.com |
| | | ebcalvo@pbfcm.com |
| | Yolanda Humphrey | yhumphrey@pbfcm.com |
| Phillips Goldman & Spence PA | Stephen W Spence Esq | sws@pgslaw.com |
| | Scott L Adkins Esq | sla@pgslaw.com |
| Pima County Attorney Civil Division | German Yusufov | terri.roberts@pcao.pima.gov |
| | Terri A Roberts | german.yusufov@pcao.pima.gov |
| Polsinelli Shalton Flanigan Suelthaus PC | James E Bird | jbird@polsinelli.com |
| | Amy E Hatch | ahatch@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Michael F Ruggio | mruggio@polsinelli.com |
| Posternak Blankstein & Lund LLP | Robert Somma Esq | rsomma@pbl.com |
| | Laura A Otenti Esq | lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| Quarles & Brady LLP | Brian Sirower Esq | bsirower@quarles.com |
| | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Catherine M Guastello Esq | cguastel@quarles.com |
| Quarles & Brady LLP | Catherine M Guastello Esq | cguastel@quarles.com |
| Quarles & Brady LLP | Faye B Feinstein Esq | fbf@quarles.com |
| | Christopher Combest Esq | ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Reed Smith LLP | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Righetti Law Firm PC | Matthew Righetti | matt@righettilaw.com erin@righettilaw.com |
| Rivkin Radler LLP | Matthew V Spero Esq Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| Robinson & Cole | Peter E Strniste Patrick M Birney | pstrniste@rc.com pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq William A Gray Esq Peter M Pearl Esq Lisa Taylor Hudson Esq | ppearl@sandsanderson.com lhudson@sandsanderson.com bgray@sandsanderson.com tebel@sandsanderson.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq Pamela A Bosswick Esq Abigail Snow Esq | cbelmonte@ssbb.com pbosswick@ssbb.com asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq J Carole Thompson Hord Esq | lburnat@swfllp.com chord@swfllp.com |
| Schulte Roth & Zabel LLP | Michael L Cook David M Hillman Meghan M Breen | michael.cook@srz.com david.hillman@srz.com meghan.breen@srz.com |
| Seyfarth Shaw LLP | Jessica Hughes Esq Rhett Petcher Esq Alexander Jackins | jhughes@seyfarth.com rpetcher@seyfarth.com ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Seyfarth Shaw LLP | William J Factor Esq David C Christian II | wfactor@seyfarth.com dchristian@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe Margaret Mann | bwolfe@sheppardmullin.com Mmann@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| State of Michigan Department of Treasury | Michael A Cox<br>Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen<br>Richard E Braun | braunre@doj.state.wi.uc |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble<br>Katherine M Sutcliffe Becker<br>Darrell W Clark Esq<br>Tracey M Ohm Esq | jdibble@stinson.com<br>kbecker@stinson.com<br>dclark@stinson.com<br>tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Taxing Authority Consulting Services PC | Mark K Ames<br>Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us<br>jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson McMullan PC | Robert A Dybing<br>Robert R Musick | rdybing@t-mlaw.com<br>bmusick@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen<br>Vivieon E Kelley | hollace.cohen@troutmansanders.com<br>vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Venable LLP | Lawrence A Katz<br>Kristen E Burgers | lakatz@venable.com<br>keburgers@venable.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vinson & Elkins LLP | William L Wallander<br>Angela B Degeyter | bwallander@velaw.com<br>adegeyter@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr<br>Suparna Banerjee<br>Kara D Lehman | mmmitchell@vorys.com<br>sbanerjee@vorys.com<br>kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq | gary.holtzer@weil.com |
| | Joseph W Gelb Esq | joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Weycer Kaplan Pulaski & Zuber PC | Edward L Rothberg | erothberg@wkpz.com |
| | Jessica L Hickford | jhickford@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |
| White & Case LLP | Peter J Carney | |
| | William Sloan Coats | |
| | Julieta L Lerner | jlerner@whitecase.com |
| Whiteford Taylor & Preston LLP | Bradford F Englander | |
| | Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Wiley Rein LLP | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| Womac & Associates | Brian D Womac | Stacey@brianwomac.com |
| | Stacy Kremling | brianwomac@aol.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| | Todd D Ross | toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq | |
| | John P Van Beek Esq | ngoldman@ygvb.com |

# <u>EXHIBIT B</u>

**Exhibit B**

Core Group Service List

| NAME | ATTENTION | FAX |
|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9370 |

**Exhibit B**

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente<br>Robert K Coulter | 804-916-3939 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| Draper & Goldberg PLLC | James E Clarke<br>L Darren Goldberg | 703-995-4542 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |

# EXHIBIT C

**Exhibit C**

Core Group Service List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/ REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

**Exhibit C**
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Draper & Goldberg PLLC | James E Clarke & L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

# <u>EXHIBIT D</u>

**Exhibit D**

Special Parties

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Qwest Corporation | Attn Bankruptcy | 220 N 5th St | Bismarck | ND | 58501 |
| Qwest Corporation | Attn Jane Frey | 1801 California St Rm 900 | Denver | CO | 80202-2658 |

# EXHIBIT E

**Exhibit E**

Special Parties

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Lenovo United States Inc | Kevin C Hughes Asst General Counsel | 1009 Think Pl | Morrisville | NC | 27560 |
| Monarch Alternative Capital LP | Robert Burns General Counsel | 535 Madison Ave 26th Fl | New York | NY | 10022 |
| US Debt Recovery LLC | Nathan E Jones Esq General Counsel | 940 Southwood Blvd Ste 101 | Incline Village | NV | 89451 |

# <u>EXHIBIT F</u>

**Exhibit F**

Special Parties

| Name | Notice Name | Email |
|---|---|---|
| Oppenheimer Blend Harrison & Tate Inc | Robert K "Chip" Sugg Esq | RSugg@OBHT.com |
| Ronald Page PLC | Ronald A Page Jr Esq | rpage@rpagelaw.com |

# EXHIBIT G

**Exhibit G**

Special Parties

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| MINER FLEET MANAGEMENT GROUP | | 111 W SAN ANTONIO STE 200 | | NEW BRAUNFELS | TX | 78130 |
| Oppenheimer Blend Harrison & Tate | Robert K Chip Sugg Esq | 711 Navarro 6th Fl | | San Antonio | TX | 78205 |
| Ronald Page PLC | Ronald A Page Jr Esq | 4860 Cox Rd Ste 200 | Innsbrook Corporate Ctr | Glen Allen | VA | 23060 |