IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
FILED
JUN - 3 2010
CLERK
US BANKRUPTCY COURT
RICHMOND DIVISION
```

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| CIRCUIT CITY STORES, INC., ) | Case No. 08-35653 (KRH) |
| Et al ) | |
| ) | |
| Debtors ) | |
| ) | |

### EEOC'S OPPOSITION TO NOTICE OF DEBTORS' SEVENTY-EIGHT OMNIBUS OBJECTIONS TO CLAIMS ( DISALLOWANCE OF CERTAIN LATE CLAIMS)

Creditor, the Equal Employment Opportunity Commission ("EEOC") now files its Motion to in Opposition to Notice of Debtors' Seventy-Eight Omnibus Objections Claim. On May 7, 2010, Debtors filed Seventy-Sixth Omnibus claim alleging that the EEOC filed its claim untimely and therefore its claim shall be dismissed. For the following reasons the EEOC opposes the Notice of Debtors' Seventy-Eight Objections to Claim.

1. On September 25, 2007, EEOC filed a lawsuit against Circuit City, in the U.S. District Court for the Eastern District of Pennsylvania, alleging sexual harassment and hostile work environment. Civil Action Number 07-4006

2. On November 7, 2008, the parties reached a Settlement in agreement for the Amount $200,000.00.

3. On November 7, 2008, the Hon. USDJ Legrome D. Davis, issued an order under rule 7.1 of the Local Rules of Civil procedure awarding the parties sixty days to consummate the settlement.

4. On November 11, 2008, Circuit City Stores, Inc. et al filed for Bankruptcy Protection under Title 11 of the U.S. Bankruptcy Court.

5.  Pursuant to and order entered by the US Bankruptcy Court for the Eastern District of Virginia, Richmond Division, Bankruptcy Court Order entered on December 10, 2008 the deadline for governmental claims was May 11, 2008.

6.  In May 8, 2009, the EEOC filed proof of claim with a copy of the settlement agreement. Claim number 12921.

**IN CONCLUSION**: Debtors' position that the EEOC's claims must be dismissed for untimely is erroneous since the EEOC filed its proof of claim three days prior to the deadline to file governmental claims.

*/S/ Marisol Ramos*
MARISOL RAMOS
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, PA  19107-3127
Tel.(215) 440-2619
Fax. (215) 440-2848
Email: marisol.ramos@eeoc.gov

## CERTIFICATE OF SERVICE

I, Marisol Ramos, Esq., hereby certify that on this 1st day of June, 2010, I sent via UPS next day a true and correct copy of Creditor EEOC's Opposition to Debtors Seventy-Eight Omnibus Objection to Claims (Disallowance of Certain Late Claims) to the following Counsel of Record:

For Debtors and Debtors in Possession:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP.
P.O. Box 636
Wilmington, DE 19899-0636
Chicago, Ill. 60606


Chris L. Dickerson Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP.
155 North Wacker Drive
Chicago, Ill. 60606


Douglas M. Foley (VSB No. 34363)
Sara B. Boehm (VSB No. 45201)
MIGUIREWOODS, LLP.
One James Center
901 E. Cary Street
Richmond, Virginia 23219

　　　　　　　　　　　　　　　/S/ Marisol Ramos
　　　　　　　　　　　　　　　MARISOL RAMOS, ESQ.
　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　U.S. EQUAL EMPLOYMENT OPPORTUNITY
　　　　　　　　　　　　　　　COMMISSION
　　　　　　　　　　　　　　　Philadelphia District Office
　　　　　　　　　　　　　　　801 Market Street, Suite 1300
　　　　　　　　　　　　　　　Philadelphia, PA  19107-3127
　　　　　　　　　　　　　　　Tel.(215) 440-2619
　　　　　　　　　　　　　　　Fax. (215) 440-2848
　　　　　　　　　　　　　　　Email: marisol.ramos@eeoc.gov