# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION TO APPROVE REQUEST TO APPEAR
## TELEPHONICALLY FOR HEARING ON CONFIRMATION OF THE PLAN

Warner Home Video, a division of Warner Bros. Home Entertainment Inc. ("Warner")

through its undersigned counsel, moves this Court to allow Warner to appear telephonically for

this Court's hearing on Confirmation of the Plan (the "Hearing").

1. Jon L.R. Dalberg ("Mr. Dalberg") has been admitted *pro hac vice* in this case.

*See* Docket No. 7165. By this motion, Warner asks the Court to allow Mr. Dalberg to be

permitted to attend the Hearing by telephone.

2. Mr. Dalberg is located in California and being able to appear telephonically will

not cause any undue hardship to the parties. Furthermore the interests of Warner will be

represented in person at the Hearing by its local counsel, Christian & Barton, LLP.

3. At the time of the Hearing, Warner's counsel, Mr. Dalberg, will be provided with

the requisite dial-in telephone number and meeting identification in order that counsel may call

to the Court at the time of the Hearing, upon Court approval of this Motion.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel:  804-697-4100
Fax: 804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

WHEREFORE, Movant respectfully requests that this Court enter an Order authorizing

Mr. Dalberg to appear telephonically on behalf of Warner at this Court's Hearing.


/s/ Michael D. Mueller
Michael D. Mueller


Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4100
Facsimile:   804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2010, a true and correct copy of the foregoing

*Motion* was served on all persons receiving electronic notice in these cases.


/s/ Michael D. Mueller
Michael D. Mueller


1033989