# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.     Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

| **Contrarian Funds, LLC** | **380 Towne Crossing LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **380 Towne Crossing LP**<br>16000 Dallas Pkwy 300<br>Dallas, TX 75248 |

**Scheduled Amount $25,380.00 against Case No. 08-35653**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____June 4, 2010_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

380 TOWNE CROSSING, LP, a Texas ~~corporation~~ limited partnership, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 26, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $25,380.00, against Circuit City Stores, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Delaware, case no. 08-35653 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26 day of May 2010.

(Assignor)
380 TOWNE CROSSING, LP
By: MTC McKinney Development, Inc.
Its: authorized general partner

By: [signature]
Name: Wayne R. Miller
Title: Vice-President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: [signature]
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

(Assignor)
WITNESS:

By: [signature]
Name: Lisa A. Linch
Title: _____