# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Retail Data LLC**
Name of Transferor

Name and Current Address of Transferor

**Retail Data LLC**
PO Box 6691
Richmond, VA 23230

**Retail Data LLC**
Chris Ferguson
2235 Staples Mill Rd, Ste 300
Richmond, VA 23230

**Scheduled Amount $55,265.52 against Case No. 08-35653**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____        Date: _____June 4, 2010_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

RETAIL DATA, LLC, a **LIMITED LIABILITY COMPANY** corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated **5\14**, 2010 has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **14** day of **MAY** 2010.

(Assignor)
RETAIL DATA, LLC

By: _____
Name: **CHRISTOPHER F. FERGUSON**
Title: **COO**

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: **JANICE M. STANTON**
Title: **MEMBER**

(Assignor)
WITNESS:

By: _____
Name: **Kim Irvine**
Title: **Dir., E&O**

## Schedule A
## Retail Data, LLC

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | 55,265.52 | 55,265.52 | 13 |
| Circuit City Stores, Inc. | 08-35653 | | 166.08 | 427 |

Initials:
Seller
Buyer