Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Symantec Corporation*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

(Richmond Division)

-----------------------------------------------------------x
                                                           :
In re:                                                     : Chapter 11
                                                           :
CIRCUIT CITY STORES, INC., *et al.*,                       : Case No. 08-35653 (KRH)
                                                           :
         Debtors.                                          : (Jointly Administered)
                                                           :
-----------------------------------------------------------x

## MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE

Symantec Corporation ("Symantec"), creditor in the above-captioned chapter 11 cases, by and through their undersigned counsel, and pursuant to the Court's Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures, hereby move for leave of Court to attend the June 8, 2010 hearing by telephone.  In support thereof, Symantec states as follows:

1.    On November 10, 2008 (the "Petition Date"), the above-captioned debtors and debtors-in-possession (collectively, "Debtors"), filed voluntary petitions in this Court for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2.    On December 19, 2008, Symantec filed proof of claim number 1072 against the

Debtors' bankruptcy estates pursuant to 11 U.S.C. § 503(b)(9). Claim 1072 alleged that $1,201,518.00 worth of product was shipped to the Debtors in the ordinary course of business before the Petition Date for which Symantec had not received payment.

3. On January 30, 2009, Symantec filed claim number 9232, alleging that Symantec had shipped $1,200,731.00 worth of product to the Debtors in the ordinary course of business before the Petition Date for which Symantec had not received payment.

4. On March 25, 2010, the Debtors filed a Notice of Proposed Settlement Agreement and Stipulation By and Among the Debtors, Symantec and Navarre Distribution Services, Inc. The Settlement Agreement purported to, *inter alia*, resolve Symantec's claims against the Debtors, as well as any alleged receivables that had been due and owing to the Debtors by Symantec.

5. A status conference is currently scheduled for June 8, 2010 at 10:00 a.m to address, among other things, a proposed confirmation of the Debtor's plan.

6. Symantec's lead counsel, Rafael X. Zahralddin-Aravena, has been representing Symantec and has a unique and complete understanding of the facts and circumstances related to Symantec's position throughout this case. He is also monitoring the case with regard to the eventual distribution in the matter for Symantec, which has an allowed claim, and thus a vested interest in the status of confirmation.

7. On November 13, 2008, the Court entered an Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures (the "Order"). On page 5 of Exhibit A, the Order states:

> (g) Upon request, the Court may allow counsel to listen to a hearing by telephone. If a matter is contested, counsel must attend

in person, unless leave of the court is granted on a case by case basis.

8. Mr. Zahralddin-Aravena, a resident of Delaware, will not be able to appear in person on June 8 due to prior commitments, and Symantec respectfully asks for leave of court pursuant to the Order so that he may appear by telephone with other counsel present in the courtroom.

9. Based on Mr. Zahralddin-Aravena's unique knowledge of the facts and legal arguments in this case, the ends of justice would be served by allowing Mr. Zahralddin-Aravena to appear by telephone.

WHEREFORE, Symantec Corporation respectfully requests that this Court grant its Motion and enter an Order substantially in the form annexed hereto permitting Rafael X. Zahralddin-Aravena to appear and be heard by telephone at the hearing on June 8, 2010 on behalf of Symantec Corporation and grant such other relief as necessary and appropriate.

Dated: Richmond, Virginia
       June 4, 2010, 2010

                                **SYMANTEC CORPORATION**

                                */s/ W. Alexander Burnett*
      By: _____
            Of Counsel

Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
pbliley@williamsmullen.com

3

tschwarz@williamsmullen.com
aburnett@williamsmullen.com

AND

Rafael X. Zahralddin-Aravena, Esq. (*Pro Hac Vice* pending)
ELLIOTT GREENLEAF
1105 Market Street
Suite 1700
Wilmington, DE 19801
T: (302) 384-9400 ext. 4001
F: (302) 384-9399
rxza@elliottgreenleaf.com
  *Counsel for Symantec Corporation*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 4th day of June 2010, caused the service of a copy of the foregoing Motion for Leave of Court to Attend Hearing by Telephone to be sent to those on the annexed Service List, by first class mail, postage prepaid, at the address designated by them for service of papers and electronically to the parties set forth on the Court's ECF Service List, in this case.

*/s/ W. Alexander Burnett*

**SERVICE LIST**

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

7781000_1.DOC