
Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 17th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:   804.783.6507
pbliley@williamsmullen.com
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Symantec Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

(Richmond Division)

---------------------------------------------------------x
                                                              :

In re:                                          :  Chapter 11

CIRCUIT CITY STORES, INC., *et al*.,    :  Case No. 08-35653 (KRH)

           Debtors.                          :  (Jointly Administered)

---------------------------------------------------------x

**ORDER GRANTING MOTION FOR LEAVE
OF COURT TO ATTEND HEARING BY TELEPHONE**

Upon consideration of the Motion for Leave of Court to Attend Hearing by Telephone filed by W. Alexander Burnett, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion for Leave of Court to Attend Hearing by Telephone filed by Symantec Corporation is GRANTED and Rafael X. Zahralddin-Aravena is permitted to appear and be heard by telephone at the hearing on June 8, 2010 on behalf of Symantec Corporation.

Enter:        /    /

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

    */s/ W. Alexander Burnett*
_____
Paul S. Bliley, Jr. (VSB No. 13973)
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: 804.783.6489
FAX:  804.783.6507
Email: pbliley@williamsmullen.com
       tschwarz@williamsmullen.com
       aburnett@williamsmullen.com

and

AND

Rafael X. Zahralddin-Aravena, Esq. (*Pro Hac Vice* pending)
ELLIOTT GREENLEAF
1105 Market Street
Suite 1700
Wilmington, DE 19801
T: (302) 384-9400 ext. 4001
F: (302) 384-9399
rxza@elliottgreenleaf.com
    *Counsel for Symantec Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 4th day of June 2010, caused the service of a copy of the foregoing Order to all necessary parties by ECF and to those on the annexed Service List, by first class mail, postage prepaid, at the address designated by them for service of papers and electronically to the parties set forth on the Court's ECF Service List, in this case.

*/s/ W. Alexander Burnett*

**SERVICE LIST**

Douglas M. Foley, Esq.
McGuireWoods LLP
9000 World Trade Center, 101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA 23219

Gregg Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps, Slate Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, Delaware 19899

Chris L. Dickerson, Esq.
Skadden Arps, Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Feinstein
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

7780998_1.DOC

5