Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM LLP                            One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                     : Chapter 11
                           :
CIRCUIT CITY STORES, INC., : Case No. 08-35653
et al.,                    :
                           :
            Debtors.       : Jointly Administered
- - - - - - - - - - - - - - x

        NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
           JUNE 8, 2010 AT 2:00 P.M. (EASTERN)

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
June 8, 2010 beginning at 2:00 p.m. Eastern. At the
direction of the Court, **the hearing scheduled for June 8,
2010 has been rescheduled from 10:00 a.m. to 2:00 p.m.
(Eastern).**

## I.   RESOLVED MATTERS

1.    Motion of Sennheiser Electronic Corp. for Entry of an
      Order (i) Recognizing Sennheiser's Claim as Timely
      Filed, or Permitting the Filing of a Proof of Claim
      After the Bar Date and (ii) Allowing an Administrative
      Expense Pursuant to Section 503(b)(9) of The Bankruptcy
      Code (Docket No. 2722)

      Related
      Documents:

      a.    Corrected Motion of Sennheiser Electronic Corp.
            (Docket No. 2723)

      b.    Notice of Motion and Hearing (Docket No. 2724)

      c.    Notice of Proposed Settlement Agreement and
            Stipulation Resolving the Debtors' Ninth Omnibus
            Objection to Claim No. 11571 and Regarding Claim
            No. 13129 (Docket No. 7629)

      Objection
      Deadline:      April 7, 2009 at 4:00 p.m., extended for
                     the Debtors until June 1, 2010

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter has been resolved.  A
                     proposed settlement agreement and notice
                     of settlement have been filed at Docket
                     No. 7629.  The deadline for filing
                     objections to the proposed agreement has
                     expired and no objection was filed.

2.    Motion of Archos, Inc. for Reconsideration of the
      Court's Orders on the Debtors' Forty-Eighth Omnibus
      Objection (Docket No. 7090)

      Related
      Documents:

a.    Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and
      Motion for (I) Authority to Setoff Against Such
      Expenses and Claims and (II) a Waiver of the
      Requirement that the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 5211)

b.    Memorandum Opinion (Docket No. 5963)

c.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

d.    Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6125)

e.    Second Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6484)

f.    Third Supplemental Order on Debtors' Forty-Eighth
      Omnibus Objection to Certain Administrative
      Expenses and 503(b)(9) Claims and Motion for (I)
      Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that
      the First Hearing on Any Response Proceed as a
      Status Conference (Docket No. 6596)

g.    Notice of Motion (Docket No. 7091)

h.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Archos,
      Inc., and ASM Capital III, L.P. (Docket No. 7592)

Objection
Deadline:      April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Preliminary Objection to Motion of
      Archos, Inc. for Reconsideration of the Court's
      Orders on the Debtors' Forty-Eighth Omnibus
      Objection (Docket No. 7248)

Status:          This matter has been resolved.  A
                 proposed settlement agreement and notice
                 of settlement have been filed at Docket
                 No. 7592.  The deadline for filing
                 objections to the proposed agreement has
                 expired and no objection was filed.

## II.  CONTINUED MATTERS

3.    Motion of Motorola Inc. for Allowance and Payment of
      Administrative Expense Claim Pursuant to 11 U.S.C.
      Section 503(b)(9) (Docket No. 1128)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1135)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1242)

      c.    Exhibits to Motion of Motorola Inc. for Allowance
            and Payment of Administrative Expense Claim
            Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
            Nos. 1288, 1289, 1290, 1291, 1292, 1293)

      Objection
      Deadline:        February 6, 2009 at 4:00 p.m., extended
                       for the Debtors until July 15, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to July
                       22, 2010 at 10:00 a.m.

4

4.    Motion of General Instrument Corporation Doing Business
      as the Home & Networks Mobility Business of Motorola
      Inc. for Allowance and Payment of Administrative
      Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9)
      (Docket No. 1134)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 1136)

      b.    Amended Notice of Motion and Hearing (Docket No.
            1243)

      c.    Notice of Filing Exhibit to Motion (Docket Nos.
            1281, 1282, 1283, 1284, 1285, 1286, 1287)

      Objection
      Deadline:         February 6, 2009 at 4:00 p.m., extended
                        for the Debtors until July 15, 2010

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to July
                        22, 2010 at 10:00 a.m.

5.    Motion for Order Removing the Cap on Fees Imposed By
      this Court's January 20, 2009 Agreed Order Authorizing
      the Employment of Gowling Lafleur Henderson LLP as
      Canadian Counsel to the Official Committee of Unsecured
      Creditors (Docket No. 7526)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 7527)

      Objection
      Deadline:         June 1, 2010 at 4:00 p.m.

      Objections/
      Responses

Filed:

a.   Debtors' Objection to Motion for Order Removing
     the Cap on Fees Imposed By This Court's January
     20, 2009 Retention Order Authorizing the
     Employment of Gowling Lafleur Henderson LLP as
     Canadian Counsel to the Official Committee of
     Unsecured Creditors (Docket No. 7677)

Status:        This matter has been adjourned to June
               24, 2010 at 10:00 a.m.

**III. OMNIBUS CLAIM OBJECTIONS MATTERS**

6.   Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.   Order on Debtors' Nineteenth Omnibus Objection to
          Claims (Reclassification of Certain Misclassified
          Claims to General Unsecured, Non-Priority Claims)
          (Docket No. 4449)

     b.   Supplemental Order on Debtors' Nineteenth Omnibus
          Objection to Claims (Reclassification of Certain
          Misclassified Claims to General Unsecured, Non-
          Priority Claims) (Docket No. 4736)

     c.   Supplemental Order on Debtors' Nineteenth Omnibus
          Objection to Claims (Reclassification of Certain
          Misclassified Claims to General Unsecured, Non-
          Priority Claims) (Docket No. 4758)

     d.   Second Supplemental Order on Debtors' Nineteenth
          Omnibus Objection to Claims (Reclassification of
          Certain Misclassified Claims to General Unsecured,
          Non-Priority Claims) (Docket No. 6299)

     e.   Debtors' Supplement to the Debtors' Nineteenth
          Omnibus Objection to Claims (Reclassification of
          Certain Misclassified Claims to General Unsecured,

Non-Priority Claims) with Respect to the Class
Claim of Robert Gentry (Docket No. 6642)

f.   Debtors' Supplement to the Debtors' Nineteenth
Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured,
Non-Priority Claims) with Respect to the Class
Claim of Jack Hernandez (Docket No. 6661)

g.   Memorandum Opinion (Docket No. 6693)

h.   Order Granting Motion for Summary Judgment (Docket
No. 6694)

i.   Third Supplemental Order on Debtors' Nineteenth
Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured,
Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth
Omnibus Objection to Claims (Reclassification of
Certain Misclassified Claims to General Unsecured,
Non-Priority Claims) (Docket No. 7114)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  This matter
                   is adjourned to June 24, 2010 at 10:00
                   a.m. solely with respect to Inland US
                   Management, LLC and Inland Continental
                   Property Management Corporation.

7.   Debtors' Twentieth Omnibus Objection to Claims
(Reclassification to Unsecured Claims of Certain Claims
Filed as 503(b)(9) Claims for Goods Received by the
Debtors Not Within Twenty Days of the Commencement of
the Cases (Docket No. 3704)

Related

Documents:

a.    Order on Debtors' Twentieth Omnibus Objection to
      Claims (Reclassified to Unsecured Claims of
      Certain Claims Filed as 503 (B) (9) Claims For
      Goods Received by the Debtors Not Within Twenty
      Days of the Commencement of the Case (Docket No.
      4576)

b.    Supplemental Order on Debtors' Twentieth Omnibus
      Objection to Claims (Reclassified to Unsecured
      Claims of Certain Claims Filed as 503 (B) (9)
      Claims For Goods Received by the Debtors Not
      Within Twenty Days of the Commencement of the Case
      (Docket No. 6560)

c.    Second Supplemental Order on Debtors' Twentieth
      Omnibus Objection to Claims (Reclassified to
      Unsecured Claims of Certain Claims Filed as 503
      (B) (9) Claims for Goods Received by the Debtors
      Not Within Twenty Days of the Commencement of the
      Case (Docket No. 6953)

d.    Third Supplemental Order on Debtors' Twentieth
      Omnibus Objection to Claims (Reclassified to
      Unsecured Claims of Certain Claims Filed as 503
      (B) (9) Claims For Goods Received by the Debtors
      Not Within Twenty Days of the Commencement of the
      Case (Docket No. 7354)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  With respect
                 to Averatec/Trigem USA, Inc., this
                 matter has been resolved in principle,
                 subject to completion of settlement
                 documentation.  This matter is adjourned
                 to July 12, 1010 at 10:00 a.m. pending
                 completion of settlement documentation.

8

8.    Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
            Fiftieth Omnibus Objections (Docket No. 5964)

      c.    Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6125)

      d.    Second Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6484)

      e.    Third Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6596)

      f.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors, Thomson,
            Inc., and Monarch Master Funding Ltd. Resolving
            Debtors' Forty-Eighth Omnibus Objection to Certain
            Administrative Expenses and 503(b)(9) Claims and

Other Matters (Docket No. 7245)

g.     Notice of Proposed Settlement Agreement and
       Stipulation by and among the Debtors, Lenovo
       (United States), Inc., Monarch Master Funding Ltd,
       and United States Debt Recovery III, LP Resolving
       Debtors' Forty-Eighth Omnibus Objection to Certain
       Administrative Expenses and 503(b)(9) Claims and
       Other Matters (Docket No. 7522)

h.     Certificate of No Objection with Respect to the
       Settlement Agreement and Stipulation by and Among
       the Debtors, Lenovo (United States), Inc., Monarch
       Master Funding Ltd., and United States Debt
       Recovery III, LP Resolving Debtors' Forty-Eighth
       Omnibus Objection to Certain Administrative
       Expense and 503(b)(9) Claims and Other Matters
       (Docket No. 7645)

Objection
Deadline:          November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  The claims of
                   Lenovo (United States), Inc., Monarch
                   Master Funding Ltd., and United States
                   Debt Recovery III, LP have been resolved
                   by settlement agreement.  With respect
                   to Averatec/Trigem USA, Inc. this matter
                   has been resolved in principle, subject
                   to completion of settlement
                   documentation.  This matter is adjourned
                   to July 12, 1010 at 10:00 a.m. pending
                   completion of settlement documentation.

9.   Debtors' Amended Seventy-First Omnibus Objection to
     Certain Misclassified Non-Goods 503(b)(9) Claims
     (Docket No. 7444)

     Objection
     Deadline:          June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter is going forward.  The
                Debtors will submit an order granting
                the relief sought in the objection with
                respect to those claims for which no
                response was filed.

10.   Debtors' Corrected Seventy-Second Omnibus Objection to
      Claims (Disallowance of (I) Certain Duplicate Claims;
      and (II) Certain Amended Claims) (Docket No. 7466)

      Objection
      Deadline:      June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached Exhibit A.

      Status:        The status hearing is going forward with
                     respect to those claims for which a
                     response was filed.  During the status
                     hearing the Debtors will advise the
                     Court that the status hearing will be
                     adjourned to July 22, 2010 at 10:00 a.m.
                     with respect to those claims for which a
                     responses was filed.  **Those parties who
                     filed a response do not need to appear
                     at the hearing. Such parties' rights
                     will not be affected at this hearing.**
                     The Debtors will submit a revised form
                     of order granting the relief sought in
                     the objection with respect to those
                     claims for which no response was filed.
                     See attached Exhibit A.

11.   Debtors' Seventy-Third Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases) (Docket No. 7446)

Objection
Deadline:          June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            This matter is going forward.  The
                   Debtors will submit an order granting
                   the relief sought in the objection with
                   respect to those claims for which no
                   response was filed.

12.   Debtors' Seventy-Fourth Omnibus Objection to Claims
      (Reclassification of Certain Alleged Administrative
      Expenses on Account of Employee Obligations) (Docket
      No. 7447)

      Objection
      Deadline:          June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A

      Status:            The status hearing is going forward with
                         respect to those claims for which a
                         response was filed.  During the status
                         hearing the Debtors will advise the
                         Court that the status hearing will be
                         adjourned to July 22, 2010 at 10:00 a.m.
                         with respect to those claims for which a
                         responses was filed.  **Those parties who
                         filed a response do not need to appear
                         at the hearing. Such parties' rights
                         will not be affected at this hearing**.
                         The Debtors will submit a revised form
                         of order granting the relief sought in
                         the objection with respect to those
                         claims for which no response was filed.
                         See attached Exhibit A.

13.   Debtors' Seventy-Fifth Omnibus Objection to Claims
      (Reclassification of Certain Claims under the Benefit
      Restoration Plan) (Docket No. 7448)

Objection
Deadline:            June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:               None

Status:              This matter is going forward.  The
                     Debtors will submit an order granting
                     the relief sought in the objection with
                     respect to those claims for which no
                     response was filed.

14.   Debtors' Seventy-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Misclassified Administrative
      Claims) (Docket No. 7460)

      Objection
      Deadline:        June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached <u>Exhibit A</u>

      Status:          The status hearing is going forward with
                       respect to those claims for which a
                       response was filed.  During the status
                       hearing the Debtors will advise the
                       Court that the status hearing will be
                       adjourned to July 22, 2010 at 10:00 a.m.
                       with respect to those claims for which a
                       responses was filed.  **Those parties who
                       filed a response do not need to appear
                       at the hearing. Such parties' rights
                       will not be affected at this hearing**.
                       The Debtors will submit a revised form
                       of order granting the relief sought in
                       the objection with respect to those
                       claims for which no response was filed.
                       See attached <u>Exhibit A</u>.

15.   Debtors' Seventy-Seventh Omnibus Objection to Claims
      (Disallowance of Certain No Liability Claims) (Docket
      No. 7461)

Objection
Deadline:          June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            This matter is going forward.  The
                   Debtors will submit an order granting
                   the relief sought in the objection with
                   respect to those claims for which no
                   response was filed.

16.   Debtors' Seventy-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 7463)

      Related
      Documents:

      a.    Notice of Motion and Hearing

      Objection
      Deadline:          June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached <u>Exhibit A</u>.

      Status:            The status hearing is going forward with
                         respect to those claims for which a
                         response was filed.  During the status
                         hearing the Debtors will advise the
                         Court that the status hearing will be
                         adjourned to July 22, 2010 at 10:00 a.m.
                         with respect to those claims for which a
                         responses was filed.  **Those parties who
                         filed a response do not need to appear
                         at the hearing. Such parties' rights
                         will not be affected at this hearing**.
                         The Debtors will submit a revised form
                         of order granting the relief sought in
                         the objection with respect to those
                         claims for which no response was filed.
                         See attached <u>Exhibit A</u>.

14

**IV.   ADVERSARY PROCEEDINGS**

17.   Circuit City Stores, Inc.'s Objection to Claim Nos.
      1261, 8357 and 13233 and Complaint Against LG
      Electronics USA, Inc. (Docket No. 1) (Circuit City
      Stores, Inc. v. LG Electronics USA, Inc., Adversary No.
      10-3054 (KRH))

      Response
      Deadline:        April 23, 2010 at 4:00 p.m. extended for
                       LG Electronics USA, Inc. until July 9,
                       2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

       Status:         The pre-trial conference on this matter
                       has been adjourned to July 12, 2010 at
                       2:00 p.m.

18.   Circuit City Stores, Inc.'s Objection to Claim Nos. 778
      and 13210 and Complaint Against United States Debt
      Recovery LLC and Signature Home Furnishings Co. Inc.
      (Docket No. 1) (Circuit City Stores, Inc. v. United
      States Debt Recovery LLC, Adversary No. 10-3055 (KRH))

      Related
      Documents:

      a.    Entry of Default against Signature Home
            Furnishings Co. Inc. (Docket No. 12)

      b.    Order Authorizing Debtors to File Exhibit under
            Seal (Docket No. 13)

      c.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors and United
            States Debt Recovery LLC (Bankr. Docket No. 7402)

      d.    Response of Signature Home Furnishings Co., Inc.
            to Motion for Entry of Judgment by Default and
            Request for Enlargement of Time Within Which to
            Respond to Complaint (Docket No. 16)

Response
Deadline:          April 23, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Answer of United States Debt Recovery LLC to
      Circuit City Stores, Inc.'s Objection to Claim
      Nos. 778 and 13210 and Complaint against United
      States Debt Recovery LLC and Signature Home
      Furnishings Co. Inc. (Docket No. 9)

b.    Answer of Signature Home Furnishings, Inc. to
      Circuit City Stores, Inc.'s Objection to Claim
      Nos. 778 and 13210 and Complaint against United
      States Debt Recovery LLC and Signature Home
      Furnishings Co. Inc. (Docket No. 20)

   Status:          The matter has been resolved solely with
                    respect to United States Debt Recovery
                    LLC.  The pre-trial conference is going
                    forward with respect to Signature Home
                    Furnishings Co. Inc.

19.  Circuit City Stores, Inc.'s Objection to Claim Nos. 447
     and 1723 and Complaint against PNY Technologies Inc.
     (Docket No. 1) (Circuit City Stores, Inc. v. PNY
     Technologies, Inc., Adversary No. 10-3056 (KRH))

     Related
     Documents:

     a.    Order Authorizing Debtors to File Exhibit under
           Seal (Docket No. 9)

     Response
     Deadline:          April 23, 2010 at 4:00 p.m., extended
                        for PNY Technologies, Inc. until June 7,
                        2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             Answer to Circuit City Stores, Inc.'s
                        Objection to Claim Nos. 447 and 1723 and

Complaint Against PNY Technologies, Inc.
(Docket No. 12)

Status:        The pre-trial conference on this matter
               is going forward.

20.   Circuit City Stores, Inc.'s Objection to Claim Nos. 132
      and 12300 and Complaint against Mitsubishi Digital
      Electronics America, Inc. and The Insurance Company of
      the State of Pennsylvania (Docket No. 1) (Circuit City
      Stores, Inc. v. Mitsubishi Electronics America, Inc.,
      et al., Adversary No. 10-3068 (KRH))

      Related
      Documents:

      a.   Order Authorizing Debtors to File Exhibit under
           Seal (Docket No. 9)

      Response
      Deadline:     May 3, 2010 at 4:00 p.m. extended for
                    Mitsubishi Digital Electronics America,
                    Inc. and The Insurance Company of the
                    State of Pennsylvania until July 6, 2010
                    at 4:00 p.m.

      Objections/
      Responses
      Filed:        None at the time of filing this agenda

      Status:       The pre-trial conference on this matter
                    has been adjourned to July 12, 2010 at
                    2:00 p.m.

21.   Complaint (Docket No. 1) (Schimenti Construction
      Company LLC v. Circuit City Stores, Inc., Adversary No.
      10-3085 (KRH))

      Response
      Deadline:     June 2, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:

    a.     Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 5)

    b.     Memorandum of Law in Support of Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 6)

    Status:     The pre-trial conference on this matter is adjourned to June 24, 2010 at 10:00 a.m.

22.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v. Schimenti Construction Company LLC</u>, Adversary No. 10-3087 (KRH))

    Response
Deadline:     June 2, 2010 at 4:00 p.m.

    Objections/
Responses
Filed:

    a.     Answer to Complaint (Docket No. 7)

    Status:     The pre-trial conference on this matter is going forward.

## V.    CONTESTED MATTERS

23.   Motion to Enforce Order Granting Debtor-in-Possession's Motion for Order Shortening Notice Period and Limiting Notice on Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363(b), and 503(c)(3) Approving a Wind Down Incentive and Retention Plan and Authorizing Payment of a Wind Down Incentive and Retention Pay to Plan Participants, by L. Lambert-Gaffney (Docket No. 7262)

    Objection
Deadline:     May 4, 2010 at 4:00 p.m., extended for the Debtors until a date and time to be determined.

    Objections/
Responses
Filed:

    a.    Debtors' Informal Response

    b.    Objection of Official Unsecured Creditors'
Committee to Motion to Enforce Order Granting
Debtor-in-Possessions Motion for Order Shortening
Notice Period and Limiting Notice on Debtors'
Motion for Order Under Bankruptcy Code Sections
105, 363(b), and 503(c)(3) Approving a Wind Down
Incentive and Retention Plan and Authorizing
Payment of a Wind Down Incentive and Retention Pay
to Plan Participants (Docket No. 7476)

Status:      This matter will go forward as a status
conference only as Movant's counsel is
unable to attend the hearing.  The
parties intend to submit a scheduling
order prior to the hearing.

24.  Debtors' Thirty-Seventh Omnibus Objection to Claims
(Reduction of Certain Personal Property Tax Claims)
(Docket No. 4613)

Related
Documents:

    a.    Order on Debtors' Thirty-Seventh Omnibus Objection
to Claims (Reduction of Certain Personal Property
Tax Claims) (Docket No. 5397)

    b.    Debtors' Motion for Partial Summary Judgment on
the Debtors' Thirty-Seventh Omnibus Objection to
Claims (Reduction of Certain Personal Property Tax
Claims) (Docket No. 7343)

    c.    Memorandum of Law In Support of Debtors' Motion
for Partial Summary Judgment on the Debtors'
Thirty-Seventh Omnibus Objection to Claims
(Reduction of Certain Personal Property Tax
Claims) (Docket No. 7344)

    d.    Notice of Motion and Hearing (Docket No. 7345)

    e.    Notice of Rescheduled Hearing On Debtors' Motion
For And Memorandum of Law in Support of the

Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7550)

f.   Notice of Presentment of Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection (Docket No. 7695)

Objection
Deadline:          May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit B</u>.

Status:            As set forth on <u>Exhibit A</u>, this matter has been resolved with respect to certain claimants and the Debtors intend to present an agreed order (the "Agreed Order"). The Official Committee of Unsecured Creditors has advised the Debtors that they object to the entry of the Agreed Order. This matter is going forward solely with respect to the Agreed Order. With respect to all other claims, this matter is adjourned until July 12, 2010 at 2:00 p.m.

25.  Application for Entry of an Order Authorizing and Approving the Employment of Arsene Taxand as Special French Tax Counsel to the Official Committee of Unsecured Creditors Nunc Pro Tunc to April 28, 2010(Docket No. 7624)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 7625)

Objection
Deadline:          June 4, 2010 at 4:00 p.m.

Objections/

20

Responses
Filed:

a.      Debtors' Objection to Application for Entry of an
        Order Authorizing and Approving the Employment of
        Arsene Taxand as Special French Tax Counsel to the
        Official Committee of Unsecured Creditors Nunc Pro
        Tunc to April 28, 2010 (Docket No. 7717)

Status:         This matter is going forward.

**VI.    CONFIRMATION MATTERS**

26.   Motion for Order under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

      Related
      Documents:

      a.      Interim Order Under 11 U.S.C. 105, 362 and 541 and
              Fed. R. Bankr. P. 3001 and 3002 Establishing
              Notice, Hearing, and Sell-Down Procedures for
              Trading in Equity Securities and Claims Against
              the Debtors Estates and Setting Hearing (Docket
              No. 135)

      Objection
      Deadline:       November 22, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.      Informal Response of the Securities Exchange
              Commission

      b.      Informal Response of the Official Committee of
              Unsecured Creditors

      Status:         This matter is going forward as a status
                      conference only.

27.   First Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5124)

      Related
      Documents:

      a.    Notice of (1) Approval of Disclosure Statement;
            (2) Hearing on Confirmation of Plan; (3) Deadline
            and Procedures for Filing Objections to
            Confirmation of Plan; (4) Treatment of Certain
            Unliquidated or Disputed Claims for Notice, Voting
            and Distribution Purposes; (5) Deadline and
            Procedures for Temporary Allowance of Certain
            Claims for Voting Purposes; (6) Record Date; (7)
            Voting Deadline for Receipt of Ballots; and (8)
            Proposed Release, Injunction and Exculpation in
            the Plan (Docket No. 5121)

      b.    Notice of Filing Plan Exhibits (Docket No. 5548)

      c.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 5799)

      d.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6096)

      e.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6317)

      f.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6443)

      g.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 6640)

      h.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 7003)

      i.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 7377)

      j.    Notice of Continued Hearing on Confirmation of the
            Plan (Docket No. 7619)

Objection
Deadline:          November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Treasurer of Douglas County Colorado's Objections
       to Confirmation of the August 24, 2009 Joint Plan
       of Liquidation (Docket Nos. 5145, 5163, 5684)

b.     Texas Comptroller's Objection to Confirmation of
       First Amended Joint Plan of Reorganization (Docket
       Nos. 5168, 5221)

c.     Objections to the "Plan" for Claim 13082, by Bruce
       Senator (Docket No. 5331)

d.     Prince George's County, Maryland Objection to
       Debtor's First Amended Joint Plan of Liquidation
       (Docket Nos. 5526, 5589, 5637)

e.     Charles County, Maryland Objection to Debtors'
       First Amended Joint Plan of Liquidation (Docket
       Nos. 5527, 5590, 5638)

f.     Objection of the State of Connecticut, Department
       of Revenue Services to the Debtors' Joint First
       Amended Plan of Reorganization (Docket No. 5596,
       5708)

g.     The Florida Tax Collectors for the Counties of
       Palm Beach, Hernando, Highlands, Lee, Indian
       River, Bay, Okaloosa, Brevard, Polk, Manatee,
       Orange, Marion, Pinnellas and Osceola Counties
       Objection to Confirmation of First Amended Joint
       Plan of Reorganization (Docket No. 5603, 5624)

h.     Commonwealth of Virginia Department of Taxation's
       Objection to Confirmation (Docket No. 5609)

i.     Maricopa County Treasurer's Objection to First
       Amended Joint Plan of Liquidation of Circuit City
       Stores, Inc. and Its Affiliated Debtors and

Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5627, 5728)

j.    Objection of Certain Texas Taxing Authorities to
Confirmation of Circuit City Stores, Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.    Objection of Lewisville Independent School
District to Confirmation of the First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5644,
5711)

l.    Objection of Nancy and Charles Booth to
Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5645, 5701)

Related
Document:

i.    Order Withdrawing Objection of Nancy and
Charles Booth to Confirmation of the
First Amended Joint Plan of Liquidation
of Circuit City Stores Inc., et al.
(Docket No. 7638)

m.    Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
to Confirmation of the First Amended Joint Plan of
Liquidation of Circuit City Stores Inc and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 5647)

n.    Objection of LG Electronics USA, Inc. to
Confirmation of Chapter 11 Plan of Liquidation

(Docket No. 5652, 5730)

Related
Documents:

    i.   Debtors' Response to the Objection of LG Electronics USA, Inc. to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 7320)

    ii.  Order with Respect to the Objection of LG Electronics USA, Inc. to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 7600)

o.    Objection by Eastman Kodak Company to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5655)

p.    Objection by Commissioner of Massachusetts Department of Revenue to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5657, 5743)

q.    Objection of Envision Peripherals, Inc. to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5659, 5732)

r.    Objection to Confirmation of Chapter 11 Plan by United States Customs and Border Protection (Docket No. 5661)

s.    Objection of the United States of America, Internal Revenue, to Confirmation of First Amended Joint Plan of Liquidation of Circuit city Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5664, 5725)

t.   Pima County's Objection To The First Amended Plan
     Of Liquidation Of Circuit City Stores, Inc. And
     Its Affiliated Debtors And Debtors In Possession
     And Its Official Committee Of Creditors Holding
     General Unsecured Claims (Docket No. 5665)

u.   Objection of Paramount Home Entertainment Inc. to
     First Amended Joint Plan of Liquidation of Circuit
     City Stores, Inc. and its Affiliated Debtors and
     Debtors in Possession and its Official Committee
     of Creditors Holding General Unsecured Claims
     (Docket No. 5667, 5737)

v.   Objection Of Monterey County, Placer County,
     Riverside County And San Bernardino County,
     California, Collectively The California Taxing
     Authorities To Confirmation Of Circuit City Stores
     And Its Affiliated Debtors Et Al In Its First
     Amended Joint Plan Of Liquidation (Docket No.
     5671, 5741)

w.   Travis County Texas Objection to Confirmation
     (Docket No. 5672)

x.   Limited Objection of THQ, Inc. to First Amended
     Joint Plan of Liquidation (Docket No. 5677)

y.   Objection of DeSoto County, Mississippi to the
     Debtors' Joint First Amended Plan of Liquidation
     (Docket No. 5679)

z.   Samsung America Electronics, Inc.'s Objection to
     Confirmation of the Debtors' First Amended Joint
     Plan of Liquidation (Docket No. 5681, 5826)

aa.  Limited Objection of Henrico County, Virginia to
     Debtors' First Amended Joint Plan of Liquidation
     (Docket Nos. 5682, 5838)

bb.  Joinder of Apex Digital, Inc. to Objections of LG
     Electronics USA, Inc. and Eastman Kodak Company to
     Confirmation of Debtors' Chapter 11 Plan of
     Liquidation (Docket No. 5683)

cc.  Florida Tax Collector for Miami-Dade County
     Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation (Docket Nos.
     5685, 5868)

dd.  Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation, by Vincent E.
     Rhynes (Docket No. 5686)

ee.  DIRECTV, Inc.'s Limited Objection to Confirmation
     of the Debtors' Plan (Docket Nos. 5689, 5789)

ff.  Joinder of Olympus Corporation and Olympus Imaging
     America Inc. in Objections of LG Electronics USA
     Inc., Eastman Kodak Company and Samsung America
     Electronics, Inc. Objection to Confirmation of the
     Debtors' First Amended Joint Plan of Liquidation
     (Docket No. 5690)

gg.  Texas Ad Valoram Tax Claimants (Tax Appraisal
     District of Bell County, County of Brazos, County
     of Comal, County of Denton, Longview ISD, City of
     Waco, Waco Independent School District, Midland
     Central Appraisal District, Taylor Central
     Appraisal District, County of Williamson)
     Objection To Confirmation Of The Debtors' First
     Amended Joint Plan Of Liquidation (Docket No.
     5691)

hh.  Response and Objection of Bethesda Softworks LLC
     to the First Amended Joint Plan of Liquidation of
     Circuit City Stores, Inc. and its Affiliated
     Debtors and Debtors in Possession and its Official
     Committee of Creditors Holding General Unsecured
     Claims (Docket No. 5692, 5901)

ii.  Objection of Village of Mount Pleasant, Racine,
     Wisconsin to Discharge (Docket No. 5702)

jj.  Local Texas Tax Authorities (Bexar County, Cameron
     County, Cedar Hill, Cypress Fairbanks ISD, Dallas
     County, Deer Park ISD, El Paso, Fort Bend County,
     Frisco, Galveston County, Grayson County, Gregg
     County, Harris County, Irving ISD, Jefferson
     County, Judson ISD, Katy ISD, McAllen, McAllen

ISD, McLennan County, Montgomery County, Nueces County, Rockwall CAD, Rockwall County, Round Rock ISD, Smith County, South Texas College, South Texas ISD, Sugarland, Tarrant County, and Tom Green CAD) and City of Memphis Objection to Confirmation of Plan (Docket No. 5707)

kk.  Objection of Lee County, Mississippi Tax Collector to the Debtors' Joint First Amended Plan of Reorganization (Docket No. 5712)

ll.  Limited Objection of Safeco Insurance Company of America to Confirmation of the First Amended Joint Plan (Docket No. 5714, 5946)

mm.  Joinder of Mitsubishi Digital Electronics America, Inc. to Objections of Samsung America Electronics, Inc., LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors' First Amended Joint Plan of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5717, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5720, 5786)

pp.  Joinder of Slam Brands, Inc. to Objections of LG Electronics USA, Inc. and Eastman Kodak Company to Confirmation of Debtors Chapter 11 Plan of Liquidation (Docket No. 5726)

qq.  Joinder of Take-Two Interactive Software, Inc. in Objections of LG Electronics USA Inc., Eastman Kodak Company and Samsung America Electronics, Inc. to Confirmation of the Debtors' First Amended Joint Plan of Liquidation (Docket No. 5727)

rr.  Joinder of Stillwater Designs and Audio, Inc. to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung

America Electronics, Inc. (Docket No. 5729, 5787)

ss.   Objection Of Schimenti Construction Company, LLC
To First Amended Joint Plan Of Liquidation (Docket
Nos. 5731, 5835)

tt.   Chatham County, Georgia Tax Commissioner's
Objections to Confirmation to the Debtor's First
Joint Amended Plan of Reorganization (Docket No.
5736)

uu.   Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of LG Electronics USA, Inc.; Eastman Kodak
Company; Envision Peripherals; and THQ, Inc.
(Docket No. 5738)

vv.   Joinder of SouthPeak Interactive, LLC to Objection
to Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections
of LG Electronics USA, Inc. and Paramount Home
Entertainment Inc. to Confirmation of Debtors'
Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan
(Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
Objection to Confirmation of Plan (Docket Nos.
5747, 5836)

aaa.   Limited Objection of Alliance Entertainment
Corporation, Source Interlink Media, LLC to
Confirmation of Plan (Docket No. 5750)

bbb. Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

ccc. Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

ddd. Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5759)

eee. Joinder of Paramount Home Entertainment Inc. to
Objections to Confirmation of Debtors' Chapter 11
Plan of Samsung America Electronics, Inc., BISSELL
Homecare, Inc., and FM Facility Maintenance Inc.
(Docket No. 5816)

fff. Objection of Lexmark International, Inc. to
Confirmation of Debtors' First Amended Joint Plan
of Liquidation (Docket Nos. 5876, 5877)

ggg. Objection of the Macerich Company, RREEF
Management Company, Cousins Properties
Incorporated, Watt Management Company, The
Prudential Insurance Company of America, Portland
Investment Company, Foursquare Properties Inc.,
and KNP to the Plan of Liquidation for Circuit
City Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5941)

hhh. Texas Comptrollers' Amended Objection to
Confirmation of First Amended Joint Plan of
Reorganization (Docket No. 6662)

iii. Texas Comptroller's Second Amended Objection to

Confirmation of First Amended Joint Plan of
Reorganization (Docket No. 7472)

Status:          This matter is going forward as a status
conference only.

28.   Motion of Pioneer Electronics under Fed. R. Bankr. P.
3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 5463)

b.   Samsung Electronics America, Inc.'s Motion Under
Fed. R. Bankr. P. 3020(a) for Order Requiring
Confirmation Deposit and Joinder to Motion of
Pioneer Electronics for Same (Docket No. 5614)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to
Motions of Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order Requiring
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5663)

d.   Joinder of Paramount Home Entertainment Inc. to
Motions of Pioneer Electronics and Samsung
Electronics America, Inc. for Order Requiring
Confirmation Deposit Under Fed. R. Bankr. P.
3020(a) (Docket No. 5668)

e.   Joinder of Bethesda Softworks LLC to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5695)

f.   Amended Notice of Hearing (Docket No. 5703)

g.   Joinder of Cokem International, Inc. to Motions of
Pioneer Electronics and Samsung Electronics
America, Inc. for Order Requiring Confirmation
Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Confirmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

      Related
      Document:

          i.    Debtors' Response to the Joinder of
                Onkyo USA Corporation to Motions of
                Pioneer Electronics, Inc. and Samsung
                Electronics America, Inc. for an Order
                Requiring a Confirmation Deposit
                Pursuant to Rule 3020 of the Federal
                Rules of Bankruptcy Procedure, or, in
                the Alternative, Objection to
                Confirmation of Chapter 11 Plan of
                Liquidation (Docket No. 7321)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

      Objection
      Deadline:      November 16, 2009 at 4:00 p.m., extended
                     for the Debtors until June 1, 2010

      Objections/
      Responses
      Filed:         None at the time of filing this agenda

      Status:        This matter is going forward as a status
                     conference only.

29.   Samsung Electronics America, Inc.'s Motion under Fed.
      R. Bankr. P. 3020(a) for Order Requiring Confirmation
      Deposit and Joinder to Motion of Pioneer Electronics

for Same (Docket No. 5614)

Related
Documents:

a.    Motion for an Expedited Hearing (Docket No. 5615)

b.    Notice of Motion and Hearing (Docket No. 5616)

c.    Amended Notice of Motion and Hearing (Docket No. 5757)

d.    Second Amended Notice of Motion and Hearing (Docket No. 6001)

e.    Third Amended Notice of Motion and Hearing (Docket No. 6101)

Objection
Deadline:        November 19, 2009 at 4:00 p.m., extended for the Debtors until June 1, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been resolved and should be removed from the Court's docket.

30.   Motion Of The Debtors Pursuant To 11 U.S.C. § 105 And Local Bankruptcy Rule 9013-1(m) For An Order Setting An Expedited Hearing (Docket No. 7690)

Related
Documents:

a.    Debtors' Motion for Order Directing Mediation with Respect to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 7687)

b.    Debtors' Motion for Order Shortening Notice Period and Limiting Notice of Debtors' Motion for Order

Directing Mediation With Respect to First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and Its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 7688)

Objection
Deadline:          June 7, 2010 at 5:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter is going forward.

31.  Debtors' Motion for Order Shortening Notice Period and
     Limiting Notice of Debtors' Motion for Order Directing
     Mediation With Respect to First Amended Joint Plan of
     Liquidation of Circuit City Stores, Inc. and Its
     Affiliated Debtors and Debtors In Possession and Its
     Official Committee of Creditors Holding General
     Unsecured Claims (Docket No. 7688)

     Related
     Documents:

     a.   Debtors' Motion for Order Directing Mediation With
          Respect to First Amended Joint Plan of Liquidation
          of Circuit City Stores, Inc. and Its Affiliated
          Debtors and Debtors in Possession and Its Official
          Committee of Creditors Holding General Unsecured
          Claims (Docket No. 7687)

     b.   Motion for an Expedited Hearing (Docket No. 7690)

     Objection
     Deadline:          June 7, 2010 at 5:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

32.  Debtors' Motion for Order Directing Mediation With

Respect to First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated Debtors
And Debtors in Possession and Its Official Committee of
Creditors Holding General Unsecured Claims (Docket No.
7687)

Related
Documents:

a.    Debtors' Motion for Order Shortening Notice Period
      and Limiting Notice of Debtors' Motion for Order
      Directing Mediation With Respect to First Amended
      Joint Plan of Liquidation of Circuit City Stores,
      Inc. and Its Affiliated Debtors and Debtors in
      Possession and Its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 7688)

b.    Motion for an Expedited Hearing (Docket No. 7690)

Objection
Deadline:        June 7, 2010 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Official Committee of Creditors Response to
      Debtors Motion for Order Directing Mediation With
      Respect to First Amended Joint Plan of Liquidation
      of Circuit City Stores, Inc. and Its Affiliated
      Debtors and Debtors in Possession and Its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket No. 7697)

Status:          This matter is going forward.

Dated: June 4, 2010    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia    FLOM LLP
    Gregg M. Galardi, Esq.
    Ian S. Fredericks, Esq.
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000

        - and -

    SKADDEN, ARPS, SLATE, MEAGHER &
      FLOM LLP
    Chris L. Dickerson, Esq.
    155 N. Wacker Drive, Suite 2700
    Chicago, Illinois 60606-2700
    (312) 407-0700

        - and -

    MCGUIREWOODS LLP


    /s/ Douglas M. Foley _____
    Douglas M. Foley (VSB No. 34364)
    Sarah B. Boehm (VSB No. 45201)
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    (804) 775-1000

    Counsel for Debtors and Debtors
    in Possession

\11548516.1

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to June 24, 1010 at 10:00 a.m. |
| 20 | Avertatec/Trigem USA, Inc. | 4063 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to July 12, 2010 at 2:00 p.m. pending completion of settlement documentation |
| 37 | Boulder County, Colorado | n/a | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the June 8, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Snohomish County Treasurer | 5028 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Spokane County, Washington | 5033 | A Settlement Agreement and Stipulation (Docket No. 7694) has been filed. If no objections are received by June 8, 2010, this matter will be resolved. |
| 37 | Wake County Revenue Director | 5037 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | City of Chesapeake, VA | 5068 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Desoto County, Mississippi | 5092 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Shasta County, CA | 5101 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Bell County, Texas | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Brazos County, TX, City of College Station, College Station Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | City of Midland, Midland County Hospital District, Midland Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | City of Waco, Waco Independent School District | 5104 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Comal County, TX, City of New Braunfels, Comal  Independent School District | 5104 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | County of Denton, TX | 5104 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | County of Taylor, City of Abilene, Abilene Independent School District | 5104 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | County of Williamson | 5104 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Henrico County, Virginia | 5109 | A Settlement Agreement and Stipulation (Docket No. 7591) has been filed. If no objections are received by June 9, 2010, this matter will be resolved. |
| 37 | Ada County, Idaho | 5110 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Bexar County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Cameron County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | City of Cedar Hill | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Cypress-Fairbanks ISD | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Dallas County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | El Paso | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Fort Bend County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Frisco | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Gregg County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Harlingen | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Harlingen CISD | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Harris County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Irving ISD | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Jefferson County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | McAllen ISD | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | City of McAllen | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | McLennan County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Memphis | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Montgomery County | 5115 | This matter has been resolved. The Debtors will present the Court with an agreed order at the hearing. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Nueces County | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Rockwall CAD | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Rockwall County | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Round Rock ISD | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Smith County | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | South Texas College | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | South Texas ISD | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Tarrant County | 5115 | This matter has been resolved.  The Debtors will present the Court with an agreed order at the hearing. |
| 37 | Allen County, Indiana | 5120 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| | | | |
| 48 | Averatec/Trigem USA, Inc. | 5415 | This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is adjourned to July 12, 1010 at 2:00 p.m. pending completion of settlement documentation |
| | | | |
| 72 | Charlotte Observer | n/a | This matter has been resolved and an order will be submitted disallowing Claim No. 2701. |
| 72 | Georgia Department of Revenue | 7642 | This matter has been resolved and an order will be submitted sustaining the objection. |
| 72 | Whitney, Ahmad Paul | 7692 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 76 | Lei, Yu-Liang | 7584 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 76 | Bangor Daily News dba Bangor Publishing Company | 7635 | This matter has been resolved and an order will be submitted sustaining the objection. |
| | | | |
| 78 | Porter, Kenneth | 7659 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 78 | Equal Employment Opportunity Commission | 7707 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

\11515627.1

<u>EXHIBIT B</u>

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|---|---|
| City of Brighton, Michigan | 7559 |
| Lewisville Independent School District | 7534 |
| Alameda County Treasurer | 7538 |
| Alief ISD | 7539 |
| Arlington ISD | 7539 |
| Brazoria County MUD #6 | 7539 |
| Brazoria County Tax Office | 7539 |
| Carroll ISD | 7539 |
| City of Hurst | 7539 |
| City of Lake Worth | 7539 |
| Clear Creek ISD | 7539 |
| Fort Bend ISD | 7539 |
| Fort Bend LID #2 | 7539 |
| Fort Worth ISD | 7539 |
| Galena Park ISD | 7539 |
| Hidalgo County | 7539 |
| Humble ISD | 7539 |
| Lubbock CAD | 7539 |
| Midland County Tax Office | 7539 |
| Potter County Tax Office | 7539 |
| Tyler ISD | 7539 |
| Wichita County | 7539 |
| Woodlands Metro Center MUD | 7539 |
| Woodlands RUD #1 | 7539 |
| Pima County, AZ | 7540 |
| Brevard County Florida Tax Collector | 7541 |
| Hernando County, Florida | 7541 |
| Highlands County, Florida | 7541 |

**EXHIBIT B**

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS
OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|---|---|
| Lee County Tax Collector | 7541 |
| Manatee County, Florida by Ken Burton, Jr., Tax Collector | 7541 |
| Marion County, Florida | 7541 |
| Okaloosa County Florida Tax Collector, Chris Hughes | 7541 |
| Orange County Florida Tax Collector, Honorable Earl K. Wood | 7541 |
| Osceola County, Florida | 7541 |
| Palm Beach County Tax Collector | 7541 |
| Pinellas County, Florida | 7541 |
| Polk County Florida by Joe G. Tedder Tax Collector | 7541 |
| Loudoun County, VA | 7542 |
| Bell County, Texas | 7544 |
| Brazos County, TX, City of College Station, College Station Independent School District | 7544 |
| City of Midland, Midland County Hospital District, Midland Independent School District | 7544 |
| City of Waco, Waco Independent School District | 7544 |
| Comal County, TX, City of New Braunfels, Comal  Independent School District | 7544 |
| County of Denton, TX | 7544 |
| County of Taylor, City of Abilene, Abilene Independent School District | 7544 |
| County of Williamson | 7544 |
| Longview Independent School District | 7544 |
| Bexar County | 7545 |
| Cameron County | 7545 |
| City of Cedar Hill | 7545 |
| Cypress-Fairbanks ISD | 7545 |
| Dallas County | 7545 |
| El Paso | 7545 |

## EXHIBIT B

**RESPONSES TO DEBTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (DOCKET NOS. 7343 AND 7344)**

| RESPONDENT | DOCKET NUMBER |
|---|---|
| Fort Bend County | 7545 |
| Frisco | 7545 |
| Gregg County | 7545 |
| Harlingen | 7545 |
| Harlingen CISD | 7545 |
| Harris County | 7545 |
| Irving ISD | 7545 |
| Jefferson County | 7545 |
| Longview ISD | 7545 |
| McAllen ISD | 7545 |
| McAllen, City of | 7545 |
| McLennan County | 7545 |
| Memphis, City of | 7545 |
| Montgomery County | 7545 |
| Nueces County | 7545 |
| Rockwall CAD | 7545 |
| Rockwall County | 7545 |
| Round Rock ISD | 7545 |
| South Texas College | 7545 |
| South Texas ISD | 7545 |
| Tarrant County | 7545 |
| Pierce County, Washington | 7546 |
| Los Angeles County | 7547 |
| Monterey County | 7547 |
| Placer County, California | 7547 |
| Wake County Revenue Department | 7557 |
| Gaston County | 7558 |

\11303982

3