Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044
Email: efriedman@friedumspring.com

Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

Attorneys for Hewlett-Packard Company

Hearing Date: June 8, 2010 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:  CIRCUIT CITY STORES, INC., et al.<br><br>Debtors. | **Chapter 11**<br><br>**Case No.:  08-35653-KRH**<br><br>**Jointly Administered** |

**MOTION FOR LEAVE OF COURT TO ATTEND HEARING BY TELEPHONE**

COMES NOW, Roy M. Terry, Jr., local counsel for Hewlettt Packard Company, a general unsecured creditor in this case, and a member of the Bar of this Court, and submits this Motion for Leave of Court to Attend Hearing by Telephone on behalf of Ramona S. Neal, Senior Inhouse Counsel for Hewlett Packard Company and Ellen A. Friedman, of Friedman Dumas & Springwater LLP, also counsel for Hewlett Packard Company..  In support of this Motion, Movant states as follows:

1. Ms. Neal, who is resident in Idaho, and Ms. Friedman, who is resident in California, request leave to appear by telephone for the hearing scheduled for June 8, 2010 for

1

the purpose of listening only to the proceedings. Appearance by telephone is the only option for Ms. Neal and Ms. Friedman to participate in this hearing.

2. At the time of the hearing, Ms. Neal can be reached at (208) 396-6484 and Ms. Friedman can be reached at (415) 834-3800. Further, Ms. Neal and Ms. Friedman will be provided the requisite dial-in telephone number and meeting identification in order that they may call in to the Court at the time of the hearing, upon Court approval of this Motion.

WHEREFORE, the Movant requests this Court enter an order granting this Motion for Leave to Appear Telephonically and such other and further relief to which the Court deems proper.

Dated: June 4, 2010                    Respectfully submitted,

                                       DURRETTEBRADSHAW PLC


                                       /s/ Roy M. Terry, Jr.
                                       Roy M. Terry, Jr., Esq., Va Bar No. 17764
                                       1111 East Main Street, 16th Floor
                                       Richmond, Virginia 23219
                                       Phone: (804) 775-6900
                                       Fax: (804) 775-6911


**CERTIFICATE OF SERVICE**

I hereby certify on this 4th day of June 2010, a copy of the foregoing was delivered by delivered by electronic means to all parties who receive notice in this case pursuant to the Court's CM/ECF system.

                                       /s/ Roy M. Terry, Jr.

2