# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.         Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **MHW Warner Robins, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **MHW Warner Robins, LLC**<br>c/o Corporate Propert Group Inc<br>7332 Office Park Pl, Ste 101<br>Melbourne, FL 32940-8241 |

**Claim No. 7536 for $568,448.90**
**Claim No. 13918 for $4,534.00**
**Claim No. 15035 for $588,448.90**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____June 7, 2010_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF LEASE REJECTION CLAIM

TO:        Clerk, United States Bankruptcy Court, Eastern District of Virginia

AND TO:   MHW Warner Robins, LLC

MHW WARNER ROBINS, LLC, a Florida corporation, located at 7332 Office Park Place, Ste 101, Melbourne, FL 32940 ("Seller"), for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Lease Rejection Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claims of Seller against Circuit City Stores, Inc., docketed as **Claim # 7536, Claim # 13918 and Claim # 15035** (as amended, the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia, **Case No. 08-35653**, including without limitation the claims of Seller relating to or arising from the rejection by Debtor of certain agreements by and between Seller and Debtor regarding the lease of nonresidential real property located at Willow Lake Crossing Shopping Center, Warner Robins, Georgia

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Lease Rejection Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 20 day of May 2010

(Assignor)
MHW WARNER ROBINS, LLC

By: _____
Name: Myles Wilkinson
Title:    Manager

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: _____
Title:    JANICE M. STANTON
MEMBER