# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# (Richmond Division)

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| | * | |
| **CIRCUIT CITY STORES, INC.**, *et al.*, | * | Case No. 08-35653 (KRH) |
| | * | |
| Debtors. | * | (Jointly Administered) |
| * * * * * * | * | * * * * * |

## ORDER GRANTING MOTION FOR LEAVE OF COURT TO LISTEN TO JUNE 8, 2010 HEARING BY TELEPHONE

Upon consideration of the Motion for Leave of Court to Listen to June 8, 2010 Hearing by Telephone filed by John G. McJunkin, and it appearing that the Motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that the Motion for Leave of Court to Listen to June 8, 2010 Hearing by Telephone filed on behalf of Bethesda Softworks LLC ("BSLLC") is GRANTED and John G.

DC:50704392.1

McJunkin and Daniel Carrigan are permitted to listen by telephone to the hearing on June 8, 2010 on behalf of BSLLC.

ENTERED: / /

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

We ask for this:

    /s/ John G. McJunkin
John G. McJunkin, (VSB No. 31011)
Daniel J. Carrigan, (Admitted *Pro Hac Vice*)
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006-1108
Telephone: (202) 496-7312
Facsimile: (202) 496-7094

*Counsel for Bethesda Softworks LLC*

DC:50704392.1

# CERTIFICATE OF SERVICE

I hereby certify that I have, this 7th day of June, 2010, caused the service of a copy of the foregoing Proposed Order to be served by electronic means through the ECF system and/or via email (together "ECF") upon:

Douglas M. Foley, Esq.
McGuire Woods LLP
9000 World Trade Center
101 W. Main St.
Norfolk, VA 23510

Dion W. Hayes, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Box 636
Wilmington, DE 19899

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
The United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

DC:50704392.1

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
780 Third Ave., 36th Floor
New York, NY 10017

*Counsel for Creditor's Committee*

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esq.
Reimer & Braunstein, LLP
Three Center Plaza, 6th Floor
Boston, MA 02108
*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

        /s/ John G. McJunkin
        John G. McJunkin

DC:50704392.1