William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone:  804.783.6489
FAX:  804.783.6507
tschwarz@williamsmullen.com
aburnett@williamsmullen.com

*Counsel for Symantec, Inc..*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
(Richmond Division)

-----------------------------------------------------------x
                                                           :
In re:                                                     : Chapter 11
                                                           :
CIRCUIT CITY STORES, INC., *et al*.,                       : Case No. 08-35653 (KRH)
                                                           :
                    Debtors.                               : (Jointly Administered)
                                                           :
-----------------------------------------------------------x

**ORDER GRANTING ADMISSION *PRO HAC VICE* OF
RAFAEL X. ZAHRALLDIN-ARAVENA**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Rafael X. Zahralddin-Aravena filed by W. Alexander Burnett, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Rafael X. Zahralddin-Aravena of the law firm Elliot Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Phone: 302.384.9400 ext. 4001, Fax: 302.384.9399, E-Mail: rxza@elliottgreenleaf.com, be and is hereby permitted to appear and be heard *pro hac vice* as

counsel to Symantec Corporation in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors.

Enter:        /    /

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

I ask for this:

_____/s/ W. Alexander Burnett_____
William H. Schwarzschild, III - VSB No. 15274
W. Alexander Burnett – VSB No. 68000
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia  23218-1320
Phone: 804.783.6489
FAX:   804.783.6507
Email: tschwarz@williamsmullen.com
       aburnett@williamsmullen.com

*Counsel for Symantec Corporation*

2

3

## Certification Pursuant to Local Bankruptcy Rule 9022-1

The undersigned hereby certifies that the foregoing proposed order was served upon all necessary parties either electronically via the Court's ECF system or by first class mail, postage prepaid.

/s/ W. Alexander Burnett
_____

7780695_1.DOC