# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Checkpoint Systems Inc & Checkpoint Systems Inc dba Alpha Security Products**
Name of Transferor

Name and Current Address of Transferor

**Checkpoint Systems Inc & Checkpoint Systems Inc dba Alpha Security Products**
101 Wolf Dr
Thorofare, NJ 08086

**Claim No. 915 for $2,710.00 (General Unsecured Claim-Allowed)**
**Claim No. 915 for $106,087.44 (Administrative Priority Claim-Allowed)**
**Claim No. 4433 for $450,199.85 (General Unsecured Claim-Allowed)**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____        Date: _____June 8, 2010_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

CHECKPOINT SYSTEMS, INC., a Pennsylvania corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated June 4, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim and the administrative priority claim (together, the "Claims"), in the principal amounts listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Delaware, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 4th day of June 2010.

(Assignor)
CHECKPOINT SYSTEMS, INC.

By: _____
Name: Robert Mertzig
Title: Regional Controller

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: MICHAEL J. RESTIFO
Title: CFO/MEMBER

(Assignor)
WITNESS:

By: _____
Name: Bryan Rowland
Title: Counsel

# Schedule A
## CHECKPOINT SYSTEMS, INC.

| Debtor | Case Number | Claim Type | Claim No. | Proof of Claim Amt | Allowed Amount |
|---|---|---|---|---|---|
| Circuit City Purchasing Company, LLC | 08-35657 | General Unsecured | 4433 | 345,639.50 | 450,199.85 |
| Circuit City Purchasing Company, LLC | 08-35657 | Administrative Priority | 4433 | 108,797.44 | 0 |
| Circuit City Purchasing Company, LLC | 08-35657 | General Unsecured | 915 | 0 | 2,710.00 |
| Circuit City Purchasing Company, LLC | 08-35657 | Administrative Priority | 915 | 108,797.44 | 106,087.44 |
|  |  |  |  | 563,234.38 | 558,997.29 |

Initials:
Seller
Buyer