Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
707 E. Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1558
Tel: 804.237.8811
Fax: 804.237.8801
klake@vanblk.com

McCREARY, VESELKA, BRAGG & ALLEN, P.C.
Michael Reed, Esquire
P. O. Box 1269
Round Rock, Texas 78680
(512) 323-3200
mreed@mvbalaw.com

Attorneys for Texas Tax Claimants

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF:                                          CASE NO. 08-35653

CIRCUIT CITY STORES, INC.

               DEBTOR                                      CHAPTER 11

**ORDER**

This matter came before the Court upon the Motion for Leave of Court to Appear Telephonically filed by Tax Appraisal District of Bell County (Cl# 13398)("Bell County"), County of Brazos, City of College Station, College Station Independent School District (Cl# 4553)("Brazos County"), County of Comal, City of New Braunfels, Comal Independent School District (Cl# 4551)("Comal County"), County of Denton (Cl# 4554), City of Waco, Waco Independent School District (Cl# 4558)("Waco City and ISD"), Longview Independent School District (Cl# 13198), City of Midland, Midland County Hospital District, Midland Independent School District (Cl# 4557)(Midland CAD"), County of Taylor, City of Abilene, Abilene Independent School District (Cl# 4550)("Taylor CAD"), County of Williamson (Cl#

13199)("Williamson County"), hereinafter referred to collectively as "Texas Tax Authorities," The Texas Tax Authorities seek leave for their lead counsel, Michael Reed, to appear and, if necessary, participate telephonically at the hearing scheduled for June 8, 2010 at 2:00 p.m. on the Debtor's motion for partial summary judgment in connection with the 37th Omnibus Claim Objection (the Motion for Partial Summary Judgment")..

After review of the Motion and statements therein, the court finds that (i) adequate notice of the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED** that the motion shall be granted to permit Michael Reed, to appear, and if necessary, participate, telephonically at the June 8, 2010 2:00 p.m. hearing on the Motion for Partial Summary Judgment in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division.

DATE: _____         _____
                                 Kevin R. Huennekens
                                 United States Bankruptcy Judge

                                 NOTICE OF JUDGMENT OR ORDER
                                 Entered on Docket

I ask for this:

/s/ Kevin A. Lake
Kevin A. Lake, VSB #34286
VANDEVENTER BLACK LLP
P.O. Box 1558
Richmond, Virginia 23218
(804) 237-8811
      *Local Counsel for the Tax Authorities*

## **CERTIFICATION OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

/s/ Kevin A. Lake
Kevin A. Lake

## SERVICE LIST

Dion W. Hayes and Douglas M. Foley
McGuire Woods LLP
901 Cary Street
Richmond, VA 23219
Fax: 804.775.1061

Gregg M. Galardi and
Ian S. Fredericks
Skadden Arps Slate Meagher and Flom LLP
One Rodney Square
Wilmington, DE 19899
Fax: 302.651.3001

Chris Dickerson
Skadden Arps Slate Meagher and Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Fax: 312.407.0411