IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | § | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC.** | § | **Case No. 08-35653 (KRH)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

**APPELLANT RYAN, INC. F/K/A RYAN & COMPANY, INC.'S
STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL**

RYAN, INC. f/k/a RYAN & COMPANY, INC. ("**Ryan**"), the appellant herein, files its

*Statement of Issues and Designation of Record on Appeal*, and states as follows:

**A.     Statement of Issues on Appeal**

Whether and to what extent the Bankruptcy Court erred in entering the following Orders:

- Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract, entered March 11, 2010 (Dkt. No. 6796)

- Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc., entered March 12, 2010 (Dkt. No. 6804)

- Order Denying Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc. (Dkt. No. 7521))

| | |
|---|---|
| Bruce W. Akerly, Esq. | Robert M. Marino, Esq. |
| Texas Bar No. 00953200 | VSB #26076 |
| Cantey Hanger LLP | REDMON PEYTON & BRASWELL LLP |
| 1999 Bryan Street, Suite 3330 | 510 King Street, Suite 301 |
| Dallas, Texas 75201 | Alexandria, Virginia 22314 |
| Telephone: (214) 978-4129 | Telephone: (703) 684-2000 |
| Facsimile: (214) 978-4150 | Facsimile: (703) 684-5109 |
| Email: bakerly@canteyhanger.com | Email: rmmarino@rpb-law.com |
| ATTORNEYS FOR RYAN, INC. | LOCAL ATTORNEYS FOR RYAN, INC. |
| f/k/a RYAN & COMPANY, INC. | f/k/a RYAN & COMPANY, INC. |

B.   **Designation of Record on Appeal**

The following designation includes any and all exhibits and attachments filed with each designated document:

| Item No. | Docket No. | Description |
|---|---|---|
| 1 | 5648 | Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract filed November 13, 1009 |
| 2 | 6695 | Debtors' Objection to Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract filed March 5, 2010 |
| 3 | 5647 | Objection of Ryan, Inc. f/k/a Ryan & Company, Inc. to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors-In-Possession and its Official Committee of Creditors Holding General Unsecured Claims, filed November 13, 2009 |
| 4 | 6416 | Debtors' Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts, filed January 28, 2010 |
| 5 | 6506 | Ryan, Inc. f/k/a Ryan & Company, Inc.'s Response to Debtors' Eighth Omnibus Motion for Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contracts, filed February 10, 2010 |
| 6 | 6696 | Notice of Agenda of Matters Scheduled for Hearing on March 8, 2010 at 11:00 a.m. (Eastern) |
| 7 | 6531 | Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. for Permission to Attend and Participate Telephonically at March 8, 2010 Omnibus Hearing, filed February 13, 2010 |
| 8 | 6665 | Order Granting Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. for Permission to Attend and Participate Telephonically at March 8, 2010 Omnibus Hearing, entered February 26, 2010 |
| 9 | 6796 | Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract, entered March 11, 2010 |
| 10 | 6804 | Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc., entered March 12, 2010 |
| 11 | 6782 | Transcript of March 8, 2010, hearing on Ryan's Motion to Compel Assumption and Debtors' Motion to Reject |

| 12 | 6955 | Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc. |
|---|---|---|
| 13 | 7256 | Debtors' Objection to Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc. |
| 14 | 7521 | Order Denying Verified Motion to Reconsider (a) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc. to Compel Debtor to Assume Executory Contract and (b) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract With Ryan, Inc. |
| 15 | 7549 | Transcript of April 29, 2010, hearing on Motion to Reconsider before Honorable Kevin R. Huennekens, United States Bankruptcy Judge |
| 16 | 7295 | List of Exhibits filed by Ryan, Inc. f/k/a Ryan & Company, Inc. in connection with April 29, 2010 hearing on Verified Motion to Reconsider (A) Order Denying Motion of Ryan, Inc. f/k/a Ryan & Company, Inc to Compel Debtor to Assume Executory Contract and (B) Order Pursuant to Bankruptcy Code Sections 105(a) and 365(a) and Bankruptcy Rule 6006 Authorizing Rejection of Certain Executory Contract with Ryan, Inc. |
| 17 | n/a | Ryan's exhibits admitted into evidence at the hearing on Motion to Reconsider held April 29, 2010 |

Dated: June 8, 2010.

Respectfully submitted,

/s/ Bruce W. Akerly
Bruce W. Akerly, Texas Bar No. 00953200
CANTEY HANGER LLP
1999 Bryan Street, Suite 3330
Dallas, Texas 75201-3100
Telephone:  (214) 978-1429
Facsimile:  (214) 978-4150
Email: bakerly@canteyhanger.com
ATTORNEYS FOR RYAN, INC. f/k/a RYAN & COMPANY, INC.

and

/s/ Robert M. Marino
Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone: (703) 684-2000
Facsimile: (703-684-5109
Email: rmmarino@rpb-law.com
LOCAL ATTORNEYS FOR RYAN, INC. f/k/a RYAN & COMPANY, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Designations* were served by electronic submission on those registered to receive same and by first class mail to the following on this 8th day of June, 2010:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Charles L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Douglas M. Foley, Esq.
Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

/s/ Bruce W. Akerly
Bruce W. Akerly