# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC., et. al.** | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY FOR HEARING ON CONFIRMATION OF THE PLAN

Upon the motion of Warner Home Video, a division of Warner Bros. Home Entertainment Inc., seeking entry of an order authorizing Jon L.R. Dalberg ("Mr. Dalberg") an attorney with the law firm of Landau Gottfried & Berger, LLP, to attend by telephone the Plan Confirmation Hearing, the Court finds that: (a) it has jurisdiction over the matters raised in the motion pursuant to 28 U.S.C. § 1334(b); (b) proper and adequate notice of the motion and the hearing thereon has been given and that no other or further notice is necessary; and (c) upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief set forth herein. Therefore,

**IT IS HEREBY ORDERED THAT:**

1. The motion is **GRANTED**.

---

Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Tel: 804-697-4100
Fax: 804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

2

      2.      Jon L.R. Dalberg is authorized to appear at the Confirmation Hearing by telephone on behalf of the Warner Home Video, a division of Warner Bros. Home Entertainment Inc., so long as a representative of local counsel is present at the Confirmation Hearing in person.

ENTER:     /  /

_____
United States Bankruptcy Judge

I ask for this:

/s/ Michael D. Mueller
Augustus C. Epps, Jr., Esquire (VSB No. 13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (admitted in New York)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  804-697-4100
Facsimile:   804-697-4112

Local Counsel to Warner Home Video, a division of
Warner Bros. Home Entertainment Inc.

2

## **CERTIFICATE**

I hereby certify that the foregoing Order has been endorsed by all necessary counsel.

                          /s/ Michael D. Mueller
                          Michael D. Mueller

1040214