**GUST ROSENFELD P.L.C.**
201 East Washington Street
Suite 800
Phoenix, Arizona  85004-2327
Telephone No. 602-257-7422
Facsimile No.  602-254-4878
Séan P. O'Brien - 010540
spobrien@gustlaw.com



RICHMOND DIVISION
F I L E D
JUN - 7 2010
CLERK
US BANKRUPTCY COURT

**Attorneys for** the City of Avondale, Arizona

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtor. | Case No. 08-35653 (KRH)<br><br>(Chapter 11)<br><br>Jointly Administered |

RESPONSE IN OPPOSITION TO DEBTOR'S SEVENTY-SIXTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN MISCLASSIFIED
ADMINISTRATIVE EXPENSE CLAIMS) AND REQUEST FOR HEARING

The City of Avondale, Arizona ("Avondale"), a creditor and party-in-interest, files its response in opposition to Debtor's Seventy-Sixth Omnibus Objection To Claims (Disallowance Of Certain Misclassified Administrative Expense Claims) (the "Omnibus Objection") and respectfully requests that the Court deny Debtors' Omnibus Objection and the relief sought therein as it relates only to Avondale. This Response is supported by the attached Memorandum, the previously filed Application for Allowance and Payment of Chapter 11 Administrative Expense Claim (the "Application") together with all other relevant matters of record.

SPO:lla 1256913.1 6/3/2010

1

MEMORANDUM

Debtors' Omnibus Objection contends that the claim of Avondale is nothing more than a pre-petition claim, that Avondale failed to file its claim by the general bar date and Avondale's claim is therefore untimely. An objective review of the relevant facts and dates clearly reveals otherwise.

The Application filed by Avondale sought the allowance and payment of a Chapter 11 administrative expense claim in the amount of $7,097.62. The administrative expense claim was for the post-petition period of November 20, 2008 through May 20, 2009. The claim of Avondale is for delinquent post-petition sales and use taxes and related charges incurred by Debtors.

The claim was based on a post-petition tax return filed by Debtors, <u>which tax return was not received and posted by Avondale until December 30, 2008</u>. Prior to the receipt of the tax return filed by Debtors, there was no tax liability. Debtors made only a partial payment of the acknowledged tax liability and failed to pay the remaining amount of $6,964.14. Significantly, the unpaid tax amount is not in dispute, is based upon Debtor's own information and documentation and is acknowledged within the tax return filed by Debtors tax manager. Given that the tax return was not filed by Debtors and received by Avondale until after the petition date (December 30, 2008), no tax liability existed prior to that date. Accordingly, the claim asserted by Avondale is not a

SPO:lla 1256913.1 6/3/2010

2

pre-petition claim and does not need to be reclassified as such as urged by Debtors. Avondale's claim was properly filed as an administrative expense claim in the first instance.

The name, address, telephone number and facsimile number of the individual at Avondale with authority to reconcile, settle or otherwise resolve the Omnibus Objection is:

> Teresa B. Hunsaker
> Privilege Tax Auditor
> 11465 W. Civic Center Drive, Suite 250
> Avondale, Arizona 85323
> Telephone: (623) 333-2014
> Facsimile: (623) 333-0200

## CONCLUSION

For all the foregoing reasons, Avondale respectfully urges this Court to deny the Omnibus Objection and the relief sought therein as it relates only to Avondale and grant such other and further relief as is appropriate.

Respectfully submitted this 3rd day of June, 2010.

GUST ROSENFELD P.L.C.

By _____Séan P. O'Brien_____
Séan P. O'Brien
Attorneys for City of Avondale

SPO:lla 1256913.1 6/3/2010

3

```
 1  ORIGINAL of the foregoing
    mailed via FedEx Priority
 2  Overnight for filing this 3rd
    day of June, 2010 to:
 3
    United States Bankruptcy Court
 4  Eastern District of Virginia
    701 East Broad Street
 5  Richmond, Virginia  23219

 6  COPIES of the foregoing mailed
    via FedEx Priority Overnight
 7  this 3rd day of June, 2010 to:

 8  Douglas M. Foley, Esq.
    Sarah B. Boehm
 9  McGuire Woods LLP
    901 East Cary Street
10  Richmond, Virginia  23219
    Attorneys for Debtors
11
    Dion W. Hayes, Esq.
12  McGuire Woods LLP
    One James Center
13  901 E. Cary St.
    Richmond, VA  23219
14  Attorneys for Debtors

15  Greg Galardi, Esq.
    Ian S. Fredericks
16  Skadden, Arps, Slate, Meagher & Flom LLP
    One Rodney Square
17  PO Box 636
    Wilmington, Delaware  19899-0636
18  Attorneys for Debtors

19  Chris L. Dickerson, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
20  155 North Wacker Drive
    Chicago, IL  60606
21

22

23  By _____
         Linda Armijo
24

25

26
```

SPO:lla 1256913.1 6/3/2010

4



## GUST ROSENFELD
### ATTORNEYS SINCE 1921 P.L.C.

■ 201 E. WASHINGTON, SUITE 800 ■ PHOENIX, ARIZONA 85004-2327 ■ TELEPHONE 602-257-7422 ■ FACSIMILE 602-254-4878 ■

Board Certified - Business Bankruptcy Law
American Board of Certification

SÉAN P. O'BRIEN
602.257.7460
spobrien@gustlaw.com

June 3, 2010

Via Fed Ex 7936-0394-3606

Clerk of the Court
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Re: In re Circuit City Stores, Inc.
Case No. 08-35653 (Chapter 11)

Dear Sir/Madam:

Enclosed is the original Response in Opposition to Debtor's Seventy-Sixth Omnibus Objection To Claims (Disallowance Of Certain Misclassified Administrative Expense Claims) with copy to be filed in the above captioned matter.

Please return a conformed copy in the service envelope provided of the Response.

If you have any questions regarding the above, please contact me at 602-257-7409.

Very truly yours,

Linda Armijo
Assistant to
Séan P. O'Brien
For the Firm

SPO/lla
Enclosures