UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEAL

Creditors Robert Gentry, Joseph Skaf, Jonathan Card, and Jack Hernandez, on behalf of themselves and all others similarly situated, by counsel, RIGHETTI LAW FIRM, P.C., Matthew Righetti and Michael Righetti, appeal under 28 U.S.C. Section 158(a) from the Order on Creditors' Motion Requesting an Order Applying Bankruptcy Rule 7023 to their Class Proofs of Claim Pursuant to Bankruptcy Rule 9014(C) of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 28th day of May, 2010, docket entry number 7665.

The names of all parties or parties in interest to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Robert Gentry, Joseph Skaf, Jonathan Card, and Jack Hernandez (Appellants)**

    Represented by:

    Matthew Righetti
    Michael Righetti
    Righetti Law Firm, P.C.
    456 Montgomery Street, Suite 1400
    San Francisco, CA 94104
    (415) 983-0900

**Circuit City Stores, Inc. (Appellee)**

    Circuit City Stores, Inc.
    Attn: Michelle Mosier
    4951 Lake Brook Drive, Suite 500
    Glen Allen, VA 23060

(804 273-6850

Represented by:

Gregg M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom, LLP
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801
(302) 651-3000

Chris L. Dickerson
Jessica S. Kumar
Skadden Arps Slate Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Douglas M. Foley
Sarah Boehm
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(804) 775-1000

**Official Committee of Unsecured Creditors**

Represented by:

Jeffrey N. Pomerantz
Stanley E. Goldich
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
(310) 277-6910

Robert J Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
(212) 561-7700

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor

Richmond, VA 23219
(804) 783-8300

**Office of the United States Trustee:**

Represented by:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

Dated: June 9, 2010                                     Respectfully submitted,

**RIGHETTI LAW FIRM, P.C.**

/s/ Michael Righetti

Attorneys for Creditors/Appellants