UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al | : | Case No. 08-35653 (KRH) |
| | : | |
| Debtors | : | Jointly Administered |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on April 21, 2010, Marlin Mondragon, on behalf of himself and all others similarly situated(the "Claimant" or "Class Claimant"), by and through his undersigned counsel, filed his Motion for Reconsideration [of the Dismissal of his Adversary Proceeding] and to Permit the Filing of a Class Proof of Claim With supporting Memorandum (the "Motion") in the above captioned proceeding (Document No. 7253).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Managements and Administrative Procedures (entered on November 13, 2008 at Docket No. 130) (the "Case Management Order") no later than the response deadline, seven (7) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

[x]    File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

[x]  Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following: (i) the undersigned counsel for Class Claimant, (ii) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' pre-petition lenders, and counsel to the agents for the Debtors' post-petition lenders; (iii) the 2002 List; and (iv) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[x]  Attend the hearing before the Honorable Kevin Huennekens, United States Bankruptcy Judge, scheduled for **July 12, 2010 at 10:00 am.**
**If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Motion.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: June 9, 2010.

Respectfully submitted,

/s/ Marc A. Busman
Marc A. Busman
Virginia State Bar No. 13030
BUSMAN & BUSMAN, P.C.
P. O. Box 7514
Fairfax Station, VA 22039
mbusman@busmanandbusman.com
(703) 503-8088
(703) 425-8487 (facsimile)

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.
Randy J. Perlmutter
Gary S. Graifman
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
ggraifman@kgglaw.com

(845) 356-2570
(845) 356-4335 (facsimile)


MASON, LLP
Gary E. Mason
Nicholas A. Migliaccio
1625 Massachusetts Ave., N.W., Suite 605
Washington, DC 20036
gmason@masonlawdc.com
(202) 429-2290
(202) 429-2294 (facsimile)

*Counsel for Class Claimant*


CERTIFICATE OF SERVICE


I hereby certify that on the 9th day of June, 2010, a copy of the foregoing *Notice of Hearing* was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice and on all parties on the attached Service List.


/s/ Marc A. Busman
Marc A. Busman

**Exhibit A**
Core Group Service List

| NAME | ATTENTION | EMAIL |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com pberan@tb-lawfirm.com |