Kevin A. Lake, Esquire (VSB# 34286)
VANDEVENTER BLACK LLP
P.O. BOX 1558
Richmond, Virginia 23218-1558
T:      (804) 237-8811
F:      (804) 237-8801

*Local Counsel to Local Texas Tax Authorities*

-and-

Elizabeth Weller, Esquire
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, TX 75201
(469)221-5075 phone
(469)221-5002 fax

*Lead Attorneys for Local Texas Tax Authorities,*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN THE MATTER OF:                                      CASE NO. 08-35653

CIRCUIT CITY STORES, INC.

              DEBTOR                                      CHAPTER 11

**<u>ORDER</u>**

This matter came before the Court upon the Motion for Leave of Court to Appear Telephonically filed by Bexar County, Cameron County, City of Cedar Hill, Dallas County, El Paso, Frisco, Gregg County, Harlingen, Harlingen CISD, Irving ISD, Jefferson County, Longview ISD, McAllen, McAllen ISD, McLennan County, Nueces County, Rockwall CAD, Rockwall County, Round Rock ISD, South Texas College, South Texas ISD, Tarrant County, Harris County, Cypress-Fairbanks ISD, Fort Bend County, and Montgomery County (hereinafter the "Local Texas Tax Authorities") and City of Memphis (together, the "Tax Authorities"). The Tax Authorities seek leave for their lead counsel, Elizabeth Weller, to appear and, if necessary, participate telephonically at the hearing scheduled for June 8, 2010 at 2:00 p.m. on the Debtor's

motion for partial summary judgment in connection with the 37th Omnibus Claim Objection (the Motion for Partial Summary Judgment")..

After review of the Motion and statements therein, the court finds that (i) adequate notice of the Motion has been provided; (ii) jurisdiction and venue are proper; (iii) this is a core proceeding; and (iv) good cause, as set forth in the Motion exists to grant the Motion and requested relief. For good cause shown, it is therefore:

**ORDERED, ADJUDGED** that the motion shall be granted to permit Elizabeth Weller, to appear, and if necessary, participate, telephonically at the June 8, 2010 2:00 p.m. hearing on the Motion for Partial Summary Judgment in the United States Bankruptcy Court for the Eastern District of Virginia Richmond Division.

DATE: Jun 8 2010

/s/ Kevin Huennekens
Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
Entered on Docket

June 8 2010

I ask for this:

/s/ Kevin A. Lake
Kevin A. Lake, VSB #34286
VANDEVENTER BLACK LLP
P.O. Box 1558
Richmond, Virginia 23218
(804) 237-8811
*Local Counsel for the Tax Authorities*

**CERTIFICATION OF ENDORSEMENT**

Pursuant to the Local Rules of this Court, I hereby certify that all necessary parties have endorsed this Order.

/s/ Kevin A. Lake
Kevin A. Lake

## SERVICE LIST

Dion W. Hayes and Douglas M. Foley
McGuire Woods LLP
901 Cary Street
Richmond, VA 23219
Fax: 804.775.1061

Gregg M. Galardi and
Ian S. Fredericks
Skadden Arps Slate Meagher and Flom LLP
One Rodney Square
Wilmington, DE 19899
Fax: 302.651.3001

Chris Dickerson
Skadden Arps Slate Meagher and Flom LLP
155 N. Wacker Drive
Chicago, IL 60606
Fax: 312.407.0411

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1            Date Rcvd: Jun 08, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 10, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2010**                    **Signature:** *Joseph Speetjens*