| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

       - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
       Debtors.               :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**AGREED ORDER BY AND AMONG THE DEBTORS AND CERTAIN TAXING
AUTHORITIES WITH RESPECT TO THE THIRTY-SEVENTH OMNIBUS
OBJECTION AND RELATED PLEADINGS**

       Upon consideration of the above-captioned

debtors and debtors in possession's (the "Debtors") (i)

Thirty-Seventh Omnibus Objection to Claims (Reduction of

Certain Personal Property Tax Claims) (Docket No. 4613)

(the "Objection") and certain responses thereto (Docket Nos. 5104, 5115) (collectively, the "Objection Responses") filed by certain Texas taxing authorities and the City of Memphis, Tennessee, listed on <u>Exhibit 1</u> hereto, (collectively, the "Claimants") and (ii) Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection and their Memorandum of Law in Support thereof (Docket Nos. 7343, 7344) (the "Summary Judgment Motion") and the Claimants' responses thereto (Docket Nos. 7544, 7545) (collectively, the "Summary Judgment Responses"); and the Court having reviewed the Objection, the Objection Responses, the Summary Judgment Motion, and the Summary Judgment Responses; and the Court having considered the statements of counsel to the Debtors and to the Claimants and otherwise considered the record of the hearing, including any evidence that was taken, on June 8, 2010; and the Court having determined that Debtors and the Claimants have agreed to the relief provided in this Order; and the Court having determined that the relief provided by this Order is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court

having determined that proper and adequate notice of this Order has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The relief requested by the Objection is SUSTAINED to the extent agreed to herein.

2. Any objection to entry of this Order is hereby OVERRULED.

3. The claims set forth on <u>Exhibit 2</u> hereto are hereby modified and allowed as Bankruptcy Code section 503(b)(1) administrative expenses as and to the extent listed on <u>Exhibit 2</u> (collectively, the "Allowed Claims").

4. The Allowed Claims shall be paid by wire transfer to counsel to the Claimants within one (1) business day of entry of this Order.

5. The claims set forth on <u>Exhibit 3</u> hereto (the "Disallowed Claims") are hereby disallowed for all purposes in the Debtors' cases.

3

6. Nothing in this Order shall impair or otherwise limit the Debtors' right to object to any claim (other than the Allowed Claims) on any grounds governing law permits.

7. The Objection, the Objection Responses, the Summary Judgment Motion, and the Summary Judgment Responses are hereby deemed resolved to the extent applicable to the Claims.

8. Any objections to the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan") filed by the Claimants are hereby deemed resolved.

9. This Court retains jurisdiction to hear and determine all matters arising from or related to entry of this Order.

Dated:  Richmond, Virginia
        _____, 2010

                            _____
                            UNITED STATES BANKRUPTCY JUDGE

4

```
ACCEPTED AND AGREED TO BY:
CIRCUIT CITY STORES, INC.

By:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB NO. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Attorneys for Circuit City Stores, Inc.,
et al., Debtors and Debtors in Possession
```

COUNSEL TO BEXAR COUNTY, CAMERON COUNTY, CITY OF CEDAR HILL, CYPRESS - FAIRBANKS ISD, DALLAS COUNTY, CITY OF EL PASO, FORT BEND COUNTY, CITY OF FRISCO, GREGG COUNTY, CITY OF HARLINGEN, HARLINGEN CISD, HARRIS COUNTY, IRVING ISD, JEFFERSON COUNTY, JUDSON ISD, CITY OF MCALLEN, MCALLEN ISD, MCLENNAN COUNTY, CITY OF MEMPHIS, TN, MONTGOMERY COUNTY, NUECES COUNTY, ROCKWALL CAD, ROCKWALL COUNTY, ROUND ROCK ISD, SMITH COUNTY, SOUTH TEXAS COLLEGE, SOUTH TEXAS ISD, AND TARRANT COUNTY.

BY:

/s/ Elizabeth Weller
Elizabeth Weller, Esq.
LINEBARGER, GOGGAN, BLAIR & SAMPSON, LLP
2323 Bryan St. #1600
Dallas, Texas 75201




COUNSEL TO BELL COUNTY, BRAZOS COUNTY, COMAL COUNTY, COUNTY OF DENTON, CITY OF WACO & WACO ISD, CITY OF MIDLAND, COUNTY OF TAYLOR, AND COUNTY OF WILLIAMSON.

BY:

/s/ Michael Reed
Michael Reed, Esq.
McCREARY, VESELKA, BRAGG & ALLEN, P.C.
P.O. Box 1269
Round Rock, Texas 78680

6

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

  Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

            /s/ Douglas M. Foley
            Douglas M. Foley

# EXHIBIT 1

## (Claimants)

| Claimant | Claim No. | Objection Response |
|---|---|---|
| Bexar County | 14624 | 5115 |
| Bexar County | 5119 | N/A |
| Cameron County | 10987 | 5115 |
| City of Cedar Hill | 6533 | 5115 |
| Cypress - Fairbanks ISD | 7143 | 5115 |
| Dallas County | 10279 | 5115 |
| City of El Paso | 5118 | 5115 |
| Fort Bend County | 7144 | 5115 |
| City of Frisco | 7420 | 5115 |
| Gregg County | 12031 | 5115 |
| City of Harlingen | 10986 | 5115 |
| Harlingen CISD | 10985 | 5115 |
| Harris County | 14428 | 5115 |
| Harris County | 14659 | N/A |
| Irving ISD | 7414 | 5115 |
| Jefferson County | 11694 | 5115 |
| Judson ISD[1] | 14625 | N/A |

---

[1]   The Debtors did not object to any claim of Judson ISD in the Objection.  Nevertheless, Judson ISD and the Debtors have agreed to settle claim number 7414 for the amounts set forth herein.

| **Claimant** | **Claim No.** | **Objection Response** |
|---|---|---|
| City of McAllen | 5279 | 5115 |
| McAllen ISD | 5263 | 5115 |
| McLennan County | 5244 | 5115 |
| City of Memphis, TN | 7425 | 5115 |
| Montgomery County | 7145 | 5115 |
| Nueces County | 4845 | 5115 |
| Rockwall CAD | 6940 | 5115 |
| Rockwall County | 7416 | 5115 |
| Round Rock ISD | 4850 | 5115 |
| Smith County | 1463[2] | 5115 |
| South Texas College | 5202 | 5115 |
| South Texas ISD | 4861 | 5115 |
| Tarrant County | 10278 | 5115 |
| Bell County | 13398 | 5104 |
| Brazos County | 4553 | 5104 |
| Comal County | 4551 | 5104 |
| County of Denton | 4554 | 5104 |
| City of Waco & Waco ISD | 4558 | 5104 |

---

[2] The Objection objected to claim number 6941 filed by Smith County. On March 10, 2010, Smith County withdrew claim number 6941 (Docket No. 6688). Smith County and the Debtors have agreed to treat claim number 1463 as the claim to which the Thirty-Seventh Omnibus Objection originally objected.

2

| **Claimant** | **Claim No.** | **Objection Response** |
|---|---|---|
| City of Midland | 4557 | 5104 |
| County of Taylor | 4550 | 5104 |
| County of Williamson | 13199 | 5104 |

3

**EXHIBIT 2**

**(Allowed Claims)**

| Claimant | Claim | Claim Amount As Filed | Allowed Administrative Expense Amount |
|---|---|---|---|
| Bexar County | 14624 | $166,781.046 | $119,728.05 |
| Cameron County | 10987 | $41,055.44 | $30,707.06 |
| City of Cedar Hill | 6533 | $13,128.34 | $8,957.88 |
| Cypress - Fairbanks ISD | 7143 | $30,237.49 | $29,031.97 |
| Dallas County | 10279 | $177,301.67 | $169,815.13 |
| City of El Paso | 5118 | $119,801.93 | $98,670.15 |
| Fort Bend County | 7144 | $15,831.96 | $12,242.12 |
| City of Frisco | 7420 | $8,594.85 | $6,857.39 |
| Gregg County | 12031 | $35,475.38 | $8,307.22 |
| City of Harlingen | 10986 | $14,393.64 | $9,294.41 |
| Harlingen CISD | 10985 | $27,445.50 | $17,757.69 |
| Harris County | 14659 | $211,913.71 | $219,698.40 |
| Irving ISD | 7414 | $29,842.37 | $20,232.84 |
| Jefferson County | 11694 | $90,622.72 | $82,105.71 |
| Judson ISD | 14625 | $25,509.71 | $22,603.00 |
| City of McAllen | 5279 | $11,124.70 | $9,734.17 |
| McAllen ISD | 5263 | $30,234.47 | $26,917.42 |
| McLennan County | 5244 | $11,726.89 | $9,094.52 |
| City of Memphis, TN | 7425 | $4,048.18 | $2,499.61 |

| Claimant | Claim | Claim Amount As Filed | Allowed Administrative Expense Amount |
|---|---|---|---|
| Montgomery County | 7145 | $59,846.59 | $28,025.68 |
| Nueces County | 4845 | $46,552.83 | $42,343.43 |
| Rockwall CAD | 6940 | $10,283.60 | $24,279.51 |
| Rockwall County | 7416 | $7,656.15 | $4,614.47 |
| Round Rock ISD | 4850 | $31,634.27 | $24,367.12 |
| Smith County | 1463 | $7,292.71 | $6,503.95 |
| South Texas College | 5202 | $3,955.57 | $3,444.97 |
| South Texas ISD | 4861 | $1,299.16 | $1,136.77 |
| Tarrant County | 10278 | $165,577.07 | $121,102.50 |
| Bell County | 13398 | $148,343.37 | $39,983.29 |
| Brazos County | 4553 | $47,108.39 | $34,700.63 |
| Comal County | 4551 | $41,711.53 | $28,428.49 |
| County of Denton | 4554 | $11,716.86 | $7,437.98 |
| City of Waco & Waco ISD | 4558 | $114,278.63 | $31,522.87 |
| City of Midland | 4557 | $81,890.07 | $23,423.15 |
| County of Taylor | 4550 | $49,693.24 | $32,150.87 |
| County of Williamson | 13199 | $69,923.83 | $8,292.38 |

2

**EXHIBIT 3**

**(Disallowed Claims)**

| Claimant | Claim | Claim Amount As Filed |
|---|---|---|
| Bexar County | 5119 | 168,137.32 |
| Harris County | 14428 | $335,630.40 |