UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------x
In re:                                              Chapter 11

**CIRCUIT CITY STORES, INC.,** *et al.*,            Case No. 08-35653 (KRH)


              Debtors.                              (Jointly Administered)
---------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO. 6,033
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:   Slam Brands, Inc.
      2260 152nd Avenue NE
      Redmond, WA 98052
      Attention: Michael Bowers
      Telephone: (425) 643-3441, x103

Your right, title, and interest in and to the Section 503(b) administrative claim evidenced by proof of claim no. **6,033**, date-stamped **January 27, 2009** (the first page of which proof of claim is attached hereto as Exhibit A), filed against Circuit City Stores, Inc., a debtor in the above-captioned case, in the total filed amount of **$539,270.86**, and the stipulated amount of **$486,237.90**, has been transferred, pursuant to the terms of the Evidence of Transfer of Claim attached hereto as Exhibit B, to Southpaw Credit Opportunity Master Fund LP ("Transferee"), its successors and assigns, with offices located at:

      Southpaw Credit Opportunity Master Fund LP
      2 West Greenwich Office Park, 1st Floor
      Greenwich, CT 06831
      Tel:  (203) 862-6208
      Fax:  (203) 862-6201
      Attn:  Jeff Cohen, Bob Thompson

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

      Clerk of the Court
      U.S. Bankruptcy Court
      Eastern District of Virginia
      701 East Broad Street
      Richmond, VA 23219-1888

dc-607183

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2010.

INTERNAL CONTROL NO._____
Copy to Transferee:        _____
Claims Agent Noticed: _____

_____
Deputy Clerk

dc-607183

## **EXHIBIT A**

**Proof of Claim No. 6,033**

dc-607183

The Debtor has listed your claim as Unliquidated and Disputed on Schedule F as a General Unsecured claim in the amount of $1,548,363.82. If you believe that you have a claim against the Debtor, you are required to complete and return this form.

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

Debtor against which claim is asserted : (Check only one box below):

- ☒ Circuit City Stores, Inc. (Case No. 08-35653)
- ☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
**SLAM BRANDS INC**

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
NameID: 4988191    PackID: 427000

SLAM BRANDS INC
MICHAEL BOWERS
2260 152ND AVE NE
REDMOND WA 98052

Telephone number: 425-643-3441 x103

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ **979,747.16**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** goods sold
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** Vendor # 070402

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____  Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ).

Amount entitled to priority:
$ **539,270.86**

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 1/26/09

Signature: the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Michael B Bowers*
Michael B. Bowers
Director of Finance

FOR COURT USE ONLY
RECEIVED
JAN 27 2009
KURTZMAN CARSON CONSULTANTS

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

MasterCode: 10173914



0835653081218074115176452

## **EXHIBIT B**

**Evidence of Transfer of Claim**

dc-607183

**EVIDENCE OF TRANSFER OF ADMINISTRATIVE CLAIM**

TO:        THE DEBTOR AND THE BANKRUPTCY COURT

Claim #s:    6033

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Slam Brands, Inc. (the "Seller") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Southpaw Credit Opportunity Master Fund LP its successors and assigns (the "Buyer"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with the administrative claim represented by Claim No. 6033 filed in the amount of $539,270.86, which pursuant to that certain Settlement Agreement and Stipulation By and Among the Debtors and Slam Brands, Inc. dated May 3, 2010 has been allowed as an administrative expense claim pursuant to 11 U.S.C. §503(b) in the amount of $486,237.90 ( the "Claim") against Circuit City Stores, Inc. (the "Debtor"), one of the debtors in the Chapter 11 bankruptcy case entitled In re Circuit City Stores, Inc., et al., Case No. 08-35653 (KRH) (Jointly Administered) pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court") and all proofs of claim filed by Seller in respect thereof.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page has been intentionally left blank)*

*(Signature page to follow)*

NY 72814223v2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June _10_, 2010.

| SLAM BRANDS, INC. | SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP |
|---|---|
| By: _/s/ Judy M. Sorenson_ <br> Name: Judy M. Sorenson <br> Title: CFO | By: _____ <br> Name: <br> Title: |

NY 72814223v2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated June 10, 2010.

| **SLAM BRANDS, INC.** | **SOUTHPAW CREDIT OPPORTUNITY MASTER FUND LP** |
|---|---|
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

*Kevin Wyman, Managing Member of General Partner-Southpaw GP LLC*

NY 72814223v2