Case 08-35653-KRH    Doc 7809    Filed 06/13/10    Entered 06/14/10 00:28:07    Desc
Imaged Certificate of Service    Page 1 of 2
Case 3:10-cv-00202-REP    Document 48    Filed 06/03/10    Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MITSUBISHI DIGITAL
ELECTRONICS AMERICA, INC.,

    Appellant,

v.                                              Civil Action No. 3:10cv202

CIRCUIT CITY STORES, INC.,

    Appellee.

### ORDER

Having reviewed the CONSENT MOTION FOR ORDER DISMISSING APPEAL WITH PREJUDICE (Docket No. 42) and the Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Onkyo USA Corporation and National Union Fire Insurance Company of Pittsburgh, PA (Bankr. Ct. Docket No. 7436) and this Court observing that the Appellant, Onkyo USA Corporation, consents to the dismissal of this appeal with prejudice, it is hereby ORDERED that the CONSENT MOTION FOR ORDER DISMISSAL APPEAL WITH PREJUDICE (Docket No. 42) is granted. It is further ORDERED that the appeal proceedings with respect to Appellant, Onkyo USA Corporation, is dismissed with prejudice.

    It is so ORDERED.

                                              /s/ /s/
                                          Senior United States District Judge

Richmond, Virginia
Date: June 3rd, 2010

(10CV201)

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs              Page 1 of 1                   Date Rcvd: Jun 11, 2010
Case: 08-35653                Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jun 13, 2010.
aty           +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 13, 2010**                        **Signature:**    *Joseph Speetjens*