Gregg M. Galardi, Esq.                   Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                  Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &          MCGUIREWOODS LLP
FLOM, LLP                                One James Center
One Rodney Square                        901 E. Cary Street
PO Box 636                               Richmond, Virginia 23219
Wilmington, Delaware 19899-0636          (804) 775-1000
(302) 651-3000

           - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
           Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x
```

**SIXTH INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES
RENDERED FROM FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

McGuireWoods LLP ("MW"), in its capacity as co-counsel

to the debtors and debtors in possession in the above-

captioned jointly administered cases (collectively, the

"Debtors"),[1] submits the following as its Sixth Interim
Application for Compensation and Reimbursement of Expenses
for Services Rendered from February 1, 2010 through April
30, 2010 (the "Application") pursuant to 11 U.S.C. §§ 330,
331 and 503(b) and Federal Rule of Bankruptcy Procedure
2016.  MW certifies that the Debtors have received a copy of
this Application, but have not completed their review.  In
addition, MW certifies that a copy of this Application has
been served on the Office of the United States Trustee and
counsel for the Official Committee of Unsecured Creditors.
For its Application, MW seeks the entry of an order,
substantially in the form attached hereto as Exhibit A,
granting interim approval of compensation in the amount of
$886,018.50 and reimbursement of expenses in the amount of
$16,496.35 for services rendered by MW from February 1, 2010
through April 30, 2010 (the "Application Period").  In

---

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

support of the Application, MW respectfully represents as
follows:

## JURISDICTION

1.   This Court has jurisdiction to consider this
Application under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Motion in this District is proper under 28 U.S.C.
§§ 1408 and 1409.

2.   The bases for the relief requested herein are
sections 330, 331 and 503(b) of title 11 of the United
States Code (the "Bankruptcy Code") and Federal Rule of
Bankruptcy Procedure (the "Bankruptcy Rules") 2016.

## BACKGROUND

3.   On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.

4.   The Debtors continue to manage and operate their
businesses as debtors in possession pursuant to Bankruptcy
Code sections 1107 and 1108.

5.   On November 12, 2008, the Office of the United
States Trustee for the Eastern District of Virginia
appointed a statutory committee of unsecured creditors (the

"Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent.  On January 17, 2009, the agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors' remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

7.    The Disclosure Statement with Respect to Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (as amended and modified, the "Disclosure Statement") was filed on August 24, 2009 (Docket No. 4614), and was approved by the Court by an order entered on September 24, 2009 (Docket No. 5090).  The hearing on confirmation of the Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured

Claims (as amended and modified, the "Plan") has been adjourned.

## MCGUIREWOODS LLP'S EMPLOYMENT

8.   On November 18, 2008, MW filed an Application to Employ and Retain McGuireWoods LLP as Counsel for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (Docket No. 191) (the "Employment Application").

9.   On December 8, 2008, the Court entered an order authorizing the employment of MW as counsel to the Debtors (Docket No. 791) (the "Employment Order").

10.   By this Application, MW is seeking, _inter alia_, interim approval of its compensation and reimbursement of expenses pursuant to the Employment Order and pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code for the period of February 1, 2010 through April 30, 2010.

11.   MW charges legal fees on an hourly basis at its attorneys' and paraprofessionals' hourly rates, which rates are set in accordance with the attorney's or paraprofessional's seniority and experience and are adjusted from time to time.  MW also charges the Debtors for its actual out-of-pocket expenses incurred including, but not limited to, photocopying, long distance telephone calls, messenger services, computer research, travel expenses,

overnight mail and court fees.  MW's fee structure and expense reimbursement policies were disclosed in MW's Employment Application, to which no party objected and this Court approved.  See Docket Nos. 191, 791.

12.  The names of all MW attorneys and paraprofessionals who have worked on this matter and their respective hourly rates are set forth on Exhibit B hereto.

13.  MW currently holds a retainer from the Debtors in the amount of $348,568.07.

14.  To the best of MW's knowledge, and upon information and belief, the Debtors have paid or will pay undisputed postpetition operating expenses in the ordinary course.

15.  To the best of MW's knowledge, and upon information and belief, the Debtors have sufficient funds on hand to pay the compensation and reimbursement of expenses requested herein.

16.  To the best of MW's knowledge, and upon information and belief, the Debtors have filed with the United States Trustee all monthly operating reports presently due, and have paid all quarterly fees to the United States Trustee that are presently due.

**FEE PROCEDURES AND MONTHLY FEE STATEMENTS**

17.  On December 9, 2008, this Court entered an Order
under Bankruptcy Code Sections 105(a) and 331 Establishing
Procedures for Interim Compensation (Docket No. 830) (the
"Interim Compensation Order"), which approved the interim
compensation procedures attached thereto (the "Interim
Compensation Procedures").  Pursuant to paragraph (d) of the
Interim Compensation Procedures, interim applications for
compensation and reimbursement of expenses must be filed on
or before June 14, 2010.  Moreover, in accordance with
paragraphs (a) and (d) of the Interim Compensation
Procedures, MW will serve a copy of this Application upon
the Notice Parties (as defined therein).  Moreover, notice
of the Application will be served on the parties as required
by the Case Management Order (Docket No. 130).

18.  Pursuant to the Interim Compensation Procedures,
approximately on or after the tenth (10th) day of each month
following the month for which compensation was sought, MW
submitted a monthly statement to the Notice Parties (as
defined in the Interim Compensation Procedures).  The
parties had twenty (20) days to review any such statement.
If there were no objections, at the expiration of the twenty
(20) day period, the Debtors were ordered to promptly pay

eighty-five percent (85%) of the fees and one hundred

percent (100%) of the expenses identified in each monthly

statement.  MW submitted monthly statements for each month

during the Application Period and no objections were

received.  Accordingly, MW has been paid eighty-five percent

(85%) of its total requested fees and one hundred percent

(100%) of its expenses during the Application Period.  A

chart summarizing these payments and the monthly statements

is attached hereto as Exhibit C.

### REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

19.  MW has played an important role in advising the

Debtors and handling the day to day administration of the

Debtors' chapter 11 cases.  As a result of its efforts

during the Application Period, MW now seeks interim

allowance of $886,018.50 in fees calculated at the

applicable guideline hourly billing rates of the firm's

personnel who have worked on the cases, and $16,496.35 in

expenses actually and necessarily incurred by MW while

providing services to the Debtors during the Application

Period.

20.  In staffing this case, in budgeting and incurring

charges and disbursements, and in preparing and submitting

this Application, MW has been mindful of the need to be

efficient while providing full and vigorous representation

to the Debtors.  MW also has been especially cognizant of

the standards established by this Court for compensation of

professionals and reimbursement of charges and

disbursements.  As described in detail herein, MW believes

that the requests made in this Application comply with this

Court's standards in the context of the unique circumstances

surrounding these large and complex chapter 11 cases.

**SUMMARY OF SERVICES PROVIDED DURING THE APPLICATION PERIOD**

**A.    General Case Administration.**

     21.  Description.  MW assisted with, inter alia, the

review, analysis and preparation of correspondence,

documents, pleadings and notices; handled the day to day

administration of the Debtors' chapter 11 cases; prepared

and maintained a case calendar, hearing planners and omnibus

hearing agendas used by the Debtors and their professionals

in these chapter 11 cases; prepared for and participated in

all court hearings in these chapter 11 cases; regularly

participated in meetings and telephone conferences with

officers and employees of the Debtors and the Debtors'

financial and other advisors regarding the foregoing as well

as other operational, organizational and strategic issues

arising in the cases; regularly participated in meetings and

telephone conferences with professionals for the Committee,
creditors and other parties in interest regarding the
foregoing and various other issues arising in these cases;
assisted the Debtors with the service of relevant documents
on appropriate parties, and the organization of information
and document requests from various parties; handled all
electronic case filing and related issues; regularly
communicated with the Clerk's office, Chambers and the U.S.
Trustee's office regarding various case administration
issues; handled the internal coordination of motions,
responses, objections and other related matters; coordinated
the establishment and maintenance of a MW's telephone
hotline to assist in responding to the numerous inquiries
from creditors and other parties in interest that these
cases have generated; and responded to garnishment requests.

22.    <u>Necessity and Benefit to the Estates</u>.    These
services were necessary to assist the Debtors in the
administration and prosecution of these complex chapter 11
cases.

23.    <u>Status</u>.    These and other general case
administration matters will continue until the chapter 11
cases are closed.

24.  <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 251.5 hours during the Application Period for a
total of $88,338.00.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**B.   Restructuring and General Strategy.**

25.  <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>, the
preparation of materials in connection with board meetings;
participated in board meetings regarding confirmation and
post-confirmation matters; and participated in telephone
conferences and meetings with the Debtors and the Creditors'
Committee regarding confirmation and post-confirmation
matters, including the retention of a chief restructuring
officer.

26.  <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors in the
administration and prosecution of these complex chapter 11
cases.

27.  <u>Status</u>.  These matters will continue as the need
arises.

28.  <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals

expended 10.3 hours during the Application Period for a
total of $5,854.50.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**C.    Monthly Operating Reports.**

29.  Description.  MW assisted the Debtors and their
professionals with, inter alia, the preparation of and
filing of the Debtors' Monthly Operating Reports.

30.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors with
compliance with the Bankruptcy Code, local bankruptcy rules
and the United States Trustee's guidelines.

31.  Status.  These matters will continue as the need
arises.

32.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 1.0 hour during the Application Period for a total
of $415.00.  The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as Exhibit E.

**D.    Professional Retention/Fee Applications.**

33.  Description.  Pursuant to the requirements of the
Interim Compensation Order, MW has prepared detailed monthly

fee statements for distribution to the Notice Parties and
handled inquires from all of the professionals regarding
monthly fee statements.  Moreover, MW assisted with, <u>inter
alia</u>, various issues pertaining to the retention and payment
of various professionals employed by the Debtors and the
Committee in connection with the Debtors' bankruptcy cases,
including bankruptcy counsel, special counsel, accountants,
financial advisors and ordinary course professionals;
reviewed, analyzed, drafted and filed interim fee
applications and notices on behalf of all of the Debtors'
professionals; drafted and filed a supplemental declaration
in support of MW's employment; coordinated the employment of
professionals and filed pleadings on behalf of the Debtors'
professionals, including ordinary course professionals,
according to the procedures established by this Court; and
communicated with the Office of the United States Trustee
regarding the foregoing.

34.  <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to comply with the Bankruptcy Code,
the Interim Compensation Order and the United States
Trustee's guidelines.  Additionally, access to qualified
professionals is critical to the Debtors' chapter 11 cases.

35.  <u>Status</u>.  These matters will continue as the need arises.

36.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 30.5 hours during the Application Period for a total of $14,557.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**E.   Automatic Stay.**

37.  <u>Description</u>.  MW assisted with, <u>inter alia</u>, the review, analysis and preparation of correspondence, documents, pleadings and notices relating to motions for relief from the automatic stay; drafted correspondence and participated in meetings and telephone conferences regarding violations of the automatic stay and responses to subpoenas; and conducted research regarding various issues related to automatic stay matters.

38.  <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors in enforcing the automatic stay, reducing the administrative burden on the Debtors' management and reducing expenses incurred by the Debtors' bankruptcy estates by resolving potential automatic stay related matters.

39.  <u>Status</u>.  These and other automatic stay related matters will continue until a chapter 11 plan is confirmed.

40.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 9.1 hours during the Application Period for a total of $4,109.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**F.    Employment and Compensation.**

41.  <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>, researching, drafting and filing pleadings in connection with the liquidation retention program, and the retention and compensation of consultants and chief restructuring officer; and drafted an employee handbook for remaining employees.

42.  <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors with issues pertaining to various employee related matters.

43.  <u>Status</u>.  These and other employee related matters will continue as the need arises.

44.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 27.4 hours during the Application Period for a

total of $12,630.00.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**G.    Executory Contracts.**

45.  Description.  MW assisted with, inter alia, the
review and analysis of various executory contracts;
researched, drafted, analyzed and filed pleadings regarding
the rejection of certain executory contracts and Ryan's
motion to reconsider; negotiated matters related to the
rejection or modification of certain executory contracts;
and regularly participated in meetings and telephone
conferences with the Debtors, their professionals and
opposing counsel regarding the foregoing.

46.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in developing
and implementing a strategy regarding various executory
contracts.

47.  Status.  These matters will continue as the need
arises.

48.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 29.3 hours during the Application Period for a
total of $13,310.00.  The complete narrative, time detail of

the hours incurred and the value of the matter by

professional is attached hereto as Exhibit E.

**H.   Litigation.**

49.   Description.  MW historically represented the

Debtors in various litigation matters.  MW also assisted

with, inter alia, the strategy and negotiations regarding

responding to third party subpoenas; researched, drafted and

filed complaints and other pleadings in multiple adversary

proceedings and district court appeals; drafted and

responded to discovery in connection with the foregoing;

corresponded with litigation parties regarding the

foregoing, demand letters, settlements and related matters;

and analyzed strategies and participated in meetings

regarding adversary proceedings, district court appeals and

flat panel class action litigation.

50.   Necessity and Benefit to the Estates.  These

services were necessary to assist the Debtors with various

litigation matters.

51.   Status.  These matters will continue as the need

arises.

52.   Hours Spent and Compensation Requested.  In

connection with the foregoing matters, MW's professionals

expended 247.9 hours during the Application Period for a

total of $99,394.50.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**I.    Vendor Matters.**

53.  Description.  MW assisted with, inter alia, the
review, analysis and responses to correspondence received
from various vendors and their counsel regarding demand
letters and collection of accounts receivable; researched,
analyzed and drafted pleadings regarding vendors; and
participated in meetings and telephone conferences with the
Debtors, the Debtors' professionals and counsel for various
vendors regarding the foregoing.

54.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in developing
and implementing a strategy for recovering money from
vendors and resolving various vendor related issues.

55.  Status.  These matters will continue as the need
arises.

56.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 9.0 hours during the Application Period for a total
of $5,400.00.  The complete narrative, time detail of the

hours incurred and the value of the matter by professional
is attached hereto as Exhibit E.

**J.   Real Estate.**

57.   Description.  MW historically represented the
Debtors on various real estate matters and continues to
handle matters related thereto.  MW also assisted with,
inter alia, the review, analysis and drafting of
correspondence, documents and pleadings regarding
disposition of real property leases and the sale of
property; drafted and filed multiple pleadings and notices
regarding the sale of real property; and participated in
meetings and telephone conferences with the Debtors and
their professionals, landlords and their counsel, and other
parties in interest regarding the foregoing.

58.   Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in various
real estate and related matters.

59.   Status.  These matters will continue as the need
arises.

60.   Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 102.1 hours during the Application Period for a
total of $34,499.00.  The complete narrative, time detail of

the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**K.   Reclamation Matters.**

61. <u>Description</u>.  MW analyzed correspondence from a reclamation claimant regarding settlement negotiations.

62. <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors with the reconciliation and objection to various reclamation claims.

63. <u>Status</u>.  These matters are ongoing due to a pending appeal regarding reclamation claims.

64. <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 0.3 hours during the Application Period for a total of $180.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**L.   Utilities Matters.**

65. <u>Description</u>.  MW responded to an inquiry regarding payment from the blocked account for utilities.

66. <u>Necessity and Benefit to the Estates</u>.  These services assisted the Debtors with resolving utility demands.

67.  <u>Status</u>.  These matters are substantially concluded, however, they will continue as the need arises.

68.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 0.2 hours during the Application Period for a total of $99.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**M.    Tax Matters.**

69.  <u>Description</u>.  MW historically represented the Debtors in connection with various tax matters, including an IRS audit, tax audit appeals and related tax matters, which are ongoing.  MW also assisted with, <u>inter alia</u>, the review, analysis and preparation of correspondence, documents and pleadings regarding various tax matters and tax claims; participated in the analysis and researched issues regarding the Debtors' strategies regarding overall tax procedures and protocols for tax issues that impact the Debtors' estates; analyzed tax claims and objections thereto; and participated in meetings and telephone conferences with the Debtors and various taxing authorities regarding the foregoing.

70.   Necessity and Benefit to the Estates.   These
services were necessary to assist the Debtors in connection
with resolving tax related issues.

71.   Status.   These matters will continue as the need
arises.

72.   Hours Spent and Compensation Requested.   In
connection with the foregoing matters, MW's professionals
expended 210.0 hours during the Application Period for a
total of $110,991.50.   The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**N.    Claims Administration.**

73.   Description.   MW assisted with, inter alia, the
review and analysis of and responses to numerous claimants'
communications; researched, analyzed, drafted and filed
multiple omnibus objections to claims and reviewed and
analyzed claims regarding the foregoing; analyzed responses
to omnibus claim objections, negotiated resolutions to
omnibus claim objections, responded to and drafted
discovery, and drafted and filed and pleadings in connection
therewith; drafted and maintained a summary of the status of
all adjourned claims; participated in hearings regarding
claim-related matters; and participated in multiple

22

telephone conferences and meetings with Debtors and their
professionals regarding the foregoing.

74.   <u>Necessity and Benefit to the Estates</u>.   These
services were necessary to assist the Debtors in developing
and implementing a claims resolution strategy and responding
to claimants regarding claims related issues.

75.   <u>Status</u>.   These matters will continue as the need
arises.

76.   <u>Hours Spent and Compensation Requested</u>.   In
connection with the foregoing matters, MW's professionals
expended 1192.4 hours during the Application Period for a
total of $486,075.00.   The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**O.    Disclosure Statement and Plan.**

77.   <u>Description</u>.   MW assisted with the, <u>inter</u> <u>alia</u>,
the drafting and filing of notices of continued hearing on
confirmation of the plan; drafted, analyzed and filed
pleadings and communicated with counsel regarding a Canadian
protocol; and participated in communications with the
Debtors, counsel for the Creditors' Committee and other
professionals and creditors regarding the foregoing.

78.  <u>Necessity and Benefit to the Estates</u>.  These

services were necessary to assist the Debtors in developing

a plan of liquidation and disclosure statement.

79.  <u>Status</u>.  These matters will continue as the need

arises.

80.  <u>Hours Spent and Compensation Requested</u>.  In

connection with the foregoing matters, MW's professionals

expended 6.5 hours during the Application Period for a total

of $3,039.50.  The complete narrative, time detail of the

hours incurred and the value of the matter by professional

is attached hereto as <u>Exhibit E</u>.

**P.    Employee Benefits/Pensions.**

81.  <u>Description</u>.  MW historically represented the

Debtors in connection with various employee benefit and

pension matters.  MW also assisted with, <u>inter</u> <u>alia</u>, the

review and analysis of various qualified domestic relations

orders; and analyzed and filed pleadings regarding the

termination of the Debtors' supplemental 401(k) plan and

turnover of those funds.

82.  <u>Necessity and Benefit to the Estates</u>.  These

services were necessary to assist the Debtors with various

employee benefit and pension matters.

83.   Status.   These matters will continue as the need arises.

84.   Hours Spent and Compensation Requested.   In connection with the foregoing matters, MW's professionals expended 10.7 hours during the Application Period for a total of $3,866.00.   The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as Exhibit E.

**Q.   Intellectual Property Matters.**

85.   Description.   MW has historically represented the Debtors in connection with various trademark and intellectual property matters.   In addition, MW assisted the Debtors and their professionals with the review and transfer of various intellectual property matters and files to Systemax; and analyzed issues and corresponded with the Debtors regarding the renewal or abandonment of various trademarks.

86.   Necessity and Benefit to the Estates.   These services were necessary to assist the Debtors with various intellectual property matters.

87.   Status.   These matters will continue as the need arises.

88.   <u>Hours Spent and Compensation Requested</u>.   In
connection with the foregoing matters, MW's professionals
expended 9.8 hours during the Application Period for a total
of $3,259.50.   The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as <u>Exhibit E</u>.

## APPLICABLE LEGAL STANDARD

89.   The Bankruptcy Code sets forth the legal standards
for awarding compensation to professionals employed by the
debtor.   The format for fee applications is set forth in the
U.S. Trustee's Guidelines for Reviewing Applications for
Compensation and Reimbursement of Expenses Filed under
section 330 of the Bankruptcy Code (the "Guidelines").

90.   Under section 330 of the Bankruptcy Code, the
Court may award counsel to the Debtors reasonable
compensation for actual, necessary services rendered by such
attorneys and paraprofessionals employed by such attorneys
based on the nature, extent and value of the services
rendered, time spent on such services and the cost of
comparable services other than in a bankruptcy case.
Furthermore, the Court may award reimbursement for actual,
necessary expenses.

91.   The expenses incurred by MW, as set forth herein, are reasonable and necessary charges for items including, but not limited to, photocopying, long distance telephone calls, messenger services, computer research, travel expenses, overnight mail and court fees.   Photocopy charges are assessed at ten cents ($.10) per page, which MW believes to be competitive for professional firms in this geographic area.   Some larger copy and mailing projects may have been performed at an outside copy center at a lower per page rate.   In all cases, MW has passed through the costs of the outsourced copy or mailing projects to the estate without markup.   MW incurred messenger service charges when such delivery was more economical or when prompt delivery was necessary in a given circumstance.

92.   Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates. Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).   These lodestar factors were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th

Cir. 1981), where the Fourth Circuit held that the district

court should employ the lodestar approach, and then adjust

the fee on the basis of the remaining <u>Johnson</u> factors in the

case.  The following are the <u>Johnson</u> factors:

> (a)  the time and labor required;

> (b)  the novelty and difficulty of the questions;

> (c)  the skill requisite to perform the legal
> service properly;

> (d)  the preclusion of other employment by the
> attorney due to acceptance of the case;

> (e)  the customary fee;

> (f)  whether the fee is fixed or contingent;

> (g)  time limitations imposed by the client or the
> circumstances;

> (h)  the amount involved and the results obtained;

> (i)  the experience, reputation and ability of the
> attorneys;

> (j)  the "undesirability" of the case;

> (k)  the nature and length of the professional
> relationship with the client; and

> (*l*)  awards in similar cases.

<u>Johnson</u>, 488 F.2d at 717-719; <u>Barber</u>, 577 F.2d at 226, n.28;
<u>Anderson</u>, 658 F.2d at 248, n.2.

93.  MW believes that the services rendered to the

Debtors and the out-of-pocket expenses incurred therewith

were both necessary and reasonable in view of the Debtors'

obligations in these cases, and the size and complexity of these cases.

94.  Moreover, MW has worked closely with the Debtors' other professionals to be very efficient and avoid the duplication of services in these chapter 11 cases.

95.  MW is the largest law firm in the Commonwealth of Virginia and among the largest law firms in the country, and has substantial expertise in bankruptcy, business law, tax, commercial litigation and other substantive areas, which has allowed MW to effectively and efficiently address issues arising in a national bankruptcy case.  Further, the rates charged by MW are significantly less than rates charged by other law firms in comparable national chapter 11 cases and MW's rates are consistent with rates charged to other clients in non bankruptcy matters.[2]  MW has efficiently assisted the Debtors by employing a streamlined case management structure that generally consists of a core team with various other attorneys and paraprofessionals assigned to other discrete tasks to avoid the performance of duplicative or unnecessary work.  MW believes the fees

---

[2] Douglas M. Foley is board certified by the American Board of Certification as a specialist in the field of Business Bankruptcy Law. See 11 U.S.C. § 330(a)(3)(E).

requested herein satisfy the Johnson factors as set forth
above.

## SUMMARY OF EXHIBITS

96.  A proposed order approving the Application is
attached hereto as Exhibit A.

97.  Attached hereto as Exhibit B is a list of all
attorneys and paraprofessionals who have worked on these
cases, by name, year of admission (where applicable), hourly
rate, hours expended on these cases, and total fees
incurred.

98.  Pursuant to the Interim Compensation Order, MW has
received eighty-five percent (85%) of its monthly fees and
one hundred percent (100%) of its monthly disbursements for
services rendered in February, March and April 2010.  In
total, MW has received $753,115.73 in fees and $16,496.35 in
disbursements during the Application Period.  See Exhibit C
attached hereto for a statement of those payments.

99.  A summary of all actual and necessary expense
disbursements is attached hereto as Exhibit D.

100. A chronological itemization of time categorized by
task performed is attached hereto as Exhibit E.  MW has made
every effort to place all time entries in the proper service
category; however, it should be noted that in some

circumstances an entry could have been properly placed in more than one of the service categories.  In such circumstances, MW has used its best efforts to place the time entry in the service category that represents the primary purpose of the services rendered.  Time entries do not appear in more than one service category.

## NOTICE

101. Pursuant to the Interim Compensation Order, MW has served copies of the Application on the Notice Parties (as defined therein).  In addition, MW has served notice of the hearing on the Application on the parties required by the Case Management Order.  MW submits that no other or further notice need be given.

## WAIVER OF MEMORANDUM OF LAW

102. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Application, the Debtors request that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

103. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases.  This is

MW's sixth interim application for compensation and reimbursement of expenses.

WHEREFORE, MW respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) approving the compensation and reimbursement of expenses requested herein on an interim basis, (ii) authorizing and directing the Debtors to pay such amounts, and (iii) granting MW such other and further relief as is just and proper.

Dated: June 14, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia     FLOM, LLP

                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              One Rodney Square
                              PO Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000
                                   - and -
                              Chris L. Dickerson, Esq.
                              155 North Wacker Drive
                              Chicago, Illinois 60606
                              (312) 407-0700

                              MCGUIREWOODS LLP

                              /s/ Douglas M. Foley          .
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

## EXHIBIT A

| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

     - - - - - - - - - - - - - - x
     In re:                      :   Chapter 11
                                 :
     CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
     et al.,                     :
                                 :
                    Debtors.     :   Jointly Administered
     - - - - - - - - - - - - - - X
```

**ORDER GRANTING SIXTH INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES
RENDERED FROM FEBRUARY 1, 2010 THROUGH APRIL 30, 2010**

Upon consideration of the Sixth Interim Application for

Compensation and Reimbursement of Expenses of McGuireWoods

LLP, Co-counsel to the Debtors, for Services Rendered from

February 1, 2010 through April 30, 2010 (the "Application");

and the Court having reviewed the Application and the Court

having determined that the relief requested in the

Application is necessary and appropriate; and it appearing

that proper and adequate notice of the Application has been

given and that no other or further notice is necessary; and

upon the record herein; and after due deliberation thereon;

and good and sufficient cause appearing therefore, it is

hereby

     **ORDERED, ADJUDGED, AND DECREED that:**

     1.   The Application meets the requirements of the

Bankruptcy Code and the compensation and reimbursement of

expenses sought in the Application is both fair and

reasonable.

     2.   The Application is hereby approved in its

entirety, and compensation for the Application Period in the

total amount of $886,018.50 is hereby approved, and the

Debtors are hereby authorized and directed to pay

McGuireWoods LLP the unpaid portion of such compensation.

     3.   The reimbursement of expenses for the Application

Period in the total amount of $16,496.35 is hereby approved,

and the Debtors are hereby authorized and directed to pay

McGuireWoods LLP any unpaid portion of such reimbursements.

4.   This Court will retain jurisdiction with respect

to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

_____, 2010



_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\11599158

**EXHIBIT B**

**Summary of Timekeepers**

In re Circuit City Stores, Inc., <u>et al</u>.
Case No. 08-35653 (Jointly Adminstered)

Name of Applicant:  McGuireWoods LLP
Role: Co-counsel to the Debtors

**First Interim Application:**          **Third Interim Application:**          **Fifth Interim Application:**
   Fees Approved: $896,193.25             Fees Approved: $757,717.00             Fees Approved: $715,884.50
   Expenses Approved: $37,355.52          Expenses Approved: $25,549.27          Expenses Approved: $20,263.11

**Second Interim Application:**          **Fourth Interim Application:**          **Sixth Interim Application:**
   Fees Approved: $706,661.50             Fees Approved: $857,682.00             Fees Requested: $886,018.50
   Expenses Approved: $9,794.66           Expenses Approved: $24,808.40          Expenses Requested: $16,496.35

**Summary of Timekeepers**

| Attorneys | Year Admitted | 2010 Rate | 2010 Hours | Amount |
|---|---|---|---|---|
| Ashcroft, Erin Q. | 2007 | $330.00 | 32.0 | $ 10,560.00 |
| Bell, Craig D. | 1983 | $570.00 | 143.6 | $ 81,852.00 |
| Blanks, Daniel F. | 2002 | $415.00 | 462.8 | $ 192,062.00 |
| Boehm, Sarah B. | 2000 | $495.00 | 378.2 | $ 187,209.00 |
| Diller, Elizabeth A. | 2008 | $300.00 | 7.1 | $ 2,130.00 |
| Foley, Douglas M. | 1992 | $600.00 | 287.3 | $ 172,380.00 |
| Fratkin, Bryan A. | 1995 | $540.00 | 1.5 | $ 810.00 |
| Goodboe, Ruth L. | 1995 | $385.00 | 7.2 | $ 2,772.00 |
| Gunlock, Matthew T. | 2006 | $320.00 | 83.8 | $ 26,816.00 |
| Neal, Jonathan G. | 2005 | $365.00 | 1.0 | $ 365.00 |
| Pittman, Edmund S. | 1992 | $485.00 | 3.0 | $ 1,455.00 |
| Ridlehoover, Bradley A. | 2008 | $285.00 | 3.4 | $ 901.00 |
| Scott, Lori Michelle | 2003 | $335.00 | 37.7 | $ 12,629.50 |
| Smith, Douglas B. | 2006 | $320.00 | 8.6 | $ 2,752.00 |
| Stark, Bryan A. | 2007 | $335.00 | 373.8 | $ 125,223.00 |
| **ATTORNEY TOTALS:** | | | **1831.0** | **$ 819,916.50** |

## EXHIBIT B

### Summary of Timekeepers

| Paraprofessionals | 2010 Rate | 2010 Hours | | Amount |
|---|---|---|---|---|
| Cain, Karen B. | $215.00 | 123.1 | $ | 26,466.50 |
| Gokey, Kymberleigh B. | $175.00 | 0.5 | $ | 87.50 |
| Morgan, Doris L. | $150.00 | 1.2 | $ | 180.00 |
| Neilson, Linda J. | $200.00 | 178.5 | $ | 35,700.00 |
| Sisk, Lois E. | $340.00 | 3.8 | $ | 1,292.00 |
| von Bargen, Nancy S. | $240.00 | 9.9 | $ | 2,376.00 |
| **PARAPROFESSIONAL TOTALS:** | | **317.0** | **$** | **66,102.00** |
| **TOTALS:** | | **2148.0** | **$** | **886,018.50** |

**BLENDED HOURLY RATE:**     **$     412.49**

**EXHIBIT C**

Summary of Monthly Fee Statements

| Period Covered | Total Fees Incurred | Total Fees Requested Pursuant to Interim Compensation Order | Fees Paid | Holdback | Total Expenses Incurred | Total Expenses Requested Pursuant to Interim Compensation Order | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|---|---|
| February 1, 2010 February 28, 2010 | $274,349.00 | $233,196.65 | $233,196.65 | $41,152.35 | $2,701.92 | $2,701.92 | $2,701.92 | $0.00 |
| March 1, 2010 March 31, 2010 | $324,776.00 | $276,059.60 | $276,059.60 | $48,716.40 | $6,750.79 | $6,750.79 | $6,750.79 | $0.00 |
| April 1, 2010 April 30, 2010 | $286,893.50 | $243,859.48 | $243,859.48 | $43,034.03 | $7,043.64 | $7,043.64 | $7,043.64 | $0.00 |
| **TOTALS:** | **$886,018.50** | **$753,115.73** | **$753,115.73** | **$132,902.78** | **$16,496.35** | **$16,496.35** | **$16,496.35** | **$0.00** |

<u>**Exhibit D**</u>

**Summary of Expenses**

| <u>Disbursement</u> | <u>Amount</u> |
|---|---|
| Copy Charges | $675.70 |
| Overnight Delivery | $516.36 |
| Telephone and Teleconference Charges | $1,238.97 |
| Computer Research | $188.88 |
| Working Meals | $1,058.98 |
| Travel | $8,071.81 |
| Court Costs | $4,745.65 |
| **TOTAL:** | **$16,496.35** |

**EXHIBIT E**

# McGuireWoods

**Douglas M. Foley**
**(804) 775-1150**

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

March 9, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO (804) 775-1601 or (800) 775-2202

INVOICE NO. 91231756

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

**Current Invoice Total:**                         $277,050.92

Total Balance Due:                         $277,050.92

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

March 9, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 02/28/10

INVOICE NO.  91231756                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.            2055557-0010
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

02/01/10  File affidavits of service
          Bryan A. Stark    .20 hours at  335.00 per hour.        $67.00

02/01/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen    .20 hours at  240.00 per hour.   $48.00

02/01/10  Prepare and circulate list of hearing items for
          2/11/10 omni hearing
          Linda J. Neilson    .60 hours at  200.00 per hour.      $120.00

02/02/10  Draft, finalize and file notice of additional
          omnibus hearing dates and multiple calls and
          e-mails scheduling same
          Sarah B. Boehm    .70 hours at  495.00 per hour.        $346.50

Circuit City Stores Inc
File Number: 2055557                                   Page   2
Invoice No. 91231756                                  March 9, 2010

02/02/10  Chart telephone calls and issues to be resolved
          (.7); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.4)
          Nancy S. von Bargen   1.10 hours at  240.00 per hour.     $264.00

02/03/10  Review agenda and multiple e-mails regarding
          status of various matters
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

02/03/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen   .20 hours at  240.00 per hour.      $48.00

02/03/10  Prepare responses to garnishment and
          information requests (2.1); review draft agenda
          (.8)
          Linda J. Neilson   2.90 hours at  200.00 per hour.        $580.00

02/05/10  Review and revise 2/11 hearing agenda (.6);
          prepare documents for hearing (1.1)
          Linda J. Neilson   1.70 hours at  200.00 per hour.        $340.00

02/08/10  Review and revise agenda for hearing on
          February 11th and e-mails with debtors'
          professionals and clients regarding same
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

02/08/10  Analyze and revise agenda and multiple calls
          and e-mails regarding multiple matters (1.4);
          e-mails regarding Lockton ordinary course
          professional affidavit (.2)
          Sarah B. Boehm   1.60 hours at  495.00 per hour.          $792.00

02/08/10  Review agenda and e-mails with debtors'
          professionals regarding status of items and
          analyze strategies regarding same
          Daniel F. Blanks   .90 hours at  415.00 per hour.         $373.50

02/08/10  Review and analyze agenda for February 11, 2010
          hearing, incorporate edits, and file with court
          Bryan A. Stark   .70 hours at  335.00 per hour.           $234.50

02/08/10  Review and prepare responses to garnishments
          and restitution checks (1.8); prepare documents
          for 2/11/10 hearing (1.0); Review, revise and
          prepare 2/11/10 hearing agenda for filing
          (1.1);
          Linda J. Neilson   3.90 hours at  200.00 per hour.        $780.00

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91231756                                   March 9, 2010

02/09/10  E-mails with debtors' professionals regarding
          preparation for hearings on February 11 and
          various matters going forward
          Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

02/09/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen    .20 hours at  240.00 per hour.      $48.00

02/09/10  Review and prepare responses to garnishments
          Linda J. Neilson   1.20 hours at  200.00 per hour.        $240.00

02/10/10  Review agenda and prepare for February 11
          hearings
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

02/10/10  Analyze issues and e-mails regarding
          restitution payments and note (.3); analyze
          issues regarding matters scheduled for omnibus
          hearing tomorrow (.3)
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

02/10/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen    .20 hours at  240.00 per hour.      $48.00

02/11/10  Prepare for and attend February 11 omnibus
          hearing, and meeting with client regarding same
          Douglas M. Foley   2.50 hours at  600.00 per hour.      $1,500.00

02/11/10  Prepare for and participate in omnibus hearing,
          revise and submit orders and multiple e-mails
          regarding same (1.6); e-mails with D. Nagle
          regarding ordinary course professional
          affidavit (.2)
          Sarah B. Boehm   1.80 hours at  495.00 per hour.         $891.00

02/11/10  Prepare for and participate in hearing and
          e-mails with debtors' professionals regarding
          same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

Circuit City Stores Inc
File Number: 2055557                               Page   4
Invoice No. 91231756                               March 9, 2010

02/11/10  Review and revise professionals' binders for
          omnibus hearing (.7); prepare documents for
          court hearing (.2); e-mail to and from court
          reporter regarding court transcripts of omnibus
          hearings (.3)
          Karen B. Cain   1.20 hours at  215.00 per hour.          $258.00

02/12/10  Finalize and submit orders on liquidation
          retention plan related procedural motions
          Sarah B. Boehm    .20 hours at  495.00 per hour.          $99.00

02/12/10  Review and provide comments on agenda items
          Bryan A. Stark    .30 hours at  335.00 per hour.         $100.50

02/12/10  Chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.2)
          Nancy S. von Bargen    .40 hours at  240.00 per hour.     $96.00

02/12/10  Retrieve, revise and circulate items for
          hearing on 2/24/10
          Linda J. Neilson   1.00 hours at  200.00 per hour.       $200.00

02/15/10  E-mails and telephone conferences with parties
          regarding omnibus hearings and related issues
          Daniel F. Blanks    .50 hours at  415.00 per hour.       $207.50

02/16/10  Review, revise and update agenda for hearing on
          matters scheduled for February 24th
          Douglas M. Foley    .90 hours at  600.00 per hour.       $540.00

02/16/10  Correspond with debtors' professionals
          regarding status of issues for omnibus hearing
          date (.3); review and analyze draft agenda (.3)
          Bryan A. Stark    .60 hours at  335.00 per hour.         $201.00

02/16/10  Chart telephone calls and issues to be resolved
          (.4); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.4)
          Nancy S. von Bargen    .80 hours at  240.00 per hour.    $192.00

02/16/10  Review and revise 2/24/10 hearing agenda (.2);
          correspondence regarding same (.4)
          Linda J. Neilson    .60 hours at  200.00 per hour.       $120.00

02/17/10  Review draft agenda and provide updates for
          incorporation (.4); correspond with debtors'
          professionals regarding same (.3)
          Bryan A. Stark    .70 hours at  335.00 per hour.         $234.50

Circuit City Stores Inc
File Number: 2055557                              Page   5
Invoice No. 91231756                             March 9, 2010

02/17/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen   .20 hours at  240.00 per hour.       $48.00

02/17/10  Review and revise 2/24/10 hearing agenda (.7);
          review and reply to subpoena request and
          garnishments (1.1)
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

02/18/10  Review and comment on draft agenda and Exhibit
          A thereto
          Bryan A. Stark   .30 hours at  335.00 per hour.          $100.50

02/18/10  Monitor caller hotline regarding W-2 requests
          (.1); chart telephone calls and issues to be
          resolved (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen   .30 hours at  240.00 per hour.       $72.00

02/18/10  Review and revise agenda for 2/24/10 hearing
          Linda J. Neilson   1.30 hours at  200.00 per hour.        $260.00

02/19/10  Review, revise and update agenda for hearings
          on February 24 and e-mails with debtors'
          professionals regarding same
          Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

02/19/10  E-mails with parties and debtors' professionals
          regarding proposed hearing agenda and status of
          matters and review material regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.         $332.00

02/19/10  Monitor caller hotline regarding W-2's (.1);
          chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen   .30 hours at  240.00 per hour.       $72.00

02/19/10  Review and revise 2/24/10 hearing agenda for
          filing (4.2); prepare documents for hearing
          (2.7)
          Linda J. Neilson   6.90 hours at  200.00 per hour.      $1,380.00

Circuit City Stores Inc
File Number: 2055557                          Page   6
Invoice No. 91231756                          March 9, 2010

02/23/10  Review and revise notes in preparation for
          hearing on omnibus claim objection status
          hearing and matters on for agenda for February
          24
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

02/23/10  Analyze issues and e-mails regarding engagement
          letter and ordinary course professional
          affidavit
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

02/24/10  Review agenda and prepare for omnibus hearing
          on February 24 and meetings with client and
          debtors' professionals regarding same
          Douglas M. Foley   3.40 hours at  600.00 per hour.      $2,040.00

02/24/10  E-mails and telephone conferences with parties
          regarding February 24, 2010 omnibus hearing and
          related issues and preparation for hearing
          regarding same and updates regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.        $622.50

02/24/10  Review and prepare response to subpoena
          Linda J. Neilson    .50 hours at  200.00 per hour.        $100.00

02/25/10  Review and prepare response to subpoena duces
          tecum
          Linda J. Neilson    .20 hours at  200.00 per hour.         $40.00

02/26/10  E-mails and telephone conferences with parties
          regarding bankruptcy case and related issues
          and status
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

02/26/10  Monitor caller hotline regarding W-2's (.2);
          chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls,
          including remarks entered, regarding W-2
          inquiries (.1)
          Nancy S. von Bargen   .40 hours at  240.00 per hour.       $96.00

02/26/10  Prepare 3/8/10 hearing items chart
          Linda J. Neilson    .60 hours at  200.00 per hour.        $120.00

02/26/10  Telephone calls from former employees regarding
          tax documents
          Karen B. Cain   .70 hours at  215.00 per hour.            $150.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 12.6 | $7,560.00 |
| Sarah B. Boehm | $495.00 | 5.5 | $2,722.50 |
| Daniel F. Blanks | $415.00 | 5.3 | $2,199.50 |

Circuit City Stores Inc
File Number: 2055557                          Page   7
Invoice No. 91231756                          March 9, 2010

| | | | |
|---|---|---|---|
| Bryan A. Stark | $335.00 | 2.8 | $938.00 |
| Nancy S. von Bargen | $240.00 | 4.3 | $1,032.00 |
| Karen B. Cain | $215.00 | 1.9 | $408.50 |
| Linda J. Neilson | $200.00 | 23.2 | $4,640.00 |
| TOTAL FEES | | 55.6 | $19,500.50 |

**Re: Professional Retention/Fee Applications**
     Our File No.              2055557-0070
     Circuit City Contact      Katie Bradshaw
     McGuireWoods Contact      Douglas M. Foley

02/09/10  Finalize monthly fee statement, draft
          correspondence and multiple e-mails regarding
          same
          Sarah B. Boehm    .80 hours at  495.00 per hour.        $396.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.8 | $396.00 |
| TOTAL FEES | | 0.8 | $396.00 |

**Re: Automatic Stay**
     Our File No.              2055557-0090
     Circuit City Contact      Katie Bradshaw
     McGuireWoods Contact      Douglas M. Foley

02/03/10  Analyze issues and e-mails with counsel
          regarding Unite Radio motion for relief from
          stay
          Sarah B. Boehm    .30 hours at  495.00 per hour.        $148.50

Circuit City Stores Inc
File Number: 2055557                                          Page   8
Invoice No. 91231756                                         March 9, 2010

02/04/10  Continue to analyze issues and e-mails
          regarding United Radio motion for relief and
          resolution of same
          Sarah B. Boehm    .30 hours at   495.00 per hour.          $148.50

02/05/10  E-mails with K. Lake regarding United Radio
          motion for relief from stay and proposed
          consent order
          Sarah B. Boehm    .30 hours at   495.00 per hour.          $148.50

02/08/10  E-mails regarding resolution of United Radio
          motion for relief from automatic stay and
          proposed consent order regarding same
          Douglas M. Foley   .20 hours at   600.00 per hour.         $120.00

02/08/10  Analyze issues, multiple calls and e-mails
          regarding settlement of United Radio motion for
          relief and analyze and revise consent order
          regarding same
          Sarah B. Boehm   1.70 hours at   495.00 per hour.          $841.50

02/08/10  Review documentation and e-mails with client
          regarding United Radio's motion and issues
          regarding same (.80); e-mails with client
          regarding subpoenas and correspondence with
          parties regarding same (.60).
          Daniel F. Blanks   1.40 hours at   415.00 per hour.        $581.00

02/17/10  Correspondence regarding violations of
          automatic stay and pending matters
          Daniel F. Blanks    .90 hours at   415.00 per hour.        $373.50

02/18/10  Analyze issues and e-mail regarding Anand case
          and status of discovery
          Sarah B. Boehm    .20 hours at   495.00 per hour.           $99.00

02/18/10  Correspondence with parties regarding automatic
          stay
          Daniel F. Blanks    .40 hours at   415.00 per hour.        $166.00

02/19/10  E-mails regarding Anand case stayed as to
          debtors
          Sarah B. Boehm    .20 hours at   495.00 per hour.           $99.00

02/25/10  Correspondence regarding subpoenas and other
          items regarding automatic stay
          Daniel F. Blanks    .60 hours at   415.00 per hour.        $249.00

Circuit City Stores Inc
File Number: 2055557                                          Page    9
Invoice No. 91231756                                         March 9, 2010

02/26/10 E-mails with and telephone call from counsel
         regarding Anand discovery and analyze issues
         regarding same
         Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.2 | $120.00 |
| Sarah B. Boehm | $495.00 | 3.7 | $1,831.50 |
| Daniel F. Blanks | $415.00 | 3.3 | $1,369.50 |
| TOTAL FEES | | 7.2 | $3,321.00 |

**Re: Employment and Compensation**
     **Our File No.**            2055557-0120
     **Circuit City Contact**    Katie Bradshaw
     **McGuireWoods Contact**    Douglas M. Foley

02/01/10 Draft communications regarding under seal
         exhibit for liquidation retention plan
         Bryan A. Stark   .40 hours at  335.00 per hour.           $134.00

02/02/10 Arrange for and provide Court with under seal
         copy to motion to approve liquidation retention
         plan (.4); correspond with debtors'
         professionals regarding same (.2)
         Bryan A. Stark   .60 hours at  335.00 per hour.           $201.00

02/04/10 E-mails and conference call regarding strategy
         relating to retention bonuses including CEO
         Douglas M. Foley  1.20 hours at  600.00 per hour.         $720.00

02/11/10 Several e-mails with debtor's professionals and
         client regarding status of issues relating to
         J. Marcum and A. Siegel
         Douglas M. Foley   .60 hours at  600.00 per hour.         $360.00

02/11/10 Create orders granting liquidation retention
         plan motion, motion to shorten notice, motion
         to expedite, and motion to seal exhibit
         Bryan A. Stark    .90 hours at  335.00 per hour.          $301.50

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. 91231756                                    March 9, 2010

02/14/10  Several e-mails and telephone conferences with
          debtor's professionals and board regarding
          incentive program for J. Marcum, terms of CRO
          contract and strategy going forward
          Douglas M. Foley   1.40 hours at  600.00 per hour.      $840.00

02/15/10  Review objections to incentive program and
          transcript from February 25, 2009 hearing, and
          e-mails with debtor's professionals regarding
          strategy going forward on February 24, 2010
          hearing relating to J. Marcum
          Douglas M. Foley   1.30 hours at  600.00 per hour.      $780.00

02/17/10  Several e-mails relating to matters going
          forward on February 24 relating to J. Marcum
          and strategy regarding same
          Douglas M. Foley    .80 hours at  600.00 per hour.      $480.00

02/22/10  Review pleadings and e-mails regarding J.
          Marcum consulting agreement and A. Siegel CRO
          retention and review pleadings regarding same
          Douglas M. Foley   1.60 hours at  600.00 per hour.      $960.00

02/26/10  E-mails with debtors' professionals and client
          regarding review of final documentation for
          approval of retention agreement for CRO and
          consulting agreement for J. Marcum and reviewed
          same
          Douglas M. Foley   1.40 hours at  600.00 per hour.      $840.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 8.3 | $4,980.00 |
| Bryan A. Stark | $335.00 | 1.9 | $636.50 |
| TOTAL FEES | | 10.2 | $5,616.50 |

**Re: Executory Contracts**
       **Our File No.**              2055557-0140
       **Circuit City Contact**      Katie Bradshaw
       **McGuireWoods Contact**      Douglas M. Foley

02/03/10  E-mails and telephone conference with counsel
          regarding Ryan contract and rejection of same
          and related issues
          Daniel F. Blanks    .80 hours at  415.00 per hour.      $332.00

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91231756                                    March 9, 2010

02/03/10  Correspond with debtors' professionals
          regarding response to motion on executory
          contract
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

02/04/10  E-mails with debtors' professionals regarding
          motion to reject contract and motion by Ryan to
          compel assumption and review and analyze
          strategies regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.         $332.00

02/05/10  Prepare for and participate in conference call
          with Ryan Inc. regarding contract and related
          issues and settlement regarding contract
          Daniel F. Blanks  1.20 hours at  415.00 per hour.         $498.00

02/08/10  Analyze responses to motion to reject contracts
          and multiple e-mails regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

02/08/10  E-mails and telephone conference with counsel
          for Ryan regarding rejection of Ryan contract
          and related issues
          Daniel F. Blanks  1.10 hours at  415.00 per hour.         $456.50

02/10/10  Review motion to reject executory contracts and
          analyze issues regarding same
          Douglas M. Foley   .60 hours at  600.00 per hour.         $360.00

02/11/10  E-mails regarding status of Ryan contract, and
          analyze issues regarding same
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

02/11/10  E-mails with Ryan regarding contract rejection
          and offers of purchase and related issues
          Daniel F. Blanks   .50 hours at  415.00 per hour.         $207.50

02/11/10  Create order granting debtors' motion to reject
          Bryan A. Stark    .40 hours at  335.00 per hour.          $134.00

02/12/10  Review, finalize and submit order on eighth
          rejection motion regarding employee contracts
          Sarah B. Boehm    .20 hours at  495.00 per hour.           $99.00

02/19/10  E-mails with Ryan regarding executory contract
          and motion to reject and other related issues
          and research multiple issues regarding
          contingent fee contracts and related issues
          Daniel F. Blanks   .90 hours at  415.00 per hour.         $373.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  12
March 9, 2010

02/26/10 E-mails with opposing counsel regarding Ryan's
         contract and offer
         Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.0 | $600.00 |
| Sarah B. Boehm | $495.00 | 0.6 | $297.00 |
| Daniel F. Blanks | $415.00 | 5.8 | $2,407.00 |
| Bryan A. Stark | $335.00 | 0.9 | $301.50 |
| TOTAL FEES | | 8.3 | $3,605.50 |

**Re: Litigation**
   **Our File No.**          2055557-0150
   **Circuit City Contact**  Katie Bradshaw
   **McGuireWoods Contact**  Douglas M. Foley

02/02/10 Correspond with debtors regarding demand
         letters and responses thereto (.6); review and
         analyze documentation to provide to vendor
         regarding demand letter (.8); correspond with
         counsel to vendors regarding claims against
         vendors (.5)
         Bryan A. Stark   1.90 hours at  335.00 per hour.        $636.50

02/03/10 Correspond with debtors regarding demand
         letters (.6); review and analyze documentation
         provided in response to demand letters (.6);
         review and analyze contract with vendor and
         e-mail regarding same (.5)
         Bryan A. Stark   1.70 hours at  335.00 per hour.        $569.50

02/04/10 E-mails and telephone conference regarding
         counteroffer to Sirius XM and analyze
         strategies regarding same and review documents
         regarding same
         Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

02/04/10 Review correspondence and other documentation
         and correspond with debtors and vendors
         regarding demand letters
         Bryan A. Stark    .60 hours at  335.00 per hour.        $201.00

02/05/10 E-mails regarding settlement stipulation and
         status of various AR complaints including
         Activision, Active Media and Direct TV
         Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

Circuit City Stores Inc
File Number: 2055557                          Page  13
Invoice No. 91231756                          March 9, 2010


02/05/10  Review data and calculations regarding Sirius
          XM and e-mails and telephone conferences with
          debtors' professionals and counsel for Sirius
          XM regarding same and draft settlement offer
          regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

02/08/10  E-mails regarding resolution of potential
          litigation threatened by Schimenti Construction
          and analyzed issues regarding same
          Douglas M. Foley   .80 hours at  600.00 per hour.         $480.00

02/08/10  E-mails with Active regarding scheduling order
          and pretrial conference and related issues
          Daniel F. Blanks   .50 hours at  415.00 per hour.         $207.50

02/08/10  Correspond with Debtor regarding adversary
          proceedings (.4); correspond with debtors
          regarding demand letters and requests for
          information (.4); analyze information regarding
          demand letters and status of future demand
          letters (.6)
          Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

02/09/10  Review documentation and correspond with
          creditor regarding outstanding demand letter
          Bryan A. Stark   .40 hours at  335.00 per hour.           $134.00

02/10/10  E-mails with Sirius XM regarding discovery and
          reconciliation of amounts and related issues
          Daniel F. Blanks   .70 hours at  415.00 per hour.         $290.50

02/10/10  Review information and correspond with
          creditors regarding outstanding demand letters
          Bryan A. Stark   .30 hours at  335.00 per hour.           $100.50

02/11/10  E-mails and telephone conferences with counsel
          for Sirius XM debtors' professionals regarding
          litigation and reconciliation of amounts and
          related issues
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

02/11/10  Review, revise and draft pleadings regarding
          settlement of state court litigation (3.6);
          correspond with debtors' professionals and
          co-defendant regarding same (.6)
          Bryan A. Stark   4.20 hours at  335.00 per hour.        $1,407.00

02/12/10  E-mails with Sirius XM regarding reconciliation
          of amounts and related issues
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91231756                                   March 9, 2010

02/12/10  Correspond with debtors' professionals and
          defendant counsel regarding filings relating to
          state court case (.5); review, analyze and
          update documents (.7)
          Bryan A. Stark    1.20 hours at  335.00 per hour.          $402.00

02/13/10  E-mails with opposing counsel regarding
          Schimenti Construction's alleged 503(b)(9)
          claim, and draft complaint relating to trust
          fund issues
          Douglas M. Foley    .20 hours at  600.00 per hour.        $120.00

02/15/10  Research issues relating to adversary
          proceedings and correspond with defendant's
          counsel
          Bryan A. Stark    .30 hours at  335.00 per hour.          $100.50

02/16/10  E-mails with debtor's professionals regarding
          status of various adversary proceedings,
          including scheduling for upcoming pretrial
          conferences and pretrial orders (.9); numerous
          e-mails with client regarding review and
          finalization of demand letters (.6)
          Douglas M. Foley    1.50 hours at  600.00 per hour.       $900.00

02/16/10  E-mails and telephone conferences with counsel
          for Sirius regarding settlement and review
          multiple documents and charts regarding same
          Daniel F. Blanks    1.10 hours at  415.00 per hour.       $456.50

02/16/10  Review and analyze documentation provided and
          documentation needed regarding defenses to
          adversary proceedings (1.3); correspond with
          debtors regarding adversary proceedings and
          researching claims and defenses (.4); review
          correspondence and documentation and correspond
          with defendants regarding pretrial conference
          (.6)
          Bryan A. Stark    2.30 hours at  335.00 per hour.         $770.50

02/17/10  E-mails regarding production of documents and
          potential settlement of account receivable
          claims involving Creative Labs and continuance
          of pretrial conference
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                              Page  15
Invoice No. 91231756                             March 9, 2010

02/17/10  Correspond with counsel and debtor regarding
          West Virginia state court litigation (.3);
          review and analyze receivables information
          provided by defendant in adversary proceeding
          (.4); correspond with debtor and counsel to
          defendant regarding same (.4); review
          preference information provided by defendant in
          adversary proceeding (.2); correspond with
          debtor and defendant regarding same (.3)
          Bryan A. Stark   1.60 hours at  335.00 per hour.        $536.00

02/18/10  E-mails with Sirius regarding settlement and
          negotiations
          Daniel F. Blanks    .60 hours at  415.00 per hour.      $249.00

02/18/10  Review and analyze preference analysis sent by
          defendant in adversary proceeding (.5);
          correspond with defendant and debtors regarding
          same (.2)
          Bryan A. Stark    .70 hours at  335.00 per hour.        $234.50

02/19/10  E-mails with opposing counsel regarding status
          of pretrial conferences and discovery and
          informal discovery regarding pending adversary
          proceedings
          Douglas M. Foley    .70 hours at  600.00 per hour.      $420.00

02/19/10  Multiple e-mails with parties regarding Sirius
          and settlement and review discovery responses
          regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.      $456.50

02/19/10  Review and analyze preference analysis from
          defendant (.6); correspond with debtor
          regarding same (.3)
          Bryan A. Stark    .90 hours at  335.00 per hour.        $301.50

02/20/10  Analyze e-mails and issues regarding discovery
          Sarah B. Boehm    .30 hours at  495.00 per hour.        $148.50

02/21/10  Begin review of various forms of demand letters
          for collection of accounts receivable and
          preference actions and e-mails with debtors'
          professionals and client regarding same
          Douglas M. Foley   1.20 hours at  600.00 per hour.      $720.00

02/22/10  Review drafts of demand letters relating to
          account receivable collection and preference
          demands and analyze issues regarding same
          Douglas M. Foley    .60 hours at  600.00 per hour.      $360.00

Circuit City Stores Inc
File Number: 2055557                              Page   16
Invoice No. 91231756                             March 9, 2010

02/22/10  Review and analyze draft demand letters and
          preference analyses for certain vendors (1.1);
          research various issues regarding same (.4);
          meet and correspond with debtor and debtors'
          professionals regarding same (.4); review and
          analyze documentation relating to adversary
          proceeding (1.1); conference call with
          defendant regarding defenses and status of
          analysis (.5); finalize and file motion for
          9019 settlement and arrange for service of same
          (.8)
          Bryan A. Stark   4.30 hours at  335.00 per hour.         $1,440.50

02/23/10  E-mails and telephone conferences with Sirius
          regarding settlement and e-mails with client
          regarding same and analyze issues regarding
          same and review materials and contracts
          regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

02/23/10  Draft cover letters and arrange for service of
          under seal exhibit (.3); review and analyze
          debtors' preference analysis for adversary
          proceeding (.5)
          Bryan A. Stark   .80 hours at  335.00 per hour.           $268.00

02/24/10  Review responses to various demand letters to
          collect accounts receivable (.2); review status
          of adversary proceedings and upcoming deadlines
          (.2)
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

02/24/10  Correspond with debtors' professionals,
          creditor counsel, and state litigation counsel
          and resolve issues relating to state court
          litigation (1.1); review and analyze defendant
          documentation in response to requests and
          forward same to Debtors for review (.6)
          Bryan A. Stark   1.70 hours at  335.00 per hour.          $569.50

02/25/10  Correspond with defense counsel regarding state
          court litigation
          Bryan A. Stark   .30 hours at  335.00 per hour.           $100.50

02/26/10  E-mails regarding document review relating to
          board minutes (.2); e-mails regarding Creative
          Labs and proposed settlement (.2); review and
          revise draft of XM Sirius settlement agreement,
          release and stipulation (.9)
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

Circuit City Stores Inc
File Number: 2055557                           Page  17
Invoice No. 91231756                           March 9, 2010

02/26/10  Review correspondence regarding information
          document request and multiple e-mails and calls
          regarding same (.6); analyze documents and
          e-mails regarding board minutes (.4)
          Sarah B. Boehm   1.00 hours at  495.00 per hour.        $495.00

02/26/10  E-mails with Active regarding disclosures,
          discovery and other items (.5); draft
          stipulation and order regarding Sirius XM and
          analyze issues regarding same (2.4)
          Daniel F. Blanks   2.90 hours at  415.00 per hour.    $1,203.50

02/26/10  Correspond with counsel regarding stipulation
          of dismissal of state court lawsuit (.3);
          review correspondence and correspond with
          defendant and debtors' professionals regarding
          deadlines in case (.4)
          Bryan A. Stark   .70 hours at  335.00 per hour.        $234.50

02/26/10  Research electronic database for board minutes
          Karen B. Cain   1.40 hours at  215.00 per hour.        $301.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 8.0 | $4,800.00 |
| Sarah B. Boehm | $495.00 | 1.3 | $643.50 |
| Daniel F. Blanks | $415.00 | 12.8 | $5,312.00 |
| Bryan A. Stark | $335.00 | 25.3 | $8,475.50 |
| Karen B. Cain | $215.00 | 1.4 | $301.00 |
| TOTAL FEES | | 48.8 | $19,532.00 |

Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

02/01/10  (Whitehall, PA) E-mail correspondence with
          title company and J. Bruton (.5); e-mail
          correspondence with D. Miller (.1); review
          title objection letter (.5)
          Matthew T. Gunlock   1.10 hours at  320.00 per hour.   $352.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/02/10 (Whitehall, PA) E-mail correspondence and
         telephone call with D. Miller regarding title
         objection matters (.3); telephone call with J.
         Bruton regarding title matters (.5); review
         marked title commitment (.5)
         Matthew T. Gunlock   1.30 hours at  320.00 per hour.      $416.00

02/03/10 Correspondence with J. Bruton regarding title
         commitment requirements and title company's
         approval of sale motion and sale order (.3);
         review prior sale orders and sale motions
         regarding title company questions (1.1); review
         purchase agreement regarding bankruptcy court
         approvals (.8)
         Matthew T. Gunlock   2.20 hours at  320.00 per hour.      $704.00

02/04/10 (Deep Run I) Telephone call with D. Miller
         regarding sale of Deep Run I (.3); review
         e-mail from D. Miller (.1)
         Edmund S. Pittman    .40 hours at   485.00 per hour.      $194.00

02/04/10 (Whitehall, PA) E-mail correspondence with J.
         Bruton regarding bankruptcy approvals (.5);
         review revised title commitment (.8)
         Matthew T. Gunlock   1.30 hours at  320.00 per hour.      $416.00

02/04/10 (DR1 Sale) Conference with E. Pittman
         Matthew T. Gunlock   .20 hours at  320.00 per hour.        $64.00

02/05/10 (Deep Run I) Telephone call to P. Reed (.1);
         review e-mail from D. Miller regarding ground
         leases (.2); conference with M. Gunlock
         regarding contract form (.3)
         Edmund S. Pittman    .60 hours at   485.00 per hour.      $291.00

02/05/10 (DR1 Sale) Conference and e-mail correspondence
         with E. Pittman (.5); review title company
         materials regarding property (.5)
         Matthew T. Gunlock   1.00 hours at  320.00 per hour.      $320.00

02/08/10 E-mails with landlords' counsel regarding
         status of resolution of dual claims in Circuit
         City case as part of confirmation process
         Douglas M. Foley     .60 hours at  600.00 per hour.       $360.00

02/08/10 (Deep Run I) Conference with M. Gunlock
         regarding status of draft contract
         Edmund S. Pittman    .10 hours at   485.00 per hour.       $48.50

Circuit City Stores Inc
File Number: 2055557                          Page  19
Invoice No. 91231756                          March 9, 2010

02/08/10 (DR1 Sale) Review ground leases (.5); prepare
         draft of purchase agreement (2.0)
         Matthew T. Gunlock   2.50 hours at  320.00 per hour.        $800.00

02/08/10 (Whitehall, PA) E-mail correspondence with
         bankruptcy counsel (.5); e-mail correspondence
         with J. Bruton and title company (.6); transmit
         fully-executed purchase agreement (.1)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.        $384.00

02/08/10 Review and analyze motion to sell and asset
         purchase agreement (.8); correspond with
         debtors' professionals regarding same (.4)
         Bryan A. Stark   1.20 hours at  335.00 per hour.            $402.00

02/09/10 (Deep Run I) Review and mark-up purchase
         agreement (1.2); conference with M. Gunlock
         (.1)
         Edmund S. Pittman   1.30 hours at  485.00 per hour.         $630.50

02/09/10 (Whitehall, PA) E-mail correspondence with J.
         Bruton
         Matthew T. Gunlock    .10 hours at  320.00 per hour.         $32.00

02/09/10 (DR1 Sale) Revise purchase agreement (.7);
         transmit draft purchase agreement (.1)
         Matthew T. Gunlock    .80 hours at  320.00 per hour.        $256.00

02/11/10 (Florence, SC) Review letter of intent (.1);
         e-mails to and from D. Miller (.1); e-mail to
         M. Gunlock (.1)
         Edmund S. Pittman    .30 hours at  485.00 per hour.         $145.50

02/11/10 (Florence, SC) Review letter of intent
         Matthew T. Gunlock    .30 hours at  320.00 per hour.         $96.00

02/11/10 Review and analyze draft motion to sell and
         order and provide comments to debtors'
         professionals
         Bryan A. Stark    .60 hours at  335.00 per hour.            $201.00

02/12/10 (Florence, SC) Telephone call with D. Miller
         Matthew T. Gunlock    .10 hours at  320.00 per hour.         $32.00

02/15/10 (Whitehall, PA) E-mails regarding Whitehall
         property sale documents, and review same
         Douglas M. Foley    .30 hours at  600.00 per hour.          $180.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/15/10 (Florence, SC) Review letter of intent for sale
of property (.5); prepare purchase agreement
for sale of property (1.3)
Matthew T. Gunlock   1.80 hours at  320.00 per hour.        $576.00

02/15/10 Review and analyze final draft of motion to
sell property and incorporate comments to same
(.7); draft notice of same (.3); correspond
with debtors' counsel regarding same (.2)
Bryan A. Stark   1.20 hours at  335.00 per hour.           $402.00

02/16/10 (Florence, SC) Prepare draft of purchase
agreement (2.0); e-mail correspondence with D.
Miller (.1)
Matthew T. Gunlock   2.10 hours at  320.00 per hour.       $672.00

02/17/10 (Florence, SC) Prepare purchase agreement draft
(.8); e-mail correspondence with D. Miller
(.5); revise purchase agreement (.5); transmit
purchase agreement to purchaser (.1); telephone
call and e-mail to K. Wurtenberger (.3)
Matthew T. Gunlock   2.20 hours at  320.00 per hour.       $704.00

02/17/10 (Whitehall, PA) E-mail correspondence with
bankruptcy counsel regarding sale motion and
sale order (.5); review sale motion and sale
order (.6); e-mail correspondence with J.
Bruton regarding sale motion (.2)
Matthew T. Gunlock   1.30 hours at  320.00 per hour.       $416.00

02/18/10 Telephone call from M. Gunlock regarding escrow
agent for Florence, SC sale
Edmund S. Pittman   .10 hours at  485.00 per hour.          $48.50

02/18/10 (Florence, SC) E-mail correspondence with D.
Miller (.6); telephone call with P. Reed (.2);
review sign license agreement (.5); e-mail
correspondence and telephone call with K.
Wurtenberger regarding purchase agreement (.5)
Matthew T. Gunlock   1.80 hours at  320.00 per hour.       $576.00

02/18/10 (Whitehall, PA) E-mail correspondence with
bankruptcy counsel
Matthew T. Gunlock   .40 hours at  320.00 per hour.        $128.00

02/18/10 Finalize and file motion to sell lease and
notice of same
Bryan A. Stark   .40 hours at  335.00 per hour.            $134.00

Circuit City Stores Inc
File Number: 2055557                              Page  21
Invoice No. 91231756                             March 9, 2010

02/19/10 E-mails with creditors counsel regarding status
         of certain real estate transactions including
         offer relating to headquarters building and
         lease
         Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

02/19/10 (Florence, SC) Telephone call from M. Gunlock
         regarding existing license agreement for
         billboard and disclosure/assignment of same
         Edmund S. Pittman    .20 hours at  485.00 per hour.        $97.00

02/19/10 (Florence, SC) Telephone call with D. Miller
         regarding license agreement (.2); telephone
         call with K. Wurtenberger (.3); review purchase
         agreement regarding encumbrances (.3)
         Matthew T. Gunlock   .80 hours at  320.00 per hour.       $256.00

02/23/10 (Florence, SC) E-mail correspondence with K.
         Wurtenberger (.5); e-mail correspondence with
         D. Miller (.3); revise purchase agreement (.6)
         Matthew T. Gunlock  1.40 hours at  320.00 per hour.       $448.00

02/23/10 (Whitehall, PA) Telephone call with potential
         bidder (.3); telephone call with D. Miller (.1)
         Matthew T. Gunlock   .40 hours at  320.00 per hour.       $128.00

02/23/10 Draft notice of and file motion to sell
         property
         Bryan A. Stark    .70 hours at  335.00 per hour.          $234.50

02/24/10 E-mails regarding potential sale of
         headquarters property and prospective bidders
         Douglas M. Foley    .20 hours at  600.00 per hour.        $120.00

02/24/10 (Florence, SC) E-mail correspondence with J.
         Preas (.1); telephone call with P. Reed and K.
         Wurtenberger (.3); e-mail correspondence with
         K. Wurtenberger (.1)
         Matthew T. Gunlock    .50 hours at  320.00 per hour.      $160.00

02/24/10 (Whitehall, PA) Telephone call with D. Miller
         (.2); e-mail correspondence with J. Bruton (.3)
         Matthew T. Gunlock    .50 hours at  320.00 per hour.      $160.00

02/25/10 (Whitehall, PA) E-mail correspondence and
         telephone call with J. Bruton regarding auction
         process (.5); review sale motion and order
         regarding auction process in response to
         purchase inquiries (.7)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/26/10 (Florence, SC) E-mail correspondence with K.
         Wurtenberger
         Matthew T. Gunlock    .10 hours at  320.00 per hour.        $32.00

02/26/10 (Whitehall, PA) Telephone call with J. Avallone
         (.2); e-mail correspondence with J. Bruton (.2).
         Matthew T. Gunlock    .40 hours at  320.00 per hour.       $128.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.4 | $840.00 |
| Edmund S. Pittman | $485.00 | 3.0 | $1,455.00 |
| Bryan A. Stark | $335.00 | 4.1 | $1,373.50 |
| Matthew T. Gunlock | $320.00 | 27.0 | $8,640.00 |
| TOTAL FEES | | 35.5 | $12,308.50 |

**Re: Reclamation Matters**
     Our File No.            2055557-0200
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

02/15/10 Review proposed settlement letter from
         Paramount, and analyze issues regarding same
         Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| TOTAL FEES | | 0.3 | $180.00 |

**Re: Tax Matters**
     Our File No.            2055557-0240
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

02/01/10 Attention to state and local tax claims and
         issues
         Craig D. Bell   1.90 hours at  570.00 per hour.        $1,083.00

02/01/10 Research issues relating to tax claims
         Lori Michelle Scott   2.00 hours at  335.00 per hour.       $670.00

Circuit City Stores Inc
File Number: 2055557                          Page   23
Invoice No. 91231756                          March 9, 2010

02/02/10  Attention to state tax claims
          Craig D. Bell   2.40 hours at  570.00 per hour.        $1,368.00

02/02/10  Research issues relating to tax claims
          Lori Michelle Scott   1.90 hours at  335.00 per hour.    $636.50

02/03/10  Attention to multiple state tax claims and
          related client documentation
          Craig D. Bell   2.40 hours at  570.00 per hour.        $1,368.00

02/04/10  Telephone calls with IRS appeals officer on
          employment tax appeal (.5); attention to same
          (1.1)
          Craig D. Bell   1.60 hours at  570.00 per hour.          $912.00

02/05/10  Review IRS objection to admin bar date motion
          and stipulate to resolve same and e-mails and
          telephone conference to counsel regarding same
          Douglas M. Foley   .70 hours at  600.00 per hour.        $420.00

02/05/10  Attention to state tax issues
          Craig D. Bell   1.80 hours at  570.00 per hour.        $1,026.00

02/05/10  Prepare for and participate in conference with
          debtors' professionals regarding tax issues and
          resolutions and strategies and research issues
          regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.       $622.50

02/07/10  Review and revise summary judgment brief
          regarding omni 37 objection claims for personal
          property ad vorem taxes
          Douglas M. Foley   2.70 hours at  600.00 per hour.      $1,620.00

02/08/10  Continue revisions to summary judgment brief
          regarding omni 37 (1.4); e-mails and telephone
          conferences with IRS regarding stipulation
          resolving objection to second administrative
          claims bar date motion and review and revise
          stipulation regarding same (1.4)
          Douglas M. Foley   2.80 hours at  600.00 per hour.      $1,680.00

02/08/10  Attention to federal employment tax matter
          Craig D. Bell   .80 hours at  570.00 per hour.           $456.00

02/09/10  Telephone call with IRS counsel on employment
          tax matter
          Craig D. Bell   .30 hours at  570.00 per hour.           $171.00

02/09/10  Research issues relating to tax claims
          Lori Michelle Scott   2.10 hours at  335.00 per hour.    $703.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  24
March 9, 2010

| | | |
|---|---|---|
| 02/11/10 | E-mails with client, and review spreadsheets regarding status of upcoming tax claim objections<br>Douglas M. Foley    .40 hours at  600.00 per hour. | $240.00 |
| 02/12/10 | Telephone conference and e-mails with R. Stein regarding 941 tax return issue, as well as 941 tax settlement stipulations, and e-mails with client and debtor's professionals regarding same<br>Douglas M. Foley    .80 hours at  600.00 per hour. | $480.00 |
| 02/13/10 | Review and finalize stipulation relating to 941 taxes<br>Douglas M. Foley    .30 hours at  600.00 per hour. | $180.00 |
| 02/15/10 | Review court motion papers and correspondence with IRS counsel (.7); attention to employment tax settlement terms (.8); attention to local tax claims (.4)<br>Craig D. Bell   1.90 hours at  570.00 per hour. | $1,083.00 |
| 02/15/10 | Telephone conference with taxing authorities regarding tax issues and analyses (1.1); draft and revise IRS stipulation and e-mails with R. Stein regarding same (1.2)<br>Daniel F. Blanks   2.30 hours at  415.00 per hour. | $954.50 |
| 02/16/10 | Review documents and analysis provided by client (.5); conference call with client tax representatives (.5); analysis on local tax issues raised by tax claims filed against client (3.8)<br>Craig D. Bell   4.80 hours at  570.00 per hour. | $2,736.00 |
| 02/16/10 | Prepare for and participate in conference call regarding Henrico and related issues and review and analyze claims, pleadings, charts, and other material regarding same and analyze other tax issues regarding same<br>Daniel F. Blanks   1.30 hours at  415.00 per hour. | $539.50 |
| 02/17/10 | Review analysis regarding Henrico County tax claims and e-mails regarding outline of potential settlement<br>Douglas M. Foley    .80 hours at  600.00 per hour. | $480.00 |

Circuit City Stores Inc
File Number: 2055557                           Page  25
Invoice No. 91231756                           March 9, 2010

02/17/10  Review analysis on SALT valuation issues
          prepared by client's accounting firm (.6);
          attention to same (.9); analysis on positions
          to support settlement of Henrico County local
          tax claims (1.7); analysis on bifurcation of
          land and building for Virginia real estate tax
          application (1.2)
          Craig D. Bell   4.40 hours at  570.00 per hour.        $2,508.00

02/18/10  Telephone calls with IRS appeals (.4);
          telephone call with IRS counsel (.5); review
          and respond to employment tax issue (.3)
          Craig D. Bell   1.20 hours at  570.00 per hour.          $684.00

02/18/10  E-mails with taxing authorities and tax
          department regarding tax issues and claims and
          strategies
          Daniel F. Blanks   1.60 hours at  415.00 per hour.       $664.00

02/19/10  E-mails with counsel with IRS regarding status
          of resolution of 941 tax issue and issues
          regarding interest in fees (.7); e-mails
          regarding status of payment of NOL tax refund
          (.2)
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

02/19/10  Review e-mails on Hawaii state tax claim (.2);
          attention to same (.3)
          Craig D. Bell    .50 hours at  570.00 per hour.          $285.00

02/19/10  E-mails with parties regarding tax issues and
          appraisals and review material from E&Y
          Daniel F. Blanks   .90 hours at  415.00 per hour.        $373.50

02/22/10  Respond to IRS inquiry on W-2 question (.3);
          review file documents on same (.4)
          Craig D. Bell    .70 hours at  570.00 per hour.          $399.00

02/22/10  Review stipulation with IRS and e-mails with
          IRS regarding same and analyze issues regarding
          same (1.2); e-mails with client and E&Y
          regarding appraisal for Henrico and other
          issues (.5); continue revisions to omni 37
          summary judgment brief and research issues
          regarding same (1.5)
          Daniel F. Blanks   3.20 hours at  415.00 per hour.     $1,328.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/23/10   Review and revise stipulation and analyze
           issues relating to IRS stipulation on 941 taxes
           and draft brief of omni 37 objection (1.8);
           e-mails regarding valuation of personal
           property at headquarters in relation to Henrico
           County tax claim (.4)
           Douglas M. Foley   2.20 hours at  600.00 per hour.         $1,320.00

02/23/10   Attention to revised employment tax settlement
           court filing and comments from IRS (1.4);
           attention to interest netting rules issue
           raised by client's tax representative (1.9);
           review property tax valuation report and
           analysis prepared by E&Y for client (1.7)
           Craig D. Bell   5.00 hours at  570.00 per hour.            $2,850.00

02/23/10   Continue revisions to omni 37 brief and
           research issues regarding same and review
           material regarding same and e-mails with
           debtors' professionals regarding same (1.7);
           review E&Y appraisal and e-mails with client
           regarding same and analyze issues regarding
           same (.6)
           Daniel F. Blanks   2.30 hours at  415.00 per hour.          $954.50

02/23/10   Research regarding legislative history of tax
           provisions and bankruptcy code
           Doris L. Morgan   1.20 hours at  150.00 per hour.           $180.00

02/24/10   Several e-mails regarding status of resolution
           of various tax claims including IRS claims and
           Henrico County personal property tax claims and
           valuation issues included in omni 37
           Douglas M. Foley   .70 hours at  600.00 per hour.           $420.00

02/24/10   Attention to interest netting issue raised by
           client's tax representative (2.2); telephone
           call with IRS attorney (.2); review Henrico
           County property tax claim materials and
           documents (.4); attention to same (.4)
           attention to miscellaneous employment tax
           issues raised by IRS (1.1)
           Craig D. Bell   5.30 hours at  570.00 per hour.            $3,021.00

02/24/10   E-mails with IRS regarding claims and related
           issues and review claims, pleadings, and other
           items regarding same (.6); e-mails and
           telephone conferences regarding Henrico and
           resolution of claims and appraisal regarding
           same (.8)
           Daniel F. Blanks   1.40 hours at  415.00 per hour.          $581.00

Circuit City Stores Inc
File Number: 2055557                                  Page  27
Invoice No. 91231756                                 March 9, 2010

02/25/10  Attention to interest netting issue and Henrico
          County property tax claims
          Craig D. Bell   4.10 hours at  570.00 per hour.          $2,337.00

02/25/10  Conference with C. Bell regarding interest
          netting and research same
          B. Ridlehoover   1.20 hours at   265.00 per hour.          $318.00

02/26/10  E-mails regarding status of final issues with
          IRS claim settlement stipulation on 941 issue
          and interest calculation
          Douglas M. Foley    .30 hours at  600.00 per hour.         $180.00

02/26/10  Attention to interest netting issue and
          analysis (2.9); review documents (0.8);
          telephone conference with IRS (.5); research
          restricted interest issue (.7)
          Craig D. Bell   4.90 hours at  570.00 per hour.          $2,793.00

02/26/10  Research interest netting (.9); conference with
          C. Bell and draft memorandum regarding same
          (1.3)
          B. Ridlehoover   2.20 hours at  265.00 per hour.          $583.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 12.6 | $7,560.00 |
| Craig D. Bell | $570.00 | 44.0 | $25,080.00 |
| Daniel F. Blanks | $415.00 | 14.5 | $6,017.50 |
| Lori Michelle Scott | $335.00 | 6.0 | $2,010.00 |
| Bradley A. Ridlehoover | $265.00 | 3.4 | $901.00 |
| Doris L. Morgan | $150.00 | 1.2 | $180.00 |
| TOTAL FEES | | 81.7 | $41,748.50 |

Re: Claims Administration
    Our File No.           2055557-0250
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

02/01/10  Analyze procedural issues regarding stipulation
          staying appeals (.3); analyze issues regarding
          supplemental order for omni 20 and e-mails
          regarding same (.2); continue claim objection
          resolutions and multiple e-mails regarding same
          (.3)
          Sarah B. Boehm    .80 hours at   495.00 per hour.          $396.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  28
March 9, 2010

02/01/10  Research issues relating to stipulations (2.7);
          correspond with counsel to creditors relating
          to stipulation and other issues regarding
          claims (.6); correspond with debtors and
          debtors' professionals regarding claims and
          pending objections (.7); review stipulation
          language and background and correspond with
          creditors' counsel regarding same (.8)
          Bryan A. Stark   4.80 hours at  335.00 per hour.        $1,608.00

02/01/10  Review and resolve various claims objections
          Lori Michelle Scott   2.30 hours at  335.00 per hour.    $770.50

02/02/10  Telephone call to clerk's office regarding
          stipulation staying appeals (.2); continue
          claims objection resolutions and multiple calls
          and e-mails regarding same and analyze
          documents and claims regarding same (1.6)
          Sarah B. Boehm   1.80 hours at  495.00 per hour.         $891.00

02/02/10  E-mails and telephone conferences with
          claimants regarding bankruptcy claims and
          related issues
          Daniel F. Blanks   .50 hours at  415.00 per hour.        $207.50

02/02/10  Finalize and submit supplemental orders to
          omnibus objections to Court (.8); correspond
          with counsel to creditors regarding draft
          omnibus objections orders and resolution of
          omnibus objections (1.2); draft supplemental
          orders and review and analyze exhibits thereto
          (1.4); research claims issues and analyze
          proofs of claims (1.3)
          Bryan A. Stark   4.70 hours at  335.00 per hour.        $1,574.50

02/02/10  Review and resolve various objections to claims
          (2.1); telephone calls to creditors regarding
          claims objections (.6)
          Lori Michelle Scott   2.70 hours at  335.00 per hour.    $904.50

02/02/10  Review and revise tracking charts for responses
          to omnibus objections
          Linda J. Neilson   2.40 hours at  200.00 per hour.       $480.00

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91231756                                    March 9, 2010

02/03/10 E-mails regarding adjournment of late claim
         motions to at or after confirmation (.3);
         e-mails regarding Alliance and SIM (.2);
         e-mails regarding 502d appeal and stay (.3);
         e-mails regarding publication notice to states
         regarding rebate claims and reviewed rebate
         motion (.3)
         Douglas M. Foley   1.10 hours at  600.00 per hour.        $660.00

02/03/10 Analyze pleadings regarding publication notice
         and e-mails regarding same (.3); analyze claims
         and documents regarding FM Maintenance claims
         and analyze issues regarding same (.5); review
         stipulation staying appeals and e-mails
         regarding same (.2); e-mails with counsel
         regarding SDI (.2); analyze issues and e-mails
         regarding withdrawal of claims (.2); review and
         submit supplemental claim objection orders
         (.4); continue claim objection resolutions,
         analyze claims and pleadings and multiple calls
         and e-mails regarding same (1.3)
         Sarah B. Boehm   3.10 hours at  495.00 per hour.        $1,534.50

02/03/10 Continue resolution of claims and e-mails and
         telephone conferences with claimants and
         parties regarding same
         Daniel F. Blanks    .70 hours at  415.00 per hour.        $290.50

02/03/10 Review and analyze motion on rebate program
         (.8); draft notice of motion (.4); correspond
         with debtors' professionals regarding filings,
         claims, and stipulations (1.6); file motion on
         rebate program and arrange for service of same
         (.5); review and analyze exhibits to orders on
         omnibus objections (.7); research issues
         regarding claims and objections thereto (1.4);
         draft supplemental order on omnibus objection
         and correspond with creditor counsel regarding
         same (.6); review and summarize status of
         pending orders on omnibus objections (.9)
         Bryan A. Stark   6.90 hours at  335.00 per hour.        $2,311.50

02/03/10 Review and resolve issues regarding claims
         objections
         Lori Michelle Scott    .60 hours at  335.00 per hour.        $201.00

02/03/10 Review, revise and organize responses to
         omnibus objections
         Linda J. Neilson    .70 hours at  200.00 per hour.        $140.00

Circuit City Stores Inc
File Number: 2055557                                    Page   30
Invoice No. 91231756                                    March 9, 2010

02/03/10   Analyze responses and subsequent withdrawals of
           responses to multiple omnibus objections (.7);
           e-mail status of filings to professionals (.2)
           Karen B. Cain     .90 hours at  215.00 per hour.           $193.50

02/04/10   Review EDC opinion and e-mails with client and
           debtors professionals regarding same
           Douglas M. Foley    .70 hours at  600.00 per hour.         $420.00

02/04/10   Prepare for and participate in telephone
           conference with FM Facility Maintenance and
           e-mails regarding same (.9); analyze claims and
           issues regarding omni 23 and e-mails regarding
           same (.5); analyze EDC opinion and multiple
           e-mails regarding same (.5); e-mails with
           counsel regarding employee pension claims and
           research regarding same (.3); continue claim
           objection resolutions and multiple calls and
           e-mails regarding same (1.9); finalize and
           submit stipulation staying appeals and multiple
           e-mails regarding same (.5)
           Sarah B. Boehm    4.60 hours at  495.00 per hour.        $2,277.00

02/04/10   Continued resolution of claims and multiple
           telephone conferences and e-mails with parties
           regarding claims, omnibus objections and
           related issues and review and analyze claims,
           pleadings, charts, and other items regarding
           same and research issues regarding same
           Daniel F. Blanks    4.30 hours at  415.00 per hour.     $1,784.50

02/04/10   Research issues regarding orders on omnibus
           claims objections (3.1); correspond with
           debtors professionals regarding same (.6);
           correspond with debtors' professionals
           regarding entry of supplemental orders (.4);
           review and analyze objections and supplemental
           orders to resolve issues presented (.7);
           correspond with debtors' professionals
           regarding adjournment of objection (.4)
           Bryan A. Stark    5.20 hours at   335.00 per hour.      $1,742.00

02/04/10   Review and revise tracking charts for omnibus
           objections
           Linda J. Neilson   1.80 hours at  200.00 per hour.       $360.00

02/05/10   Continue claim objection resolutions, review
           supplemental orders and multiple calls and
           e-mails regarding same
           Sarah B. Boehm   1.80 hours at   495.00 per hour.        $891.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/05/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other material regarding
          same and research issues regarding same
          Daniel F. Blanks   5.10 hours at  415.00 per hour.        $2,116.50

02/05/10  Review and analyze settlement agreements and
          file with Court (2.2); draft corrected order on
          omnibus objection (.4); research issues and
          draft stipulation regarding motion for second
          administrative bar date (2.1); correspond with
          debtors' professionals regarding same (.4);
          review and research claims issues relating to
          corrected orders and tax stipulations (1.2)
          Bryan A. Stark   6.30 hours at  335.00 per hour.          $2,110.50

02/05/10  Review and revise tracking chart for responses
          to omnibus objections
          Linda J. Neilson   1.10 hours at  200.00 per hour.          $220.00

02/08/10  Review and submit claim orders resolving
          various objections (.4); continue claim
          objection resolutions and multiple calls and
          e-mails regarding same (1.4); review claims and
          e-mails regarding omni 68 (.4)
          Sarah B. Boehm   2.20 hours at  495.00 per hour.          $1,089.00

02/08/10  Continue resolution of claims, draft
          stipulations regarding same and e-mails and
          telephone conferences with claimants regarding
          same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.          $747.00

02/08/10  Review and analyze claimant's requests
          regarding omnibus objection resolution (.8);
          correspond with debtor regarding same (.3);
          correspond with debtors' professionals
          regarding tax claims and omnibus objections
          (.5); finalize stipulation regarding second
          administrative bar date, correspond with
          debtors' professionals regarding same, submit
          to Court (1.2); finalize and submit
          supplemental order on omnibus objections to
          Court (.6); analyze claims and various omnibus
          objections and update chart accordingly (1.2);
          review and analyze documentation regarding
          warranties and correspond with debtors
          regarding same (.8)
          Bryan A. Stark   5.40 hours at  335.00 per hour.          $1,809.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/08/10  Resolve various claims objections
          Lori Michelle Scott   1.20 hours at  335.00 per hour.        $402.00

02/08/10  Review and revise omnibus objections tracking
          charts
          Linda J. Neilson    .90 hours at  200.00 per hour.          $180.00

02/09/10  E-mails regarding resolution of FM facilities
          maintenance claims
          Douglas M. Foley    .20 hours at  600.00 per hour.          $120.00

02/09/10  Prepare for and participate in telephone
          conference regarding settlement of FM Facility
          Maintenance claims and multiple e-mails
          regarding settlement results (.8); continue
          claim objection resolutions, analyze pleadings
          and claims, draft and revise settlement
          agreement and multiple calls and e-mails
          regarding same (2.4); analyze adjourned claims
          chart, late claims and e-mails regarding same
          (.8)
          Sarah B. Boehm   4.00 hours at  495.00 per hour.          $1,980.00

02/09/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and draft stipulations regarding
          same and review and analyze claims, pleadings,
          documents and other charts regarding same
          Daniel F. Blanks   4.40 hours at  415.00 per hour.        $1,826.00

02/09/10  Research priority issues relating to claims
          (2.5); review and analyze claims for omnibus
          objection (3.2); correspond with debtors
          regarding resolution of claims objections and
          providing information to claimants (.4);
          research issues and correspond with debtor
          regarding claimant (.4) draft supplemental
          order on omnibus objections regarding corrected
          exhibits (.4); correspond and follow-up with
          creditors regarding request for information
          (.3)
          Bryan A. Stark   7.20 hours at  335.00 per hour.         $2,412.00

02/09/10  Update status of claims (.5); resolve
          objections to claims (.8)
          Lori Michelle Scott   1.30 hours at  335.00 per hour.     $435.50

02/09/10  Review and revise omnibus objections tracking
          charts
          Linda J. Neilson    .80 hours at  200.00 per hour.        $160.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  33
March 9, 2010

02/10/10  Several e-mails and telephone conferences
          regarding status of various claim settlements
          and reviewed motion to establish second
          administrative bar date and e-mails with
          debtors' professionals regarding same
          Douglas M. Foley   1.90 hours at  600.00 per hour.        $1,140.00

02/10/10  Reviewed unresolved claims objection chart and
          conference call with debtors' professionals
          regarding same in preparation for meeting with
          client
          Douglas M. Foley   1.60 hours at  600.00 per hour.          $960.00

02/10/10  Prepare for and participate in claims call
          regarding resolution strategy for all
          outstanding omnibus objections and multiple
          e-mails regarding updates to adjourn chart
          (1.4); review claim stipulation and analyze
          issues regarding same (.3); analyze issues and
          e-mails regarding late claims and strategy
          regarding same (.3); e-mails regarding no
          liability omnibus objection (.2); e-mails
          regarding service of claim orders (.1); review
          supplemental orders resolving objections and
          e-mails regarding same (.4)
          Sarah B. Boehm   2.70 hours at  495.00 per hour.          $1,336.50

02/10/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, documents, and charts regarding same
          and research issues regarding same and prepare
          for and participate in telephone conference
          meeting regarding claims, strategies, and other
          items and analyze claims, pleadings, documents,
          charts, and other material regarding same
          (6.5); prepare for and participate on telephone
          conference regarding Chase and related items
          (.70).
          Daniel F. Blanks   7.20 hours at  415.00 per hour.        $2,988.00

02/10/10  Prepare for and participate in conference call
          regarding claims resolution (1.7); review and
          analyze supplemental exhibit and submit to
          Court (.4); review and provide comments on
          draft settlement agreement (.4); review
          documentation and communications and update
          claims chart (.7); review and analyze claims
          and corrected amounts of claims and e-mail with
          debtors' professionals regarding same (1.6);
          research claims issues and review stipulations

Circuit City Stores Inc
File Number: 2055557                          Page  34
Invoice No. 91231756                          March 9, 2010

```
              (1.5); correspond with claimants' counsel
              regarding draft stipulations (.2)
              Bryan A. Stark   6.50 hours at  335.00 per hour.        $2,177.50

02/10/10  Prepare for and participate in conference call
          regarding status of claims objections (1.6);
          review materials related to various objections
          to claims and coordinate with creditors'
          counsel regarding same (1.3)
          Lori Michelle Scott   2.90 hours at  335.00 per hour.       $971.50

02/10/10  Prepare stipulation for FM Facility (1.1);
          review and revise omnibus objections tracking
          charts (2.1)
          Linda J. Neilson   3.20 hours at  200.00 per hour.         $640.00

02/11/10  Prepare for and participate in telephone
          conference with client to review status of
          unresolved claim matters, as well as collection
          items, and review agendas and spreadsheets
          regarding same (3.9); review McCulty
          stipulation and resolution (.3)
          Douglas M. Foley   4.20 hours at  600.00 per hour.       $2,520.00

02/11/10  Prepare for and participate in claims meeting,
          analyze documents and multiple e-mails
          regarding same (4.3); analyze adjourned late
          claims and strategy regarding resolving same
          (.7); continue claim objection resolutions,
          analyze documents, claims and pleadings and
          multiple calls and e-mails regarding same (.6);
          revise FM Facility settlement agreement and
          stipulation and e-mails regarding same (.5);
          e-mail to counsel regarding SDI settlement
          agreement and review same (.3)
          Sarah B. Boehm   6.40 hours at  495.00 per hour.        $3,168.00

02/11/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          and claimants regarding claims omnibus
          objections and review and analyze claims,
          pleadings, and other items regarding same and
          research multiple issues regarding same and
          prepare for and participate in telephone
          conference regarding claims and strategies
          regarding same
          Daniel F. Blanks   6.20 hours at  415.00 per hour.       $2,573.00
```

Circuit City Stores Inc
File Number: 2055557                          Page  35
Invoice No. 91231756                          March 9, 2010

02/11/10  Review and analyze claims and claims amounts on
          claims registry (.6); conference call with
          debtors and debtors' professionals regarding
          claims and objections (2.7); correspond with
          creditor counsel and debtors' professionals
          regarding exhibits to supplemental orders and
          content of stipulations (.3);
          Bryan A. Stark   3.60 hours at  335.00 per hour.        $1,206.00

02/11/10  Review materials relating to various objections
          to claims and correspond with creditors'
          counsel regarding same (1.4); exchange e-mails
          regarding same (.2)
          Lori Michelle Scott   1.60 hours at  335.00 per hour.    $536.00

02/11/10  Review and revise omnibus objections tracking
          charts
          Linda J. Neilson   .90 hours at  200.00 per hour.        $180.00

02/11/10  Review database of court orders and filings
          (1.4); work on resolved and pending objections
          charts (1.7)
          Karen B. Cain   3.10 hours at  215.00 per hour.          $666.50

02/12/10  Review updated adjourned claims chart,
          including late claims
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

02/12/10  Review stipulation regarding FM facilities
          maintenance, and e-mails with client regarding
          same
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

02/12/10  Continue claim objection resolutions, analyze
          claims and pleadings and multiple calls and
          e-mails regarding same, revise status chart
          regarding same (4.7); analyze issues, strategy
          and e-mails regarding adjourned late claims
          (.9); analyze claims and e-mails regarding
          future objections (.6)
          Sarah B. Boehm   6.20 hours at  495.00 per hour.        $3,069.00

02/12/10  Multiple telephone conferences and e-mails with
          parties regarding resolution of claims and
          review and analyze claims, pleadings, charts,
          and other material regarding same and research
          issues regarding same
          Daniel F. Blanks   5.90 hours at  415.00 per hour.      $2,448.50

Circuit City Stores Inc
File Number: 2055557                                        Page  36
Invoice No. 91231756                                        March 9, 2010

02/12/10   Research issues regarding claims (1.1);
           correspond with debtors' professionals and
           claimants regarding supplemental orders (.4);
           review and analyze draft exhibits to omnibus
           objections (1.3)
           Bryan A. Stark   2.80 hours at  335.00 per hour.        $938.00

02/12/10   Review materials relating to various objections
           to claims and correspond with creditors'
           counsel regarding same
           Lori Michelle Scott   1.10 hours at  335.00 per hour.  $368.50

02/12/10   Review and revise omnibus objections charts
           Linda J. Neilson   1.40 hours at  200.00 per hour.     $280.00

02/12/10   Research fifteenth omnibus objection orders and
           claims status (.9); review claims database for
           outstanding claims (1.4); work on chart of
           responses to objections (.4)
           Karen B. Cain   2.70 hours at  215.00 per hour.        $580.50

02/13/10   Numerous e-mails with debtor's professionals
           regarding updated adjourned claims chart and
           strategy going forward
           Douglas M. Foley   .80 hours at  600.00 per hour.      $480.00

02/14/10   Review status of unresolved claim objections
           chart, and update same, and develop strategy
           going forward with respect to late adjourned
           claims and procedural objections (2.9); e-mails
           with debtor's professionals regarding same, and
           preparation for claims hearing on February 24
           (.9)
           Douglas M. Foley   3.80 hours at  600.00 per hour.   $2,280.00

02/14/10   Analyze issues regarding strategy for resolving
           late claims and e-mails regarding same (.4);
           analyze issues and e-mails regarding Wimmer
           motion to amend claim regarding pension
           benefits (.3)
           Sarah B. Boehm   .70 hours at  495.00 per hour.        $346.50

02/15/10   Review and update omnibus unresolved claim
           objections chart, and analyze issues regarding
           same in preparation for February 24 hearing,
           and review several stipulations regarding
           resolutions of various claims (2.8); e-mails
           regarding status of resolution of late claim
           motions and objections to late claims (.4)
           Douglas M. Foley   3.20 hours at  600.00 per hour.   $1,920.00

Circuit City Stores Inc
File Number: 2055557                                        Page   37
Invoice No. 91231756                                       March 9, 2010

02/15/10  Prepare for and participate in claims meeting
          regarding status of adjourned claims and
          strategy for resolving same and update status
          chart regarding same (1.7); analyze issues and
          e-mails regarding supplemental orders on late
          claims (.6); continue claim objection
          resolutions and multiple calls and e-mails
          regarding same and analyze documents, claims
          and pleadings and revise adjourn chart
          regarding same (3.3); analyze Wimmer claims and
          motion to amend and e-mails regarding same (.6)
          Sarah B. Boehm   6.20 hours at  495.00 per hour.         $3,069.00

02/15/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, documents and charts regarding same
          and research issues regarding same (4.2);
          e-mails and telephone conferences with late
          claimants and movants regarding claims and
          hearings and related issues and review
          documentation regarding same (1.2)
          Daniel F. Blanks   5.40 hours at  415.00 per hour.       $2,241.00

02/15/10  Review and research administrative bar date
          issues (.8); correspond with debtors'
          professionals regarding same (.3); prepare for
          and participate in conference call regarding
          claims and claims objections (2.1); review and
          analyze chart of adjourned objections to late
          claims (.5); review and update stipulation to
          include all omnibus objections to claimants'
          claims (1.7); correspond with creditors
          regarding resolution of objections to claims
          (.3); research issues and omnibus objections
          and resolutions of same (.4)
          Bryan A. Stark   6.10 hours at  335.00 per hour.         $2,043.50

02/15/10  Review, revise and circulate responses to
          omnibus objections chart (2.6); research and
          prepare stipulation for Audiovox claims (1.5)
          Linda J. Neilson   4.10 hours at  200.00 per hour.        $820.00

02/15/10  Review electronic claims database (.9); review
          omnibus objection orders for claims status
          (1.1); work on exhibit of responses for agenda
          (2.3)
          Karen B. Cain   4.30 hours at  215.00 per hour.          $924.50

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91231756                                    March 9, 2010

02/16/10  Telephone conference and e-mails with creditors
          counsel regarding status of stipulation on
          Alliance and SIM
          Douglas M. Foley    .60 hours at  600.00 per hour.          $360.00

02/16/10  Draft and revise omni 66 regarding
          reclassification of equity claims to interests
          and analyze claims regarding same (1.3); draft
          and submit multiple orders resolving omnibus
          objections and multiple calls and e-mails
          regarding same (.9); analyze and revise agenda
          regarding various claim matters and multiple
          calls and e-mails regarding same (.7); analyze
          issues and strategy regarding various late
          claims (.5); e-mails regarding SDI stipulation
          and response deadline (.2); continue claim
          objection resolutions and analyze documents and
          multiple calls and e-mails regarding same (2.6)
          Sarah B. Boehm   6.10 hours at 495.00 per hour.          $3,019.50

02/16/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties,
          claimants, and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          charts, documents and other items regarding
          same and research issues regarding same
          Daniel F. Blanks   4.70 hours at  415.00 per hour.       $1,950.50

02/16/10  Review and analyze receivables support as to
          claimants (.8); finalize and submit
          supplemental orders omnibus objections (.4);
          correspond with creditor counsel regarding same
          (.2); review status of draft stipulations and
          correspond with counsel regarding same (.5);
          research documentation underlying proofs of
          claim and correspond with creditors' counsel
          and debtors regarding same (.7); review and
          analyze claims for future omnibus objections
          (1.2)
          Bryan A. Stark   3.80 hours at  335.00 per hour.         $1,273.00

02/16/10  Research issues regarding late claims (3.3);
          exchange e-mails regarding same (.1); draft
          supplemental order on omni claims objection
          (.3); exchange e-mails regarding same (.1)
          Lori Michelle Scott   3.80 hours at  335.00 per hour.    $1,273.00

02/16/10  Review and prepare stipulation for OmniMount
          Linda J. Neilson   1.90 hours at  200.00 per hour.         $380.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91231756                                   March 9, 2010

02/16/10  Review orders to omnibus objections for claims
          status (2.1); work on chart of omnibus
          objection responses for agenda (3.7)
          Karen B. Cain   5.80 hours at  215.00 per hour.        $1,247.00

02/17/10  Reviewed list relating to late claim objections
          and withdrawals and analyzed issues regarding
          same (1.3); e-mails with creditors regarding
          status of claim resolution and hearings set for
          February 24 (.9); review and revise claims
          waterfall and e-mails regarding same (.4)
          Douglas M. Foley   2.60 hours at  600.00 per hour.     $1,560.00

02/17/10  Analyze supplemental claim orders and exhibits
          and multiple calls and e-mails regarding same
          and submit multiple orders (1.4); finalize and
          file omni 66 regarding equity claims and
          multiple calls and e-mails regarding same (.9);
          review entered orders and multiple e-mails
          regarding same (.3); analyze and revise exhibit
          to agenda regarding adjourned claims status and
          multiple calls and e-mails regarding same and
          analyze documents and claims regarding same
          (1.6); review and revise agenda and multiple
          e-mails regarding same (.4); continue claim
          objection resolutions and analyze documents and
          multiple calls and e-mails regarding same (1.4)
          Sarah B. Boehm   6.00 hours at  495.00 per hour.       $2,970.00

02/17/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          charts, and other material regarding same and
          research multiple issues regarding same and
          update and draft omni claim orders and other
          material regarding same
          Daniel F. Blanks   8.40 hours at  415.00 per hour.     $3,486.00

02/17/10  Draft supplemental orders on omnibus objections
          (.6); review and analyze chart and correspond
          with debtors' professionals regarding
          submission of supplemental orders (.5); draft
          omnibus objections to claims and notices
          thereof (2.1); correspond with debtors'
          professionals regarding stipulation language
          (.3); correspond with debtors' professionals
          regarding future omnibus objections and status
          of same (.6); review and analyze exhibits to

Circuit City Stores Inc
File Number: 2055557                               Page   40
Invoice No. 91231756                              March 9, 2010

omnibus objections and provide debtors'
professionals with comments and changes (.8)
Bryan A. Stark   4.90 hours at  335.00 per hour.        $1,641.50

02/17/10 Review materials relating to claims objections
and draft supplemental orders accordingly
Lori Michelle Scott   2.60 hours at  335.00 per hour.    $871.00

02/17/10 Work on omnibus agenda exhibit revisions (2.3);
review claims and filing database for status
(.9)
Karen B. Cain   3.20 hours at  215.00 per hour.         $688.00

02/18/10 Numerous e-mails regarding status of settlement
stipulations and reviewed and analyzed same
(1.8); review and revise pleadings and exhibits
regarding next round of omnibus claim
objections and e-mails with debtors'
professionals and client regarding same (1.2)
Douglas M. Foley   3.00 hours at  600.00 per hour.    $1,800.00

02/18/10 Analyze and revise exhibit to agenda regarding
status of multiple matters (1.7); revise,
finalize and submit multiple claim objection
orders and analyze exhibits regarding same
(2.4); review stipulations for filing and
e-mails regarding same (.4); review notices of
going forward on merits for multiple claimants
and e-mails regarding same (.4); analyze and
revise agenda regarding status of claim matters
(.7); analyze adjourned claims chart and
e-mails regarding same (.7); analyze new claim
objections and e-mails regarding same (.5);
continue claim objection resolutions, analyze
documents and multiple calls and e-mails
regarding same (.8)
Sarah B. Boehm   7.60 hours at  495.00 per hour.      $3,762.00

02/18/10 Continue resolution of claims and telephone
conferences and review and analyze claims,
pleadings, documents and charts regarding same
and research multiple issues regarding same and
draft and revise stipulations regarding same
Daniel F. Blanks   5.40 hours at  415.00 per hour.    $2,241.00

02/18/10 Correspond with creditors' counsel and debtors'
professionals regarding draft stipulations and
supplemental orders (.5); review and analyze
claims chart for completeness (.5); finalize
and file notices of stipulations resolving

Circuit City Stores Inc
File Number: 2055557                              Page  41
Invoice No. 91231756                             March 9, 2010

various claims and omnibus objections (1.2);
correspond with debtors regarding pending
stipulations and other claims matters (.8);
review correspondence and supplemental orders
pending entry on docket (.4); correspond with
debtors and creditor counsel regarding
receivables information (.4); review and
analyze same (.5); review and submit consent
order and correspond with debtors'
professionals regarding same (.2); review and
analyze claims and draft omnibus objections
(1.1); correspond with debtors' professionals
regarding same (.7)
Bryan A. Stark   6.30 hours at   335.00 per hour.        $2,110.50

02/18/10  Review materials relating to various claims
          objections and correspond with creditors'
          counsel regarding same
          Lori Michelle Scott   1.80 hours at   335.00 per hour.   $603.00

02/18/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   2.10 hours at   200.00 per hour.      $420.00

02/18/10  Analyze responses to omnibus objections and
          comparison with pending claims (1.1); work on
          exhibit to omnibus hearing agenda (2.1)
          Karen B. Cain   3.20 hours at   215.00 per hour.         $688.00

02/19/10  E-mails regarding status of various settlements
          of claim objections and status of stipulations
          resolving procedural objections
          Douglas M. Foley   1.60 hours at   600.00 per hour.      $960.00

02/19/10  Analyze, revise, finalize and file agenda and
          exhibit regarding adjourned claims and multiple
          calls and e-mails regarding status of multiple
          matters and claim stipulations (3.8); review
          new omnibus objections and e-mails regarding
          same (.5); analyze e-mails regarding
          administrative claims bar date publication
          (.3); review entered orders regarding claim
          objections and e-mails regarding same (.4);
          review and revise adjourn claim chart and
          multiple calls and e-mails regarding same (.7);
          continue claim objection resolutions and
          analyze documents and multiple calls and
          e-mails regarding same (1.1)
          Sarah B. Boehm   6.80 hours at   495.00 per hour.        $3,366.00

Circuit City Stores Inc
File Number: 2055557                          Page   42
Invoice No. 91231756                          March 9, 2010


02/19/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and research multiple issues
          regarding same and review and analyze claims,
          pleadings, charts, and other documentation
          regarding same and draft stipulations and other
          documents regarding same and draft omnibus
          objections to claims and review claims,
          objections, and other material regarding same
          and file same with court
          Daniel F. Blanks   3.20 hours at  415.00 per hour.     $1,328.00

02/19/10  Draft stipulation and update draft stipulations
          resolving omnibus objections (1.4); correspond
          with debtors' professionals regarding draft
          stipulations and claims resolution (.4);
          correspond with debtors' professionals
          regarding service of order approving second
          administrative bar date (.5); draft notices of
          hearing on merits regarding omnibus objections
          for certain claims and file on docket (.6);
          update and finalize omnibus objections exhibits
          and orders thereto and file file (2.3);
          telephone call and correspond with debtors'
          professionals regarding same (1.0); review and
          analyze discovery requests and correspond with
          debtors' professionals regarding same (.6)
          Bryan A. Stark   6.80 hours at  335.00 per hour.     $2,278.00

02/19/10  Review documentation regarding various claims
          and negotiate with opposing counsel regarding
          same
          Lori Michelle Scott   1.80 hours at  335.00 per hour.     $603.00

02/19/10  Review and revise omnibus objections charts
          Linda J. Neilson   1.70 hours at  200.00 per hour.     $340.00

02/19/10  Work on exhibit to agenda of pending responses
          to omnibus objections (5.7); work on chart of
          responses to omnibus objections (.6)
          Karen B. Cain   6.30 hours at  215.00 per hour.     $1,354.50

02/20/10  Draft cover letters for discovery requests and
          arrange for delivery of same
          Bryan A. Stark   1.10 hours at  335.00 per hour.     $368.50

02/21/10  Reviewed e-mails regarding status of various
          claim objections and withdrawals and reviewed
          stipulations regarding certain resolve claims
          Douglas M. Foley   1.30 hours at  600.00 per hour.     $780.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

02/22/10  Review pleadings for summary judgment on
          various claims including Franklin Spencer
          Wilson, and supplemental objection and summary
          judgment pleadings relating to Robert Gentry
          claims, and debtors' omnibus reply to 56
          omnibus objection to certain employee claims,
          and analyze issues regarding same
          Douglas M. Foley   2.80 hours at  600.00 per hour.        $1,680.00

02/22/10  Analyze unresolved claims and strategy going
          forward and prepare for and participate in
          claims call regarding same (1.8); analyze and
          revise adjourned claims chart and e-mails
          regarding same (.8); analyze equity claims
          regarding omni's 15 and 16 going forward on
          merits, prepare for hearing regarding same and
          draft correspondence to court regarding copies
          of claims (1.3); e-mails with FTI regarding
          adjourned claims, orders and chart for status
          hearing (.6); finalize and submit supplemental
          order regarding omni 50 and e-mails regarding
          same (.3); review entered orders and e-mails
          regarding same (.3); analyze claims registry
          and e-mails with KCC regarding updates to same
          (.4); continue claim objection resolutions and
          multiple calls and e-mails regarding same
          (1.6); analyze correspondence, pleadings and
          claims (1.2)
          Sarah B. Boehm   8.30 hours at  495.00 per hour.           $4,108.50

02/22/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research multiple issues
          regarding same and update charts regarding same
          and prepare supplemental orders regarding same
          Daniel F. Blanks   5.30 hours at  415.00 per hour.         $2,199.50

02/22/10  Conference call regarding claims and resolution
          thereof (.6); research issues relating to
          notice for summary judgment motions (.4);
          review, prepare for filing and file summary
          judgment motion on omnibus objection (.9);
          correspond with debtors' professionals
          regarding same (.3)
          Bryan A. Stark   2.20 hours at  335.00 per hour.           $737.00

02/22/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   4.40 hours at  200.00 per hour.         $880.00

Circuit City Stores Inc
File Number: 2055557                          Page   44
Invoice No. 91231756                          March 9, 2010

02/23/10  Review supplemental memorandum opinion on
          502(d) objections and analyzed issues regarding
          same (.9); e-mails regarding pro se filings and
          orders withdrawing various objections and
          scheduling hearing regarding motion to
          reconsider (.4); review South Peak stipulation
          (.3); review pleadings regarding summary
          judgment on various claims and timing of filing
          same and e-mails regarding timing of filing
          same (.7)
          Douglas M. Foley   2.30 hours at  600.00 per hour.        $1,380.00

02/23/10  E-mails regarding omnibus objections filed last
          week and status of additional omni's to be
          filed (.3); review entered claim orders and
          e-mails regarding same (.3); analyze B. Senator
          motion for reconsideration and multiple e-mails
          regarding adjourned claims (.3); e-mails
          regarding claims status chart for hearing (.3);
          multiple calls and e-mails regarding status of
          various claim matters for status hearing
          tomorrow and prepare for hearings regarding
          same (1.4)
          Sarah B. Boehm   2.60 hours at  495.00 per hour.          $1,287.00

02/23/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research multiple issues
          regarding same
          Daniel F. Blanks   5.60 hours at  415.00 per hour.        $2,324.00

02/23/10  Correspond with debtors' professionals and
          Court regarding motion to reconsider (.4);
          correspond with creditors' counsel regarding
          status of and questions relating to draft
          stipulation (.3); correspond with creditor's
          counsel regarding finalized stipulation and
          other claims matters (.3); draft notice of
          stipulation and file stipulation (.7); review
          and analyze chart of stipulations and provide
          comments (.6); review and analyze accounts
          receivable information and forward same to
          creditor (.6)
          Bryan A. Stark   2.90 hours at  335.00 per hour.            $971.50

02/23/10  Review and revise omnibus objections charts
          Linda J. Neilson   1.80 hours at  200.00 per hour.          $360.00

Circuit City Stores Inc
File Number: 2055557                                      Page  45
Invoice No. 91231756                                     March 9, 2010

02/23/10  E-mail to and from professionals regarding
          potential claims settlement (.9); work on
          exhibit to omnibus objection hearing agenda
          (4.8)
          Karen B. Cain   5.70 hours at  215.00 per hour.        $1,225.50

02/24/10  Review and revise several claim resolution
          stipulation and analyzed issues regarding same
          and e-mails with creditors' counsel, debtors'
          professionals, and clients regarding same
          (2.4); reviewed summary judgment pleadings
          relating to various legal issues on claim
          objections (.6); reviewed omnibus claim
          objection response chart in preparation for
          claims meeting with client and agendas
          regarding same (.2)
          Douglas M. Foley   3.20 hours at  600.00 per hour.     $1,920.00

02/24/10  Analyze claim objections, claims and status of
          claim matters, prepare for and participate in
          omnibus hearing regarding claims (3.3); prepare
          for and participate in telephone conference
          regarding status of various vendor claim
          matters and letter campaign (1.2); analyze and
          revise claim status chart and multiple e-mails
          with FTI regarding same (.7); e-mails regarding
          new claim orders and resolution of various
          claims (.8); review and revise letter to PCAOB
          regarding waiver of fees and disallowance of
          claim (.3); analyze FTI unresolved claims
          detail and adjourned claims chart (.8); review
          settlement stipulations and related documents
          and e-mails for filing (.8)
          Sarah B. Boehm   7.90 hours at  495.00 per hour.       $3,910.50

02/24/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          creditors, claimants and debtors' professionals
          regarding same and review and analyze claims,
          pleadings, notices, and charts regarding same
          and research issues regarding same and draft
          orders regarding same (4.8); draft stipulation
          and order regarding OmniMount and e-mails with
          opposing counsel regarding same (.90)
          Daniel F. Blanks   5.70 hours at  415.00 per hour.     $2,365.50

02/24/10  Review and analyze draft supplemental orders on
          omnibus objections and correspond with debtors'
          professionals regarding same (.5); review and
          analyze contracts relating to omnibus
          objections to claims (.7); review preference

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  46
March 9, 2010

analysis for creditor and forward same to
creditor for review (.4); review, finalize and
file notices of settlement and stipulation
(1.1); correspond with debtors' professionals
regarding same (.3); research local rules issue
and correspond with debtors' professionals
regarding same (.4); review and incorporate
edits into draft stipulation and correspond
with debtors' professionals regarding
stipulation language (.7)
Bryan A. Stark   4.10 hours at   335.00 per hour.        $1,373.50

02/24/10  Review and revise omnibus objections tracking
charts
Linda J. Neilson   1.90 hours at   200.00 per hour.        $380.00

02/25/10  Reviewed and updated unresolved omnibus claim
objection chart and prepared for and
participated in meeting with client regarding
status of claims resolution, and pending
litigation claims and account receivable
actions and demand letters (3.8); reviewed
motions for partial summary judgment regarding
class action litigation claims and supplemental
objections regarding same and several e-mails
with debtors' professionals regarding same
(1.8)
Douglas M. Foley   5.60 hours at   600.00 per hour.        $3,360.00

02/25/10  Prepare for and participate in claims meeting
with company regarding status of ongoing
matters and strategy regarding same (4.4);
review adjourned claims chart and analyze
issues regarding same (.4); analyze and
finalize multiple motions for summary judgment
regarding pending claim objections and multiple
e-mails regarding same (1.7); analyze issues
and e-mails regarding demand letter extension
(.2)
Sarah B. Boehm   6.70 hours at   495.00 per hour.        $3,316.50

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. 91231756                                    March 9, 2010

02/25/10  Prepare for and participate in meeting
          regarding claims and other items and multiple
          conferences, e-mails regarding same and review
          items regarding same (5.2); continue resolution
          of claims and multiple telephone conferences
          and e-mails regarding same and
          review and analyze claims, pleadings, charts,
          and other items regarding same (2.4); e-mails
          regarding summary judgment papers and briefs
          and strategies regarding same (.60)
          Daniel F. Blanks   8.20 hours at  415.00 per hour.      $3,403.00

02/25/10  Prepare for and participate in conference call
          with Debtors and debtors' professionals (2.1);
          draft notices for, finalize and file summary
          judgment motions and supplements to objections
          (3.4)
          Bryan A. Stark   5.50 hours at  335.00 per hour.        $1,842.50

02/25/10  Phone call with counsel regarding claims
          objections (.4); exchange e-mails regarding
          same (.1)
          Lori Michelle Scott    .50 hours at  335.00 per hour.     $167.50

02/26/10  Analyze issues and e-mails regarding orders
          from omnibus hearing (.4); analyze issues,
          e-mails and pleadings for filing regarding
          supplemental objections related to motions for
          summary judgment (1.4); review entered orders
          and e-mails regarding same (.2); review and
          revise claim stipulations and e-mails regarding
          same (.4)
          Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

02/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research multiple issues
          regarding same and draft orders and
          supplemental orders regarding same
          Daniel F. Blanks   4.40 hours at  415.00 per hour.      $1,826.00

02/26/10  Finalize and file summary judgment motions and
          supplements to objections
          Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

02/26/10  Revise omnibus objections charts
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $600.00 | 41.3 | $24,780.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  48
Invoice No. 91231756                                    March 9, 2010

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 94.9 | $46,975.50 |
| Daniel F. Blanks | $415.00 | 92.4 | $38,346.00 |
| Bryan A. Stark | $335.00 | 98.9 | $33,131.50 |
| Lori Michelle Scott | $335.00 | 24.2 | $8,107.00 |
| Karen B. Cain | $215.00 | 35.2 | $7,568.00 |
| Linda J. Neilson | $200.00 | 32.9 | $6,580.00 |
| TOTAL FEES | | 419.8 | $165,488.00 |

**Re: Disclosure Statement and Plan**
    Our File No.          2055557-0270
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

02/02/10 Revise, finalize and file notice of continued
         confirmation hearing and multiple e-mails
         regarding same
         Sarah B. Boehm   .30 hours at  495.00 per hour.        $148.50

02/25/10 Draft and revise notice of continued
         confirmation and e-mails regarding same
         Sarah B. Boehm   .40 hours at  495.00 per hour.        $198.00

02/25/10 File notice of confirmation hearing on plan and
         arrange for service
         Bryan A. Stark   .30 hours at  335.00 per hour.        $100.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.7 | $346.50 |
| Bryan A. Stark | $335.00 | 0.3 | $100.50 |
| TOTAL FEES | | 1.0 | $447.00 |

**Re: Employee Benefits/Pensions**
    Our File No.          2055557-0280
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

02/10/10 QDRO review and proposed PA letter for D.
         Cagwin and e-mail to H. Merten regarding same
         Elizabeth A. Diller   .80 hours at  300.00 per hour.   $240.00

02/19/10 Analyze 401(k) plan administration compliance
         regarding benefit distribution prior to
         issuance of D. Cagwill qualified domestic
         relations order
         Elizabeth A. Diller  2.70 hours at  300.00 per hour.   $810.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  49
March 9, 2010

02/24/10 Draft proposed response to D. Cagwin domestic
relations order for 401(k) plan and e-mail to
H. Merten regarding administrative procedures
Elizabeth A. Diller  2.60 hours at  300.00 per hour.    $780.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Elizabeth A. Diller | $300.00 | 6.1 | $1,830.00 |
| TOTAL FEES | | 6.1 | $1,830.00 |

**Re: Intellectual Property Matters**
    **Our File No.**            **2055557-0310**
    **Circuit City Contact    Katie Bradshaw**
    **McGuireWoods Contact    Douglas M. Foley**

02/02/10 Send e-mail to J. Preas and D. Miller
summarizing status of 800.COM marks in Ecuador
and Uruguay
Douglas B. Smith   .50 hours at  320.00 per hour.    $160.00

02/16/10 Receive notices of abandonment from USPTO for
THE SOURCE BY CIRCUIT CITY marks (.1); note to
D. Smith regarding same (.1)
Kymberleigh B. Gokey   .20 hours at  175.00 per hour.    $35.00

02/24/10 Receive and review notice of abandonment of
marks THE SOURCE BY CIRCUIT CITY and e-mail to
J. Preas and D. Miller attaching notices
Douglas B. Smith   .40 hours at  320.00 per hour.    $128.00

02/24/10 Prepare correspondence to client with regards
to abandonment of marks THE SOURCE BY CIRCUIT
CITY (.2); e-mail same to D. Smith (.1).
Kymberleigh B. Gokey   .30 hours at  175.00 per hour.    $52.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $320.00 | 0.9 | $288.00 |
| Kymberleigh B. Gokey | $175.00 | 0.5 | $87.50 |
| TOTAL FEES | | 1.4 | $375.50 |

Disbursements and Other Expenses:
        Copy Charges                          $5.30
        Pacer Research                        $36.88

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91231756                                   March 9, 2010

| | | |
|---|---|---|
| | Long Distance Telephone Charges | $133.40 |
| 01/28/10 | GENESYS CONFERENCING, INC. - Conference call hosted by B. Stark on 01/28/2010 | $15.58 |
| 01/28/10 | GENESYS CONFERENCING, INC. - Conference call hosted by D. Foley on 01/28/2010 | $5.81 |
| 02/02/10 | COOK & WILEY, INC. - Deposition of Jo-Ann Keech-Barker | $495.80 |
| 02/04/10 | J&J COURT TRANSCRIBERS, INC. - Professional services - Federal Court 14-Day (12/7 and 12/21) | $327.25 |
| 02/04/10 | LASERSHIP INC - Delivery from MW Richmond to The Jefferson Hotel 1/13/10 | $14.02 |
| 02/04/10 | GENESYS CONFERENCING, INC. - Conference call hosted by D. Foley on 02/04/2010 | $9.89 |
| 02/05/10 | DOUGLAS M. FOLEY - Travel to Richmond for court hearing and meetings with client 1/24 and 1/27; hotel, meals, mileage | $494.43 |
| 02/09/10 | FedEx Priority Overnight to Glen Allen, VA - Tracking #:  439495727063 | $7.75 |
| 02/09/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 02/09/2010 | $6.94 |
| 02/10/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 02/10/2010 | $22.52 |
| 02/11/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  439495727810 | $13.76 |
| 02/11/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 02/11/2010 | $165.69 |
| 02/11/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 02/11/2010 | $37.46 |
| 02/16/10 | SARAH B. BOEHM - Van service to and from bankruptcy court for Omni hearing 1/14 | $334.50 |
| 02/17/10 | DOUGLAS M. FOLEY - Attend Omni hearing 2/10; hotel, meal, rental car, cab | $430.62 |
| 02/20/10 | FedEx Priority Overnight to Gahanna, OH - Tracking #:  439495731397 | $28.72 |
| 02/20/10 | FedEx Priority Overnight to PORT Jefferson State, NY - Tracking #:  439495731364 | $27.53 |
| 02/20/10 | FedEx Priority Overnight to Flushing, NY - Tracking #:  439495731375 | $27.53 |
| 02/20/10 | FedEx Priority Overnight to Tampa, FL - Tracking #:  439495731386 | $26.54 |
| 02/24/10 | J&J COURT TRANSCRIBERS, INC. - Professional services - Federal Court 14-Day on 1/28/2010 | $34.00 |
| | TOTAL EXPENSES | $2,701.92 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91231756

Page  51
March 9, 2010

Summary of Fees and Expenses:

Total Fees for all Matters:        $274,349.00

Total Expenses for all Matters:      $2,701.92

Total for this Invoice:          $277,050.92

# McGuireWoods

**Douglas M. Foley**
**(804) 775-1150**

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

April 9, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO.  91239900

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                          $148,535.02
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                        $324,776.00
    Current Disbursements:                 $6,750.79
    **Current Invoice Total:**                        $331,526.79

Total Balance Due:                                   $480,061.81

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

April 9, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 03/31/10

INVOICE NO.  91239900

TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.            2055557-0010
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

| Date | Description | Amount |
|------|-------------|-------:|
| 03/01/10 | Monitor creditor hotline regarding W-2's<br>Nancy S. von Bargen    .10 hours at  240.00 per hour. | $24.00 |
| 03/01/10 | Prepare response to subpoena request<br>Linda J. Neilson    .30 hours at  200.00 per hour. | $60.00 |
| 03/02/10 | Review and revise March 8th agenda and e-mails<br>with debtors' professionals regarding same<br>Douglas M. Foley    .90 hours at  600.00 per hour. | $540.00 |
| 03/02/10 | Analyze improperly docketed orders and e-mails<br>with clerk's office regarding same<br>Sarah B. Boehm    .50 hours at  495.00 per hour. | $247.50 |
| 03/02/10 | Prepare responses to subpoenas (.7): review<br>draft 3/8/10 hearing agenda (1.1)<br>Linda J. Neilson   1.80 hours at  200.00 per hour. | $360.00 |
| 03/02/10 | Review proposed agenda for pending omnibus<br>objection hearing issues<br>Karen B. Cain   2.10 hours at  215.00 per hour. | $451.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page   2
Invoice No. 91239900                                   April 9, 2010

03/03/10  Review, revise and update agenda for March 8th
          hearing
          Douglas M. Foley    .40 hours at  600.00 per hour.          $240.00

03/03/10  Analyze issues and e-mails regarding affidavits
          regarding second administrative bar dates (.2);
          analyze issues and multiple e-mails regarding
          retention of ordinary course professional (.3);
          analyze and revise agenda and multiple calls
          and e-mails regarding status of various matters
          (.8)
          Sarah B. Boehm    1.30 hours at  495.00 per hour.          $643.50

03/03/10  Review and analyze docket for March 8 omnibus
          hearing and provide edits on same
          Bryan A. Stark    .70 hours at  335.00 per hour.           $234.50

03/03/10  Assist with agenda preparation (.9); review
          claims database for status of pending omnibus
          objection responses (1.1); e-mail to and from
          professionals regarding pending matters (.8)
          Karen B. Cain   2.80 hours at  215.00 per hour.            $602.00

03/04/10  Review, revise and update agenda for March 8th
          hearing (.4); review pleadings for matters on
          for hearing on March 8th and begin to prepare
          for same and analyze issues regarding same (.7)
          Douglas M. Foley   1.10 hours at  600.00 per hour.         $660.00

03/04/10  E-mails with D. Nagle regarding ordinary course
          professional retention (.1); analyze and revise
          agenda regarding various matters (.4); multiple
          calls and e-mails regarding status of various
          orders (.4)
          Sarah B. Boehm    .90 hours at  495.00 per hour.           $445.50

03/04/10  Correspond with counsel regarding adjourning of
          hearing (.3); review and analyze draft agenda
          and correspond with debtors' professionals
          regarding updates to same (.4)
          Bryan A. Stark    .70 hours at  335.00 per hour.           $234.50

03/04/10  Review and revise 3/8/10 hearing agenda (.8);
          prepare documents for 3/8/10 hearing (1.2)
          Linda J. Neilson   2.00 hours at  200.00 per hour.         $400.00

03/05/10  Review and finalized agenda for March 8th
          hearings and continued preparation for same
          Douglas M. Foley   1.50 hours at  600.00 per hour.         $900.00

Circuit City Stores Inc
File Number: 2055557                          Page   3
Invoice No. 91239900                          April 9, 2010

03/05/10  Multiple calls and e-mails regarding status of
          various matters, revise, finalize and file
          agenda and multiple calls and e-mails regarding
          same
          Sarah B. Boehm   1.80 hours at  495.00 per hour.        $891.00

03/05/10  Review and revise agenda for March 8 hearing
          and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.      $373.50

03/05/10  Monitor creditor hotline regarding W-2's (.2);
          chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.2)
          Nancy S. von Bargen   .60 hours at  240.00 per hour.    $144.00

03/05/10  Revise and prepare 3/8/10 hearing agenda for
          filing (1.6); prepare documents for 3/8/10
          hearing (1.4)
          Linda J. Neilson   3.00 hours at  200.00 per hour.      $600.00

03/07/10  Review, organize and prepare responses to
          garnishment requests
          Linda J. Neilson    .60 hours at  200.00 per hour.      $120.00

03/08/10  Continued preparation for and attend hearings
          on March 8th on various matters including
          employment and compensation, claims matters,
          and executory contract matters and meetings
          with client and debtors' professionals
          regarding same
          Douglas M. Foley   6.40 hours at  600.00 per hour.    $3,840.00

03/08/10  Revise, finalize and submit multiple orders
          regarding matters from omnibus hearing and
          multiple calls and e-mails regarding same
          (1.2); review ordinary course professional
          affidavit regarding Asset Management and
          e-mails regarding same (.4)
          Sarah B. Boehm   1.60 hours at  495.00 per hour.        $792.00

03/08/10  Multiple telephone conferences and e-mails with
          parties regarding March 8, 2010 omnibus hearing
          and review material regarding same and update
          debtors' professionals regarding status of
          pending matters and other related issues
          Daniel F. Blanks  1.60 hours at  415.00 per hour.       $664.00

Circuit City Stores Inc
File Number: 2055557                              Page    4
Invoice No. 91239900                             April 9, 2010

03/08/10  Monitor creditor hotline regarding W-2's (.1);
          chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.2)
          Nancy S. von Bargen    .50 hours at  240.00 per hour.       $120.00

03/08/10  Assist with hearing preparations (3.1); prepare
          issues binders (1.9); e-mail to and from court
          reporter and professionals regarding hearing
          transcript (.2)
          Karen B. Cain   5.20 hours at  215.00 per hour.           $1,118.00

03/09/10  Draft, revise and submit orders regarding Ryan
          and others regarding March 8, 2010 omnibus
          hearing and e-mails with clerk's office
          regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.         $622.50

03/09/10  Work on documents for hearing (1.7); review and
          revise professionals' hearing binders (.9);
          research issues for professionals (.7)
          Karen B. Cain   3.30 hours at  215.00 per hour.            $709.50

03/10/10  Review docket, prepare and circulate list of
          3/18/10 hearing items
          Linda J. Neilson   1.40 hours at  200.00 per hour.         $280.00

03/11/10  Review preliminary agenda for March 18th
          hearing date and e-mails with debtors'
          professionals regarding same
          Douglas M. Foley   1.10 hours at  600.00 per hour.         $660.00

03/11/10  Review and organize requests for garnishments
          and subpoenas
          Linda J. Neilson   1.50 hours at  200.00 per hour.         $300.00

03/12/10  Review draft of agenda for March 18, 2010
          hearing and revise same (1.2); e-mails with
          debtors' professionals regarding summary of
          matters and status of same for CRO (.4)
          Douglas M. Foley   1.60 hours at  600.00 per hour.         $960.00

03/12/10  Monitor creditor hotline regarding W-2's (.1);
          chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.2)
          Nancy S. von Bargen    .50 hours at  240.00 per hour.       $120.00

03/15/10  Review and revise omnibus hearing claim agenda
          and Exhibit A for hearings on March 18th
          Douglas M. Foley   1.40 hours at  600.00 per hour.         $840.00

Circuit City Stores Inc
File Number: 2055557                          Page   5
Invoice No. 91239900                          April 9, 2010

03/15/10  Review, analyze and revise agenda for March 18,
          2010 and review docket and related items
          regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

03/15/10  Review and provide comments on agenda for
          omnibus hearing date (.6); finalize agenda,
          file and arrange for service of same (.5)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

03/15/10  Review, revise, circulate and prepare March 18,
          2010 hearing agenda and exhibit for filing
          Linda J. Neilson   4.30 hours at  200.00 per hour.        $860.00

03/16/10  Prepare documents for March 18, 2010 hearing
          Linda J. Neilson   2.30 hours at  200.00 per hour.        $460.00

03/17/10  Analyze and revise agenda for March 25, 2010
          hearing and multiple e-mails regarding status
          of matters
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

03/17/10  Multiple e-mails and telephone conferences with
          parties regarding March 18, 2010 omnibus
          hearing and related issues
          Daniel F. Blanks   .80 hours at  415.00 per hour.         $332.00

03/17/10  Monitor creditor hotline regarding W-2's (.2);
          chart telephone calls and issues to be resolved
          (.2)
          Nancy S. von Bargen   .40 hours at  240.00 per hour.      $96.00

03/17/10  Review 3/25/10 hearing agenda
          Linda J. Neilson   .60 hours at  200.00 per hour.         $120.00

03/18/10  Prepare for and participate in omnibus hearing
          and prepare and submit orders regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.        $1,037.50

03/18/10  Chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.4)
          Nancy S. von Bargen   .60 hours at  240.00 per hour.      $144.00

03/18/10  Telephone calls regarding employment
          verification (.6); research pending claims and
          responses to omnibus objections (1.2); work on
          omnibus hearing binders (.9)
          Karen B. Cain   2.70 hours at  215.00 per hour.           $580.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page   6
April 9, 2010

03/19/10  Analyze and revise agenda, review pleadings and
          multiple calls and e-mails regarding same (.8);
          e-mails regarding turnover of 401(k) funds and
          entry of order regarding same (.2)
          Sarah B. Boehm   1.00 hours at  495.00 per hour.        $495.00

03/19/10  Update and revise hearing agenda for March 25,
          2010 hearing and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks   .60 hours at  415.00 per hour.       $249.00

03/19/10  Review and analyze draft agenda and provide
          comments on same
          Bryan A. Stark   .40 hours at  335.00 per hour.         $134.00

03/22/10  Review and revise agenda for hearings on March
          25, 2010 and e-mails with debtors'
          professionals and creditors counsel regarding
          same
          Douglas M. Foley   1.90 hours at  600.00 per hour.    $1,140.00

03/22/10  Analyze, revise, finalize and file agenda and
          multiple calls and e-mails regarding status of
          multiple matters for March 25, 2010 omnibus
          hearing (1.8); analyze issues and e-mails
          regarding retention of ordinary course
          professional (.2)
          Sarah B. Boehm   2.00 hours at  495.00 per hour.        $990.00

03/22/10  Review and analyze file proposed hearing agenda
          for March 25, 2010 and update statuses
          regarding same and e-mails with parties
          regarding same
          Daniel F. Blanks   .90 hours at  415.00 per hour.       $373.50

03/22/10  Respond to inquiry regarding Circuit City (.3);
          review agenda and correspond regarding same
          (.3)
          Bryan A. Stark   .60 hours at  335.00 per hour.         $201.00

03/22/10  Review, revise and prepare March 25, 2010
          hearing agenda for filing
          Linda J. Neilson   2.90 hours at  200.00 per hour.      $580.00

03/23/10  Chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.3)
          Nancy S. von Bargen   .50 hours at  240.00 per hour.    $120.00

03/23/10  Prepare documents for March 25, 2010 hearing
          Linda J. Neilson   2.20 hours at  200.00 per hour.      $440.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page   7
April 9, 2010

| | | |
|---|---|---|
| 03/24/10 | Work on preparation of appellee designation binders<br>Karen B. Cain   2.80 hours at  215.00 per hour. | $602.00 |
| 03/25/10 | Meeting with client and co-counsel and prepared for and attend and participated in evidentiary hearings on March 25 on numerous matters including claim objections and late claims<br>Douglas M. Foley   6.70 hours at  600.00 per hour. | $4,020.00 |
| 03/25/10 | Analyze issues and e-mails regarding personnel files<br>Sarah B. Boehm   .30 hours at  495.00 per hour. | $148.50 |
| 03/25/10 | Prepare for and participate in omnibus hearing and e-mails and telephone conferences with parties regarding inquiries regarding hearing<br>Daniel F. Blanks   2.90 hours at  415.00 per hour. | $1,203.50 |
| 03/25/10 | Review and respond to requests for garnishments and subpoenas<br>Linda J. Neilson   1.10 hours at  200.00 per hour. | $220.00 |
| 03/25/10 | Review appellee designations of items for record in multiple appeals (1.7); prepare appellee record binders (2.3); assist with omni hearing preparations (.9)<br>Karen B. Cain   4.90 hours at  215.00 per hour. | $1,053.50 |
| 03/26/10 | Analyze issues regarding personnel file requirements and e-mails regarding same<br>Sarah B. Boehm   .80 hours at  495.00 per hour. | $396.00 |
| 03/26/10 | Review and file affidavits of service<br>Bryan A. Stark   .40 hours at  335.00 per hour. | $134.00 |
| 03/29/10 | Review docket and prepare list of April 6, 2010 hearing items<br>Linda J. Neilson   .80 hours at  200.00 per hour. | $160.00 |
| 03/30/10 | Begin review of hearing agenda for April 6 and analyze issues regarding same and e-mails with debtors' professionals regarding same<br>Douglas M. Foley   .70 hours at  600.00 per hour. | $420.00 |
| 03/30/10 | Handle issues and review notice regarding change of address (.2); review agenda and e-mails regarding status of various matters (.2)<br>Sarah B. Boehm   .40 hours at  495.00 per hour. | $198.00 |

Circuit City Stores Inc
File Number: 2055557                          Page   8
Invoice No. 91239900                          April 9, 2010

03/30/10  Chart telephone calls and issues to be resolved
          (.2); return calls regarding employment
          verification (.3)
          Nancy S. von Bargen    .50 hours at  240.00 per hour.      $120.00

03/31/10  Review and analyze agenda for omnibus hearing
          and provide comments on same
          Bryan A. Stark    .30 hours at  335.00 per hour.           $100.50

03/31/10  Review and prepare responses to subpoenas and
          review and organize all garnishment requests
          for responses
          Linda J. Neilson   1.30 hours at  200.00 per hour.         $260.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 23.7 | $14,220.00 |
| Sarah B. Boehm | $495.00 | 10.9 | $5,395.50 |
| Daniel F. Blanks | $415.00 | 12.8 | $5,312.00 |
| Bryan A. Stark | $335.00 | 4.2 | $1,407.00 |
| Nancy S. von Bargen | $240.00 | 3.7 | $888.00 |
| Karen B. Cain | $215.00 | 23.8 | $5,117.00 |
| Linda J. Neilson | $200.00 | 26.1 | $5,220.00 |
| TOTAL FEES | | 105.2 | $37,559.50 |

Re: Restructuring and General Strategy
    Our File No.          2055557-0020
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

03/01/10  Analyze and revise pleadings for filing and
          e-mails regarding retention of CRO and related
          issues
          Sarah B. Boehm    .40 hours at  495.00 per hour.           $198.00

03/03/10  Review Board materials in preparation for Board
          call on March 4th
          Douglas M. Foley   .70 hours at  600.00 per hour.          $420.00

03/04/10  Prepared for an participated in telephonic
          Board meeting regarding status of wind down,
          retention of CRO, and resolution of incentive
          program as to J. Markum
          Douglas M. Foley   .90 hours at  600.00 per hour.          $540.00

Circuit City Stores Inc
File Number: 2055557                                    Page   9
Invoice No. 91239900                                   April 9, 2010

03/08/10  Conference with client regarding transition to
          CRO and modifications to wind down team and
          processes going forward (.7); analyze issues
          relating to professional staffing compensation
          going forward (.4)
          Douglas M. Foley   1.10 hours at  600.00 per hour.          $660.00

03/11/10  E-mails regarding Board of Directors meeting
          and transition issues with A. Siegel
          Douglas M. Foley    .60 hours at  600.00 per hour.          $360.00

03/12/10  Draft and revise memorandum to CRO of
          unresolved matters, status and strategy and
          multiple e-mails regarding same
          Sarah B. Boehm   1.60 hours at  495.00 per hour.            $792.00

03/16/10  Revise and finalize memorandum of matters to
          CRO and e-mails regarding same
          Sarah B. Boehm    .70 hours at  495.00 per hour.            $346.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 3.3 | $1,980.00 |
| Sarah B. Boehm | $495.00 | 2.7 | $1,336.50 |
| TOTAL FEES | | 6.0 | $3,316.50 |

Re: Monthly Operating Reports
    Our File No.            2055557-0060
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

03/12/10  Review and file monthly operating report and
          e-mails with client regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.          $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

Re: Professional Retention/Fee Applications
    Our File No.            2055557-0070
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                          Page  10
Invoice No. 91239900                          April 9, 2010

03/04/10  Analyze and revise monthly fee statement and
          e-mails regarding same
          Sarah B. Boehm   1.20 hours at  495.00 per hour.        $594.00

03/11/10  Analyze issues and e-mails regarding interim
          fee applications (.4); revise and finalize
          monthly fee statement and draft correspondence
          regarding same (.5)
          Sarah B. Boehm    .90 hours at  495.00 per hour.        $445.50

03/11/10  Correspond with debtors' professionals
          regarding professionals and retention
          Bryan A. Stark    .50 hours at  335.00 per hour.        $167.50

03/12/10  Analyze issues, review exhibits and multiple
          e-mails with debtors' professionals regarding
          interim fee applications
          Sarah B. Boehm    .60 hours at  495.00 per hour.        $297.00

03/15/10  Draft interim fee application, revise exhibits
          and multiple calls and e-mails regarding same
          (1.9); e-mails with debtors' professionals
          regarding interim fee applications and related
          issues (.3)
          Sarah B. Boehm   2.20 hours at  495.00 per hour.      $1,089.00

03/15/10  Review and analyze debtors' professionals
          interim fee applications and draft notices of
          same for filing
          Bryan A. Stark   1.60 hours at  335.00 per hour.        $536.00

03/16/10  Draft and revise interim fee application and
          exhibits, analyze documents and multiple
          e-mails regarding same (3.4); e-mails with
          debtors' professionals regarding interim fee
          applications (.3)
          Sarah B. Boehm   3.70 hours at  495.00 per hour.      $1,831.50

03/17/10  Draft, revise, finalize and file interim fee
          applications and notices of hearing for all of
          debtors' professionals and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   3.90 hours at  495.00 per hour.      $1,930.50

03/25/10  Review and file supplemental declaration
          regarding ordinary course professional
          Bryan A. Stark    .30 hours at  335.00 per hour.        $100.50

Circuit City Stores Inc
File Number: 2055557                          Page  11
Invoice No. 91239900                          April 9, 2010

03/30/10  Finalize and file supplemental declaration
          regarding Skadden (.3); multiple calls and
          e-mails regarding McGuireWoods supplemental
          declaration and analyze documents and
          interested parties list regarding same (.7)
          Sarah B. Boehm   1.00 hours at  495.00 per hour.           $495.00

03/31/10  Continue analysis regarding supplemental
          declaration regarding interested parties and
          multiple e-mails regarding same (.6); analyze
          SOW and expansion of work application regarding
          E&Y and multiple calls and e-mails regarding
          same (.5)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.           $544.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 14.6 | $7,227.00 |
| Bryan A. Stark | $335.00 | 2.4 | $804.00 |
| TOTAL FEES | | 17.0 | $8,031.00 |

Re: Automatic Stay
    Our File No.            2055557-0090
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

03/02/10  Correspondence regarding subpoenas and review
          material regarding same
          Daniel F. Blanks   .90 hours at  415.00 per hour.          $373.50

03/29/10  Review subpoena regarding criminal
          investigation and telephone conference and
          e-mails with H. Ferguson regarding same
          Daniel F. Blanks   .60 hours at  415.00 per hour.          $249.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 1.5 | $622.50 |
| TOTAL FEES | | 1.5 | $622.50 |

Re: Employment and Compensation
    Our File No.            2055557-0120
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  12
April 9, 2010

03/01/10 Several e-mails with committee counsel and
debtors' counsel regarding finalization of
resolution of J. Markum's retention payment,
consulting agreement, and motion to retain A.
Siegel and Crowe Horwath as CRO and analyze
issues regarding same for filing (2.4);
telephone conference with chambers regarding
same (.3)
Douglas M. Foley   2.70 hours at  600.00 per hour.       $1,620.00

03/01/10 Draft motion to expedite, motion to shorten and
notice of motions relating to motion to retain
Siegel (2.1); review and analyze Siegel motion
and accompanying documentation (1.2);
correspond with debtors' professionals
regarding same (.5); finalize and file motions
and notice (1.0)
Bryan A. Stark   4.80 hours at  335.00 per hour.       $1,608.00

03/02/10 Finalize order granting expedited hearing and
correspond with Court and debtors'
professionals regarding same
Bryan A. Stark   .60 hours at  335.00 per hour.         $201.00

03/15/10 Draft employee handbook
Ruth L. Goodboe   3.20 hours at  385.00 per hour.     $1,232.00

03/16/10 Finish drafting employee handbook
Ruth L. Goodboe   4.00 hours at  385.00 per hour.     $1,540.00

03/23/10 Review, analyze, and revise employee handbook
and e-mails with debtors' professionals
regarding same
Daniel F. Blanks   1.10 hours at  415.00 per hour.     $456.50

03/25/10 Review materials regarding employee checklists
for employee files
Daniel F. Blanks   .50 hours at  415.00 per hour.      $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 2.7 | $1,620.00 |
| Daniel F. Blanks | $415.00 | 1.6 | $664.00 |
| Ruth L. Goodboe | $385.00 | 7.2 | $2,772.00 |
| Bryan A. Stark | $335.00 | 5.4 | $1,809.00 |
| TOTAL FEES | | 16.9 | $6,865.00 |

Re: Executory Contracts
    Our File No.            2055557-0140
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                           Page  13
Invoice No. 91239900                           April 9, 2010

03/01/10 E-mails with Ryan and client regarding Ryan
         contract
         Daniel F. Blanks    .70 hours at  415.00 per hour.          $290.50

03/03/10 Analyze issues relating to Ryan offer on
         purchase of tax claim and motion to reject
         contract
         Douglas M. Foley    .60 hours at  600.00 per hour.          $360.00

03/03/10 E-mails with counsel for Ryan and debtors'
         professionals and client regarding Ryan
         contract and related issues and draft order
         regarding same
         Daniel F. Blanks   1.10 hours at  415.00 per hour.          $456.50

03/05/10 Draft response and objection to Ryan Inc. and
         review and analyze material regarding same and
         research issues regarding same
         Daniel F. Blanks   2.10 hours at  415.00 per hour.          $871.50

03/11/10 Review Chase contract and conference with H.
         Ferguson regarding background and possible
         objection and related issues
         Daniel F. Blanks   1.30 hours at  415.00 per hour.          $539.50

03/30/10 Analyze issues relating to form of order
         approving cancellation of surety bonds with
         Safeco and e-mails with U.S. Attorney regarding
         resolution of government objection to same
         Douglas M. Foley    .40 hours at  600.00 per hour.          $240.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.0 | $600.00 |
| Daniel F. Blanks | $415.00 | 5.2 | $2,158.00 |
| TOTAL FEES |  | 6.2 | $2,758.00 |

Re: Litigation
    Our File No.            2055557-0150
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

03/01/10 Analyze issues relating to pending adversary
         proceedings and upcoming Rule 26(a) disclosures
         and settlement telephone conference with
         opposing counsel including Active Media
         Douglas M. Foley    .90 hours at  600.00 per hour.          $540.00

Circuit City Stores Inc
File Number: 2055557                                 Page  14
Invoice No. 91239900                                 April 9, 2010

03/01/10  Draft and revise settlement agreement and
          stipulation with Sirius and e-mails and
          telephone conference with opposing counsel
          regarding same (1.5); e-mails with Active
          regarding disputes (.4)
          Daniel F. Blanks   1.90 hours at  415.00 per hour.          $788.50

03/01/10  Review and analyze spreadsheet and productions
          relating to adversary proceedings
          Bryan A. Stark    .70 hours at  335.00 per hour.            $234.50

03/01/10  Research document production electronic
          database and hard copies (3.9); correspondence
          regarding productions (.3); e-mail to and from
          professionals regarding productions (.5)
          Karen B. Cain   4.70 hours at  215.00 per hour.           $1,010.50

03/02/10  Review Active Media contracts and other items
          and analyze strategies regarding same (1.5);
          e-mails and telephone conferences regarding
          Sirius (.7)
          Daniel F. Blanks   2.20 hours at  415.00 per hour.          $913.00

03/03/10  Review draft XM Sirius agreement (.3); analyze
          issues relating to Active Media complaint and
          potential settlement proposals (.8)
          Douglas M. Foley   1.10 hours at  600.00 per hour.          $660.00

03/03/10  Conference call with D. Blanks regarding
          preparation for telephone call with H.
          Strickton (.2); conference call with H.
          Strickton regarding Active Media case (.7)
          Bryan A. Fratkin    .90 hours at  540.00 per hour.          $486.00

03/03/10  Telephone conference with J. Ivey and R. Carey
          regarding potential litigation rights and
          related matters, multiple calls and e-mails
          regarding same
          Sarah B. Boehm    .60 hours at  495.00 per hour.            $297.00

03/03/10  Prepare for and participate in telephone
          conference with counsel regarding Active Media
          and review and analyze charts, documents,
          information and claims regarding same (1.6);
          e-mails with Sirius regarding settlement
          agreement and negotiations regarding same (.6)
          Daniel F. Blanks   2.20 hours at  415.00 per hour.          $913.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  15
April 9, 2010

03/03/10  Correspond with state court counsel to
          co-defendant regarding stipulation of dismissal
          (.3); correspond with defendant's counsel and
          debtors regarding reconciliation of information
          and claims support (.3); review and analyze
          support regarding reconciliation (.6)
          Bryan A. Stark   1.20 hours at  335.00 per hour.          $402.00

03/04/10  Continue negotiations regarding Sirius XM
          stipulation and telephone conferences with
          Debtors' professionals and counsel for Sirius
          regarding same and review items regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

03/05/10  Analyze issues and e-mails regarding subpoena
          for employment records
          Sarah B. Boehm   .70 hours at  495.00 per hour.           $346.50

03/05/10  Review and analyze documentation provided by
          defendants in adversary proceedings and
          correspond with debtors regarding same (1.2);
          correspond with defendants' counsel in state
          court litigation regarding dismissal and other
          issues (.6); review and analyze documentation
          and send same to counsel regarding state court
          settlement (.4)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

03/08/10  Correspond with debtors' professionals
          regarding hearing on approval of settlement
          agreement (.2); draft and submit orders on
          motion to shorten and 9019 motion to approve
          settlement (.7)
          Bryan A. Stark   .90 hours at  335.00 per hour.           $301.50

03/09/10  E-mails and review of Rule 26(a)(1) disclosures
          regarding Active Media litigation
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

03/09/10  Review initial disclosures in Active Media
          matter
          Bryan A. Fratkin   .20 hours at  540.00 per hour.         $108.00

03/09/10  Analyze, finalize, draft and file removal
          pleadings and multiple e-mails regarding
          service of same
          Sarah B. Boehm   .60 hours at  495.00 per hour.           $297.00

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91239900                             April 9, 2010

03/09/10  Research issues regarding consolidation of
          appeals precedent and e-mails with debtors'
          professionals regarding same (.9); revise
          stipulation with Sirius and e-mails with
          opposing counsel regarding same (1.2); review
          documents for Active and draft and revise
          26(a)(1) disclosures for Active and e-mails
          with debtors' professionals regarding same
          (1.5)
          Daniel F. Blanks   2.60 hours at  415.00 per hour.        $1,079.00

03/10/10  Analyze issues and e-mails with R. Carey
          regarding potential litigation claims
          Sarah B. Boehm   .30 hours at  495.00 per hour.            $148.50

03/10/10  Finalize 26(a)(1) disclosures and e-mails with
          Active regarding same and other issues
          regarding documents
          Daniel F. Blanks   .50 hours at  415.00 per hour.          $207.50

03/10/10  Review demand letters sent by debtor (.3);
          research preference issues and review and
          analyze documentation received by defendants
          (1.2)
          Bryan A. Stark   1.50 hours at  335.00 per hour.           $502.50

03/11/10  E-mails regarding demand letters and extension
          of time to respond
          Sarah B. Boehm   .30 hours at  495.00 per hour.            $148.50

03/11/10  E-mails with Active regarding 26(a)(1)
          disclosures
          Daniel F. Blanks   .40 hours at  415.00 per hour.          $166.00

03/11/10  Correspond with debtors and defendant's counsel
          regarding reconciliation of receivables (.3);
          review and analyze documentation regarding same
          (.5)
          Bryan A. Stark   .80 hours at  335.00 per hour.            $268.00

03/12/10  Telephone conference with creditors regarding
          demand letters and response to same
          Douglas M. Foley   .30 hours at  600.00 per hour.          $180.00

03/12/10  Analyze Active Media initial disclosures
          Bryan A. Fratkin   .40 hours at  540.00 per hour.          $216.00

03/12/10  Analyze issues and e-mails regarding potential
          litigation claims
          Sarah B. Boehm   .20 hours at  495.00 per hour.             $99.00

Circuit City Stores Inc
File Number: 2055557                          Page  17
Invoice No. 91239900                          April 9, 2010

03/12/10  E-mails with Active regarding discovery and
          related items and telephone conferences with
          debtors' professionals regarding same and
          review preference data regarding same (.6);
          revise stipulation with Sirius and e-mails and
          telephone conferences regarding same and review
          documents regarding same (.8)
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

03/15/10  Prepare documents for Active and review items
          regarding same and strategies
          Daniel F. Blanks   .50 hours at  415.00 per hour.        $207.50

03/15/10  Review demand letter and response from
          recipient and correspond with debtor regarding
          same (.6); review and analyze documents sent to
          defendant and correspond regarding pretrial
          conference (.3)
          Bryan A. Stark    .90 hours at  335.00 per hour.        $301.50

03/16/10  Multiple e-mails with Mitsubishi regarding
          resolution of clams, litigation and related
          issues and research issues regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.      $1,037.50

03/16/10  Correspond with debtors' professionals
          regarding defendant's preference chart and
          responses thereto (.7); review and analyze
          preference chart and research issues regarding
          same (1.8); correspond with defendant's counsel
          regarding telephonic hearing and anticipated
          scheduling order (.6); correspond with debtors'
          professionals regarding same (.3)
          Bryan A. Stark   3.40 hours at  335.00 per hour.      $1,139.00

03/17/10  Review and analyze court docket regarding
          various motions (.5); correspond with
          defendants' counsel regarding pretrial issues
          (.6)
          Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

03/18/10  Correspond with debtors' professionals
          regarding pretrial hearing (.5); review and
          analyze pretrial order (.2); analyze
          documentation, correspond with debtors'
          professionals, and correspond with defendant in
          adversary proceeding regarding answer and
          pretrial conference (1.2)
          Bryan A. Stark   2.20 hours at  335.00 per hour.        $737.00

Circuit City Stores Inc
File Number: 2055557                                   Page  18
Invoice No. 91239900                                  April 9, 2010

03/21/10  Review reply briefs regarding class proof of
          claim and analyze issues regarding same
          Douglas M. Foley   1.60 hours at  600.00 per hour.          $960.00

03/22/10  E-mails regarding status of various late claim
          motions and analyze issues regarding same
          (1.1); review drafts of litigation complaints
          relating to LG, US Debt Recovery, LLC,
          Signatures Home Furniture and P&Y Technologies
          and e-mails with client and debtors'
          professionals regarding same (.9)
          Douglas M. Foley   2.00 hours at  600.00 per hour.        $1,200.00

03/22/10  Analyze and revise multiple complaints and
          e-mails regarding filing same
          Sarah B. Boehm    .60 hours at  495.00 per hour.            $297.00

03/22/10  Review documentation and correspond with
          counsel regarding stipulation of dismissal and
          send signatures to counsel regarding same (.7);
          review draft complaints and correspondence
          regarding same (.5); review correspondence and
          documentation regarding pending adversary
          proceedings and unresolved issues (1.2)
          Bryan A. Stark   2.40 hours at  335.00 per hour.            $804.00

03/23/10  Continued review of complaints against vendors
          regarding set off and collection of accounts
          receivable and preferences and revise same
          Douglas M. Foley   1.60 hours at  600.00 per hour.          $960.00

03/23/10  Analyze issues and review multiple complaints
          and cover sheets for filing
          Sarah B. Boehm    .40 hours at  495.00 per hour.            $198.00

03/23/10  Review, analyze, revise, and file counter
          designations of record and e-mails with
          debtors' professionals and KCC regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.          $456.50

03/23/10  Draft motions to file exhibits under seal,
          notices thereof, and adversary proceeding cover
          sheets (2.4); review, analyze and prepare
          complaints for filing and file (1.2); draft
          letters and arrange for under seal exhibits for
          delivery (.6)
          Bryan A. Stark   4.20 hours at  335.00 per hour.          $1,407.00

Circuit City Stores Inc
File Number: 2055557                          Page  19
Invoice No. 91239900                          April 9, 2010

03/24/10  Telephone conference with P. Strniste regarding
          Shemante Construction 503(b)(9) claim and
          potential litigation relating to property of
          estate and escrowed funds and e-mails regarding
          same
          Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

03/24/10  Telephone call from clerk's office regarding
          new adversary proceedings and handle issues
          regarding same (.4); analyze designation of
          additional items to be included in record on
          appeal and multiple calls and e-mails regarding
          same (.8)
          Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

03/24/10  Review and file complaints regarding AR and
          preference (.4); continue negotiation regarding
          Sirius and revise stipulation regarding same
          (.9)
          Daniel F. Blanks   1.30 hours at  415.00 per hour.       $539.50

03/24/10  Correspond with debtors' professionals
          regarding service of motions to seal relating
          to adversary complaints (.5); correspond with
          debtors' professionals and court regarding
          complaints (.6); correct issue with filing of
          adversary proceeding (.6); prepare for and
          participate in conference call regarding demand
          letters and adversary proceedings (2.4); review
          and analyze information collected in response
          to defendant's request for information (.8);
          correspond with counsel regarding third-party
          discovery (.4); correspond with defendant
          regarding settlement offer (.4)
          Bryan A. Stark   5.70 hours at  335.00 per hour.       $1,909.50

03/25/10  E-mails regarding status of potential
          stipulation and settlement of Activision claims
          and language relating to carve out from release
          language for flat panel screen litigation
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

03/25/10  Analyze issues and e-mails with counsel
          regarding demand letter (.3); review
          designation of items on appeal (.6)
          Sarah B. Boehm    .90 hours at  495.00 per hour.          $445.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  20
April 9, 2010

03/25/10  Multiple e-mails and telephone conferences with
          parties and client regarding demand letters and
          possible litigation and strategies regarding
          same and review claims and charts regarding
          same
          Daniel F. Blanks   1.60 hours at  415.00 per hour.          $664.00

03/25/10  Correspond with Court regarding adversary
          proceedings (.3); draft cover letters, prepare
          and serve summons of adversary proceedings and
          arrange for courtesy copies to defendants'
          counsel (2.3)
          Bryan A. Stark   2.60 hours at  335.00 per hour.            $871.00

03/25/10  Analyze claim against Activision
          Erin Q. Ashcroft   .60 hours at  330.00 per hour.           $198.00

03/26/10  Analyze documents regarding record on appeal,
          draft correspondence and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   .70 hours at  495.00 per hour.             $346.50

03/26/10  Review and analyze creditor's response to
          demand letter and correspond with debtors and
          debtors professionals regarding same (.9);
          correspond with debtor regarding third party
          request for information (.3); review and
          analyze defendant's preference chart and
          scheduling order (.6)
          Bryan A. Stark   1.80 hours at  335.00 per hour.            $603.00

03/26/10  Review Activision draft settlement agreement,
          e-mail and contract (.5); draft complaint
          against Activision (3.1); research regarding
          Activision's incorporation (.3)
          Erin Q. Ashcroft   3.90 hours at  330.00 per hour.        $1,287.00

03/29/10  Review final form of stipulation for Sirius XM
          Radio settlement (.4); e-mails regarding status
          of negotiations with Creative Labs and strategy
          regarding same (.4)
          Douglas M. Foley   .80 hours at  600.00 per hour.           $480.00

03/29/10  Analyze issues and multiple calls and e-mails
          regarding motions for leave to appeal and
          pleadings regarding same
          Sarah B. Boehm   .60 hours at  495.00 per hour.             $297.00

Circuit City Stores Inc
File Number: 2055557                              Page  21
Invoice No. 91239900                             April 9, 2010

03/29/10  Correspond with district court clerk's office
          and debtors' professionals regarding appeals
          (1.3); review district court dockets for
          appeals and other issues and correspond with
          debtors' professionals regarding same (1.1);
          draft notice of appearance and notice of filing
          (.5)
          Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

03/30/10  Analyze issues relating to Creative Labs
          adversary proceeding and potential offers and
          counter offers regarding same (.8); e-mails
          with counsel for Schimenti Construction
          relating to 503(b)(9) claim, litigation,
          discovery and threatened adversary proceeding
          and analyze issues regarding same (1.4)
          Douglas M. Foley   2.20 hours at  600.00 per hour.      $1,320.00

03/30/10  Analyze issues and strategy regarding Schimenti
          and e-mails regarding same
          Sarah B. Boehm    .20 hours at  495.00 per hour.           $99.00

03/30/10  Review and analyze counter settlement offer and
          correspond with debtors regarding same (1.8);
          analyze documents, preference charts, and other
          communications (1.2); analyze district court
          dockets for updates (.5); draft notices of
          appearance and notices of filing, file and
          serve (1.7)
          Bryan A. Stark   5.20 hours at  335.00 per hour.        $1,742.00

03/31/10  Begin review of Sharp Rule 26(a) disclosures
          and e-mails regarding same (.3); e-mails and
          analysis regarding settlement offers and
          counter offers relating to Creative Labs
          adversary proceeding (.4)
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

03/31/10  Review subpoenas and draft response to U.S.
          Attorneys and related issues
          Daniel F. Blanks   .90 hours at  415.00 per hour.         $373.50

03/31/10  Research issues relating to timing of
          preference analysis (1.5); draft initial
          disclosures for adversary proceeding and
          correspond with debtor and debtors'
          professionals regarding same (1.4)
          Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $600.00  | 12.8  | $7,680.00 |
| Bryan A. Fratkin  | $540.00  | 1.5   | $810.00   |

Circuit City Stores Inc
File Number: 2055557                              Page   22
Invoice No. 91239900                             April 9, 2010

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 7.3 | $3,613.50 |
| Daniel F. Blanks | $415.00 | 20.3 | $8,424.50 |
| Bryan A. Stark | $335.00 | 42.6 | $14,271.00 |
| Erin Q. Ashcroft | $330.00 | 4.5 | $1,485.00 |
| Karen B. Cain | $215.00 | 4.7 | $1,010.50 |
| TOTAL FEES | | 93.7 | $37,294.50 |

Re: Vendor Matters
    Our File No.              2055557-0170
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

03/05/10 Review and analyze memorandum opinion regarding
         reclamation and e-mails with debtors'
         professionals regarding same and application to
         unresolved claim objections
         Douglas M. Foley   1.70 hours at  600.00 per hour.   $1,020.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.7 | $1,020.00 |
| TOTAL FEES | | 1.7 | $1,020.00 |

Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

03/01/10 Florence, SC: telephone call and e-mail
         correspondence with K. Wurtenberger (.6);
         e-mail correspondence with P. Reed (.2); e-mail
         correspondence with D. Miller (.1)
         Matthew T. Gunlock    .90 hours at  320.00 per hour.   $288.00

03/02/10 Whitehall, PA: telephone call and e-mail
         correspondence with D. Miller (.4); telephone
         call and e-mail correspondence with B. Fleming
         regarding bidding issues, due diligence and
         purchase agreement (1.3); telephone call and
         e-mail correspondence with bankruptcy counsel
         (.6)
         Matthew T. Gunlock   2.30 hours at  320.00 per hour.   $736.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  23
April 9, 2010

03/02/10   Correspond with debtors' professionals
           regarding potential bidder at auction for
           debtors' real property
           Bryan A. Stark  .50 hours at  335.00 per hour.         $167.50

03/03/10   Whitehall, PA: telephone call and e-mail
           correspondence with J. Hamlin (.3); telephone
           call and e-mail correspondence with bankruptcy
           counsel (.5); telephone call and e-mail
           correspondence with B. Fleming (1.0); review
           purchase agreement in connection with questions
           regarding bidding procedures and auction
           process (.3)
           Matthew T. Gunlock   2.10 hours at  320.00 per hour.   $672.00

03/03/10   Florence, SC: e-mail correspondence with K.
           Wurtenberger
           Matthew T. Gunlock   .20 hours at  320.00 per hour.     $64.00

03/04/10   Whitehall, PA: telephone call and e-mail
           correspondence with J. Bruton (.5); telephone
           call and e-mail correspondence with B. Fleming
           regarding property and bid procedures (.4);
           e-mail correspondence with bankruptcy counsel
           (.3)
           Matthew T. Gunlock   1.20 hours at  320.00 per hour.   $384.00

03/05/10   Whitehall, PA: e-mail correspondence with B.
           Fleming and bankruptcy counsel (.3); review
           purchase agreement regarding bidding procedures
           (.3)
           Matthew T. Gunlock   .60 hours at  320.00 per hour.    $192.00

03/08/10   Whitehall, PA: telephone call and e-mail
           correspondence with D. Miller (.3); telephone
           call and e-mail correspondence with B. Fleming
           (.8); review resolution regarding parking lot
           removal (.8); review exhibit to vesting deed
           (.4)
           Matthew T. Gunlock   2.30 hours at  320.00 per hour.   $736.00

03/09/10   Whitehall, PA: telephone call and e-mail
           correspondence with B. Fleming (.8); e-mail
           correspondence with bankruptcy counsel (.4);
           e-mail correspondence with J. Bruton regarding
           bidding procedures (.3)
           Matthew T. Gunlock   1.50 hours at  320.00 per hour.   $480.00

Circuit City Stores Inc
File Number: 2055557                         Page  24
Invoice No. 91239900                         April 9, 2010

03/09/10  Florence, SC: e-mail correspondence with D.
          Miller (.1); review purchase agreement
          regarding diligence period (.2); e-mail
          correspondence with K. Wurtenberger (.2)
          Matthew T. Gunlock   .50 hours at  320.00 per hour.      $160.00

03/10/10  Telephone conference and e-mails with debtors'
          professionals regarding status of transaction
          for DR1 Property and legal issues regarding
          same
          Douglas M. Foley   .70 hours at  600.00 per hour.        $420.00

03/10/10  Whitehall, PA: e-mail correspondence with
          bankruptcy counsel (.6); e-mail correspondence
          with B. Stern Fleming (.8); review purchase
          agreement and backup materials regarding
          property regarding questions from B. Stern
          Fleming (.8)
          Matthew T. Gunlock   2.20 hours at  320.00 per hour.     $704.00

03/11/10  E-mails regarding status of DR1 sale
          transaction
          Douglas M. Foley   .30 hours at  600.00 per hour.        $180.00

03/11/10  Whitehall, PA: e-mail correspondence with B.
          Stern Fleming regarding property (.7); e-mail
          correspondence with D. Miller (.2)
          Matthew T. Gunlock   .90 hours at  320.00 per hour.      $288.00

03/11/10  Florence, SC: telephone call and e-mail
          correspondence with K. Wurtenberger (.3);
          review title commitment for property (.8)
          Matthew T. Gunlock   1.10 hours at  320.00 per hour.     $352.00

03/15/10  Review Berkadia response and e-mails with
          debtors' professionals regarding same
          Daniel F. Blanks   .40 hours at  415.00 per hour.        $166.00

03/15/10  Review, analyze, file and arrange for service
          of objection to motion to compel assumption or
          rejection of a lease
          Bryan A. Stark   1.20 hours at  335.00 per hour.         $402.00

03/16/10  Whitehall, PA: conference call for auction
          (1.7); e-mail correspondence with bankruptcy
          counsel (.5); e-mail correspondence with D.
          Miller (.2)
          Matthew T. Gunlock   2.40 hours at  320.00 per hour.     $768.00

Circuit City Stores Inc
File Number: 2055557                          Page  25
Invoice No. 91239900                          April 9, 2010

03/17/10 Analyze issues and e-mails regarding sale
         orders for tomorrow's hearing
         Sarah B. Boehm    .30 hours at  495.00 per hour.        $148.50

03/17/10 Whitehall, PA: numerous revisions of purchase
         agreement to reflect auction results (2.3);
         telephone call and e-mail correspondence with
         D. Miller (.8); telephone call and e-mail
         correspondence with B. Fleming (1.7); review
         comments to purchase agreement (1.0); revise
         form of owner's affidavit (.3); prepare and
         transmit signature pages (.3); e-mail
         correspondence with bankruptcy counsel (.5)
         Matthew T. Gunlock  6.90 hours at 320.00 per hour.    $2,208.00

03/18/10 Revise, finalize and submit sale orders
         regarding Whitehall and Louisville asset sales
         and multiple calls and e-mails regarding same
         Sarah B. Boehm    .50 hours at  495.00 per hour.        $247.50

03/18/10 Whitehall, PA: e-mail correspondence with
         purchaser's counsel (.7); e-mail correspondence
         with bankruptcy counsel (.5); finalize purchase
         agreement for bankruptcy hearing (.6); e-mail
         correspondence with D. Miller (.1)
         Matthew T. Gunlock  1.90 hours at  320.00 per hour.     $608.00

03/19/10 Multiple calls and e-mails regarding entry of
         real estate orders and certified copies to
         buyer's counsel
         Sarah B. Boehm    .60 hours at  495.00 per hour.        $297.00

03/19/10 Whitehall, PA: e-mail correspondence with
         bankruptcy counsel (.3); e-mail correspondence
         with purchaser's counsel (.3)
         Matthew T. Gunlock    .60 hours at  320.00 per hour.    $192.00

03/19/10 Florence, SC: e-mail correspondence with J.
         Avallone (.1); e-mail correspondence with K.
         Wurtenberger (.1)
         Matthew T. Gunlock    .20 hours at  320.00 per hour.     $64.00

03/22/10 Florence, SC: review termination letter (.2);
         e-mail correspondence with D. Miller and J.
         Avallone (.1)
         Matthew T. Gunlock    .30 hours at  320.00 per hour.     $96.00

03/23/10 Analyze issues and e-mails regarding real
         estate closing documents and expiration of
         appeal deadlines
         Sarah B. Boehm    .20 hours at  495.00 per hour.         $99.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  26
April 9, 2010

03/23/10 Whitehall, PA: telephone call and e-mail
         correspondence with B. Stern-Fleming (.8);
         e-mail correspondence with bankruptcy counsel
         (.3); review purchase agreement regarding
         upcoming closing (.3); prepare form of taxpayer
         ID certificate and transmit same (.3)
         Matthew T. Gunlock   1.70 hours at  320.00 per hour.      $544.00

03/24/10 Whitehall, PA: e-mail correspondence with B.
         Stern-Fleming (.5); review organization
         documents for purchaser (.5); review purchase
         agreement regarding closing matters (.4)
         Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

03/25/10 Whitehall, PA: e-mail correspondence with B.
         Stern Fleming (.6); review purchase agreement
         regarding closing deliverables (.3)
         Matthew T. Gunlock   .90 hours at  320.00 per hour.       $288.00

03/26/10 Whitehall, PA: e-mail correspondence with B.
         Stern Fleming regarding closing documents (.6);
         review form of 1099 (.3); e-mail correspondence
         with D. Miller (.1)
         Matthew T. Gunlock   1.00 hours at  320.00 per hour.      $320.00

03/29/10 Whitehall, PA: e-mail correspondence with B.
         Stern Fleming regarding closing (.3); e-mail
         correspondence with D. Miller (.1)
         Matthew T. Gunlock   .40 hours at  320.00 per hour.       $128.00

03/30/10 Whitehall, PA: e-mail correspondence with D.
         Miller (.1); e-mail correspondence with B.
         Stern Fleming (.3)
         Matthew T. Gunlock   .40 hours at  320.00 per hour.       $128.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 1.0 | $600.00 |
| Sarah B. Boehm | $495.00 | 1.6 | $792.00 |
| Daniel F. Blanks | $415.00 | 0.4 | $166.00 |
| Bryan A. Stark | $335.00 | 1.7 | $569.50 |
| Matthew T. Gunlock | $320.00 | 33.9 | $10,848.00 |
| TOTAL FEES | | 38.6 | $12,975.50 |

Re: Utilities Matters
    Our File No.              2055557-0210
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  27
April 9, 2010

03/26/10 Review correspondence regarding request from
         blocked utility account and e-mails regarding
         same
         Sarah B. Boehm    .20 hours at  495.00 per hour.         $99.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.2 | $99.00 |
| TOTAL FEES | | 0.2 | $99.00 |

Re: Tax Matters
    Our File No.          2055557-0240
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

03/01/10 Attention to interest vetting issue (2.2);
         attention to employment tax issue (.4);
         attention to appraisal draft on Henrico County
         property tax claim (.6)
         Craig D. Bell   3.20 hours at  570.00 per hour.      $1,824.00

03/02/10 Attention and analysis of EIN problem raised by
         IRS
         Craig D. Bell   3.50 hours at  570.00 per hour.      $1,995.00

03/02/10 Follow-up on IRS information request (.7);
         conference with J. McDonald and C. Bell
         regarding same (.3)
         Jonathan G. Neal   1.00 hours at  365.00 per hour.     $365.00

03/02/10 E-mails with taxing authorities, E&Y, debtors'
         professionals regarding tax issues, appeals,
         and appraisals
         Daniel F. Blanks   1.20 hours at  415.00 per hour.     $498.00

03/03/10 E-mails regarding personal property tax claims
         and appraisal for Henrico County claims
         Douglas M. Foley    .70 hours at  600.00 per hour.     $420.00

03/03/10 Telephone call with IRS attorney on various
         federal tax claims (.6); attention to same
         (.9); conference call with client
         representatives (1.3); second telephone call
         with IRS attorney (.3); attention to Virginia
         and Hawaii tax claims (.3); attention to
         interest accrual issue (2.5)
         Craig D. Bell   5.90 hours at  570.00 per hour.      $3,363.00

Circuit City Stores Inc
File Number: 2055557                         Page  28
Invoice No. 91239900                         April 9, 2010

03/03/10  Prepare for and participate in conference call
          with IRS regarding resolution of tax claims and
          review and analyze claims, pleadings, charts,
          stipulations, and other information regarding
          same and research issues regarding same and
          telephone conference with client regarding same
          (1.4); e-mails with client and debtors'
          professionals regarding Henrico (.4)
          Daniel F. Blanks    1.80 hours at  415.00 per hour.        $747.00

03/04/10  Two telephone calls with IRS attorney to
          negotiate various outstanding tax claims (.9);
          attention to federal tax claims and restricted
          interest issue raised by IRS (2.2); prepare
          note to client (.2); conference call with
          client's valuation expert on state property tax
          claims (.8); attention to same (.7)
          Craig D. Bell    4.80 hours at  570.00 per hour.         $2,736.00

03/04/10  Telephone conference with E&Y regarding
          appraisal and related issues and review and
          analyze documents, charts, and other material
          regarding same and analyze strategies regarding
          same
          Daniel F. Blanks    1.30 hours at  415.00 per hour.        $539.50

03/05/10  Attention to restricted interest and offset
          issues
          Craig D. Bell    1.70 hours at  570.00 per hour.          $969.00

03/08/10  Detailed review of final valuation report on
          tangible business property prepared by E&Y
          (1.3); attention to same (1.6); review and
          respond to IRS attorney e-mail (.2); prepare
          note to client (.2)
          Craig D. Bell    3.40 hours at  570.00 per hour.         $1,938.00

03/09/10  Attention to Henrico County property tax claims
          Craig D. Bell    2.20 hours at  570.00 per hour.         $1,254.00

03/11/10  Attention to restricted issue raised by IRS
          proof of claim
          Craig D. Bell    2.60 hours at  570.00 per hour.         $1,482.00

03/12/10  Review appraisal for Henrico and e-mails with
          Henrico regarding same
          Daniel F. Blanks     .60 hours at  415.00 per hour.        $249.00

Circuit City Stores Inc
File Number: 2055557                        Page  29
Invoice No. 91239900                        April 9, 2010

03/15/10  Meeting with IRS attorney on employment tax and
          restricted interest issues (1.0); attention to
          same (1.4); attention to Henrico County
          property tax claim issues (.9)
          Craig D. Bell   3.30 hours at  570.00 per hour.        $1,881.00

03/16/10  Review selected audit documents (.7); research
          restricted interest issue for tax year 2007
          (1.6)
          Craig D. Bell   2.30 hours at  570.00 per hour.        $1,311.00

03/16/10  E-mails with taxing authorities regarding tax
          claims and related issues
          Daniel F. Blanks   .50 hours at  415.00 per hour.       $207.50

03/18/10  Participate in client meeting relating to tax
          and unclaimed property issues (1.2); attention
          to sale leaseback issues (2.4); attention to
          local California tax claim (.6)
          Craig D. Bell   4.20 hours at  570.00 per hour.        $2,394.00

03/23/10  Analysis on BTPP valuation methodologies to
          challenge County's valuation method (2.4);
          attention to appraisal (2.0)
          Craig D. Bell   4.40 hours at  570.00 per hour.        $2,508.00

03/23/10  E-mails and telephone conferences with taxing
          authorities regarding taxes, tax claims and
          related issues
          Daniel F. Blanks   2.20 hours at  415.00 per hour.      $913.00

03/24/10  Attention to Henrico County local tax claim
          Craig D. Bell   2.10 hours at  570.00 per hour.        $1,197.00

03/25/10  Attention to multiple state and local tax
          claims (1.4); prepare for settlement
          negotiations with Henrico County on large
          property tax claim (1.8)
          Craig D. Bell   3.20 hours at  570.00 per hour.        $1,824.00

03/26/10  E-mails regarding post petition tax issues and
          response to same from counsel for Texas taxing
          authorities
          Douglas M. Foley   .30 hours at  600.00 per hour.       $180.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  30
April 9, 2010

03/26/10  Prepare for settlement call with Henrico County
          (1.2); conference call with Henrico County on
          property tax claims (.8); review E&Y Henrico
          County appraisal (.7); conference call with
          client reps and E&Y on Henrico County claims
          (.6); attention to issues to be resolved on
          same (.7)
          Craig D. Bell   4.00 hours at  570.00 per hour.          $2,280.00

03/26/10  Prepare for and participate in telephone
          conferences with Henrico and client regarding
          resolution of tax claims and resolution of tax
          issues regarding same and review material
          regarding same
          Daniel F. Blanks   2.60 hours at  415.00 per hour.       $1,079.00

03/29/10  Review e-mail from client representative on
          Texas tax claim (.3); analysis on Texas
          franchise tax claim (1.2); attention to Henrico
          tax claim (1.4)
          Craig D. Bell   2.90 hours at  570.00 per hour.          $1,653.00

03/30/10  Review claims and issues and strategies
          regarding taxes and e-mails and telephone
          conferences with taxing authorities, debtors'
          professionals and tax department regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.          $332.00

03/31/10  E-mails regarding various tax issues and
          projects pending including resolution of
          pending claim objections, tax audit work and
          contingency fee work for E&Y supplemental
          employment application
          Douglas M. Foley   .30 hours at  600.00 per hour.          $180.00

03/31/10  Review documents and comments from client's
          valuation experts (.9); attention to Henrico
          County property tax claims (2.4); conference
          call with client and appraisers (.6)
          Craig D. Bell   3.90 hours at  570.00 per hour.          $2,223.00

03/31/10  Multiple telephone conferences and e-mails with
          E&Y, debtors' professionals, J. Knopke and J.
          McDonald regarding tax issues and resolution of
          claims and related issues and review and
          analyze claims regarding same and research
          issues regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.       $1,037.50

| Timekeeper        | Rate/HR | Hours | Fees        |
|-------------------|---------|-------|-------------|
| Douglas M. Foley  | $600.00 | 1.3   | $780.00     |
| Craig D. Bell     | $570.00 | 57.6  | $32,832.00  |

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91239900                                   April 9, 2010

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 13.5 | $5,602.50 |
| Jonathan G. Neal | $365.00 | 1.0 | $365.00 |
| | TOTAL FEES | 73.4 | $39,579.50 |

**Re: Claims Administration**
      Our File No.                2055557-0250
      Circuit City Contact        Katie Bradshaw
      McGuireWoods Contact        Douglas M. Foley

03/01/10 Telephone conference with P. Black regarding
         SPHE claims in Circuit City case and status of
         stipulation
         Douglas M. Foley    .30 hours at  600.00 per hour.          $180.00

03/01/10 Analyze documents regarding board minutes and
         e-mails regarding same (.5); continue claim
         objection resolutions, analyze documents, draft
         and revise stipulations, revise adjourned
         claims chart and multiple calls and e-mails
         regarding same (4.5); review entered orders and
         e-mails regarding same (.2)
         Sarah B. Boehm   5.20 hours at  495.00 per hour.          $2,574.00

03/01/10 Continue resolution of claims and multiple
         telephone conferences and e-mails with
         claimants, debtors' professionals and other
         parties regarding same and review and analyze
         claims, pleadings, charts, and documents
         regarding same and research issues regarding
         same and draft claim withdrawal for tax claims
         and related issues
         Daniel F. Blanks   5.90 hours at  415.00 per hour.        $2,448.50

03/02/10 Several e-mails and telephone conferences with
         creditors' counsel, debtors' professionals and
         client regarding status of resolution of
         various unresolved claim objections including
         late claim motions and analyze issues relating
         to contract rejection claims
         Douglas M. Foley   1.80 hours at  600.00 per hour.        $1,080.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  32
April 9, 2010

03/02/10  Analyze stipulations and update chart regarding
          objection deadlines and e-mails regarding same
          (.3); analyze issues and e-mails regarding omni
          24 (.4); revise, finalize and submit claim
          orders and multiple e-mails regarding same
          (.7); analyze late claim issues and e-mails
          regarding strategy for resolving same (.7);
          continue claim objection resolutions, analyze
          documents and multiple calls and e-mails
          regarding same (1.1)
          Sarah B. Boehm   3.20 hours at  495.00 per hour.          $1,584.00

03/02/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with debtors'
          professionals and claimants regarding same and
          review and analyze claims, pleadings, charts,
          documents and other items regarding same and
          draft and file notices of hearings regarding
          same
          Daniel F. Blanks   5.40 hours at  415.00 per hour.        $2,241.00

03/02/10  Review and analyze docket for objections to
          proofs of claim (.2); correspond with debtors'
          professionals regarding same (.2); review and
          analyze affidavits of service, debtors'
          schedules, and claims registry relating to
          surrogate court (.3); correspond with surrogate
          court regarding second administrative bar date
          (.4); correspond with debtors' professionals
          regarding same (.2); review documentation
          regarding claim of creditor (.2); review and
          analyze omnibus objections, draft notice of
          hearing on merits, and file same (.7); review
          and analyze receivables information relating to
          49th omnibus objection and correspond with
          Debtors regarding same (.5); review and file
          notice of withdrawal of motion relating to
          publication notice (.4)
          Bryan A. Stark   3.10 hours at  335.00 per hour.          $1,038.50

03/02/10  Review and revise omnibus objections response
          charts
          Linda J. Neilson   1.50 hours at  200.00 per hour.          $300.00

03/03/10  E-mails with counsel for parties filing motions
          for allowance of late proofs of claim and
          proposed settlements regarding same (.3);
          e-mails regarding status of Teledynamics claim
          (.2)
          Douglas M. Foley   .50 hours at  600.00 per hour.           $300.00

Circuit City Stores Inc
File Number: 2055557                          Page  33
Invoice No. 91239900                          April 9, 2010

03/03/10  Analyze FTI and McGuireWoods' adjourned claims
          chart discrepancies, analyze pleadings, revise
          charts and e-mails regarding same (1.4);
          analyze late claim issues and e-mails regarding
          same (.7); continue claim objection
          resolutions, analyze documents, revise charts
          and multiple calls and e-mails regarding same
          (3.2)
          Sarah B. Boehm   5.30 hours at  495.00 per hour.           $2,623.50

03/03/10  Continue resolution of claims and review and
          analyze claims, pleadings, charts, documents,
          and other material regarding same and multiple
          telephone conferences and e-mails with parties
          regarding same and research issues regarding
          same
          Daniel F. Blanks   3.80 hours at  415.00 per hour.         $1,577.00

03/03/10  Review receivables support for setoff and
          correspond with creditor's counsel regarding
          same (.8)
          Bryan A. Stark   .80 hours at  335.00 per hour.              $268.00

03/03/10  Review pending objections to claims (.2);
          exchange e-mails with opposing counsel
          regarding same (.1)
          Lori Michelle Scott   .30 hours at  335.00 per hour.         $100.50

03/03/10  Review and revise omnibus objection response
          charts
          Linda J. Neilson   1.90 hours at  200.00 per hour.           $380.00

03/04/10  Review draft of reply brief on omni 56 relating
          to change of control issue and e-mails with
          debtors' professionals regarding same (.9);
          telephone conference and e-mails with debtors'
          regarding status of resolution of various
          unresolved claim objections including Alliance,
          Navarre, Symantec and 503(b)(9) claimants (.8)
          Douglas M. Foley   1.70 hours at  600.00 per hour.         $1,020.00

03/04/10  Analyze and revise notice regarding omni 56,
          review pleadings for filing and multiple
          e-mails regarding same (.7); analyze Toshiba
          claims and multiple e-mails regarding exhibit
          for omni 46 supplemental order (.4); analyze
          and revise SDI and FM stipulations and multiple
          e-mails regarding same (.9); continue claim
          objection resolutions, analyze claims and
          documents and multiple calls and e-mails
          regarding same (2.5); continue analysis of FTI

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  34
April 9, 2010

|  |  |  |
|---|---|---|
|  | and MW adjourned claims charts and revise same and multiple e-mails regarding same (1.2)<br>Sarah B. Boehm   5.70 hours at   495.00 per hour. | $2,821.50 |
| 03/04/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other material regarding same and research issues regarding same<br>Daniel F. Blanks   6.10 hours at   415.00 per hour. | $2,531.50 |
| 03/04/10 | Draft notice of reply in support of 56th omnibus objection (.4); review and analyze reply in support, prepare for filing and file with Court (.8); correspond with Debtors' professionals regarding same (.4)<br>Bryan A. Stark   1.60 hours at   335.00 per hour. | $536.00 |
| 03/04/10 | Review claims objections and work with opposing counsel toward resolutions<br>Lori Michelle Scott    .70 hours at   335.00 per hour. | $234.50 |
| 03/04/10 | Review and revise omnibus objections response charts<br>Linda J. Neilson   2.30 hours at   200.00 per hour. | $460.00 |
| 03/05/10 | Review and analyze status of unresolved claims and claims waterfall chart and e-mails with debtors' professionals regarding same (1.6); e-mails with creditors' counsel regarding adjournment as to certain claimants and omnibus objection number 56 (.3)<br>Douglas M. Foley   1.90 hours at   600.00 per hour. | $1,140.00 |
| 03/05/10 | Multiple calls and e-mails regarding omni 56 adjournment, settlement offer and hearing on merits (.9); analyze and revise adjourned claims chart and e-mails regarding same (.6); analyze issues regarding SDI and FM stipulations and e-mails regarding same (.8); analyze reclamation opinion and e-mails regarding same (.5); continue claim objection resolutions, analyze documents, prepare orders, and multiple calls and e-mails regarding same (1.4); analyze equity claims going forward on merits and e-mails regarding same (.4)<br>Sarah B. Boehm   4.60 hours at   495.00 per hour. | $2,277.00 |

Circuit City Stores Inc
File Number: 2055557                          Page  35
Invoice No. 91239900                          April 9, 2010

03/05/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other material regarding
          same and research issues regarding same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.        $1,909.00

03/05/10  Review and analyze Court's memorandum opinion
          on reconciliation issue (.6); revise draft
          stipulation in accordance with order and
          forward to counsel for review (.5); correspond
          with counsel regarding same (.2)
          Bryan A. Stark   1.30 hours at  335.00 per hour.          $435.50

03/05/10  Work on pending response chart
          Karen B. Cain   2.10 hours at  215.00 per hour.           $451.50

03/07/10  Continued preparation for hearings on March 8th
          regarding various executory contract claims and
          other unresolved claim matters on for hearing
          on March 8th
          Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

03/08/10  Review notices of appeal and statement of
          issues on appeal
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

03/08/10  Prepare for and participate in omnibus hearing
          regarding claim matters going forward on merits
          and conference with client and FTI regarding
          same (4.6); review and submit multiple claim
          orders and multiple e-mails regarding same
          (.4); review entered orders and e-mails
          regarding same (.3); continue claim objection
          resolutions, analyze documents, update charts
          and multiple calls and e-mails regarding same
          (.9)
          Sarah B. Boehm   6.20 hours at  495.00 per hour.          $3,069.00

03/08/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties,
          claimants, debtors' professionals regarding
          claims and review and analyze claims,
          pleadings, charts, and other documentation
          regarding same and research issues regarding
          same
          Daniel F. Blanks   6.20 hours at  415.00 per hour.        $2,573.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  36
April 9, 2010

03/08/10  Review and analyze exhibits to draft orders and
          correspond with debtors' professionals
          regarding corrections thereto
          Bryan A. Stark     .40 hours at  335.00 per hour.          $134.00

03/08/10  Coordinate with opposing counsel to resolve
          various claims objections
          Lori Michelle Scott     .50 hours at  335.00 per hour.     $167.50

03/08/10  Review and revise omnibus objections response
          charts
          Linda J. Neilson    1.80 hours at  200.00 per hour.        $360.00

03/09/10  Several e-mails regarding status of unresolved
          motions to allow late filed claims and
          propounding and review drafts of discovery
          regarding same (.9); e-mails regarding motions
          for leave to appeal and opposition to same
          (.3); e-mails with creditors' counsel regarding
          status of resolution of source interlink claim
          stipulation (.3); review updated unresolved
          claim objection resolution chart and e-mails
          with debtors' professionals regarding same
          (.3); analyze issues regarding Motorola
          accounts receivable and demand letter and
          analyze issues regarding same (.3); review
          briefs in opposition to motions for leave for
          interlocutory appeal and telephone conference
          and e-mails with debtors' professionals
          regarding same (1.4); review and analyze motion
          to consolidate appeals (.4)
          Douglas M. Foley   3.90 hours at  600.00 per hour.       $2,340.00

03/09/10  Analyze, finalize and file pleadings regarding
          omni 51 and 52 appeals and multiple e-mails
          regarding same (1.4); analyze and revise claim
          orders, finalize and submit claim orders, and
          multiple e-mails regarding same (1.1); continue
          claim objection resolutions, analyze claims and
          documents, draft and revise stipulations,
          update charts and multiple calls and e-mails
          regarding same (2.0); review hearing agenda
          regarding claim matters and e-mails regarding
          same (.6); draft discovery regarding Sennheiser
          late claim motion and analyze claims and
          pleadings regarding same (2.1)
          Sarah B. Boehm   7.20 hours at   495.00 per hour.        $3,564.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  37
April 9, 2010

03/09/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other material regarding
          same and research issues regarding same
          Daniel F. Blanks   4.50 hours at  415.00 per hour.        $1,867.50

03/09/10  Review omnibus reply to motion for leave to
          appeal
          Bryan A. Stark    .50 hours at  335.00 per hour.            $167.50

03/09/10  Coordinate with opposing counsel to resolve
          various claims objections (1.5); draft
          supplemental order on omnibus claims objection
          (.5)
          Lori Michelle Scott   2.00 hours at  335.00 per hour.       $670.00

03/09/10  Review and revise omnibus objections response
          chart
          Linda J. Neilson   2.50 hours at  200.00 per hour.          $500.00

03/10/10  Several e-mails with debtors' professionals and
          client regarding updates and revisions to
          omnibus unresolved claim objection chart and
          review same (1.8); review claims waterfall as
          of March 10th (.3)
          Douglas M. Foley   2.10 hours at  600.00 per hour.        $1,260.00

03/10/10  Continue claim objection resolutions, analyze
          claims and documents, draft and revise
          stipulations and notices of settlement and
          multiple calls and e-mails regarding same
          (3.7); review and file motion to consolidate
          claim appeals and e-mails regarding same (.3);
          revise, analyze and submit claim orders and
          multiple e-mails regarding same (.9); analyze
          claims, pleadings and issues and e-mails
          regarding late claims (.7)
          Sarah B. Boehm   5.60 hours at  495.00 per hour.         $2,772.00

03/10/10  Continue resolution of claims and multiple
          telephone conferences and e-mails regarding
          same and review and analyze claims, pleadings,
          charts, and other material regarding same and
          research issues regarding same and review
          preference charts and other materials regarding
          same and draft and file notices of deposition
          regarding same
          Daniel F. Blanks   5.90 hours at  415.00 per hour.        $2,448.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  38
April 9, 2010

03/10/10  Contact and correspond with creditors and
          debtors regarding corrected order on omnibus
          objection (1.4); review and analyze information
          regarding receivables and 48th omnibus
          objection to claims (.8); correspond with
          debtors, debtors' professionals, and counsel to
          creditor regarding status of claims resolutions
          (1.2); review and update claims chart (.6);
          review and analyze notice of deposition (.2);
          correspond with creditors regarding status of
          information and document requests (.4)
          Bryan A. Stark   4.60 hours at  335.00 per hour.        $1,541.00

03/10/10  Work with opposing counsel to resolve various
          claims objections
          Lori Michelle Scott   1.50 hours at  335.00 per hour.     $502.50

03/10/10  Retrieve and organize documents regarding
          Ashley Isaac ( 1.3 hours); review and revise
          omnibus objections response chart (2.1 hours)
          Linda J. Neilson   3.40 hours at  200.00 per hour.        $680.00

03/11/10  E-mails regarding final documentation of Source
          Interlink claim stipulation
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

03/11/10  Analyze issues and conference regarding
          objections to 503(b)(9) claims and ruling on
          receipt (.5); analyze and revise exhibit to
          agenda regarding all claim objection matters
          (1.1); analyze and revise agenda regarding all
          claim objection matters (.3); continue claim
          objection resolutions, analyze documents and
          claims, review proposed orders, review
          stipulations and multiple calls and e-mails
          regarding same (1.8); review entered orders and
          e-mails regarding same (.3)
          Sarah B. Boehm   4.00 hours at  495.00 per hour.        $1,980.00

03/11/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          creditors and parties in interest regarding
          same and research issues regarding same (3.1);
          revise and file notice of deposition for A.
          Isaac and e-mails and telephone conferences
          regarding same (.5)
          Daniel F. Blanks   3.60 hours at  415.00 per hour.      $1,494.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

03/11/10  Review docket for objections to settlements and
          correspond with debtors' professionals
          regarding same (.3); file certificate of no
          objection for notice of settlement and arrange
          for service (.4); review stipulation and
          correspondence and answer questions regarding
          draft stipulation (1.6); correspond with
          debtors regarding resolution of omnibus
          objection (.4); prepare consent order regarding
          settlement and submit to Court (.6); correspond
          with creditors regarding correction to order,
          draft order, and work with debtors'
          professionals to prepare exhibit (2.4);
          correspond with debtors' professionals
          regarding settlement and prepare and file
          settlement and arrange for service (.8)
          Bryan A. Stark   6.50 hours at  335.00 per hour.          $2,177.50

03/11/10  Work with opposing counsel to resolve various
          claims objections
          Lori Michelle Scott    .70 hours at  335.00 per hour.     $234.50

03/11/10  Draft and revise agenda exhibit of pending
          objections and responses and review chart and
          pleadings regarding same
          Karen B. Cain   4.70 hours at  215.00 per hour.           $1,010.50

03/12/10  E-mails regarding status of late claim motions
          and resolution of same (.7); review and revise
          various claims stipulations and finalized same
          for filing (.6)
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

03/12/10  Continue to revise agenda and exhibit regarding
          status of all claim matters and multiple calls
          and e-mails regarding same (.9); analyze and
          revise adjourned claims chart (.3); continue
          claim objection resolutions, analyze documents
          and claims, review orders and stipulations, and
          multiple calls and e-mails regarding same
          (2.2); analyze issues and strategy regarding
          late claim motions, analyze documents and
          discovery and multiple (.4)
          Sarah B. Boehm   3.80 hours at  495.00 per hour.          $1,881.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  40
April 9, 2010


03/12/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts and other issues and research
          issues regarding same and draft and prepare
          orders and exhibits and stipulations regarding
          same
          Daniel F. Blanks   6.90 hours at  415.00 per hour.        $2,863.50

03/12/10  Review and analyze documentation and draft
          settlement agreement (2.2); correspond with
          creditors' counsel regarding same (.2); modify
          and finalize corrected order and submit to
          Court for entry (.6); review, finalize and file
          stipulations resolving omnibus objections
          (1.1); correspond with debtors' professionals
          regarding same (.7); review docket for filings
          and correspond with debtors' professionals and
          counsel to creditors regarding consent order
          (.6); finalize and submit supplemental orders
          resolving omnibus objections to Court (.8);
          review, finalize and submit order staying
          appeal pending stipulation discussions and
          correspond with debtors' professionals
          regarding same (.4)
          Bryan A. Stark   6.60 hours at  335.00 per hour.          $2,211.00

03/12/10  Review and revise 3/18 hearing agenda and
          exhibit A
          Linda J. Neilson   2.10 hours at  200.00 per hour.          $420.00

03/12/10  Draft and revise agenda exhibit of pending
          objections and responses and review chart and
          pleadings regarding same
          Karen B. Cain   3.20 hours at  215.00 per hour.             $688.00

03/15/10  Review and revise several stipulations
          regarding claims settlements and e-mails with
          debtors' professionals and creditors' counsel
          and client regarding same (3.7); review claims
          tracking chart and responsible professionals
          for resolution and update same including
          memorandum to CRO and review memorandum to CRO
          regarding same (.6)
          Douglas M. Foley   4.30 hours at  600.00 per hour.        $2,580.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  41
April 9, 2010

03/15/10  Analyze, revise and finalize agenda and exhibit
          regarding status of adjourned claims, analyze
          documents, docket and chart, and multiple calls
          and e-mails regarding same (2.7); continue
          claim objection resolutions, analyze issues
          regarding 503(b)(9) claims outside of 20 days,
          review, finalize and file stipulations, analyze
          claims and pleadings, revise charts, and
          multiple calls and e-mails regarding same (3.4)
          Sarah B. Boehm   6.10 hours at  495.00 per hour.        $3,019.50

03/15/10  Prepare supplemental orders regarding
          resolution of claims and continued resolution
          of claims and multiple telephone conferences
          and e-mails with parties regarding same and
          review and analyze claims, pleadings, charts,
          and other materials regarding same
          Daniel F. Blanks   6.20 hours at  415.00 per hour.      $2,573.00

03/15/10  Review and analyze objections, responses and
          stipulations and answer questions relating to
          draft stipulations (.8); correspond with
          creditors regarding status and changes to draft
          stipulation (.5); review and analyze and file
          notices of settlements and arrange for service
          (1.2)
          Bryan A. Stark   2.50 hours at  335.00 per hour.          $837.50

03/16/10  Analyze and revise adjourned claims chart and
          multiple calls and e-mails regarding same (.7);
          analyze notices of hearing on merits for
          multiple claimants and e-mails regarding same
          (.3); continue claim objection resolutions,
          analyze documents and claims, analyze and
          revise stipulations and orders, and multiple
          calls and e-mails regarding same (1.9)
          Sarah B. Boehm   2.90 hours at  495.00 per hour.        $1,435.50

03/16/10  Continue resolution of claims and multiple
          telephone conferences with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same and
          research issues regarding same and draft
          stipulations and orders regarding same
          Daniel F. Blanks   6.60 hours at  415.00 per hour.      $2,739.00

Circuit City Stores Inc
File Number: 2055557                        Page   42
Invoice No. 91239900                        April 9, 2010

03/16/10  Draft and file notices to go forward on merits
          for various omnibus objections, file with
          Court, and arrange for service (3.4);
          correspond with debtors' professionals and
          debtors regarding stipulations filed (.7);
          review and analyze creditors' documents in
          response to 49th omnibus objection to claims
          and correspond with debtors regarding same (.8)
          Bryan A. Stark   4.90 hours at  335.00 per hour.        $1,641.50

03/16/10  Review and revise omnibus objections response
          charts
          Linda J. Neilson   1.70 hours at  200.00 per hour.        $340.00

03/17/10  Finalize and submit Panasonic findings of fact
          and conclusions of law and e-mails regarding
          same (.3); analyze and revise A. Isaac late
          claim brief and research and analyze cases
          regarding same (.6); analyze issues and
          multiple calls regarding late claim motions and
          discovery (.7); review claim orders and e-mails
          regarding same and updates to chart regarding
          same (.3); review claim summary chart for
          omnibus hearing and e-mails regarding same
          (.3); continue claim objection resolutions,
          analyze documents and claims, review chart,
          stipulations and orders, and multiple calls and
          e-mails regarding same (1.2)
          Sarah B. Boehm   3.40 hours at  495.00 per hour.        $1,683.00

03/17/10  Continued resolution of claims and multiple
          telephone conferences regarding same and review
          and analyze claims, pleadings, notices, and
          other items regarding same and research issues
          regarding same (3.5); draft response to A.
          Isaac and review and analyze issues regarding
          same and research issues regarding same (2.9);
          telephone conference and e-mails with Site A's
          motion for late allowance of late claims and
          related issues (1.3)
          Daniel F. Blanks   7.70 hours at  415.00 per hour.        $3,195.50

03/17/10  Review draft stipulation and proofs of claim
          and correspond with creditors' counsel
          regarding same (.8); review and analyze
          discovery requests, draft correspondence
          regarding same, and correspond with debtors'
          professionals regarding service (1.2);
          correspond with debtors regarding draft
          stipulation (.3); correspond with creditor
          regarding demand letter and extension of time
          to respond (.4); research service and receipt

Circuit City Stores Inc
File Number: 2055557                                        Page  43
Invoice No. 91239900                                        April 9, 2010

issue (.6); review, analyze, and prepare motion
for summary judgment and memorandum in support
thereof for filing (.8), draft notice of motion
and hearing of same, file, and arrange for
service (1.1); review, prepare and submit
consent order on motion for late filed claim to
Court (.6)
Bryan A. Stark   5.80 hours at  335.00 per hour.        $1,943.00

03/17/10  E-mail with debtor's professionals regarding
review of documents involving Fleet Management
Erin Q. Ashcroft    .20 hours at  330.00 per hour.       $66.00

03/18/10  Prepared for and attend omnibus hearing
regarding status of various claims and
participated in meeting with clients regarding
same
Douglas M. Foley   3.90 hours at  600.00 per hour.     $2,340.00

03/18/10  Prepare for claims status hearing and revise
chart regarding same (.4); participate in
omnibus hearing regarding claim matters (1.3);
prepare for and participate in claims meeting
regarding status of claim matters and strategy
regarding same (3.7); analyze and revise late
claim objection and e-mails regarding same
(.3); continue claim objection resolutions,
analyze documents and stipulations, and
multiple calls and e-mails regarding same (.7);
analyze e-mails regarding Panasonic findings of
fact and conclusions of law (.2); review
entered claim orders and e-mails regarding same
(.2); review and revise agenda regarding
initial status conference claim matters (.3)
Sarah B. Boehm   7.10 hours at  495.00 per hour.       $3,514.50

03/18/10  Prepare for and participate in conference with
client and debtors' professionals regarding
claims, strategies, and other issues and review
and analyze claims, pleadings, charts, and
other material regarding same and research
issues regarding same (3.3); continue
resolution of claims and multiple telephone
conferences and e-mails with parties regarding
same and review and analyze claims, pleadings,
charts, and other documents regarding same
(1.8); revise and filed response to A. Isaac
and e-mails and telephone conference regarding
same (.6)
Daniel F. Blanks   5.70 hours at  415.00 per hour.     $2,365.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

03/18/10  Prepare for and participate in claims meeting
          (3.2); review, analyze and file reply in
          support of summary judgment motion (.7); review
          notes and draft summary of ongoing settlements
          (.4); correspond with debtors' professionals
          and debtors regarding same (.3); review and
          analyze revised numbers to be incorporated into
          draft settlement and correspond with debtor
          regarding same (.4)
          Bryan A. Stark   5.00 hours at  335.00 per hour.          $1,675.00

03/18/10  Analyze and revise omnibus objections response
          chart
          Linda J. Neilson   2.70 hours at  200.00 per hour.          $540.00

03/19/10  Numerous e-mails with debtors' professionals
          and client and creditors counsel regarding
          status of resolution of various claims and
          scheduling matters for hearings on merits on
          March 25 and April 6 (1.3); e-mails regarding
          discovery requests with respect to late claim
          motions and certain 503(b)(9) claims (.3)
          Douglas M. Foley   1.60 hours at  600.00 per hour.          $960.00

03/19/10  Review and revise Sennheiser discovery, analyze
          pleadings and documents, and multiple calls and
          e-mails regarding settlement negotiations and
          status of other late claim matters (.7);
          analyze issues and multiple calls and e-mails
          regarding class action motions for summary
          judgment and related issues (.5); continue
          claim objection resolutions, analyze documents
          and claims, draft and revise stipulations and
          orders and multiple calls and e-mails regarding
          same (2.4); analyze issues and e-mails
          regarding status of various settlement
          negotiations (.4)
          Sarah B. Boehm   4.00 hours at  495.00 per hour.          $1,980.00

03/19/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other material regarding
          same and research issues regarding same
          Daniel F. Blanks   6.50 hours at  415.00 per hour.          $2,697.50

03/19/10  Review, analyze and submit supplemental orders
          on omnibus objections (.4); negotiate, review
          and revise draft settlement agreement and draft
          notice of same (1.1); correspond with debtors'
          professionals, debtors and creditors' counsel

Circuit City Stores Inc
File Number: 2055557                          Page  45
Invoice No. 91239900                          April 9, 2010

      regarding draft stipulation (.4); review and
analyze discovery requests, finalize and serve
on parties (1.8); correspond with debtors'
professionals regarding same (.4); review,
finalize and file notice of settlement and
arrange for service (.6)
Bryan A. Stark   4.70 hours at  335.00 per hour.          $1,574.50

03/19/10 Work on omnibus objection response chart (3.9);
preparations for claimant deposition (.8)
Karen B. Cain   4.70 hours at  215.00 per hour.          $1,010.50

03/20/10 Correspond with creditors regarding draft
stipulation and revise stipulation
Bryan A. Stark    .40 hours at  335.00 per hour.           $134.00

03/21/10 Analyze reply regarding class proof of claim
objections and e-mails regarding same
Sarah B. Boehm    .40 hours at  495.00 per hour.           $198.00

03/22/10 E-mails regarding omnibus reply regarding class
claim objections (.3); analyze issues and
strategy regarding late claims and multiple
calls and e-mails regarding same (.6); continue
claim objection resolutions, analyze claims,
documents and pleadings, draft and revise
supplemental orders and stipulations, and
multiple calls and e-mails regarding same
(1.8); analyze issues and multiple calls
regarding F. Wilson motion for summary judgment
and related claim objection (.3); analyze and
revise adjourned claims chart and e-mails
regarding same (.4)
Sarah B. Boehm   3.40 hours at  495.00 per hour.          $1,683.00

03/22/10 Review, revise and file reply brief to class
proofs of claim and e-mails with debtors'
professionals and KCC regarding same (1.1);
continue resolution of claims and multiple
telephone conferences and e-mails with parties
regarding same and review, analyze claims,
pleadings, documents, and charts regarding same
and research issues regarding same (5.4)
Daniel F. Blanks   6.50 hours at  415.00 per hour.        $2,697.50

03/22/10 Correspond with creditors' counsel and debtors,
research outstanding issues, and revise draft
stipulation
Bryan A. Stark   1.90 hours at  335.00 per hour.           $636.50

Circuit City Stores Inc
File Number: 2055557                         Page  46
Invoice No. 91239900                         April 9, 2010

03/23/10  Numerous e-mails and analyze issues relating to
          pending late claim motions and late claim
          objections and possible resolution of same and
          review back up documentation regarding same
          (2.7); e-mails regarding statement of issues on
          appeal with respect to ruling on 502(d) and
          application to 503(b)(9) claims (.3)
          Douglas M. Foley   3.00 hours at  600.00 per hour.      $1,800.00

03/23/10  Analyze issues and e-mails regarding appellee
          designations for record on appeal regarding
          claim orders (.4); analyze, revise, finalize
          and file opposition brief and related motion to
          consolidate regarding appeals and multiple
          calls and e-mails regarding same (.6); continue
          claim objection resolutions, analyze claims,
          pleadings and documents, analyze and revise
          stipulations and supplemental orders, revise
          adjourn chart, and multiple calls and e-mails
          regarding same (4.7)
          Sarah B. Boehm   5.70 hours at  495.00 per hour.        $2,821.50

03/23/10  Continue resolution of claims and multiple
          telephone conferences with parties and
          claimants regarding same and review and analyze
          claims, pleadings, charts, and other material
          regarding same and research issues regarding
          same (3.4); e-mails with Site A regarding late
          claim issue (.5)
          Daniel F. Blanks   3.90 hours at  415.00 per hour.      $1,618.50

03/23/10  Correspond with creditors' counsel regarding
          draft stipulation (.8); review, revise, and
          update draft stipulation and circulate for
          review (1.1); review and update draft
          stipulation and e-mail to counsel for sign off
          (.4)
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

03/24/10  Review and analyze several stipulations
          regarding resolutions of various claims
          including SDI and carve out from release
          language relating to flat panel screen
          litigation (.8); e-mails regarding status of
          potential settlement with Audiovox (.4);
          continued preparation for hearing on trial of
          late claim motion for A. Isaacs and review and
          analyze documents and case law regarding same
          (1.7)
          Douglas M. Foley   2.90 hours at  600.00 per hour.      $1,740.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  47
April 9, 2010

| | | |
|---|---|---|
| 03/24/10 | Analyze omnibus objections set for initial status conference, responses to same, e-mails regarding exhibits to orders, prepare for hearing, and multiple calls and e-mails regarding same (1.6); analyze issues and strategy regarding late claims and multiple calls and e-mails regarding same (.8); continue claim objection resolutions, analyze documents and claims, draft correspondence, analyze and revise stipulations and orders, finalize and file SDI, finalize submit claim orders, revise adjourned claims chart, and multiple calls and e-mails regarding same (3.8)<br>Sarah B. Boehm   6.20 hours at  495.00 per hour. | $3,069.00 |
| 03/24/10 | Continued resolution of claims and multiple telephone conferences and e-mails with claimants regarding same and review and analyze claims, pleadings, and other material regarding same and research issues regarding same (5.9); review items and service for A. Isaac and related issues (.8)<br>Daniel F. Blanks   6.70 hours at  415.00 per hour. | $2,780.50 |
| 03/24/10 | Review and analyze omnibus objections regarding various claims and correspond with debtors' professionals regarding same (1.3); correspond with creditor's counsel regarding omnibus objections (.6); correspond with creditor's counsel regarding hearing dates (.3)<br>Bryan A. Stark   2.20 hours at  335.00 per hour. | $737.00 |
| 03/24/10 | Conference with debtor's professionals regarding discovery requests and depositions<br>Erin Q. Ashcroft    .50 hours at  330.00 per hour. | $165.00 |
| 03/25/10 | Prepare for and participate in omnibus hearing regarding omnibus claim objections and related matters (5.8); analyze exhibits for claim orders and e-mails regarding same (.3); continue claim objection resolutions and multiple calls and e-mails regarding same (.6)<br>Sarah B. Boehm   6.70 hours at  495.00 per hour. | $3,316.50 |
| 03/25/10 | Continue resolution of claims and multiple telephone conferences and e-mails with debtors' professionals and claimants regarding same and review and analyze claims, pleadings, and other materials regarding same and research issues regarding same<br>Daniel F. Blanks   2.30 hours at  415.00 per hour. | $954.50 |

Circuit City Stores Inc
File Number: 2055557                           Page  48
Invoice No. 91239900                           April 9, 2010

03/25/10  Review motion to reconsider and other claims
          filings and correspond with debtors'
          professionals regarding same (1.2); finalize
          draft stipulations, draft notices of
          stipulation, file and arrange for service of
          same (2.3);correspond with creditors' counsel
          regarding same (.4); review, analyze and
          provide comments on omnibus objection and draft
          notice of same (.7)
          Bryan A. Stark   4.60 hours at  335.00 per hour.        $1,541.00

03/26/10  Review 70th omni objection for filing (.4);
          review response by Site A relating to excusable
          neglect issues and analyze same (.4); numerous
          e-mails regarding status of various demand
          letters and responses as well as potential
          resolution of late claim matters and proposed
          stipulations regarding same (1.7)
          Douglas M. Foley   2.50 hours at  600.00 per hour.      $1,500.00

03/26/10  Draft, revise, finalize and submit multiple
          claim orders on omnibus objections and draft
          and revise orders regarding motions for summary
          judgment and multiple calls and e-mails
          regarding same (1.8); review notice of hearing
          on merits regarding omni 67 and calls regarding
          same (.2); multiple calls and e-mails with
          counsel regarding omni 56 ruling and order
          (1.1); continue claim objection resolutions,
          analyze documents and correspondence, revise
          orders and stipulations, and multiple calls and
          e-mails regarding same (2.0)
          Sarah B. Boehm   5.10 hours at  495.00 per hour.        $2,524.50

03/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with debtors'
          professionals and claimants regarding same and
          review and analyze claims, pleadings, and other
          materials regarding same and research issues
          regarding same
          Daniel F. Blanks   4.90 hours at  415.00 per hour.      $2,033.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  49
April 9, 2010

| | | |
|---|---|---|
| 03/26/10 | Review and file certificate of no objections (.4); review, analyze, finalize, file and arrange for service of omnibus objection to claims (.9); correspond with debtors' professionals regarding same (.4); draft notice of hearing on merits, file and arrange for service (.4); review and analyze claims regarding setoff objections, research issues, review Debtor's analysis regarding same (1.8) Bryan A. Stark   3.90 hours at  335.00 per hour. | $1,306.50 |
| 03/26/10 | Research and prepare stipulation and agreement regarding Henrico County claims Linda J. Neilson   1.00 hours at  200.00 per hour. | $200.00 |
| 03/28/10 | E-mails regarding adjourned claims chart and analyze same Sarah B. Boehm   .30 hours at  495.00 per hour. | $148.50 |
| 03/29/10 | Telephone conference and e-mails with debtors' professionals regarding status of various unresolved claims including review and analysis of filings and objections in preparation for upcoming hearings Douglas M. Foley   1.40 hours at  600.00 per hour. | $840.00 |
| 03/29/10 | Draft and revise multiple orders regarding motions for summary judgment reclassifying class claims and multiple calls and e-mails regarding same (.7); review pleadings, analyze and revise adjourned claims chart and multiple calls and e-mails regarding same (1.9); continue claim objection resolutions, analyze documents, claims and correspondence, analyze settlement offer, draft and revise stipulations and submit claim orders, and multiple calls and e-mails regarding same (3.3); review upcoming claim status matters for next omnibus hearing and e-mails regarding same (.4) Sarah B. Boehm   6.30 hours at  495.00 per hour. | $3,118.50 |
| 03/29/10 | Draft orders from March 25, 2010 omnibus hearing and review material regarding same regarding claims (.6); continue resolution of claims and multiple telephone conferences and e-mails with debtors' professionals and claimants regarding same and review and analyze claims, pleadings, and other materials regarding same and research issues regarding same (4.7) Daniel F. Blanks   5.30 hours at  415.00 per hour. | $2,199.50 |

Circuit City Stores Inc
File Number: 2055557                           Page  50
Invoice No. 91239900                           April 9, 2010

03/29/10  Review and analyze debtors' and claimants'
          accounts receivables analyses (1.3); review
          documents produced and correspond with debtors,
          debtors' professionals and claimants' counsel
          regarding status and settlement of same (2.0);
          review and analyze claims chart and update
          status of claims and stipulations (.6); review
          docket for objections to stipulations (.2)
          Bryan A. Stark   4.10 hours at  335.00 per hour.        $1,373.50

03/29/10  Review court findings on responses to omnibus
          objections (3.2); work on chart of pending
          responses (2.9); e-mail to and from court
          reporter (.2)
          Karen B. Cain   6.30 hours at  215.00 per hour.         $1,354.50

03/30/10  Numerous e-mails and telephone conferences with
          debtors' counsel, creditors' counsel and client
          regarding status of motion for leave to appeal
          claims rulings and procedures in District Court
          for docketing same and adversary proceedings
          relating thereto (.7); e-mails and analysis of
          potential offer and counteroffer relating to
          Sennheiser late claim motion and late claim
          resolution with respect to 503(b)(9)
          administrative claim (.6)
          Douglas M. Foley   1.30 hours at  600.00 per hour.       $780.00

03/30/10  Analyze hearing transcript regarding omni 56
          and multiple calls and e-mails regarding order
          for same (1.2); analyze issues and strategy
          regarding late claim resolutions and multiple
          calls and e-mails regarding same (.8); revise,
          finalize and submit multiple claim orders and
          calls and e-mails regarding same (.8); review
          draft agenda and multiple e-mails regarding
          status of various matters (.3); continue claim
          objection resolutions, analyze claims and
          pleadings, draft and revise stipulations,
          review exhibits to orders, revise adjourned
          claims chart, and multiple calls and e-mails
          regarding same (2.9)
          Sarah B. Boehm   6.00 hours at  495.00 per hour.        $2,970.00

03/30/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants, debtors' professionals and others
          regarding same and review and analyze claims,
          pleadings, charts, and documents regarding same
          and analyze strategies regarding same
          Daniel F. Blanks   6.80 hours at  415.00 per hour.      $2,822.00

Circuit City Stores Inc
File Number: 2055557                           Page  51
Invoice No. 91239900                           April 9, 2010

| | | |
|---|---|---|
| 03/30/10 | Review, analyze and file notice of settlement (.7); correspond with debtors' professionals regarding outstanding unresolved objections (.4); create file regarding claimant's response to accounts receivable demand, review, analyze and research issues relating to setoff (1.4) Bryan A. Stark   2.50 hours at  335.00 per hour. | $837.50 |
| 03/30/10 | Review and prepare stipulation for Henrico County claims Linda J. Neilson   1.60 hours at  200.00 per hour. | $320.00 |
| 03/30/10 | Analyze and revise chart of omnibus objection responses Karen B. Cain   1.30 hours at  215.00 per hour. | $279.50 |
| 03/31/10 | Review proposed and revise stipulations resolving various claims and e-mails with debtors' professionals and client regarding same (1.8); telephone conference with creditors' counsel regarding finalization of form of order relating to 56th omnibus claim objection relating to employee claims and review and revise same (.7) Douglas M. Foley   2.50 hours at  600.00 per hour. | $1,500.00 |
| 03/31/10 | Continue to analyze issues regarding omni 56 order, revise order, telephone conference with M. Mueller, and multiple calls and e-mails regarding same (1.1); analyze issues and strategy regarding late claim resolutions and multiple calls and e-mails regarding same (.9); continue claim objection resolutions, analyze claims and pleadings, draft and revise stipulations, review exhibits to orders, revise adjourned claims chart, and multiple calls and e-mails regarding same (3.5) Sarah B. Boehm   5.50 hours at  495.00 per hour. | $2,722.50 |
| 03/31/10 | Continue resolution of claims and multiple telephone conferences and e-mails with claimants and debtors' professionals regarding same and review and analyze claims, pleadings, and other material regarding same and research issues regarding same Daniel F. Blanks   4.10 hours at  415.00 per hour. | $1,701.50 |
| 03/31/10 | Review and analyze motion and attachments for class certification (.8); analyze documentation from debtors and from various creditors relating to accounts receivables and setoff (1.2); research issues regarding same (.6); | |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  52
April 9, 2010

correspond with debtors' professionals
regarding motions for summary judgment and
research issues regarding same (.4); review
docket for objections to stipulations (.2);
review, analyze and file notices of
stipulations (.5)
Bryan A. Stark   3.70 hours at  335.00 per hour.        $1,239.50

03/31/10 Analyze stipulations and settlement agreement
claims (1.1); draft stipulations for Escambien
(2.1); review e-mail regarding stipulations and
settlement amounts (.3)
Erin Q. Ashcroft   3.50 hours at  330.00 per hour.     $1,155.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 38.9 | $23,340.00 |
| Sarah B. Boehm | $495.00 | 119.9 | $59,350.50 |
| Daniel F. Blanks | $415.00 | 126.1 | $52,331.50 |
| Bryan A. Stark | $335.00 | 73.9 | $24,756.50 |
| Lori Michelle Scott | $335.00 | 5.7 | $1,909.50 |
| Erin Q. Ashcroft | $330.00 | 4.2 | $1,386.00 |
| Karen B. Cain | $215.00 | 22.3 | $4,794.50 |
| Linda J. Neilson | $200.00 | 22.5 | $4,500.00 |
| TOTAL FEES | | 413.5 | $172,368.50 |

Re: Disclosure Statement and Plan
   Our File No.           2055557-0270
   Circuit City Contact   Katie Bradshaw
   McGuireWoods Contact   Douglas M. Foley

03/23/10 E-mails with creditors and creditors counsel
regarding status of confirmation hearing and
continuance of same
Douglas M. Foley   .30 hours at  600.00 per hour.        $180.00

03/25/10 Draft and revise notice of continued
confirmation hearing and e-mails regarding same
Sarah B. Boehm   .30 hours at  495.00 per hour.         $148.50

03/26/10 Finalize and file notice of continued
confirmation hearing and e-mails regarding
service of same
Sarah B. Boehm   .30 hours at  495.00 per hour.         $148.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| Sarah B. Boehm | $495.00 | 0.6 | $297.00 |
| TOTAL FEES | | 0.9 | $477.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91239900

Page  53
April 9, 2010


Re: Employee Benefits/Pensions
     Our File No.            2055557-0280
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley


03/02/10 Review motion directing Wachovia Bank as
         custodian of supplemental 401(k) plan and
         e-mails with debtors' professionals and analyze
         issues regarding same
         Douglas M. Foley    .90 hours at  600.00 per hour.          $540.00

03/04/10 Review motion relating to turnover action
         against Wachovia for supplemental 401(k) funds
         and e-mails with debtors' professionals
         regarding same
         Douglas M. Foley   1.10 hours at  600.00 per hour.          $660.00

03/04/10 Review and analyze motion regarding
         supplemental 401(k) plan (.3); draft notice of
         same, file with Court and arrange for service
         (.6)
         Bryan A. Stark      .90 hours at  335.00 per hour.          $301.50

03/08/10 Correspond with debtors' professionals
         regarding liquidation incentive plan and assist
         in hearing preparation
         Bryan A. Stark      .30 hours at  335.00 per hour.          $100.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 2.0 | $1,200.00 |
| Bryan A. Stark | $335.00 | 1.2 | $402.00 |
| TOTAL FEES | | 3.2 | $1,602.00 |


Disbursements and Other Expenses:
         Copy Charges                                               $421.30
         Pacer Research                                              $63.36
         Long Distance Telephone Charges                            $144.00
02/16/10 GENESYS CONFERENCING, INC. - Conference call                 $9.04
         hosted by Daniel F. Blanks on 02/16/2010
02/24/10 GENESYS CONFERENCING, INC. - Conference call                $38.69
         hosted by Douglas M. Foley on 02/24/2010
02/25/10 GENESYS CONFERENCING, INC. - Conference call                $47.80
         hosted by Daniel F. Blanks on 02/25/2010
02/25/10 GENESYS CONFERENCING, INC. - Conference call                $49.05
         hosted by Daniel F. Blanks on 02/25/2010

Circuit City Stores Inc
File Number: 2055557                          Page  54
Invoice No. 91239900                          April 9, 2010

| Date | Description | Amount |
|---|---|---|
| 02/25/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Daniel F. Blanks on 02/25/2010 | $.10 |
| 03/01/10 | FedEx Priority Overnight to CHICAGO IL; tracking #439495735315 | $30.26 |
| 03/01/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 03/01/2010 | $3.24 |
| 03/01/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 03/01/2010 | $14.55 |
| 03/03/10 | DANIEL F. BLANKS - Prepare for and attend Omni hearing 2/24 - 2/25; hotel, meal, mileage | $377.25 |
| 03/03/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Daniel F. Blanks on 03/03/2010 | $20.14 |
| 03/03/10 | DOUGLAS M. FOLEY - Attend court hearing and meeting client 2/21 - 2/24; hotel, meals, mileage | $779.92 |
| 03/03/10 | SARAH B. BOEHM - Van shuttle to bankruptcy court 2/24 | $357.00 |
| 03/05/10 | FedEx Priority Overnight to NEW YORK CITY NY; tracking #439495738921 | $8.96 |
| 03/08/10 | GENESYS CONFERENCING, INC. - Conference call hosted by Douglas M. Foley on 03/08/2010 | $117.94 |
| 03/08/10 | FedEx Priority Overnight to LACONIA NH; tracking #439495739181 | $22.63 |
| 03/11/10 | DOUGLAS M. FOLEY - Attend omni hearing 3/07; hotel, mileage | $271.84 |
| 03/12/10 | SARAH B. BOEHM - Van shuttle to bankruptcy court 3/05 | $236.25 |
| 03/16/10 | J&J COURT TRANSCRIBERS INC - Federal Court 14-day on 2/11/2010 | $102.00 |
| 03/16/10 | FedEx Priority Overnight to NEW YORK CITY NY; tracking #986584525195 | $8.96 |
| 03/17/10 | FedEx Priority Overnight to PITTSBURGH PA; tracking #447957281826 | $8.96 |
| 03/17/10 | FedEx Priority Overnight to NEW YORK CITY NY; tracking #447957281815 | $8.96 |
| 03/18/10 | FedEx Priority Overnight to WILMINGTON DE; tracking #447957282215 | $7.81 |
| 03/19/10 | DANIEL F. BLANKS - Attend client meeting 3/11; meal, mileage | $199.80 |
| 03/19/10 | US BANKRUPTCY COURT, CLERK - Certified copies | $68.00 |
| 03/19/10 | J&J COURT TRANSCRIBERS INC - Federal Court Daily on 3/8/2010 - Rush/Next Day | $532.40 |
| 03/19/10 | FedEx Priority Overnight to LOS ANGELES CA; tracking #447957282774 | $11.99 |
| 03/19/10 | J&J COURT TRANSCRIBERS INC - Federal Court 14-Day on 2/24/2010 | $127.50 |
| 03/19/10 | FedEx Priority Overnight to BIRMINGHAM AL; tracking #986584525357 | $13.34 |
| 03/22/10 | FedEx Priority Overnight to NEW YORK CITY NY; tracking #447957283233 | $8.96 |
| 03/23/10 | DANIEL F. BLANKS - Attend client meeting and omni hearing 3/17 - 3/18; hotel, meals, mileage | $345.95 |

Circuit City Stores Inc
File Number: 2055557                              Page  55
Invoice No. 91239900                             April 9, 2010

| | | |
|---|---|---:|
| 03/23/10 | SARAH B. BOEHM - Van transportation to bankruptcy count hearing 3/18 | $286.75 |
| 03/23/10 | SARAH B. BOEHM - Lunch meeting with Circuit City 3/18 | $116.79 |
| 03/26/10 | DOUGLAS M. FOLEY - Attend omni hearing and meeting with client 3/15; mileage | $93.30 |
| 03/26/10 | BRYAN A. STARK - Complaint fees; 10-3054-KRH, 10-3055-KRH AND 10-03056-KRH | $750.00 |
| 03/29/10 | RESTAURANTEUR, INC. - Lunch 1/28/10 | $115.44 |
| 03/29/10 | RESTAURANTEUR, INC. - Lunch 3/25/10 | $131.54 |
| 03/29/10 | RESTAURANTEUR, INC. - Lunch 2/24/10 | $131.54 |
| 03/29/10 | RESTAURANTEUR, INC. - Lunch 3/8/10 | $114.89 |
| 03/30/10 | BIZPORT-LOGISTICS - Delivery from USDC to MW Richmond 1/19/10 | $6.00 |
| 03/30/10 | BIZPORT-LOGISTICS - Delivery from MW Richmond to Tavenner 2/23/10 | $6.00 |
| 03/30/10 | BIZPORT-LOGISTICS - Delivery from MW Richmond to US Bankruptcy 2/23/10 | $13.00 |
| 03/31/10 | DOUGLAS M. FOLEY - Attend omni hearing and client meeting 3/24; hotel, meals, parking, mileage | $506.31 |
| 03/31/10 | LASERSHIP, INC. - Delivery from Richmond LLP to Tavernner Beran PLC 3/23/2010 | $7.98 |
| 03/31/10 | LASERSHIP, INC. - Delivery from MW Richmond to US Bankruptcy Court 2/22/10 | $5.32 |
| 03/31/10 | LASERSHIP, INC. - Delivery from MW Richmond to US Bankruptcy Court 2/2/10 | $7.98 |
| | TOTAL EXPENSES | $6,750.79 |

Summary of Fees and Expenses:

Total Fees for all Matters:       $324,776.00

Total Expenses for all Matters:      $6,750.79

Total for this Invoice:          $331,526.79

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

May 12, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91250097

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:          $89,868.75
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:              $286,893.50
    Current Disbursements:       $7,043.64
    **Current Invoice Total:**              $293,937.14

Total Balance Due:                    $383,805.89

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

May 12, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 04/30/10

INVOICE NO.  91250097 _____  TAX ID NO. 54-0505857 _____

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.          2055557-0010
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

04/01/10 Begin review and revisions to agenda for
         hearing on April 6, and e-mails with debtor's
         professionals regarding same
         Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

04/01/10 Review and respond to subpoenas and garnishment
         requests (1.2); review 4/6/10 hearing agenda
         (.6); prepare documents for 4/6/10 (1.1)
         Linda J. Neilson   2.90 hours at  200.00 per hour.        $580.00

04/02/10 Review and revise agenda for April 6 hearing
         date, and e-mails with debtor's professionals
         regarding same
         Douglas M. Foley   1.10 hours at  600.00 per hour.        $660.00

04/02/10 Review, analyze, revise, and file hearing
         agenda and review docket and pleadings
         regarding same
         Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

04/02/10 Review, analyze and update agenda
         Bryan A. Stark     .40 hours at  335.00 per hour.         $134.00

Circuit City Stores Inc
File Number: 2055557                                    Page   2
Invoice No. 91250097                                    May 12, 2010

04/02/10  Chart telephone calls and issues to be resolved
          (.2); return calls regarding employment
          verification (.3)
          Nancy S. von Bargen    .50 hours at  240.00 per hour.    $120.00

04/02/10  Review and revise 4/6/10 hearing agenda for
          filing (1.6); prepare documents for 4/6/10
          hearing (.4); review and draft responses to
          garnishment requests (1.5)
          Linda J. Neilson   3.50 hours at  200.00 per hour.       $700.00

04/05/10  Review agenda and pleadings for matters on for
          hearing on April 6, and prepare for same
          Douglas M. Foley   3.90 hours at  600.00 per hour.     $2,340.00

04/05/10  E-mails and telephone conferences with parties
          regarding April 6th omnibus hearing and related
          issues
          Daniel F. Blanks    .90 hours at  415.00 per hour.      $373.50

04/06/10  Prepare for and participate in omnibus hearing
          regarding various matters, including pending
          claim objections on merits and various plan
          confirmation issues
          Douglas M. Foley   4.20 hours at  600.00 per hour.     $2,520.00

04/06/10  Prepare for and participate in omnibus hearing
          and conference with professionals regarding
          same (3.2); revise letter regarding destruction
          of designation of items on appeal and e-mails
          regarding same (.3)
          Sarah B. Boehm   3.50 hours at  495.00 per hour.      $1,732.50

04/06/10  E-mails and telephone conferences and e-mails
          with parties regarding April 6, 2010 hearing
          and related issues
          Daniel F. Blanks    .80 hours at  415.00 per hour.      $332.00

04/06/10  Review and prepare responses to garnishment
          requests and subpoenae
          Linda J. Neilson   2.30 hours at  200.00 per hour.      $460.00

04/07/10  Chart telephone calls and issues to be resolved
          Nancy S. von Bargen    .10 hours at  240.00 per hour.    $24.00

04/07/10  Prepare response to subpoenae and requests for
          garnishments
          Linda J. Neilson   1.20 hours at  200.00 per hour.      $240.00

Circuit City Stores Inc
File Number: 2055557                                    Page    3
Invoice No. 91250097                                   May 12, 2010

| | | |
|---|---|---|
| 04/09/10 | Chart telephone calls and issues to be resolved (.3); return calls regarding employment verification (.3) | |
| | Nancy S. von Bargen    .60 hours at  240.00 per hour. | $144.00 |
| 04/09/10 | Review and prepare responses to subpoenae and garnishments | |
| | Linda J. Neilson   1.70 hours at  200.00 per hour. | $340.00 |
| 04/12/10 | Numerous e-mails and review of agenda and Exhibit A for hearing on April 15 and revised same | |
| | Douglas M. Foley   1.40 hours at  600.00 per hour. | $840.00 |
| 04/12/10 | Multiple calls and e-mails regarding additional omnibus hearing dates and related procedural matters | |
| | Sarah B. Boehm    .40 hours at  495.00 per hour. | $198.00 |
| 04/12/10 | E-mails and telephone conferences with parties regarding agenda and other related issues and hearing regarding April 15th | |
| | Daniel F. Blanks    .80 hours at  415.00 per hour. | $332.00 |
| 04/12/10 | Correspond with debtors' professionals regarding agenda and changes thereto (.3); finalize and file agenda and arrange for service (.4) | |
| | Bryan A. Stark    .70 hours at  335.00 per hour. | $234.50 |
| 04/12/10 | Review and revise 4/15/10 hearing agenda and exhibit A for filing (2.3); prepare documents for 4/15/10 hearing (1.2) | |
| | Linda J. Neilson   3.50 hours at  200.00 per hour. | $700.00 |
| 04/13/10 | Prepare documents for 4/15/10 omni hearing | |
| | Linda J. Neilson    .90 hours at  200.00 per hour. | $180.00 |
| 04/13/10 | Omnibus hearing preparation (1.7); analyze counter designations for appeal binders (1.2) | |
| | Karen B. Cain   2.90 hours at  215.00 per hour. | $623.50 |
| 04/14/10 | Review agenda and pleadings and prepared for omnibus hearings on April 15 | |
| | Douglas M. Foley   1.80 hours at  600.00 per hour. | $1,080.00 |
| 04/14/10 | Prepare for and participate in conference call in preparation for omnibus hearing | |
| | Bryan A. Stark    .80 hours at  335.00 per hour. | $268.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page    4
Invoice No. 91250097                                    May 12, 2010

04/14/10  Chart telephone calls and issues to be resolved
          (.1); return creditor telephone calls (.1)
          Nancy S. von Bargen     .20 hours at  240.00 per hour.        $48.00

04/14/10  Review and respond to subpoena request
          Linda J. Neilson     .50 hours at  200.00 per hour.          $100.00

04/14/10  Review bankruptcy court docket for late filings
          (1.1); work on hearing binders (1.2)
          Karen B. Cain    2.30 hours at  215.00 per hour.             $494.50

04/15/10  Review and analyze agenda and prepare for and
          attend hearing on status of omnibus claim
          objections and class action claim resolution
          and meetings with client regarding same
          Douglas M. Foley    5.90 hours at  600.00 per hour.        $3,540.00

04/15/10  E-mails regarding additional omnibus hearing
          dates and related procedural matters
          Sarah B. Boehm     .30 hours at  495.00 per hour.           $148.50

04/15/10  Prepare for and participate in omnibus hearing
          and multiple telephone conferences and e-mails
          with parties regarding same and research issues
          regarding same
          Daniel F. Blanks    1.60 hours at  415.00 per hour.         $664.00

04/15/10  Hearing preparations (2.9); prepare argument
          binders for professionals (2.7); attend omnibus
          hearing (3.1)
          Karen B. Cain    8.70 hours at  215.00 per hour.          $1,870.50

04/16/10  Review and respond to garnishment requests
          Linda J. Neilson     .90 hours at  200.00 per hour.         $180.00

04/19/10  Review and prepare responses to garnishments
          and subpoenae
          Linda J. Neilson    1.60 hours at  200.00 per hour.         $320.00

04/20/10  E-mail to and from court reporter regarding
          omnibus hearing transcripts
          Karen B. Cain     .70 hours at  215.00 per hour.            $150.50

04/21/10  Correspondence regarding case and omnibus
          hearing with debtors and debtors' professionals
          Bryan A. Stark     .40 hours at  335.00 per hour.           $134.00

04/21/10  Review draft 4/29/10 hearing agenda
          Linda J. Neilson     .80 hours at  200.00 per hour.         $160.00

Circuit City Stores Inc
File Number: 2055557                             Page    5
Invoice No. 91250097                            May 12, 2010

04/21/10  E-mail to and from court reporter regarding
          omnibus hearing transcripts
          Karen B. Cain    .40 hours at  215.00 per hour.          $86.00

04/22/10  Chart telephone calls and issues to be resolved
          (.2); return creditor telephone calls (.2)
          Nancy S. von Bargen   .40 hours at  240.00 per hour.     $96.00

04/26/10  Review, revised and updated agenda for April
          29th hearing and review pleadings regarding
          same
          Douglas M. Foley   1.60 hours at  600.00 per hour.      $960.00

04/26/10  E-mails and telephone conferences with parties
          regarding April 29th omnibus hearing and review
          proposed agenda regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.      $373.50

04/26/10  Review agenda and correspond with debtors'
          professionals regarding agenda (.8); finalize
          and file agenda and arrange for service of same
          (.4)
          Bryan A. Stark   1.20 hours at  335.00 per hour.        $402.00

04/26/10  Chart telephone calls and issues to be resolved
          (.1)
          Nancy S. von Bargen    .10 hours at  240.00 per hour.    $24.00

04/26/10  Review, revise and circulate 4/29/10 hearing
          agenda and exhibit for filing (2.2); review and
          respond to garnishment requests (.7)
          Linda J. Neilson   2.90 hours at  200.00 per hour.      $580.00

04/26/10  Research regarding monthly fee statements (.6);
          manage omnibus hearing transcripts (.3)
          Karen B. Cain    .90 hours at  215.00 per hour.         $193.50

04/27/10  Continued preparation and review of pleadings
          for hearings on April 29th omnibus hearing date
          and e-mails with co-counsel and client
          regarding same
          Douglas M. Foley   1.20 hours at  600.00 per hour.      $720.00

04/27/10  Review and file affidavits of service and
          correspond with debtors' professionals
          regarding same
          Bryan A. Stark    .40 hours at  335.00 per hour.        $134.00

04/27/10  Prepare documents for 4/29/10 hearing
          Linda J. Neilson   2.30 hours at  200.00 per hour.      $460.00

Circuit City Stores Inc
File Number: 2055557                                    Page    6
Invoice No. 91250097                                    May 12, 2010

04/28/10  Assist with omnibus hearing preparations (1.7);
          prepare exhibits for hearing (.7); e-mail to
          and from court reporter regarding transcript
          (.4); e-mail to and from professionals
          regarding hearing binders (.7); telephone call
          from respondent to omnibus objection regarding
          hearing (.4)
          Karen B. Cain    3.90 hours at  215.00 per hour.        $838.50

04/29/10  Prepare for and participate in omnibus hearing
          and review and analyze items regarding same and
          multiple telephone conferences and e-mails with
          parties regarding same
          Daniel F. Blanks    1.50 hours at  415.00 per hour.     $622.50

04/29/10  Review motion to implement protocol procedures
          (.3); draft motion to shorten notice, motion to
          expedite and notice of motions regarding same
          (1.2); correspond with Court and debtors'
          professionals regarding same (.3); review and
          analyze certificates of service for filing and
          correspond with debtors' professionals
          regarding same (.4)
          Bryan A. Stark    2.20 hours at  335.00 per hour.       $737.00

04/29/10  Assist with omnibus hearing preparations (1.7);
          prepare exhibits for hearing (.4); work on
          document support for conference call (1.1)
          Karen B. Cain    3.20 hours at  215.00 per hour.        $688.00

04/30/10  Finalize and file notice regarding cancellation
          of surety bonds and multiple e-mails regarding
          same (.4); finalize and submit various orders
          regarding Canada protocol and e-mails regarding
          same (.4)
          Sarah B. Boehm    .80 hours at  495.00 per hour.        $396.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 21.8 | $13,080.00 |
| Sarah B. Boehm | $495.00 | 5.0 | $2,475.00 |
| Daniel F. Blanks | $415.00 | 7.9 | $3,278.50 |
| Bryan A. Stark | $335.00 | 6.1 | $2,043.50 |
| Nancy S. von Bargen | $240.00 | 1.9 | $456.00 |
| Karen B. Cain | $215.00 | 23.0 | $4,945.00 |
| Linda J. Neilson | $200.00 | 25.0 | $5,000.00 |
| TOTAL FEES | | 90.7 | $31,278.00 |

Re: Restructuring and General Strategy
     Our File No.          2055557-0020
     Circuit City Contact    Katie Bradshaw

Circuit City Stores Inc
File Number: 2055557                              Page    7
Invoice No. 91250097                             May 12, 2010

**McGuireWoods Contact      Douglas M. Foley**

04/01/10 E-mails with board, debtor's professionals and
         client regarding board meeting, and review
         materials regarding same
         Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

04/02/10 Prepare for and participate in board meeting
         regarding status of case and confirmation
         process, and e-mails with debtor's
         professionals regarding same
         Douglas M. Foley   1.70 hours at  600.00 per hour.     $1,020.00

04/02/10 Analyze issues and telephone conference
         regarding board meeting and issues regarding
         confirmation
         Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

04/06/10 Analyze issues relating to plan confirmation
         process, pending unresolved issues relating to
         post-confirmation governance and structure
         Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

04/07/10 E-mails regarding status of issues relating to
         post-confirmation governance, participate in
         telephone call with committee counsel regarding
         same, and e-mails with client regarding same
         Douglas M. Foley   .70 hours at  600.00 per hour.        $420.00

04/25/10 E-mails regarding scheduling of Board call and
         issues relating to confirmation and committee
         matters
         Douglas M. Foley   .20 hours at  600.00 per hour.        $120.00

| Timekeeper       | Rate/HR  | Hours | Fees      |
|------------------|----------|-------|-----------|
| Douglas M. Foley | $600.00  | 3.9   | $2,340.00 |
| Sarah B. Boehm   | $495.00  | 0.4   | $198.00   |
|                  | TOTAL FEES | 4.3 | $2,538.00 |

**Re: Monthly Operating Reports**
         Our File No.         2055557-0060
         Circuit City Contact   Katie Bradshaw
         McGuireWoods Contact   Douglas M. Foley

04/15/10 Prepare and file February 2010 monthly
         operating report
         Daniel F. Blanks   .50 hours at  415.00 per hour.        $207.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page   8
May 12, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

**Re: Professional Retention/Fee Applications**
**Our File No.**        2055557-0070
**Circuit City Contact**   Katie Bradshaw
**McGuireWoods Contact**   Douglas M. Foley

04/01/10  Begin review and revisions to updated affidavit
of employment of McGuireWoods
Douglas M. Foley   .40 hours at  600.00 per hour.          $240.00

04/01/10  Analyze reports regarding interested parties
and draft and revise supplemental 2014
affidavit regarding McGuireWoods (3.1);
multiple calls and e-mails regarding E&Y new
statement of work and related application (.5)
Sarah B. Boehm   3.60 hours at  495.00 per hour.       $1,782.00

04/02/10  Analyze issues and e-mails regarding
supplemental declaration for McGuireWoods (.5);
e-mails regarding retention of various
professionals (.3)
Sarah B. Boehm   .80 hours at  495.00 per hour.          $396.00

04/05/10  Analyze issues and e-mails regarding retention
of various professionals (.2); analyze
interested party lists, revise supplemental
declaration regarding McGuireWoods and e-mails
regarding same (.4)
Sarah B. Boehm   .60 hours at  495.00 per hour.          $297.00

04/09/10  Finalize monthly fee statement and draft
related correspondence, review spreadsheet and
e-mail to J. Turner regarding same
Sarah B. Boehm   .60 hours at  495.00 per hour.          $297.00

04/12/10  E-mails regarding issues relating to FTI
completion fee and analyze same
Douglas M. Foley   .40 hours at  600.00 per hour.          $240.00

04/14/10  E-mails regarding hearing on fifth interim fee
applications and analyze issues regarding same
Sarah B. Boehm   .40 hours at  495.00 per hour.          $198.00

Circuit City Stores Inc
File Number: 2055557                          Page   9
Invoice No. 91250097                          May 12, 2010

04/15/10  Finalize draft orders approving fifth interim
          fee applications of debtors' professional
          Bryan A. Stark   1.50 hours at  335.00 per hour.        $502.50

04/20/10  Revise, finalize and submit multiple orders
          regarding fifth interim fee applications
          Sarah B. Boehm   .40 hours at  495.00 per hour.         $198.00

04/23/10  E-mails regarding application to expand E&Y
          scope and contingency fee firm regarding
          recovery of assets (.3); draft, revise,
          finalize and file affidavit of ordinary course
          professional and supplemental exhibit regarding
          same (1.1); e-mails with KPMG regarding monthly
          fee statement (.1)
          Sarah B. Boehm   1.50 hours at  495.00 per hour.        $742.50

04/26/10  E-mail to J. Lee regarding E&Y supplemental
          application
          Sarah B. Boehm   .10 hours at  495.00 per hour.          $49.50

04/29/10  E-mails with J. Lee regarding Ernst & Young
          third supplemental application
          Sarah B. Boehm   .20 hours at  495.00 per hour.          $99.00

04/30/10  Draft, revise, finalize and file Ernst & Young
          third supplemental application and notice and
          multiple e-mails regarding same
          Sarah B. Boehm   2.20 hours at  495.00 per hour.       $1,089.00

| Timekeeper       | Rate/HR   | Hours | Fees      |
|------------------|-----------|-------|-----------|
| Douglas M. Foley | $600.00   | 0.8   | $480.00   |
| Sarah B. Boehm   | $495.00   | 10.4  | $5,148.00 |
| Bryan A. Stark   | $335.00   | 1.5   | $502.50   |
|                  | TOTAL FEES | 12.7 | $6,130.50 |

Re: Automatic Stay
    Our File No.            2055557-0090
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

04/27/10  Correspondence regarding subpoenas and related
          issues
          Daniel F. Blanks   .40 hours at  415.00 per hour.       $166.00

| Timekeeper       | Rate/HR   | Hours | Fees    |
|------------------|-----------|-------|---------|
| Daniel F. Blanks | $415.00   | 0.4   | $166.00 |
|                  | TOTAL FEES | 0.4  | $166.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. 91250097                                   May 12, 2010


**Re: Employment and Compensation**
    Our File No.              2055557-0120
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley


04/22/10 Analyze motion to enforce incentive payment and
        multiple e-mails regarding same
        Sarah B. Boehm   .30 hours at  495.00 per hour.   $148.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.3 | $148.50 |
| TOTAL FEES | | 0.3 | $148.50 |


**Re: Executory Contracts**
    Our File No.              2055557-0140
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley


04/07/10 E-mails with R. McIntosh regarding customs bond
        and motion to terminate surety bonds, and
        review and revise consent order regarding same
        Douglas M. Foley   .50 hours at  600.00 per hour.   $300.00

04/12/10 E-mails with R. McIntosh regarding consent
        order on Customs Bond and finalize same
        Douglas M. Foley   .30 hours at  600.00 per hour.   $180.00

04/12/10 Review and submit order resolving objections to
        motion to reject surety bonds
        Bryan A. Stark   .20 hours at  335.00 per hour.   $67.00

04/13/10 Review Chase contract and e-mails with Chase
        regarding same and research issues regarding
        same
        Daniel F. Blanks   1.20 hours at  415.00 per hour.   $498.00

04/14/10 Review and analyze Chase contract and analyze
        defenses and other items regarding same and
        prepare for and participate in telephone
        conference with Chase regarding same
        Daniel F. Blanks   2.20 hours at  415.00 per hour.   $913.00

Circuit City Stores Inc
File Number: 2055557                                  Page  11
Invoice No. 91250097                                  May 12, 2010

04/18/10  Draft response to Ryan's motion for
          reconsideration and review and analyze claims
          and other documents regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

04/21/10  Continue drafting and revising response to Ryan
          and research issues regarding same and review
          documents regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

04/22/10  Draft and revise objection to Ryan's motion for
          reconsideration and e-mails with parties
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

04/26/10  Analyze Ryan witness and exhibit lists and
          complaint and multiple calls and e-mails
          regarding hearing
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

04/26/10  Continue to review materials regarding Ryan's
          motion to reconsider and research issues and
          e-mails and telephone conferences with tax
          department regarding same and review and
          analyze complaint against debtors and other
          items and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.        $747.00

04/28/10  Review pleadings in preparation for contested
          motion to reconsider relating to Ryan
          Professional Services contract and meeting with
          client to prepare for same
          Douglas M. Foley   2.90 hours at  600.00 per hour.      $1,740.00

04/28/10  E-mails with debtors' professionals regarding
          Ryan contract and background
          Daniel F. Blanks    .60 hours at  415.00 per hour.        $249.00

04/29/10  Prepare for and participate in hearing
          regarding Ryan motion for reconsideration,
          analyze issues regarding same and e-mails
          regarding order denying same
          Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

04/30/10  Draft, finalize and submit order regarding Ryan
          motion for reconsideration and e-mails
          regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

| Timekeeper       | Rate/HR | Hours | Fees      |
|------------------|---------|-------|-----------|
| Douglas M. Foley | $600.00 | 3.7   | $2,220.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91250097                                    May 12, 2010

| | | | |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 1.7 | $841.50 |
| Daniel F. Blanks | $415.00 | 9.2 | $3,818.00 |
| Bryan A. Stark | $335.00 | 0.2 | $67.00 |
| TOTAL FEES | | 14.8 | $6,946.50 |

**Re: Litigation**
**Our File No.**            **2055557-0150**
**Circuit City Contact**    **Katie Bradshaw**
**McGuireWoods Contact**    **Douglas M. Foley**

04/01/10  Review and revise several complaints relating
          to accounts receivable collection actions and
          preference issues and set-off for Apex,
          Mitsubishi and other vendors, and e-mails with
          debtor's professionals regarding same and
          filing (3.0); e-mails regarding settlement
          strategy relating to Creative Labs adversary
          proceeding (.4)
          Douglas M. Foley   3.40 hours at  600.00 per hour.      $2,040.00

04/01/10  Analyze complaints, motions to seal and notices
          regarding district court appeals and multiple
          e-mails regarding same
          Sarah B. Boehm    .70 hours at  495.00 per hour.         $346.50

04/01/10  Draft notices and other items regarding new
          adversary proceeding complaints
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

04/01/10  Review and analyze documentation,
          correspondence and correspond with debtors and
          debtors' professionals regarding adversary
          proceedings (1.5); review and analyze demand
          letters regarding accounts receivables (.4);
          finalize and serve Sharp initial disclosures
          (.6); draft motions to seal and notices
          thereof, adversary cover sheets, and notices of
          adversary proceedings (1.8); file new adversary
          proceedings, motions to seal, and docket
          notices of adversary proceedings in bankruptcy
          appeals (1.4)
          Bryan A. Stark   5.70 hours at  335.00 per hour.       $1,909.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

04/02/10  Review filings for district court motion for
          interlocutory appeal and briefs and
          designations regarding same (1.7); telephone
          conference and e-mails regarding status of flat
          panel litigation analysis and memorandum
          summarizing same (.4)
          Douglas M. Foley   2.10 hours at  600.00 per hour.      $1,260.00

04/02/10  Review, analyze, and revise complaints and
          accompanying motions and notices and related
          documents
          Daniel F. Blanks   2.20 hours at  415.00 per hour.        $913.00

04/02/10  Finalize, file and arrange for service of
          motions to seal exhibit regarding adversary
          proceedings (1.8); arrange for copies of under
          seal exhibits to be delivered in accordance
          with case management order (.6); review,
          analyze, and provide edits on draft complaint
          (.5)
          Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

04/05/10  Analyze designations of record on appeal and
          e-mails regarding same
          Sarah B. Boehm   .40 hours at  495.00 per hour.           $198.00

04/05/10  Research preference issues (2.1); review and
          analyze preference charts from defendants and
          correspond with debtors' professionals
          regarding same (1.4); research registered
          agents and serve summons on adversary
          defendants (2.4)
          Bryan A. Stark   5.90 hours at  335.00 per hour.        $1,976.50

04/06/10  Correspond with debtors and debtors
          professionals regarding counteroffer (.3);
          review and analyze documentation supporting
          defenses and complaint and research and analyze
          issues relating to same (1.6); e-mail defendant
          regarding counteroffer (.3)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

04/07/10  Several e-mails and telephone conferences with
          debtor's counsel and opposing counsel regarding
          offers and counteroffers on pending adversary
          proceeding complaints and status of district
          court appeal and briefing schedule (1.7);
          e-mails with opposing counsel and debtor's
          professionals regarding Mitsubishi appeal and
          status of same, and review stipulation (.9)
          Douglas M. Foley   2.60 hours at  600.00 per hour.      $1,560.00

Circuit City Stores Inc
File Number: 2055557                          Page  14
Invoice No. 91250097                          May 12, 2010

04/07/10  Analyze stipulation staying appeal and multiple
          e-mails regarding filing same and district
          court requirements (.4); analyze record for
          appeal and documents regarding same (.4)
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

04/07/10  Correspond with debtors and debtors'
          professionals regarding counteroffer in
          litigation (.5); review documentation regarding
          counteroffer (.5); correspond with defendant
          regarding same (.3); review and analyze
          defendant's preference chart and compare to
          debtors' chart (.7)
          Bryan A. Stark   2.00 hours at  335.00 per hour.          $670.00

04/08/10  E-mails and analyze potential settlement
          strategy with Creative Labs adversary
          proceeding
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

04/08/10  Analyze motion staying appeal and e-mails
          regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

04/08/10  Review and analyze draft demand letters and
          correspond with debtor regarding same (1.1);
          correspond with creditor regarding demand
          letter and research issues relating to same
          (.8); correspond with debtors and debtors'
          professionals regarding adversary proceeding
          counteroffer and e-mail defendant regarding
          same (.7)
          Bryan A. Stark   2.60 hours at  335.00 per hour.          $871.00

04/09/10  Analyze issues relating to flat panel screen
          litigation and review memorandum from Sussman
          Godfrey regarding same and telephone
          conferences with client regarding same (1.5);
          e-mails and analysis with client regarding
          Creative Labs counteroffer and response to same
          (.6)
          Douglas M. Foley   2.10 hours at  600.00 per hour.      $1,260.00

04/09/10  E-mails and telephone conferences with Sirius
          regarding settlement and receipt of payment and
          related issues
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91250097                                    May 12, 2010

04/09/10  Correspond with debtors and debtors'
          professionals regarding offers and settlement
          in adversary proceeding (.7); review and
          analyze documentation regarding same and draft
          e-mail to defendant (1.1)
          Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

04/09/10  Exchange e-mails with counsel regarding
          restitution order (.2); review proposed motion
          to settle restitution order (.6); exchange
          e-mails regarding same (.1)
          Lori Michelle Scott   .90 hours at  335.00 per hour.   $301.50

04/12/10  Review answers to complaints on various
          adversary proceedings and proposed scheduling
          orders regarding same and preparation of
          discovery (.6); e-mails regarding strategy
          relating to Schimenti 2004 examination and
          objection to 503(b)(9) claim and scheduling
          same (.3)
          Douglas M. Foley   .90 hours at  600.00 per hour.       $540.00

04/12/10  Correspond with debtors and debtors'
          professionals regarding counteroffer from
          defendant (.4); review and analyze
          documentation (.4); review and analyze answer
          to complaint (.4); review, analyze and file
          amended answer in adversary proceeding (.5);
          correspond with defendant's counsel regarding
          pretrial conference and other issues (.5)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

04/13/10  Correspond with defendants' counsel and
          debtors' professionals regarding pretrial
          conference and motion for leave (.6); review
          and prepare motion to dismiss appeal and file
          same (1.0)
          Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

04/14/10  E-mails and telephone conference with Audiovox
          regarding resolution of accounts receivable and
          other issues
          Daniel F. Blanks   .80 hours at  415.00 per hour.        $332.00

04/14/10  Telephone call with defendant's counsel
          regarding pretrial conference (.3); correspond
          with debtor and debtors' professionals
          regarding contract with defendant and other
          adversary proceeding issues (.8); review and

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91250097                             May 12, 2010

        analyze product addenda and contract
documentation regarding adversary proceeding
(.7); review and analyze documentation and
draft preference complaint (1.6); correspond
with defendant counsel regarding disclosures
and outstanding document requests (.5); draft
discovery (1.2)
Bryan A. Stark   5.10 hours at  335.00 per hour.        $1,708.50

04/16/10 E-mails with debtors' professionals and client
regarding status of various litigation matters
including adversary proceedings against Sharp,
Creative Labs and CC Investors, and flat panel
screen litigation
Douglas M. Foley    .70 hours at  600.00 per hour.       $420.00

04/19/10 E-mails regarding PNY Technologies, Inc.
dismissal of appeal and review stipulation
regarding same
Douglas M. Foley    .20 hours at  600.00 per hour.       $120.00

04/19/10 Analyze pleadings regarding PNY withdrawal of
appeal and e-mails regarding same
Sarah B. Boehm    .30 hours at  495.00 per hour.         $148.50

04/20/10 Analyze issues and multiple calls and e-mails
regarding discovery on various matters
Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

04/20/10 Telephone conference and e-mails with
co-counsel regarding discovery and strategies
regarding same and review materials regarding
same
Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

04/20/10 Review docket, claims registry and response
regarding demand letters (1.2); correspond with
debtors regarding same (.2); correspond with
debtors' professionals regarding scheduling
order and review docket regarding same (.4);
correspond with debtors' professionals
regarding potential preference action (.5);
draft preference complaint (2.4); review and
analyze preference chart and provide creditor
with preference chart (.6)
Bryan A. Stark   5.30 hours at  335.00 per hour.        $1,775.50

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91250097                                    May 12, 2010

04/21/10  Handle issues regarding multiple appeals and
          multiple calls and e-mails regarding same (.6);
          review discovery regarding various claim
          matters and e-mails regarding same (.3); draft
          motion to stay and memorandum in support
          regarding Onkyo stipulation and multiple calls
          and e-mails regarding same (1.0)
          Sarah B. Boehm   1.90 hours at  495.00 per hour.          $940.50

04/21/10  Review demand letters and correspondence and
          correspond with debtors' professionals
          regarding preferences (.7); finalize draft
          discovery in adversary proceeding and e-mail
          for review (1.0); create detailed preference
          chart to send to creditor (.4)
          Bryan A. Stark   2.10 hours at  335.00 per hour.          $703.50

04/21/10  Review adversary dockets (.7); work on
          adversary binders (1.2)
          Karen B. Cain   1.90 hours at  215.00 per hour.           $408.50

04/22/10  Prepare for and participated in conference call
          with District Court Judge regarding appeals on
          502(d) issue
          Douglas M. Foley   .80 hours at  600.00 per hour.         $480.00

04/22/10  Prepare for and attend litigation status
          meeting and analyze issues regarding pending
          and future litigation matters (.8); participate
          in status conference with Judge Payne regarding
          appeals and analyze strategy regarding motions
          to dismiss same (.8); revise, finalize and file
          motion to stay appeal regarding Onkyo and
          multiple e-mails regarding same (.6); analyze
          and revise status report to Ninth Circuit
          regarding Unical and e-mails regarding same
          (.3)
          Sarah B. Boehm   2.50 hours at  495.00 per hour.        $1,237.50

04/23/10  Review draft order relating to stipulation of
          disallowance with respect to Schimenti
          Construction claim and e-mails with debtors'
          professionals regarding same (.3); analyze
          issues relating to collection of accounts
          receivable and demand letter responses as well
          as commencing litigation pure preference
          defendants and analyze issues regarding same
          (.9)
          Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

Circuit City Stores Inc
File Number: 2055557                              Page  18
Invoice No. 91250097                             May 12, 2010

04/23/10  Revise, finalize and file multiple motions to
          dismiss and memoranda in support regarding
          appeals and multiple calls and e-mails
          regarding same
          Sarah B. Boehm    1.60 hours at  495.00 per hour.          $792.00

04/23/10  Review restitution order (.5); exchange e-mails
          regarding same (.1); exchange e-mails regarding
          settlement offer (.1)
          Lori Michelle Scott    .70 hours at  335.00 per hour.      $234.50

04/26/10  Analyze issues and e-mails regarding appeals,
          settlement conference and strategy (.7);
          analyze order granting leave to appeal and
          e-mails regarding same (.4)
          Sarah B. Boehm    1.10 hours at  495.00 per hour.          $544.50

04/26/10  Review and analyze response to demand letter
          and correspond with debtors and creditor
          counsel regarding same (.5); review and update
          draft preference complaint and correspond with
          debtors' professionals regarding same (.7);
          review and analyze documents in adversary
          proceeding and e-mail defendant counsel
          regarding same (.9)
          Bryan A. Stark   2.10 hours at  335.00 per hour.           $703.50

04/27/10  Prepare for and participate in settlement
          conference with appellants and analyze issues
          and strategy regarding same (1.3); research and
          analyze default and default judgment
          procedures, draft and revise pleadings and
          multiple calls and e-mails regarding same (1.2)
          Sarah B. Boehm    2.50 hours at  495.00 per hour.        $1,237.50

04/27/10  Draft motions for default and other issues and
          research issues regarding same and multiple
          telephone conferences and e-mails with clerk's
          office regarding same
          Daniel F. Blanks   4.20 hours at  415.00 per hour.       $1,743.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

04/27/10  Review and analyze complaint filed and
          correspond with debtors' professionals
          regarding same (.5); prepare and finalize
          certificates of service for summonses and file
          same (.9); correspond with defendant's counsel
          and debtors' professionals regarding status of
          adversary proceeding and possible settlement
          (.6); review dockets and draft and submit
          orders granting motions to file under seal in
          various adversary proceedings (1.2)
          Bryan A. Stark   3.20 hours at  335.00 per hour.      $1,072.00

04/27/10  Exchange numerous e-mails regarding resolution
          of restitution order
          Lori Michelle Scott     .20 hours at  335.00 per hour.    $67.00

04/28/10  Analyze issues regarding document production
          and telephone conference with M. Christian
          regarding same (.2); analyze issues and
          strategy regarding reserves for appellants and
          review pleadings regarding same (1.2)
          Sarah B. Boehm   1.40 hours at  495.00 per hour.       $693.00

04/28/10  Review and analyze demand letters, legal
          standards, and other issues in preparation for
          conference call (1.6); participate in
          conference call regarding future litigation and
          preferences (.6); review and analyze
          documentation and preference sheets regarding
          adversary proceeding and possible settlement
          (.8); review correspondence regarding status of
          adversary proceedings and outstanding requests
          (.3); correspond with debtors' professionals
          regarding bankruptcy court jurisdiction for
          claims litigation (.6)
          Bryan A. Stark   3.90 hours at  335.00 per hour.      $1,306.50

04/29/10  Prepare for and participate in status
          conference with Judge Payne regarding multiple
          appeals and analyze issues and strategy
          regarding same (.9); review orders regarding
          appeals (.2)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.       $544.50

04/29/10  Draft, file and serve pleadings regarding
          Samsung and LG appeals and multiple e-mails and
          telephone conferences with parties regarding
          same (.9); analyze strategies for preference
          complaints and review material regarding same
          (.7)
          Daniel F. Blanks   1.60 hours at  415.00 per hour.     $664.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

04/29/10   Correspond with debtors' professionals
           regarding preference complaints (.7); research
           and draft form preference complaint (1.7);
           correspond with police officer regarding stolen
           merchandise (.4); review and analyze demand
           letters and correspond with demand letter
           recipient regarding same (.4)
           Bryan A. Stark   3.20 hours at  335.00 per hour.        $1,072.00

04/30/10   E-mails regarding Schimenti litigation
           including trust fund and preference litigation
           (.4); review Ryan adversary litigation
           complaint and litigation and analyze issues
           regarding same
           Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

04/30/10   Analyze and revise complaints and multiple
           e-mails regarding same
           Sarah B. Boehm   .90 hours at  495.00 per hour.          $445.50

04/30/10   Correspond with debtors' professionals
           regarding complaint and issues therewith (.9);
           review and finalize draft complaint (.7); draft
           adversary proceeding cover sheet (.4); draft
           form preference complaint and forward to
           debtors' professionals for review (1.4);
           correspond with debtors regarding preference
           analysis and review analysis (.8); review
           response to demand letter and correspond with
           creditor (.4); review and analyze complaint
           filed against debtors and correspond with
           debtors' professionals regarding same (.6);
           finalize and file adversary proceeding
           complaint (.6); correspond with debtors'
           professionals and debtors regarding same (.4);
           review and analyze issues relating to Rule 12
           motions (.7)
           Bryan A. Stark   6.90 hours at  335.00 per hour.       $2,311.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 15.0 | $9,000.00 |
| Sarah B. Boehm | $495.00 | 15.9 | $7,870.50 |
| Daniel F. Blanks | $415.00 | 12.1 | $5,021.50 |
| Bryan A. Stark | $335.00 | 58.7 | $19,664.50 |
| Lori Michelle Scott | $335.00 | 1.8 | $603.00 |
| Karen B. Cain | $215.00 | 1.9 | $408.50 |
| TOTAL FEES | | 105.4 | $42,568.00 |

Re: Vendor Matters
    Our File No.              2055557-0170

Circuit City Stores Inc
File Number: 2055557                          Page  21
Invoice No. 91250097                          May 12, 2010

Circuit City Contact      Katie Bradshaw
McGuireWoods Contact      Douglas M. Foley


04/07/10  E-mails with committee counsel and debtor's
          professionals regarding status of various
          settlements and collection of accounts
          receivable
          Douglas M. Foley     .70 hours at  600.00 per hour.        $420.00

04/08/10  Several telephone conferences and e-mails with
          creditors and counsel for creditors regarding
          to account receivable demand letters and
          e-mails with client and debtors' professionals
          regarding same
          Douglas M. Foley    1.40 hours at  600.00 per hour.        $840.00

04/14/10  E-mails relating to potential claims against
          vendors and analyze issues regarding same,
          including fraudulent transfer and preference
          theories to changes in contract terms
          Douglas M. Foley     .80 hours at  600.00 per hour.        $480.00

04/20/10  E-mails regarding status of responses to demand
          letters from various vendors including
          Connexion Technologies and e-mails with client
          regarding same
          Douglas M. Foley     .40 hours at  600.00 per hour.        $240.00

04/21/10  Prepare for and participated in mediation and
          negotiation session with Samsung and Korea
          Export Development Company regarding resolution
          of accounts receivable and claim amounts
          Douglas M. Foley    4.00 hours at  600.00 per hour.      $2,400.00

| Timekeeper          | Rate/HR  | Hours | Fees       |
|---------------------|----------|-------|------------|
| Douglas M. Foley    | $600.00  | 7.3   | $4,380.00  |
|                     |          |       |            |
|         TOTAL FEES  |          | 7.3   | $4,380.00  |


Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley


04/02/10  Analyze issues and e-mails regarding Berkadia
          motion adjournment
          Sarah B. Boehm     .20 hours at  495.00 per hour.          $99.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  22
May 12, 2010

04/02/10  Whitehall, PA:   Prepare closing documents
          (1.6); review purchase agreement regarding
          closing deliverables (.6); e-mail
          correspondence with Pennsylvania deed
          requirements (.5)
          Matthew T. Gunlock   2.70 hours at  320.00 per hour.        $864.00

04/02/10  Whitehall, PA:   E-mails to and from M. Gunlock
          regarding preparation of and form of deed (.2);
          e-mails to and from L. Wigton regarding deed
          forms (.2)
          Lois E. Sisk    .40 hours at  340.00 per hour.              $136.00

04/05/10  Analyze issues and e-mails regarding
          continuance of Berkadia motion
          Sarah B. Boehm    .30 hours at  495.00 per hour.            $148.50

04/05/10  Whitehall, PA:   Prepare and revise closing
          documents (1.8); review revised legal
          description (.4); review closing documents
          (.6); e-mail correspondence with D. Miller
          (.3); e-mail correspondence with B. Stern
          Fleming regarding closing documents and closing
          process (.4)
          Matthew T. Gunlock   3.50 hours at  320.00 per hour.     $1,120.00

04/06/10  Whitehall, PA:   Review settlement statement
          (.3); e-mail correspondence with D. Miller
          (.1); review revised owner's affidavit (.2);
          e-mail correspondence with B. Stern Fleming
          regarding closing documents (1.0)
          Matthew T. Gunlock   1.60 hours at  320.00 per hour.        $512.00

04/06/10  Whitehall, PA:   Receive and review draft
          closing statement (.3); request, receive and
          review copy of title commitment (.3); receive
          and review title company form of owner's
          affidavit (.2); e-mail to M. Gunlock regarding
          new form of owner's affidavit (.1); revise
          owner's affidavit to correspond to Commonwealth
          Title form and send to M. Gunlock (.3)
          Lois E. Sisk   1.20 hours at  340.00 per hour.              $408.00

04/07/10  Whitehall, PA:   Review closing documents (.8);
          e-mail correspondence and telephone call with
          B. Stern Fleming (.4); review purchaser's
          comments to closing documents (.8); review
          revised deed (.3); prepare seller's escrow
          letter (1.2); e-mail correspondence with title
          company
          Matthew T. Gunlock   4.30 hours at  320.00 per hour.     $1,376.00

Circuit City Stores Inc
File Number: 2055557                           Page  23
Invoice No. 91250097                           May 12, 2010

04/08/10  E-mails with landlord's counsel regarding
          status of resolution of guaranteed claims for
          plan confirmation order
          Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

04/08/10  Whitehall, PA:  E-mail correspondence with
          title company regarding closing (1.6); revise
          and transmit revised escrow letter (.8); e-mail
          correspondence with D. Miller (.5); coordinate
          execution of closing documents (.7); review
          purchaser's comments to revised closing
          documents (.7); analyze FIRPTA representation
          (1.0); review revised settlement statement
          (.3); review executed closing documents (.2);
          e-mail correspondence with broker regarding
          invoice (.1)
          Matthew T. Gunlock   5.90 hours at  320.00 per hour.    $1,888.00

04/08/10  Whitehall, PA:  Prepare package of documents
          for execution by Circuit City and deliver to M.
          Gunlock (.4); telephone conversation with M.
          Gunlock regarding changes requested to closing
          documents by purchaser's attorney (.2); e-mail
          to Pennsylvania counsel regarding certificate
          of residency provision in deed (.2); online
          check of Lehigh County website to confirm
          requirement for certificate of residency (.3);
          e-mails to and from M. Gunlock and purchaser's
          counsel regarding proposed revisions to FIRPTA
          (.2)
          Lois E. Sisk   1.30 hours at  340.00 per hour.           $442.00

04/09/10  Whitehall, PA:  E-mail correspondence with D.
          Miller regarding settlement statement (.4);
          e-mail correspondence with title company
          regarding settlement statement and closing
          documents (.8); review and transmit executed
          settlement statement (.4); coordinate closing
          matters (1.5); revise and transmit executed
          escrow letter (.7); review revised settlement
          statement (.1)
          Matthew T. Gunlock   3.90 hours at  320.00 per hour.   $1,248.00

04/09/10  Whitehall, PA:  Discussion with M. Gunlock (2);
          receive and send executed documents to C.
          Seliga (.3)
          Lois E. Sisk   .50 hours at  340.00 per hour.           $170.00

04/12/10  Whitehall, PA:  E-mail correspondence with
          title company regarding closing
          Matthew T. Gunlock   .50 hours at  320.00 per hour.     $160.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  24
May 12, 2010

04/12/10  Whitehall, PA:  Receive fully executed closing
          statement and escrow letter (.2); e-mails to
          and from M. Gunlock regarding closing
          authorization (.2)
          Lois E. Sisk   .40 hours at  340.00 per hour.          $136.00

04/21/10  DR1:  Review revised letter of intent
          Matthew T. Gunlock   .50 hours at  320.00 per hour.    $160.00

04/28/10  Correspond with landlord, debtors'
          professionals, and debtors regarding Circuit
          City store location in Phoenix, Arizona
          Bryan A. Stark   .50 hours at  335.00 per hour.        $167.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| Sarah B. Boehm | $495.00 | 0.5 | $247.50 |
| Lois E. Sisk | $340.00 | 3.8 | $1,292.00 |
| Bryan A. Stark | $335.00 | 0.5 | $167.50 |
| Matthew T. Gunlock | $320.00 | 22.9 | $7,328.00 |
| TOTAL FEES | | 28.0 | $9,215.00 |

**Re: Tax Matters**
     Our File No.              2055557-0240
     Circuit City Contact      Katie Bradshaw
     McGuireWoods Contact      Douglas M. Foley

04/01/10  Attention to valuation issues in state property
          tax claims (1.6); attention to Henrico County
          claim (1.3)
          Craig D. Bell   2.90 hours at  570.00 per hour.        $1,653.00

04/01/10  Continue resolution of tax claims and e-mails
          and telephone conferences with parties
          regarding same and multiple e-mails and
          telephone conferences with taxing authorities
          and client regarding same and review and
          analyze claims, pleadings, tax bills, and other
          information regarding same and research issues
          regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.     $1,411.00

04/02/10  Attention to state tax property claims (1.5);
          analysis of E&Y valuation input as it relates
          to Henrico County claim (2.0)
          Craig D. Bell   3.50 hours at  570.00 per hour.        $1,995.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  25
May 12, 2010

| | | |
|---|---|---|
| 04/05/10 | E-mails regarding status of omnibus 37 summary judgment brief and resolution of various tax claims<br>Douglas M. Foley    .90 hours at  600.00 per hour. | $540.00 |
| 04/05/10 | Research on restricted interest issue IRS claim for 2007 (1.6); review E&Y input on Henrico County property tax claim (.5)<br>Craig D. Bell   2.10 hours at   570.00 per hour. | $1,197.00 |
| 04/06/10 | Research on IRS restricted interest issue and offset authority by IRS<br>Craig D. Bell   2.90 hours at   570.00 per hour. | $1,653.00 |
| 04/08/10 | Review status and resolution of various tax claims and summary judgment papers for omnibus 37 tax objection<br>Douglas M. Foley    .70 hours at   600.00 per hour. | $420.00 |
| 04/08/10 | E-mails with parties regarding tax issues and strategies<br>Daniel F. Blanks   1.30 hours at   415.00 per hour. | $539.50 |
| 04/12/10 | Meeting with IRS lawyer (5); attention to all open federal tax claims (3.4)<br>Craig D. Bell   3.90 hours at   570.00 per hour. | $2,223.00 |
| 04/13/10 | Meeting with IRS on 2007 and 2008 tax year adjustments (.7); preliminary analysis on IRS Forms 5701 for current IRS audit (1.7) attention to sale leaseback issue (2.3)<br>Craig D. Bell   4.70 hours at   570.00 per hour. | $2,679.00 |
| 04/14/10 | Attention to latest IRS audit adjustments and analysis as it relates to 2007 and 2008 tax year audit<br>Craig D. Bell   2.80 hours at   570.00 per hour. | $1,596.00 |
| 04/16/10 | Draft settlement offer to Henrico and review and analyze claims, pleadings, charts, and other materials regarding same<br>Daniel F. Blanks    .90 hours at   415.00 per hour. | $373.50 |
| 04/19/10 | Attention to current IRS audit adjustments and analysis of IRS position (2.2); continue evaluation of sale-leaseback tech advice memorandum and IRS audit position on same (2.4)<br>Craig D. Bell   4.60 hours at   570.00 per hour. | $2,622.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

| | | |
|---|---|---|
| 04/19/10 | Review, revise and file objection to New York claims and e-mails with KCC and debtors' professionals regarding same | |
| | Daniel F. Blanks   1.10 hours at  415.00 per hour. | $456.50 |
| 04/20/10 | Attention to federal tax issues and IRS positions | |
| | Craig D. Bell   2.40 hours at  570.00 per hour. | $1,368.00 |
| 04/21/10 | Detailed review of IRS audit work papers, positions, and analysis on sale-leaseback issue for current audit cycle | |
| | Craig D. Bell   5.20 hours at  570.00 per hour. | $2,964.00 |
| 04/23/10 | Finalize and revise letter to Henrico regarding claims and related issues | |
| | Daniel F. Blanks   1.30 hours at  415.00 per hour. | $539.50 |
| 04/26/10 | Analysis on IRS work papers and TAM position on ground leased sale-leaseback transactions (3.2); attention to Henrico County property settlement offer (.9) | |
| | Craig D. Bell   4.10 hours at  570.00 per hour. | $2,337.00 |
| 04/26/10 | Telephone conferences with taxing authorities regarding unpaid administrative taxes and other related issues and research issues regarding same and review materials regarding same | |
| | Daniel F. Blanks   1.10 hours at  415.00 per hour. | $456.50 |
| 04/27/10 | Continue evaluation of sale-leaseback analysis on IRS positions (1.3); review selected sale-leaseback transaction documents and IRS work papers (1.6) | |
| | Craig D. Bell   2.90 hours at  570.00 per hour. | $1,653.00 |
| 04/27/10 | Multiple telephone conferences and e-mails with taxing authorities regarding 37th omnibus objection and related issues regarding hearings | |
| | Daniel F. Blanks   1.30 hours at  415.00 per hour. | $539.50 |
| 04/28/10 | E-mails with taxing authorities regarding outstanding amounts and related issues | |
| | Daniel F. Blanks   .50 hours at  415.00 per hour. | $207.50 |
| 04/29/10 | E-mails regarding filing 37th omnibus summary judgment motion and review same | |
| | Douglas M. Foley   .40 hours at  600.00 per hour. | $240.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 2.0 | $1,200.00 |
| Craig D. Bell | $570.00 | 42.0 | $23,940.00 |

Circuit City Stores Inc
File Number: 2055557                              Page   27
Invoice No. 91250097                             May 12, 2010

| | | | |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 10.9 | $4,523.50 |
| TOTAL FEES | | 54.9 | $29,663.50 |

**Re: Claims Administration**
   **Our File No.**              **2055557-0250**
   **Circuit City Contact**      **Katie Bradshaw**
   **McGuireWoods Contact**      **Douglas M. Foley**

04/01/10  Revise, finalize and submit order regarding
          omni 56 and multiple calls and e-mails
          regarding same (.6); review entered orders and
          e-mails regarding same (.3); review agenda and
          e-mails regarding status of various matters
          (.3); continue claim objection resolutions,
          analyze documents, revise charts and multiple
          calls and e-mails regarding same (2.6)
          Sarah B. Boehm   3.80 hours at  495.00 per hour.        $1,881.00

04/01/10  Continue resolution of claims and multiple
          telephone conferences and e-mails and with
          claimants and review and analyze claims,
          charts, and other materials regarding same and
          research issues regarding same
          Daniel F. Blanks   3.70 hours at  415.00 per hour.      $1,535.50

04/01/10  Correspond with pro se claimant regarding claim
          and omnibus objection to claim (.7); research
          issues relating to claim and objection thereto
          (.5); correspond with debtors' professionals
          regarding notice of stipulation filed (.4);
          review claims chart and correspond with
          debtors' professionals regarding outstanding
          settlements (.3); review and analyze responses
          to discovery requests (.4); draft and review
          exhibits to supplemental orders on omnibus
          objections (1.1)
          Bryan A. Stark   3.50 hours at  335.00 per hour.        $1,172.50

04/01/10  E-mail with debtor's professionals regarding
          drafting stipulation and settlements
          Erin Q. Ashcroft   .30 hours at  330.00 per hour.          $99.00

04/01/10  Research and draft Henrico County stipulation
          Linda J. Neilson   1.60 hours at  200.00 per hour.        $320.00

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91250097                                   May 12, 2010

04/02/10  Review and revise several settlement
          stipulations, and e-mails with debtor's
          professionals regarding same (1.2); review
          motion to reconsider filed by Archos, and
          e-mails with debtor's professionals regarding
          same (.4); e-mails regarding status of late
          claim litigation and potential settlements of
          Circuit City Towne Square claim and Senneheiser
          claim (.4)
          Douglas M. Foley   2.00 hours at  600.00 per hour.      $1,200.00

04/02/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other materials regarding same
          Daniel F. Blanks   4.20 hours at  415.00 per hour.      $1,743.00

04/02/10  Finalize and file notices of stipulation
          resolving omnibus objections (.7); research and
          review and analyze district court dockets and
          filings regarding appeals (1.0); correspond
          with debtors' professionals regarding same (.6)
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

04/05/10  E-mails with client regarding next meeting to
          review status of unresolved claims and new
          claim objections
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

04/05/10  Analyze adjourn chart and e-mails regarding
          status of various outstanding settlements (.4);
          analyze issues and e-mails regarding various
          claim matters (.9); review entered orders and
          e-mails regarding same (.3)
          Sarah B. Boehm   1.60 hours at  495.00 per hour.          $792.00

04/05/10  Review charts and e-mails with debtors'
          professionals regarding claim stipulations and
          continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   4.10 hours at  415.00 per hour.      $1,701.50

04/05/10  Research claims of claimant and correspond with
          debtors' professionals regarding same (.6)
          Bryan A. Stark    .60 hours at  335.00 per hour.          $201.00

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91250097                                    May 12, 2010

04/05/10  Review and revise response charts for omnibus
          objections (2.3); review and prepare listing of
          all adversary proceedings (.8)
          Linda J. Neilson   3.10 hours at  200.00 per hour.        $620.00

04/06/10  Continue claim objection resolutions, analyze
          documents, revise stipulations, analyze adjourn
          chart and multiple calls and e-mails regarding
          same (3.3); finalize and file designations for
          items to be included in appeal and analyze
          documents regarding same (.8)
          Sarah B. Boehm   4.10 hours at  495.00 per hour.        $2,029.50

04/06/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other materials regarding same
          and draft pleadings regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.      $1,037.50

04/06/10  Review docket and settlement procedures and
          correspond with counsel regarding outstanding
          stipulations (.4); review and analyze
          Mitsubishi appellate brief (.8); review and
          analyze outstanding responses to omnibus
          objections (.6)
          Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

04/06/10  Draft stipulation for Polk County
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.        $330.00

04/06/10  Review and revise tracking charts for responses
          to omnibus objections
          Linda J. Neilson   2.10 hours at  200.00 per hour.        $420.00

04/07/10  Review claims status and liquidation analysis
          charts, and e-mails with debtor's professionals
          regarding same (.4); e-mails regarding possible
          resolution of late claim motions including
          Circuit City/Towne Square (.3)
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

04/07/10  Analyze and revise claim orders and multiple
          e-mails regarding same (.3); continue claim
          objection resolutions, analyze issues, claims
          and documents, multiple calls and e-mails
          regarding same, revise adjourn status chart
          (1.4); analyze and revise agenda exhibit
          regarding status of adjourned claim and
          multiple calls and e-mails regarding same (1.8)
          Sarah B. Boehm   3.50 hours at  495.00 per hour.        $1,732.50

Circuit City Stores Inc
File Number: 2055557                              Page  30
Invoice No. 91250097                             May 12, 2010

04/07/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review and analyze
          claims, pleadings, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          Daniel F. Blanks   1.90 hours at  415.00 per hour.       $788.50

04/07/10  Review and analyze preferential transfers to
          claimant and analyze various pleadings filed by
          claimant (1.3); review docket for objections to
          notices of settlements (.2); review and analyze
          stipulation staying briefing schedule regarding
          appeal and research issues regarding same
          (1.1); correspond with debtors' professionals
          regarding filing of same (.4); review claims
          registry and docket regarding filings by party
          in interest (.4)
          Bryan A. Stark   3.40 hours at  335.00 per hour.       $1,139.00

04/07/10  Review and revise tracking charts for responses
          to omnibus objections (2.8); prepare exhibit A
          to 4/15/10 hearing agenda (.8)
          Linda J. Neilson   3.60 hours at  200.00 per hour.       $720.00

04/08/10  E-mails regarding potential resolution of
          employee claims objections and issues relating
          to late claims and late claim motions by
          various parties (.7); review consent motion and
          orders relating to stay of matters and appeals
          of 502(d) ruling by Mitsubishi (.4); review
          unresolved omnibus claim objection chart and
          analyze issues on for hearing on April 15 (1.2)
          Douglas M. Foley   3.30 hours at  600.00 per hour.     $1,980.00

04/08/10  Analyze and revise agenda and exhibit regarding
          status of adjourned claims, review and revise
          charts and multiple calls and e-mails regarding
          status of various claim matters (1.8); continue
          claim objection resolutions, analyze pleadings,
          multiple calls and e-mails regarding upcoming
          omnibus hearing and adjourned status hearings
          (1.7)
          Sarah B. Boehm   3.50 hours at  495.00 per hour.       $1,732.50

Circuit City Stores Inc
File Number: 2055557                          Page  31
Invoice No. 91250097                          May 12, 2010

04/08/10  Prepare for and participate in conference call
          with Audiovox regarding claims and AR suit and
          continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review and analyze
          claims, pleadings, and other items regarding
          same and research issues regarding same
          Daniel F. Blanks   6.30 hours at  415.00 per hour.      $2,614.50

04/08/10  Correspond with creditors' counsel regarding
          stipulations and review docket regarding same
          (.4); research local rules and standing orders
          and correspond with debtors' professionals
          regarding court procedures (.8); draft consent
          motion to stay briefing schedule and memorandum
          in support thereof (2.6); correspond with
          counsel to review and analyze various
          claimants' letter responses and support thereof
          to omnibus objection and correspond with
          debtors' professionals regarding same (1.3);
          review claims registry relating to
          correspondence received (.3); review and
          analyze response of debtors and e-mail
          claimants' counsel regarding accounts
          receivable (.8)
          Bryan A. Stark   6.20 hours at  335.00 per hour.       $2,077.00

04/08/10  Review and revise Exhibit A for 4/15/10 hearing
          agenda (2.2); review and revise tracking charts
          for claims (2.1)
          Linda J. Neilson   4.30 hours at  200.00 per hour.       $860.00

04/09/10  Review and finalized various stipulations
          resolving pending claims (.7); review exhibit A
          to agenda for April 15 omnibus and revised same
          (.6)
          Douglas M. Foley   1.30 hours at  600.00 per hour.       $780.00

04/09/10  Analyze and revise exhibit to agenda regarding
          status of all claim matters, prepare for and
          participate in telephone conferences regarding
          same and analyze and revise adjourned claims
          chart regarding same (3.3); draft notice,
          revise, finalize and file claim stipulation and
          e-mails regarding same (.6); analyze claims and
          strategy regarding late claims (.5); continue
          claim objection resolutions, analyze documents
          and multiple calls and e-mails regarding same
          (2.2)
          Sarah B. Boehm   6.60 hours at  495.00 per hour.       $3,267.00

Circuit City Stores Inc
File Number: 2055557                          Page  32
Invoice No. 91250097                          May 12, 2010

04/09/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review and analyze
          claims, pleadings, and other items regarding
          same and research issues regarding same
          Daniel F. Blanks   6.60 hours at  415.00 per hour.      $2,739.00

04/09/10  Prepare for and participate in conference call
          regarding claims and omnibus hearing (1.4);
          finalize and file consent motion to stay
          briefing schedule and memorandum in support
          (1.2); finalize consent order regarding same
          and transmit to district court (.6); review and
          analyze documentation regarding accounts
          receivable and correspond with claimant's
          counsel regarding same (.7)
          Bryan A. Stark   3.90 hours at  335.00 per hour.        $1,306.50

04/09/10  Draft settlement and stipulation for Texas tax
          collectors
          Erin Q. Ashcroft   2.90 hours at  330.00 per hour.        $957.00

04/09/10  Review and revise tracking charts for claims
          Linda J. Neilson   1.90 hours at  200.00 per hour.        $380.00

04/12/10  Review and analyze issues relating to Rule 7023
          motion pending by Gentry class plaintiffs and
          reply to same
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

04/12/10  Analyze, revise, and finalize agenda and
          exhibit regarding adjourned claims status and
          multiple calls and e-mails regarding same and
          status of various claim matters and review
          charts regarding same (3.1); review responses
          regarding omni 70 and e-mails regarding same
          (.4); review and revise claim orders, submit
          same and multiple e-mails regarding claim
          resolutions (.7); continue claim objection
          resolutions, review documents, and multiple
          calls and e-mails regarding same (2.7)
          Sarah B. Boehm   6.90 hours at  495.00 per hour.        $3,415.50

04/12/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other material regarding
          same and research issues regarding and draft
          stipulations and orders regarding same
          Daniel F. Blanks   6.40 hours at  415.00 per hour.      $2,656.00

Circuit City Stores Inc
File Number: 2055557                          Page  33
Invoice No. 91250097                          May 12, 2010

04/12/10  Review and analyze docket for responses to
          notices of settlement and correspond with
          debtors' professionals regarding same (.2);
          correspond with debtors' professionals
          regarding transfer of claims issues (.3);
          correspond with creditors' counsel regarding
          claims registry and other issues (.4); review
          and finalize response in opposition to motion
          for class proof of claim (.6)
          Bryan A. Stark   1.50 hours at  335.00 per hour.        $502.50

04/12/10  Draft settlement agreements and stipulations
          for various county tax collectors
          Erin Q. Ashcroft   3.90 hours at  330.00 per hour.    $1,287.00

04/12/10  Review and revise tracking charts for claims
          Linda J. Neilson   1.90 hours at  200.00 per hour.      $380.00

04/13/10  Review pleadings filed by Schimenti
          Construction and analyze issues regarding same
          and e-mails with opposing counsel and telephone
          conference with debtors' professionals
          regarding same and strategy going forward
          (1.6); review pleadings relating to Weilder
          class plaintiffs' claims objections and class
          action plaintiffs for Gentry and Skaff and
          revise reply pleadings and prepared for hearing
          on April 15 (.9); review pleadings relating to
          motion to dismiss Mitsubishi appeal and filed
          same (.9); e-mails with opposing counsel
          regarding SPHE settlement and status of any
          objections (.2); e-mails regarding resolution
          and settlement of potential late claim motions
          and strategy going forward regarding same (.6)
          Douglas M. Foley   4.20 hours at  600.00 per hour.    $2,520.00

04/13/10  Continue claim objection resolutions, analyze
          documents and claims, review charts and
          multiple calls and e-mails regarding same
          (2.4); review designation of items on appeal
          regarding Paramount claim and multiple e-mails
          regarding same (.6); research, draft and revise
          objection to motion for protective order,
          analyze issues and multiple calls and e-mails
          regarding same (2.2)
          Sarah B. Boehm   5.20 hours at   495.00 per hour.     $2,574.00

Circuit City Stores Inc
File Number: 2055557                            Page  34
Invoice No. 91250097                            May 12, 2010

04/13/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and review and analyze claims, pleadings,
          charts, documents, contracts, correspondence
          and other items regarding same and research
          issues regarding same
          Daniel F. Blanks   7.20 hours at  415.00 per hour.      $2,988.00

04/13/10  Correspond with debtors' professionals
          regarding notices of settlement (.8); review,
          analyze and finalize settlement agreement and
          file notice of settlement agreement (1.2);
          review, analyze and file reply in support of
          summary judgment motion (.6)
          Bryan A. Stark   2.60 hours at  335.00 per hour.          $871.00

04/13/10  Draft Activision motion to seal settlement
          agreement (1.8); revise stipulation (.4); draft
          and revise tax collector stipulations (1.0);
          e-mail with debtors professionals regarding
          settled claims (.2)
          Erin Q. Ashcroft   3.80 hours at  330.00 per hour.      $1,254.00

04/13/10  Review and revise tracking charts for claims
          Linda J. Neilson   2.20 hours at  200.00 per hour.        $440.00

04/14/10  Review and analyze issues relating to Chase
          general unsecured claim and telephone
          conference with opposing counsel regarding
          various issues and breakdown of amounts and
          analyze issues regarding same (1.6); analyze
          issues relating to Alliance and SIM proofs of
          claim and accounts receivable and
          reconciliation of same (.9); review and updated
          omnibus claims resolution chart in preparation
          for omnibus hearing regarding same (1.9);
          e-mails with opposing counsel regarding Circuit
          City appeals of 502(d) issue (.4); review
          Source Interlink proof of claim and calculation
          of accounts receivable (.3); telephone
          conference and e-mails with opposing counsel
          and client regarding PHH claims regarding track
          leasing for vehicles (.3)
          Douglas M. Foley   5.40 hours at  600.00 per hour.      $3,240.00

Circuit City Stores Inc
File Number: 2055557                                     Page  35
Invoice No. 91250097                                     May 12, 2010

04/14/10  Prepare for and participate in claims meeting
          regarding status of various claim matters (.9);
          multiple e-mails regarding designation of items
          on appeal regarding Paramount claim (.3);
          telephone conference with C. Jones regarding
          Weidler summary judgment and e-mails regarding
          same (.4); review entered claim order and
          e-mails regarding service of same (.2)
          Sarah B. Boehm   1.80 hours at  495.00 per hour.      $891.00

04/14/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and debtors' professionals regarding
          same and review and analyze claims, documents,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   5.90 hours at  415.00 per hour.   $2,448.50

04/14/10  Review proof of claim filed by debtors in a
          creditors' bankruptcy case and correspond with
          debtors' professionals regarding same (.4);
          review and update claims chart (.4); review and
          file designation of items for record on appeal
          and arrange for service (.7)
          Bryan A. Stark   1.50 hours at  335.00 per hour.      $502.50

04/14/10  Meeting with debtor's professionals regarding
          contract interpretation of Chase Bank
          indemnification agreement (.3); research
          regarding indirect consequential damages under
          New York law (.8); draft stipulations for Smith
          and Conity (.6); revise Tyler Independent
          stipulation (.2)
          Erin Q. Ashcroft   1.90 hours at  330.00 per hour.    $627.00

04/14/10  Review, revise and circulate claims charts
          Linda J. Neilson   2.50 hours at  200.00 per hour.    $500.00

04/15/10  Review omnibus claim objection resolution chart
          and updated same (1.2); e-mails with client and
          review and prepare for meetings regarding
          status of unresolved claims, new claim
          objections and collection accounts receivable
          (1.3); e-mails with opposing counsel and
          debtors' professionals regarding status of
          appeals and status conference with district
          judge (.4)
          Douglas M. Foley   2.90 hours at  600.00 per hour.   $1,740.00

Circuit City Stores Inc
File Number: 2055557                          Page  36
Invoice No. 91250097                          May 12, 2010

04/15/10  Analyze issues regarding omnibus hearing on
          claims and multiple calls and e-mails regarding
          same (.8); multiple e-mails regarding
          designation of items on appeal regarding
          Paramount and analyze issues regarding same
          (.2)
          Sarah B. Boehm   1.00 hours at  495.00 per hour.         $495.00

04/15/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other documents regarding same
          and research issues regarding same and draft
          orders and stipulations regarding same and file
          stipulations with court regarding same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.     $2,158.00

04/15/10  Revise stipulations
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.       $165.00

04/15/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.80 hours at  200.00 per hour.       $360.00

04/15/10  Research Jaffe claim and objection
          Karen B. Cain    .60 hours at  215.00 per hour.          $129.00

04/16/10  Prepare for attend and participate in meeting
          with client and debtors' professionals
          regarding status of unresolved claim objections
          and accounts receivable (6.3); telephone
          conference and e-mails with creditor's counsel
          regarding status of demand letters and
          unresolved claim objections including Seagate
          Technologies (.4)
          Douglas M. Foley   6.70 hours at  600.00 per hour.     $4,020.00

04/16/10  Analyze issues and e-mails regarding Batioff
          settlement
          Sarah B. Boehm    .20 hours at  495.00 per hour.          $99.00

04/16/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.20 hours at  200.00 per hour.       $240.00

04/16/10  Review filings and correspondence for omnibus
          objection responses (2.8); e-mail to and from
          court reporter regarding omnibus hearing dates
          (.4)
          Karen B. Cain   3.20 hours at  215.00 per hour.          $688.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  37
May 12, 2010

04/19/10 E-mails regarding status of resolution of
various claims and propounding discovery on
disputed claims going forward on merits at
upcoming hearings (1.3); e-mails and telephone
conferences regarding 503(b)(9) claims and
goods versus services issue relating to
Schimenti (1.1); e-mails regarding Samsung
meeting to resolve claims and accounts
receivable matters and set off (.6); e-mails
regarding Seagate claims and 70th omnibus
objection and provisions of details and backup
regarding same (.2); review New York City tax
objection for filing of same (.4)
Douglas M. Foley   3.60 hours at  600.00 per hour.        $2,160.00

04/19/10 Draft claims notice, finalize and file Batioff
stipulation and e-mails regarding same (.9);
continue claim objection resolutions, analyze
issues and documents, revise charts and
multiple calls and e-mails regarding same (1.4)
Sarah B. Boehm   2.30 hours at  495.00 per hour.        $1,138.50

04/19/10 Continue resolution of claims and multiple
telephone conferences and e-mails with
creditors and parties in interest regarding
same and review and analyze claims, pleadings,
charts, and other materials regarding same and
research issues regarding same
Daniel F. Blanks   6.60 hours at  415.00 per hour.        $2,739.00

04/19/10 Revise stipulations and settlements (2.9);
e-mail with debtors professionals regarding
stipulations (.3); review Bank One credit card
agreement (.9); meeting with debtor's
professionals regarding contract interpretation
(.4)
Erin Q. Ashcroft   4.50 hours at  330.00 per hour.        $1,485.00

04/19/10 Review and revise tracking charts for omnibus
objections
Linda J. Neilson   2.10 hours at  200.00 per hour.          $420.00

Circuit City Stores Inc
File Number: 2055557                          Page  38
Invoice No. 91250097                          May 12, 2010

04/20/10  Several e-mails with counsel for Schimenti
          Construction regarding status of 503(b)(9)
          claim and stipulation to resolve issues
          relating to good versus services and
          disallowance of claim and e-mails and telephone
          conferences regarding strategy relating to same
          (1.3); review discovery being propounded on
          parties relating to 48th omnibus objection to
          claims and set off issues (.6)
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

04/20/10  Continue claim objection resolutions and
          multiple calls and e-mails regarding same (.7);
          analyze and revise adjourn claim chart and
          multiple calls and e-mails regarding same and
          status of various claim matters (.6)
          Sarah B. Boehm   1.30 hours at  495.00 per hour.        $643.50

04/20/10  Draft, revise, and research issues regarding
          response to Ryan (1.5); continue resolution of
          claims and multiple telephone conferences and
          e-mails with parties regarding same and review
          and analyze claims, pleadings, charts, and
          notices regarding same and research issues
          regarding same and prepare orders and notices
          regarding same (3.1)
          Daniel F. Blanks   4.60 hours at  415.00 per hour.      $1,909.00

04/20/10  Review creditor response to discovery requests
          and forward same to debtors' professionals for
          review (.6); review and analyze 30(b)(6)
          deposition notice and research regarding
          objection to same (.7)
          Bryan A. Stark   1.30 hours at  335.00 per hour.        $435.50

04/20/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.70 hours at  200.00 per hour.      $340.00

04/20/10  Research responses to omnibus objections and
          electronic database for claim comparison
          Karen B. Cain   1.90 hours at  215.00 per hour.         $408.50

04/21/10  E-mails regarding status of conference call
          with district court regarding 502(d) appeals
          (.3); e-mails regarding propounding discovery
          on Averatec and e-mails with debtors' counsel
          regarding same (.3)
          Douglas M. Foley    .60 hours at  600.00 per hour.      $360.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91250097                                    May 12, 2010

04/21/10  Revise, finalize and file objection to motion
          to reconsider and settlement agreement and
          e-mails regarding same (.8); continue claim
          objection resolutions, analyze claims and
          pleadings, draft orders and settlement
          agreements, analyze and revise adjourned claims
          chart, and multiple calls and e-mails regarding
          same (3.1); participate in conference regarding
          settlement strategy and related issues
          regarding Samsung (.8); analyze issues and
          e-mails regarding Schimenti claims and order
          regarding same (.7)
          Sarah B. Boehm   5.40 hours at  495.00 per hour.        $2,673.00

04/21/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other documents
          regarding same and prepare stipulations,
          orders, and notices regarding same and research
          issues regarding same
          Daniel F. Blanks   6.80 hours at  415.00 per hour.      $2,822.00

04/21/10  Review Bank One contract (1.2); research
          regarding New York law of consequential damages
          (2.1)
          Erin Q. Ashcroft   3.30 hours at  330.00 per hour.      $1,089.00

04/21/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   2.20 hours at  200.00 per hour.        $440.00

04/21/10  Review responses to omnibus objections and
          forward to appropriate professional for action
          Karen B. Cain   1.40 hours at  215.00 per hour.           $301.00

04/22/10  Prepare for participated in and attend meeting
          with client representatives regarding status of
          various claim matters and account receivable
          matters and litigation matters at Circuit City
          and develop strategies regarding same (5.9);
          telephone conferences and e-mails with
          creditors and creditors' counsel regarding
          resolution of objections under 70th omnibus
          objection to claims (.7)
          Douglas M. Foley   6.60 hours at  600.00 per hour.      $3,960.00

Circuit City Stores Inc
File Number: 2055557                              Page  40
Invoice No. 91250097                             May 12, 2010

04/22/10  Prepare for and attend claims status meeting
          and analyze strategy and issues regarding
          claims and related matters (4.6); review and
          revise agenda regarding various claim matters
          (.3)
          Sarah B. Boehm    4.90 hours at  495.00 per hour.        $2,425.50

04/22/10  Prepare for and meetings with CRO regarding
          claims and related strategies and review and
          analyze claims, pleadings, charts, and other
          materials regarding same (4.1); continue
          resolution of claims and multiple telephone
          conferences and e-mails with parties regarding
          same and review and analyze claims, pleadings,
          charts and other documents regarding same (2.3)
          Daniel F. Blanks   6.40 hours at  415.00 per hour.       $2,656.00

04/22/10  Review and revise tracking charts for omnibus
          objections (1.9); review and revise Exhibit A
          for 4/29/10 hearing agenda (1.4); draft hearing
          items chart for 5/11/10 hearing (1.1)
          Linda J. Neilson   4.40 hours at  200.00 per hour.         $880.00

04/22/10  Review hard copies of responses to omnibus
          objections
          Karen B. Cain     .70 hours at  215.00 per hour.           $150.50

04/23/10  Review documents relating to motions to dismiss
          appeals and analyze issues regarding same and
          e-mails and telephone conferences with debtors'
          professionals regarding same and strategy going
          forward with respect to 502(d) appeals
          Douglas M. Foley   1.30 hours at  600.00 per hour.         $780.00

04/23/10  Analyze and revise agenda and exhibit regarding
          status of claim matters and review and revise
          charts regarding same (2.1); continue claim
          objection resolutions, analyze issues and
          correspondence, draft orders and multiple calls
          and e-mails regarding same (2.3); revise
          Schimenti order and e-mails regarding same (.3)
          Sarah B. Boehm    4.70 hours at  495.00 per hour.        $2,326.50

04/23/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding research issues regarding
          same and review and analyze claims, pleadings,
          and documents regarding same and draft and
          revise and file pleadings and submit orders
          regarding same
          Daniel F. Blanks   4.80 hours at  415.00 per hour.       $1,992.00

Circuit City Stores Inc
File Number: 2055557                               Page  41
Invoice No. 91250097                              May 12, 2010

04/23/10  Review and revise Exhibit A to 4/29/10 hearing
          agenda (1.1); review and revise tracking charts
          for omnibus objections (1.4); retrieve and
          organize responses to 70th omnibus objection
          (1.6)
          Linda J. Neilson   4.10 hours at  200.00 per hour.        $820.00

04/26/10  E-mails regarding status of hearing on omnibus
          claim objections for April 29th and review
          status of draft orders and revised same
          relating to Schimenti Construction and other
          goods versus services claims
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

04/26/10  Numerous e-mails and telephone conferences with
          co-counsel, client and opposing counsel
          regarding appeals relating to 502(d)
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

04/26/10  Analyze and revise agenda and Exhibit A
          regarding claim status and multiple e-mails
          regarding same (1.7); review discovery on
          various claim matters and e-mails regarding
          same (.3); analyze issues and e-mails regarding
          Schimenti order regarding omni 5 (.2); review
          pleadings regarding Activision settlement and
          motion to seal (.3); continue claim objection
          resolutions, analyze and revise documents and
          correspondence, draft and revise orders,
          multiple calls and e-mails regarding same (1.6)
          Sarah B. Boehm   4.10 hours at  495.00 per hour.        $2,029.50

04/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same and
          research issues regarding same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.        $2,158.00

04/26/10  Review and analyze proofs of claims and
          contracts contained in same (1.6); correspond
          with debtor regarding contracts (.4); review
          docket and correspond with debtors'
          professionals regarding discovery requests
          (.4); correspond with debtors' professionals
          regarding appeal conference and other claims
          matters (.8)
          Bryan A. Stark   3.20 hours at  335.00 per hour.        $1,072.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  42
May 12, 2010

04/26/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    1.70 hours at  200.00 per hour.          $340.00

04/27/10  E-mails and telephone conferences with opposing
          counsel relating to 502(d) appeals and analyze
          issues and strategy regarding same (1.7);
          e-mails regarding Activision settlement
          stipulation and finalization of same (.2);
          e-mails regarding Paramount claims and omnibus
          20 objection to claims and resolution of same
          (.3)
          Douglas M. Foley    2.20 hours at  600.00 per hour.        $1,320.00

04/27/10  Continue claim objection resolutions, analyze
          documents, draft and revise orders, negotiation
          settlements, prepare for upcoming claim status
          hearing and multiple calls and e-mails
          regarding same (4.4); analyze responses to omni
          70 and multiple e-mails regarding same (.7)
          Sarah B. Boehm    5.10 hours at  495.00 per hour.         $2,524.50

04/27/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same and
          research issues regarding same
          Daniel F. Blanks    3.50 hours at  415.00 per hour.       $1,452.50

04/27/10  Review docket for objections to notices of
          settlements (.1); draft notice of settlement
          and notice of motion to file under seal and
          correspond with debtors' professionals
          regarding same (1.2); draft cover letters and
          arrange for delivery of under seal agreement to
          notice parties (.8); correspond with creditor's
          counsel regarding administrative claim and
          other matters (.4); research regarding same
          (.4)
          Bryan A. Stark    2.90 hours at  335.00 per hour.           $971.50

04/27/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    1.10 hours at  200.00 per hour.          $220.00

04/28/10  E-mails regarding RBS Capital and claim
          resolution (.3); e-mails regarding omnibus 37
          tax objection and commencement of discovery
          (.4); numerous e-mails and telephone
          conferences regarding strategy relating to

Circuit City Stores Inc
File Number: 2055557                                        Page  43
Invoice No. 91250097                                        May 12, 2010

```
                    appeals on 502(d) and preparation for status
                    hearing with district court regarding placement
                    of reserves to resolve appeals as moot and
                    review orders regarding same (2.3); e-mails
                    regarding status of Weilder class claim
                    settlement and approval of same (.3); e-mails
                    with committee regarding Activision settlement
                    and motion to seal (.2); review transcript from
                    district court status hearing relating to
                    502(d) appeals and mootness issue (.6)
                    Douglas M. Foley   4.10 hours at  600.00 per hour.      $2,460.00

04/28/10   Continue claim objection resolutions, negotiate
                    settlements, draft, revise and submit orders,
                    analyze responses and chart, prepare for
                    omnibus claim hearing and multiple calls and
                    e-mails regarding same
                    Sarah B. Boehm   3.20 hours at  495.00 per hour.        $1,584.00

04/28/10   Continue resolution of claims and multiple
                    telephone conferences and e-mails with parties
                    regarding same and review and analyze claims,
                    pleadings, and other items regarding same and
                    research issues regarding same and draft,
                    revise, and file motions to seal and other
                    items regarding same and e-mails with committee
                    regarding same and draft stipulations regarding
                    same
                    Daniel F. Blanks   5.30 hours at  415.00 per hour.      $2,199.50

04/28/10   Review and analyze documentation regarding
                    receivables and correspond with creditor's
                    counsel regarding response and defenses (1.5);
                    review administrative claim and research issues
                    regarding same (1.3)
                    Bryan A. Stark   2.80 hours at  335.00 per hour.          $938.00

04/28/10   Research regarding cost of business shutdown
                    and consequential damages
                    Erin Q. Ashcroft   1.20 hours at  330.00 per hour.        $396.00

04/29/10   Prepare for and participated in telephone
                    conference status hearing with Federal District
                    Court Judge relating to appeals on 502(d) issue
                    and analyze issues regarding same (1.9);
                    prepare for an attend hearing on omnibus claim
                    objections and other matters for April 29th
                    omnibus hearing (3.9); review and finalized
                    Schimenti stipulation relating to 503(b)(9)
                    claim (.2)
                    Douglas M. Foley   6.00 hours at  600.00 per hour.      $3,600.00
```

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. 91250097                                    May 12, 2010

04/29/10   Prepare for and attend omnibus hearing
           regarding various claim matters, analyze
           documents and multiple calls and e-mails
           regarding same (1.8); draft, revise, finalize
           and submit multiple claim orders and multiple
           calls and e-mails regarding same (.9); finalize
           and submit findings of fact and conclusions of
           law regarding class proofs of claim and
           multiple e-mails regarding same (.3); review
           pleadings regarding motion for summary judgment
           regarding tax claims and e-mails regarding same
           (.4); continue claim objection resolutions and
           multiple calls and e-mails regarding same and
           status hearing reports (1.9); analyze pleadings
           and e-mails and revise Exhibit A to agenda
           regarding additional responses to omni 70 (.3)
           Sarah B. Boehm    5.60 hours at  495.00 per hour.      $2,772.00

04/29/10   Draft motion, notice and revise memorandum in
           support and file same regarding motion for
           summary judgment regarding omni 37 and multiple
           telephone conferences and e-mails regarding
           same and continue resolution of claims and
           multiple telephone conferences and e-mails with
           parties regarding same and review and analyze
           claims, pleadings, and other items regarding
           same and research issues regarding same
           Daniel F. Blanks   5.40 hours at  415.00 per hour.    $2,241.00

04/29/10   Review and analyze motion for summary judgment
           on omnibus objection (.5); review and analyze
           e-mails provided and defense to accounts
           receivables (1.1); correspond with debtors'
           professionals regarding supplemental order on
           omnibus objection (.2); review and analyze
           pleadings and correspond with creditor's
           counsel regarding status of appeal (.5);
           finalize and file certificate of no objections
           (.2)
           Bryan A. Stark    2.50 hours at  335.00 per hour.      $837.50

04/29/10   Review and prepare stipulation for John P.
           Raleigh (1.2); review and revise tracking
           charts for omnibus objections (2.1); review and
           revise Exhibit for 4/29/10 hearing (.1)
           Linda J. Neilson   3.40 hours at  200.00 per hour.     $680.00

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91250097                                    May 12, 2010

04/29/10  E-mail to and from professionals regarding
          status of responses to omnibus objections (.7);
          analyze filings regarding responses to claim
          objections (.4)
          Karen B. Cain   1.10 hours at  215.00 per hour.          $236.50

04/30/10  E-mails regarding status of appeals regarding
          502(d) and possible resolutions of same
          Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

04/30/10  Analyze responses to omni 70 and multiple
          e-mails regarding exhibits to order sustaining
          and adjourning objection (.7); review entered
          claim orders and e-mails regarding same (.2);
          review and revise adjourned claims chart,
          review pleadings and multiple e-mails regarding
          same (.6); continue claim objection
          resolutions, analyze pleadings, review
          correspondence and multiple calls and e-mails
          regarding same (1.9)
          Sarah B. Boehm   3.40 hours at  495.00 per hour.       $1,683.00

04/30/10  Review, finalize and file notice of settlement
          agreement and multiple e-mails regarding same
          Bryan A. Stark   .80 hours at  335.00 per hour.          $268.00

04/30/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.90 hours at  200.00 per hour.       $380.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 56.5 | $33,900.00 |
| Sarah B. Boehm | $495.00 | 78.2 | $38,709.00 |
| Daniel F. Blanks | $415.00 | 102.6 | $42,579.00 |
| Bryan A. Stark | $335.00 | 40.8 | $13,668.00 |
| Erin Q. Ashcroft | $330.00 | 23.3 | $7,689.00 |
| Karen B. Cain | $215.00 | 8.9 | $1,913.50 |
| Linda J. Neilson | $200.00 | 48.8 | $9,760.00 |
| TOTAL FEES | | 359.1 | $148,218.50 |

Re: Disclosure Statement and Plan
    Our File No.          2055557-0270
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

04/15/10  Review and revised protocol for joint hearings
          with Canadian bankruptcy court and analyze
          issues regarding same
          Douglas M. Foley    .90 hours at  600.00 per hour.          $540.00

04/29/10  E-mails regarding notice of continued
          confirmation hearing
          Sarah B. Boehm    .20 hours at  495.00 per hour.            $99.00

04/29/10  Review, analyze, and file motion to approve
          Canadian protocol and draft, revise, file, and
          serve motion to expedite and motion to shorten
          service and notice regarding same and multiple
          e-mails and telephone conferences with parties
          regarding same
          Daniel F. Blanks   3.20 hours at  415.00 per hour.        $1,328.00

04/30/10  Revise notice of continued confirmation hearing
          and send same to committee
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

| Timekeeper         | Rate/HR  | Hours | Fees      |
|--------------------|----------|-------|-----------|
| Douglas M. Foley   | $600.00  | 0.9   | $540.00   |
| Sarah B. Boehm     | $495.00  | 0.5   | $247.50   |
| Daniel F. Blanks   | $415.00  | 3.2   | $1,328.00 |
|                    |          |       |           |
| TOTAL FEES         |          | 4.6   | $2,115.50 |

**Re: Employee Benefits/Pensions**
     **Our File No.**           **2055557-0280**
     **Circuit City Contact**   **Katie Bradshaw**
     **McGuireWoods Contact**   **Douglas M. Foley**

04/06/10  Advice to A. Pietrantoni regarding 401(k) plan
          qualified domestic relations order hold from
          2006 regarding Q. Vitulli
          Elizabeth A. Diller   1.00 hours at  300.00 per hour.     $300.00

04/07/10  Review docket regarding supplemental 401(k)
          motion and correspond with debtors'
          professionals regarding same
          Bryan A. Stark   .40 hours at  335.00 per hour.           $134.00

| Timekeeper          | Rate/HR  | Hours | Fees    |
|---------------------|----------|-------|---------|
| Bryan A. Stark      | $335.00  | 0.4   | $134.00 |
| Elizabeth A. Diller | $300.00  | 1.0   | $300.00 |
|                     |          |       |         |
| TOTAL FEES          |          | 1.4   | $434.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  47
May 12, 2010

Re: Intellectual Property Matters
    Our File No.          2055557-0310
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley


03/31/10 Conduct privilege review of remaining Circuit
         City trademark files to be transferred
         Douglas B. Smith   4.00 hours at  320.00 per hour.      $1,280.00

04/05/10 Research status of circuitcity.info and send
         summary to J. Peyton and D. Foley
         Douglas B. Smith    .70 hours at  320.00 per hour.        $224.00

04/07/10 E-mails with client and debtor's professionals
         regarding transfer of remaining trademark
         assets to Systemax
         Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

04/07/10 E-mails with D. Foley regarding transfer of
         circuitcity.info domain name to Systemax
         Douglas B. Smith    .30 hours at  320.00 per hour.         $96.00

04/09/10 Complete privilege review of Circuit City
         trademark files
         Douglas B. Smith   1.30 hours at  320.00 per hour.        $416.00

04/09/10 E-mails with D. Foley (.2); prepare e-mail to
         counsel for Systemax regarding transfer of
         domain name (.3)
         Douglas B. Smith    .50 hours at  320.00 per hour.        $160.00

04/12/10 E-mails regarding transfer of Circuit City
         domain names to Symantec
         Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

04/12/10 Receive and review e-mail from counsel at
         Systemax regarding circuitcity.info and
         circuitcity.com.au
         Douglas B. Smith    .90 hours at  320.00 per hour.        $288.00

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $600.00  | 0.7   | $420.00   |
| Douglas B. Smith  | $320.00  | 7.7   | $2,464.00 |
|                   |          |       |           |
| TOTAL FEES        |          | 8.4   | $2,884.00 |


Disbursements and Other Expenses:
         Copy Charges                          $249.10
         Pacer Research                         $88.64

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91250097

Page  48
May 12, 2010

| | | |
|---|---|---|
| | Long Distance Telephone Charges | $109.80 |
| 12/31/09 | RESTAURANTEUR, INC. - Lunch meeting | $23.31 |
| 03/18/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 03/18/10 | $44.57 |
| 03/24/10 | GENESYS CONFERENCING INC - Conference call by B. Stark on 03/24/10 | $15.77 |
| 03/25/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 03/25/10 | $85.53 |
| 03/26/10 | GENESYS CONFERENCING INC - Conference call by D. Blanks on 03/26/10 | $16.44 |
| 03/31/10 | GENESYS CONFERENCING INC - Conference call by D. Blanks on 03/31/10 | $19.96 |
| 04/01/10 | FedEx Priority Overnight to Syosset, NY - Tracking #:  447957286380 | $8.96 |
| 04/06/10 | DANIEL F. BLANKS - Filing fee for complaint filed against Onkyo USA Corp., et al. 4/02 | $250.00 |
| 04/06/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 04/06/10 | $12.28 |
| 04/06/10 | BRYAN A. STARK - File complaint 4/01/10 | $500.00 |
| 04/08/10 | LASERSHIP INC - Delivery from McGuireWoods to USDC/NEW 4-2-10 | $5.32 |
| 04/08/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  447957288408 | $11.54 |
| 04/09/10 | FedEx Priority Overnight to Reading, PA - Tracking #:  447957289091 | $19.92 |
| 04/09/10 | DOUGLAS M. FOLEY - Travel expenses to meet with client and attend April 6, 2010 Circuit City hearing in Richmond, VA - 4/5-4/6/10; room, meal, mileage | $314.84 |
| 04/09/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 04/09/10 | $13.02 |
| 04/13/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  447957289816 | $7.78 |
| 04/14/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 03/18/10 | $187.00 |
| 04/14/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 04/14/10 | $11.41 |
| 04/15/10 | GENESYS CONFERENCING INC - Conference call by D. Foley on 04/15/10 | $68.35 |
| 04/15/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court Daily on 3/25/10 | $586.85 |
| 04/16/10 | FedEx Priority Overnight to Medford, NJ - Tracking #:  869015143746 | $27.65 |
| 04/19/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  447957291460 | $24.13 |
| 04/20/10 | FedEx Priority Overnight to Chicago, IL - Tracking #:  447957291952 | $10.60 |
| 04/20/10 | RESTAURANTEUR, INC. - Luncheon ordered 4/15/10 | $84.69 |
| 04/20/10 | RESTAURANTEUR, INC. - Luncheon ordered 4/6/10 | $131.54 |
| 04/20/10 | SARAH B. BOEHM - Van Shuttle used for travel to Bankruptcy Court 4/15 | $376.85 |

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91250097                                    May 12, 2010

| Date | Description | Amount |
|---|---|---|
| 04/20/10 | SARAH B. BOEHM - Van shuttle used for travel to court for Omni hearing 4/06 | $466.85 |
| 04/22/10 | BIZPORT-LOGISTICS - Messenger service on 3/19 to US Bankruptcy Court | $24.00 |
| 04/23/10 | BIZPORT-LOGISTICS - Messenger service on 3/26 to US Bankruptcy Court | $8.72 |
| 04/23/10 | BIZPORT-LOGISTICS - Messenger service on 3/23 to US Bankruptcy Court | $23.00 |
| 04/23/10 | DOUGLAS M. FOLEY - Attend meetings regarding preparation for hearing and attend court hearing 4/14 - 4/15; hotel, meals, mileage | $833.79 |
| 04/23/10 | BIZPORT-LOGISTICS - Messenger service on 4/2 to Tavenner | $6.00 |
| 04/23/10 | RESTAURANTEUR, INC. - Luncheon ordered 4/21/10 | $209.24 |
| 04/23/10 | BIZPORT-LOGISTICS - Messenger service on 4/8 to US District Court | $8.00 |
| 04/26/10 | DOUGLAS M. FOLEY - Travel to Richmond for client meetings - 4/20-4/21/10; hotel, meal, mileage | $499.34 |
| 04/26/10 | FedEx Priority Overnight to HENRICO VA - Tracking #:  986584525840 | $7.78 |
| 04/27/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-day on 4/6/10 | $72.25 |
| 04/27/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court daily on 4/15/10 | $435.60 |
| 04/29/10 | DIANE J DAFFRON, RPR - Copy of transcript of conference call heard 4/22/10 | $27.00 |
| 04/30/10 | DOUGLAS M. FOLEY - Meetings with client, court preparation, and court appearance - 4/27-4/28/10; hotel, meals, mileage | $560.62 |
| 04/30/10 | DANIEL F. BLANKS - Attend meetings with client and creditors 4/21 - 4/22; hotel, meals, mileage | $305.60 |
| 04/30/10 | BRYAN A. STARK - Complaint filing fee 4/30 | $250.00 |
| | TOTAL EXPENSES | $7,043.64 |

Summary of Fees and Expenses:

Total Fees for all Matters:          $286,893.50

Total Expenses for all Matters:        $7,043.64

Total for this Invoice:              $293,937.14