IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
|  | x |  |
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., et al., | : | Case No. 08-35653 (KRH) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  | x |  |

### ORDER GRANTING ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN SIXTH INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR THE PERIOD FROM FEBRUARY 1, 2010 THROUGH APRIL 30, 2010

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the Sixth Interim Fee Application of DJM Realty Services, LLC for Allowance and Payment of Compensation for Services Rendered for the Period from February 1, 2010 through April 30, 2010 (the "Sixth Interim Application")1 having been filed and served and no other or further notice being necessary; and the Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the

---

1     Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Fourth Interim Application.

amounts set forth in the Sixth Interim Application or that any such objection has been resolved or is hereby overruled; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

The fees requested in the Sixth Interim Application are hereby approved and allowed on an interim basis in the amount of $53,654.25.

This Order is without prejudice to the right of DJM to seek further allowance and payment of compensation upon application to this Court.

Dated: Richmond, Virginia
       June __, 2010

_____
Honorable
UNITED STATES BANKRUPTCY JUDGE