## EXHIBIT C-1

**(Statements)**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

FIRM/AFFILIATE OFFICES

BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

March 15, 2010

Alfred H. Siegel
Chief Restructuring Officer
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
       Case No. 08-35653 (KRH)
       Jointly Administered

Dear Al:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through February 28, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $845,790 consisting of $821,180 for professional fees and $24,610 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($339,058), Litigation (General) ($180,901) and Tax Matters (115,519). We have written off the amount of $63,112 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Alfred H. Siegel
March 15, 2010
Page 2


       The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request.  Thus, if the fee request is acceptable to you and no timely objections are made prior to April 3, 2010, you are authorized to pay to our firm the total amount of $722,613, which consists of the amount of $698,003 with respect to the fee request, (net of the 15% fee holdback amount of $123,177) and the total charge and disbursement amount of $24,610.  Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of February 1, 2010 through April 30, 2010.

       Should you have any questions or comments, please do not hesitate to call me at your convenience.

       Very truly yours,

       Chris L. Dickerson


Enclosures

cc:   Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
## AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

March 8, 2010
Bill No.:  1305460

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY  10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1305460 |

Invoice # 1305460
     Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through February 28, 2010

For General Corporate Advice .................... $        21,543
Less Fee Accommodation..................................... (           364)
                                                                        21,179


          Charges and Disbursements
  Total Disbursements ......................................                0

                                                                    $    21,179


For Asset Analysis and Recovery .......... $         5,067
Less Fee Accommodation..................................... (             0)
                                                                         5,067


          Charges and Disbursements
  Total Disbursements ......................................                0

                                                                    $     5,067


For Asset Dispositions (Real Property) .......... $        15,951
Less Fee Accommodation..................................... (             0)
                                                                        15,951

Charges and Disbursements
Total Disbursements ......................                                    0

                                                        $              15,951


For Business Operations / Strategic Planning ... $              1,463
Less Fee Accommodation ...................              (                 0)
                                                                      1,463


        Charges and Disbursements
Total Disbursements ......................                                    0

                                                        $               1,463


For Case Administration ...................... $             30,025
Less Fee Accommodation ...................              (             1,262)
                                                                     28,763


        Charges and Disbursements
        Courier, Express
        Delivery and Postage ..............    $             45
        Telecommunications ...............                   29
        Outside Research Services ........                   20
        Electronic Document Management ...                   17
        Travel Expenses ..................              1,777

            Total Disbursements .......................              1,888

                                                        $              30,651


For Claims Admin. (General) ................. $            328,917
Less Fee Accommodation ...................              (             2,858)
                                                                    326,059


        Charges and Disbursements
        Computer Legal Research ..........    $        11,065
        Courier, Express
        Delivery and Postage ..............                  70
        Filing/Court Fees ................                   50
        Electronic Document Management ...                  191
        Reproduction and Document Preparation               86
        Travel Expenses ..................              1,537

            Total Disbursements .......................             12,999

                                                        $             339,058

For Creditor Meetings / Statutory Committees ... $        3,341
Less Fee Accommodation ................................ (        2,268)
                                                                 1,073

### Charges and Disbursements
Total Disbursements ..............................                    0

                                                        $        1,073


For Disclosure Statement / Voting Issues ....... $          207
Less Fee Accommodation ................................ (            0)
                                                                   207

### Charges and Disbursements
Total Disbursements ..............................                    0

                                                        $          207


For Employee Matters (General) ................. $       38,255
Less Fee Accommodation ................................ (        1,890)
                                                                36,365

### Charges and Disbursements
Total Disbursements ..............................                    0

                                                        $       36,365


For Insurance ..................................... $          195
Less Fee Accommodation ................................ (            0)
                                                                   195

### Charges and Disbursements
Total Disbursements ..............................                    0

                                                        $          195


For Leases (Real Property) ..................... $        2,504
Less Fee Accommodation ................................ (            0)
                                                                 2,504

Charges and Disbursements
Total Disbursements ........................................   $           0

                                                      $       2,504


For Litigation (General) ..........................   $     224,057
Less Fee Accommodation .............................   (      48,588)
                                                              175,469

        Charges and Disbursements
        Computer Legal Research ............   $       4,420
        Courier, Express
        Delivery and Postage  .............            277
        Filing/Court Fees ................              36
        Outside Research Services ........              15
        Electronic Document Management ...             349
        Reproduction and Document Preparation          335

            Total Disbursements .......                5,432

                                                      $     180,901



For Nonworking Travel Time ..........................   $       2,793
Less Fee Accommodation .............................   (       1,396)
                                                               1,397


        Charges and Disbursements
        Total Disbursements ...............................            0

                                                      $       1,397


For Reorganization Plan / Plan Sponsors ........   $      46,759
Less Fee Accommodation .............................   (           0)
                                                              46,759

        Charges and Disbursements
        Computer Legal Research ..........   $       3,937

            Total Disbursements .......                3,937

                                                      $      50,696

Less Fee Accommodation .....................................   (          0)
                                                                        390


## Charges and Disbursements
  Total Disbursements ..................................          0

                                                                    $   390


For Retention / Fee Matters (SASM&F) ............ $   11,230
Less Fee Accommodation....................................   (     1,360)
                                                                      9,870


## Charges and Disbursements
  Total Disbursements ..................................          0

                                                                    $  9,870


For Retention / Fee Matters / Objections (Others)    15,699
....................................................... $
Less Fee Accommodation....................................   (          0)
                                                                     15,699


## Charges and Disbursements
  Computer Legal Research ............    $       354

    Total Disbursements .......................          354

                                                                    $ 16,053


For Secured Claims ....................................... $    5,578
Less Fee Accommodation....................................   (          0)
                                                                      5,578


## Charges and Disbursements
  Total Disbursements ..................................          0

                                                                    $  5,578


For Tax Matters ....................................... $     118,406
Less Fee Accommodation....................................   (     2,887)
                                                                    115,519

Charges and Disbursements
Total Disbursements ................................           0

                                                    $    115,519


For Utilities ....................................... $    11,673
Less Fee Accommodation ................................ (          0)
                                                         11,673


                Charges and Disbursements
    Total Disbursements ................................           0

                                                    $     11,673


Total Fees ........................................ $    821,180

Total Charges and Disbursements ......................     24,610

Grand Total ........................................ $    845,790

Less 15% Holdback ................................. (    123,177)

Current Amount Payable by Administrative Order .. $    722,613

**MATTER #1  General Corporate Advice**                     **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNERS** | | | |
| CHRIS L. DICKERSON | $850 | 1.50 | $  1,275.00 |
| GREGG M. GALARDI | 975 | 3.80 | 3,705.00 |
| **TOTAL PARTNERS** | | 5.30 | $ 4,980.00 |
| **ASSOCIATE** | | | |
| JENNIFER A. KARPE | $485 | 33.40 | $16,199.00 |
| **TOTAL ASSOCIATE** | | 33.40 | $16,199.00 |
| **MATTER TOTAL** | | 38.70 | $21,179.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

MATTER #2  Asset Analysis and Recovery                    Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.20 | $3,120.00 |
| TOTAL PARTNER | | 3.20 | $3,120.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 1.70 | $ 1,131.00 |
| KELLAN GRANT | 680 | 1.20 | 816.00 |
| TOTAL ASSOCIATES | | 2.90 | $1,947.00 |
| **MATTER TOTAL** | | 6.10 | $5,067.00 |

B43E

**MATTER #5  Asset Dispositions (Real Property)**                    **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $667 | 0.30 | $    200.00 |
| KELLAN GRANT | 680 | 17.10 | 11,628.00 |
| KELLY A. LAZAROFF | 485 | 8.50 | 4,123.00 |
| **TOTAL ASSOCIATES** | | 25.90 | $15,951.00 |
| **MATTER TOTAL** | | 25.90 | $15,951.00 |

B43E

MATTER #7  Business Operations / Strategic Planning          Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.50 | $1,463.00 |
| TOTAL PARTNER | | 1.50 | $1,463.00 |
| **MATTER TOTAL** | | 1.50 | $1,463.00 |

B43E

TIME SUMMARY - ALL MATTERS
Exhibit(s) C-1 Page 14 of 29
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

**MATTER #8  Case Administration**                              **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 4.60 | $ 4,485.00 |
| TOTAL PARTNER | | 4.60 | $ 4,485.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.40 | $   805.00 |
| IAN S. FREDERICKS | 665 | 17.20 | 11,438.00 |
| KELLAN GRANT | 680 | 0.90 | 612.00 |
| JESSICA S. KUMAR | 525 | 1.10 | 578.00 |
| KELLY A. LAZAROFF | 486 | 0.70 | 340.00 |
| SUNDEEP S. SIDHU | 420 | 1.20 | 504.00 |
| TOTAL ASSOCIATES | | 22.50 | $14,277.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 33.90 | $10,001.00 |
| TOTAL LEGAL ASSISTANTS | | 33.90 | $10,001.00 |
| **MATTER TOTAL** | | 61.00 | $28,763.00 |

B43E

MATTER #9  Claims Admin. (General)                    Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| CHRIS L. DICKERSON | $850 | 0.50 | $     425.00 |
| GREGG M. GALARDI | 975 | 12.00 | 11,700.00 |
| **TOTAL PARTNERS** | | 12.50 | $ 12,125.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 125.80 | $  72,335.00 |
| PAMELA S. DANGELO | 485 | 53.30 | 25,851.00 |
| FOLARIN S. DOSUNMU | 665 | 3.80 | 2,527.00 |
| IAN S. FREDERICKS | 665 | 75.60 | 50,274.00 |
| KELLAN GRANT | 680 | 13.00 | 8,840.00 |
| CANDICE KORKIS | 420 | 71.90 | 30,198.00 |
| JESSICA S. KUMAR | 525 | 71.70 | 37,643.00 |
| KELLY A. LAZAROFF | 485 | 89.60 | 43,456.00 |
| JASON M. LIBERI | 680 | 24.30 | 16,524.00 |
| SUNDEEP S. SIDHU | 420 | 44.60 | 18,732.00 |
| JARRETT VINE | 420 | 7.40 | 3,108.00 |
| **TOTAL ASSOCIATES** | | 581.00 | $309,488.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $80 | 3.20 | $     256.00 |
| LEGAL ASSISTANT @ | 295 | 13.90 | 4,101.00 |
| LEGAL ASSISTANT @ | 297 | 0.30 | 89.00 |
| **TOTAL LEGAL ASSISTANTS** | | 17.40 | $  4,446.00 |
| **MATTER TOTAL** | | 610.90 | $326,059.00 |

B43E

MATTER #13  Creditor Meetings / Statutory Committees          Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.10 | $1,073.00 |
| **TOTAL PARTNER** | | 1.10 | $1,073.00 |
| **MATTER TOTAL** | | 1.10 | $1,073.00 |

B43E

**MATTER #14   Disclosure Statement / Voting Issues**          **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **LEGAL ASSISTANT** | | | |
| LEGAL ASSISTANT @ | $296 | 0.70 | $207.00 |
| **TOTAL LEGAL ASSISTANT** | | 0.70 | $207.00 |
| **MATTER TOTAL** | | 0.70 | $207.00 |

B43E

TIME SUMMARY - ALL MATTERS
**CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010**

**MATTER #15  Employee Matters (General)**                              Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.50 | $13,163.00 |
| TOTAL PARTNER | | 13.50 | $13,163.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.30 | $    748.00 |
| IAN S. FREDERICKS | 665 | 8.60 | 5,719.00 |
| JESSICA S. KUMAR | 525 | 27.80 | 14,595.00 |
| JASON M. LIBERI | 680 | 2.80 | 1,904.00 |
| TOTAL ASSOCIATES | | 40.50 | $22,966.00 |
| **LEGAL ASSISTANT** | | | |
| LEGAL ASSISTANT @ | $295 | 0.80 | $    236.00 |
| TOTAL LEGAL ASSISTANT | | 0.80 | $    236.00 |
| **MATTER TOTAL** | | 54.80 | $36,365.00 |

B43E

**CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010**

**TIME SUMMARY - ALL MATTERS**

**MATTER #21   Insurance**                                                **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.20 | $195.00 |
| **TOTAL PARTNER** | | 0.20 | $195.00 |
| **MATTER TOTAL** | | 0.20 | $195.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

MATTER #24  Leases (Real Property)                    Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| FOLARIN S. DOSUNMU | $665 | 3.40 | $ 2,261.00 |
| KELLY A. LAZAROFF | 486 | 0.50 | 243.00 |
| **TOTAL ASSOCIATES** | | 3.90 | **$2,504.00** |
| **MATTER TOTAL** | | **3.90** | **$2,504.00** |

B43E

TIME SUMMARY 3 - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

**MATTER #25  Litigation (General)**                                    **Bill No: 1305460**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $976 | 0.50 | $    488.00 |
| **TOTAL PARTNER** | | 0.50 | $   488.00 |
| **ASSOCIATES** | | | |
| JOSHUA J. BUGAY | $420 | 6.20 | $  2,604.00 |
| IAN S. FREDERICKS | 665 | 21.30 | 14,165.00 |
| KELLAN GRANT | 680 | 1.40 | 952.00 |
| YOSEF IBRAHIMI | 485 | 13.20 | 6,402.00 |
| JASON M. LIBERI | 680 | 197.70 | 134,436.00 |
| SUNDEEP S. SIDHU | 420 | 31.10 | 13,062.00 |
| JARRETT VINE | 420 | 8.00 | 3,360.00 |
| **TOTAL ASSOCIATES** | | 278.90 | $174,981.00 |
| **MATTER TOTAL** | | 279.40 | $175,469.00 |

B43E

**MATTER #28  Nonworking Travel Time**                                  Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $665 | 2.10 | $1,397.00 |
| **TOTAL ASSOCIATE** | | 2.10 | $1,397.00 |
| **MATTER TOTAL** | | 2.10 | $1,397.00 |

B43E

MATTER #31   Reorganization Plan / Plan Sponsors                Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| | | | |
| CHRIS L. DICKERSON | $850 | 15.90 | $ 13,515.00 |
| GREGG M. GALARDI | 975 | 1.00 | 975.45 |
| | 976 | 0.10 | 97.55 |
| | | | |
| TOTAL PARTNERS | | 17.00 | $14,588.00 |
| **ASSOCIATES** | | | |
| | | | |
| SARAH K. BAKER | $575 | 0.20 | $    115.00 |
| IAN S. FREDERICKS | 665 | 6.40 | 4,256.00 |
| KELLAN GRANT | 680 | 2.80 | 1,904.00 |
| JESSICA S. KUMAR | 525 | 24.30 | 12,758.00 |
| JARRETT VINE | 420 | 31.00 | 13,020.00 |
| | | | |
| TOTAL ASSOCIATES | | 64.70 | $32,053.00 |
| **LEGAL ASSISTANT** | | | |
| | | | |
| LEGAL ASSISTANT @ | $295 | 0.40 | $   118.00 |
| | | | |
| TOTAL LEGAL ASSISTANT | | 0.40 | $  118.00 |
| **MATTER TOTAL** | | 82.10 | $46,759.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

MATTER #32  Reports and Schedules                         Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.40 | $390.00 |
| TOTAL PARTNER | | 0.40 | $390.00 |
| **MATTER TOTAL** | | 0.40 | $390.00 |

B43E

TIME SUMMARY
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

MATTER #33  Retention / Fee Matters (SASM&F)                     Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| CHRIS L. DICKERSON | $850 | 1.10 | $   935.00 |
| **TOTAL PARTNER** | | 1.10 | $   935.00 |
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 11.00 | $ 7,480.00 |
| KELLY A. LAZAROFF | 485 | 3.00 | 1,455.00 |
| **TOTAL ASSOCIATES** | | 14.00 | $8,935.00 |
| **MATTER TOTAL** | | 15.10 | $9,870.00 |

B43E

MATTER #34  Retention / Fee Matters / Objections (Others)      Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| | | | |
| CHRIS L. DICKERSON | $850 | 0.70 | $    595.00 |
| GREGG M. GALARDI | 975 | 2.10 | 2,048.00 |
| | | | |
| TOTAL PARTNERS | | 2.80 | $ 2,643.00 |
| | | | |
| **ASSOCIATES** | | | |
| | | | |
| IAN S. FREDERICKS | $665 | 5.90 | $  3,924.00 |
| KELLAN GRANT | 680 | 2.80 | 1,904.00 |
| KELLY A. LAZAROFF | 485 | 10.40 | 5,044.00 |
| JARRETT VINE | 420 | 5.20 | 2,184.00 |
| | | | |
| TOTAL ASSOCIATES | | 24.30 | $13,056.00 |
| | | | |
| MATTER TOTAL | | 27.10 | $15,699.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through February 28, 2010

**MATTER #35  Secured Claims**

Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 9.70 | $5,578.00 |
| **TOTAL ASSOCIATE** | | 9.70 | $5,578.00 |
| **MATTER TOTAL** | | 9.70 | $5,578.00 |

B43E

TIME SUMMARY 1 - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP) - through February 28, 2010

MATTER #36   Tax Matters

Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| JODY J. BREWSTER | $995 | 11.30 | $  11,244.00 |
| GREGG M. GALARDI | 975 | 3.40 | 3,315.00 |
| DAVID F. LEVY | 850 | 21.80 | 18,530.00 |
| TOTAL PARTNERS | | 36.50 | $ 33,089.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $580 | 0.10 | $       58.00 |
| JOSHUA J. BUGAY | 420 | 63.60 | 26,712.00 |
| IAN S. FREDERICKS | 665 | 5.20 | 3,458.00 |
| YOSEF IBRAHIMI | 485 | 26.40 | 12,804.00 |
| JASON M. LIBERI | 680 | 7.60 | 5,168.00 |
| SUNDEEP S. SIDHU | 420 | 24.60 | 10,332.00 |
| JARRETT VINE | 420 | 56.90 | 23,898.00 |
| TOTAL ASSOCIATES | | 184.40 | $ 82,430.00 |
| **MATTER TOTAL** | | 220.90 | $115,519.00 |

B43E

TIME SUMMARY - ALL MATTERS
Exhibit Page 29 of 29
CIRCUIT CITY STORES, INC.) (DIP): through February 28, 2010

**MATTER #38  Utilities**

Bill No: 1305460

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 20.30 | $11,673.00 |
| **TOTAL ASSOCIATE** | | 20.30 | $11,673.00 |
| **MATTER TOTAL** | | 20.30 | $11,673.00 |
| **CLIENT TOTAL** | | 1461.90 | $821,180.00 |

B43E