## EXHIBIT C-2

**(Statements)**

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

April 9, 2010

Alfred H. Siegel
Chief Restructuring Officer
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:     In re Circuit City Stores, Inc.,
        Case No. 08-35653 (KRH)
        Jointly Administered

Dear Al:

        Enclosed is our firm's fee request for services rendered and charges
and disbursements incurred through March 31, 2010 (the "Fee Period"), in
connection with the post-petition work performed as counsel to Circuit City Stores,
Inc. (the "Company").  The fee request has been prepared in accordance with the
Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim
Compensation Procedures entered on December 9, 2008 in the above referenced
Chapter 11 cases (the "Order").

        The fee request is in the aggregate amount of $833,253 consisting of
$810,985 for professional fees and $22,268 for charges and disbursements.  The
principal charges during the Fee Period were for Claims Administration (General)
($372,326), Litigation (General) ($125,157) and Case Administration ($78,037).  We
have written off the amount of $36,187 as an accommodation in connection with our
regular billing review process.  This amount includes, among other categories, 50%
of non-working travel time and time charges for certain professionals billing less
than five hours during the month on a client level basis.

Alfred H. Siegel
April 9, 2010
Page 2

      The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request.  Thus, if the fee request is acceptable to you and no timely objections are made prior to April 28, 2010, you are authorized to pay to our firm the total amount of $711,605, which consists of the amount of $689,337 with respect to the fee request, (net of the 15% fee holdback amount of $121,648) and the total charge and disbursement amount of $22,268.  Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of February 1, 2010 through April 30, 2010.

      Should you have any questions or comments, please do not hesitate to call me at your convenience.

      Very truly yours,

      Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
## AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

April 5, 2010
Bill No.:  1309208

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1309208 |

Invoice # 1309208
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through March 31, 2010

For General Corporate Advice .................. $      14,899
Less Fee Accommodation ..........................  (            0)
                                                       14,899

   Charges and Disbursements
   Computer Legal Research .............   $     1,315
   Courier, Express
   Delivery and Postage ...............           30
   Telecommunications ..................           45
   Travel Expenses .....................          310

      Total Disbursements ...................  _____ 1,700

                                              $      16,599


For Asset Analysis and Recovery ............... $       6,469
Less Fee Accommodation ..........................  (            0)
                                                        6,469

   Charges and Disbursements
   Total Disbursements ..........................  _____  0

                                              $       6,469

| | | |
|---|---|---:|
| For Asset Dispositions (General) .............. $ | | 58 |
| Less Fee Accommodation ............................ | ( | 0) |
| | | 58 |

#### Charges and Disbursements

| | | |
|---|---|---:|
| Total Disbursements .......................... | | 0 |
| | $ | 58 |

| | | |
|---|---|---:|
| For Asset Dispositions (Real Property) ........ $ | | 24,996 |
| Less Fee Accommodation ........................... | ( | 0) |
| | | 24,996 |

#### Charges and Disbursements

| | | | |
|---|---|---|---:|
| Computer Legal Research .............. | $ | 1,172 |
| Court Reporting ..................... | | 496 |
| Total Disbursements ................... | | 1,668 |
| | $ | 26,664 |

| | | |
|---|---|---:|
| For Business Operations / Strategic Planning ... $ | | 4,680 |
| Less Fee Accommodation ............................ | ( | 0) |
| | | 4,680 |

#### Charges and Disbursements

| | | |
|---|---|---:|
| Total Disbursements .......................... | | 0 |
| | $ | 4,680 |

| | | |
|---|---|---:|
| For Case Administration ...................... $ | | 70,018 |
| Less Fee Accommodation ........................... | ( | 1,720) |
| | | 68,298 |

#### Charges and Disbursements

| | | |
|---|---|---:|
| Computer Legal Research .............. | $ | 1,815 |
| Courier, Express Delivery and Postage ................ | | 92 |
| Telecommunications ................... | | 210 |
| Electronic Document Management ....... | | 1,302 |
| Reproduction and Document Preparation | | 241 |
| Travel Expenses ...................... | | 6,079 |

Total Disbursements                                      8,739

                                               $      78,037


For Claims Admin. (General) .................. $    369,504
Less Fee Accommodation ......................... (      1,724)
                                                    367,780

     Charges and Disbursements
     Computer Legal Research .............   $     2,544
     Courier, Express
     Delivery and Postage  ...............          264
     Telecommunications ...................           10
     Filing/Court Fees ...................            14
     Electronic Document Management .......        1,449
     Reproduction and Document Preparation           43
     Travel Expenses ......................          222

          Total Disbursements ...................        4,546

                                               $    372,326


For Claims Admin. (Reclamation/Trust Funds) .... $    3,697
Less Fee Accommodation ......................... (          0)
                                                      3,697

       Charges and Disbursements
     Total Disbursements ...........................           0

                                               $      3,697


For Employee Matters (General) ................ $    7,661
Less Fee Accommodation ......................... (          0)
                                                      7,661

     Charges and Disbursements
     Reproduction and Document Preparation       $1

          Total Disbursements ...................            1

                                               $      7,662

Less Fee Accommodation .................................. (            0)

                                                             4,448


#### Charges and Disbursements

Total Disbursements ............................              0

                                                    $        4,448


For Leases (Real Property) .................... $       39,901
Less Fee Accommodation .......................... (           55)
                                                          39,846

#### Charges and Disbursements

Computer Legal Research .............    $       786
Reproduction and Document Preparation            2

    Total Disbursements ...................              788

                                                    $       40,634


For Litigation (General) ..................... $      123,848
Less Fee Accommodation .......................... (          601)
                                                         123,247

#### Charges and Disbursements

Computer Legal Research .............    $      1,758
Courier, Express
Delivery and Postage ................             5
Telecommunications ...................             4
Outside Research Services ...........           124
Travel Expenses .....................            19

    Total Disbursements ...................            1,910

                                                    $      125,157


For Nonworking Travel Time .................... $       38,185
Less Fee Accommodation .......................... (       19,192)
                                                          18,993

#### Charges and Disbursements

Total Disbursements ............................              0

For Reorganization Plan / Plan Sponsors ........ $         24,304
Less Fee Accommodation ..........................  (            41)
                                                             24,263


### Charges and Disbursements
Computer Legal Research .............    $      515

        Total Disbursements ...................           515

                                          $       24,778


For Retention / Fee Matters (SASM&F) .......... $         12,697
Less Fee Accommodation ..........................  (           680)
                                                             12,017


### Charges and Disbursements
Total Disbursements ..........................           0

                                          $       12,017


For Retention / Fee Matters / Objections (Others)         6,074
................................................. $
Less Fee Accommodation ..........................  (             0)
                                                              6,074

### Charges and Disbursements
Computer Legal Research .............    $      884

        Total Disbursements ...................           884

                                          $        6,958


For Secured Claims ............................. $         4,083
Less Fee Accommodation ..........................  (             0)
                                                              4,083

### Charges and Disbursements
Computer Legal Research .............    $      484

        Total Disbursements ...................           484

                                          $        4,567

For Tax Matters .................................... $     83,284

Less Fee Accommodation ............................ (     7,488)

                                          75,796

### Charges and Disbursements

Computer Legal Research .............    $     31

      Total Disbursements ...................     31

                                $     75,827


For Utilities ................................ $     3,680

Less Fee Accommodation ........................... (     0)

                                          3,680

### Charges and Disbursements

Telecommunications ...................    $     2

      Total Disbursements ...................     2

                                $     3,682


Total Fees ..................................... $     810,985

Total Charges and Disbursements .................     22,268

Grand Total .................................... $     833,253

Less 15% Holdback .............................. (     121,648)

Current Amount Payable by Administrative Order .. $     711,605

**TIME SUMMARY TO ALL MATTERS:**
**CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010**

**MATTER #1  General Corporate Advice**                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $968 | 0.60 | $    580.82 |
|  | 976 | 8.20 | 8,000.18 |
| **TOTAL PARTNER** | | 8.80 | $ 8,581.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $663 | 1.30 | $    861.84 |
|  | 665 | 8.20 | 5,456.16 |
| **TOTAL ASSOCIATE** | | 9.50 | $ 6,318.00 |
| **MATTER TOTAL** | | **18.30** | **$14,899.00** |

B43E

**MATTER #2  Asset Analysis and Recovery**                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.90 | $   877.33 |
|  | 976 | 1.20 | 1,170.67 |
| TOTAL PARTNER | | 2.10 | $2,048.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 5.70 | $ 3,791.00 |
| JARRETT VINE | 420 | 1.50 | 630.00 |
| TOTAL ASSOCIATES | | 7.20 | $4,421.00 |
| **MATTER TOTAL** | | 9.30 | $6,469.00 |

B43E

TIME SUMMARY — ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #3  Asset Dispositions (General)**                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $580 | 0.10 | $58.00 |
| TOTAL ASSOCIATE | | 0.10 | $58.00 |
| **MATTER TOTAL** | | 0.10 | $58.00 |

B43E

**MATTER #5  Asset Dispositions (Real Property)**                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 13.00 | $  8,840.00 |
| CANDICE KORKIS | 420 | 15.30 | 6,426.00 |
| KELLY A. LAZAROFF | 485 | 19.50 | 9,458.00 |
| JASON M. LIBERI | 680 | 0.40 | 272.00 |
| **TOTAL ASSOCIATES** | | 48.20 | $24,996.00 |
| **MATTER TOTAL** | | 48.20 | $24,996.00 |

B43E

TIME SUMMARY -- ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP) : through March 31, 2010

**MATTER #7  Business Operations / Strategic Planning**          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 4.80 | $4,680.00 |
| TOTAL PARTNER | | 4.80 | $4,680.00 |
| **MATTER TOTAL** | | 4.80 | $4,680.00 |

B43E

TIME SUMMARY TO ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #8   Case Administration**                                         Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 6.00 | $ 5,850.00 |
| **TOTAL PARTNER** | | 6.00 | $ 5,850.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 4.00 | $ 2,300.00 |
| JOSHUA J. BUGAY | 420 | 21.80 | 9,156.00 |
| IAN S. FREDERICKS | 665 | 39.20 | 26,068.00 |
| JESSICA S. KUMAR | 525 | 1.30 | 683.00 |
| KELLY A. LAZAROFF | 486 | 0.70 | 340.00 |
| SUNDEEP S. SIDHU | 420 | 3.80 | 1,596.00 |
| JARRETT VINE | 420 | 4.50 | 1,890.00 |
| **TOTAL ASSOCIATES** | | 75.30 | $42,033.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 69.20 | $20,415.00 |
| **TOTAL LEGAL ASSISTANTS** | | 69.20 | $20,415.00 |
| **MATTER TOTAL** | | 150.50 | $68,298.00 |

B43E

**MATTER #9  Claims Admin. (General)**                              **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 45.10 | $ 43,973.00 |
| **TOTAL PARTNER** | | 45.10 | $ 43,973.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 136.40 | $  78,430.00 |
| PAMELA S. DANGELO | 485 | 34.10 | 16,539.00 |
| FOLARIN S. DOSUNMU | 665 | 2.90 | 1,928.50 |
| IAN S. FREDERICKS | 665 | 93.30 | 62,044.50 |
| KELLAN GRANT | 680 | 25.00 | 17,000.00 |
| CANDICE KORKIS | 420 | 14.40 | 6,048.00 |
| JESSICA S. KUMAR | 525 | 103.00 | 54,075.00 |
| KELLY A. LAZAROFF | 485 | 42.70 | 20,710.00 |
| JASON M. LIBERI | 680 | 34.60 | 23,528.00 |
| SUNDEEP S. SIDHU | 420 | 51.40 | 21,588.00 |
| JARRETT VINE | 420 | 21.70 | 9,114.00 |
| **TOTAL ASSOCIATES** | | 559.50 | $311,005.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $185 | 7.30 | $   1,351.00 |
| LEGAL ASSISTANT @ | 186 | 0.50 | 93.00 |
| LEGAL ASSISTANT @ | 295 | 38.50 | 11,358.00 |
| **TOTAL LEGAL ASSISTANTS** | | 46.30 | $ 12,802.00 |
| **MATTER TOTAL** | | 650.90 | $367,780.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

MATTER #10  Claims Admin. (Reclamation/Trust Funds)          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.20 | $1,170.00 |
| **TOTAL PARTNER** | | 1.20 | $1,170.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 3.70 | $ 2,128.00 |
| IAN S. FREDERICKS | 665 | 0.60 | 399.00 |
| **TOTAL ASSOCIATES** | | 4.30 | $2,527.00 |
| **MATTER TOTAL** | | 5.50 | $3,697.00 |

B43E

MATTER #15  Employee Matters (General)                          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $967 | 0.40 | $   386.98 |
|  | 976 | 4.40 | 4,294.02 |
| TOTAL PARTNER | | 4.80 | $4,681.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.40 | $   230.00 |
| JESSICA S. KUMAR | 525 | 4.90 | 2,573.00 |
| TOTAL ASSOCIATES | | 5.30 | $2,803.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 0.60 | $   177.00 |
| TOTAL LEGAL ASSISTANTS | | 0.60 | $  177.00 |
| **MATTER TOTAL** | | 10.70 | $7,661.00 |

B43E

TIME SUMMARY - ALL MATTERS:
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #21  Insurance**                                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.70 | $1,658.00 |
| **TOTAL PARTNER** | | 1.70 | $1,658.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $656 | 0.30 | $   196.67 |
| | 667 | 2.00 | 1,333.33 |
| JARRETT VINE | 420 | 3.00 | 1,260.00 |
| **TOTAL ASSOCIATES** | | 5.30 | $2,790.00 |
| **MATTER TOTAL** | | 7.00 | $4,448.00 |

B43E

**MATTER #24  Leases (Real Property)**                        Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.20 | $ 1,170.00 |
| **TOTAL PARTNER** | | 1.20 | $ 1,170.00 |
| **ASSOCIATES** | | | |
| FOLARIN S. DOSUNMU | $665 | 5.60 | $  3,724.00 |
| IAN S. FREDERICKS | 665 | 1.70 | 1,131.00 |
| KELLAN GRANT | 680 | 17.10 | 11,628.00 |
| CANDICE KORKIS | 420 | 7.60 | 3,192.00 |
| KELLY A. LAZAROFF | 483 | 0.40 | 193.00 |
| | 485 | 16.20 | 7,858.00 |
| | 486 | 0.50 | 243.00 |
| JASON M. LIBERI | 680 | 9.20 | 6,256.00 |
| CHRISTINE M. SZAFRANSKI | 573 | 1.50 | 858.89 |
| | 576 | 5.80 | 3,340.11 |
| JARRETT VINE | 420 | 0.60 | 252.00 |
| **TOTAL ASSOCIATES** | | 66.20 | $38,676.00 |
| **MATTER TOTAL** | | 67.40 | $39,846.00 |

B43E

TIME SUMMARY TO ALL MATTERS:
CIRCUIT CITY STORES, INC. (DIP) : Through March 31, 2010

**MATTER #25  Litigation (General)**                                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 4.20 | $  4,096.00 |
| TOTAL PARTNER | | 4.20 | $  4,096.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $570 | 0.60 | $     342.08 |
| | 577 | 2.00 | 1,153.92 |
| JOSHUA J. BUGAY | 420 | 69.20 | 29,064.00 |
| IAN S. FREDERICKS | 663 | 3.10 | 2,054.62 |
| | 665 | 24.30 | 16,167.38 |
| YOSEF IBRAHIMI | 485 | 4.90 | 2,377.00 |
| JESSICA S. KUMAR | 527 | 0.30 | 158.00 |
| JASON M. LIBERI | 680 | 55.80 | 37,944.00 |
| SUNDEEP S. SIDHU | 420 | 59.80 | 25,116.00 |
| JARRETT VINE | 420 | 10.10 | 4,242.00 |
| TOTAL ASSOCIATES | | 230.10 | $118,619.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 1.40 | $     413.00 |
| LEGAL ASSISTANT @ | 296 | 0.30 | 88.83 |
| LEGAL ASSISTANT @ | 302 | 0.10 | 30.17 |
| TOTAL LEGAL ASSISTANTS | | 1.80 | $     532.00 |
| MATTER TOTAL | | 236.10 | $123,247.00 |

B43E

TIME SUMMARY C 2 ALL MATTERS
Exhibit(s) C 2   Page 22 of 28
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #28  Nonworking Travel Time**                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.00 | $12,675.00 |
| **TOTAL PARTNER** | | 13.00 | $12,675.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $664 | 1.00 | $   664.13 |
|  | 665 | 8.50 | 5,653.87 |
| **TOTAL ASSOCIATE** | | 9.50 | $ 6,318.00 |
| **MATTER TOTAL** | | 22.50 | $18,993.00 |

B43E

**CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010**

**MATTER #31  Reorganization Plan / Plan Sponsors**                          **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.00 | $   575.00 |
| IAN S. FREDERICKS | 665 | 1.60 | 1,064.00 |
| KELLAN GRANT | 680 | 6.00 | 4,080.00 |
| JESSICA S. KUMAR | 524 | 5.30 | 2,779.71 |
| | 525 | 18.50 | 9,716.29 |
| JARRETT VINE | 420 | 14.40 | 6,048.00 |
| **TOTAL ASSOCIATES** | | 46.80 | $24,263.00 |
| **MATTER TOTAL** | | 46.80 | $24,263.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #33  Retention / Fee Matters (SASM&F)**          **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| CHRIS L. DICKERSON | $850 | 1.80 | $ 1,530.00 |
| **TOTAL PARTNER** | | 1.80 | $ 1,530.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 3.10 | $  2,062.00 |
| KELLAN GRANT | 680 | 5.40 | 3,672.00 |
| KELLY A. LAZAROFF | 485 | 9.80 | 4,753.00 |
| **TOTAL ASSOCIATES** | | 18.30 | $10,487.00 |
| **MATTER TOTAL** | | 20.10 | $12,017.00 |

B43E

TIME SUMMARY >> ALL MATTERS
**CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010**

**MATTER #34   Retention / Fee Matters / Objections (Others)      Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.20 | $  195.00 |
| **TOTAL PARTNER** | | 0.20 | $  195.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 3.70 | $ 2,461.00 |
| KELLAN GRANT | 680 | 1.60 | 1,088.00 |
| KELLY A. LAZAROFF | 487 | 0.30 | 146.00 |
| JARRETT VINE | 420 | 5.20 | 2,184.00 |
| **TOTAL ASSOCIATES** | | 10.80 | $5,879.00 |
| **MATTER TOTAL** | | **11.00** | **$6,074.00** |

B43E

**CIRCUIT CITY STORES, INC. (DIP): Through March 31, 2010**

TIME SUMMARY – ALL MATTERS

**MATTER #35   Secured Claims**                                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 7.10 | $4,083.00 |
| TOTAL ASSOCIATE | | 7.10 | $4,083.00 |
| **MATTER TOTAL** | | **7.10** | **$4,083.00** |

B43E

**CIRCUIT CITY STORES, INC. (DIP) : through March 31, 2010**

MATTER #36  Tax Matters                                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| JODY J. BREWSTER | $995 | 17.40 | $ 17,313.00 |
| GREGG M. GALARDI | 975 | 5.90 | 5,753.00 |
| **TOTAL PARTNERS** | | 23.30 | $23,066.00 |
| **ASSOCIATES** | | | |
| JOSHUA J. BUGAY | $420 | 44.60 | $ 18,732.00 |
| IAN S. FREDERICKS | 665 | 11.50 | 7,648.00 |
| YOSEF IBRAHIMI | 485 | 16.30 | 7,906.00 |
| KELLY A. LAZAROFF | 487 | 0.30 | 146.00 |
| JASON M. LIBERI | 680 | 9.30 | 6,324.00 |
| JOHN P. MARSTON | 665 | 10.30 | 6,850.00 |
| SUNDEEP S. SIDHU | 420 | 9.00 | 3,780.00 |
| JARRETT VINE | 420 | 3.20 | 1,344.00 |
| **TOTAL ASSOCIATES** | | 104.50 | $52,730.00 |
| **MATTER TOTAL** | | 127.80 | $75,796.00 |

B43E

**TIME SUMMARY TO ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010**

**MATTER #38  Utilities**                                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 6.40 | $3,680.00 |
| TOTAL ASSOCIATE | | 6.40 | $3,680.00 |
| **MATTER TOTAL** | | 6.40 | $3,680.00 |
| **CLIENT TOTAL** | | 1450.50 | $810,985.00 |

B43E