## EXHIBIT C-3

**(Statements)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

May 14, 2010

Alfred H. Siegel
Chief Restructuring Officer
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Al:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through April 30, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $729,264 consisting of $707,035 for professional fees and $22,229 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($347,489), Litigation (General) ($134,848) and Case Administration ($66,682). We have written off the amount of $34,305 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Alfred H. Siegel
May 14, 2010
Page 2

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to June 1, 2010, you are authorized to pay to our firm the total amount of $623,209, which consists of the amount of $600,980 with respect to the fee request, (net of the 15% fee holdback amount of $106,055) and the total charge and disbursement amount of $22,229. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of February 1, 2010 through April 30, 2010.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)                          May 6, 2010
9950 Mayland Drive                               Bill No.:  1314126
Richmond, Virginia  23233

                                                TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1314126 |

Invoice # 1314126
      Re:  Corporate Advice, Financing and Special Projects


TO PROFESSIONAL SERVICES RENDERED
through April 30, 2010

For General Corporate Advice ..................$        7,940
Less Fee Accommodation ......................... (          0)
                                                       7,940


    Charges and Disbursements
    Computer Legal Research .............    $       54
    Telecommunications ...................            162

          Total Disbursements...................  _____  216

                                          $        8,156



For Asset Analysis and Recovery ..............$        3,449
Less Fee Accommodation ......................... (          0)
                                                       3,449

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 2


### Charges and Disbursements

Total Disbursements ............................. _____ 0

$ 3,449


For Asset Dispositions (Real Property) .........$ 9,557
Less Fee Accommodation ........................... ( 0)
9,557

### Charges and Disbursements

Telecommunications .................. $ 59
Outside Research Services ........... 4

Total Disbursements .................... _____ 63

$ 9,620


For Business Operations / Strategic Planning ...$ 13,358
Less Fee Accommodation ........................... ( 0)
13,358

### Charges and Disbursements

Outside Research Services ........... $ 6

Total Disbursements .................... _____ 6

$ 13,364


For Case Administration ........................$ 53,692
Less Fee Accommodation ........................... ( 0)
53,692

### Charges and Disbursements

Computer Legal Research ............. $ 437

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 3


Courier, Express
Delivery and Postage  ................    103
Telecommunications ...................    258
Outside Research Services ...........     69
Electronic Document Management .......   422
Reproduction and Document Preparation     48
Travel Expenses .....................  11,653

    Total Disbursements....................  _____ 12,990

                                             $      66,682



For Claims Admin. (General)  ....................$    347,563
Less Fee Accommodation ...........................  (     5,978)
                                           341,585

    <u>Charges and Disbursements</u>
    Computer Legal Research .............  $    4,101
    Courier, Express
    Delivery and Postage  ...............     94
    Telecommunications ...................      8
    Outside Research Services ...........     78
    Electronic Document Management .......  1,191
    Reproduction and Document Preparation      4
    Travel Expenses .....................    428

        Total Disbursements...................  _____ 5,904

                                          $    347,489



For Creditor Meetings / Statutory Committees ...$   2,535
Less Fee Accommodation ...........................  (       0)
                                         2,535

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 4


### Charges and Disbursements
Total Disbursements ............................. _____ 0

                                              $      2,535


For Employee Matters (General) .................$    2,964
Less Fee Accommodation ......................... (_____ 199)
                                                     2,765


### Charges and Disbursements
Total Disbursements ............................. _____ 0

                                              $      2,765


For Insurance ..................................$    4,136
Less Fee Accommodation ......................... (_____ 0)
                                                     4,136


### Charges and Disbursements
Total Disbursements ............................. _____ 0

                                              $      4,136


For Leases (Real Property) .....................$    1,386
Less Fee Accommodation ......................... (_____ 265)
                                                     1,121


### Charges and Disbursements
Total Disbursements ............................. _____ 0

                                              $      1,121


For Litigation (General) .......................$   131,965
Less Fee Accommodation ......................... (_____ 0)
                                                    131,965

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 5

<u>Charges and Disbursements</u>

| | | |
|---|---|---:|
| Computer Legal Research ............. | $ | 2,583 |
| Courier, Express | | |
| Delivery and Postage ............... | | 13 |
| Telecommunications .................. | | 9 |
| Outside Research Services ........... | | 271 |
| Reproduction and Document Preparation | | 7 |
| Total Disbursements.................... | | 2,883 |
| | $ | 134,848 |

| | | |
|---|---|---:|
| For Nonworking Travel Time ...................$ | | 45,287 |
| Less Fee Accommodation .......................... ( | | 22,643) |
| | | 22,644 |

<u>Charges and Disbursements</u>

| | | |
|---|---|---:|
| Total Disbursements............................. | | 0 |
| | $ | 22,644 |

| | | |
|---|---|---:|
| For Reorganization Plan / Plan Sponsors ........$ | | 33,112 |
| Less Fee Accommodation .......................... ( | | 594) |
| | | 32,518 |

<u>Charges and Disbursements</u>

| | | |
|---|---|---:|
| Outside Research Services ........... | $ | 17 |
| Total Disbursements.................... | | 17 |
| | $ | 32,535 |

| | | |
|---|---|---:|
| For Retention / Fee Matters (SASM&F) ..........$ | | 4,403 |
| Less Fee Accommodation .......................... ( | | 680) |
| | | 3,723 |

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 6


    <u>Charges and Disbursements</u>
 Total Disbursements..............................         0

                                                                  $     3,723


For Retention / Fee Matters / Objections (Others)     3,803
............................................$
Less Fee Accommodation .......................... (        0)
                                                                   3,803


    <u>Charges and Disbursements</u>
    Outside Research Services ............   $    25

        Total Disbursements.....................        25

                                                      $     3,828


For Secured Claims  ............................$    2,243
Less Fee Accommodation .......................... (        0)
                                                                    2,243


    <u>Charges and Disbursements</u>
 Total Disbursements..............................         0

                                                   $     2,243


For Tax Matters  ...............................$   69,325
Less Fee Accommodation .......................... (    3,867)
                                                                  65,458


    <u>Charges and Disbursements</u>
    Computer Legal Research .............   $    94
    Telecommunications ..................        22
    Electronic Document Management .......     9

        Total Disbursements.....................      125

                                                   $    65,583

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (April, 2010)
May 6, 2010 - Summary Page 7


For Utilities  ................................$      4,543
Less Fee Accommodation ......................... (_____0)
                                                      4,543


          Charges and Disbursements
    Total Disbursements............................ _____0

                                       $      4,543


Total Fees ................................$    707,035

Total Charges and Disbursements .................     22,229

Grand Total ................................$    729,264

Less 15% Holdback ..........................  (   106,055)

Current Amount Payable by Administrative Order ..$    623,209

**MATTER #1  General Corporate Advice**                         **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.30 | $3,218.00 |
| **TOTAL PARTNER** | | 3.30 | $3,218.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 4.30 | $ 2,860.00 |
| JOHN P. MARSTON | 665 | 2.80 | 1,862.00 |
| **TOTAL ASSOCIATES** | | 7.10 | $4,722.00 |
| **MATTER TOTAL** | | 10.40 | $7,940.00 |

B43E

TIME SUMMARY C 3 ALL MATTERS
Exhibit(s) C 3 Page 12 of 34
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #2  Asset Analysis and Recovery**                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.90 | $1,853.00 |
| TOTAL PARTNER | | 1.90 | $1,853.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $665 | 2.40 | $1,596.00 |
| TOTAL ASSOCIATE | | 2.40 | $1,596.00 |
| **MATTER TOTAL** | | 4.30 | $3,449.00 |

B43E

TIME SUMMARY - ALL MATTERS
**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

**MATTER #5  Asset Dispositions (Real Property)**              **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 11.70 | $ 7,956.00 |
| KELLY A. LAZAROFF | 485 | 3.30 | 1,601.00 |
| TOTAL ASSOCIATES | | 15.00 | $9,557.00 |
| **MATTER TOTAL** | | **15.00** | **$9,557.00** |

B43E

**TIME SUMMARY - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP) : through April 30, 2010**

**MATTER #7  Business Operations / Strategic Planning**          **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | <u>13.70</u> | $13,358.00 |
| TOTAL PARTNER | | 13.70 | $13,358.00 |
| **MATTER TOTAL** | | <u>13.70</u> | <u>$13,358.00</u> |

B4JE

CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #8  Case Administration**                          **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.30 | $ 3,218.00 |
| **TOTAL PARTNER** | | 3.30 | $ 3,218.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.40 | $   805.00 |
| JOSHUA J. BUGAY | 420 | 21.50 | 9,030.00 |
| PAMELA S. DANGELO | 485 | 0.20 | 97.00 |
| IAN S. FREDERICKS | 665 | 35.30 | 23,475.00 |
| JESSICA S. KUMAR | 525 | 1.10 | 578.00 |
| SUNDEEP S. SIDHU | 420 | 2.40 | 1,008.00 |
| JARRETT VINE | 420 | 1.60 | 672.00 |
| **TOTAL ASSOCIATES** | | 63.50 | $35,665.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 50.20 | $14,809.00 |
| **TOTAL LEGAL ASSISTANTS** | | 50.20 | $14,809.00 |
| **MATTER TOTAL** | | 117.00 | $53,692.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #9  Claims Admin. (General)**                     **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 29.40 | $ 28,665.00 |
| **TOTAL PARTNER** | | 29.40 | $ 28,665.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 110.00 | $  63,250.00 |
| PAMELA S. DANGELO | 485 | 14.10 | 6,839.00 |
| IAN S. FREDERICKS | 665 | 100.70 | 66,966.00 |
| KELLAN GRANT | 680 | 22.30 | 15,164.00 |
| DOUGLAS D. HERRMANN | 630 | 26.50 | 16,695.00 |
| AMY C. HUFFMAN | 525 | 70.00 | 36,750.00 |
| CANDICE KORKIS | 420 | 36.70 | 15,414.00 |
| JESSICA S. KUMAR | 525 | 71.00 | 37,275.00 |
| KELLY A. LAZAROFF | 485 | 50.90 | 24,687.00 |
| SUNDEEP S. SIDHU | 420 | 30.10 | 12,642.00 |
| JARRETT VINE | 420 | 7.30 | 3,066.00 |
| **TOTAL ASSOCIATES** | | 539.60 | $298,748.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $185 | 7.40 | $   1,369.00 |
| LEGAL ASSISTANT @ | 295 | 43.40 | 12,803.00 |
| **TOTAL LEGAL ASSISTANTS** | | 50.80 | $ 14,172.00 |
| **MATTER TOTAL** | | **619.80** | **$341,585.00** |

B43E

**CIRCUIT CITY STORES, INC. (DIP):** through April 30, 2010

MATTER #13  Creditor Meetings / Statutory Committees          Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 2.60 | $2,535.00 |
| **TOTAL PARTNER** | | 2.60 | $2,535.00 |
| **MATTER TOTAL** | | 2.60 | $2,535.00 |

B43E

TIME SUMMARY
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #15  Employee Matters (General)**                    Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 2.60 | $2,535.00 |
| TOTAL PARTNER | | 2.60 | $2,535.00 |
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 0.40 | $  230.00 |
| TOTAL ASSOCIATE | | 0.40 | $  230.00 |
| **MATTER TOTAL** | | 3.00 | $2,765.00 |

B43E

**MATTER #21  Insurance**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.10 | $3,023.00 |
| **TOTAL PARTNER** | | 3.10 | $3,023.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.20 | $   115.00 |
| IAN S. FREDERICKS | 665 | 1.50 | 998.00 |
| **TOTAL ASSOCIATES** | | 1.70 | $1,113.00 |
| **MATTER TOTAL** | | 4.80 | $4,136.00 |

B43E

**MATTER #24   Leases (Real Property)**                                      Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $976 | 0.90 | $  878.00 |
| TOTAL PARTNER | | 0.90 | $  878.00 |
| **ASSOCIATE** | | | |
| KELLY A. LAZAROFF | $486 | 0.50 | $  243.00 |
| TOTAL ASSOCIATE | | 0.50 | $  243.00 |
| MATTER TOTAL | | 1.40 | $1,121.00 |

B43E

**MATTER #25  Litigation (General)**                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 14.00 | $ 13,650.00 |
| **TOTAL PARTNER** | | 14.00 | $ 13,650.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 20.70 | $  11,903.00 |
| JOSHUA J. BUGAY | 420 | 56.90 | 23,898.00 |
| IAN S. FREDERICKS | 665 | 11.50 | 7,648.00 |
| KELLAN GRANT | 680 | 0.30 | 204.00 |
| KELLY A. LAZAROFF | 485 | 0.80 | 388.00 |
| JASON M. LIBERI | 680 | 85.20 | 57,936.00 |
| SUNDEEP S. SIDHU | 420 | 38.90 | 16,338.00 |
| **TOTAL ASSOCIATES** | | 214.30 | $118,315.00 |
| **MATTER TOTAL** | | 228.30 | $131,965.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #28   Nonworking Travel Time**                          **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.30 | $12,968.00 |
| **TOTAL PARTNER** | | 13.30 | $12,968.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $665 | 14.55 | $ 9,676.00 |
| **TOTAL ASSOCIATE** | | 14.55 | $ 9,676.00 |
| **MATTER TOTAL** | | 27.85 | $22,644.00 |

B43E

**MATTER #31  Reorganization Plan / Plan Sponsors**          Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 11.40 | $11,115.00 |
| **TOTAL PARTNER** | | 11.40 | $11,115.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $576 | 0.50 | $    288.00 |
| IAN S. FREDERICKS | 665 | 21.00 | 13,965.00 |
| KELLAN GRANT | 680 | 0.40 | 272.00 |
| JESSICA S. KUMAR | 525 | 13.10 | 6,878.00 |
| **TOTAL ASSOCIATES** | | 35.00 | $21,403.00 |
| **MATTER TOTAL** | | 46.40 | $32,518.00 |

B43E

**MATTER #33  Retention / Fee Matters (SASM&F)**                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.80 | $  780.00 |
| **TOTAL PARTNER** | | 0.80 | $  780.00 |
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 3.90 | $ 2,652.00 |
| KELLY A. LAZAROFF | 485 | 0.60 | 291.00 |
| **TOTAL ASSOCIATES** | | 4.50 | $2,943.00 |
| **MATTER TOTAL** | | 5.30 | $3,723.00 |

B43E

TIME SUMMARY - ALL MATTERS
Exhibit(s) C 3 - Page 31 of 34
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #34  Retention / Fee Matters / Objections (Others)      Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.90 | $3,803.00 |
| **TOTAL PARTNER** | | 3.90 | $3,803.00 |
| **MATTER TOTAL** | | **3.90** | **$3,803.00** |

B43E

**TIME SUMMARY - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

**MATTER #35  Secured Claims**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 3.90 | $2,243.00 |
| **TOTAL ASSOCIATE** | | 3.90 | $2,243.00 |
| **MATTER TOTAL** | | 3.90 | $2,243.00 |

B43E

**MATTER #36  Tax Matters**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| JODY J. BREWSTER | $995 | 13.00 | $ 12,935.00 |
| GREGG M. GALARDI | 975 | 4.20 | 4,095.00 |
| DAVID F. LEVY | 850 | 8.00 | 6,800.00 |
| **TOTAL PARTNERS** | | 25.20 | $23,830.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.20 | $    115.00 |
| MEGAN A. BOMBICK | 485 | 5.40 | 2,619.00 |
| JOSHUA J. BUGAY | 420 | 17.30 | 7,266.00 |
| IAN S. FREDERICKS | 665 | 20.40 | 13,566.00 |
| JASON M. LIBERI | 680 | 9.00 | 6,120.00 |
| JOHN P. MARSTON | 665 | 7.60 | 5,054.00 |
| SUNDEEP S. SIDHU | 420 | 13.20 | 5,544.00 |
| JARRETT VINE | 420 | 3.20 | 1,344.00 |
| **TOTAL ASSOCIATES** | | 76.30 | $41,628.00 |
| **MATTER TOTAL** | | 101.50 | $65,458.00 |

B43E

**MATTER #38   Utilities**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 7.90 | $4,543.00 |
| TOTAL ASSOCIATE | | 7.90 | $4,543.00 |
| **MATTER TOTAL** | | 7.90 | $4,543.00 |
| **CLIENT TOTAL** | | 1217.05 | $707,035.00 |

B43E