## EXHIBIT D-1

**(Detail of Time Billed)**

**Circuit City Stores, Inc. (DIP)**
**General Corporate Advice**

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 02/04/10 | 1.50 | PREPARE FOR/ATTEND BOARD CALL. |
| | | **1.50** | |
| GALARDI GM | 02/03/10 | 1.60 | REVIEW BOARD MINUTES (.7); PARTICIPATE IN BOARD CALL (.9). |
| GALARDI GM | 02/09/10 | 1.10 | PREPARE FOR AND ATTEND BOARD CALL RE: CRO, MOSIER AND MARCUM. |
| GALARDI GM | 02/12/10 | 0.40 | EMAILS AND CALLS WITH BOARD MEMBERS RE: STATUS OF MARCUM/SEIGEL. |
| GALARDI GM | 02/13/10 | 0.70 | DRAFT EMAIL UPDATE TO BOARD RE: CROWE/MARCUM STATUS (.4); REVIEW AND RESPOND TO BOARD EMAILS (.1); CALL WITH J. MARCUM RE: SAME (.2). |
| | | **3.80** | |
| **Total Partner** | | **5.30** | |
| KARPE JA | 02/02/10 | 6.10 | TELECONFERENCE TO DISCUSS DISSOLUTIONS (.2); REVIEW PRESENTATION SLIDES OF STEPS INVOLVED (.8); REVIEW DGCL APPLICABLE PROVISIONS (1.3); REVIEW DOCUMENT CHECKLIST CIRCULATED BY OSLER (.6); DISCUSS POSTURE (.3); TELECONFERENCE TO DISCUSS SCHEDULE AND PLAN (1.3); REVIEW DISSOLUTION PRECEDENT (1.4); MEET TO DISCUSS ASSIGNMENT/ASSUMPTION AGREEMENT (.2). |
| KARPE JA | 02/03/10 | 6.80 | REVIEW INTERTAN BYLAWS AND ARTICLES OF INCORPORATION TOGETHER WITH DGCL REQUIREMENTS FOR DISSOLUTION (2.1); DRAFT, REVIEW AND REVISE CONSENTS (1.3); DRAFT ASSIGNMENT AND ASSUMPTION AGREEMENT AND PLAN OF DISTRIBUTION (3.0); FOLLOW UP WITH CORPORATIONS REGARDING FRANCHISE TAXES (.4). |
| KARPE JA | 02/10/10 | 2.20 | REVIEW TAX RULING DRAFT (1.0) AND PROVIDE COMMENTS (.2); VERIFY AGAINST USSUBCO CORPORATE DOCUMENTS (1.0). |
| KARPE JA | 02/12/10 | 2.40 | REVIEW AND REVISE DISSOLUTION DOCUMENTS (1.4); REVIEW FRANCHISE TAX REQUIREMENTS AND FOLLOW UP WITH CORPORATIONS DEPARTMENT RE: BILLING (.5); DRAFT EMAIL SUMMARIZING FRANCHISE TAX REQUIREMENTS (.2); REVIEW BALANCE SHEET OF DISSOLVING ENTITY (.3). |

B43E

| KARPE JA | 02/15/10 | 3.90 | REVIEW OF DRAFT MOTION (.5); PROVIDE COMMENTS TO DRAFT OF REVENUE RULING (1.9); TELECONFERENCE TO DISCUSS FRANCHISE TAX FILINGS (.6); RESEARCH ISSUES REGARDING APPROVAL OF GRANDPARENT FOR PROPOSED TRANSACTIONS (.9). |
|---|---|---|---|
| KARPE JA | 02/16/10 | 2.90 | REVIEW DGCL REGARDING SOLE STOCKHOLDER APPROVAL REQUIREMENTS (1.0); REVIEW OSLER DRAFT PLAN STEPS FOR VENTOUX APPROVALS (.3); REVIEW VENTOUX CHARTER AND BYLAWS FOR STOCKHOLDER RIGHTS (1.1); DISCUSS APPROVAL ISSUES AND DISSOLUTION DOCUMENTS (.5). |
| KARPE JA | 02/23/10 | 3.20 | REVIEW AND REVISE DRAFT MOTION (2.6); RESEARCH STOCKHOLDER CONSENT QUESTION (.6). |
| KARPE JA | 02/24/10 | 4.10 | REVIEW RESOLUTION PRECEDENT (.8); REVISE RESOLUTIONS EXHIBIT TO MOTION (3.1); REVIEW OSLER CHECKLIST (.2). |
| KARPE JA | 02/25/10 | 1.80 | RESEARCH TIMING ISSUE RE: DISSOLUTION (1.2); DRAFT CORRESPONDENCE REGARDING ASSUMPTION OF LIABILITIES OF CREDITORS (.6). |
| | | 33.40 | |
| Total Associate | | 33.40 | |
| TOTAL TIME | | 38.70 | |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Asset Analysis and Recovery**

Bill Date: 03/08/10  
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/01/10 | 0.70 | FOLLOW-UP RE: SONY PREFERENCE AND RECEIVABLES ISSUES. |
| GALARDI GM | 02/02/10 | 0.70 | WORK ON CLAIMS RECOVERIES RE: VARIOUS CREDITORS (.7). |
| GALARDI GM | 02/08/10 | 0.90 | REVIEW NEW VALUE OPINIONS AND FORMULATE 503(B)(9) STRATEGY. |
| GALARDI GM | 02/16/10 | 0.10 | RESPOND TO EMAIL RE: DEMAND LETTERS. |
| GALARDI GM | 02/18/10 | 0.40 | EMAILS TO CREDITORS RE: DEMAND LETTERS (.4). |
| GALARDI GM | 02/25/10 | 0.40 | ADDRESS SETTLEMENT STRATEGY RE: SAMSUNG AND LG (.4). |
| | | **3.20** | |
| **Total Partner** | | **3.20** | |
| FREDERICKS IS | 02/03/10 | 1.70 | CORRESPONDENCE TO AND FROM H. FERGUSON RE: HP CHECKS (.4); REVIEW RELEVANT HP AGREEMENTS TO DETERMINE WHETHER HP CHECKS WERE RELEASED (1.3). |
| | | **1.70** | |
| GRANT K | 02/17/10 | 1.20 | REVIEWED AND REVISED AMENDED PROOF OF CLAIM AGAINST GGP (1.2). |
| | | **1.20** | |
| **Total Associate** | | **2.90** | |
| **TOTAL TIME** | | **6.10** | |

3

B43E

**Circuit City Stores, Inc. (DIP)**
**Asset Dispositions (Real Property)**

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 02/01/10 | 0.30 | CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE AND DJM RE: DR-1 DISPOSITION (.3). |
| | | **0.30** | |
| GRANT K | 02/10/10 | 0.50 | BEGAN WORK ON SALE OF WHITEHALL PROPERTY (.3) AND LOUISVILLE PROPERTY (.2). |
| GRANT K | 02/11/10 | 1.90 | REVIEWED AND REVISED PLEADINGS AND AGREEMENTS REGARDING WHITEHALL SALE (1.9). |
| GRANT K | 02/12/10 | 0.40 | DISCUSSIONS WITH CLIENT REGARDING DR1 SALE ISSUES (.4). |
| GRANT K | 02/15/10 | 0.30 | CONTINUED EMAILS WITH CLIENT REGARDING WHITEHALL SALE (.3). |
| GRANT K | 02/16/10 | 4.60 | DISCUSSIONS AND EMAILS WITH D. MILLER AND J. AVALLONE REGARDING DR1 SALE AND GROUND LEASE ISSUES (1.3); REVIEWED CORRESPONDENCE AND APPRAISAL REPORTS REGARDING SAME (.8); REVIEWED CORRESPONDENCE WITH TENANT OF LOUISVILLE PROPERTY TO BE SOLD (.5); DISCUSSIONS AND EMAILS WITH TENANT'S COUNSEL AND D. MILLER REGARDING SAME (.7); CONTINUED WORK ON SALE PLEADINGS AND REVIEW OF APA REGARDING SAME (1.3). |
| GRANT K | 02/17/10 | 1.50 | CONTINUED ANALYSIS REGARDING DR1 SALE ISSUES AND WORKED ON CORRESPONDENCE REGARDING SAME (1.1); EMAILS WITH D. MILLER REGARDING SAME (.4). |
| GRANT K | 02/18/10 | 2.20 | CONTINUED DISCUSSIONS WITH D. MILLER REGARDING DR1 SALE AND GROUND RENT ISSUES (.5); WORKED ON R/R LOUISVILLE SALE PAPERS AND REVIEW OF APA REGARDING SAME (1.7). |
| GRANT K | 02/19/10 | 3.00 | COMPLETED R/R PLEADINGS REGARDING LOUISVILLE SALE (2.2); EMAILS WITH COMMITTEE COUNSEL AND CLIENT REGARDING SAME (.3); REVIEWED CORRESPONDENCE REGARDING DR1 SALE, AND EMAILS WITH D. MILLER REGARDING SAME (.5). |
| GRANT K | 02/22/10 | 1.20 | CONTINUED EMAILS WITH COMMITTEE COUNSEL REGARDING LOUISVILLE SALE (.3); EMAILS WITH CLIENT AND DJM REGARDING DR1 SALE ISSUES (.5); TELECONFERENCE WITH GROUND LESSOR REGARDING SAME (.4). |
| GRANT K | 02/23/10 | 0.90 | EMAILS REGARDING LOUISVILLE SALE (.3); REVIEWED PROPOSED ESTOPPEL REGARDING DR1 (.3); EMAILS WITH D. MILLER REGARDING SAME (.3). |

4

B43E

| GRANT K | 02/24/10 | 0.60 | EMAILS WITH D. MILLER AND GROUND TENANT REGARDING DR1 ISSUES (.6). |
| | | **17.10** | |
| LAZAROFF KA | 02/05/10 | 0.80 | DRAFTED MOTION AND ORDER FOR SALE OF WHITEHALL, PA PROPERTY. |
| LAZAROFF KA | 02/08/10 | 0.60 | REVIEW AND REVISE MOTION AND ORDER FOR SALE OF WHITEHALL PROPERTY. |
| LAZAROFF KA | 02/10/10 | 1.90 | DRAFT MOTION AND ORDER FOR SALE OF LOUISVILLE PROPERTY (1.7); REVISE SALE DOCUMENTS FOR WHITEHALL PROPERTY (.2). |
| LAZAROFF KA | 02/11/10 | 0.30 | REVISE WHITEHALL PROPERTY SALE DOCUMENTS. |
| LAZAROFF KA | 02/12/10 | 0.20 | REVISE WHITEHALL PROPERTY SALE DOCUMENTS. |
| LAZAROFF KA | 02/15/10 | 1.30 | REVIEW AND REVISE WHITEHALL SALE DOCUMENTS AND CORRESPONDENCE REGARDING THE SAME, INCLUDING PREPARATION FOR FILING AND SERVICE. |
| LAZAROFF KA | 02/16/10 | 2.40 | DRAFT EMAIL  TO UCC REGARDING SALE OF LOUISVILLE AND WHITEHALL PROPERTIES (.5), PREPARE SERVICE INSTRUCTIONS FOR LOUISVILLE AND WHITEHALL SALE DOCUMENTS (.5), AND REVIEW AND REVISE THE SAME (1.4). |
| LAZAROFF KA | 02/17/10 | 0.10 | CORRESPONDENCE REGARDING WHITEHALL SALE PAPERS. |
| LAZAROFF KA | 02/18/10 | 0.20 | ATTENTION TO FILING AND SERVICE OF WHITEHALL PROPERTY SALE PAPERS. |
| LAZAROFF KA | 02/19/10 | 0.30 | ATTENTION TO LOUISVILLE SALE ISSUES. |
| LAZAROFF KA | 02/23/10 | 0.40 | REVIEW AND REVISE LOUISVILLE SALE PAPERS AND PREPARE FOR FILING AND SERVICE REGARDING THE SAME. |
| | | **8.50** | |
| **Total Associate** | | **25.90** | |
| **TOTAL TIME** | | **25.90** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Business Operations / Strategic Planning**

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/03/10 | 0.30 | REVIEW EMAILS RE: CANADIAN AMALGAMATION AND IMPLEMENTATION (.3). |
| GALARDI GM | 02/10/10 | 0.60 | FOLLOW-UP RE: MONITOR AND REPATRIATION OF CASH WITH OSLER AND PWC. |
| GALARDI GM | 02/11/10 | 0.60 | REVIEW AND COMMENT ON PROPOSED CANADIAN REVIEW RULING. |
| | | 1.50 | |
| Total Partner | | 1.50 | |
| TOTAL TIME | | <u>1.50</u> | |

B43E

Circuit City Stores, Inc. (DIP)                     Bill Date: 03/08/10
Case Administration                                 Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/01/10 | 0.70 | WORK ON ISSUES RE: MANAGEMENT CHANGES AND CRO. |
| GALARDI GM | 02/02/10 | 0.30 | WORK ON REBATE MOTION. |
| GALARDI GM | 02/11/10 | 0.60 | TELEPHONIC ATTENDANCE AT OMNIBUS HEARING. |
| GALARDI GM | 02/12/10 | 0.40 | ADDRESS ATTORNEY GENERAL ISSUES RE: REBATE MOTION AND REQUEST FOR EXTENSION. |
| GALARDI GM | 02/17/10 | 0.30 | ADDRESS CIRCUIT CITY FOUNDATION WITH M. MOSIER (.2); FOLLOW-UP WITH COMMITTEE RE: SAME (.1). |
| GALARDI GM | 02/18/10 | 0.70 | EMAILS RE: CIRCUIT CITY FOUNDATION (.3); REVIEW AND ANALYZE EMAIL FROM K. CORDRY RE: REBATE MOTION (.4). |
| GALARDI GM | 02/22/10 | 0.90 | CALL WITH AGS RE: REBATE MOTION (.7); FOLLOW-UP WITH COMMITTEE RE: CALL AND RECOMMENDATION (.2). |
| GALARDI GM | 02/23/10 | 0.40 | EMAIL EXCHANGES WITH COMMITTEE RE: MOSIER, CROWE AND TRUST GOVERNANCE. |
| GALARDI GM | 02/24/10 | 0.30 | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE RE: REBATES. |
| | | **4.60** | |
| **Total Partner** | | **4.60** | |
| BAKER SK | 02/03/10 | 0.10 | DRAFT CORRESPONDENCE TO I. PANEZALES REGARDING SERVICE ISSUES (.1). |
| BAKER SK | 02/11/10 | 0.50 | REVIEW AGENDA AND OTHER DOCUMENTS IN PREPARATION OF CASE MANAGEMENT MEETING WITH CLIENT (.5). |
| BAKER SK | 02/15/10 | 0.20 | TELEPHONE CALL WITH S. ROSENSTOCK REGARDING CUSTOMER RECEIPTS (.2). |
| BAKER SK | 02/17/10 | 0.30 | REVIEW DRAFT OF HEARING AGENDA (.3). |
| BAKER SK | 02/19/10 | 0.30 | TELEPHONE CALL WITH L. NIELSEN REGARDING HEARING AGENDA UPDATES (.1); REVIEW REVISIONS TO HEARING AGENDA (.2). |
| | | **1.40** | |
| FREDERICKS IS | 02/01/10 | 0.40 | CORRESPONDENCE FROM COMMITTEE RE: GENERAL STATUS UPDATE AND MULTIPLE CORRESPONDENCE TO COMMITTEE RE: SAME (.4). |
| FREDERICKS IS | 02/05/10 | 1.40 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.4). |

B43E

| FREDERICKS IS | 02/12/10 | 0.90 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.9). |
| FREDERICKS IS | 02/15/10 | 1.30 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.3). |
| FREDERICKS IS | 02/19/10 | 4.30 | REVIEW, REVISE AND WORK ON AGENDA ITEMS AND EXHIBIT A RE: OMNI (2/24 HEARING) (4.3). |
| FREDERICKS IS | 02/24/10 | 3.40 | PREPARE FOR, ATTEND AND PARTICIPATE IN CC OMNIBUS HEARING (3.4). |
| FREDERICKS IS | 02/25/10 | 3.80 | PARTICIPATE IN BI-WEEKLY CASE STATUS/STRATEGY MEETING AT CIRCUIT CITY (3.8). |
| FREDERICKS IS | 02/26/10 | 1.70 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| | | **17.20** | |
| GRANT K | 02/14/10 | 0.30 | REVIEWED OPEN ITEMS AND CASE CALENDAR; DISCUSSIONS REGARDING SAME (.3). |
| GRANT K | 02/17/10 | 0.60 | EMAILS REGARDING OMNIBUS HEARING AGENDA (.6). |
| | | **0.90** | |
| KUMAR JS | 02/01/10 | 0.70 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.7). |
| KUMAR JS | 02/03/10 | 0.40 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.4). |
| | | **1.10** | |
| LAZAROFF KA | 02/10/10 | 0.70 | TELECONFERENCE REGARDING STATUS OF PROJECTS AND STRATEGY REGARDING THE SAME. |
| | | **0.70** | |
| SIDHU SS | 02/03/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 02/04/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 02/19/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF CORRESPONDENCES AND FILINGS. |
| SIDHU SS | 02/22/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 02/23/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTIONS OF FILINGS AND CORRESPONDENCES AND CONTACT CLAIMANT'S COUNSEL REGARDING INFORMATION REQUEST. |
| | | **1.20** | |
| **Total Associate** | | **22.50** | |

B43E

| HEANEY | CM | 02/01/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY | CM | 02/02/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY | CM | 02/03/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 2-11 HEARING AGENDA (.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY | CM | 02/04/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY | CM | 02/05/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE AGENDA (.4); COORDINATE WITH THIRD PARTIES RE: UPDATES TO AGENDA (.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANEY | CM | 02/08/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE DOCUMENTS ON THIRD PARTIES (.2); ASSIST WITH PREPARATION OF AGENDA (.4); COORDINATE WITH THIRD PARTIES RE AGENDA UPDATES (.2). |
| HEANEY | CM | 02/09/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND PREPARE BINDERS FOR HEARING (.6). |
| HEANEY | CM | 02/12/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CALENDARS FOR UPDATES AND STATUS FOR UPCOMING HEARING (.4). |
| HEANEY | CM | 02/15/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CASE CALENDAR RE UPDATES TO 2-24 HEARING AGENDA (.4). |
| HEANEY | CM | 02/16/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE COMMENTS TO AGENDA (.2); EDIT/REVISE 2-24 HEARING AGENDA (1.3). |
| HEANEY | CM | 02/17/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 2-24 AGENDA (1.1); COORDINATE WITH THIRD PARTIES RE: ADDITIONAL UPDATES (.2). |
| HEANEY | CM | 02/18/10 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW AGENDA AND EXHIBIT FOR UPDATES AND STATUS (.6); ASSIST WITH REVISION TO AGENDA (.4); COORDINATE SERVICE OF AGENDA WITH THIRD PARTIES (.1). |
| HEANEY | CM | 02/19/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO AGENDA AND EXHIBIT TO AGENDA (.3); ASSIST WITH REVISION TO AGENDA (.6). |
| HEANEY | CM | 02/22/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |

B43E

| | | | |
|---|---|---|---|
| HEANEY CM | 02/23/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6). |
| HEANEY CM | 02/24/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 02/25/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CASE CALENDAR FOR UPDATES TO 3-8 HEARING AGENDA (.3). |
| | | **15.90** | |
| LAMANNA WK | 02/03/10 | 1.80 | DRAFT FEB. 11 HEARING AGENDA. |
| LAMANNA WK | 02/05/10 | 0.70 | REVIEW COURT DOCUMENTS AND CALENDAR CRITICAL DATES (0.5). |
| LAMANNA WK | 02/06/10 | 0.70 | REVIEW COURT DOCUMENTS AND CALENDAR CRITICAL DATES (0.5); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 02/14/10 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 02/15/10 | 2.40 | DRAFT FEB. 24, 2010 HEARING AGENDA (2.2); UPDATE AND REVIEW COURT DOCKET (0.1). |
| LAMANNA WK | 02/16/10 | 0.90 | EDIT/REVISE FEB. 24 HEARING AGENDA (0.7); REVIEW COURT DOCKET (0.2). |
| LAMANNA WK | 02/19/10 | 1.30 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (0.1); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 02/22/10 | 0.20 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 02/25/10 | 7.10 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (2.9); DRAFT MARCH 8 AND MARCH 18 HEARING AGENDAS (4.2). |
| LAMANNA WK | 02/26/10 | 1.60 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| | | **18.00** | |
| **Total Legal Assistant** | | **33.90** | |
| **TOTAL TIME** | | **61.00** | |

10

B43E

Circuit City Stores, Inc. (DIP)
Claims Admin. (General)

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 02/09/10 | 0.50 | DISCUSSIONS RE CLASS ACTION CLAIMS. |
| | | **0.50** | |
| GALARDI GM | 02/01/10 | 0.60 | WORK ON CLAIMS ISSUES/ANALYSIS (.6). |
| GALARDI GM | 02/02/10 | 0.60 | CONTINUE ANALYZING SECURED CLAIMS AND SET OFF RIGHTS (.6). |
| GALARDI GM | 02/04/10 | 0.30 | REVIEW AND ANALYZE LATE CLAIM OPINION. |
| GALARDI GM | 02/10/10 | 0.60 | CALL WITH R. DUFFY RE: CLAIMS DATABASE TRANSITION AND REPORTING (.4); FOLLOW-UP RE: PANASONIC DISCUSSIONS AND OBJECTION (.2). |
| GALARDI GM | 02/16/10 | 0.40 | CALL WITH R. DUFFY RE: CLAIMS ADMINISTRATION TRANSITION. |
| GALARDI GM | 02/18/10 | 1.10 | BEGIN REVIEWING AND REVISING REPLY ON 56TH OMNIBUS. |
| GALARDI GM | 02/24/10 | 2.90 | REVIEW AND COMMENT ON SUPPLEMENTAL OBJECTION AND SUMMARY JUDGMENT RE: GENTRY CLAIM. |
| GALARDI GM | 02/25/10 | 5.10 | REVIEW AND COMMENT ON SUMMARY JUDGMENT MOTION RE: PRIORITY CLAIM (1.7); REVIEW AND COMMENT ON REVISED SUPPLEMENT TO PRIORITY CLAIM (2.3); REVIEW AND COMMENT ON OBJECTION TO EMPLOYEE ADMIN CLAIMS (1.1). |
| GALARDI GM | 02/26/10 | 0.40 | REVIEW AND RESPOND TO EMAILS RE: REBATE MOTION. |
| | | **12.00** | |
| **Total Partner** | | **12.50** | |
| BAKER SK | 02/01/10 | 1.80 | REVIEW CORRESPONDENCE FROM A. BURNETT REGARDING INFORMAL DISCOVERY WITH NYKO TECHNOLOGIES (.1); REVIEW DOCUMENTS TO BE PRODUCED TO NYKO TECHNOLOGIES (.9); DRAFT CORRESPONDENCE TO A. BARNETT REGARDING DISCOVERY (.2); TELEPHONE CALL WITH T. COOKSON REGARDING ARCHOS RECEIVABLES (.2); DRAFT CORRESPONDENCE TO T. COOKSON REGARDING ARCHO RECEIVABLES (.4). |

B43E

| BAKER SK | 02/02/10 | 5.50 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING TAX CLAIMS (.1); DRAFT CORRESPONDENCE TO J. MCDONALD REGARDING TAX CLAIMS (.1); REVIEW ORDER ON DEBTORS' 24TH OMNIBUS OBJECTION TO CLAIMS (.2); TELEPHONE CALL WITH YUMA COUNTY ATTORNEY (.2); REVISE REBATE MOTION TO UPDATE CASE LAW AND OTHER LEGAL AUTHORITY (3.7); TELEPHONE CALL WITH K. BRADSHAW REGARDING REBATE MOTION (.2); RESEARCH REGARDING LG ELECTRONIC PREFERENCE ACTIONS (1.0). |
| BAKER SK | 02/03/10 | 4.90 | TELEPHONE CALL WITH E. BESANKE REGARDING DEBTORS' 8TH OMNIBUS MOTION TO REJECT CONTACTS (.1); CREATE EXHIBITS FOR NOTICE MOTION (.6); REVIEW SIMA RECEIVABLES DOCUMENTS (.4); DRAFT CORRESPONDENCE TO R. FEENEY REGARDING SIMA RECEIVABLES (.2); DRAFT ORDER TO NOTICE MOTION (.6); REVIEW REPLY TO MOTION FOR RECONSIDERATION (.3); TELEPHONE CALL WITH CLIENT REGARDING VARIOUS CLAIMS ISSUES (.4); BEGIN REVIEW AND RESEARCH REGARDING RESPONSES TO DEBTORS 58TH OMNIBUS OBJECTION (2.3). |
| BAKER SK | 02/04/10 | 7.50 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING SANDISK CLAIMS (.1); DRAFT RESPONSE TO H. FERGUSON REGARDING SANDISK CLAIMS (.1);  REVIEW SANDISK RESPONSE TO DEBTORS 58TH OMNIBUS OBJECTION AND RELATED CLAIMS AND DOCUMENTS IN SUPPORT (2.1); REVIEW THQ'S CLAIMS (.1);  REVIEW SANDISK RESPONSE TO DEBTORS 58TH OMNIBUS OBJECTION AND RELATED CLAIMS AND DOCUMENTS IN SUPPORT (.7); REVIEW SNELL AUDIOS CLAIMS (.1);  REVIEW SANDISK RESPONSE TO DEBTORS 58TH OMNIBUS OBJECTION AND RELATED CLAIMS AND DOCUMENTS IN SUPPORT (.8); REVIEW CLAIMS TO DETERMINE ALLOWANCE ON LEGAL BASIS FOR FUTURE OBJECTIONS (3.5). |
| BAKER SK | 02/05/10 | 8.00 | REVIEW CORRESPONDENCE FROM SIMA AND DOCUMENTS PRODUCED REGARDING RECEIVABLES (.7); DRAFT CORRESPONDENCE TO SIMA REGARDING RECEIVABLES (.2); REVIEW FINDINGS AND CONCLUSIONS OF LAW ON EDC MOTION OF FILE LATE PROOF OF CLAIM (.2); TELEPHONE CALL WITH E. GERSHBEIN REGARDING DOCKETING OF CLAIMS (.2); BEGIN DRAFT OF OMNIBUS REPLY TO RESPONSES TO DEBTORS' 58TH OMNIBUS OBJECTION (6.7). |
| BAKER SK | 02/08/10 | 8.40 | DRAFT PROPOSED STIPULATION AND SETTLEMENT AGREEMENT BETWEEN DEBTORS AND SPHE (4.6); DRAFT OMNIBUS REPLY TO DEBTORS' 58TH OMNIBUS OBJECTION (3.8). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 02/09/10 | 4.20 | DRAFT CORRESPONDENCE TO M. FEENEY REGARDING SIMA RECEIVABLES (.2); REVISE DRAFT SETTLEMENT AGREEMENT BETWEEN SPHE AND DEBTORS (.7); REVIEW CORRESPONDENCE REGARDING LENOVO RECEIVABLES (.1); RESEARCH REGARDING PRIORITIES UNDER 507(A)(4) (1.7); CONTINUE DRAFT OF OMNIBUS REPLY TO DEBTORS' 58TH OMNIBUS OBJECTION (1.5). |
| BAKER SK | 02/10/10 | 4.90 | REVIEW CORRESPONDENCE FROM R. FEENEY REGARDING SIMA RECEIVABLES (.1); DRAFT RESPONSE TO R. FEENEY REGARDING SIMA RECEIVABLES (.1); DRAFT CORRESPONDENCE TO B. FOSE REGARDING SIMA RECEIVABLES (.1); DRAFT CORRESPONDENCE REGARDING PROPOSED SPHE SETTLEMENT AGREEMENT (.2); REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING FCMA RECEIVABLES (.1); DRAFT RESPONSE TO M. WINSCHUL REGARDING FCMA RECEIVABLES (.1); DRAFT CORRESPONDENCE TO B. FOSE REGARDING FCMA RECEIVABLES (.1); REVIEW DOCUMENTS REGARDING FCMA RECEIVABLES (.4); DRAFT CORRESPONDENCE TO FCMA REGARDING RECEIVABLES (.2); DRAFT NOTICE OF PROPOSED SETTLEMENT REGARDING SPHE (.5); REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING CLAIMS REVIEW (.1); DRAFT MEMO REGARDING STATUS OF INFORMAL DISCOVERY WITH VARIOUS RECEIVABLES VENDORS (.6); CONTINUE DRAFT OF OMNIBUS REPLY TO DEBTORS' 58TH OMNIBUS OBJECTION TO CLAIMS (2.3). |
| BAKER SK | 02/11/10 | 7.20 | DRAFT CORRESPONDENCE TO D. RUBY REGARDING DEBTORS' 58TH OMNIBUS OBJECTION AND SAN DISK (.1); REVIEW ADMINISTRATIVE CLAIMS TO DETERMINE ALLOWANCE ON FUTURE BASIS FOR OBJECTIONS (5.5); REVISE OMNIBUS REPLY TO OMNI 58 OBJECTION (1.6). |

B43E

| BAKER SK | 02/12/10 | 6.60 | REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING RECEIVABLES FROM SALAMANDER DESIGNS (.2); REVIEW SALAMANDER DESIGNS' CLAIM AND DOCUMENTS PRODUCED IN SUPPORT OF RECEIVABLES TO SET OFF AGAINST CLAIM (1.3); REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING RECEIVABLES DUE FROM IMAGINATION ENTERTAINMENT FOR SETOFF (.2); REVIEW IMAGINATION ENTERTAINMENT CLAIM AND DOCUMENTS PRODUCED IN SUPPORT OF RECEIVABLES TO BE SETOFF AGAINST CLAIM (1.2); REVIEW CLAIMS FILED BY VARIOUS SONY ENTITIES (.3); DRAFT CORRESPONDENCE TO S. CHENETZ REGARDING SONY PICTURES STIPULATION (.1); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING IMAGINATION ENTERTAINMENT'S 503(B)(9) CLAIM (.2); REVIEW CLAIMS FILED BY NIKON, EASTMAN KODAK AND COMCAST REGARDING PREFERENCES (.6); CONFERENCE CALL WITH STATE ATTORNEY GENERAL REGARDING REBATE CHECK HOLDER MOTION (.7); DRAFT CORRESPONDENCE REGARDING REBATE CHECKS (.2); REVIEW ADMINISTRATIVE CLAIMS REGARDING LEGAL BASIS FOR OBJECTION OR ALLOWANCE (1.6). |
| BAKER SK | 02/15/10 | 7.50 | REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING DISCOVERY DISPUTE (.1); REVIEW INFORMAL DISCOVERY RESPONSES FROM VARIOUS CREDITORS SUBJECT TO OMNIBUS OBJECTIONS 48 AND 50 AND FOLLOW UP WITH COUNSEL REGARDING FURTHER RECONCILIATION OF RECEIVABLES FOR SETOFF (4.5); REVIEW CORRESPONDENCE FROM N. JONES REGARDING UNITED STATES DEBT RECOVERY CLAIMS 13330(.2); REVIEW CORRESPONDENCE FROM M. MULLER REGARDING DIGITAL INNOVATIONS CLAIM 14251 (.1); REVIEW CORRESPONDENCE FROM L. MCCONAHA REGARDING THOMPSON CLAIM 1059 (.1); REVIEW CLAIMS FILED BY CAPARRA CENTER ASSOCIATION (.3); REVIEW DATA REGARDING REBATE CHECKS ISSUES WITH 90 DAYS OF PETITION DATE (.4); TELEPHONE CALL WITH KATIE BRADSHAW REGARDING REBARTE CHECKS ISSUED WITH 90 DAYS OF PETITION DATE (.3); TELEPHONE CALL WITH P. STARK REGARDING CLAIMS FILED BY CAPANA CENTER ASSOCIATION (.2); REVIEW ADMINISTRATIVE CLAIMS REGARDING DETERMINE FUTURE OBJECTION OR ALLOWANCE (1.3). |

B43E

BAKER SK       02/16/10      3.60   REVIEW CORRESPONDENCE FROM C. GROSMAN
                                    REGARDING FUJITSU TEN CORPORATION
                                    CLAIMS (.1); DRAFT CORRESPONDENCE TO D.
                                    RUBY REGARDING DEBTORS OBJECTION TO
                                    SANDISK CLAIM (.1); TELEPHONE CALLS
                                    WITH E. GERSHBEIN REGARDING
                                    CLASSIFICATION OF VARIOUS CLAIMS (.4);
                                    TELEPHONE CALL WITH D. WOLFE REGARDING
                                    AVERATEC/ TRIGEM 503 (B) CLAIM (.2);
                                    REVIEW CORRESPONDENCE FROM E. GERSHBEIN
                                    REGARDING TRANSFERES OF CLAIMS SUBJECT
                                    TO PENDING OBJECTIONS (.2); REVIEW AND
                                    ANALYZE TRANSFERRED CLAIMS AND PRYER
                                    ALLOCATION OF PENDING OBJECTIONS (2.2);
                                    DRAFT CORRESPONDENCE TO D. SCRANTON
                                    REGARDING WEC 96D'S CLAIM (.2); REVIEW
                                    CORRESPONDENCE REGARDING WEC 96D'S
                                    CLAIM (.1); REVIEW CORRESPONDENCE FROM
                                    I. CHEN REGARDING ACTIONTEC'S PROOF OF
                                    CLAIM (.2).

BAKER SK       02/17/10      6.70   REVIEW CORRESPONDENCE REGARDING
                                    MONSTER CLAIMS (.2); TELEPHONE CALL
                                    WITH W. SCHWARZSCHILD REGARDING VONAGE
                                    (.2); REVIEW DEMAND LETTER REGARDING
                                    VONAGE CLAIMS (.1); TELEPHONE CALL WITH
                                    B. GRAVELY REGARDING ARCHES CLAIMS
                                    (.2); REVIEW CORRESPONDENCE REGARDING
                                    JACK OF ALL GAMES CLAIMS (.1); REVIEW
                                    PREFERENCE ANALYSIS AND RECEIVABLES
                                    DISCOUNTS REGARDING JACK OF ALL GAMES
                                    (1.6); REVIEW DRAFT OF 2/24 HEARING
                                    AGENDA (.3); REVIEW DOCUMENTS REGARDING
                                    VONAGE RECEIVABLES AND PREFERENCE
                                    EXPOSURE (2.1); REVIEW CORRESPONDENCE
                                    FROM S. BOEHM REGARDING ADMINISTRATIVE
                                    BAR DATE (.1); TELEPHONE CALL WITH K.
                                    BRADSHAW REGARDING PARAGO DATA (.2);
                                    REVIEW CORRESPONDENCE REGARDING JVC
                                    AMERICAS CLAIMS (.2); REVIEW DOCUMENTS
                                    IN SUPPORT OF SONY COMPUTER CLAIM
                                    SETOFFS (1.4).

B43E

BAKER SK        02/18/10        6.20    DRAFT ORDER REGARDING SETOFF AGAINST
                                        UNITED STATES DEBT RECOVERY CLAIM (.4);
                                        REVIEW CORRESPONDENCE FROM L. MCCONAHA
                                        REGARDING ACCOUNTS TO BE SET OFF AGAINST
                                        CLAIM (.2); REVIEW DOCUMENTS IN SUPPORT
                                        OF DEBTORS' SETOFFS AGAINST THOMSON
                                        CLAIMS (1.8); TELEPHONE CALL WITH
                                        COUNSEL FOR INDUSTRIOPLEX IN CLAIM 6438
                                        (.2); DRAFT CORRESPONDENCE TO COUNSEL
                                        FOR VONAGE REGARDING 503(B)(9) CLAIM
                                        AND RECEIVABLE (.5); DRAFT
                                        CORRESPONDENCE TO COUNSEL FOR JACK OF
                                        ALL GAMES REGARDING CLAIMS RECEIVABLES
                                        AND PREFERENCES (.5); REVIEW
                                        CORRESPONDENCE FROM C. WILLINS
                                        REGARDING DEBTORS 50TH OMNIBUS
                                        OBJECTION TO CLAIM (.1); DRAFT RESPONSE
                                        TO C. WILLINS REGARDING DEBTORS' 50TH
                                        OMNIBUS OBJECTION TO CLAIMS (.1);
                                        REVIEW CORRESPONDENCE FROM HAUPPAUGE
                                        COMPUTER WORKS REGARDING RECEIVABLES TO
                                        BE SET OFF FROM CLAIMS (.1); REVIEW
                                        DOCUMENTS IN SUPPORT OF HAUPPAUGE
                                        SETOFFS (.8); DRAFT RESPONSE TO
                                        HAUPPAUGE COMPUTER REGARDING SET OFFS
                                        AGAINST CLAIMS (.3); REVIEW EXHIBITS TO
                                        DEBTORS' 67TH OMNIBUS OBJECTION TO
                                        CLAIMS (.7); REVIEW CORRESPONDENCE FROM
                                        W. SCHWARTZCHILD REGARDING  VONAGE
                                        CLAIMS (.1); DRAFT REPLY TO W.
                                        SCHWARTZCHILD REGARDING VONAGE CLAIMS
                                        (.1); REVIEW CORRESPONDENCE FROM
                                        UNIVERSAL HOME VIDEO REGARDING
                                        POTENTIAL DEDUCTION FROM CLAIMS AND
                                        OFFER TO SETTLE (.3).

BAKER SK        02/19/10        5.10    REVIEW CLAIMS OF UNIVERSAL STUDIOS HOME
                                        ENTERTAINMENT AND MITSUBISHI DIGITAL
                                        ELECTRONICS (.7); REVIEW REVISED REBATE
                                        CHECK DATA REGARDING PUBLICATION NOTICE
                                        MOTION (.6); REVIEW SYLVANIA LIGHTING
                                        CLAIMS REGARDING PROPOSED STIPULATION
                                        TO ALLOW CLAIM (.2); DRAFT SECOND
                                        SUPPLEMENTAL ORDER TO DEBTORS'
                                        FIFTEENTH OMNIBUS OBJECTION (.7); DRAFT
                                        PROPOSED STIPULATION SETTLEMENT
                                        AGREEMENT REGARDING SYLVANIA LIGHTING
                                        SERVICES (1.4);  DRAFT CORRESPONDENCE
                                        TO M. MOSIER REGARDING UNIVERSAL
                                        STUDIOS HOME ENTERTAINMENT (.1); DRAFT
                                        CORRESPONDENCE TO H. FERGUSON REGARDING
                                        DEBTORS 50TH OBJECTION TO CLAIMS (.1);
                                        DRAFT CORRESPONDENCE TO C. WILLIAMS
                                        REGARDING DEBTORS' 50TH OBJECTION TO
                                        CLAIMS (.1); REVIEW EXHIBITS TO DEBTORS
                                        68TH OMNIBUS OBJECTION TO CLAIMS (1.2).

B43E

| BAKER SK | 02/22/10 | 9.10 | REVIEW CORRESPONDENCE FROM J. ROBINSON REGARDING PREFERENCE ANALYSES (.1); TELEPHONE CALL WITH D. WOLFE REGARDING DEBTORS' 48TH OBJECTION TO CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING WARNER BROTHERS HOME VIDEO DEMAND LETTER (.2); TELEPHONE CALL WITH M. PERRON REGARDING CLAIMS FILED BY CONTRACTING SYSTEMS INC. (.2); REVISE PROPOSED STIPULATION REGARDING SYLVANIA LIGHTING CLAIMS (.6); DRAFT CORRESPONDENCE TO M. WEIR REGARDING PROPOSED STIPULATION (.2); REVIEW CLAIMS OF CONTRACTING SYSTEMS, INC. (.3); REVIEW PUBLIC COMPANY ACCOUNTING BOARD'S RESPONSE TO DEBTORS' 60TH OMNIBUS OBJECTION (.3); TELEPHONE CALL WITH J. HANGARD REGARDING PUBLIC COMPANY ACCOUNT BOARD'S RESPONSE TO DEBTORS' 60TH OMNIBUS OBJECTION (.1); CONFERENCE CALL WITH STATES ATTORNEY GENERAL REGARDING PUBLICATION NOTICE MOTION (.3); TELEPHONE CALL WITH J. WAXMAN REGARDING DEBTORS' 48TH OMNIBUS OBJECTION TO CLAIMS (.2); DRAFT CORRESPONDENCE TO J. WAXMAN REGARDING DEBTORS 48TH OMNIBUS OBJECTION TO CLAIMS (.2); REVISE SUPPLEMENTAL ORDER ON DEBTORS' 50TH OMNIBUS OBJECTION TO CLAIMS (.5); REVIEW CORRESPONDENCE FROM E. GERSHBEIN REGARDING SETTLEMENT ORDERS (.1); REVIEW PREFERENCE DATA FOR D. LINK REGARDING VENDOR DEMAND LETTERS (.8); REVIEW PREFERENCE DATES FOR LOGITECH REGARDING VENDOR DEMAND LETTERS (.7); REVIEW PREFERENCE DATE FOR UNIVERSAL STUDIOS REGARDING VENDOR DEMAND LETTERS (.9); REVIEW ADMINISTRATIVE CLAIMS REGARDING FUTURE OBJECTIONS OR ALLOWANCE (1.5); REVIEW AND ANALYZE SETTLEMENT AGREEMENTS REGARDING MODIFICATION CLAIMS (1.7). |
|---|---|---|---|

B43E

BAKER SK        02/23/10        8.00    REVIEW AND ANALYZE PREFERENCE DATA FOR
                                        JVC AMERICAS CORP. (.8); REVIEW
                                        CORRESPONDENCE REGARDING WARNER
                                        BROTHERS PREFERENCE ANALYSIS (.1);
                                        REVIEW CORRESPONDENCE REGARDING MOTION
                                        TO DEEM PUBLICATION NOTICE SUFFICIENT
                                        (.2); REVIEW CORRESPONDENCE REGARDING
                                        SONY PICTURES STIPULATION (.1);
                                        TELEPHONE CALL WITH J. DALBERG
                                        REGARDING WARNER HOME VIDEO CLAIMS
                                        (.1); REVIEW MEMORANDUM OPINION
                                        REGARDING MOTION TO RECONSIDER DEBTORS
                                        51ST AND 52ND OMNIBUS OBJECTION DEMAND
                                        (.3); REVISE SONY PICTURES STIPULATION
                                        (.4); REVIEW CLAIMS FILED BY APPELLANTS
                                        OF ORDERS AND DEBTORS' 51ST AND 52ND
                                        OMNIBUS OBJECTIONS TO CLAIMS (1.3);
                                        TELEPHONE CALL WITH J. KIRK OF D-LINK
                                        REGARDING VENDOR DEMAND LETTERS (.1);
                                        REVIEW DOCUMENTS IN SUPPORT OF
                                        DEDUCTION TO NET GEAR CLAIMS (.6);
                                        REVIEW CORRESPONDENCE REGARDING DIRECT
                                        TV SETTLEMENT (.1); REVIEW WARNER
                                        BROTHERS PREFERENCE ANALYSIS (.9);
                                        REVIEW AND ANALYZE AGREEMENTS REGARDING
                                        RESOLUTION OF CLAIMS IN MASTER CLAIMS
                                        REGISTRY (1.3); TELEPHONE CALL WITH A.
                                        BURNETT REGARDING RESOLUTION OF NYKO
                                        CLAIMS (.2); TELEPHONE CALL REGARDING
                                        SETTLEMENT AGREEMENT (.2); REVIEW
                                        DOCUMENTS IN SUPPORT OF DECLARATION TO
                                        LOGITECH CLAIMS (.4); REVIEW DOCUMENTS
                                        IN SUPPORT OF DECLARATION TO D-LINK
                                        CLAIMS (.6); DRAFT CORRESPONDENCE TO
                                        VARIOUS SET OFF PREFERENCE DOCUMENTS
                                        REGARDING INFORMAL DISCOVERY (.3).

BAKER SK        02/24/10        5.00    REVIEW CORRESPONDENCE FROM S. CHUNETA
                                        REGARDING SONY STIPULATION (.1); REVIEW
                                        VENDOR DEMAND LETTER DOCUMENTS AND
                                        DRAFT STATUS MEMORANDUM (2.4);
                                        CONFERENCE CALL REGARDING VENDOR DEMAND
                                        LETTERS CAMPAIGN (.3); REVIEW
                                        CORRESPONDENCE FROM B. WOLFE REGARDING
                                        D-LINK'S RECEIPT OF VENDOR DEMAND
                                        LETTER (.1); TELEPHONE CALL WITH T.
                                        AJMERA REGARDING SETOFFS AGAINST
                                        IMAGINATION ENTERTAINMENT'S CLAIM
                                        (.2); TELEPHONE CALL WITH K. BARKSDALE
                                        REGARDING CYBER POWER RECEIVABLES (.2);
                                        TELEPHONE CALL WITH J. STAHLER
                                        REGARDING CYBER POWER RECEIVABLES (.2);
                                        REVIEW DOCUMENTS IN SUPPORT OF
                                        RECEIVABLES SET OFF AGAINST CYBER POWER
                                        CLAIMS (.7); REVIEW DOCUMENTS IN
                                        SUPPORT OF RECEIVABLES SET OFF AGAINST
                                        IMAGINATION ENTERTAINMENT CLAIMS (.7);
                                        REVIEW CORRESPONDENCE FROM J. POMERANTZ
                                        REGARDING NOTICE BY PUBLICATION MOTION
                                        (.1).

18

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 02/25/10 | 6.80 | REVIEW ADDITIONAL DOCUMENTS IN SUPPORT OF CYBER POWER RECEIVABLES (.6); REVIEW CORRESPONDENCE REGARDING SALAMANDER RECEIVABLES (.2); REVIEW CORRESPONDENCE REGARDING FCMA RECEIVABLES (.2); CONTINUE REVIEW OF DOCUMENTS IN SUPPORT OF WARNER HOME VIDEO SETOFFS AND PREFERENCE (.8); DRAFT CORRESPONDENCE TO J. DALBERG REGARDING WARNER HOME VIDEO (.2); DRAFT CORRESPONDENCE TO STAHLER REGARDING CYBER POWER RECEIVABLES (.2); REVIEW VARIOUS SETTLEMENT AND DRAFT MEMORANDUM REGARDING MODIFICATIONS TO CLAIMS (4.6). |
| BAKER SK | 02/26/10 | 8.80 | REVIEW DOCUMENTS IN SUPPORT OF THOMSON RECEIVABLES TO BE SET OFF FROM ADMINISTRATIVE CLAIM (1.5); REVIEW CORRESPONDENCE REGARDING EASTMAN KODAK DEMAND LETTER (.1); DRAFT CORRESPONDENCE TO L. MCCONAHA REGARDING THOMSON RECEIVABLES (.3); CONTINUE DRAFT OF MEMORANDUM REGARDING SETTLEMENT AGREEMENTS AND MODIFICATION OF CLAIMS (2.4); REVIEW DOCUMENTS IN SUPPORT OF KODAK CLAIMS DEDUCTION AND PREFERENCE (.9); DRAFT CORRESPONDENCE TO P. TAMPOSE REGARDING EASTMAN KODAK CLAIM DEDUCTIONS (.2); TELEPHONE CALL WITH J. STAHLER REGARDING CYBER POWER SETOFFS (.2); CONNECTION AND DISCLOSURE RESEARCH REGARDING APPEAL OF DEBTORS' 51ST AND 52ND OMNIBUS OBJECTION (3.2). |

**125.80**

| | | | |
|---|---|---|---|
| DANGELO PS | 02/01/10 | 1.70 | DRAFTED DOCUMENTS TO RESOLVE RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 02/02/10 | 7.60 | DRAFTED STIPULATION AGREEMENT TO RESOLVE RESPONSE TO 33RD OMNIBUS OBJECTION (2.0); WORKED ON SUPPLEMENTAL ORDERS FOR OMNIBUS OBJECTIONS (1.0); WORKED ON RESOLVING RESPONSE TO OMNIBUS OBJECTIONS FOR UPCOMING HEARING (1.0); DRAFTED STIPULATION AGREEMENT TO RESOLVE RESPONSE TO 19TH OMNIBUS OBJECTION (3.6). |
| DANGELO PS | 02/03/10 | 3.60 | RESOLVED RESPONSES TO 19TH & 60TH OMNIBUS OBJECTIONS. |
| DANGELO PS | 02/04/10 | 1.60 | RESOLVED RESPONSES TO 5TH & 6TH OMNIBUS OBJECTIONS. |
| DANGELO PS | 02/05/10 | 2.20 | RESOLVED RESPONSES TO NON-GOODS 5TH AND 6TH OMNIBUS OBJECTIONS 503(B)(9). |
| DANGELO PS | 02/09/10 | 1.70 | RESOLVED RESPONSES TO OMNIBUS OBJECTIONS. |
| DANGELO PS | 02/10/10 | 2.20 | RESOLVED RESPONSES TO FIFTH AND SIXTH OMNIBUS OBJECTIONS RELATED TO RECLASSIFYING CLAIMS. |

B43E

| | | | |
|---|---|---|---|
| DANGELO PS | 02/11/10 | 0.40 | WORKED ON RESOLUTION OF RESPONSE TO FIFTH OMNIBUS OBJECTION RELATED TO AN ALLEGED 503(B)(9) CLAIM. |
| DANGELO PS | 02/12/10 | 3.80 | DRAFTED STIP AGREEMENTS TO RESOLVE RESPONSES RELATED TO MISCLASSIFIED CLAIMS. (3.0) PREPARED EXHIBIT PAGES FOR STIP AGREEMENT WITH CLAIMANT TO RESOLVE DUPLICATE CLAIMS (0.8). |
| DANGELO PS | 02/15/10 | 1.60 | WORKED TO RESOLVE THIRTY-THIRD OMNIBUS OBJECTION TO MISCLASSIFIED ADMIN PRIORITY CLAIM (1.4) WORKED TO RESOLVE FIFTH OMNIBUS OBJECTION TO MISCLASSIFIED 503(B)(9) CLAIM (0.2). |
| DANGELO PS | 02/16/10 | 2.70 | NEGOTIATED WITH CLAIMANTS TO RESOLVE OBJECTIONS SCHEDULED FOR 2/24 HEARING. |
| DANGELO PS | 02/17/10 | 2.30 | EDITED STIP AGREEMENTS TO RESOLVE OBJECTIONS TO CLAIMS. |
| DANGELO PS | 02/18/10 | 7.90 | RESOLVED OBJECTIONS BY STIPULATION AGREEMENT (2.3). DRAFTED DOCUMENTS FOR 2/24 HEARING (2.1). DRAFTED DISCOVERY REQUESTS AND RELATED DOCUMENTS (3.0). DRAFTED LETTERS TO CLAIMANTS TO RESOLVE MISCLASSIFIED 503(B)(9) CLAIMS (0.5). |
| DANGELO PS | 02/19/10 | 7.80 | DRAFTED AND PREPARED DISCOVERY REQUESTS FOR FILING (4.5). EDITED STIPULATION AGREEMENT RESOLVING NON-GOODS AND PREFERENCE OBJECTIONS (2.5). CALL WITH CIRCUIT CITY REGARDING SAME (0.4). RESOLVED OMNIBUS OBJECTIONS SCHEDULED FOR A STATUS HEARING ON 2/24 (0.4). |
| DANGELO PS | 02/22/10 | 2.90 | WORKED ON RESOLVING RESPONSES TO OMNIBUS OBJECTIONS. (2.7) CALL WITH CIRCUIT CITY REGARDING SAME (0.2). |
| DANGELO PS | 02/23/10 | 0.70 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO CLAIMS. |
| DANGELO PS | 02/24/10 | 0.60 | PREPARED FOR HEARING ON THE MERITS OF FIFTH AND THIRTY-THIRD OMNIBUS CLAIMANTS. |
| DANGELO PS | 02/25/10 | 1.40 | DRAFTED STIPULATION AGREEMENT TO RESOLVE CLAIM OBJECTION (1.0). RESOLVED OMNIBUS OBJECTIONS TO CLAIMS (0.4). |
| DANGELO PS | 02/26/10 | 0.60 | RESOLVED OMNIBUS OBJECTIONS TO CLAIMS. |
| | | **53.30** | |
| DOSUNMU FS | 02/02/10 | 0.40 | CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUEST (.4). |
| DOSUNMU FS | 02/03/10 | 0.60 | CONFERENCE WITH COUNSEL REGARDING ADMINISTRATIVE CLAIM REQUEST (.6). |
| DOSUNMU FS | 02/04/10 | 0.40 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.4). |
| DOSUNMU FS | 02/09/10 | 0.30 | ATTENTION TO ADMINISTRATIVE CLAIMS ISSUES (.3). |

B43E

| | | | |
|---|---|---|---|
| DOSUNMU FS | 02/10/10 | 0.40 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.4). |
| DOSUNMU FS | 02/12/10 | 0.40 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.4). |
| DOSUNMU FS | 02/16/10 | 0.70 | ATTENTION TO ADMINISTRATIVE CLAIMS ISSUES (.7). |
| DOSUNMU FS | 02/22/10 | 0.60 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.6). |
| | | **3.80** | |
| FREDERICKS IS | 02/01/10 | 4.90 | REVIEW AND REVISE UPDATED DRAFT OF MOTION FOR LEAVE TO FILE APPEAL (3.6); REVIEW AND UPDATE SUMMARY OF VARIOUS CLAIMANT SUMMARIES FOR PURPOSES OF SETTLEMENT DISCUSSIONS (1.3). |
| FREDERICKS IS | 02/02/10 | 2.80 | REVIEW ALL CLAIMS FILED AGAINST INTERTAN, INC. AND CORRESPONDENCE TO CC RE: SAME (2.8). |
| FREDERICKS IS | 02/03/10 | 1.90 | CORRESPONDENCE FROM AND TO COUNSEL TO LG RE: STIPULATION STAYING APPEAL (.3) AND REVIEW AND REVISE MULTIPLE DRAFTS OF STIPULATION TO ADDRESS COUNSEL'S COMMENTS (.9); REVIEW CLAIMS FILED AGAINST INTERTAN AND VENTOUX AND ATTENTION TO ISSUES RELATED THERETO (.7). |
| FREDERICKS IS | 02/04/10 | 7.80 | REVIEW VARIOUS CORRESPONDENCE FROM CC WORKING GROUP RE: VARIOUS CLAIM MATTERS AND ATTENTION AND RESPOND TO SAME (2.9); REVIEW EDC FINDINGS OF FACT AND CONCLUSIONS OF LAW AND MULTIPLE CORRESPONDENCE RE: SAME (.7); REVIEW AND REVISE OMNIBUS REPLY TO VARIOUS EMPLOYEE ADMIN CLAIMS AND CORRESPONDENCE RE: SAME (3.8); REVIEW INFORMATION RELATED TO MITSUBISHI CLAIMS AND CORRESPONDENCE RE: SAME (.4) |
| FREDERICKS IS | 02/05/10 | 3.20 | REVIEW VARIOUS SETTLEMENT PROPOSALS AND CORRESPONDENCE TO AND FROM CC RE: SAME (1.8); REVIEW AND REVISE NO LIABILITY CLAIM OBJECTION CHART AND CORRESPONDENCE TO M. MOSIER RE: SAME (1.4). |
| FREDERICKS IS | 02/09/10 | 3.40 | REVIEW, REVISE AND DISCUSS HR CLAIM OBJECTION (NO LIABILITY) EXHIBIT (.8); REVIEW AND REVISE LETTER AGREEMENT RE: STALE CHECKS AND CORRESPONDENCE TO AND FROM CC RE: SAME (.7); REVIEW AND REVISE SETTLEMENT AGREEMENT WITH SPHE AND CORRESPONDENCE RE: SAME (1.2); REVIEW STIPULATION WITH SDI AND CORRESPONDENCE TO MW RE: SAME (.7). |
| FREDERICKS IS | 02/12/10 | 3.90 | REVIEW AND REVISE CC ADJOURNED CLAIMS SUMMARY AND COMPREHENSIVE CORRESPONDENCE RE: SAME (3.9). |

21

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 02/15/10 | 7.20 | REVIEW AND REVISE MOTIONS FOR SUMMARY JUDGMENT RE: WILSON ADMIN CLAIM AND VARIOUS CLASS ACTION PRIORITY CLAIMS (7.2). |
| FREDERICKS IS | 02/19/10 | 2.80 | REVIEW AND REVISE MOTIONS FOR SUMMARY JUDGMENT RE: WILSON ADMIN CLAIM (2.8). |
| FREDERICKS IS | 02/22/10 | 11.30 | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT ON WILSON ADMIN CLAIM AND RELATED DOCUMENTS AND FINALIZE FOR FILING (3.1); REVIEW AND REVISE COMBINED MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL CLAIM OBJECTION RE: CLASS ACTION PRIORITY CLAIMS AND CONDUCT ADDITIONAL RESEARCH RELATED THERETO (4.7); TELEPHONE CALL WITH B. FOSE RE: PANASONIC ISSUES AND REVIEW PRIOR STIPULATION RE: SAME (1.6); PARTICIPATE IN CONFERENCE CALL WITH STATE AGS RE: PUBLICATION NOTICE MOTION (.7); REVIEW AND REVISE SPHE SETTLEMENT STIPULATION AND CORRESPONDENCE TO COUNSEL RE: SAME (1.2). |
| FREDERICKS IS | 02/23/10 | 3.10 | REVIEW AND RESPOND TO VARIOUS CC CLAIM INQUIRES (2.2); REVIEW COURT'S SUPPLEMENTAL OPINION ON 502(D) (.9). |
| FREDERICKS IS | 02/24/10 | 8.40 | REVIEW AND REVISE MOTIONS FOR SUMMARY JUDGMENT AND SUPPLEMENTAL CLAIM OBJECTIONS RE: CLASS ACTION PRIORITY CLAIMS AND MULTIPLE TELEPHONE CALLS RE: SAME (7.2); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CC RE: CERTAIN CLAIM MATTERS AND GENERAL CLAIM STRATEGY (1.2). |
| FREDERICKS IS | 02/25/10 | 12.60 | REVIEW AND REVISE MULTIPLE DRAFTS OF SUMMARY JUDGMENT AND SUPP CLAIM OBJECTIONS RE: CLASS ACTION PRIORITY CLAIMS (7.2); TELEPHONE CALLS RE: SAME (.8); DRAFT RELATED ORDERS (1.4); WORK RE: FINALIZING ALL DOCUMENTS FOR FILING (3.1). |
| FREDERICKS IS | 02/26/10 | 2.30 | CONTINUE TO REVIEW, REVISE AND FINALIZE SUMMARY JUDGMENT AND SUPPLEMENTAL OBJECTIONS FILINGS AND WORK WITH MW AND KCC RE: SAME (2.3). |
| | | **75.60** | |
| GRANT K | 02/10/10 | 1.50 | WORKED ON OBJECTION TO LANDLORD CLAIMS (1.1); DISCUSSIONS REGARDING SAME (.4). |
| GRANT K | 02/11/10 | 1.50 | CONTINUED WORK ON RECONCILING AND OBJECTIONS TO LANDLORD CLAIMS (1.5). |
| GRANT K | 02/16/10 | 1.80 | CONTINUED TO REVIEW AND REVISE LETTERS TO LANDLORDS REGARDING LEASE CLAIMS (1.8). |
| GRANT K | 02/17/10 | 1.30 | CONTINUED WORK ON ANALYSIS AND RESOLUTION OF LANDLORD CLAIMS (1.3). |

| | | | |
|---|---|---|---|
| GRANT K | 02/19/10 | 3.70 | REVISED AND FINALIZED 2ND NOTICE OF ADMINISTRATIVE BAR DATE FOR SERVICE AND PUBLICATION (1.4); REVIEWED PUBLICATION PROOFS (.6); REVIEWED AND REVISED 69TH OMNIBUS CLAIMS OBJECTION (1.7). |
| GRANT K | 02/24/10 | 0.90 | CONTINUED WORK ON LANDLORD CLAIM OBJECTIONS (.6); TELECONFERENCES WITH J. GUNN REGARDING SAME (.3). |
| GRANT K | 02/25/10 | 2.30 | CONTINUED WORK ON LANDLORD CLAIM LETTERS (1.9); EMAILS WITH VARIOUS LANDLORD PARTIES REGARDING SAME (.4). |
| | | 13.00 | |
| KORKIS C | 02/04/10 | 3.00 | REVIEWED INTERTAN/VENTOUX CLAIMS AND INSURANCE POLICIES (.2); RESEARCHED STANDING RE CLASS ACTIONS (2.8). |
| KORKIS C | 02/05/10 | 1.70 | WORKED ON RE INTERTAN/VENTOUX CLAIMS AND LEGAL CLAIMS (.3); DRAFTED SUMMARY JUDGMENT MOTIONS RE LEGAL CLAIMS (1.4). |
| KORKIS C | 02/07/10 | 1.50 | RESEARCHED CLASS ACTION CERTIFICATION REQUIREMENTS (1.1); REVISED SUMMARY JUDGMENT MOTIONS RE LEGAL CLAIMS (.4). |
| KORKIS C | 02/08/10 | 15.40 | RESEARCH RE CLASS PROOFS OF CLAIM, CLASS CERTIFICATION, STANDING (3); DRAFTED SUMMARY JUDGMENT MOTIONS (12.4). |
| KORKIS C | 02/09/10 | 7.80 | REVISED GENTRY SUMMARY JUDGMENT MOTION (6.2); DRAFTED CARD, SKAF, AND HERNANDEZ SUMMARY JUDGMENT MOTIONS (1.6). |
| KORKIS C | 02/11/10 | 1.10 | REVIEWED INSURANCE POLICIES TO DETERMINE LIABILITY ON INTERTAN/VENTOUX CLAIMS. |
| KORKIS C | 02/14/10 | 4.90 | REVISED GENTRY SUMMARY JUDGMENT MOTION. |
| KORKIS C | 02/15/10 | 2.90 | RESEARCH RE TIMELINESS OF RULE 7023 MOTION (0.8); REVISED GENTRY SUMMARY JUDGMENT MOTION (1.5). REVIEWED INSURANCE POLICIES OF INTERTAN/VENTOUX TO DETERMINE LIABILITY (0.6). |
| KORKIS C | 02/17/10 | 2.20 | REVIEWED INSURANCE POLICIES TO DETERMINE LIABILITY ON INTERTAN AND VENTOUX CLAIMS. |
| KORKIS C | 02/18/10 | 2.40 | REVIEWED INSURANCE POLICIES TO DETERMINE LIABILITY ON INTERTAN AND VENTOUX CLAIMS. |
| KORKIS C | 02/19/10 | 2.70 | REVIEWED INSURANCE POLICIES TO DETERMINE LIABILITY ON INTERTAN AND VENTOUX CLAIMS (0.3); RESEARCH RE SETOFF FOR SOUTHPEAK CLAIMS (1.6); DRAFTED OBJECTION TO SOUTHPEAK MOTION (0.8). |

B43E

| | | | |
|---|---|---|---|
| KORKIS C | 02/22/10 | 2.10 | REVIEWED INSURANCE POLICIES TO DETERMINE LIABILITY ON INTERTAN AND VENTOUX CLAIMS (0.7); DRAFTED SOUTHPEAK OBJECTION RE SETOFF (1.4). |
| KORKIS C | 02/23/10 | 2.80 | DRAFTED OBJECTION TO SOUTHPEAK MOTION. |
| KORKIS C | 02/24/10 | 4.80 | REVISED GENTRY MOTION FOR SUMMARY JUDGMENT AND SUPPLEMENTAL OBJECTION (4.8). |
| KORKIS C | 02/25/10 | 16.30 | REVISED SUPPLEMENTAL OBJECTIONS AND SUMMARY JUDGMENT MOTIONS FOR LEGAL CLAIMANTS GENTRY, HERNANDEZ, CARD, AND SKAF. |
| KORKIS C | 02/26/10 | 0.30 | REVISED SUPPLEMENTAL OBJECTIONS AND SUMMARY JUDGMENT MOTIONS FOR LEGAL CLAIMANTS GENTRY, HERNANDEZ, CARD, AND SKAF. |
| | | 71.90 | |
| KUMAR JS | 02/01/10 | 6.20 | DRAFTING MOTION FOR SUMMARY JUDGMENT RE 56TH OMNIBUS OBJECTION (3.3); REVIEWING SECTION 503(B)(9) CLAIMS FOR FUTURE OBJECTION (2.9). |
| KUMAR JS | 02/02/10 | 2.30 | FOLLOWING UP WITH COUNSEL RE DIRECTV STIPULATION (.2); FOLLOWING UP WITH COUNSEL RE WITHDRAWING LATE CLAIM MOTION OF MR. CHALIFOUX (.2); REVIEWING AND LOOKING INTO FACTS BEHIND MR. BATIOFF'S LATE CLAIM MOTION (1.7); CONNECTIONS AND DISCLOSURE RESEARCH (.2). |
| KUMAR JS | 02/03/10 | 5.40 | DRAFTING SUMMARY OF OBJECTIONS TO CERTAIN HR ADMIN CLAIMS FOR OMNIBUS OBJECTIONS (3.1); REVIEWING DIRECTV'S COMMENTS TO STIPULATION AND SENDING TO COMPANY AND DRAFTING NOTICE OF STIPULATION (2.3). |
| KUMAR JS | 02/04/10 | 5.30 | REVIEWING AND REVISING SUMMARY JUDGMENT BRIEF WITH RESPECT TO 56TH OMNIBUS OBJECTION (1.4); REVISING AND FINALIZING DIRECTV STIPULATION AND SENDING TO DIRECTV (1.5); REVIEWING SECTION 503(B)(9) CLAIMS FOR FUTURE OBJECTION (2.4). |
| KUMAR JS | 02/05/10 | 6.40 | DRAFTING OMNIBUS RESPONSE RE 56TH OMNIBUS OBJECTION AND REVISING (5.6); FINALIZING AND FILING DIRECTV STIPULATION AND NOTICE (.8). |
| KUMAR JS | 02/08/10 | 2.90 | DRAFTING OMNIBUS OBJECTIONS TO CERTAIN ADMINISTRATIVE HR CLAIMS (2.7); REVIEWING LATE CLAIM MOTIONS (.2). |

B43E

| KUMAR JS | 02/10/10 | 7.20 | REVISING OMNIBUS OBJECTIONS TO CERTAIN ADMINISTRATIVE HR CLAIMS AND REVIEWING CLAIMS AND EXHIBITS (3.7); REVISING OMNIBUS RESPONSE TO 56TH OMNIBUS OBJECTION (1.1); REVIEWING LATE CLAIM MOTIONS AND EMAILING RE SAME (1.6); UPDATING CHART OF RESPONSES TO 56TH AND 57TH OMNIBUS OBJECTIONS AND CALLING RESPONDENT RE 57TH OMNI OBJECTION (.8). |
|---|---|---|---|
| KUMAR JS | 02/11/10 | 2.60 | REVIEWING SECTION 503(B)(9) CLAIMS FOR FUTURE OBJECTION (1.4); PARTICIPATING IN CALL RE CIRCUIT CITY CLAIMS (1.2). |
| KUMAR JS | 02/12/10 | 2.80 | REVIEWING SECTION 503(B)(9) CLAIMS FOR FUTURE OBJECTION (2.4); REVIEWING EXHIBITS TO OBJECTIONS RE ADMIN HR CLAIMS (.4). |
| KUMAR JS | 02/14/10 | 1.90 | REVISING OMNIBUS REPLY TO 56TH OMNIBUS OBJECTION (1.9). |
| KUMAR JS | 02/15/10 | 5.10 | REVISING OMNIBUS REPLY TO 56TH OMNIBUS OBJECTION (4.3); EMAILING COUNSEL RE ADJOURNING LATE CLAIM MOTIONS (.8). |
| KUMAR JS | 02/16/10 | 0.50 | EMAILING COUNSEL RE ADJOURNING LATE CLAIM MOTIONS (.3); REVIEWING ION AUDIO DRAFT STIPULATION (.2). |
| KUMAR JS | 02/17/10 | 3.20 | CONTACTING COUNSEL AND MCGUIREWOODS RE ADJOURNING LATE CLAIM MOTIONS (1.3); ADDRESSING VARIOUS ISSUES RE UPCOMING OMNIBUS OBJECTIONS (1.6); CALLING COUNSEL TO ION AUDIO (.1); CALLING RESPONDENT RE 57TH OMNIBUS OBJECTION (.2). |
| KUMAR JS | 02/18/10 | 2.10 | DRAFTING SUPPLEMENTAL ORDER RE 57TH OMNIBUS OBJECTION (.9); ADDRESSING VARIOUS ISSUES WITH RESPECT TO OMNIBUS OBJECTIONS (1.2). |
| KUMAR JS | 02/19/10 | 3.10 | REVISING, REVIEWING EXHIBITS TO AND FILING 69TH OMNIBUS OBJECTION TO CERTAIN HR ADMINISTRATIVE CLAIMS (2.1) ADDRESSING VARIOUS OTHER ISSUES RELATED TO OMNIBUS OBJECTIONS (1.0). |
| KUMAR JS | 02/22/10 | 0.40 | EMAILING COUNSEL RE LATE CLAIM MOTIONS (.2); CALLING COUNSEL TO ION AUDIO RE DRAFT STIPULATION AND REVIEWING STIPULATION (.2). |
| KUMAR JS | 02/23/10 | 0.20 | FOLLOWING UP WITH DIRECTV'S COUNSEL RE PAYMENT PURSUANT TO SETTLEMENT (.2). |
| KUMAR JS | 02/24/10 | 2.80 | RESEARCHING FACTUAL ISSUES RELATED TO VARIOUS MOTIONS FOR LATE-FILED CLAIMS AND EMAILING RE SAME (2.8). |
| KUMAR JS | 02/25/10 | 3.60 | REVIEWING SECTION 503(B)(9) CLAIMS FOR FUTURE OBJECTION (3.6). |

B43E