## EXHIBIT D-2

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| KUMAR JS | 02/26/10 | 7.70 | REVISING AND DRAFTING OMNIBUS REPLY TO 56TH OMNIBUS OBJECTION AND REVIEWING BOARD MINUTES IN CONNECTION WITH REPLY (7.4); EMAILING COMPANY RE POTENTIAL SETTLEMENT WITH ION AUDIO (.3). |
| | | **71.70** | |
| LAZAROFF KA | 02/01/10 | 4.40 | REVIEW AND REVISE LANDLORD DEMAND LETTERS (4); TELECONFERENCE AND REVIEW OF DOCUMENTS RE FRANKLIN WILSON CLAIM IN PREPARATION FOR OBJECTION (.4). |
| LAZAROFF KA | 02/02/10 | 4.50 | REVIEW AND REVISE BETHLEHEM CLAIMS RECONCILIATION AND DRAFT EMAIL SUMMARIZING THE SAME (.9); PREPARE SUMMARY CHART FOR GGP COUNSEL REGARDING THE COMPANY'S POSITION ON CLAIMS SETTLEMENT (1.6); DRAFT SUPPLEMENTAL OBJECTION AND MOTION FOR SUMMARY JUDGMENT REGARDING FRANKLIN WILSON CLAIM (2). |
| LAZAROFF KA | 02/03/10 | 1.00 | STATE LAW RESEARCH ON LANDLORD MITIGATION DUTIES. |
| LAZAROFF KA | 02/05/10 | 0.20 | REVISED FRANKLIN WILSON SUPPLEMENTAL CLAIM OBJECTION AND MOTION FOR SUMMARY JUDGMENT. |
| LAZAROFF KA | 02/08/10 | 13.80 | REVIEW AND REVISE GGP SETTLEMENT PROPOSAL (.5); REVIEW AND REVISE OBJECTION TO CLAIM OF FRANKLIN WILSON (.5); REVIEW AND REVISE FORM LANDLORD DEMAND LETTER (.5); ATTENTION TO AMENDING CC PROOF OF CLAIM IN GGP BANKRUPTCY (1.2); RESEARCH ON CLASS PROOF OF CLAIMS (8); DRAFTING AND REVISING OBJECTION AND MOTION FOR SUMMARY JUDGMENT DENYING CLASS PROOF OF CLAIM (3.1). |
| LAZAROFF KA | 02/09/10 | 4.20 | REVIEW AND REVISE OBJECTION AND MOTION FOR SUMMARY JUDGMENT DENYING CLASS PROOF OF CLAIM. |
| LAZAROFF KA | 02/10/10 | 3.40 | DRAFT SETTLEMENT AGREEMENT EXPUNGING GGP CLAIMS (1.5); DRAFT EMAIL FOR GGP SETTLEMENT PROPOSAL (.2); REVIEW AND REVISE GGP SETTLEMENT PROPOSAL (.3); DRAFT LANDLORD LETTERS FOR CLAIMS RECONCILIATION (1.4). |
| LAZAROFF KA | 02/11/10 | 6.40 | DRAFT LANDLORD LETTERS FOR CLAIMS RECONCILIATIONS (6.1); TELECONFERENCE AND CORRESPONDENCE REGARDING GGP SETTLEMENT PROPOSAL (.3). |
| LAZAROFF KA | 02/12/10 | 4.10 | DRAFT AMENDED PROOF OF CLAIM AND ATTACHMENTS THERETO FOR CC IN GGP BANKRUPTCY CASES (.6); TELECONFERENCE AND CORRESPONDENCE WITH CC REGARDING GGP CLAIMS SETTLEMENTS (.8); REVIEW AND REVISE GGP CLAIMS SETTLEMENT CHART (.7); DRAFT AND REVISE LANDLORD CLAIMS RECONCILIATION LETTERS (2). |

B43E

LAZAROFF KA       02/14/10     0.50    TELECONFERENCE REGARDING OBJECTION TO
                                       FRANKLIN WILSON CLAIM.

LAZAROFF KA       02/15/10     2.70    REVIEW AND REVISE OBJECTION TO FRANKLIN
                                       WILSON CLAIM (1); REVIEW AND REVISE
                                       APPLE STIPULATION AND SETTLEMENT NOTICE
                                       (1); ATTENTION TO PUBLICATION OF SECOND
                                       ADMINISTRATIVE BAR DATE NOTICE (.5);
                                       REVISE AMENDED PROOF OF CLAIM AGAINST
                                       GGP (.2).

LAZAROFF KA       02/16/10     4.60    REVIEW AMENDED PROOF OF CLAIM AGAINST
                                       GGP (.3); CORRESPONDENCE REGARDING
                                       FRANKLIN WILSON CLAIM OBJECTION (.1);
                                       CONFERENCE REGARDING REVISIONS AND
                                       APPROACH TO LANDLORD CLAIMS
                                       RECONCILIATION LETTERS (1); DRAFT,
                                       REVIEW AND REVISE LANDLORD CLAIMS
                                       RECONCILIATION LETTERS (3.2).

LAZAROFF KA       02/17/10     5.20    REVIEW AND REVISE LANDLORD CLAIM
                                       RECONCILIATION LETTERS (3.5); REVIEW
                                       AND REVISE FRANKLIN WILSON CLAIMS
                                       OBJECTION (1.1); CORRESPONDENCE AND
                                       ATTENTION TO PUBLICATION OF SECOND
                                       ADMIN BAR DATE NOTICE (.3);
                                       CORRESPONDENCE AND REVIEW OF AMENDED
                                       CLAIM AGAINST GGP (.3).

LAZAROFF KA       02/18/10     2.80    TELECONFERENCE WITH GGP COUNSEL RE
                                       CLAIMS RECONCILIATION AND FOLLOW-UP
                                       REGARDING THE SAME (.7); DRAFT AND
                                       REVISE LANDLORD CLAIMS RECONCILIATION
                                       LETTERS (2.1).

LAZAROFF KA       02/19/10     4.40    DRAFT AND REVISE LANDLORD LETTERS (2);
                                       TELECONFERENCE WITH CC RE LANDLORD
                                       LETTERS (.6); REVISE SUMMARY JUDGMENT
                                       AND SUPPLEMENTAL OBJECTION TO FRANKLIN
                                       WILSON CLAIM AND PREPARE FOR FILING AND
                                       SERVICE (1); REVIEW AND REVISE SECOND
                                       ADMIN BAR DATE NOTICE FOR SERVICE AND
                                       PUBLICATION AND CORRESPONDENCE RE THE
                                       SAME (.8).

LAZAROFF KA       02/22/10     7.50    ATTENTION TO APPLE SETTLEMENT (.2);
                                       DRAFT, REVIEW AND REVISE LANDLORD
                                       CLAIMS RECONCILIATIONS LETTERS (5);
                                       REVIEW AND SUMMARIZE PREVIOUS PANASONIC
                                       STIPULATION (1); REVIEW AND REVISE AND
                                       PREPARE FOR FILING AND SERVICE OF
                                       SUMMARY JUDGMENT AND OBJECTION TO
                                       FRANKLIN WILSON CLAIM (1.1);
                                       CORRESPONDENCE REGARDING AMENDMENT TO
                                       CLAIMS FILED AGAINST GGP (.2).

LAZAROFF KA       02/23/10     7.60    REVISE APPLE SETTLEMENT NOTICE AND
                                       CORRESPONDENCE RE FILING AND SERVICE
                                       (.2); DRAFT, REVIEW AND REVISE LANDLORD
                                       CLAIMS RECONCILIATION LETTERS (7.4).

B43E

| LAZAROFF KA | 02/24/10 | 6.60 | DRAFT, REVIEW AND REVISE LANDLORD CLAIMS RECONCILIATION LETTERS (6.4); ATTENTION TO APPLE SETTLEMENT INQUIRY (.1); ATTENTION TO SITE A LATE CLAIM (.1). |
| LAZAROFF KA | 02/25/10 | 3.70 | DRAFT, REVIEW AND REVISE LANDLORD CLAIMS RECONCILIATION LETTERS AND DISCUSS RESPONSES TO THE SAME (3); WORK ON SUMMARY JUDGMENT MOTIONS AND OBJECTIONS TO CLASS PROOFS OF CLAIM (.7). |
| LAZAROFF KA | 02/26/10 | 2.00 | REVIEW AND REVISE LANDLORD LETTERS AND RESPONSES THERETO AND DISCUSSIONS REGARDING THE SAME. |
| | | **89.60** | |
| LIBERI JM | 02/09/10 | 1.60 | REVIEW DATA RE: CLAIMS IDENTIFIED AS POTENTIALLY SUBJECT TO FUTURE OBJECTION (0.8); REVIEW STATUS OF ADJOURNED CLAIMS OBJECTIONS (0.4); COMMUNICATE WITH COUNSEL FOR PARTIES SUBJECT TO PENDING CLAIMS OBJECTIONS (0.4). |
| LIBERI JM | 02/10/10 | 1.40 | REVIEW DATA AND POTENTIAL GROUNDS FOR OBJECTION TO LARGE TAX CLAIMS (1.4). |
| LIBERI JM | 02/11/10 | 3.00 | CONFERENCE CALL RE: PENDING AND FUTURE CLAIMS OBJECTIONS (1.8); REVIEW DATA RE: LARGEST REMAINING CLAIMS RE: OBJECTION ISSUES (0.8); REVIEW DATA RE: HR CLAIMS (0.4). |
| LIBERI JM | 02/12/10 | 2.10 | REVIEW CLAIMS DATA RE: PROPOSED FUTURE OMNIBUS OBJECTIONS (0.8); REVIEW STATUS OF PENDING AND ADJOURNED CLAIMS OBJECTIONS (0.7); FOLLOW UP RE: POTENTIAL RESOLUTION OF CLAIMS OBJECTIONS RE: SLAM BRANDS, MOTOROLA, AND MINER FLEET MANAGEMENT (0.6). |
| LIBERI JM | 02/16/10 | 2.10 | REVIEW CLAIMS DATA AND CONSIDER GROUNDS FOR OBJECTION RE: FUTURE NO LIABILITY OMNIBUS OBJECTIONS (1.8); CONSIDER STATUS OF ADVANTAGE IQ CLAIMS (0.3). |
| LIBERI JM | 02/17/10 | 2.50 | REVIEW CLAIMS DATA AND DOCUMENTS RE: CLAIMS POTENTIALLY SUBJECT TO OBJECTION ON BASIS OF LATE-FILED, AMENDED, OR DUPLICATE (1.8); REVIEW CLAIMS DATA AND SUPPORT RE: CLAIMS POTENTIALLY SUBJECT TO NO LIABILITY OBJECTION (0.7). |
| LIBERI JM | 02/19/10 | 3.70 | REVIEW CLAIMS DATA AND DRAFT EXHIBITS RE: 67TH AND 68TH OMNIBUS OBJECTIONS TO CLAIMS (2.2); REVIEW AND COMMENT ON DRAFT OMNIBUS OBJECTION AND FORMS OF EXHIBITS AND ORDERS (0.7); REVIEW CLAIMS FOR FUTURE OBJECTION RE: NO DEBTOR LIABILITY (0.8). |

B43E

| LIBERI JM | 02/23/10 | 1.60 | REVIEW DRAFT PROPOSED EXHIBITS RE: NO LIABILITY OMNIBUS OBJECTION (0.9); REVIEW CLAIMS DATA AND DOCUMENTATION RE: CLAIMS (0.7). |
| LIBERI JM | 02/24/10 | 2.30 | REVIEW DATA AND SUPPORTING DOCUMENTATION RE: CLAIMS POTENTIALLY SUBJECT TO FUTURE OBJECTION ON THE BASIS OF NO DEBTOR LIABILITY (1.9); REVIEW RESPONSES FILED TO PENDING OMNIBUS OBJECTIONS (0.4). |
| LIBERI JM | 02/25/10 | 2.20 | CONFERENCE CALL RE: PENDING AND FUTURE CLAIMS OBJECTION MATTERS (2.2). |
| LIBERI JM | 02/26/10 | 1.80 | REVIEW CLAIMS DATA AND DRAFT BASIS FOR OBJECTIONS TO NO LIABILITY CLAIMS (1.8). |
| | | **24.30** | |
| SIDHU SS | 02/08/10 | 0.70 | REVIEW FORMER EMPLOYEE STALE CHECK CLAIMS AND DRAFT FORM LETTER FOR SETTLEMENT OF SAME. |
| SIDHU SS | 02/11/10 | 4.40 | REVIEW DEBTOR'S LIST OF CLAIMS TO BE OBJECTED TO IN FUTURE FOR LATENESS, AMENDMENTS, OR DUPLICATES AND ANALYZE VALIDITY OF OBJECTIONS. |
| SIDHU SS | 02/15/10 | 8.40 | REVIEW DEBTOR'S LIST OF CLAIMS TO BE OBJECTED TO IN FUTURE FOR LATENESS, AMENDMENTS, DUPLICATES OR NO LIABILITY AND ANALYZE VALIDITY OF OBJECTIONS. |
| SIDHU SS | 02/16/10 | 8.20 | REVIEW DEBTOR'S LIST OF CLAIMS TO BE OBJECTED TO IN FUTURE FOR LATENESS, AMENDMENTS, DUPLICATES OR NO LIABILITY AND ANALYZE VALIDITY OF OBJECTIONS (7.9); CONFERENCE REGARDING SAME (.3). |
| SIDHU SS | 02/17/10 | 2.80 | REVIEW DEBTOR'S LIST OF CLAIMS TO BE OBJECTED TO IN FUTURE FOR LATENESS, AMENDMENTS, DUPLICATES OR NO LIABILITY AND ANALYZE VALIDITY OF OBJECTIONS. |
| SIDHU SS | 02/18/10 | 1.50 | REVIEW VALIDITY OF FUTURE OBJECTIONS OF CERTAIN CLAIMS (.2); REVIEW 67TH AND 68TH OMNIBUS OBJECTION EXHIBITS FOR VALIDITY OF OBJECTIONS (1.3). |

B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 02/19/10 | 5.40 | REVIEW DRAFT EXHIBITS TO 67TH OMNIBUS OBJECTION FOR VALIDITY OF OBJECTIONS AND ACCURACY OF LISTINGS (1.5); CONFERENCE CALL TO REVIEW NO LIABILITY FUTURE OBJECTIONS (1.1); REVIEW DEBTOR'S NO LIABILITY FUTURE OBJECTIONS LIST FOR VALIDITY AND ANY NECESSARY ADDITIONAL INFORMATION (1.3); REVIEW DRAFT EXHIBITS TO 68TH OMNIBUS OBJECTION FOR VALIDITY OF OBJECTIONS AND ACCURACY OF LISTINGS (.8); REVIEW 67TH AND 68TH OMNIBUS OBJECTION DRAFTS (.4); ATTEND CONFERENCE CALL REGARDING REVISIONS TO EXHIBITS IN 68TH OMNIBUS OBJECTION (.1); REVIEW RESPONSES TO LETTERS TO LANDLORDS SEEKING NECESSARY CONSENTS FOR PURPOSES OF RESPONDING TO LEASE DISCOVERY REQUESTS AND RESPOND REGARDING SAME (.2). |
| SIDHU SS | 02/24/10 | 4.10 | REVIEW DRAFT EXHIBITS TO 70TH OMNIBUS OBJECTION FOR VALIDITY AND ACCURACY OF OBJECTIONS (1.8); ATTEND CONFERENCE REGARDING DRAFTING OF OBJECTIONS IN 70TH OMNIBUS OBJECTION (.3); REVIEW CLAIMS OBJECTED TO IN 70TH OMNIBUS OBJECTION AND DRAFT BASES FOR OBJECTING TO EACH CLAIM (2.0). |
| SIDHU SS | 02/25/10 | 8.10 | REVIEW DEBTORS' NO LIABILITY OBJECTIONS IN 70TH OMNIBUS OBJECTION (4.1); DRAFT COMMENTS SUBSTANTIATING EACH OBJECTION FOR PURPOSES OF INCLUSION IN EXHIBIT TO OMNIBUS OBJECTION (4.0). |
| SIDHU SS | 02/26/10 | 1.00 | REVIEW DEBTORS' NO LIABILITY OBJECTIONS IN 70TH OMNIBUS OBJECTION (.3); DRAFT COMMENTS SUBSTANTIATING EACH OBJECTION FOR PURPOSES OF INCLUSION IN EXHIBIT TO OMNIBUS OBJECTION (.7). |
| | | 44.60 | |
| VINE J | 02/03/10 | 4.50 | REVIEW DOCUMENTS AND START DRAFTING COMPLAINT FOR SETOFFS AND RECOVERY OF PREFERENCES (4.5). |
| VINE J | 02/04/10 | 2.90 | DRAFT AND REVIEW CC COMPLAINT REGARDING PREFERENCE ANS SETOFF (2.9). |
| | | 7.40 | |
| Total Associate | | 581.00 | |
| ANGELICA CL | 02/17/10 | 0.60 | ASSEMBLE FOR ATTORNEY REVIEW THE CIRCUIT CITY PRODUCTION MATERIALS. |
| ANGELICA CL | 02/18/10 | 1.20 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 02/19/10 | 0.30 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 02/22/10 | 0.90 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION; ASSEMBLE FOR ATTORNEY REVIEW THE AVERATEC PRODUCTION. |
| ANGELICA CL | 02/23/10 | 3.20 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |

B43E

| ANGELICA CL | 02/24/10 | 2.40 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION; ASSEMBLE FOR ATTORNEY REVIEW THE IMAGINATION ENTERTAINMENT PRODUCTION. |
|---|---|---|---|
| ANGELICA CL | 02/25/10 | 2.50 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION; ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| | | **11.10** | |
| HEANEY CM | 02/01/10 | 0.40 | REVIEW BACKGROUND DOCUMENTS FOR IN CONNECTION WITH CLAIMS ANALYSIS (.4). |
| HEANEY CM | 02/02/10 | 0.40 | REVIEW DOCKET AND CASE FILES RE: ASSIST ATTORNEY WITH CLAIMS REVIEW AND ANALYSIS (.4). |
| HEANEY CM | 02/03/10 | 0.60 | PREPARE AND ORGANIZE EXHIBITS TO REBATE MOTION (.6). |
| HEANEY CM | 02/22/10 | 1.20 | OBTAIN/ORDER ORGANIZE AND PREPARE BINDER OF CLAIMS OBJECTION, CASE LAW AND PROOFS OF CLAIMS (1.2). |
| | | **2.60** | |
| LAMANNA WK | 02/15/10 | 0.30 | RESEARCH ON/IN OTHER DATABASE RE VARIOUS BAR DATES (0.2); PREPARE AND DISTRIBUTE REPORT OF SAME (0.1). |
| | | **0.30** | |
| WELLS K | 02/23/10 | 0.20 | SERVE/FILE COURT WITH - ASSIST WITH FILING OF AMENDED PROOFS OF CLAIM. |
| | | **0.20** | |
| **Total Legal Assistant** | | **14.20** | |
| ROMAN JJ | 02/17/10 | 3.20 | COORDINATE PREPARATIONS AND FOLLOW UPS FOR LETTER REQUEST AND RETRIEVAL PROTOCOL OF CASE FILE DOCUMENTS FROM U.S. DISTRICT COURT, SDNY RE: CIVIL COMPLAINTS IN RE: FRANKLIN WILSON (.9); DEPART TO COURTHOUSE, SUBMIT LETTER REQUEST AND COPY CERTAIN DOCUMENTS FROM CASE FILES RE: SAME (1.7); SCAN DOCUMENTS FROM COURT AND PDF RE: SAME (.6) |
| | | **3.20** | |
| **Total Legal Assistant Support** | | **3.20** | |
| **TOTAL TIME** | | **610.90** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 03/08/10
Creditor Meetings / Statutory Committees                          Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/02/10 | 0.90 | CALL WITH COMMITTEE RE: CONFIRMATION ISSUES AND CANADIAN STATUS. |
| GALARDI GM | 02/13/10 | 0.20 | DRAFT AND SEND EMAIL RE: BOARD RESPONSE ON MARCUM/CROWE. |
| | | 1.10 | |
| Total Partner | | 1.10 | |
| TOTAL TIME | | <u>1.10</u> | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 03/08/10
Disclosure Statement / Voting Issues                               Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| HEANEY CM | 02/03/10 | 0.70 | PREPARE ORGANIZE AND DISTRIBUTE BINDERS OF DISCLOSURE STATEMENT DOCUMENTS (.7). |
| | | 0.70 | |
| Total Legal Assistant | | 0.70 | |
| TOTAL TIME | | <u>0.70</u> | |

B43E

Circuit City Stores, Inc. (DIP)
Employee Matters (General)

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/03/10 | 1.20 | CALLS AND EMAILS RE: MARCUM BONUS, CRO AND DISCOVERY WITH COMPANY AND COMMITTEE. |
| GALARDI GM | 02/04/10 | 1.30 | CALLS RE: M. MOSIER WITH J. MARCUM (.3); CALL WITH M. MOSIER (.2); CALLS TO COMMITTEE RE: CRO AND M. MOSIER (.2); WORK ON SETTLEMENT STRATEGY FOR COMMITTEE ON MARCUM AND SEIGEL (.1); CALL RE: BONUS LITIGATION AND DISCOVERY STRATEGY (.5). |
| GALARDI GM | 02/05/10 | 0.70 | CALLS AND EMAILS RE: BONUS LITIGATION. |
| GALARDI GM | 02/07/10 | 0.90 | FOLLOW-UP RE: MOSIER STATUS WITH COMMITTEE (.4); BOARD CALL RE: SAME (.5). |
| GALARDI GM | 02/08/10 | 1.20 | CALLS AND EMAILS WITH COMMITTEE RE: MOSIER AGREEMENT (.8); CALLS AND EMAILS WITH M. MOSIER AND J. MARCUM RE: ISSUES AND NEXT STEPS (.4). |
| GALARDI GM | 02/09/10 | 2.20 | CALLS AND EMAILS RE: CRO/MOSIER AND BONUS WITH COMMITTEE (1.1); REVIEW AND COMMENT ON CRO ENGAGEMENT (.6); REVIEW COMMENTS ON CRO AND MARCUM AGREEMENTS FROM COMMITTEE (.5). |
| GALARDI GM | 02/10/10 | 0.90 | CALLS AND EMAILS WITH COMMITTEE COUNSEL RE: MOSIER STATUS AND PROPOSAL (.6); CALLS AND EMAILS WITH MOSIER AND MARCUM RE: SAME (.3). |
| GALARDI GM | 02/11/10 | 0.70 | ANALYZE POTENTIAL UST OBJECTIONS TO MARCUM BONUS (.3); EMAILS AND CALLS TO COMMITTEE RE: REVISED SEIGEL/MARCUM AGREEMENTS (.4). |
| GALARDI GM | 02/12/10 | 1.30 | CALLS AND EMAILS WITH COMMITTEE RE: SEIGEL/MARCUM ISSUES (.7); REVIEW COMMITTEE COMMENTS ON SEIGEL/MARCUM AND DEVELOP RESPONSE (.6). |
| GALARDI GM | 02/14/10 | 0.80 | NUMEROUS EMAILS RE: MARCUM/CROWE ISSUES WITH COMMITTEE AND COMPANY. |
| GALARDI GM | 02/15/10 | 1.40 | WORK ON INCENTIVE PAYMENT EVIDENCE FOR MARCUM HEARING (1.4). |
| GALARDI GM | 02/17/10 | 0.60 | EMAILS RE: CROWE AND MARCUM FORMS OF ORDER AND FOLLOW-UP RE: CONSENSUAL RESOLUTION. |
| GALARDI GM | 02/19/10 | 0.30 | REVIEW AND RESPOND TO FINAL COMMITTEE COMMENTS ON J. MARCUM CONSULTING AGREEMENT (.3). |

13.50

B43E

| Total Partner | | **13.50** | |
|---|---|---|---|
| BAKER SK | 02/04/10 | 0.80 | REVIEW DOCUMENTS REGARDING TEXAS WORKFORCE COMMISSION REQUEST FOR INFORMATION (.6); TELEPHONE CALL WITH A. PIETRONTON REGARDING TEXAS WORKFORCE COMMISSION REQUEST FOR INFORMATION (.2). |
| BAKER SK | 02/05/10 | 0.20 | TELEPHONE CALL WITH K. BRADSHAW REGARDING RELOCATION AGREEMENTS (.2). |
| BAKER SK | 02/24/10 | 0.30 | TELEPHONE CALL WITH J. LOTT REGARDING EMPLOYEE RELOCATION AGREEMENT (.2); DRAFT CORRESPONDENCE TO J. LOTT REGARDING EMPLOYEE RELOCATION AGREEMENT (.1). |
| | | **1.30** | |
| FREDERICKS IS | 02/09/10 | 4.80 | REVIEW CORRESPONDENCE RELATED TO M. MOSIER AND RELATED ISSUES (.4); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL J. MARCUM AND M. MOSIER RE: SAME (.8); REVIEW AND REVISE AND REDRAFT ORDER RE: M. MOSIER EMPLOYMENT (2.4); PREPARE FOR AND PARTICIPATE IN BOARD CALL RE: SAME (.9); CORRESPONDENCE TO COUNSEL FOR THE COMMITTEE RE: SAME (.3). |
| FREDERICKS IS | 02/15/10 | 2.60 | CONTINUE TO REVIEW AND REVISE MOTION TO DIRECT CUSTODIAN TO TURNOVER SUPP 401(K) ASSETS (2.6). |
| FREDERICKS IS | 02/19/10 | 1.20 | REVIEW AND REVISE AND INCORPORATE COMMENTS TO J. MARCUM CONSULTING AGREEMENT (1.2). |
| | | **8.60** | |
| KUMAR JS | 02/08/10 | 3.80 | DRAFTING EMPLOYMENT AGREEMENT FOR MICHELLE MOSIER (3.8). |
| KUMAR JS | 02/09/10 | 4.60 | REVISING EMPLOYMENT AGREEMENT FOR MICHELLE MOSIER AND DRAFTING ORDERS TO APPROVE EMPLOYMENT OF MICHELLE MOSIER (4.6). |
| KUMAR JS | 02/15/10 | 6.90 | DRAFTING MOTION FOR AUTHORITY TO PAY BONUS TO J. MARCUM AND APPROVE CONSULTING AGREEMENT WITH J. MARCUM (6.9). |
| KUMAR JS | 02/16/10 | 7.60 | DRAFTING MOTION AND ORDER FOR AUTHORITY TO PAY BONUS TO J. MARCUM AND APPROVE CONSULTING AGREEMENT WITH J. MARCUM AND CALL WITH FTI RE SAME (7.6). |
| KUMAR JS | 02/18/10 | 4.40 | DRAFTING AND REVISING AGREED ORDER RE PAYMENT OF BONUS TO J. MARCUM AND APPROVAL OF CONSULTING AGREEMENT WITH J. MARCUM AND REVISING CONSULTING AGREEMENT (4.4). |
| KUMAR JS | 02/20/10 | 0.20 | EMAIL RE AGREED ORDER ON MARCUM BONUS AND CONSULTING AGREEMENT (.2). |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 02/22/10 | 0.30 | REVISING, REDLINING AND EMAILING AGREED ORDER TO PAY BONUS TO J. MARCUM AND APPROVE CONSULTING AGREEMENT (.3). |
| | | **27.80** | |
| LIBERI JM | 02/15/10 | 2.80 | REVIEW TAX CLAIM DATA AND ANALYSIS RE: POTENTIAL GROUNDS FOR OBJECTION (0.8); REVIEW DRAFT TAX MEMO (0.7); REVIEW DOCUMENTS AND INFORMATION RE: NEW YORK STATE TAX CLAIMS (0.8); BEGIN REVIEWING AND COMMENTING ON DRAFT NEW YORK STATE TAX OBJECTION (0.5). |
| | | **2.80** | |
| **Total Associate** | | **40.50** | |
| HEANEY CM | 02/18/10 | 0.80 | REVIEW COURT DOCKETS RE: RETENTION APPLICATIONS AND FEE APPLICATIONS (.8). |
| | | **0.80** | |
| **Total Legal Assistant** | | **0.80** | |
| **TOTAL TIME** | | **54.80** | |

B43E

Circuit City Stores, Inc. (DIP)
Insurance

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/09/10 | 0.10 | FOLLOW-UP RE: TRAVELERS LCS. |
| GALARDI GM | 02/16/10 | 0.10 | EMAILS RE: TRAVELERS LCS. |
| | | 0.20 | |
| Total Partner | | 0.20 | |
| TOTAL TIME | | <u>0.20</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**
**Leases (Real Property)**

Bill Date: 03/08/10
Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DOSUNMU FS | 02/01/10 | 0.40 | ATTENTION TO LEASE TERMINATION ISSUES (.4). |
| DOSUNMU FS | 02/03/10 | 0.60 | ATTENTION TO LEASE TERMINATION ISSUES (.6). |
| DOSUNMU FS | 02/05/10 | 0.60 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.6). |
| DOSUNMU FS | 02/08/10 | 0.30 | ATTENTION TO LEASE REJECTION/TERMINATION ISSUES (.3). |
| DOSUNMU FS | 02/11/10 | 0.30 | ATTENTION TO LEASE REJECTION ISSUES (.3). |
| DOSUNMU FS | 02/19/10 | 0.60 | ATTENTION TO LEASE TERMINATION ISSUES (.6). |
| DOSUNMU FS | 02/24/10 | 0.60 | ATTENTION TO LEASE REJECTION/LEASE TERMINATION ISSUES. |
| | | **3.40** | |
| LAZAROFF KA | 02/03/10 | 0.30 | ATTENTION TO LEASE REJECTION INQUIRY (.2); ATTENTION TO BOND CIRCUIT ADMINISTRATIVE CLAIM AGREEMENT ISSUE (.1). |
| LAZAROFF KA | 02/17/10 | 0.20 | ATTENTION TO ISSUES WITH DR-1 GROUND LEASE. |
| | | **0.50** | |
| **Total Associate** | | **3.90** | |
| **TOTAL TIME** | | **3.90** | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 03/08/10
Litigation (General)                                     Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 02/03/10 | 0.50 | ADDRESS ISSUES RE: 503(B)(9) APPEAL (.3); REVIEW STIPUALTION (.2). |
| | | 0.50 | |
| **Total Partner** | | **0.50** | |
| BUGAY JJ | 02/21/10 | 0.30 | REVIEW 67TH OMNI OBJECTION EXHIBITS IN CONNECTION WITH QUERY FROM J. KUMAR (.3). |
| BUGAY JJ | 02/22/10 | 0.90 | VARIOUS COMMUNICATIONS WITH J. LIBERI RE: 9950 MAYLAND DRIVE VALUATION (.4); ATTEND CONFERENCE CALL RE: SAME (.5). |
| BUGAY JJ | 02/23/10 | 5.00 | REVIEW SUPPLEMENTAL OPINION RE: DENYING APEX DIGITAL MOTION TO RECONSIDER (.4); REVIEW AND UPDATE RESPONSE TO MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (4.6). |
| | | 6.20 | |
| FREDERICKS IS | 01/06/10 | 1.40 | REVIEW AND REVISE FORM DEMAND LETTER REGARDING CLAIM/RECEIVABLE/PREFERENCE LITIGATION AND COMPREHENSIVE EMAIL TO CC RE: SAME (1.4). |
| FREDERICKS IS | 01/07/10 | 4.70 | REVIEW AND REVISE DRAFT CLAIM OBJECTION/ADVERSARY COMPLAINT AND CORRESPONDENCE RE: SAME (4.7). |
| FREDERICKS IS | 01/10/10 | 0.60 | REVIEW AND REVISE FORM DEMAND LETTER (.6). |
| FREDERICKS IS | 01/27/10 | 1.70 | REVIEW AND REVISE DEMAND LETTERS FOR CC (1.7). |
| FREDERICKS IS | 02/01/10 | 3.10 | REVIEW AND REVISE COMPLAINT RE: SEI (1.4); CONFERENCE CALL WITH COUNSEL TO SEI RE: POTENTIAL SETTLEMENT AND REQUEST, REVIEW AND TRANSMIT INFORMATION TO SEI'S COUNSEL RE: SAME (1.7). |
| FREDERICKS IS | 02/03/10 | 2.30 | CORRESPONDENCE TO AND WORK WITH CC RE: INFORMATION TO PREPARE COMPLAINTS AGAINST CERTAIN PARTIES IN INTEREST (1.7); REVIEW AND REVISE VARIOUS DRAFT DEMAND LETTERS AND CORRESPONDENCE TO CC RE: SAME (.6). |
| FREDERICKS IS | 02/12/10 | 3.40 | REVIEW MATERIALS RELATED TO VARIOUS CC CAUSES OF ACTION AND RECEIVABLE CLAIMS AGAINST 10 CREDITORS AND REVISE SUCH CREDITORS DEMAND LETTERS (3.4). |
| FREDERICKS IS | 02/23/10 | 1.70 | REVIEW AND REVISE ANTICIPATED LITIGATION SUMMARY CHART AND CORRESPONDENCE RE: SAME (1.7). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 02/26/10 | 2.40 | PARTICIPATE IN COURT TELEPHONIC HEARING IN CA CLASS ACTION LAWSUIT CASES (2.4). |
| | | **21.30** | |
| GRANT K | 02/11/10 | 1.40 | CORRESPONDENCE AND ANALYSIS REGARDING CC PARTNERS LITIGATION (.9); EMAILS WITH B. STARK AND C. MANNING REGARDING MCCULTY SETTLEMENT (.5). |
| | | **1.40** | |
| IBRAHIMI Y | 02/05/10 | 0.60 | REVIEW OF CIRCUIT CITY COMMERCIAL LEASES FOR NOTICE / LEASE CONFIDENTIALITY PROVISIONS AND LANDLORD CONTACT INFORMATION. |
| IBRAHIMI Y | 02/08/10 | 4.60 | DRAFTED DISCOVERY MATERIALS (DEPOSITION AND DOCUMENT REQUESTS, AND INTERROGATORIES) TO BE SERVED ON UNSECURED CREDITORS COMMITTEE RE INCENTIVE AND RETENTION PLAN. |
| IBRAHIMI Y | 02/15/10 | 3.40 | TELECONFERENCE WITH J. LIBERI RE TIMELY FILED RECLAMATION CLAIMS AND 503(B)(9) BAR DATE (.1); WESTLAW RESEARCH AND REVIEW OF 4TH CIR. CASELAW RE SAME (3.3). |
| IBRAHIMI Y | 02/16/10 | 4.60 | CONTINUED RESEARCH RE RECLAMATION AND ADMINISTRATIVE EXPENSE PRIORITY AND REVIEWED CASE LAW (4.2); EMAIL TO J. LIBERI RE FINDINGS (.4). |
| | | **13.20** | |
| LIBERI JM | 01/04/10 | 5.60 | PROVIDE UPDATE ON STATUS OF NEGOTIATIONS WITH MINER FLEET MANAGEMENT (0.2); REVIEW LATEST DRAFT OF MINER FLEET STIPULATION RE: SAME (0.2); WORK ON DRAFT SETTLEMENT AGREEMENT RE: CANON (0.6); WORK ON DRAFT SETTLEMENT AGREEMENT RE: ACTIVISION (0.4); REVIEW AND COMMENT ON DRAFT DISCOVERY REQUESTS RE: SCHIMENTI (0.6); CONSULT LITIGATION TECHNOLOGY PERSONNEL RE: PROVISION OF E-DISCOVERY (0.5); REVIEW DISCOVERY REQUESTS AND CONSIDERATIONS RE: SAME (0.4); REVIEW NEW YORK CITY STORE LEASES RE: CONFIDENTIALITY AND RELATED PROVISIONS IN RESPONSE TO DISCOVERY REQUESTS (2.7). |

B43E

| LIBERI JM | 01/05/10 | 5.60 | COMMUNICATE WITH ACER'S COUNSEL RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.3); REVIEW CLAIMS RECONCILIATION INFORMATION RE: ACER MATTERS (0.8); REVIEW J&F MANUFACTURING CLAIM ISSUES (0.6); REVIEW NOTICE OF HEARING RE: EMPLOYMENT LITIGATION MATTER (0.3); REVIEW DOCKET AND STATUS RE: EMPLOYMENT LITIGATION MATTER (0.7); COMMUNICATE WITH PLAINTIFF'S COUNSEL RE: CC INVESTORS ADVERSARY PROCEEDING (0.2); REVIEW INSURANCE AND CLAIMS INFORMATION RE: CC INVESTORS ADVERSARY (0.8); REVIEW INNERWORKINGS' CLAIMS AND SUPPORTING DOCUMENTATION (0.4); REVIEW CLAIMS TRANSFER DOCUMENTATION RE: MARBLEGATE CLAIMS (0.4); REVIEW AND REVISE STIPULATIONS RESOLVING MARBLEGATE CLAIMS (0.3); RESEARCH CASE LAW RE: PREFERENCE CLAIMS ASSERTED AGAINST CLAIM TRANSFERORS AND TRANSFEREES (0.8). |
| LIBERI JM | 01/06/10 | 7.40 | DRAFT INTERROGATORIES RE: SCHIMENTI MATTER (1.4); DRAFT DOCUMENT REQUESTS RE: SCHIMENTI MATTER (0.7); DRAFT REQUESTS FOR ADMISSION RE: SCHIMENTI MATTER (0.5); DRAFT DEPOSITION NOTICE RE: SCHIMENTI MATTER (0.4); REVIEW INFORMATION RE: POTENTIAL LITIGATION CLAIMS (1.3); BEGIN DRAFTING FORM OF COMPLAINT RE: ACCOUNTS RECEIVABLE AND SETOFF ISSUES (1.1); REVIEW MEMORANDUM OPINION RE: 502(D) ISSUES (0.3); REVIEW FORM OF DEMAND LETTER AND DATA RE: ACCOUNTS RECEIVABLE DEMANDS (0.8); REVIEW AND REVISE ACTIVISION STIPULATION BASED ON RECENT EVENTS (0.6); COMMUNICATE WITH COUNSEL FOR HAIER RE: CLAIMS AND PREFERENCE ISSUES (0.3). |

B43E

| LIBERI JM | 01/07/10 | 6.50 | COMMUNICATE WITH COUNSEL FOR COLUMBUS DISPATCH RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.3); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: COLUMBUS DISPATCH (0.7); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY PROCEEDINGS, CLAIM RECONCILIATION AND SETTLEMENT MATTERS (0.4); REVIEW COMPLAINT AND INSURANCE CLAIM INFORMATION RE: SAME (0.8); REVIEW AND REVISE CONFIDENTIALITY AGREEMENT RE: NEW YORK DEPT. TAXATION DOCUMENT REQUESTS (0.8); REVIEW DOCUMENTS POTENTIALLY RESPONSIVE TO DOCUMENTS REQUESTS (0.7); REVIEW AND REVISE DRAFT LEGAL DEMAND LETTER RE: POTENTIAL LITIGATION CLAIMS (0.7); CONTACT COUNSEL FOR VENDORS TO FOLLOW UP ON PREVIOUS LEGAL DEMAND LETTERS (1.4); IDENTIFY POTENTIAL LITIGATION STRATEGY FOR PARTIES DISPUTING ACCOUNTS RECEIVABLE AMOUNTS (0.7); REVIEW CASE LAW RE: TURNOVER ACTIONS AND DISPUTED AMOUNTS DUE (1.3). |
| LIBERI JM | 01/08/10 | 7.20 | REVIEW PARAMOUNT RESPONSE TO SUMMARY JUDGMENT MOTION AND SUPPORTING DOCUMENTS (0.8); REVIEW DISCOVERY INFORMATION RE: PARAMOUNT REQUESTS AND DEBTORS' RESPONSES (0.8); REVISE AND SUBMIT FOR FILING MARBLEGATE SETTLEMENTS (0.4); REVISE AND CIRCULATE DRAFT SETTLEMENT RE: ELECTRONIC ARTS (0.7): REVIEW INFORMATION RE: STAYED NON-BANKRUPTCY LITIGATIONS (0.8); REVIEW FURTHER CLAIMS DATA PROVIDED BY ACER RE: CLAIMS RECONCILIATION MATTERS (0.4); RESEARCH FOURTH CIRCUIT LAW RE: SETTLEMENT/CONTRACT INTERPRETATION OF PROVISIONS NEGOTIATED OVER MULTIPLE DRAFTS (1.8); RESEARCH SURVIVAL OF SETTLEMENT AGREEMENT PROVISIONS (0.7); REVIEW CREDITOR CORRESPONDENCE (0.4); COMMUNICATE WITH COUNSEL FOR ACTIVISION RE: PROPOSED SETTLEMENT MATTERS (0.4). |

B43E

LIBERI JM          01/11/10      6.50   REVIEW REVISED FORM DEMAND LETTER
                                        (0.3); REVIEW DATA RE: POTENTIAL
                                        ACCOUNTS RECEIVABLE LITIGATION TARGETS
                                        (1.6); REVISE DRAFT COMPLAINT RE:
                                        ACCOUNTS RECEIVABLE AND PREFERENCE
                                        CLAIMS (1.2); RESEARCH FOURTH CIRCUIT
                                        CASE LAW RE: PREFERENCE ALLEGATION
                                        REQUIREMENTS (1.3); REVIEW
                                        CORRESPONDENCE RE: GRAPHIC
                                        COMMUNICATIONS (0.2); CONSIDER
                                        POTENTIAL DISCOVERY MATTER RE: GRAPHIC
                                        COMMUNICATIONS (0.2); REVISE AND SUBMIT
                                        FOR FILING COLUMBUS DISPATCH PROPOSED
                                        SETTLEMENT (0.4); DRAFT LETTER TO
                                        GENTRY PLAINTIFF'S COUNSEL RE:
                                        EMPLOYMENT LITIGATION (0.4); DRAFT
                                        STATUS LETTER TO COURT RE: GENTRY MATTER
                                        (0.4); REVIEW STATUS OF PENDING STAYED
                                        CLASS ACTION EMPLOYMENT LITIGATION
                                        MATTERS (0.5).

LIBERI JM          01/12/10      5.30   FOLLOW UP ON LEGAL DEMAND LETTER RE:
                                        KONAMI (0.4); PURSUE RESPONSES TO
                                        DEBTORS' INFORMATION REQUESTS RE:
                                        CLAIMS RECONCILIATION (2.2); REVIEW AND
                                        REVISE DRAFT CANON SETTLEMENT PAPERS
                                        (0.9); REVIEW CLAIMS RECONCILIATION AND
                                        PREFERENCE INFORMATION RE: CANON (0.8);
                                        REVIEW COMMUNICATIONS WITH CANON'S
                                        BUSINESS AND LEGAL REPRESENTATIVES
                                        (0.3); REVIEW AND REVISE SETTLEMENT
                                        ANALYSIS SUMMARY RE: CANON (0.4);
                                        COMMUNICATE WITH COUNSEL FOR MOTOROLA
                                        RE: CLAIMS RECONCILIATION AND
                                        SETTLEMENT MATTERS (0.3).

LIBERI JM          01/13/10      5.20   REVISE DRAFT COMPLAINT RE: PREFERENCE
                                        AND ACCOUNTS RECEIVABLE VENDOR (0.7);
                                        REVIEW CLAIMS RECONCILIATION ANALYSIS
                                        RE: CC INVESTORS MATTER (0.4); CONSIDER
                                        POSSIBLE SETTLEMENT SCENARIOS RE: CC
                                        INVESTORS (0.5); REVIEW WELLS FARGO
                                        CLAIMS RE: DUPLICATION OF CC INVESTORS
                                        ISSUES (0.3); REACH OUT TO WELLS FARGO
                                        RE: CLAIMS DUPLICATION ISSUES (0.2);
                                        REVIEW AND COMMENT ON DRAFT DISCOVERY
                                        REQUESTS (0.4); ANALYZE GENERAL
                                        INSTRUMENT CLAIMS RECONCILIATION RE:
                                        POTENTIAL SETTLEMENT ISSUES (0.6);
                                        REVIEW MOTOROLA CLAIMS RECONCILIATION
                                        RE: POTENTIAL SETTLEMENT ISSUES (0.7);
                                        REVIEW AND REVISE DRAFT SETTLEMENT
                                        PAPERS RE: MOTOROLA (0.5); REVISE
                                        FOLLOW-UP DEMAND LETTERS RE: ACCOUNTS
                                        RECEIVABLE MATTERS (0.9).

B43E

LIBERI JM        01/14/10     7.80    FOLLOW UP ON LEXINGTON LEASE MATTERS
                                      (0.4); CONTACT CREDITORS UNRESPONSIVE
                                      TO DEBTORS' REQUESTS FOR FURTHER
                                      INFORMATION TO RECONCILE CLAIMS (0.8);
                                      ANALYZE ACCOUNTS RECEIVABLE PARTIES RE:
                                      POTENTIAL LITIGATION CLAIMS (1.2);
                                      RESEARCH POTENTIAL CLAIMS AND CAUSES OF
                                      ACTION RE: WARRANTY BREECHES (1.5);
                                      RESEARCH POTENTIAL CAUSES OF ACTION RE:
                                      IMPROPER SETOFF BY CREDITORS (0.8);
                                      REVIEW AND REVISE DRAFT JOINT CLAIM
                                      OBJECTION AND COMPLAINT (1.4);
                                      COMMUNICATE WITH COUNSEL FOR ACTIVISION
                                      RE: PROPOSED SETTLEMENT (0.3); REVIEW
                                      RELEASE PROVISIONS IN VARIOUS ENTERED
                                      SETTLEMENTS (0.4); RESEARCH
                                      STATUS/PROGRESS OF CLASS ACTION
                                      ANTITRUST CASE (0.5); WORK ON REVISING
                                      RELEASE LANGUAGE RE: PENDING SETTLEMENT
                                      DISCUSSIONS (0.5).

LIBERI JM        01/15/10     5.10    REVIEW INNERWORKINGS' DOCUMENT REQUEST
                                      (0.2); COMMUNICATE WITH DEBTOR
                                      PERSONNEL RE: RESPONDING TO DOCUMENT
                                      REQUEST (0.3); REVIEW INFORMATION
                                      RESPONSIVE TO DISCOVERY REQUESTS (0.4);
                                      REVIEW CLAIM DETAIL RE: SAME (0.4);
                                      CONFERENCE CALL RE: PENDING LITIGATION
                                      AND SETTLEMENT MATTERS (1.4); ANALYZE
                                      POTENTIAL LITIGATION CLAIMS RE: VENDOR
                                      MATTERS (1.5); DRAFT COMPLAINT RE:
                                      VENDOR ACCOUNTS RECEIVABLE, PREFERENCE
                                      AND SETOFF (0.9).

LIBERI JM        01/18/10     4.20    REVIEW INFORMATION RE: BIGGEST
                                      POTENTIAL LITIGATION CLAIMS (1.3);
                                      REVIEW DRAFT COMPLAINT RE: VENDOR
                                      RECEIVABLE MATTERS (0.8); REVISE DRAFT
                                      COMPLAINT RE: VENDOR RECEIVABLES,
                                      SETOFF AND PREFERENCE CLAIMS (1.1);
                                      CONSIDER SETOFF ISSUES RE: PRE- VERSUS
                                      POST-PETITION AMOUNTS ASSERTED AGAINST
                                      DEBTORS' ESTATES (0.8); COMMUNICATE
                                      WITH COUNSEL FOR ACER/GATEWAY RE:
                                      RECONCILIATION ISSUES (0.2).

B43E

| LIBERI JM | 01/19/10 | 4.20 | FOLLOW UP ON ADDITIONAL INFORMATION REQUEST BY INNERWORKINGS (0.6); COMMUNICATE WITH INNERWORKINGS' COUNSEL RE: INFORMATION REQUESTS (0.3) COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: INNERWORKINGS' REQUESTS (0.2); REVIEW ACTIVISION'S COMMENTS AND REVISED PROPOSED DRAFT SETTLEMENT AGREEMENT (0.6); CONSIDER COUNTER-REVISIONS TO PROPOSED ACTIVISION SETTLEMENT PAPERS (0.4); COMMUNICATE WITH COUNSEL FOR HAIER RE: STATUS OF CLAIMS RECOMCILIATION AND PREFERENCE ANALYSIS MATTERS (0.4); REVIEW PLEADINGS RE: APPEAL/RECONSIDERATION OF FIFTY-FIRST AND FIFTY-SECOND OMNIBUS OBJECTIONS (0.6); CONFERENCE CALL RE: PENDING LITIGATION MATTERS AND POTENTIAL SETTLEMENTS (0.7); REVIEW AND CONSIDER MOTION TO TERMINATE TRUST FUND FOR BENEFIT OF DEBTORS (0.4); FOLLOW UP WITH SANDISK RE: CLAIMS RECONCILIATION AND INFORMATION REQUESTS (0.4). |
|---|---|---|---|
| LIBERI JM | 01/20/10 | 7.20 | REVIEW TAX AND LEASE DOCUMENTS REQUESTED BY CITY OF NEW YORK IN CONNECTION WITH CLAIMS RECONCILIATION (1.8); REVIEW CLAIMS AND SUPPORTING DOCUMENTATION RE: BETHESDA (0.8); REVIEW OBJECTIONS AND PLEADINGS FILED BY BETHESDA (0.7); REVIEW CLAIMS RECONCILIATION AND PREFERENCE INFORMATION RE: BETHESDA (0.4); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: BETHESDA (0.8); REVIEW CLAIMS RECONCILIATION PROVIDE TO PARAMOUNT IN DISCOVERY (0.4); REVIEW FORM OF COMBINED OBJECTION AND COMPLAINT RE: VENDOR ACCOUNTS RECEIVABLE, CLAIMS, AND PREFERENCE AMOUNTS (0.8); RESEARCH TREATMENT OF NON-CASH 'CREDITS' IN RECOVERY LITIGATION (1.2); COMMUNICATE WITH COUNSEL FOR ACTIVISION RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.3); COMMUNICATE WITH COUNSEL FOR CANON RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.2). |

B43E

LIBERI JM          01/21/10        5.30    REVIEW CONTRACTS, CLAIMS
                                           RECONCILIATION, AND SUPPORTING
                                           DOCUMENTS RE: POTENTIAL LITIGATION
                                           MATTER (1.4); REVIEW CALENDAR AND
                                           STATUS OF MATTERS WITH IMPENDING
                                           DEADLINES (0.3); REVIEW CLAIM
                                           RECONCILIATION INFORMATION RE: ACER
                                           MATTERS (0.5); CONTACT ACER'S COUNSEL
                                           RE: CLAIMS RECONCILIATION AND
                                           SETTLEMENT MATTERS (0.3); WORK ON
                                           SETTLEMENT DOCUMENTATION RE: FUNAI
                                           (0.3); FOLLOW UP WITH INNERWORKINGS'
                                           COUNSEL RE: DOCUMENT REQUESTS (0.3);
                                           REVIEW AND COMMENT ON DRAFT AGENDA
                                           (0.3); REVIEW COMMUNICATIONS AND
                                           DISCOVERY PROVIDED TO PARAMOUNT (0.3);
                                           COMMUNICATE WITH COUNSEL FOR MARBLEGATE
                                           RE: EATSMAN KODAK CLAIMS (0.3); REVIEW
                                           EASTMAN KODAK CLAIMS DETAIL AND SUPPORT
                                           (0.4); REVIEW CLAIMS TRANSFER PAPERS
                                           RE: EASTMAN KODAK CLAIMS (0.2);
                                           RESEARCH SETOFF AND SECTION 502(D)
                                           ISSUES RE: TRANSFERRED CLAIMS (0.7);
                                           REVIEW PROPOSED DEMAND LETTERS RE:
                                           ACCOUNTS RECEIVABLE, SETOFF AND
                                           PREFERENCE (0.3).

LIBERI JM          01/22/10        4.10    REVIEW INFORMATION AND COMMUNICATIONS
                                           RE: MAGELLAN CLAIMS AND DISPUTES (0.3);
                                           FOLLOW UP ON DEMAND LETTERS FOR WHICH
                                           DEBTORS HAVE RECEIVED NO RESPONSES
                                           (1.6); REVIEW ACCOUNTS RECEIVABLE AND
                                           CLAIMS RECONCILIATION INFORMATION RE:
                                           POTENTIAL LITIGATION MATTER AGAINST
                                           VENDOR (0.5); COMMUNICATE WITH COUNSEL
                                           FOR INNERWOKING RE: RESOLUTION OF
                                           POTENTIAL SETTLEMENT ISSUES (0.3);
                                           REVISE MINER FLEET SETTLEMENT
                                           STIPULATION AND CIRCULATE TO MINER
                                           FLEET'S COUNSEL (0.5); REVIEW AND
                                           COMMENT ON DRAFT RESPONSE RE:
                                           RECONSIDERATION ISSUES (0.4); RESEARCH
                                           PENNSYLVANIA LAW RE: SETOFF ISSUES
                                           (0.5).

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 01/25/10 | 6.80 | COMMUNICATE WITH COUNSEL FOR ACER RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.3); REVIEW INFORMATION RE: ACER CLAIMS MATTERS (0.4); FOLLOW UP WITH ADOBE RE: RESPONSE TO DEBTOR COMMUNICATIONS (0.3); FOLLOW UP WITH PLATINUM DISC RE: DEBTOR COMMUNICATIONS (0.4); COMMUNICATE WITH KONAMI PERSONNEL RE: CLAIMS RECONCILIATION AND DISPUTES (0.4); REVIEW DOCUMENTATION RE: SAME (0.3); REVIEW INFORMATION RE: POTENTIAL SETTLEMENT WITH BANDAI (0.4); RESEARCH FOURTH CIRCUIT LAW RE: EFFECT OF SETTLEMENT OF CLAIMS ON UNRELATED TORTS AND PREFERENCE ACTIONS (2.3); RESEARCH EFFECT OF SETTLEMENT WITH CORPORATE ENTITY RE: SUBSIDIARIES AND AFFILIATES (0.8); FOLLOW UP ON CLAIMS RECONCILIATION AND INSURANCE ISSUES RE: CC INVESTORS ADVERSARY PROCEEDING (0.8); REVIEW MINER FLEET'S ARGUMENT RE: 503(B)(9) "GOODS" ISSUE (0.4); REVIEW COMMUNICATIONS AND DOCUMENTS FROM GRAPHIC COMMUNICATIONS (0.3). |
| LIBERI JM | 01/26/10 | 2.90 | REVIEW INFORMATION AND COMMUNICATIONS RE: EPSON (0.3); COMMUNICATE WITH COUNSEL FOR ACTIVISION RE: SETTLEMENT MATTERS (0.3); REVIEW ACTIVISION COMMENTS RE: PROPOSED SETTLEMENT (0.3); RESEARCH CLAIMS OBJECTIONS AND SERVICE ISSUES RE: TRANSFERRED CLAIMS (1.8); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: PENDING SETTLEMENTS (0.2). |
| LIBERI JM | 01/27/10 | 2.10 | REVIEW DOCUMENTS RE: CC INVESTORS ADVERSARY PROCEEDING AND RELATED CLAIMS AND INSURANCE MATTERS (1.4); REVIEW AND REVISE FORM OF DRAFT COMPLAINT RE: RECOVERY OF ACCOUNTS RECEIVABLE (0.7). |
| LIBERI JM | 01/28/10 | 5.20 | COMMUNICATE WITH COUNSEL FOR CANON RE: SETTLEMENT MATTERS (0.3); COMMUNICATE WITH PERSONNEL AT KONAMI RE: ACCOUNTS RECEIVABLE DISPUTES (0.4); REVIEW DOCUMENTATION RE: KONAMI DISPUTES CLAIMS (0.4); REVIEW STATUS OF PENDING CREDITOR SETTLEMENT NEGOTIATIONS (0.4); RESEARCH NEW JERSEY STATE LAW RE: SETOFF ISSUES (0.7); RESEARCH NEW YORK STATE LAW RE: SETOFF ISSUES (0.8); RESEARCH EFFECTIVENESS OF CONTRACTUAL RESTRICTIONS ON STATUTES OF LIMITATIONS (1.3); RESEARCH CASE LAW RE: ORDER OF APPLICATION OF SECTION 502(D) TEMPORARY DISALLOWANCE VERSUS CREDITOR SETOFF OF CLAIMS (0.9). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 01/29/10 | 3.30 | COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS RECONCILIATION MATTERS (0.5); REVIEW CLAIMS RECONCILIATION DOCUMENTATION AND PREFERENCE ANALYSIS MATERIALS RE: SLAM BRANDS (0.4); COMMUNICATE WITH COUNSEL FOR GENERAL INSTRUMENTS RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.3); COMMUNICATE WITH COUNSEL FOR BETHESDA SOFTWORKS RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.5); REVIEW CLAIMS RECONCILIATION INFORMATION RE: FUNAI (0.3); REVISE DRAFT FUNAI STIPULATION (0.4); REVISE DRAFT STIPULATION RE: MINER FLEET MANAGEMENT (0.3); REVIEW DOCUMENTS/CONTRACTS RE: DISPUTED 503(B)(9) CLAIMS AND "GOODS" ISSUE (0.6). |
| LIBERI JM | 01/31/10 | 5.10 | REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTATION RE: SONY MATTERS (0.6); REVIEW CLAIMS RECONCILIATION INFORMATION RE: SONY MATTERS (0.8); REVIEW PREFERENCE ANALYSIS AND DETAILS RE: SONY MATTERS (0.5); REVIEW AND REVISE DRAFT COMPLAINT RE: SONY MATTERS (3.2). |
| LIBERI JM | 02/01/10 | 3.40 | REVIEW AND REVISE COMPLAINT RE: SONY ISSUES (0.4); REVIEW DRAFT DEMAND LETTERS AND CONSIDER POTENTIAL CLAIMS AND CAUSES OF ACTION RE: LITIGATION MATTERS (1.4); FOLLOW UP ON PRIOR DEMAND LETTERS WITH NO RESPONSES (0.5); CONTACT COUNSEL FOR MICROSOFT RE: RECONCILIATION ISSUES (0.3); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: CLAIMS TRANSFER ISSUES (0.3); REVIEW DATA RE: KODAK CLAIMS AND POTENTIAL TRANSFERS AND PREFERENCES (0.5). |
| LIBERI JM | 02/02/10 | 2.00 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: SLAM BRANDS (0.5); REVIEW AND REVISE DRAFT ELECTRONIC ARTS SETTLEMENT AGREEMENT (0.6); COMMUNICATE WITH COUNSEL FOR ELECTRONIC ARTS RE: SETTLEMENT NEGOTIATION MATTERS (0.5); REVIEW ELECTRONIC ARTS' COMMENTS RE: SETTLEMENT AGREEMENT (0.4). |

B43E

| LIBERI JM | 02/03/10 | 6.60 | RESEARCH POTENTIAL CONSOLIDATION ISSUES RE: CREDITORS' SUBSIDIARIES AND AFFILIATES (1.8); REVIEW DOCUMENTS AND DATA RE: POTENTIAL SAMSUNG CLAIMS AND CAUSES OF ACTION (1.3); REVIEW PREFERENCE ANALYSIS AND RELATED DATA RE: SEGA OF AMERICA (0.6); REVIEW COMMUNICATIONS RE: POTENTIAL DISCOVERY MATTER AND PROTIVITI (0.4); RESEARCH CASE LAW RE: QUANTUM MERUIT OR UNJUST ENRICHMENT IN THE FOURTH CIRCUIT (1.1); REVIEW CASE LAW RE: CONTRACT ACTIONS WHERE ORIGINAL CONTRACT IS MISSING (0.8); REVIEW TREATISE RE: CONTRACT-LIKE CLAIMS IN ABSENCE OF FORMAL CONTRACT (0.6). |
|---|---|---|---|
| LIBERI JM | 02/04/10 | 1.80 | REVIEW SETTLEMENT COMMUNICATIONS RE: HAIER (0.3); ANALYZE LITIGATION RISK ISSUES RE: HAIER MATTER (0.4); COMMUNICATE WITH COUNSEL FOR CANON RE: LITIGATION AND SETTLEMENT ISSUES (0.3); REVIEW CANON'S COMMENTS TO PROPOSED SETTLEMENT DOCUMENTATION (0.4); REVIEW AND REVISE DRAFT SETTLEMENT DOCUMENTATION RE: FUNAI (0.4). |
| LIBERI JM | 02/05/10 | 7.20 | REVIEW DOCUMENTS AND INFORMATION RE: WIND DOWN INCENTIVE AND RETENTION PLAN (0.8); DRAFT DOCUMENT REQUESTS, INTERROGATORIES AND DEPOSITION NOTICES RE: PROTIVITI (2.4); COMMUNICATE WITH COUNSEL FOR ACTIVISION RE: SETTLEMENT ISSUES (0.3); REVIEW AND SUMMARIZE COURSE OF DEALING WITH ACTIVISION AND STATUS OF SETTLEMENT MATTERS (0.6); REVIEW DOCUMENTS FOR PRODUCTION TO NEW YORK CITY IN RESPONSE TO DOCUMENT REQUEST (0.8); ORGANIZE DATABASE AND PREPARE DOCUMENTS FOR PRODUCTION (0.6); REVIEW AND REVISE BETHESDA SETTLEMENT PAPERS BASED ON COMMENTS OF BETHESDA'S COUNSEL AND DEBTORS (0.4); COMMUNICATE WITH BETHESDA'S COUNSEL RE: SAME (0.2); COMMUNICATE WITH COUNSEL FOR ELECTRONIC ARTS RE: SETTLEMENT MATTERS (0.3); DRAFT NOTICE OF SETTLEMENT RE: ELECTRONIC ARTS (0.4); REVIEW FINAL VERSION OF ELECTRONIC ARTS SETTLEMENT FOR EXECUTION AND FILING (0.4). |

B43E

LIBERI JM       02/08/10       6.50    REVIEW AND REVISE DRAFT EMPLOYMENT
                                       AGREEMENT RE: DEBTORS' PERSONNEL (0.9);
                                       COMMUNICATE WITH COUNSEL FOR CC
                                       INVESTORS RE: INSURANCE AND LITIGATION
                                       MATTERS (0.2); FOLLOW UP WITH DEBTORS
                                       RE: STATUS OF INSURANCE CLAIMS (0.2);
                                       RESEARCH POTENTIAL CLAIMS AND CAUSES OF
                                       ACTION AGAINST INSURERS RE: REFUSAL TO
                                       ANALYZE OR PROCESS CLAIMS MADE ON POLICY
                                       (1.7); REVIEW AND REVISE DISCOVERY
                                       LETTERS RE: CONTRACT COUNTERPARTIES
                                       WITH CONFIDENTIALITY PROVISIONS (0.5);
                                       COORDINATE WITH LEGAL TECHNOLOGY RE:
                                       PRODUCTION OF DISCOVERY (0.3); REVIEW
                                       COMMUNICATIONS AMONG DEBTORS AND THEIR
                                       INSURERS RE: OUTSTANDING CLAIMS ISSUES
                                       (0.3); DRAFT TRANSMITTAL LETTER RE:
                                       DOCUMENT PRODUCTION TO CITY OF NEW YORK
                                       (0.3); QUALITY-CHECK DOCUMENT
                                       PRODUCTION BEFORE PRODUCING (0.5);
                                       REVIEW AND COMMENT ON DRAFT AGENDA
                                       (0.2); RESPOND TO CREDITOR CALL FROM MS.
                                       DAY RE: CLAIMS AND DISCLOSURE STATEMENT
                                       MATTERS (0.3); RESEARCH CLASS
                                       CERTIFICATION ISSUES RE: PROOFS OF
                                       CLAIM (1.1).

LIBERI JM       02/09/10       3.50    REVIEW AND REVISE DOCUMENT REQUESTS TO
                                       COMMITTEE (0.8); REVIEW AND REVISE
                                       INTERROGATORIES TO COMMITTEE (0.6);
                                       REVIEW AND REVISE DEPOSITION NOTICES
                                       RE: COMMITTEE (0.4); REVIEW INFORMATION
                                       AND COMMUNICATIONS RE: DEBTORS' WIND
                                       DOWN INCENTIVE PLAN (0.5); REVIEW
                                       CORRESPONDENCE FROM LANDLORDS RE:
                                       DISCOVERY AND LEASE CONFIDENTIALITY
                                       ISSUES (0.7); COMMUNICATE WITH
                                       LANDLORDS AND LANDLORDS' COUNSEL RE:
                                       DISCOVERY AND LEASE CONFIDENTIALITY
                                       MATTERS (0.5).

LIBERI JM       02/10/10       2.30    REVIEW COMMUNICATIONS RE: GROUND LEASE
                                       DISPUTE (0.4); REVIEW AND COMMENT ON
                                       DRAFT RESPONSE LETTER (0.4); REVIEW
                                       DRAFT COMPLAINTS RE: SAMSUNG AND LG
                                       (0.9); DRAFT CONFIDENTIALITY AGREEMENT
                                       RE: PRODUCTION OF DOCUMENTS TO CITY OF
                                       NEW YORK (0.6).

B43E