## **EXHIBIT D-3**

**(Detail of Time Billed)**

LIBERI JM        02/11/10        5.00    CONFERENCE CALL RE: PENDING LITIGATION
                                         AND SETTLEMENT MATTERS (1.4);
                                         COMMUNICATE WITH COUNSEL FOR CANON RE:
                                         SETTLEMENT MATTERS (0.2); REVISE CANON
                                         DRAFT SETTLEMENT AGREEMENT (0.3);
                                         REVIEW RESPONSES OF LESSORS RE:
                                         DISCOVERY MATTERS (0.5); COMMUNICATE
                                         WITH COUNSEL FOR CC INVESTORS RE:
                                         ADVERSARY LITIGATION (0.3); REVIEW
                                         DOCUMENTS AND COMMUNICATIONS RE: GROUND
                                         RENT DISPUTE (0.3); REVIEW HAIER
                                         SETTLEMENT ISSUES (0.3); REVIEW
                                         BETHESDA SETTLEMENT ISSUES (0.3);
                                         REVIEW DEBTOR DEMAND LETTERS RE:
                                         POTENTIAL LITIGATION DISPUTES (0.9);
                                         REVIEW INSURANCE ISSUES RE: BETHLEHEM
                                         MATTERS (0.5).

LIBERI JM        02/12/10        6.10    CONFERENCE CALL WITH D. MILLER RE:
                                         GROUND LEASE DISPUTES (0.4); REVIEW
                                         SUPPORTING DOCUMENTS AND DATA RE:
                                         DRAFTING ADVERSARY COMPLAINT AGAINST
                                         VENDOR/CLAIMANT (1.8); REVIEW DEMAND
                                         LETTERS RE: POTENTIAL ADVERSARY
                                         LITIGATION DISPUTES (0.7); RESEARCH
                                         EXCUSABLE NEGLECT ISSUES RE: LATE-FILED
                                         CLAIMS (0.6); RESEARCH CONTRACT DISPUTE
                                         ISSUE RE: EFFECT OF BOILER-PLATE INSERT
                                         ON PREVIOUSLY NEGOTIATED CONTRACT
                                         (1.4); RESEARCH EFFECT OF REVISED TERMS
                                         INSERTED INTO INVOICE OR PURCHASE ORDER
                                         ON PRE-EXISTING MASTER AGREEMENT (1.2).

LIBERI JM        02/13/10        0.70    REVIEW DATA RE: ADJOURNED CLAIMS
                                         OBJECTIONS AND POTENTIAL RESOLUTION OF
                                         ADJOURNED MATTERS (0.7).

LIBERI JM        02/14/10        1.10    REVIEW DRAFT DEMAND LETTERS RE: SETOFF,
                                         ACCOUNTS RECEIVABLE AND PREFERENCE
                                         MATTERS (0.6); REVIEW COMMUNICATIONS
                                         FROM COUNSEL FOR SLAM BRANDS (0.2);
                                         REVIEW SETTLEMENT PROPOSAL MATTERS RE:
                                         SLAM BRANDS (0.3).

LIBERI JM        02/15/10        5.10    REVIEW DRAFT MOTION RE: 401(K) PLAN
                                         MATTERS (0.4); COMMUNICATE WITH COUNSEL
                                         FOR MINER FLEET RE: LATE-FILED CLAIM
                                         MOTION AND 503(B)(9) MATTERS (0.3);
                                         REVIEW AND REVISE DRAFT SETTLEMENT
                                         DOCUMENTATION RE: MINER FLEET (0.4);
                                         REVIEW COMMUNICATIONS RE: PARAMOUNT
                                         DISCOVERY AND SETTLEMENT ISSUES (0.3);
                                         REVIEW MEMO OPINION RE: EDC MATTERS
                                         (0.4); RESEARCH INFORMAL PROOF OF CLAIM
                                         ISSUES AND FILING DEADLINE MATTERS
                                         (1.6); REVIEW DRAFT LETTERS TO
                                         LANDLORDS RE: LEASES AND DISCOVERY
                                         MATTERS (1.1); REVIEW LEASE PROVISIONS
                                         RE: CONFIDENTIALITY AND DISCOVERY
                                         MATTERS (0.6).

B43E

LIBERI JM     02/16/10     4.90     REVIEW PWC MEMOS AND DATA RE: POTENTIAL
                                    TAX CLAIM OBJECTIONS (2.3); REVIEW AND
                                    REVISE DRAFT SUMMARY JUDGMENT MOTION
                                    RE: EMPLOYEE CLASS CLAIMS (0.7);
                                    COMMUNICATE WITH COUNSEL FOR CANON RE:
                                    SETTLEMENT MATTERS (0.3); FOLLOW UP
                                    WITH DEBTOR PERSONNEL RE: CANON
                                    SETTLEMENT MATTERS AND PAYMENT DETAILS
                                    (0.3); COMMUNICATE WITH COUNSEL FOR
                                    MICROSOFT RE: CLAIM RECONCILIATION AND
                                    RELATED MATTERS (0.3); COMMUNICATE WITH
                                    COUNSEL FOR MARBLEGATE RE: CLAIMS
                                    TRANSFER MATTERS (0.3); REVIEW AND
                                    COMMENT ON DRAFT AGENDA (0.3); REVIEW
                                    CONTRACTS AND RELATED INFORMATION RE:
                                    JVC MATTERS (0.4).

LIBERI JM     02/17/10     2.90     REVIEW DATA AND DOCUMENTS RE: POTENTIAL
                                    LITIGATION TARGETS (1.5); COMMUNICATE
                                    WITH R. PORTER RE: CLAIMS AND DISCLOSURE
                                    STATEMENT ISSUES (0.3); REVIEW STATUS
                                    OF ADJOURNED CLAIMS OBJECTIONS AND
                                    POTENTIAL LITIGATION MATTERS (0.6);
                                    CONSIDER POTENTIAL SETTLEMENTS RE:
                                    ADJOURNED CLAIMS OBJECTIONS (0.5).

LIBERI JM     02/18/10     4.00     REVIEW PROPOSED SUPPLEMENTAL ORDERS RE:
                                    ADJOURNED CLAIMS OBJECTIONS (0.5);
                                    REVIEW DRAFT OMNIBUS OBJECTIONS FOR
                                    FILING (0.8); COMMUNICATE WITH COUNSEL
                                    FOR CITY OF NEW YORK RE: CLAIMS AND TAX
                                    DISPUTES (0.4); REVIEW DRAFT LETTER RE:
                                    GROUND LEASE ISSUE (0.3); REVIEW
                                    OUTSTANDING LITIGATION CLAIMS RE:
                                    POTENTIAL GROUNDS FOR OBJECTION OR
                                    DISPUTE (1.6); REVIEW COMMUNICATIONS
                                    FROM COUNSEL FOR NBC UNIVERSAL RE:
                                    CLAIMS RECONCILIATION MATTERS (0.2);
                                    FOLLOW UP WITH DEBTORS RE: SAME (0.2).

LIBERI JM     02/19/10     2.90     REVIEW AND REVISE DISCOVERY REQUESTS
                                    RE: MAGNUS MAGNUSSON MATTERS (1.4);
                                    REVIEW AND REVISE DISCOVERY REQUESTS
                                    RE: AMORE CONSTRUCTION (0.4); REVIEW
                                    AND REVISE DISCOVERY REQUESTS RE: AA
                                    HOME SERVICES (0.4); COMMUNICATE WITH
                                    COUNSEL FOR MINER FLEET RE: CLAIMS
                                    OBJECTION AND GOODS ISSUES (0.3);
                                    COMMUNICATE WITH DEBTOR PERSONNEL RE:
                                    LATE-FILED CLAIMS MATTERS (0.4).

B43E

LIBERI JM    02/22/10    4.30    DRAFT LETTER TO SEGA OF AMERICA RE:
SETTLEMENT MATTERS (0.4); COMMUNICATE
WITH COUNSEL FOR COLUMBUS DISPATCH RE:
67TH OMNIBUS OBJECTION (0.2); REVIEW
67TH OMNIBUS OBJECTION MATTERS RE:
COLUMBUS DISPATCH (0.3); COMMUNICATE
WITH COUNSEL FOR FUNAI RE: REVISED
SETTLEMENT AGREEMENT (0.2); REVIEW
COMMUNICATIONS FROM TENANT RE: GROUND
LEASE DISPUTE (0.4); CONFERENCE CALL W
WITH D. MILLER RE: GROUND LEASE DISPUTE
MATTERS (0.4); CONFERENCE CALL WITH
TENANT'S REPRESENTATIVES RE: GROUND
LEASE ISSUES (0.5); REVIEW CLAIMS AND
ACCOUNTS RECEIVABLE INFORMATION RE:
EASTMAN CLAIMS (0.4); COMMUNICATE WITH
J. MORRIS RE: CREDITORS' COMMITTEE AND
SETTLEMENT ISSUES (0.3); DRAFT SUMMARY
OF PROPOSED CANON SETTLEMENT (0.3);
COMMUNICATE WITH COUNSEL FOR CANON RE:
SETTLEMENT MATTERS (0.2); REVIEW STATUS
OF PENDING SETTLEMENT DISCUSSION
MATTERS (0.7).

LIBERI JM    02/23/10    3.30    DRAFT LETTER TO COUNSEL FOR ELECTRONIC
ARTS RE: SETTLEMENT AGREEMENT MATTERS
(0.4); FINALIZE AND SEND LETTER TO SEGA
OF AMERICA RE: SETTLEMENT MATTERS
(0.3); COMMUNICATE WITH COMMITTEE
COUNSEL (J. MORRIS) RE: CANON
SETTLEMENT MATTERS (0.2); COMMUNICATE
WITH COUNSEL FOR CANON RE: FINALIZING
SETTLEMENT (0.3); COMMUNICATE WITH
COUNSEL FOR HAIER RE: SETTLEMENT
MATTERS (0.3); REVIEW HAIER
DOCUMENTATION AND INFORMATION RE:
SETTLEMENT MATTERS (0.3); COMMUNICATE
WITH KONAMI RE: SETTLEMENT MATTERS
(0.2); REVIEW AND COMMENT ON DRAFT
RESPONSE TO TENANT RE: ESTOPPEL AND
GROUND LEASE ISSUES (0.3); REVIEW DRAFT
FORM OF KODAK COMPLAINT (0.4);
COMMUNICATE WITH CALIFORNIA COUNSEL RE:
DEBTORS' PENDING EMPLOYMENT LITIGATION
ACTIONS (0.3); REVIEW NOTICES OF
HEARING RE: STATUS CONFERENCES FOR
PENDING CALIFORNIA EMPLOYMENT
LITIGATION ACTIONS (0.3).

B43E

| LIBERI JM | 02/24/10 | 4.30 | REVIEW AND COMMENT ON DRAFT FORM OF TENANT ESTOPPEL RE: GROUND LEASE MATTERS (0.6); REVIEW INFORMATION RE: SIMPLETECH CLAIMS AND POTENTIAL DEMAND AND OBJECTION ISSUES (0.3); REVISE MINER FLEET STIPULATION & ORDER RE: LATE-FILED CLAIMS (0.3); COMMUNICATE WITH COUNSEL FOR CANON RE: FINALIZING SETTLEMENT AGREEMENT (0.4); REVIEW COMMUNICATIONS AND INFORMATION RE: CANON SETTLEMENT ISSUES (0.4); DRAFT NOTICE OF PROPOSED SETTLEMENT RE: CANON (0.3); REVIEW REVISED DRAFT LG COMPLAINT (0.4); REVIEW REVISED DRAFT SAMSUNG COMPLAINT (0.4); REVIEW COURT'S SUPPLEMENTAL 502(D) OPINION (0.5); REVIEW SLAM BRANDS ISSUES RE: SUPPLEMENTAL 502(D) OPINION (0.4); DRAFT SUMMARY RE: SAME (0.3). |
| LIBERI JM | 02/25/10 | 1.60 | CONFERENCE CALL RE: PENDING AND POTENTIAL LITIGATION MATTERS (1.6). |
| LIBERI JM | 02/26/10 | 5.60 | TELEPHONIC APPEARANCE RE: STATUS CONFERENCE FOR CLASS ACTION EMPLOYMENT LITIGATIONS PENDING IN CALIFORNIA (1.4); REVIEW DOCUMENT PRODUCTION DATABASE RE: CLAIMS ISSUES (0.8); REVIEW DRAFT DEMAND LETTERS RE: SETOFF AND ACCOUNTS RECEIVABLE ISSUES (0.8); COMMUNICATE WITH COUNSEL FOR BETHESDA RE: SETTLEMENT MATTERS (0.3); COMMUNICATE WITH COUNSEL FOR ACER RE: RECONCILIATION AND SETTLEMENT MATTERS (0.2); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY PROCEEDING AND INSURANCE MATTERS (0.3); REVIEW RECENT CORRESPONDENCE WITH INSURERS RE: PROPERTY LOSS MATTER (0.5); REVIEW COMMUNICATIONS RE: GROUND LEASE DISPUTE MATTER (0.5); REVIEW DRAFT TAX OBJECTION RE: SOUTH CAROLINA (0.8). |

**197.70**

| SIDHU SS | 02/03/10 | 5.50 | REVIEW DOCUMENTATION OF SAMSUNG CLAIMS AND ANALYSES OF SAME FOR PURPOSES OF DRAFTING OBJECTION AND ADVERSARY COMPLAINT (1.6); DRAFT OBJECTION AND ADVERSARY COMPLAINT REGARDING SAMSUNG CLAIMS (3.9). |
| SIDHU SS | 02/04/10 | 2.80 | DRAFT OBJECTION AND ADVERSARY COMPLAINT REGARDING SAMSUNG CLAIMS. |
| SIDHU SS | 02/05/10 | 4.70 | REVIEW CIRCUIT CITY LEASES FOR CONFIDENTIALITY PROVISIONS AND CREATE TABLE OF RELEVANT PROVISIONS FOR PURPOSES OF OBTAINING NECESSARY CONSENTS TO RESPOND TO DISCOVERY REQUESTS (4.1); DRAFT AND REVISE FORM LETTER TO LANDLORDS SEEKING NECESSARY CONSENTS (.5); COLLECT CASES REGARDING APPLICATION OF SECTION 507(A)(4) TO WAGE CLAIMS (.1). |

B43E

| SIDHU SS | 02/06/10 | 1.40 | REVIEW CIRCUIT CITY LEASES FOR CONFIDENTIALITY PROVISIONS AND COMPILE TABLE OF RELEVANT PROVISIONS FOR PURPOSES OF OBTAINING NECESSARY CONSENTS TO RESPOND TO DISCOVERY REQUESTS (.5); DRAFT FORM LETTERS TO LANDLORDS SEEKING NECESSARY CONSENTS (.9). |
|---|---|---|---|
| SIDHU SS | 02/08/10 | 2.80 | REVIEW CIRCUIT CITY LEASES FOR NOTICE PROVISIONS FOR PURPOSES OF OBTAINING NECESSARY CONSENTS TO RESPOND TO DISCOVERY REQUESTS (.6); REVISE FORM LETTERS TO LANDLORDS SEEKING NECESSARY CONSENTS (.4); COORDINATE PREPARATION OF FINAL LETTERS TO LANDLORDS REGARDING SAME (.5); REVIEW LEASES AND REVISE/EDIT FINAL LETTERS TO LANDLORDS REGARDING CONSENTS (1.3). |
| SIDHU SS | 02/09/10 | 0.40 | REVIEW AND RESPOND TO LANDLORD RESPONSES TO LETTERS REGARDING REQUEST FOR CONSENT TO PRODUCE LEASES IN DISCOVERY. |
| SIDHU SS | 02/10/10 | 0.50 | COLLECT AND DISTRIBUTE CASES ANALYZING APPLICATION OF 507(A)(4) TO WAGE CLAIMS (.2); REVIEW AND COORDINATE RESPONSES TO LANDLORD RESPONSES TO LETTERS REGARDING REQUEST FOR CONSENT TO PRODUCE LEASES IN DISCOVERY (.3). |
| SIDHU SS | 02/11/10 | 0.30 | REVIEW AND RESPOND TO LANDLORD RESPONSES TO LETTERS REGARDING REQUEST FOR CONSENT TO PRODUCE LEASES IN DISCOVERY (.3). |
| SIDHU SS | 02/15/10 | 0.50 | REVIEW LANDLORD RESPONSES TO LETTERS REQUESTING NECESSARY CONSENTS TO PRODUCE LEASES IN DISCOVERY (.3); DRAFT LETTERS TO LANDLORDS REQUESTING NECESSARY CONSENTS REGARDING SAME (.2). |
| SIDHU SS | 02/16/10 | 0.20 | REVIEW RESPONSES TO LETTERS TO LANDLORDS REQUESTING CONSENTS FOR RESPONSE TO PRODUCTION OF DOCUMENTS. |
| SIDHU SS | 02/23/10 | 4.60 | REVIEW DOCUMENTS UNDERLYING EASTMAN KODAK CLAIMS FOR PURPOSES OF DRAFTING OBJECTION AND ADVERSARY COMPLAINT (.7); RESEARCH LAW OF SETOFF IN NEW YORK FOR PURPOSES OF SAME (.4); DRAFT OBJECTION AND ADVERSARY COMPLAINT TO EASTMAN KODAK CLAIMS (2.5); REVISE OBJECTION AND ADVERSARY COMPLAINT REGARDING SAMSUNG CLAIMS (.7); REVISE OBJECTION AND ADVERSARY COMPLAINT REGARDING EASTMAN KODAK CLAIMS (.2); UPDATE OBJECTION AND ADVERSARY COMPLAINT REGARDING SONY CLAIMS (.1). |

B43E

| SIDHU SS | 02/24/10 | 1.30 | REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING SAMSUNG CLAIMS (.8); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING EASTMAN KODAK CLAIMS (.5). |
| SIDHU SS | 02/26/10 | 6.10 | REVIEW CLAIMS AND DOCUMENTATION REGARDING PNY CLAIMS FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (.7); DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (2.0); REVIEW CLAIMS AND DOCUMENTATION REGARDING UNITED STATES DEBT RECOVERY/SIGNATURE HOME FURNISHINGS CLAIMS FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION REGARDING USDR/SIGNATURE CLAIMS (.5); DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING USDR/SIGNATURE CLAIMS (1.4); REVIEW CLAIMS AND DOCUMENTATION REGARDING MITSUBISHI CLAIMS FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION REGARDING MITSUBISHI CLAIMS (.8); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING EASTMAN KODAK CLAIMS (.2); COMMUNICATE WITH DEBTORS AND ETI TO OBTAIN ADDITIONAL NECESSARY INFORMATION FOR PURPOSES OF DRAFTING PNY AND MITSUBISHI ADVERSARY COMPLAINTS AND OBJECTIONS (.3). |
|  |  | **31.10** |  |
| VINE J | 02/12/10 | 2.90 | MEETING ON 401(K) MOTION (.3); REVISE 401(K) MOTION PER I. FREDERICK'S COMMENTS (2.6). |
| VINE J | 02/15/10 | 1.40 | REVISE 401(K) MOT. PER I. FREDERICK'S COMMENTS (1.4). |
| VINE J | 02/22/10 | 0.20 | EMAIL DISCUSSION ON 401(K) MOT. (.2). |
| VINE J | 02/23/10 | 1.50 | REVISE LG COMPLAINT (1.5). |
| VINE J | 02/24/10 | 2.00 | REVISE LG OBJECTION (2). |
|  |  | **8.00** |  |

**Total Associate**     **278.90**

**TOTAL TIME**          **279.40**

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 03/08/10
Nonworking Travel Time                                             Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 02/23/10 | 2.10 | TRAVEL FROM WILMINGTON TO RICHMOND (4.2). |
| | | 2.10 | |
| Total Associate | | 2.10 | |
| TOTAL TIME | | <u>2.10</u> | |

B43E

Circuit City Stores, Inc. (DIP)                           Bill Date: 03/08/10
Reorganization Plan / Plan Sponsors                       Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 02/02/10 | 1.80 | CONTINUED ATTENTION TO CONFIRMATION ISSUES (.6); DISCUSSIONS RE SAME (1.2). |
| DICKERSON CL | 02/03/10 | 0.80 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/07/10 | 1.20 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/11/10 | 0.80 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/12/10 | 1.70 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/13/10 | 1.60 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/14/10 | 1.30 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/15/10 | 1.30 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/17/10 | 0.60 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/18/10 | 0.70 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/19/10 | 0.60 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/22/10 | 0.60 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/23/10 | 0.80 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/24/10 | 1.70 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| DICKERSON CL | 02/25/10 | 0.40 | DISCUSSIONS RE CONFIRMATION ISSUES. |
| | | **15.90** | |
| GALARDI GM | 02/03/10 | 0.80 | REVIEW AND ANALYZE REVISED CLAIMS WATERFALL AND SOURCES AND USES (.8). |
| GALARDI GM | 02/16/10 | 0.20 | EMAILS WITH CANADIAN ADVISERS RE: AMALGAMATION. |
| GALARDI GM | 02/18/10 | 0.10 | REVIEW AND RESPOND TO EMAIL RE: PLAN CONFIRMATION. |
| | | **1.10** | |
| **Total Partner** | | **17.00** | |
| BAKER SK | 02/17/10 | 0.20 | TELEPHONE CALL WITH G. COHEN REGARDING CONFIRMATION OF LIQUIDATION PLAN (.2). |
| | | **0.20** | |
| FREDERICKS IS | 02/02/10 | 6.40 | PREPARE FOR AND PARTICIPATE IN MULTIPLE CONFERENCE CALLS RE: CANADIAN ISSUES RELATED TO CONFIRMATION (CALL WITH DEBTORS CANADIAN PROFESSIONALS; CALL WITH J. MARCUM AND M. MOSIER; AND CALL WITH CANADIAN MONITOR) AND FOLLOW-UP RE: SAME (4.6); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH COMMITTEE PROFESSIONALS RE: CONFIRMATION ISSUES (1.8). |

B43E

| | | 6.40 | |
|---|---|---|---|
| GRANT K | 02/14/10 | 0.40 | REVIEWED DOCUMENTS REGARDING PLAN MODIFICATION MOTION (.4). |
| GRANT K | 02/26/10 | 2.40 | REVIEW AND REVISE MOTION TO MODIFY PLAN REGARDING CANADIAN ISSUES (2.4). |
| | | **2.80** | |
| KUMAR JS | 02/02/10 | 0.30 | REVIEWING SUBSTANTIVE CONSOLIDATION LANGUAGE IN THE PLAN (.3). |
| KUMAR JS | 02/18/10 | 2.80 | REVIEWING MOTION TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND TO MODIFY PLAN (2.8). |
| KUMAR JS | 02/19/10 | 4.90 | REVIEWING AND REVISING MOTION TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND TO MODIFY PLAN (4.9). |
| KUMAR JS | 02/22/10 | 5.90 | REVIEWING AND REVISING MOTION TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND MODIFY PLAN (5.9). |
| KUMAR JS | 02/23/10 | 1.90 | REVIEWING AND REVISING MOTION AND ORDER TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND TO MODIFY PLAN (1.9). |
| KUMAR JS | 02/24/10 | 5.10 | REVIEWING AND REVISING MOTION AND ORDER TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND MODIFY PLAN (5.1). |
| KUMAR JS | 02/25/10 | 3.40 | REVIEWING AND REVISING MOTION AND ORDER TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND MODIFY PLAN (2.6); REVIEWING CONFIRMATION BRIEF AND PRECEDENT (.8). |
| | | **24.30** | |
| VINE J | 02/15/10 | 6.90 | REVISE MOTION TO MODIFY THE PLAN IN RESPONSE TO THE REVENUE RULING (6.9). |
| VINE J | 02/16/10 | 2.70 | RESEARCH AND BEGIN DRAFTING THE SECTION FOR DISMISSAL OF INTERTAN'S CASE IN THE PLAN MODIFICATION MOTION (2.7). |
| VINE J | 02/17/10 | 3.70 | DRAFT SALE SECTION TO MOTION TO MODIFY THE PLAN AND REVISE THE ORDER (3.7). |
| VINE J | 02/18/10 | 2.30 | REVISE MOTION TO MODIFY PLAN (2.3). |
| VINE J | 02/22/10 | 3.00 | REVISE MOTION TO MODIFY PLAN (3). |
| VINE J | 02/23/10 | 4.80 | RESEARCH PLAN MODIFICATION CASES (4.8). |
| VINE J | 02/24/10 | 5.60 | REVISE MOTION TO MODIFY PLAN AND ITS OBJECTION (5.1); RESEARCH GOOD FAITH & BUSINESS JUDGMENT RULE OR ENTIRE FAIRNESS APPLICATION FOR THE VENTOUX SALE (.5). |
| VINE J | 02/25/10 | 2.00 | RESEARCH GOOD FAITH INSIDER SALE ISSUE (1); REVISE MOTION TO ACCOUNT FOR INTERTAN, INC. CREDITOR ASSUMPTIONS AND SEND TO J. KUMAR AND K. GRANT (1). |

B43E

|                        |          | 31.00 |                                                    |
|------------------------|----------|-------|----------------------------------------------------|
| **Total Associate**    |          | **64.70** |                                                |
| HEANEY CM              | 02/23/10 | 0.40  | REVIEW CASE FILES RE: MOTIONS TO MODIFY PLAN (.4). |
|                        |          | **0.40** |                                                 |
| **Total Legal Assistant** |       | **0.40** |                                                 |
| **TOTAL TIME**         |          | **82.10** |                                                |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 03/08/10
Reports and Schedules                                              Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 02/17/10 | 0.40 | FOLLOW-UP RE: REBATE MOTION AND SCHEDULES. |
|  |  | 0.40 |  |
| Total Partner |  | 0.40 |  |
| TOTAL TIME |  | <u>0.40</u> |  |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 03/08/10
Retention / Fee Matters (SASM&F)                         Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 02/15/10 | 1.10 | ATTENTION TO REVIEW OF DECEMBER AND JANUARY FEE STATEMENTS (.6); DISCUSSIONS RE SAME (.5). |
| | | **1.10** | |
| **Total Partner** | | **1.10** | |
| GRANT K | 02/10/10 | 2.90 | REVIEW AND REVISED FEE STATEMENT FOR DECEMBER 2009 (2.9). |
| GRANT K | 02/11/10 | 2.10 | CONTINUED WORK ON DECEMBER FEE STATEMENT (3.1). |
| GRANT K | 02/12/10 | 3.90 | FINALIZED DECEMBER FEE DISBURSEMENT STATEMENT; (1.3) WORK ON REVIEWING AND EDITING JANUARY STATEMENT (2.6). |
| GRANT K | 02/17/10 | 2.10 | WORKED ON REVISING AND FINALIZING JANUARY 2010 FEE AND DISBURSEMENT STATEMENT (2.1). |
| | | **11.00** | |
| LAZAROFF KA | 02/23/10 | 0.50 | GATHER AND REVIEW DOCUMENTS FOR PREPARATION OF 5TH FEE APPLICATION. |
| LAZAROFF KA | 02/25/10 | 2.50 | PREPARE DATA AND EXHIBITS AND BEGIN DRAFTING 5TH FEE APPLICATION. |
| | | **3.00** | |
| **Total Associate** | | **14.00** | |
| **TOTAL TIME** | | **15.10** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 03/08/10
Retention / Fee Matters / Objections (Others)                     Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DICKERSON CL | 02/04/10 | 0.70 | DISCUSSIONS RE MARCUM RETENTION ISSUES. |
| | | 0.70 | |
| GALARDI GM | 02/18/10 | 0.80 | WORK ON FINAL TERMS OF CROWE AGREEMENT (.6); EMAILS RE: SAME (.2). |
| GALARDI GM | 02/22/10 | 0.40 | REVIEW AND COMMENT ON EMAILS RE: CRO ENGAGEMENT TERMS (.4).4. |
| GALARDI GM | 02/25/10 | 0.20 | REVIEW AND RESPOND TO EMAIL RE: OPEN CROWE ISSUES. |
| GALARDI GM | 02/26/10 | 0.70 | REVIEW FINAL CRO DOCUMENTS AND EMAILS. |
| | | 2.10 | |
| **Total Partner** | | **2.80** | |
| FREDERICKS IS | 02/23/10 | 2.70 | REVIEW CROWE ENGAGEMENT LETTER AND RELATED CORRESPONDENCE TO IDENTIFY ISSUES RELATED TO IMPROPER VERSION, REVISE ENGAGEMENT LETTER TO INCORPORATE ALL COMMENTS TO DATE, AND COMPREHENSIVE CORRESPONDENCE TO COMMITTEE AND CROWE RE: SAME (2.7). |
| FREDERICKS IS | 02/26/10 | 3.20 | REVISE CROWE RETENTION DOCUMENTS PER CROWE'S REQUEST AND MULTIPLE CORRESPONDENCE TO AND FROM A. SIEGEL RE: SAME (.8); REVIEW, REVISE AND FINALIZE ALL CROWE RETENTION DOCUMENTS, MARCUM CONSULTING AGREEMENT AND ORDER AND CORRESPONDENCE TO COMMITTEE AND CROWE RE: SAME (3.2). |
| | | 5.90 | |
| GRANT K | 02/18/10 | 2.80 | WORKED ON RETENTION PLEADINGS FOR CROWE (2.8). |
| | | 2.80 | |
| LAZAROFF KA | 02/15/10 | 2.50 | DRAFT APPLICATION, ORDER, AFFIDAVIT AND NOTICE FOR RETENTION OF CROWE AND CRO. |
| LAZAROFF KA | 02/18/10 | 3.80 | DRAFT, REVIEW AND REVISE CROWE/CRO RETENTION PAPERS. |
| LAZAROFF KA | 02/19/10 | 1.20 | DRAFT CROWE RETENTION AFFIDAVIT (.5); REVIEW AND REVISE CROWE RETENTION PAPERS AND CORRESPONDENCE REGARDING THE SAME (.7). |
| LAZAROFF KA | 02/23/10 | 1.40 | CORRESPONDENCE, TELECONFERENCES AND REVISIONS TO CROWE/CRO RETENTION PAPERS. |
| LAZAROFF KA | 02/24/10 | 0.50 | REVIEW AND REVISE CROWE/CRO RETENTION PAPERS. |

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 02/26/10 | 1.00 | REVIEW AND REVISE CROWE/CRO RETENTION PAPERS. |
| | | **10.40** | |
| VINE J | 02/03/10 | 2.10 | REVIEW MOTION TO CLARIFY FTI RETENTION AND RESEARCH REGARDING SAME (2.1). |
| VINE J | 02/04/10 | 2.60 | REVISE FTI ORDER AND REVIEW APPLICABLE AUTHORITY ON MOTION FOR CLARIFICATION (2.6). |
| VINE J | 02/05/10 | 0.50 | FINALIZE DRAFT FTI MOTION (.5). |
| | | **5.20** | |
| **Total Associate** | | **24.30** | |
| **TOTAL TIME** | | **27.10** | |

64

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 03/08/10**
**Secured Claims**                                                     **Bill Number: 1305460**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 02/01/10 | 6.10 | REVIEW DOCUMENTS IN SUPPORT OF NYSEG BOND CLAIM (1.2); PREPARE RESPONSE TO NYSEG BOND CLAIMS (.9);  REVIEW ADDITIONAL DOCUMENTATION PRODUCED IN SUPPORT OF CTE BOND CLAIM (1.5); DRAFT AMENDED RESPONSE TO CTE BOND CLAIM (2.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING ADDITIONAL BOND CLAIMS FOR REVIEW (.1); DRAFT CORRESPONDENCE TO M. STOVER REGARDING ADDITIONAL BOND CLAIMS FOR REVIEW (.2). |
| BAKER SK | 02/12/10 | 1.80 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING REVISED CONSENT ORDER TO BOND MOTION (.2); REVIEW SURETY BOND MOTION, CONSENT ORDER AND BOND CANCELLATION ANALYSIS (1.3). DRAFT CORRESPONDENCE TO M. STOVER REGARDING BOND CANCELLATION MOTION AND ORDER (.3). |
| BAKER SK | 02/17/10 | 1.30 | REVIEW BOND CANCELLATION ANALYSIS PREPARED BY SURETY COMPANY (1.3). |
| BAKER SK | 02/22/10 | 0.40 | REVIEW CORRESPONDENCE REGARDING SWEEPSTAKES BONDS (.2); DRAFT CORRESPONDENCE TO M. STOVER REGARDING CANCELLATION OF SURETY BONDS (.1); DRAFT CORRESPONDENCE TO D. MILLER REGARDING CANCELLATION OF SURETY BONDS (.1). |
| BAKER SK | 02/25/10 | 0.10 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING NEW YORK GAMES OF CHANCE SURETY BONDS (.1). |
| | | 9.70 | |
| **Total Associate** | | **9.70** | |
| **TOTAL TIME** | | **9.70** | |

B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 03/08/10
Tax Matters                                                  Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 02/03/10 | 0.30 | CONFER WITH C. CONJURA RE: RECENT DEVELOPMENTS. |
| BREWSTER JJ | 02/04/10 | 3.00 | REVIEW RECENT CASE RE: LEASEHOLD IMPROVEMENTS (1.9); CONFER WITH J. MARSTON, F. GOLDBERG AND C. CONJURA RE: SAME (.2); REVIEW OTHER TAX AUTHORITIES (.5); E-MAIL CORRESPONDENCE RE: STATUS OF NOL CARRYBACK (.4). |
| BREWSTER JJ | 02/11/10 | 0.50 | CONFER WITH C. CONJURA RE: TAX ISSUES. |
| BREWSTER JJ | 02/12/10 | 2.90 | E-MAIL CORRESPONDENCE WITH CLIENT RE: CASH IMPACT OF DIFFERENT POSSIBLE SCENARIOS (2.4); TELEPHONE CONFERENCE WITH J. MACDONALD AND J. MARSTON. |
| BREWSTER JJ | 02/17/10 | 1.50 | REVIEW CLIENT SPREAD SHEET (1.2); TELEPHONE CONFERENCE WITH J. MCDONALD RE: SAME (.3). |
| BREWSTER JJ | 02/18/10 | 3.10 | REVIEW CLIENT SPREADSHEETS (2.1); TELEPHONE CONFERENCE WITH J. MCDONALD AND D. ROBISON RE: SAME (1.0). |
| | | **11.30** | |
| GALARDI GM | 02/01/10 | 0.90 | CALL RE: CANADIAN TAX ISSUES AND AMALGAMATION (.7); REVIEW EMAIL UPDATES ON TAX REFUND (.2). |
| GALARDI GM | 02/02/10 | 0.40 | CALL WITH PWC AND MONITOR RE: CANADIAN REVENUE RULING AND NEXT STEPS (.4). |
| GALARDI GM | 02/05/10 | 0.30 | CALL RE: NOL AND REFUND. |
| GALARDI GM | 02/18/10 | 0.70 | CALL RE: CANADIAN REVENUE RULING STRATEGY. |
| GALARDI GM | 02/19/10 | 0.90 | CALL WITH OSLER, PWC AND COMPANY RE: COMMITTEE CALL ON RULING REQUEST (.4); CALLS WITH COMMITTEE RE: RULING STRATEGY (.5). |
| GALARDI GM | 02/26/10 | 0.20 | CALL WITH L. SPARLING RE: STATUS OF RULING. |
| | | **3.40** | |
| LEVY DF | 02/01/10 | 1.40 | ANALYSIS OF CANADIAN STRUCTURING ISSUES. (0.4) ANALYSIS OF REFUND PRESENTATION AND RELATED ISSUES. (0.6) CONFERENCE REGARDING IRS REFUND AND RELATED ISSUES. (0.4). |

B43E

| LEVY DF | 02/02/10 | 3.10 | CONFERENCE CALL WITH CANADIAN AND US TEAMS REGARDING CANADIAN STRUCTURING ISSUES. (1.1)  CONFERENCE CALL WITH UNSECURED CREDITORS COMMITTEE. (1.2) ANALYSIS OF ALTERNATE TRANSACTION STRUCTURES FOR MOVEMENT OF CASH FROM CANADA. (0.8). |
|---|---|---|---|
| LEVY DF | 02/03/10 | 2.10 | DEVELOP STRUCTURES TO MOVE MONEY FROM CANADA TO US AS REQUESTED BY UNSECURED CREDITORS' COMMITTEE AND DRAFT MEMO AND ANALYZE TAX ISSUES REGARDING ALTERNATE STRUCTURES. (1.3); CONFERENCE REGARDING ALTERNATE STRUCTURES (0.8). |
| LEVY DF | 02/04/10 | 2.10 | ANALYSIS OF CANADIAN LIQUIDATION ISSUES AND EFFECT OF ALTERNATE CANADIAN STRATEGIES ON US TAX EXPOSURE TO CIRCUIT CITY (0.8); CONFERENCE CALL REGARDING ABILITY TO MOVE MONEY FROM CANADA TO US WITHOUT AFFECTING US TAX POSITION (0.7); DRAFT MEMO REGARDING CANADIAN DIVIDEND STRATEGIES (0.6). |
| LEVY DF | 02/08/10 | 2.90 | CONFERENCE CALL WITH ERNST & YOUNG AND PWC TEAMS REGARDING CANADIAN STRUCTURING AND MONEY MOVEMENT ISSUES. (1.3) ANALYSIS OF CANADIAN RESTRUCTURING ALTERNATIVES AND IMPACT ON US TAX POSITION (.6). |
| LEVY DF | 02/09/10 | 1.20 | CONFERENCE CALL WITH CREDITORS AND ACCOUNTANTS REGARDING CANADIAN MONEY MOVEMENT ISSUES. |
| LEVY DF | 02/10/10 | 1.80 | DRAFT AND EDIT CANADIAN RULING AND REVIEW FOR ACCURACY. (1.2) CONFERENCE WITH PWC AND ERNST & YOUNG REGARDING CANADIAN RULING ISSUES. (0.6). |
| LEVY DF | 02/12/10 | 1.30 | CONFERENCE CALL REGARDING IRS REFUND CLAIM (SALE-LEASEBACK) AND RELATED ISSUES. (0.6)  CONFERENCE CALL REGARDING CANADIAN DISTRIBUTION, STRUCTURING AND RELATED ISSUES. (0.4) RESEARCH REGARDING ATTRIBUTE REDUCTION ISSUES. (0.3). |
| LEVY DF | 02/15/10 | 1.30 | CONFERENCE REGARDING REFUND ISSUES. (0.4)  CONFERENCE REGARDING CANADIAN RESTRUCTURING AND RELATED ISSUES. (0.6) DRAFT CONFIRMATION RELATED DOCUMENTS. (0.3). |
| LEVY DF | 02/16/10 | 0.80 | CONFERENCE REGARDING EFFECT OF CANADIAN LIQUIDATION ON US TAX ATTRIBUTES. (0.4) CONFERENCE CALL REGARDING SALE/LEASEBACK ISSUE AND REFUND STRATEGY. (0.4). |

B43E

| LEVY DF | 02/18/10 | 2.30 | DRAFT AND EDIT DOCUMENTS.  (0.6) CONFERENCE REGARDING ORIGINAL IRS REFUND ISSUES AND MECHANICS. (0.7) CONFERENCE REGARDING CANADIAN REFUND AND RELATED ISSUES. (0.4) ANALYSIS OF CANADIAN DIVIDEND AND LIQUIDATING TRUST TAX ISSUES. (0.6). |
| LEVY DF | 02/24/10 | 0.90 | CONFERENCE REGARDING CANADIAN MONEY MOVEMENT AND LIQUIDATING TRUST ISSUES. (0.4) ANALYSIS OF LIQUIDATING TRUST TAX AND TAX CLASSIFICATION ISSUES. (0.5). |
| LEVY DF | 02/26/10 | 0.60 | CONFERENCE REGARDING CONFIRMATION ISSUES. (0.2) ANALYSIS OF TAX ATTRIBUTE USAGE ISSUES. (0.4). |
| | | **21.80** | |
| **Total Partner** | | **36.50** | |
| BAKER SK | 02/12/10 | 0.10 | REVIEW CORRESPONDENCE FROM P. ROSE REGARDING NEVADA TAX RETURNS (.1). |
| | | **0.10** | |
| BUGAY JJ | 02/15/10 | 9.80 | BEGIN RESEARCH RE: OBJECTION TO VIRGINIA TAX CLAIM (3.2); BEGIN TO DRAFT OBJECTION TO VIRGINIA TAX CLAIM (6.6). |
| BUGAY JJ | 02/16/10 | 9.10 | CONTINUE RESEARCH RE: VIRGINIA TAX CLAIM OBJECTION (9.1). |
| BUGAY JJ | 02/17/10 | 10.20 | CONTINUE TO DRAFT OBJECTION TO VIRGINIA TAX CLAIM (10.2). |
| BUGAY JJ | 02/18/10 | 2.90 | CONTINUE TO DRAFT OBJECTION TO VIRGINIA TAX CLAIM (2.9). |
| BUGAY JJ | 02/21/10 | 4.40 | RESEARCH ISSUE RE: CHARACTERIZATION OF VIRGINIA USE TAX UNDER 507(A)(8) (2.3); CONTINUE TO DRAFT OBJECTION TO VIRGINIA TAX CLAIM (2.1). |
| BUGAY JJ | 02/22/10 | 9.30 | REVISE VIRGINIA TAX CLAIM OBJECTION (6.3); RESEARCH ISSUES RE: RULINGS OF THE TAX COMMISSIONER (2.2); RESEARCH ISSUES RE: PROPOSED LEGISLATION AMENDING ADD-BACK STATUTE (.8). |
| BUGAY JJ | 02/23/10 | 3.70 | REVIEW MATERIALS IN CONNECTION WITH CALIFORNIA TAX OBJECTION (2.6); BEGIN TO DRAFT CALIFORNIA TAX OBJECTION (1.1). |
| BUGAY JJ | 02/24/10 | 4.60 | CONTINUE TO REVIEW AND UPDATE RESPONSE TO MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDERS (4.1); CONTINUE DRAFTING CALIFORNIA TAX OBJECTION (.5). |
| BUGAY JJ | 02/25/10 | 2.30 | CONTINUE TO DRAFT CALIFORNIA TAX OBJECTION (2.3). |

B43E

| BUGAY JJ | 02/26/10 | 7.30 | CONTINUE TO DRAFT AND ANALYZE CALIFORNIA TAX OBJECTION (3.2); REVISE RESPONSE TO MOTIONS FOR LEAVE TO APPEAL 51ST/52D OMNIBUS ORDER (4.1). |
|---|---|---|---|
| | | **63.60** | |
| FREDERICKS IS | 02/03/10 | 2.10 | MULTIPLE TELEPHONE CALLS WITH D. LEVY RE: CANADIAN TAX ISSUES AND REVIEW OUTLINE OF ISSUES RAISED DURING CALLS AND PROPOSED RESOLUTIONS (2.1). |
| FREDERICKS IS | 02/05/10 | 3.10 | REVIEW MATERIALS PROVIDED BY PWC AND PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ PWC AND CC RE: TAX CLAIM OBJECTIONS (2.6); MULTIPLE CORRESPONDENCE RE: NOL TAX REFUND AND CORRESPONDENCE TO COMMITTEE RE: SAME (.5). |
| | | **5.20** | |
| IBRAHIMI Y | 02/18/10 | 9.70 | REVIEW OF PWC MEMO RE GROUNDS FOR OBJECTING TO LOUISIANA CORPORATE TAX CLAIM. DOCKET ENTRIES PERTAINING TO CLAIM AND PRECEDENT OBJECTIONS (2.2); REVIEW OF LOUISIANA TAX STATUTES, REGULATIONS AND CASE LAW, AND FEDERAL COMMERCE CLAUSE AND DUE PROCESS TAX CASES (5.2); BEGIN DRAFTING OBJECTION TO LOUISIANA TAX PROOFS OF CLAIM (2.3). |
| IBRAHIMI Y | 02/20/10 | 5.20 | CONTINUED DRAFTING LOUISIANA TAX OBJECTION. |
| IBRAHIMI Y | 02/21/10 | 5.10 | CONTINUED DRAFTING LOUISIANA TAX OBJECTION. |
| IBRAHIMI Y | 02/22/10 | 3.70 | CONTINUED DRAFTING LOUISIANA TAX OBJECTION. |
| IBRAHIMI Y | 02/23/10 | 2.70 | CONTINUED DRAFTING LOUISIANA TAX OBJECTION. |
| | | **26.40** | |
| LIBERI JM | 02/17/10 | 2.40 | REVIEW AND REVISE DRAFT OBJECTION RE: NEW YORK STATE TAX MATTERS (1.6); REVIEW CASE LAW RE: BASIS FOR OBJECTION TO TAX CLAIMS (0.8). |
| LIBERI JM | 02/18/10 | 2.30 | REVIEW AND REVISE NEW YORK STATE TAX OBJECTION (0.6); REVIEW PWC INFORMATION AND TAX ANALYSIS RE: LARGE OUTSTANDING PRIORITY TAX CLAIMS (1.7). |
| LIBERI JM | 02/22/10 | 1.50 | REVIEW AND REVISE NY TAX OBJECTION BASED ON REVISED PWC ANALYSIS (0.9); REVIEW PWC COMMUNICATIONS AND INFORMATION RE: VIRGINIA TAX CLAIMS AND GROUND FOR OBJECTION (0.6). |
| LIBERI JM | 02/23/10 | 0.70 | REVIEW DRAFT TAX OBJECTION RE: SOUTH CAROLINA (0.4); REVIEW PWC TAX ANALYSIS RE: SAME (0.3). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 02/26/10 | 0.70 | REVIEW CASE LAW AND RESEARCH RE: SAME (0.7). |
| | | **7.60** | |
| SIDHU SS | 02/17/10 | 5.70 | REVIEW PRICEWATERHOUSECOOPERS' PROTESTS OF SOUTH CAROLINA TAX AUDITS AND RECORD OF AUDITS (1.0); RESEARCH AND REVIEW CASES AND OTHER LAW RELIED UPON IN PROTESTS FOR PURPOSE OF DRAFTING OBJECTION TO SOUTH CAROLINA TAX CLAIM (3.4); DRAFT OBJECTION TO SOUTH CAROLINA TAX CLAIM (1.3). |
| SIDHU SS | 02/18/10 | 6.10 | RESEARCH AND REVIEW CASES AND OTHER LAW RELIED UPON IN PROTESTS FOR PURPOSE OF DRAFTING OBJECTION TO SOUTH CAROLINA TAX CLAIM (2.0); RESEARCH APPLICATION OF DUE PROCESS AND COMMERCE CLAUSE NEXUS REQUIREMENTS AND APPLICATION OF SOUTH CAROLINA TAX LAWS FOR PURPOSE OF DRAFTING OBJECTION TO SOUTH CAROLINA TAX CLAIM (2.1); DRAFT OBJECTION TO SOUTH CAROLINA TAX CLAIM (2.0). |
| SIDHU SS | 02/19/10 | 3.00 | DRAFT OBJECTION TO SOUTH CAROLINA TAX CLAIMS (2.6); SHEPARDIZE RELEVANT CASES REGARDING SAME AND REVIEW CITING CASES (.4). |
| SIDHU SS | 02/21/10 | 4.80 | RESEARCH LAW REGARDING NEXUS REQUIREMENTS FOR TAXATION AND TAX SITUS OF INTANGIBLES FOR PURPOSES OF SOUTH CAROLINA TAX OBJECTION (2.6); RESEARCH LAW REGARDING APPORTIONMENT AND ALLOCATION OF TAXES FOR PURPOSES OF SAME (.4); DRAFT OBJECTION TO SOUTH CAROLINA TAX CLAIMS (1.8). |
| SIDHU SS | 02/22/10 | 4.70 | DRAFT AND REVISE OBJECTION TO SOUTH CAROLINA TAX CLAIMS (3.1); RESEARCH LAW REGARDING APPLICATION OF TAX NEXUS REQUIREMENT TO RECEIVABLES, LOANS, AND INTANGIBLES FOR PURPOSES OF SAME (1.2); RESEARCH SOUTH CAROLINA TAX LAW REGARDING PENALTIES AND APPORTIONMENT FOR PURPOSES OF SAME (.4). |
| SIDHU SS | 02/23/10 | 0.30 | REVISE SOUTH CAROLINA TAX OBJECTION (.3). |
| | | **24.60** | |
| VINE J | 02/03/10 | 3.30 | RESEARCH TAX OBLIGATIONS ON INCOME & GROSS RECEIPTS UNDER 507(A)(8)(A) (3.3) |
| VINE J | 02/04/10 | 3.90 | RESEARCH & DRAFT TAX RIDER FOR STATE TAX CLAIMS ISSUES (3.9). |

B43E

| VINE J | 02/05/10 | 9.10 | CONTINUE RESEARCH TAX ISSUES UNDER 507(A)(8) AND DRAFT RIDER (3.5); REVIEW DRAFT OBJECTION (.7); PHONE CALL WITH PWC AND I. FREDERICKS ON TAX OBJECTIONS (.8); RESEARCH AND DRAFT TAX OBJECTION FOR NEW YORK BASED ON PWC PROVIDED TAX INFORMATION (3.7); REVIEW PREFERENCE COMPLAINT (.4). |
| VINE J | 02/08/10 | 8.00 | RESEARCH TAX INTEREST RATE AND PENALTIES FOR OBJECTIONS (5.1); CONTINUE DRAFTING NY TAX OBJECTION (2.9). |
| VINE J | 02/09/10 | 2.30 | FINALIZE DRAFT OF NY TAX OBJECTION AND EMAIL TO I. FREDERICKS (2.3). |
| VINE J | 02/10/10 | 2.70 | UPDATE NY TAX OBJECTION WITH ADDITIONAL ACCOUNTING INFORMATION FROM PWC (2.7). |
| VINE J | 02/11/10 | 1.00 | REVIEW PWC EMAILS AND ATTACHMENTS FOR NEW OBJECTION INFORMATION AND INCORPORATE INTO NY OBJECTION (1). |
| VINE J | 02/12/10 | 4.00 | MEETING WITH I. FREDERICKS ON NY TAX OBJ. (.3); REVISE NY TAX OBJ. (3.7). |
| VINE J | 02/15/10 | 0.90 | REVIEW PWC AUTHORITY AND REVISE NY TAX OBJ. AND TO FIX PWC DRAFT (.9). |
| VINE J | 02/16/10 | 6.30 | RESEARCH AND DRAFT MASS. TAX CLAIM OBJECTION (6.3). |
| VINE J | 02/17/10 | 5.50 | REVISE MASS. TAX OBJ. AND RESEARCH 507(A)(8) TAX PRIORITY FOR MASS. CORPORATE EXCISE TAX AND MASS. SALES TAX AND DISCUSS OBJECTION WITH J. LIBERI (5.5). |
| VINE J | 02/18/10 | 6.60 | MEET WITH J. LIBERI AND REVISE NY TAX OBJ BUTTRESS CITATIONS AND CASELAW (3.1); RESEARCH, REVISE AND EDIT MASS. TAX OBJ., SPECIFICALLY TOWARDS SALES TAXES (3.5). |
| VINE J | 02/19/10 | 2.40 | REVISE MASS. TAX OBJ. AND SENT TO J. LIBERI (1.1); RESEARCH AND REVISE NY TAX OBJ. WITH PWC'S AMENDED MEMO ADDING ANOTHER BASIS FOR OBJECTION (1.3). |
| VINE J | 02/22/10 | 0.40 | REVIEW FINAL CHANGES TO NY TAX OBJ. BEFORE SENDING TO GREGG (.4). |
| VINE J | 02/24/10 | 0.50 | REVISE MASS. PROOF OF CLAIM OBJECTION (.5). |
| | | 56.90 | |

|  **Total Associate** | | **184.40** | |

| **TOTAL TIME** | | **220.90** | |

B43E

Circuit City Stores, Inc. (DIP)                           Bill Date: 03/08/10
Utilities                                                 Bill Number: 1305460

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 02/01/10 | 1.30 | REVIEW CORRESPONDENCE FROM M. RAND REGARDING PUERTO RICO ELECTRIC POWER AUTHORITY UTILITY BLOCKED ACCOUNT REQUEST (.1); TELEPHONE CALL WITH M. RAND REGARDING PUERTO RICO ELECTRIC POWER AUTHORITY UTILITY BLOCKED ACCOUNT REQUEST (.2); REVIEW CORRESPONDENCE FROM CITY OF O'FALLON REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM CITY OF WINSTON, SALEM REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE FROM HAMPTON ROADS UTILITY BILLING REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CENTRAL ARKANSAS WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING FAIRFAX WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING NICOR GAS ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING SARASOTA COUNTY ENVIRONMENTAL PROTECTION (.1); TELEPHONE CALL WITH K. MUELLER REGARDING DOMINION VIRGINIA POWER (.2); DRAFT CORRESPONDENCE TO M. RAND REGARDING PUERTO RICO ELECTRIC POWER AUTHORITY (.1). |
| BAKER SK | 02/02/10 | 4.00 | REVIEW ADDITIONAL DOCUMENTS PRODUCED IN SUPPORT OF DOMINION BOND CLAIM (2.6); DRAFT SUPPLEMENTAL RESPONSE TO DOMINION BOND CLAIM (1.4). |
| BAKER SK | 02/03/10 | 4.10 | REVIEW BOND CLAIM OF TECO TAMPA ELECTRIC COMPANY (1.3); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING TECO BOND CLAIM AND BILLING HISTORY (.2); REVIEW BOND CLAIM OF NEVADA DEPARTMENT OF TAXATION (.3); RESEARCH REGARDING BOND CLAIM OF NEVADA DEPARTMENT OF TAXATION (.8); DRAFT RESPONSE TO BOND CLAIM OF NEVADA DEPARTMENT OF TAXATION 9.4); TELEPHONE CALL WITH M. RAYNA REGARDING TEXAS WORKFORCE COMMISSION (.2); DRAFT SUPPLEMENTAL RESPONSE TO TECO BOND CLAIM (.6); TELEPHONE CALL WITH J. RUSSELL REGARDING CUSTOMER RECEIPTS (.1); TELEPHONE CALL REGARDING NYSEG BOND CLAIM (.2). |
| BAKER SK | 02/08/10 | 0.40 | REVIEW CORRESPONDENCE REGARDING ROCKY MOUNTAIN POWER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING INDIANA AMERICAN WATER ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING COLUMBIA PUBLIC UTILITIES ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING MIAMI-DADE WATER AND SEWER ACCOUNTS (.1). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 02/09/10 | 0.50 | REVIEW CORRESPONDENCE AND SURETY BONDS FORWARDED FROM M. STOVER (.4); DRAFT CORRESPONDENCE TO K. BRADSHAW REGARDING SURETY BOND CLAIMS (.1). |
| BAKER SK | 02/10/10 | 0.60 | REVIEW CORRESPONDENCE FROM LONG ISLAND AMERICAN WATER REGARDING UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF CHICAGO UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE WATER COMPANY UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING CITY OF HAYWARD UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING NATIONAL GRID UTILITY ACCOUNTS (.1); REVIEW CORRESPONDENCE REGARDING PUGET SOUND ENERGY ACCOUNTS (.1). |
| BAKER SK | 02/11/10 | 0.40 | REVIEW FROM SAFECO REGARDING DOMINION VIRGINA POWER BOND CLAIM (.2); REVIEW CORRESPONDENCE FROM SAFECO REGARDING TECO TAMPA ELECTRIC BOND CLAIM (.2). |
| BAKER SK | 02/12/10 | 0.20 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING NYSEG BOND CLAIM (.2). |
| BAKER SK | 02/15/10 | 0.60 | REVIEW CORRESPONDENCE TO VARIOUS UTILITY COMPANIES REGARDING FINAL ACCOUNT BILLINGS (.6). |
| BAKER SK | 02/16/10 | 4.50 | INVESTIGATE UTILITY ACCOUNT PAYMENT TO PREPA (.7); DRAFT CORRESPONDENCE TO M. RAND REGARDING UTILITY PAYMENT TO PREPA (.2); REVIEW CORRESPONDENCE FROM L. LANDRY REGARDING UTILITY BLOCKED ACCOUNT PAYMENTS (.1); REVIEW ADMINISTRATIVE CLAIMS REGARDING DETERMINE LEGAL BASIS FOR OBJECTION (3.5). |
| BAKER SK | 02/17/10 | 0.20 | TELEPHONE CALL REGARDING WASTE MANAGEMENT ACCOUNTS (.2). |
| BAKER SK | 02/18/10 | 1.80 | REVIEW UTILITY CLAIMS REGARDING NO LIABILITY (.7); TELEPHONE CALL WITH H. FERGUSON REGARDING UTILITY CLAIMS (.2); REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCE (.6); TELEPHONE CALL WITH D. MILLER REGARDING NEW YORK GAMES OF CHANCE SURETY BONDS (.2); TELEPHONE CALL WITH M. WISE REGARDING SYLVANIA LIGHTING UNSECURED CLAIM (.1). |

B43E

BAKER SK          02/23/10      1.30    REVIEW CORRESPONDENCE FROM K. BARKSDALE
                                        REGARDING OBJECTIONS TO UTILITY CLAIMS
                                        (.1); DRAFT CORRESPONDENCE TO K. MULLER
                                        REGARDING UTILITY CLAIMS (.1);
                                        CONFERENCE CALL REGARDING PROCEDURES
                                        FOR RECONCILING CLAIMS BY UTILITY
                                        COMPANIES (.2); REVIEW CORRESPONDENCE
                                        FROM VARIOUS UTILITIES REGARDING FINAL
                                        ACCOUNT BILLINGS (.7); TELEPHONE CALL
                                        WITH K. BARKSDALE REGARDING UTILITY
                                        CLAIMS (.2).

BAKER SK          02/26/10      0.40    REQUIRE CORRESPONDENCE FROM VARIOUS
                                        UTILITIES REGARDING FINAL ACCOUNT
                                        BALANCES (.4).

                               20.30

**Total Associate**            20.30

**TOTAL TIME**                 <u>20.30</u>


**CLIENT TOTAL**            <u>1,461.90</u>

B43E