# EXHIBIT D-4

**(Detail of Time Billed)**

MATTER #1  General Corporate Advice                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $968 | 0.60 | $    580.82 |
|  | 976 | 8.20 | 8,000.18 |
| **TOTAL PARTNER** | | **8.80** | **$ 8,581.00** |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $663 | 1.30 | $    861.84 |
|  | 665 | 8.20 | 5,456.16 |
| **TOTAL ASSOCIATE** | | **9.50** | **$ 6,318.00** |
| **MATTER TOTAL** | | **18.30** | **$14,899.00** |

B43E

**MATTER #2  Asset Analysis and Recovery**                         Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.90 | $   877.33 |
|  | 976 | 1.20 | 1,170.67 |
| TOTAL PARTNER | | 2.10 | $2,048.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 5.70 | $ 3,791.00 |
| JARRETT VINE | 420 | 1.50 | 630.00 |
| TOTAL ASSOCIATES | | 7.20 | $4,421.00 |
| **MATTER TOTAL** | | 9.30 | $6,469.00 |

B43E

**TIME SUMMARY - ALL MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010**

**MATTER #3   Asset Dispositions (General)**                                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $580 | 0.10 | $58.00 |
| **TOTAL ASSOCIATE** | | 0.10 | $58.00 |
| **MATTER TOTAL** | | 0.10 | $58.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #5  Asset Dispositions (Real Property)**                    **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 13.00 | $  8,840.00 |
| CANDICE KORKIS | 420 | 15.30 | 6,426.00 |
| KELLY A. LAZAROFF | 485 | 19.50 | 9,458.00 |
| JASON M. LIBERI | 680 | 0.40 | 272.00 |
| **TOTAL ASSOCIATES** | | 48.20 | $24,996.00 |
| **MATTER TOTAL** | | 48.20 | $24,996.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #7  Business Operations / Strategic Planning**          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 4.80 | $4,680.00 |
| TOTAL PARTNER | | 4.80 | $4,680.00 |
| **MATTER TOTAL** | | 4.80 | $4,680.00 |

B43E

**MATTER #8  Case Administration**                              **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 6.00 | $ 5,850.00 |
| **TOTAL PARTNER** | | 6.00 | $ 5,850.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 4.00 | $  2,300.00 |
| JOSHUA J. BUGAY | 420 | 21.80 | 9,156.00 |
| IAN S. FREDERICKS | 665 | 39.20 | 26,068.00 |
| JESSICA S. KUMAR | 525 | 1.30 | 683.00 |
| KELLY A. LAZAROFF | 486 | 0.70 | 340.00 |
| SUNDEEP S. SIDHU | 420 | 3.80 | 1,596.00 |
| JARRETT VINE | 420 | 4.50 | 1,890.00 |
| **TOTAL ASSOCIATES** | | 75.30 | $42,033.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 69.20 | $20,415.00 |
| **TOTAL LEGAL ASSISTANTS** | | 69.20 | $20,415.00 |
| **MATTER TOTAL** | | 150.50 | $68,298.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #9  Claims Admin. (General)**                              Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 45.10 | $ 43,973.00 |
| **TOTAL PARTNER** | | 45.10 | $ 43,973.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 136.40 | $  78,430.00 |
| PAMELA S. DANGELO | 485 | 34.10 | 16,539.00 |
| FOLARIN S. DOSUNMU | 665 | 2.90 | 1,928.50 |
| IAN S. FREDERICKS | 665 | 93.30 | 62,044.50 |
| KELLAN GRANT | 680 | 25.00 | 17,000.00 |
| CANDICE KORKIS | 420 | 14.40 | 6,048.00 |
| JESSICA S. KUMAR | 525 | 103.00 | 54,075.00 |
| KELLY A. LAZAROFF | 485 | 42.70 | 20,710.00 |
| JASON M. LIBERI | 680 | 34.60 | 23,528.00 |
| SUNDEEP S. SIDHU | 420 | 51.40 | 21,588.00 |
| JARRETT VINE | 420 | 21.70 | 9,114.00 |
| **TOTAL ASSOCIATES** | | 559.50 | $311,005.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $185 | 7.30 | $  1,351.00 |
| LEGAL ASSISTANT @ | 186 | 0.50 | 93.00 |
| LEGAL ASSISTANT @ | 295 | 38.50 | 11,358.00 |
| **TOTAL LEGAL ASSISTANTS** | | 46.30 | $ 12,802.00 |
| **MATTER TOTAL** | | 650.90 | $367,780.00 |

B43E

MATTER #10  Claims Admin. (Reclamation/Trust Funds)        Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|---|---|---|---|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.20 | $1,170.00 |
| TOTAL PARTNER | | 1.20 | $1,170.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 3.70 | $ 2,128.00 |
| IAN S. FREDERICKS | 665 | 0.60 | 399.00 |
| TOTAL ASSOCIATES | | 4.30 | $2,527.00 |
| MATTER TOTAL | | 5.50 | $3,697.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

MATTER #15  Employee Matters (General)                Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $967 | 0.40 | $   386.98 |
| | 976 | 4.40 | 4,294.02 |
| TOTAL PARTNER | | 4.80 | $4,681.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.40 | $   230.00 |
| JESSICA S. KUMAR | 525 | 4.90 | 2,573.00 |
| TOTAL ASSOCIATES | | 5.30 | $2,803.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 0.60 | $   177.00 |
| TOTAL LEGAL ASSISTANTS | | 0.60 | $   177.00 |
| **MATTER TOTAL** | | 10.70 | $7,661.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #21  Insurance**                                  **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.70 | $1,658.00 |
| **TOTAL PARTNER** | | 1.70 | $1,658.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $656 | 0.30 | $   196.67 |
| | 667 | 2.00 | 1,333.33 |
| JARRETT VINE | 420 | 3.00 | 1,260.00 |
| **TOTAL ASSOCIATES** | | 5.30 | $2,790.00 |
| **MATTER TOTAL** | | 7.00 | $4,448.00 |

B43E

MATTER #24  Leases (Real Property)                          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.20 | $ 1,170.00 |
| **TOTAL PARTNER** | | 1.20 | $ 1,170.00 |
| **ASSOCIATES** | | | |
| FOLARIN S. DOSUNMU | $665 | 5.60 | $  3,724.00 |
| IAN S. FREDERICKS | 665 | 1.70 | 1,131.00 |
| KELLAN GRANT | 680 | 17.10 | 11,628.00 |
| CANDICE KORKIS | 420 | 7.60 | 3,192.00 |
| KELLY A. LAZAROFF | 483 | 0.40 | 193.00 |
| | 485 | 16.20 | 7,858.00 |
| | 486 | 0.50 | 243.00 |
| JASON M. LIBERI | 680 | 9.20 | 6,256.00 |
| CHRISTINE M. SZAFRANSKI | 573 | 1.50 | 858.89 |
| | 576 | 5.80 | 3,340.11 |
| JARRETT VINE | 420 | 0.60 | 252.00 |
| **TOTAL ASSOCIATES** | | 66.20 | $38,676.00 |
| **MATTER TOTAL** | | 67.40 | $39,846.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

MATTER #25  Litigation (General)                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 4.20 | $ 4,096.00 |
| **TOTAL PARTNER** | | 4.20 | $ 4,096.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $570 | 0.60 | $    342.08 |
|  | 577 | 2.00 | 1,153.92 |
| JOSHUA J. BUGAY | 420 | 69.20 | 29,064.00 |
| IAN S. FREDERICKS | 663 | 3.10 | 2,054.62 |
|  | 665 | 24.30 | 16,167.38 |
| YOSEF IBRAHIMI | 485 | 4.90 | 2,377.00 |
| JESSICA S. KUMAR | 527 | 0.30 | 158.00 |
| JASON M. LIBERI | 680 | 55.80 | 37,944.00 |
| SUNDEEP S. SIDHU | 420 | 59.80 | 25,116.00 |
| JARRETT VINE | 420 | 10.10 | 4,242.00 |
| **TOTAL ASSOCIATES** | | 230.10 | $118,619.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 1.40 | $    413.00 |
| LEGAL ASSISTANT @ | 296 | 0.30 | 88.83 |
| LEGAL ASSISTANT @ | 302 | 0.10 | 30.17 |
| **TOTAL LEGAL ASSISTANTS** | | 1.80 | $  532.00 |
| **MATTER TOTAL** | | 236.10 | $123,247.00 |

B43E

**MATTER #28  Nonworking Travel Time**                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.00 | $12,675.00 |
| **TOTAL PARTNER** | | 13.00 | $12,675.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $664 | 1.00 | $    664.13 |
| | 665 | 8.50 | 5,653.87 |
| **TOTAL ASSOCIATE** | | 9.50 | $ 6,318.00 |
| **MATTER TOTAL** | | 22.50 | $18,993.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #31  Reorganization Plan / Plan Sponsors**          Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.00 | $    575.00 |
| IAN S. FREDERICKS | 665 | 1.60 | 1,064.00 |
| KELLAN GRANT | 680 | 6.00 | 4,080.00 |
| JESSICA S. KUMAR | 524 | 5.30 | 2,779.71 |
| | 525 | 18.50 | 9,716.29 |
| JARRETT VINE | 420 | 14.40 | 6,048.00 |
| TOTAL ASSOCIATES | | 46.80 | $24,263.00 |
| **MATTER TOTAL** | | 46.80 | $24,263.00 |

B43E

MATTER #33  Retention / Fee Matters (SASM&F)              Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| CHRIS L. DICKERSON | $850 | 1.80 | $ 1,530.00 |
| **TOTAL PARTNER** | | 1.80 | $ 1,530.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 3.10 | $  2,062.00 |
| KELLAN GRANT | 680 | 5.40 | 3,672.00 |
| KELLY A. LAZAROFF | 485 | 9.80 | 4,753.00 |
| **TOTAL ASSOCIATES** | | 18.30 | $10,487.00 |
| **MATTER TOTAL** | | 20.10 | $12,017.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

MATTER #34  Retention / Fee Matters / Objections (Others)      Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.20 | $  195.00 |
| **TOTAL PARTNER** | | 0.20 | $  195.00 |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 3.70 | $ 2,461.00 |
| KELLAN GRANT | 680 | 1.60 | 1,088.00 |
| KELLY A. LAZAROFF | 487 | 0.30 | 146.00 |
| JARRETT VINE | 420 | 5.20 | 2,184.00 |
| **TOTAL ASSOCIATES** | | 10.80 | $5,879.00 |
| **MATTER TOTAL** | | 11.00 | $6,074.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #35   Secured Claims**                                    Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 7.10 | $4,083.00 |
| **TOTAL ASSOCIATE** | | 7.10 | $4,083.00 |
| **MATTER TOTAL** | | 7.10 | $4,083.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

MATTER #36  Tax Matters                              Bill No: 1309208

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| JODY J. BREWSTER | $995 | 17.40 | $ 17,313.00 |
| GREGG M. GALARDI | 975 | 5.90 | 5,753.00 |
| TOTAL PARTNERS | | 23.30 | $23,066.00 |
| **ASSOCIATES** | | | |
| JOSHUA J. BUGAY | $420 | 44.60 | $ 18,732.00 |
| IAN S. FREDERICKS | 665 | 11.50 | 7,648.00 |
| YOSEF IBRAHIMI | 485 | 16.30 | 7,906.00 |
| KELLY A. LAZAROFF | 487 | 0.30 | 146.00 |
| JASON M. LIBERI | 680 | 9.30 | 6,324.00 |
| JOHN P. MARSTON | 665 | 10.30 | 6,850.00 |
| SUNDEEP S. SIDHU | 420 | 9.00 | 3,780.00 |
| JARRETT VINE | 420 | 3.20 | 1,344.00 |
| TOTAL ASSOCIATES | | 104.50 | $52,730.00 |
| MATTER TOTAL | | 127.80 | $75,796.00 |

B43E

TIME SUMMARY - ALL MATTERS
CIRCUIT CITY STORES, INC. (DIP): through March 31, 2010

**MATTER #38  Utilities**                                          **Bill No: 1309208**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 6.40 | $3,680.00 |
| **TOTAL ASSOCIATE** | | 6.40 | $3,680.00 |
| **MATTER TOTAL** | | 6.40 | $3,680.00 |
| **CLIENT TOTAL** | | 1450.50 | $810,985.00 |

B43E

**Circuit City Stores, Inc. (DIP)**                          Bill Date: 04/05/10
**General Corporate Advice**                                 Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/03/10 | 0.90 | CALL WITH J. MARCUM REGARDING BOARD ISSUES ON CROWE (.4); DRAFT EMAIL LIST FOR J. MARCUM (.5). |
| GALARDI GM | 03/04/10 | 1.40 | PREPARE FOR AND ATTEND BOARD MEETING. |
| GALARDI GM | 03/05/10 | 1.30 | DRAFT EMAIL TO CROWE REGARDING BOARD STATUS AND REQUEST FOR INFORMATION (.6); REVIEW AND RESPOND TO EMAILS REGARDING SAME FROM CROWE AND OTHERS (.3); ADDRESS ACCUSATION (.4). |
| GALARDI GM | 03/06/10 | 2.40 | NUMEROUS CALLS AND EMAILS REGARDING CROWE RETENTION ISSUES. |
| GALARDI GM | 03/07/10 | 1.40 | BOARD CALL REGARDING CROWE RETENTION (1.1); FOLLOW-UP CALLS AND EMAILS REGARDING SAME (.3). |
| GALARDI GM | 03/10/10 | 0.40 | REVIEW, RESPOND AND ADDRESS ISSUES FOR BOARD MEETING ON 3/16. |
| GALARDI GM | 03/16/10 | 0.60 | BOARD UPDATE. |
| GALARDI GM | 03/31/10 | 0.40 | REVIEW AND COMMENT ON BOARD MINUTES (.3); REVIEW AND COMMENT ON EMAIL TO BOARD FROM A. SIEGEL (.1). |
| | | 8.80 | |
| **Total Partner** | | **8.80** | |
| FREDERICKS IS | 03/03/10 | 0.40 | REVIEW AND REVISE BOARD MINUTES (.4). |
| FREDERICKS IS | 03/08/10 | 0.70 | MULTIPLE CORRESPONDENCE TO AND FROM A. SIEGEL AND SKADDEN WORKING GROUP RE: CRO AND GOING FORWARD PROCEDURES (.7). |
| FREDERICKS IS | 03/11/10 | 2.20 | PREPARE, REVIEW AND REVISE MEMORANDUM REQUESTED BY AL SIEGEL (2.2). |
| FREDERICKS IS | 03/12/10 | 4.20 | REVIEW AND SUBSTANTIALLY REVISE MEMORANDUM REQUESTED BY AL SIEGEL OF ALL OPEN MATTERS (4.2). |
| FREDERICKS IS | 03/13/10 | 0.70 | REVIEW AND FINALIZE MEMORANDUM TO A. SIEGEL RE: OPEN MATTERS AND UPCOMING MATTERS (.7). |
| FREDERICKS IS | 03/30/10 | 1.30 | TELEPHONE CALL FROM K. BRADSHAW RE: VARIOUS CASE RELATED ISSUES AND ISSUES RELATED TO UPCOMING BOARD CALL (1.3). |
| | | 9.50 | |
| **Total Associate** | | **9.50** | |
| **TOTAL TIME** | | **18.30** | |

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 04/05/10**
**Asset Analysis and Recovery**                                        **Bill Number: 1309208**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/02/10 | 0.90 | REVIEW SETTLEMENT PROPOSALS FOR LG AND SAMSUNG (.6); EMAILS REGARDING SAME (.3). |
| GALARDI GM | 03/31/10 | 1.20 | REVIEW AND COMMENT ON MITSUIBISHI COMPLAINT (1.2). |
| | | **2.10** | |
| **Total Partner** | | **2.10** | |
| FREDERICKS IS | 03/02/10 | 1.70 | REVIEW AND REVISE DRAFT OF SUPPLEMENTAL 401K MOTION AND CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: SAME (1.7). |
| FREDERICKS IS | 03/03/10 | 3.20 | REVIEW TERMS OF PROPOSED SETTLEMENT W/ BELL RE: CANADA ISSUES (.3); CORRESPONDENCE TO AND FROM AND TELEPHONE CALL W/ M. MOSIER RE: SAME (.6); CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: SAME (.2); REVIEW AND REVISE VARIOUS RECEIVABLES AND PREFERENCE DEMAND LETTERS (1.4); REVIEW, REVISE AND FINALIZE MOTION FOR TURNOVER OF SUPPLEMENTAL 401K AND CORRESPONDENCE TO WORKING GROUP AND KCC RE: SAME (.7). |
| FREDERICKS IS | 03/30/10 | 0.80 | REVIEW ANALYSIS OF CANADIAN SALE PROCEEDS PREPARED BY FTI AND PARTICIPATE IN TELEPHONE CALL W/ B. CASHMAN RE: SAME (.8). |
| | | **5.70** | |
| VINE J | 03/16/10 | 1.10 | RESEARCH EMPLOYEE CONTRIBUTIONS FOR SUPP. 401(K) RE: SUPP. 401(K) MOTION RESPONSE (1.1). |
| VINE J | 03/17/10 | 0.40 | REVISE MEMO ON 401(K) RESPONSE (.4). |
| | | **1.50** | |
| **Total Associate** | | **7.20** | |
| **TOTAL TIME** | | **9.30** | |

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 04/05/10**
**Asset Dispositions (General)**                                       **Bill Number: 1309208**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 03/18/10 | 0.10 | TELEPHONE CALL WITH E. SUMMERS REGARDING IP ASSETS (.1). |
|  |  | 0.10 |  |
| **Total Associate** |  | **0.10** |  |
| **TOTAL TIME** |  | **0.10** |  |

B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 04/05/10**
**Asset Dispositions (Real Property)**                 **Bill Number: 1309208**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 03/08/10 | 0.40 | EMAILS WITH BIDDERS REGARDING WHITEHALL SALE. (.4). |
| GRANT K | 03/11/10 | 0.60 | TELECONFERENCE AND EMAILS WITH L. KATZ REGARDING WHITEHALL SALE. (.6). |
| GRANT K | 03/16/10 | 2.70 | PREPARED FOR AND CONDUCTED AUCTION FOR SALE OF WHITEHALL PROPERTY (2.2); EMAILS WITH COMMITTEE COUNSEL REGARDING SAME. (.5). |
| GRANT K | 03/17/10 | 1.30 | REVIEWED AUCTION TRANSCRIPT REGARDING WHITEHALL SALE (.8) AND EMAILS REGARDING SAME (.5). |
| GRANT K | 03/23/10 | 1.00 | DISCUSSIONS WITH M. PRUITT (.4) AND J. AVALLONE (.2) REGARDING DR1 SALE. EMAILS WITH BERKADIA COUNSEL REGARDING SAME (.4). |
| GRANT K | 03/25/10 | 1.50 | DISCUSSIONS AND ANALYSIS REGARDING DR1 SALE. (1.5). |
| GRANT K | 03/26/10 | 0.30 | CONTINUED ANALYSIS REGARDING DR1 SALE. (.3). |
| GRANT K | 03/29/10 | 1.90 | CONTINUED ANALYSIS REGARDING DR1 SALE, AND TELECONFERENCES REGARDING SAME (1.5); EMAILS WITH D MILLER AND B YOUNKER REGARDING SARASOTA EASEMENT SALE. (.4). |
| GRANT K | 03/30/10 | 1.80 | CONTINUED RESEARCH AND ANALYSIS REGARDING DR1 SALE (1.1); DISCUSSIONS WITH D. MILLER (.3), M. PRUITT (.2) AND J. LEININGER (.2) REGARDING SAME. |
| GRANT K | 03/31/10 | 1.50 | REVIEWED BID REGARDING DR1 AND EMAILS WITH D. MILLER AND J. AVALLONE REGARDING SAME (1.0); TELECONFERENCES WITH M. PRUITT REGARDING SAME. (.5). |
| | | **13.00** | |
| KORKIS C | 03/24/10 | 7.50 | RESEARCH ISSUES IN CONNECTION WITH GROUP LEASE AND DR1 SALE. |
| KORKIS C | 03/25/10 | 4.70 | RESEARCH ISSUES IN CONNECTION WITH GROUP LEASE AND DR1 SALE. |
| KORKIS C | 03/26/10 | 1.70 | RESEARCH ISSUES IN CONNECTION WITH GROUP LEASE AND DR1 SALE. |
| KORKIS C | 03/29/10 | 1.40 | RESEARCH ISSUES IN CONNECTION WITH GROUP LEASE AND DR1 SALE. |
| | | **15.30** | |
| LAZAROFF KA | 03/02/10 | 0.50 | TELECONFERENCE AND CORRESPONDENCE WITH INTERESTED PURCHASER OF WHITEHALL PROPERTY. |

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 03/04/10 | 0.50 | CORRESPONDENCE RE WHITEHALL PROPERTY TAXES AND OTHER ISSUES. |
| LAZAROFF KA | 03/05/10 | 0.30 | CORRESPONDENCE RE WHITEHALL SALE WITH INTERESTED PARTIES. |
| LAZAROFF KA | 03/08/10 | 0.20 | CORRESPONDENCE WITH BIDDER AND OTHER INTERESTED PARTIES RE WHITEHALL SALE. |
| LAZAROFF KA | 03/09/10 | 0.80 | DRAFT EMAILS REGARDING BIDS AND AUCTION DETAILS FOR VARIOUS PARTIES IN INTEREST RE WHITEHALL AND LOUISVILLE PROPERTIES. |
| LAZAROFF KA | 03/10/10 | 0.60 | PREPARATIONS FOR WHITEHALL AUCTION (.3) AND FOLLOW-UP CORRESPONDENCE WITH WHITEHALL AND LOUISVILLE INTERESTED PARTIES (.3). |
| LAZAROFF KA | 03/15/10 | 1.10 | REVIEW LEASE CLAIMS OF WHITEHALL BIDDER (.8); PREPARE FOR AUCTION (.2); TELECONFERENCE WITH BIDDER (.1). |
| LAZAROFF KA | 03/16/10 | 4.10 | DRAFT SCRIPT FOR WHITEHALL AUCTION (1); REVIEW AND RECONCILE CLAIMS OF WHITEHALL BIDDER AND SUMMARIZE THE SAME (.6); PREPARE AUCTION EXHIBITS (.4); ATTEND AUCTION (2); REVISE SALE ORDER (.1). |
| LAZAROFF KA | 03/17/10 | 1.50 | DRAFT HEARING SCRIPT FOR LOUISVILLE AND WHITEHALL SALES (1); CORRESPONDENCE REGARDING AMENDING WHITEHALL SALE ORDER AND PURCHASE AGREEMENT (.2); PREPARE DOCUMENTS FOR PRESENTATION AT HEARING AND FILING AND CORRESPONDENCE REGARDING THE SAME (.3). |
| LAZAROFF KA | 03/18/10 | 0.60 | TELEPHONICALLY ATTEND HEARING REGARDING SALE OF WHITEHALL AND LOUISVILLE PROPERTIES (.3); DRAFT CORRESPONDENCE TO PARTIES IN INTEREST REGARDING OUTCOME OF HEARING (.3). |
| LAZAROFF KA | 03/19/10 | 0.70 | CORRESPONDENCE REGARDING LOUISVILLE AND WHITEHALL SALES. |
| LAZAROFF KA | 03/25/10 | 1.20 | CALL WITH LOUISVILLE PROPERTY INTERESTED PARTIES REGARDING CLOSING ISSUES (.6); ANALYSIS OF ISSUES RELATED TO DR1 GROUND LEASE (.6). |
| LAZAROFF KA | 03/26/10 | 3.50 | RESEARCH AND ANALYSIS OF ISSUES RELATING TO DR1 GROUND LEASE REGARDING SALE. |
| LAZAROFF KA | 03/29/10 | 3.90 | RESEARCH REGARDING ISSUES RELATED TO DR1 GROUND LEASE REGARDING SALE. |
| | | **19.50** | |
| LIBERI JM | 03/03/10 | 0.40 | CONSIDER SALE ISSUES RE: CURRENTLY LEASED PROPERTY (0.4). |
| | | **0.40** | |
| **Total Associate** | | **48.20** | |

B43E

**TOTAL TIME**                      <u>48.20</u>

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 04/05/10**
**Business Operations / Strategic Planning**                           **Bill Number: 1309208**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/01/10 | 0.70 | CALL WITH MOSIER AND OTHERS REGARDING TRANSITION ISSUES AND PLANS FOR CRO/MARCUM. |
| GALARDI GM | 03/03/10 | 0.90 | CALLS AND EMAILS REGARDING CANADIAN SETTLEMENT AND IMPACT OF ARBITRATION (.4); REVIEW DOCUMENTS REGARDING SAME (.5). |
| GALARDI GM | 03/09/10 | 1.80 | CALLS WITH OSLER REGARDING CANADIAN TAX ISSUE (.6); FOLLOW-UP CALL WITH MONITOR COUNSEL AND PWC REGARDING SAME (.5); WORK ON AMALGAMATION STEPS (.7). |
| GALARDI GM | 03/10/10 | 0.70 | REVIEW AND RESPOND TO EMAILS REGARDING CANADIAN TAX RULING (.7). |
| GALARDI GM | 03/11/10 | 0.70 | CALLS AND EMAILS TO INSURANCE CLAIMANTS OF INTERTAN INC AND VENTOUX REGARDING RESOLUTION OF CLAIMS, INCLUDING CALLS WITH TRAVELERS AND OLD REPUBLIC. |
|  |  | **4.80** |  |
| **Total Partner** |  | **4.80** |  |
| **TOTAL TIME** |  | **4.80** |  |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 04/05/10
Case Administration                                     Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/02/10 | 0.70 | EMAILS WITH K. CORDRY REGARDING MOTION WITHDRAWAL (.1); REVIEW 401(K) MOTIONS AND EMAILS REGARDING SAME (.6). |
| GALARDI GM | 03/03/10 | 0.40 | WORK ON CROWE ENGAGEMENT MATTERS (.4). |
| GALARDI GM | 03/05/10 | 1.10 | REVIEW OPINION REGARDING RECEIPT (.6); ADDRESS APPLICATION TO PANASONIC (.3); CALLS AND EMAILS WITH D. HILMANSRZ REGARDING PANASONIC PROPOSAL (.2). |
| GALARDI GM | 03/09/10 | 0.80 | BEGIN WORK ON TRANSITION MEMO FOR SKADDEN AND ADVISE OTHER PROFESSIONALS REGARDING SAME FOR CRO. |
| GALARDI GM | 03/15/10 | 1.90 | REVIEW AND REVISE CASE STATUS MEMO FOR CRO (1.9). |
| GALARDI GM | 03/18/10 | 1.10 | ATTEND HEARING ON MISCELLANEOUS MATTERS (.6); EMAILS REGARDING TAX ISSUES (.1); BRIEFLY REVIEW FTI STATUS MEMO (.4). |
| | | 6.00 | |
| Total Partner | | 6.00 | |
| BAKER SK | 03/08/10 | 1.80 | CONFERENCE CALL REGARDING OMNIBUS HEARING (1.8). |
| BAKER SK | 03/12/10 | 0.60 | REVIEW AND REVISE EXHIBIT TO HEARING AGENDA (.4); CONFERENCE CALL REGARDING EQUITY INTERESTS (.2). |
| BAKER SK | 03/16/10 | 0.60 | REVIEW HEARING AGENDA REGARDING UPCOMING HEARING (.6). |
| BAKER SK | 03/18/10 | 0.10 | TELEPHONE CALL WITH J. ROBINSON REGARDING MONTHLY OPERATING REPORT (.1). |
| BAKER SK | 03/19/10 | 0.60 | REVIEW DRAFT HEARING AGENDA (.3); REVIEW REVISED CASE CALENDAR (.3). |
| BAKER SK | 03/22/10 | 0.20 | REVIEW UPDATED DRAFT HEARING AGENDA (.2). |
| BAKER SK | 03/23/10 | 0.10 | REVIEW CORRESPONDENCE REGARDING CASE MANAGEMENT MEETING (.1). |
| | | 4.00 | |
| BUGAY JJ | 03/03/10 | 1.90 | WORK ON PROJECT STATUS UPDATES AND BEGIN TO DRAFT MEMO RE: SAME. |
| BUGAY JJ | 03/05/10 | 1.90 | CONTINUE TO DRAFT MEMO RE: PROJECT STATUS UPDATE FOR NEW OFFICER'S REVIEW. |
| BUGAY JJ | 03/08/10 | 8.60 | CONTINUE TO DRAFT MEMO RE: PROJECT STATUS UPDATE. |
| BUGAY JJ | 03/09/10 | 3.20 | REVIEW AND REVISE PROJECT UPDATE MEMO. |

B43E