## EXHIBIT D-5

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| BUGAY JJ | 03/10/10 | 3.10 | COMPLETE DRAFT OF PROJECT MEMO. |
| BUGAY JJ | 03/15/10 | 3.10 | REVIEW AND REVISE PROJECT UPDATE MEMO. |
| | | **21.80** | |
| FREDERICKS IS | 03/01/10 | 5.40 | MULTIPLE CORRESPONDENCE TO AND FROM COMMITTEE AND CROWE RE: RESOLUTION OF VARIOUS CASE RELATED ISSUES, FINALIZE RELATED DOCUMENTS, AND COORDINATE FILING OF SAME (3.8); PARTICIPATE IN CONFERENCE CALL WITH UST AND OTHER RE: SAME (.6); WORK WITH MCGUIREWOODS ON FILING ALL DOCUMENTS (.3); MULTIPLE CORRESPONDENCE TO AND FROM AND CONFERENCE CALL WITH M. MOSIER AND J. MARCUM RE: TRANSITION AND RELATED ISSUES (.7). |
| FREDERICKS IS | 03/03/10 | 3.10 | REVIEW AND REVISE PROPOSED AGENDA (1.4); REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| FREDERICKS IS | 03/05/10 | 2.20 | PREPARE FOR CONTESTED OMNIBUS HEARING, INCLUDING REVIEWING ALL RELEVANT PLEADINGS (2.2). |
| FREDERICKS IS | 03/08/10 | 6.80 | PREPARE FOR AND ATTEND OMNIBUS HEARING ON VARIOUS MATTERS AND FOLLOW-UP DISCUSSIONS WITH CLIENT AND COUNSEL RE: SAME (6.8). |
| FREDERICKS IS | 03/10/10 | 2.10 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (2.1). |
| FREDERICKS IS | 03/12/10 | 1.80 | REVIEW AND REVISE AGENDA AND EXHIBIT A (1.8). |
| FREDERICKS IS | 03/15/10 | 1.60 | REVIEW AND REVISE DRAFT AGENDA FOR 3/18 HEARING AND RELATED EXHIBIT (1.6). |
| FREDERICKS IS | 03/18/10 | 3.40 | PREPARE FOR, ATTEND, AND PARTICIPATE IN OMNIBUS HEARING ON VARIOUS MATTERS (3.4). |
| FREDERICKS IS | 03/24/10 | 3.70 | REVIEW ALL PLEADINGS IN PREPARATION FOR CONTESTED HEARING AND PREPARE RELEVANT DOCUMENTS RELATED THERETO (3.7). |
| FREDERICKS IS | 03/25/10 | 7.40 | PREPARE FOR, ATTEND, AND PARTICIPATE IN OMNIBUS HEARING RE: VARIOUS CONTESTED MATTERS (7.4). |
| FREDERICKS IS | 03/30/10 | 1.70 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| | | **39.20** | |
| KUMAR JS | 03/02/10 | 0.60 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST REGARDING VARIOUS CASE ADMINISTRATION ISSUES (.6). |
| KUMAR JS | 03/26/10 | 0.70 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST REGARDING VARIOUS CASE ADMINISTRATION ISSUES (.7). |
| | | **1.30** | |

B43E

| LAZAROFF KA | 03/03/10 | 0.70 | DRAFT PROJECT STATUS MEMO FOR COMPANY'S TRANSITION TEAM. |
|---|---|---|---|
| | | **0.70** | |
| SIDHU SS | 03/01/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/09/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/10/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/11/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF FILINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/17/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTIONS OF CORRESPONDENCES AND PLEADINGS. |
| SIDHU SS | 03/18/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/23/10 | 1.30 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES (.5); DRAFT LETTERS TO CREDITORS SEEKING CLAIM UPDATES AND INFORMATION (.8). |
| SIDHU SS | 03/24/10 | 0.10 | DRAFT LETTER TO CREDITOR IN RESPONSE TO INFORMATION REQUEST (.1). |
| SIDHU SS | 03/29/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 03/30/10 | 0.30 | CONTACT KCC TO CORRECT CLAIMS LISTING (.1); REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES (.2). |
| SIDHU SS | 03/31/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | **3.80** | |
| VINE J | 03/03/10 | 0.50 | WORKED ON UPDATE ON MATTERS FOR CC MANAGEMENT. (.5). |
| VINE J | 03/08/10 | 0.10 | CONTINUED WORK ON MATTERS MEMO (.1). |
| VINE J | 03/11/10 | 0.70 | MEETING REGARDING INTERTAN, INC. CLAIMS ADMINISTRATION (.7). |
| VINE J | 03/17/10 | 1.30 | EMAIL RE: SETTLEMENT SUMMARY AND BEGIN DRAFTING SAME (1.3). |
| VINE J | 03/18/10 | 0.90 | EMAIL ON SETTLEMENT NEGOTIATION (.2); EDIT SETTLEMENT SUMMARY PER RESPONSES (.6). |
| VINE J | 03/19/10 | 1.00 | REVISE SETTLEMENT SUMMARY RE: RESPONSES AND EMAIL REGARDING SAME (1.0). |
| | | **4.50** | |
| **Total Associate** | | **75.30** | |

B43E

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 03/02/10 | 2.80 | REVIEW DOCKET RE: UPDATES TO 3-8 HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 3-8 AGENDA (.2); EDIT/REVISE 3-8 AGENDA (2.3). |
| HEANEY CM | 03/03/10 | 3.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO DRAFT AGENDA (.4); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); EDIT/REVISE HEARING AGENDA (2.9). |
| HEANEY CM | 03/04/10 | 3.40 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); EDIT/REVISE HEARING AGENDA (.9); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS (2.2). |
| HEANEY CM | 03/05/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO 3-8 HEARING AGENDA (.3); REVIEW AND ASSIST WITH FINAL REVISIONS TO AGENDA (.4); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.9). |
| HEANEY CM | 03/08/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); REVIEW CASE CALENDAR RE: UPDATES TO 3-18 HEARING MATTERS (.2). |
| HEANEY CM | 03/09/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8). |
| HEANEY CM | 03/10/10 | 3.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); COORDINATE WITH THIRD PARTIES RE: INITIAL EDITS TO 3-18 HEARING AGENDA (.4); EDIT/REVISE AGENDA (1.8); REVIEW CASE CALENDAR FOR UPDATES TO AGENDA (.3). |
| HEANEY CM | 03/11/10 | 2.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: REVISION TO 3-18 HEARING AGENDA (.4); EDIT/REVISE HEARING AGENDA (1.4); COORDINATE WITH THIRD PARTIES RE: UPDATES TO MASTER SERVICE LISTS (.1). |
| HEANEY CM | 03/12/10 | 4.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: ADDITIONAL EDITS TO 3-18 HEARING AGENDA (.6); REVIEW DRAFT EXHIBIT TO AGENDA FOR REORGANIZATION OF AGENDA (.8); EDIT/REVISE AGENDA (2.9); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.2). |
| HEANEY CM | 03/15/10 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); ASSIST ATTORNEYS WITH PREPARATION OF 3-18 HEARING AGENDA (1.1); OBTAIN AND ORGANIZE DOCUMENTS FOR HEARING BINDERS (.7). |

B43E

| HEANEY CM | 03/16/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); ORGANIZE AND PREPARE HEARING BINDERS FOR 3-18 HEARING (1.2). |
| --- | --- | --- | --- |
| HEANEY CM | 03/17/10 | 2.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CALENDAR AND 3-25 HEARING AGENDA FOR STATUS UPDATES (.9); COORDINATE WITH THIRD PARTIES RE UPDATES TO AGENDA (.3); EDIT/REVISE AGENDA (1.4). |
| HEANEY CM | 03/18/10 | 2.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.8); COORDINATE WITH THIRD PARTIES RE: EDIT/REVISIONS TO 3-25 HEARING AGENDA (.3); EDIT/REVISE AGENDA (1.3). |
| HEANEY CM | 03/19/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO 3-25 HEARING MATTERS AND CASE FILES (.4); COORDINATE WITH THIRD PARTIES RE: EDIT TO AGENDA (.4); EDIT/REVISE HEARING AGENDA (.9); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 03/22/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); ASSIST WITH REVISIONS TO 3-25 HEARING AGENDA (.6). |
| HEANEY CM | 03/23/10 | 2.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS FOR 3-25 HEARING (1.9). |
| HEANEY CM | 03/24/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 4-6 HEARING AGENDA (.6); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO HEARING AGENDA (.2). |
| HEANEY CM | 03/25/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 03/26/10 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 4-6 AGENDA (.2); EDIT/REVISE AGENDA (.2). |
| HEANEY CM | 03/29/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 4-6 HEARING AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 03/30/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: EDIT TO 4-6 HEARING AGENDA (.2); EDIT/REVISE HEARING AGENDA (.7). |

B43E

| HEANEY CM | 03/31/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE SERVICE OF AGENDA WITH THIRD PARTIES (.1); EDIT/REVISE AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE DOCUMENTS ON THIRD PARTIES (.2). |
| | | **44.50** | |
| LAMANNA WK | 03/03/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 03/05/10 | 1.50 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 03/08/10 | 0.20 | BEGIN DRAFT OF 3/18/10 HEARING AGENDA. |
| LAMANNA WK | 03/09/10 | 2.80 | EDIT/REVISE 3/18/10 HEARING AGENDA (2.6); UPDATE AND REVIEW COURT DOCKET (0.2). |
| LAMANNA WK | 03/11/10 | 0.70 | REVIEW COURT DOCKET (0.2); CALENDAR CRITICAL DATES (0.5). |
| LAMANNA WK | 03/12/10 | 2.40 | CONTINUE TO REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (2.2); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 03/15/10 | 1.50 | DRAFT 3/25/10 HEARING AGENDA. |
| LAMANNA WK | 03/16/10 | 3.50 | CONTINUE TO EDIT 3/25/10 HEARING AGENDA (2.6); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.9). |
| LAMANNA WK | 03/17/10 | 0.90 | REVIEW COURT DOCKET/CASE DOCUMENTS AND CALENDAR CRITICAL DATES (0.6). |
| LAMANNA WK | 03/18/10 | 1.50 | REVIEW COURT DOCUMENTS AND CALENDAR CRITICAL DATES. |
| LAMANNA WK | 03/19/10 | 1.10 | REVIEW COURT DOCKETS IN MAIN CASE AND ADVERSARY PROCEEDINGS AND CALENDAR CRITICAL DATES (0.9); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 03/22/10 | 1.80 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.2); BEGIN DRAFT OF APRIL 6 HEARING AGENDA (1.6). |
| LAMANNA WK | 03/23/10 | 1.20 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE (0.9). |
| LAMANNA WK | 03/24/10 | 2.10 | REVIEW COURT DOCKET AND CASE DOCUMENTS (0.3); CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.8). |
| LAMANNA WK | 03/26/10 | 3.40 | REVIEW COURT DOCKETS IN MAIN CASE AND ADVERSARY PROCEEDINGS (0.2); SET UP THREE NEW ADVERSARY CASES AND TWO APPEALS (0.9); CALENDAR CRITICAL DATES (1.6); REVIEW SCHEDULING ORDER AND CALENDAR TRIAL-RELATED DATES (0.4); PREPARE CASE CALENDARS AND DISTRIBUTE TO TEAM (0.3). |

B43E

24.70

**Total Legal Assistant**          69.20

**TOTAL TIME**                    <u>150.50</u>

.

B43E

**Circuit City Stores, Inc. (DIP)**  
**Claims Admin. (General)**

**Bill Date: 04/05/10**  
**Bill Number: 1309208**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/01/10 | 2.30 | BEGIN REVIEWING AND REVISING WEIDLER OBJECTION/SUMMARY RESOLUTION (1.9); REVIEW AND ANALYZE PANSONIC EMAIL REGARDING CLAIMS SETTLEMENT (.4). |
| GALARDI GM | 03/02/10 | 1.70 | REVIEW DRAFT OBJECTION TO WEIDLER CLAIM (.8); REVIEW UNDERLYING DOCUMENTS (.4); BEGIN REVISING WEIDLER OBJECTION (.2); REVIEW EMAIL SUMMARY OF CLAIMS STATUS (.3). |
| GALARDI GM | 03/03/10 | 2.70 | ANALYZE SAMSUNG CLAIMS (.6); CALLS AND EMAILS REGARDING SETTLEMENT RE: SAMSUNG AND MEETING (.3); REVIEW AND COMMENT ON EMAIL REGARDING LG SETTLEMENT PROPOSAL (.4); CONTINUE WORKING ON WEIDLER OBJECTION/MOTION (.5); REVIEW AND COMMENT ON EMAIL TO COMMITTEE REGARDING PANASONIC PROPOSAL (.6); REVIEW AND ANALYZE PANASONIC PROPOSAL (.3). |
| GALARDI GM | 03/04/10 | 1.40 | REVIEW AND COMMENT ON EMAILS REGARDING PANASONIC SETTLEMENT PROPOSALS (.3); REVIEW AND COMMENT ON 57TH OMNIBUS REPLY (.9); REVIEW AND COMMENT ON 56TH OMNIBUS REPLY (.2). |
| GALARDI GM | 03/07/10 | 1.10 | BEGIN REVIEWING MATERIALS FOR PANANSONIC AND ADMINISTRATIVE CLAIMS HEARING (1.1). |
| GALARDI GM | 03/08/10 | 9.40 | PREPARE FOR, ATTEND AND REPRESENT COMPANY AT HEARING ON PANASONIC, ADMINISTRATIVE AND OTHER CLAIMS MATTERS (2.6); REVIEW AND REVISE RESPONSE TO MOTIONS FOR INTERLOCUTORY APPEALS (6.8). |
| GALARDI GM | 03/10/10 | 1.90 | REVIEW CLAIMS REGISTRY FOR INTERTAN AND VENTOUX AND CONTINUE WORKING ON RESOLVING FOR CANADIAN AMALGAMATION (1.1); REVIEW AND COMMENT ON FTI WATERFALL AND LIQUIDATION ANALYSIS (.8). |
| GALARDI GM | 03/11/10 | 5.60 | REVIEW AND PROVIDE INITIAL COMMENTS ON WEIDLER OBJECTION. |
| GALARDI GM | 03/15/10 | 4.70 | REVIEW AND CONTINUE TO REVISE WEIDLER SUMMARY JUDGMENT MOTION (4.7). |
| GALARDI GM | 03/16/10 | 4.30 | REVIEW, REVISE WEIDLER BRIEFS (3.7); REVIEW UPDATED WATERFALL AND LIQUIDATION ANALYSIS GIVEN RECENT ORDERS (.6). |
| GALARDI GM | 03/17/10 | 1.40 | REVIEW MATERIALS AND PREPARE FOR 3/18 HEARING (1.1); WORK ON FUTURE CLAIMS OBJECTION STRATEGY (.3). |

B43E

| GALARDI GM | 03/18/10 | 1.90 | ATTEND CLAIMS MEETING (1.1); REVIEW AND ANALYZE CLASS ACTION RESPONSE TO SUMMARY JUDGMENT MOTION AND SUPPLEMENTAL OBJECTION (.6); REVIEW EMAILS REGARDING PANSONIC COMPETING ORDER (.2). |
|---|---|---|---|
| GALARDI GM | 03/19/10 | 1.30 | MEETING WITH SAMSUNG REGARDING SETTLEMENT (.6); CALLS AND EMAILS REGARDING SAME (.3); FOLLOW-UP REGARDING ADDITIONAL CLAIMS MATTERS TO ADDRESS IN FUTURE OBJECTION WITH K. BRADSHAW (.4). |
| GALARDI GM | 03/25/10 | 3.80 | PREPARE FOR, ATTEND AND REPRESENT COMPANY AT HEARING ON EMPLOYEE ADMIN CLAIMS AND CLASS ACTION PRIORITY CLAIMS (3.8). |
| GALARDI GM | 03/31/10 | 1.60 | REVIEW AND COMMENT ON OBJECTION TO NY TAX CLAIM (.9); REVIEW AND BEGIN ANALYZING SUMMARY JUDGMENT MOTION REGARDING 37TH OMNIBUS OBJECTION (.7). |
| | | **45.10** | |
| **Total Partner** | | **45.10** | |
| BAKER SK | 03/01/10 | 3.20 | REVIEW CORRESPONDENCE REGARDING MITAC DIGITAL CORPORATION (.2); CONFERENCE CALL WITH MONARCH CAPITAL FUNDING (.2); TELEPHONE CALL WITH E. GREEN REGARDING ADMINISTRATIVE BAR DATE NOTICE (.2); TELEPHONE CALL WITH E. GERSHBEIN REGARDING ONKYO SETTLEMENT AGREEMENT (.2); REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING AGREEMENT TO SETTLE DEBTORS' 48TH OMNIBUS OBJECTION (.1); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING AGREEMENT TO SETTLE DEBTORS 48TH OMNIBUS OBJECTION (.1); DRAFT PROPOSED STIPULATION AND SETTLEMENT AGREEMENT REGARDING DEBTORS' 48TH OMNIBUS OBJECTION TO CLAIMS (2.1); REVIEW CORRESPONDENCE FROM L. MCCONAHA REGARDING DEBTORS RECEIVABLES (.1). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 03/02/10 | 2.70 | DRAFT CORRESPONDENCE TO M. MUELLER REGARDING DIGITAL INNOVATIONS CLAIMS AND DEBTORS' SETOFFS (.2); DRAFT CORRESPONDENCE TO A. BURNETT REGARDING NYKO'S CLAIMS AND DEBTORS' SETOFFS (.2); DRAFT CORRESPONDENCE TO I. CHEN REGARDING ACTIONTEC'S CLAIMS AND DEBTORS' SETOFFS (.2); DRAFT CORRESPONDENCE TO C. BERMAN REGARDING FUJITSU'S CLAIM AND DEBTORS' SETOFFS (.2); TELEPHONE CALL WITH P. GREENBERG REGARDING PREMIER RESOURCES' ADMINISTRATIVE CLAIM (.2); TELEPHONE CALL WITH B. POPE REGARDING NOTICE OF 2ND ADMINISTRATIVE BAR DATE (.2); TELEPHONE CALL WITH C. BRISTOW REGARDING NOTICE OF 2ND ADMINISTRATIVE BAR DATE (.1); DRAFT CORRESPONDENCE TO R. FREENY REGARDING SIMA PRODUCTS COUP'S CLAIMS AND DEBTORS' SETOFFS (.2); REVISE PROPOSED SETTLEMENT AGREEMENT REGARDING VONWIN AND SALAMANDER 503(B)(9) CLAIMS (.6); REVIEW CORRESPONDENCE FROM M. MULLER REGARDING DIGITAL INNOVATIONS CLAIMS (.1) REVIEW CORRESPONDENCE REGARDING LOGITECH VENDOR DEMAND LETTER (.1); TELEPHONE CALL WITH M. MUELLER REGARDING DIGITAL INNOVATIONS CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING STIPULATION OBJECTION DEADLINES BYPASSING (.2). |
| BAKER SK | 03/03/10 | 6.10 | DRAFT CORRESPONDENCE TO J. KIRK REGARDING LOGITECH CLAIMS AND RECEIVABLES (.5); TELEPHONE CALL WITH J. STAHLER REGARDING DEBTORS SOIL OMNIBUS OBJECTION (.2); REVIEW CORRESPONDENCE FROM N. CAMPBELL REGARDING ADMINISTRATIVE BAR DATE NOTICE(.1); TELEPHONE CALL WITH D. RUBY REGARDING DEBTORS' 58TH OMNIBUS OBJECTION TO CLAIMS (.2); REVISE AGREEMENT TO SETTLE DEBTORS' 48TH OMNIBUS OBJECTION AS TO SALAMANDER (.4); REVISE LINKSYS DEMAND LETTER (1.1); REVIEW DEBTORS' DOCUMENTS IN SUPPORT OF LINKSYS CLAIMS DEDUCTIONS (.6); REVIEW DOCUMENTS IN SUPPORT OF NYKO SETOFF AND PREFERENCE DEMAND LETTERS (1.6); REVIEW CLAIMS REGARDING DETERMINE FUTURE BASIS FOR OBJECTION OR ALLOWANCES (1.4). |
| BAKER SK | 03/04/10 | 3.60 | REVISE NYKO DEMAND LETTER (.9); REVIEW CORRESPONDENCE REGARDING THQ INC CLAIMS (.2); REVIEW AND REVISE MI TAC DIGITAL DEMAND LETTER (.8); REVIEW VARIOUS SETTLEMENT AGREEMENTS AND DRAFT CORRESPONDENCE TO KCC REGARDING CHANGES TO MASTER CLAIMS REGISTRY (1.7). |

B43E

BAKER SK          03/05/10          5.60     REVIEW CORRESPONDENCE FROM E. GERSHBEIN
                                             REGARDING SETTLEMENT AGREEMENTS (.1);
                                             TELEPHONE CALL WITH C. GROSMAN
                                             RESOLUTION OF VENDER DEMAND LETTER
                                             (.2); DRAFT CORRESPONDENCE REGARDING
                                             FUJITSU TEN DEMAND LETTER (.1); REVIEW
                                             DOCUMENTS IN SUPPORT OF DEDUCTIONS TO
                                             TELEDYNAMICS CLAIMS (1.1); TELEPHONE
                                             CALL WITH A. LIPKIND REGARDING VENDR
                                             DEMAND LETTER (.2); REVIEW DIGITAL
                                             INNOVATIONS CLAIMS AND PROPOSED
                                             SETTLEMENT AGREEMENT (.8); DRAFT
                                             SUPPLEMENTAL ORDER TO DEBTORS' 15TH
                                             OMNIBUS OBJECTION (.7); REVIEW
                                             DOCUMENTS TO BE PRODUCED TO BUENA VISTA
                                             (1.2); REVIEW FEMA VENDOR CONTACTS
                                             REGARDING SUPPORT FOR DEBTOR SET OFF
                                             RECEIVABLES (1.2).

BAKER SK          03/08/10          5.60     REVIEW CORRESPONDENCE REGARDING NO
                                             LIABILITY OBJECTION (.2); REVIEW
                                             PREFERENCE AND CLAIM REDUCTION DATA
                                             REGARDING FUJITSU DEMAND LETTER (.9);
                                             DRAFT CORRESPONDENCE TO C. BERMAN
                                             REGARDING FUJITSU DEMAND LETTER (.2);
                                             DRAFT PROPOSED SETTLEMENT AGREEMENT
                                             REGARDING DEBTORS 50TH OMNIBUS
                                             OBJECTION TO SIMA'S ADMINISTRATIVE
                                             CLAIM (.8); REVIEW ADDITIONAL DOCUMENTS
                                             IN SUPPORT OF SETOFF AGAINST FEMA CLAIMS
                                             (1.1); DRAFT FROM LETTER REGARDING
                                             DEDUCTION FROM UNLIQUIDATED CLAIMS
                                             (.9); REVIEW CLAIMS FILED BY SERVICES
                                             MEDIA SUBJECT TO DEBTORS 67TH OMNIBUS
                                             OBJECTION (.4); TELEPHONE CALL WITH M.
                                             LILLY REGARDING SERVICES MEDIA CLAIMS
                                             (.1); REVIEW REVISED EXHIBIT TO
                                             SUPPLEMENTAL ORDER OR DEBTORS'  50TH
                                             OMNIBUS OBJECTION (.2); REVIEW AND
                                             ANALYZE CLAIMS SUBJECT TO PROPOSED NO
                                             LIABILITY OBJECTION (.6); DRAFT
                                             CORRESPONDENCE TO E. GERSHBEIN
                                             REGARDING SERVICES MEDIA CLAIMS (.1);
                                             DRAFT CORRESPONDENCE TO M. LILY
                                             REGARDING SERVICES MEDIA CLAIMS (.1).

B43E

| BAKER SK | 03/09/10 | 7.60 | REVIEW CORRESPONDENCE REGARDING ADJUSTMENTS TO OMNIBUS OBJECTION 67(.1); TELEPHONE CALL WITH C. ALVANT REGARDING NOTICE OF SECOND ADMINISTRATIVE DEADLINE (.1); TELEPHONE CALL WITH K. BARKSDALE AND H. FERGUSON REGARDING RESOLUTION OF VARIOUS CLAIMS (.6); DRAFT CORRESPONDENCE REGARDING BUENA VISTA DEMAND LETTER (.1); REVISE DRAFT OF SETTLEMENT AGREEMENT WITH SIMA PRODUCTS CORPORATE (.5); REVIEW CORRESPONDENCE REGARDING POTENTIAL SETTLEMENT OF NYKO CLAIMS (.2); PREPARE FOR CONFERENCE CALL REGARDING POTENTIAL SETTLEMENT OF NYKO CLAIMS (1.1); CONFERENCE CALL REGARDING POTENTIAL SETTLEMENT OF NYKO CLAIMS (.7); TELEPHONE CALL WITH E. GERSHBEIN REGARDING TRANSFER OF CLAIMS (.2); REVISE SALAMANDER PROPOSED SETTLEMENT AGREEMENT (.8); REVISE DRAFT VENDOR DEMAND LETTERS (3.2). |
| BAKER SK | 03/10/10 | 7.80 | UPDATE CONNECTION AND DISCLOSURE RESEARCH REGARDING 502(D) APPEALS (.8); DRAFT CORRESPONDENCE TO L. MCCONAHA REGARDING THOMSON RECEIVABLES (.1); DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING SIMA STIPULATION (.1); DRAFT CORRESPONDENCE TO M. WINSHUL REGARDING SALAMANDER SETTLEMENT PROPOSAL (.2); REVISE MITAC DIGITAL DEMAND LETTER (.4); TELEPHONE CALL WITH T. AJMERA REGARDING IMAGINATION ENTERTAINMENT RECEIVABLES (.2); TELEPHONE CALL WITH E. GERSHBEIN REGARDING SERVICE OF BAR DATE NOTICE (.1); REVISE VARIOUS VENDOR DEMAND LETTERS (5.7); REVIEW CORRESPONDENCE FROM S. CHENETZ REGARDING SPHE SETTLEMENT AGREEMENT (.1) DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING SPHE SETTLEMENT AGREEMENT (.1). |
| BAKER SK | 03/11/10 | 4.90 | TELEPHONE CALL WITH K. BARKSDALE REGARDING ARCHOS DEMAND LETTER (.2); REVIEW RESPONSES TO DEBTORS' 57TH AND 58TH OMNIBUS OBJECTION (1.3); DRAFT CORRESPONDENCE TO VARIOUS PARTIES SUBJECT TO 57TH AND 58TH OBJECTIONS REGARDING POSSIBLE RESOLUTION OF OBJECTIONS (.6); REVISE VARIOUS VENDOR DEMAND LETTERS (2.8). |

.

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 03/12/10 | 5.30 | DRAFT CORRESPONDENCE REGARDING SIMA STIPULATION (.1); TELEPHONE CALL REGARDING THOMSON RECEIVABLES (.2); TELEPHONE CALL WITH T. GUA REGARDING LINKSYS DEMAND LETTER (.2); REVIEW CORRESPONDENCE FROM I. CHAN REGARDING ACTIONTEC RECEIVABLES (.1); REVIEW CORRESPONDENCE FROM R. FRANKLIN REGARDING NETGEAR CLAIM DEDUCTIONS (.1); TELEPHONE CALL REGARDING ENVISION DEMAND LETTER (.2); REVISE VENDOR DEMAND LETTERS (4.4). |
| BAKER SK | 03/15/10 | 8.00 | REVISE ENVISION VENDOR DEMAND LETTER (.3); REVIEW CORRESPONDENCE REGARDING DIGITAL INNOVATIONS CLAIMS (.1); REVIEW SALAMANDER STIPULATION AND SETTLEMENT AGREEMENT (.2); DRAFT STIPULATION AND SETTLEMENT AGREEMENT REGARDING ACTIONTEC AND OMNIBUS OBJECTION 48 (1.1); REVIEW DOCUMENTS AND PREFERENCE ANALYSIS IN SUPPORT OF LINKSYS DEMAND LETTER (1.6); DRAFT CORRESPONDENCE TO T. GUA REGARDING LINKSYS DEMAND LETTER (.3); TELEPHONE CALL WITH C. PRESS REGARDING TELEDYNAMICS RECONCILIATION (.2); DRAFT MOTION OF SETTLEMENT REGARDING VON WIN AND SALAMANDER (.8); DRAFT NOTICE OF SETTLEMENT OF SIMA ADMINISTRATIVE EXPENSE CLAM AND DEBTORS 50TH OMNIBUS OBJECTION (.7); REVISE VARIOUS VENDOR DEMAND LETTERS (2.7). |
| BAKER SK | 03/16/10 | 6.70 | TELEPHONE CALL WITH J. MORGAN REGARDING DEBTORS 48TH OMNIBUS OBJECTION (.2); DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING ACTIONTEC SETTLEMENT (.1); TELEPHONE CALL WITH H. FERGUSON REGARDING MISCELLANEOUS VENDOR DEMAND LETTERS (.2); CONFERENCE CALL WITH COUNSEL FOR SANDISK REGARDING DEBTORS' 58TH OMNIBUS OBJECTIONS (.7); REVIEW ONKYO STIPULATION REGARDING UPDATE CLAIMS WATERFALL (.4); TELEPHONE CALL WITH C. DJUNG REGARDING THQ CLAIMS (.2); REVIEW AND REVERSE VARIOUS VENDOR DEMAND LETTERS (3.6); CONNECTION AND DISCLOSURE RESEARCH REGARDING PARTIES APPEALING 502(D) MEMORANDUM OPINION (1.2). |

B43E

| BAKER SK | 03/17/10 | 3.70 | TELEPHONE CALL WITH COUNSEL FOR SNELL ACOUSTICS REGARDING 57TH AND 58TH OMNIBUS OBJECTIONS (.2); TELEPHONE CALL WITH G. SIGEL REGARDING DEBTORS'48TH OMNIBUS OBJECTIONS TO CLAIMS (.2); REVISE NOTICE OF VONWIN SETTLEMENT (.4); TELEPHONE CALL WITH H. FERGUSON REGARDING ACTIONTEC (.1); REVIEW SUPPLEMENTAL ORDERS ON DEBTORS' 5TH AND 33RD OMNIBUS OBJECTIONS TO CLAIMS (.3); DRAFT CORRESPONDENCE TO E. GERSHBEIN REGARDING MODIFICATIONS TO CLAIMS REGISTRY (.2); REVIEW SNELL ACOUSTICS PROOFS OF CLAIM AND RESPONSES TO OMNIBUS OBJECTIONS REGARDING POTENTIAL SETTLEMENT (1.2); DRAFT CORRESPONDENCE TO L. NEMEROV REGARDING MODIFICATIONS TO CLAIMS WATERFALL (.2); CONNECTION AND DISCLOSURE RESEARCH REGARDING APPEAL OF 502(D) MEMORANDUM OPINION (1.1). |
| BAKER SK | 03/18/10 | 5.10 | DRAFT CORRESPONDENCE TO L. NEMERCO REGARDING ACCO BRANDS (.1); DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING ACCO BRANDS (.1); TELEPHONE CALL WITH K. BARKSDALE REGARDING ACTIONTEC CLAIM DEDUCTIONS (.2); REVIEW ACTIONTEC CLAIM SUMMARIES AND PROOFS OF CLAIM (.4); DRAFT CORRESPONDENCE TO I. CHAN REGARDING POSSIBLE RESOLUTION OF CLAIMS OBJECTIONS (.2); REVIEW CORRESPONDENCE FROM I. CHEN REGARDING POSSIBLE RESOLUTIONS OF ACTIONTEC'S CLAIMS (.1); TELEPHONE CALL WITH T. GRAN REGARDING SEAGATE TECHNOLOGIES DEMAND LETTER (.2); REVIEW DOCUMENTS IN SUPPORT OF DEDUCTIONS FROM THQ CLAIMS (1.2); DRAFT CORRESPONDENCE TO C.DJANG REGARDING THQ CLAIMS (.2); REVIEW VARIOUS SUPPLEMENTAL ORDERS AND DRAFT CORRESPONDENCE REGARDING MODIFICATION TO CLAIMS (2.4). |
| BAKER SK | 03/19/10 | 7.30 | TELEPHONE CALL WITH K. BARKSDALE REGARDING ACTIONTEC CLAIMS (.2); REVIEW CORRESPONDENCE FROM SCHENETZ REGARDING SPHE STIPULATION (.1); REVIEW CORRESPONDENCE FROM L. MCCONAHA REGARDING VENDOR DEMAND LETTER (.1); REVIEW EXECUTED SIMA SETTLEMENT AND PREPARE NOTICE FOR FILING (.6). REVIEW AND REVISE VENDOR DEMAND LETTERS (5.8); REVIEW CORRESPONDENCE REGARDING ARCHOS DEMAND LETTER (.1); TELEPHONE CALL REGARDING MARBLEGATE CLAIMS (.2); TELEPHONE REGARDING ACTIONTEC PRICING DISCREPANCIES ON PROOFS OF CLAIMS (.2). |

B43E

BAKER SK          03/22/10        7.60      REVIEW DOCUMENTS IN SUPPORT OF SEAGATE
                                            DEMAND LETTER (1.2); DRAFT
                                            CORRESPONDENCE TO T. GAA AND G. HECK
                                            REGARDING SEAGATE CLAIMS (.2); REVIEW
                                            VARIOUS STIPULATIONS AND ORDERS
                                            MODIFYING CLAIMS (.8); DRAFT
                                            CORRESPONDENCE TO KCC & FIT REGARDING
                                            MODIFIED CLAIMS (.2); REVIEW
                                            CORRESPONDENCE REGARDING MINER FLEET
                                            STIPULATION (.2); REVIEW
                                            CORRESPONDENCE FROM G. HECK REGARDING
                                            SEAGATE DEMAND LETTERS (.1); REVIEW
                                            ADDITIONAL DOCUMENTS IN SUPPORT OF
                                            DEDUCTIONS TO THOMSON INC'S CLAIMS
                                            (.7); DRAFT CORRESPONDENCE TO L.
                                            MCCONAHA REGARDING THOMSON CLAIM
                                            DEDUCTIONS (.2); DRAFT CORRESPONDENCE
                                            TO W. GRAG REGARDING DEBTORS 57TH AND
                                            58TH OMNIBUS OBJECTIONS TO CLAIMS (.3);
                                            REVIEW AND REVISE VENDOR DEMAND LETTERS
                                            (3.3); TELEPHONE CALL WITH H. FERGUSON
                                            REGARDING DEBTORS 58TH OMNIBUS
                                            OBJECTION TO CLAIMS (.2); REVIEW
                                            CORRESPONDENCE REGARDING PROPOSED
                                            DIGITAL INNOVATIONS STIPULATIONS (.1);
                                            REVIEW CORRESPONDENCE REGARDING
                                            RECONCILIATION OF LENOVO RECEIVABLES
                                            (.1).

BAKER SK          03/23/10       10.00      REVIEW CORRESPONDENCE FROM M. WINSCHUL
                                            REGARDING FCMA AND IMAGINATION
                                            RECEIVABLES (.2); REVIEW SPHE'S
                                            REVISIONS TO PROPOSED STIPULATION (.5);
                                            DRAFT CORRESPONDENCE TO C. H. FERGUSON
                                            REGARDING SPHE STIPULATION (.2);
                                            TELEPHONE CALL REGARDING AVERATEC
                                            DEMAND LETTER (.1); REVISE MEMORANDUM
                                            REGARDING STATUS OF INFORMAL DISCOVERY
                                            TO OMINIS 48, 49 AND 50 (2.6); TELEPHONE
                                            CALL WITH R. STERLING REGARDING MATTERS
                                            SCHEDULED FOR HEARING (.2); REVIEW
                                            DOCUMENTS IN SUPPORT OF DEMAND LETTER TO
                                            ARCHOS (.6); DRAFT CORRESPONDENCE TO
                                            COUNSEL FOR ARCHOS REGARDING DISCOVERY
                                            (.2); CONNECTION AND DISCLOSURE
                                            RESEARCH REGARDING APPEAL OF 502(D)
                                            RULING (5.4).

B43E

BAKER SK       03/24/10       7.10    REVIEW CORRESPONDENCE FROM H. HECK
                                      REGARDING PLANTRONICS CLAIMS (.1);
                                      REVIEW CORRESPONDENCE REGARDING
                                      ENVISION PERIPHERALS CLAIMS (.2); DRAFT
                                      CORRESPONDENCE TO A. BURNETT REGARDING
                                      NYKO DEMAND LETTER (.2); REVIEW
                                      SUPPLEMENTAL ORDER REGARDING DEBTORS
                                      20TH OMNIBUS OBJECTION TO CLAIMS (.2);
                                      DRAFT CORRESPONDENCE TO M. O'LOUGHLIN
                                      REGARDING CLAIMS WATERFALL (.1); REVIEW
                                      DOCUMENTS TO BE PRODUCED IN SUPPORT OF
                                      ACCO DEMAND LETTER (.7); DRAFT
                                      CORRESPONDENCE TO COUNSEL FOR ACCO
                                      (.1); DRAFT SUMMARY OF RECENT
                                      STIPULATIONS REGARDING UPDATE OF CLAIMS
                                      WATERFALL (1.1); REVIEW NAMSUNG
                                      PREFERENCE ANALYSIS (.4); REVISE SONY
                                      PICTURES STIPULATION (.3); DRAFT
                                      CORRESPONDENCE REGARDING NAMSUNG
                                      PREFERENCE ANALYSIS (.1); REVIEW
                                      CORRESPONDENCE FROM H.FERGUSON
                                      REGARDING ALTEC LANSING TECHNOLOGIES
                                      CLAIM (.1); BEGIN DRAFT OF SNELL
                                      ACOUSTICS STIPULATION (1.2);
                                      CONNECTION AND DISCLOSURE RESEARCH
                                      REGARDING 502(D) APPEAL (2.3).

BAKER SK       03/25/10       6.70    REVIEW CORRESPONDENCE REGARDING SPHE
                                      STIPULATION (.1); REVIEW
                                      CORRESPONDENCE REGARDING NAMSUNG
                                      PREFERENCE ANALYSIS (.2); DRAFT
                                      CORRESPONDENCE TO S. CHENETZ REGARDING
                                      SPHE STIPULATION (.1);  REVIEW
                                      CORRESPONDENCE REGARDING MITAC CLAIMS
                                      (.2); REVIEW DOCUMENTS IN SUPPORT OF
                                      ENVISION PERIPHERALS DEMAND LETTER
                                      (.6); DRAFT CORRESPONDENCE TO COUNSEL
                                      FOR (.1); DRAFT SETTLEMENT AGREEMENT
                                      REGARDING SNELL ACOUSTICS (.9); REVIEW
                                      PLEADINGS REGARDING APPEAL OF FIFTY
                                      FIRST AND FIFTY SECOND OMNIBUS
                                      OBJECTIONS (1.1); CONNECTION AND
                                      DISCLOSURE RESEARCH REGARDING
                                      PANASONIC CORP. OF NORTH AMERICA (3.4).

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 03/26/10 | 5.90 | REVIEW CORRESPONDENCE FROM A. BARNETT REGARDING ONGOING RECEIVABLES DISCOVERY (.1); REVIEW CORRESPONDENCE FROM S. CHENETZ REGARDING SPHE STIPULATION (.1); DRAFT CORRESPONDENCE TO S. CHENETZ REGARDING SPHE STIPULATION (.1); REVIEW CORRESPONDENCE FROM P. TAMPOSI REGARDING EASTMAN KODAK PROCEDURAL DOCUMENTS (.1); REVIEW DOCUMENTS PRODUCED BY EASTMAN KODAK (1.2); DRAFT SNELL STIPULATION REGARDING 57TH & 58TH OMNIBUS OBJECTION (2.1); REVIEW DOCUMENTS PRODUCED BY FUJITSU REGARDING VENDOR DEMAND LETTER (1.2); DRAFT CORRESPONDENCE REGARDING FUJITSU DOCUMENTS (.1); REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO THQ REGARDING VENDOR DEMAND LETTER (.8); DRAFT CORRESPONDENCE TO C. DJONG REGARDING THQ DOCUMENTS (.1). |
| BAKER SK | 03/29/10 | 6.80 | REVIEW CORRESPONDENCE FROM S. CHENETZ REGARDING ADDITIONAL REVISIONS TO SPHE STIPULATION (.1); REVISE SPHE STIPULATION (.6); DRAFT CORRESPONDENCE TO L. NEMRON REGARDING PREFERENCE ANALYSIS (.1); DRAFT CORRESPONDENCE TO S. CHENETZ REGARDING FINAL VERSION OF SPHE STIPULATION (.3); DRAFT NOTICE OF SPHE SETTLEMENT (.5);  REVISE SNELL PROPOSED SETTLEMENT AGREEMENT (.6); DRAFT CORRESPONDENCE TO B. GRAY REGARDING DRAFT SNELL SETTLEMENT AGREEMENT (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING SPHE STIPULATION (.2); REVIEW RECENT STIPULATIONS AND ORDERS MODIFYING CLAIMS AND DRAFT CORRESPONDENCE REGARDING CHANGES TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.6); DRAFT CORRESPONDENCE REGARDING ALLIANCE CLAIMS (.2); UPDATE STATUS MEMO REGARDING INFORMAL DISCOVERY WITH DEMAND LETTER PARTIES (1.4). |
| BAKER SK | 03/30/10 | 8.40 | TELEPHONE CALL WITH COUNSEL FOR THOMSON REGARDING SETTLMENT OFFER (.2); PHONE CALLS REGARDING THOMSON SETTLEMENT OFFER (.5); REVISE STATUS MEMO REGARDING VENDOR DEMAND LETTERS (2.2); CALL WITH H. FERGUSON REGARDING VENDOR DEMAND LETTERS (.2); REVIEW SUPPLEMENTAL PRODUCTIONS REGARDING NYKO DEMAND LETTER (1.1); REVISE VENDOR DEMAND LETTERS (4.2). |
| BAKER SK | 03/31/10 | 0.70 | PREPARE SPHE SETTLEMENT AGREEMENT AND NOTICE FOR FILING (.5); TELEPHONE CALL WITH J. WAXMAN REGARDING AVERATEC 503(B)(9) CLAIMS (.2). |
| | | 136.40 | |
| DANGELO PS | 03/01/10 | 4.50 | EDITED DOCUMENTS TO RESOLVE OMNIBUS OBJECTIONS TO CLAIMS. |

B43E

| | | | |
|---|---|---|---|
| DANGELO PS | 03/02/10 | 1.60 | REVISED STIPULATION AGREEMENTS TO RESOLVE CLAIM OBJECTIONS. |
| DANGELO PS | 03/03/10 | 2.20 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO CLAIMS (1.8). UPDATE ON CLAIMS RESOLUTION PROCESS FOR MEMO TO CIRCUIT CITY (0.4). |
| DANGELO PS | 03/05/10 | 0.40 | WORKED ON RESOLVING OMNIBUS OBJECTION TO MISCLASSIFIED 503(B)(9) CLAIM. (0.2) REVIEWED COURT ORDER GRANTING SUMMARY JUDGMENT MOTION. (0.2). |
| DANGELO PS | 03/07/10 | 0.80 | PREPARED AGENDA DOCUMENT FOR HEARING ON 3/8/2010. |
| DANGELO PS | 03/08/10 | 1.40 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO MISCLASSIFIED 503(B)(9) CLAIMS. |
| DANGELO PS | 03/10/10 | 0.10 | WORKED ON ORDERS FOR MARCH 8TH HEARING. |
| DANGELO PS | 03/11/10 | 1.40 | RESOLVED OMNIBUS OBJECTIONS TO MISCLASSIFIED AND DUPLICATE CLAIMS. |
| DANGELO PS | 03/12/10 | 4.90 | EDITED STIPULATION AGREEMENT RESOLVING OBJECTIONS TO MISCLASSIFIED AND DUPLICATE CLAIMS (3.0). DRAFTED ORDERS WITHDRAWING OBJECTIONS TO CLAIMS (0.9). RESOLVED OBJECTIONS TO MISCLASSIFIED 503(B)(9) CLAIMS (0.7). REVIEWED DOCUMENTS FOR MARCH 18TH HEARING (0.3). |
| DANGELO PS | 03/15/10 | 0.70 | RESOLVED OMNIBUS OBJECTIONS TO MISCLASSIFIED CLAIMS. |
| DANGELO PS | 03/16/10 | 2.20 | DRAFTED DISCOVERY REQUESTS FOR APRIL 6TH HEARING. (2.0) RESOLVED OMNIBUS OBJECTIONS TO MISCLASSIFIED 503(B)(9) CLAIMS. (0.2). |
| DANGELO PS | 03/17/10 | 2.40 | RESOLVED OBJECTIONS TO MISCLASSIFIED CLAIMS (1.2). WORKED ON DISCOVERY REQUESTS (1.2). |
| DANGELO PS | 03/18/10 | 3.30 | DRAFTED AND EDITED DOCUMENTS RESOLVING OMNIBUS OBJECTIONS TO MISCLASSIFIED CLAIMS. |
| DANGELO PS | 03/19/10 | 0.40 | EDITED STIPULATION AGREEMENTS (0.3). REVIEWED HEARING AGENDA (0.1). |
| DANGELO PS | 03/22/10 | 0.60 | WORKED ON RESOLVING OBJECTION TO MISCLASSIFIED 503(B)(9) CLAIM. |
| DANGELO PS | 03/23/10 | 1.00 | RESOLVED OMNIBUS OBJECTION TO MISCLASSIFIED 503(B)(9) CLAIM. |
| DANGELO PS | 03/24/10 | 0.90 | WORKED ON RESOLVING FIFTH OMNIBUS OBJECTION TO MISCLASSIFIED AND DUPLICATE CLAIM. |
| DANGELO PS | 03/25/10 | 1.50 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO MISCLASSIFIED CLAIMS. |
| DANGELO PS | 03/27/10 | 0.50 | RESOLVED OBJECTIONS TO MISCLASSIFIED 503(B)(9) CLAIMS. |

B43E

| | | | |
|---|---|---|---|
| DANGELO PS | 03/29/10 | 2.70 | WORKED ON STIPULATION AGREEMENTS TO RESOLVE OMNIBUS OBJECTIONS TO MISCLASSIFIED CLAIMS. |
| DANGELO PS | 03/30/10 | 0.60 | RESOLVED OBJECTION TO SECURED CLAIM. |
| | | **34.10** | |
| DOSUNMU FS | 03/01/10 | 1.70 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.4); RESEARCH REGARDING 363 ISSUES (1.3). |
| DOSUNMU FS | 03/03/10 | 0.80 | ATTENTION TO 363 ISSUES AND RESEARCH REGARDING 365 ISSUES (.8). |
| DOSUNMU FS | 03/04/10 | 0.40 | ATTENTION TO ADMINISTRATIVE CLAIM ISSUES (.4). |
| | | **2.90** | |
| FREDERICKS IS | 03/01/10 | 2.90 | REVIEW PROPOSED CHANGES TO ALLIANCE STIPULATION AND CORRESPONDENCE RE: SAME (.6); REVIEW CORRESPONDENCE FROM COUNSEL TO PANASONIC RE: PROPOSAL AND OUTLINE OF BASIS FOR PROPOSAL AND REVIEW RELEVANT DOCUMENTS TO ASSESS MERITS OF PROPOSAL (2.3). |
| FREDERICKS IS | 03/02/10 | 9.10 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS RESOLVING VARIOUS ADJOURNED CLAIMS AND CORRESPONDENCE TO AND FROM CC RE: SAME (2.8); PREPARE SUMMARY OF LG AND SAMSUNG CLAIMS AND ISSUES AND CORRESPONDENCE TO M. MOSIER RE: SAME (.8); TELEPHONE CALL WITH M. MOSIER RE: PROPOSED SETTLEMENTS (.5); DRAFT SETTLEMENT PROPOSALS TO LG AND SAMSUNG, INCLUDING RELATED RELEASE AND OTHER MATERIAL PROVISIONS (1.7); CONTINUE TO REVIEW RELEVANT PANASONIC DOCUMENTS AND DRAFT COMPREHENSIVE EMAIL TO COUNSEL TO THE COMMITTEE ADDRESSING ALL ISSUES WITH THE SETTLEMENT AND ISSUES RELATED TO LITIGATION WITH PANASONIC (2.6); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE FROM COUNSEL TO VENDORS WHO RECEIVED DEMAND LETTERS (.7). |
| FREDERICKS IS | 03/03/10 | 1.80 | REVIEW AND REVISE CLAIM WATERFALL, LIQUIDATION ANALYSIS AND SOURCES AND USES AND CONDUCT RESEARCH RELATED TO CERTAIN CLAIM ISSUES FOR PURPOSES OF UPDATING MEMO (1.8). |
| FREDERICKS IS | 03/05/10 | 2.10 | DRAFT CORRESPONDENCE TO COUNSEL TO PANASONIC WITHDRAWING OFFER (.4); MULTIPLE CORRESPONDENCE TO AND FROM PANASONIC RE: WITHDRAWAL AND RELATED AND EVALUATE RESEARCH OF EFFECTIVENESS OF WITHDRAWAL (2.1). |
| FREDERICKS IS | 03/09/10 | 10.40 | REVIEW, REVISE AND FINALIZE AND CONDUCT ADDITIONAL RESEARCH RE BRIEF IN OPPOSITION TO MOTIONS FOR LEAVE TO APPEAL (10.4). |

B43E

| FREDERICKS IS | 03/10/10 | 8.10 | REVIEW ADJOURNED CLAIM REPORT AND CORRESPONDENCE RE: STATUS; REVIEW AND REVISE VARIOUS PROPOSED STIPULATIONS RESOLVING SUCH ADJOURNED CLAIMS; AND DEVELOP STRATEGY FOR ADDRESSING ADJOURNED CLAIMS (5.2); REVIEW AND ANALYZE COMMITTEE'S CLAIM AND LIQUIDATION ANALYSES AND COMPARE TO FTI RELATED REPORTS (2.9). |
|---|---|---|---|
| FREDERICKS IS | 03/11/10 | 4.40 | REVIEW AND REVISE PANASONIC PROPOSED FOF AND COL AND CORRESPONDENCE RE: SAME (3.2); CORRESPONDENCE TO AND FROM COUNSEL TO ALLIANCE RE: FINALIZING STIPULATION (.4); WORK WITH FTI TO INCORPORATE ALLIANCE INTO CLAIM REPORTS (.8). |
| FREDERICKS IS | 03/12/10 | 2.80 | MULTIPLE CORRESPONDENCE TO AND FROM D. TRACHE RE: LG INFORMATION REQUESTS AND WORK WITH B. FOSE RE: SAME (1.3); REVIEW AND REVISE VARIOUS PROPOSED STIPULATIONS RESOLVING PENDING CLAIM OBJECTIONS (1.5). |
| FREDERICKS IS | 03/15/10 | 2.60 | REVIEW AND REVISE PANASONIC PROPOSED FOF AND COL AND CORRESPONDENCE TO COUNSEL FOR PANASONIC RE: SAME (1.2); PARTICIPATE IN CONFERENCE CALL WITH FTI RE: CLAIM REPORTS AND LIQUIDATION ANALYSIS AND REVIEW SAME (1.4). |
| FREDERICKS IS | 03/16/10 | 4.70 | WORK WITH FTI RE: FINALIZING VARIOUS CLAIM REPORTS FOR COMMITTEE, INCLUDING FINALIZING A NEW SUMMARY REPORT (2.2); MULTIPLE CORRESPONDENCE RE: PARAMOUNT INFORMATION REQUESTS (.6); ATTENTION TO ISSUES RELATED TO 502(D) APPEAL AND RECORD DESIGNATIONS (1.3); RESPOND TO VARIOUS CORRESPONDENCE RE: VARIOUS CLAIM MATTERS (.6). |
| FREDERICKS IS | 03/17/10 | 5.30 | REVIEW AND REVISE PANASONIC PROPOSED FOF AND COL AND MULTIPLE CORRESPONDENCE TO AND FROM PANASONIC'S COUNSEL RE: SAME (1.7); REVIEW AND REVISE MULTIPLE DRAFTS AND THEREAFTER FINALIZE MOTION FOR SUMMARY JUDGMENT ON WEIDLER CLAIMS (3.2); MULTIPLE CORRESPONDENCE RE: PARAMOUNT CLAIMS AND RELATED ISSUES (.4). |
| FREDERICKS IS | 03/18/10 | 7.20 | PREPARE FOR AND PARTICIPATE IN GENERAL CASE STRATEGY AND CLAIM MEETING WITH CC REPRESENTATIVES (2.9); REVIEW AND REVISE MULTIPLE DRAFTS OF SECOND BRIEF OPPOSING INTERLOCUTORY APPEALS AND RESEARCH RELATED THERETO (4.3). |

B43E

| FREDERICKS IS | 03/19/10 | 3.60 | CONTINUE TO REVIEW AND REVISE OPPOSITION TO MOTIONS FOR LEAVE TO APPEAL (2.4); MEET WITH K. BRADSHAW TO PREPARE FOR SETTLEMENT MEETING WITH SAMSUNG (AFTER THE SCHEDULED TIME FOR THE MEETING, SAMSUNG ADVISED THAT IT COULD NOT PARTICIPATE) (1.2). |
|---|---|---|---|
| FREDERICKS IS | 03/21/10 | 3.20 | REVIEW AND REVISE REPLY TO RESPONSE TO SUMMARY JUDGMENT MOTION RELATING TO CLASS PROOFS OF CLAIM (3.2). |
| FREDERICKS IS | 03/22/10 | 7.10 | CONTINUE TO REVIEW, REVISE AND FINALIZE OPPOSITION TO MOTION FOR LEAVE TO APPEAL (3.8); RESEARCH RELATED TO CERTAIN 503B9 CLAIMS ON VARIOUS DISCRETE ISSUES (3.3). |
| FREDERICKS IS | 03/23/10 | 4.10 | REVIEW MATERIALS RELATED TO EPSON, CONFIRM SETTLEMENT GUIDELINES, AND DRAFT PROPOSAL TO RESOLVE ALL ISSUES (1.3); REVIEW CORRESPONDENCE FROM SEIMHEISER RE: LATE CLAIM AND TELEPHONE CALL RE: SAME (.4); REVIEW INTERTAN CLAIM REGISTER AND OPEN CLAIMS (1.3); REVIEW AND REVISE COUNTER DESIGNATIONS RE: 502D APPEALS (.7); REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE FROM COUNSEL TO VARIOUS CREDITORS RE: DEMAND LETTERS (.4). |
| FREDERICKS IS | 03/24/10 | 4.60 | REVIEW THE DEBTORS' PREFERENCE ANALYSIS AND NAMSUNG'S ANALYSIS (.8); TELEPHONE CALLS TO AND FROM COUNSEL TO NAMSUNG RE: PREFERENCE AND OTHER ISSUES (.9); CONFERENCE CALL W/ COUNSEL TO NAMSUNG AND CLIENT RE: SAME (.6); TELEPHONE CALL WITH B. FOSE RE: RECEIVABLES AND CORRESPONDENCE RE: SAME (.4); REVIEW UPDATED ADJOURNED CLAIM SUMMARY AND CORRESPONDENCE RE: SAME (1.9). |
| FREDERICKS IS | 03/26/10 | 1.40 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE FROM CC AND MW RE: CLAIM ISSUES (1.4). |
| FREDERICKS IS | 03/29/10 | 5.20 | REVIEW UPDATED ADJOURNED CLAIMS SUMMARY AND MULTIPLE CORRESPONDENCE TO RE: SAME (2.7); REVIEW AND REVISE ORDERS RELATED TO SUMMARY JUDGMENT MOTIONS AND OMNI 56 (.8); REVIEW AND REVISE DRAFT STIPULATION WITH OLD REPUBLIC RE: INTERTAN AND VENTOUX CLAIMS (.5); CORRESPONDENCE FROM LG RE: REQUESTS FOR SUPPORT, WORK RE: SAME AND CORRESPONDENCE TO LG RE: SAME (1.2). |
| FREDERICKS IS | 03/30/10 | 2.70 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH LG RE: CLAIM AND RECEIVABLE RECONCILIATION (.7); REVIEW MATERIALS RELATED TO QUEBECOR CLAIMS AND CONFERENCE REGARDING SAME (.6); REVIEW CORRESPONDENCE FROM CC RE: VARIOUS CLAIM ISSUES AND RESPOND ACCORDINGLY (1.4). |

B43E

**93.30**

| GRANT K | 03/01/10 | 0.70 | CONTINUED WORK ON ANALYSIS OF LANDLORD CLAIMS (.5); EMAILS WITH CLIENT REGARDING SAME. (.2). |
|---------|----------|------|------|
| GRANT K | 03/03/10 | 2.20 | CONTINUED WORK ON CORRESPONDENCE REGARDING LANDLORD CLAIMS (1.5); TELECONFERENCES AND EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.7). |
| GRANT K | 03/04/10 | 3.10 | CONTINUED WORK ON LANDLORD CLAIM ANALYSIS AND CORRESPONDENCE. (3.1). |
| GRANT K | 03/05/10 | 2.70 | CONTINUED WORK ON ANALYSIS OF LANDLORD CLAIMS (1.5); CORRESPONDENCE AND DISCUSSIONS WITH VARIOUS PARTIES AND COUNSEL REGARDING SAME. (1.2). |
| GRANT K | 03/08/10 | 1.60 | CONTINUED WORK ON LANDLORD CLAIM RECONCILIATION, AND DISCUSSIONS WITH VARIOUS LANDLORD'S COUNSEL REGARDING SAME.  (1.6). |
| GRANT K | 03/09/10 | 1.40 | CONTINUED DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIMS RECONCILIATION. (1.4). |
| GRANT K | 03/11/10 | 1.50 | DISCUSSIONS AND CORRESPONDENCE WITH VARIOUS COUNSEL FOR LANDLORDS. (1.5). |
| GRANT K | 03/12/10 | 0.80 | TELECONFERENCES AND EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIMS RESOLUTION. (.8). |
| GRANT K | 03/15/10 | 3.10 | TELECONFERENCES AND EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIMS RESOLUTION. (3.1). |
| GRANT K | 03/16/10 | 0.90 | CONTINUED DISCUSSIONS WITH VARIOUS LANDLORDS' COUNSEL REGARDING CLAIM RECONCILIATION. (.9). |
| GRANT K | 03/17/10 | 1.30 | CONTINUED DISCUSSIONS AND CORRESPONDENCE WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIMS RECONCILIATION. (1.3). |
| GRANT K | 03/23/10 | 2.90 | CONTINUES WORK ON LANDLORD CLAIM RECONCILIATION (1.7) AND DISCUSSIONS AND EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME (1.2). |
| GRANT K | 03/25/10 | 1.20 | EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIM RECONCILIATIONS. (1.2). |
| GRANT K | 03/30/10 | 1.60 | CONTINUED WORK ON RECONCILIATION OF LANDLORD CLAIMS, AND TELECONFERENCE WITH D. SCRANTON AND K. BRADSHAW REGARDING SAME. (1.6). |

**25.00**

| KORKIS C | 03/18/10 | 0.20 | REVIEWED SCHIMENTI AND US SIGNS DISCOVERY REQUESTS. |
|----------|----------|------|------|

B43E

| KORKIS C | 03/19/10 | 7.20 | FINALIZED AND SERVED DISCOVERY REQUESTS ON SCHIMENTI AND US SIGNS (2.3); RESEARCH RE RULE 56(F) ADJOURNMENTS (3.7); REVIEWED AND REVISED REPLY TO GENTRY RESPONSE (1.2). |
| KORKIS C | 03/24/10 | 2.30 | DRAFTED SUPPLEMENTAL REQUESTS FOR DISCOVERY FOR US SIGNS. |
| KORKIS C | 03/26/10 | 1.10 | RESEARCH REGARDING CLAIMS OF US SIGNS. |
| KORKIS C | 03/29/10 | 1.60 | RESEARCH REGARDING CLAIMS OF US SIGNS. |
| KORKIS C | 03/30/10 | 2.00 | RESEARCH REGARDING CLAIMS OF US SIGNS. |
| | | **14.40** | |
| KUMAR JS | 03/01/10 | 2.20 | REVIEWING DOCUMENTS IN CONNECTION WITH OMNIBUS REPLY TO 56TH OMNI OBJECTION (1.9); CALL WITH PARTY IN INTEREST REGARDING CASE STATUS (.2); FOLLOW UP WITH COMPANY RE DIRECTV PAYMENT (.1). |
| KUMAR JS | 03/02/10 | 6.90 | REVISING OMNIBUS REPLY TO 56TH OMNIBUS OBJECTION AND REVIEWING DOCUMENTS REGARDING SAME (3.9); EMAILING COMPANY AND OPPOSING COUNSEL RE SETTLEMENT WITH ION AUDIO (.7); REVIEWING EMAILS AND ATTACHMENTS REGARDING CERTAIN HR CLAIMS AND EMAILING COMPANY (1.6); DRAFTING EMAILS TO OPPOSING COUNSEL REGARDING LATE FILED CLAIM MOTIONS (.7). |
| KUMAR JS | 03/03/10 | 7.50 | REVISING DEMAND LETTER FOR TOMTOM (1.7); REVISING STIPULATION WITH ION AUDIO (2.2); REVIEWING SEVERANCE POLICY AND SEVERANCE CLAIMS (3.6). |
| KUMAR JS | 03/04/10 | 7.60 | REVISING, FINALIZING AND FILING REPLY WITH RESPECT TO 56TH OMNIBUS OBJECTION (5.4); REVIEWING RESTORATION BENEFIT PLAN AND RESTORATION BENEFIT CLAIMS (2.2). |
| KUMAR JS | 03/05/10 | 1.70 | RESEARCH AND EMAILS REGARDING LATE CLAIM MOTIONS (.8); REVISING AND SENDING OUT ION AUDIO STIPULATION FOR REVIEW BY ION AUDIO (.9). |
| KUMAR JS | 03/08/10 | 0.90 | MONITOR HEARING REGARDING 56TH OMNIBUS OBJECTION (.9). |
| KUMAR JS | 03/09/10 | 5.30 | REVIEWING SEVERANCE AND BENEFIT RESTORATION PLAN CLAIMS AND EMAILING COMPANY REGARDING SAME (5.3). |
| KUMAR JS | 03/10/10 | 6.60 | DRAFTING OMNIBUS OBJECTION REGARDING SEVERANCE, RESTORATION BENEFIT AND OTHER EMPLOYEE CLAIMS (4.4); FOLLOWING UP REGARDING LATE CLAIM MOTIONS, CALL WITH OPPOSING COUNSEL, AND GETTING INFORMATION FROM CLAIMS AGENT REGARDING SAME (.8); REVISING DEMAND LETTER FOR MITAC (1.1); EMAILING MCGUIREWOODS REGARDING STATUS OF OBJECTIONS TO 56TH AND 57TH OMNIBUS OBJECTIONS (.3). |

B43E