**<u>EXHIBIT D-6</u>**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| KUMAR JS | 03/11/10 | 4.60 | EMAILING WITH COUNSEL TO ION AUDIO AND REVISING ION AUDIO STIPULATION (1.6); DRAFTING SUPPLEMENTAL REPLY WITH RESPECT TO 56TH OMNI OBJECTION (2.3); EDITING OMNIBUS OBJECTION REGARDING EMPLOYEE CLAIMS (.7). |
| KUMAR JS | 03/12/10 | 2.30 | DRAFTING SUPPLEMENTAL REPLY REGARDING 56TH OMNI OBJECTION (2.3). |
| KUMAR JS | 03/14/10 | 5.60 | DRAFTING SUPPLEMENTAL REPLY REGARDING 56TH OMNI OBJECTION (5.6). |
| KUMAR JS | 03/15/10 | 6.70 | DRAFTING AND REVISING SUPPLEMENTAL REPLY REGARDING 56TH OMNI OBJECTION (4.6); FINALIZING AND FILING ION AUDIO STIPULATION (1.7); EMAILING COUNSEL REGARDING LATE CLAIM MOTIONS (.4). |
| KUMAR JS | 03/16/10 | 0.30 | EMAILING COUNSEL AND KCC REGARDING CERTAIN ISSUES RELATED TO LATE CLAIM MOTIONS (.3). |
| KUMAR JS | 03/17/10 | 3.10 | EMAILING COUNSEL AND CALL REGARDING LATE CLAIM MOTIONS (.8); REVISING EMPLOYMENT CLAIM OBJECTION AND EMAILING FOR REVIEW (1.4); REVIEWING CASES FOR USE IN SUPPLEMENTAL REPLY REGARDING 56TH OMNI OBJECTION (.9). |
| KUMAR JS | 03/18/10 | 8.70 | REVISING AND FINALIZING SUPPLEMENTAL REPLY REGARDING 56TH OMNI OBJECTION (5.3); DRAFTING STIPULATION WITH SAMSUNG (2.3); REVIEWING PLEADINGS REGARDING SUMMARY JUDGMENT MOTIONS AND SUPPLEMENTAL OBJECTIONS TO CLASS PROOFS OF CLAIM (1.1). |
| KUMAR JS | 03/19/10 | 10.70 | DRAFTING OMNIBUS REPLY REGARDING SUMMARY JUDGMENT MOTIONS AND SUPPLEMENTAL OBJECTIONS TO CLASS PROOFS OF CLAIM (10.7). |
| KUMAR JS | 03/20/10 | 5.60 | REVISING OMNIBUS REPLY REGARDING SUMMARY JUDGMENT MOTIONS AND SUPPLEMENTAL OBJECTIONS TO CLASS PROOFS OF CLAIM CLASS PROOFS OF CLAIM (5.6). |
| KUMAR JS | 03/21/10 | 2.90 | REVISING AND FINALIZING OMNIBUS REPLY REGARDING SUMMARY JUDGMENT MOTIONS AND SUPPLEMENTAL OBJECTIONS TO CLASS PROOFS OF CLAIM (2.9). |
| KUMAR JS | 03/22/10 | 1.40 | DRAFTING CERTIFICATE OF NO OBJECTION REGARDING ION AUDIO STIPULATION AND EMAILING TO ION'S COUNSEL (.9); EMAILING UPDATES TO AGENDA REGARDING CLASS PROOF OF CLAIM REPLY (.3); EMAILS REGARDING LATE CLAIM MOTIONS (.2). |
| KUMAR JS | 03/23/10 | 1.40 | CONNECTIONS AND DISCLOSURE RESEARCH (1.1); CLAIMS REVIEW (.3). |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 03/24/10 | 4.10 | REVIEWING ADMINISTRATIVE CLAIMS FOR POTENTIAL FUTURE OBJECTION (2.2); CONNECTIONS AND DISCLOSURE RESEARCH (.6);  REVIEWING SCHEDULES AND SOFA (1.3). |
| KUMAR JS | 03/25/10 | 6.10 | DRAFTING CHART OF RESPONDENTS REGARDING 56TH OMNIBUS OBJECTION AND EMAILING PROOFS OF CLAIM REGARDING 56TH OMNIBUS OBJECTION AND CLASS PROOFS OF CLAIM OBJECTIONS AND SUMMARY JUDGMENT MOTIONS (1.9); EMAILS, CALLS AND DOCUMENT REVIEW REGARDING WEISSMAN V. CIRCUIT CITY, STATE COURT LAWSUIT (.9); LISTENING TO HEARING REGARDING 56TH OMNIBUS OBJECTION AND CLASS PROOFS OF CLAIM OBJECTIONS (2.3). |
| KUMAR JS | 03/26/10 | 0.60 | FILING CERTIFICATE OF NO OBJECTION REGARDING ION AUDIO STIPULATION (.6). |
| KUMAR JS | 03/29/10 | 0.20 | CONTACTING ION AUDIO REGARDING SETTLEMENT PAYMENT (.2). |
| | | **103.00** | |
| LAZAROFF KA | 03/01/10 | 6.00 | REVIEW AND REVISE PREVIOUSLY DRAFTED LANDLORD LETTERS (3); REVIEW LANDLORD CLAIMS AND DRAFT LANDLORD LETTERS (3). |
| LAZAROFF KA | 03/02/10 | 2.00 | REVIEW AND REVISE LANDLORD LETTERS. |
| LAZAROFF KA | 03/03/10 | 0.30 | REVISE LANDLORD LETTERS. |
| LAZAROFF KA | 03/04/10 | 3.00 | REVIEW AND REVISE LANDLORD CLAIMS RECONCILIATION LETTERS. |
| LAZAROFF KA | 03/07/10 | 1.50 | REVIEW AND UPDATE RESEARCH FOR HEARING ON OBJECTION TO PANASONIC'S 503(B)(9) CLAIM. |
| LAZAROFF KA | 03/08/10 | 0.50 | MONITORED HEARING ON OBJECTION TO PANASONIC'S 503(B)(9) HEARING TO PREPARE FINDINGS OF FACT AND CONCLUSIONS OF LAW. |
| LAZAROFF KA | 03/09/10 | 0.10 | DRAFT CERTIFICATE OF NO OBJECTION FOR APPLE SETTLEMENT. |
| LAZAROFF KA | 03/10/10 | 5.50 | SUMMARIZE RESPONSES FROM LANDLORDS FOR THE COMPANY AND UPDATE LANDLORD LETTER STATUS CHART (1.2); DRAFT FINDINGS OF FACT AND CONCLUSIONS OF LAW FOR PANASONIC OBJECTION (4.3). |
| LAZAROFF KA | 03/15/10 | 1.70 | REVIEW AND SUMMARIZE RESPONSES TO LANDLORD CLAIMS RECONCILIATION LETTERS AND UPDATE STATUS CHART. |
| LAZAROFF KA | 03/16/10 | 0.40 | DRAFT CORRESPONDENCE REGARDING BOBINSKI LEASE CLAIMS SETTLEMENT PROPOSAL. |
| LAZAROFF KA | 03/18/10 | 0.40 | TELECONFERENCE WITH COUNSEL FOR VAN NESS REGARDING CLAIMS RECONCILIATION LETTER. |

B43E

| LAZAROFF KA | 03/22/10 | 4.20 | REVIEW AND SUMMARIZE AMENDED GGP CLAIMS AND SETTLEMENT COUNTER-PROPOSAL (3.2); REVIEW VAN NESS CLAIMS AND RELATED CALCULATIONS FOR RESPONSE TO COUNSEL (1). |
| --- | --- | --- | --- |
| LAZAROFF KA | 03/23/10 | 7.80 | REVIEW GGP SETTLEMENT RESPONSE AND RECONCILE WITH CC RECORDS (1); REVIEW AND RECONCILE SIMON PROPERTIES CLAIMS (1.3); SUMMARIZE LANDLORD REPLIES TO CLAIMS RECONCILIATION LETTERS (4.5); PREPARE CLAIMS RECONCILIATION SUMMARY FOR VAN NESS (1). |
| LAZAROFF KA | 03/25/10 | 0.20 | UPDATE LANDLORD CLAIM SETTLEMENT CHART. |
| LAZAROFF KA | 03/26/10 | 2.00 | TELECONFERENCE WITH LANDLORD COUNSEL FOR FIRST INDUSTRIAL, FURTHER REVIEW AND RECONCILIATION OF CLAIM AND CORRESPONDENCE REGARDING THE SAME (1.5); CONTINUE REVIEW OF SIMON CLAIMS FOR SETTLEMENT (.5). |
| LAZAROFF KA | 03/29/10 | 2.10 | REVIEW SIMON CLAIMS, RECONCILIATION AND SUMMARIES OF THE SAME. |
| LAZAROFF KA | 03/30/10 | 5.00 | COMPLETE INITIAL REVIEW, RECONCILIATION AND SUMMARY FOR SIMON GLOBAL LANDLORD CLAIMS SETTLEMENT (3.5); ATTENTION TO QUESTIONS FROM CC REGARDING SPECIFIC LANDLORD CLAIMS RECONCILIATION ISSUES (1.1); TELECONFERENCE WITH CC AND OTHER SKADDEN PERSONNEL REGARDING LANDLORD LETTERS, RESPONSES AND STRATEGY REGARDING THE SAME (.4). |
| | | 42.70 | |
| LIBERI JM | 03/01/10 | 0.70 | REVIEW FURTHER CLAIMS FOR POTENTIAL ADDITION TO OMNIBUS OBJECTION (0.7). |
| LIBERI JM | 03/05/10 | 3.00 | REVIEW DATA RE: UTILITY RESERVE PAYMENTS RE: POTENTIAL CLAIMS OBJECTION (0.8); REVIEW REVISED DRAFT LG AND SAMSUNG COMPLAINTS (0.6); REVIEW MEMO OPINION RE: RECLAMATION MATTERS (0.5); RESEARCH ACCEPTANCE / WITHDRAWAL OF SETTLEMENT OFFERS (0.5); REVIEW STATUS OF STAYED EMPLOYMENT CLASS ACTION LAWSUITS (0.6). |
| LIBERI JM | 03/08/10 | 2.90 | REVIEW DEBTORS' COMMENTS RE: POTENTIAL GROUNDS FOR CLAIMS OBJECTIONS (1.1); REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTATION RE: SAME (1.8). |
| LIBERI JM | 03/10/10 | 4.10 | REVIEW DEBTORS' RECORDS AND COMMENTS RE: POTENTIAL CLAIMS OBJECTIONS (1.4); REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTATION RE: POTENTIAL CLAIMS OBJECTIONS (2.7). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 03/11/10 | 1.20 | REVIEW STATUS OF REMAINING CLAIMS RE: CANADIAN MATTERS (0.4); REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTS RE: ALLEGED CANADIAN CLAIMS (0.8). |
| LIBERI JM | 03/16/10 | 2.90 | CONFERENCE CALL  W/H. FERGUSON, K. BARKSDALE RE: CLAIMS OBJECTION MATTERS (1.6); REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTATION RE: GROUNDS FOR OBJECTION (0.8); REVIEW CONTRACTS/AGREEMENTS AMONG DEBTORS AND CREDITORS RE: CLAIMS ANALYSIS ISSUES (0.5). |
| LIBERI JM | 03/17/10 | 2.70 | REVIEW CONTRACTS RE: POTENTIAL OBJECTIONS TO CLAIMS (0.8); REVIEW EMPLOYEE CLAIMS RE: OBJECTION MATTERS (0.5); REVIEW STATUS OF CLAIMS RE: DEBTORS' CANADIAN AFFILIATES (0.6); CONFIRM DETAILS RE: POTENTIAL PAYMENT OF UTILITIES CLAIMS FOR POTENTIAL OBJECTION (0.8). |
| LIBERI JM | 03/18/10 | 1.60 | REVIEW DATA RE: CLAIMS POTENTIALLY SATISFIED BY THE DEBTORS (0.9); REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (0.7). |
| LIBERI JM | 03/19/10 | 0.90 | REVIEW DRAFT EXHIBITS RE: 70TH OMNIBUS OBJECTION (0.5); REVIEW DATA AND SUPPORT RE: MANSFIELD CLAIM AND RESOLUTION (0.4). |
| LIBERI JM | 03/22/10 | 2.20 | REVIEW DRAFT EXHIBITS RE: 70TH OMNIBUS OBJECTION (1.4); REVIEW AND AUDIT DESCRIPTIONS OF BASES FOR CLAIMS OBJECTIONS (0.8). |
| LIBERI JM | 03/23/10 | 1.30 | REVIEW DATA RE: HUMAN RESOURCES CLAIMS FOR POTENTIAL OBJECTION (0.7); REVIEW TAX CLAIMS RE: POTENTIAL OBJECTION (0.6). |
| LIBERI JM | 03/24/10 | 1.90 | REVIEW REVISED DRAFT EXHIBITS RE: OMNIBUS OBJECTION (1.3); COMMUNICATE WITH DEBTORS RE: POTENTIAL GROUNDS FOR OBJECTION TO CLAIMS (0.6). |
| LIBERI JM | 03/25/10 | 4.10 | REVIEW PROOFS OF CLAIM AND SUPPORTING DOCUMENTATION RE: TAX AND HUMAN RESOURCES CLAIMS POTENTIALLY SUBJECT TO OBJECTION (1.4); REVISE EXHIBIT DESCRIPTIONS RE: GROUNDS FOR OBJECTION TO CLAIMS (0.8); COMMUNICATE WITH CLAIMS AGENT RE: SERVICE OF OMNIBUS OBJECTION (0.2); REVIEW AND REVISE TEXT OF DRAFT OMNIBUS OBJECTION (0.4); COMMUNICATE WITH H. FERGUSON, K. BARKSDALE, A. PIETRANTONI RE: CLAIMS OBJECTION MATTERS (1.3). |

B43E

| LIBERI JM | 03/26/10 | 5.10 | REVIEW AND REVISE 70TH OMNIBUS OBJECTION (1.2); REVIEW AND REVISE EXHIBITS TO 70TH OMNIBUS OBJECTION (2.2); REVIEW AND AUDIT DESCRIPTIONS IN EXHIBITS RE: BASES FOR OBJECTION TO CLAIMS (1.3); REVIEW AND COMMENT ON DRAFT NOTICE OF OBJECTION (0.4). |
| | | **34.60** | |
| SIDHU SS | 03/02/10 | 1.90 | REVIEW LIST OF SECURED CLAIMS SUBJECT TO FUTURE OBJECTIONS FOR PURPOSES OF DETERMINING CLAIMS SUBJECT TO SETOFF (.8); ATTEND CONFERENCE CALL REGARDING CATEGORIZATION OF NON-LIABILITY CLAIMS FOR PURPOSES OF 70TH OMNIBUS OBJECTION (.2); CATEGORIZE NON-LIABILITY CLAIMS FOR PURPOSES OF DRAFTING 70TH OMNIBUS OBJECTION AND ORGANIZING EXHIBITS (.9). |
| SIDHU SS | 03/03/10 | 8.60 | REVIEW CLAIMS LISTED ON MGW AND FTI ADJOURNED CLAIMS LISTS FOR STATUS OF CLAIMS AND DISCREPANCIES IN STATUS OF CLAIMS (4.2); DRAFT 70TH OMNIBUS OBJECTION REGARDING NO-LIABILITY CLAIMS (.8); RESEARCH CASES RELIED UPON BY WEIDLER CLASS AND LAW REGARDING APPLICATION OF ADMINISTRATIVE PRIORITY ON WAGE CLAIMS AND BACK PAY CLAIMS FOR PURPOSES OF DRAFTING WEIDLER CLAIM MOTION FOR SUMMARY JUDGMENT (1.5); DRAFT WEIDLER CLAIM MOTION FOR SUMMARY JUDGMENT SECTION REGARDING AFOREMENTIONED RESEARCH (2.1). |
| SIDHU SS | 03/10/10 | 3.00 | REVISE 70TH OMNIBUS OBJECTION TO REFLECT CATEGORIES OF CLAIMS BEING OBJECTED TO (.6); REVIEW DEBTORS' RESPONSES TO INFORMATION REQUESTS REGARDING CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION FOR ANY FURTHER REQUIRED INFORMATION (1.4). |
| SIDHU SS | 03/11/10 | 2.90 | REVIEW LIST OF CLAIMS BEING OBJECTED TO IN 70TH OMNIBUS OBJECTION, CATEGORIZE SAME FOR PURPOSES OF EXHIBITS, AND EXCLUDE OBJECTIONS AND REVISE STATED GROUNDS FOR OBJECTIONS BASED ON INFORMATION PROVIDED BY DEBTORS IN RESPONSE TO INFORMATION REQUESTS. |
| SIDHU SS | 03/12/10 | 0.40 | REVIEW REVISIONS AND COMMENTS REGARDING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS OF WEIDLER CLASS (.4). |
| SIDHU SS | 03/15/10 | 9.20 | RESEARCH EMPLOYMENT DISCRIMINATION FOR PURPOSES OF DRAFTING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING WEIDLER CLAIM (2.1); REVISE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING WEIDLER CLAIM (7.1). |

B43E

| SIDHU SS | 03/16/10 | 7.50 | REVISE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT REGARDING CLAIM OF WEIDLER CLASS (4.9); RESEARCH CASES DISCUSSING APPLICATION OF WAGE PRIORITY IN CONTEXT OF WRONGFUL TERMINATION CLAIMS (.3); ATTEND CONFERENCE CALL WITH DEBTORS REGARDING CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION (2.1); UPDATE LISTING OF CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION TO REFLECT INFORMATION PROVIDED AND CONCLUSIONS MADE IN CONFERENCE CALL WITH DEBTORS (.2). |
|---|---|---|---|
| SIDHU SS | 03/17/10 | 8.60 | RESEARCH CASES FOR PURPOSES OF DRAFTING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT WITH REGARD TO WEIDLER CLASS CLAIM (.6); REVIEW, REVISE, AND FINALIZE MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT WITH REGARD TO WEIDLER CLASS CLAIM (5.2); REVIEW, REVISE, AND FINALIZE MOTION FOR SUMMARY JUDGMENT AND ORDER WITH REGARD TO WEIDLER CLASS CLAIM (.3);  PREPARE EXHIBITS TO AND COORDINATE FILING OF MOTION FOR SUMMARY JUDGMENT WITH REGARD TO WEIDLER CLASS CLAIM (.4); REVISE LIST OF CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION TO REFLECT RESULTS OF CONFERENCE CALL WITH DEBTORS (1.9); FINALIZE LIST FOR SUBMISSION TO FTI FOR PREPARATION OF EXHIBITS TO 70TH OMNIBUS OBJECTION (.2). |
| SIDHU SS | 03/18/10 | 0.40 | REVISE DRAFT OF 70TH OMNIBUS OBJECTION (.3); REVIEW CERTAIN CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION FOR PURPOSES OF PREPARING EXHIBITS (.1). |
| SIDHU SS | 03/23/10 | 2.30 | REVIEW DRAFT EXHIBITS TO 70TH OMNIBUS OBJECTION REGARDING SATISFIED, MISCELLANEOUS, AND NO LIABILITY CLAIMS FOR ACCURACY AND VALIDITY (1.9); REVIEW DEBTORS' LIST OF HR CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION FOR VALIDITY OF STATED OBJECTIONS (.4). |
| SIDHU SS | 03/24/10 | 4.60 | REVIEW DEBTOR'S LIST OF TAX CLAIMS TO BE OBJECTED TO IN 70TH OMNIBUS OBJECTION FOR VALIDITY OF STATED OBJECTIONS AND REVISE OBJECTIONS WHERE NECESSARY (1.9); REVIEW LEGAL, MISCELLANEOUS, AND SATISFIED EXHIBITS TO 70TH OMNIBUS OBJECTION FOR ACCURACY (.6); REVISE 70TH OMNIBUS OBJECTION TO INCLUDE NEW CATEGORIES OF CLAIMS BEING OBJECTED TO (.3); CONFERENCE REGARDING REVISIONS TO 70TH OMNIBUS OBJECTION AND EXHIBITS (.7); REVISE 70TH OMNIBUS OBJECTION AND EXHIBITS PER RESULTS OF CONFERENCE (1.1). |

B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 03/25/10 | 2.00 | REVISE DRAFT EXHIBITS TO 70TH OMNIBUS OBJECTION (.1); REVIEW DRAFT OF 70TH OMNIBUS OBJECTION (.2); REVIEW UPDATED EXHIBITS TO 70TH OMNIBUS OBJECTION (1.0); REVISE DESCRIPTIONS IN UPDATED EXHIBITS TO 70TH OMNIBUS OBJECTION (.2); CONFERENCE REGARDING REVISIONS TO UPDATED EXHIBITS TO 70TH OMNIBUS OBJECTION (.2); REVIEW AND REVISE 70TH OMNIBUS OBJECTION DRAFT (.1); REVIEW FINAL DRAFT OF EXHIBITS TO 70TH OMNIBUS OBJECTION (.2). |
| | | **51.40** | |
| VINE J | 03/15/10 | 0.10 | EMAIL REGARDING MASS. OBJECTION STATUS (.1). |
| VINE J | 03/17/10 | 4.00 | RESEARCH CONTRACT CONTROLLING 503(B)(1)(A) APPLICABILITY AND DRAFT SUMMARY OF RESEARCH (4.0). |
| VINE J | 03/18/10 | 1.70 | CONTINUE RESEARCH ON 503(B)(1) ADMIN PRIORITY FOR POST-PETITION STORAGE COSTS (1.7). |
| VINE J | 03/22/10 | 6.00 | MEET ON MOTOROLA/GENERAL INSTRUMENTS SETTLEMENT (.7); DRAFT SETTLEMENT AGREEMENT (5.3). |
| VINE J | 03/23/10 | 5.60 | REVISING MOTOROLA/GI SETTLEMENT STIPULATION AND NOTICE (1.3); DRAFT MINER FLEET SETTLEMENT STIPULATION AND NOTICE (5.3). |
| VINE J | 03/25/10 | 2.10 | DRAFT STIPULATION AND NOTICE FOR OLD REPUBLIC (2.1). |
| VINE J | 03/31/10 | 2.20 | FINALIZE DRAFT OF GERSHBEIN AFFIDAVIT (2.2). |
| | | **21.70** | |
| **Total Associate** | | **559.50** | |
| ANGELICA CL | 03/02/10 | 0.20 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 03/05/10 | 2.70 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/08/10 | 0.50 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 03/12/10 | 0.30 | ASSEMBLE FOR ATTORNEY REVIEW THE CIRCUIT CITY - LINKSYS MATERIALS FOR IMAGEBASE. |
| ANGELICA CL | 03/15/10 | 1.20 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/18/10 | 1.20 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/22/10 | 0.80 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/23/10 | 1.50 | MAINTAIN IMAGEBASE; ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/24/10 | 0.40 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 03/25/10 | 0.60 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |

B43E

| | | | |
|---|---|---|---|
| ANGELICA CL | 03/26/10 | 1.00 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/29/10 | 0.40 | ASSEMBLE FOR ATTORNEY REVIEW THE NYKO MATERIALS FOR IMAGEBASE. |
| ANGELICA CL | 03/30/10 | 0.80 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 03/31/10 | 0.80 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| | | **12.40** | |
| HEANEY CM | 03/04/10 | 0.60 | PREPARE ORGANIZE AND ASSIST ATTORNEYS WITH REVISIONS TO OMNIBUS REPLY (.6). |
| HEANEY CM | 03/08/10 | 3.40 | REVIEW STATEMENTS OF ISSUES AND DESIGNATION OF DOCUMENTS ON APPEAL (.2); OBTAIN, REVIEW AND ORGANIZE USDR AND PNY DESIGNATIONS (3.2). |
| HEANEY CM | 03/09/10 | 3.30 | REVIEW COURT DOCKETS AND CASE FILES RE: MOTIONS TO CONSOLIDATE TO BE USED A PRECEDENT (1.1); ASSIST ATTORNEYS WITH PREPARATION OF OPPOSITION BRIEF (.6); OBTAIN, ORGANIZE AND REVIEW PLEADINGS IN CONNECTION WITH STATEMENT OF ISSUES AND DESIGNATION FOR SAMSUNG (1.6). |
| HEANEY CM | 03/10/10 | 1.30 | REVIEW ADDITIONAL APPEAL PLEADINGS (1.1); UPDATE USDR DESIGNATIONS (.2). |
| HEANEY CM | 03/12/10 | 0.60 | RESEARCH ON/IN BACKGROUND MATERIALS RE IN CONNECTION WITH PREPARATION OF COUNTER DESIGNATIONS TO VARIOUS APPEALS (.6). |
| HEANEY CM | 03/15/10 | 3.80 | REVIEW CLAIMS REGISTER AND COURT DOCKET AND OBTAIN DOCUMENTS RE: PREPARATION FOR COUNTER DESIGNATIONS (3.8). |
| HEANEY CM | 03/16/10 | 0.70 | REVIEW DOCUMENTS FOR ADDITIONAL COUNTER DESIGNATIONS FOR APPEAL (.7). |
| HEANEY CM | 03/17/10 | 0.90 | REVIEW 3-18 AGENDA FOR UPDATES TO CLAIMS OBJECTION STATUS (.7); ASSIST ATTORNEYS WITH PREPARATION OF SUMMARY JUDGMENT MOTIONS (.2). |
| HEANEY CM | 03/18/10 | 0.30 | REVIEW ADDITIONAL DOCUMENTS FOR APPEALS MATTERS (.3). |
| HEANEY CM | 03/19/10 | 1.40 | PREPARE DOCUMENTS IN CONNECTION WITH DESIGNATIONS (1.4). |
| HEANEY CM | 03/22/10 | 2.90 | DRAFT EDIT/REVISE INSERTS FOR COUNTER-DESIGNATIONS FOR APPEALS MATTERS (2.1); ASSIST ATTORNEYS WITH PREPARATION OF ANSWERING BRIEF TO APPEALS (.8). |
| HEANEY CM | 03/23/10 | 1.10 | DRAFT EDIT/REVISE INSERT FOR COUNTER-DESIGNATIONS AND COUNTER DESIGNATIONS (1.1). |

B43E

| HEANEY CM | 03/24/10 | 2.20 | REVIEW DISTRICT COURT DOCKETS RE: STATUS OF APPEALS MATTERS (.3); OBTAIN AND REVIEW DESIGNATIONS OF ONKYO AND MITSUBISHI FOR PREPARATION OF COUNTER-DESIGNATIONS (1.9). |
| HEANEY CM | 03/25/10 | 0.40 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES FOR APPEALS (.4). |
| HEANEY CM | 03/26/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 03/29/10 | 1.90 | REVIEW APPEALS DOCKETS FOR UPDATES AND DEADLINES (.4); REVIEW DESIGNATIONS IN PREPARATION FOR COUNTER DESIGNATIONS (1.2); UPDATE CALENDARS WITH DEADLINES (.3). |
| HEANEY CM | 03/30/10 | 0.80 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO ALL APPEALS MATTERS (.4); COORDINATE WITH THIRD PARTIES RE: UPDATES TO SERVICE INFORMATION (.1); REVIEW DESIGNATION DOCUMENTS (.3). |
| | | **25.90** | |
| LAMANNA WK | 03/02/10 | 0.20 | SEARCH FOR AND DISTRIBUTE AFFIDAVIT OF SERVICE ON BAR DATE NOTICE. |
| | | **0.20** | |
| **Total Legal Assistant** | | **38.50** | |
| DELACRUZ SP | 03/31/10 | 0.50 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT.  NATIVE FILE LOAD. |
| | | **0.50** | |
| TANZER E | 03/31/10 | 0.40 | DATA PROCESSING IN CIRCUIT CITY/REVIEW - GEN LIT. (NATIVE EXPORT). |
| | | **0.40** | |
| WINOGRODZKI J | 03/05/10 | 1.20 | DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE EXPORT; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE EXPORT. |
| WINOGRODZKI J | 03/15/10 | 1.50 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GENERAL LIT. LOAD NATIVE FILES; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE LOAD. |
| WINOGRODZKI J | 03/18/10 | 1.50 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GENERAL LIT. LOAD NATIVE FILES; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE EXPORT. |
| WINOGRODZKI J | 03/19/10 | 0.70 | DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE LOAD. |
| WINOGRODZKI J | 03/22/10 | 1.20 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE LOAD; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GENERAL LIT. NATIVE FILE EXPORT. |

B43E

| | | | |
|---|---|---|---|
| WINOGRODZKI J | 03/24/10 | 0.80 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GENERAL LIT. LOAD NATIVE FILES. |
| | | 6.90 | |
| **Total Legal Assistant Specialist** | | 7.80 | |
| **TOTAL TIME** | | <u>650.90</u> | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 04/05/10
Claims Admin. (Reclamation/Trust Funds)                           Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/16/10 | 0.90 | ANALYZE POTENTIAL SETTLEMENT FOR PARAMOUNT (.6); REVIEW OPINION AND ADVISE COMMITTEE COUNSEL OF SAME (.3). |
| GALARDI GM | 03/18/10 | 0.30 | ADDRESS PARAMOUNT POSITION AND APPEAL (.3). |
|  |  | 1.20 |  |
| Total Partner |  | 1.20 |  |
| BAKER SK | 03/05/10 | 0.30 | REVIEW MEMORANDUM OPINIONS REGARDING RECLAMATION CLAIMS (.3). |
| BAKER SK | 03/11/10 | 3.30 | REVIEW CLAIMS SUBJECT TO DEBTORS' 19TH AND 33RD OMNIBUS OBJECTIONS AND DRAFT CORRESPONDENCE  TO E. GERSHBEIN REGARDING RECLASSIFICATION OF RECLAMATION CLAIMS (1.7); REVIEW ADJOURNED CLAIMS OBJECTIONS REGARDING IDENTIFICATION OF RECLAMATION CLAIMS AND DRAFT CORRESPONDENCE TO FTI (1.6). |
| BAKER SK | 03/15/10 | 0.10 | TELEPHONE CALL WITH H. FERGUSON REGARDING RECLAMATION CLAIMS (.1). |
|  |  | 3.70 |  |
| FREDERICKS IS | 03/05/10 | 0.60 | REVIEW RECLAMATION OPINION (.6). |
|  |  | 0.60 |  |
| Total Associate |  | 4.30 |  |
| TOTAL TIME |  | 5.50 |  |

B43E

Circuit City Stores, Inc. (DIP)                         Bill Date: 04/05/10
Employee Matters (General)                              Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/01/10 | 1.60 | CALLS AND EMAILS REGARDING MARCUM/SEIGEL AND RESOLUTION OF OBJECTION AND RETENTION OF CRO (1.2); CALL WITH UST REGARDING AGREEMENT (.4). |
| GALARDI GM | 03/02/10 | 0.60 | REVIEW FINAL CROWE AND MARCUM AGREEMENTS. |
| GALARDI GM | 03/10/10 | 0.30 | FOLLOW-UP REGARDING K. BRADSHAW RAISE AND IMPLEMENTATION. |
| GALARDI GM | 03/11/10 | 0.40 | EMAILS AND FOLLOW-UP REGARDING EMPLOYEE ISSUES WITH A. SEIGEL (.4). |
| GALARDI GM | 03/18/10 | 1.90 | APPEAR AND REPRESENT COMPANY AT HEARING ON SUPPLEMENT 401(K) (.3); REVIEW, REVISE AND FINALIZE SUPPLEMENT RESPONSE TO EMPLOYMENT ADMINISTRATIVE CLAIMS (1.6). |
| | | 4.80 | |
| **Total Partner** | | **4.80** | |
| BAKER SK | 03/03/10 | 0.20 | TELEPHONE CALL WITH J. LOTT REGARDING VARIOUS EMPLOYEE ISSUES (.2). |
| BAKER SK | 03/22/10 | 0.20 | TELEPHONE CALL WITH K. TURMAN REGARDING 2009 U-2 (.2). |
| | | **0.40** | |
| KUMAR JS | 03/16/10 | 3.30 | DRAFTING CONSULTING AGREEMENT FOR M. MOSIER (3.3). |
| KUMAR JS | 03/17/10 | 1.60 | REVISING CONSULTING AGREEMENT WITH M. MOSIER (1.6). |
| | | 4.90 | |
| **Total Associate** | | **5.30** | |
| HEANEY CM | 03/04/10 | 0.20 | REVIEW ORGANIZE AND ASSIST ATTORNEYS WITH PREPARATION OF 401(K) MOTION (.2). |
| HEANEY CM | 03/16/10 | 0.40 | REVIEW DOCKETS AND OBTAIN BACKGROUND DOCUMENTS RE: 401K MATTERS (.4). |
| | | 0.60 | |
| **Total Legal Assistant** | | **0.60** | |
| **TOTAL TIME** | | **10.70** | |

B43E

Circuit City Stores, Inc. (DIP)                           Bill Date: 04/05/10
Insurance                                                 Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 03/11/10 | 0.20 | EMAILS AND CALLS WITH K. BRADSHAW AND A. SEIGEL REGARDING INSURANCE ISSUES. |
| GALARDI GM | 03/12/10 | 0.40 | REVIEW LOCKTON INFO REGARDING INSURANCE PROCEEDS. |
| GALARDI GM | 03/15/10 | 1.10 | REVIEW OLD REPUBLIC STIPULATION (.7); SEND EMAIL REGARDING SAME TO COUNSEL (.3); FOLLOW-UP CALL REGARDING SAME (.1). |
| | | 1.70 | |
| Total Partner | | 1.70 | |
| FREDERICKS IS | 03/16/10 | 0.80 | MULTIPLE CORRESPONDENCE TO AND FROM A. SIEGEL AND K. BRADSHAW RE: GENERAL INSURANCE MATTERS (.8). |
| FREDERICKS IS | 03/22/10 | 1.20 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CC RE: INSURANCE ISSUES (1.2). |
| FREDERICKS IS | 03/23/10 | 0.30 | CORRESPONDENCE RE: INSURANCE QUESTIONS RAISED BY A. SIEGEL (.3). |
| | | 2.30 | |
| VINE J | 03/29/10 | 0.30 | REVISE NOTICE OF STIPULATION FOR OLD REPUBLIC SETTLEMENT AND EMAIL (.3). |
| VINE J | 03/30/10 | 2.70 | REVISING OLD REPUBLIC STIPULATION AND ATTENTION TO FILING (2.7). |
| | | 3.00 | |
| Total Associate | | 5.30 | |
| TOTAL TIME | | 7.00 | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 04/05/10
Leases (Real Property)                                   Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/05/10 | 0.40 | BRIEFLY REVIEW AND ANALYZE BERKADIA MOTION (.4). |
| GALARDI GM | 03/18/10 | 0.80 | ATTEND AND REPRESENT COMPANY AT HEARING ON GROUND LEASE (.4); FOLLOW-UP REGARDING STRATEGY REGARDING REJECTION AND ASSUMPTION (.5). |
| | | **1.20** | |
| **Total Partner** | | **1.20** | |
| DOSUNMU FS | 03/02/10 | 0.60 | ATTENTION TO LEASE TERMINATION ISSUES (.6). |
| DOSUNMU FS | 03/05/10 | 0.40 | ATTENTION TO LEASE TERMINATION ISSUES (.4). |
| DOSUNMU FS | 03/08/10 | 0.40 | ATTENTION TO LEASE REJECTION ISSUES (.4). |
| DOSUNMU FS | 03/09/10 | 1.30 | ATTENTION TO LEASE REJECTION ISSUES AND INMATE DOMAIN ISSUES (1.3). |
| DOSUNMU FS | 03/11/10 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 03/12/10 | 0.60 | ATTENTION TO LEASE REJECTION ISSUES (.6). |
| DOSUNMU FS | 03/15/10 | 0.40 | ATTENTION TO LEASE REJECTION ISSUES (.4). |
| DOSUNMU FS | 03/19/10 | 0.70 | ATTENTION TO REAL PROPERTY SALE ISSUES (.7). |
| DOSUNMU FS | 03/25/10 | 0.60 | ATTENTION TO LEASE TERMINATION ISSUES (.6). |
| | | **5.60** | |
| FREDERICKS IS | 03/15/10 | 1.70 | REVIEW AND REVISE OBJECTION TO MOTION TO COMPEL ASSUMPTION OR REJECTION OF DR1 GROUND LEASE (1.7). |
| | | **1.70** | |
| GRANT K | 03/02/10 | 1.90 | TELECONFERENCE WITH COUNSEL FOR BERKADIA REGARDING DR1 MATTER (.3); BEGAN ANALYSIS REGARDING SAME (1.4); EMAILS WITH D. MILLER REGARDING SAME. (.2). |
| GRANT K | 03/03/10 | 2.80 | CONTINUED WORK ON RESPONSE REGARDING DR1 MOTION TO COMPEL (2.5); TELECONFERENCE AND EMAILS WITH D. MILLER REGARDING SAME. (.3). |
| GRANT K | 03/04/10 | 0.90 | BEGAN REVISIONS OF BERKADIA MOTION TO COMPEL (.6); EMAILS WITH D. MILLER REGARDING SAME. (.3). |

| | | | |
|---|---|---|---|
| GRANT K | 03/09/10 | 0.30 | DISCUSSIONS AND ANALYSIS REGARDING FLORIDA DOT CONDEMNATION PROCEEDING. (.3). |
| GRANT K | 03/10/10 | 3.60 | CORRESPONDENCE REGARDING DR1 GROUND LEASE AND DISCUSSIONS WITH CLIENT AND DJM REGARDING SAME (.7); WORKED ON RESPONSE TO BERKADIA MOTION TO COMPEL ASSUMPTION OF GROUND LEASE. (2.9). |
| GRANT K | 03/11/10 | 1.40 | TELECONFERENCE AND EMAILS WITH BERKADIA COUNSEL AND CLIENT REGARDING MOTION TO COMPEL. (1.4). |
| GRANT K | 03/12/10 | 3.20 | CONTINUED WORK ON OBJECTION TO BERKADIA MOTION TO COMPEL (2.6); TELECONFERENCES AND EMAILS WITH CLIENT REGARDING SAME. (.6). |
| GRANT K | 03/15/10 | 1.40 | WORKED ON FINALIZING RESPONSE TO BERKADIA MOTION AND ATTENTION TO FILING SAME. (1.4). |
| GRANT K | 03/18/10 | 0.50 | MONITORED HEARING REGARDING BERKADIA MOTION (.5). |
| GRANT K | 03/29/10 | 1.10 | REVIEWED DRAFT AMENDMENT REGARDING DR1 GROUND LEASE, AND EMAILS WITH D. MILLER REGARDING SAME. (1.1). |
| | | **17.10** | |
| KORKIS C | 03/02/10 | 2.20 | RESEARCH REGARDING OPTIONS TO RENEW IN CONNECTION WITH BERKADIA ISSUES. |
| KORKIS C | 03/10/10 | 3.30 | RESEARCH REGARDING CALCULATION OF LEASE REJECTION DAMAGES UNDER SECTION 502(B)(6). |
| KORKIS C | 03/11/10 | 2.10 | RESEARCH REGARDING CALCULATION OF DAMAGES UNDER 502(B)(6). |
| | | **7.60** | |
| LAZAROFF KA | 03/03/10 | 6.10 | WORKING GROUP CONFERENCE RE DR1 GROUND LEASE ISSUES (.5); RESEARCH AND REVIEW OF DOCUMENTS IN ANTICIPATION OF DR1 OBJECTION (4.3); BEGIN DRAFTING DR 1 OBJECTION (1); ATTENTION TO SECURITY DEPOSIT INQUIRY (.3). |
| LAZAROFF KA | 03/04/10 | 1.00 | CONTINUE RESEARCH IN PREPARATION FOR DR1 OBJECTION. |
| LAZAROFF KA | 03/05/10 | 2.40 | CONTINUE DRAFTING OBJECTION TO DR1 MOTION TO COMPEL ASSUMPTION OR ASSIGNMENT OF LEASE. |
| LAZAROFF KA | 03/08/10 | 3.80 | CONTINUE DRAFTING DR1 OBJECTION TO MOTION TO COMPEL ASSUMPTION OR REJECTION. |
| LAZAROFF KA | 03/09/10 | 1.50 | REVIEW AND REVISE OBJECTION TO DR1 MOTION TO COMPEL ASSUMPTION OR REJECTION. |

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 03/10/10 | 1.40 | REVIEW AND REVISE DR1 OBJECTION (1.2) AND FOLLOW-UP ON GROUND RENT CORRESPONDENCE (.2). |
| LAZAROFF KA | 03/15/10 | 0.50 | ASSIST WITH FILING AND SERVICE OF DR1 OBJECTION (.1); ATTENTION TO BLOOMINGDALE SUBRENT ISSUE (.2); GATHER DOCUMENTS FOR SALE/LEASEBACK INQUIRY (.2). |
| LAZAROFF KA | 03/18/10 | 0.40 | TELEPHONICALLY ATTEND HEARING ON MOTION TO COMPEL ASSUMPTION OR REJECTION OF DR-1 GROUND LEASE. |
| | | **17.10** | |
| LIBERI JM | 03/02/10 | 2.60 | REVIEW CORRESPONDENCE WITH BERKADIA RE: LEASE ISSUES (0.4); BEGIN PREPARING RESPONSIVE PAPERS RE: POTENTIAL EXPEDITED MOTION TO COMPEL ASSUMPTION OR REJECTION (0.8); BEGIN RESEARCH RE: EFFECT OF CONTRACT REJECTION OF TENANT'S RIGHTS UNDER BANKRUPTCY CODE SECTION 365 (0.6); REVIEW ARTICLES AND CASE LAW RE: SAME (0.8). |
| LIBERI JM | 03/03/10 | 1.60 | CONFERENCE CALL RE: GROUND LEASE ISSUES AND RESPONSES TO MOTION TO COMPEL (0.6); REVIEW CORRESPONDENCE FROM LESSEE RE: GROUND LEASE DISPUTE AND RENTS (0.4); REVIEW DRAFT COMPLAINT RE: GROUND LEASE ISSUES (0.6). |
| LIBERI JM | 03/04/10 | 1.60 | REVIEW DRAFT OPPOSITION TO SHORTENED NOTICE AND EXPEDITED HEARING ON MOTION TO COMPEL (0.7); REVIEW CORRESPONDENCE RE: GROUND LEASE MATTERS (0.3); REVIEW LEASE RE: RELATED PROPERTY SALE MATTERS (0.6). |
| LIBERI JM | 03/05/10 | 1.30 | REVIEW BERKADIA MOTION TO COMPEL ASSUMPTION OR REJECTION OF LEASE (0.8); CONSIDER RESPONSES TO BERKADIA'S MOTION (0.5). |
| LIBERI JM | 03/10/10 | 1.20 | REVIEW CORRESPONDENCE AND PROPERTY APPRAISAL RE: ONGOING DISPUTE (0.8); CONSIDER IMPACT OF APPRAISAL ON SALE AND LEASE MATTERS (0.4). |
| LIBERI JM | 03/12/10 | 0.40 | REVIEW DRAFT RESPONSE TO BERKADIA MOTION TO COMPEL (0.4). |
| LIBERI JM | 03/29/10 | 0.50 | CONFERENCE CALL RE: REAL ESTATE DISPUTE (0.5). |
| | | **9.20** | |
| SZAFRANSKI CM | 03/02/10 | 0.20 | REVIEW EMAIL REGARDING LITIGATION RELATING TO LEASE AND REVIEW PRIOR LEASE SUMMARY. |
| SZAFRANSKI CM | 03/03/10 | 2.80 | MEET TO DISCUSS BERKADIA ISSUE, REVIEW APPRAISAL INFORMATION, REVIEW GROUND LEASE, DRAFT COMMENTS RE: REJECTION OF LEASE. |

B43E

| | | | |
|---|---|---|---|
| SZAFRANSKI CM | 03/05/10 | 0.50 | REVIEW MOTION TO COMPEL ASSUMPTION OR REJECTION OF GROUND LEASE (RICHMOND, VA) AND ADDITIONAL ASSIGNMENT DOCUMENT. |
| SZAFRANSKI CM | 03/23/10 | 0.70 | REVIEW RICHMOND GROUND LEASE. |
| SZAFRANSKI CM | 03/24/10 | 0.20 | DISCUSS RESEARCH ON REJECTION OF GROUND LEASE. |
| SZAFRANSKI CM | 03/25/10 | 0.70 | RESEARCH LESSOR REJECTION OF LEASE. |
| SZAFRANSKI CM | 03/26/10 | 0.70 | RESEARCH VA LAW RE: LANDLORD REJECTION, REVIEW LEASE TERMS. |
| SZAFRANSKI CM | 03/29/10 | 1.50 | REVIEW CASES RELATING TO REJECTION OF GROUND LEASE, CONFERENCE CALL, REVIEW MEMO OF LEASE. |
| | | 7.30 | |
| VINE J | 03/03/10 | 0.60 | DRAFT INITIAL MOTION AGAINST LEXINGTON RICHMOND LLC'S MOTION TO EXPEDITE (.6). |
| | | 0.60 | |
| Total Associate | | 66.20 | |
| TOTAL TIME | | <u>67.40</u> | |

47                                                                      B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 04/05/10
Litigation (General)                               Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/09/10 | 2.30 | FINALIZE RESPONSE TO MOTION TO INTERVENE. |
| GALARDI GM | 03/15/10 | 1.90 | REVIEW AND COMMENT ON DRAFT COMPLAINT REGARDING PREFERENCE AND CLAIMS OBJECTION. |
| | | **4.20** | |
| **Total Partner** | | **4.20** | |
| BAKER SK | 03/03/10 | 1.70 | RESEARCH REGARDING IHQ, INC. AND POTENTIAL PREFERENCE LITIGATION(1.7). |
| BAKER SK | 03/10/10 | 0.30 | TELEPHONE CALL WITH D. SHEERER REGARDING PERSONAL INJURY ACTIONS (.3). |
| BAKER SK | 03/29/10 | 0.60 | REVIEW PLEADINGS REGARDING WEISSMAN V. CIRCUIT CITY (.6). |
| | | **2.60** | |
| BUGAY JJ | 03/02/10 | 1.40 | REVISE RESPONSE TO MOTIONS FOR LEAVE TO APPEAL 51ST/52D OMNIBUS ORDER (1.4). |
| BUGAY JJ | 03/05/10 | 1.50 | VARIOUS COMMUNICATIONS RE: ELECTRONIC MAILBOX RULE (.4); PERFORM RESEARCH RE: SAME(1.1). |
| BUGAY JJ | 03/09/10 | 13.40 | CONTINUE TO REVISE RESPONSE TO MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS OBJECTIONS (9.1); VARIOUS COMMUNICATIONS RE: SAME (1.3); VARIOUS RESEARCH RE: SAME (1.2); REVIEW AND FINALIZE OBJECTION (1.8). |
| BUGAY JJ | 03/10/10 | 2.20 | BEGIN TO DRAFT RESPONSE TO ONKYO AND MITSUBISHI MOTIONS FOR LEAVE TO APPEAL (2.2). |
| BUGAY JJ | 03/11/10 | 5.80 | CONTINUE TO DRAFT RESPONSE TO ONKYO AND MITSUBISHI MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (5.8). |
| BUGAY JJ | 03/12/10 | 4.20 | REVISE PROJECT MEMO (4.2). |
| BUGAY JJ | 03/16/10 | 5.80 | CONTINUE TO DRAFT RESPONSE TO ONKYO/MITSUBISHI/APEX MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDERS (5.8). |
| BUGAY JJ | 03/17/10 | 6.30 | CONTINUE TO REVISE RESPONSE TO APEX/ONKYO/MITSUBISHI MOTIONS FOR LEAVE TO APPEAL 51ST AND 52ND OMNIBUS ORDER (6.3). |
| BUGAY JJ | 03/20/10 | 2.80 | CONTINUE TO REVIEW, REVISE AND RESEARCH RESPONSE TO ONKYO/APEX/MITSUBISHI MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (2.8). |

B43E

| BUGAY JJ | 03/21/10 | 2.40 | CONTINUE TO REVIEW, REVISE AND RESEARCH RESPONSE TO ONKYO/APEX/MITSUBISHI MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (2.4). |
|---|---|---|---|
| BUGAY JJ | 03/22/10 | 4.30 | FINALIZE RESPONSE TO ONKYO/MITSUBISHI/APEX MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (3.6); DRAFT MOTION AND ORDER TO CONSOLIDATE BRIEFING AND ORAL ARGUMENT RE: SAME (.7). |
| BUGAY JJ | 03/30/10 | 8.70 | BEGIN TO RESEARCH ISSUES RE: 503(B)(9) CLAIM OF QUEBECOR (4.8); BEGIN TO DRAFT OBJECTION TO CLAIMS OF QUEBECOR (3.9). |
| BUGAY JJ | 03/31/10 | 10.40 | CONTINUE TO RESEARCH AND DRAFT OBJECTION TO QUEBECOR CLAIMS (10.4). |
| | | **69.20** | |
| FREDERICKS IS | 03/05/10 | 4.20 | REVIEW AND REVISE DRAFT PNY AND USDR COMPLAINTS (2.4); PREPARE LITIGATION SUMMARIES OF PNY AND USDR FOR M. MOSIER AND TELEPHONE CALL TO DISCUSS SETTLEMENT PROPOSALS (1.2); CORRESPONDENCE TO COUNSEL TO USDR AND PNY RE: SETTLEMENT PROPOSALS (.6). |
| FREDERICKS IS | 03/09/10 | 1.80 | REVIEW, REVISE AND FINALIZE MOTION AND ORDER TO EXTEND REMOVAL DEADLINE (.7); REVIEW AND REVISE VARIOUS DEMAND LETTERS TO VENDORS RE: CLAIM DISPUTES, RECEIVABLES AND PREFERENCES (1.1). |
| FREDERICKS IS | 03/11/10 | 2.40 | REVIEW AND SUBSTANTIALLY REVISE LG COMPLAINT (2.4). |
| FREDERICKS IS | 03/12/10 | 0.90 | REVIEW AND REVISE VARIOUS DEMAND LETTERS RE: CLAIMS, RECEIVABLES, AND PREFERENCES (.9). |
| FREDERICKS IS | 03/15/10 | 1.30 | REVIEW AND REVISE LG COMPLAINT (1.3). |
| FREDERICKS IS | 03/16/10 | 3.10 | REVIEW AND REVISE MULTIPLE DRAFTS OF LG COMPLAINT AND CORRESPONDENCE TO CC RE: COMMENTS (3.1). |
| FREDERICKS IS | 03/17/10 | 3.70 | REVIEW AND REVISE DEMAND LETTERS TO VARIOUS VENDORS RE: CLAIMS, RECEIVABLES AND PREFERENCES (1.6); REVIEW, REVISE AND FINALIZE DRAFT OF LG COMPLAINT AND CORRESPONDENCE TO LG'S COUNSEL RE: SAME (2.1). |
| FREDERICKS IS | 03/22/10 | 1.40 | CONTINUE TO REVIEW, REVISE AND FINALIZE LG, PNY AND USDR COMPLAINTS. |
| FREDERICKS IS | 03/23/10 | 3.10 | REVIEW, REVISE AND FINALIZE USDR, LG AND PNY COMPLAINTS AND ALL RELATED EXHIBITS FOR FILING (2.7); CORRESPONDENCE TO COUNSEL TO LG AND COUNSEL TO PNY/USDR RE: COMPLAINTS AND PRIOR SETTLEMENT PROPOSALS (.4). |

B43E

| FREDERICKS IS | 03/30/10 | 2.40 | REVIEW AND REVISE MITSUBISHI AND APEX COMPLAINTS/CLAIM OBJECTIONS (2.4). |
| FREDERICKS IS | 03/31/10 | 3.10 | REVIEW, REVISE AND UPDATE MITSUBISHI AND APEX COMPLAINTS (3.1). |
| | | **27.40** | |
| IBRAHIMI Y | 03/02/10 | 1.20 | REVIEW OF EMAILS, DRAFT OBJECTION, RENT REDUCTION ANALYSIS, RE LEXINGTON GROUND / BUILDING LEASE DISPUTE (1.2). |
| IBRAHIMI Y | 03/03/10 | 1.50 | SUPPLEMENTAL RESEARCH ON DUE PROCESS PRECEDENT (1.5). |
| IBRAHIMI Y | 03/04/10 | 2.20 | REVIEW OF DUE PROCESS / COMMERCE CLAUSE CASE LAW (2.2). |
| | | **4.90** | |
| KUMAR JS | 03/29/10 | 0.30 | EMAILING COMPANY REGARDING HANDLING OF STATE COURT LAWSUIT (.3). |
| | | **0.30** | |
| LIBERI JM | 03/01/10 | 2.90 | RESEARCH CORPORATE AFFILIATIONS AMONG MITAC, MAGELLAN AND RELATED CREDITOR ENTITIES (0.8); REVIEW CORRESPONDENCE RE: SONY MATTERS (0.4); PROVIDE INFORMATION TO SONY COUNSEL RE: PENDING MULTI-DISTRICT LITIGATION MATTERS (0.4); FOLLOW UP WITH MICROSOFT COUNSEL RE: CLAIMS RECONCILIATION MATTERS (0.2); COMMUNICATE WITH KONAMI RE: CLAIMS AND SETTLEMENT MATTERS (0.2); FOLLOW UP RE: INFORMATION REQUEST FOR BOARD MATERIALS (0.4); REVIEW DOCUMENTS RE: SAME (0.3); COMMUNICATE WITH COUNSEL FOR FUNAI RE: SETTLEMENT MATTERS (0.2). |
| LIBERI JM | 03/02/10 | 3.00 | REVIEW RESPONSES TO OMNIBUS OBJECTIONS (0.6); REVIEW STATUS OF REMAINING "GOODS" CLAIMS IN DISPUTE AND CONSIDER POTENTIAL RESOLUTIONS (1.3); CONSIDER DISCOVERY RE: GOODS ISSUES (0.7); COMMUNICATE WITH COUNSEL FOR MINER FLEET RE: GOODS ISSUES, DISCOVERY AND SETTLEMENT (0.4). |
| LIBERI JM | 03/03/10 | 2.20 | RESEARCH CASE LAW RE: CREDITOR CLAIMS ASSERTED AGAINST MULTIPLE DEBTORS ON CONTINGENT LIABILITY CLAIMS (0.8); REVIEW LEASE RE: RENT AND OPTION TERMS (0.8); REVIEW AND CONSIDER DEMAND LETTER ISSUES (0.6). |

| LIBERI JM | 03/04/10 | 3.40 | REVIEW AND COMMENT ON DRAFT OMNIBUS HEARING AGENDA (0.4); REVIEW INFORMATION RE: PANASONIC DISPUTES (0.4); REVIEW CONFIRMATION DETAILS RE: PAID/SATISFIED CLAIMS FOR POTENTIAL OBJECTION (0.8); REVIEW CLAIMS RECONCILIATION DATA RE: MOTOROLA CLAIMS (0.5); REVIEW CORRESPONDENCE AND COURT NOTICES RE: CLASS ACTION MATTERS PENDING BEFORE CALIFORNIA DISTRICT COURT (0.8); REVIEW CLAIM DETAIL FOR UNIVERSAL DISPLAY RE: POTENTIAL OBJECTION (0.5). |
| --- | --- | --- | --- |
| LIBERI JM | 03/08/10 | 1.70 | RESEARCH MONSTER INC. CORPORATE AFFILIATIONS RE: PENDING DISPUTES AND CLAIMS RECONCILIATION (0.6); TELEPHONICALLY ATTEND STATUS CONFERENCE RE: GENTRY CLASS ACTION MATTER (0.8); COMMUNICATE WITH COUNSEL FOR GATEWAY RE: CLAIMS RECONCILIATION MATTERS (0.3). |
| LIBERI JM | 03/09/10 | 4.40 | COMMUNICATE WITH COUNSEL FOR MICROSOFT RE: CLAIMS RECONCILIATION MATTERS (0.2); REVIEW AND REVISE DRAFT COMPLAINTS RE: PNY AND USDR (0.8); CONSIDER POTENTIAL GROUNDS FOR OBJECTION TO PNY AND USDR CLAIMS (0.4); ANALYZE ACCOUNTS RECEIVABLE INFORMATION RE: PNY AND USDR (0.5); REVIEW PREFERENCE INFORMATION RE: DRAFT COMPLAINTS (0.6); REVIEW STATUS OF ADJOURNED CLAIMS OBJECTIONS AND POTENTIAL RESOLUTIONS (0.4); REVIEW STATUS OF RESPONSES TO DEMAND LETTERS (0.4); FOLLOW UP WITH PARTIES FAILING TO RESPOND TO DEMAND LETTERS (0.6); REVISE DRAFT FUNAI SETTLEMENT AGREEMENT AND CIRCULATE TO FUNAI'S COUNSEL (0.5). |
| LIBERI JM | 03/10/10 | 2.40 | REVIEW REVISED LG AND SAMSUNG COMPLAINTS (0.7); REVIEW ACCOUNTS RECEIVABLE AND SETOFF DATA RE: LG AND SAMSUNG (0.5); REVIEW PREFERENCE DATA RE: DRAFT COMPLAINTS (0.5); COMMUNICATE WITH COUNSEL FOR NEW YORK CITY DEPARTMENT. OF FINANCE RE: CLAIMS RECONCILIATION AND WITHDRAWAL (0.3); COMMUNICATE WITH COUNSEL FOR SEGA RE: CLAIMS RECONCILIATION AND SETTLEMENT (0.2); FOLLOW UP WITH COUNSEL FOR BETHESDA RE: SETTLEMENT MATTERS (0.2). |
| LIBERI JM | 03/11/10 | 2.20 | REVIEW DRAFT DEMAND LETTER ISSUES (0.4); REVIEW DOCKET RE: CANON SETTLEMENT (0.4); SEEK TO SUBMIT CANON STIPULATION & ORDER FOR COURT'S ENTRY (0.3); COMMUNICATE WITH COUNSEL FOR LON ACRE RE: CLAIMS MATTERS (0.3); REVIEW PROOFS OF CLAIM AND CLAIMS TRANSFER FILINGS RE: LONG ACRE, MARBLEGATE (0.8). |

B43E

| LIBERI JM | 03/12/10 | 3.50 | CONSIDER D&O POLICY ISSUES RE: PENDING AND POTENTIAL CLAIMS (0.5); REVIEW STATUS OF HAIER SETTLEMENT NEGOTIATIONS AND HAIER'S LAST OFFER (0.4); DRAFT EMAIL TO CREDITORS' COMMITTEE COUNSEL RE: HAIER MATTER (0.2); REVIEW NOTICES OF WITHDRAWAL OF CLAIMS PROVIDED BY CITY OF NEW YORK DEPT. OF FINANCE (0.4); REVIEW AND REVISE DRAFT CONFIDENTIALITY AGREEMENT RE: CITY OF NEW YORK DEPT. OF FINANCE (0.5); CONSIDER DEBTORS' ANALYSIS OF MOTOROLA CLAIMS (0.5); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS RECONCILIATION AND SETTLEMENT ISSUES (0.3); REVISE LG COMPLAINT (0.4); REVIEW PREFERENCE DATA RE: DRAFT COMPLAINT (0.3). |
| LIBERI JM | 03/15/10 | 3.30 | REVIEW COMMENTS OF BETHESDA'S COUNSEL RE: DRAFT SETTLEMENT AGREEMENT (0.4); REVISE DRAFT BETHESDA SETTLEMENT AGREEMENT (0.4); COMMUNICATE WITH COUNSEL FOR BETHESDA RE: SAME (0.3); ANALYZE J&F MANUFACTURING CLAIM ISSUES (0.5); COMMUNICATE WITH COUNSEL FOR ARCHOS RE: CLAIMS RECONCILIATION (0.3); CONTACT CLAIMS AGENT RE: NOTICES PREVIOUSLY SENT TO ARCHOS (0.3); REVIEW PREFERENCE PAYMENT DETAIL AND ANALYSIS RE: POTENTIAL PREFERENCE LITIGATION CLAIMS (1.1). |
| LIBERI JM | 03/16/10 | 2.40 | FOLLOW UP WITH CREDITORS RE: DEMANDS FOR ADDITIONAL INFORMATION IN SUPPORT OF CLAIMS (0.5); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: INSURANCE AND SETTLEMENT ISSUES (0.5); REVISE DRAFT COMPLAINTS RE: SETOFF, RECEIVABLES AND PREFERENCE MATTERS (1.4). |
| LIBERI JM | 03/17/10 | 1.80 | COMMUNICATE WITH BETHESDA'S COUNSEL RE: SETTLEMENT AND CLAIMS RECONCILIATION ISSUES (0.3); REVIEW COMMENTS RE: DRAFT LG COMPLAINT AND CONSIDER REVISIONS (0.3); REVIEW AND COMMENT ON DISCOVERY REQUESTS RE: EASTERN SECURITY (0.5); REVIEW AND COMMENT ON DRAFT DISCOVERY REQUESTS RE: MINER FLEET (0.4); REVIEW AND REVISE MINER FLEET STIPULATION RE: LATE-FILED CLAIM MOTION (0.3). |
| LIBERI JM | 03/18/10 | 2.90 | REVIEW STATUS OF PENDING SETTLEMENT NEGOTIATIONS RE: CLAIMS MATTERS (0.7); REVIEW DRAFT SUMMARY OF PENDING CLAIMS MATTERS AND POTENTIAL CONSENSUAL RESOLUTIONS (0.8); COMMUNICATE WITH COUNSEL FOR MINER FLEET RE: SETTLEMENT ISSUES (0.2); DRAFT EMAIL TO COMMITTEE COUNSEL RE: STATUS OF HAIER AMERICA TRADING MATTERS (0.3); FOLLOW UP ON CANON SETTLEMENT MATTERS (0.2); REVIEW AND REVISE DRAFT NY TAX OBJECTION (0.7). |

B43E