**EXHIBIT D-7**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| LIBERI JM | 03/19/10 | 6.50 | REVIEW AND REVISE DRAFT COMPLAINT RE: MITSUBISHI (1.6); REVIEW AND REVISE PNY COMPLAINT (0.9); REVIEW AND REVISE USDR COMPLAINT (0.7); REVIEW AND COMMENT ON DISCOVERY REQUESTS RE: US SIGNS (0.6); REVIEW AND COMMENT ON DISCOVERY REQUESTS RE: SCHIMENTI (0.6); COMMUNICATE WITH COUNSEL FOR VECTOR SECURITY RE: FIFTH OMNIBUS OBJECTION, CLAIMS AND DISCOVERY MATTERS (0.3); REVIEW INFORMATION RE: VECTOR SECURITY CLAIMS ISSUES (0.4); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY PROCEEDING AND INSURANCE MATTERS (0.4); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS RECONCILIATION ISSUES (0.3); COMMUNICATE WITH COUNSEL FOR ARCHOS RE: CLAIMS RECONCILIATION ISSUES (0.3); REVIEW STATUS OF OUTSTANDING INFORMATION REQUESTS TO CREDITORS RE: UNSUPPORTED CLAIMS (0.4). |
| LIBERI JM | 03/22/10 | 2.70 | COMMUNICATE WITH COUNSEL FOR VECTOR SECURITY RE: DISCOVERY AND CLAIMS RECONCILIATION MATTERS (0.4); REVIEW CLAIMS INFORMATION AND OBJECTION RE: SAME (0.3); REVIEW LATE CLAIMS ISSUES RE: SENNHEISER AND SLAM BRANDS (0.6); REVIEW FINAL DRAFTS OF COMPLAINTS RE: PNY, USDR AND LG (0.7); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: MOTOROLA (0.7). |
| LIBERI JM | 03/23/10 | 1.80 | REVIEW UPDATED PREFERENCE EXHIBITS RE: DRAFT COMPLAINTS (0.7); REVIEW AND REVISE DRAFT MITSUBISHI COMPLAINT (0.8); COMMUNICATE WITH COUNSEL FOR ARCHOS RE: CLAIMS RECONCILIATION MATTERS (0.3). |
| LIBERI JM | 03/26/10 | 0.70 | REVIEW CORRESPONDENCE FROM LANDLORDS (0.4); REVIEW CORRESPONDENCE FROM COUNSEL FOR SEGA (0.3). |
| LIBERI JM | 03/29/10 | 2.70 | COMMUNICATE WITH COUNSEL FOR BSLLC RE: CLAIMS RECONCILIATION AND RESOLUTION MATTERS (0.2); REVIEW DRAFT COMPLAINT RE: SEAGATE MATTERS (0.6); REVIEW CLAIMS DATA RE: SAME (0.3); REVIEW STATUS OF FOURTH OMNIBUS OBJECTION RE: BETHESDA CLAIMS (0.3); REVIEW CORRESPONDENCE FROM INSURERS RE: CC INVESTORS ADVERSARY PROCEEDING (0.5); REVIEW CLAIMS INFORMATION AND RECONCILIATION MATTERS RE: CC INVESTORS IN LIGHT OF INSURANCE ISSUES (0.8). |
| LIBERI JM | 03/30/10 | 0.90 | REVIEW AND REVISE MINER FLEET SETTLEMENT AGREEMENT RE: 503(B)(9) CLAIM (0.5); COMMUNICATE WITH COUNSEL FOR MINER FLEET RE: 503(B)(9) CLAIM AND 5TH OMNIBUS OBJECTION (0.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 03/31/10 | 4.40 | REVIEW CORRESPONDENCE FROM INSURERS RE: PROPERTY DAMAGE CLAIMS (0.6); REVIEW INSURANCE CLAIMS AND INSURERS' DETERMINATIONS RE: COVERAGE (0.8); COMMUNICATE WITH COUNSEL FOR SLAM BRANDS RE: CLAIMS RECONCILIATION MATTERS (0.3); REVIEW CORRESPONDENCE RE: RESPONSES TO 70TH OMNIBUS OBJECTION (0.4); REVIEW CLAIMS AND BACKGROUND INFORMATION RE: TOMTOM MATTERS (0.4); COMMUNICATE WITH COUNSEL FOR GATEWAY RE: CLAIMS MATTERS (0.3); FOLLOW UP ON PRIOR ADDITIONAL INFORMATION DEMANDS MADE UPON CREDITORS (0.7); REVIEW CLAIMS INFORMATION RE: DISPUTE WITH NAMCO (0.4); REVIEW CORRESPONDENCE RE: INGRAM ENTERTAINMENT (0.3); REVIEW CORRESPONDENCE RE: US MUSIC CORP. (0.2). |
| | | **55.80** | |
| SIDHU SS | 03/01/10 | 5.00 | DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING MITSUBISHI CLAIMS (3.2); RESEARCH DELAWARE SETOFF LAW FOR PURPOSES OF DRAFTING SAME (1.0); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING SIGNATURE/USDR CLAIMS (.4); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (.2); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING KODAK CLAIMS (.2). |
| SIDHU SS | 03/02/10 | 2.00 | REVIEW MOTOROLA AND GENERAL INSTRUMENT CORPORATION CLAIMS AND DEBTORS' CLAIM ANALYSES FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION TO CLAIMS (.7); REVIEW AFFIDAVIT OF SERVICE REGARDING GENERAL BAR DATE AND VERIFY NOTICE OF WEIDLER CLAIM CLASS MEMBERS (.8); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING SAMSUNG CLAIMS (.5). |
| SIDHU SS | 03/03/10 | 1.90 | REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING MITSUBISHI CLAIMS (.8); REVIEW SAMSUNG CLAIMS AND DEBTORS' ANALYSES REGARDING SAME FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION (.4); DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING SAMSUNG CLAIMS (.7). |

| | | | |
|---|---|---|---|
| SIDHU SS | 03/04/10 | 4.90 | DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING SEAGATE CLAIMS (.9); REVIEW MOTOROLA AND GENERAL INSTRUMENT CLAIMS FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT AND OBJECTION (.1); DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING MOTOROLA AND GENERAL INSTRUMENT CLAIMS (2.1); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING SEAGATE CLAIMS (.1); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (1.4); ATTEND CONFERENCE CALL WITH DEBTORS REGARDING REVISION OF PNY CLAIMS (.3). |
| SIDHU SS | 03/05/10 | 5.30 | REVIEW PNY CLAIMS FOR PURPOSES OF REVISIONS TO PNY ADVERSARY COMPLAINT AND OBJECTION (.3); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (.6); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING SIGNATURE/USDR CLAIMS (.5); REVIEW PANASONIC CLAIMS AND DEBTORS' CLAIMS ANALYSIS FOR PURPOSES OF DRAFTING ADVERSARY AND COMPLAINT (1.2); DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING PANASONIC CLAIMS (2.5). |
| SIDHU SS | 03/08/10 | 0.40 | DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING PANASONIC CLAIMS. |
| SIDHU SS | 03/09/10 | 4.60 | PREPARE AND ORGANIZE EXHIBITS FOR ADVERSARY COMPLAINTS AND OBJECTIONS REGARDING PNY, USDR/SIGNATURE, SAMSUNG, AND LG CLAIMS AND REVIEW CONTRACTS REGARDING SAME FOR CONFIDENTIALITY PROVISIONS FOR PURPOSES OF DETERMINING WHETHER TO FILE EXHIBITS UNDER SEAL (2.2); DRAFT AND REVISE MOTION TO CONSOLIDATE LG, PNY, AND USDR APPEALS AND PROPOSED ORDER REGARDING SAME (2.4). |
| SIDHU SS | 03/10/10 | 0.50 | DRAFT ADVERSARY COMPLAINT AND OBJECTION REGARDING PANASONIC CLAIMS (.2); REVISE ADVERSARY COMPLAINT AND OBJECTION REGARDING PNY CLAIMS (.3). |
| SIDHU SS | 03/18/10 | 7.00 | REVISE ADVERSARY COMPLAINT REGARDING PNY CLAIMS (2.6); REVISE ADVERSARY COMPLAINT REGARDING USDR/SIGNATURE CLAIMS (1.5); REVISE ADVERSARY COMPLAINT REGARDING MITSUBISHI CLAIMS (2.4); REVIEW AFOREMENTIONED COMPLAINTS (.5). |

| | | | |
|---|---|---|---|
| SIDHU SS | 03/19/10 | 9.30 | REVIEW SEAGATE CLAIM DOCUMENTS FOR PURPOSES OF REVISING ADVERSARY COMPLAINT (.4); REVISE PANASONIC ADVERSARY COMPLAINT (3.4); REVISE EASTMAN KODAK ADVERSARY COMPLAINT (1.1); CONSOLIDATE DOCUMENTATION IN SUPPORT OF PNY, USDR, AND MITSUBISHI ADVERSARY COMPLAINTS (.3); REVISE MOTOROLA ADVERSARY COMPLAINT (1.1); REVISE SEAGATE ADVERSARY COMPLAINT (1.2); REVISE MITSUBISHI ADVERSARY COMPLAINT (1.0); CONFERENCE REGARDING REVISIONS TO PNY, USDR, AND MITSUBISHI COMPLAINTS (.9); REVISE PNY, USDR, AND MITSUBISHI ADVERSARY COMPLAINTS (.9). |
| SIDHU SS | 03/22/10 | 6.90 | REVISE SEAGATE ADVERSARY COMPLAINT (1.1); REVISE PANASONIC ADVERSARY COMPLAINT (.4); REVISE PNY ADVERSARY COMPLAINT (.3); CONFORM PNY AND USDR COMPLAINTS TO LG COMPLAINT (.4); REVIEW ONKYO CLAIM DOCUMENTATION FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.7); DRAFT ADVERSARY COMPLAINT REGARDING ONKYO CLAIMS (1.5); REVIEW APEX CLAIM DOCUMENTATION FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.7); DRAFT ADVERSARY COMPLAINT REGARDING APEX CLAIMS (.8); REVISE MITSUBISHI COMPLAINT (.2); REVIEW AND FINALIZE PNY AND USDR COMPLAINTS (.8). |
| SIDHU SS | 03/23/10 | 2.30 | CONFERENCE REGARDING FILING OF PNY, USDR, AND LG COMPLAINTS (.2); CONFORM LG COMPLAINT TO REVISIONS TO PNY AND USDR COMPLAINT (.1); DRAFT ADVERSARY COMPLAINT REGARDING ONKYO CLAIMS (1.1); DRAFT ADVERSARY COMPLAINT REGARDING APEX CLAIMS (.3); REVISE MITSUBISHI COMPLAINT (.5); RESEARCH EASTERN DISTRICT OF VIRGINIA BRIEF FORMATTING REQUIREMENTS (.1). |
| SIDHU SS | 03/24/10 | 2.80 | REVISE MITSUBISHI COMPLAINT (.7); REVISE APEX COMPLAINT (.4); REVISE ONKYO COMPLAINT (.3); REVIEW AND REVISE PANASONIC COMPLAINT (1.4). |
| SIDHU SS | 03/25/10 | 0.90 | REVISE PANASONIC COMPLAINT (.2); REVIEW AND REVISE KODAK COMPLAINT (.6); UPDATE MITSUBISHI COMPLAINT TO REFLECT NEW STATUS OF CLAIMS (.1). |
| SIDHU SS | 03/26/10 | 0.30 | REVISE MITSUBISHI COMPLAINT. |
| SIDHU SS | 03/29/10 | 0.40 | REVISE SEAGATE COMPLAINT TO REFLECT 70TH OMNIBUS OBJECTION. |

| | | | |
|---|---|---|---|
| SIDHU SS | 03/30/10 | 4.40 | REVIEW DEBTORS' SUPPORTING DOCUMENTATION REGARDING TOMTOM CLAIMS FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.8); DRAFT ADVERSARY COMPLAINT REGARDING TOMTOM CLAIMS (2.4); REVISE APEX COMPLAINT FOR CONFORMITY (.3); REVISE ONKYO COMPLAINT FOR CONFORMITY (.9). |
| SIDHU SS | 03/31/10 | 0.90 | DRAFT ADVERSARY COMPLAINT REGARDING TOMTOM CLAIMS (.4); REVISE SEAGATE COMPLAINT FOR CONFORMITY (.3); REVISE KODAK COMPLAINT FOR CONFORMITY (.2). |
| | | **59.80** | |
| VINE J | 03/10/10 | 1.10 | REVISE LG COMPLAINT REGARDING PREFERENCE AMOUNTS (1.1). |
| VINE J | 03/11/10 | 3.20 | REDRAFT LG COMPLAINT (3.2). |
| VINE J | 03/12/10 | 1.70 | REVISE LG COMPLAINT (1.7). |
| VINE J | 03/16/10 | 2.80 | REVIEW AND REVISE LG COMPLAINT. |
| VINE J | 03/22/10 | 1.30 | REVIEW LG COMPLAINT REGARDING FTI PREFERENCE ANALYSIS (1.3). |
| | | **10.10** | |
| **Total Associate** | | **230.10** | |
| ANGELICA CL | 03/19/10 | 1.40 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| | | **1.40** | |
| HEANEY CM | 03/05/10 | 0.10 | COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEET FOR CALIFORNIA COURT MATTER (.1). |
| HEANEY CM | 03/09/10 | 0.30 | REVIEW REMOVAL MOTION AND ORDER FOR UPDATES AND DISTRIBUTE DOCUMENTS ON THIRD PARTIES (.3). |
| | | **0.40** | |
| **Total Legal Assistant** | | **1.80** | |
| **TOTAL TIME** | | **236.10** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 04/05/10
Nonworking Travel Time                                   Bill Number: 1309208
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 03/07/10 | 1.95 | NON-WORKING TRAVEL TO RICHMOND FOR HEARING ON VARIOUS MATTERS (3.9). |
| GALARDI GM | 03/08/10 | 2.65 | RETURN TRAVEL FROM RICHMOND TO WILMINGTON. |
| GALARDI GM | 03/17/10 | 2.25 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND FOR HEARING (4.5). |
| GALARDI GM | 03/18/10 | 1.10 | NON-WORKING TRAVEL FROM RICHMOND TO WASH D.C. FOR SAMSUNG MEETINGS. |
| GALARDI GM | 03/19/10 | 1.55 | NON-WORKING TRAVEL TIME FROM DC TO WILMINGTON. |
| GALARDI GM | 03/25/10 | 3.50 | TRAVEL TO AND FROM RICHMOND FOR HEARING. |
| | | **13.00** | |
| **Total Partner** | | **13.00** | |
| FREDERICKS IS | 03/07/10 | 1.90 | TRAVEL FROM WILMINGTON DE TO RICHMOND (1.9). |
| FREDERICKS IS | 03/08/10 | 1.70 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (1.7). |
| FREDERICKS IS | 03/17/10 | 1.80 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (1.8). |
| FREDERICKS IS | 03/19/10 | 1.00 | TRAVEL FROM WASHINGTON DC TO WILMINGTON (1.0). |
| FREDERICKS IS | 03/25/10 | 3.10 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA, INCLUDING TIME WAITING FOR FLIGHT (1.3); TRAVEL FROM RICHMOND VA TO WILMINGTON, DE, INCLUDING FLIGHT DELAYS (1.8). |
| | | **9.50** | |
| **Total Associate** | | **9.50** | |
| **TOTAL TIME** | | **22.50** | |

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 04/05/10  
Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 03/03/10 | 0.20 | TELEPHONE CALL WITH T. PHILLIPS REGARDING DEBTORS' PLAN OF LIQUIDATION (.2). |
| BAKER SK | 03/05/10 | 0.20 | TELEPHONE CALL WITH J. COHEN REGARDING PLAN CONFIRMATION (.2). |
| BAKER SK | 03/08/10 | 0.20 | TELEPHONE CALL WITH P. GREENBERG REGARDING PLAN CONFIRMATION (.2). |
| BAKER SK | 03/12/10 | 0.20 | REVIEW CORRESPONDENCE FROM D. COMSTOCK REGARDING MONTHLY OPERATING REPORT AND LIQUIDATION PLAN (.2). |
| BAKER SK | 03/16/10 | 0.20 | TELEPHONE CALL WITH J. STAHLER REGARDING CONFIRMATION ISSUES (.2). |
|  |  | **1.00** |  |
| FREDERICKS IS | 03/26/10 | 0.80 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO THE COMMITTEE AND AL SIEGEL RE: CONFIRMATION ISSUES (.8). |
| FREDERICKS IS | 03/31/10 | 0.80 | REVIEW PROPOSED OVERSIGHT COMMITTEE BYLAWS (.8). |
|  |  | **1.60** |  |
| GRANT K | 03/01/10 | 4.50 | CONTINUED WORK ON REVIEWING AND REVISING PLAN MODIFICATION MOTION. (4.5). |
| GRANT K | 03/02/10 | 1.50 | CONTINUED WORK ON PLAN MODIFICATION MOTION REGARDING CANADA ISSUES. (1.5). |
|  |  | **6.00** |  |
| KUMAR JS | 03/01/10 | 4.50 | REVIEWING REVISIONS TO MOTION TO APPROVE CANADIAN RESTRUCTURING TRANSACTIONS AND MODIFY PLAN (.9); REVISING CONFIRMATION BRIEF (3.6). |
| KUMAR JS | 03/29/10 | 6.70 | DRAFTING MEMO OF OUTSTANDING ITEMS REGARDING CONFIRMATION, REVIEWING AND REVISING TABLE OF CONFIRMATION OBJECTIONS TO INCLUDE PROPOSED RESPONSES AND AMENDING PLAN OF LITIGATION (6.7). |
| KUMAR JS | 03/30/10 | 7.30 | UPDATING TABLE OF CONFIRMATION OBJECTIONS AND AMENDING PLAN OF LIQUIDATION (7.3). |
| KUMAR JS | 03/31/10 | 5.30 | UPDATING TABLE OF CONFIRMATION OBJECTIONS WITH PROPOSED RESPONSES, AMENDING PLAN OF LIQUIDATION AND REVISING MEMO REGARDING OUTSTANDING TASKS FOR CONFIRMATION (4.6); EMAILS REGARDING WEISSMAN V. CIRCUIT CITY LAWSUIT (.7). |

|  |  |  |  |
|---|---|---|---|
|  |  | 23.80 |  |
| VINE J | 03/02/10 | 1.70 | WORK ON REVISIONS TO PLAN MODIFICATION MOTION (1.7). |
| VINE J | 03/11/10 | 1.00 | CONTINUED WORK ON PLAN MODIFICATION MOTION (1.0). |
| VINE J | 03/12/10 | 2.20 | REVISE MOTION TO MODIFY THE PLAN (2.2). |
| VINE J | 03/15/10 | 1.10 | REVISE MOTION. TO MODIFY THE PLAN (1.1). |
| VINE J | 03/24/10 | 4.00 | REVISING MOTION AND ORDER TO MODIFY PLAN (4.0). |
| VINE J | 03/25/10 | 4.40 | REVISE AND RESEARCH FOR MOTION TO MODIFY PLAN (4.4). |
|  |  | 14.40 |  |
| **Total Associate** |  | **46.80** |  |
| **TOTAL TIME** |  | **46.80** |  |

Circuit City Stores, Inc. (DIP)                            Bill Date: 04/05/10
Retention / Fee Matters (SASM&F)                           Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| DICKERSON CL | 03/08/10 | 1.20 | ATTENTION TO INTERIM FEE APPLICATION AND MONTHLY FEE STATEMENT. |
| DICKERSON CL | 03/16/10 | 0.60 | REVIEW FEBRUARY FEE STATEMENT. |
|  |  | 1.80 |  |
| **Total Partner** |  | **1.80** |  |
| FREDERICKS IS | 03/11/10 | 1.70 | REVIEW AND REVISE SKADDEN INTERIM FEE APPLICATION (1.7). |
| FREDERICKS IS | 03/29/10 | 0.60 | REVIEW AND REVISE G. GALARDI DECLARATION TO INCORPORATE COMMENTS (.6). |
| FREDERICKS IS | 03/30/10 | 0.80 | REVIEW, REVISE AND FINALIZE G. GALARDI SUPPLEMENTAL AFFIDAVIT (.8). |
|  |  | 3.10 |  |
| GRANT K | 03/08/10 | 1.50 | BEGAN REVIEW AND REVISION OF FEBRUARY FEE AND EXPENSE STATEMENT. |
| GRANT K | 03/09/10 | 1.50 | CONTINUED TO REVIEW AND REVISE FEBRUARY FEE AND EXPENSE STATEMENT. |
| GRANT K | 03/10/10 | 1.30 | CONTINUED WORK ON FEBRUARY FEE AND EXPENSE STATEMENT. |
| GRANT K | 03/15/10 | 1.10 | WORKED ON FINALIZING FEBRUARY FEE AND EXPENSE STATEMENT AND CORRESPONDENCE REGARDING SAME. |
|  |  | 5.40 |  |
| LAZAROFF KA | 03/02/10 | 2.70 | REVIEW TIME AND MATTER DESCRIPTIONS AND BEGIN DRAFTING 5TH FEE APPLICATION. |
| LAZAROFF KA | 03/04/10 | 2.00 | CONTINUE DRAFTING 5TH FEE APPLICATION. |
| LAZAROFF KA | 03/05/10 | 1.40 | FINISH DRAFT OF 5TH FEE APPLICATION. |
| LAZAROFF KA | 03/08/10 | 2.70 | REVIEW AND REVISE 5TH FEE APPLICATION. |
| LAZAROFF KA | 03/10/10 | 1.00 | REVIEW AND REVISE FEE APPLICATION. |
|  |  | 9.80 |  |
| **Total Associate** |  | **18.30** |  |
| **TOTAL TIME** |  | **20.10** |  |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 04/05/10
Retention / Fee Matters / Objections (Others)                      Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 03/11/10 | 0.20 | FOLLOW-UP REGARDING LOCKTON. |
|  |  | **0.20** |  |
| **Total Partner** |  | **0.20** |  |
| FREDERICKS IS | 03/31/10 | 3.70 | REVIEW, REVISE AND UPDATE MOTION TO CLARIFY FTI ORDER AND CORRESPONDENCE TO RE: SAME (3.7). |
|  |  | **3.70** |  |
| GRANT K | 03/01/10 | 1.60 | CONTINUED WORK ON CROWE RETENTION PLEADINGS (1.1); EMAILS WITH COMMITTEE COUNSEL REGARDING SAME. (.5). |
|  |  | **1.60** |  |
| LAZAROFF KA | 03/01/10 | 0.30 | REVIEW CRO RETENTION PAPERS AND EXHIBITS AND PREPARE FOR FILING. |
|  |  | **0.30** |  |
| VINE J | 03/11/10 | 0.50 | REVISE FTI FEE MOTION (.5). |
| VINE J | 03/12/10 | 1.30 | RESEARCH AND REVISE FTI FEE MOTION (1.3). |
| VINE J | 03/23/10 | 2.90 | RESEARCH AND REVISE FTI MOTION. AND ORDER RE: NY LAW AND R. 3020 RELIEF (2.9). |
| VINE J | 03/25/10 | 0.50 | REVISING FTI MOTION (.5). |
|  |  | **5.20** |  |
| **Total Associate** |  | **10.80** |  |
| **TOTAL TIME** |  | **11.00** |  |

Circuit City Stores, Inc. (DIP)                             Bill Date: 04/05/10
Secured Claims                                              Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 03/01/10 | 4.70 | DRAFT CORRESPONDENCE TO M. STOVER REGARDING BOND CANCELLATION ANALYSIS (.2); RESEARCH REGARDING LICENSES AS EXECUTORY CONTRACTS (2.4); TELEPHONE CALL WITH M. STOVER REGARDING CANCELABLE SURETY BONDS (.3); REVIEW VARIOUS SURETY BONDS REGARDING CANCELLATION UNDER STATE LAW (1.8). |
| BAKER SK | 03/05/10 | 0.20 | TELEPHONE CALL WITH M. STOVER REGARDING BOND TERMINATION MOTION (.1); REVIEW CORRESPONDENCE REGARDING NEW YORK GAMES OF CHANCE SURETY BONDS (.1). |
| BAKER SK | 03/12/10 | 0.30 | DRAFT RESPONSE TO BOND CLAIMS (.3). |
| BAKER SK | 03/18/10 | 1.10 | REVISE CONSENT ORDER AND EXHIBIT A REGARDING MOTION TO CANCEL SURETY BONDS (1.1). |
| BAKER SK | 03/22/10 | 0.10 | REVIEW CORRESPONDENCE REGARDING MOTION TO CANCEL SURETY BONDS (.1). |
| BAKER SK | 03/29/10 | 0.70 | REVISE CONSENT ORDER REGARDING SURETY BOND (.7). |
|  |  | 7.10 |  |
| **Total Associate** |  | 7.10 |  |
| **TOTAL TIME** |  | **7.10** |  |

Circuit City Stores, Inc. (DIP)                                BIll Date: 04/05/10
Tax Matters                                                    Bill Number: 1309208

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BREWSTER JJ | 03/04/10 | 1.00 | CONFER REGARDING TAX ISSUES. |
| BREWSTER JJ | 03/05/10 | 0.80 | TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING TAX ISSUES AND STATUS AUDIT. |
| BREWSTER JJ | 03/09/10 | 0.60 | TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING TAX ISSUES (.2); E-MAIL CORRESPONDENCE (.4). |
| BREWSTER JJ | 03/10/10 | 0.50 | TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING TAX ISSUES (.5). |
| BREWSTER JJ | 03/12/10 | 2.50 | REVIEW AGENDA FOR STATUS CALL (.2); TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING SAME (.8); TELEPHONE CONFERENCE WITH H. SINGLETON, J. MITCHELL AND D. ROBISON (1.5). |
| BREWSTER JJ | 03/15/10 | 4.00 | REVIEW OUTLINE OF ISSUES AND SPREADSHEET OF FEDERAL TAX IMPACT (2.0); TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING TAX ISSUES (.5); TELEPHONE CONFERENCE WITH COMPANY AND CHIEF RESTRUCTURING OFFICER REGARDING TAX ISSUES AND STRATEGY (1.0); FOLLOW-UP AFTER CALL REGARDING NEXT STEPS (.5). |
| BREWSTER JJ | 03/25/10 | 2.70 | TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING ISSUANCE OF TAM (.4); CONFER WITH C. CONJURA REGARDING TAX ISSUES (.3); REVIEW TAX MEMO FROM KPMG (.5); REVIEW TAX AUTHORITIES CITED IN MEMO (1.2); FOLLOW-UP WITH C. CONJURA REGARDING TAX ISSUE (.3). |
| BREWSTER JJ | 03/26/10 | 1.50 | TELEPHONE CONFERENCE WITH J. MCDONALD REGARDING REMAINING TAX ISSUES FOR 2007-2008 AUDIT (.7); TELEPHONE CONFERENCE WITH IRS REVIEWER REGARDING STATUS OF TAM (.8). |
| BREWSTER JJ | 03/29/10 | 3.50 | REVIEW IRS EXPLANATION OF PROPOSED TAX ADJUSTMENT (.5); REVIEW IRS REGULATIONS AND TAX AUTHORITIES (2.0); SUMMARIZE MEMO (1.0). |
| BREWSTER JJ | 03/30/10 | 0.30 | E-MAIL CORRESPONDENCE REGARDING TECHNICAL ADVICE MEMO FROM IRS (.3). |
|  |  | **17.40** |  |
| GALARDI GM | 03/01/10 | 0.70 | CALLS AND EMAILS REGARDING CANADIAN REVENUE RULING AND NEXT STEPS. |
| GALARDI GM | 03/18/10 | 1.30 | REVIEW AND COMMENT ON DRAFT OBJECTION TO NY STATE TAX CLAIMS (.9); REVIEW AND ANALYZE 505 ISSUES REGARDING STATE TAXING AUTHORITIES (.4). |

| | | | |
|---|---|---|---|
| GALARDI GM | 03/29/10 | 1.50 | WORK ON ISSUES REGARDING CANADAIAN REVENUE RULING WITH OSLER AND PWC (.6); CALL WITH COMMITTEE AND OTHERS (.5); FOLLOW-UP REGARDING STRATEGY AND ISSUES (.4). |
| GALARDI GM | 03/31/10 | 2.40 | REVIEW AND ANALYZE GOWLINGS MEMO (.8); CALLS AND EMAILS REGARDING SAME WITH OSLER AND OTHERS (1.3); EMAILS TO COMMITTEE REGARDING ISSUES (.3). |
| | | **5.90** | |
| **Total Partner** | | **23.30** | |
| BUGAY JJ | 03/01/10 | 10.10 | CONTINUE TO PERFORM RESEARCH REGARDING CALIFORNIA TAX OBJECTION (4.3); CONTINUE TO ANALYZE CALIFORNIA TAX CLAIMS (2.1); CONTINUE TO DRAFT CALIFORNIA TAX OBJECTION (3.7). |
| BUGAY JJ | 03/02/10 | 3.70 | VARIOUS COMMUNICATIONS WITH PRICE WATERHOUSE RE: CALIFORNIA TAX OBJECTION (.4); REVISE CALIFORNIA TAX OBJECTION (3.3). |
| BUGAY JJ | 03/03/10 | 3.10 | CONTINUE TO DRAFT AND RESEARCH CALIFORNIA TAX OBJECTION (3.1). |
| BUGAY JJ | 03/04/10 | 3.20 | CONTINUE TO REVISE AND ANALYZE CALIFORNIA AND VIRGINIA TAX OBJECTIONS (3.2). |
| BUGAY JJ | 03/15/10 | 8.10 | CONTINUE TO DRAFT RESPONSE TO ONKYO/MITSUBISHI/APEX MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (7.7); VARIOUS COMMUNICATIONS WITH PWC AND COMPANY RE: VIRGINIA AND CALIFORNIA TAX OBJECTIONS (.4). |
| BUGAY JJ | 03/18/10 | 9.40 | CONTINUE TO REVISE RESPONSE TO ONKYO/APEX/MITSUBISHI MOTIONS FOR LEAVE TO APPEAL 51ST AND 52D OMNIBUS ORDER (4.2); PERFORM RESEARCH RE: SAME (2.9); CONTINUE TO DRAFT VIRGINIA TAX OBJECTION (2.3). |
| BUGAY JJ | 03/23/10 | 3.20 | PREPARE RESPONSE TO INTERLOCUTORY APPEAL/MOTION AND ORDER TO CONSOLIDATE FOR FILING (1.9); VARIOUS COMMUNICATIONS RE: SAME (.2); CONTINUE TO RESEARCH VIRGINIA TAX OBJECTION (1.1). |
| BUGAY JJ | 03/24/10 | 1.40 | CONTINUE TO DRAFT AND RESEARCH VIRGINIA TAX OBJECTION (1.4). |
| BUGAY JJ | 03/25/10 | 2.40 | CONTINUE TO DRAFT AND RESEARCH VIRGINIA TAX OBJECTION (2.4). |
| | | **44.60** | |
| FREDERICKS IS | 03/15/10 | 0.80 | PARTICIPATE IN CONFERENCE CALL WITH CC REGARDING TAX MATTERS (.8). |

| Name | Date | Hours | Description |
|---|---|---|---|
| FREDERICKS IS | 03/16/10 | 0.40 | MULTIPLE CORRESPONDENCE REGARDING REAL ESTATE TAX MATTERS (.4). |
| FREDERICKS IS | 03/23/10 | 0.90 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE AND CANADIAN COUNSEL RE: CRA TAX MATTERS AND REVIEW RELEVANT DOCUMENTS (.9). |
| FREDERICKS IS | 03/27/10 | 1.70 | CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE AND CANADIAN COUNSEL RE: CRA TAX RULING AND RELATED ISSUES (1.7). |
| FREDERICKS IS | 03/29/10 | 2.40 | REVIEW INFORMATION RELATED TO CRA REVENUE RULING AND CORRESPONDENCE TO AND FROM CANADIAN ADVISORS RE: SAME (.7); PARTICIPATE IN CONFERENCE CALL W/ ALL US AND CANADIAN PROFESSIONALS RE: CRA REVENUE RULING STATUS AND RELATED ISSUES (.9); PARTICIPATE IN MULTIPLE FOLLOW-UP CALLS W/ OSLER RE: SAME (.8). |
| FREDERICKS IS | 03/31/10 | 5.30 | REVIEW PROPOSED MEMORANDUM RE: CANADIAN TAX ISSUES AND CORRESPONDENCE RE: SAME (1.4); REVIEW PLAN AND LIQUIDATION TRUST AGREEMENT IN PREPARATION FOR CALL W/ CANADIAN COUNSEL AND PARTICIPATE IN CALL (1.6); REVIEW MULTIPLE CORRESPONDENCE RELATED TO TAX MEMO (.7); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ CANADIAN MONITOR AND CANADIAN COUNSEL RE: MEMO (1.6). |
| | | **11.50** | |
| IBRAHIMI Y | 03/02/10 | 2.90 | CONTINUE DRAFTING LOUISIANA TAX OBJECTION (1.3); ADDITIONAL TAX RESEARCH IN SUPPORT OF OBJECTION (1.6). |
| IBRAHIMI Y | 03/03/10 | 2.50 | CONTINUED DRAFTING LOUISIANA TAX OBJECTION (2.5). |
| IBRAHIMI Y | 03/04/10 | 3.30 | CONTINUE DRAFTING LOUISIANA TAX OBJECTION (3.3). |
| IBRAHIMI Y | 03/25/10 | 3.50 | CONTINUED DRAFT OF LOUISIANA TAX OBJECTION. |
| IBRAHIMI Y | 03/26/10 | 4.10 | COMPLETED DRAFT OF OBJECTION TO ASSESSMENT OF LOUISIANA CORPORATE INCOME AND FRANCHISE TAX ASSESSMENTS. |
| | | **16.30** | |
| LAZAROFF KA | 03/02/10 | 0.30 | ATTENTION TO TAX ISSUES REGARDING OWNED AND SOLD REAL ESTATE. |
| | | **0.30** | |
| LIBERI JM | 03/01/10 | 2.40 | REVIEW STATUS OF OBJECTIONS AND RESPONSES TO TAX CLAIMS (0.5); FOLLOW UP WITH PWC AND DEBTORS' TAX GROUP RE: TAX INFORMATION REQUESTS (0.5); REVIEW TAX INFORMATION RE: POTENTIAL GROUNDS FOR LITIGATION DISPUTES (1.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 03/03/10 | 0.70 | REVIEW INFORMATION RE: POTENTIAL TAX DISPUTES RE: CALIFORNIA MATTERS (0.7). |
| LIBERI JM | 03/12/10 | 0.40 | REVIEW OUTLINE FOR CONFERENCE CALL RE: TAX DISPUTE ISSUES (0.4). |
| LIBERI JM | 03/15/10 | 1.70 | REVIEW CLAIMS DATA AND INFORMATION RE: STATE OF NERSEY TAX CLAIM DISPUTES (0.7); REVIEW DRAFT DEMAND LETTERS (0.4); REVIEW COMMUNICATIONS WITH PWC AND DEBTORS' RE: VIRGINIA TAX CLAIM ISSUES (0.6). |
| LIBERI JM | 03/18/10 | 0.50 | REVIEW ANSWERS TO DATA REQUESTS RE: VIRGINIA AND CALIFORNIA TAX OBJECTION MATTERS (0.5). |
| LIBERI JM | 03/29/10 | 3.10 | REVIEW AND REVISE OBJECTION TO TAX CLAIMS (3.1). |
| LIBERI JM | 03/31/10 | 0.50 | REVIEW DRAFT MOTION FOR SUMMARY JUDGMENT RE: TAX CLAIMS ISSUES (0.5). |
| | | **9.30** | |
| MARSTON JP | 03/04/10 | 0.30 | CORRESPONDENCE REGARDING TAX ISSUES. |
| MARSTON JP | 03/09/10 | 1.40 | PREPARE MATERIALS FOR CALL WITH CLIENT (1.4). |
| MARSTON JP | 03/10/10 | 0.90 | PREPARE MATERIALS FOR CALL WITH CLIENT (.9). |
| MARSTON JP | 03/12/10 | 1.30 | PREPARE MATERIALS FOR CALL WITH CLIENT (.5); PARTICIPATE IN CONFERENCE CALL (.8). |
| MARSTON JP | 03/15/10 | 6.20 | PREPARE MATERIALS FOR CALL WITH CLIENT AND OTHERS (5.2); PARTICIPATE IN CALL WITH CLIENT AND OTHERS (1.0). |
| MARSTON JP | 03/29/10 | 0.20 | REVIEW CORRESPONDENCE REGARDING TAX ISSUES (.2). |
| | | **10.30** | |
| SIDHU SS | 03/16/10 | 3.40 | REVIEW PRICEWATERHOUSECOOPERS MEMORANDUM REGARDING POSSIBLE OBJECTIONS TO TAX CLAIMS OF NEW JERSEY (1.8); REVIEW UNDERLYING DOCUMENTATION REGARDING NEW JERSEY TAX CLAIMS FOR PURPOSES OF DRAFTING OBJECTION TO CLAIMS (.5); REVIEW AND VERIFY LAW CITED IN MEMORANDUM REGARDING POSSIBLE OBJECTIONS TO TAX CLAIMS OF NEW JERSEY (1.1). |
| SIDHU SS | 03/22/10 | 2.30 | DRAFT OBJECTION REGARDING NEW JERSEY TAX CLAIMS. |
| SIDHU SS | 03/23/10 | 2.40 | DRAFT OBJECTION TO NEW JERSEY TAX CLAIMS. |
| SIDHU SS | 03/30/10 | 0.20 | CONFERENCE CALL WITH PRICEWATERHOUSECOOPERS REGARDING NEW JERSEY TAX OBJECTION ARGUMENTS AND SUPPORTING DOCUMENTATION. |

| | | | |
|---|---|---|---|
| SIDHU SS | 03/31/10 | 0.70 | REVIEW ADDITIONAL SUPPORTING DOCUMENTATION SUBMITTED BY PRICEWATERHOUSECOOPERS REGARDING NEW JERSEY TAX CLAIMS (.7). |
| | | 9.00 | |
| VINE J | 03/26/10 | 3.20 | REVISE MASS. TAX OBJ. (2.4); REVISE NY TAX OBJ. (.8). |
| | | 3.20 | |
| **Total Associate** | | 104.50 | |
| **TOTAL TIME** | | **127.80** | |

| Circuit City Stores, Inc. (DIP) | Bill Date: 04/05/10 |
|---|---|
| Utilities | Bill Number: 1309208 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 03/02/10 | 0.80 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING UTILITY ACCOUNT PAYMENT REQUESTS (.1); REVIEW UTILITY ACCOUNT PAYMENT REQUESTS AND DRAFT CORRESPONDENCE TO M. STOVER (.7). |
| BAKER SK | 03/03/10 | 0.30 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES (.3). |
| BAKER SK | 03/04/10 | 0.60 | REVIEW CORRESPONDENCE REGARDING UTILITY ACCOUNT PAYMENT REQUESTS AND FUTURE OBJECTIONS FOR CLAIMS SATISFIED POST-PETITION (.2); REVIEW UTILITY PAYMENT REQUEST OF LOUISVILLE GAS AND ELECTRIC (.2); TELEPHONE CALL REGARDING LOUISVILLE GAS AND ELECTRIC ADMINISTRATIVE EXPENSE REQUEST (.2). |
| BAKER SK | 03/08/10 | 0.40 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING SACRAMENTO MUNICIPAL UTILITY DISTRICT'S ADMINISTRATIVE CLAIM (.1); TELEPHONE CALL REGARDING SACRAMENTO MUNICIPAL UTILITY DISTRICT'S ADMINISTRATIVE EXPENSE CLAIM (.2); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING NYSEG BOND CLAIM (.1). |
| BAKER SK | 03/09/10 | 0.90 | REVIEW CORRESPONDENCE FROM DOMINION GAS REGARDING FINAL ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE REGARDING MIAMI-DADE COUNTY WATER AND SEWER ACCOUNTS (.1); REVIEW ADDITIONAL DOCUMENTS PRODUCED IN SUPPORT OF NYSEG BOND CLAIM (.6); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING NYSE UTILITY BOND CLAIM (.1). |
| BAKER SK | 03/10/10 | 0.40 | DRAFT RESPONSE TO NYSEG BOND CLAIM (.4). |
| BAKER SK | 03/12/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES (.4). |
| BAKER SK | 03/17/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL BILLING STATEMENTS (.4). |
| BAKER SK | 03/24/10 | 1.30 | REVIEW VARIOUS UTILITY COMPANY RECORDS IN SUPPORT OF CLAIMS (.8); REVIEW UTILITY ACCOUNT PAYMENT REQUESTS REGARDING TYLEX CLAIM SATISFIED (.5). |
| BAKER SK | 03/26/10 | 0.50 | REVIEW UTILITY ACCOUNT REQUEST OF CITIZEN'S GAS (.2); DRAFT CORRESPONDENCE TO CITIZEN'S GAS REGARDING UTILITY ACCOUNT REQUEST (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 03/31/10 | 0.40 | REVIEW CORRESPONDENCE FROM D. BLANKS REGARDING UTILITY PAYMENT REQUEST OF KENTUCKY UTILITIES (.1); RESEARCH PAYMENT TO KENTUCKY UTILITIES (.3). |
| | | 6.40 | |
| **Total Associate** | | 6.40 | |
| **TOTAL TIME** | | <u>6.40</u> | |

**CLIENT TOTAL**             <u>1,450.50</u>

B43E