## EXHIBIT D-8

**(Detail of Time Billed)**

**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

**MATTER #1   General Corporate Advice**                                   **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.30 | $3,218.00 |
| **TOTAL PARTNER** | | **3.30** | **$3,218.00** |
| **ASSOCIATES** | | | |
| IAN S. FREDERICKS | $665 | 4.30 | $ 2,860.00 |
| JOHN P. MARSTON | 665 | 2.80 | 1,862.00 |
| **TOTAL ASSOCIATES** | | **7.10** | **$4,722.00** |
| **MATTER TOTAL** | | **10.40** | **$7,940.00** |

B43E

MATTER #2  Asset Analysis and Recovery                        Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 1.90 | $1,853.00 |
| **TOTAL PARTNER** | | 1.90 | $1,853.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $665 | 2.40 | $1,596.00 |
| **TOTAL ASSOCIATE** | | 2.40 | $1,596.00 |
| **MATTER TOTAL** | | 4.30 | $3,449.00 |

B43E

**MATTER #5  Asset Dispositions (Real Property)**             **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 11.70 | $ 7,956.00 |
| KELLY A. LAZAROFF | 485 | 3.30 | 1,601.00 |
| TOTAL ASSOCIATES | | 15.00 | $9,557.00 |
| **MATTER TOTAL** | | **15.00** | **$9,557.00** |

B43E

**MATTER #7  Business Operations / Strategic Planning          Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.70 | $13,358.00 |
| TOTAL PARTNER | | 13.70 | $13,358.00 |
| **MATTER TOTAL** | | **13.70** | **$13,358.00** |

B43E

TIME SUMMARY - ATTORNEY FEES
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #8  Case Administration**                                     Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.30 | $ 3,218.00 |
| **TOTAL PARTNER** | | 3.30 | $ 3,218.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 1.40 | $    805.00 |
| JOSHUA J. BUGAY | 420 | 21.50 | 9,030.00 |
| PAMELA S. DANGELO | 485 | 0.20 | 97.00 |
| IAN S. FREDERICKS | 665 | 35.30 | 23,475.00 |
| JESSICA S. KUMAR | 525 | 1.10 | 578.00 |
| SUNDEEP S. SIDHU | 420 | 2.40 | 1,008.00 |
| JARRETT VINE | 420 | 1.60 | 672.00 |
| **TOTAL ASSOCIATES** | | 63.50 | $35,665.00 |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $295 | 50.20 | $14,809.00 |
| **TOTAL LEGAL ASSISTANTS** | | 50.20 | $14,809.00 |
| **MATTER TOTAL** | | 117.00 | $53,692.00 |

B43E

**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

**MATTER #9  Claims Admin. (General)**                          **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 29.40 | $ 28,665.00 |
| **TOTAL PARTNER** | | **29.40** | **$ 28,665.00** |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 110.00 | $  63,250.00 |
| PAMELA S. DANGELO | 485 | 14.10 | 6,839.00 |
| IAN S. FREDERICKS | 665 | 100.70 | 66,966.00 |
| KELLAN GRANT | 680 | 22.30 | 15,164.00 |
| DOUGLAS D. HERRMANN | 630 | 26.50 | 16,695.00 |
| AMY C. HUFFMAN | 525 | 70.00 | 36,750.00 |
| CANDICE KORKIS | 420 | 36.70 | 15,414.00 |
| JESSICA S. KUMAR | 525 | 71.00 | 37,275.00 |
| KELLY A. LAZAROFF | 485 | 50.90 | 24,687.00 |
| SUNDEEP S. SIDHU | 420 | 30.10 | 12,642.00 |
| JARRETT VINE | 420 | 7.30 | 3,066.00 |
| **TOTAL ASSOCIATES** | | **539.60** | **$298,748.00** |
| **LEGAL ASSISTANTS** | | | |
| LEGAL ASSISTANT @ | $185 | 7.40 | $  1,369.00 |
| LEGAL ASSISTANT @ | 295 | 43.40 | 12,803.00 |
| **TOTAL LEGAL ASSISTANTS** | | **50.80** | **$ 14,172.00** |
| **MATTER TOTAL** | | **619.80** | **$341,585.00** |

B43E

CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

MATTER #13   Creditor Meetings / Statutory Committees        Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 2.60 | $2,535.00 |
| TOTAL PARTNER | | 2.60 | $2,535.00 |
| **MATTER TOTAL** | | 2.60 | $2,535.00 |

B43E

TIME SUMMARY BY MATTERS
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

MATTER #15  Employee Matters (General)                    Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 2.60 | $2,535.00 |
| **TOTAL PARTNER** | | 2.60 | $2,535.00 |
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 0.40 | $  230.00 |
| **TOTAL ASSOCIATE** | | 0.40 | $  230.00 |
| **MATTER TOTAL** | | 3.00 | $2,765.00 |

B43E

**TIME SUMMARY BY MATTER**
**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

**MATTER #21   Insurance**                              **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.10 | $3,023.00 |
| **TOTAL PARTNER** | | 3.10 | $3,023.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.20 | $   115.00 |
| IAN S. FREDERICKS | 665 | 1.50 | 998.00 |
| **TOTAL ASSOCIATES** | | 1.70 | $1,113.00 |
| **MATTER TOTAL** | | 4.80 | $4,136.00 |

B43E

TIME SUMMARY BY MATTER
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #24  Leases (Real Property)**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $976 | 0.90 | $   878.00 |
| **TOTAL PARTNER** | | **0.90** | **$   878.00** |
| **ASSOCIATE** | | | |
| KELLY A. LAZAROFF | $486 | 0.50 | $   243.00 |
| **TOTAL ASSOCIATE** | | **0.50** | **$   243.00** |
| **MATTER TOTAL** | | **1.40** | **$1,121.00** |

B43E

**TIME SUMMARY - MATTERS**
**CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010**

MATTER #25  Litigation (General)                           Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 14.00 | $ 13,650.00 |
| **TOTAL PARTNER** | | **14.00** | **$ 13,650.00** |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 20.70 | $  11,903.00 |
| JOSHUA J. BUGAY | 420 | 56.90 | 23,898.00 |
| IAN S. FREDERICKS | 665 | 11.50 | 7,648.00 |
| KELLAN GRANT | 680 | 0.30 | 204.00 |
| KELLY A. LAZAROFF | 485 | 0.80 | 388.00 |
| JASON M. LIBERI | 680 | 85.20 | 57,936.00 |
| SUNDEEP S. SIDHU | 420 | 38.90 | 16,338.00 |
| **TOTAL ASSOCIATES** | | **214.30** | **$118,315.00** |
| **MATTER TOTAL** | | **228.30** | **$131,965.00** |

B43E

CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #28  Nonworking Travel Time**                          Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 13.30 | $12,968.00 |
| TOTAL PARTNER | | 13.30 | $12,968.00 |
| **ASSOCIATE** | | | |
| IAN S. FREDERICKS | $665 | 14.55 | $ 9,676.00 |
| TOTAL ASSOCIATE | | 14.55 | $ 9,676.00 |
| **MATTER TOTAL** | | 27.85 | $22,644.00 |

B43E

**MATTER #31   Reorganization Plan / Plan Sponsors**                **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 11.40 | $11,115.00 |
| **TOTAL PARTNER** | | 11.40 | $11,115.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $576 | 0.50 | $    288.00 |
| IAN S. FREDERICKS | 665 | 21.00 | 13,965.00 |
| KELLAN GRANT | 680 | 0.40 | 272.00 |
| JESSICA S. KUMAR | 525 | 13.10 | 6,878.00 |
| **TOTAL ASSOCIATES** | | 35.00 | $21,403.00 |
| **MATTER TOTAL** | | 46.40 | $32,518.00 |

B43E

TIME SUMMARY - BY MATTER
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #33  Retention / Fee Matters (SASM&F)**          Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 0.80 | $  780.00 |
| **TOTAL PARTNER** | | 0.80 | $  780.00 |
| **ASSOCIATES** | | | |
| KELLAN GRANT | $680 | 3.90 | $ 2,652.00 |
| KELLY A. LAZAROFF | 485 | 0.60 | 291.00 |
| **TOTAL ASSOCIATES** | | 4.50 | $2,943.00 |
| **MATTER TOTAL** | | 5.30 | $3,723.00 |

B43E

TIME SUMMARY
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #34   Retention / Fee Matters / Objections (Others)     Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNER** | | | |
| GREGG M. GALARDI | $975 | 3.90 | $3,803.00 |
| TOTAL PARTNER | | 3.90 | $3,803.00 |
| **MATTER TOTAL** | | 3.90 | $3,803.00 |

B43E

**MATTER #35  Secured Claims**                                        Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 3.90 | $2,243.00 |
| TOTAL ASSOCIATE | | 3.90 | $2,243.00 |
| **MATTER TOTAL** | | **3.90** | **$2,243.00** |

B43E

TIME SUMMARY BY MATTER
CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #36  Tax Matters**                                    Bill No: 1314126

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **PARTNERS** | | | |
| JODY J. BREWSTER | $995 | 13.00 | $ 12,935.00 |
| GREGG M. GALARDI | 975 | 4.20 | 4,095.00 |
| DAVID F. LEVY | 850 | 8.00 | 6,800.00 |
| TOTAL PARTNERS | | 25.20 | $23,830.00 |
| **ASSOCIATES** | | | |
| SARAH K. BAKER | $575 | 0.20 | $    115.00 |
| MEGAN A. BOMBICK | 485 | 5.40 | 2,619.00 |
| JOSHUA J. BUGAY | 420 | 17.30 | 7,266.00 |
| IAN S. FREDERICKS | 665 | 20.40 | 13,566.00 |
| JASON M. LIBERI | 680 | 9.00 | 6,120.00 |
| JOHN P. MARSTON | 665 | 7.60 | 5,054.00 |
| SUNDEEP S. SIDHU | 420 | 13.20 | 5,544.00 |
| JARRETT VINE | 420 | 3.20 | 1,344.00 |
| TOTAL ASSOCIATES | | 76.30 | $41,628.00 |
| **MATTER TOTAL** | | 101.50 | $65,458.00 |

B43E

CIRCUIT CITY STORES, INC. (DIP): through April 30, 2010

**MATTER #38  Utilities**                                    **Bill No: 1314126**

| NAME | RATE | HOURS | TOTAL |
|------|------|-------|-------|
| **ASSOCIATE** | | | |
| SARAH K. BAKER | $575 | 7.90 | $4,543.00 |
| TOTAL ASSOCIATE | | 7.90 | $4,543.00 |
| **MATTER TOTAL** | | 7.90 | $4,543.00 |
| **CLIENT TOTAL** | | 1217.05 | $707,035.00 |

B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 05/06/10**
**General Corporate Advice**                           **Bill Number: 1314126**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/25/10 | 0.10 | EMAIL RE: BOARD CALL WITH CRO (.1). |
| GALARDI GM | 04/02/10 | 1.10 | PREPARE FOR AND ATTEND BOARD MEETING. |
| GALARDI GM | 04/06/10 | 0.40 | CALLS AND EMAILS RE: STATUS OF CONFIRMATION AND OTHER ISSUES. |
| GALARDI GM | 04/07/10 | 0.60 | CALL WITH J. MARCUM (.1); EMAILS WITH BOARD (.3); FOLLOW-UP RE: SAME (.2). |
| GALARDI GM | 04/13/10 | 0.60 | BOARD CALL. |
| GALARDI GM | 04/19/10 | 0.30 | EMAIL TO BOARD RE: STATUS OF VARIOUS ISSUES. |
| GALARDI GM | 04/20/10 | 0.20 | EMAILS WITH BOARD RE: STATUS AND ISSUES. |
| | | 3.30 | |
| **Total Partner** | | **3.30** | |
| FREDERICKS IS | 04/02/10 | 2.90 | PREPARE MATERIALS FOR UPCOMING BOARD CALL AND MULTIPLE CORRESPONDENCE RE: SAME AND PARTICIPATE IN BOARD CALL (2.9). |
| FREDERICKS IS | 04/13/10 | 1.40 | PREPARE FOR AND PARTICIPATE IN BOARD CALL (1.4). |
| | | 4.30 | |
| MARSTON JP | 04/19/10 | 2.80 | CORRESPOND WITH OTHERS (.6); PREPARE FOR AND PARTICIPATE IN CALL WITH CLIENT (2.2). |
| | | 2.80 | |
| **Total Associate** | | **7.10** | |
| **TOTAL TIME** | | **10.40** | |

B43E

**Circuit City Stores, Inc. (DIP)**  
**Asset Analysis and Recovery**

**Bill Date: 05/06/10**  
**Bill Number: 1314126**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 04/09/10 | 1.70 | REVIEW LENGTHY MEMO ON FLAT SCREEN LITIGATION (.8); CALL RE: STRATEGY AND ISSUES (.9). |
| GALARDI GM | 04/14/10 | 0.20 | REVIEW UPDATE ON TAX REFUNDS. |
| | | 1.90 | |
| **Total Partner** | | **1.90** | |
| FREDERICKS IS | 04/09/10 | 2.40 | REVIEW FLAT PANEL LITIGATION MEMO, CORRESPONDENCE RE: SAME AND PARTICIPATE IN CONFERENCE CALL W/ CC RE: SAME (2.4). |
| | | 2.40 | |
| **Total Associate** | | **2.40** | |
| **TOTAL TIME** | | **4.30** | |

B43E

**Circuit City Stores, Inc. (DIP)**        Bill Date: 05/06/10
**Asset Dispositions (Real Property)**     Bill Number: 1314126

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 04/01/10 | 0.90 | DISCUSSIONS WITH M. PRUITT AND J. LEININGER REGARDING DR1 SALE. (.9). |
| GRANT K | 04/02/10 | 1.10 | REVIEWED PRUITT BID FOR DR1 LAND, AND EMAILS WITH M. PRUITT AND D. MILLER REGARDING SAME.  (1.1). |
| GRANT K | 04/06/10 | 0.60 | EMAILS WITH D. MILLER (.3) AND TELECONFERENCE WITH M. PRUITT (.3) REGARDING DR1 LAND SALE. |
| GRANT K | 04/07/10 | 0.60 | EMAILS WITH D. MILLER AND J. AVALLONE REGARDING DR1 SALE (.4) AND SARATOGA SALE. (.2). |
| GRANT K | 04/08/10 | 0.40 | EMAILS WITH D. MILLER, J. LEININGER AND J. AVALLONE REGARDING DR1 LAND SALE. (.4). |
| GRANT K | 04/09/10 | 0.70 | REVIEWED DRAFT LOI REGARDING DR1 LAND SALE (.5), AND EMAILS WITH D. MILLER REGARDING SAME. (.2). |
| GRANT K | 04/13/10 | 0.90 | REVIEWED AND REVISED LOI, AND EMAIL WITH D. MILLER REGARDING SAME. (.9). |
| GRANT K | 04/14/10 | 0.60 | TELECONFERENCE AND EMAILS WITH D. MILLER AND J. AVALLONE REGARDING DR1 LAND SALE. (.6). |
| GRANT K | 04/16/10 | 0.80 | CONTINUED WORK ON DR1 LAND SALE AND LOI (.4); TELECONFERENCES AND EMAILS WITH J. LEININGER AND D. MILLER REGARDING SAME. (.4). |
| GRANT K | 04/20/10 | 1.00 | REVIEWED AND REVISED LOI FOR DR1 SALE (.5); DISCUSSIONS WITH M. PRUITT AND D. MILLER REGARDING SAME. (.5). |
| GRANT K | 04/21/10 | 0.40 | CONTINUED DISCUSSIONS REGARDING DR1 SALE. (.4). |
| GRANT K | 04/26/10 | 0.40 | EMAILS WITH D. MILLER REGARDING DR1 LAND SALE. (.4). |
| GRANT K | 04/27/10 | 0.90 | EMAILS WITH D. MILLER AND TELECONFERENCE WITH M. PRUITT REGARDING DR1 LAND SALE. (.9). |
| GRANT K | 04/28/10 | 1.50 | REVIEWED AND REVISED LOI FOR DR1 SALE, AND EMAILS WITH D. MILLER AND A. SIEGEL REGARDING SAME. (1.5). |
| GRANT K | 04/30/10 | 0.90 | WORKED ON FINALIZING DR1 LAND SALE LOI AND EMAILS WITH CLIENT AND PURCHAWER REGARDING SAME. (.9). |
|  |  | **11.70** |  |
| LAZAROFF KA | 04/19/10 | 3.30 | DRAFT SARASOTA AND DR1 SALE DOCUMENTS. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

```
                                  3.30

Total Associate                  15.00

TOTAL TIME                       15.00
```

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 05/06/10
Business Operations / Strategic Planning                 Bill Number: 1314126

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/22/10 | 0.30 | ADDRESS OSLER REQUEST FOR INTERTAN AND VENTOUX CLAIMS. |
| GALARDI GM | 03/23/10 | 0.30 | EMAILS RE: CANADIAN CLAIMS AND RULING MATTERS. |
| GALARDI GM | 03/24/10 | 0.20 | EMAILS RE: INTERTAN CLAIMS STATUSAND ISSUES. |
| GALARDI GM | 03/27/10 | 0.20 | EMAILS RE: CRA RULING AND OSLER HEARING WITH MORAWETZ(.2). |
| GALARDI GM | 03/30/10 | 0.70 | CALL WITH OSLER AND PWC RE: CANADIAN AMALGAMATION (.3); REVIEW A. GUPTA'S SUGGESTED CHANGES AND EMAIL (.4). |
| GALARDI GM | 04/01/10 | 1.40 | INTERNAL CALLS AND EMAILS WITH OSLER AND PWC RE: CANADIAN REVENUE RULING (.8); CALLS AND EMAILS WITH COMMITTEE RE: GOWLINGS MEMO AND PLAN ISSUES (.6). |
| GALARDI GM | 04/02/10 | 1.20 | REVIEW AND COMMENT ON GOWLINGS MEMO. |
| GALARDI GM | 04/05/10 | 1.10 | FOLLOW-UP RE: OSLER COMMENTS ON GOWLINGS MEMO (.4); CALL WITH OSLER RE: SAME AND STATUS (.7). |
| GALARDI GM | 04/06/10 | 0.90 | REVIEW REVISED GOWLING MEMO FROM COMMITTEE (.6); CALL RE: CRA AND INTERTAN WITH COMMITTEE (.3). |
| GALARDI GM | 04/07/10 | 0.70 | FINAL REVIEW OF CRA RULING REQUEST. |
| GALARDI GM | 04/08/10 | 0.40 | REVIEW CANADIAN CLOSING CHECKLIST (.4). |
| GALARDI GM | 04/12/10 | 0.40 | WEEKLY UPDATE CALL RE: INTERTAN STATUS. |
| GALARDI GM | 04/13/10 | 0.30 | CALL WITH PWC RE: CRA FEEDBACK AND NEXT STEPS (.3). |
| GALARDI GM | 04/15/10 | 0.60 | CALL WITH OSLER AND PWC RE: FRENCH DEVELOPMENTS (.6). |
| GALARDI GM | 04/16/10 | 0.90 | FOLLOW-UP RE: FRENCH TAX ISSUES AND CANADIAN AMLGAMATION. |
| GALARDI GM | 04/19/10 | 0.60 | INTERTAN UPDATE CALL (.6). |
| GALARDI GM | 04/22/10 | 0.60 | CALL RE: CANADA AND FRENCH TAX ISSUE. |
| GALARDI GM | 04/26/10 | 1.90 | WEEKLY CALL RE: INTERAN AND AMALGAMATION (.6); CALLS AND EMAILS RE: FRENCH TAX ISSUES (.7); REVIEW AND ANALYZE ISSUES RE: FRENCH TAX AND AMALGAMATION (.6). |
| GALARDI GM | 04/27/10 | 0.90 | REVIEW MATERIALS RE: ACQUISITION OF CONTROL (.3); CALL RE: SAME (.4); FOLLOW-UP RE FRENCH STATUTE OF LIMITATIONS CONCERNS (.2). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

GALARDI GM          04/29/10          0.10   REVIEW EMAIL RE: CRA UPDATE.

                                      13.70

**Total Partner**                     13.70

**TOTAL TIME**                        <u>13.70</u>

B43E