**EXHIBIT E-1**

**(Detail of Expenses)**

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 03/08/10
Case Administration                                          Bill Number: 1305460
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/10/10 | Galardi GM | 1,119.32 |
| Air/Rail Travel - vendor feed | 02/10/10 | Galardi GM | 382.67 |
| Air/Rail Travel - vendor feed | 02/11/10 | Galardi GM | 45.00 |
| Air/Rail Travel - vendor feed | 02/11/10 | Galardi GM | -1,074.32 |
| Air/Rail Travel - vendor feed | 02/23/10 | Fredericks IS | 903.33 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,376.00** |
| Telephone - Local | 02/09/10 | Verizon-DE | 29.00 |
| | | **TOTAL TELEPHONE - LOCAL** | **$29.00** |
| Out-of-Town Travel | 01/27/10 | Boston Coach Corp. | 97.99 |
| Out-of-Town Travel | 01/27/10 | Boston Coach Corp. | 127.74 |
| Out-of-Town Travel | 01/27/10 | Boston Coach Corp. | 110.28 |
| Out-of-Town Travel | 01/27/10 | Fredericks IS | 64.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$401.00** |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.46 |
| Messengers/ Courier | 02/09/10 | Federal Express Corp. | 8.12 |
| Messengers/ Courier | 02/15/10 | Federal Express Corp. | 14.60 |
| Messengers/ Courier | 02/18/10 | Federal Express Corp. | 15.82 |
| | | **TOTAL MESSENGERS/ COURIER** | **$45.00** |
| Outside Research/Internet Services | 02/02/10 | Restructuring Concepts, LLC | 20.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$20.00** |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 3.74 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 0.47 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 2.81 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 1.25 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 3.43 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 1.09 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 0.62 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 1.72 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 0.31 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 0.23 |
| Print Images to Paper (from Electronic Media) | 02/11/10 | Ndumu TA | 1.25 |
| **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | | | **$17.00** |
| **TOTAL MATTER** | | | **$1,888.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 03/08/10
Claims Admin. (General)                                  Bill Number: 1305460
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| CLR/Delaware Database | 02/26/10 | Office Admin, D | 150.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$150.00** |
| Air/Rail Travel - vendor feed | 02/23/10 | Galardi GM | 1,518.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,518.00** |
| In-house Reproduction | 02/02/10 | Copy Center, D | 48.49 |
| In-house Reproduction | 02/02/10 | Copy Center, D | 8.08 |
| In-house Reproduction | 02/07/10 | Copy Center, D | 0.20 |
| In-house Reproduction | 02/19/10 | Copy Center, D | 1.00 |
| In-house Reproduction | 02/24/10 | Copy Center, D | 24.44 |
| In-house Reproduction | 02/26/10 | Copy Center, D | 3.59 |
| In-house Reproduction | 02/28/10 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$86.00** |
| Postage | 02/01/10 | Office Admin, D | 17.30 |
| Postage | 02/05/10 | Office Admin, D | 2.59 |
| Postage | 02/12/10 | Office Admin, D | 1.37 |
| Postage | 02/22/10 | Office Admin, D | 1.37 |
| Postage | 02/24/10 | Office Admin, D | 1.37 |
| | | **TOTAL POSTAGE** | **$24.00** |
| Lexis/Nexis | 02/01/10 | Fredericks IS | 42.00 |
| Lexis/Nexis | 02/03/10 | Vine J | 574.47 |
| Lexis/Nexis | 02/04/10 | Vine J | 713.26 |
| Lexis/Nexis | 02/05/10 | Vine J | 621.50 |
| Lexis/Nexis | 02/08/10 | Vine J | 2,702.24 |
| Lexis/Nexis | 02/09/10 | Vine J | 367.11 |
| Lexis/Nexis | 02/09/10 | Baker SK | 40.50 |
| Lexis/Nexis | 02/11/10 | Vine J | 171.01 |
| Lexis/Nexis | 02/16/10 | Vine J | 628.46 |
| Lexis/Nexis | 02/17/10 | Vine J | 1,487.09 |
| Lexis/Nexis | 02/18/10 | Vine J | 801.49 |
| Lexis/Nexis | 02/19/10 | Vine J | 52.29 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 02/24/10 | Fredericks IS | 45.00 |
| Lexis/Nexis | 02/25/10 | Fredericks IS | 9.38 |
| Lexis/Nexis | 02/25/10 | Korkis C | 97.20 |
| | | **TOTAL LEXIS/NEXIS** | **$8,353.00** |
| Westlaw | 02/02/10 | Baker SK | 251.71 |
| Westlaw | 02/03/10 | Lazaroff KA | 422.36 |
| Westlaw | 02/03/10 | Dangelo PS | 270.46 |
| Westlaw | 02/08/10 | Lazaroff KA | 201.96 |
| Westlaw | 02/08/10 | Korkis C | 483.94 |
| Westlaw | 02/08/10 | Baker SK | 233.03 |
| Westlaw | 02/09/10 | Lazaroff KA | 71.85 |
| Westlaw | 02/09/10 | Baker SK | 159.37 |
| Westlaw | 02/11/10 | Vine J | 6.88 |
| Westlaw | 02/14/10 | Korkis C | 43.20 |
| Westlaw | 02/15/10 | Korkis C | 123.07 |
| Westlaw | 02/19/10 | Korkis C | 32.92 |
| Westlaw | 02/22/10 | Lazaroff KA | 75.15 |
| Westlaw | 02/25/10 | Lazaroff KA | 114.85 |
| Westlaw | 02/25/10 | Korkis C | 37.24 |
| Westlaw | 02/26/10 | Kumar JS | 34.01 |
| | | **TOTAL WESTLAW** | **$2,562.00** |
| Car Service (manual entries) | 01/25/10 | Flash Cab Co. | 19.00 |
| | | **TOTAL CAR SERVICE (MANUAL ENTRIES)** | **$19.00** |
| Filing/Court Fees | 02/23/10 | Skardel, Inc. | 50.00 |
| | | **TOTAL FILING/COURT FEES** | **$50.00** |
| Messengers/ Courier | 02/05/10 | Federal Express Corp. | 10.42 |
| Messengers/ Courier | 02/10/10 | Federal Express Corp. | 7.05 |
| Messengers/ Courier | 02/25/10 | Federal Express Corp. | 15.08 |
| Messengers/ Courier | 02/25/10 | Federal Express Corp. | 13.45 |
| | | **TOTAL MESSENGERS/ COURIER** | **$46.00** |
| OCR Processing | 02/18/10 | Teschky RJ | 0.35 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| OCR Processing | 02/18/10 | Teschky RJ | 12.65 |
| | | **TOTAL OCR PROCESSING** | **$13.00** |
| CD Creation | 02/18/10 | Teschky RJ | 57.00 |
| CD Creation | 02/18/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$114.00** |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.55 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.79 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.71 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.63 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.71 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.90 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.40 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.03 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.58 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.63 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.63 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.55 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.19 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.71 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.87 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.74 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 1.20 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.95 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.95 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Mc Clendon AD | 0.16 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$27.00** |
| Electronic Database Export (TIF Process) | 02/18/10 | Teschky RJ | 0.35 |
| Electronic Database Export (TIF Process) | 02/18/10 | Teschky RJ | 12.65 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$13.00** |
| Production Export (with Bates and Legends) | 02/18/10 | Teschky RJ | 0.57 |
| Production Export (with Bates and Legends) | 02/18/10 | Teschky RJ | 20.43 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$21.00** |
| Loading Images/Data | 02/18/10 | Rodriguez AF | 0.08 |
| Loading Images/Data | 02/18/10 | Rodriguez AF | 2.92 |
| | | **TOTAL LOADING IMAGES/DATA** | **$3.00** |
| | | **TOTAL MATTER** | **$12,999.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 03/08/10
Litigation (General)                                         Bill Number: 1305460
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 01/05/10 | Copy Center, D | 172.56 |
| In-house Reproduction | 01/12/10 | Copy Center, D | 123.12 |
| In-house Reproduction | 02/09/10 | Copy Center, D | 6.81 |
| In-house Reproduction | 02/16/10 | Copy Center, D | 0.80 |
| In-house Reproduction | 02/26/10 | Copy Center, D | 6.71 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$310.00** |
| Non-standard/Outside Reproduction | 01/11/10 | Sasm&F Delaware | 25.00 |
| | | **TOTAL NON-STANDARD/OUTSIDE REPRODUCTION** | **$25.00** |
| Lexis/Nexis | 01/11/10 | Sidhu SS | 400.07 |
| Lexis/Nexis | 01/12/10 | Sidhu SS | 198.33 |
| Lexis/Nexis | 01/20/10 | Sidhu SS | 377.97 |
| Lexis/Nexis | 01/21/10 | Sidhu SS | 169.29 |
| Lexis/Nexis | 01/22/10 | Sidhu SS | 131.80 |
| Lexis/Nexis | 01/25/10 | Sidhu SS | 514.22 |
| Lexis/Nexis | 01/26/10 | Sidhu SS | 192.87 |
| Lexis/Nexis | 01/27/10 | Sidhu SS | 515.59 |
| Lexis/Nexis | 01/28/10 | Sidhu SS | 279.18 |
| Lexis/Nexis | 01/29/10 | Sidhu SS | 5.43 |
| Lexis/Nexis | 01/31/10 | Liberi JM | 265.33 |
| Lexis/Nexis | 02/18/10 | Liberi JM | 73.13 |
| Lexis/Nexis | 02/18/10 | Sidhu SS | 221.24 |
| Lexis/Nexis | 02/22/10 | Sidhu SS | 119.26 |
| Lexis/Nexis | 02/23/10 | Sidhu SS | 172.29 |
| | | **TOTAL LEXIS/NEXIS** | **$3,636.00** |
| Westlaw | 01/06/10 | Liberi JM | 70.02 |
| Westlaw | 02/10/10 | Sidhu SS | 131.23 |
| Westlaw | 02/15/10 | Ibrahimi Y | 32.41 |
| Westlaw | 02/17/10 | Sidhu SS | 85.02 |
| Westlaw | 02/19/10 | Sidhu SS | 68.52 |
| Westlaw | 02/21/10 | Sidhu SS | 379.60 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 02/22/10 | Bugay JJ | 17.20 |
| | | **TOTAL WESTLAW** | **$784.00** |
| Filing/Court Fees | 01/11/10 | Sasm&F Delaware | 36.00 |
| | | **TOTAL FILING/COURT FEES** | **$36.00** |
| Messengers/ Courier | 01/11/10 | Federal Express Corp. | 8.46 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 7.52 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 17.40 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 17.40 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 17.40 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 17.40 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 7.52 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/08/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/12/10 | Federal Express Corp. | 5.33 |
| Messengers/ Courier | 02/15/10 | Federal Express Corp. | 6.70 |
| Messengers/ Courier | 02/15/10 | Federal Express Corp. | 6.70 |
| Messengers/ Courier | 02/15/10 | Federal Express Corp. | 6.70 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 02/15/10 | Federal Express Corp. | 6.39 |
| Messengers/ Courier | 02/23/10 | Federal Express Corp. | 8.42 |
| Messengers/ Courier | 02/23/10 | Federal Express Corp. | 8.42 |
| Messengers/ Courier | 02/23/10 | Federal Express Corp. | 8.42 |
| Messengers/ Courier | 02/23/10 | Federal Express Corp. | 5.41 |
| | | **TOTAL MESSENGERS/ COURIER** | **$277.00** |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 11.29 |
| Outside Research/Internet Services | 01/06/10 | Pacer Service Center | 3.71 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$15.00** |
| CD Creation | 02/05/10 | Musselman R | 38.00 |
| CD Creation | 02/08/10 | Narvaez J | 38.00 |
| | | **TOTAL CD CREATION** | **$76.00** |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.24 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.32 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 01/28/10 | Simpson C | 0.45 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.77 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.77 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 2.81 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.93 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 02/04/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.08 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 2.49 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 1.45 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.56 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 1.77 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 02/25/10 | Simpson C | 0.48 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$57.00** |
| File Conversion (Multi-page to Single-page) | 02/05/10 | Musselman PR | 0.67 |
| File Conversion (Multi-page to Single-page) | 02/08/10 | Wu D | 39.33 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$40.00** |
| Production Export (with Bates and Legends) | 02/08/10 | Narvaez J | 156.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS) | $156.00 |
| Loading Images/Data | 02/05/10 | Musselman PR | 0.33 |
| Loading Images/Data | 02/08/10 | Ansari M | 19.67 |
| | | TOTAL LOADING IMAGES/DATA | $20.00 |
| | | TOTAL MATTER | $5,432.00 |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 03/08/10
Reorganization Plan / Plan Sponsors                          Bill Number: 1305460
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Lexis/Nexis | 02/15/10 | Vine J | 416.89 |
| Lexis/Nexis | 02/16/10 | Vine J | 370.44 |
| Lexis/Nexis | 02/17/10 | Vine J | 163.47 |
| Lexis/Nexis | 02/22/10 | Vine J | 1,850.43 |
| Lexis/Nexis | 02/23/10 | Vine J | 603.31 |
| Lexis/Nexis | 02/23/10 | Kumar JS | 89.09 |
| Lexis/Nexis | 02/24/10 | Vine J | 158.79 |
| Lexis/Nexis | 02/25/10 | Vine J | 236.58 |
| | | **TOTAL LEXIS/NEXIS** | **$3,889.00** |
| Westlaw | 02/23/10 | Kumar JS | 48.00 |
| | | **TOTAL WESTLAW** | **$48.00** |
| | | **TOTAL MATTER** | **$3,937.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 03/08/10
Retention / Fee Matters / Objections (Others)             Bill Number: 1305460
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Lexis/Nexis | 02/03/10 | Vine J | 140.27 |
| Lexis/Nexis | 02/04/10 | Vine J | 82.01 |
| Lexis/Nexis | 02/05/10 | Vine J | 18.72 |
| | | TOTAL LEXIS/NEXIS | $241.00 |
| Westlaw | 02/05/10 | Vine J | 113.00 |
| | | TOTAL WESTLAW | $113.00 |
| | | TOTAL MATTER | $354.00 |
| | | TOTAL CLIENT | $24,610.00 |

B43E