## EXHIBIT E-2

**(Detail of Expenses)**

**Circuit City Stores, Inc. (DIP)**
**General Corporate Advice**

Bill Date: 04/05/10
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 03/07/10 | Fredericks IS | 303.84 |
| Lexis/Nexis | 03/08/10 | Fredericks IS | 118.14 |
| Lexis/Nexis | 03/11/10 | Fredericks IS | 133.91 |
| Lexis/Nexis | 03/13/10 | Fredericks IS | 163.54 |
| Lexis/Nexis | 03/14/10 | Fredericks IS | 310.89 |
| Lexis/Nexis | 03/18/10 | Fredericks IS | 60.77 |
| Lexis/Nexis | 03/21/10 | Fredericks IS | 90.03 |
| Lexis/Nexis | 03/24/10 | Fredericks IS | 79.51 |
| Lexis/Nexis | 03/29/10 | Fredericks IS | 54.37 |
| | | **TOTAL LEXIS/NEXIS** | **$1,315.00** |
| Vendor Hosted Telecon-ferencing | 02/09/10 | Teleconferencing Services, LLC | 4.98 |
| Vendor Hosted Telecon-ferencing | 02/09/10 | Teleconferencing Services, LLC | 6.36 |
| Vendor Hosted Telecon-ferencing | 02/09/10 | Teleconferencing Services, LLC | 30.33 |
| Vendor Hosted Telecon-ferencing | 02/19/10 | Teleconferencing Services, LLC | 3.33 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$45.00** |
| Out-of-Town Travel | 03/08/10 | Galardi GM | 258.98 |
| Out-of-Town Travel | 03/08/10 | Galardi GM | 27.02 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$286.00** |
| Messengers/ Courier | 03/19/10 | Federal Express Corp. | 15.59 |
| Messengers/ Courier | 03/19/10 | Federal Express Corp. | 14.41 |
| | | **TOTAL MESSENGERS/ COURIER** | **$30.00** |
| Out-of-Town Meals | 03/07/10 | Galardi GM | 24.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$24.00** |
| | | **TOTAL MATTER** | **$1,700.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Asset Dispositions (Real Property)**

Bill Date: 04/05/10
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 03/24/10 | Korkis C | 401.50 |
| Westlaw | 03/25/10 | Korkis C | 160.81 |
| Westlaw | 03/26/10 | Korkis C | 80.44 |
| Westlaw | 03/29/10 | Lazaroff KA | 529.25 |
| | | **TOTAL WESTLAW** | **$1,172.00** |
| Court Reporting | 03/17/10 | Veritext Chicago Reporting Company | 496.00 |
| | | **TOTAL COURT REPORTING** | **$496.00** |
| | | **TOTAL MATTER** | **$1,668.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Case Administration**

Bill Date: 04/05/10
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/10/10 | Galardi GM | -45.00 |
| Air/Rail Travel - vendor feed | 03/07/10 | Galardi GM | 1,538.52 |
| Air/Rail Travel - vendor feed | 03/07/10 | Fredericks IS | 968.48 |
| Air/Rail Travel - vendor feed | 03/07/10 | Galardi GM | 45.00 |
| Air/Rail Travel - vendor feed | 03/17/10 | Galardi GM | 1,014.78 |
| Air/Rail Travel - vendor feed | 03/17/10 | Fredericks IS | 497.74 |
| Air/Rail Travel - vendor feed | 03/25/10 | Fredericks IS | 970.48 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,990.00** |
| In-house Reproduction | 03/05/10 | Copy Center, D | 26.80 |
| In-house Reproduction | 03/12/10 | Copy Center, D | 3.60 |
| In-house Reproduction | 03/16/10 | Copy Center, D | 6.00 |
| In-house Reproduction | 03/26/10 | Copy Center, D | 89.60 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$126.00** |
| Postage | 03/23/10 | Office Admin, D | 5.00 |
| | | **TOTAL POSTAGE** | **$5.00** |
| Lexis/Nexis | 03/16/10 | Vine J | 243.40 |
| Lexis/Nexis | 03/17/10 | Vine J | 1,442.21 |
| Lexis/Nexis | 03/18/10 | Vine J | 129.39 |
| | | **TOTAL LEXIS/NEXIS** | **$1,815.00** |
| Telephone -  Local | 03/09/10 | Verizon-DE | 21.00 |
| | | **TOTAL TELEPHONE -  LOCAL** | **$21.00** |
| Reproduction - color | 03/01/10 | Copy Center, D | 115.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$115.00** |
| Vendor Hosted Teleconferencing | 02/02/10 | Teleconferencing Services, LLC | 15.57 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 02/02/10 | Teleconferencing Services, LLC | 87.28 |
| Vendor Hosted Telecon-ferencing | 02/09/10 | Teleconferencing Services, LLC | 8.78 |
| Vendor Hosted Telecon-ferencing | 02/12/10 | Teleconferencing Services, LLC | 19.91 |
| Vendor Hosted Telecon-ferencing | 02/22/10 | Teleconferencing Services, LLC | 6.50 |
| Vendor Hosted Telecon-ferencing | 02/26/10 | Fredericks IS | 49.96 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$188.00** |
| Air/Rail Travel (external) | 03/08/10 | Fredericks IS | 150.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$150.00** |
| Out-of-Town Travel | 02/24/10 | Fredericks IS | 33.00 |
| Out-of-Town Travel | 02/25/10 | Fredericks IS | 444.13 |
| Out-of-Town Travel | 02/25/10 | Fredericks IS | 50.00 |
| Out-of-Town Travel | 02/25/10 | Fredericks IS | 34.00 |
| Out-of-Town Travel | 03/07/10 | Fredericks IS | 225.87 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$787.00** |
| Messengers/ Courier | 03/01/10 | Federal Express Corp. | 7.62 |
| Messengers/ Courier | 03/04/10 | Federal Express Corp. | 12.91 |
| Messengers/ Courier | 03/11/10 | Federal Express Corp. | 7.63 |
| Messengers/ Courier | 03/15/10 | Federal Express Corp. | 15.83 |
| Messengers/ Courier | 03/16/10 | Federal Express Corp. | 10.37 |
| Messengers/ Courier | 03/23/10 | Federal Express Corp. | 15.83 |
| Messengers/ Courier | 03/23/10 | Federal Express Corp. | 7.63 |
| Messengers/ Courier | 03/24/10 | Federal Express Corp. | 9.18 |
| | | **TOTAL MESSENGERS/ COURIER** | **$87.00** |
| Out-of-Town Meals | 02/23/10 | Fredericks IS | 35.79 |
| Out-of-Town Meals | 02/24/10 | Fredericks IS | 12.40 |
| Out-of-Town Meals | 02/25/10 | Fredericks IS | 28.41 |
| Out-of-Town Meals | 02/25/10 | Fredericks IS | 13.07 |
| Out-of-Town Meals | 03/07/10 | Fredericks IS | 16.02 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 03/08/10 | Fredericks IS | 4.75 |
| Out-of-Town Meals | 03/08/10 | Fredericks IS | 41.56 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$152.00** |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/04/10 | Johnson A | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 6.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 1.68 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 8.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.80 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 6.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 1.68 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 8.72 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 2.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.20 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.28 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 5.84 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 3.52 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.12 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 16.41 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 10.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 1.68 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 3.60 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 7.12 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 3.76 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/08/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.40 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 11.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.12 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.36 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.04 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 16.41 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 10.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.20 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 5.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 5.36 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.60 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.12 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.24 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.20 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 10.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 8.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.68 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 11.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.12 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.36 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 7.04 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.08 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 16.41 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 10.32 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.20 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.60 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.32 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 5.36 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.60 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.16 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.12 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.24 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.80 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.96 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.28 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 2.56 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.84 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 1.92 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 4.88 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 3.20 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 10.72 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 8.48 |
| Print Images to Paper (from Electronic Media) | 03/18/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.88 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 8.72 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 10.00 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.00 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.88 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 8.72 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.48 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.52 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 10.00 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.36 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.00 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.08 |

B43E