**EXHIBIT E-3**

**(Detail of Expenses)**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.52 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.24 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.36 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.36 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.36 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.32 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 3.84 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 4.16 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.64 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 2.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 0.56 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 104.11 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 104.11 |
| Print Images to Paper (from Electronic Media) | 03/25/10 | Ndumu TA | 104.11 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$1,302.00** |
| Wireless - Mobile/Cellular/Pager | 03/05/10 | Galardi GM | 1.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL WIRELESS - MOBILE/CELLULAR/PAGER | $1.00 |
| | | TOTAL MATTER | $9,739.00 |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 04/05/10 |
|---|---|---|---|
| Claims Admin. (General) | | | Bill Number: 1309208 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 02/23/10 | Galardi GM | -1,473.40 |
| Air/Rail Travel - vendor feed | 02/23/10 | Galardi GM | -45.00 |
| Air/Rail Travel - vendor feed | 03/25/10 | Galardi GM | 1,540.40 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$22.00** |
| In-house Repro (network) | 03/13/10 | Network, D | 8.49 |
| In-house Repro (network) | 03/27/10 | Network, D | 2.51 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$11.00** |
| In-house Reproduction | 03/03/10 | Copy Center, D | 27.94 |
| In-house Reproduction | 03/16/10 | Copy Center, D | 4.06 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$32.00** |
| Postage | 03/15/10 | Office Admin, D | 7.62 |
| Postage | 03/15/10 | Office Admin, D | 1.09 |
| Postage | 03/16/10 | Office Admin, D | 0.46 |
| Postage | 03/16/10 | Office Admin, D | 0.83 |
| | | **TOTAL POSTAGE** | **$10.00** |
| Lexis/Nexis | 03/05/10 | Bugay JJ | 18.72 |
| Lexis/Nexis | 03/26/10 | Vine J | 119.28 |
| | | **TOTAL LEXIS/NEXIS** | **$138.00** |
| Westlaw | 03/02/10 | Kumar JS | 129.34 |
| Westlaw | 03/04/10 | Kumar JS | 140.78 |
| Westlaw | 03/05/10 | Kumar JS | 45.46 |
| Westlaw | 03/07/10 | Lazaroff KA | 166.48 |
| Westlaw | 03/08/10 | Baker SK | 26.14 |
| Westlaw | 03/10/10 | Lazaroff KA | 108.08 |
| Westlaw | 03/12/10 | Kumar JS | 51.29 |
| Westlaw | 03/14/10 | Kumar JS | 289.33 |
| Westlaw | 03/15/10 | Kumar JS | 28.08 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 03/18/10 | Kumar JS | 191.89 |
| Westlaw | 03/19/10 | Kumar JS | 334.48 |
| Westlaw | 03/19/10 | Korkis C | 316.14 |
| Westlaw | 03/20/10 | Kumar JS | 130.41 |
| Westlaw | 03/21/10 | Kumar JS | 61.33 |
| Westlaw | 03/26/10 | Korkis C | 202.28 |
| Westlaw | 03/29/10 | Korkis C | 184.49 |
| | | **TOTAL WESTLAW** | **$2,406.00** |
| Vendor Hosted Teleconferencing | 02/04/10 | Teleconferencing Services, LLC | 10.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$10.00** |
| Filing/Court Fees | 02/17/10 | Roman JJ | 14.00 |
| | | **TOTAL FILING/COURT FEES** | **$14.00** |
| Messengers/ Courier | 02/24/10 | Time Machine | 145.51 |
| Messengers/ Courier | 03/03/10 | Federal Express Corp. | 9.67 |
| Messengers/ Courier | 03/03/10 | Federal Express Corp. | 15.51 |
| Messengers/ Courier | 03/08/10 | Federal Express Corp. | 9.36 |
| Messengers/ Courier | 03/09/10 | Federal Express Corp. | 13.04 |
| Messengers/ Courier | 03/17/10 | Western Attorney Services | 60.91 |
| | | **TOTAL MESSENGERS/ COURIER** | **$254.00** |
| OCR Processing | 02/23/10 | Teschky RJ | 19.69 |
| OCR Processing | 02/24/10 | Teschky RJ | 121.70 |
| OCR Processing | 02/25/10 | Teschky RJ | 0.35 |
| OCR Processing | 03/05/10 | Teschky RJ | 53.26 |
| | | **TOTAL OCR PROCESSING** | **$195.00** |
| CD Creation | 02/22/10 | Teschky RJ | 19.00 |
| CD Creation | 02/23/10 | Teschky RJ | 57.00 |
| CD Creation | 02/23/10 | Teschky RJ | 57.00 |
| CD Creation | 02/23/10 | Teschky RJ | 57.00 |
| CD Creation | 02/24/10 | Teschky RJ | 19.00 |
| CD Creation | 02/24/10 | Teschky RJ | 57.00 |
| CD Creation | 02/24/10 | Teschky RJ | 57.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CD Creation | 02/25/10 | Teschky RJ | 57.00 |
| CD Creation | 02/26/10 | Teschky RJ | 57.00 |
| CD Creation | 02/26/10 | Teschky RJ | 76.00 |
| CD Creation | 03/05/10 | Teschky RJ | 57.00 |
| CD Creation | 03/05/10 | Teschky RJ | 57.00 |
| CD Creation | 03/05/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$684.00** |
| Electronic Database Export (TIF Process) | 02/23/10 | Teschky RJ | 19.68 |
| Electronic Database Export (TIF Process) | 02/24/10 | Teschky RJ | 113.47 |
| Electronic Database Export (TIF Process) | 02/24/10 | Teschky RJ | 8.16 |
| Electronic Database Export (TIF Process) | 02/25/10 | Teschky RJ | 0.36 |
| Electronic Database Export (TIF Process) | 02/26/10 | Teschky RJ | 8.51 |
| Electronic Database Export (TIF Process) | 02/26/10 | Teschky RJ | 0.30 |
| Electronic Database Export (TIF Process) | 03/05/10 | Teschky RJ | 2.40 |
| Electronic Database Export (TIF Process) | 03/05/10 | Teschky RJ | 50.82 |
| Electronic Database Export (TIF Process) | 03/05/10 | Teschky RJ | 0.30 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$204.00** |
| Production Export (with Bates and Legends) | 02/23/10 | Teschky RJ | 4.47 |
| Production Export (with Bates and Legends) | 02/23/10 | Teschky RJ | 16.86 |
| Production Export (with Bates and Legends) | 02/23/10 | Teschky RJ | 10.07 |
| Production Export (with Bates and Legends) | 02/24/10 | Teschky RJ | 2.86 |
| Production Export (with Bates and Legends) | 02/24/10 | Teschky RJ | 191.18 |
| Production Export (with Bates and Legends) | 02/25/10 | Teschky RJ | 0.56 |
| Production Export (with Bates and Legends) | 02/26/10 | Teschky RJ | 10.39 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 02/26/10 | Teschky RJ | 3.68 |
| Production Export (with Bates and Legends) | 03/05/10 | Teschky RJ | 61.68 |
| Production Export (with Bates and Legends) | 03/05/10 | Teschky RJ | 1.84 |
| Production Export (with Bates and Legends) | 03/05/10 | Teschky RJ | 21.41 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$325.00** |
| Loading Images/Data | 02/23/10 | Guo D | 3.96 |
| Loading Images/Data | 02/24/10 | Rodriguez AF | 22.84 |
| Loading Images/Data | 02/24/10 | Rodriguez AF | 1.64 |
| Loading Images/Data | 02/25/10 | Guo D | 0.07 |
| Loading Images/Data | 02/26/10 | Guo D | 1.72 |
| Loading Images/Data | 02/26/10 | Guo D | 0.06 |
| Loading Images/Data | 03/05/10 | Rodriguez AF | 0.48 |
| Loading Images/Data | 03/05/10 | Guo D | 10.23 |
| | | **TOTAL LOADING IMAGES/DATA** | **$41.00** |
| Internal Catering - DC | 03/19/10 | Galardi GM | 200.00 |
| | | **TOTAL INTERNAL CATERING - DC** | **$200.00** |
| | | **TOTAL MATTER** | **$4,546.00** |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 04/05/10
Employee Matters (General)                                         Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 03/13/10 | Network, D | 1.00 |
| | | TOTAL IN-HOUSE REPRO (NETWORK) | $1.00 |
| | | TOTAL MATTER | $1.00 |

Case 08-35653-KRH    Doc 7824-18  Filed 06/14/10  Entered 06/14/10 16:36:22    Desc
                    Exhibit(s) E-3    Page 12 of 19

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 04/05/10
Employee Matters (General)                                         Bill Number: 1309208

Circuit City Stores, Inc. (DIP)  
Leases (Real Property)

Bill Date: 04/05/10  
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 03/07/10 | Copy Center, D | 2.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$2.00** |
| Westlaw | 03/03/10 | Lazaroff KA | 166.55 |
| Westlaw | 03/03/10 | Korkis C | 28.62 |
| Westlaw | 03/10/10 | Korkis C | 194.39 |
| Westlaw | 03/19/10 | Dosunmu FS | 141.68 |
| Westlaw | 03/23/10 | Dosunmu FS | 142.77 |
| Westlaw | 03/26/10 | Lazaroff KA | 111.99 |
| | | **TOTAL WESTLAW** | **$786.00** |
| | | **TOTAL MATTER** | **$788.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Litigation (General)

Bill Date: 04/05/10  
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR\Other State Databases | 03/26/10 | Office Admin, D | 50.00 |
| | | **TOTAL CLR\OTHER STATE DATABASES** | **$50.00** |
| Lexis/Nexis | 03/01/10 | Sidhu SS | 575.03 |
| Lexis/Nexis | 03/12/10 | Vine J | 571.31 |
| Lexis/Nexis | 03/15/10 | Sidhu SS | 411.55 |
| Lexis/Nexis | 03/17/10 | Bugay JJ | 37.50 |
| Lexis/Nexis | 03/19/10 | Liberi JM | 37.50 |
| Lexis/Nexis | 03/29/10 | Liberi JM | 28.11 |
| | | **TOTAL LEXIS/NEXIS** | **$1,661.00** |
| Westlaw | 03/26/10 | Ibrahimi Y | 47.00 |
| | | **TOTAL WESTLAW** | **$47.00** |
| Vendor Hosted Teleconferencing | 02/12/10 | Teleconferencing Services, LLC | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| Business Meals | 03/31/10 | Gallucio's Restaurant | 19.00 |
| | | **TOTAL BUSINESS MEALS** | **$19.00** |
| Messengers/ Courier | 02/09/10 | Federal Express Corp. | 5.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$5.00** |
| Outside Research/Internet Services | 03/24/10 | CT Corporation System | 124.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$124.00** |
| | | **TOTAL MATTER** | **$1,910.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 04/05/10  
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 03/25/10 | Vine J | 400.00 |
| | | **TOTAL LEXIS/NEXIS** | **$400.00** |
| Westlaw | 03/01/10 | Kumar JS | 42.11 |
| Westlaw | 03/11/10 | Kumar JS | 72.89 |
| | | **TOTAL WESTLAW** | **$115.00** |
| | | **TOTAL MATTER** | **$515.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Retention / Fee Matters / Objections (Others)

Bill Date: 04/05/10  
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 03/12/10 | Vine J | 600.65 |
| Lexis/Nexis | 03/17/10 | Vine J | 18.73 |
| Lexis/Nexis | 03/23/10 | Vine J | 264.62 |
| | | **TOTAL LEXIS/NEXIS** | **$884.00** |
| | | **TOTAL MATTER** | **$884.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 04/05/10
Secured Claims                                               Bill Number: 1309208

Disbursement              Date            Vendor/Employee/Dept.             Amount
Westlaw                   03/01/10        Baker SK                          484.00

                                          TOTAL WESTLAW                    $484.00

                                          TOTAL MATTER                     $484.00
```

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 04/05/10
Tax Matters                                                  Bill Number: 1309208
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 03/16/10 | Stow M | 16.04 |
| Westlaw | 03/16/10 | Leach LC | 14.96 |
| | | **TOTAL WESTLAW** | **$31.00** |
| | | **TOTAL MATTER** | **$31.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Utilities

Bill Date: 04/05/10  
Bill Number: 1309208

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 02/23/10 | Teleconferencing Services, LLC | 2.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$2.00** |
| | | **TOTAL MATTER** | **$2.00** |
| | | **TOTAL CLIENT** | **$22,268.00** |

B43E