# EXHIBIT E-4

**(Detail of Expenses)**

SKADDEN ARPS SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                    Bill Date: 05/06/10
**General Corporate Advice**                           Bill Number: 1314126

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 04/19/10 | Fredericks IS | 44.69 |
| Lexis/Nexis | 04/26/10 | Fredericks IS | 9.31 |
| | | **TOTAL LEXIS/NEXIS** | **$54.00** |
| Vendor Hosted Telecon-ferencing | 03/01/10 | Teleconferencing Services, LLC | 3.25 |
| Vendor Hosted Telecon-ferencing | 03/16/10 | Teleconferencing Services, LLC | 29.67 |
| Vendor Hosted Telecon-ferencing | 04/01/10 | Teleconferencing Services, LLC | 4.78 |
| Vendor Hosted Telecon-ferencing | 04/02/10 | Teleconferencing Services, LLC | 45.56 |
| Vendor Hosted Telecon-ferencing | 04/13/10 | Teleconferencing Services, LLC | 23.29 |
| Vendor Hosted Telecon-ferencing | 04/16/10 | Teleconferencing Services, LLC | 7.14 |
| Vendor Hosted Telecon-ferencing | 04/19/10 | Teleconferencing Services, LLC | 9.78 |
| Vendor Hosted Telecon-ferencing | 04/22/10 | Teleconferencing Services, LLC | 10.69 |
| Vendor Hosted Telecon-ferencing | 04/27/10 | Teleconferencing Services, LLC | 11.98 |
| Vendor Hosted Telecon-ferencing | 04/27/10 | Teleconferencing Services, LLC | 15.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$162.00** |
| | | **TOTAL MATTER** | **$216.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 05/06/10**
**Asset Dispositions (Real Property)**                                **Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Telecon-ferencing | 03/16/10 | Teleconferencing Services, LLC | 36.35 |
| Vendor Hosted Telecon-ferencing | 03/29/10 | Teleconferencing Services, LLC | 14.48 |
| Vendor Hosted Telecon-ferencing | 03/30/10 | Teleconferencing Services, LLC | 5.63 |
| Vendor Hosted Telecon-ferencing | 04/14/10 | Teleconferencing Services, LLC | 2.54 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$59.00** |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 4.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
| | | **TOTAL MATTER** | **$63.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                          **Bill Date: 05/06/10**
**Business Operations / Strategic Planning**                  **Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 6.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$6.00** |
| | | **TOTAL MATTER** | **$6.00** |

B43E

**Circuit City Stores, Inc. (DIP)**          **Bill Date:** 05/06/10
**Case Administration**                      **Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/05/10 | Fredericks IS | 980.60 |
| Air/Rail Travel - vendor feed | 04/05/10 | Galardi GM | 1,268.83 |
| Air/Rail Travel - vendor feed | 04/06/10 | Fredericks IS | 195.03 |
| Air/Rail Travel - vendor feed | 04/14/10 | Galardi GM | 1,520.67 |
| Air/Rail Travel - vendor feed | 04/15/10 | Fredericks IS | 950.57 |
| Air/Rail Travel - vendor feed | 04/20/10 | Galardi GM | 1,524.67 |
| Air/Rail Travel - vendor feed | 04/21/10 | Fredericks IS | 954.57 |
| Air/Rail Travel - vendor feed | 04/28/10 | Fredericks IS | 974.52 |
| Air/Rail Travel - vendor feed | 04/28/10 | Galardi GM | 1,139.54 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,509.00** |
| In-house Reproduction | 04/02/10 | Copy Center, D | 2.40 |
| In-house Reproduction | 04/16/10 | Copy Center, D | 7.20 |
| In-house Reproduction | 04/23/10 | Copy Center, D | 38.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$48.00** |
| Postage | 04/15/10 | Office Admin, D | 1.04 |
| Postage | 04/20/10 | Office Admin, D | 0.96 |
| | | **TOTAL POSTAGE** | **$2.00** |
| Lexis/Nexis | 04/06/10 | Heaney CM | 437.00 |
| | | **TOTAL LEXIS/NEXIS** | **$437.00** |
| Telephone - Local | 04/09/10 | Verizon-DE | 30.00 |
| | | **TOTAL TELEPHONE - LOCAL** | **$30.00** |
| Vendor Hosted Telecon-ferencing | 03/08/10 | Courtcall, LLC | 80.18 |
| Vendor Hosted Telecon-ferencing | 03/22/10 | Teleconferencing Services, LLC | 1.31 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 03/22/10 | Teleconferencing Services, LLC | 7.38 |
| Vendor Hosted Teleconferencing | 03/26/10 | Teleconferencing Services, LLC | 11.61 |
| Vendor Hosted Teleconferencing | 03/30/10 | Teleconferencing Services, LLC | 6.52 |
| Vendor Hosted Teleconferencing | 04/05/10 | Teleconferencing Services, LLC | 12.34 |
| Vendor Hosted Teleconferencing | 04/27/10 | Teleconferencing Services, LLC | 24.74 |
| Vendor Hosted Teleconferencing | 04/30/10 | Teleconferencing Services, LLC | 3.92 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$148.00** |
| Air/Rail Travel (external) | 03/19/10 | Galardi GM | 146.00 |
| Air/Rail Travel (external) | 03/19/10 | Fredericks IS | 146.00 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$292.00** |
| Out-of-Town Travel | 03/17/10 | Fredericks IS | 40.01 |
| Out-of-Town Travel | 03/17/10 | Fredericks IS | 233.96 |
| Out-of-Town Travel | 03/17/10 | Galardi GM | 258.83 |
| Out-of-Town Travel | 03/18/10 | Galardi GM | 267.94 |
| Out-of-Town Travel | 03/19/10 | Fredericks IS | 280.89 |
| Out-of-Town Travel | 03/19/10 | Galardi GM | 7.50 |
| Out-of-Town Travel | 03/19/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 03/19/10 | Galardi GM | 10.00 |
| Out-of-Town Travel | 03/20/10 | Fredericks IS | 12.00 |
| Out-of-Town Travel | 03/25/10 | Fredericks IS | 39.01 |
| Out-of-Town Travel | 03/25/10 | Fredericks IS | 35.01 |
| Out-of-Town Travel | 04/14/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 04/15/10 | Galardi GM | 258.83 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,514.00** |
| Messengers/ Courier | 03/30/10 | Federal Express Corp. | 7.58 |
| Messengers/ Courier | 04/02/10 | Federal Express Corp. | 10.11 |
| Messengers/ Courier | 04/06/10 | Federal Express Corp. | 7.54 |
| Messengers/ Courier | 04/09/10 | Federal Express Corp. | 15.68 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 04/13/10 | Federal Express Corp. | 15.22 |
| Messengers/ Courier | 04/28/10 | Federal Express Corp. | 44.87 |
| | | **TOTAL MESSENGERS/ COURIER** | **$101.00** |
| Out-of-Town Meals | 03/17/10 | Fredericks IS | 16.09 |
| Out-of-Town Meals | 03/17/10 | Galardi GM | 53.38 |
| Out-of-Town Meals | 03/18/10 | Fredericks IS | 91.97 |
| Out-of-Town Meals | 03/18/10 | Fredericks IS | 27.98 |
| Out-of-Town Meals | 03/18/10 | Fredericks IS | 20.91 |
| Out-of-Town Meals | 03/19/10 | Galardi GM | 52.35 |
| Out-of-Town Meals | 03/19/10 | Fredericks IS | 12.00 |
| Out-of-Town Meals | 03/19/10 | Fredericks IS | 23.86 |
| Out-of-Town Meals | 03/25/10 | Fredericks IS | 5.25 |
| Out-of-Town Meals | 04/15/10 | Galardi GM | 34.21 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$338.00** |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 34.10 |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 0.48 |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 34.18 |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 0.24 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$69.00** |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 11.84 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.40 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.44 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 11.84 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.08 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.44 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 11.84 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.44 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 11.84 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 2.00 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.44 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 04/05/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 4.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.72 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.72 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 11.20 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 1.04 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 10.96 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 9.68 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 11.52 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 24.00 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.56 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 4.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 1.12 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.24 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.72 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 1.04 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 10.96 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.28 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.12 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 5.04 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 9.68 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 11.52 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 24.00 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 6.56 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.08 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 2.72 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 11.20 |
| Print Images to Paper (from Electronic Media) | 04/15/10 | Ndumu TA | 4.80 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.96 |

B43E

BRADEN FARRIS & McGUIRE OF CIRCUM LLC AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.04 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 7.12 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.04 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 7.12 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.56 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$422.00** |
| Wireless - Mobile/Cellular/Pager | 02/18/10 | Fredericks IS | 80.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$80.00** |
| | | **TOTAL MATTER** | **$12,990.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**          Bill Date: 05/06/10
**Claims Admin. (General)**                  Bill Number: 1314126

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/09/10 | Copy Center, D | 0.19 |
| In-house Reproduction | 04/23/10 | Copy Center, D | 3.81 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$4.00** |
| Postage | 04/12/10 | Office Admin, D | 3.56 |
| Postage | 04/12/10 | Office Admin, D | 0.44 |
| | | **TOTAL POSTAGE** | **$4.00** |
| Lexis/Nexis | 04/28/10 | Kumar JS | 10.00 |
| | | **TOTAL LEXIS/NEXIS** | **$10.00** |
| Westlaw | 04/02/10 | Kumar JS | 98.37 |
| Westlaw | 04/09/10 | Kumar JS | 107.43 |
| Westlaw | 04/09/10 | Lazaroff KA | 132.14 |
| Westlaw | 04/09/10 | Baker SK | 13.18 |
| Westlaw | 04/10/10 | Kumar JS | 6.05 |
| Westlaw | 04/11/10 | Kumar JS | 6.05 |
| Westlaw | 04/12/10 | Kumar JS | 32.94 |
| Westlaw | 04/12/10 | Lazaroff KA | 70.63 |
| Westlaw | 04/12/10 | Baker SK | 374.67 |
| Westlaw | 04/13/10 | Baker SK | 697.39 |
| Westlaw | 04/14/10 | Korkis C | 63.47 |
| Westlaw | 04/15/10 | Kumar JS | 147.73 |
| Westlaw | 04/15/10 | Korkis C | 60.91 |
| Westlaw | 04/15/10 | Baker SK | 206.28 |
| Westlaw | 04/16/10 | Kumar JS | 63.62 |
| Westlaw | 04/16/10 | Baker SK | 320.38 |
| Westlaw | 04/17/10 | Baker SK | 404.76 |
| Westlaw | 04/19/10 | Lazaroff KA | 78.29 |
| Westlaw | 04/19/10 | Baker SK | 28.17 |
| Westlaw | 04/20/10 | Kumar JS | 153.89 |
| Westlaw | 04/21/10 | Korkis C | 30.34 |
| Westlaw | 04/21/10 | Huffman AC | 99.19 |
| Westlaw | 04/22/10 | Kumar JS | 12.10 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 04/22/10 | Lazaroff KA | 171.97 |
| Westlaw | 04/23/10 | Kumar JS | 94.47 |
| Westlaw | 04/23/10 | Korkis C | 153.46 |
| Westlaw | 04/28/10 | Kumar JS | 442.28 |
| Westlaw | 04/29/10 | Kumar JS | 20.84 |
| | | **TOTAL WESTLAW** | **$4,091.00** |
| Vendor Hosted Teleconferencing | 04/01/10 | Teleconferencing Services, LLC | 4.14 |
| Vendor Hosted Teleconferencing | 04/16/10 | Teleconferencing Services, LLC | 3.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$8.00** |
| Out-of-Town Travel | 03/25/10 | Galardi GM | 20.00 |
| Out-of-Town Travel | 04/15/10 | Galardi GM | 233.96 |
| Out-of-Town Travel | 04/15/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 04/15/10 | Galardi GM | 29.01 |
| Out-of-Town Travel | 04/20/10 | Galardi GM | 35.00 |
| Out-of-Town Travel | 04/20/10 | Galardi GM | 40.01 |
| Out-of-Town Travel | 04/21/10 | Galardi GM | 35.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$428.00** |
| Messengers/ Courier | 03/26/10 | Federal Express Corp. | 11.51 |
| Messengers/ Courier | 04/08/10 | Federal Express Corp. | 12.71 |
| Messengers/ Courier | 04/08/10 | Federal Express Corp. | 12.92 |
| Messengers/ Courier | 04/12/10 | Federal Express Corp. | 6.99 |
| Messengers/ Courier | 04/21/10 | Federal Express Corp. | 12.00 |
| Messengers/ Courier | 04/21/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 04/21/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 04/21/10 | Federal Express Corp. | 8.43 |
| Messengers/ Courier | 04/26/10 | Federal Express Corp. | 12.64 |
| | | **TOTAL MESSENGERS/ COURIER** | **$90.00** |
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 32.16 |
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 27.36 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 18.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$78.00** |
| OCR Processing | 03/15/10 | Teschky RJ | 4.27 |
| OCR Processing | 03/18/10 | Wu D | 5.46 |
| OCR Processing | 03/19/10 | Poon MY | 0.94 |
| OCR Processing | 03/22/10 | Romero E | 0.11 |
| OCR Processing | 03/23/10 | Poon MY | 5.01 |
| OCR Processing | 03/25/10 | Teschky RJ | 0.25 |
| OCR Processing | 03/26/10 | Teschky RJ | 3.42 |
| OCR Processing | 03/30/10 | Poon MY | 0.74 |
| OCR Processing | 03/31/10 | Teschky RJ | 3.42 |
| OCR Processing | 04/08/10 | Teschky RJ | 1.19 |
| OCR Processing | 04/13/10 | Teschky RJ | 1.54 |
| OCR Processing | 04/14/10 | Teschky RJ | 1.24 |
| OCR Processing | 04/15/10 | Teschky RJ | 0.79 |
| OCR Processing | 04/19/10 | Teschky RJ | 4.71 |
| OCR Processing | 04/19/10 | Van Winkle, III WB | 4.07 |
| OCR Processing | 04/22/10 | Teschky RJ | 0.84 |
| | | **TOTAL OCR PROCESSING** | **$38.00** |
| CD Creation | 03/15/10 | Teschky RJ | 57.00 |
| CD Creation | 03/18/10 | Angelica CL | 57.00 |
| CD Creation | 03/19/10 | Angelica CL | 57.00 |
| CD Creation | 03/22/10 | Angelica CL | 57.00 |
| CD Creation | 03/23/10 | Angelica CL | 57.00 |
| CD Creation | 03/23/10 | Angelica CL | 57.00 |
| CD Creation | 03/25/10 | Teschky RJ | 57.00 |
| CD Creation | 03/26/10 | Teschky RJ | 38.00 |
| CD Creation | 03/30/10 | Angelica CL | 38.00 |
| CD Creation | 03/31/10 | Teschky RJ | 57.00 |
| CD Creation | 04/08/10 | Teschky RJ | 57.00 |
| CD Creation | 04/13/10 | Teschky RJ | 57.00 |
| CD Creation | 04/14/10 | Teschky RJ | 57.00 |
| CD Creation | 04/15/10 | Teschky RJ | 38.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CD Creation | 04/19/10 | Teschky RJ | 57.00 |
| CD Creation | 04/19/10 | Teschky RJ | 57.00 |
| CD Creation | 04/19/10 | Teschky RJ | 57.00 |
| CD Creation | 04/20/10 | Teschky RJ | 57.00 |
| CD Creation | 04/23/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$1,026.00** |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.65 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 2.94 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 2.37 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 2.37 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 3.02 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.09 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.33 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.41 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.57 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 1.63 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Ndumu TA | 2.37 |
| Print Images to Paper (from Electronic Media) | 04/29/10 | Ndumu TA | 2.37 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL PRINT IMAGES TO PAPER** <br> **(FROM ELECTRONIC MEDIA)** | **$20.00** |
| Electronic Database Export (TIF Process) | 03/15/10 | Teschky RJ | 4.02 |
| Electronic Database Export (TIF Process) | 03/15/10 | Teschky RJ | 0.30 |
| Electronic Database Export (TIF Process) | 03/15/10 | Teschky RJ | 0.30 |
| Electronic Database Export (TIF Process) | 03/18/10 | Wu D | 5.53 |
| Electronic Database Export (TIF Process) | 03/19/10 | Romero E | 0.55 |
| Electronic Database Export (TIF Process) | 03/19/10 | Romero E | 0.40 |
| Electronic Database Export (TIF Process) | 03/22/10 | Romero E | 0.10 |
| Electronic Database Export (TIF Process) | 03/23/10 | Poon MY | 5.08 |
| Electronic Database Export (TIF Process) | 03/24/10 | Teschky RJ | 0.25 |
| Electronic Database Export (TIF Process) | 03/26/10 | Teschky RJ | 3.47 |
| Electronic Database Export (TIF Process) | 03/30/10 | Bailey Jr. L | 0.75 |
| Electronic Database Export (TIF Process) | 03/31/10 | Teschky RJ | 3.47 |
| Electronic Database Export (TIF Process) | 04/08/10 | Teschky RJ | 1.21 |
| Electronic Database Export (TIF Process) | 04/13/10 | Teschky RJ | 1.56 |
| Electronic Database Export (TIF Process) | 04/14/10 | Teschky RJ | 1.26 |
| Electronic Database Export (TIF Process) | 04/19/10 | Teschky RJ | 4.78 |
| Electronic Database Export (TIF Process) | 04/19/10 | Teschky RJ | 4.12 |
| Electronic Database Export (TIF Process) | 04/22/10 | Teschky RJ | 0.85 |
| | | **TOTAL ELECTRONIC DATABASE** <br> **EXPORT (TIF PROCESS)** | **$38.00** |
| Production Export (with Bates and Legends) | 03/15/10 | Teschky RJ | 6.85 |
| Production Export (with Bates and Legends) | 03/18/10 | Romero E | 8.76 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 03/19/10 | Narvaez J | 1.51 |
| Production Export (with Bates and Legends) | 03/22/10 | Poon MY | 0.16 |
| Production Export (with Bates and Legends) | 03/23/10 | Poon MY | 0.32 |
| Production Export (with Bates and Legends) | 03/23/10 | Poon MY | 7.72 |
| Production Export (with Bates and Legends) | 03/25/10 | Teschky RJ | 0.40 |
| Production Export (with Bates and Legends) | 03/26/10 | Teschky RJ | 5.49 |
| Production Export (with Bates and Legends) | 03/30/10 | Van Winkle, III WB | 1.19 |
| Production Export (with Bates and Legends) | 03/31/10 | Teschky RJ | 5.49 |
| Production Export (with Bates and Legends) | 04/08/10 | Teschky RJ | 1.91 |
| Production Export (with Bates and Legends) | 04/13/10 | Teschky RJ | 2.47 |
| Production Export (with Bates and Legends) | 04/14/10 | Teschky RJ | 1.99 |
| Production Export (with Bates and Legends) | 04/15/10 | Teschky RJ | 1.27 |
| Production Export (with Bates and Legends) | 04/19/10 | Teschky RJ | 0.56 |
| Production Export (with Bates and Legends) | 04/19/10 | Teschky RJ | 2.55 |
| Production Export (with Bates and Legends) | 04/19/10 | Teschky RJ | 4.46 |
| Production Export (with Bates and Legends) | 04/19/10 | Bailey Jr. L | 6.55 |
| Production Export (with Bates and Legends) | 04/22/10 | Teschky RJ | 1.35 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$61.00** |
| Loading Images/Data | 03/15/10 | Guo D | 0.84 |
| Loading Images/Data | 03/15/10 | Guo D | 0.06 |
| Loading Images/Data | 03/18/10 | Guo D | 1.15 |
| Loading Images/Data | 03/19/10 | Winogrodzki J | 0.11 |
| Loading Images/Data | 03/19/10 | Guo D | 0.08 |
| Loading Images/Data | 03/22/10 | Guo D | 0.02 |
| Loading Images/Data | 03/23/10 | Rodriguez AF | 1.05 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Loading Images/Data | 03/25/10 | Winogrodzki J | 0.05 |
| Loading Images/Data | 03/26/10 | Delacruz SP | 0.72 |
| Loading Images/Data | 03/30/10 | Delacruz SP | 0.17 |
| Loading Images/Data | 03/31/10 | Rodriguez AF | 0.72 |
| Loading Images/Data | 04/08/10 | Ansari M | 0.25 |
| Loading Images/Data | 04/13/10 | Delacruz SP | 0.32 |
| Loading Images/Data | 04/14/10 | Guo D | 0.26 |
| Loading Images/Data | 04/15/10 | Winogrodzki J | 0.17 |
| Loading Images/Data | 04/19/10 | Guo D | 0.99 |
| Loading Images/Data | 04/19/10 | Musselman PR | 0.86 |
| Loading Images/Data | 04/22/10 | Guo D | 0.18 |

**TOTAL LOADING IMAGES/DATA**          **$8.00**

**TOTAL MATTER**          **$5,904.00**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                          Bill Date: 05/06/10
**Litigation (General)**                                     Bill Number: 1314126

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 04/02/10 | Copy Center, D | 3.59 |
| In-house Reproduction | 04/30/10 | Copy Center, D | 3.41 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$7.00** |
| Lexis/Nexis | 04/06/10 | Sidhu SS | 1,611.07 |
| Lexis/Nexis | 04/07/10 | Sidhu SS | 449.62 |
| Lexis/Nexis | 04/14/10 | Herrmann DD | 63.74 |
| Lexis/Nexis | 04/15/10 | Sidhu SS | 65.60 |
| Lexis/Nexis | 04/21/10 | Sidhu SS | 174.72 |
| Lexis/Nexis | 04/28/10 | Sidhu SS | 203.25 |
| | | **TOTAL LEXIS/NEXIS** | **$2,568.00** |
| Westlaw | 04/15/10 | Sidhu SS | 15.00 |
| | | **TOTAL WESTLAW** | **$15.00** |
| Vendor Hosted Teleconferencing | 04/06/10 | Teleconferencing Services, LLC | 8.62 |
| Vendor Hosted Teleconferencing | 04/12/10 | Teleconferencing Services, LLC | 0.38 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Messengers/ Courier | 04/01/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 04/01/10 | Federal Express Corp. | 6.50 |
| | | **TOTAL MESSENGERS/ COURIER** | **$13.00** |
| Outside Research/Internet Services | 04/05/10 | CT Corporation System | 61.95 |
| Outside Research/Internet Services | 04/05/10 | CT Corporation System | 61.95 |
| Outside Research/Internet Services | 04/07/10 | National Registered Agents, Inc. | 58.94 |
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 88.16 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$271.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|

TOTAL MATTER $2,883.00

**Circuit City Stores, Inc. (DIP)**　　　　　　　　　　　**Bill Date: 05/06/10**
**Reorganization Plan / Plan Sponsors**　　　　　　　**Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 17.00 |

| | |
|---|---|
| **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$17.00** |
| **TOTAL MATTER** | **$17.00** |

B43E

**Circuit City Stores, Inc. (DIP)**
**Retention / Fee Matters / Objections (Others)**

**Bill Date: 05/06/10**
**Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 22.24 |
| Outside Research/Internet Services | 04/07/10 | Pacer Service Center | 2.76 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$25.00** |
| | | **TOTAL MATTER** | **$25.00** |

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 05/06/10**
**Tax Matters**                                                        **Bill Number: 1314126**

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 04/01/10 | Sidhu SS | 66.03 |
| Lexis/Nexis | 04/05/10 | Sidhu SS | 27.97 |
| | | **TOTAL LEXIS/NEXIS** | **$94.00** |
| Vendor Hosted Teleconferencing | 03/15/10 | Teleconferencing Services, LLC | 22.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$22.00** |
| Print Images to Paper (from Electronic Media) | 04/26/10 | Ndumu TA | 9.00 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$9.00** |
| | | **TOTAL MATTER** | **$125.00** |
| | | **TOTAL CLIENT** | **$22,229.00** |

B43E