# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | § | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **CIRCUIT CITY STORES, INC.** | § | **Case No. 08-35653 (KRH)** |
| | § | |
| | § | **(Jointly Administered)** |
| Debtors. | § | |

### APPELLANT RYAN, INC. F/K/A RYAN & COMPANY, INC.'S
### SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

RYAN, INC. f/k/a RYAN & COMPANY, INC. ("**Ryan**"), the appellant herein, files its *Supplemental Designation of Record on Appeal* as follows:

| Item No. | Docket No. | Description |
|---|---|---|
| 18 | 7777 | *Memorandum Opinion* entered June 9, 2010 |

Dated: June 14, 2010.

Respectfully submitted,

/s/ Bruce W. Akerly
Bruce W. Akerly, Texas Bar No. 00953200
CANTEY HANGER LLP
1999 Bryan Street, Suite 3330
Dallas, Texas 75201-3100
Telephone:  (214) 978-1429
Facsimile:  (214) 978-4150
Email: bakerly@canteyhanger.com
ATTORNEYS   FOR   RYAN,   INC.   f/k/a RYAN & COMPANY, INC.

and

/s/ Robert M. Marino
Robert M. Marino, VSB #26076
REDMON PEYTON & BRASWELL, LLP
510 King Street, Suite 301
Alexandria, VA 22314
Telephone:  (703) 684-2000
Facsimile:  (703-684-5109
Email:  rmmarino@rpb-law.com
LOCAL  ATTORNEYS  FOR  RYAN,  INC.  f/k/a RYAN & COMPANY, INC.

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing *Supplemental Designation* was served by electronic submission on those registered to receive same and by first class mail to the following on this 14th day of June, 2010:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Charles L. Dickerson, Esq.
Skadden Arps Slate Meagher & Flom LLP
155 North Wacker Drive
Chicago, Illinois 60606

Douglas M. Foley, Esq.
Sarah B. Boehm, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

/s/ Bruce W. Akerly
Bruce W. Akerly