# PACHULSKI STANG ZIEHL & JONES LLP

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

February 28, 2010

Invoice Number **89471**        12304  00002        JNP

Ramona Neal
Hewlett-Packard Company
11307 Chinden Blvd. MS 314
Boise, ID  83714

| | |
|---|---:|
| Balance forward as of last invoice, dated:  April 30, 2010 | $279,842.21 |
| Payments received since last invoice, last payment received -- May 20, 2010 | $175,064.37 |
| A/R Adjustments | -$73,545.82 |
| Net balance forward | $31,232.02 |

Re:   Circuit City committee representation

**Statement of Professional Services Rendered Through**        **02/28/2010**

| | | | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| **Asset Disposition [B130]** | | | | | |
| 02/15/10 | RJF | Review emails regarding Whitehall property sale. | 0.20 | 855.00 | $171.00 |
| 02/22/10 | JNP | Review and respond to emails regarding sale offer for Louisville, KY property. | 0.10 | 775.00 | $77.50 |
| | **Task Code Total** | | **0.30** | | **$248.50** |
| **Case Administration [B110]** | | | | | |
| 01/20/10 | RMP | Deal with Circuit City issues and conferences with J. Pomerantz regarding same. | 1.20 | 925.00 | $1,110.00 |
| 01/21/10 | RMP | Telephone conferences with Siebel, Galardi, Tuchin and conferences with J. Pomerantz regarding case issues. | 1.40 | 925.00 | $1,295.00 |
| 02/05/10 | JNP | Conference with creditor regarding case status. | 0.10 | 775.00 | $77.50 |
| 02/05/10 | MAM | Update critical dates memorandum. | 1.60 | 205.00 | $328.00 |
| 02/05/10 | BDD | Email to J. Pomerantz re calendaring memos | 0.10 | 235.00 | $23.50 |
| 02/05/10 | BDD | Email to M. Evans re calendaring memos | 0.10 | 235.00 | $23.50 |
| 02/09/10 | JNP | Email to creditor regarding status. | 0.10 | 775.00 | $77.50 |
| 02/11/10 | RJF | Telephone conference with Van Arsdale regarding case issues. | 0.30 | 855.00 | $256.50 |
| 02/12/10 | MAM | Update and circulate critical dates memorandum. | 1.00 | 205.00 | $205.00 |

**Invoice number  89471**    12304   00002                                              Page  2

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/19/10 | MAM | Update and circulate critical dates memorandum. | 1.00 | 205.00 | $205.00 |
| 02/22/10 | JNP | Review notice of agenda for upcoming hearing. | 0.10 | 775.00 | $77.50 |
| 02/22/10 | RJF | Review paper flow memos. | 0.30 | 855.00 | $256.50 |
| 02/23/10 | BDD | Email to J. Pomerantz re January monthly fee statement | 0.10 | 235.00 | $23.50 |
| 02/24/10 | JNP | Review pleadings. | 0.20 | 775.00 | $155.00 |
| 02/25/10 | MAM | Update and circulate critical dates memorandum. | 1.10 | 205.00 | $225.50 |
| | | **Task Code Total** | **8.70** | | **$4,339.50** |

**CANADA**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/10 | RMP | Review e-mails regarding tax issues and conference with J. Pomerantz regarding same. | 0.60 | 925.00 | $555.00 |
| 02/01/10 | DJB | Interoffice conference with J. Pomerantz re corporate dissolution in light of Canadian revenue ruling. | 0.40 | 750.00 | $300.00 |
| 02/01/10 | JNP | Review emails regarding Canadian tax issues; Conference with Robert J. Feinstein regarding same. | 0.20 | 775.00 | $155.00 |
| 02/01/10 | RJF | Review emails regarding Canadian tax issue and telephone conferences with Jeffrey N. Pomerantz regarding same. | 0.50 | 855.00 | $427.50 |
| 02/01/10 | RJF | Call with Jeffrey N. Pomerantz, G. Galardi regarding Canadian tax issue. | 0.60 | 855.00 | $513.00 |
| 02/02/10 | DJB | Review Canada revenue ruling re dissolution of InterCAN US; Review DE law procedures re dissolution; Interoffice conference with J. Pomerantz re same. | 2.00 | 750.00 | $1,500.00 |
| 02/02/10 | DJB | Prepare for conference call with debtor re plan effectiveness tasks (.5); Participate in conference call re same (1.5). | 2.00 | 750.00 | $1,500.00 |
| 02/02/10 | JNP | Lengthy call hands call regarding Canadian tax issues. | 1.50 | 775.00 | $1,162.50 |
| 02/02/10 | JNP | Conference with A. Gupta in advance of all hands call. | 0.20 | 775.00 | $155.00 |
| 02/02/10 | RJF | Call with debtor group regarding confirmation, Canadian issues. | 1.30 | 855.00 | $1,111.50 |
| 02/03/10 | JNP | Emails regarding effect of delay on tax situation. | 0.30 | 775.00 | $232.50 |
| 02/15/10 | JNP | Conference with A. Gupta regarding status of Canadian tax issues. | 0.20 | 775.00 | $155.00 |
| 02/19/10 | JNP | Conference with M. Pearlman and Robert J. Feinstein and A. Gupta regarding Canadian tax issues. | 0.30 | 775.00 | $232.50 |
| 02/19/10 | JNP | Conference with Skadden, PWC, Gowlings, Robert J. Feinstein and others regarding Canadian tax issues. | 0.80 | 775.00 | $620.00 |
| 02/19/10 | JNP | Conference with Robert J. Feinstein and then A. Gupta after call regarding Canadian issues. | 0.20 | 775.00 | $155.00 |
| 02/19/10 | RJF | Canadian tax call with Ash. | 0.30 | 855.00 | $256.50 |
| 02/19/10 | RJF | Tax call with debtor. | 0.70 | 855.00 | $598.50 |
| | | **Task Code Total** | **12.10** | | **$9,629.50** |

**Claims Admin/Objections[B310]**

**Invoice number 89471**     12304   00002     Page 3

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/27/10 | RMP | Review bar date motion. | 0.20 | 925.00 | $185.00 |
| 02/01/10 | JNP | Review and respond to emails from Skadden regarding status of claims. | 0.20 | 775.00 | $155.00 |
| 02/01/10 | JNP | Conference with M. Atkinson regarding claims and related issues. | 0.20 | 775.00 | $155.00 |
| 02/01/10 | JNP | Review and respond to update from I. Fredericks. | 0.20 | 775.00 | $155.00 |
| 02/01/10 | JAM | Telephone conference with R. Feinstein, J. Pomerantz, K. Marks re flat screen litigation (.7); telephone conference with R. Feinstein, J. Pomerantz re flat screen litigation (.3); telephone conference with G. Galardi; R. Feinstein, J. Pomerantz re Canada taxes, status (.2); review Protiviti analyses (.6). | 1.80 | 750.00 | $1,350.00 |
| 02/03/10 | JAM | Review Protiviti analysis (.5); telephone conference with Committee, J. Pomerantz, M. Atkinson re status of case (.9); review G. Galardi/R.Feinstein/ J. Pomerantz e-mails re Marcum, status (.3). | 1.70 | 750.00 | $1,275.00 |
| 02/05/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding IRS claim. | 0.20 | 855.00 | $171.00 |
| 02/08/10 | JNP | Review motion regarding appeal of set off ruling. | 0.10 | 775.00 | $77.50 |
| 02/09/10 | RJF | Review IRS objection to motion for second administrative bar date. | 0.20 | 855.00 | $171.00 |
| 02/19/10 | JAM | Review Pomerantz e-mails and documents re settlements. | 0.30 | 750.00 | $225.00 |
| 02/22/10 | JNP | Review and respond to emal regarding Canon settlement. | 0.10 | 775.00 | $77.50 |
| 02/22/10 | JNP | Email to and from J. Morris regarding claims settlement issues. | 0.10 | 775.00 | $77.50 |
| 02/22/10 | RJF | Emails regarding rebate program, motion. | 0.30 | 855.00 | $256.50 |
| 02/22/10 | JAM | Telephone conference with J. Liberi re Cannon settlement (.1); review Cannon settlement documents and analysis (.6); e-mail to J. Pomerantz, R. Feinstein re Cannon settlement (.3); telephone conference with J. Pomerantz re Cannon settlement (.1); e-mail to Committee re Cannon settlement (.3); review recent 9019 motions and other filings (.5); telephone conference with J. Pomerantz, R. Feinstein, A. Siegal re tax issues and distributions (.4); e-mails with J. Pomerantz re settlement protocol (.2). | 2.50 | 750.00 | $1,875.00 |
| 02/23/10 | JNP | Review response to email regarding rebate creditors and forward to committee. | 0.10 | 775.00 | $77.50 |
| 02/23/10 | JNP | Review memorandum opinion on motion for reconsideration of 503(b)(9)502(d) issues. | 0.20 | 775.00 | $155.00 |
| 02/23/10 | RJF | Emails regarding Canon settlement. | 0.30 | 855.00 | $256.50 |
| 02/23/10 | JAM | E-mail to T. Flati re Cannon settlement (.2); telephone conference with J. Liberi re Cannon, information requests (.2); e-mail to J. Liberi re Cannon (.1); e-mail to J. Liberi re information requests (.1). | 0.60 | 750.00 | $450.00 |
| 02/23/10 | DAA | Attention to email of J. Morris regarding Canon settlement | 0.10 | 425.00 | $42.50 |
| 02/24/10 | JNP | Review claims status chart prepared by Skadden for omnibus hearing. | 0.10 | 775.00 | $77.50 |
| 02/24/10 | JNP | Review Apple settlement motion and emails regarding same. | 0.20 | 775.00 | $155.00 |
| 02/24/10 | JNP | Review and respond to R. Neal email regarding rebate motion. | 0.10 | 775.00 | $77.50 |

**Invoice number  89471**    12304   00002    **Page  4**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/10 | JAM | Review documents, motion re Apple settlement, and communications with J. Pomerantz, M. Atkinson re same. | 0.70 | 750.00 | $525.00 |
| 02/25/10 | JNP | Review Protiviti report regarding claims and related. | 0.20 | 775.00 | $155.00 |
| | | **Task Code Total** | **10.70** | | **$8,177.50** |

**Employee Benefit/Pension-B220**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/18/10 | RMP | Telephone conferences with Siegel and review e-mails regarding CRO issues. | 0.80 | 925.00 | $740.00 |
| 01/18/10 | RMP | Review Crowe engagement letter and telephone conferences with J. Pomerantz regarding same. | 0.50 | 925.00 | $462.50 |
| 01/19/10 | RMP | Deal with various plan issues and Crowe engagement. | 1.40 | 925.00 | $1,295.00 |
| 01/20/10 | RMP | Review revised Crowe agreement and conference with J. Pomerantz regarding same. | 0.40 | 925.00 | $370.00 |
| 01/20/10 | RMP | Review Marcum Consulting agreement. | 0.20 | 925.00 | $185.00 |
| 01/20/10 | RMP | Review Bonus Plans and e-mails regarding same. | 0.70 | 925.00 | $647.50 |
| 01/22/10 | RMP | Review revised agreement. | 0.40 | 925.00 | $370.00 |
| 01/22/10 | RMP | Deal with retention plan issues and telephone conference with Siegel regarding same. | 0.90 | 925.00 | $832.50 |
| 01/27/10 | RMP | Deal with CRO issues and conferences regarding same. | 0.60 | 925.00 | $555.00 |
| 01/27/10 | RMP | Review employee bonus issues and e-mails regarding same. | 0.50 | 925.00 | $462.50 |
| 01/28/10 | RMP | Meeting with Galardi and telephone conferences and e-mails with Tuchin, J. Pomerantz and RF regarding CRO and related issues. | 1.80 | 925.00 | $1,665.00 |
| 01/29/10 | RMP | Review final retention plan issues. | 0.40 | 925.00 | $370.00 |
| 01/29/10 | RMP | Telephone conferences with Siegel and review Crowe agreement. | 0.70 | 925.00 | $647.50 |
| 02/03/10 | JNP | Review emails regarding litigation over Marcum bonus and research regarding same. | 0.30 | 775.00 | $232.50 |
| 02/03/10 | RJF | Telephone conferences with Jeffrey N. Pomerantz, emails Galardi, Siegel regarding CRO issues. | 0.80 | 855.00 | $684.00 |
| 02/03/10 | RJF | Emails regarding Marcum bonus motion discovery. | 0.50 | 855.00 | $427.50 |
| 02/04/10 | JNP | Conference with J. Morris regarding Marcum incentive plan issues. | 0.30 | 775.00 | $232.50 |
| 02/04/10 | JNP | Conference with Robert J. Feinstein regarding Marcum incentive plan issues. | 0.30 | 775.00 | $232.50 |
| 02/04/10 | JNP | Review emails regarding Mancum incentive plan issues. | 0.30 | 775.00 | $232.50 |
| 02/04/10 | RJF | Review Marcum agreement, office conferences with Beth E. Levine regarding same. | 0.40 | 855.00 | $342.00 |
| 02/04/10 | RJF | Office conferences with Beth E. Levine, JM and emails regarding Marcum discovery. | 1.00 | 855.00 | $855.00 |
| 02/04/10 | BEL | Draft discovery requests, | 3.20 | 550.00 | $1,760.00 |
| 02/04/10 | BEL | Review Marcum motion. | 0.70 | 550.00 | $385.00 |
| 02/04/10 | BEL | Conference with R. Feinstein. | 0.40 | 550.00 | $220.00 |
| 02/04/10 | BEL | Conference with J. Morris. | 0.30 | 550.00 | $165.00 |
| 02/04/10 | BDD | Email to J. Pomerantz re motion to reject employment | 0.10 | 235.00 | $23.50 |

**Invoice number  89471**    12304   00002    Page  5

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | contract | | | |
| 02/04/10 | BDD | Email to F. Harrison re motion to reject employment contract | 0.10 | 235.00 | $23.50 |
| 02/04/10 | JAM | Meet with B. Levine re opposition to Marcum bonus (.2); review retention motion (.5); telephone conference with J. Pomerantz re retention bonus program, Marcum (.3); review documents and research re Marcum (1.6); e-mails with R. Feinstein, J. Pomerantz re Marcum motion (.2); communications w/ J. Pomerantz, R. Feinstein re Marcum motion (.2). | 3.00 | 750.00 | $2,250.00 |
| 02/04/10 | FSH | Conduct pacer search to obtain copy of rejection motion pertaining to Jim Marcum and transmit to Jeff with correspondence. | 0.50 | 235.00 | $117.50 |
| 02/05/10 | JNP | Conference with L. Tavenner regarding status of Marcum retention issues. | 0.20 | 775.00 | $155.00 |
| 02/05/10 | JNP | Conference with Robert J. Feinstein and then Richard M. Pachulski regarding Marcum retention issues. | 0.50 | 775.00 | $387.50 |
| 02/05/10 | RJF | Attention to Marcum bonus motion adjournment, telephone conference with Jeffrey N. Pomerantz regarding same. | 0.80 | 855.00 | $684.00 |
| 02/05/10 | JAM | Review/revise discovery notices and demands re Marcum bonus motion (2.6); e-mails with R. Pachulski, R. Feinstein re same (.2). | 2.80 | 750.00 | $2,100.00 |
| 02/08/10 | JNP | Review and revise Crowe agreement . | 0.20 | 775.00 | $155.00 |
| 02/09/10 | JNP | Review and revise Marcum and Crowe agreements and circulate; Conference with Robert J. Feinstein regarding same. | 1.20 | 775.00 | $930.00 |
| 02/09/10 | JNP | Email to Committee regarding Mosier agreement; Review and respond to emails regarding same. | 0.40 | 775.00 | $310.00 |
| 02/09/10 | JNP | Conference with G. Galardi, Richard M. Pachulski and others regarding retention issues. | 0.50 | 775.00 | $387.50 |
| 02/09/10 | JNP | Review emails regarding employment issues. | 0.20 | 775.00 | $155.00 |
| 02/09/10 | RJF | Emails and telephone conference with Jeffrey N. Pomerantz regarding Moser, Galardi and Marcum contracts. | 0.50 | 855.00 | $427.50 |
| 02/09/10 | RJF | Telephone conference with Jeffrey N. Pomerantz, Richard M. Pachulski regarding Moser, Galardi and Marcum contracts. | 0.30 | 855.00 | $256.50 |
| 02/09/10 | RJF | Telephone conferences regarding Mosier resignation. | 0.30 | 855.00 | $256.50 |
| 02/10/10 | JNP | Review opposition to rejection of executory contracts. | 0.10 | 775.00 | $77.50 |
| 02/10/10 | JNP | Conference with A. Siegel regarding employee issues. | 0.20 | 775.00 | $155.00 |
| 02/10/10 | JNP | Conference with Robert J. Feinstein regarding employee issues. | 0.20 | 775.00 | $155.00 |
| 02/10/10 | JNP | Review emails regarding professional retention issues. | 0.20 | 775.00 | $155.00 |
| 02/10/10 | RJF | Telephone conferences with Jeffrey N. Pomerantz regarding Marcum, Crowe. | 0.30 | 855.00 | $256.50 |
| 02/10/10 | RJF | Call regarding Mosier, Crowe and Marcum with committee. | 0.80 | 855.00 | $684.00 |
| 02/11/10 | JNP | Conference with Robert J. Feinstein and review amrkup of agreements for Marcum & Crowe. | 0.30 | 775.00 | $232.50 |
| 02/11/10 | RJF | Revise Marcum and Crowe agreements, emails and | 1.30 | 855.00 | $1,111.50 |

**Invoice number  89471**     12304   00002                                                      **Page  6**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | telephone conferences regarding same. | | | |
| 02/12/10 | JNP | Review Crowe & Marcum agreements and forward; conference with Robert J. Feinstein regarding same. | 0.50 | 775.00 | $387.50 |
| 02/12/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding Siegel retention, Marcum. | 0.40 | 855.00 | $342.00 |
| 02/13/10 | JNP | Conference with Robert J. Feinstein regarding Marcum and emails regarding same. | 0.40 | 775.00 | $310.00 |
| 02/13/10 | RJF | Telephone conference with Jeffrey N. Pomerantz regarding Crowe agreement, related issues. | 0.40 | 855.00 | $342.00 |
| 02/14/10 | JAM | Review R. Feinstein, Skadden e-mails re executive dispute and related issues. | 0.20 | 750.00 | $150.00 |
| 02/14/10 | JNP | Review and respond to emails regarding Marcum/Crowe issues; Review agreements regarding same. | 0.80 | 775.00 | $620.00 |
| 02/14/10 | RJF | Emails regarding Marcum agreement. | 0.80 | 855.00 | $684.00 |
| 02/15/10 | JNP | Review and respond to emails regarding status of negotiations over Marcum/Crowe. | 0.30 | 775.00 | $232.50 |
| 02/15/10 | RJF | Emails and telephone conferences with G. Galardi, Jeffrey N. Pomerantz and Richard M. Pachulski regarding Marcum. | 0.90 | 855.00 | $769.50 |
| 02/16/10 | JNP | Emails to and from Committee regarding Marcum & Crowe; Conference with Robert J. Feinstein regarding same. | 0.40 | 775.00 | $310.00 |
| 02/16/10 | RJF | Emails regarding Marcum bonus settlement. | 0.40 | 855.00 | $342.00 |
| 02/16/10 | DAA | Attention to email of J. Pomerantz regarding Marcom consulting agreement | 0.10 | 425.00 | $42.50 |
| 02/17/10 | JNP | Email and responses regarding Marcum issues. | 0.30 | 775.00 | $232.50 |
| 02/17/10 | RJF | Emails regarding Marcum, Crowe transition, telephone conference with Jeffrey N. Pomerantz regarding same. | 0.50 | 855.00 | $427.50 |
| 02/18/10 | JNP | Review motion regarding Crowe and emails regarding same. | 0.20 | 775.00 | $155.00 |
| 02/18/10 | JNP | Review modifications to Crowe agreement. | 0.10 | 775.00 | $77.50 |
| 02/18/10 | RJF | Telephone conferences and emails regarding Crowe and Marcum, telephone conference with Jeffrey N. Pomerantz. | 0.80 | 855.00 | $684.00 |
| 02/19/10 | JNP | Review Crowe retention papers and emails regarding comments and respond to same. | 1.00 | 775.00 | $775.00 |
| 02/22/10 | JNP | Review Marcum retention bonus order and revisions to agreement and email to Robert J. Feinstein regarding same. | 0.30 | 775.00 | $232.50 |
| 02/22/10 | JNP | Review Crowe revised order and application. | 0.10 | 775.00 | $77.50 |
| 02/23/10 | JNP | Review and respond to email regarding Crowe engagement status (2x). | 0.20 | 775.00 | $155.00 |
| 02/23/10 | RJF | Emails regarding Crowe, Marcum. | 0.30 | 855.00 | $256.50 |
| 02/24/10 | JNP | Review final version of Crowe agreement, various redlines and Skadden regarding same. | 0.50 | 775.00 | $387.50 |
| 02/24/10 | JNP | Conference with Robert J. Feinstein regarding status. | 0.20 | 775.00 | $155.00 |
| 02/25/10 | JNP | Review final version fo Crowe Agreement and email from I. Fredericks regarding same. | 0.10 | 775.00 | $77.50 |
| | **Task Code Total** | | **43.00** | | **$34,042.00** |

**Invoice number  89471**            12304   00002                                                              Page  7

**General Creditors Comm. [B150]**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/22/10 | RMP | Review presentation for Monday's meeting and conference with RF regarding same. | 1.20 | 925.00 | $1,110.00 |
| 02/01/10 | JNP | Emails regarding committee call on Wednesday. | 0.10 | 775.00 | $77.50 |
| 02/02/10 | JNP | Conference with M. Atkinson regarding committee report. | 0.20 | 775.00 | $155.00 |
| 02/03/10 | JNP | Participate in committee call regarding status. | 1.00 | 775.00 | $775.00 |
| 02/03/10 | JNP | Conference with Richard M. Pachulski in preparation for committee call. | 0.20 | 775.00 | $155.00 |
| 02/03/10 | JNP | Conference with E. Friedman regarding Committee call. | 0.20 | 775.00 | $155.00 |
| 02/03/10 | SEG | Review Protiviti Financial Update. | 0.20 | 750.00 | $150.00 |
| 02/03/10 | RJF | Telephonic committee meeting. | 1.00 | 855.00 | $855.00 |
| 02/05/10 | JNP | Arrange for various calls with committee members. | 0.20 | 775.00 | $155.00 |
| 02/05/10 | JNP | Email to R. Neal regarding meeting and information. | 0.10 | 775.00 | $77.50 |
| 02/08/10 | JNP | Conference with Robert J. Feinstein and hten Richard M. Pachulski regarding call with Committee Members. | 0.10 | 775.00 | $77.50 |
| 02/08/10 | JNP | Participate on Committee call regarding management issues. | 0.30 | 775.00 | $232.50 |
| 02/09/10 | SEG | Review Jeff Pomerantz email to Committee re Mosier retention and employment contract. | 0.10 | 750.00 | $75.00 |
| 02/09/10 | DAA | Attention to email of M. Matteo regarding critical dates; review critical dates memorandum | 0.20 | 425.00 | $85.00 |
| 02/10/10 | JNP | Participate on Committee call. | 0.30 | 775.00 | $232.50 |
| 02/10/10 | JNP | Emails regarding call with Committee Members. | 0.10 | 775.00 | $77.50 |
| 02/10/10 | SEG | Review Committee emails re Mosier employment. | 0.10 | 750.00 | $75.00 |
| 02/12/10 | DAA | Attention to email of M. Matteo regarding critical dates memorandum | 0.20 | 425.00 | $85.00 |
| 02/16/10 | SEG | Review Jeff Pomerantz email and email chain re Marcum Consulting Agreement and the Crowe CRO Agreement. | 0.20 | 750.00 | $150.00 |
| 02/19/10 | JNP | Email regarding call about numbers on plan. | 0.10 | 775.00 | $77.50 |
| 02/19/10 | DAA | Attention to email of M. Matteo regarding critical dates; review critical dates memorandum | 0.20 | 425.00 | $85.00 |
| 02/26/10 | JNP | Conference with R. Neal, E. Friedman, M. Atkinson, J. Crocket, J. Morris and Robert J. Feinstein regarding claims issues and related. | 1.20 | 775.00 | $930.00 |
| 02/26/10 | JAM | Telephone conference with R. Feinstein, J. Pomerantz, M. Atkinson, Committee members re administrative solvency. | 0.80 | 750.00 | $600.00 |
| | | **Task Code Total** | **8.30** | | **$6,447.50** |

**Hearing**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/11/10 | JNP | Participate in omnibus hearing. | 0.50 | 775.00 | $387.50 |
| 02/19/10 | RJF | Review orders entered following Omni hearing. | 0.40 | 855.00 | $342.00 |
| 02/24/10 | RJF | Attend telephonic hearing regarding claims objections, etc. | 0.80 | 855.00 | $684.00 |
| | | **Task Code Total** | **1.70** | | **$1,413.50** |

**Invoice number  89471**    12304   00002    Page  8

### Litigation (Non-Bankruptcy)

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/10 | JNP | Conference with Robert J. Feinstein, J. Morris and K. Marks regarding flat screen litigation; Follow up regarding same. | 1.00 | 775.00 | $775.00 |
| 02/01/10 | RJF | Call regarding flatscreen litigation claims. | 0.70 | 855.00 | $598.50 |
| | | **Task Code Total** | **1.70** | | **$1,373.50** |

### Plan & Disclosure Stmt. [B320]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/15/10 | RMP | Continue dealing with FTI, Siegel and Marcum and calls regarding same. | 1.10 | 925.00 | $1,017.50 |
| 01/15/10 | RMP | Review tax letter and telephone conference with J. Pomerantz regarding same. | 0.60 | 925.00 | $555.00 |
| 01/28/10 | RMP | Review plan issues and follow-up with Tuchin regarding same. | 0.70 | 925.00 | $647.50 |
| 02/01/10 | JNP | Conference with David J. Barton regarding Delaware dissolution issues and related matters. | 0.30 | 775.00 | $232.50 |
| 02/02/10 | JNP | Conference with David J. Barton regarding Delaware corporation dissolution issues. | 0.30 | 775.00 | $232.50 |
| 02/03/10 | JNP | Conference with Robert J. Feinstein regarding plan issues. | 0.20 | 775.00 | $155.00 |
| 02/04/10 | RJF | Telephone conferences with Jeffrey N. Pomerantz, emails Richard M. Pachulski, G. Galardi regarding POR issues. | 1.00 | 855.00 | $855.00 |
| 02/08/10 | JNP | Conference with claims traders regarding status of case. | 0.20 | 775.00 | $155.00 |
| 02/08/10 | RJF | Call with Jeffrey N. Pomerantz regarding plan issues. | 0.30 | 855.00 | $256.50 |
| 02/08/10 | RJF | Call with subcommittee regarding plan issues. | 0.30 | 855.00 | $256.50 |
| 02/08/10 | RJF | Follow-up call with Richard M. Pachulski, Jeffrey N. Pomerantz regarding plan issues. | 0.20 | 855.00 | $171.00 |
| 02/10/10 | RJF | Emails regarding plan status, next meeting. | 0.30 | 855.00 | $256.50 |
| 02/22/10 | JNP | Review files for liquidating trust agreement and send to J. Morris. | 0.20 | 775.00 | $155.00 |
| 02/22/10 | JNP | Conference with A. Siegel regarding plan confirmation issues. | 0.10 | 775.00 | $77.50 |
| 02/24/10 | RJF | Emails regarding adjourning confirmation hearing. | 0.10 | 855.00 | $85.50 |
| 02/26/10 | JNP | Review Texas objection to plan and email regarding same. | 0.10 | 775.00 | $77.50 |
| 02/26/10 | RJF | Review Protiviti deck. | 0.40 | 855.00 | $342.00 |
| 02/26/10 | RJF | Call with HP regarding plan projections. | 1.40 | 855.00 | $1,197.00 |
| | | **Task Code Total** | **7.80** | | **$6,725.00** |

### Retention of Prof. [B160]

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/05/10 | LAF | Locate employment app for executive. | 0.30 | 260.00 | $78.00 |

| Invoice number 89471 | 12304  00002 | | | Page 9 |
|---|---|---|---|---|

| | | | 0.30 | $78.00 |
|---|---|---|---|---|
| | **Task Code Total** | | | |

**Tax Issues [B240]**

| 02/22/10 | JNP | Emails with A. Siegel regarding IRS tax refund and scheduling call. | 0.10 | 775.00 | $77.50 |
|---|---|---|---|---|---|
| 02/22/10 | JNP | Conference with A. Siegel, D. Agler, S. Tomlinson, Robert J. Feinstein and J. Morris regarding IRS tax refund and related issues. | 0.50 | 775.00 | $387.50 |
| 02/22/10 | RJF | Call with Siegel et al. regarding US, Canadian tax issues. | 0.40 | 855.00 | $342.00 |
| | **Task Code Total** | | 1.00 | | $807.00 |
| | **Total professional services:** | | 95.60 | | **$73,281.50** |

*Costs Advanced:*

| 02/01/2010 | PAC | 12304.00002 PACER Charges for 02-01-10 | $2.40 |
|---|---|---|---|
| 02/02/2010 | PAC | 12304.00002 PACER Charges for 02-02-10 | $8.16 |
| 02/03/2010 | PAC | 12304.00002 PACER Charges for 02-03-10 | $5.84 |
| 02/04/2010 | PAC | 12304.00002 PACER Charges for 02-04-10 | $12.64 |
| 02/04/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/04/2010 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 02/04/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/04/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/04/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/04/2010 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 02/04/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/04/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/04/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/04/2010 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | $2.20 |
| 02/04/2010 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | $4.40 |
| 02/04/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/04/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/04/2010 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 02/04/2010 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | $0.60 |
| 02/04/2010 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | $1.00 |
| 02/04/2010 | RE2 | Reproduction Scan Copy - 44 @ 0.10 PER PG | $4.40 |
| 02/04/2010 | RE2 | Reproduction Scan Copy - 22 @ 0.10 PER PG | $2.20 |
| 02/05/2010 | PAC | 12304.00002 PACER Charges for 02-05-10 | $53.76 |
| 02/05/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |
| 02/05/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/05/2010 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | $0.20 |

**Invoice number 89471**     12304   00002                                                                **Page 10**

| Date | | Description | Amount |
|---|---|---|---|
| 02/05/2010 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | $0.10 |
| 02/05/2010 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 02/05/2010 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | $0.70 |
| 02/05/2010 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | $1.10 |
| 02/08/2010 | PAC | 12304.00002 PACER Charges for 02-08-10 | $4.72 |
| 02/09/2010 | PAC | 12304.00002 PACER Charges for 02-09-10 | $3.60 |
| 02/10/2010 | PAC | 12304.00002 PACER Charges for 02-10-10 | $3.84 |
| 02/11/2010 | PAC | 12304.00002 PACER Charges for 02-11-10 | $4.80 |
| 02/12/2010 | PAC | 12304.00002 PACER Charges for 02-12-10 | $4.24 |
| 02/13/2010 | PAC | 12304.00002 PACER Charges for 02-13-10 | $0.40 |
| 02/16/2010 | PAC | 12304.00002 PACER Charges for 02-16-10 | $3.36 |
| 02/17/2010 | PAC | 12304.00002 PACER Charges for 02-17-10 | $6.24 |
| 02/18/2010 | PAC | 12304.00002 PACER Charges for 02-18-10 | $13.52 |
| 02/19/2010 | PAC | 12304.00002 PACER Charges for 02-19-10 | $19.20 |
| 02/22/2010 | PAC | 12304.00002 PACER Charges for 02-22-10 | $25.28 |
| 02/23/2010 | PAC | 12304.00002 PACER Charges for 02-23-10 | $16.32 |
| 02/24/2010 | PAC | 12304.00002 PACER Charges for 02-24-10 | $9.60 |
| 02/25/2010 | PAC | 12304.00002 PACER Charges for 02-25-10 | $8.16 |
| 02/26/2010 | PAC | 12304.00002 PACER Charges for 02-26-10 | $31.84 |

                                  Total Expenses:                                                  **$264.32**

### *Summary:*

| | | |
|---|---|---|
| Total professional services | | $73,281.50 |
| Total expenses | | $264.32 |
| **Net current charges** | | $73,545.82 |
| | | |
| Net balance forward | | $31,232.02 |
| **Total balance now due** | | $104,777.84 |

| | | | | |
|---|---|---|---|---|
| BDD | Dassa, Beth D. | 0.50 | 235.00 | $117.50 |
| BEL | Levine, Beth E. | 4.60 | 550.00 | $2,530.00 |
| DAA | Abadir, David A. | 0.80 | 425.00 | $340.00 |
| DJB | Barton, David J. | 4.40 | 750.00 | $3,300.00 |
| FSH | Harrison, Felice S. | 0.50 | 235.00 | $117.50 |
| JAM | Morris, John A. | 14.40 | 750.00 | $10,800.00 |
| JNP | Pomerantz, Jeffrey N. | 24.50 | 775.00 | $18,987.50 |
| LAF | Forrester, Leslie A. | 0.30 | 260.00 | $78.00 |
| MAM | Matteo, Mike A. | 4.70 | 205.00 | $963.50 |
| RJF | Feinstein, Robert J. | 24.00 | 855.00 | $20,520.00 |
| RMP | Pachulski, Richard M. | 16.30 | 925.00 | $15,077.50 |

**Invoice number  89471**    12304   00002                                                                **Page  11**

| | | | | |
|---|---|---:|---:|---:|
| SEG | Goldich, Stanley E. | 0.60 | 750.00 | $450.00 |
| | | 95.60 | | $73,281.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | Asset Disposition [B130] | 0.30 | $248.50 |
| CA | Case Administration [B110] | 8.70 | $4,339.50 |
| CN | CANADA | 12.10 | $9,629.50 |
| CO | Claims Admin/Objections[B310] | 10.70 | $8,177.50 |
| EB | Employee Benefit/Pension-B220 | 43.00 | $34,042.00 |
| GC | General Creditors Comm. [B150] | 8.30 | $6,447.50 |
| HE | Hearing | 1.70 | $1,413.50 |
| LN | Litigation (Non-Bankruptcy) | 1.70 | $1,373.50 |
| PD | Plan & Disclosure Stmt. [B320] | 7.80 | $6,725.00 |
| RP | Retention of Prof. [B160] | 0.30 | $78.00 |
| TI | Tax Issues [B240] | 1.00 | $807.00 |
| | | 95.60 | $73,281.50 |

## Expense Code Summary

| | |
|---|---:|
| Pacer - Court Research | $237.92 |
| Reproduction/ Scan Copy | $26.40 |
| | $264.32 |