# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | **:** Chapter 11 |
|  | **:** |
| CIRCUIT CITY STORES, INC., et al.,[1] | **:** Case No. 08-35653-KRH |
|  | **:** (Jointly Administered) |
| Debtors. | **:** |
|  | **:** |
|  | **:** |

## SIXTH INTERIM APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS LOCAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for the Official Committee of Unsecured Creditors (the "Committee") of Circuit City Stores, Inc. and the related debtors (collectively, the "Debtors"), submits the following as its Sixth Interim Application For Allowance Of Compensation And Expense Reimbursement As Local Counsel To The Official Committee of Unsecured Creditors  (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b) and Rule 2016 of the Federal Rules of Bankruptcy Procedure.  In this Application,

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF – 2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Telecopy:  (310) 201-0760

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Counsel for the Official
Committee of Unsecured Creditors

Co-Counsel for the Official
Committee of Unsecured Creditors

Tavenner & Beran seeks approval of compensation in the amount of $23,286.00 and

reimbursement of expenses in the amount of $82.96 for the period of February 1, 2010 through

April 30, 2010, and in support thereof states as follows:

## Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary

petitions in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-

1330 (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

2.      On November 12, 2008, the Office of the United States Trustee (the "U.S.

Trustee") appointed the Official Committee of Unsecured Creditors of the Debtors.  The U.S.

Trustee increased the membership of the Committee by two creditors on November 13, 2008.

3.      The Committee is presently composed of the following eleven creditors: (i)

Alliance Entertainment; (ii) Developers Diversified Realty Corp.; (iii) Garmin International,

Inc.; (iv) Hewlett-Packard Company; (v) LG Electronics USA, Inc.; (vi) Paramount Home

Entertainment; (vii) Pension Benefit Guarantee Corporation; (viii) Samsung Electronics

America, Inc.; (ix) Simon Property Group, Inc.; (x) Toshiba America Consumer Products, LLC;

and (xi) Weidler Settlement Class.

4.      The Committee held its organizational meeting, and decided to retain Pachulski

Stang Ziehl & Jones LLP ("PSZJ") as its lead counsel, Tavenner & Beran as its local counsel,

and Protiviti, Inc. and Jefferies & Company as financial advisors.

5.      On or about December 22, 2008, the Committee filed an application to employ

---

for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors,

Tavenner & Beran as its local counsel.  On or about January 20, 2009, this Court entered an

order approving the Committee's employment of Tavenner & Beran (the "Employment Order").

6.      On or about March 17, 2009, Tavenner & Beran filed its First Interim Application

of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as

Local Counsel to the Official Committee of Unsecured Creditors (the "First Interim

Application"). On or about April 27, 2009, this Court entered an order approving the First

Interim Application.   On or about June 15, 2009, Tavenner & Beran filed its Second Interim

Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense

Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the

"Second Interim Application").  On or about July 23, 2009, this Court entered an order

approving the Second Interim Application.  On or about September 14, 2009, Tavenner & Beran

filed its Third Interim Application Of Tavenner & Beran, PLC for Allowance of Compensation

and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors

(the "Third Interim Application").  On or about November 6, 2009, the Court entered an order

approving the Third Interim Application.  On or about December 14, 2009, Tavenner & Beran

filed its Fourth Interim Application Of Tavenner & Beran, PLC For Allowance Of

Compensation And Expense Reimbursement As Local Counsel For The Official Committee of

Unsecured Creditors (the "Fourth Interim Application") and thereafter the Court entered an order

approving the Fourth Interim Application.  On or about March 17, 2010, Tavenner & Beran filed

its Fifth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And

Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors

---

the address is 9950 Mayland Drive, Richmond, Virginia 23233.

(the "Fifth Interim Application") and thereafter the Court entered an order approving the Fifth

Interim Application.

7.    Since the filing of the First Interim Application, Second Interim Application,

Third Interim Application, Fourth Interim Application and Fifth Interim Application, Tavenner

& Beran has rendered professional services to the Committee from and including February 1,

2010 through and including April 30, 2010 for which it seeks compensation in the amount of

$23,286.00.  Attached hereto as <u>Exhibit A</u> is a statement of the fees incurred.  During this time,

Tavenner & Beran incurred $82.96 in out-of-pocket expenses for which it seeks reimbursement.

Attached hereto as <u>Exhibit A – Additional Charges Section</u> is a statement of the expenses

incurred.

8.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### <u>Employment and Case Status</u>

9.    As authorized in the Employment Order, the terms of Tavenner & Beran's

employment are as follows:  Tavenner & Beran charges legal fees on an hourly basis at its

attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience.

Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred

such as copying, long distance telephone, travel, overnight mail, telecopies, computer research

and other disbursements.

10.    The names of all Tavenner & Beran attorneys and paralegals requesting

compensation and their respective hourly rates are set forth on <u>Exhibit A</u> attached hereto.

11.    To the best of Tavenner & Beran's knowledge, information and belief, the

Debtors are paying post-petition expenses in the ordinary course and/or as required by this

Court.  To the best of Tavenner & Beran's knowledge, information and belief, the Debtors have

sufficient funds on hand to pay the compensation and reimbursement of expenses requested

herein.

12.    Tavenner & Beran has not previously filed an application for the allowance of

compensation and expense reimbursement for amounts sought in this Application.

### Summary of Services Rendered

13.    Tavenner & Beran provided various services to the Committee, which may be

summarized as follows:

A.    <u>Business Operations</u>:  - Total Hours 7.20                Total $1,960.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 5.60 | $1,960.00 |
| Paula S. Beran | 1992 | $0.00 | 1.60 | $00.00 |

<u>Description</u>
Conferences, correspondence, document preparation and review and Court appearances on
business operations matters.

Attached hereto as <u>Exhibit A – Business Operations Section</u> is a complete statement of
such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these
cases.

B.    <u>Case Administration</u>:  - Total Hours 56.90                Total $14,479.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 6.50 | $2,275.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 0.60 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 27.30 | $9,282.00 |
| Paula S. Beran | 1992 | $340.00 | 3.30 | $1,122.00 |

---

[2] Certain hours were recorded but not billed to the estates.
[3] Certain hours were recorded but not billed to the estates.

| Paula S. Beran | 1992 | $0.00 | 1.20 | $00.00 |
| David L. Leadbeater | N/A | $100.00 | 18.00 | $1,800.00 |

<u>Description</u>
Conferences, correspondence, document preparation and review and Court appearances on case administrative matters.

Attached hereto as <u>Exhibit A – Case Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these cases.

C.    <u>Claims Administration</u>: - Total Hours 4.40          Total $1,326.00

| *ATTORNEY/ PARALEGAL* | *YEAR ADMITTED* | *HOURLY RATE* | *TOTAL HOURS[4]* | *FEE* |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $0.00 | 0.50 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 3.90 | $1,326.00 |

<u>Description</u>
Correspondence, conferences, document review and research regarding pre and post-petition creditor claims.

Attached hereto as <u>Exhibit A – Claims Administration Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in its analysis of creditor claims.

D.    <u>Fee/Employment Applications</u>: - Total Hours 17.10          Total $3,979.00

| *ATTORNEY/ PARALEGAL* | *YEAR ADMITTED* | *HOURLY RATE* | *TOTAL HOURS[5]* | *FEE* |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 0.90 | $315.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 1.40 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 9.10 | $3,094.00 |
| David L. Leadbeater | N/A | $100.00 | 5.70 | $570.00 |

<u>Description</u>

---

[4] Certain hours were recorded but not billed to the estates.
[5] Certain hours were recorded but not billed to the estates.

Correspondence, conferences, document preparation, document review and Court appearances relating to the employment and/or compensation of bankruptcy professionals.

Attached hereto as <u>Exhibit A – Fee/Employment Applications Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary for the Committee to be properly represented and advised by its professionals.

E.      <u>Plan and Disclosure Statement</u>:  - Total Hours 6.90          Total $1,542.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[6] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 1.20 | $420.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 2.40 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 3.30 | $1,122.00 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court appearances relating to the plan and disclosure statement.

Attached hereto as <u>Exhibit A – Plan and Disclosure Statement</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee with fostering the goals of the Debtors' bankruptcy cases and to analyze plan alternatives.

14.      The total amount of interim compensation requested by Tavenner & Beran is

based on the hourly rates normally charged by the attorneys and the paralegals who performed

legal services for the Committee in this matter are further summarized on <u>Exhibit A</u>.

15.      Pursuant to the Order Establishing Procedures For Interim Compensation entered

on December 9, 2008 (the "Interim Compensation Order"), Tavenner & Beran could have

requested eighty-five percent (85%) of its monthly fees and one hundred percent (100%) of its

---

[6] Certain hours were recorded but not billed to the estates.

monthly expenses.  Tavenner & Beran did not make any such request.  Therefore, fees and

expenses in the total amount of this Application remain outstanding.

16.     Attached hereto as <u>Exhibit B</u> is a summary sheet concerning this Application.

The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized

area of bankruptcy and in practice before the United States Bankruptcy Court.  Such fees are

customary for specialized bankruptcy practice and are comparable in amount to services

rendered by other attorneys in the area.  The fees sought herein are reasonable considering the

nature and extent of the work, the time spent, and the value of the services.

17.     Tavenner & Beran hereby certifies that it has submitted and served monthly

statements as required under the Interim Compensation Order.  In addition, it will file and serve

this Application as required under the Interim Compensation Order.

### **Applicable Legal Standard**

18.     The Bankruptcy Code sets forth the legal standards for awarding compensation to

professionals.  The format for fee applications is set forth in the Compensation Guidelines for

Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the

"Guidelines").

19.     Under § 330 and of the Bankruptcy Code, the Court may award counsel to the

Committee reasonable compensation for actual, necessary services rendered by such attorneys

and paraprofessionals employed by such attorneys based on the nature, extent and value of the

services rendered, time spent on such services and the cost of comparable services other than in a

bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary

expenses.

20.    The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable and necessary charges for items such as photocopying, long distances telephone calls, facsimiles, delivery services and messenger services, transcript preparation and filing fees.

21.    Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates.  Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

(a)    the time and labor required;
(b)    the novelty and difficulty of the questions;
(c)    the skill requisite to perform the legal service properly;
(d)    the preclusion of other employment by the attorney due to acceptance of the case;
(e)    the customary fee;
(f)    whether the fee is fixed or contingent;
(g)    time limitations imposed by the client or the circumstances;
(h)    the amount involved and the results obtained;
(i)    the experience, reputation and ability of the attorneys;
(j)    the "undesirability" of the case;
(k)    the nature and length of the professional relationship with the client; and
(l)    awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

22.    Tavenner & Beran believes that the services rendered to the Committee and the out-of-pocket expenses incurred therewith were necessary and reasonable in view of the Committee's obligations in these cases and the scope and nature of the matters in which the Committee was involved to competently represent the Committee.

23.     Upon information and belief, the rates charged by Tavenner & Beran are less than legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran believes that the fees requested herein clearly satisfy the <u>Johnson</u> factors as set forth above.

**<u>Conclusion</u>**

WHEREFORE, Tavenner & Beran submits this Application for allowance of interim compensation for professional services rendered by Tavenner & Beran in the amount of $23,286.00 and reimbursement of out-of-pocket expenses in the amount of $82.96.  Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as <u>Exhibit C</u> approving the compensation and reimbursement of expenses requested herein, authorizing and directing the Debtors to pay such amounts and granting such other and

further relief as the Court deems appropriate.

TAVENNER & BERAN, PLC

By: _____ */s/ Paula S. Beran* _____
Co-Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
          pberan@tb-lawfirm.com

Local Co-Counsel for the Official Committee of Unsecured
Creditors

-and-

Richard M. Pachuski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail  rpachulski@pszjlaw.com:
        rfeinstein@pszjlaw.com
        jpomerantz@pszjlaw.com

Lead Counsel for the Official Committee of Unsecured
Creditors

## **CERTIFICATE OF SERVICE**

I hereby certify that on or before the 14th day of June, 2010 a true copy of the foregoing Sixth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors was served via first-class mail, postage-prepaid and/or electronic delivery to:

Robert B. Van Arsdale – Via email:
robert.b.van.arsdale@usdoj.gov
June E. Turner – Via email:
june.e.turner@usdoj.gov
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Michelle Mosier – Via email
michelle_mosier@ccswinddown.com
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Gregg M. Galardi, Esq. – Via email:
gregg.galardi@skadden.com
Skadden, Arps, Slate, Meagher, & Flom
LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Douglas M. Foley, Esq. – Via email:
dfoley@mcguirewoods.com
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Jeff Pomerantz – Via email:
jpomerantz@pszjlaw.com
Robert Feinstein – Via email:
rfeinstein@pszjlaw.com
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

_____/s/ Paula S. Beran_____
                Co-Counsel

**Tavenner & Beran, PLC**
20 North Eighth Street, Second Floor
Richmond, VA  23219

Exhibit A

| Invoice submitted to: |
| Circuit City Committee |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| June 14, 2010 | 10880 | 3/17/2010 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Business Operations** | | | |
| 2/22/2010 - LLT | Review motion to file documents under seal (.20); Review underlying 9019 motion (capital contracts)  and other pleadings 1.30) | 1.50 350.00/hr | 525.00 |
| 3/2/2010 - LLT | Review motion to approve CRO and related items | 2.20 350.00/hr | 770.00 |
| - PSB | Review CRO matters | 0.70 340.00/hr | NO CHARGE |
| 3/4/2010 - LLT | Review motion re: 401k plan (.20); Review Berkadia motion to compel (.20) ; review of related matters and correspondence w/ PSZJ re same (.50) | 0.90 350.00/hr | 315.00 |
| - LLT | Review Debtor's objection to motion of Ryan, Inc. to assume executory contract and related items | 1.00 350.00/hr | 350.00 |
| - PSB | Review of Ryan issues | 0.90 340.00/hr | NO CHARGE |
| SUBTOTAL: | | [     7.20 | 1,960.00] |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Case Administration** | | | | |
| 2/11/2010 - | PSB | Prepare for and attend Omni hearing | 3.30 340.00/hr | 1,122.00 |
| - | DLL | Prepare hearing binder | 0.70 100.00/hr | 70.00 |
| 2/12/2010 - | DLL | Docket and index | 0.70 100.00/hr | 70.00 |
| 2/17/2010 - | DLL | Docket and index | 0.70 100.00/hr | 70.00 |
| 2/22/2010 - | DLL | Prepare hearing binder | 1.10 100.00/hr | 110.00 |
| 2/23/2010 - | DLL | Docket and index | 1.10 100.00/hr | 110.00 |
| 2/24/2010 - | PSB | Correspondence with PSZJ re: hearing and correspondence with Court re: same | 0.50 340.00/hr | 170.00 |
| 3/2/2010 - | PSB | Correspondence from creditors re case status | 0.90 340.00/hr | 306.00 |
| 3/5/2010 - | PSB | Correspondence with Court and PSZJ re: telephonic appearance | 0.50 340.00/hr | 170.00 |
| - | LLT | Correspondence from creditors re case status | 0.70 350.00/hr | 245.00 |
| 3/8/2010 - | DLL | Prepare hearing binder (1.70); Calendar events (.20) | 1.90 100.00/hr | 190.00 |
| - | PSB | Prepare for and participate in Omni (3.50); Correspondence with agitated creditor re: case status (.50); Correspondence with PSZJ re: same (.20) | 4.20 340.00/hr | 1,428.00 |
| 3/10/2010 - | DLL | Docket and index | 1.10 100.00/hr | 110.00 |
| 3/15/2010 - | PSB | Correspondence from creditors re: case status | 0.60 340.00/hr | 204.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/17/2010 - | PSB | | 0.30<br>340.00/hr | 102.00 |
| | | Correspondence with Court re: telephonic appearance | | |
| 3/18/2010 - | DLL | | 1.10<br>100.00/hr | 110.00 |
| | | Prepare hearing binder | | |
| - | PSB | | 4.00<br>340.00/hr | 1,360.00 |
| | | Prepare for and attend Omni correspondence w/ PSZJ re same and related issues (.50) | | |
| 3/24/2010 - | DLL | | 1.10<br>100.00/hr | 110.00 |
| | | Docket and index | | |
| 3/25/2010 - | DLL | | 1.50<br>100.00/hr | 150.00 |
| | | Prepare hearing binder | | |
| - | PSB | | 6.40<br>340.00/hr | 2,176.00 |
| | | Prepare for and participate in Omni (4.70); Prepare for and participate in Committee call (1.20); correspondence w/ pszj re related matters (.5) | | |
| - | LLT | | 0.60<br>350.00/hr | NO CHARGE |
| | | Review materials in preparation for upcoming committee call | | |
| 3/29/2010 - | PSB | | 0.60<br>340.00/hr | 204.00 |
| | | Correspondence with creditors re: case status | | |
| 3/30/2010 - | PSB | | 0.80<br>340.00/hr | 272.00 |
| | | Correspondence from creditors re case status | | |
| 4/5/2010 - | DLL | | 2.20<br>100.00/hr | 220.00 |
| | | Prepare hearing binder (.90); Docket and index (1.30) | | |
| 4/6/2010 - | LLT | | 3.90<br>350.00/hr | 1,365.00 |
| | | Prepare for and attend Omni hearing | | |
| - | PSB | | 0.40<br>340.00/hr | 136.00 |
| | | Correspondence with Court re telephonic issues and correspondence w/ R. Finestein re same | | |
| 4/7/2010 - | PSB | | 2.10<br>340.00/hr | 714.00 |
| | | Prepare for and participate in Committee Call | | |
| 4/9/2010 - | DLL | | 1.10<br>100.00/hr | 110.00 |
| | | Docket and index | | |
| 4/12/2010 - | DLL | | 0.50<br>100.00/hr | 50.00 |
| | | Calendar Omnibus dates | | |
| 4/13/2010 - | PSB | | 0.50<br>340.00/hr | 170.00 |
| | | Correspondence w/ Court and PSZJ re telephonic and related matters | | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/15/2010 - DLL | Prepare hearing binder | 1.00<br>100.00/hr | 100.00 |
| 4/21/2010 - DLL | Prepare hearing binder | 0.70<br>100.00/hr | 70.00 |
| 4/22/2010 - PSB | Prepare for and participate in committee call | 1.90<br>340.00/hr | 646.00 |
| 4/26/2010 - DLL | Docket and index | 1.50<br>100.00/hr | 150.00 |
| 4/28/2010 - LLT | prepare for and participate in Committee call | 1.90<br>350.00/hr | 665.00 |
| - PSB | Review matters re Committee Call | 1.20<br>340.00/hr | NO CHARGE |
| 4/29/2010 - PSB | Correspondence w/ R. Finestein re court matters (.50); otherwise prepare for and attend Omni (3.10) | 3.60<br>340.00/hr | 1,224.00 |

| | SUBTOTAL: | [    56.90 | 14,479.00] |

Claims Administration

| 2/17/2010 - PSB | Review of various claim issues | 1.10<br>340.00/hr | 374.00 |
|---|---|---|---|
| 2/23/2010 - LLT | Review supplemental opinion order denying Apex and THQ reconsideration motion | 0.50<br>350.00/hr | NO CHARGE |
| 3/11/2010 - PSB | Review various claim objections and responses thereto | 1.70<br>340.00/hr | 578.00 |
| 4/8/2010 - PSB | Review of claim pleadings and related issues | 1.10<br>340.00/hr | 374.00 |

| | SUBTOTAL: | [    4.40 | 1,326.00] |

Fee/Employment Applications

| 2/8/2010 - DLL | Prepare fee statements | 1.00<br>100.00/hr | 100.00 |
|---|---|---|---|

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/8/2010 -  PSB | Review of Fee Statements | 1.00<br>340.00/hr | 340.00 |
| 3/10/2010 -  LLT | Correspondence to/from M. Smith re: Protiviti invoice | 0.10<br>350.00/hr | 35.00 |
| 3/11/2010 -  LLT | Correspondence from M. Smith re: Protiviti February invoice (.10); Correspondence to UST and Debtor professionals re: Protiviti February invoice (.20) | 0.30<br>350.00/hr | 105.00 |
| 3/16/2010 -  PSB | Draft fee pleadings (3.0); Correspondence with professionals re: same (.60) | 3.60<br>340.00/hr | 1,224.00 |
| -  LLT | Correspondence from D. Abadir re: interim fee applications | 0.10<br>350.00/hr | NO CHARGE |
| 3/17/2010 -  DLL | Draft Fifth Fee Application (2.90); Draft Fee Notice (1.80) | 4.70<br>100.00/hr | 470.00 |
| -  PSB | Finalize and file fee applications (3.50); Correspondence re: same (.50) | 4.00<br>340.00/hr | 1,360.00 |
| -  LLT | Revise and prepare Protiviti Fifth Interim Fee Application for filing (.30); Revise Tavenner & Beran Fifth Interim Application (.80); Correspondence to Debtors and UST re: committee interim applications (.20) | 1.30<br>350.00/hr | NO CHARGE |
| 4/14/2010 -  LLT | correspondence re fee statements | 0.50<br>350.00/hr | 175.00 |
| 4/16/2010 -  PSB | Correspondence w/ UST re fee orders (.30); finalize and submit same (.20) | 0.50<br>340.00/hr | 170.00 |
| SUBTOTAL: |  | [      17.10 | 3,979.00] |

Plan and Disclosure Statement

| 2/24/2010 -  LLT | Correspondence from Debtor counsel re: status of confirmation and correspondence w/ PSZJ re same | 0.50<br>350.00/hr | 175.00 |
|---|---|---|---|
| 2/25/2010 -  LLT | Correspondence to/from S. Boehm re: notice of confirmation hearing | 0.20<br>350.00/hr | 70.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/19/2010 - PSB | Review of Plan issues and correspondence with PSZJ re: same | 0.50 340.00/hr | 170.00 |
| - LLT | Review of plan matters | 1.00 350.00/hr | NO CHARGE |
| 3/25/2010 - LLT | Correspondence re: notice of continued confirmation hearing from S. Beame; follow-up re: same | 0.40 350.00/hr | 140.00 |
| 3/26/2010 - LLT | Correspondence to S. Beame re: notice of confirmation hearing | 0.10 350.00/hr | 35.00 |
| 4/5/2010 - PSB | Correspondence w/ PSZJ re confirmation matters and local perspective (.60); review of issues re same (.90) | 1.50 340.00/hr | 510.00 |
| - LLT | Review of plan matters | 1.40 350.00/hr | NO CHARGE |
| 4/28/2010 - PSB | Correspondence w/ R. Finestein re confirmation matters and review of same (1.30) | 1.30 340.00/hr | 442.00 |

|  |  |  |  |
|---|---|---|---|
| SUBTOTAL: | | [    6.90 | 1,542.00] |
| For professional services rendered | | 92.50 | $23,286.00 |
| Additional Charges : | | | |

|  |  | Qty/Price | Tax# |
|---|---|---|---|

Case Administration

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 3/31/2010 - PSB | Pacer Costs | 1 82.96 | 82.96 |

|  |  |  |  |
|---|---|---|---|
| SUBTOTAL: | | [ | 82.96] |
| Total costs | | | $82.96 |
| Total amount of this bill | | | $23,368.96 |
| Previous balance | | | $29,392.43 |

|  | | Amount |
|---|---|---:|
| 5/19/2010 | Payment - thank you. Check No. 500821 | ($19,329.93) |
| 6/1/2010 | Payment - thank you. Check No. 500839 | ($10,062.53) |
| | Total payments and adjustments | ($29,392.46) |
| | Balance due | $23,368.93 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Lynn L. Tavenner | 14.20 | 350.00 | $4,970.00 |
| Lynn L. Tavenner | 4.90 | 0.00 | $0.00 |
| Paula S. Beran | 46.90 | 340.00 | $15,946.00 |
| Paula S. Beran | 2.80 | 0.00 | $0.00 |
| David L. Leadbeater | 23.70 | 100.00 | $2,370.00 |

**<u>EXHIBIT B</u>**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  Circuit City Stores, Inc, <u>et al.</u>, Case No. 08-35653-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

| | Interim Period | |
| | February 1, 2010 through April 30, 2010 | |
| <u>Categories</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|
| Business Operations | 7.20 | $1,960.00 |
| Case Administration | 56.90 | $14,479.00 |
| Claims Administration | 4.40 | $1,326.00 |
| Fee/Employment Applications and Objections | 17.10 | $3,979.00 |
| Plan and Disclosure | 6.90 | $1,542.00 |
| TOTAL HOURS | 92.50 | |
| TOTAL FEES | | $23,286.00 |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | **:**  Chapter 11 |
| | **:** |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[7] | **:**  Case No. 08-35653-KRH |
| | **:**  (Jointly Administered) |
| Debtors. | **:** |
| | **:** |
| | **:** |


**ORDER ALLOWING INTERIM
<u>COMPENSATION AND EXPENSE REIMBURSEMENT</u>
(Tavenner & Beran, PLC)**

        This matter came before the Court upon the Sixth Interim Application Of Tavenner &

Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel

To The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner &

Beran, PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran

provided proper notice of the Application to all necessary parties; (ii) no objections to the

---

[7]     The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax
identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc.
(0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties,
LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.
(6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116),
Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address
for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors,
the address is 9950 Mayland Drive, Richmond, Virginia 23233.

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF – 2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA  90067-4100
Telephone:  (310) 277-6910
Telecopy:  (310) 201-0760

Counsel for the Official
Committee of Unsecured Creditors

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, 2nd Floor
Richmond, VA  23219
Telephone:  (804) 783-8300
Telecopy:  (804) 783-0178

Co-Counsel for the Official
Committee of Unsecured Creditors

Application have been filed; and (iii) the request for compensation and reimbursement of

expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The request for compensation in the amount of $23,286.00 and reimbursement of

expenses in the amount of $82.96 by Tavenner & Beran be and hereby are allowed; and,

3.      The Debtors are authorized and directed to pay to Tavenner & Beran the amount

of compensation and reimbursement of expenses allowed herein as an administrative expense.

4.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage

prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.


ENTER:                                  _____

                                        UNITED STATES BANKRUPTCY JUDGE


We ask for this:


_____
Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

        Co-Counsel for the Official
        Committee of Unsecured Creditors


Seen and No Objection:


_____
Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

        Assistant United States Trustee
        **LOCAL RULE 9022-1 CERTIFICATION**

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
Co-Counsel