# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINA
___Richmond___ **Division**

In re   Circuit City Stores, Inc.

**Case No.** 08-35653-KRH _____

**Adv. Proceeding No.** _____

Debtor(s)   MOTION FOR LEAVE TO APPEAL

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _____ 05/14/2010 _____.

The parties included in the Appeal to the District Court:

APPELLANT(S):  Schimenti Construction Co., LLC _____

ATTORNEY:   Ryan C. Day  of LeClair Ryan _____

951 E.Byrd Street, Riverfront Plaza East Tower _____

Richmond, Va 23219 _____

APPELLEE (S):   Circuit City Stores, Inc. Et al. _____

ATTORNEY:   Douglas M. Foley of McGuire Woods, LLP _____

One James Center, 901 E. Cary Street _____

Richmond, Va 23219 _____

Brief Description of Judgment/Order Appealed:  MEMORANDUM OPINION (docket entry # 5041) and _____
_SECOND SUPPLEMENTAL ORDER (docket entry # 7355 _____

Date Judgment/Order Entered:  09/22/2009 (docket entry # 5041) and ____ 04/30/2010 (docket entry # 7355 ____

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00      (X) Paid      ( ) Not Paid
                  B. Appeal Docket Fee - $250.00      (X) Paid      ( ) Not Paid      ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

Date: June 10, 2010 _____

WILLIAM C. REDDEN, Clerk of the Court
By: /s/ Suzanne French _____, Deputy Clerk

## CERTIFICATION TO APPELLATE COURT

It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

WILLIAM C. REDDEN, Clerk of the Court
By: _____, Deputy Clerk

***District Clerk - Please complete and return second copy.***

DISTRICT COURT CASE NUMBER 3:10CV397       Date R E C E I V E D

[stamp] appptra JUN 12 2010

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)