UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

**CHANGE OF ADDRESS**

RICHMOND DIVISION
F I L E D
JUN 14 2010
CLERK
US BANKRUPTCY COURT

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☑ Attorney [If Applicable:] Name: Peter Gurfein (pro hac vice counsel)
      ☐ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:   ☐ Husband and Wife
                      ☐ Husband Only
                      ☐ Wife Only

*[If applicable]* Case Name: Circuit City Stores, Inc. et al.
*[If applicable]* Case No./Adversary Proceeding No.: 08-35653-KRH
*[If applicable]* Creditor Name: CIM/Birch Street

☐ Street Address   ☑ Mailing Address
New Address: Landau Gottfried & Berger, 1801 Century Park East, Suite 1460
             No. and Street, Apt., P. O. Box or R. D. No.

City: Los Angeles          State: CA    Zip: 90067

☐ Street Address   ☑ Mailing Address
Old Address: 2029 Century Park East, Suite 2400
             No. and Street, Apt., P. O. Box or R. D. No.

City: Los Angeles          State: CA    Zip: 90067

Telephone Number: ( 310 ) 557-0050, ext. 120
Please include area code

_____
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor *[If joint case and address is for __husband and wife__, both debtors must sign.]*
☐ Creditor
☑ Attorney

Date: June 9, 2010
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 02/08]