IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x    Chapter 11
In re:                                                  :
                                                        :    Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.                       :
                                                        :
        Debtors.                                        :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Transferee:
Name and address where notices
to transferee should be sent:

**H & R REIT (U.S.) Holdings Inc.**
c/o Michael S. Held
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

Claim #: 14231
Amount of Claim: $94,879.86
Date Claim Filed: June 30, 2009

Transferor:
Name and current address of transferor:

**CCDC Marion Portfolio, L.P.**
c/o Michael S. Held
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202-2799

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June ___, 2010
    Transferee/Transferee's Agent