IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
------------------------------------------------ x   Chapter 11
In re:                                           :
                                                 :   Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.                :
                                                 :
         Debtors.                                :   Jointly Administered
                                                 :   Judge Kevin R. Huennekens
------------------------------------------------ x
```

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee: | Transferor: |
| --- | --- |
| Name and address where notices to transferee should be sent: | Name and current address of transferor: |
| **H & R REIT (U.S.) Holdings Inc.**<br>c/o Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202-2799 | **CCDC Marion Portfolio, L.P.**<br>c/o Michael S. Held<br>Hunton & Williams LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX 75202-2799 |

Claim #: 14233
Amount of Claim: $856,074.00
Date Claim Filed: June 30, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June ___, 2010
    Transferee/Transferee's Agent