IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

------------------------------------------------------- x    Chapter 11
In re:                                                  :
                                                        :    Case No. 08-35653-KRH
CIRCUIT CITY STORES, INC., et al.                       :
                                                        :
                  Debtors.                              :    Jointly Administered
                                                        :    Judge Kevin R. Huennekens
------------------------------------------------------- x

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee: | Transferor: |
|---|---|
| Name and address where notices to transferee should be sent: | Name and current address of transferor: |
| **H & R REIT (U.S.) Holdings Inc.** | **CCDC Marion Portfolio, L.P.** |
| c/o Michael S. Held | c/o Michael S. Held |
| Hunton & Williams LLP | Hunton & Williams LLP |
| 1445 Ross Avenue, Suite 3700 | 1445 Ross Avenue, Suite 3700 |
| Dallas, TX 75202-2799 | Dallas, TX 75202-2799 |

Claim #: 14658
Amount of Claim: $3,287,203.53
Date Claim Filed: September 24, 2009

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: June __, 2010
    Transferee/Transferee's Agent