Gregg M. Galardi, Esq.                  Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                 Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' AMENDED SEVENTY-FIRST OMNIBUS
OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS CLAIMS**

THIS MATTER having come before the Court on the Debtors' Amended Seventy-First Omnibus Objection to Certain Misclassified Non-Goods Claims (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reclassified as general unsecured non-priority claims for

those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified as general unsecured non-priority claims.

    3.    The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to any claim, including the Claims (filed or not) that have been or may be asserted against the Debtors, and to seek reduction of any claim to the extent such claim has been paid, are preserved.

4.    The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

   - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

   - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                      /s/ Douglas M. Foley
                                      Douglas M. Foley

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14764<br>Date Filed: 12/07/2009<br>Docketed Total: $7,138.81<br>Filing Creditor Name and Address:<br>CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>CAROLINA TELEPHONE AND TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $7,138.81<br><br>503(b)(9) $7,138.81    Reclamation    Admin    Secured    Priority    Unsecured | Case Number: 08-35653<br>Modified Total: $7,138.81<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured $7,138.81 |
| Claim: 14759<br>Date Filed: 12/07/2009<br>Docketed Total: $1,829.75<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $1,829.75<br><br>503(b)(9) $1,829.75    Reclamation    Admin    Secured    Priority    Unsecured | Case Number: 08-35653<br>Modified Total: $1,829.75<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured $1,829.75 |
| Claim: 14755<br>Date Filed: 12/07/2009<br>Docketed Total: $889.82<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE COMPANY NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $889.82<br><br>503(b)(9) $889.82    Reclamation    Admin    Secured    Priority    Unsecured | Case Number: 08-35653<br>Modified Total: $889.82<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured $889.82 |
| Claim: 14758<br>Date Filed: 12/07/2009<br>Docketed Total: $1,137.16<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $1,137.16<br><br>503(b)(9) $1,137.16    Reclamation    Admin    Secured    Priority    Unsecured | Case Number: 08-35653<br>Modified Total: $1,137.16<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured $1,137.16 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14762<br>Date Filed: 12/07/2009<br>Docketed Total: $142.59<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address                Case Number: 08-35653<br>CENTRAL TELEPHONE COMPANY OF VIRGINIA     Docketed Total: $142.59<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$142.59 | Case Number: 08-35653<br>Modified Total: $142.59<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$142.59 |
| Claim: 14775<br>Date Filed: 12/18/2009<br>Docketed Total: $6,415.00<br>Filing Creditor Name and Address:<br>E ENTERTAINMENT TV<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address                Case Number: 08-35653<br>E ENTERTAINMENT TV                        Docketed Total: $6,415.00<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,415.00 | Case Number: 08-35653<br>Modified Total: $6,415.00<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,415.00 |
| Claim: 14761<br>Date Filed: 12/07/2009<br>Docketed Total: $14,286.30<br>Filing Creditor Name and Address:<br>EMBARQ FLORIDA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address                Case Number: 08-35653<br>EMBARQ FLORIDA INC                        Docketed Total: $14,286.30<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$14,286.30 | Case Number: 08-35653<br>Modified Total: $14,286.30<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$14,286.30 |
| Claim: 14757<br>Date Filed: 12/07/2009<br>Docketed Total: $873.39<br>Filing Creditor Name and Address:<br>EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address                Case Number: 08-35653<br>EMBARQ MINNESOTA INC                      Docketed Total: $873.39<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$873.39 | Case Number: 08-35653<br>Modified Total: $873.39<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$873.39 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  Case 08-35653-KRH    Doc 7853    Filed 06/18/10    Entered 06/18/10 14:21:33    Desc Main
Case No. 08-35653 (KRH)                  Document      Page 7 of 8                                Debtors' Seventy-First Omnibus Objection to Claims
                                                                                                  503(B)(9) Non-Goods To Modify

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14776<br>Date Filed: 12/18/2009<br>Docketed Total: $17,166.60<br>Filing Creditor Name and Address:<br>G4 MEDIA<br>5750 WILSHIRE BLVD 4TH FL<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address   Case Number: 08-35653<br>G4 MEDIA                          Docketed Total: $17,166.60<br>5750 WILSHIRE BLVD 4TH FL<br>LOS ANGELES, CA 90036<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$17,166.60 | Case Number: 08-35653<br>Modified Total: $17,166.60<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                         $17,166.60 |
| Claim: 14777<br>Date Filed: 12/18/2009<br>Docketed Total: $7,012.50<br>Filing Creditor Name and Address:<br>G4 MEDIA INC<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address   Case Number: 08-35653<br>G4 MEDIA INC                      Docketed Total: $7,012.50<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$7,012.50 | Case Number: 08-35653<br>Modified Total: $7,012.50<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                         $7,012.50 |
| Claim: 14327<br>Date Filed: 07/01/2009<br>Docketed Total: $17,600.00<br>Filing Creditor Name and Address:<br>MICHAEL S PAYNE<br>3306 CLAYS MILL RD STE 104<br>LEXINGTON, KY 40504 | Claim Holder Name and Address   Case Number: 08-35653<br>MICHAEL S PAYNE                   Docketed Total: $17,600.00<br>3306 CLAYS MILL RD STE 104<br>LEXINGTON, KY 40504<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$17,600.00 | Case Number: 08-35653<br>Modified Total: $17,600.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                         $17,600.00 |
| Claim: 14763<br>Date Filed: 12/07/2009<br>Docketed Total: $1,312.52<br>Filing Creditor Name and Address:<br>THE UNITED TELEPHONE<br>COMPANY OF PENNSYLVANIA<br>LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address   Case Number: 08-35653<br>THE UNITED TELEPHONE              Docketed Total: $1,312.52<br>COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>$1,312.52 | Case Number: 08-35653<br>Modified Total: $1,312.52<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                                         $1,312.52 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14756<br>Date Filed: 12/07/2009<br>Docketed Total: $6,091.04<br>Filing Creditor Name and Address:<br>UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address        Case Number: 08-35653<br><br>UNITED TELEPHONE SOUTHEAST LLC         Docketed Total: $6,091.04<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,091.04 | Case Number: 08-35653<br><br>Modified Total: $6,091.04<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,091.04 |
|  | **Total Claims To Be Modified: 13**<br>**Total Amount As Docketed:** $81,895.48<br>**Total Amount As Modified:** $81,895.48 | |

\*   "UNL" denotes an unliquidated claim.