Gregg M. Galardi, Esq.          Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.         Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                            :    Chapter 11
                                  :
CIRCUIT CITY STORES, INC.,        :    Case No. 08-35653 (KRH)
et al.,                           :
                                  :
            Debtors.      :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS UNDER THE BENEFIT RESTORATION PLAN)**

Upon the Debtors' Seventy-Fifth Omnibus Objection to

Claims (Reclassification of Certain Claims Under the Benefit

Restoration Plan) (the "Objection")[1], seeking, among other

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

things, that, for those reasons set forth in the Objection,

the Claims specifically identified on Exhibit C attached to

the Objection be reclassified in their entirety to general

unsecured non-priority claims; and it appearing that notice

and service of the Objection was proper and sufficient and

that no other further notice or service of the Objection

need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested in the Objection is in the best interest of the

Debtors, their estates and creditors and other parties in

interest; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.   The Objection is SUSTAINED.

2.   The Claims identified on <u>Exhibit A</u>, as

attached hereto and incorporated herein, are hereby

reclassified in their entirety to general, unsecured, non-

priority claims for all purposes in these bankruptcy cases.

3.   The Debtors' rights to object to any claim,

including (without limitation) the Claims included in the

Objection, on any grounds that applicable law permits are

not waived and are expressly reserved.

2

4.    The Debtors shall serve a copy of this Order

on the Claimants included on the exhibit to this Order on or

before seven (7) days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear

and determine all matters arising from or relating to this

Order.

Dated: Richmond, Virginia

_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                          __/s/ Douglas M. Foley____
                          Douglas M. Foley


4

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 4499<br>Date Filed:   01/23/2009<br>Docketed Total:      $346,607.00<br>Filing Creditor Name and Address:<br>  CECIL, DAVID W<br>  2700 E BRIGSTOCK RD<br>  MIDLOTHIAN, VA 23113-3901 | Claim Holder Name and Address<br><br>  CECIL, DAVID W<br>  2700 E BRIGSTOCK RD<br>  MIDLOTHIAN, VA 23113-3901 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$346,607.00** | | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$346,607.00** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$346,607.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$346,607.00 |
| Claim: 5703<br>Date Filed:   01/27/2009<br>Docketed Total:      $1,796,704.00<br>Filing Creditor Name and Address:<br>  DENNEY, WILLIAM C<br>  2904 NORTHLAKE DR<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  DENNEY, WILLIAM C<br>  2904 NORTHLAKE DR<br>  RICHMOND, VA 23233 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$1,796,704.00** | | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$1,796,704.00** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,796,704.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,796,704.00 |
| Claim: 1761<br>Date Filed:   12/18/2008<br>Docketed Total:      $0.00<br>Filing Creditor Name and Address:<br>  DOUGLAS, PETER A<br>  5792 FAIRWOOD TRACE NW<br>  ACWORTH, GA 30101 | Claim Holder Name and Address<br><br>  DOUGLAS, PETER A<br>  5792 FAIRWOOD TRACE NW<br>  ACWORTH, GA 30101 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**UNL** | | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$0.00** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$0.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$0.00 |
| Claim: 4495<br>Date Filed:   01/23/2009<br>Docketed Total:      $1,281,794.00<br>Filing Creditor Name and Address:<br>  LAWSON JERRY L<br>  3021 NORTH LAKE DRIVE<br>  RICHMOND, VA 23233 | Claim Holder Name and Address<br><br>  LAWSON, JERRY L<br>  3021 NORTH LAKE DRIVE<br>  RICHMOND, VA 23233 | Case Number:<br><br>Docketed Total: | 08-35653<br><br>**$1,281,794.00** | | | | | Case Number:<br><br>Modified Total: | 08-35653<br><br>**$1,281,794.00** | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,281,794.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,281,794.00 |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 7857    Filed 06/18/10    Entered 06/18/10 14:38:10    Debtors' Desc-Main Omnibus Objection to Claims

Case No. 08-35653 (KRH)                                    Document        Page 6 of 6                    (Reclassification Of Certain Claims Under The Benefit

Restoration Plan)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8312<br>Date Filed:  01/23/2009<br>Docketed Total:  $904,789.00<br>Filing Creditor Name and Address:<br>LUCAS RICHARD B<br>139 SUMMER ST<br>NORWELL, MA 02061 | Claim Holder Name and Address    Case Number:  08-35653<br><br>LUCAS, RICHARD B    Docketed Total:  **$904,789.00**<br>12053 LAYTON DRIVE<br>GLEN ALLEN, VA 23059<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $904,789.00 | Case Number:  08-35653<br><br>Modified Total:  **$904,789.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $904,789.00 |
| Claim: 4498<br>Date Filed:  01/23/2009<br>Docketed Total:  $904,288.10<br>Filing Creditor Name and Address:<br>MIERENFELD GARY M<br>2724 STONEGATE COURT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address    Case Number:  08-35653<br><br>MIERENFELD, GARY M    Docketed Total:  **$904,288.10**<br>2724 STONEGATE COURT<br>MIDLOTHIAN, VA 23113<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $904,288.10 | Case Number:  08-35653<br><br>Modified Total:  **$904,288.10**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $904,288.10 |
| Claim: 2198<br>Date Filed:  01/05/2009<br>Docketed Total:  $1,074.44<br>Filing Creditor Name and Address:<br>PASINI, GEORGE R<br>415 LAMBIANCE DRIVE<br>BLDG 1 UNIT 405<br>LONGBOAT KEY, FL 34228 | Claim Holder Name and Address    Case Number:  08-35653<br><br>PASINI, GEORGE R    Docketed Total:  **$1,074.44**<br>415 LAMBIANCE DRIVE<br>BLDG 1 UNIT 405<br>LONGBOAT KEY, FL 34228<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $1,074.44 | Case Number:  08-35653<br><br>Modified Total:  **$1,074.44**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $1,074.44 |
| Claim: 6309<br>Date Filed:  01/27/2009<br>Docketed Total:  $1,723,951.00<br>Filing Creditor Name and Address:<br>PHILIP J DUNN<br>11465 BARRINGTON BRIDGE CT<br>RICHMOND, VA 23233 | Claim Holder Name and Address    Case Number:  08-35653<br><br>DUNN, PHILIP J    Docketed Total:  **$1,723,951.00**<br>11465 BARRINGTON BRIDGE CT<br>RICHMOND, VA 23233<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $1,723,951.00 | Case Number:  08-35653<br><br>Modified Total:  **$1,723,951.00**<br><br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>  $1,723,951.00 |
| | | **Total Claims To Be Modified: 8**<br>**Total Amount As Docketed:**        $6,959,207.54<br>**Total Amount As Modified:**        $6,959,207.54 |

\*    "UNL" denotes an unliquidated claim.