Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
              Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' SEVENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN MISCLASSIFIED ADMINISTRATIVE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance of Certain Misclassified Administrative Claims) (the "Objection"),[1] which requested, among other

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

things, that the Claims specifically identified on Exhibit C attached to the Objection be disallowed in their entirety for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1. The Objection is SUSTAINED.

2. The Claims identified on <u>Exhibit A</u>, as attached hereto and incorporated herein, are disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein is hereby adjourned to July 22, 2010 at 10:00 a.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

5. The Debtors shall serve a copy of this Order on the Claimants included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                ___/s/ Douglas M. Foley_____
                                Douglas M. Foley

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance Of Certain Misclassified Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BANGOR DAILY NEWS DBA BANGOR PUBLISHING COMPANY 491 MAIN ST PO BOX 1329 BANGOR, ME 04402-1329 | 14836 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $11,467.41 $11,467.41 | 03/09/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARD QUEST INC ATTN GINA CURTIS PO BOX 1915 ELFERS, FL 34680 | 14864 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $128.04 $128.04 | 03/15/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF FRANKLIN TAX COLLECTOR YOST ROBERTSON NOWAK PLLC SPECIAL COUNSEL CITY OF FRANKLIN PO BOX 681346 FRANKLIN, TN 37068-1346 | 13641 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $214.50 $214.50 | 06/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF LAKE CHARLES KAREN D HARRELL 326 PUJO ST PO BOX 3706 LAKE CHARLES, LA 70602-3706 | 13268 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $6,102.80 $6,102.80 | 06/04/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JEREMY M BERNHEISEL 175 FLORENCE DR HARRISBURG, PA 17112 | 13263 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $202.99 $202.99 | 06/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Sixth Omnibus Objection to Claims (Disallowance Of Certain Misclassified Administrative Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| MATTHEW JOHN BOYLAN<br>6111 WILIAM ST<br>OMAHA, NE 68106 | 13275 | Secured:<br>Priority:<br>Administrative     $650.79<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:     $650.79 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

|  | Total: | 6 | $18,766.53 |  |

* "UNL" denotes an unliquidated claim.

Page 2 of 2

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Sixth Omnibus Objection to Claims
(Disallowance Of Certain Misclassified Administrative
Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CITY OF AVONDALE ARIZONA<br>SEAN P OBRIEN<br>GUST ROSENFELD P L C<br>201 E WASHINGTON ST STE 800<br>PHOENIX, AZ 85004-2327 | 14496 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $7,097.62<br><br><br><br>$7,097.62 | 07/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>MARISOL RAMOS<br>PHILADELPHIA DIST OFFICE<br>801 MARKET ST STE 1300<br>PHILADELPHIA, PA 19106-2515 | 14453 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br><br><br>$200,000.00 | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| YU LIANG LEI<br>ATTN MARK J DECICCO ESQ<br>SACKSTEIN SACKSTEIN & LEE LLP<br>1140 FRANKLIN AVE STE 210<br>GARDEN CITY, NY 11530 | 13307 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,000,000.00<br><br><br><br>$2,000,000.00 | 06/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 3    $2,207,097.62

\*    "UNL" denotes an unliquidated claim.