Gregg M. Galardi, Esq.                Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.               Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER SUSTAINING DEBTORS' SEVENTY-SEVENTH
OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN NO LIABILITY CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Seventy-Seventh Omnibus Objection to Claims

(Disallowance of Certain No Liability Claims) (the

"Objection"),[1] which requested, among other things, that the

_____

[1] Capitalized terms not otherwise defined herein shall have the meanings
   ascribed to such terms in the Objection.

Claims specifically identified on Exhibit C attached to the Objection be disallowed in their entirety for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

4.    The Debtors shall serve a copy of this Order

2

on the claimants included on the exhibit to this Order on or

before seven (7) days from the entry of this Order.

5.   This Court shall retain jurisdiction to hear

and determine all matters arising from or relating to this

Order.

Dated: Richmond, Virginia

_____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

       - and -

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                    /s/ Douglas M. Foley_____
                                    Douglas M. Foley

In re: Circuit City Stores, Inc, et al.

Debtors' Seventy-Seventh Omnibus Objection to Claims
(Disallowance Of Certain No Liability Claims) - Ordered

Case No. 08-35653-KRH

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ANGEL FIGUEROA<br>2093 JESSA DR<br>KISSIMMEE, FL 34743 | 14993 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $300.00<br><br><br><br>$300.00 | 04/01/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| DERYK WHATLEY<br>166 W 4600 N<br>PROVO, UT 84604 | 14908 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $275.00<br><br><br><br>$275.00 | 03/29/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| GREYSTONE DATA SYSTEMS INC<br>BEN DAVIDSON EVP BUS DEV<br>40800 ENCYCLOPEDIA CIR<br>FREMONT, CA 94538 | 14319 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br><br><br>UNL | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KNOXVILLE UTILITIES BOARD<br>PO BOX 59017<br>KNOXVILLE, TN 37950-9017 | 14872 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $4,249.24<br><br><br><br>$4,249.24 | 03/24/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEW YORK STATE DEPARTMENT<br>OF TRANSPORTATION<br>REVENUE UNIT POD 52<br>50 WOLF RD<br>ALBANY, NY 12232 | 14890 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,261.62<br><br><br><br>$1,261.62 | 03/25/2010 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Seventh Omnibus Objection to Claims
(Disallowance Of Certain No Liability Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ORIX CAPITAL MARKETS LLC C O LAWRENCE A KATZ KRISTEN E BURGERS 8010 TOWERS CRESCENT DR STE 300 VIENNA, VA 22182-2707 | 14953 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $76,703.99 $76,703.99 | 03/31/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| RYAN INC FKA RYAN & COMPANY INC ATTN BRUCE W AKERLY ESQ BELL NUNNALLY & MARTIN LLP 1400 ONE MCKINNEY PLZ 3232 MCKINNEY AVE DALLAS, TX 75204-2429 | 14326 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $245,196.48 $245,196.48 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SAINCIA LAZARRE 16602 SPICEBERRY CT APT E HAGERSTOWN, MD 21740-2029 | 14906 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $30,000.00 $30,000.00 | 03/30/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMSON WEST JONATHAN L HAUSER & JOHN C LYNCH TROUTMAN SANDERS LLP 222 CENTRAL PARK AVE STE 2000 VIRGINIA BEACH, VA 23462 | 14712 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,804.98 $13,804.98 | 10/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

| | Total: | 9 | $371,791.31 | | |

\*    "UNL" denotes an unliquidated claim.