| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM, LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' AMENDED SEVENTY-FIRST OMNIBUS
OBJECTION TO CERTAIN MISCLASSIFIED NON-GOODS CLAIMS**

THIS MATTER having come before the Court on the Debtors' Amended Seventy-First Omnibus Objection to Certain Misclassified Non-Goods Claims (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reclassified as general unsecured non-priority claims for

those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.   The Objection is SUSTAINED.

    2.   The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified as general unsecured non-priority claims.

    3.   The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to any claim, including the Claims (filed or not) that have been or may be asserted against the Debtors, and to seek reduction of any claim to the extent such claim has been paid, are preserved.

4.   The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

5.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia

_____Jun 17 2010_____, 2010

_____/s/ Kevin R. Huennekens_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: June 18 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 N. Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -



/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-First Omnibus Objection to Claims  
503(B)(9) Non-Goods To Modify

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14764<br>Date Filed: 12/07/2009<br>Docketed Total: $7,138.81<br>Filing Creditor Name and Address:<br>CAROLINA TELEPHONE AND<br>TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>CAROLINA TELEPHONE AND<br>TELEGRAPH COMPANY LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $7,138.81<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,138.81 | Case Number: 08-35653<br>Modified Total: $7,138.81<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,138.81 |
| Claim: 14759<br>Date Filed: 12/07/2009<br>Docketed Total: $1,829.75<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE<br>COMPANY NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY<br>NEVADA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $1,829.75<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,829.75 | Case Number: 08-35653<br>Modified Total: $1,829.75<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,829.75 |
| Claim: 14755<br>Date Filed: 12/07/2009<br>Docketed Total: $889.82<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE<br>COMPANY NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY<br>NORTH CAROLINA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $889.82<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$889.82 | Case Number: 08-35653<br>Modified Total: $889.82<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$889.82 |
| Claim: 14758<br>Date Filed: 12/07/2009<br>Docketed Total: $1,137.16<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE<br>COMPANY OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY<br>OF TEXAS<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $1,137.16<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,137.16 | Case Number: 08-35653<br>Modified Total: $1,137.16<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,137.16 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-First Omnibus Objection to Claims  
503(B)(9) Non-Goods To Modify

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14762<br>Date Filed: 12/07/2009<br>Docketed Total: $142.59<br>Filing Creditor Name and Address:<br>CENTRAL TELEPHONE<br>COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>CENTRAL TELEPHONE COMPANY OF VIRGINIA<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $142.59<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$142.59 | Case Number: 08-35653<br>Modified Total: $142.59<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$142.59 |
| Claim: 14775<br>Date Filed: 12/18/2009<br>Docketed Total: $6,415.00<br>Filing Creditor Name and Address:<br>E ENTERTAINMENT TV<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address<br>E ENTERTAINMENT TV<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036<br><br>Case Number: 08-35653<br>Docketed Total: $6,415.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$6,415.00 | Case Number: 08-35653<br>Modified Total: $6,415.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$6,415.00 |
| Claim: 14761<br>Date Filed: 12/07/2009<br>Docketed Total: $14,286.30<br>Filing Creditor Name and Address:<br>EMBARQ FLORIDA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>EMBARQ FLORIDA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $14,286.30<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,286.30 | Case Number: 08-35653<br>Modified Total: $14,286.30<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$14,286.30 |
| Claim: 14757<br>Date Filed: 12/07/2009<br>Docketed Total: $873.39<br>Filing Creditor Name and Address:<br>EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address<br>EMBARQ MINNESOTA INC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $873.39<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$873.39 | Case Number: 08-35653<br>Modified Total: $873.39<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$873.39 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-First Omnibus Objection to Claims  
503(B)(9) Non-Goods To Modify

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14776<br>Date Filed: 12/18/2009<br>Docketed Total: $17,166.60<br>Filing Creditor Name and Address:<br>G4 MEDIA<br>5750 WILSHIRE BLVD 4TH FL<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address<br>G4 MEDIA<br>5750 WILSHIRE BLVD 4TH FL<br>LOS ANGELES, CA 90036<br><br>Case Number: 08-35653<br>Docketed Total: $17,166.60<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$17,166.60 | Case Number: 08-35653<br>Modified Total: $17,166.60<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                           $17,166.60 |
| Claim: 14777<br>Date Filed: 12/18/2009<br>Docketed Total: $7,012.50<br>Filing Creditor Name and Address:<br>G4 MEDIA INC<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036 | Claim Holder Name and Address<br>G4 MEDIA INC<br>5750 WILSHIRE BLVD<br>LOS ANGELES, CA 90036<br><br>Case Number: 08-35653<br>Docketed Total: $7,012.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$7,012.50 | Case Number: 08-35653<br>Modified Total: $7,012.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                           $7,012.50 |
| Claim: 14327<br>Date Filed: 07/01/2009<br>Docketed Total: $17,600.00<br>Filing Creditor Name and Address:<br>MICHAEL S PAYNE<br>3306 CLAYS MILL RD STE 104<br>LEXINGTON, KY 40504 | Claim Holder Name and Address<br>MICHAEL S PAYNE<br>3306 CLAYS MILL RD STE 104<br>LEXINGTON, KY 40504<br><br>Case Number: 08-35653<br>Docketed Total: $17,600.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$17,600.00 | Case Number: 08-35653<br>Modified Total: $17,600.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                           $17,600.00 |
| Claim: 14763<br>Date Filed: 12/07/2009<br>Docketed Total: $1,312.52<br>Filing Creditor Name and Address:<br>THE UNITED TELEPHONE<br>COMPANY OF PENNSYLVANIA<br>LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS<br>66207-0971 | Claim Holder Name and Address<br>THE UNITED TELEPHONE<br>COMPANY OF PENNSYLVANIA LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971<br><br>Case Number: 08-35653<br>Docketed Total: $1,312.52<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$1,312.52 | Case Number: 08-35653<br>Modified Total: $1,312.52<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                           $1,312.52 |

\*    "UNL" denotes an unliquidated claim.

| In re Circuit City Stores, Inc, et al. | | Debtors' Seventy-First Omnibus Objection to Claims |
|---|---|---|
| Case No. 08-35653 (KRH) | | 503(B)(9) Non-Goods To Modify |

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14756<br>Date Filed: 12/07/2009<br>Docketed Total: $6,091.04<br>Filing Creditor Name and Address:<br>UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971 | Claim Holder Name and Address  Case Number: 08-35653<br>UNITED TELEPHONE SOUTHEAST LLC<br>PO BOX 7971<br>SHAWNEE MISSION, KS 66207-0971  Docketed Total: $6,091.04<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>$6,091.04 | Case Number: 08-35653<br>Modified Total: $6,091.04<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                   $6,091.04 |

**Total Claims To Be Modified: 13**

**Total Amount As Docketed:** $81,895.48

**Total Amount As Modified:** $81,895.48

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs           Page 1 of 1              Date Rcvd: Jun 18, 2010
Case: 08-35653                Form ID: pdforder       Total Noticed: 1
```

The following entities were noticed by first class mail on Jun 20, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**                         **Signature:** _Joseph Speetjens_