Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

    - and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION  

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER SUSTAINING DEBTORS' SEVENTY-THIRD OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION TO UNSECURED CLAIMS OF CERTAIN CLAIMS FILED AS 503(B)(9) CLAIMS FOR GOODS RECEIVED BY THE DEBTORS NOT WITHIN TWENTY DAYS OF THE COMMENCEMENT OF THE CASES)**

THIS MATTER having come before the Court on the Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification to Unsecured Claims of Certain Claims Filed as 503(b)(9) Claims for Goods Received by the Debtors

Not within Twenty Days of the Commencement of the Cases) (the "Objection"), which requested, among other things, that the claims specifically identified on Exhibit B attached to the Objection be reclassified as general unsecured non-priority claims for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

    1.    The Objection is SUSTAINED.

    2.    The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reclassified as general unsecured non-priority claims as set forth on <u>Exhibit A</u>.

    3.    The Debtors' rights to amend, modify, or supplement the Objection, to file additional objections to

the Claims (filed or not) that have been or may be asserted against the Debtors, and to seek reduction of any Claim to the extent such Claim has been paid, are preserved.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5.  The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia

_____Jun 17 2010_____, 2010

    /s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: June 18 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                          __/s/ Douglas M. Foley____
                          Douglas M. Foley
```

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 63<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: $562.74 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 63<br>Invoice Total: $562.74<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/18/2008 / 09/25/2008 / 10889780 / $562.74<br><br>Invoice Total: $562.74 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: $562.74 |
| Claim: 64<br>Date Filed: 11/24/2008<br>Docketed Total: $498.26<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $498.26<br>Unsecured:<br>Docketed Total: $498.26 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 64<br>Invoice Total: $498.26<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>08/14/2008 / 08/21/2008 / 10846700 / $498.26<br><br>Invoice Total: $498.26 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $498.26<br>Modified Total: $498.26 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 65<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: **$562.74** | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 65<br>Invoice Total: **$562.74**<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/19/2008   09/29/2008   10891130   $562.74<br>Invoice Total: **$562.74** | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: **$562.74** |
| Claim: 66<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: **$562.74** | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 66<br>Invoice Total: **$562.74**<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/25/2008   10/02/2008   10898450   $562.74<br>Invoice Total: **$562.74** | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: **$562.74** |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 69<br>Date Filed: 11/24/2008<br>Docketed Total: $557.76<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $557.76<br>Unsecured:<br>Docketed Total: $557.76 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 69<br>Invoice Total: $557.76<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>10/14/2008   10/20/2008   10921530   $557.76<br>Invoice Total: $557.76 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $557.76<br>Modified Total: $557.76 |
| Claim: 70<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: $562.74 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 70<br>Invoice Total: $562.74<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/18/2008   09/25/2008   10889880   $562.74<br>Invoice Total: $562.74 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: $562.74 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 71<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: **$562.74** | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 71<br>Invoice Total: **$562.74**<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/22/2008   09/29/2008   10893530   $562.74<br>Invoice Total: **$562.74** | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: **$562.74** |
| Claim: 73<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: **$562.74** | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 73<br>Invoice Total: **$562.74**<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/22/2008   09/29/2008   10893500   $562.74<br>Invoice Total: **$562.74** | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: **$562.74** |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | CLAIM AS MODIFIED |
|---|---|---|---|
| Claim: 74<br>Date Filed: 11/24/2008<br>Docketed Total: $557.76<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $557.76<br>Unsecured:<br>Docketed Total: $557.76 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 74<br>Invoice Total: $557.76<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/22/2008   09/26/2008   10893510   $557.76<br>Invoice Total: $557.76 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $557.76<br>Modified Total: $557.76 |
| Claim: 75<br>Date Filed: 11/24/2008<br>Docketed Total: $562.74<br>Filing Creditor Name and Address:<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925 | Claim Holder Name and Address<br>INTERSTATE DISTRIBUTION CENTER<br>3962 LANDMARK STREET<br>P O BOX 1925<br>CULVER CITY, CA 90232-1925<br><br>Case Number: 08-35653<br>503(b)(9): $562.74<br>Unsecured:<br>Docketed Total: $562.74 | Invoice Detail<br>Filing Creditor Name: INTERSTATE DISTRIBUTION CENTER<br>Claim: 75<br>Invoice Total: $562.74<br><br>INVOICE DATE / RECEIPT DATE / INVOICE NUMBER / INVOICE AMOUNT<br>09/25/2008   10/02/2008   10898320   $562.74<br>Invoice Total: $562.74 | Case Number: 08-35653<br>503(b)(9): $0.00<br>Unsecured: $562.74<br>Modified Total: $562.74 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| Claim: 1229<br>Date Filed: 12/18/2008<br>Docketed Total: $7,823.57<br>Filing Creditor Name and Address:<br>MCM ELECTRONICS<br>405 S PIONEER BLVD<br>SPRINGBORO, OH 45066-3002 | Claim Holder Name and Address<br><br>MCM ELECTRONICS<br>405 S PIONEER BLVD<br>SPRINGBORO, OH 45066-3002<br><br>Case Number:    08-35653<br>503(b)(9):    $7,823.57<br>Unsecured:<br>Docketed Total:    $7,823.57 | Invoice Detail<br>Filing Creditor Name:    MCM ELECTRONICS<br>Claim:    1229<br>Invoice Total:    $497.39 | | | | Case Number:    08-35653<br>503(b)(9):    $7,326.18<br>Unsecured:    $497.39<br>Modified Total:    $7,823.57 |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | |
| | | 10/13/2008 | 10/15/2008 | 472169 | $72.95 | |
| | | 10/13/2008 | 10/15/2008 | 473565 | $2.66 | |
| | | 10/13/2008 | 10/16/2008 | 473585 | $164.39 | |
| | | 10/14/2008 | 10/16/2008 | 473990 | $7.99 | |
| | | 10/14/2008 | 10/16/2008 | 474039 | $46.58 | |
| | | 10/15/2008 | 10/17/2008 | 476321 | $41.90 | |
| | | 10/15/2008 | 10/16/2008 | 476694 | $10.74 | |
| | | 10/15/2008 | 10/20/2008 | 477431 | $53.26 | |
| | | 10/16/2008 | 10/20/2008 | 478841 | $96.04 | |
| | | 10/16/2008 | 10/03/2008 | 478845 | $0.88 | |
| | | Invoice Total: | | | $497.39 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

Debtors' Seventy-Third Omnibus Objection to Claims (Reclassification To Unsecured Claims Of Certain Claims Filed As 503(B)(9) Claims For Goods Received By The Debtors Not Within Twenty Days Of The Commencement Of The Cases)

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | GOODS OUTSIDE STATUTORY 20 DAY PERIOD | | | | CLAIM AS MODIFIED |
|---|---|---|---|---|---|---|
| Claim: 1262<br>Date Filed: 12/18/2008<br>Docketed Total:  $10,365.66<br>Filing Creditor Name and Address:<br>MCM ELECTRONICS<br>405 S PIONEER BLVD<br>SPRINGBORO, OH 45066-3002 | Claim Holder Name and Address<br><br>MCM ELECTRONICS<br>405 S PIONEER BLVD<br>SPRINGBORO, OH 45066-3002<br><br>Case Number:  08-35657<br>503(b)(9):  $10,365.66<br>Unsecured:<br>Docketed Total:  $10,365.66 | Invoice Detail<br>Filing Creditor Name:  MCM ELECTRONICS<br>Claim:  1262<br>Invoice Total:  $3,669.02 | | | | Case Number:  08-35657<br>503(b)(9):  $6,696.64<br>Unsecured:  $3,669.02<br>Modified Total:  $10,365.66 |
| | | INVOICE DATE | RECEIPT DATE | INVOICE NUMBER | INVOICE AMOUNT | |
| | | 10/13/2008 | 10/16/2008 | 471982 | $190.00 | |
| | | 10/13/2008 | 10/15/2008 | 472181 | $1,519.09 | |
| | | 10/13/2008 | 10/15/2008 | 473732 | $18.00 | |
| | | 10/14/2008 | 10/16/2008 | 473859 | $450.00 | |
| | | 10/14/2008 | 10/16/2008 | 474294 | $56.65 | |
| | | 10/14/2008 | 10/16/2008 | 474367 | $18.00 | |
| | | 10/14/2008 | 10/17/2008 | 474554 | $14.96 | |
| | | 10/14/2008 | 10/16/2008 | 474603 | $36.00 | |
| | | 10/14/2008 | 10/17/2008 | 474639 | $113.85 | |
| | | 10/14/2008 | 10/17/2008 | 474965 | $36.00 | |
| | | 10/14/2008 | 10/15/2008 | 474983 | $18.00 | |
| | | 10/14/2008 | 10/16/2008 | 475038 | $18.00 | |
| | | 10/14/2008 | 10/17/2008 | 475043 | $281.00 | |
| | | 10/14/2008 | 10/17/2008 | 475048 | $184.00 | |
| | | 10/14/2008 | 10/17/2008 | 475051 | $57.75 | |
| | | 10/14/2008 | 10/17/2008 | 475053 | $163.25 | |
| | | 10/14/2008 | 10/16/2008 | 475295 | $48.59 | |
| | | 10/14/2008 | 10/16/2008 | 475330 | $57.75 | |
| | | 10/14/2008 | 10/16/2008 | 475331 | $57.75 | |
| | | 10/14/2008 | 10/16/2008 | 475337 | $122.50 | |
| | | 10/14/2008 | 10/16/2008 | 475427 | $20.32 | |
| | | 10/15/2008 | | 475907 | $122.99 | |
| | | 10/16/2008 | 10/20/2008 | 478308 | $3.95 | |
| | | 10/16/2008 | 10/20/2008 | 478781 | $48.59 | |
| | | 10/16/2008 | 10/20/2008 | 479147 | $12.03 | |
| | | | | Invoice Total: | $3,669.02 | |
| | | | | | | **Total Claims To Be Modified: 12**<br>**Total Amount As Docketed:**  $23,742.19<br>**Total Amount As Modified:**  $23,742.19 |

\*   "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Jun 18, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jun 20, 2010.
aty           +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 20, 2010**                                     **Signature:** _Joseph Speetjens_