```
Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

```
- - - - - - - - - - - - - - - -x
In re:                          :    Chapter 11
                                :
CIRCUIT CITY STORES, INC.,      :    Case No. 08-35653 (KRH)
et al.,                         :
                                :
         Debtors.               :    Jointly Administered
- - - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' SEVENTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN ALLEGED ADMINISTRATIVE EXPENSES ON ACCOUNT OF EMPLOYEE OBLIGATIONS)**

Upon the Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification of Certain Alleged Administrative Expenses on Account of Employee Obligations)

(the "Objection"),[1] seeking, among other things, that, for those reasons set forth in the Objection, the Claims specifically identified on Exhibit C attached to the Objection be reclassified to general unsecured claims; and it appearing that notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties in interest; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED ADJUDGED AND DECREED that:**

1. The Objection is SUSTAINED.

2. The claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein, are reclassified in their entirety to general unsecured claims for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on <u>Exhibit B</u> as attached hereto and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

2

incorporated herein is hereby adjourned to July 22, 2010 at 10:00 a.m. (Eastern) or until such later time as agreed by the parties.

4. The Debtors' rights to object to any claim, including (without limitation) the claims included in the Objection, on any grounds that applicable law permits are not waived and are expressly reserved.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
    \_\_\_Jun 17 2010_____, 2010

/s/ Kevin R. Huennekens
_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: June 18 2010

3

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

```
                         __/s/ Douglas M. Foley____
                         Douglas M. Foley
```

4

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification Of Certain Claims Under The Benefit Restoration Plan) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13668<br>Date Filed: 05/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ABDEL K NDIAYE<br>18404 BROKEN TIMBER WAY<br>BOYDS, MD 20841 | Claim Holder Name and Address<br>ABDEL K NDIAYE<br>18404 BROKEN TIMBER WAY<br>BOYDS, MD 20841<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin $0.00  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $0.00 |
| Claim: 14375<br>Date Filed: 06/29/2009<br>Docketed Total: $493.68<br>Filing Creditor Name and Address:<br>ALSOBROOKS, JAMES PATRICK<br>9465 HURON RAPIDS DR<br>WHITMORE LAKE, MI 48189 | Claim Holder Name and Address<br>ALSOBROOKS, JAMES PATRICK<br>9465 HURON RAPIDS DR<br>WHITMORE LAKE, MI 48189<br><br>Case Number: 08-35653<br>Docketed Total: $493.68<br><br>503(b)(9)  Reclamation  Admin $493.68  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $493.68<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $493.68 |
| Claim: 13823<br>Date Filed: 06/29/2009<br>Docketed Total: $22,195.87<br>Filing Creditor Name and Address:<br>CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043 | Claim Holder Name and Address<br>CALABREE, LEONARD<br>176 WILLIAM FEATHER DR<br>VOORHEES, NJ 08043<br><br>Case Number: 08-35653<br>Docketed Total: $22,195.87<br><br>503(b)(9)  Reclamation  Admin $22,195.87  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $22,195.87<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $22,195.87 |
| Claim: 13858<br>Date Filed: 06/29/2009<br>Docketed Total: $132,822.50<br>Filing Creditor Name and Address:<br>CATHERINE M GILMOUR<br>10801 SNOWMASS CT<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br>CATHERINE M GILMOUR<br>10801 SNOWMASS CT<br>GLEN ALLEN, VA 23060<br><br>Case Number: 08-35653<br>Docketed Total: $132,822.50<br><br>503(b)(9)  Reclamation  Admin $132,822.50  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $132,822.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $132,822.50 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit
Restoration Plan) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14436<br>Date Filed: 07/01/2009<br>Docketed Total: $117,147.50<br>Filing Creditor Name and Address:<br>  CHAD KUBICA<br>  24126 MATTHEW PL<br>  SANTA CLARITA, CA 91321-4690 | Claim Holder Name and Address        Case Number:  08-35653<br>CHAD KUBICA                           Docketed Total:   $117,147.50<br>24126 MATTHEW PL<br>SANTA CLARITA, CA 91321-4690<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $117,147.50 | Case Number:  08-35653<br>Modified Total:   $117,147.50<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $117,147.50 |
| Claim: 14404<br>Date Filed: 07/01/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>  DANIEL M POOLE<br>  200 E HOLLY OAK RD<br>  WILMINGTON, DE 19809 | Claim Holder Name and Address        Case Number:  08-35653<br>DANIEL M POOLE                        Docketed Total:   $15,000.00<br>200 E HOLLY OAK RD<br>WILMINGTON, DE 19809<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $15,000.00 | Case Number:  08-35653<br>Modified Total:   $15,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $15,000.00 |
| Claim: 13270<br>Date Filed: 06/04/2009<br>Docketed Total: $220.00<br>Filing Creditor Name and Address:<br>  DONALD QUINTANA<br>  1076 DORSET AVE<br>  POMONA, CA 91766 | Claim Holder Name and Address        Case Number:  08-35653<br>DONALD QUINTANA                       Docketed Total:   $220.00<br>1076 DORSET AVE<br>POMONA, CA 91766<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $220.00 | Case Number:  08-35653<br>Modified Total:   $220.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $220.00 |
| Claim: 13486<br>Date Filed: 06/24/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>  ELIZABETH R WARREN<br>  1824 HANOVER AVE<br>  RICHMOND, VA 23220 | Claim Holder Name and Address        Case Number:  08-35653<br>ELIZABETH R WARREN                    Docketed Total:   UNL<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $0.00 | Case Number:  08-35653<br>Modified Total:   $0.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $0.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

EXHIBIT A

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit
Restoration Plan) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13529<br>Date Filed: 06/19/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>ELIZABETH R WARREN<br>1824 HANOVER AVE<br>RICHMOND, VA 23220 | Claim Holder Name and Address    Case Number: 08-35653<br>ELIZABETH R WARREN    Docketed Total: UNL<br>1824 HANOVER AVE<br>RICHMOND, VA 23220<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                 $0.00 |
| Claim: 14968<br>Date Filed: 03/30/2010<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>JANE B ADAMS<br>14843 CANE FIELD DR<br>CHARLOTTE, NC 28273 | Claim Holder Name and Address    Case Number: 08-35653<br>JANE B ADAMS    Docketed Total: $15,000.00<br>14843 CANE FIELD DR<br>CHARLOTTE, NC 28273<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                 $15,000.00 |
| Claim: 14969<br>Date Filed: 03/30/2010<br>Docketed Total: $87.39<br>Filing Creditor Name and Address:<br>JARRETT WARFIELD<br>2750 HOLLY HALL NO 1801<br>HOUSTON, TX 77054 | Claim Holder Name and Address    Case Number: 08-35653<br>JARRETT WARFIELD    Docketed Total: $87.39<br>2750 HOLLY HALL NO 1801<br>HOUSTON, TX 77054<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $87.39 | Case Number: 08-35653<br>Modified Total: $87.39<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                 $87.39 |
| Claim: 14970<br>Date Filed: 03/30/2010<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>JASON HORST<br>4861 LAGO DR NO 203<br>HUNTINGTON BEACH, CA 92649 | Claim Holder Name and Address    Case Number: 08-35653<br>JASON HORST    Docketed Total: $15,000.00<br>4861 LAGO DR NO 203<br>HUNTINGTON BEACH, CA 92649<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                 $15,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit Restoration Plan) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14655<br>Date Filed: 09/14/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>JESSE LEHMAN<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828 | Claim Holder Name and Address  Case Number: 08-35653<br>JESSE LEHMAN  Docketed Total: UNL<br>12 CONNELLY AVE<br>BUDD LAKE, NJ 07828<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                         $0.00 |
| Claim: 14174<br>Date Filed: 06/30/2009<br>Docketed Total: $141,897.50<br>Filing Creditor Name and Address:<br>KAREN L CRAIG<br>4409 PLAYER RD<br>CORONA, CA 92883 | Claim Holder Name and Address  Case Number: 08-35653<br>KAREN L CRAIG  Docketed Total: $141,897.50<br>4409 PLAYER RD<br>CORONA, CA 92883<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $141,897.50 | Case Number: 08-35653<br>Modified Total: $141,897.50<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                         $141,897.50 |
| Claim: 14155<br>Date Filed: 06/30/2009<br>Docketed Total: $79,999.00<br>Filing Creditor Name and Address:<br>KOPINSKI, AARON<br>1870 WICKER WOODS DR<br>MAIDENS, VA 23102 | Claim Holder Name and Address  Case Number: 08-35653<br>KOPINSKI, AARON  Docketed Total: $79,999.00<br>1870 WICKER WOODS DR<br>MAIDENS, VA 23102<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $79,999.00 | Case Number: 08-35653<br>Modified Total: $79,999.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                         $79,999.00 |
| Claim: 14008<br>Date Filed: 06/29/2009<br>Docketed Total: $270,000.00<br>Filing Creditor Name and Address:<br>LAMBERT GAFFNEY, LAURIE<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230 | Claim Holder Name and Address  Case Number: 08-35653<br>LAMBERT GAFFNEY, LAURIE  Docketed Total: $270,000.00<br>2201 LIBBIE AVE STE 200<br>RICHMOND, VA 23230<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $270,000.00 | Case Number: 08-35653<br>Modified Total: $270,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                         $270,000.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit
Restoration Plan) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13804<br>Date Filed: 06/26/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LINDA H CASTLE<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059 | Claim Holder Name and Address    Case Number: 08-35653<br>LINDA H CASTLE                        Docketed Total: UNL<br>5601 HUNTERS GLEN DR<br>GLEN ALLEN, VA 23059<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                $0.00 |
| Claim: 14407<br>Date Filed: 07/01/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>MARK CUSTODIO<br>15 POPULAR ST<br>PORT JEFFERSON STATION, NY 11776 | Claim Holder Name and Address    Case Number: 08-35653<br>MARK CUSTODIO                        Docketed Total: $15,000.00<br>15 POPULAR ST<br>PORT JEFFERSON STATION, NY 11776<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                $15,000.00 |
| Claim: 13761<br>Date Filed: 06/19/2009<br>Docketed Total: $4,565.00<br>Filing Creditor Name and Address:<br>MELANIE FINCH<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303 | Claim Holder Name and Address    Case Number: 08-35653<br>MELANIE FINCH                        Docketed Total: $4,565.00<br>22056 GILMORE ST<br>WOODLAND HILLS, CA 91303<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                $4,565.00 | Case Number: 08-35653<br>Modified Total: $4,565.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                $4,565.00 |
| Claim: 14844<br>Date Filed: 03/08/2010<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>MIKE DOHRMANN<br>34945 N KARAN SWISS CIR<br>SAN TAN VALLEY, AZ 85143 | Claim Holder Name and Address    Case Number: 08-35653<br>MIKE DOHRMANN                        Docketed Total: $15,000.00<br>34945 N KARAN SWISS CIR<br>SAN TAN VALLEY, AZ 85143<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                $15,000.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification Of Certain Claims Under The Benefit Restoration Plan) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13843<br>Date Filed: 06/29/2009<br>Docketed Total: $2,240.00<br>Filing Creditor Name and Address:<br>OLIVIA GELLER<br>5750 W CENTINELA AVE NO 424<br>LOS ANGELES, CA 90045 | Claim Holder Name and Address<br>OLIVIA GELLER<br>5750 W CENTINELA AVE NO 424<br>LOS ANGELES, CA 90045<br><br>Case Number: 08-35653<br>Docketed Total: $2,240.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $2,240.00 | Case Number: 08-35653<br>Modified Total: $2,240.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $2,240.00 |
| Claim: 13509<br>Date Filed: 06/25/2009<br>Docketed Total: $40,000.00<br>Filing Creditor Name and Address:<br>PETER GRESENS<br>14306 POST MILL DR<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>PETER GRESENS<br>14306 POST MILL DR<br>MIDLOTHIAN, VA 23113<br><br>Case Number: 08-35653<br>Docketed Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin $40,000.00  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $40,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $40,000.00 |
| Claim: 13988<br>Date Filed: 06/29/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226 | Claim Holder Name and Address<br>RAMSEY, DANIEL W<br>7405 THREE CHOPT RD<br>RICHMOND, VA 23226<br><br>Case Number: 08-35653<br>Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin $0.00  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $0.00 |
| Claim: 13958<br>Date Filed: 06/30/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>RICHARDSON, SUSAN<br>4720 SADLER GREEN PL<br>GLEN ALLEN, VA 23060 | Claim Holder Name and Address<br>RICHARDSON, SUSAN<br>4720 SADLER GREEN PL<br>GLEN ALLEN, VA 23060<br><br>Case Number: 08-35653<br>Docketed Total: $20,000.00<br><br>503(b)(9)  Reclamation  Admin $20,000.00  Secured  Priority  Unsecured | Case Number: 08-35653<br>Modified Total: $20,000.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured $20,000.00 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit
Restoration Plan) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13909<br>Date Filed: 06/30/2009<br>Docketed Total: $35,046.88<br>Filing Creditor Name and Address:<br>RIDGEWAY, GAIL CARLON<br>9505 PINE SHADOW DR<br>RICHMOND, VA 23238 | Claim Holder Name and Address<br>RIDGEWAY, GAIL CARLON<br>9505 PINE SHADOW DR<br>RICHMOND, VA 23238<br><br>Case Number: 08-35653<br>Docketed Total: $35,046.88<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $35,046.88 | Case Number: 08-35653<br>Modified Total: $35,046.88<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $35,046.88 |
| Claim: 14329<br>Date Filed: 07/01/2009<br>Docketed Total: $135,710.00<br>Filing Creditor Name and Address:<br>SEVERN M DEMOTT<br>7702 SUNDERLAND RD<br>RICHMOND, VA 23229 | Claim Holder Name and Address<br>SEVERN M DEMOTT<br>7702 SUNDERLAND RD<br>RICHMOND, VA 23229<br><br>Case Number: 08-35653<br>Docketed Total: $135,710.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $135,710.00 | Case Number: 08-35653<br>Modified Total: $135,710.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $135,710.00 |
| Claim: 14031<br>Date Filed: 06/29/2009<br>Docketed Total: $142,128.50<br>Filing Creditor Name and Address:<br>STEVE SAUNDERS<br>2931 ROYAL VIRGINIA CT<br>LOUISA, VA 23093 | Claim Holder Name and Address<br>STEVE SAUNDERS<br>2931 ROYAL VIRGINIA CT<br>LOUISA, VA 23093<br><br>Case Number: 08-35653<br>Docketed Total: $142,128.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $142,128.50 | Case Number: 08-35653<br>Modified Total: $142,128.50<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $142,128.50 |
| Claim: 13499<br>Date Filed: 06/25/2009<br>Docketed Total: $127.00<br>Filing Creditor Name and Address:<br>SULER KRISTY MARIE<br>208 JUNIPER DR<br>N AURORA, IL 60542 | Claim Holder Name and Address<br>SULER KRISTY MARIE<br>208 JUNIPER DR<br>N AURORA, IL 60542<br><br>Case Number: 08-35653<br>Docketed Total: $127.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                 $127.00 | Case Number: 08-35653<br>Modified Total: $127.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                  $127.00 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Seventy-Fourth Omnibus Objection to Claims (Reclassification Of Certain Claims Under The Benefit Restoration Plan) - Modified

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14108<br>Date Filed: 06/30/2009<br>Docketed Total: $15,000.00<br>Filing Creditor Name and Address:<br>TAMMY C GOODE<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 828-446-8572 | Claim Holder Name and Address     Case Number: 08-35653<br>TAMMY C GOODE     Docketed Total: $15,000.00<br>4537 MOCKINGBIRD LN<br>MAIDEN, NC 828-446-8572<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $15,000.00 | Case Number: 08-35653<br>Modified Total: $15,000.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                  $15,000.00 |
| Claim: 14333<br>Date Filed: 07/01/2009<br>Docketed Total: $87.39<br>Filing Creditor Name and Address:<br>WAIRFIELD, JARRETT<br>2750 HOLLY HALL<br>1801<br>HOUSTON, TX 77054-0000 | Claim Holder Name and Address     Case Number: 08-35653<br>WAIRFIELD, JARRETT     Docketed Total: $87.39<br>2750 HOLLY HALL<br>1801<br>HOUSTON, TX 77054-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $87.39 | Case Number: 08-35653<br>Modified Total: $87.39<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                  $87.39 |
| Claim: 13665<br>Date Filed: 06/26/2009<br>Docketed Total: $146,200.00<br>Filing Creditor Name and Address:<br>WILLIAM P CIMINO<br>15 ALBEMARLE AVE<br>RICHMOND, VA 23226 | Claim Holder Name and Address     Case Number: 08-35653<br>WILLIAM P CIMINO     Docketed Total: $146,200.00<br>15 ALBEMARLE AVE<br>RICHMOND, VA 23226<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                              $146,200.00 | Case Number: 08-35653<br>Modified Total: $146,200.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                  $146,200.00 |
|  |  | **Total Claims To Be Modified: 31**<br>**Total Amount As Docketed:** $1,380,968.21<br>**Total Amount As Modified:** $1,380,968.21 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

**EXHIBIT B**

Debtors' Seventy-Fourth Omnibus Objection to Claims
(Reclassification Of Certain Alleged Administrative
Expenses On Account Of Employee Obligations) - Adjourned

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13339<br>Date Filed: 06/11/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>KENNETH R DUDA<br>12713 FOREST MILL DR<br>MIDLOTHIAN, VA 23112-7023 | Claim Holder Name and Address    Case Number: 08-35653<br>KENNETH R DUDA<br>12713 FOREST MILL DR    Docketed Total: $20,000.00<br>MIDLOTHIAN, VA 23112-7023<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $20,000.00 | Case Number: 08-35653<br><br>Modified Total: $20,000.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                  $20,000.00 |
| Claim: 13402<br>Date Filed: 06/11/2009<br>Docketed Total: $20,000.00<br>Filing Creditor Name and Address:<br>KENNETH R DUDA<br>12713 FOREST MILL DR<br>MIDLOTHIAN, VA 23112-7023 | Claim Holder Name and Address    Case Number: 08-35653<br>KENNETH R DUDA<br>12713 FOREST MILL DR    Docketed Total: $20,000.00<br>MIDLOTHIAN, VA 23112-7023<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $20,000.00 | Case Number: 08-35653<br><br>Modified Total: $20,000.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                  $20,000.00 |
| Claim: 14338<br>Date Filed: 06/30/2009<br>Docketed Total: $64,375.00<br>Filing Creditor Name and Address:<br>PATRICIA C GIORDANO<br>760 DURHAM RD<br>PINEVILLE, PA 18946 | Claim Holder Name and Address    Case Number: 08-35653<br>PATRICIA C GIORDANO<br>760 DURHAM RD    Docketed Total: $64,375.00<br>PINEVILLE, PA 18946<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $64,375.00 | Case Number: 08-35653<br><br>Modified Total: $64,375.00<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                  $64,375.00 |
| Claim: 14097<br>Date Filed: 06/30/2009<br>Docketed Total: $61,444.92<br>Filing Creditor Name and Address:<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY<br>LITTLETON, CO 80124 | Claim Holder Name and Address    Case Number: 08-35654<br>THUMANN, ANNE L<br>7086 LIONSHEAD PKWY    Docketed Total: $61,444.92<br>LITTLETON, CO 80124<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                 $61,444.92 | Case Number: 08-35654<br><br>Modified Total: $61,444.92<br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                                                                  $61,444.92 |
|  |  | **Total Claims To Be Modified: 4**<br>**Total Amount As Docketed:** $165,819.92<br>**Total Amount As Modified:** $165,819.92 |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                  Date Rcvd: Jun 18, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jun 20, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**                     **Signature:**    _Joseph Speetjens_