Gregg M. Galardi, Esq.                    Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                   Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

              - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x


**ORDER SUSTAINING DEBTORS' SEVENTY-FIFTH OMNIBUS OBJECTION TO
CLAIMS (RECLASSIFICATION OF CERTAIN CLAIMS UNDER THE BENEFIT
RESTORATION PLAN)**

Upon the Debtors' Seventy-Fifth Omnibus Objection to

Claims (Reclassification of Certain Claims Under the Benefit

Restoration Plan) (the "Objection")[1], seeking, among other

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings
      ascribed to such terms in the Objection.

things, that, for those reasons set forth in the Objection,

the Claims specifically identified on Exhibit C attached to

the Objection be reclassified in their entirety to general

unsecured non-priority claims; and it appearing that notice

and service of the Objection was proper and sufficient and

that no other further notice or service of the Objection

need be given; and it further appearing that no response was

timely filed or properly served by the Claimants being

affected by this Order; and it appearing that the relief

requested in the Objection is in the best interest of the

Debtors, their estates and creditors and other parties in

interest; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A, as

attached hereto and incorporated herein, are hereby

reclassified in their entirety to general, unsecured, non-

priority claims for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim,

including (without limitation) the Claims included in the

Objection, on any grounds that applicable law permits are

not waived and are expressly reserved.

4.    The Debtors shall serve a copy of this Order

on the Claimants included on the exhibit to this Order on or

before seven (7) days from the entry of this Order.

5.    This Court shall retain jurisdiction to hear

and determine all matters arising from or relating to this

Order.

Dated: Richmond, Virginia

_____Jun 17 2010_____, 2010

/s/ Kevin R. Huennekens
_____
HONORABLE  KEVIN  R.  HUENNEKENS
UNITED  STATES  BANKRUPTCY  JUDGE

Entered on docket:  June 18 2010

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley____
                        Douglas M. Foley

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Seventy-Fifth Omnibus Objection to Claims (Reclassification Of Certain Claims Under The Benefit Restoration Plan)

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4499<br>Date Filed: 01/23/2009<br>Docketed Total: $346,607.00<br>Filing Creditor Name and Address:<br>CECIL, DAVID W<br>2700 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113-3901 | Claim Holder Name and Address   Case Number: 08-35653<br>CECIL, DAVID W<br>2700 E BRIGSTOCK RD<br>MIDLOTHIAN, VA 23113-3901  Docketed Total: $346,607.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $346,607.00 | Case Number: 08-35653<br>Modified Total: $346,607.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $346,607.00 |
| Claim: 5703<br>Date Filed: 01/27/2009<br>Docketed Total: $1,796,704.00<br>Filing Creditor Name and Address:<br>DENNEY, WILLIAM C<br>2904 NORTHLAKE DR<br>RICHMOND, VA 23233 | Claim Holder Name and Address   Case Number: 08-35653<br>DENNEY, WILLIAM C<br>2904 NORTHLAKE DR<br>RICHMOND, VA 23233  Docketed Total: $1,796,704.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $1,796,704.00 | Case Number: 08-35653<br>Modified Total: $1,796,704.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $1,796,704.00 |
| Claim: 1761<br>Date Filed: 12/18/2008<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>DOUGLAS, PETER A<br>5792 FAIRWOOD TRACE NW<br>ACWORTH, GA 30101 | Claim Holder Name and Address   Case Number: 08-35653<br>DOUGLAS, PETER A<br>5792 FAIRWOOD TRACE NW<br>ACWORTH, GA 30101  Docketed Total: UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $0.00 | Case Number: 08-35653<br>Modified Total: $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $0.00 |
| Claim: 4495<br>Date Filed: 01/23/2009<br>Docketed Total: $1,281,794.00<br>Filing Creditor Name and Address:<br>LAWSON JERRY L<br>3021 NORTH LAKE DRIVE<br>RICHMOND, VA 23233 | Claim Holder Name and Address   Case Number: 08-35653<br>LAWSON, JERRY L<br>3021 NORTH LAKE DRIVE<br>RICHMOND, VA 23233  Docketed Total: $1,281,794.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $1,281,794.00 | Case Number: 08-35653<br>Modified Total: $1,281,794.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>           $1,281,794.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

EXHIBIT A

Debtors' Seventy-Fifth Omnibus Objection to Claims
(Reclassification Of Certain Claims Under The Benefit
Restoration Plan)

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 8312<br>Date Filed: 01/23/2009<br>Docketed Total: $904,789.00<br>Filing Creditor Name and Address:<br>LUCAS RICHARD B<br>139 SUMMER ST<br>NORWELL, MA 02061 | Claim Holder Name and Address<br>LUCAS, RICHARD B<br>12053 LAYTON DRIVE<br>GLEN ALLEN, VA 23059 | | Case Number: 08-35653<br>Docketed Total: $904,789.00 | | | | | | Case Number: 08-35653<br>Modified Total: $904,789.00 | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$904,789.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$904,789.00 |
| Claim: 4498<br>Date Filed: 01/23/2009<br>Docketed Total: $904,288.10<br>Filing Creditor Name and Address:<br>MIERENFELD GARY M<br>2724 STONEGATE COURT<br>MIDLOTHIAN, VA 23113 | Claim Holder Name and Address<br>MIERENFELD, GARY M<br>2724 STONEGATE COURT<br>MIDLOTHIAN, VA 23113 | | Case Number: 08-35653<br>Docketed Total: $904,288.10 | | | | | | Case Number: 08-35653<br>Modified Total: $904,288.10 | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$904,288.10 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$904,288.10 |
| Claim: 2198<br>Date Filed: 01/05/2009<br>Docketed Total: $1,074.44<br>Filing Creditor Name and Address:<br>PASINI, GEORGE R<br>415 LAMBIANCE DRIVE<br>BLDG 1 UNIT 405<br>LONGBOAT KEY, FL 34228 | Claim Holder Name and Address<br>PASINI, GEORGE R<br>415 LAMBIANCE DRIVE<br>BLDG 1 UNIT 405<br>LONGBOAT KEY, FL 34228 | | Case Number: 08-35653<br>Docketed Total: $1,074.44 | | | | | | Case Number: 08-35653<br>Modified Total: $1,074.44 | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,074.44 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,074.44 |
| Claim: 6309<br>Date Filed: 01/27/2009<br>Docketed Total: $1,723,951.00<br>Filing Creditor Name and Address:<br>PHILIP J DUNN<br>11465 BARRINGTON BRIDGE CT<br>RICHMOND, VA 23233 | Claim Holder Name and Address<br>DUNN, PHILIP J<br>11465 BARRINGTON BRIDGE CT<br>RICHMOND, VA 23233 | | Case Number: 08-35653<br>Docketed Total: $1,723,951.00 | | | | | | Case Number: 08-35653<br>Modified Total: $1,723,951.00 | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,723,951.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,723,951.00 |
| | | | | | | | **Total Claims To Be Modified: 8**<br>**Total Amount As Docketed:** $6,959,207.54<br>**Total Amount As Modified:** $6,959,207.54 | | | | | |

\*    "UNL" denotes an unliquidated claim.

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs          Page 1 of 1              Date Rcvd: Jun 18, 2010
Case: 08-35653             Form ID: pdforder       Total Noticed: 1


The following entities were noticed by first class mail on Jun 20, 2010.
aty         +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**          **Signature:** _Joseph Speetjens_