Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - -x
```

**ORDER ON DEBTORS' SEVENTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
(DISALLOWANCE OF CERTAIN LATE CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (the "Objection"),[1] which requested, among other things, that the Claims specifically identified on Exhibit C attached to the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

Objection be disallowed in their entirety and for all purposes in these bankruptcy cases for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED.

2. The Claims identified on Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

3. The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to July 22, 2010 at 10:00 a.m. (Eastern) or until such later time as agreed by the parties.

4. The Objection is withdrawn without prejudice as to the claim identified on Exhibit C as attached hereto and

incorporated herein; provided, further, that the Debtors' rights and abilities to object to the claim on <u>Exhibit C</u> on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

5. The Debtors' rights to object to any claim, including (without limitation) the Claims included in the Objection, on any grounds that the applicable law permits are not waived and are expressly reserved.

6. The Debtors shall serve a copy of this Order on the claimants included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia

    Jun 17 2010    , 2010

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket: June 18 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Seventy-Eighth Omnibus Objection to Claims  
(Disallowance Of Certain Late Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| AMCOR INC<br>C O UNIVERSITY MANAGEMENT ASSOCIATION<br>ATTN LYNN PATEREK<br>PO BOX 913<br>HACKETTSTOWN, NJ 07840 | 14874 | Secured:<br>Priority:<br>Administrative $3,708.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $3,708.00 | 03/22/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| ANGEL FIGUEROA<br>2093 JESSA DR<br>KISSIMMEE, FL 34743 | 14993 | Secured:<br>Priority:<br>Administrative $300.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $300.00 | 04/01/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| CITY OF GREENSBORO NORTH CAROLINA<br>PO BOX 3136<br>GREENSBORO, NC 27402-3136 | 14828 | Secured:<br>Priority:<br>Administrative $50.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $50.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| DERYK WHATLEY<br>166 W 4600 N<br>PROVO, UT 84604 | 14908 | Secured:<br>Priority:<br>Administrative $275.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $275.00 | 03/29/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| ISA<br>CHARLIE HULSMAN<br>7100 GRADE LN<br>LOUISVILLE, KY 40213 | 14822 | Secured:<br>Priority:<br>Administrative $18,596.49<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: $18,596.49 | 03/04/2010 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 7870    Filed 06/20/10    Entered 06/21/10 00:29:09    Desc
Imaged Certificate of Service    Page 6 of 9

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Seventy-Eighth Omnibus Objection to Claims  
(Disallowance Of Certain Late Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| KENTUCKY LABOR CABINET<br>OFFICE OF THE GENERAL COUNSEL<br>1047 US HWY 127 S STE 4<br>FRANKFORT, KY 40601 | 14837 | Secured:<br>Priority:<br>Administrative  $250.00<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $250.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| KEYSPAN GAS EAST CORP DBA NATIONAL GRID<br>SUZANNE BRIENZA ESQ<br>15 PARK DR<br>MELVILLE, NY 11747 | 14884 | Secured:<br>Priority:<br>Administrative  $9,990.70<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $9,990.70 | 03/22/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| LONG ISLAND LIGHTING COMPANY DBA LIPA<br>SUZANNE BRIENZA ESQ<br>15 PARK DR<br>MELVILLE, NY 11747 | 14885 | Secured:<br>Priority:<br>Administrative  $343.65<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $343.65 | 03/22/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| WILLIAM NASSIF<br>2603 N VAN DORN ST APT 11<br>ALEXANDRIA, VA 22302-1615 | 14887 | Secured:<br>Priority:<br>Administrative  $704.82<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total:  $704.82 | 03/25/2010 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:**     9         **$34,218.66**

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Eighth Omnibus Objection to Claims
(Disallowance Of Certain Late Claims) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KENNETH R PORTER<br>3608 CROSSWICKS CT<br>FORT WORTH, TX 76137 | 14843 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,984.68<br><br><br><br>$3,984.68 | 03/11/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| METRA ELECTRONICS CORP<br>460 WALKER ST<br>HOLLY HILL, FL 32117 | 14894 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $196,003.32<br><br><br><br>$196,003.32 | 03/26/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| US EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>MARISOL RAMOS<br>PHILADELPHIA DIST OFFICE<br>801 MARKET ST STE 1300<br>PHILADELPHIA, PA 19106-2515 | 14453 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br><br><br>$200,000.00 | 07/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    3    $399,988.00

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Seventy-Eighth Omnibus Objection to Claims
(Disallowance Of Certain Late Claims)- Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SBC GLOBAL SERVICES INC<br>C O LOWENSTEIN SANDLER PC<br>VINCENT A D AGOSTINO ESQ<br>65 LIVINGSTON AVE<br>ROSELAND, NJ 07068 | 14332 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $34,979.55<br><br><br><br>$34,979.55 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

    Total:    1    $34,979.55

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1              Date Rcvd: Jun 18, 2010
Case: 08-35653                  Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Jun 20, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**                        **Signature:** _Joseph Speetjens_