Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JUNE 24, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
June 24, 2010 beginning at 10:00 a.m. Eastern.

**I.   CONTINUED MATTERS**

1.   Motion of Towne Square Plaza to Allow the Filing of (1)
     Amended Proof of Claim and (2) Late Proof of Claim
     (Docket No. 3582)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 3583)

     b.   Notice of Filing of Affidavit in Support of Motion
          of Towne Square Plaza to Allow the Filing of (1)
          Amended Proof of Claim and (2) Late Proof of Claim
          (Docket No. 3782)

     Objection
     Deadline:        June 26, 2009 at 4:00 p.m., extended for
                      the Debtors until July 15, 2010

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter has been adjourned to July
                      22, 2010 at 10:00 a.m.

2.   Madcow International Group Limited's Memorandum of
     Points and Authorities in Support of Motion for Entry
     of an Order Granting Allowance and Compelling Payment
     of Administrative Expense Claim (Docket No. 5196)

     Related
     Documents:

     a.   Notice of Motion and Hearing for Motion for Entry
          of an Order Granting Allowance and Compelling
          Payment of Administrative Expense Claim, by Mad
          Cow International Group Limited (Docket No. 5197)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m., extended
                      for the Debtors until July 15, 2010

     Objections/

2

Responses
Filed:              None at the time of filing this agenda

Status:             This matter has been adjourned to July
                    22, 2010 at 10:00 a.m.

3.   Madcow International Group Limited's Motion for
     Allowance of Payment of 503(b)(9) Administrative
     Expense Claim (Docket No. 6039)

     Objection
     Deadline:       January 7, 2010 at 4:00 p.m., extended
                     for the Debtors until July 15, 2010 at
                     4:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

     Status:         This matter has been adjourned to July
                     22, 2010 at 10:00 a.m.

4.   Site A, LLC's Second Amended Motion to Allow Late
     Filing of Proof of Claim, or in the Alternative, Motion
     to File Late Proof of Claim as an Amendment to Informal
     Proof of Claim (Docket No. 7155)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5405)

     b.   Amended Motion to Allow Late Filing of Proof of
          Claim, by Site A, LLC (Docket Nos. 5310, 5404)

     c.   Notice of Motion and Hearing (Docket No. 7236)

     Objection
     Deadline:       October 27, 2009 at 5:00 p.m., extended
                     for the Debtors until July 15, 2010 at
                     5:00 p.m.

     Objections/
     Responses
     Filed:          None at the time of filing this agenda

3

Status:          This matter has been adjourned to July
                 22, 2010 at 10:00 a.m.

5.    Debtors' Objection to Claim of New York State
      Department of Taxation and Finance (Claim No. 12586)
      (Docket No. 7235)

      Objection
      Deadline:        May 13, 2010 at 4:00 p.m., extended for
                       New York State Department of Tax and
                       Finance until July 5, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been resolved in
                       principle, subject to completion of
                       settlement documentation.  This matter
                       is adjourned to July 12, 2010 at 2:00
                       p.m. pending completion of settlement
                       documentation.

**II.   OMNIBUS CLAIM OBJECTIONS**

6.    Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3309)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 3310)

      b.    Memorandum and Opinion (Docket No. 5040)

      c.    Order (Docket No. 5041)

      d.    Notice of Hearing on the Merits on Debtors' Fifth
            Omnibus Objection to Certain Misclassified Non-
            Goods 503(b)(9) Claims and Responses Filed by
            Schimenti Construction Company, Inc. and U.S.
            Signs (Docket No. 6835)

      e.    Supplemental Order on Debtors' Fifth Omnibus

Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 6851)

f.    Second Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 7355)

g.    Third Supplemental Order on Debtors' Fifth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 7456)

h.    Notice of Proposed Settlement Agreement and Stipulation by and Between the Debtors and Miner Fleet Management Group, Ltd. (Regarding Claim No. 1094) (Docket No. 7651)

i.    Notice of Proposed Settlement Agreement and Stipulation by and between the Debtors and US Signs, Inc. (Docket No. 7787)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially sustaining the objection.  A Notice of Proposed Settlement Agreement and Stipulation have been filed with respect to the claim of US Signs, Inc. (Docket No. 7787).  The status hearing will go forward solely with respect to Graphic Communications, Inc.  See attached Exhibit A.

7.    Debtors' Sixth Omnibus Objection to Certain Misclassified Non-Goods 503(b)(9) Claims (Docket No. 3311)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3312)

5

b.   Order Adjourning Debtors' Sixth Omnibus Objection
     to Certain Misclassified Non-Goods 503(b)(9)
     Claims (Docket No. 4011)

c.   Order on Debtors' Sixth Omnibus Objection to
     Certain Misclassified Non-Goods 503(b)(9) Claims
     (Docket No. 4012)

d.   Memorandum and Opinion (Docket No. 5040)

e.   Order (Docket No. 5041)

f.   Consent Order Resolving The Debtors' Sixth Omnibus
     Objection To Certain Misclassified Non-Goods
     503(B)(9) Claims As To Lexington County Claim
     Number 1165 (Docket No. 6540)

g.   Supplemental Order on Debtors' Sixth Omnibus
     Objection to Certain Misclassified Non-Goods
     503(b)(9) Claims (Docket No. 6663)

h.   Notice of Proposed Settlement and Stipulation by
     and among the Debtors and Performance Printing
     Corporation Resolving the Debtors' Sixth Omnibus
     Objection to Claim 1411 (Docket No. 7779)

Objection
Deadline:        June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           All claims in this matter have been
                 resolved in their entirety.

Status:          This matter has been resolved.  The
                 claim of Performance Printing
                 Corporation was resolved by Settlement
                 Agreement and Stipulation (Docket No.
                 7779).

8.  Debtors' Seventh Omnibus Objection to Certain Late
    Claims (Docket No. 3506)

    Related

Documents:

a.    Order on Debtors' Seventh Omnibus Objection to
      Certain Late Claims (Docket No. 4169)

b.    Supplemental Order on Debtors' Seventh Omnibus
      Objection to Certain Late Claims (Docket No. 6587)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.  For those claims for which the
                 objection is still pending, the status
                 hearing will go forward.  See attached
                 Exhibit A.

9.    Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.    Order on Debtors' Eighth Omnibus Objection to
            Certain Late Claims (Docket No. 4170)

      b.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6080)

      c.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6109)

      d.    Second Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket
            No. 6354)

      e.    Fourth Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket

No. 6588)

f.     Notice of Proposed Settlement Agreement and
       Stipulation by and among the Debtors and John P.
       Raleigh Resolving the Debtors' Eighth Omnibus
       Objection to Claim No. 11391 (Docket No. 7523)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.   A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.   For those claims for which the
                 objection is still pending, this matter
                 is adjourned to July 22, 2010 at 10:00
                 a.m.   See attached Exhibit A.

10.   Debtors' Ninth Omnibus Objection to Certain (i) Late
      Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

      Related
      Documents:

      a.    Amended Exhibit C to Debtors' Ninth Omnibus
            Objection to Certain (i) Late Claims (ii) Late
            503(b)(9) Claims (Docket No. 3512)

      b.    Order On Debtors' Ninth Omnibus Objection To
            Certain (I) Late Claims And (II) Late 503(B)(9)
            Claims (Docket No. 4171)

      c.    Supplemental Order on Debtors' Ninth Omnibus
            Objection to Certain (I) Late Claims and (II) Late
            503(b)(9) Claims (Docket No. 6131)

      d.    Second Supplemental Order on Debtors' Ninth
            Omnibus Objection to Certain (I) Late Claims and
            (II) Late 503(b)(9) Claims (Docket No. 6373)

e.   Third Supplemental Order on Debtors' Ninth Omnibus
     Objection to Certain (I) Late Claims and (II) Late
     503(b)(9) Claims (Docket No. 6593)

f.   Notice of Proposed Settlement Agreement and
     Stipulation Resolving the Debtors' Ninth Omnibus
     Objection to Claim No. 11571 and Regarding Claim
     No. 13129 (Docket No. 7629)

Objection
Deadline:         June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
                  sustaining the objection.  A
                  supplemental order has been entered
                  withdrawing the objection to certain
                  claims.  The claim of Sennheiser
                  Electronic Corp. was resolved by
                  Settlement Agreement and Stipulation
                  (Docket No. 7629).  The status hearing
                  will go forward with respect to C & A
                  Consulting, Belkin International, Inc.,
                  Adam Drake and Lyle Alonso Epps.  Other
                  than the foregoing, for the one claim
                  for which the objection is still
                  pending, this matter is adjourned to
                  July 22, 2010 at 10:00 a.m.  See
                  attached Exhibit A.

11.  Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.   Order on Debtors' Nineteenth Omnibus Objection to
          Claims (Reclassification of Certain Misclassified
          Claims to General Unsecured, Non-Priority Claims)
          (Docket No. 4449)

b.     Supplemental Order on Debtors' Nineteenth Omnibus
       Objection to Claims (Reclassification of Certain
       Misclassified Claims to General Unsecured, Non-
       Priority Claims) (Docket No. 4736)

c.     Supplemental Order on Debtors' Nineteenth Omnibus
       Objection to Claims (Reclassification of Certain
       Misclassified Claims to General Unsecured, Non-
       Priority Claims) (Docket No. 4758)

d.     Second Supplemental Order on Debtors' Nineteenth
       Omnibus Objection to Claims (Reclassification of
       Certain Misclassified Claims to General Unsecured,
       Non-Priority Claims) (Docket No. 6299)

e.     Debtors' Supplement to the Debtors' Nineteenth
       Omnibus Objection to Claims (Reclassification of
       Certain Misclassified Claims to General Unsecured,
       Non-Priority Claims) with Respect to the Class
       Claim of Robert Gentry (Docket No. 6642)

f.     Debtors' Supplement to the Debtors' Nineteenth
       Omnibus Objection to Claims (Reclassification of
       Certain Misclassified Claims to General Unsecured,
       Non-Priority Claims) with Respect to the Class
       Claim of Jack Hernandez (Docket No. 6661)

g.     Memorandum Opinion (Docket No. 6693)

h.     Order Granting Motion for Summary Judgment (Docket
       No. 6694)

i.     Third Supplemental Order on Debtors' Nineteenth
       Omnibus Objection to Claims (Reclassification of
       Certain Misclassified Claims to General Unsecured,
       Non-Priority Claims) (Docket No. 6868)

j.     Fourth Supplemental Order on Debtors' Nineteenth
       Omnibus Objection to Claims (Reclassification of
       Certain Misclassified Claims to General Unsecured,
       Non-Priority Claims) (Docket No. 7114)

Objection
Deadline:       July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                 See attached <u>Exhibit A</u>.

 Status:               An order has been entered partially
                       sustaining the objection.  For those
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       July 22, 2010 at 10:00 a.m.  See
                       attached <u>Exhibit A</u>.

12.    Debtors' Twentieth Omnibus Objection to Claims
       (Reclassification to Unsecured Claims of Certain Claims
       Filed as 503(b)(9) Claims for Goods Received by the
       Debtors Not Within Twenty Days of the Commencement of
       the Cases (Docket No. 3704)

       Related
       Documents:

       a.     Order on Debtors' Twentieth Omnibus Objection to
              Claims (Reclassified to Unsecured Claims of
              Certain Claims Filed As 503 (B) (9) Claims for
              Goods Received by the Debtors Not Within Twenty
              Days of the Commencement of the Case (Docket No.
              4576)

       b.     Supplemental Order on Debtors' Twentieth Omnibus
              Objection To Claims (Reclassified To Unsecured
              Claims Of Certain Claims Filed As 503 (B) (9)
              Claims For Goods Received By The Debtors Not
              Within Twenty Days Of The Commencement Of The Case
              (Docket No. 6560)

       c.     Second Supplemental Order on Debtors' Twentieth
              Omnibus Objection To Claims (Reclassified To
              Unsecured Claims Of Certain Claims Filed As 503
              (B) (9) Claims For Goods Received By The Debtors
              Not Within Twenty Days Of The Commencement Of The
              Case (Docket No. 6953)

       d.     Third Supplemental Order on Debtors' Twentieth
              Omnibus Objection To Claims (Reclassified To
              Unsecured Claims Of Certain Claims Filed As 503

        (B) (9) Claims For Goods Received By The Debtors
Not Within Twenty Days Of The Commencement Of The
Case (Docket No. 7354)

e.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, Averatec,
Inc./Trigem USA, Inc., and ASM Capital, L.P.
(Docket No. 7784)

f.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, Alliance
Entertainment LLC, now known as Source Interlink
Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

Objection
Deadline:      July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:      Orders have been entered partially
sustaining the objection.  A Notice of
Proposed Settlement Agreement and
Stipulation have been filed with respect
to the claim of Averatec, Inc./Trigem
USA, Inc (Docket No. 7784).  A Notice of
Proposed Settlement Agreement and
Stipulation have been filed with respect
to the claim of Alliance Entertainment
LLC (Docket No. 7825).  Other than the
foregoing, for the one claim for which
the objection is still pending, this
matter is adjourned to July 22, 2010 at
10:00 a.m.  See attached Exhibit A.

13.    Debtors' Twenty-Second Omnibus Objection to Claims
(Disallowance of Certain Claims Filed Against the Wrong
Debtor) (Docket No. 3710)

Related
Documents:

     a.    Order On Debtors' Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) (Docket No. 4577)

     b.    Supplemental Order On Debtors' Twenty-Second Omnibus Objection To Claims (Disallowance Of Certain Claims Filed Against The Wrong Debtor) (Docket No. 6369)

Objection
Deadline:       July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:       An order has been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to July 22, 2010 at 10:00 a.m.  See attached <u>Exhibit A</u>.

14.   Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 3711)

Related
Documents:

     a.    Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4465)

     b.    Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6295)

     c.    Corrected Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 6869)

     d.    Supplemental Order Resolving the Debtors' Fourth,

Twenty-Third, and Forty-Second Omnibus Objections
with Respect to Mitsubishi Digital Electronics
America, Inc. (Docket No. 6871)

e.   Second Supplemental Order on Debtors' Twenty-Third
Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims) (Docket No.
7319)

f.   Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, Alliance
Entertainment LLC, now known as Source Interlink
Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

Objection
Deadline:      July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         See attached Exhibit A.

Status:        An order has been entered partially
sustaining the objection.  A Notice of
Proposed Settlement Agreement and
Stipulation have been filed with respect
to the claim of Alliance Entertainment
LLC (Docket No. 7825).  Other than the
foregoing, for those claims for which
the objection is still pending, this
matter is adjourned to July 22, 2010 at
10:00 a.m.  See attached Exhibit A.

15.  Debtors' Twenty-Fourth Omnibus Objection to Claims
(Disallowance of Certain Real Estate Tax Claims on Real
Property in Which the Debtors Leased the Real Property)
(Docket No. 4017)

Related
Documents:

a.   Order on Debtors' Twenty-Fourth Omnibus Objection
to Claims (Disallowance of Certain Real Estate Tax
Claims on Real Property in Which the Debtors

Leased the Real Property) (Docket No. 4727)

b.   Supplemental Order on Debtors' Twenty-Fourth
     Omnibus Objection to Claims (Disallowance of
     Certain Real Estate Tax Claims on Real Property in
     Which the Debtors Leased the Real Property)
     (Docket No. 6867)

c.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and the
     County of Henrico, Virginia Resolving the Debtors'
     Nineteenth Omnibus Objection, Twenty-Fourth
     Omnibus Objection, and Thirty-Seventh Omnibus
     Objections to Multiple Claims (Docket No. 7591)

Objection
Deadline:        August 10, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           All claims in this matter have been
                 resolved in their entirety.

Status:          This matter has been resolved.  The
                 claim of the County of Henrico has been
                 resolved by Settlement Agreement and
                 Stipulation (Docket No. 7591).

16.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

     Related
     Documents:

     a.   Notice of Objection and Hearing (Docket No. 4584)

     b.   Order on Debtors' Thirtieth Omnibus Objection to
          Claims (Disallowance of Certain Claims for Wages
          and Compensation) (Docket No. 5191)

     c.   Supplemental Order on Debtors' Thirtieth Omnibus
          Objection to Claims (Disallowance of Certain
          Claims for Wages and Compensation) (Docket No.
          6460)

15

    d.     Second Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 6562)

    e.     Notice of Proposed Settlement Agreement and
Stipulation Resolving the Debtors' Thirtieth
Omnibus Objection to Claim 9451 (Docket No. 7156)

    f.     Third Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 7293)

    g.     Fourth Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 7667)

Objection
Deadline:       September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached Exhibit A.

Status:       Orders have been entered partially
sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
July 22, 2010 at 10:00 a.m.  See
attached Exhibit A.

17.   Debtors' Thirty-First Omnibus Objection to Claims
(Disallowance of Certain Legal Claims) (Docket No.
4585)

Related
Documents:

    a.     Order on Debtors' Thirty-First Omnibus Objection
to Claims (Disallowance of Certain Legal Claims)
(Docket No. 5294)

16

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            An Order has been entered partially
                   sustaining the objection.  The claim of
                   PNY Technologies will proceed in
                   accordance with the scheduling order in
                   Adversary Proceeding No. 10-03056.
                   Other than the foregoing, for those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   July 22, 2010 at 10:00 a.m.  See
                   attached <u>Exhibit A</u>.

18.   Debtors' Thirty-Third Omnibus Objection to Claims
      (Modification and/or Reclassification of Certain
      Claims) (Docket Nos. 4588, 4590)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
            to Claims (Modification and/or Reclassification of
            Certain Claims) (Docket No. 5192)

      b.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 9293 filed
            by Cyndi Ann Haines and Response Thereto (Docket
            No. 6551)

      c.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 7295 Filed
            by Amore Construction Company and Response Thereto
            (Docket No. 6553)

      d.    Supplemental Order on Debtors' Thirty-Third
            Omnibus Objection to Claims (Modification and/or
            Reclassification of Certain Claims) (Docket No.
            6852)

      e.    Second Supplemental Order on Debtors' Thirty-Third

Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

f.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

 Status:         An order has been entered partially sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  The claim of Bell'O International Corp. was resolved by a Settlement Agreement and Stipulation (Docket No. 7741).  Other than the foregoing, for those claims for which the objection is still pending, this matter is adjourned to July 22, 2010 at 10:00 a.m.  See attached Exhibit A.

19.  Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

Related
Documents:

a.    Order On Debtors' Thirty-Fourth Omnibus Objection To Claims (Modification Of Certain Duplicate 503(b)(9) Claims)(Docket No. 5385)

b.    Supplemental Order On Debtors' Thirty-Fourth Omnibus Objection To Claims (Modification Of Certain Duplicate 503(b)(9) Claims)(Docket No. 6502)

18

    c.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, Alliance
Entertainment LLC, now known as Source Interlink
Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached Exhibit A.

Status:        Orders have been entered partially
sustaining the objection.  A Notice of
Proposed Settlement Agreement and
Stipulation have been filed with respect
to the claim of Alliance Entertainment
LLC (Docket No. 7825).  Other than the
foregoing, for those claims for which
the objection is still pending, this
matter is adjourned to July 22, 2010 at
10:00 a.m.  See attached Exhibit A.

20.    Debtors' Thirty-Sixth Omnibus Objection to Claims
(Disallowance of Certain Claims Relating to Short Term
Incentive Plan) (Docket No. 4600)

Related
Documents:

    a.    Order on Debtors' Thirty-Sixth Omnibus Objection
to Claims (Disallowance of Certain Claims Relating
to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached Exhibit A.

Status:        An order has been entered partially

sustaining the objection.  For those
claims for which the objection is still
pending, this matter is adjourned to
July 22, 2010 at 10:00 a.m.  See
attached Exhibit A.

21.   Debtors' Forty-First Omnibus Objection to Claims
      (Disallowance of Certain No Liability Claims that were
      (I) Paid Prepetition or (II) Satisfied Postpetition)
      (Docket No. 4890)

      Related
      Documents:

      a.   Order on Debtors' Forty-First Omnibus Objection to
           Claims (Disallowance of Certain No Liability
           Claims that were (I) Paid Prepetition or (II)
           Satisfied Postpetition) (Docket No. 5781)

      b.   Notice of Proposed Settlement Agreement and
           Stipulation by and among the Debtors and Microsoft
           Corporation (Docket No. 7788)

      Objection
      Deadline:      October 7, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached Exhibit A.

      Status:        A Notice of Proposed Settlement
                     Agreement and Stipulation was filed with
                     respect to the claim of Microsoft
                     Corporation (Docket No. 7788). If no
                     objections are received by June 24,
                     2010, this matter will be resolved. See
                     attached Exhibit A.

22.   Debtors' Forty-Third Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 5016)

      Related
      Documents:

      a.   Order on Debtors' Forty-Third Omnibus Objection to

Claims (Disallowance of Certain Late Claims)
(Docket No. 5785)

b.    Supplemental Order on Debtors' Forty-Third Omnibus
      Objection to Claims (Disallowance of Certain Late
      Claims) (Docket No. 6595)

Objection
Deadline:          October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  The status
                   hearing will go forward with respect to
                   Tennessee Department of Treasury and
                   Rusty Santangelo.  See attached Exhibit
                   A.

23.  Debtors' Forty-Fourth Omnibus Objection to Claims
     (Disallowance of Certain Duplicative Claims) (Docket
     No. 5017)

     Related
     Documents:

     a.    Order on Debtors' Forty-Fourth Omnibus Objection
           to Claims (Disallowance of Certain Duplicative
           Claims) (Docket No. 5830)

     Objection
     Deadline:          October 27, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

      Status:           An order has been entered partially
                        sustaining the objection.  For the one
                        claim for which the objection is still
                        pending, this matter is adjourned to
                        July 22, 2010 at 10:00 a.m.  See
                        attached Exhibit A.

24.   Debtors' Forty-Eighth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5211)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
            Fiftieth Omnibus Objections (Docket No. 5964)

      c.    Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6125)

      d.    Second Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6484)

      e.    Third Supplemental Order on Debtors' Forty-Eighth
            Omnibus Objection to Certain Administrative
            Expenses and 503(b)(9) Claims and Motion for (I)
            Authority to Setoff Against Such Expenses and
            Claims and (II) a Waiver of the Requirement that
            the First Hearing on Any Response Proceed as a
            Status Conference (Docket No. 6596)

      f.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors, Thomson,
            Inc., and Monarch Master Funding Ltd. Resolving
            Debtors' Forty-Eighth Omnibus Objection to Certain
            Administrative Expenses and 503(b)(9) Claims and

Other Matters (Docket No. 7245)

g.     Notice of Proposed Settlement Agreement and
       Stipulation by and among the Debtors, Lenovo
       (United States), Inc., Monarch Master Funding Ltd,
       and United States Debt Recovery III, LP Resolving
       Debtors' Forty-Eighth Omnibus Objection to Certain
       Administrative Expenses and 503(b)(9) Claims and
       Other Matters (Docket No. 7522)

h.     Certificate of No Objection with Respect to the
       Settlement Agreement and Stipulation by and Among
       the Debtors, Lenovo (United States), Inc., Monarch
       Master Funding Ltd., and United States Debt
       Recovery III, LP Resolving Debtors' Forty-Eighth
       Omnibus Objection to Certain Administrative
       Expense and 503(b)(9) Claims and Other Matters
       (Docket No. 7645)

i.     Notice of Proposed Settlement Agreement and
       Stipulation by and Among the Debtors and Actiontec
       Electronics, Inc. (Docket No. 7714)

j.     Notice of Proposed Settlement Agreement and
       Stipulation by and among the Debtors, Averatec,
       Inc./Trigem USA, Inc., and ASM Capital, L.P.
       (Docket No. 7784)

k.     Notice of Proposed Settlement Agreement and
       Stipulation by and among the Debtors, VonWin
       Capital Management, LP, and Imagination
       Entertainment (Docket No. 7833)

Objection
Deadline:            November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               See attached Exhibit A.

Status:              This matter has been resolved.  The
                     claim of Actiontec Electronics, Inc. has
                     been resolved by Settlement Agreement
                     and Stipulation (Docket No. 7714).  A
                     Notice of Proposed Settlement Agreement

and Stipulation was filed with respect
to the claim of Averatec, Inc./Trigem
USA, Inc (Docket No. 7784).  A Notice of
Proposed Settlement Agreement and
Stipulation was filed with respect to
the claim of Imagination Entertainment
(Docket No. 7833).  See attached <u>Exhibit
A</u>.

25.  Debtors' Forty-Ninth Omnibus Objection to Certain
Administrative Expenses and 503(b)(9) Claims and Motion
for (I) Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that the
First Hearing on Any Response Proceed as a Status
Conference (Docket No. 5212)

Related
Documents:

a.   Memorandum Opinion (Docket No. 5963)

b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
     Fiftieth Omnibus Objections (Docket No. 5964)

c.   Supplemental Order on Debtors' Forty-Ninth Omnibus
     Objection to Certain Administrative Expenses and
     503(b)(9) Claims and Motion for (I) Authority to
     Setoff Against Such Expenses and Claims and (II) a
     Waiver of the Requirement that the First Hearing
     on Any Response Proceed as a Status Conference
     (Docket No. 6126)

d.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors, FCMA, LLC,
     and VonWin Capital Management, L.P. (Docket No.
     7702)

e.   Notice of Proposed Settlement Agreement and
     Stipulation by and among the Debtors, VonWin
     Capital Management, LP, and Imagination
     Entertainment (Docket No. 7833)

Objection
Deadline:      November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
                 sustaining the objection.  A Notice of
                 Proposed Settlement Agreement and
                 Stipulation was filed with respect to
                 the claim of VonWin Capital Management,
                 L.P (Docket No. 7833).  Other than the
                 foregoing, for those claims for which
                 the objection is still pending, this
                 matter is adjourned to July 22, 2010 at
                 10:00 a.m.  See attached <u>Exhibit A</u>.

26.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.    Memorandum Opinion (Docket No. 5963)

     b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
           Fiftieth Omnibus Objections (Docket No. 5964)

     c.    Supplemental Order on Debtors' Fiftieth Omnibus
           Objection to Certain Administrative Expenses and
           Motion for (I) Authority to Setoff Against Such
           Expenses and (II) a Waiver of the Requirement that
           the First Hearing on Any Response Proceed as a
           Status Conference (Docket No. 6127)

     d.    Second Supplemental Order on Debtors' Fiftieth
           Omnibus Objection to Certain Administrative
           Expenses and Motion for (I) Authority to Setoff
           Against Such Expenses and (II) a Waiver of the
           Requirement that the First Hearing on Any Response
           Proceed as a Status Conference (Docket No. 6664)

     e.    Third Supplemental Order On Debtors' Fiftieth
           Omnibus Objection To Certain Administrative

Expenses and Motion For (I) Authority To Setoff
Against Such Expenses and (II) A Waiver Of The
Requirement That The First Hearing On Any Response
Proceed As A Status Conference (Docket No. 3800)

f.    Notice of Proposed Settlement Agreement and
Stipulation by an Among the Debtors and Fujitsu
Ten Corp. of America (Docket No. 7643)

g.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, VonWin
Capital Management, LP, and Imagination
Entertainment (Docket No. 7833)

Objection
Deadline:         November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
sustaining the objection.  The claim of
Fujitsu Ten Corp. of America has been
resolved by settlement agreement (Docket
No. 7643).  A Notice of Proposed
Settlement Agreement and Stipulation was
filed with respect to the claim of
VonWin Capital Management, L.P. (Docket
No. 7833).  Other than the foregoing,
for those claims for which the objection
is still pending, this matter is
adjourned to July 22, 2010 at 10:00 a.m.
See attached Exhibit A.

27.  Debtors' Fifty-Fourth Omnibus Objection to Claims
(Disallowance of Certain Late Claims) (Docket No. 5318)

Related
Documents:

a.    Order on Debtors' Fifty-Fourth Omnibus Objection
to Claims (Disallowance of Certain Late Claims)
(Docket No. 6068)

b.    Supplemental Order on Debtors' Fifty-Fourth
Omnibus Objection to Claims (Disallowance of
Certain Late Claims) (Docket No. 6594)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
sustaining the objection.  A
supplemental order has been entered
withdrawing the objection to certain
claims.  The status hearing will go
forward with respect to Greg Nagy.  See
attached <u>Exhibit A</u>.

28.  Debtors' Sixtieth Omnibus Objection to Claims
(Disallowance of Certain (i) No Liability (Legal
Claims); (ii) No Liability (Miscellaneous Claims); and
(iii) No Liability (Subcontractor Claims)) (Docket No.
5879)

Related
Documents:

a.    Order on Debtors' Sixtieth Omnibus Objection to
Claims (Disallowance of Certain (i) No Liability
(Legal Claims); (ii) No Liability (Miscellaneous
Claims); and (iii) No Liability (Subcontractor
Claims))(Docket No. 6368)

b.    Supplemental Order on Debtors' Sixtieth Omnibus
Objection to Claims (Disallowance of Certain (i)
No Liability (Legal Claims); (ii) No Liability
(Miscellaneous Claims); and (iii) No Liability
(Subcontractor Claims))(Docket No. 6585)

Objection
Deadline:        December 14, 2009 at 4:00 p.m.

Objections/
Responses

27

Filed:              See attached Exhibit A.

Status:             Orders have been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    July 22, 2010 at 10:00 a.m.  See
                    attached Exhibit A.

29.  Debtors' Seventieth Omnibus Objection to Claims
     (Disallowance of Certain (I) No Liability (Legal
     Claims); (II) No Liability (Satisfied Claims); (III) No
     Liability (Human Resources Claims); and (IV) No
     Liability (Miscellaneous Claims)) (Docket No. 7013)

     Related
     Documents:

     a.   Order on Debtors' Seventieth Omnibus Objection to
          Claims (Disallowance of Certain (I) No Liability
          (Legal Claims); (II) No Liability (Satisfied
          Claims); (III) No Liability (Human Resources
          Claims); and (IV) No Liability (Miscellaneous
          Claims)) (Docket No. 7457)

     b.   Supplemental Order on Debtors' Seventieth Omnibus
          Objection to Claims (Disallowance of Certain (I)
          No Liability (Legal Claims); (II) No Liability
          (Satisfied Claims); (III) No Liability (Human
          Resources Claims); and (IV) No Liability
          (Miscellaneous Claims)) (Docket No. 7674)

     Objection
     Deadline:           April 22, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:              See attached Exhibit A.

     Status:             An order has been entered partially
                         sustaining the objection.  For those
                         claims for which the objection is still
                         pending, this matter is adjourned to
                         July 22, 2010 at 10:00 a.m.  See
                         attached Exhibit A.

## III. ADVERSARY PROCEEDINGS

30. First Amended Complaint for Declaratory, Injunctive,
and Other Relief (Docket No. 5) <u>(Ryan, Inc. f/k/a Ryan
Company, Inc. v. Circuit City Stores, Inc.</u>, Adversary
No. 10-3083 (KRH))

   Response
   Deadline:          June 17, 2010 at 4:00 p.m.

   Objections/
   Responses
   Filed:             Debtors' Motion to Dismiss Amended
                      Complaint Pursuant to Federal Rule of
                      Civil Procedure 12(b)(6) (Docket No. 12)

   Status:            This matter has been adjourned to July
                      12, 2010 at 2:00 p.m.

31. Debtors' Motion to Dismiss Amended Complaint Pursuant
to Federal Rule of Civil Procedure 12(b)(6) (Docket No.
12) <u>(Ryan, Inc. f/k/a Ryan  Company, Inc. v. Circuit
City Stores, Inc.</u>, Adversary No. 10-3083 (KRH))

   Related
   Documents:

   a.   Memorandum of Law In Support of the Motion to
        Dismiss Amended Complaint Pursuant to Federal Rule
        of Civil Procedure 12(b)(6) (Docket No. 13)

   b.   Notice of Motion and Hearing (Docket No. 14)

   Response
   Deadline:          June 21, 2010 at 4:00 p.m., extended
                      until June 30, 2010 at 4;00 p.m.

   Objections/
   Responses
   Filed:             None at the time of filing this agenda

   Status:            This matter has been adjourned to July
                      12, 2010 at 2:00 p.m.

32.   Motion to Dismiss Complaint Pursuant to Federal Rule of
      Civil Procedure 12(b)(6) (Docket No. 5) (<u>Schimenti
      Construction Company LLC v. Circuit City Stores, Inc.</u>,
      Adversary No. 10-3085 (KRH))

      Related
      Documents:        June 17, 2010 at 4:00 p.m.

      b.    Memorandum of Law in Support of Motion to Dismiss
            Complaint Pursuant to Federal Rule of Civil
            Procedure 12(b)(6) (Docket No. 6)

      Response
      Deadline:         June 17, 2010 at 4:00 p.m., extended for
                        Schimenti Construction Company, LLC
                        until July 2, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           This matter has been adjourned to July
                        12, 2010 at 2:00 p.m.

33.   Complaint (Docket No. 1) (<u>Circuit City Stores, Inc. v.
      Avenues in Leather, Inc.</u>, Adversary No. 10-3094 (KRH))

      Response
      Deadline:         June 10, 2010 at 4:00 p.m., extended for
                        Avenues in Leather, Inc. until July 9,
                        2010 until July 9, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:            None at the time of filing this agenda

      Status:           The pre-trial conference on this matter
                        has been adjourned to July 12, 2010 at
                        2:00 p.m.

34.   Circuit City Stores, Inc.'s Objection to Claim Nos. 778
      and 13210 and Complaint Against United States Debt
      Recovery LLC and Signature Home Furnishings Co. Inc.
      (Docket No. 1) (Circuit City Stores, Inc. v. United

State Debt Recovery LLC, Adversary No. 10-3055 (KRH)

Related
Documents:

a.     Entry of Default against Signature Home
       Furnishings Co. Inc. (Docket No. 12)

b.     Order Authorizing Debtors to File Exhibit under
       Seal (Docket No. 13)

c.     Notice of Proposed Settlement Agreement and
       Stipulation by and Among the Debtors and United
       States Debt Recovery LLC (Bankr. Docket No. 7402)

d.     Response of Signature Home Furnishings Co., Inc.
       to Motion for Entry of Judgment by Default and
       Request for Enlargement of Time Within Which to
       Respond to Complaint (Docket No. 16)

Response
Deadline:        April 23, 1010 at 4:00 p.m.

Objections/
Responses
Filed:

a.     Answer of the United State Debt Recovery LLC to
       Circuit City Stores, Inc.'s Objection to Claim Nos.
       778 and 13210 and Complaint against United States
       Debt Recovery LLC and Signature Home Furnishings
       Co. Inc. (Docket No. 9)

b.     Answer of Signature Home Furnishings Co Inc. to
       Circuit City Stores, Inc.'s Objection to Claim Nos.
       778 and 13210 and Complaint against United States
       Debt Recovery LLC and Signature Home Furnishings
       Co. Inc. (Docket No. 20)

Status:          This matter has been resolved solely
                 with respect to United State Debt
                 Recovery LLC.  The pre-trial conference
                 is adjourned until July 12, 2010 at 2:00
                 p.m. solely with respect to Signature
                 Home Furnishings Co. Inc.

**IV.   UNCONTESTED MATTERS**

35.   Debtors' Motion for Order Pursuant to Bankruptcy Code
      Section 554 Authorizing Abandonment of Certain Real
      Property (Docket No. 7732)

      Objection
      Deadline:          June 21, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter going forward.

36.   Debtors' Motion for Order Under Bankruptcy Code
      Sections 105, 363(b), and 503 Authorizing and Directing
      Payment of Administrative Claims Prior to Confirmation
      Any Plan of Liquidation Proposed in These Bankruptcy
      Cases (Docket No.  7738)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 7739)

      Objection
      Deadline:          June 21, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter going forward.

**V.   CONTESTED MATTERS**

37.   Motion For Order Removing The Cap On Fees Imposed By
      This Courts January 20, 2009 Agreed Order Authorizing
      The Employment Of Gowling Lafleur Henderson LLP As
      Canadian Counsel To The Official Committee Of Unsecured
      Creditors (Docket No. 7526)

      Related
      Documents:

a.    Notice of Motion and Hearing (Docket No. 7527)

Objection
Deadline:       June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Objection To Motion For Order Removing
      The Cap On Fees Imposed By This Court's January
      20, 2009 Retention Order Authorizing The
      Employment Of Gowling Lafleur Henderson LLP As
      Canadian Counsel To The Official Committee Of
      Unsecured Creditors (Docket No. 7677)

Status:         The parties are working to resolve this
                matter.  In the event the parties are
                unable to reach a consensual resolution,
                this matter is going forward.

38.   Application for Entry of an Order Authorizing and
      Approving the Employment of Arsene Taxand as Special
      French Tax Counsel to the Official Committee of
      Unsecured Creditors Nunc Pro Tunc to April 28, 2010
      (Docket No. 7624)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 7625)

      Objection
      Deadline:       June 4, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.    Debtors' Objection To Application For Entry Of An
            Order Authorizing And Approving The Employment Of
            Arsene Taxand As Special French Tax Counsel To The
            Official Committee Of Unsecured Creditors Nunc Pro
            Tunc To April 28, 2010 (Docket No. 7717)

Status:        The parties are working to resolve this
               matter.  In the event the parties are
               unable to reach a consensual resolution,
               this matter is going forward.

## VI.   CONFIRMATION MATTERS

39.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
      541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
      Notice, Hearing, and Sell-Down Procedures for Trading
      in Equity Securities and Claims Against the Debtors'
      Estates (Docket No. 20)

      Related
      Documents:

      a.     Interim Order Under 11 U.S.C. 105, 362 And 541 And
             Fed. R. Bankr. P. 3001 And 3002 Establishing
             Notice, Hearing, And Sell-Down Procedures For
             Trading In Equity Securities And Claims Against
             The Debtors Estates And Setting Hearing (Docket
             No. 135)

      Objection
      Deadline:      November 22, 2008 at 4:00 p.m.

      Objections/
      Responses
      Filed:

      a.     Informal Response of the Securities Exchange
             Commission

      b.     Informal Response of the Official Committee of
             Unsecured Creditors

      Status:        This matter is going forward as a status
                     conference only.

40.   First Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and Debtors in
      Possession and its Official Committee of Creditors
      Holding General Unsecured Claims (Docket No. 5124)

      Related
      Documents:

a.    Notice of (1) Approval of Disclosure Statement;
      (2) Hearing on Confirmation of Plan; (3) Deadline
      and Procedures for Filing Objections to
      Confirmation of Plan; (4) Treatment of Certain
      Unliquidated or Disputed Claims for Notice, Voting
      and Distribution Purposes; (5) Deadline and
      Procedures for Temporary Allowance of Certain
      Claims for Voting Purposes; (6) Record Date; (7)
      Voting Deadline for Receipt of Ballots; and (8)
      Proposed Release, Injunction and Exculpation in
      the Plan (Docket No. 5121)

b.    Notice of Filing Plan Exhibits (Docket No. 5548)

c.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 5799)

d.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6096)

e.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6317)

f.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6443)

g.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 6640)

h.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7003)

i.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7377)

j.    Notice of Continued Hearing on Confirmation of the
      Plan (Docket No. 7619)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Treasurer of Douglas County Colorado's Objections
      to Confirmation of the August 24, 2009 Joint Plan
      of Liquidation (Docket Nos. 5145, 5163, 5684)

b.    Texas Comptroller's Objection to Confirmation of
      First Amended Joint Plan of Reorganization (Docket
      Nos. 5168, 5221)

c.    Objections to the "Plan" for Claim 13082, by Bruce
      Senator (Docket No. 5331)

d.    Prince George's County, Maryland Objection to
      Debtor's First Amended Joint Plan of Liquidation
      (Docket Nos. 5526, 5589, 5637)

e.    Charles County, Maryland Objection to Debtors'
      First Amended Joint Plan of Liquidation (Docket
      Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department
      of Revenue Services to the Debtors' Joint First
      Amended Plan of Reorganization (Docket No. 5596,
      5708)

g.    The Florida Tax Collectors for the Counties of
      Palm Beach, Hernando, Highlands, Lee, Indian
      River, Bay, Okaloosa, Brevard, Polk, Manatee,
      Orange, Marion, Pinnellas and Osceola Counties
      Objection to Confirmation of First Amended Joint
      Plan of Reorganization (Docket No. 5603, 5624)

h.    Commonwealth of Virginia Department of Taxation's
      Objection to Confirmation (Docket No. 5609)

i.    Maricopa County Treasurer's Objection to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5627, 5728)

j.    Objection of Certain Texas Taxing Authorities to
      Confirmation of Circuit City Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and

Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.   Objection of Lewisville Independent School
     District to Confirmation of the First Amended
     Joint Plan of Liquidation of Circuit City Stores,
     Inc. and Its Affiliated Debtors and Debtors in
     Possession and Its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5644,
     5711)

l.   Objection of Nancy and Charles Booth to
     Confirmation of the First Amended Joint Plan of
     Liquidation of Circuit City Stores Inc. and Its
     Affiliated Debtors and Debtors in Possession and
     Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5645, 5701)

     Related
     Document:

          i.   Order Withdrawing Objection of Nancy and
               Charles Booth to Confirmation of the
               First Amended Joint Plan of Liquidation
               of Circuit City Stores Inc., et al.
               (Docket No. 7638)

m.   Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
     to Confirmation of the First Amended Joint Plan of
     Liquidation of Circuit City Stores Inc and Its
     Affiliated Debtors and Debtors in Possession and
     Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5647)

n.   Objection of LG Electronics USA, Inc. to
     Confirmation of Chapter 11 Plan of Liquidation
     (Docket No. 5652, 5730)

     Related
     Documents:

          i.   Debtors' Response to the Objection of LG
               Electronics USA, Inc. to Confirmation of

37

Chapter 11 Plan of Liquidation (Docket No. 7320)

ii. Order with Respect to the Objection of LG Electronics USA, Inc. to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 7600)

o. Objection by Eastman Kodak Company to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5655)

p. Objection by Commissioner of Massachusetts Department of Revenue to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5657, 5743)

q. Objection of Envision Peripherals, Inc. to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5659, 5732)

r. Objection to Confirmation of Chapter 11 Plan by United States Customs and Border Protection (Docket No. 5661)

s. Objection of the United States of America, Internal Revenue, to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5664, 5725)

t. Pima County's Objection To The First Amended Plan Of Liquidation Of Circuit City Stores, Inc. And Its Affiliated Debtors And Debtors In Possession And Its Official Committee Of Creditors Holding General Unsecured Claims (Docket No. 5665)

u.   Objection of Paramount Home Entertainment Inc. to
     First Amended Joint Plan of Liquidation of Circuit
     City Stores, Inc. and its Affiliated Debtors and
     Debtors in Possession and its Official Committee
     of Creditors Holding General Unsecured Claims
     (Docket No. 5667, 5737)

v.   Objection Of Monterey County, Placer County,
     Riverside County And San Bernardino County,
     California, Collectively The California Taxing
     Authorities To Confirmation Of Circuit City Stores
     And Its Affiliated Debtors Et Al In Its First
     Amended Joint Plan Of Liquidation (Docket No.
     5671, 5741)

w.   Travis County Texas Objection to Confirmation
     (Docket No. 5672)

x.   Limited Objection Of THQ, Inc. To First Amended
     Joint Plan Of Liquidation (Docket No. 5677)

y.   Objection of DeSoto County, Mississippi to the
     Debtors' Joint First Amended Plan of Liquidation
     (Docket No. 5679)

z.   Samsung America Electronics, Inc.'s Objection to
     Confirmation of the Debtors' First Amended Joint
     Plan of Liquidation (Docket No. 5681, 5826)

aa.  Limited Objection of Henrico County, Virginia to
     Debtors' First Amended Joint Plan of Liquidation
     (Docket Nos. 5682, 5838)

bb.  Joinder of Apex Digital, Inc. to Objections of LG
     Electronics USA, Inc. and Eastman Kodak Company to
     Confirmation of Debtors' Chapter 11 Plan of
     Liquidation (Docket No. 5683)

cc.  Florida Tax Collector for Miami-Dade County
     Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation (Docket Nos.
     5685, 5868)

dd.  Objection to Confirmation of the Debtors' First
     Amended Joint Plan of Liquidation, by Vincent E.

Rhynes (Docket No. 5686)

ee.   DIRECTV, Inc.'s Limited Objection to Confirmation
of the Debtors' Plan`(Docket No. 5689, 5789)

ff.   Joinder Of Olympus Corporation And Olympus Imaging
America Inc. In Objections Of LG Electronics USA
Inc., Eastman Kodak Company And Samsung America
Electronics, Inc. Objection To Confirmation Of The
Debtors' First Amended Joint Plan Of Liquidation
(Docket No. 5690)

gg.   Texas Ad Valoram Tax Claimants (Tax Appraisal
District of Bell County, County of Brazos, County
of Comal, County of Denton, Longview ISD, City of
Waco, Waco Independent School District, Midland
Central Appraisal District, Taylor Central
Appraisal District, County of Williamson)
Objection To Confirmation Of The Debtors' First
Amended Joint Plan Of Liquidation (Docket No.
5691)

hh.   Response and Objection of Bethesda Softworks LLC
to the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

ii.   Objection of Village of Mount Pleasant, Racine,
Wisconsin to Discharge (Docket No. 5702)

jj.   Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

kk.  Objection of Lee County, Mississippi Tax Collector
     to the Debtors' Joint First Amended Plan of
     Reorganization (Docket No. 5712)

ll.  Limited Objection Of Safeco Insurance Company Of
     America To Confirmation Of The First Amended Joint
     Plan (Docket No. 5714, 5946)

mm.  Joinder Of Mitsubishi Digital Electronics America,
     Inc. To Objections Of Samsung America Electronics,
     Inc., LG Electronics USA, Inc. And Eastman Kodak
     Company To Confirmation Of Debtors' First Amended
     Joint Plan Of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to
     Confirmation of the Debtors First Amended Joint
     Plan of Liquidation Filed by Samsung America
     Electronics, Inc. (Docket No. 5717, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to
     Confirmation of the Debtors First Amended Joint
     Plan of Liquidation Filed by Samsung America
     Electronics, Inc. (Docket No. 5720, 5786)

pp.  Joinder Of Slam Brands, Inc. To Objections Of LG
     Electronics USA, Inc. And Eastman Kodak Company To
     Confirmation Of Debtors Chapter 11 Plan Of
     Liquidation (Docket No. 5726)

qq.  Joinder Of Take-Two Interactive Software, Inc. In
     Objections Of LG Electronics USA Inc., Eastman
     Kodak Company And Samsung America Electronics,
     Inc. To Confirmation Of The Debtors' First Amended
     Joint Plan Of Liquidation (Docket No. 5727)

rr.  Joinder of Stillwater Designs and Audio, Inc. to
     Objection to Confirmation of the Debtors First
     Amended Joint Plan of Liquidation Filed by Samsung
     America Electronics, Inc. (Docket No. 5729, 5787)

ss.  Objection Of Schimenti Construction Company, LLC
     To First Amended Joint Plan Of Liquidation (Docket
     Nos. 5731, 5835)

tt.  Chatham County, Georgia Tax Commissioner's

Objections to Confirmation to the Debtor's First Joint Amended Plan of Reorganization (Docket No. 5736)

uu.   Joinder Of Paramount Home Entertainment Inc. To Objections To Confirmation Of Debtors' Chapter 11 Plan Of LG Electronics USA, Inc.; Eastman Kodak Company; Envision Peripherals; And THQ, Inc. (Docket No. 5738)

vv.   Joinder to SouthPeak Interactive, LLC to Objection to Confirmation of the Debtors First Amended Joint Plan of Liquidation Filed by Samsung America Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections of LG Electronics USA, Inc. and Paramount Home Entertainment Inc. to Confirmation of Debtors' Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC Objection to Confirmation of Plan (Docket Nos. 5747, 5836)

aaa.   Limited Objection of Alliance Entertainment Corporation, Source Interlink Media, LLC to Confirmation of Plan (Docket No. 5750)

bbb.   Twentieth Century Fox Home Entertainment, LLC and TeleDynamics LLP Joinder to Objections to Confirmation of Debtors' First Amended Plan of Liquidation (Docket No. 5756)

ccc.   Joinder of Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc.

        to Objections of Paramount Home Entertainment, Inc. and Samsung America Electronics, Inc. (Docket No. 5758)

ddd. Joinder of Warner Home Video, a Division of Warner Bros. Home Entertainment Inc., to Objections to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5759)

eee. Joinder of Paramount Home Entertainment Inc. to Objections to Confirmation of Debtors' Chapter 11 Plan of Samsung America Electronics, Inc., BISSELL Homecare, Inc., and FM Facility Maintenance Inc. (Docket No. 5816)

fff. Objection of Lexmark International, Inc. to Confirmation of Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5876, 5877)

ggg. Objection of the Macerich Company, RREEF Management Company, Cousins Properties Incorporated, Watt Management Company, The Prudential Insurance Company of America, Portland Investment Company, Foursquare Properties Inc., and KNP to the Plan of Liquidation for Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5941)

hhh. Texas Comptrollers' Amended Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket No. 6662)

iii. Texas Comptroller's Second Amended Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket No. 7472)

Status:      This matter is going forward as a status conference only.

41. Motion of Pioneer Electronics Under Fed. R. Bankr. P.

3020(a) for Order Requiring Confirmation Deposit
(Docket No. 5461)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 5463)

b.   Samsung Electronics America, Inc.'s Motion Under
     Fed. R. Bankr. P. 3020(a) for Order Requiring
     Confirmation Deposit and Joinder to Motion of
     Pioneer Electronics for Same (Docket No. 5614)

c.   Joinder of Apex Digital Inc. and THQ, Inc. to
     Motions of Pioneer Electronics, Inc. and Samsung
     Electronics America, Inc. for an Order Requiring
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5663)

d.   Joinder Of Paramount Home Entertainment Inc. To
     Motions Of Pioneer Electronics And Samsung
     Electronics America, Inc. For Order Requiring
     Confirmation Deposit Under Fed. R. Bankr. P.
     3020(a) (Docket No. 5668)

e.   Joinder Of Bethesda Softworks LLC to Motions Of
     Pioneer Electronics And Samsung Electronics
     America, Inc. For Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5695)

f.   Amended Notice Of Hearing (Docket No. 5703)

g.   Joinder of Cokem International, Inc. to Motions of
     Pioneer Electronics and Samsung Electronics
     America, Inc. for Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5734)

h.   Joinder of Onkyo USA Corporation to Motions of
     Pioneer Electronics, Inc. and Samsung Electronics
     America, Inc. for an Order Requiring a
     Confirmation Deposit Pursuant to Rule 3020 of the
     Federal Rules of Bankruptcy Procedure, or, in the
     Alternative, Objection to Confirmation of Chapter

11 Plan of Liquidation (Docket No. 5742)

Related
Document:

       i.    Debtors' Response to the Joinder of
Onkyo USA Corporation to Motions of
Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order
Requiring a Confirmation Deposit
Pursuant to Rule 3020 of the Federal
Rules of Bankruptcy Procedure, or, in
the Alternative, Objection to
Confirmation of Chapter 11 Plan of
Liquidation (Docket No. 7321)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:    November 16, 2009 at 4:00 p.m., extended
for the Debtors to a date and time to be
determined

Objections/
Responses
Filed:    None at the time of filing this agenda

Status:    This matter is going forward as a status
conference only.

42.    Debtors' Motion For Order Directing Mediation With
Respect To First Amended Joint Plan Of Liquidation Of
Circuit City Stores, Inc. And Its Affiliated Debtors
And Debtors In Possession And Its Official Committee Of
Creditors Holding General Unsecured Claims (Docket No.
7687)

Related
Documents:

a.    Debtors' Motion For Order Shortening Notice Period
      And Limiting Notice Of Debtors' Motion For Order
      Directing Mediation With Respect To First Amended
      Joint Plan Of Liquidation Of Circuit City Stores,
      Inc. And Its Affiliated Debtors And Debtors In
      Possession And Its Official Committee Of Creditors
      Holding General Unsecured Claims (Docket No. 7688)

      Status:    This motion has been mooted as a result
                 of its rescheduling to this hearing
                 date.

b.    Motion for an Expedited Hearing (Docket No. 7690)

      Status:    This motion has been mooted as a result
                 of its rescheduling to this hearing
                 date.

Objection
Deadline:         June 7, 2010 at 5:00 p.m.

Objections/
Responses
Filed:

a.    Official Committee Of Creditors Response To
      Debtors' Motion For Order Directing Mediation With
      Respect To First Amended Joint Plan Of Liquidation
      Of Circuit City Stores, Inc. And Its Affiliated
      Debtors And Debtors In Possession And Its Official
      Committee Of Creditors Holding General Unsecured
      Claims (Docket No. 7697)

Status:           The parties are working to resolve this
                  matter.  In the event the parties are
                  unable to reach a consensual resolution,
                  this matter is going forward.

```
Dated: June 21, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                    - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM LLP
                            Chris L. Dickerson, Esq.
                            155 N. Wacker Drive, Suite 2700
                            Chicago, Illinois 60606-2700
                            (312) 407-0700

                                    - and -

                            MCGUIREWOODS LLP


                            _/s/ Douglas M. Foley_____
                            Douglas M. Foley (VSB No. 34364)
                            Sarah B. Boehm (VSB No. 45201)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession
```

\11983203.5

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Graphic Communications, Inc. | 3600 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 5 | U.S. Signs | 3623 | A Settlement Agreement and Stipulation (Docket No. 7787) has been filed.  If no objections are received by June 24, 2010, this matter will be resolved. |
| | | | |
| 7 | Michael Lay | 3795 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 7 | Barbara Lay | 3803 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 7 | Renukaben S. Naik | 3812 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 7 | Dino Bazdar | 3814 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the June 24, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
|  |  |  |  |
| 9 | C & A Consulting | 3694 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 9 | Belkin International, Inc. | 3851 3852 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 9 | Adam Drake | 3896 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 9 | Lyle Alonso Epps | 3914 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
|  |  |  |  |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 19 | Motorola, Inc. | 4099 4177 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
|  |  |  |  |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 20 | Avertatec/Trigem USA, Inc. | 4063 | A Settlement Agreement and Stipulation (Docket No. 7784) has been filed.  If no objections are received by June 24, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 20 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | A Settlement Agreement and Stipulation (Docket No. 7825) has been filed.  If no objections are received by June 28, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 23 | Alliance Entertainment of Corporation, Source Interlink Media, LLC | 4135 | A Settlement Agreement and Stipulation (Docket No. 7825) has been filed.  If no objections are received by June 28, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 23 | Motorola, Inc. | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 30 | Bruce H. Besanko | 4809 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Roy Eisner | 4821 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 33 | Lexmark International, Inc. | 4803 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 34 | Alliance Entertainment LLC n/k/a Source Interlink Distribution LLC | 4902 | A Settlement Agreement and Stipulation (Docket No. 7825) has been filed.  If no objections are received by June 28, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 34 | Motorola, Inc. | 4905 5035 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 41 | Microsoft Corporation | 5167 | A Settlement Agreement and Stipulation (Docket No. 7788) has been filed.  If no objections are received by June 24, 2010, this matter will be resolved. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| 43 | Rusty Santangelo | 5383 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| | | | |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 48 | Averatec/Trigem USA, Inc. | 5415 | A Settlement Agreement and Stipulation (Docket No. 7784) has been filed.  If no objections are received by June 24, 2010, this matter will be resolved. |
| 48 | Imagination Entertainment | 5533 | A Settlement Agreement and Stipulation (Docket No. 7833) has been filed.  If no objections are received by June 22, 2010, this matter will be resolved. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 49 | Vonwin Capital Management, L.P. | 5509 | A Settlement Agreement and Stipulation (Docket No. 7833) has been filed.  If no objections are received by June 22, 2010, this matter will be resolved. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 50 | Vonwin Capital Management, L.P. | 5509 | A Settlement Agreement and Stipulation (Docket No. 7833) has been filed.  If no objections are received by June 22, 2010, this matter will be resolved. |
| | | | |
| 54 | Greg Nagy | 5587 | **The status hearing on this response will go forward on June 24, 2010 at 10:00 a.m.** |
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| | | | |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Convergys Customer Management Group Inc. | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Richard Kreuger | 7241 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |
| 70 | Satchidananda Mims a/k/a Satchi Mims | 7318 | The status hearing on this response is adjourned to July 22, 2010 at 10:00 a.m. |

\11887938.1