Gregg M. Galardi, Esq.               Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.              Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &      MCGUIREWOODS LLP
FLOM, LLP                            One James Center
One Rodney Square                    901 E. Cary Street
PO Box 636                           Richmond, Virginia 23219
Wilmington, Delaware 19899-0636      (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

            IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
            Debtors.         :   Jointly Administered
- - - - - - - - - - - - - - x

        **DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION
    TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)**

    The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file
their Debtors' Seventy-Ninth Omnibus Objection to Claims
(Disallowance of Certain Legal Claims) (the "Objection"),
and hereby move this Court, pursuant to sections 105 and 502
of title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et</u>
<u>seq</u>. (as amended, the "Bankruptcy Code"), Rule 3007 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules"), and Local Bankruptcy Rule 3007-1, for an order, the
proposed form of which is attached hereto as <u>Exhibit A</u>,
granting the relief sought by this Objection, and in support
thereof states as follows:

**JURISDICTION AND VENUE**

1.     This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Objection in this district is proper under 28

---

[1]     The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512). The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031. For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

U.S.C. §§ 1408 and 1409.  The statutory and legal predicates

for the relief requested herein are Bankruptcy Code sections

105 and 502, and Rule 3007 of the Bankruptcy Rules.

### BACKGROUND

2.   On November 10, 2008 (the "Petition Date"), the

Debtors filed voluntary petitions in this Court for relief

under chapter 11 of the Bankruptcy Code.

3.   The Debtors continue to manage and operate their

businesses as debtors in possession pursuant to Bankruptcy

Code sections 1107 and 1108.

4.   On November 12, 2008, the Office of the United

States Trustee for the Eastern District of Virginia

appointed a statutory committee of unsecured creditors (the

"Creditors' Committee").  To date, no trustee or examiner

has been appointed in these chapter 11 cases.

5.   On November 12, 2008, the Court appointed Kurtzman

Carson Consultants LLC ("KCC") as claims, noticing and

balloting agent for the Debtors in these chapter 11 cases

pursuant to 28 U.S.C. § 156(c).

6.   On December 10, 2008, the Court entered that

certain Order Pursuant to Bankruptcy Code Sections 105 and

502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I)

Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

   7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

   8.   On December 17 and 19, 2008, KCC served a copy of
the Claims Bar Date Notice on all parties who filed notices
of appearance pursuant to Bankruptcy Rule 2002, all of the
Debtors' scheduled creditors in these cases, the Debtors'
equity holders, and certain other parties (Docket No. 1314).
In addition, the Debtors published the Claims Bar Date
Notice in The Wall Street Journal (Docket No. 1395) and The
Richmond Times-Dispatch (Docket No. 1394).

   9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of

4

business sales at the Debtors' remaining 567 stores pursuant
to an agency agreement (the "Agency Agreement") between the
Debtors and a joint venture, as agent (the "Agent").  On
January 17, 2009, the Agent commenced going out of business
sales pursuant to the Agency Agreement at the Debtors
remaining stores.  As of March 8, 2009, the going out of
business sales at the Debtors' remaining stores had been
completed.

    10.  On April 1, 2009, this Court entered an Order
Establishing Omnibus Objection Procedures and Approving the
Form and Manner of Notice of Omnibus Objections (Docket No.
2881) (the "Omnibus Objection Procedures Order").

<u>**OBJECTIONS TO CLAIMS**</u>

    11.  By this Objection, the Debtors seek entry of an
order, in substantially the form annexed as <u>Exhibit A</u>,
pursuant to Bankruptcy Code sections 105(a) and 502 and
Bankruptcy Rule 3007, disallowing the claims listed on
<u>Exhibit C</u> attached hereto.  The basis for the disallowance
of the claims listed on <u>Exhibit C</u> attached hereto is that
all of the claims (the "Legal Claims") allege claims against
the Debtors arising from pending litigation, prospective

litigation, or other threatened litigation claims.[2]  After
reviewing the Legal Claims and the bases upon which they are
asserted and reviewing the Debtors' books and records, the
Debtors dispute any liability for the alleged Legal Claims.

12.   For ease of reference, attached as <u>Exhibit B</u> is an
alphabetical listing of all claimants ("Claimants") whose
Legal Claims are included in this Objection, with a cross-
reference by claim number.

13.   At this time, the Debtors have not completed their
review of the validity of all claims and administrative
expenses filed against their estates, including the Legal
Claims.  Accordingly, the Legal Claims may be the subject of
additional subsequently filed objections.  To that end, the
Debtors reserve the right to further object to any and all
claims, whether or not the subject of this Objection, for
allowance, voting, and/or distribution purposes, and on any
other grounds.  Furthermore, the Debtors reserve the right
to modify, supplement and/or amend this Objection as it
pertains to any Legal Claim or Claimant herein.

### RESERVATION OF RIGHTS

---

[2] Additionally, certain of the Legal Claims' documentation and/or proof
of claim form lack sufficient description or documentation for the
Debtors to evaluate the claim or determine the alleged basis of
liability.  As such the Debtors also object to those Legal Claims on the
basis that such Legal Claims lack sufficient support.

14.   As noted above, the Debtors reserve their rights
to file objections to these Claims at a later time on any
grounds that bankruptcy or non-bankruptcy law permits.  The
Debtors likewise reserve the right to modify, supplement
and/or amend this Objection as it pertains to any claim or
claimant herein.

<u>**NOTICE AND PROCEDURE**</u>

15.   Notice of this Objection has been provided to all
Claimants with claims that are the subject to this Objection
as identified on <u>Exhibit C</u>, and to parties-in-interest in
accordance with the Court's Supplemental Order Pursuant to
Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002
and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1
Establishing Certain Notice, Case Management and
Administrative Procedures (Docket No. 6208) (the "Case
Management Order").  The Debtors submit that the following
methods of service upon the Claimants should be deemed by
the Court to constitute due and sufficient service of this
Objection: (a) service in accordance with Bankruptcy Rule
7004 and the applicable provisions of Federal Rule of Civil
Procedure 4; (b) to the extent counsel for a Claimant is not
known to the Debtors, by first class mail, postage prepaid,
on the signatory of the Claimant's proof of claim form or

other representative identified in the proof of claim form

or any attachment thereto; or (c) by first class mail,

postage prepaid, on any counsel that has appeared on the

Claimant's behalf in the Debtors' bankruptcy cases.  The

Debtors are serving the Claimant with this Objection and the

exhibit on which the Claimant's claim is listed.

16.   To the extent any Claimant timely files and

properly serves a response to this Objection by **4:00 p.m.**

**(Eastern) on July 15, 2010** as required by the Case

Management Order and under applicable law, and the parties

are unable to otherwise resolve the Objection, the Debtors

request that the Court conduct a status conference with

respect to any such responding claimant at **10:00 a.m.**

**(Eastern) on July 22, 2010** and thereafter schedule the

matter for a future hearing as to the merits of such claim.[3]

However, to the extent any Claimant fails to timely file and

properly serve a response to this Objection as required by

the Case Management Order and applicable law, the Debtors

request that the Court enter an order, substantially in the

form attached hereto as <u>Exhibit A</u>, disallowing the Claims

set forth on <u>Exhibit C</u> attached hereto for all purposes in

---

[3]   In accordance with the Omnibus Objection Procedures Order, Claimants
who respond to the Objection do not need to appear at the status
conference.

these bankruptcy cases.

## COMPLIANCE WITH BANKRUPTCY RULE 3007 AND
## THE OMNIBUS OBJECTION PROCEDURES ORDER

17.   This Objection complies with Bankruptcy Rule
3007(e).  Additionally, the Debtors submit that this
Objection is filed in accordance with the Omnibus Objection
Procedures Order.

## WAIVER OF MEMORANDUM OF LAW

18.   Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in the
Motion, the Debtors request that the requirement that all
motions be accompanied by a written memorandum of law be
waived.

## NO PRIOR RELIEF

19.   No previous request for the relief sought herein
has been made to this Court or any other court.

WHEREFORE, the Debtors request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
       June 21, 2010           FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                       - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606-7120
                               (312) 407-0700

                                       - and -

                               MCGUIREWOODS LLP

                               _/s/ Douglas M. Foley_____
                               Douglas M. Foley (VSB No. 34364)
                               Sarah B. Boehm (VSB No. 45201)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

**<u>EXHIBIT A</u>**

Gregg M. Galardi, Esq.       Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.       Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP             One James Center
One Rodney Square        901 E. Cary Street
PO Box 636             Richmond, Virginia 23219
Wilmington, Delaware 19899-0636  (804) 775-1000
(302) 651-3000

       - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**<u>ORDER SUSTAINING DEBTORS' SEVENTY-NINTH OMNIBUS
OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)</u>**

THIS MATTER having come before the Court on the

Debtors' Seventy-Ninth Omnibus Objection to Claims

(Disallowance of Certain Legal Claims) (the "Objection"), [1]

which requested, among other things, that the claims

---

[1]    Capitalized terms not otherwise defined herein shall have the
meanings ascribed to such terms in the Objection.

specifically identified on Exhibit C attached to the

Objection be disallowed for those reasons set forth in the

Objection; and it appearing that due and proper notice and

service of the Objection as set forth therein was good and

sufficient and that no other further notice or service of

the Objection need be given; and it further appearing that

no response was timely filed or properly served by the

Claimants being affected by this Order; and it appearing

that the relief requested on the Objection is in the best

interest of the Debtors, their estates and creditors and

other parties-in-interest; and after due deliberation

thereon good and sufficient cause exists for the granting of

the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED.

2.    The Claims identified on Exhibit A as attached

hereto and incorporated herein, are forever disallowed in

their entirety for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim,

including (without limitation) the Legal Claims included in

the Objection, on any grounds that the applicable law

permits are not waived and are expressly reserved.

4.    The Debtors shall serve a copy of this Order on the

claimants included on the exhibit to this Order on or before

seven (7) days from the entry of this Order.

     5.    This Court shall retain jurisdiction with respect

to all matters arising from or related to this Order.

Dated: Richmond, Virginia
          _____, 2010


          _____
          HONORABLE KEVIN R. HUENNEKENS
          UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                        __/s/ Douglas M. Foley_____
                        Douglas M. Foley

\11873861.

4

In re: Circuit City Stores, Inc, <u>et al.</u>                                                 Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653 (KRH)                                                                        (No Liability)

Exhibit B - Claimants and Related Claims Subject To Seventy-Ninth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| AARON HONSTRA | 14748 | EXHIBIT C - (NO LIABILITY) |
| ACOSTA STOMMEN  DC | 3034 | EXHIBIT C - (NO LIABILITY) |
| ADEOYE ODUTOLA | 14662 | EXHIBIT C - (NO LIABILITY) |
| ADRIENNE DAVIS | 14829 | EXHIBIT C - (NO LIABILITY) |
| ALSOUFI, GHINA | 9695 | EXHIBIT C - (NO LIABILITY) |
| ANNETTE COOPER | 8608 | EXHIBIT C - (NO LIABILITY) |
| BATEMAN, DANNY | 6431 | EXHIBIT C - (NO LIABILITY) |
| BISHOP DWAYNE FUNCHES INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES DIONE FUNCHES AND DWAYNE FUNC | 9272 | EXHIBIT C - (NO LIABILITY) |
| BLACKSHEAR, BRENDA | 4333 | EXHIBIT C - (NO LIABILITY) |
| BOOKER,JAMAL | 4230 | EXHIBIT C - (NO LIABILITY) |
| BRESNOCK, DONNA | 7175 | EXHIBIT C - (NO LIABILITY) |
| BREWER, JUDY | 4217 | EXHIBIT C - (NO LIABILITY) |
| BROOKS, BARBARA | 4053 | EXHIBIT C - (NO LIABILITY) |
| BUCHER, CYNTHIA | 8600 | EXHIBIT C - (NO LIABILITY) |
| BURRELL, PATTY | 6867 | EXHIBIT C - (NO LIABILITY) |
| CAMACHO, FREDDY | 8856 | EXHIBIT C - (NO LIABILITY) |
| CARTER ARTIE | 11647 | EXHIBIT C - (NO LIABILITY) |
| CHAD PORTER A MINOR | 8604 | EXHIBIT C - (NO LIABILITY) |
| CLINTON & CLINTON | 13533 | EXHIBIT C - (NO LIABILITY) |
| CLINTON & CLINTON | 9297 | EXHIBIT C - (NO LIABILITY) |
| COFFMAN, DAVID ESTATE OF | 9912 | EXHIBIT C - (NO LIABILITY) |
| COLEMAN, DOROTHY | 2733 | EXHIBIT C - (NO LIABILITY) |
| CORMIER, JOSEPH BOWMAN | 7758 | EXHIBIT C - (NO LIABILITY) |
| CORTEZ, DANIEL | 8673 | EXHIBIT C - (NO LIABILITY) |
| COUNSEL FOR STEPHEN REED | 14469 | EXHIBIT C - (NO LIABILITY) |
| COYNE, JOANNE | 9018 | EXHIBIT C - (NO LIABILITY) |
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR | 9274 | EXHIBIT C - (NO LIABILITY) |
| DARE, JEANNE | 2507 | EXHIBIT C - (NO LIABILITY) |
| DAVIS, CLEAVON | 3423 | EXHIBIT C - (NO LIABILITY) |
| DAVIS, DANECE D | 4033 | EXHIBIT C - (NO LIABILITY) |
| DE FILIPPO, DOLORES | 2680 | EXHIBIT C - (NO LIABILITY) |
| DE LEON, YOLANDA | 5918 | EXHIBIT C - (NO LIABILITY) |
| DEESE, WESTON | 8389 | EXHIBIT C - (NO LIABILITY) |
| DEMETRIA HENSLEY | 8615 | EXHIBIT C - (NO LIABILITY) |
| DENNIS NERI | 4990 | EXHIBIT C - (NO LIABILITY) |
| DESENA, JAMES | 5932 | EXHIBIT C - (NO LIABILITY) |
| DIO DATI, KEITH | 4049 | EXHIBIT C - (NO LIABILITY) |
| DUNWELL, DONOVAN | 2210 | EXHIBIT C - (NO LIABILITY) |
| ECK, WAYANE AND DEBBIE | 3908 | EXHIBIT C - (NO LIABILITY) |
| EDWARDS, DONNA | 3006 | EXHIBIT C - (NO LIABILITY) |
| EMC INSURANCE COMPANIES | 14717 | EXHIBIT C - (NO LIABILITY) |
| EMPIRE HEALTHCHOICE ASSURANCE INC DBA EMPIRE BLUE CROSS BLUE SHIELD | 4885 | EXHIBIT C - (NO LIABILITY) |
| EVAN W THOMAS | 14393 | EXHIBIT C - (NO LIABILITY) |
| EVANS, JOE | 3600 | EXHIBIT C - (NO LIABILITY) |
| FERNANDO C SANTILLAN | 13591 | EXHIBIT C - (NO LIABILITY) |
| FIORETTI, MICHAEL EDWARD | 4909 | EXHIBIT C - (NO LIABILITY) |
| FISHER, DENISE | 3544 | EXHIBIT C - (NO LIABILITY) |
| FLEMING, ROBERT A | 4176 | EXHIBIT C - (NO LIABILITY) |
| FOSTER, WILLIAM | 2922 | EXHIBIT C - (NO LIABILITY) |
| FOSTER, WILLIAM | 3001 | EXHIBIT C - (NO LIABILITY) |
| FOUSKEY, JAMES | 4017 | EXHIBIT C - (NO LIABILITY) |
| FRANCO, IRENE | 5554 | EXHIBIT C - (NO LIABILITY) |
| GARCIA MARTIN | 3797 | EXHIBIT C - (NO LIABILITY) |
| GARCIA, ALICE | 8449 | EXHIBIT C - (NO LIABILITY) |
| GEORGE NOUJEIM | 13684 | EXHIBIT C - (NO LIABILITY) |
| GIBSON, THOMAS | 3995 | EXHIBIT C - (NO LIABILITY) |
| GLENN RAY COOPER JR | 8606 | EXHIBIT C - (NO LIABILITY) |
| GORDON CLARKE | 8964 | EXHIBIT C - (NO LIABILITY) |
| GRANDE, RICHARD | 6242 | EXHIBIT C - (NO LIABILITY) |
| GRANITO, DIANE | 4767 | EXHIBIT C - (NO LIABILITY) |
| GRANTHAM, JENNIFER | 3317 | EXHIBIT C - (NO LIABILITY) |
| GROMEK, ERICK | 6566 | EXHIBIT C - (NO LIABILITY) |
| GUISEPPINA GERVASIO A MINOR BY HER FATHER EMILIO GERVASIO | 14444 | EXHIBIT C - (NO LIABILITY) |
| HADDAD RALPH | 13255 | EXHIBIT C - (NO LIABILITY) |
| HADDAD, RALPH | 3844 | EXHIBIT C - (NO LIABILITY) |
| HAIRFIELD, DEBRORAH | 10195 | EXHIBIT C - (NO LIABILITY) |
| HALIMAS SEN AND KILAB EL | 4602 | EXHIBIT C - (NO LIABILITY) |
| HARRIS, WALTER BUSTER | 4923 | EXHIBIT C - (NO LIABILITY) |
| HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY | 5212 | EXHIBIT C - (NO LIABILITY) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| HAWKINS, ELZENA | 10076 | EXHIBIT C - (NO LIABILITY) |
| HINKELDAY, TORA | 2700 | EXHIBIT C - (NO LIABILITY) |
| HOLLINGSWORTH, ALTOR | 3652 | EXHIBIT C - (NO LIABILITY) |
| HOLLOWAY, JOSH | 6434 | EXHIBIT C - (NO LIABILITY) |
| HOLUBIK, LAINE | 10853 | EXHIBIT C - (NO LIABILITY) |
| HOOD, MARY | 9600 | EXHIBIT C - (NO LIABILITY) |
| JAMES L ROLLINS | 14825 | EXHIBIT C - (NO LIABILITY) |
| JAMES, SALLY | 2458 | EXHIBIT C - (NO LIABILITY) |
| JESSEE PEREZ | 6008 | EXHIBIT C - (NO LIABILITY) |
| JOANNE COYNE | 13214 | EXHIBIT C - (NO LIABILITY) |
| JOANNE EISNER | 3852 | EXHIBIT C - (NO LIABILITY) |
| JOHN A CLANCY | 13258 | EXHIBIT C - (NO LIABILITY) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED | 13738 | EXHIBIT C - (NO LIABILITY) |
| JORDAN, SHEILA | 4006 | EXHIBIT C - (NO LIABILITY) |
| JOSEPH VASSALLO | 14490 | EXHIBIT C - (NO LIABILITY) |
| JOSH HOLLOWAY | 14732 | EXHIBIT C - (NO LIABILITY) |
| JULIA SMITH | 14335 | EXHIBIT C - (NO LIABILITY) |
| KAHUT, AMANDA | 5864 | EXHIBIT C - (NO LIABILITY) |
| KARL ENGELKE | 13287 | EXHIBIT C - (NO LIABILITY) |
| KEEFE, RONALD | 3026 | EXHIBIT C - (NO LIABILITY) |
| KENNEDY, JOY | 2813 | EXHIBIT C - (NO LIABILITY) |
| KHANAM FATIMA AKHTER | 5111 | EXHIBIT C - (NO LIABILITY) |
| LAM, BILLY | 4318 | EXHIBIT C - (NO LIABILITY) |
| LAZARRE, SAINCIA | 2449 | EXHIBIT C - (NO LIABILITY) |
| LESLIE MORATAYA | 14527 | EXHIBIT C - (NO LIABILITY) |
| LEWIS, CHRIS | 7855 | EXHIBIT C - (NO LIABILITY) |
| LOPRESTI, MARY | 5401 | EXHIBIT C - (NO LIABILITY) |
| MARIA ARAUJO | 9474 | EXHIBIT C - (NO LIABILITY) |
| MARIA ARAUJO | 6605 | EXHIBIT C - (NO LIABILITY) |
| MARIA ARAUJO | 8719 | EXHIBIT C - (NO LIABILITY) |
| MARTINEZ, ANTHONY | 9060 | EXHIBIT C - (NO LIABILITY) |
| MATACOTTA, FAUST | 4035 | EXHIBIT C - (NO LIABILITY) |
| MCBRIDE, KYLE | 10025 | EXHIBIT C - (NO LIABILITY) |
| MCWATERS, RANDY | 5544 | EXHIBIT C - (NO LIABILITY) |
| MOORE, SHANNAN | 14296 | EXHIBIT C - (NO LIABILITY) |
| MORGAN, DENNIS | 8234 | EXHIBIT C - (NO LIABILITY) |
| MORRISON, LYNN | 10162 | EXHIBIT C - (NO LIABILITY) |
| MORROW, REBECCA | 6507 | EXHIBIT C - (NO LIABILITY) |
| MURPHY, LEEDELL | 5832 | EXHIBIT C - (NO LIABILITY) |
| NEESE, DELBERT T | 4022 | EXHIBIT C - (NO LIABILITY) |
| NELSEN, GREGORY | 4912 | EXHIBIT C - (NO LIABILITY) |
| NETHERY, NANCY | 5963 | EXHIBIT C - (NO LIABILITY) |
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY | 8039 | EXHIBIT C - (NO LIABILITY) |
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY | 8057 | EXHIBIT C - (NO LIABILITY) |
| ODUTOLA, ADEOYE | 2543 | EXHIBIT C - (NO LIABILITY) |
| PAM ROBERTS | 7691 | EXHIBIT C - (NO LIABILITY) |
| PEREIRA, MARIA | 8440 | EXHIBIT C - (NO LIABILITY) |
| PETERS, DUANE | 5128 | EXHIBIT C - (NO LIABILITY) |
| PHILLIPS, SCOTT | 4961 | EXHIBIT C - (NO LIABILITY) |
| PIERSON, JOYCE | 4508 | EXHIBIT C - (NO LIABILITY) |
| PISHVA, FRED | 10200 | EXHIBIT C - (NO LIABILITY) |
| POE, TANYA RENEE | 8795 | EXHIBIT C - (NO LIABILITY) |
| PORTILLO, SONIA | 6773 | EXHIBIT C - (NO LIABILITY) |
| PRESSEL, DONALD | 6400 | EXHIBIT C - (NO LIABILITY) |
| PURDY, STEVE | 3341 | EXHIBIT C - (NO LIABILITY) |
| RABENS, EDWIN THEODORE | 6235 | EXHIBIT C - (NO LIABILITY) |
| RALPH T HADDAD | 13240 | EXHIBIT C - (NO LIABILITY) |
| REED, SHARON | 5012 | EXHIBIT C - (NO LIABILITY) |
| REINKE, ROB | 8149 | EXHIBIT C - (NO LIABILITY) |
| RITTER, SCOTT | 4717 | EXHIBIT C - (NO LIABILITY) |
| ROSS, ANGELA | 5031 | EXHIBIT C - (NO LIABILITY) |
| RUIZ, DANIEL | 4437 | EXHIBIT C - (NO LIABILITY) |
| RUSSO, DANIEL W | 9991 | EXHIBIT C - (NO LIABILITY) |
| RYAN INC FKA RYAN & COMPANY INC | 14235 | EXHIBIT C - (NO LIABILITY) |
| SANTANA, MILNA I | 3464 | EXHIBIT C - (NO LIABILITY) |
| SCHEPIS, ROSE | 5055 | EXHIBIT C - (NO LIABILITY) |
| SCHROEDER, JERRI | 7475 | EXHIBIT C - (NO LIABILITY) |
| SHANK, GERMAINE | 14856 | EXHIBIT C - (NO LIABILITY) |
| SHANNON WIECHERT | 13306 | EXHIBIT C - (NO LIABILITY) |
| SHAW, JACKIE B | 5463 | EXHIBIT C - (NO LIABILITY) |
| SIERRA, VERONICA | 6416 | EXHIBIT C - (NO LIABILITY) |
| SIMMONS, VERONICA | 7784 | EXHIBIT C - (NO LIABILITY) |
| SMITH, GREG AND INMAN FRAN | 10201 | EXHIBIT C - (NO LIABILITY) |
| SMITH, GREG AND INMAN, FRAN | 14730 | EXHIBIT C - (NO LIABILITY) |
| SMITH, JULIE | 3647 | EXHIBIT C - (NO LIABILITY) |
| SNOW, CHRISTOPHER | 4238 | EXHIBIT C - (NO LIABILITY) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO | 14765 | EXHIBIT C - (NO LIABILITY) |
| STEIB, MERQUELYN | 4941 | EXHIBIT C - (NO LIABILITY) |
| STEWART, REBECCA | 1903 | EXHIBIT C - (NO LIABILITY) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| SWATZEL, DANNY | 5227 | EXHIBIT C - (NO LIABILITY) |
| THIBODEAU, JEFFREY | 8383 | EXHIBIT C - (NO LIABILITY) |
| THOMAS, ANNA | 3145 | EXHIBIT C - (NO LIABILITY) |
| THOMPSON, KINA | 5523 | EXHIBIT C - (NO LIABILITY) |
| TINSLEY, CLEMENTINE | 4272 | EXHIBIT C - (NO LIABILITY) |
| TRAVIS, RAYANNA | 9171 | EXHIBIT C - (NO LIABILITY) |
| TRIPODI, MICHAEL | 6399 | EXHIBIT C - (NO LIABILITY) |
| TULLY MD, VINCENT | 1134 | EXHIBIT C - (NO LIABILITY) |
| VANNELLI, PATRICIA | 8411 | EXHIBIT C - (NO LIABILITY) |
| VERONICA BRADLEY | 8968 | EXHIBIT C - (NO LIABILITY) |
| WIENER, MURRAY | 9914 | EXHIBIT C - (NO LIABILITY) |
| WITTENBERG, ROBERT | 2724 | EXHIBIT C - (NO LIABILITY) |
| WITZ, RUTH | 3996 | EXHIBIT C - (NO LIABILITY) |
| WOODS MORSE, FORTIS DAVIS | 10161 | EXHIBIT C - (NO LIABILITY) |
| WOODS MORSE, FUTIS DAVIS | 10160 | EXHIBIT C - (NO LIABILITY) |
| YOUNG, ERIC | 4523 | EXHIBIT C - (NO LIABILITY) |
| YVETTE MACK | 10462 | EXHIBIT C - (NO LIABILITY) |

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims

Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AARON HORNSTRA CARMAN CALLAHAN & INGHAM LLP 266 MAIN ST FARMINGDALE, NY 11735-2618 | 14748 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $17,234.03 $17,234.03 | 11/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ACOSTA STOMMEN DC 2701 BAYSHORE DR NO 500 MIAMI, FL 33133 | 3034 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $39,953.18 $39,953.18 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADEOYE ODUTOLA 9736 W 10TH CT WICHITA, KS 67212 | 14662 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $800.00 $800.00 | 09/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADRIENNE DAVIS MARIE A MATTOX PA 310 E BRADFORD RD TALLAHASSEE, FL 32303 | 14829 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $168,000.00 $168,000.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| AKHTER, KHANAM FATIMA RIMLAND & ASSOCIATES 32 COURT ST STE 1506 BROOKLYN, NY 11201 | 5111 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $500,000.00 $500,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                        Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                                (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ALSOUFI, GHINA<br>8294 GROGANS FERRY RD<br>ATLANTA, GA 30350 | 9695 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $118.00<br><br>$118.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 6605 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br>$200,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 8719 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 9474 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |
| BATEMAN, DANNY<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 6431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100,000.00<br><br>$100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BISHOP DWAYNE FUNCHES INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATES OF TRAVIS FUNCHES DIONE FUNCHES AND DWAYNE FUNC LISA TAYLOR HUDSON ESQ SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 9272 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,000,000.00 $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLACKSHEAR, BRENDA 102 ANITA LANE LONGVIEW, TX 75603 | 4333 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,857.39 $9,857.39 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BOOKER,JAMAL JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT 2640 WESTVIEW DR BOX 6286 WYOMISSING, PA 19610 | 4230 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRADLEY, VERONICA PO BOX 960483 RIVERDALE, GA 30296 | 8968 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,000.00 $5,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRESNOCK, DONNA<br>509 WOODLAND AVE<br>GLENDORA, NJ 08029 | 7175 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BREWER, JUDY<br>11665 NERO DR<br>FLORISSANT, MO 63033 | 4217 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$300,000.00<br><br>$300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROOKS, BARBARA<br>PO BOX 5385<br>CLEVELAND, TN 37320 | 4053 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUCHER, CYNTHIA<br>14360 N HWY 6<br>VALLEY MILLS, TX 76689 | 8600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BURRELL, PATTY<br>DAVID L DAWSON ATTORNEY<br>PO BOX 14716<br>BATON ROUGE, LA 70898 | 6867 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$150,000.00<br><br>$150,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                        (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CAMACHO, FREDDY<br>9608 TWEEDY LN<br>DOWNEY, CA 90240-3141 | 8856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1.00<br>$1.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 11647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,000.00<br>$5,000.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHAD PORTER A MINOR<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8604 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $50,000.00<br>$50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARKE, GORDON<br>C O BRIAN T WILSON ESQ<br>719 VASSAR ST<br>ORLANDO, FL 32804 | 8964 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $135,000.00<br>$135,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLINTON & CLINTON<br>C O DAVID CLINTON<br>100 OCEANGATE 14TH FL<br>LONG BEACH, CA 90802 | 9297 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $48,405.35<br>$48,405.35 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLINTON & CLINTON<br>JILL A PACK<br>100 OCEANGATE 14TH FL<br>LONG BEACH, CA 90802 | 13533 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,623.12<br><br><br><br>$3,623.12 | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COFFMAN, DAVID ESTATE OF<br>12436 GAYTON STATION BLVD<br>RICHMOND, VA 23233 | 9912 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,000,000.00<br><br>$2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLEMAN, DOROTHY<br>MICHAEL S WILLIAMS ESQ<br>GOLD ALBANESE & BARLETTI<br>58 MAPLE AVE<br>RED BANK, NJ 07701-1618 | 2733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $300,000.00<br><br>$300,000.00 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOPER JR, GLENN RAY<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8606 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100,000.00<br><br>$100,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COOPER, ANNETTE<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CORMIER, JOSEPH BOWMAN<br>804 E ALEXANDER ST<br>LAFAYETTE, LA 70501 | 7758 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,000.00<br><br>$3,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CORTEZ, DANIEL<br>218 COLLEGE AVE<br>MODESTO, CA 95350 | 8673 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,000,000.00<br><br>$1,000,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| COUNSEL FOR STEPHEN REED<br>CLINT BUTLER ESQ<br>MCKINNEY BRASWELL & BUTLER<br>PO BOX 19006<br>HUNTSVILLE, AL 35804 | 14469 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $17,000.00<br><br>$17,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COYNE, JOANNE<br>28 4TH ST<br>PEQUANNOCK, NJ 07440 | 9018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                                      Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                                       (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR LISA TAYLOR HUDSON ESQ SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 9274 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,000,000.00 $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DARE, JEANNE 207 SNEAD DR FAIRFIELD BAY, AR 72088 | 2507 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,000.00 $3,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, CLEAVON 128 RUNAWAY BAY DR APT 203 VIRGINIA BCH, VA 23452 | 3423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,264.57 $2,264.57 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, DANECE D 7106 NORTH 50TH ST TAMPA, FL 33617 | 4033 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $500.00 $500.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DE FILIPPO, DOLORES<br>8 LAURETTEA DR<br>EAST BRUNSWICK, NJ 08816 | 2680 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DE LEON, YOLANDA<br>2809 WEST 8TH ST APT 205<br>LOS ANGELES, CA 90005 | 5918 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$75,000.00<br><br>$75,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| DEESE, WESTON<br>3315 HEIGHTS RAVENNA RD<br>MUSKEGON, MI 49444 | 8389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DESENA, JAMES<br>940 SPANISH CAY DR<br>MERRITT ISLAND, FL 32952 | 5932 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,579.92<br><br>$2,579.92 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIO DATI, KEITH<br>RONALD K FRIEDMAN ESQ PLLC<br>1073 MAIN ST STE 205<br>FISHKILL, NY 12524 | 4049 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$100,000.00<br><br>$100,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims (No Liability)
Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DUNWELL, DONOVAN CHIARIELLO & CHIARIELLO 118 21 QUEENS BLVD FOREST HILLS, NY 11375 | 2210 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $250,000.00 $250,000.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ECK, WAYANE AND DEBBIE 1321 12TH AVE NW NEW BRIGHTON, MN 55112 | 3908 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $529.57 $529.57 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EDWARDS, DONNA 9234 CHERRY LANE LAUREL, MD 20708 | 3006 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $613.36 $613.36 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EISNER, JOANNE C O MARSHALL E KRESMAN ESQ 1950 STREET RD STE 103 BENSALEM, PA 19020 | 3852 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,000,000.00 $1,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMC INSURANCE COMPANIES PO BOX 712 DES MOINES, IA 50306 | 14717 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,275.92 $9,275.92 | 10/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EMPIRE HEALTHCHOICE ASSURANCE INC DBA EMPIRE BLUE CROSS BLUE SHIELD ATTN LOUIS BENZA ESQ EMPIRE BLUE CROSS SHIELD 15 METRO TECH CTR 6TH FL BROOKLYN, NY 11201 | 4885 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: | UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | | Total: | UNL | | |
| EVAN W THOMAS 225 ANN DR FAYETTEVILLE, PA 17222 | 14393 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: | UNL | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | | Total: | UNL | | |
| EVANS, JOE 19152 WOODLANE DR COVINGTON, LA 70433-9006 | 3600 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: | $2,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | | Total: | $2,000,000.00 | | |
| FERNANDO C SANTILLAN EMPLOYMENT DEVELOPMENT DEPARTMENT LOS ANGELES ADJUDICATION CTR PO BOX 15011 LOS ANGELES, CA 90015-0011 | 13591 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: | UNL | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | | Total: | UNL | | |
| FIORETTI, MICHAEL EDWARD 4783 LAKE VALLEY DR APT 1B LISLE, IL 60532 | 4909 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: | $350,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| | | Total: | $350,000.00 | | |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FISHER, DENISE<br>2479 OLEANDER CIRCLE<br>JAMISON, PA 18929 | 3544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $307.27<br><br>$307.27 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLEMING, ROBERT A<br>518 PAWNEE ST APT 2<br>BETHLEHEM, PA 18015 | 4176 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br>UNL | 01/20/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| FOSTER, WILLIAM<br>C O CARRANO & CARRANO LLC<br>270 QUINNIPIAC AVE<br>NORTH HAVEN, CT 06473 | 3001 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $15,000.00<br><br>$15,000.00 | 01/08/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| FOSTER, WILLIAM<br>FOSTER WILLIAM C O CARRANO &<br>CARRANO LLC<br>270 QUINNIPIAC AVE<br>NORTH HAVEN, CT 06473 | 2922 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $15,000.00<br><br>$15,000.00 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOUSKEY, JAMES<br>40 SYLVAN<br>CLIFTON, NJ 07011 | 4017 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $250,000.00<br><br>$250,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)
Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FRANCO, IRENE<br>1225 LA PUERTA<br>LOS ANGELES, CA 90023 | 5554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GARCIA, ALICE<br>516 CANYON<br>BROWNFIELD, TX 79316 | 8449 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,007.73<br><br>$1,007.73 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GARCIA, MARTIN<br>PO BOX 563<br>BELLEFLOWER, CA 90707 | 3797 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$134,305.00<br><br>$134,305.00 | 01/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GEORGE NOUJEIM<br>EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>SACRAMENTO ADJUDICATION<br>CENTER<br>PO BOX 937<br>ELK GROVE, CA 95759-0937 | 13684 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 05/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIBSON, THOMAS<br>66 ATHENS ST<br>SAN FRANCISCO, CA 94112 | 3995 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GRANDE, RICHARD<br>832 ELLSWORTH ST<br>PHILADELPHIA, PA 19147 | 6242 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $750,000.00<br><br>$750,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRANITO, DIANE<br>11466 MADERA ROSA WAY<br>SAN DIEGO, CA 92124-2876 | 4767 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100,000.00<br><br>$100,000.00 | 01/21/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GRANTHAM, JENNIFER<br>JOHN M DUNN<br>616 S MAIN ST<br>SUITE 206<br>TULSA, OK 74119-1260 | 3317 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $538.20<br><br>$538.20 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GROMEK, ERICK<br>17200 EAST 10 MILE RD STE 100<br>EASTPOINTE, MI 48021 | 6566 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $10,000.00<br><br>$10,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GUISEPPINA GERVASIO A MINOR<br>BY HER FATHER EMILIO GERVASIO<br>STEVEN H MEVORAH &<br>ASSOCIATES<br>134 N BLOOMINGDALE RD<br>BLOOOMINGDALE, IL 60108 | 14444 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $50,000.00<br><br>$50,000.00 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                          Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                             (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HADDAD RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 13255 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $577.00<br><br>$577.00 | 06/01/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HADDAD, RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 3844 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $577.00<br><br>$577.00 | 01/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HAIRFIELD, DEBRORAH<br>11028 BALFOUR DR<br>NOBLESVILLE, IN 46060 | 10195 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $557.00<br><br>$557.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HALIMAS SEN AND KILAB EL<br>2951 VERANDA LN<br>CORONA, CA 92882-7555 | 4602 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $20,000.00<br><br>$20,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS, WALTER BUSTER<br>21 LOGGER CT<br>HOME<br>DURHAM, NC 27713 | 4923 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $500,000.00<br><br>$500,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY C O HARTFORD FIRE INSURANCE COMPANY HARTFORD SPECIALTY CO BANKRUPTCY UNIT T 1 55 HARTFORD PLAZA HARTFORD, CT 06115 | 5212 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAWKINS, ELZENA 36913 CAPRICIOUS LN MURRIETA, CA 92563 | 10076 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HENSLEY, DEMETRIA 212 1/2 CARROLL HEIGHTS RD TANEYTOWN, MD 21787 | 8615 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $54,468.33 $54,468.33 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HINKELDAY, TORA C O LAW OFFICE OF STEPHEN H FRANKEL 368 WILLIS AVE MINEOLA, NY 11501 | 2700 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,000,000.00 $10,000,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLLINGSWORTH, ALTOR 8311 46TH AVE S SEATTLE, WA 98118-4618 | 3652 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,000.00 $10,000.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HOLLOWAY, JOSH<br>2511 BLACKTHORN DR<br>MISSOULA, MT 59803-2540 | 6434 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $3,916.90<br><br>$3,916.90 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLUBIK, LAINE<br>1763 ALTAIR CT<br>BELLINGHAM, WA 98226 | 10853 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOOD, MARY<br>310 SE 8TH CT<br>POMPANO BEACH, FL 33060 | 9600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $960.00<br><br>$960.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES L ROLLINS<br>CHARLOTTE E GLINKA ESQ<br>KECHES LAW GROUP PC<br>122 DEAN ST<br>TARUNTON, MA 02780 | 14825 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $150,000.00<br><br>$150,000.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES, SALLY<br>309 PINEVIEW AVE<br>BAXLEY, GA 31513 | 2458 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br><br>UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOANNE COYNE STEVEN ROBERT LEHR ESQ LAW OFFICES OF STEVEN ROBERT LEHR PC 33 CLINTON RD STE 100 WEST CALDWELL, NJ 07006 | 13214 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOHN A CLANCY 431 UNION ST S WEYMOUTH, MA 02190 | 13258 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,196.00 $2,196.00 | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED ATTN MATTHEW RIGHETTI RIGHETTI LAW FIRM PC 456 MONTGOMERY ST STE 1400 SAN FRANCISCO, CA 94104 | 13738 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JORDAN, SHEILA 1 SNELLS WAY WEST BRIDGEWATER, MA 02379 | 4006 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $25,000.00 $25,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOSEPH VASSALLO C O RICHARD S GREENBERG 140 SYLVAN AVE ENGLEWOOD CLIFFS, NJ 07632 | 14490 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $150,000.00 $150,000.00 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOSH HOLLOWAY 2511 BLACKTHORN DR MISSOULA, MT 59803 | 14732 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,916.90 $3,916.90 | 01/27/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JULIA SMITH 11271 MOHAWK RD APPLE VALLEY, CA 92308-7816 | 14335 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KAHUT, AMANDA 944 MATCH POINT DR IDAHO FALLS, ID 83406 | 5864 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $100,000.00 $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KARL ENGELKE ATTN RACHELLE R BOCKSCH SIMON & BOCKSCH ATTORNEYS FOR PLAINTIFFS 1001 BRICKELL BAY DR STE 1200 MIAMI, FL 33131 | 13287 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $450,000.00 $450,000.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KEEFE, RONALD 1360 CLIFTON AVE NO 293 CLIFTON, NJ 07020 | 3026 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $500,000.00 $500,000.00 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KENNEDY, JOY<br>7727 TOMMY ST<br>SAN DIEGO, CA 92119 | 2813 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $30,000.00<br><br>$30,000.00 | 01/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LAM, BILLY<br>11228 SPRINGWOOD ST<br>EL MONTE, CA 91733 | 4318 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $450.00<br><br>$450.00 | 01/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LAZARRE, SAINCIA<br>16602 E SPICEBERRY COURT<br>HAGERSTOWN, MD 21740-2029 | 2449 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $30,000.00<br><br>$30,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LESLIE MORATAYA<br>C O POMPER & GOODMAN<br>111 W WASHINGTON STE NO 1000<br>CHICAGO, IL 60602 | 14527 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $195,000.00<br><br>$195,000.00 | 07/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEWIS, CHRIS<br>403 DUNFIELD COURT<br>JOPPA, MD 21085 | 7855 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,044.06<br><br>$1,044.06 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims (No Liability)

Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 5401 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555 | 10462 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$100,000.00<br><br>$100,000.00 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINEZ, ANTHONY<br>9615 ORPIN RD APT 201<br>RANDALLSTOWN, MD 21133-2356 | 9060 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$20,000.00<br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MATACOTTA, FAUST<br>42 COTTIER<br>WEST ISLIP, NY 11795-1019 | 4035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$242.67<br><br>$242.67 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCBRIDE, KYLE<br>299 BROADWAY STE 1405<br>NEW YORK, NY 10007 | 10025 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$2,000,000.00<br><br>$2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCWATERS, RANDY<br>16348 ANNA LOOP<br>CHEYENNE, WY 82009-8674 | 5544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,279.72<br>$1,279.72 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOORE, SHANNAN<br>ATTN THERON T MOORE OR<br>ANNETTE E MOORE<br>407 ROSSES PT<br>ACWORTH, GA 30102 | 14296 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,750.00<br>$2,750.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORGAN, DENNIS<br>R CHASE PALMER<br>P O DRAWER M<br>MARSHALL, TX 75670 | 8234 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,174.93<br>$1,174.93 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORRISON, LYNN<br>27 GALT ST<br>HAMILTON, ON L9C 6G6<br>CANADA | 10162 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $35,130.00<br>$35,130.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORROW, REBECCA<br>9575 SOUTH EVANS AVE<br>INVERNESS, FL 34452 | 6507 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $350,000.00<br>$350,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MURPHY, LEEDELL<br>7722 GRANT ST<br>MERRILLVILLE, IN 46410 | 5832 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,250,000.00<br><br>$1,250,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEESE, DELBERT T<br>C O WAYDE P SEIDENSTICKER JR ESQ<br>SEIDENSTICKER & SAN FILIPPO LLC<br>1100 5TH AVE S NO 405<br>NAPLES, FL 34102 | 4022 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$75,000.00<br><br>$75,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NELSEN, GREGORY<br>3022 SAVANNAH OAKS CIRCLE<br>TARPON SPRINGS, FL 34688 | 4912 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$314.00<br><br>$314.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NERI, DENNIS<br>LAWRENCE A GOLDBERG ESQ<br>135 W MARKET ST<br>WEST CHESTER, PA 19382 | 4990 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NETHERY, NANCY<br>C O SANCHEZ & ASSOC PA<br>1006 N ARMENIA AVE<br>TAMPA, FL 33607 | 5963 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$25,000.00<br><br>$25,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                              (No Liability)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY NC CHILD SUPPORT CENTRALIZED COLLECTIONS PO BOX 900012 RALEIGH, NC 27675-9012 | 8039 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY NC CHILD SUPPORT CENTRALIZED COLLECTIONS PO BOX 900012 RALEIGH, NC 27675-9012 | 8057 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ODUTOLA, ADEOYE 9736 W 10TH CT WICHITA, KS 67212 | 2543 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,500.00<br>$2,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREIRA, MARIA 9249 HILLIS CT MANASSAS, VA 20112 | 8440 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $1,084.21<br>$1,084.21 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREZ, JESSEE C O BARRY K BAKER ESQ BOGIN MUNNS & MUNNS PA 924 GARFIELD ST MELBOURNE, FL 32935 | 6008 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $50,000.00<br>$50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                        (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PETERS, DUANE<br>PO BOX 971098<br>YPSILANTI, MI 48197 | 5128 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $513.00<br><br><br><br><br><br>$513.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PHILLIPS, SCOTT<br>43 SUMMERHAVEN TRAIL NO 15<br>MIRAMAR BEACH, FL 32550-4049 | 4961 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$2,500.00<br><br>$2,500.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERSON, JOYCE<br>2503 TRACY DR<br>GULFPORT, MS 39503 | 4508 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PISHVA, FRED<br>C O DAVID S KOHM & ASSOCIATES<br>1414 E RANDOL MILL RD STE 118<br>ARLINGTON, TX 76012 | 10200 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$150,000.00<br><br>$150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| POE, TANYA RENEE<br>4717 S JACKSON NO 140<br>SAN ANGELO, TX 76903 | 8795 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$49,702.42<br><br>$49,702.42 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*       "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.      Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH      (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PORTILLO, SONIA<br>2770 HARRISON ST<br>SAN FRANCISCO, CA 94110 | 6773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $16,800.00<br><br>$16,800.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PRESSEL, DONALD<br>2004 ACORN LANE<br>RED LION, PA 17356 | 6400 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,000.00<br><br>$5,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PURDY, STEVE<br>30B EAST DAISY LANE<br>MOUNT LAUREL, NJ 08054 | 3341 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $2,495.00<br><br>$2,495.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RABENS, EDWIN THEODORE<br>1808 PURDUE DR<br>FAYETTEVILLE, NC 28304 | 6235 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $12,000.00<br><br>$12,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RALPH T HADDAD<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 13240 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $590.00<br><br>$590.00 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.     Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH     (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| REED, SHARON<br>3240 7TH AVE NORTH<br>SAINT PETERSBURG, FL 33713 | 5012 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $300,000.00<br><br>$300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| REINKE, ROB<br>PO BOX 1306<br>DRIGGS, ID 83422 | 8149 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,300.00<br><br>$1,300.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RITTER, SCOTT<br>7510 GLEN OAKS DR<br>LINCOLN, NE 68516 | 4717 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $810.15<br><br>$810.15 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERTS, PAM<br>3043 SHILLINGTON RD<br>CHARLOTTE, NC 28210-4243 | 7691 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,080.10<br><br>$1,080.10 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSS, ANGELA<br>111 MOONSTONE CT<br>PORT ORANGE, FL 32129 | 5031 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $25,000.00<br><br>$25,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

Case No. 08-35653-KRH

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RUIZ, DANIEL<br>1222 HELIX AVE<br>CHULA VISTA, CA 91911 | 4437 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,400.00<br><br>$3,400.00 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| RUSSO, DANIEL W<br>4664 N 19TH AVE<br>PHOENIX, AZ 85015 | 9991 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$9,293.00<br><br><br><br><br>$9,293.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RYAN INC FKA RYAN & COMPANY INC<br>ATTN BRUCE W AKERLY ESQ<br>BELL NUNNALLY & MARTIN LLP<br>1400 ONE MCKINNEY PLZ<br>3232 MCKINNEY AVE<br>DALLAS, TX 75204-2429 | 14235 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$175,014.19<br><br><br><br>$175,014.19 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANTANA, MILNA I<br>1201 CARSON AVE<br>KISSIMMEE, FL 34744-4213 | 3464 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$191.26<br><br>$191.26 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHEPIS, ROSE<br>5 COBBLESTONE LN<br>LONG VALLEY, NJ 07853 | 5055 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                            Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                                                      (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SCHROEDER, JERRI<br>4510 BELLEVIEW SUITE 202<br>KANSAS CITY, MO 64111 | 7475 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $455,000.00<br>$455,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHANK, GERMAINE<br>ROSALYN WILLIAMS SR<br>INVESTIGATOR EEOC ATLANTA<br>DISTRICT OFFICE<br>100 ALABAMA ST SW SUITE 4R30<br>ATLANTA, GA 30303 | 14856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 03/10/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHANNON WIECHERT<br>809 N OAKLEY ST<br>SAGINAW, MI 48602 | 13306 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHAW, JACKIE B<br>7819 WOODLARK CV<br>CORDOVA, TN 38016 | 5463 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | UNL<br>UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIERRA, VERONICA<br>3037 ASHLAND LANE SOUTH<br>KISSIMMEE, FL 34741 | 6416 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100,000.00<br>$100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SIMMONS, VERONICA<br>2101 SAN DIEGO DR<br>CORONA, CA 92882 | 7784 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,809.39<br><br>$3,809.39 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SMITH, GREG AND INMAN, FRAN<br>C O KERR & SHELDON<br>16480 HARBOR BLVD STE 100<br>FOUNTAIN VALLEY, CA 92708 | 10201 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$2,152,848.50<br><br>$2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SMITH, GREG AND INMAN, FRAN<br>C O KERR & SHELDON<br>16480 HARBOR BLVD STE 100<br>FOUNTAIN VALLEY, CA 92708 | 14730 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$2,152,848.50<br><br>$2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SMITH, JULIA<br>11271 MOHAWK RD<br>APPLE VALLEY, CA 92308 | 3647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SNOW, CHRISTOPHER<br>JEFFREY R ELLIOTT ESQ KOZLOFF STOUDT<br>2640 WESTVIEW DR BOX 6286<br>WYOMISSING, PA 19610 | 4238 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                                    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                      (No Liability)

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO STEWART C CRAWFORD ESQ 223 N MONROE ST MEDIA, PA 19063 | 14765 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $29,779.10 $29,779.10 | 11/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEIB, MARQUELYN 1852 PLAZA DR MARRERO, LA 70072 | 4941 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $24,597.37 $24,597.37 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEWART, REBECCA ROBERT X LOVYS JR SILBERT GARON & PITRE 3506 WASHINGTON AVE STE G GULFPORT, MS 39507 | 1903 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SWATZEL, DANNY 700 LINDELL BLVD NO 7 218A DEL RAY BEACH, FL 33444 | 5227 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $5,000.00 $5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THIBODEAU, JEFFREY 32 SYCAMORE WAY WALLINGFORD, CT 06492 | 8383 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $25,000.00 $25,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*     "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.                           Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                              (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| THOMAS, ANNA<br>99 10 60TH AVE<br>APT 5J<br>CORONA, NY 11368 | 3145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,000,000.00<br><br>$1,000,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON, KINA<br>ATTN JAY SCHAFER<br>WINTERS BREWSTER CROSBY AND SCHAFER LLC<br>111 W MAIN ST<br>PO BOX 700<br>MARION, IL 62959 | 5523 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br>$540,000.00<br><br><br>$60,000.00<br><br>$600,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TINSLEY, CLEMENTINE<br>444 MIDWOOD ST<br>BROOKLYN, NY 11225 | 4272 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAVIS, RAYANNA<br>4575 FULCHER RD<br>HEPHZIBAH, GA 30815 | 9171 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$20,000.00<br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRIPODI, MICHAEL<br>23 YARMOUTH RD<br>PURCHASE, NY 10577-1821 | 6399 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,634.62<br><br>$1,634.62 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TULLY MD, VINCENT 180 KELLOWS RD HONESDALE, PA 18431 | 1134 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| VANNELLI, PATRICIA 3522 WILDFLOWER WY CONCORD, CA 94518 | 8411 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WIENER, MURRAY 43 W 70TH ST NEW YORK, NY 10023 | 9914 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WITTENBERG, ROBERT 6307 SANFORD HOUSTON, TX 77096 | 2724 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $329.07 $329.07 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WITZ, RUTH 611 SALISBURY PARK DR E MEADOW, NY 11554 | 3996 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $15,000,000.00 $15,000,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability)

EXHIBIT C

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| WOODS MORSE, FORTIS DAVIS 1005 SE 49TH AVE PORTLAND, OR 97215 | 10161 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $13,409.00 $13,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WOODS MORSE, FORTIS DAVIS FORTIS & KATHERINE WOODS ELIOT 1005 SE 49TH AVE PORTLAND, OR 97215 | 10160 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,409.00 $3,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| YOUNG, ERIC 613 NEWCOMB DR BENTON, AR 72015 | 4523 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,000.00 $9,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    165                    $56,673,406.00

*    "UNL" denotes an unliquidated claim.