Gregg M. Galardi, Esq.          Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.         Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
          Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

**DEBTORS' OBJECTION TO CLAIM 1283
OF QUEBECOR WORLD (USA) INC.**

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] hereby object to claim number 1283 filed by Quebecor World (USA) Inc. (the "Objection"), and move this Court, pursuant to sections 105 and 503(b)(9) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Bankruptcy Rule 3007-1 for entry of an order, the proposed form of which is attached hereto, reducing and reclassifying such claim to a general unsecured non-priority claim.  In support of this Objection, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1.    This Court has jurisdiction to consider this Objection under 28 U.S.C. §§ 157 and 1334.  This is

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 4951 Lake Brook Drive, Glen Allen, VA 23060.

a core proceeding under 28 U.S.C. § 157(b).  Venue of
these cases and this Objection in this district is proper
under 28 U.S.C. §§ 1408 and 1409.

2.    The statutory and legal predicates for the
relief requested herein are Bankruptcy Code sections 105
and 503(b)(9), Bankruptcy Rule 3007 and Local Bankruptcy
Rule 3007-1.

**BACKGROUND**

**A.    General Case Background.**

3.    On November 10, 2008 (the "Petition
Date"), the Debtors filed voluntary petitions in this
Court for relief under chapter 11 of the Bankruptcy Code.

4.    On November 12, 2008, the Office of the
United States Trustee for the Eastern District of
Virginia appointed a statutory committee of unsecured
creditors (the "Creditors' Committee").  To date, no
trustee or examiner has been appointed in these chapter
11 cases.

5.    On January 16, 2009, the Court authorized
the Debtors, among other things, to conduct going out of
business sales at the Debtors' remaining 567 stores
pursuant to an agency agreement (the "Agency Agreement")
between the Debtors and a joint venture, as agent (the
"Agent").  On January 17, 2009, the Agent commenced going
out of business sales pursuant to the Agency Agreement at

the Debtors' remaining stores.  The going out of business
sales concluded on or about March 8, 2009.

6.    On September 29, 2009, the Debtors and the
Creditors' Committee filed the First Amended Joint Plan
Of Liquidation Of Circuit City Stores, Inc. And Its
Affiliated Debtors And Debtors In Possession And Its
Official Committee Of Creditors Holding General Unsecured
Claims (Bankr. Ct. Dkt. No. 5124) (the "Plan"). The
associated disclosure statement (Bankr. Ct. Dkt. No.
5103) (the "Disclosure Statement") was approved on
September 24, 2009.

7.    Generally, the Plan provides for the
liquidation of the Debtors under chapter 11 of the
Bankruptcy Code and distribution of the proceeds from
such liquidation to the Debtors' creditors.

8.    On June 1, 2010, the Creditors' Committee
filed a separate plan.  Since then, the Debtors and the
Creditors' Committee have continued to attempt to reach a
consensual resolution concerning the Plan.

**B.    Relationship Between Circuit City And Quebecor.**

9.    Circuit City Stores, Inc. ("Circuit City")
and Quebecor World (USA) Inc. ("Quebecor") are parties to
a printing agreement, dated September 1, 2003, as amended

(the "Printing Agreement").  A true and correct copy of the Printing Agreement is attached hereto as <u>Exhibit A</u>.[2]

10.  As part of the Printing Agreement, the Debtors and Quebecor entered into a rider pursuant to which the parties agreed that the Debtors, not Quebecor, would purchase paper separately and provide it to Quebecor (the "Customer Furnished Paper Rider").  A true and correct copy of the Customer Furnished Paper Rider is attached hereto as <u>Exhibit B</u>.[3]

11.  Pursuant to the Printing Agreement, Quebecor agreed to print promotional materials on the paper provided by the Debtors (the "Newspaper Inserts") and to prepare those materials for mailing and delivery to newspaper distributors (the "Newspaper Distributors") throughout the United States (collectively, the "Printing Services").

12.  The Newspaper Inserts were delivered directly to the Newspaper Distributors by Eleets.[4]  True and correct copies of the delivery receipts (the

---

[2]  The Printing Agreement contains certain confidential and/or proprietary information. Accordingly, the Debtors will file a motion to seal the Printing Agreement.

[3]  The Customer Furnished Paper Rider contains certain confidential and/or proprietary information. Accordingly, the Debtors will file a motion to seal the Customer Furnished Paper Rider.

[4]  A small portion of the Newspaper Inserts were delivered to the Newspaper Distributors by Federal Express.

"Delivery Confirmations") are attached hereto as <u>Exhibit</u> <u>C</u>.[5]

## C.    Relationship Between Circuit City And Eleets.

13.   Rather than provide transportation services for the pick-up and delivery of the Newspaper Inserts itself, Circuit City contracted with Eleets to provide such services.  In that regard, Circuit City and Eleets entered into an agreement as of September 7, 2007 for the transportation of Newspaper Inserts between points in the United States (the "Transportation Agreement").  A true and correct copy of the Transportation Agreement is attached hereto as <u>Exhibit</u> <u>D</u>.[6]

14.   Under the Transportation Agreement, Eleets performed services for Circuit City "as an independent contractor[.]"  <u>Transportation Agreement</u>, Ex. D, Preamble.  In that regard, Eleets was solely responsible for (a) providing the equipment and personnel required to deliver the Newspaper Inserts; (b) the taxes arising out of the transportation of the Newspaper Inserts; and (c)

---

[5]   The Delivery Confirmations contain certain confidential and/or proprietary information. Accordingly, the Debtors will file a motion to seal the Delivery Confirmations.

[6]   The Transportation Agreement contains certain confidential and/or proprietary information. Accordingly, the Debtors will file a motion to seal the Transportation Agreement.

providing adequate insurance coverage. <u>Transportation
Agreement</u>, Ex. D, §§ 2, 6 and 7.   Circuit City had no
control over (a) the equipment or personnel Eleets
selected to deliver the Newspaper Inserts, (b) the manner
in or the time at which taxes were paid, or (c) the third
party that provided insurance coverage to Eleets or the
carriers Eleets hired to perform deliveries.
<u>Transportation Agreement</u>, Ex. D, §§ 2, 6 and 7. In
addition, Eleets and the carriers it hired assumed
liability for loss or damage arising out of the rendering
of transportation services. <u>Transportation Agreement</u>, Ex.
D, §§ 2 and 4.

15.   Further, as part of the agreement between
Circuit City and Eleets, at Eleets' election and without
input from Circuit City, Eleets was free to "use one or
more other [adequately insured] motor carriers to provide
transportation form [sic] origin to destination" as it so
chose. <u>Transportation Agreement</u>, Ex. D, § 7.3. Again,
Circuit City lacked control over such third parties under
the Transportation Agreement.  <u>Transportation Agreement</u>,
Ex. D, § 7.

16.   In addition, no employee of Eleets was
paid by Circuit City or paid in accordance with Circuit
City's employee payroll schedule, nor did Circuit City
withhold employment taxes in its payments to Eleets.

Rather, Eleets invoiced Circuit City within 90 days of the shipment date, and Circuit City was required to remit payment within 45 days of receipt of freight bills and supporting documentation. <u>Transportation Agreement</u>, Ex. D, § 3.  The amount of these payments was determined in accordance with a schedule attached as an addendum to the Transportation Agreement. <u>Transportation Agreement</u>, Ex. D, § 3.

17.  Finally, Eleets was solely responsible for complying with all applicable rules and regulations, without any input or direction from Circuit City. <u>Transportation Agreement</u>, Ex. D, § 2.3

**D.   Quebecor's Claim.**

18.  On or about December 18, 2008, Quebecor filed a claim -- numbered 1283 -- pursuant to Bankruptcy Code section 503(b)(9) in the amount of $722,441.39 (the "Claim"), based on certain of the Printing Services allegedly rendered during the 20 day period prior to the Petition Date.  A true and correct copy of the Claim is attached hereto as <u>Exhibit E</u>.  Quebecor attached to its Claim six supporting invoices dated between October 23, 2008 and November 13, 2008 (the "Invoices").

19.  In connection with its Claim, Quebecor contends that the Printing Services are "goods" that were

"received" by Circuit City during the 20 day period prior to the Petition Date.

20.   The paper on which the Newspaper Inserts were printed, however, was separately purchased from Graphic Communications, Inc. and paid for by the Debtors. Copies of the invoices for the paper that was associated with the Newspaper Inserts that allegedly gave rise to the Claim are attached as Exhibit F.[7]  Such invoices total $3,476,230.37.

**OBJECTION**

21.   By this Objection, the Debtors seek entry of an order reclassifying and reducing the Claim.

**BASIS FOR OBJECTION**

22.   Currently, the Debtors are engaged in a thorough review of all claims filed against their estates, including administrative expense claims, to determine the validity of such claims.  As part of this process, the Debtors are diligently reviewing claims filed pursuant to Bankruptcy Code section 503(b)(9).

23.   After reviewing the Claim, its supporting documentation, and the Debtors' books and records, the Debtors have determined that the Claim does not satisfy

---

[7]   The paper invoices contains certain confidential and/or proprietary information. Accordingly, the Debtors will file a motion to seal the paper invoices.

the requirements of Bankruptcy Code section 503(b)(9).

Specifically, Quebecor has failed to meet its burden

under section 503(b)(9) to demonstrate that the Printing

Services are "goods" that were "received" by the Debtors

during the twenty-day period prior to the Petition Date.

Therefore, Quebecor has failed to establish a valid

section 503(b)(9) claim.

     24.   Additionally, the Debtors have determined

that the amount asserted in the Claim is overstated and

should be reduced to $675,232.83.

**APPLICABLE AUTHORITY**

**I.   QUEBECOR HAS THE BURDEN TO DEMONSTRATE THAT IT HAS
     SATISFIED ALL ELEMENTS OF ITS ALLEGED SECTION
     503(B)(9) CLAIM.**

     25.   Courts in the Fourth Circuit have

repeatedly held that the claimant has the burden of proof

on all elements of an administrative expense claim.  See,

e.g., Ford Motor Credit Co. v. Dobbins, 35 F.3d 860, 866

(4th Cir. 1994) (quoting In re Mid Region Petroleum,

Inc., 1 F.3d 1130, 1132 (10th Cir. 1993)) ("the party

claiming entitlement to administrative expense priority

[under § 503(b)] has the burden of proof"); see also In

re Wetco Rest. Group, LLC, No. 07-51169, 2008 WL 1848779,

*4 (Bankr. W.D. La. Apr. 23, 2008) (the claimant has the

"burden to establish that the value of the 20-Day Goods

10

qualifies for administrative expense treatment under
section 503(b)(9)").

26.   In evaluating administrative expense
requests, courts should remain mindful that "[t]he
presumption in bankruptcy cases is that the debtor's
limited resources will be equally distributed among the
creditors."  Ford Motor Credit Co. v. Dobbins, 35 F.3d at
865 (quoting In re James B. Downing & Co., 94 B.R. 515,
519 (Bankr. N.D. Ill. 1988)); see also City of White
Plains v. A&S Galleria Real Estate, Inc. (In re Federated
Dep't Stores, Inc.), 270 F.3d 994, 1000 (6th Cir. 2001).
Thus, this Court should interpret section 503(b)(9)
narrowly and in accordance with its plain meaning.  See
Hartford Underwriters Ins. Co. v. Union Planters Bank,
530 U.S. 1, 6, (2000) ("Congress says in a statute is
what it means and means in a statute what it says
there.") (internal quotations omitted); In re NVR, LP,
189 F.3d 442, 457 (4th Cir. 1999) (holding that the
Bankruptcy Code must be interpreted in accordance with
its plain meaning using the ordinary understanding of
words); In re Amireh, No. 05-12358-RGM, 2008 WL 52706, *4
(Bankr. E.D. Va. Jan. 2, 2008) ("The court will not
expand the reach of the statute beyond the language
chosen by Congress.").

27.   Here, Quebecor contends that the Claim is entitled to administrative expense priority under Bankruptcy Code section 503(b)(9), which provides:

> (b) After notice and a hearing, there shall be allowed administrative expenses, . . . including . . .
>
>> (9) the value of any <u>goods</u> <u>received</u> by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business.

11 U.S.C. § 503(b)(9) (emphasis added).  Therefore, in order to meet its burden of proof with respect to the Claim, Quebecor must establish, among other things, that the Printing Services upon which the Claim is based were "goods" that were "received" by the Debtors during the 20 day period prior to the Petition Date.

28.   As demonstrated below, Quebecor has not and cannot meet its burden.

**II.   QUEBECOR DID NOT PROVIDE "GOODS" TO THE DEBTORS.**

29.   As discussed above, Bankruptcy Code section 503(b)(9) provides administrative expense priority treatment to claims for "the value of any <u>goods</u> received by the debtor within 20 days before the date of commencement of a case . . . ."  11 U.S.C. § 503(b)(9) (emphasis added).

30.   While the Bankruptcy Code does not define the term "goods," this Court has held that "the definition of 'goods' in the Uniform Commercial Code (the 'UCC') should be employed in fashioning a federal definition for that term in § 503(b)(9)." <u>In re Circuit City Stores, Inc.</u>, 416 B.R. 531, 532 (Bankr. E.D. Va. 2009).  In that regard, the UCC defines "goods" as "all things (including specially manufactured gods) which are movable at the time of identification to the contract for sale other than the money in which the price is to be paid . . . . " <u>Id.</u> at 535 (quoting UCC § 2-105).

31.   This Court has also held that the "predominate purpose test" should be used when deciding "whether a claim involves the selling of goods and is, therefore, entitled to administrative priority under § 503(b)(9) of the Bankruptcy Code." <u>Id.</u> at 532. The predominant purpose test asks whether the contract's "predominant factor, [] thrust, [and] purpose, reasonably stated, is the rendition of service, with goods incidentally involved  . . . or is a transaction of sale, with labor incidentally involved." <u>Id.</u> at 537 (quoting <u>Princess Cruises, Inc. v. Gen. Elec. Co.</u>, 143 F.3d 828, 833 (4th Cir. 1998)).

32.   For purposes of the predominant purposes test, "[t]he Fourth Circuit has deemed the following

13

factors significant in determining the nature of the
contract: (1) the language of the contract, (2) the
nature of the business of the supplier, and (3) the
intrinsic worth of the materials." Princess Cruises,
Inc. 143 F.3d at 833 (citing Coakley & Williams, Inc. v.
Shatterproof Glass Corp., 706 F.2d 456, 460 (4th Cir.
1983)).  Additionally, the Fourth Circuit has concluded
that courts may give weight to the in-court
characterization that the parties assign to the contract.
See, e.g., Princess Cruises, Inc. 143 F.3d at 834
("Although not a Coakley factor, it is also telling that,
during oral argument, Princess's counsel admitted that
the gravamen of Princess's complaint did not arise out of
GE's furnishing of deficient parts, but rather out of
GE's deficient services").

     33.  Here, the Printing Agreement is one whose
"predominant factor, [] thrust, [and] purpose, reasonably
stated, is the rendition of service, with goods
incidentally involved." See, e.g., Mail Concepts Inc. v.
Foote and Davies Inc., 409 S.E.2d 567 (Ga. Ct. Appl.
1991)(holding contract for imprinting, packaging,
labeling and shipping of magazines was contract for
services). But, see, e.g., Erin Printing and Promotional
Mktg, Inc. v. Convum, LLC, No. M2003-01449-COA-R3-CV,
2005 WL 366895 at *3 (Tenn. Ct. App. 2005) (concluding

that a contract for production of catalogues was contract
for goods).  Indeed, each Princess Cruises factor weighs
in favor of concluding that the Printing Agreement
provided for the rendition of services, i.e., the
Printing Services, with goods, i.e., ink and cartons,
incidentally involved.

34.  First, the language of the Printing
Agreement itself provides strong evidence that the
contract was one for services.  Specifically, the
Printing Agreement expressly refers to the fact that
Quebecor will provide "printing, and other production
services[.]"  Printing Agreement, Ex. A, § 1.01
(providing that Quebecor "shall supply all labor,
equipment, utilities, facilities and materials [with the
exception of paper, which the Debtors provided] necessary
to complete the printing, and other production services
and preparation for mailing and delivery of the
[Newspaper Inserts] (collectively, the "Work")(emphasis
added)).  By referring to printing and "other production
services", the parties clearly intended that the printing
constitute "services".  See Washington State Dept. of
Social and Health Serv. v. Guardianship Estate of
Keffeler, 537 U.S. 371, 384 (2003)("[U]nder the
established interpretative canons of noscitur a sociis
and ejusdem generis, '[w]here general words follow

specific words in a statutory enumeration, the general
words are construed to embrace only objects similar in
nature to those objects enumerated by the preceding
specific words.'" (quoting <u>Circuit City Stores, Inc. v.
Adams</u>, 532 U.S. 105, 114-115 (2001)).

35.  Second, the nature of Quebecor's business
is the provision of services.  Indeed, this is exactly
how Quebecor markets itself.  <u>See</u> World Color Press Inc.
Website, http://www.worldcolor.com/restructuring.aspx
(noting that World Color was formerly known as Quebecor
World Inc. and offering a link to the "integrated
services" it provides) (last visited June 21, 2010); <u>see
also</u> Quebecor World (USA) Inc., Annual Report (Form 10-
K), at 4 (Mar. 29, 2001) (describing the nature of
Quebecor's "current services"); World Color Press Inc.,
Monthly Report (Form 6-K), at 5 (Mar. 1, 2010) (stating
that Quebecor provides "services" to its customers and
subsequently noting some of the products it offers as
part of those services).

36.  Third, the intrinsic worth of the
materials is small in comparison to the service charges.
Indeed, Quebecor does not even itemize the materials,
such as ink and cartons, associated with the Printing
Services.  Moreover, the single largest and most
important material -- the paper -- was not sold by

Quebecor to the Debtors.  Instead, the paper was sold by Graphic to the Debtors, and the Debtors provided it to Quebecor.

37.  Fourth, and finally, on a separate proof of claim filed by Quebecor,[8] Quebecor expressly described the Printing Services as "printing services".  See Proof of Claim No. 8415, Ex. G (stating, on the first page of the Bankruptcy Form 10, that the claim is based on "printing services"); see id., Ex. G, 2-3 (stating that "Quebecor supplied Circuit City with certain printing services and printed materials prior to the Petition Date" (emphasis added)).  More importantly, perhaps, Quebecor references and includes all or a portion of the amount of the Claim in Proof of Claim No. 8415.  Compare, Claim, Ex. E, at 1, with, Proof of Claim No. 8415, Ex. G, at 1-3.  And, the other invoices that were attached to Proof of Claim No. 8415 are substantially similar to the

---

[8]   A true and correct copy of the separate proof of claim, Proof of Claim No. 8415, is attached hereto as Exhibit G.  Proof of Claim No. 8415 states that "Retail Printing Corp" is the creditor and notice party.  Proof of Claim No. 8415, Ex. G, 1.  Quebecor is listed, however, as the entity to whom payment should be sent and is identified as the "creditor" on the attachment to Proof of Claim No. 8415.  Proof of Claim No. 8415, Ex. G, 1. Indeed, in the attachment to Proof of Claim No. 8415, Retail Printing Corp is not even mentioned and no contractual relationship between Retail Printing Corp. and any Debtor is discussed.  Proof of Claim No. 8415, Ex. G, 2-3  Finally, Proof of Claim No. 8415 is signed by the same person who signed the Claim.  Proof of Claim No. 8415, Ex. G., 1 and Claim, Ex. E, 1 (reflecting that both were signed by "Jackie De Buck" as "Senior Director").

invoices attached to the Claim.  Compare, Proof of Claim No. 8415, Ex. G (attaching invoices prepared by, among others, "Connie Portis", typed and arranged in a distinct font and format, with a remittance address of "Quebecor World (usa) Inc., P.O. Box 98668, Chicago, IL 60693-8668", and a statement that the invoices are "subject to Quebecor World's standard terms and conditions . . . ."), with, Claim, Ex. E (attaching invoices prepared by, among others, "Connie Portis", typed and arranged in the same distinct font and format, with the same remittance address, and the same "subject to Quebecor World's standard terms and conditions" statement.).

38.   For these reasons, it is clear that the predominant purpose of the Printing Agreement was the rendition of services rather than the sale of goods.

39.   Accordingly, Quebecor has failed to meet its burden, and the Claim should be reclassified to a general unsecured non-priority claim.

## III. ASSUMING, ARGUENDO, QUEBECOR SOLD "GOODS" TO THE DEBTORS, SUCH GOODS WERE NOT "RECEIVED" BY THE DEBTORS.

40.   Even assuming, arguendo, that Quebecor sold the Newspaper Inserts, as "goods" to the Debtors, the Newspaper Inserts were not "received" by the Debtors within 20 days of the Petition Date.  Rather, the Newspaper Inserts were "received" by Eleets and

subsequently the Newspaper Distributors.  Consequently,
the Claim should be reclassified to a general unsecured,
non-priority claim.

41.  As this Court has previously held,
"received" in Bankruptcy Code section 503(b)(9) means
having taken into 'physical possession[,]'" which is
derived from the definition of "receipt" in the UCC.  See
In re Circuit City Stores, Inc., No. 08-35653, 2010 WL
1451338 at *4 (Bankr. E.D. Va. Apr. 8, 2010) ("the Court
holds that 'received' for the purposes of § 503(b)(9)
means having taken into 'physical possession.'"); U.C.C.
§ 2-103(1)("'Receipt of goods' means taking physical
possession of goods.").  Here, the Newspaper Inserts
bypassed the Debtors and went directly from Quebecor to
Eleets, a carrier, for delivery to Newspaper
Distributors.  See Delivery Confirmations, Ex. C.
Therefore, the Debtors never took actual physical
possession of the Newspaper Inserts.

42.  Moreover, Eleets, as a common carrier, was
neither the Debtors' agent nor a bailee.  See, e.g.,
Montello Oil Corp. v. Marin Motor Oil, Inc. (In re Marin
Motor Oil, Inc.), 740 F.2d 220, 225 (3d Cir. 1984)
(noting that under the UCC, "goods given by a seller to a
common carrier for delivery to a buyer [are] . . . in the
possession of the common carrier not the buyer."); Trico

Steel Co., L.L.C. v. Cargill Inc. (In re Trico Steel Co.,
L.L.C.), 302 B.R. 489, 493 (D. Del. 2003) (same)
Consequently, the Debtors did not constructively receive
the Newspaper Inserts when Eleets took actual physical
possession of them.

43.   Accordingly, Quebecor has failed to meet
its burden, and the Claim should be reclassified to a
general unsecured non-priority claim.

**IV.   THE CLAIM IS OVERSTATED.**

44.   The Debtors' books and records reflect
that the Claim is overstated by $47,208.56.   The
overstatement is attributable to (1) a sales tax
overstatement of $1,207.19 (the "Sales Tax
Overstatement") and (2) Qubecor's failure to account for
the fact that the Debtors paid an invoice totaling
$46,001.37 (the "Invoice Overstatement").

45.   The Sales Tax Overstatement arises out
Invoice number 30308933 dated November 11, 2008, which
contains a sales tax charge of $1,207.19.   That invoice
states "[i]f you are exempt from tax, please fax your
exemption certificate to (630)378-7041."   The Debtors
were indeed exempt from the sales tax charge and Quebecor
was in possession of the Debtors' exemption certificate.
Accordingly, the Claim is overstated by $1,207.19.

46.   The Invoice Overstatement arises as a result of Quebecor's failure to recognize that the Debtors paid Invoice #738709 with check #4586117, issued on December 16, 2008 and cashed on December 22, 2008.

47.   Accordingly, the Claim should be reduced to $675,232.83.

**RESERVATION OF RIGHTS**

48.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Claim.   To that end, the Debtors reserve the right to further object to the Claim and any and all claims, whether or not the subject of this Objection (including (without limitation) Proof of Claim No. 8415 on the basis that it is duplicative of the Claim), for allowance, voting, and/or distribution purposes, and on any other grounds.   Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim of Quebecor.

**NOTICE**

49.   Notice of this Objection has been provided to Quebecor and to parties-in-interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1

and 9013-1 Establishing Certain Notice, Case Management

and Administrative Procedures (Docket No. 6208) (the

"Case Management Order").  The Debtors submit that,

under the circumstances, no other or further notice need

be given.

### WAIVER OF MEMORANDUM OF LAW

50.  Pursuant to Local Bankruptcy Rule 9013-

1(G), and because there are no novel issues of law

presented in the Objection, the Debtors request that the

requirement that all motions be accompanied by a written

memorandum of law be waived.

### NO PRIOR RELIEF

51.  No previous request for the relief sought

herein has been made to this Court or any other court.

### CONCLUSION

WHEREFORE, the Debtors request the Court to

enter an Order sustaining this Objection and granting

such other and further relief as the Court deems

appropriate.

Dated: Richmond, Virginia    SKADDEN, ARPS, SLATE, MEAGHER &
       June 21, 2010               FLOM, LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                  - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &

```
        FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

          - and -

MCGUIREWOODS LLP

 _/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession
```

## EXHIBIT A

**(Printing Agreement)**

**FILED UNDER SEAL**

## <u>EXHIBIT B</u>

**(Customer Furnished Paper Rider)**

**FILED UNDER SEAL**

**<u>EXHIBIT C</u>**

**(Delivery Confirmations)**

**FILED UNDER SEAL**

**<u>EXHIBIT D</u>**

**(Transportation Agreement)**

**FILED UNDER SEAL**

**<u>EXHIBIT E</u>**

**(Claim)**

RECEIVED

DEC 08 2008

CFS DEPT.

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

**Section 503(b)(9) Claim Request Form**

FILING # 1283

CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

| | |
|---|---|
| Circuit City Stores, Inc., *et al.*, Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., *et al.*<br>**Case Nos. 08-35653 through 08-35670**<br>Chapter 11 Jointly Administered |

**NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.**

Name and Address of Creditor: *(The person or other entity to whom the debtor owes money or property)* NameID: 4501963  (P1) PackID: 62799

QUEBECOR WORLD PETTY
420 W INDUSTRIAL AVE
CHICAGO, IL 60693-8668

Telephone: _____
Fax: _____

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

Name and address where notices should be sent (if different from above)

QUEBECOR WORLD (USA) INC
999 DE MAISONNEUVE WEST
SUITE 1100
MONTREAL, QUEBEC H3A 3L4
ATTN: JACKIE DE BUCK
Telephone: 514-877-5135
Fax: 514-648-4046

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee:

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**Debtor against which claim is asserted: (Check one box below:)**

☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR: 15516

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim, dated: _____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 722,441.39

**2. DATE OF SHIPMENT:** VARIOUS SEE EXHIBIT 1   **METHOD OF SHIPMENT:** TRUCK   **DATE OF RECEIPT:** VARIOUS SEE EXHIBIT 1
**NAME OF CARRIER:** FLEETS AND FEDEX SEE EXHIBIT 1   **PLACE OF DELIVERY:** VERY VOLUMINOUS - AVAILABLE UPON REQUEST

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 722,441.39
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges

**4. BRIEF DESCRIPTION OF CLAIM:** WE PRINTED THEIR WEEKLY INSERTS
Describe goods sold: RETAIL INSERTS FOR THE NEWSPAPERS   *Attach support for your claim.*

**5. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**6. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

**7. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

**8. ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FOR COURT USE ONLY

RECEIVED

DEC 18 2008

KURTZMAN CARSON CONSULTANTS

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|---|
| DEC 17, 2008 | JACKIE DE BUCK<br>SENIOR DIRECTOR |

0835653081113193401016783



# Quebecor World

Circuit City Stores

Claim Request Form

We print weekly retail inserts on behalf of Circuit City Stores and there are weekly multiple deliveries to the newspapers for insertion.

We do have copies of all deliveries but there are multiple, the documentation is voluminous and can be forwarded upon request.

The shipments, for which we are sending our 503(b)(9) claim, were made on October 23, October 25, October 26, October 28, October 29, November 1, November 7 through November 15 (Exibit 1)

**JACKIE DE BUCK**
SENIOR DIRECTOR
CLIENT FINANCIAL SERVICES

Circuit City Admin. Claim



**Quebecor World**

EXIBIT 1

| INVOICE | INV. DATE | AMOUNT | QTY | SHIP DATE | Approximate Receipt | SHIP TO | METHOD | CARRIER | |
|---|---|---|---|---|---|---|---|---|---|
| 734378 | 10/23/2008 | $ 317,463.36 | 25,744.495 | 10/23-10/25 | 10/23-10/25 | Too Voluminous | Truck | Eleets Transportation | Cust Directed |
| 735926 | 10/31/2008 | $ 1,751.84 | 89,925 | 26-Oct | 26-Oct | Too Voluminous | Truck | Eleets Transportation | Cust Directed |
| 30308931 | 11/10/2008 | $ 19,342.13 | 1,066.500 | 10/29/2008 | 10/29/2008 | Too Voluminous | Truck | Fedex | |
| 30308933 | 11/11/2008 | $ 20,598.90 | 1,066.500 | 11/5/2008 | 11/5/2008 | Too Voluminous | Truck | Fedex | |
| 735925 | 10/31/2008 | $ 317,283.79 | 25,743.595 | 10/28-11/01 | 10/28-11/01 | Too Voluminous | Truck | Eleets Transportation | Cust.Directed |
| 738709 | 11/13/2008 | $ 46,001.37 | 2,060,711 | 11/07-11/15 | 11/07-11/15 | Too Voluminous | Truck | Eleets Transportation | Cust.Directed |
| TOTAL: | | $ 722,441.39 | | | | | | | |

Note: Ship to Locations available upon request

**JACKIE DE BUCK**
SENIOR DIRECTOR
CLIENT FINANCIAL SERVICES

999 de Maisonneuve Blvd West
Suite 1100
Montreal, Quebec H3A 3L4
Telephone: (514) 877-5135
Fax: (514) 648-4046
E-Mail: jacqueline.debuck@quebecorworld.com


DATE: Wednesday, December 17, 2008          TIME: 12:24:56

TO: Beverly Milenbachs                      FAX: (804) 967-8815
    CIRCUIT CITY STORES(CHAPTER 11

FROM: Jacqueline De Buck

Re: Account Number 15516
    Account Name    CIRCUIT CITY STORES(CHAPTER 11

Dear Beverly:

The following is a list of your open invoices as of Wednesday, December 17, 2008.

| Invoice | Date | Purchase Order | Due Date | Balance |
|---|---|---|---|---|
| 734378 | 10-23-08 | 11/02/08 Event | 11-22-08 | 317,463.36 |
| 735925 | 10-31-08 | 11/09/08 Event | 11-30-08 | 317,283.79 |
| 735926 | 10-31-08 | 11/08/08 Event | 11-30-08 | 1,751.84 |
| 30308931 | 11-10-08 | CCS01-00004985 | 12-10-08 | 19,342.13 |
| 30308933 | 11-11-08 | CCS01-00004985 | 12-11-08 | 20,598.90 |
| 738709 | 11-13-08 | 11/27/08 Event | 12-13-08 | 46,001.37 |

Your total account balance is $722,441.39 of which $722,441.39 is past due.

Please call me if you have any questions or concerns regarding the items on this list.

Sincerely,

Jacqueline De Buck
Senior Director, CFS
(514) 877-5135



standard terms and conditions of sale or to the terms and conditions stated in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| Invoice No: | Date: |
|---|---|
| 734378 | Oct 23, 2008 |
| **Terms:** | |
| Net 30 Days | |
| **Prepared By:** | |
| Connie Portis Nashville (RPC) (615) 226-1776 | |

Bill To:  Circuit City Stores(Chapter 11)
          Circuit City Procurement, DR 3
          9954 Mayland Drive, DR 3,2
          Richmond, VA   232331463

          Attn:  Susan Alexander

Remit To:   Quebecor World (usa) Inc.
            P. O. Box 98668
            Chicago, IL   60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081102 | CIRCUIT CITY 11/02/08 |

11/02/08 Event 24 Pages 10.5 x 7.5" Oblong

Total printed and delivered  25,744,495

| Offset: | WINCHESTER | TAUNTON | NASHVILLE | PITTSBURG | RIVERSIDE |
|---|---|---|---|---|---|
| Total | 5,912,923 | 5,348,788 | 6,898,543 | 3,509,900 | 4,074,341 |

| Description | | | Amount |
|---|---|---|---|
| **Offset Printing Charges:** | | | |
| Makeready | 5 @ | $1,200.00 | $6,000.00 |
| Copies printed, per m | 25,744,495 @ | $11.84 | $304,814.82 |
| 2% discount | | | ($6,216.30) |
| Plate change | 21 @ | $110.00 | $2,310.00 |
| Carton packing | 2,354 @ | $1.40 | $3,295.60 |
| United Parcel Service | | | $6,434.96 |
| | | Section Total: | $316,639.08 |
| **Sales Tax** | | | |
| Arkansas - Sales Tax    (Quantity: 153,250) | | | $146.05 |
| Connecticut - Sales Tax    (Quantity: 451,500) | | | $329.78 |
| Georgia - Sales Tax    (Quantity: 997,300) | | | $15.12 |
| Indiana - Sales Tax    (Quantity: 547,400) | | | $7.96 |
| Kansas - Sales Tax    (Quantity: 1,250) | | | $1.22 |
| Kentucky - Sales Tax    (Quantity: 332,950) | | | $238.17 |
| Maryland - Sales Tax    (Quantity: 447,600) | | | $10.80 |
| North Carolina - Sales Tax    (Quantity: 967,653) | | | $13.21 |
| Nevada - Sales Tax    (Quantity: 237,850) | | | $3.86 |
| Ohio - Sales Tax    (Quantity: 1,426,600) | | | $12.72 |
| Rhode Island - Sales Tax    (Quantity: 172,800) | | | $0.83 |
| Tennessee - Sales Tax    (Quantity: 664,002) | | | $13.25 |
| Utah - Sales Tax    (Quantity: 249,700) | | | $5.36 |
| Vermont - Sales Tax    (Quantity: 7,600) | | | $5.44 |
| Washington - Sales Tax    (Quantity: 822,350) | | | $17.81 |
| West Virginia - Sales Tax    (Quantity: 188,500) | | | $2.16 |

Eric Schmidt

| Invoice No: | Date: |
|---|---|
| 734378 | Oct 23, 2008 |

| Description | Amount |
|---|---|
| Wyoming - Sales Tax   (Quantity: 16,750) | $0.54 |

Section Total: $824.28

Invoice Total: $317,463.36

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

Eric Schmidt

This invoice is subject to Quebecor World's
standard terms and conditions of sale or
the subsequent terms and conditions set in a
written agreement agreed to by both parties.
Any past due balance will be subject to an
interest rate not to exceed 1.5% per month,
or as indicated in a written agreement
between the parties. This statement does not
replace any written contractual terms of
sale.

| 735926 | Oct 31, 2008 |
|---|---|

| Terms: |
|---|
| Net 30 Days |

| Prepared By: |
|---|
| Connie Portis<br>Nashville (RPC)<br>(615) 226-1776 |

Bill To: Circuit City Stores(Chapter 11)
9954 Mayland Drive
2nd floor, DR3
Richmond, VA   23233

Attn:  Beverly Milenbachs
Manager

Remit To:   Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Broadsheets | 47037-081108 | CC 11/08/08 |

11/08/08 Event 2pg 11x21 Grand Opening

Nashville     89,925

| Description | Amount |
|---|---|
| 2pg Broadsheet GO | |

| Makeready | 1 @ | $1,200.00 | $1,200.00 |
|---|---|---|---|
| Copies printed, per m | 89,925 @ | $5.68 | $510.77 |
| Carton packing | 3 @ | $1.40 | $4.20 |
| United Parcel Service | | | $36.87 |
| | | Section Total: | $1,751.84 |
| | | Invoice Total: | $1,751.84 |

Eric Schmidt

Page 1 of 1



# Quebecor World

Quebecor World - Oberlin
235 Artino Street
Oberlin  OH  44074-1207
Phone: 440-774-1500   Fax: 440-774-2250

| | | |
|---|---|---|
| Invoice Number | | 30308931 |
| Date Invoiced | | 11/10/2008 |
| PO Number | | CCS01-0000498523 |
| Sales Agent Name | | FOWKS, KRISTEN |

Expenses Payables
Circuit City Stores Inc.
9954 Mayland Drive
DR3 6th Floor
Richmond  VA  23233-1464



Remit To:   Quebecor World (USA) Inc.
P.O.Box 98668
Chicago  IL  60693-8668

Bill to Cust ID No: 15516
**Payment Terms:   NET 30 DAYS**          Due Date:12/10/2008

This invoice is subject to Quebecor World's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

| Job # | Qty Shipped | Line Description | Unit Price | U/M | Line Amount |
|---|---|---|---|---|---|
| **52981** | | **Circuit City Midweek Flyer** | | | |
| | 1,066,500 | Midweek Flyer | | | $19,315.00 |
| | | Freight charges for proofs/samples | | | $27.13 |

| Freight Summary | |
|---|---|
| Freight | $27.13 |

| | | |
|---|---|---|
| **Invoice Total** | | **$19,342.13** |

*Shipped*
*10/29/08*
*Fed Ex*

*Mary Kay*
*Melinn*



# Quebecor World

Quebecor World - Oberlin
235 Artino Street
Oberlin  OH  44074-1207
Phone: 440-774-1500   Fax: 440-774-2250

Expenses Payables
Circuit City
9954 mayland Drive
DR3 6th Floor
Richmond  VA  23233-1464



| | |
|---|---|
| Invoice Number | 30308933 |
| Date Invoiced | 11/11/2008 |
| PO Number | CCS01-0000498523 |
| Sales Agent Name | FOWKS, KRISTEN |

Remit To:   Quebecor World (USA) Inc.
P.O.Box 98668
Chicago  IL  60693-8668

Bill to Cust ID No: 15516
Payment Terms:   NET 30 DAYS                    Due Date:12/11/2008

This invoice is subject to Quebecor World's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not supercede any written contractual terms of sale.

| Job # | Qty Shipped | Line Description | Unit Price | U/M | Line Amount |
|---|---|---|---|---|---|
| 52997 | | **Circuit City FSI Mid Week Flyer** | | | $19,315.00 |
| | 1,066,500 | 11-13-2008 Event | | | $76.71 |
| | | Fed-Ex charges for proofs/samples | | | |

| Freight Summary | |
|---|---|
| Freight | $76.71 |

*Shipped 11/05/08 Fed Ex*

Sales Tax       $1,207.19

**Invoice Total          $20,598.90**

| State Sales Tax | State | Quantity | Tax Amount |
|---|---|---|---|
| | OH | 1,066,500 | 1,207.19 |
| | **Total Sales Tax** | | **$1,207.19** |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at qwtax@quebecorworld.com. If you are exempt from tax, please fax your exemption certificate to (630) 378-7041.



This invoice is subject to Quebecor World's standard terms and conditions or those in the corresponding contract offered in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| 735925 | Oct 31, 2008 |
|--------|--------------|

**Terms:**

Net 30 Days

**Prepared By:**

Connie Portis
Nashville (RPC)
(615) 226-1776

**Bill To:** Circuit City Stores (Chapter 11)
9954 Mayland Drive
2nd floor, DR3
Richmond, VA   23233

Attn: Beverly Milenbachs
Manager

**Remit To:** Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL   60693-8668

| Title: | Job Number: | Job Description: |
|--------|-------------|------------------|
| Circuit City Insert Program | 44238-081109 | CIRCUIT CITY 11/09/08 |

11/09/08 Event 24 Pages 10.5 x 7.5" Oblong

Total printed and delivered   25,743,595

| Offset:<br>Total | WINCHESTER<br>5,911,823 | TAUNTON<br>5,346,988 | NASHVILLE<br>6,898,043 | PITTSBURG<br>3,509,900 | RIVERSIDE<br>4,076,841 |
|---|---|---|---|---|---|

| Description | | | Amount |
|---|---|---|---|
| **Offset Printing Charges:** | | | |
| Makeready | 5 @ | $1,200.00 | $6,000.00 |
| Copies printed, per m | 25,743,595 @ | $11.84 | $304,804.16 |
| 2% discount | | | ($6,216.08) |
| Plate change | 21 @ | $110.00 | $2,310.00 |
| Carton packing | 2,331 @ | $1.40 | $3,263.40 |
| United Parcel Service | | | $6,310.00 |
| | | Section Total: | $316,471.48 |

**Sales Tax**

| | Amount |
|---|---|
| Arkansas - Sales Tax    (Quantity: 153,250) | $146.05 |
| Connecticut - Sales Tax    (Quantity: 451,500) | $329.65 |
| Georgia - Sales Tax    (Quantity: 996,800) | $14.70 |
| Indiana - Sales Tax    (Quantity: 547,400) | $7.96 |
| Kansas - Sales Tax    (Quantity: 1,250) | $1.22 |
| Kentucky - Sales Tax    (Quantity: 332,950) | $238.17 |
| Maryland - Sales Tax    (Quantity: 447,600) | $10.80 |
| North Carolina - Sales Tax    (Quantity: 967,653) | $13.21 |
| Nevada - Sales Tax    (Quantity: 237,850) | $3.86 |
| Ohio - Sales Tax    (Quantity: 1,426,600) | $12.72 |
| Rhode Island - Sales Tax    (Quantity: 172,800) | $0.83 |
| Tennessee - Sales Tax    (Quantity: 664,002) | $13.25 |
| Utah - Sales Tax    (Quantity: 249,700) | $3.19 |
| Vermont - Sales Tax    (Quantity: 7,600) | $5.44 |
| Washington - Sales Tax    (Quantity: 822,350) | $8.56 |
| West Virginia - Sales Tax    (Quantity: 187,400) | $2.16 |

Eric Schmidt

| Invoice No: | Date: |
|---|---|
| 735925 | Oct 31, 2008 |

| Description | Amount |
|---|---|
| Wyoming - Sales Tax    (Quantity: 16,750) | $0.54 |
| Section Total: | $812.31 |
| Invoice Total: | $317,283.79 |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

Eric Schmidt



Standard terms and conditions of sale apply to this invoice. The impact of payment to Quebecor World the applicable terms and conditions of sale is as contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| Invoice No.: | |
|---|---|
| 738709 | Nov 13, 2008 |
| **Terms:** | |
| Net 30 Days | |
| **Prepared By:** | |
| Connie Portis Nashville (RPC) (615) 226-1776 | |

**Bill To:** Circuit City Stores(Chapter 11)
9954 Mayland Drive
2nd floor, DR3
Richmond, VA   23233

Attn:  Beverly Milenbachs
Manager

**Remit To:**   Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081127 | CIRCUIT CITY 11/27/08 |

11/27/08 Event 12 Pages Std 11 x 21
        PRE-PETITION
Total printed and delivered  2,060,711

| GRAVURE: | MT MORRIS | FERNLEY | MEMPHIS |
|---|---|---|---|
| Total | 587,900 | 370,600 | 1,102,211 |

| Description | | | | Amount |
|---|---|---|---|---|
| **Gravure Printing Charges:** | | | | |
| Makeready | 3 @ | $3,000.00 | | $9,000.00 |
| Copies printed, per m | 2,060,711 @ | $18.30 | | $37,711.01 |
| 2% discount | | | | ($934.22) |
| | | Section Total: | | $45,776.79 |
| **Sales Tax** | | | | |
| Arkansas - Sales Tax | | | | $223.04 |
| Tennessee - Sales Tax | | | | $1.54 |
| | | Section Total: | | $224.58 |
| | | Invoice Total: | | $46,001.37 |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

Eric Schmidt

**<u>EXHIBIT F</u>**

**(Paper Invoices)**

**FILED UNDER SEAL**

**<u>EXHIBIT G</u>**

**(Proof of Claim No. 8415)**

**# 8415**

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted : (Check only one box below:)**

☐ Circuit City Stores, Inc. (Case No. 08-35653)
☐ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
☐ InterTAN, Inc. (Case No. 08-35655)
☐ Ventoux International, Inc. (Case No. 08-35656)
☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
☐ CC Aviation, LLC (Case No. 08-35658)

☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
☐ Circuit City Stores PR, LLC (Case No. 08-35660)
☐ Circuit City Properties, LLC (Case No. 08-35661)
☐ Orbyx Electronics, LLC (Case No. 08-35662)
☐ Kinzer Technology, LLC (Case No. 08-35663)
☐ Courchevel, LLC (Case No. 08-35664)

☐ Abbott Advertising, Inc. (Case No. 08-35665)
☐ Mayland MN, LLC (Case No. 08-35666)
☐ Patapsco Designs, Inc. (Case No. 08-35667)
☐ Sky Venture Corporation (Case No. 08-35668)
☐ XSStuff, LLC (Case No. 08-35669)
☐ PRAHS, INC. (Case No. 08-35670)

NOTE: *This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**RETAIL PRINTING CORP** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>NameID: **4509447**      PackID: **276054**<br><br>RETAIL PRINTING CORP<br>50 JOHN HANCOCK DR<br>TAUNTON MA 02780-7340<br><br>Telephone number: | **Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>QUEBECOR WORLD (USA) INC<br>999 DE MAISONNEUVE WEST, SUITE 1100<br>MONTREAL, QC<br>CANADA<br>ATTN: JACKIE DE BUCK      Telephone number: 514-877-5135 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**  $ 1,315,821.08   TOTAL CLAIM #1,992,201.10   SEE ATTACHED.

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** PRINTING SERVICES
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 5516

**3a.** Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $ _____   **Annual Interest Rate** ___ %

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $ _____   **Basis for perfection:** _____

**Amount of Secured Claim:** $ _____   **Amount Unsecured:** $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| | |
|---|---|
| **Date:**<br>Jan 26, 2009<br>[signature] | **Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>JACKIE DE BUCK<br>SENIOR DIRECTOR | **FOR COURT USE ONLY**<br>**RECEIVED**<br><br>JAN 29 2009<br><br>KURTZMANCARSONCONSULTANTS |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



0835653081208104023003744

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In Re:<br><br>CIRCUIT CITY STORES, INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-35653(KRH)<br><br>Jointly Administered |

**Attachment to Proof of Claim of Quebecor World (USA) Inc. Against Debtor Circuit City Stores, Inc.**

I. Claim Summary

On or about September 2003, Quebecor World (USA) Inc., and its affiliates (collectively, "Quebecor"), and Circuit City Stores, Inc. ("Circuit City") entered into that certain Printing Agreement.  On or about November 10, 2008 (the "Petition Date"), Circuit City and certain related entities (collectively, the "Debtors") filed for bankruptcy under Chapter 11 of the United States Code.  In accordance with the Printing Agreement, Quebecor supplied Circuit City with certain printing services and printed materials prior to the Petition Date.

As of the Petition Date, Circuit City owes Quebecor an aggregate amount of $1,992,261 for the printing services and materials Quebecor Petty supplied to Circuit City prior to the Petition Date.

On or about December 18, 2008, Quebecor submitted its 503(b)(9) claim form (the "Quebecor 503(b)(9) Claim") (Claim No. 1283) to the Debtors in accordance with the procedures set forth in the Order Establishing Bar Date for Filing Requests for Payment of Administrative Expense Claims under Bankruptcy Code Sections 105 and 503(b)(9).  The Quebecor 503(b)(9) Claim asserts an administrative expense claim in the amount of $722,441. In addition to the Quebecor 503(b)(9) claim, Quebecor asserts herein an additional claim in the amount of $1,269,820.  The total amount of Quebecor's claim consists of the Quebecor 503(b)(9) Claim in the amount of $722,441 and a general unsecured claim in the amount of $1,269,820 being asserted by this Proof of Claim.

The specific invoices that support the amounts set forth in this proof of claim are attached hereto as Exhibit A.

II. Reservation of Rights

Quebecor has used its best efforts in preparing this proof of claim based on the information currently available to it. To the extent additional information becomes available or other claims comes to its attention, Quebecor reserves its rights to amend, modify or supplement this proof of claim.

In addition to the documents and information provided herein to support Quebecor's proof of claim, Quebecor also relies on applicable law, including federal, state and common law, and hereby reserves its rights thereunder.

Quebecor World (USA) and certain of its affiliates are debtors in a Chapter 11 bankruptcy proceeding pending in the United States Bankruptcy Court for the Southern District of New York, Case No. 08-10152. Quebecor reserves fully all of its rights arising from such bankruptcy status.

Quebecor reserves all of its rights to assert an administrative expense claim for any post-petition liabilities arising under or relating to the Printing Agreement cited herein and any related documents and agreements.

Quebecor further reserves all of its rights under the Printing Agreement and any related agreements, including but not limited to, its rights under the Printing Agreement related to a Default by Customer.

In the event that the Debtors reject the Printing Agreement, Quebecor reserves all of its rights to assert a claim for damages arising from or relating to rejection of such agreements, including without limitation, damages relating to the Debtor's remaining obligations under such rejected documents or agreements.

To the extent any portion of the amount set forth on the Quebecor 503(b)(9) Claim is disallowed for any reason, Quebecor asserts that such amount be included herein as a general unsecured claim.

standard terms and condition of sale of to
the exclusion of all other conditions in a
written agreement agreed to by both parties.
Any past due balance will be subject to an
interest rate not to exceed 1.5% per month,
or as indicated in a written agreement
between the parties. This statement does not
replace any written contractual terms of
sale.

| Invoice No.: | Date: |
|---|---|
| 731337 | Oct 8, 2008 |

**Terms:**

Net 30 Days

**Prepared By:**

Robert Humphreys
Fernley
(775) 575-1415

**Bill To:** Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA   232331463

Attn:  Susan Alexander

**Remit To:**    Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081001 | CIRCUIT CITY PAPER SOLD TO Q. W./FERNLEY |

15,976 lbs of 70" paper @ $32.00/cwt
42,251 lbs of 80" paper @ $32.00/cwt
 5,174 lbs of 90" paper @ $32.00/cwt
70,811 lbs of100" paper @ $32.00/cwt

Fernley plant purchased paper inventory.

| Description | | | Amount |
|---|---|---|---|
| CIRCUIT CITY PAPER PURCHASED BY QUEBECOR WORLD - FERNLEY | | | |
| Basis 33# in 70" rolls @ $32.00 per cwt | 15,976  @ | $32.00 | ($5,112.32) |
| Basis 33# in 80" rolls @ $32.00 per cwt | 42,251  @ | $32.00 | ($13,520.32) |
| Basis 33# in 90" rolls @ $32.00 per cwt | 5,174  @ | $32.00 | ($1,655.68) |
| Basis 33# in 100" rolls @ $32.00 per cwt | 70,811  @ | $32.00 | ($22,659.52) |
| | | Section Total: | ($42,947.84) |
| | | Invoice Total: | ($42,947.84) |

This invoice is subject to Quebecor World's standard terms and conditions as combined in the terms under conditions or as indicated in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| | |
|---|---|
| 733291 | Oct 17, 2008 |

**Terms:**

Net 30 Days

**Prepared By:**

Connie Portis
Nashville (RPC)
(615) 226-1776

**Bill To:**  Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA   232331463

Attn:  Susan Alexander

**Remit To:**   Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081026 | CIRCUIT CITY 10/26/08 |

10/26/08 Event 24 Pages 10.5 x 7.5" Oblong

Total printed and delivered  25,561,843

| Offset: | WINCHESTER | TAUNTON | NASHVILLE | PITTSBURG | RIVERSIDE |
|---|---|---|---|---|---|
| Total | 5,875,784 | 5,330,538 | 6,844,843 | 3,487,026 | 4,023,652 |

| Description | | | Amount |
|---|---|---|---|
| **Offset Printing Charges:** | | | |
| Makeready | 5 @ | $1,200.00 | $6,000.00 |
| Copies printed, per m | 25,561,843 @ | $11.84 | $302,652.22 |
| 2% discount | | | ($6,173.04) |
| Plate change | 24 @ | $110.00 | $2,640.00 |
| Carton packing | 1,886 @ | $1.40 | $2,640.40 |
| United Parcel Service | | | $4,658.02 |
| | | Section Total: | $312,417.60 |
| **Sales Tax** | | | |
| Arkansas - Sales Tax   (Quantity: 152,250) | | | $145.21 |
| Connecticut - Sales Tax   (Quantity: 448,750) | | | $326.34 |
| Georgia - Sales Tax   (Quantity: 992,600) | | | $11.37 |
| Indiana - Sales Tax   (Quantity: 543,900) | | | $5.04 |
| Kansas - Sales Tax   (Quantity: 1,250) | | | $1.18 |
| Kentucky - Sales Tax   (Quantity: 322,650) | | | $231.10 |
| Maryland - Sales Tax   (Quantity: 443,350) | | | $7.74 |
| North Carolina - Sales Tax   (Quantity: 961,003) | | | $9.37 |
| Nevada - Sales Tax   (Quantity: 236,850) | | | $2.94 |
| Ohio - Sales Tax   (Quantity: 1,414,350) | | | $7.95 |
| Rhode Island - Sales Tax   (Quantity: 172,550) | | | $0.63 |
| Tennessee - Sales Tax   (Quantity: 660,252) | | | $9.10 |
| Utah - Sales Tax   (Quantity: 248,450) | | | $3.93 |
| Vermont - Sales Tax   (Quantity: 7,600) | | | $5.44 |
| Washington - Sales Tax   (Quantity: 816,750) | | | $13.37 |
| West Virginia - Sales Tax   (Quantity: 187,250) | | | $1.26 |

Eric Schmidt

| Invoice No: | Date: |
| --- | --- |
| 33291 | Dec 17, 2008 |

| Description | Amount |
| --- | --- |
| Wyoming - Sales Tax    (Quantity: 16,500) | $0.36 |
| Section Total: | $782.33 |
| Invoice Total: | $313,199.93 |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

Eric Schmidt

This invoice is subject to Quebecor World's
the terms and conditions contained in a
written agreement agreed to by both parties.
Any past due balance will be subject to an
interest rate not to exceed 1.5% per month,
or as indicated in a written agreement
between the parties. This statement does not
replace any written contractual terms of
sale.

| | |
|---|---|
| 730528 | Oct 3, 2008 |
| **Terms:** | |
| Net 30 Days | |
| **Prepared By:** | |
| Connie Portis Nashville (RPC) (615) 226-1776 | |

Bill To:  Circuit City Stores (Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA    232331463

Attn:  Susan Alexander

Remit To:    Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081005 | CIRCUIT CITY 10/05/08 |

10/05/08 Event 28 Page 10.5 x 7.5" Oblong

Total printed and delivered  25,553,226

| Offset: | WINCHESTER | TAUNTON | NASHVILLE | PITTSBURG | RIVERSIDE |
|---|---|---|---|---|---|
| Total | 5,879,667 | 5,330,605 | 6,841,876 | 3,487,026 | 4,014,052 |

| Description | | | | Amount |
|---|---|---|---|---|
| **Offset Printing Charges:** | | | | |
| Makeready | 5 | @ | $1,200.00 | $6,000.00 |
| Copies printed, per m | 25,553,226 | @ | $13.55 | $346,246.21 |
| 2% discount | | | | ($7,044.92) |
| Plate change | 100 | @ | $110.00 | $11,000.00 |
| Carton packing | 1,827 | @ | $1.40 | $2,557.80 |
| United Parcel Service | | | | $5,181.26 |
| | | | Section Total: | $363,940.35 |
| **Sales Tax** | | | | |
| Arkansas - Sales Tax    (Quantity: 152,250) | | | | $169.57 |
| Connecticut - Sales Tax    (Quantity: 448,750) | | | | $380.82 |
| Georgia - Sales Tax    (Quantity: 995,100) | | | | $12.72 |
| Indiana - Sales Tax    (Quantity: 543,900) | | | | $5.87 |
| Kansas - Sales Tax    (Quantity: 750) | | | | $0.85 |
| Kentucky - Sales Tax    (Quantity: 322,650) | | | | $269.87 |
| Maryland - Sales Tax    (Quantity: 443,350) | | | | $9.03 |
| North Carolina - Sales Tax    (Quantity: 961,003) | | | | $10.97 |
| Nevada - Sales Tax    (Quantity: 236,850) | | | | $3.44 |
| Ohio - Sales Tax    (Quantity: 1,414,350) | | | | $9.29 |
| Rhode Island - Sales Tax    (Quantity: 172,550) | | | | $0.73 |
| Tennessee - Sales Tax    (Quantity: 660,252) | | | | $10.59 |
| Utah - Sales Tax    (Quantity: 248,450) | | | | $4.21 |
| Vermont - Sales Tax    (Quantity: 7,600) | | | | $6.36 |
| Washington - Sales Tax    (Quantity: 816,750) | | | | $14.11 |
| West Virginia - Sales Tax    (Quantity: 180,750) | | | | $1.47 |

Eric Schmidt

| Invoice No: | Date: |
|---|---|
| 730528 | Oct 3, 2008 |

| Description | Amount |
|---|---|
| Wyoming - Sales Tax   (Quantity: 16,500) | $0.42 |
| Section Total: | $910.32 |
| Invoice Total: | $364,850.67 |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

less payment

Check # 4560206

dated 9/25/08

( 18,204.09)

balance due          346,646.58

Eric Schmidt

This invoice is subject to Quebecor World's standard terms and conditions except as the terms and conditions are modified in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| 731319 | Oct 8, 2008 |
|---|---|
| Terms: | |
| Net 30 Days | |
| Prepared By: | |
| Connie Portis Nashville (RPC) (615) 226-1776 | |

Bill To: Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA   232331463

Attn: Susan Alexander

Remit To:   Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Broadsheets | 47037-081011 | CC 10/11/08 |

10/11/08 Event 2pg 11x21 Grand Opening

Nashville    140,275
Pittsburg     40,526

| Description | | | | Amount |
|---|---|---|---|---|
| 2pg Broadsheet GO | | | | |
| Makeready | 2 @ | $1,200.00 | | $2,400.00 |
| Copies printed, per m | 180,801 @ | $5.68 | | $1,026.95 |
| Plate change | 22 @ | $110.00 | | $2,420.00 |
| Carton packing | 9 @ | $1.40 | | $12.60 |
| United Parcel Service | | | | $39.05 |
| | | Section Total: | | $5,898.60 |
| | | Invoice Total: | | $5,898.60 |

Eric Schmidt

This invoice is subject to Quebecor World's standard terms and conditions of sale or to the terms and conditions contained in a written agreement agreed to by both parties. Any past due balance will be subject to an interest rate not to exceed 1.5% per month, or as indicated in a written agreement between the parties. This statement does not replace any written contractual terms of sale.

| Invoice No: | Date: |
|---|---|
| 731320 | Oct 8, 2008 |

| Terms: |
|---|
| Net 30 Days |

| Prepared By: |
|---|
| Connie Portis<br>Nashville (RPC)<br>(615) 226-1776 |

Bill To:  Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA   232331463

Attn:  Susan Alexander

Remit To:   Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081012 | CIRCUIT CITY 10/12/08 |

10/12/08 Event 24 + 4 FPO Page 10.5 x 7.5" Oblong Gimmick

Total printed and delivered  25,558,681

| Offset: | WINCHESTER | TAUNTON | NASHVILLE | PITTSBURG | RIVERSIDE |
|---|---|---|---|---|---|
| Total | 5,879,621 | 5,330,528 | 6,847,454 | 3,487,026 | 4,014,052 |

| Description | | | | Amount |
|---|---|---|---|---|
| **Offset Printing Charges:** | | | | |
| Makeready | 5 @ | $1,200.00 | | $6,000.00 |
| Copies printed, per m | 25,558,681 @ | $14.23 | | $363,700.03 |
| 2% discount | | | | ($7,394.00) |
| Plate change | 22 @ | $110.00 | | $2,420.00 |
| Carton packing | 1,937 @ | $1.40 | | $2,711.80 |
| United Parcel Service | | | | $5,373.57 |
| | | | Section Total: | $372,811.40 |
| **Sales Tax** | | | | |
| Arkansas - Sales Tax   (Quantity: 152,250) | | | | $173.60 |
| Connecticut - Sales Tax   (Quantity: 448,750) | | | | $389.93 |
| Georgia - Sales Tax   (Quantity: 992,100) | | | | $13.03 |
| Indiana - Sales Tax   (Quantity: 543,900) | | | | $6.00 |
| Kansas - Sales Tax   (Quantity: 750) | | | | $0.86 |
| Kentucky - Sales Tax   (Quantity: 322,650) | | | | $276.25 |
| Maryland - Sales Tax   (Quantity: 443,350) | | | | $9.27 |
| North Carolina - Sales Tax   (Quantity: 961,003) | | | | $11.21 |
| Nevada - Sales Tax   (Quantity: 236,850) | | | | $3.52 |
| Ohio - Sales Tax   (Quantity: 1,414,350) | | | | $9.52 |
| Rhode Island - Sales Tax   (Quantity: 172,550) | | | | $0.75 |
| Tennessee - Sales Tax   (Quantity: 660,252) | | | | $10.89 |
| Utah - Sales Tax   (Quantity: 248,450) | | | | $4.41 |
| Vermont - Sales Tax   (Quantity: 7,600) | | | | $6.51 |
| Washington - Sales Tax   (Quantity: 816,750) | | | | $14.71 |
| West Virginia - Sales Tax   (Quantity: 180,750) | | | | $1.50 |

Eric Schmidt

| Invoice No. | Dated |
|---|---|
| 731320 | Oct 8, 2008 |

| Description | Amount |
|---|---|
| Wyoming - Sales Tax    (Quantity: 16,500) | $0.43 |
| Section Total: | $932.39 |
| Invoice Total: | $373,743.79 |

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

This invoice is subject to our
standard terms and conditions of sale or to
the terms and conditions contained in a
written agreement agreed to by both parties.
Any past due balance will be subject to an
interest rate not to exceed 1.5% per month,
or as indicated in a written agreement
between the parties. This statement does not
replace any written contractual terms of
sale.

| Invoice No: | Date: |
|---|---|
| 732462 | Oct 14, 2008 |

| Terms: |
|---|
| Net 30 Days |

| Prepared By: |
|---|
| Connie Portis<br>Nashville (RPC)<br>(615) 226-1776 |

Bill To: Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA  232331463

Attn:  Susan Alexander

Remit To:    Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Broadsheets | 47037-081023 | CC 10/23/08 |

10/19/08 Event 2pg 11x21 Grand Opening

Nashville     95,450

| Description | | | Amount |
|---|---|---|---|
| 2pg Broadsheet GO | | | |
| Makeready | 1 @ | $1,200.00 | $1,200.00 |
| Copies printed, per m | 95,450 @ | $5.68 | $542.16 |
| Plate change | 20 @ | $110.00 | $2,200.00 |
| Carton packing | 7 @ | $1.40 | $9.80 |
| United Parcel Service | | | $41.63 |
| | | Section Total: | $3,993.59 |
| | | Invoice Total: | $3,993.59 |

Eric Schmidt

This invoice is subject to Quebecor World's
standard terms and conditions and/or the terms of
the terms and conditions portion of a
written agreement agreed to by both parties.
Any past due balance will be subject to an
interest rate not to exceed 1.5% per month,
or as indicated in a written agreement
between the parties. This statement does not
replace any written contractual terms of
sale.

| 732464 | Oct 14, 2008 |
|---|---|

**Terms:**
Net 30 Days

**Prepared By:**
Connie Portis
Nashville (RPC)
(615) 226-1776

Bill To: Circuit City Stores(Chapter 11)
Circuit City Procurement, DR 3
9954 Mayland Drive, DR 3,2
Richmond, VA   232331463

Attn: Susan Alexander

Remit To:    Quebecor World (usa) Inc.
P. O. Box 98668
Chicago, IL  60693-8668

| Title: | Job Number: | Job Description: |
|---|---|---|
| Circuit City Insert Program | 44238-081019 | CIRCUIT CITY 10/19/08 |

10/19/08 Event 24 Pages 10.5 x 7.5" Oblong

Total printed and delivered  25,555,602

| Offset: | WINCHESTER | TAUNTON | NASHVILLE | PITTSBURG | RIVERSIDE |
|---|---|---|---|---|---|
| Total | 5,876,032 | 5,330,538 | 6,847,954 | 3,487,026 | 4,014,052 |

| Description | | | Amount |
|---|---|---|---|
| Offset Printing Charges: | | | |
| Makeready | 5 @ | $1,200.00 | $6,000.00 |
| Copies printed, per m | 25,555,602 @ | $11.84 | $302,578.33 |
| 2% discount | | | ($6,171.57) |
| Plate change | 40 @ | $110.00 | $4,400.00 |
| Carton packing | 1,911 @ | $1.40 | $2,675.40 |
| United Parcel Service | | | $5,017.48 |
| | | Section Total: | $314,499.64 |

Sales Tax

| | Amount |
|---|---|
| Arkansas - Sales Tax   (Quantity: 152,250) | $146.04 |
| Connecticut - Sales Tax   (Quantity: 448,750) | $328.54 |
| Georgia - Sales Tax   (Quantity: 992,600) | $11.37 |
| Indiana - Sales Tax   (Quantity: 543,900) | $5.04 |
| Kansas - Sales Tax   (Quantity: 750) | $0.73 |
| Kentucky - Sales Tax   (Quantity: 322,650) | $232.41 |
| Maryland - Sales Tax   (Quantity: 443,350) | $7.77 |
| North Carolina - Sales Tax   (Quantity: 961,003) | $9.50 |
| Nevada - Sales Tax   (Quantity: 236,850) | $2.98 |
| Ohio - Sales Tax   (Quantity: 1,414,350) | $8.06 |
| Rhode Island - Sales Tax   (Quantity: 172,550) | $0.63 |
| Tennessee - Sales Tax   (Quantity: 660,252) | $9.21 |
| Utah - Sales Tax   (Quantity: 248,450) | $3.95 |
| Vermont - Sales Tax   (Quantity: 7,600) | $5.47 |
| Washington - Sales Tax   (Quantity: 816,750) | $13.47 |
| West Virginia - Sales Tax   (Quantity: 187,250) | $1.26 |

Eric Schmidt

Invoice No: 732464
Date: Oct 14, 2008

| Description | Amount |
|---|---|
| | $0.36 |

Wyoming - Sales Tax    (Quantity: 16,500)

Section Total: $786.79

Invoice Total: $315,286.43

For sales tax inquiries or requests for the details of the sales tax calculations, please e-mail us at
qwtax@quebecorworld.com.
If you are exempt from tax please fax your exemption certificate to (630) 378-7041.

Eric Schmidt

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
<u>et al</u>.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - X

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM 1283
OF QUEBECOR WORLD (USA) INC.**

THIS MATTER having come before the Court on the

Debtors' Objection To Claim 1283 Of Quebecor World (USA)

Inc. (the "Objection"); and it appearing that due and

proper notice and service of the Objection as set forth

therein was good and sufficient and that no other further

notice or service of the Objection need be given; and the

Court having reviewed the Objection, Claim No. 1283, a

1

response, if any, and all related documents; and it
appearing that the relief requested in the Objection is
in the best interest of the Debtors, their estates and
creditors and other parties-in-interest; and after due
deliberation thereon; and the Court finding that good and
sufficient cause exists for the granting of the relief as
set forth herein,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:**

1.    The Objection is SUSTAINED.

2.    Claim No. 1283 filed by Quebecor World (USA)
Inc. is reclassified in its entirety to a general
unsecured non-priority claims and reduced to $675,232.83
for all purposes in these bankruptcy cases.

3.    The Debtors' rights to object to any claim,
including (without limitation) Claim No. 1283 and Claim
No. 8415, on any grounds, including (without limitation)
that Claim No. 8415 and 1283 are duplicative, that
governing law permits are not waived and are expressly
reserved.

4.    The Debtors shall serve a copy of this Order on
Quebecor World (USA) Inc. on or before seven (7) days
from the entry of this Order.

5.    This Court shall retain jurisdiction to hear
and determine all matters arising from or related to
implementation or interpretation of this Order.

Dated: Richmond, Virginia
       _____, 2010


_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -


_/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                  __/s/ Douglas M. Foley____
                  Douglas M. Foley