Rodney F. Page, VSB No. 12402
William E. Olson, VSB No. 47251
P.J. Meitl, VSB No. 73215
Bryan Cave, LLP
1155 F Street, NW
Washington, DC 20004
(202) 508-6000 (Telephone)
(202) 508-6200(Facsimile)
rfpage@bryancave.com
weolson@bryancave.com

Counsel for Berkadia Commercial Mortgage, LLC

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | § § | **Chapter 11** |
| **CIRCUIT CITY STORES, INC.,** *et al* | § § | **Case No. 08-35653 (KRH)** |
| Debtor. | § § § | **Jointly Administered** |

**NOTICE OF APPEARANCE OF P.J. MEITL
ON BEHALF OF BERKADIA COMMERCIAL REALTY
AND THE WITHDRAWAL OF WILLIAM E. OLSON AS CO-COUNSEL**

Please note the appearance of P.J. Meitl of Bryan Cave LLP as co-counsel for Berkadia Commercial Realty, LLC in this matter. In addition, please take note of the withdrawal of the appearance William E. Olson of Bryan Cave LLP as co-counsel for Berkadia Commercial Realty LLC. Mr. Olson is leaving the private practice of law.

Dated: June 23, 2010            Respectfully Submitted,

                                BRYAN CAVE LLP

                                By:    //s// Rodney F. Page
                                       Rodney F. Page, VSB # 12402
                                       William E. Olson, VSB # 47251
                                       P.J. Meitl, VSB # 73215
                                       Bryan Cave LLP
                                       1155 F Street, NW
                                       Washington, DC 20004

359497.1

                202-508-6000 – Telephone
                202-508-6200– Facsimile
                rfpage@bryancave.com
                weolson@bryancave.com
                pj.meitl@bryancave.com

         Counsel for Berkadia Commercial Mortgage LLP

359497.1