**HODGSON RUSS LLP**
Deborah J. Piazza, Esquire
60 E. 42nd Street, 37th Floor
New York, New York 10165
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677

Augustus C. Epps, Jr., Esquire
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219
Telephone:  (804) 697-4129
Facsimile: (804) 697-6129

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC. *et al.*, | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT CONCERNING REPRESENTATION
OF MULTIPLE CREDITORS PURSUANT TO FED.R.BANKR.P. 2019(a)**

Hodgson Russ LLP ("Hodgson Russ") represents multiple entities in connection with the above-captioned chapter 11 cases of Circuit City Stores, Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), and respectfully submits its verified statement concerning such representation pursuant to Fed.R.Bankr.P. 2019(a) as follows:

1.  The above-captioned Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code on November 10, 2008 (the "Petition Date").

2.  Hodgson Russ represents the following entities in these cases:

    (a)   CC Properties, LLC;

- 2 -

  (b)  CC Acquisitions, LLC;

  (c)  Fairfield Financial Group, Inc.; and

  (d)  Manufacturers and Traders Trust Co.

  3.  The addresses designated for each of the entities are listed on Exhibit A annexed hereto.

  4.  Each of the entities listed above may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors' estates.  To date, the amounts of their respective claims are not fixed.

  5.  Each of the above entities maintains a client relationship with Hodgson Russ as counsel retained by each of the entities for the purposes of representing each entity's respective rights in these chapter 11 proceedings.

  6.  Hodgson Russ is representing each of the above individually, and not as a committee of any kind.

  7.  Hodgson Russ reserves the right to supplement or amend this statement, as and when appropriate.

  8.  Hodgson Russ may also represent or advise, or may have represented or advised other parties in interest with respect to these cases that have not been included in the Statement because the parties that Hodgson Russ represents do not currently intend to appear in the cases or such representation(s) have been concluded.

- 3 -

I verify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 23, 2010

                            **HODGSON RUSS LLP**

                    By:    /s/ Deborah J. Piazza
                           Deborah J. Piazza, Esq.
                           60 E. 42nd Street, 37th Floor
                           New York, New York  10165
                           Telephone:  (212) 661-3535
                           Facsimile:  (212) 972-1677
                           Email: DPiazza@HodgsonRuss.com

**Date:  June 23, 2010**

**Submitted by:**

**HODGSON RUSS LLP**


By: /s/ Jennifer M. McLemore
      Augustus C. Epps, Jr., Esquire (VSB No. 13254)
      Michael D. Mueller, Esquire (VSB No. 38216)
      Jennifer M. McLemore, Esquire (VSB No. 47164)
      CHRISTIAN & BARTON, LLP
      909 E. Main Street, Suite 1200
      Richmond, Virginia 23219-3095
      (804) 697-4129
      (804) 697-6129 (facsimile)

*Local Counsel for HODGSON RUSS LLP*

# EXHIBIT A

**CC Properties, LLC**
c/o FBL Financial Group, Inc.
5400 University Avenue
West Des Moins, IA 50266

**CC Acquisitions, LLC**
c/o New York Life Insurance Company
51 Madison Avenue
New York, NY 10010

**Fairfield Financial Group, Inc.**
8 Greenway Plaza, Suite 1100
Houston, TX 77046

**Manufacturers and Traders Trust Co.**
1 M & T Plaza, 7th Floor
Buffalo, NY 14203

1058068