MATTHEW RIGHETTI    (SBN #121012)
matt@righettilaw.com
JOHN GLUGOSKI    (SBN #191551)
jglugoski@righettilaw.com
MICHAEL RIGHETTI    (SBN #258541)
mike@righettilaw.com
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:    (415) 983-0900
Facsimile:    (415) 397-9005

JASON KRUMBEIN    (SBN #43538)
jkrumbein@krumbeinlaw.com
KRUMBEIN CONSUMER LEGAL SERVICES, INC.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
Telephone:    804-673-4359
Facsimile:    804-673-4350

Attorneys for Creditors Card,
Hernandez, Gentry and Skaf

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>Circuit City Stores, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br>Jointly Administered<br><br>**CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S MOTION TO WITHDRAW AS COUNSEL FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G).**<br><br>Date: July 12, 2010<br>Time: 2:00 p.m. ET<br>Room: 5000<br>Hon. Kevin Huennekens |

CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S MOTION TO WITHDRAW AS COUNSEL
FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G).

# MOTION TO WITHDRAW AS LOCAL COUNSEL FOR CREDITORS GENTRY, CARD, SKAF AND HERNANDEZ PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)

Richard I. Hutson of Fullerton & Knowles, P.C., current local counsel to Creditors Robert Gentry, Joseph Skaf, Jonathan Card and Jack Hernandez ("Creditors") hereby requests that the Court enter an order permitting Mr. Hutson and Fullerton Knowles, P.C. to withdraw as local counsel for cause pursuant to Local Bankruptcy Rule 2090-1(G). Furthermore, Creditors respectfully request that the Court allow Jason Krumbein of Krumbein Consumer Legal Services, Inc. to substitute for Mr. Hutson as local counsel for all further proceedings involving Creditors in this Court.

1. On January 11, 2010, Mr. Hutson of Fullerton & Knowles, P.C. filed a Motion to Appear Pro Hac Vice Pursuant to Local Bankruptcy Rule 2090-1(E)(2) on behalf of Matthew Righetti, counsel for Creditors Gentry, Skaf, Card and Hernandez. (Docket # 6251). This was the first appearance Mr. Hutson made on behalf of Creditors; however, Mr. Hutson has since made numerous appearances as local counsel for Creditors as required by the Local Rules of this Court.

2. Recently, Creditors Gentry, Skaf, Card, and Hernandez along with counsel, determined that it was no longer economical for Mr. Hutson to represent Creditors as local counsel in this bankruptcy matter. Accordingly, Creditors Gentry, Skaf, Card and Hernandez hereby request that Mr. Hutson be permitted to withdraw as their counsel in this matter for cause pursuant to Local Bankruptcy Rule 2090-1(G).

3. In lieu of Mr. Huston, Creditors desire to substitute Mr. Krumbein as local counsel. Mr. Krumbein is an attorney in good standing and admitted to practice before this Court and has agreed to serve as local counsel in compliance with the Local Rules.

4. Mr. Hutson has reviewed Creditors' request and consents to his withdrawal and substitution, as is evidenced from his signature below. In addition, Mr. Krumbein has reviewed Creditors' request and consents to the substitution, as is evidenced from his signature below.

5. Accordingly, Creditors respectfully requests that the Court enter an order permitting Mr. Hutson to withdraw as Creditors' local counsel in this case immediately for cause, and substituting Jason Krumbein as local counsel for all further appearances and submissions in this Court.

Respectfully Submitted,

Dated: June 23, 2010

**RIGHETTI LAW FIRM, P.C.**

/s/ Michael Righetti
**Michael Righetti**
Attorney for Creditors

**FULLTERTON KNOWLES, P.C.**

/s/ Richard Hutson
**Richard Hutson**
Local Counsel for Creditors

**KRUMBEIN CONSUMER LEGAL SERVICES, INC.**

/s/ Jason Krumbein
**Jason Krumbein**
Proposed Local Counsel for Creditors