1  MATTHEW RIGHETTI    (SBN #121012)
   matt@righettilaw.com
2  JOHN GLUGOSKI       (SBN #191551)
   jglugoski@righettilaw.com
3  MICHAEL RIGHETTI    (SBN #258541)
   mike@righettilaw.com
4  RIGHETTI LAW FIRM, P.C.
5  456 Montgomery Street, Suite 1400
   San Francisco, CA  94104
6  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
7

8  JASON KRUMBEIN       (SBN #43538)
   jkrumbein@krumbeinlaw.com
9  KRUMBEIN CONSUMER LEGAL SERVICES, INC.
   1650 Willow Lawn Drive, Suite 300
10 Richmond, VA 23230
   Telephone:    804-673-4359
11 Facsimile:    804-673-4350

12

13 Attorneys for Creditors Card,
   Hernandez, Gentry and Skaf
14

15             IN THE UNITED STATES BANKRUPTCY COURT

16             FOR THE EASTERN DISTRICT OF VIRGINIA

17                     RICHMOND DIVISION

18
   In re:                                    | Chapter 11
19                                            |
   Circuit City Stores, Inc., *et al.*,      | Case No. 08-35653 (KRH)
20                                            | Jointly Administered
             Debtors.                        |
21                                            | **CREDITORS GENTRY,**
22                                            | **HERNANDEZ, CARD, AND SKAF'S**
                                              | **NOTICE OF MOTION TO**
23                                            | **WITHDRAW AS COUNSEL FOR**
                                              | **CAUSE PURSUANT TO LOCAL**
24                                            | **BANKRUPTCY RULE 2090-1(G).**
25                                            |
                                              | Date: July 12, 2010
26                                            | Time: 2:00 p.m. ET
                                              | Room: 5000
27                                            | Hon. Kevin Huennekens

28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** on July 12, 2010 at 2:00 p.m. or as soon thereafter as this matter may be heard in Room 5000 of the Eastern District of Virginia, the Honorable Kevin R. Huennekens presiding, located at 701 East Broad Street, Richmond, VA 23219, Richard I. Hutson of Fullerton & Knowles. P.C. will move to withdraw as counsel for the above referenced Creditors for cause. Furthermore, **PLEASE TAKE NOTICE THAT** Creditors respectfully that Jason Krumbein of Krumbein Consumer Legal Services, Inc. be permitted to substitute for Richard I. Hutson as local counsel for Creditors for all further proceedings in this Court. This motion will be based on this Notice of Motion and the Motion filed herewith.

**PLEASE ALSO TAKE NOTICE THAT** pursuant to "Order Pursuant To Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures," specifically Section 3(A) of Exhibit A of above referenced Order, **you are hereby required to file and serve an opposition or objection to the relief being requested by July 7, 2010 (EST Time). Unless a written response and supporting memorandum are filed and served by the aforementioned day, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Respectfully Submitted,

Dated: June 23, 2010    **RIGHETTI LAW FIRM, P.C.**

/s/ Michael Righetti
**Michael Righetti**
Attorney for Creditors

//

CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF MOTION TO WITHDRAW AS
COUNSEL FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G).

1

**FULLTERTON KNOWLES, P.C.**

2

/s/ Richard Hutson
**Richard Hutson**
Local Counsel for Creditors

3

4

**KRUMBEIN CONSUMER LEGAL SERVICES, INC.**

5

/s/ Jason Krumbein
**Jason Krumbein**
Proposed Local Counsel for Creditors

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CREDITORS GENTRY, HERNANDEZ, CARD, AND SKAF'S NOTICE OF MOTION TO WITHDRAW AS
COUNSEL FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G).