IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-----------------------------------------------------------x
In re:                                                     :
                                                           :     Chapter 11
CIRCUIT CITY STORES, INC., et al.                          :     Case No. 08-35654
                                                           :
                    Debtors                                :     Jointly Administered with
                                                           :     Case No. 08-35653
                                                           :
-----------------------------------------------------------x

## PROOF OF SERVICE

STATE OF CALIFORNIA

     I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Law Firm, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

     On Wednesday, June 23, 2010 I served the foregoing document described as:

- **CREDITORS GENTRY, HERNANDEZ, CARD AND SKAF'S MOTION TO WITHDRAW AS COUNSEL FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**
- **CREDITORS GENTRY, HERNANDEZ, CARD AND SKAF'S NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR CAUSE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

**Circuit City Stores, Inc., et al.**
**Claims Processing Department**
**KURTZMAN CARSON CONSULTANTS LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Sarah K. Baker**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
155 North Waker Drive
Chicago, IL 60606
**Dion W. Hayes**

---
1
PROOF OF SERVICE

| | |
|---|---|
| 1 | **Douglas Foley**<br>**MCGUIREWOODS LLP** |
| 2 | One James Center<br>901 E. Cary Street |
| 3 | Richmond, VA 23219 |
| 4 | **Robert B. Van Arsdale** |
| 5 | **Office of the United States Trustee**<br>701 East Broad Street, Suite 4304 |
| 6 | Richmond, VA 23219 |
| 7 | **Official Committee of Unsecured Creditors** |
| 8 | **Jeffrey N. Pomerantz** |
| 9 | **Stanley E. Goldich**<br>**Pachulski Stang Ziehl & Jones LLP** |
| 10 | 10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067 |
| 11 | |
| 12 | **Robert J Feinstein**<br>**Pachulski Stang Ziehl & Jones, LLP** |
| 13 | 780 Third Avenue, 36th Floor<br>New York, NY 10017 |
| 14 | |
| 15 | /// |
| 16 | |
| 17 | |
| 18 | /// |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | /// |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2
PROOF OF SERVICE

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219

(X)    **VIA ELECTRONIC MAIL**
By emailing the above documents referenced to the recipients listed herein who did not opt out of electronic service.

( X )    **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such envelopes would be deposited with the U.S. postal service on Wednesday, June 23, 2010 with postage thereon fully prepaid, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on Wednesday, June 23, 2010, at San Francisco, California.

/s/ Joan Abrigo
Joan Abrigo