UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                    )          Chapter 11
                                          )
CIRCUIT CITY STORES, INC., *et al.*,      )          No. 08-35653-KRH
                                          )
   Debtors.                               )          Jointly Administered

<u>**CORRECTED NOTICE OF APPEAL**</u>

Creditors Robert Gentry, Joseph Skaf, Jonathan Card, and Jack Hernandez, on behalf of themselves and all others similarly situated, by counsel, RIGHETTI LAW FIRM, P.C., Matthew Righetti and Michael Righetti, appeal under 28 U.S.C. Section 158(a) from the Order on Creditors' Motion Requesting an Order Applying Bankruptcy Rule 7023 to their Class Proofs of Claim Pursuant to Bankruptcy Rule 9014(C) of the Honorable Kevin R. Huennekens, Judge for the United States Bankruptcy Court of the Eastern District of Virginia, entered in the above-captioned case on the 28th day of May, 2010, docket entry number 7665.

The names of all parties or parties in interest to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Robert Gentry, Joseph Skaf, Jonathan Card, and Jack Hernandez (Appellants)**

   Represented by:

   Matthew Righetti
   Michael Righetti
   Righetti Law Firm, P.C.
   456 Montgomery Street, Suite 1400
   San Francisco, CA 94104
   (415) 983-0900

///

| | |
|---|---|
| 1 | **Circuit City Stores, Inc. (Appellee)** |
| 2 | Circuit City Stores, Inc. |
| | Attn: Michelle Mosier |
| 3 | 4951 Lake Brook Drive, Suite 500 |
| 4 | Glen Allen, VA 23060 |
| | (804 273-6850 |
| 5 | |
| | Represented by: |
| 6 | |
| 7 | Gregg M. Galardi |
| | Ian S. Fredericks |
| 8 | Skadden Arps Slate Meagher & Flom, LLP |
| | One Rodney Square |
| 9 | 10th and King Streets, 7th Floor |
| | Wilmington, DE 19801 |
| 10 | (302) 651-3000 |
| 11 | |
| | Chris L. Dickerson |
| 12 | Jessica S. Kumar |
| | Skadden Arps Slate Meagher & Flom, LLP |
| 13 | 155 North Wacker Drive |
| | Chicago, Illinois 60606 |
| 14 | (312) 407-0700 |
| 15 | |
| | Douglas M. Foley |
| 16 | Sarah Boehm |
| | McGuire Woods LLP |
| 17 | One James Center |
| | 901 E. Cary Street |
| 18 | Richmond, VA 23219 |
| 19 | (804) 775-1000 |
| 20 | **Official Committee of Unsecured Creditors** |
| | Represented by: |
| 21 | |
| 22 | Jeffrey N. Pomerantz |
| | Stanley E. Goldich |
| 23 | Pachulski Stang Ziehl & Jones LLP |
| | 10100 Santa Monica Boulevard, 11th Floor |
| 24 | Los Angeles, CA 90067 |
| | (310) 277-6910 |
| 25 | |
| 26 | Robert J Feinstein |
| | Pachulski Stang Ziehl & Jones, LLP |
| 27 | 780 Third Avenue, 36th Floor |
| | New York, NY 10017 |
| 28 | (212) 561-7700 |

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
(804) 783-8300

**Office of the United States Trustee:**

Represented by:

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
(804) 771-2310

Dated: June 23, 2010                    Respectfully submitted,

**RIGHETTI LAW FIRM, P.C.**


/s/ Michael Righetti
Attorneys for Creditors/Appellants