IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     CIRCUIT CITY STORES, INC., *et al.*,     Case No. 08-35653
                                               Chapter 11
           Debtors.                         Jointly Administered

## <u>ORDER GRANTING DEBTORS' MOTION FOR</u>

## <u>ORDER DIRECTING MEDIATION</u>

Upon consideration of the Debtors' Motion for Order Directing Mediation with Respect to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (the "Motion"); and the Court having reviewed the Motion; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is GRANTED.

2. The Debtors and the Creditors' Committee are directed to commence and complete mediation of any remaining dispute relating to the Joint Plan within thirty (30) days of the date of entry of this Order and be prepared to discuss the results thereof at a status conference to be held on July 22, 2010 at 10:00 a.m. (Eastern).

3. This Court will retain jurisdiction with respect to any dispute concerning the

relief granted hereunder. Dated: Richmond, Virginia

ENTERED: _____6/24/10_____

_____/s/ Kevin R. Huennekens_____
UNITED STATES BANKRUPTCY JUDGE