<u>**Hearing Date: July 22, 2010 at 10:00 a.m.**</u>

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000<br><br>- and -<br><br>Chris L. Dickerson, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700<br><br>Counsel to the Debtors and<br>Debtors in Possession | Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF HEARING ON THE MERITS ON DEBTORS'
SEVENTH OMNIBUS OBJECTION TO CLAIM NO. 10699 FILED BY
<u>DINO BAZDAR AND RESPONSE THERETO</u>**

**PLEASE TAKE NOTICE** that on June 3, 2009, the Debtors objected to proof of claim number 10699 filed by Dino Bazdar ("Claim No. 10699") in the Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506) (the "Seventh Omnibus Objection").

**PLEASE TAKE FURTHER NOTICE** that Dino Bazdar filed a response (Docket No. 3814) (the "Response") to the Seventh Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Seventh Omnibus Objection with respect to Claim No. 10699

and the Response shall be held at **10:00 a.m. (Eastern Time) on July 22, 2010**. If you want the Court to consider your Response with respect to the Seventh Omnibus Objection to Claim No. 10699, then you or your attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on July 22, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219. **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: June 25, 2010  
Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
P.O. Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP  
Chris L. Dickerson, Esq.  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley           .  
Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\12284965

2