## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No.: 08-35653 <br> ) <br> ) Judge Kevin R. Huennekens <br> ) <br> ) Jointly Administered <br> ) <br> ) TRANSFER OF CLAIM <br> ) BANKRUPTCY RULE 3001(E)(2) |
| CIRCUIT CITY STORES, INC., | |
| Debtors. | |

PLEASE TAKE NOTICE that the Administrative claim(s) of Faber Bros Inc (underlying creditor or "Transferor"), against the above captioned Debtor filed in the amount of $121,131.11, as set forth in claim number 13254 filed on 6/1/2009 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery IV, LLC. ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** Faber Bros Inc

Print Name: M̲a̲x̲ ̲I̲.̲ ̲G̲a̲b̲r̲e̲l̲l̲e̲r̲   Title: _____

Signature: _[signature]_   Date: 6-23-10

Corrected Address (if req.): _____

Phone: 2-1-445-4100   E-Mail: _____

**TRANSFEREE:**
United States Debt Recovery IV, LLC
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _[signature]_
Nathan E. Jones, Managing Director

UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA

In re:

**CIRCUIT CITY STORES, INC. et al.**

Debtors.

Case No.: 08-35653 (KRH)

Jointly Administered

Chapter 11

**TRANSFER OF CLAIM**
**BANKRUPTCY RULE 3001(E)(2)**

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
Faber Bros Inc
G David Dean
Cole Schotz Meisel Forman & Leonard PA
300 E Lombard St Ste 2000
Baltimore, MD 21202

**Name of Transferee:**
United States Debt Recovery IV, LLC
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF

YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)  Claims Agent_____   Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk