**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**_____ Division**

**In re**                                                              **Case No.**

           **Debtor(s)**                                            **Chapter**


           **Plaintiff(s)**                                         **AP No.** *[If applicable]*

**v.**


           **Defendant(s)**

### ORDER STRIKING PLEADING

The Clerk having verified the grounds set forth in the motion to strike pleading filed on _____, and pursuant to the provisions of Local Bankruptcy Rule 1006-1 (D)(4):

It is,

**ORDERED** that the _____ filed by _____ on _____, is stricken from the record in this case/adversary proceeding.

                                                  WILLIAM C. REDDEN
                                                  Clerk of Court

Date: _____                    By _____
                                                                     Deputy Clerk

                                                      NOTICE OF JUDGMENT OR ORDER
                                                      ENTERED ON DOCKET
                                                      _____

[1006strk ver. 12/09]