Mona M. Murphy, Esquire
Virginia Bar No. 21589
Stanley M. Salus, Esquire
Virginia Bar No. 00464
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
Akerman Senterfitt LLP
8100 Boone Boulevard, Suite 700
Vienna, Virginia  22182-2642
(703) 790-8750
*Counsel to Samsung Electronics America, Inc.*
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CIRCUIT CITY STORES, INC**, *et. al.*, ) | **Case No. 08-35653 (KRH)** |
| ) | **(Chapter 11)** |
| ) | |
| **Debtors.** ) | **Jointly Administered** |

**STIPULATION OF DISMISSAL OF
<u>SAMSUNG ELECTRONICS AMERICA, INC.'s APPEAL</u>**

PLEASE TAKE NOTICE that Samsung Electronics America, Inc. ("Samsung") and Circuit City Stores, Inc. and its affiliated debtors and debtors-in-possession, pursuant to Rule 8001(c)(1) of the Federal Rules of Bankruptcy Procedure and this Court's final Order Approving Settlement Agreement and Stipulation by and among the Debtors and Samsung Electronics America, Inc. entered on May 28, 2010 [Dkt. 7666], hereby stipulate to the dismissal with prejudice of Samsung's January 20, 2010 Notice of Appeal [D.N. 6335] and Motion for Leave to Appeal [D.N. 6336], and Samsung's March 8, 2010 Amended Notice of Appeal [D.N. 6720] and Amended Motion for Leave to Appeal [D.N. 6780] (collectively, the "Samsung Appeal").  The Samsung Appeal had not been docketed in the District Court.

DATED:  June 28, 2010

{TY109136;1}

STIPULATED AND AGREED TO BY:

AKERMAN SENTERFITT LLP

/s/ Mona M. Murphy
Mona M. Murphy, Esquire (VSB No. 21589)
Stanley M. Salus, Esquire (VSB Bar No. 00464)
8100 Boone Boulevard, Suite 700
Vienna, VA  22182-2642
tel.:  (703) 790-8750 / fax:  (703) 448-1767
mona.murphy@akerman.com
stan.salus@akerman.com

    - and -

AKERMAN SENTERFITT
Michael Goldberg, Esquire
Joanne Gelfand, Esquire
Las Olas Centre II
350 East Las Olas Boulevard
Suite 1600
Ft. Lauderdale, FL 33301-2229
Tel:  (954) 463-2700/ Fax:  (954) 463-2224
michael.goldberg@akerman.com
joanne.gelfand@akerman.com

*Counsel to Samsung Electronics America, Inc.*

and

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636 (302) 651-3000

    - and –

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

    - and –

3{TY109136;1}

MCGUIREWOODS LLP

<u>/s/ Douglas M. Foley</u>
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of June, 2010, a copy of the foregoing Stipulation of Dismissal of Samsung Electronics America, Inc.'s Appeal was sent to the United States Trustee, counsel for the Debtors, counsel for the unsecured creditors committee, and all creditors and parties-in-interest who are included in the United States Bankruptcy Court's ECF e-mail notification system for this case, by virtue the electronic filing of same.

        /s/ Mona M. Murphy
        Mona M. Murphy