Dallas
Denver
Fort Lauderdale
Jacksonville
Las Vegas
Los Angeles
Madison
Miami
New York
Orlando
Tallahassee
Tampa
Tysons Corner
Washington, DC
West Palm Beach

Tysons Corner Office
International Gateway
Suite 700
8100 Boone Boulevard
Vienna, Virginia  22182-2683

www.akerman.com
703 790 8750 *tel*    703 448 1801 *fax*

Mona M. Murphy
mona.murphy@akerman.com

June 28, 2010

**Via ECF**

Suzanne French, Case Administrator
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA  23219

      Re:    **Circuit City Stores, Inc., et al., Case No. 08-35653**
            **Appellant Samsung Electronics America, Inc.'s Designation of Record on Appeal**

Dear Ms. French:

      The Appellant Samsung Electronics America, Inc.'s designation of record on appeal, and copy of all items designated, with respect to the above-captioned appeal [D.N. 6752] may be destroyed.

      If you have any questions, or need any other information, please do not hesitate to contact me.

      Very truly yours,

      **AKERMAN SENTERFITT LLP**


      /s/  Mona M. Murphy
      Mona M. Murphy

{TY109189;1}