**Cindy Kimi Nakanishi**
Post Office Box 36182
San Jose, CA  95158
Phone 408-439-2891

RICHMOND DIVISION
FILED
JUN 2 8 2010
CLERK
US BANKRUPTCY COURT

June 22, 2010

Honorable Judge Kevin R. Huennekens
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA  23219
Phone number 804-916-2400

RE:    Circuit City Bankruptcy        Cindy Kimi Nakanishi, El Camino Real Sunnyvale, CA & Almaden Expressway, San Jose, CA

Dear Honorable Judge Huennekens:

I am writing you because I was an employee of Circuit City who was not paid here wages, severance pay and separation paycheck.  I have been waiting patiently but something else has come up to prompt me to write this letter.  I am going through repossession and I would very much like to obtain some or all of my funds.  I did go through the Department of Labor, Industrial Relations here in San Jose (Santa Clara County), California prior to Circuit City filing for bankruptcy. I also filed with Department of Fair Housing and Employment and EEOC *(MOHASCO-over 180 days so it went to EEOC)* I have the right to sue letter from both of these for wage discrepancy and possibility for discrimination.  I need very to pay this bill from Toyota Financial.  I do believe the bill to be inflated and need some help with those numbers.  I am going to my bank to see how they can help to lower the price and prepare for the transfer of funds.

The deadline without the paper work, meaning I am still awaiting the paperwork, I have not received the right letter or the offer letter (I guess buy back letter?).  I have contacted the Best Buy Discrimination attorneys:  Lieff, Cabraser, Heimann, Bernstein, phone 415-956-1000 too see if I can receive part of the money or more.

I feel it is necessary to share with you what has been happening in my life that has made this happen.  Of course, the economy, lay off's have some part in this but I have had other outside idiots interfere with my life which has hampered me in achieving my goals in life.  My goals in life were and still are: to have a good clean life, I want to be a good wife, good mother, good friend, and have grandchildren, great grandchildren and to be alive to be part of their lives.  I to travel, I wish to live in Japan when I retire or prior to *(my family was murdered and the case never brought to trial, my children kidnapped and the case never brought to trial, I buried my family in Japan to prevent them from being unearthed here in the United States, I am still being harassed by these people)*.

I have witnessed my husband having an affair with males at Fitzgerald on the dance floor in about 2005 (San Francisco is about 40 miles from San Jose, CA), very explicitly sex more than once.  I had to ask some friends if what I was seeing was true, and who they thought it was.  My husband and I have never really lived together in the same house for more a few summers.  Beyond this experience where my husband openly showed his homosexuality, he filed a restraining order against me in about 1995, he stated he never had sex with me, he never dated me, he doesn't know me, and he never had any children.  In May 2006 he went to Reno and then Sparks, Nevada John Ascuaga's Nuggett kidnapped a boy from Mountain View, California, Santa Clara County, and brought him there.  The boy was screaming, pulling
Page 1 of 2

away, was hit by Karen and Ellen Tanaka, (threatened, told to shut up), during this time I witness all of this, I still feel the very same way, I am shocked and hurt for the little boy. I am having nightmares from it. I went home. Karen Tanaka, Ellen Tanaka, Daizo Uchida were in custody for a short period. During this time I called and found out that Daizo Uchida married another man, I wish to testify against my husband, I do not want him to appeal this case by using me as a loop hole. I am asking for help on how to do this without losing the inheritance that I received prior to marrying him. The sooner the better, he has been filing in Santa Clara County to marry other people as well.

It doesn't end there Michael Sortillon also has been a big canker also, this seemingly likeable person has turning into a living jackal.
(1)    He also took a weapon one time to Reno. I thought, since this was the first incident it was just some issue he was having. The Lucky Tours Bus was how we traveled.
(2)    I have seen him and my husband in the same car and a girl's face cut up from the ear to the lower neck, the police man happen to be there because of a traffic accident didn't pick Michael Sortillon because he was waiving a knife around when other officers were in close proximity.
(3)    He brought a pistol, revolver to Reno. Michael Sortillon took the gun out and started to talk really strange, and how he was going to get the money from the Japes! And other people in the casino. I was scared he pointed it at me. His eye was bad and his pinky was hurting him at the time, *(he had been having problems and the doctor told him he might remove his pinky)*, I had learned a little about guns when I worked at Payless Drugs Store. I know that the firing pin pushes the bullet out. Some how I was able to manipulate the gun from his hand to mine. I went into the women's bathroom, I tried to remove all the bullets, and make the firing pin not work. I was given a car battery brush, and used it so the bullets would not fit properly with the gun. Some how he obtained the gun and shot at me, Sushi Maru (Milpitas, CA), the Japan sushi chef and his son, who is half Mexican were also shot at.
(4)    Michael Sortillon also was responsible for a woman being hit with a cinder block which fell from its position on a stage which Michael Sortillon made in Milpitas, California.
(5)    Robbed in February 2006 in Walnut Creek Scott Llerra after the Hitachi interview with Atsushi Kunigida and Jack Guieesse
(6)    Still missing after picking stuff up from my car
(7)    I have reported the automatic weapons at Marukai, Cupertino around October 2008
(8)    I went and took several survival jobs basically anything, and I have been looking for an Executive Administrative Assistant position
(9)    I have been participating in market research a one time shot for various amounts of money
(10)    I found that Great America, Cedar Fair was not keeping their withholding correctly, and with the help of several Corporate Level Executives the Grey's Law Firm was able to receive approval on the pursuing this lawsuit.

I hope that you find this helpful and I hope it is understandable. Please, let me know if you have questions. I am willing to help out. I am currently looking and working on possibility working for Toyota Motor Corporation as an Executive Administrative Assistant.

If you could help it would be greatly appreciated. I know that it costs money for the paperwork and your help in these matters. Thank you so much for your help.

Sincerely yours,

*[signature: Cindy Kimi Nakanishi]*

Cindy Kimi Nakanishi

cc:    Jeff Rosen, Santa Clara County District Attorney, newly elected June 2010