Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :  Jointly Administered
- - - - - - - - - - - - - - - x
```

**SUPPLEMENTAL ORDER SUSTAINING DEBTORS' SEVENTY-SECOND OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF (I) CERTAIN DUPLICATE CLAIMS; AND (II) CERTAIN AMENDED CLAIMS)**

THIS MATTER having come before the Court on the Debtors' Seventy-Second Omnibus Objection to Claims (Disallowance of (I) Certain Duplicate Claims; and (II) Certain Amended Claims) (the "Objection"); and the Court having entered an Order on Debtors' Seventy-Second Omnibus

Objection To Claims (Disallowance of (I) Certain Duplicate Claims; and (II) Certain Amended Claims (Docket No. 7854) (the "Initial Order"); and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  The Objection is SUSTAINED.

2.  The claim identified on <u>Exhibit A</u> as attached hereto and incorporated herein is disallowed in its entirety for all purposes in these bankruptcy cases.

3.  The Debtors' rights to object to any claim, including (without limitation) the Duplicate Claims and the Amended Claims, on any grounds that the applicable law permits are not waived and are expressly reserved; <u>provided</u>, <u>however</u>, to the extent each "Claim To Be Disallowed" was timely filed, the Debtors will not object to the corresponding "Surviving Claim" as untimely, unless, under

2

applicable provisions of the Bankruptcy Code and Bankruptcy Rules, the "Surviving Claim" included a new claim that would not be relate back to the original date on which the "Claim To Be Disallowed" was filed.

4.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

5.   The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia

_____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Second Omnibus Objection to Claims
Supplemental Order (Disallowance Of Certain Amended Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE DISALLOWED * | | SURVIVING CLAIM * | |
|---|---|---|---|
| Claim: 14862 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) | Claim: 14861 | Debtor: CIRCUIT CITY STORES, INC. (08-35653) |
| Date Filed: 03/17/2010 | Secured: | Date Filed: 03/17/2010 | Secured: |
| Creditor's Name and Address: | Priority: UNL | Creditor's Name and Address: | Priority: UNL |
| WHITNEY AHMAD PAUL<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603 | Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL | WHITNEY, AHMAD<br>254 FITZPATRICK RD<br>OAKLAND, CA 94603 | Administrative:<br>Reclamation::<br>Unsecured:<br>Total: UNL |

**Total Claims To Be Duplicated:** 1
**Total Asserted Amount To Be Duplicated:** UNL