<u>**Hearing Date: July 22, 2010 at 10:00 a.m.**</u>

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**<u>NOTICE OF HEARING ON THE MERITS ON DEBTORS' FORTY-THIRD OMNIBUS OBJECTION TO CLAIM NO. 14567 FILED BY TENNESSEE DEPARTMENT OF TREASURY, UNCLAIMED PROPERTY AND RESPONSE THERETO</u>**

     **PLEASE TAKE NOTICE** that on September 21, 2009, the Debtors objected to proof of claim number 14567 filed by the Tennessee Department of Revenue, Unclaimed Property ("Claim No. 14567") in the Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5016) (the "Forty-Third Omnibus Objection").

     **PLEASE TAKE FURTHER NOTICE** that the Tennessee Department of Revenue, Unclaimed Property filed a response (Docket No. 5371) (the "Response") to the Forty-Third Omnibus Objection.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the merits of the Forty-Third Omnibus Objection with respect to Claim No. 14567 and the Response shall be held at **10:00 a.m. (Eastern Time) on July 22, 2010**.  If you want the Court to consider your Response with respect to the Forty-Third Omnibus Objection to Claim No. 14567, then you or your attorney must attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 10:00 a.m. (Eastern Time) on July 22, 2010** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested by the Debtors**.

**If you or your attorney do not take these steps, the Court may decide that you do no longer oppose the relief sought by the Debtors and may enter an order granting the relief requested.**

Dated: June 30, 2010
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

      - and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley            .
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

\12526629

2