**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Richmond_____ Division**

**In re** Circuit City Stores, Inc.                    **Case No.** 08-35653-KRH

             **Debtor(s)**                              **Chapter** 11

             **Plaintiff(s)**                           **AP No.** *[If applicable]*

**v.**

             **Defendant(s)**

### ORDER STRIKING PLEADING

The Clerk having verified the grounds set forth in the motion to strike pleading filed on ____06/16/2010____, and pursuant to the provisions of Local Bankruptcy Rule 1006-1 (D)(4):

It is,

**ORDERED** that the ____Motion for Relief from Stay____ filed by ____Gregory Lee McCall____ on ____06/16/2010____, is stricken from the record in this case/adversary proceeding.

                                        WILLIAM C. REDDEN
                                        Clerk of Court

Date: June 28, 2010                     By /s/ S. French
                                               Deputy Clerk

                                        NOTICE OF JUDGMENT OR ORDER
                                        ENTERED ON DOCKET
                                        June 28, 2010

[1006strk ver. 12/09]

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs               Page 1 of 1              Date Rcvd: Jun 28, 2010
Case: 08-35653                Form ID: pdforder           Total Noticed: 1

The following entities were noticed by first class mail on Jun 30, 2010.
cr           +Gregory Lee McCall,   U.S.M. #15064-045,   F.C.I. Forest City-Low,   PO Box 9000,
              Forest City, AR 72336-9000
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2010**              **Signature:**  *Joseph Speetjens*