# Statement of Account

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/27/2007 | $4,865.00 | 2309914 |

AMOUNT PAID $

**SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
**38-25 Astoria Boulevard**
**Astoria, NY 11103**

**ADDRESSEE**

Anna Thomas
99-10 60TH Avenue
APT. 5J
CORONA, NY 11368

**PATIENT NAME**

Thomas Anna
LIEN LATOS
34-04 30 Avenue
Astoria, NY 1110

MAKE CHECKS PAYABLE TO: **SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
REFER INQUIRIES TO: **The Billing Department**

| DATES | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE | |
|---|---|---|---|---|---|---|
| 01/04/2007 -- 01/04/2007 | 99205 - Office Visit,New Pt,High Complexity | 200.00 | 0.00 | 0.00 | 200.00 | * |
| 01/04/2007 -- 01/04/2007 | 73110 - X-Ray Wrist Complete (3 Views) | 160.00 | 0.00 | 0.00 | 160.00 | * |
| 02/06/2007 -- 02/06/2007 | 99214 - Office Visit, Est Pt, Mod. Complexity | 85.00 | 0.00 | 0.00 | 85.00 | * |
| 02/15/2007 -- 02/15/2007 | 99214 - Office Visit, Est Pt, Mod. Complexity | 85.00 | 0.00 | 0.00 | 85.00 | * |
| 02/15/2007 -- 02/15/2007 | 73110 - X-Ray Wrist Complete (3 Views) | 160.00 | 0.00 | 0.00 | 160.00 | * |
| 02/20/2007 -- 02/20/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 02/20/2007 -- 02/20/2007 | 97018 - Paraffin | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 02/20/2007 -- 02/20/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 02/23/2007 -- 02/23/2007 | 97018 - Paraffin | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 02/23/2007 -- 02/23/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 02/23/2007 -- 02/23/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/02/2007 -- 03/02/2007 | 97010 - Hot / Cold Packs | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/02/2007 -- 03/02/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/02/2007 -- 03/02/2007 | 97018 - Paraffin | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/02/2007 -- 03/02/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/09/2007 -- 03/09/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |

Continued on next page...

Patient Name: **Thomas Anna**

**TOTAL DUE FROM INSURANCE: $4.865.00**

*** – Service due from insurance**

# Statement of Acco[illegible]

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/27/2007 | $4,865.00 | 2309914 |

AMOUNT PAID $

**ADDRESSEE**

Anna Thomas
99-10 60TH Avenue
APT. 5J
CORONA, NY 11368

**PATIENT NAME**

Thomas Anna

LIEN LATOS
34-04 30 Avenue
Astoria, NY 1110

| DATES | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE | |
|---|---|---|---|---|---|---|
| 03/09/2007 -- 03/09/2007 | 97018 - Paraffin | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/09/2007 -- 03/09/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/16/2007 -- 03/16/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/16/2007 -- 03/16/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/16/2007 -- 03/16/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/23/2007 -- 03/23/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/23/2007 -- 03/23/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/23/2007 -- 03/23/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/29/2007 -- 03/29/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 03/29/2007 -- 03/29/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 03/29/2007 -- 03/29/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 04/10/2007 -- 04/10/2007 | 99214 - Office Visit, Est Pt, Mod. Complexity | 85.00 | 0.00 | 0.00 | 85.00 | * |
| 04/23/2007 -- 04/23/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 04/23/2007 -- 04/23/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 04/23/2007 -- 04/23/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 04/30/2007 -- 04/30/2007 | 97010 - Hot / Cold Packs | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 04/30/2007 -- 04/30/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 04/30/2007 -- 04/30/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 05/07/2007 -- 05/07/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 05/07/2007 -- 05/07/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 05/07/2007 -- 05/07/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 05/14/2007 -- 05/14/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 05/14/2007 -- 05/14/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 05/14/2007 -- 05/14/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 05/23/2007 -- 05/23/2007 | 95903U - Each Upper Motor Nerve Cond.With F-Wave Studies | 300.00 | 0.00 | 0.00 | 300.00 | * |

Continued on next page...

Patient Name: **Thomas Anna**

**TOTAL DUE FROM INSURANCE: $4,865.00**

*** – Service due from insurance**

# Statement of Account

| STATEMENT DATE | THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/27/2007 | $4,865.00 | 2309914 |

AMOUNT PAID $

**ADDRESSEE**

Anna Thomas
99-10 60TH Avenue
APT. 5J
CORONA, NY 11368

**PATIENT NAME**

Thomas Anna

LIEN LATOS
34-04 30 Avenue
Astoria, NY 1110

| DATES | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE | |
|---|---|---|---|---|---|---|
| 05/23/2007 -- 05/23/2007 | 95903U - Each Upper Motor Nerve Cond. With F-Wave Studies | 300.00 | 0.00 | 0.00 | 300.00 | * |
| 05/23/2007 -- 05/23/2007 | 95903U - Each Upper Motor Nerve Cond. With F-Wave Studies | 300.00 | 0.00 | 0.00 | 300.00 | * |
| 05/23/2007 -- 05/23/2007 | 95903U - Each Upper Motor Nerve Cond. With F-Wave Studies | 300.00 | 0.00 | 0.00 | 300.00 | * |
| 05/23/2007 -- 05/23/2007 | 95904U - Upper Sensory Nerve Conduction Study | 250.00 | 0.00 | 0.00 | 250.00 | * |
| 05/23/2007 -- 05/23/2007 | 95904U - Upper Sensory Nerve Conduction Study | 250.00 | 0.00 | 0.00 | 250.00 | * |
| 05/23/2007 -- 05/23/2007 | 95904U - Upper Sensory Nerve Conduction Study | 250.00 | 0.00 | 0.00 | 250.00 | * |
| 05/23/2007 -- 05/23/2007 | 95904U - Upper Sensory Nerve Conduction Study | 250.00 | 0.00 | 0.00 | 250.00 | * |
| 05/23/2007 -- 05/23/2007 | 95904U - Upper Sensory Nerve Conduction Study | 250.00 | 0.00 | 0.00 | 250.00 | * |
| 06/04/2007 -- 06/04/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 06/04/2007 -- 06/04/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 06/04/2007 -- 06/04/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 06/11/2007 -- 06/11/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 | * |
| 06/11/2007 -- 06/11/2007 | 97110 - Therapeutic Procedure (Exercise) | 50.00 | 0.00 | 0.00 | 50.00 | * |
| 06/11/2007 -- 06/11/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 | * |
| | **Total:** | **4,865.00** | **0.00** | **0.00** | **4,865.00** | |

atient Name: **Thomas Anna**

**TOTAL DUE FROM INSURANCE: $4,865.00**

**-- Service due from insurance**

| LESS THAN 30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| | 260.00 | 2,820.00 | 345.00 | 1,440.00 |

# Statement of Acco[illegible]

| STATEMENT DATE | THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/27/2007 | 85.00 | 2309914 |

AMOUNT PAID $

**SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
**38-25 Astoria Boulevard**
**Astoria, NY 11103**

**ADDRESSEE**

Anna Thomas
99-10 60TH Avenue
APT. 5J
CORONA, NY 11368

**PATIENT NAME**

Thomas Anna
LIEN SHAEVITZ AND SHAEVITZ
148-55 HILLSIDE AVENUE
JAMAICA,

MAKE CHECKS PAYABLE TO: **SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
REFER INQUIRIES TO: **The Billing Department**

| DATES | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE | |
|---|---|---|---|---|---|---|
| 06/26/2007 -- 06/26/2007 | 99214 - Office Visit, Est Pt, Mod. Complexity | 85.00 | 0.00 | 0.00 | 85.00 | * |
| | **Total:** | **85.00** | **0.00** | **0.00** | **85.00** | |

Patient Name: **Thomas Anna**

**TOTAL DUE FROM INSURANCE: $85.00**

*** -- Service due from insurance**

| LESS THAN 30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 85.00 | | | | |

# Statement of Acco[illegible]

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 7/27/2007 | $110.00 | 2309914 |

AMOUNT PAID $

**SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
**38-25 Astoria Boulevard**
**Astoria, NY 11103**

**ADDRESSEE**

Anna Thomas
99-10 60TH Avenue
APT. 5J
CORONA, NY 11368

**PATIENT NAME**

Thomas Anna
Patient has no insurance

MAKE CHECKS PAYABLE TO: **SPORTS MEDICINE & ORTHOPAEDIC REHAB PC**
REFER INQUIRIES TO: **The Billing Department**

| DATES | DESCRIPTION | BILLED | ADJUSTED | RECEIVED | BALANCE |
|---|---|---|---|---|---|
| 07/16/2007 -- 07/16/2007 | 97014 - Electrical Stimulation | 30.00 | 0.00 | 0.00 | 30.00 |
| 07/16/2007 -- 07/16/2007 | 97018 - Paraffin | 30.00 | 0.00 | 0.00 | 30.00 |
| 07/16/2007 -- 07/16/2007 | 97140 - Manual Therapy Techniques | 50.00 | 0.00 | 0.00 | 50.00 |
| | **Total:** | **110.00** | **0.00** | **0.00** | **110.00** |

Patient Name: **Thomas Anna**

Please pay this amount **$110.00**

*** -- Service due from insurance**

| LESS THAN 30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS |
|---|---|---|---|---|
| 110.00 | | | | |

**St. Luke's-Roosevelt Hospital Center** **EMERGENCY DEPA**

**PATIENT**

| NAME | SEX | AGE | DOB | MR# | ACCT. # |
|---|---|---|---|---|---|
| THOMAS, ANA | F | 69 | 05/26/1937 | 200004371794 | 449139617 |

| ADDRESS | CITY | ST. | ZIP | PHONE | MS |
|---|---|---|---|---|---|
| 99-10 60TH AVENUE #5 | CORONA | NY | 11368 | 718-210-3350 | M |

| SS # | ACC. BY | ACCID/ILLNESS (DATE & TIME) | HOSP # | DATE IN | TIME IN | DATE OUT | TIME OUT |
|---|---|---|---|---|---|---|---|
| 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 | | | 82RL7C | 12/29/06 | 05:26A | 12/29 | 1109 |

| EMERG. CONTACT | PHONE | CLERK IN | CLERK OUT |
|---|---|---|---|
| THOMAS, RAYMOND | 718-210-3350 | 2MD | |

**INSURANCE**

| EMPLOYER'S NAME | TELEPHONE NO. |
|---|---|
| RETIRED | |

| FINANCIAL CLASS | DESCRIPTION | GROUP # | POLICY # |
|---|---|---|---|
| 1. | | | |
| 2. SF1 | SELF PAY | | |
| 3. | | | |

TIME OF INITIAL EXAM: 6:00 AM PRINT NAME: Marquez Baptist M.D. USUAL SOURCE OF CARE/MD: Carmen Dr Paz PHONE ☐ NOTIFIED AT ______ AM/PM ☐ CASE DISCUSSED AT ______ AM/PM

CHIEF COMPLAINT: (R) arm pain

IMMUNIZATIONS: ☐ UP-TO-DATE

LAST TETANUS VACCINATION:

PMH/PSH: DM HTN

PRIMARY CAREGIVER:

MEDS: Amaryl HCTZ Accupril Glycette Atenolol [illegible]

ALLERGIES: NKDA

SCHOOL GRADE:

SH ☐ TOBACCO ☐ ETOH ☐ IVDU ☐ COCAINE ☐ NURSING HOME ☐ LACKS SOCIAL SUPPORTS ☐ UNDOMICILED ☐ OTHER

FH ☐ CAD ☐ DM ☐ ASTHMA ☐ HTN ☐ CANCER ☐ OTHER

ROS UNOBTAINABLE DUE TO: ☐ INTUBATED ☐ DISTRESS ☐ UNCOOPERATIVE ☐ ALTERED MENTAL STATUS

**REVIEW OF SYSTEMS** (Circle Abnormalities)

| NEG | | | NEG | | |
|---|---|---|---|---|---|
| / | 1. CONSTITUTIONAL: | Fever Chills Wt Loss Fatigue | | 8. MUSCULOSKELETAL: | (Muscle Pain) (Joint Pain) |
| / | 2. EYES: | Acuity Changes Glasses Sx | / | 9. SKIN: | Rash Lesions |
| / | 3. ENT: | Hearing Loss Sore Throat Discharge | / | 10. NEUROLOGICAL: | HA Dizziness Seizure Focal Weakness |
| / | 4. CEREBROVASCULAR: | Chest Pain Hx OF MI Palpitations | / | 11. PSYCHIATRIC: | Depression Anxiety Psych Hx |
| / | 5. RESPIRATORY: | SOB Cough Sputum Asthma | / | 12. ENDOCRINE: | Polyuria Polydipsia |
| / | 6. GI: | Nausea Vomiting Diarrhea Pain | / | 13. HEMATOLOGIC: | Adenopathy Bruising |
| / | 7. GU: | Dysuria Frequency Urgency Nocturia | / | 14. IMMUNOLOGIC/ALLERGIC: | Urticaria |

**PHYSICIAN**

HISTORY AND PHYSICAL EXAM — HX PROVIDED BY:

69 yo female was pushed and fell through ~~[illegible]~~ shelves and fell on her (R) arm. pt felt fine yesterday but during the night ↑ pain

VS T 98.6 P 82 R 18 200/105 Pox 98% RA

GEN AOx3 in NAD

HEENT NCAT ∅ conjunctival pallor

CV RRR ∅ m/r/g

Pulm CTA B/L

GI Soft NT/ND

Musc medial posterior 3 cm area of ecchymosis of the (R) forearm near wrist. FROM wrist sensation intact of +2 radial pulse good strength

A/P 69 yo female c̄ (R) forearm contusion
R/O fx
(1) Xray
(2) Reeval

TREATMENT RECORD — MEDICAL RECORD

☒ ARM INJURY/PAIN

WBC / HGB / HCT / PLT

☐ CHEM 7: Na | Cl | BUN | GLUCOSE | K | $CO_2$ | CR

☐ PT ____ TROPONIN ____
INR ____ LIPASE ____
☐ PTT ____ BHCG ____

☐ ADDITIONAL LABS:

☐ URINE Gluc ____ Bili ____ Ketones ____ pH ____ sp. gr ____ Protein ____ Hgb ____ Nitrites ____ Leuk est ____ WBC ____ RBC ____
☐ Bacteria ☐ Squamous
☐ Preg ☐ POS ☐ NEG

| ARTERIAL BLOOD GASES | |
|---|---|
| pH | |
| $pCO_2$ | |
| $pO_2$ | |
| $O_2$Sat | |
| Amt $O_2$ L/M | |

| PULSE OXIMETER | % SAT |
|---|---|
| TIME | 98% |

☐ HYPOXIA
☐ NON HYPOXIC

LABORATORY

PRE-PROCEDURE TIME OUT: PROCEDURE ____ VERIFIED: PATIENT IDENTIFICATION ☐,
PROCEDURE TYPE ☐, SITE MARKED ☐ PRINT ____ RN ____ MD

PROGRESS NOTES PROCEDURES

EKG: ____
☐ Reviewed c̄ Cardiologist

X-RAYS: Ⓡ wrist/Forearm: Non displaced distal radius fx
☐ Reviewed c̄ Radiologist

| SERVICE | TIME CALLED | SERVICE | TIME CALLED |
|---|---|---|---|
| | | | |

CONSULTS

☐ MEDICAL RECORD REQUESTED AT ____ AM / PM ☐ MEDICAL RECORD REVIEWED AT ____ AM / PM

TIME: 0630 ✓ I EXAMINED THE PATIENT, I REVIEWED THIS CHART, I DISCUSSED THE CASE WITH THE RESIDENT, DR. Marques-Baptiste

agree c̄ resident's assessment, note & plan

INITIAL IMPRESSION:

PLAN:

SELF PAY

ENDORSED TO DR. ____ AT ____

ATTENDING

DIAGNOSIS: | CODE
1. Contusion forearm.
2.
3.

DISCHARGE ☐
ADMISSION ☐ TIME ☐ AM ☐ PM
☐ SERVICE ☐ PRIVATE
ATTENDING: ____
PAM: ____

DIAGNOSIS

☐ IMPROVED ☐ GUARDED ☐ EXPIRED
☐ STABLE ☐ CRITICAL

CONDITION

☐ TREATED AND RELEASED
☐ LEFT PRIOR TO MSE/WALKOUT
☐ LEFT PRIOR TO DISCHARGE/ELOPEMENT
☐ LEFT AMA
☐ TRANSFERRED TO ____
☐ DOA / DIED IN ED TIME ____ ME CASE # ____

DISPOSITION

| MD NAME (Signature) | ID NUMBER | MD NAME (Signature) | ID NUMBER | DIAGNOSED & TREATED IN MY PRESENCE ATTENDING MD NAME (Signature) | ID NUMBER |
|---|---|---|---|---|---|
| [signature] | 11624 | | | [signature] | 18651 |
| MD NAME (Print) Marques-Baptiste | | MD NAME (Print) | | ATTENDING MD NAME (Print) Stratton | |

43580 (12/09)

St. Lukes
1111 Amsterdam Avenue
NY, NY 10025

Emergency Department
212-523-3335

St. Luke's Roosevelt
Continuum Health Partners, Inc.
Assessment Sheet

Name: Thomas,
Phone: (718)210-33..
Unit: Main Ed

MR #: 200004371794
Chart #: ED694398
ACT #: 000449139617

DOB: 05/26/1937
Sex: Female
Age: 69

Address: 99-10 60TH AVENUE #5J, CORONA, NY 11368

Complaint: R Arm Injury/pain
Arrival Date/Time: 05:26 12/29/2006
Arrived by: Walk-in
Mobility:
Accompanied By: Friend/Family
Last Date Seen: 07/07/2006 08:07
Emergency Resident Physician: MARQUES, ANDREIA

Triage Acuity: 2 - Urgent
Primary Insurance: OXFORD MEDICARE
Secondary/Tertiary Insurance: MEDICAID OF NY/
Referring Phys/Facility:
PMP: Unassigned,
Emergency Attending Physician: STRATTON, JENNIFER B

Complaint Code:

Triage Nurse: MAURAIS, RN, MARTIN
Primary Nurse: FUNCK, RN, ERIKA

Treatments PTA:
Travel History: Travel outside US <= 10 days: No. Contact with traveler <= 10 days: No.
Symptoms in the past 7 days: None of the above. Contact with birds at risk: No. Travel History Note: . Hand hygiene: No. Mask applied: No.

Special Needs:

Past Medical Hx: Diabetic Insulin Dependent, Hypertension
Tetanus Hx:
Social Hx:
Weights:

LMP Date:

Medications

| Medication | Dosage | Freq | Prescribing Phys | Started |
|---|---|---|---|---|
| Insulin | | | | |
| Atenolol | | | | |
| Hydrochlorothiazide | | | | |
| Norvasc | | | | |

Allergy

| Allergy | Allergic Reaction |
|---|---|
| *No Known Allergies | |

Vital Signs

| Inits | Time | Temp | Blood Pressure | Pulse | Resp |
|---|---|---|---|---|---|
| MM | 05:30 | 98.6 | 200/103 | 82 | 18 |

Pain

| Time | Scale |
|---|---|
| 05:30 | 4/10 |

Pulse Ox.

| Time | % | Concentration | Peak Flow |
|---|---|---|---|
| 05:30 | 98 | | |

Glasgow Coma

| Time | Score |
|---|---|

**Disposition Information**

Primary Diagnosis: Fx closed radius, head
Disposition: Disch - Home
Discharge Time: 11:00 12/29/2006
RN Report Called By:
RN Report Given To:
MD Report Called By:
MD Report Given To:
Follow-up Care: CATALANO, LOUIS
Appt Date/Time:
Disability Statement:
Prescriptions:
Discharge Instructions: FRACTURED EXTREMITY, FRACTURED HAND, SPLINT CARE

Secondary Diagnosis:
Discharge Acuity: 2 - Urgent
Admit To Team:
Admit To Floor/Room: /
Service/Private:
Admit To Physician:
Admit - Resident:
Admit - Intern:
Family Notification:

St. Lukes
1111 Amsterdam Avenue
NY, NY 10025

St. Luke's Roosevelt

Emergency Department
212-523-3335

Continuum Health Partners, Inc.
Assessment Sheet

Phone: (718)210-335
Unit: Main Ed
MR #: 200004371794
Chart #: ED694398
ACT #: 000449139617
DOB: 05/26/1937
Sex: Female
Age: 69
Address: 99-10 60TH AVENUE #5J, CORONA, NY 11368

**Initial Triage Info**
**05:31 12/29/2006 - Initial Triage Info - MAURAIS, RN MARTIN**
Chief Complaint: R Arm Injury/pain
Presenting Complaints: Arm pain- right
Duration: 1, days
Quick Assessment: Alert, AIRWAY intact, AIRWAY handling secretions, -Alert and Oriented x 3
Significant Neg. Findings: Denies back pain, Denies chest pain, Denies syncope, Denies shortness of breath
*Initial Triage Acuity: 2 - Urgent*
Mode of Arrival: Walk-in
Accompanied by: Friend/Family
Travel outside US <= 10 days: No
Contact with traveler <= 10 days: No
Symptoms in the past 7 days: None of the above
Contact with birds at risk: No
Hand hygiene: No
Mask applied: No
Note: Was pushed, fell against some shelves at a store, complaining of right arm pain, swelling. No obvious deformity, but tender, swollen. Pos pulses.

**PMH/Current Meds/Allergies**
**05:26 12/29/2006 - Allergy Information - MAURAIS, RN MARTIN**
Allergy: *No Known Allergies
**05:27 12/29/2006 - Medicine - MAURAIS, RN MARTIN**
Medication: Insulin
Medication: Atenolol
Medication: Hydrochlorothiazide
Medication: Norvasc
Note: quinapril glimepiride precose
**06:27 12/29/2006 - Past Medical History - MAURAIS, RN MARTIN**
Medical history: Diabetic Insulin Dependent, Hypertension
Surgical history: -None
Special Needs: -Potential Educ. Barrier-none
**11:00 12/29/2006 - Medicine - MUKHERJEE KOUSTAV, MD**
Medication: Insulin
Medication: Atenolol
Medication: Hydrochlorothiazide
Medication: Norvasc
Note: quinapril glimepiride precose

**Medication Summary**
Patient name, medication and allergy verification required at time of order.
Patient name, medication, allergy and DOB verification required before administration.
**06:22 12/29/2006 - Percocet 1 po - STRATTON JENNIFER, MD**
**Medication Administered - 06:28 12/29/2006 by SCOTT, RN KASI**
Medication: Percocet 1 po
**Response to Medication - 06:28 12/29/2006 by SCOTT, RN KASI**
Medication: Percocet
Pain Scale: 4/10

**Lab Order & Result Summary**
(None)

**POCT Results**
(None)

**Xray Order & Result Summary**
**06:21 12/29/2006 - Forearm (R) - STRATTON JENNIFER, MD**
**09:19 12/29/2006 -- Final Order Results**
Accession:
Procedure: FOREARM 2 VIEWS
Procedure Notes: 3-3338~ 69 yo female s/p fall on right arm. with pain--
Result:
Right wrist:
There is a transverse nondisplaced fracture of the distal radius
and the metaphyseal level. The distal radius and ulna are slightly separated, 2 mm. There is neutral ulnar variance.
The alignment of the carpal bones is normal.
Impression:
Nondisplaced distal radius fracture.
Discussed with Dr. Mukherje.
Right forearm:
Frontal and lateral projections were obtained.
There is no fracture along the shaft of the radius or ulna.
The
elbow joint appears normal, though not optimally centered.

**06:22 12/29/2006 - Wrist 3vws (R) - STRATTON JENNIFER, MD**
**09:19 12/29/2006 -- Final Order Results**
Accession:
*Procedure: WRIST COMP 3+V*
Procedure Notes: 3-3338~ 69 yo female s/p fall on right arm with tenderness--
Result:
Right wrist:
There is a transverse nondisplaced fracture of the distal radius
and the metaphyseal level. The distal radius and ulna are slightly separated, 2 mm. There is neutral ulnar variance.
The alignment of the carpal bones is normal.
Impression:
Nondisplaced distal radius fracture.
Discussed with Dr. Mukherje.
Right forearm:
Frontal and lateral projections were obtained.
There is no fracture along the shaft of the radius or ulna.
The
elbow joint appears normal, though not optimally centered.

**EKG Results**
(None)

**IVs Given**
(None)

**Intake and Output**
(None)

**Assessment/Reassessment**
**05:30 12/29/2006 - Vital Signs - MAURAIS, RN MARTIN**
Systolic: 200
Diastolic: 105
Pulse Rate: 82
Respirations: 18
Temperature: 98.6
Pain Scale: 4/10
Pulse Oximetry %: 98
**05:31 12/29/2006 - Acuity - MAURAIS, RN MARTIN**
Acuity: 2 - Urgent
**05:34 12/29/2006 - Domestic Violence - GUILLORY, RN KELLY**
Emotionally/Physically hurt?: No
Currently hurt by someone close?: No
Forced sex. activity in last yr?: No
Fear of partner or other?: No
History of Domestic Violence: No
**05:34 12/29/2006 - Fall Risk Assessment - GUILLORY, RN KELLY**
Low fall risk because: Ambulatory, steady gait, Independent and continent, No hx of falls, No orthostasis
**07:32 12/29/2006 - Primary Survey - FUNCK, RN ERIKA**
Airway: Patent and clear
Breathing: Present
Circulation: Warm and dry
Note: pt a&ox3, no acute distress at this time, awaiting x-ray
**10:29 12/29/2006 - Reassessment - FUNCK, RN ERIKA**
Note: pt remains a&ox3, no acute distress, awaiting x-ray results

**CPP Risk Assessment**
(None)

**Other Orders**
**05:26 12/29/2006 - Initial Patient Orders - REG$**
HIS Registration - REG$ at 12/29/2006 05:26
Begin Full Registration - STEELE, BA MILTON at 12/29/2006 05:36
Complete Full Reg. - STEELE, BA MILTON at 12/29/2006 05:59
**05:31 12/29/2006 - Domestic Violence - MAURAIS, RN MARTIN**
Record Dom. Violence Info - GUILLORY, RN KELLY at 12/29/2006 05:34
**05:34 12/29/2006 - ER Physician Eval. - ALCANA, RN ANDRES**

St. Lukes
1111 Amsterdam Avenue
NY, NY 10025

St. Luke's Roosevelt

Emergency Department
212-523-3335

Continuum Health Partners, Inc.
Assessment Sheet

Name: Thomas, A
Phone: (718)210-335
Unit: Main Ed
MR #: 200004371794
Chart #: ED694398
ACT #: 000449139617
DOB: 05/26/1937
Sex: Female
Age: 69
Address: 99-10 60TH AVENUE #5J, CORONA, NY 11368

Evaluate Patient - MARQUES ANDREIA, MD at 12/29/2006 06:02
**10:52 12/29/2006 - Disch - Home - MUKHERJEE KOUSTAV, MD**
Medication Reconciliation - MUKHERJEE KOUSTAV, MD at 12/29/2006 11:00
Discharge Condition - FUNCK, RN ERIKA at 12/29/2006 11:00
Discharge Patient (completion not documented)
Co-pay cash collection (completion not documented)
Administrative Discharge (completion not documented)
Charting is Complete (completion not documented)

**Discharge Information**
**10:52 12/29/2006 - Discharge Diagnosis - MUKHERJEE KOUSTAV, MD**
Primary: Fx closed radius, head
**10:55 12/29/2006 - Ref/App - MUKHERJEE KOUSTAV, MD**
Appointment with: CATALANO, LOUIS
Phone: 212-523-7590
Follow up in: 5 days
**10:57 12/29/2006 - Discharge Instructions - MUKHERJEE KOUSTAV, MD**
Discharge Instruction: SPLINT CARE, FRACTURED EXTREMITY, FRACTURED HAND
**10:57 12/29/2006 - Discharge Note - MUKHERJEE KOUSTAV, MD**
Note: Please follow up with Dr. Catalano next week. Come back to the hospital if you have any concerns. Take the pain medication for pain as needed.
**10:57 12/29/2006 - DOH Reporting - MUKHERJEE KOUSTAV, MD**
DOH Reporting: Not Required
**11:00 12/29/2006 - Discharge Condition - FUNCK, RN ERIKA**
Acuity: 2 - Urgent
Condition: Stable
Mobility at Discharge: Ambulatory
Patient Teaching: Reviewed care plan with parent/guardian, Reviewed follow-up with parent/guardian, Reviewed DC instruct w/parent/guardian, Reviewed understanding w/parent/guardian
Mode of Discharge: Walking
Pain Scale: 1/10 - mild

**Disposition Order**
**10:52 12/29/2006 - Disch - Home - MUKHERJEE KOUSTAV, MD**
Discharge Condition - FUNCK, RN ERIKA at 12/29/2006 11:00
Discharge Patient: (Pending)
Administrative Discharge: (Pending)
Charting is Complete: (Pending)

**Labs Ordered**
(None)

**X-Rays Ordered**
**06:21 12/29/2006 - Forearm (R) - STRATTON JENNIFER, MD**
Order Placed By: MARQUES ANDREIA, MD
Prepare Patient for Xray - MARQUES ANDREIA, MD at 12/29/2006 06:24
Transport to X-ray - MARQUES ANDREIA, MD at 12/29/2006 06:24
Obtain Xray - HIS$ at 12/29/2006 08:43
Complete Xray - HIS$ at 12/29/2006 09:19
Review Results - MUKHERJEE KOUSTAV, MD at 12/29/2006 09:21
Order Information:
Pregnancy Status: PT Not Pregnant
Pregnancy Status Obtained thru: Patient history
Mode of Transportation: Stretcher
Priority: STAT
Patient name confirmed: Yes
Test confirmed: Yes
Clin DX/Pert HX/Phys Findings: 69 yo female s/p fall on right arm. with pain
**06:22 12/29/2006 - Wrist 3vws (R) - STRATTON JENNIFER, MD**
Order Placed By: MARQUES ANDREIA, MD
Prepare Patient for Xray - MARQUES ANDREIA, MD at 12/29/2006 06:25
Transport to X-ray - MARQUES ANDREIA, MD at 12/29/2006 06:25
Obtain Xray - HIS$ at 12/29/2006 08:34
Complete Xray - HIS$ at 12/29/2006 09:19
Review Results - MUKHERJEE KOUSTAV, MD at 12/29/2006 09:21
Order Information:
Pregnancy Status: PT Not Pregnant
Pregnancy Status Obtained thru: Patient history
Mode of Transportation: Ambulatory
Priority: STAT
Patient name confirmed: Yes
Test confirmed: Yes
Clin DX/Pert HX/Phys Findings: 69 yo female s/p fall on right arm with tenderness

**Registration Info/Demographics**
**08:26 12/29/2006 - Registration Information - REG$**
First Name: Ana
Last Name: Thomas
Chief Complaint: R ARM INJURY/PAIN
Date of Birth: 19370526
Sex: F
Medical Record Number: 200004371794
Social Security Number: 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
Account Number: 000449139617
Zip Code: 11368
**05:57 12/29/2006 - Registration Information - REG$**
Chief Complaint: R ARM INJURY/PAIN
**06:59 12/29/2006 - Registration Information - REG$**
First Name: Anna
**05:59 12/29/2006 - Registration Information - STEELE, BA MILTON**
Arrival Time: 12/29/2006 05:26
Chief Complaint: R Arm Injury/pain
Date of Birth: 05/26/1937

**Provider/RN/Location Changes**
**05:26 12/29/2006 - Change Room - REG$**
Change Room: Waiting Area Medicine ED
**05:32 12/29/2006 - Change Room - MAURAIS, RN MARTIN**
Change Room: Exam Room 17 Chair 1
**05:34 12/29/2006 - Change Physician - ALCANA, RN ANDRES**
ER Physician: STRATTON, JENNIFER B
Resident: Unassigned
Prim. Care Provider: Unassigned
Responsible Physician: STRATTON, JENNIFER B
**05:34 12/29/2006 - Change Nurse - GUILLORY, RN KELLY**
Primary Nurse: GUILLORY, RN, KELLY
Secondary Nurse: Unassigned
Responsible Nurse: GUILLORY, RN, KELLY
**05:35 12/29/2006 - Change Nurse - SCOTT, RN KASI**
Primary Nurse: SCOTT, RN, KASI
Secondary Nurse: Unassigned
Responsible Nurse: SCOTT, RN, KASI
**06:02 12/29/2006 - Change Physician - MARQUES ANDREIA, MD**
ER Physician: STRATTON, JENNIFER B
Resident: MARQUES, ANDREIA
Prim. Care Provider: Unassigned
Responsible Physician: STRATTON, JENNIFER B
**07:12 12/29/2006 - Change Nurse - FUNCK, RN ERIKA**
Primary Nurse: FUNCK, RN, ERIKA
Secondary Nurse: Unassigned
Responsible Nurse: FUNCK, RN, ERIKA
**07:42 12/29/2006 - Change Room - FUNCK, RN ERIKA**
Change Room: Xray Area (Adult Patient)
**08:21 12/29/2006 - Providers - ABE MINAKO, MD**
Physician 2: ABE, MINAKO
**08:21 12/29/2006 - Change Physician - ABE MINAKO, MD**
ER Physician: STRATTON, JENNIFER B
Resident: MARQUES, ANDREIA
Prim. Care Provider: Unassigned
Responsible Physician: ABE, MINAKO
**08:30 12/29/2006 - Change Room - JULIEN, RN MARIE**
Change Room: Exam Room 17 Chair 1

**Follow Up**
(None)

# St. Lukes Emergency Department

1111 Amsterdam Avenue, NY, NY 10025
212-523-3335

St. Luke's
Roosevelt
Continuum Health Partners Inc

**Prescriptions Received:** Acetaminophen w/codeine 30mg

**Discharge Instructions Received:** FRACTURED EXTREMITY, FRACTURED HAND, SPLINT CARE

**Drug Instructions Received:**

Referral:
CATALANO, LOUIS - 212-523-7590 in 5 days

---

I hereby acknowledge receipt of the instructions indicated above. I understand that I have had emergency treatment and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as instructed above.

*****************************************************************************

Please follow up with Dr. Catalano next week. Come back to the hospital if you have any concerns. Take the pain medication for pain as needed.

*****************************************************************************

Date/Time: 12/29/2006 10:57 Treating MD: STRATTON, JENNIFER B

Patient Signature: ____________________

Account Number: 000449139617

Medical Record Number: 200004371794

**I have removed IV access / heplock:** ____YES ___NO _✓_NOT APPLICABLE

RN/LPN/MD ____________________ Date: 12/29/06

I have explained the instructions and have given a copy to the patient.

# St. Lukes Emergency Department

1111 Amsterdam Avenue, NY, NY 10025
212-523-3335

St. Luke's Roosevelt
Continuum Health Partners, Inc.

Signature: [signature] Date: 12/29/06
Emergency Primary Nurse: FUNCK, RN, ERIKA

Patient: Thomas, Anna Page 5 of 5 Friday - December 29, 2006 - 10:57

St. Lukes Emergency Department

**OFFICIAL NEW YORK STATE PRESCRIPTION**

ST LUKES-ROOSEVELT HOSPITAL CENTER

1000 TENTH AVENUE, NEW YORK, NY 10019 (212) 523-4000
1111-AMSTERDAM AVE., NEW YORK, NY 10025 (212) 523-4000

INSTITUTION DEA NUMBER (IF APPLICABLE) B S 7 7 8 7 5 5 6 SUFFIX Imprinted Prescriber Name (Institutions Only)

Patient Name Anne Thomas Date 12/24/06

Address 99-10 60th Ave #5

City Corona State NY Zip 11368 Age 69 Sex M (F)

℞

Percocet 5/325

sig: i - ii tab po q 4-6 hr

Disp: #30

8

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature X [signature]

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

REFILLS ☑ None Refills

Dispense As Written

0F8BW8 45

PHARMACIST TEST AREA:



# St. Lukes Emergency Department

**1111 Amsterdam Avenue, NY, NY 10025**
**212-523-3335**

St. Luke's
Roosevelt
Health Partners, Inc.

If you smoke, you are encouraged to quit in order to live longer, feel better, and heal faster. Quitting will lower your chance of heart attack, stroke, or cancer. The people you live with, especially children, will be healthier. Please contact the following numbers for additional information:

At St. Luke's: (212) 523-4410 At Roosevelt: (212) 523-6056

************************************************

## SPLINT CARE:

Your doctor has applied a splint to rest and protect your injury. Splints can be made of plaster, fiberglass, or metal; they are used to treat fractures, sprains, tendonitis, and and other injuries. Please keep your injury elevated to reduce swelling and pressure under your splint. If an elastic bandage has been used hold the splint, it can be loosened if you have increased swelling or pain.
Try to keep your splint clean and dry. They can be used for weeks if needed to treat serious sprains, or minor fractures. Do not put objects under your splint to scratch yourself. Call your doctor right away if you have:

- Increased pain or pressure around the injury.
- Numbness, tingling, or painful, cool toes or fingers.

Call your doctor for follow up care as recommended, especially if your splint becomes too soft or broken before you are healed.

## FRACTURED EXTREMITY:

Your exam shows you have a broken bone. Broken bones (fractures) take many weeks to heal. The broken ends must be lined up correctly and kept perfectly still for proper healing. Please do not remove the splint, immobilizer, or cast that has been applied to treat your injury. This is the most important part of your treatment. Other measures to treat fractures include:

- Keep the injured limb at rest and elevated as recommended by your doctor. This will help reduce pain and swelling.
- Ice packs can be applied to your fracture site frequently for next 2-3 days.
- Pain medicine is often prescribed in the first days after a fracture.

Call your doctor or the emergency room at once if you notice increasing pain or pressure in the injured limb, or if it becomes cold, numb, or pale. Proper follow-up care is very important, so call your doctor for an appointment as soon as possible.

**St. Lukes Emergency Department**
**1111 Amsterdam Avenue, NY, NY 10025**
**212-523-3335**

St. Luke's
Roosevelt
Continuum Health Partners, Inc.

## Take-Home Instructions for the Patient

**Patient's Name: Thomas, Anna** **Date: 12/29/2006**
**Medical Record Number: 200004371794** **Date of Service: 12/29/2006**
**Diagnosis: Fx closed radius, head**
**Emergency Attending Physician: STRATTON, JENNIFER B**
**Emergency Resident Physician: MARQUES, ANDREIA**
**Emergency Primary Nurse: FUNCK, RN, ERIKA**

PLEASE NOTE: The examination and treatment that you have received in the Emergency Department have been rendered on an emergency basis only and are not intended to be a substitute for or an effort to provide complete medical service. A follow-up doctor or facility is named below. It is important that you be checked again as recommended below and report any new or remaining problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. In addition, if an X-Ray has been taken here, it has been read on a preliminary basis only, and a final review will be made by the Radiologist.

Call to arrange an appointment to see the following physician for follow-up care.

Referral:
CATALANO, LOUIS - 212-523-7590 in 5 days

********************************************************************************
Please follow up with Dr. Catalano next week. Come back to the hospital if you have any concerns. Take the pain medication for pain as needed.
********************************************************************************

When you call for an appointment, say that you were referred from this Emergency Department.

If you cannot see the above doctor and your condition worsens so that you require emergency treatment, come back to this department.

**PLEASE TAKE THIS WITH YOU WHEN YOU SEE DOCTOR LISTED ABOVE**

************************************************************

**St. Lukes Emergency Department**
**1111 Amsterdam Avenue, NY, NY 10025**
**212-523-3335**

St. Luke's
Roosevelt
Continuum Health Partners, Inc.

## FRACTURED HAND:

Your exam shows you have a fractured hand. Broken bones in the hand can be caused by crush injuries or from hitting objects with a fist. If the bones are in good position and the hand is properly immobilized and rested, these injuries will usually heal in about 6 weeks.
A cast or splint is usually applied to keep the fracture site from moving. Keep your hand elevated above the level of your heart as much as possible for the next 2-3 days until the swelling and pain are better. Please see your doctor or an orthopedic specialist for follow-up care within the next 10 days to make sure the fracture is beginning to heal properly. Call your doctor or the emergency room right away if you notice your fingers are cold or numb, or the pain of your injury is severe.

# ELMHURST HOSPITAL CENTER — EMERGENCY SERVICE

## DEMOGRAPHIC INFORMATION

| REGISTRATION DATE AND TIME | VISIT DATE | VISIT SEQUENCE # | PATIENT ACCOUNT NO. | MEDICAL RECORD # |
|---|---|---|---|---|
| 12/28/2006 05: | 12/28/06 | | | 2731646 |

| PATIENT'S NAME (LAST-FIRST-M.I.) | PATIENT'S PHONE | M/S | SEX | DATE OF BIRTH | AGE |
|---|---|---|---|---|---|
| THOMAS ANNA | | M | F | 05/26/1937 | |

| ADDRESS (NUMBER & STREET) | APT. NO. | CITY | STATE | ZIP CODE | RELIGION | SOCIAL SECURITY NO |
|---|---|---|---|---|---|---|
| 99-10 60TH AVENUE | 5J | CORONA | NY | 11368 | GOF | |

| PATIENT'S EMPLOYER | EMPLOYER'S ADDRESS (STREET & NO.) | EMPLOYER'S CITY | STATE | LIVES ALONE? | RACE |
|---|---|---|---|---|---|
| | | | | | W |

| EMPLOYER'S PHONE | MOTHER'S FIRST NAME | CONT. VISIT | HMO SITE | ACCIDENT CODE | MODE OF ARRIVAL | AMB | PRECINCT | BADGE NO. |
|---|---|---|---|---|---|---|---|---|
| | MARIA | | | 03 | CAM | | | |

| NOTIFY | RELATIONSHIP | RELATION NAME (LAST-FIRST-M.I.) | RELATION BUSINESS PHONE |
|---|---|---|---|
| | | THOMAS, | |

| RELATION ADDRESS (NUMBER & STREET) | APT. | RELATION CITY | STATE | REL. ZIP | RELATION HOME PHONE |
|---|---|---|---|---|---|
| 99-10 60TH AVENUE | | CORONA | NY | 11368 | 718- |

| GUARANTOR'S NAME (LAST-FIRST-M.I.) | GUARANTOR'S RELATION | GUARANTOR'S ADDRESS (NUMBER & STREET) |
|---|---|---|
| THOMAS ANNA | SELF X\1 | 99-10 60TH AVENUE |

| APT | GUARANTOR'S CITY | STATE | GUAR. ZIP | GUARANTOR'S PHONE | GUARANTOR'S EMPLOYER |
|---|---|---|---|---|---|
| 5J | CORONA | | 11368 | 718- | RETIRED |

| GUARANTOR'S EMPLOYER ADDRESS (NUMBER & STREET) | GUAR. EMPLOYER'S CITY | STATE | GUAR EMP. ZIP | GUAR. EMPLOYER'S PHONE |
|---|---|---|---|---|
| | | | | |

| F/C | CLINIC CODE | FEE SCALE | FEE AMOUNT | OTHER INS. PLAN | OTHER INS. GROUP NO. | OTHER POLICY NO. |
|---|---|---|---|---|---|---|
| Z | 000 | | 314.79 | | | |

| BLUE CROSS I.D. GROUP NO. | B.C SUFFIX | VERIFY? | UNION NAME | BILL AMOUNT |
|---|---|---|---|---|
| | | | | |

| PREFIX | MEDICARE NO. | SUFFIX | MEDICAID NO. | INTERVIEWED | |
|---|---|---|---|---|---|
| | | | 148H | | $ THIS VISIT |

| VISIT | PT TYPE | SERVICE PROVIDER NAME & SERVICE PROVIDER NUMBER |
|---|---|---|
| | E | |

| PRIMARY DX CODE | PRIMARY HCPCS CODE | SECONDARY DX CODE | SECONDARY HCPCS CODE |
|---|---|---|---|
| | | | |

| PROCEDURE CODE | PROCEDURE CODE | PROCEDURE CODE | PROCEDURE CODE | CLOSED BY |
|---|---|---|---|---|
| | | | | |

| RECENT ED VISITS | RECENT HOSPITAL DISCHARGE | PENDING OPD APPOINTMENTS |
|---|---|---|
| 9999 | | |

CHIEF COMPLAINT:
ASSAULTED/PAIN TO RT WRIST/HIP

NOTES:
M40 Z52

NEEDS CONSENT/PT UNABLE TO SIGN

## REQUEST FOR RADIOLOGY

X-RAY ORDER:

NAME

MR:

EXAM REQUESTED

INFORMATION DESIRED

HISTORY & PHYSICAL FINDINGS

LAB DATA

| REQUESTED BY: | BEEPER NUMBER | M.D. HOSP I.D. # |
|---|---|---|
| PRINT ______ M.D. | | |
| SIGNATURE ______ M.D. | | |

| TECHNOLOGIST SIGNATURE | DATE OF EXAM | 8 x 10 | 10 x 12 | 9.5 x 9.5 | 14 x 17 | OTHER | X-RAY ROOM # |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

REV. 1/99 ELM 401

TO BE COMPLETED BY RADIOLOGY STAFF

ROUTINE DIAGNOSTIC RADIOLOGY

PATIENT NAME:

ID #:

ORDERS

| TIME | MD | ORDERS | [SIGN]ATURE | TIME |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CONSULTS

| SERVICE | TIME CALLED | TIME RESPONDED | TIME ARRIVED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

SOCIAL WORK CONSULT

LABORATORY ORDERS

NAME

MR:

☐ CBC ☐ BCx ____ ☐ CARDIAC ENZYMES ☐ U/A

☐ SMA ____ ☐ T&C ____ ☐ VDRL ☐ URINE C&S

☐ LFT's ☐ T&H ☐ TOX SCREEN ☐ UCG

☐ β-HCG ☐ EKG ☐ ETOH ☐ GC/CHLAMYDIA

☐ ABG ☐ X-RAY ☐ PT/PTT

☐ OTHER: ____________________ MD SIGNATURE: ____________________

ELMHURST HOSPITAL EMERGENCY DEPARTMENT SERVICES

PATIENT NAME:

Time Seen: Print MD Name:

☐ Translator Used ☐ Medical Record requested/reviewed ☐ FT ☐ Card ☐ Tr ☐ A ☐ B

HPI

CC

PMH

PMH:

P SURG Hx:

SOCIAL Hx:

FAMILY Hx:

MEDICATIONS:

ALLERGIES:

LMP:

LAST TETANUS:

ROS:

☐ Unable to obtain @ present due to patient's condition

☐ All other systems reviewed and negative or noncontributory

☐ Following abnormalities noted

VS

| TIME | BP | PULSE | RR | TEMP | $O_2$ SAT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

PHYSICAL

RESIDENT/PA SIGNATURE: ID #: PRINT:

ORIG

PATIENT NAME:

| CBC | CHEM | ABG | |
|---|---|---|---|
| | | | |

| X-RAY | EKG - 12 LEAD | OTHER: |
|---|---|---|
| | | |

| TIME | MANAGEMENT/PROCEDURE NOTE: |
|---|---|
| | ☐ Risks, benefits and alternatives of ______ |
| | explained to patient and consent obtained |

**ATTENDING NOTE/ASSESSMENT:**

☐ Patient seen, examined and discussed with resident/PA

DIAGNOSIS: ______

☐ Admit To: ______ ☐ Transfer: ______

☐ T&R Condition: Stable / Improved ☐ AMA ☐ Elopement ☐ DOA/DIE - ME#: ______

ATTENDING SIGNATURE: ______ ID #: ______ PRINT: ______

INAL

# FDNY Prehospital Care Report

Station # | CAD # | Unit # | ALS | 712 .5

**CALL INFO**

| Today's Date | Assigned | En Route (63) | On Scene (84) | Patient Contact | To Destination (82) | At Destination (81) | Avail / In Service |
|---|---|---|---|---|---|---|---|
| 10/28/06 | 1539 | 1554 | 1558 | 04 | | | |

Incident Address: 96-05 Queens Blvd

Apt Number:

Driver's Shield # (Crew # 1): 3150

Prior Treatment(s) / by whom:

Police Agency:

Shield #:

Responded From:

Tech / Documentation Shield # (Crew # 2): 3079

**PATIENT INFO**

Last Name: THOMAS

First Name: THOMAS ANNA

MI:

Male / ☒ Female

Weight (lb): 150

Street Address: 49-10 60 Ave

☐ Check this box if same as incident Address ☐ Check this box if patient is Homeless

Apt Number: 5F

City: Flushing

State: NY

Zip Code: 11368

Social Security Number: 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

SSN UTO ☐

Age: 64 ☐ Days ☐ Months ☒ Years

Date of Birth: 05-26-1942

Home Phone: 718-275-3350

Emergency Contact / Emergency Contact Phone #:

(Handwritten annotation over form: 3622316402 / 2731640 12/28/06 / 8/31/1987 ER)

## Medical

- ☐ 10 Abdominal Pain
- ☐ 11 Airway Obstruction
- ☐ 12 Allergic Reaction
- ☐ 13 Altered Mental
- ☐ 14 Asthma
- ☐ 15 Behavioral Disorder
- ☐ 16 Cardiac Arrest
- ☐ 17 Cardiac Symptoms
- ☐ 18 Chest Pain
- ☐ 19 Cough
- ☐ 20 Cough W/Blood
- ☐ 21 CVA / Stroke
- ☐ 22 Dehydration
- ☐ 23 Depression
- ☐ 24 Diabetic Symptoms
- ☐ 25 Dizziness
- ☐ 26 Dyspnea / SOB
- ☐ 27 Fever
- ☐ 28 Flu Symptoms
- ☐ 29 Gen. Malaise
- ☐ 30 GI (Bleed)
- ☐ 31 GI (Constipation)
- ☐ 32 GI (Diarrhea)
- ☐ 33 Headache
- ☐ 34 Hyperthermia
- ☐ 35 Hyperventilation
- ☐ 36 Hypothermia
- ☐ 37 Med. Reaction
- ☐ 38 Nausea
- ☐ 39 Newly Born
- ☐ 40 Nose Bleed
- ☐ 41 GYN
- ☐ 42 OB-GYN (Comp.)
- ☐ 43 OB-In Labor
- ☐ 44 Obvious Death
- ☐ 45 Resp. Arrest
- ☐ 46 Resp. Failure
- ☐ 47 Seizure
- ☐ 48 Sickle Cell Crisis
- ☐ 49 Sore Throat
- ☐ 50 Syncope
- ☐ 51 Unconscious
- ☐ 52 Urinary Bleeding
- ☐ 53 Urination Problem
- ☐ 54 Vomiting
- ☐ 55 Vomiting Blood
- ☐ 56 Weakness
- ☐ 57 Post - Op Comp.
- ☐ 58 Infectious Disease / Public Health Risk
- ☐ 97 Not listed (specify in Comments sect.)
- ☐ 98 Unknown Medical
- ☒ 99 No Medical Prob.

## Cause of Injury / Illness

- ☐ 10 Alcohol
- ☐ 11 Animal Bites
- ☐ 12 Blunt Force
- ☐ 13 Bicycle Accident
- ☐ 14 Collapse
- ☐ 15 Crush
- ☐ 16 Dom. Violence
- ☐ 17 Near Drowning
- ☐ 18 Drug
- ☐ 19 Electric Injury
- ☐ 20 Excessive Cold
- ☐ 21 Excessive Heat
- ☐ 22 Explosion
- ☐ 23 Fall
- ☒ 24 Fight / Assault
- ☐ 25 Fire / Scald
- ☐ 26 Foreign Object
- ☐ 27 Gun Shot
- ☐ 28 Haz Mat.
- ☐ 29 Lightning
- ☐ 30 Machinery
- ☐ 31 Med. Device Failure
- ☐ 32 MVA Off Road
- ☐ 33 MVA Traffic
- ☐ 34 Pedestrian Struck
- ☐ 35 Poisoning
- ☐ 36 Radiation Exp.
- ☐ 37 Railway Accident
- ☐ 38 Sexual Assault
- ☐ 39 Smoke Inhalation
- ☐ 40 Stabbing
- ☐ 41 Suffocate / Hypoxia
- ☐ 42 Susp. Child Abuse
- ☐ 43 Susp. Elder Abuse
- ☐ 44 Susp. Suicide
- ☐ 45 Water Accident
- ☐ 97 Not listed here (specify in Comments)
- ☐ 98 Unknown Cause
- ☐ 99 No Injuries

## Body Matrix (Mark all that apply)

| | Amputation | Bleeding | Burn | Dislocation | Fracture | Pain | Paralysis / Paresis | Swelling | Soft Tissue Injury |
|---|---|---|---|---|---|---|---|---|---|
| Head | | | | | | | | | |
| Face | | | | | | | | | |
| Eye | | | | | | | | | |
| Neck | | | | | | | | | |
| Chest | | | | | | | | | |
| Back (Upper) | | | | | | | | | |
| Back (Lower) | | | | | | | | | |
| Shoulder/Up Arm | | | | | | | | | |
| Elbow / Forearm | | | | | | | | | |
| Wrist | | | | | | ☒ | | | |
| Hands / Fingers | | | | | | | | | |
| Abdomen (Upper) | | | | | | | | | |
| Abdomen (Lower) | | | | | | | | | |
| Pelvis | | | | | | | | | |
| Genitals | | | | | | | | | |
| Upper Leg | | | | | | | | | |
| Knee | | | | | | | | | |
| Lower Leg | | | | | | | | | |
| Ankle / Foot | | | | | | | | | |

## Vitals

| Elapsed Time | Systolic B/P | Diastolic | P | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|---|
| 0516 | 164 | 98 | ☐ | 94 | 18 | 07 |
| 1216 | 168 | 98 | ☐ | 92 | 18 | 07 |
| | | | ☐ | | | |

| SPO2 | Temperature | GCE | GCV | GCM | GST | Patient Status |
|---|---|---|---|---|---|---|
| | . | 4 | 5 | 6 | 15 | ☐C ☐P ☐U ☒S |

### Assessment 1

**Breathing** — Quality: ☒ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds (L/R): ☒ Clear ☒ | ☐ Rales ☐ | ☐ Wheeze ☐ | ☐ Rhonchi ☐ | ☐ Diminish ☐ | ☐ Absent ☐

**Circulation (skin)** — Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec

**Pupils** (L/R): ☒ Reacts ☒ | ☐ Sluggish ☐ | ☐ Unreactive ☐ | ☐ Dilated ☐ | ☐ Constricted ☐

**Mental Status**: ☒ A ☐ V ☐ P ☐ U

### Assessment 2

**Breathing** — Quality: ☒ Normal ☐ Labored ☐ Shallow ☐ Irregular

Lung Sounds (L/R): ☒ Clear ☒ | ☐ Rales ☐ | ☐ Wheeze ☐ | ☐ Rhonchi ☐ | ☐ Diminish ☐ | ☐ Absent ☐

**Circulation (skin)** — Color: ☒ Normal ☐ Cyanotic ☐ Pale ☐ Flush ☐ Jaundice; Temp.: ☒ Normal ☐ Hot ☐ Cool ☐ Cold; Cond.: ☒ Normal ☐ Diaphor. ☐ Moist ☐ Dry ☐ Rash; Radial Pulse (A): ☒ Present ☐ Absent; Cap. Refill (P): ☐ <= 2 Sec ☐ > 2 Sec

**Pupils** (L/R): ☒ Reacts ☒ | ☐ Sluggish ☐ | ☐ Unreactive ☐ | ☐ Dilated ☐ | ☐ Constricted ☐

**Mental Status**: ☐ A ☐ V ☐ P ☐ U

## Treatment

- ☐ CPR
- ☐ AED Application Crew # ☐1 ☐2
- ☐ NSI
- # Shocks Delivered:
- ☐ Airway Maintenance
- ☐ Modified Jaw Thrust
- ☐ Oral Airway
- ☐ Nasal Airway
- ☐ Mouth to Mask
- ☐ Abd/Chest Thrust
- ☐ Suction
- ☐ Cervical Collar
- SSID: ☐ Vest ☐ SSB
- ☐ Long SID
- ☐ Head Immobilizer
- ☐ Rapid Extrication
- Splint: ☐ Fixation ☐ Traction
- ☐ Sling / Swathe
- ☐ Pressure Point
- ☐ Pressure Dressing
- ☐ Wound Dressing
- ☐ Elevation
- ☐ Irrigation
- ☒ Cold Application
- ☐ Patient Warming
- ☐ Burn Care
- ☐ Induced Vomiting
- Restrained by: ☐ PD ☐ EMS

- ☐ Nasal Cannula
- ☐ Non-Rebreather
- ☐ Bag Valve Mask
- ☐ Nebulizer
- Oxygen L / M:
- ☐ Baby
- APGAR - Initial: 5 min:
- ☐ Placenta Delivered

## ALS Crew Only

- ☐ ALS Assessment
- ☐ Magill Forceps
- ☐ Endotracheal Tube — Crew 1 Attempts / S; Crew 2 Attempts / S / UTO
- Tube Size:
- ☐ Secondary ETT Verification
- ☐ Cricothyrotomy Crew # ☐1 ☐2
- ☐ Needle Decompression L ☐ R ☐ Crew # ☐1 ☐2
- ☐ NG Tube Crew # ☐1 ☐2
- ☐ IV ☐ IO ☐ S. Lock — Crew 1 Attempts / S; Crew 2 Attempts / S / UTO
- Gauge:
- ☐ 2nd I.V — Crew 1 Attempts / S; Crew 2 Attempts / S / UTO
- Gauge:

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

Years

## Medical (Presenting Problem)

10 Abdominal Pain; 11 Airway Obstruction; 12 Allergic Reaction; 13 Altered Mental; 14 Asthma; 15 Behavioral Disorder; 16 Cardiac Arrest; 17 Cardiac Symptoms; 18 Chest Pain; 19 Cough; 20 Cough W/Blood; 21 CVA / Stroke; 22 Dehydration; 23 Depression; 24 Diabetic Symptoms; 25 Dizziness; 26 Dyspnea / SOB; 27 Fever; 28 Flu Symptoms; 29 Gen. Malaise; 30 GI (Bleed); 31 GI (Constipation); 32 GI (Diarrhea); 33 Headache; 34 Hyperthermia; 35 Hyperventilation; 36 Hypothermia; 37 Med. Reaction; 38 Nausea; 39 Newly Born; 40 Nose Bleed; 41 GYN; 42 OB-GYN (Comp.); 43 OB-In Labor; 44 Obvious Death; 45 Resp. Arrest; 46 Resp. Failure; 47 Seizure; 48 Sickle Cell Crisis; 49 Sore Throat; 50 Syncope; 51 Unconscious; 52 Urinary Bleeding; 53 Urination Problem; 54 Vomiting; 55 Vomiting Blood; 56 Weakness; 57 Post - Op Comp.; 58 Infectious Disease / Public Health Risk; 97 Not listed (specify in Comments sect.); 98 Unknown Medical; [x] 99 No Medical Prob.

## Cause of Injury / Illness

10 Alcohol; 11 Animal Bites; 12 Blunt Force; 13 Bicycle Accident; 14 Collapse; 15 Crush; 16 Dom. Violence; 17 Near Drowning; 18 Drug; 19 Electric Injury; 20 Excessive Cold; 21 Excessive Heat; 22 Explosion; 23 Fall; [x] 24 Fight / Assault; 25 Fire / Scald; 26 Foreign Object; 27 Gun Shot; 28 Haz Mat.; 29 Lightning; 30 Machinery; 31 Med. Device Failure; 32 MVA Off Road; 33 MVA Traffic; 34 Pedestrian Struck; 35 Poisoning; 36 Radiation Exp.; 37 Railway Accident; 38 Sexual Assault; 39 Smoke Inhalation; 40 Stabbing; 41 Suffocate / Hypoxia; 42 Susp. Child Abuse; 43 Susp. Elder Abuse; 44 Susp. Suicide; 45 Water Accident; 97 Not listed here (specify in Comments); 98 Unknown Cause; 99 No Injuries

## Body Matrix (Mark all that apply)

Columns: Amputation, Bleeding, Burn, Dislocation, Fracture, Pain, Paralysis / Paresis, Swelling, Soft Tissue Injury

Rows: Head; Face; Eye; Neck; Chest; Back (Upper); Back (Lower); Shoulder/Up Arm; Elbow / Forearm; Wrist [x Pain]; Hands / Fingers; Abdomen (Upper); Abdomen (Lower); Pelvis; Genitals; Upper Leg; Knee; Lower Leg; Ankle / Foot

## Assessment

| Elapsed Time | Systolic B/P | Diastolic | Pulse | Respir. | Pain (0-10) |
|---|---|---|---|---|---|
| 0516 | 141 | 98 | 94 | 13 | 7 |
| 1216 | 168 | 98 | 92 | 18 | 07 |
| | | | | | |

| SPO2 | Temperature | GCE | GCV | GCM | GST | Patient Status |
|---|---|---|---|---|---|---|
| | . | 4 | 5 | 6 | 15 | C P U [x] S |

**Breathing** — Quality: [x] Normal, Labored, Shallow, Irregular. Lung Sounds (L/R): [x] Clear [x], Rales, Wheeze, Rhonchi, Diminish, Absent

**Circulation (skin)** — Color: [x] Normal, Cyanotic, Pale, Flush, Jaundice. Temp.: [x] Normal, Hot, Cool, Cold. Cond.: [x] Normal, Diaphor., Moist, Dry, Rash. Radial Pulse (A): [x] Present, Absent. Cap. Refill (P): <= 2 Sec, > 2 Sec

**Pupils** (L/R): [x] Reacts [x], Sluggish, Unreactive, Dilated, Constricted

**Mental Status**: [x] A V P U

**Breathing** — Quality: [x] Normal, Labored, Shallow, Irregular. Lung Sounds (L/R): [x] Clear [x], Rales, Wheeze, Rhonchi, Diminish, Absent

**Circulation (skin)** — Color: [x] Normal, Cyanotic, Pale, Flush, Jaundice. Temp.: [x] Normal, Hot, Cool, Cold. Cond.: [x] Normal, Diaphor., Moist, Dry, Rash. Radial Pulse (A): [x] Present, Absent. Cap. Refill (P): <= 2 Sec, > 2 Sec

**Pupils** (L/R): [x] Reacts [x], Sluggish, Unreactive, Dilated, Constricted

**Mental Status**: A V P U

## Treatment

CPR; AED Application (Crew # 1 2); NSI; # Shocks Delivered; Airway Maintenance; Modified Jaw Thrust; Oral Airway; Nasal Airway; Mouth to Mask; Abd./Chest Thrust; Suction; Cervical Collar; SSID: Vest, SSB; Long SID; Head Immobilizer; Rapid Extrication; Splint: Fixation, Traction; Sling / Swathe; Pressure Point; Pressure Dressing; Wound Dressing; Elevation; Irrigation; [x] Cold Application; Patient Warming; Burn Care; Induced Vomiting; Restrained by: PD, EMS

Nasal Cannula; Non-Rebreather; Bag Valve Mask; Nebulizer; Oxygen L/M; Baby; APGAR - Initial, 5 min; Placenta Delivered

## ALS Crew Only

ALS Assessment; Magill Forceps; Endotracheal Tube, Tube Size (Crew 1 Attempts S, Crew 2 Attempts S UTO); Secondary ETT Verification; Cricothyrotomy (Crew # 1 2); Needle Decompression L R (Crew # 1 2); NG Tube (Crew # 1 2); I.V, I.O, S Lock, Gauge (Crew 1 Attempts S, Crew 2 Attempts S UTO); 2nd I.V., Gauge (Crew 1 Attempts S, Crew 2 Attempts S UTO)

## Flow Chart

| Elapsed Time | Crew | Treatment # | Med # | Dose | Measure # | Route # | Use # | Total Use | Rhythm # | Condition | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

Copyright 2006 HealthEMS™

712 15

**Narrative History:** Key Words - (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications)

**PMH:** ☐ Asthma ☐ Chronic Renal Failure ☐ Cardiac ☒ Diabetes ☐ Frail / Debilitated ☒ Hypertension ☐ IV Drug Use ☐ Seizure Disorder ☐ Tracheostomy ☐ Amputee ☐ Cancer ☐ COPD ☐ CVA / Stroke ☐ Dialysis ☐ HIV / AIDS ☐ Incontinent ☐ Psychiatric Hx ☐ Substance Abuse ☐ Tuberculosis

**Special Conditions:** ☐ Bed Confined ☐ Non-Ambulatory ☐ Required Stretcher ☐ Valid DNR

**Allergies:** ☒ No known allergies PMH + high cholesterol

**Medications:** ☐ Unknown [illegible handwriting]

[illegible handwritten narrative]

**Obvious Death:** ☐ Decomposition ☐ Dependent Lividity ☐ Rigor Mortis ☐ Mortal Injury

**Cardiac Arrest Information**

Witnessed By: ☐ PD ☐ CFR / EMS ☐ Other

ROSC: ☐ PD ☐ CFR / EMS ☐ Other

Prior to this Unit's Patient Contact

CPR was started by: ☐ Bystander ☐ Family ☐ PD ☐ CFR ☐ EMS ☐ Medical

Minutes Since: Arrest / CPR Started / CPR Stopped

AED was used by: ☐ PD ☐ CFR ☐ EMS ☐ Other

Minutes Since: 1st AED Shock

**Chief Complaint:** [illegible handwriting]

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

**Presumptive Diagnosis:** [illegible handwriting]

Continuation Form ☐

**OLMC**

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number

| Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO |
|---|---|---|---|---|---|---|---|
| | | | . | | | | ☐ |
| | | | . | | | | ☐ |

**PAYER INFO**

Insurance Company Name

Policy Number

Group Number

**Insurance Related Information**

☐ Auto Insurance ☐ Self Pay ☐ Private Insurance

Medicare # 053463979A

Medicaid #

Work related? ☐

**(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** *I acknowledge that I have been given the Notice of Privacy Practices and Patient Information* Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.

☐ Patient Unable to Sign ☐ Patient Refused to Sign

(1) Information Release Patient / Auth. Rep. Signature: X

**(2) OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:

(2) Out of Area Transport Patient Signature

**(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such *medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks,* consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.

☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign

*List care refused:*

(3) *RMA Patient Signature*

RMA Witness Name / Signature

KEY & COMMENTS

**Chief Complaint:**

Have the patient's symptoms appeared or gotten worse in the last 72 hours? ☒ Yes ☐ No

**Presumptive Diagnosis:**

Continuation Form ☐

OLMC

Time of Contact | OLMC Physician | Reason For Contact: ☐ RMA ☐ Consult ☐ Orders ☐ Transport Decision ☐ Onscene Triage | OLMC Terminate Time | ED Chart Number

Crew # | C.S. Administered By - Signature | Witness Signature / Title | Amount Wasted | # Vials Used | OLMC Physician | URN | SO ☐

PAYER INFO

Insurance Company Name

Policy Number

Group Number

**Insurance Related Information**
☐ Auto Insurance ☐ Self Pay
☐ Private Insurance

Medicare # 534634 79A

Medicaid #

Work related? ☐

**(1) PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM:** I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be medically unnecessary.

*I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized* benefits to the NYC Fire Department.

☐ Patient Unable to Sign ☐ Patient Refused to Sign

(1) Information Release Patient / Auth. Rep. Signature: X

**(2) OUT OF AREA TRANSPORT / DIVERSION:** I request to be transported to a hospital that is more than 10 minutes from the closest appropriate hospital, or that is on diversion status. I have been advised and I understand that I may experience delays in my care that may imperil my health or result in death.

☐ Patient Unable to Sign ☐ Patient Refused to Sign Hospital Requested:

(2) Out of Area Transport Patient Signature

**(3) RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA):** I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any *liability arising from my decision.*

☐ Pre-hospital care refused: ☐ Transportation to hospital refused ☐ Patient Unable to Sign ☐ Patient Refused to Sign

*List care refused:* | (3) RMA Patient Signature | RMA Witness Name / Signature

SAFETY

Lights / Siren: ☒ To Scene (63) ☐ To Destination (82)

Conditions Causing Delay:

| | Traffic | Weather | Crowd | Scene Unsafe | Bad Address | Difficult Location | Extrication | Elevator | Building Access | Door Barrier | Distance To Pt. | Awaiting Escort | Vehicle Mech. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| To Scene | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| To Patient | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| To Hospital | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Seat Belt Use: ☐ Lap Belt ☐ Shoulder Belt; Car Seat: ☐ Front Facing ☐ Side Facing ☐ Rear Facing

Airbags Deployed: ☐ Steering Wheel ☐ Passenger Dash ☐ Driver Door ☐ Passenger Door ☐ Other

Patient Safety Equip.: ☐ Eye Protection ☐ Helmet ☐ Personal Flotation ☐ *Protective Clothing* ☐ Protective Gear

DISPOSITION

Removed to Vehicle By: ☒ Chair ☐ Walked ☐ Carried ☐ *Scoop Stretcher* ☐ Flat ☐ Stretcher ☐ Met at Ambulance

Transport From: ☐ Residence (Home) ☒ Scene of Accident or Acute Event ☐ Residential, Custodial Facility ☐ Skilled Nursing Facility (SNF) ☐ Inter-facility; Transport From Code:

Transport Position: ☐ Supine ☐ Sitting ☐ Shock ☒ Semi / Full Fowlers ☐ Left Lateral Recumbent ☐ Restrained

Pt Transported In Vehicle: #of Patients Transported 1; Transport Miles 02; Hospital Destination 32

Hospital Selection: ☒ Nearest Facility ☐ Patient / Family Choice ☐ Specialty Referral ☐ Hospital Diversion; Diverted From code

Pt Not Transported In This Vehicle: ☐ Assisted in Transport With Unit # ☐ RMA ☐ Pronounced, NOT Transported ☐ Onscene Triage ☐ *Transferred Care* To Unit # ☐ Other

ADMIN

Hospital Receiving Agent Signature | FDNY Code | Qty | Supply Code | Qty | Supply Code | Technician Signature

Copyright 2005 HealthEMS™

Elmhurst Hospital Center
ED Patient Without Medical Record Number Notification

| Pt Name | MRN | Age | Birthdate | Sex | SSN |
|---|---|---|---|---|---|
| THOMAS, ANNA | | 69 | 05/26/1937 | F | |

# Urgent Urgent Urge

Visit Date/Time: 12/28/06 1619
ED Service: SURG (Team B)
ED Triage Class: Urgent
Chief Complaint: PAIN TO RIGHT WRIST, S/P ASSAULTED, HIGH BP, NON-COMPLIANT WITH MEDS
**Location:** ~~B1 Old Holding 08~~ Broom
Information Source: EMS
Language Spoken: ENGLISH
Comment:

Printed At: 12/28/2006 1619
By: Walton, Fe G., RN

Clinical Information

**Med Allergy** N - N
**Other Allergy** N - N

Additional Meds: AMAYRL, INSULIN, HCTZ, ATENOLOL, ACUPRIL, GLYCETTE, NORVASC, ECOT
Past Medical Hx: HTN
NIDDM/DDM

**Pulse:** 99
**Resp:** 18
**BP:** 231/96
**Temp:** 97.6
Wt:

MR# 2731614

Current Pain? Yes
Pain in Last 2 Wks? No
Location: RIGHT WRIST
Intensity: 7-9 severe pain,
Description: ACHING
Comment: PT WAS ASSAULTED AND FELL, -LOC
LMP: NA
Nursing Assessment: PAIN TO RIGHT WRIST, S/P ASSAULTED, -LOC
Domestic Violence: No
O2 Sat: 100 %
FS Glucose: 333 mg/dL
Initial Treatment: Diabetes
Presented To MD: DUQUE

Nurse ______ 12/28/06 Date

Thomas anna

CONTINUATION ER NURSES' RECORD
**TEAM ASSESSMENT & REASSESSMENT**

DATE: TIME: SHIFT: I II III

PROPERTY VALUABLE LIST: Nurse Initials: ____ ☐ To Admitting Office ☐ With Patient ☐ Family: ____

ADDRESSOGRAPH PLATE (ID LABEL)

**ON-GOING VITAL SIGNS**

| TIME | TEMP/ MODE | B/P | PR | RR | $O_2$ SAT | PAIN Use scale |
|---|---|---|---|---|---|---|
| 1800 | | 183/76 | 76 | 17 | 100 | 3-4 |

**ON-GOING THERAPY/MONITORING**

**CARDIAC MONITOR**
EKG Rhythm: ____

**OXYGEN THERAPY**
Type: ☐ Nonrebreather FiO2: ____
☐ Nasal Cannula FiO2: ____
☐ Others: ____ FiO2: ____

**IV THERAPY:** ____ @ ____ cc/hr
ACCESS: ☐ Angio Cath ☐ Med lock
SITE ____
☐ No redness, no infiltration

**PROCEDURES/DIAGNOSTIC TESTS**

| Time Done | | Time Done | |
|---|---|---|---|
| | ☐ Straight Catheterization | | ☐ CT Scan ☐ Head ☐ Abdomen ☐ Others: ____ |
| | ☐ Chest X-ray Radiology Portable | | |
| | ☐ C-Spine | | ☐ 12 LEAD EKG |
| | ☐ Pelvis | | ☐ |
| | ☐ Sonogram | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |

**PROGRESS NOTES**
Assessment and any changes in treatment and patient responses

1800 Received pt B Hallway A+Ox3 responsive. Staff was accidentally pushed onto wall hitting Ⓡ arm, no lacs, no deformity noted. Pt denies any other complaints. Pending MD evaluation. Marrero

**REPEAT LABS** Time sent/Initial

| | |
|---|---|
| ☐ CPK Time due # 2 ____ | / |
| ☐ CPK Time due # 3 ____ | / |
| ☐ Troponin Time due # 2 ____ | / |
| ☐ HCT Spun | / |
| ☐ PT/PTT | / |
| ☐ | / |
| ☐ | / |
| ☐ | / |

0 - 10 NUMERIC PAIN INTENSITY SCALE
(0 = LEAST PAIN; 10 = WORST POSSIBLE PAIN)

0 NO PAIN, 1, 2, 3, 4, 5 MODERATE PAIN, 6, 7, 8, 9, 10 WORST POSSIBLE PAIN

0 | 1-2 | 3-4 | 5-6 | 7-8 | 9-10

TriageForm2a.Rev:10/2000
ELM 264

CONTINUATION ER NURSES' RECORD
**TEAM ASSESSMENT & REASSESSMENT**

DATE: TIME: SHIFT: I II III

PROPERTY VALUABLE LIST: Nurse Initials:______ ☐ To Admitting Office ☐ With Patient ☐ Family: ______

ADDRESSOGRAPH PLATE (ID LABEL)

**ON-GOING VITAL SIGNS**

| TIME | TEMP/ MODE | B/P | PR | RR | $O_2$ SAT | PAIN Use scale |
|---|---|---|---|---|---|---|
| | | | | | | |

**ON-GOING THERAPY/MONITORING**

**CARDIAC MONITOR**
EKG Rhythm: ______

**OXYGEN THERAPY**
Type: ☐ Nonrebreather FiO2: ______
☐ Nasal Cannula FiO2: ______
☐ Others: ______ FiO2: ______

**IV THERAPY:** ______ @ ______ cc/hr
ACCESS: ☐ Angio Cath ☐ Med lock
SITE ______
☐ No redness, no infiltration

☐
☐

**PROCEDURES/DIAGNOSTIC TESTS**

| Time Done | | Time Done | |
|---|---|---|---|
| | ☐ Straight Catheterization | | ☐ CT Scan ☐ Head ☐ Abdomen ☐ Others: ______ |
| | ☐ Chest X-ray Radiology Portable | | |
| | ☐ C-Spine | | ☐ 12 LEAD EKG |
| | ☐ Pelvis | | ☐ |
| | ☐ Sonogram | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |
| | ☐ | | ☐ |

**PROGRESS NOTES**
**Assessment and any changes in treatment and patient responses**

**REPEAT LABS**

| | Time sent/initial |
|---|---|
| ☐ CPK Time due # 2 ______ | / |
| ☐ CPK Time due # 3 ______ | / |
| ☐ Troponin Time due # 2 ______ | / |
| ☐ HCT Spun | / |
| ☐ PT/PTT | / |
| ☐ | / |
| ☐ | / |
| ☐ | / |

0 - 10 NUMERIC PAIN INTENSITY SCALE
(0 = LEAST PAIN; 10 = WORST POSSIBLE PAIN)

0 1 2 3 4 5 6 7 8 9 10
NO PAIN — MODERATE PAIN — WORST POSSIBLE PAIN

0 1-2 3-4 5-6 7-8 9-10

TriageForm2a.Rev:10/2000
ELM 284