| | |
|---|---|
| 1 | Thomas |
| 2 | that metal shelf, but luckily there were no |
| 3 | computers on the shelf to fall and kill me |
| 4 | (indicating). |
| 5 | MR. WHITTON: Move to strike the |
| 6 | non-responsive portions. |
| 7 | Q.    The counter where you bought the |
| 8 | items, was that in the back of the store? |
| 9 | A.    Yes. |
| 10 | Q.    If you were standing at the |
| 11 | entrance to the store looking into the store, |
| 12 | would this counter be in the back towards the |
| 13 | right side, the middle side or the left side? |
| 14 | A.    In the back on the right side. It |
| 15 | was empty over there, so we said let's just, |
| 16 | you know, get it over with so we can go eat I |
| 17 | said to my husband. |
| 18 | Q.    After you purchased these items, |
| 19 | you and your husband began walking together to |
| 20 | leave? |
| 21 | A.    No. My husband was here in the |
| 22 | front. I was over here behind my husband and |
| 23 | we were going like so we can enter from the |
| 24 | door. |
| 25 | Q.    Were you following your husband? |

```
 1                      Thomas
 2         A.    Yes.  Yes.
 3         Q.    Were you and your husband walking
 4   down the same aisle after you purchased but
 5   before the incident?
 6         A.    The same.
 7         Q.    How far ahead was your husband from
 8   you when this incident happened?
 9         A.    I was over here and my husband was
10   over here (indicating) but luckily my husband
11   didn't get hit because if he did they would
12   have killed him because he has heart condition.
13   In my case I got hit, but I was able to
14   tolerate the pain.  I don't have heart trouble.
15               MR. WHITTON:  Move to strike the
16         non-responsive portion.
17         Q.    Listen to my question.
18               While walking down the aisle, how
19   far was your husband ahead of you before this
20   incident happened?
21         A.    He was way ahead of me.  I was over
22   here, but they hit me over here (indicating).
23   I thought it was an earthquake.
24               MR. SEARS:  If you could, tell her
25         to answer the question that is asked.
```

```
 1                    Thomas
 2         MR. WHITTON:  Move to strike the
 3   non-responsive portion.
 4         Q.   I'm going to give you a chance to
 5   tell me the whole story.
 6         A.   Okay.
 7         Q.   But to have a nice reading record,
 8   I want to do it one step at a time.
 9         A.   I understand.
10         Q.   You and your husband were walking
11   toward the front of the store to leave, right?
12         A.   Yes.
13         Q.   At some point you were knocked
14   down, right?
15         A.   Yes.
16         Q.   Did you see what happened to you
17   before you were knocked down?
18         A.   Well, I was walking in order to
19   leave.  I didn't know they were going to hit
20   me.
21         Q.   Did you feel something first or did
22   you see it first?
23         A.   I felt the strike when they pushed
24   me because you don't even push a dog like that.
25         MR. WHITTON:  Move to strike the
```

```
 1                    Thomas
 2     non-responsive portion.
 3          Q.     Where on you were you pushed?
 4          A.     (Indicating).  They destroyed my
 5     hand nerves.
 6               MR. SEARS:  If you can -- what part
 7     of the body --
 8               MR. WHITTON:  Move to strike the
 9     non-responsive portion.
10               THE WITNESS:  All this
11     (indicating).
12               MR. SEARS:  Would that be the right
13     arm?
14               THE WITNESS:  The right one.  Yes.
15          Q.     Is it on your right arm that you
16     were pushed?
17          A.     I was like this and in this
18     position as I was walking and they pushed me to
19     the wall and I'm still hurting on the metal.
20          Q.     As you were walking, just before
21     you were pushed, what was on your right-hand
22     side, a wall or something else?
23          A.     It was a metal wall.  There were
24     things on it.
25          Q.     What was on your left side as you
```

```
 1                     Thomas
 2   were walking just before this incident?
 3        A.   There was nothing there.  There was
 4   nothing there, but they came suddenly because
 5   they were chasing the thief.
 6             MR. WHITTON:  Move to strike the
 7        non-responsive portions.
 8        Q.   On your left side, at some point
 9   was there a counter or display or something
10   else?
11        A.   I think there were.  I just buy my
12   stuff and I want to leave and go eat.
13        Q.   You said you think there were.
14             My question is were what, counters?
15        A.   Where I got injured?
16        Q.   No.
17             When you were walking and you had
18   the metal wall to your right side, what was on
19   the left side of you?
20        A.   I'm assuming there was stuff there,
21   but I didn't really observe.
22        Q.   I don't want you to guess.  If you
23   don't recall then you just say so.
24        A.   I didn't notice.
25        Q.   The first moment that you felt a
```

```
 1                    Thomas
 2   push, what part of your body was touched?
 3        A.     My hand (indicating).
 4        Q.     Were you touched on your entire
 5   right arm and hand?
 6        A.     As I was pushed, I thought I got
 7   scared for my head.
 8        Q.     When you were pushed, where on your
 9   body were you pushed; your back, your arm, your
10   head or somewhere else?
11        A.     The entire hand starting from here
12   and even up until now I'm in pain and it
13   reaches elsewhere, too (indicating).
14            MR. WHITTON:  First, move to strike
15         the non-responsive portions.
16            Let the record reflect the witness
17         indicated her right arm and shoulder
18         area.
19        Q.     When you were pushed, what happened
20   to you?
21        A.     I fell down and I was screaming.
22        Q.     When you fell down, did you fall
23   forward or to a side or something else?
24        A.     I fell on my right side and then I
25   was yelling to my husband, help, help.  They
```

```
 1                    Thomas

 2    injured me.

 3              MR. WHITTON:  Move to strike the

 4         non-responsive portions.

 5         Q.   Was it one person or more than one

 6    person that was by you when you were pushed and

 7    fell?

 8         A.   I'm assuming it was more than one

 9    person because of the way they hit me and then

10    they were chasing after the thief and they left

11    me there like a dog.

12              MR. WHITTON:  Move to strike the

13         non-responsive portion.

14         Q.   Did you see any of these people

15    before you fell on your right side?

16         A.   No.  They came suddenly running

17    like horses.

18         Q.   Did you ever learn where they came

19    from?

20         A.   From the store.

21         Q.   Did you ever learn where in the

22    store they came from?

23         A.   No.

24         Q.   After you had fallen down, did you

25    get a chance to see the people that were
```

```
 1                       Thomas
 2   running?
 3        A.    No because they continued running
 4   after the thief from that side, the right side.
 5        Q.    Your right side?
 6        A.    No.
 7              I mean from the back of me.  They
 8   went like this (indicating) because I said, you
 9   know, my husband hold me up and they gave me
10   chair and then they brought me a glass of
11   water.
12              MR. WHITTON:  Read it back.
13              (Whereupon, the referred to answer
14         was read back by the Reporter.)
15        Q.    When you said they went like this,
16   were these people going up a different aisle
17   past you?
18        A.    I was over here and they were
19   running to get that thief, the lady who was
20   next to me.
21        Q.    Did the people that went running to
22   get this lady, did they run past you or did
23   they go down a different aisle?
24        A.    Same -- yes.  The same aisle.
25        Q.    The first person was this lady
```

1           Thomas

2    thief; is that right?

3           A.    They told me afterwards about it

4    when the police came and they put the lady in

5    prison.

6           Q.    Did you see the female thief at any

7    time?

8           A.    No.  I didn't see her, but when

9    they took me to this little room -- the police

10   took me there she was in a little room and they

11   were asking her questions.  I don't know

12   otherwise.  I really didn't want to see her.

13          Q.    How many people did you see chasing

14   the thief?

15          A.    Well, I don't know because as they

16   hit me they continued to run after her, but I

17   don't know how many people, but I know it

18   was -- it was like a strong hit.

19          Q.    You did not see who actually hit,

20   is that right?

21          A.    I didn't see their faces because I

22   had fallen down.

23                MR. WHITTON:  Could you read two

24                answers back the question and answer.

25                (Whereupon, the referred to

```
 1                   Thomas
 2     question and answer was read back by the
 3     Reporter.)
 4            THE WITNESS:  But they were big
 5     strong guys.
 6            MR. SEARS:  No question.
 7       Q.   There is no question.
 8            Who was the first person that came
 9     to your assistance?
10       A.   My husband.
11       Q.   He helped you get back up?
12       A.   They picked me up with the lady.  I
13     don't know if she was the director there, but I
14     was in a lot of pain.
15            MR. WHITTON:  Move to strike the
16     none response I have portions.
17       Q.   Other than your husband, were there
18     other people that helped you get up?
19       A.   No.  My husband.
20       Q.   Did other people come over to you
21     beside your husband?
22       A.   Yes.  There was a lady there.  I
23     think she was the director.  I'm not sure.
24     They brought me a bottle of water, but you
25     don't have to tell him about the bottle of
```

```
1                          Thomas

2     water.

3          Q.    When the lady came over, were you

4     already up or were you still on the floor?

5          A.    My husband put me up.  My husband

6     picked me up and then my husband helped me sit

7     on the chair that they brought me there to sit

8     on until the ambulance arrived.

9          Q.    When your husband was helping you

10    up, was this female worker there or did she

11    come after your husband helped you up?

12         A.    She came after.  I think she might

13    have brought me the chair -- actually, I don't

14    remember.

15         Q.    Somebody brought you a chair?

16         A.    Yes.

17         Q.    And you sat in the chair?

18         A.    Yes.

19         Q.    They brought you some water?

20         A.    Yes.  Danasi water, I think.

21         Q.    Were you given anything else by the

22    Circuit City people?

23         A.    No.

24         Q.    Did any of the Circuit City people

25    talk to you?
```