```
 1                          Thomas
 2          Q.     When you go for the therapy, what
 3    do they do for you?
 4          A.     Okay.  They put my hand in -- four
 5    times, my palm in a special water.  They
 6    have -- benadine (sic)or something like that
 7    inside.  Then they have a piece of paper.  You
 8    put it.  They cover it and then they cover it
 9    with towels, my hand and then they put -- for
10    fifteen minutes, electrical.  They put the
11    wires like the doctor examine your heart and
12    stuff like that and then when they finish they
13    do massage.
14          Q.     How long does this usually last?
15          A.     Fifteen, twenty minutes.
16          Q.     Other than that, is there anything
17    else at therapy that they do?
18          A.     No.  Only this.
19          Q.     When they do that, does that do
20    anything for you?
21          A.     No.  They -- I sign that I was
22    there.
23          Q.     Does it offer you any relief?  Does
24    it help you with your arm?
25          A.     Well, it helps a little bit, but it
```

```
 1                      Thomas

 2    starts -- you know, the damage is there.

 3                MR. WHITTON:  Move to strike the

 4           non-responsive portions.

 5           Q.   Let me ask you presently, what pain

 6    or problems do you have with your right arm and

 7    hand?

 8           A.   I'll tell you.  For instance, I

 9    cannot pick up a plate.  It falls from my

10    hands.  I cannot -- for instance, my blouse I'm

11    wearing it.  I cannot take it out.  The pain

12    comes from here (indicating).

13           Q.   From your shoulder down to your

14    arm?

15           A.   Yes.  It kills me.  A lot of pain.

16    I cannot clean anything in the house.  I clean

17    with the left hand, but it's not the same.

18           Q.   Besides you cleaning with your left

19    hand, do you have people that come in to clean

20    your house?

21           A.   No.

22           Q.   Did you do the cooking before this

23    accident?

24           A.   Of course.

25           Q.   Do you still do the cooking?
```

```
 1                        Thomas

 2        A.    With the left hand sometimes.

 3        Q.    With your left hand, right?

 4        A.    With the left land or we order

 5   sometimes.

 6        Q.    The other household things like

 7   laundry and stuff like that, do you take care

 8   of that still?

 9        A.    The laundry, my neighbor, they were

10   helping me, but not anymore.  My son goes down

11   with the clothes and stuff like that.  The

12   laundry is downstairs in the lobby.

13        Q.    Your son that lives with you?

14        A.    Yes.

15        Q.    Tony?

16        A.    Yes.  My son or my husband.

17        Q.    So they help out with the laundry

18   now?

19        A.    Yes.

20        Q.    For all of the various medical

21   treatment and physical therapy, have you or

22   your husband had to pay any of that?

23        A.    No.  I have insurance.

24        Q.    Other than the Ecotrin I think you

25   said you buy, other than that, have you had to
```

```
 1                     Thomas
 2   buy anything else for any of your medical care?
 3        A.     For the pain?
 4        Q.     For anything related to your arm.
 5        A.     No.  No.
 6        Q.     The cast that was on your arm, how
 7   long did it stay on?
 8        A.     Two months by Dr. Kyriakides.  He
 9   took out the St. Luke's cast.  He didn't like
10   it.
11        Q.     He took it off after two months?
12        A.     No.  No. When I went to him --
13   Dr. Kyriakides he didn't like the cast that the
14   hospital did for me.
15        Q.     He took that one off and put a
16   different one on?
17        A.     Yes.  Very good.
18        Q.     It was also the same type of --
19        A.     Yes.  White.
20        Q.     -- white, hard cast?
21        A.     Yes.
22        Q.     And that stayed on for two months?
23        A.     Yes.
24        Q.     Did Dr. Kyriakides explain to you
25   why you needed the cast on?
```

```
 1                         Thomas
 2         A.    Yes because maybe it was broken.
 3   Something broken.  Who knows?  He knows
 4   everything.  He wrote, you know -- he writes
 5   everything.
 6         Q.    I appreciate that part, but all I'm
 7   asking is what you remember he said and if you
 8   don't remember, you tell me.
 9         A.    Yes.  They destroyed your hand
10   permanently.
11         Q.    The cast, did you have to have a
12   sling, as well?
13         A.    Yes.
14         Q.    A cloth sling to hold it?
15         A.    Yes.
16         Q.    That was also on for two months?
17         A.    No.  Sometimes I take it out.  It
18   gets dirty or something like that and I put it
19   back again.
20         Q.    When the cast came off after two
21   months, did you have to wear anything else on
22   your arm?
23         A.    No.
24         Q.    As you sit here today --
25         A.    Therapy only.
```

1                           Thomas

2          Q.    As you sit here today, are you

3    wearing anything on your arm or your hand?

4          A.    No.  No (indicating).  Nothing.

5          Q.    Other than what you have already

6    told me about the cooking and the cleaning and

7    holding things, are there any other things that

8    you used to do that you either can't do now or

9    have difficulty doing?

10         A.    Yes.

11         Q.    Other than what you told me?

12         A.    Yes.

13         Q.    What else?

14         A.    Like for instance, I cannot go in

15   the shelves of the kitchen to get a cup or a

16   glass.  I use this hand (indicating).

17         Q.    You have to use your left hand

18   instead of your right hand?

19         A.    They're going to fall down.

20         Q.    You use your left hand?

21         A.    Yes.  No right hand.  The left

22   hand.

23               MR. WHITTON:  Off the record.

24               (Discussion held off the record.)

25         Q.    Have you ever seen any pictures of

1                         Thomas

2     the place where the accident happened?

3          A.    No.  No.

4          Q.    Other than your attorneys, I don't

5     want to know what you said to your attorneys,

6     has anyone else ever spoken to you about what

7     happened, that they had knowledge about what

8     happened?

9          A.    No.  I don't say -- talk about it.

10         Q.    Has Dr. Kyriakides told you how

11    long the therapy is going to last into the

12    future?

13         A.    Not really, but I have the paper.

14    It's almost -- long time.

15         Q.    Has he indicated to you another

16    month, another six months, another year, has he

17    told you how long?

18         A.    I find out when I go at the end of

19    the month to see him.

20              MR. WHITTON:  I will follow up in

21         writing to ask for a fresh

22         authorization.

23         Q.    Other than what you already told

24    me, has Dr. Kyriakides explained anything else

25    to you about your shoulder, arm, hand problems?

```
 1                    Thomas
 2        A.    Yes.  He told me it's permanent
 3   damage.
 4        Q.    Anything else other than what you
 5   told me?
 6        A.    No.
 7        Q.    Other than Dr. Kyriakides and the
 8   therapist, St. Luke's Hospital, Elmhurst
 9   Hospital and your family doctors, have you seen
10   or been treated at any other hospital, clinic
11   or physician?
12        A.    Who, my family?
13              MR. SEARS:  No.  You.
14        Q.    For your shoulder, arm and hand?
15        A.    No.  No.  Only Dr. Kyriakides.
16        Q.    So Dr. Kyriakides and we know about
17   the therapist with him, right?
18        A.    That's it.
19        Q.    And we know Elmhurst and St. Luke's
20   Hospitals, right?
21        A.    Yes.
22        Q.    And we know that you have discussed
23   with your family doctor a little bit?
24        A.    A little bit, but they don't care.
25        Q.    Other than those doctors and other
```

```
1                        Thomas

2    than those facilities and Lenox Radiology,

3    other than those, have you gone to any other

4    doctor or clinic or hospital pertaining to your

5    right arm --

6         A.    No.

7         Q.    -- and hand?

8         A.    No.  Never.

9         Q.    Have you ever been involved in a

10   lawsuit before this lawsuit?

11        A.    No.

12        Q.    Does your husband work or is he

13   retired?

14        A.    He's retired.

15               (Continued on next page to include

16        jurat.)

17

18

19

20

21

22

23

24

25
```

```
 1                        Thomas

 2          Q.    What did he do?

 3          A.    He used to be fixing computers

 4    years ago and real estate, but now the real

 5    estate is not that good.  He stays at home.

 6    He's seventy-five.

 7               MR. WHITTON:  Mrs. Thomas, thank

 8          you very much.

 9               I have no further questions.

10               THE WITNESS:  Thank you.

11               Thank you very much.

12               (Whereupon, at 12:03 P.M., the

13          Examination of this Witness was

14          concluded.)

15

16                        ANNA THOMAS

17

18    Subscribed and sworn to before me

19    this 6th day of May      , 2008.

20    _____
              NOTARY PUBLIC

21              HENRY KONG
         Notary Public, State of New York
22          Qualified in Nassau County
               No 01KO4986070
23       Commission Expires Feb 10, 2010

24

25
```

```
 1

 2

 3                           I N D E X

 4

 5   EXAMINATION BY                              PAGE

 6   MR. WHITTON                                 5

 7

 8

 9       INFORMATION AND/OR DOCUMENTS REQUESTED

10   INFORMATION AND/OR DOCUMENTS               PAGE

11   Production of letters from

12   District Attorney's office                 33

13   Fresh authorization for Dr. Kyriakides     60

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4    STATE OF NEW YORK      )
                        :  SS.:
 5    COUNTY OF SUFFOLK      )
 6
 7
 8          I, LINDA ARSENICOS, a Notary Public for
 9    and within the State of New York, do hereby
10    certify:
11          That the witness whose examination is
12    hereinbefore set forth was duly sworn and that
13    such examination is a true record of the
14    testimony given by that witness.
15          I further certify that I am not related
16    to any of the parties to this action by blood
17    or by marriage and that I am in no way
18    interested in the outcome of this matter.
19          IN WITNESS WHEREOF, I have hereunto set
20    my hand this 8th day of April, 2008.
21
22
23          _____
                LINDA ARSENICOS
24
25
```

**Diamond Reporting, Inc.**

# ERRATA SHEET



**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |



**DATE:**

**NAME OF WITNESS:**

**SIGNATURE:**

Subscribed and sworn to before me
this _____ day of _____, 2008.

_____
NOTARY PUBLIC

BSA   04/04/08   AS vs CIRCUIT CITY STORES WI... : ANNA THOMAS   Look-See(1)

**Look-See Concordance Report**

- - -

UNIQUE WORDS: 840
TOTAL OCCURRENCES: 2,539
NOISE WORDS: 384
TOTAL WORDS IN FILE: 8,724
- - -
SINGLE FILE CONCORDANCE
- - -
CASE SENSITIVE
- - -
INCLUDES ALL TEXT OCCURRENCES
- - -
DATES ON
- - -
INCLUDES PURE NUMBERS
- - -
POSSESSIVE FORMS ON

**– DATES –**

**April, 2008** [1]
64:20
**April 4, 2008** [1]
1:11
**December 28th, 2006** [3]
10:4, 12, 16
**December of 2006** [4]
7:3; 8:9; 43:14, 18

**– 1 –**

**10601** [1]
2:11
**10:30** [1]
1:12
**11368** [1]
5:21
**113th** [1]
39:13
**11435** [1]
2:5
**11:30** [1]
39:4
**12:03** [1]
62:12
**12:30** [1]
26:21
**148-55** [2]
1:18; 2:5
**1972** [1]
7:21
**1988** [1]
7:21
**1996** [1]
7:12

**– 2 –**

**20** [1]
62:19
**2006** [7]
7:3; 8:9; 10:4, 12, 17; 43:14, 18
**2008** [2]
1:11; 64:20
**202** [1]
2:10
**20767/07** [1]
1:6

**221** [2]
3:2; 4:2
**221.1** [1]
3:3
**221.2** [2]
3:17; 4:7
**221.3** [1]
4:3
**28th** [3]
10:4, 12, 16
**2:30** [1]
10:18

**– 3 –**

**31** [1]
3:10
**3115** [3]
3:5, 14, 21
**33** [1]
63:12

**– 4 –**

**4** [1]
1:11
**40** [1]
7:20
**425** [1]
43:21

**– 5 –**

**5** [1]
63:6
**5J** [1]
5:20

**– 6 –**

**60** [1]
63:13
**60th** [1]
5:20

**– 8 –**

**8th** [1]
64:20

**– 9 –**

**99-10** [1]
5:20
**9th** [1]
43:21

**– A –**

**a.m.** [1]
1:12
**able** [2]
14:13; 30:13
**accident** [2]
54:23; 59:2
**accompanied** [1]
3:22
**accounting** [2]
7:13, 14
**acquaintance** [1]
47:22
**action** [1]
64:16
**address** [2]

**6:12; 7:5**
**afterwards** [1]
21:3
**age** [1]
6:21
**AGREED** [4]
4:11, 14, 16, 20
**aisle** [5]
14:4, 18; 20:16, 23, 24
**ambulance** [10]
23:8; 25:14, 17; 27:12; 31:4, 8, 15; 32:5; 37:8, 13
**ANNA** [3]
1:3, 16; 62:16
**Anna** [1]
5:18
**answer** [12]
3:8, 12, 17, 21, 22, 23; 14:25; 20:13; 21:24; 22:2
**answered** [2]
3:20; 4:6
**answers** [3]
5:5; 21:24; 30:15
**Antonio** [1]
11:10
**anybody** [2]
35:2; 42:6
**anymore** [1]
55:10
**Anywhere** [1]
26:2
**anywhere** [1]
39:19
**Apartment** [1]
5:20
**apply** [1]
3:9
**appreciate** [1]
57:6
**appropriate** [2]
3:9; 4:17
**approximate** [1]
6:21
**approximately** [2]
48:7, 10
**April** [2]
1:11; 64:20
**area** [4]
9:2; 11:6; 18:18; 36:11
**arm** [42]
16:13, 15; 18:5, 9, 17; 25:25; 26:3; 31:22; 32:6; 36:11; 37:5; 38:19; 39:17, 20, 21, 22; 40:4, 12; 41:4, 12; 42:9, 14, 25; 44:18, 21, 25; 45:5, 8, 12; 47:5; 49:23; 51:15; 53:24; 54:6, 14; 56:4, 6; 57:22; 58:3; 59:25; 60:14; 61:5
**arrived** [3]
11:24; 23:8; 29:2
**ARSENICOS** [2]
64:8, 23
**Article** [1]
3:10
**asking** [2]
21:11; 57:7
**assistance** [1]
22:9
**assuming** [3]
17:20; 19:8; 24:6
**attendance** [1]

3:15
**attorney** [5]
3:12, 21; 4:4; 33:20; 34:5
**Attorney's** [4]
33:7; 35:7, 9; 63:12
**Attorneys** [2]
2:4, 9
**attorneys** [4]
4:20, 22; 59:4, 5
**authorization** [2]
59:22; 63:13
**Avenue** [5]
1:19; 2:5, 10; 5:20; 43:21
**aware** [1]
30:23

**– B –**

**baby** [1]
11:2
**badly** [1]
38:2
**bank** [3]
7:12, 18, 20
**basis** [2]
3:13, 23
**Bayside** [1]
11:9
**behind** [1]
13:22
**believe** [2]
28:22; 29:16
**benadine** [1]
53:6
**beside** [3]
22:21; 26:2; 39:20
**Besides** [1]
54:18
**bit** [3]
53:25; 60:23, 24
**blood** [2]
30:8; 64:16
**blouse** [1]
54:10
**body** [6]
16:7; 18:2, 9; 32:10; 35:25; 37:23
**bottle** [3]
22:24, 25; 25:9
**bought** [1]
13:7
**Boulevard** [2]
8:25; 34:9
**boys** [1]
11:5
**break** [1]
35:5
**brief** [1]
35:4
**broken** [2]
57:2, 3
**Brooklyn** [1]
7:13
**Buy** [1]
11:22
**buy** [8]
9:25; 10:23; 11:23; 12:12; 17:11; 51:2; 55:25; 56:2
**buying** [2]
12:6, 15

## – C –

**California** [1]
*11:8*
**call** [2]
*33:2; 34:10*
**care** [3]
*55:7; 56:2; 60:24*
**Carman** [1]
*44:2*
**case** [1]
*14:13*
**cashier** [1]
*12:3*
**cast** [12]
*41:9, 13, 15, 16; 46:14; 56:6, 9, 13, 20, 25; 57:11, 20*
**center** [2]
*34:8, 9*
**certify** [2]
*64:10, 15*
**chair** [7]
*20:10; 23:7, 13, 15, 17; 29:15; 31:6*
**chance** [3]
*15:4; 19:25; 42:21*
**charge** [1]
*4:21*
**chasing** [4]
*17:5; 19:10; 21:13; 24:22*
**check** [2]
*39:3; 51:14*
**checked** [1]
*30:8*
**children** [1]
*11:4*
**Christina** [1]
*52:24*
**CHRISTOPHER** [1]
*2:12*
**Christopher** [1]
*5:23*
**CIRCUIT** [2]
*1:7; 2:10*
**Circuit** [30]
*5:23; 8:10; 9:5, 8, 14, 16, 21, 24; 10:13, 16; 11:16, 19, 24; 23:22, 24; 26:9, 16; 27:7, 16; 29:20, 24; 32:12, 18; 34:11, 17; 35:2, 21; 37:8, 11; 40:17*
**CITY** [2]
*1:7; 2:10*
**City** [30]
*5:23; 8:10; 9:5, 8, 14, 16, 21, 24; 10:13, 16; 11:16, 19, 25; 23:22, 24; 26:9, 16; 27:7, 16; 29:20, 24; 32:12, 18; 34:11, 18; 35:2, 22; 37:8, 11; 40:18*
**Civil** [1]
*3:5*
**clean** [3]
*54:16, 19*
**cleaning** [2]
*54:18; 58:6*
**clear** [2]
*3:13, 23*
**clerk** [1]
*4:12*
**Clinic** [1]
*43:22*
**clinic** [2]

**cloth** [1]
*57:14*
**clothes** [1]
*55:11*
**collecting** [1]
*7:22*
**color** [1]
*42:3*
**coming** [1]
*37:25*
**comments** [1]
*3:15*
**commotions** [1]
*12:11*
**communicating** [1]
*4:4*
**Communication** [1]
*4:3*
**communication** [2]
*4:5, 7*
**complaining** [1]
*32:10*
**complete** [1]
*3:24*
**compliance** [1]
*3:6*
**computers** [2]
*13:3; 62:3*
**concluded** [1]
*62:14*
**condition** [1]
*14:12*
**CONDUCT** [2]
*3:2; 4:2*
**confidentiality** [1]
*3:18*
**consent** [2]
*4:5; 30:18*
**contact** [4]
*33:4, 7, 10; 34:12*
**Continued** [1]
*61:15*
**continued** [2]
*20:3; 21:16*
**controlling** [1]
*4:18*
**cooking** [3]
*54:22, 25; 58:6*
**copies** [1]
*33:17*
**copy** [1]
*4:21*
**Corona** [2]
*5:21; 6:13*
**counter** [6]
*12:15, 20; 13:7, 12; 17:9; 36:3*
**counters** [1]
*17:14*
**COUNTY** [2]
*1:2; 64:5*
**course** [3]
*3:14; 37:17; 54:24*
**COURT** [1]
*1:2*
**Court** [1]
*1:17*
**court** [2]
*3:19; 4:12*
**cover** [2]

*53:8*
**CPLR** [6]
*3:10, 14, 21; 4:15, 17, 18*
**Crossland** [1]
*7:13*
**crying** [1]
*31:15*
**cup** [1]
*58:15*
**cut** [1]
*42:20*

## – D –

**damage** [3]
*50:8; 54:2; 60:3*
**Danasi** [2]
*23:20; 25:9*
**DATE** [1]
*1:11*
**date** [3]
*8:14, 17; 10:4*
**daughter-in-law's** [1]
*11:2*
**day** [21]
*8:18; 9:4, 13, 20; 10:5, 19; 11:25; 27:22; 35:22; 39:6, 9; 40:2; 42:24; 45:4, 11; 48:14; 51:20, 23, 24; 62:19; 64:20*
**December** [7]
*7:3; 8:9; 10:4, 12, 16; 43:14, 18*
**decided** [1]
*10:19*
**deemed** [1]
*4:17*
**defect** [1]
*3:13*
**Defendant** [2]
*1:16; 2:9*
**defendant** [1]
*1:8*
**DEFENDANTS** [1]
*1:9*
**Definitely** [1]
*39:18*
**department** [2]
*7:14; 27:8*
**deponent** [6]
*3:12, 17, 21, 23; 4:3, 5*
**deposition** [8]
*3:4, 7, 8, 11, 18, 25; 4:4*
**DEPOSITIONS** [2]
*3:2; 4:2*
**Depositions** [1]
*3:3*
**describe** [2]
*12:19; 24:9*
**destroy** [1]
*49:14*
**destroyed** [4]
*16:4; 49:23; 50:7; 57:9*
**determining** [1]
*4:6*
**die** [1]
*26:5*
**difficulty** [3]
*30:15, 23; 58:9*
**direct** [1]
*3:21*
**directed** [1]

*51:4*
**direction** [1]
*3:22*
**director** [2]
*22:13, 23*
**dirty** [1]
*57:18*
**disabled** [2]
*11:12, 13*
**discussed** [1]
*60:22*
**Discussion** [4]
*8:7; 30:11; 47:2; 58:24*
**display** [1]
*17:9*
**District** [4]
*33:6; 35:6, 9; 63:12*
**doctor** [21]
*27:24; 37:22, 24; 39:10; 41:10; 42:21; 43:15, 16, 19, 20, 25; 44:5, 21; 45:7; 46:4, 20; 47:12; 48:22; 53:11; 60:23; 61:4*
**doctors** [4]
*43:23; 44:18; 60:9, 25*
**DOCUMENTS** [2]
*63:9, 10*
**dog** [2]
*15:24; 19:11*
**dominant** [1]
*45:18*
**door** [2]
*12:23; 13:24*
**DOWNES** [1]
*2:9*
**downstairs** [1]
*55:12*
**Dr** [42]
*27:24; 42:18; 43:20, 22; 44:2, 5, 6, 11, 12, 15, 22, 24; 45:3; 46:18, 19, 21; 47:7, 25; 48:5, 10, 15, 17, 25; 49:4, 9; 50:19; 51:4, 11, 21; 52:11, 13, 15; 56:8, 13, 24; 59:10, 24; 60:7, 15, 16; 63:13*
**drive** [1]
*8:21*
**duly** [2]
*5:9; 64:12*

## – E –

**earthquake** [1]
*14:23*
**eat** [2]
*13:16; 17:12*
**Ecotrin** [3]
*50:21, 23; 55:24*
**effect** [1]
*4:12*
**eighth** [1]
*44:16*
**elbow** [1]
*41:21*
**elderly** [1]
*34:9*
**electrical** [3]
*49:24; 51:9; 53:10*
**ELLIE** [1]
*2:16*
**Elmhurst** [7]

31:20; 37:13; 38:6, 14; 40:21;
60:8, 19
**elsewhere** [1]
18:13
**emergency** [3]
37:20; 40:7; 46:3
**employees** [1]
1:8
**empty** [2]
12:18; 13:15
**encompassing** [1]
41:21
**end** [2]
48:4; 59:18
**enforce** [1]
3:19
**English** [7]
5:5, 6; 30:13, 19, 22; 31:11,
13
**enter** [1]
13:23
**entrance** [2]
12:16; 13:11
**error** [1]
3:13
**ESQ** [2]
2:6, 12
**ESQS** [2]
1:18; 2:4
**estate** [2]
62:4, 5
**event** [1]
4:7
**EXAMINATION** [3]
1:15; 5:14; 63:5
**Examination** [1]
62:13
**examination** [6]
3:15; 4:14, 21; 44:20; 64:11,
13
**examine** [1]
53:11
**examined** [1]
5:12
**examines** [1]
51:15
**examining** [2]
3:24; 51:17
**Except** [1]
3:14
**except** [4]
3:4, 6, 18, 21
**experiencing** [1]
40:3
**explain** [3]
36:21; 50:16; 56:24
**explained** [1]
59:24
**extent** [2]
3:14

— F —

**faces** [1]
21:21
**facilities** [1]
61:2
**fall** [5]
13:3; 18:22; 36:15; 37:4;
58:19
**fallen** [2]

19:24; 21:22
**falls** [1]
54:9
**family** [11]
34:21, 22, 25; 43:15, 16, 19,
20; 47:21; 60:9, 12, 23
**Fargo** [1]
7:20
**feel** [1]
15:21
**fell** [7]
18:21, 22, 24; 19:7, 15;
36:19, 23
**felt** [3]
15:23; 17:25; 36:25
**female** [10]
21:6; 23:10; 24:3, 5, 13, 16;
27:11; 30:2; 37:8
**fictitious** [1]
1:7
**Fifteen** [1]
53:15
**fifteen** [1]
53:10
**File** [1]
2:12
**file** [2]
34:2, 3
**find** [3]
33:19; 34:5; 59:18
**Fine** [1]
43:4
**fine** [3]
25:4; 42:22; 43:2
**finish** [2]
6:7; 53:12
**First** [2]
18:14; 49:25
**first** [14]
5:9; 9:7, 9; 15:21, 22; 17:25;
20:25; 22:8; 24:17; 39:25;
44:5; 48:14, 17; 49:3
**five** [3]
31:25; 37:19; 38:23
**fixing** [1]
62:3
**floor** [3]
23:4; 36:2; 44:16
**follow** [1]
59:20
**following** [3]
5:4; 13:25; 28:18
**follows** [1]
5:12
**foot** [1]
8:23
**force** [1]
4:12
**forearm** [1]
49:15
**forget** [1]
10:8
**form** [1]
3:13
**forth** [3]
3:19; 4:6; 64:12
**Forty-three** [1]
7:2
**forward** [1]
18:23
**Four** [1]

11:5
**four** [4]
11:5; 38:11; 41:8; 53:4
**framed** [1]
3:11
**Fresh** [1]
63:13
**fresh** [1]
59:21
**friend** [1]
47:21
**front** [4]
12:15, 24; 13:22; 15:11
**fully** [1]
6:4
**furnished** [1]
4:21
**future** [2]
50:11; 59:12

— G —

**G-O-O-R-N-Y** [1]
44:8
**gave** [2]
20:9; 41:8
**George** [2]
11:9, 18
**Georgia** [1]
11:9
**gets** [1]
57:18
**give** [7]
15:4; 38:17, 21; 42:21; 43:7;
48:21; 50:19
**given** [3]
3:8; 23:21; 64:14
**giving** [1]
39:5
**glass** [2]
20:10; 58:16
**goes** [1]
55:10
**Goorny** [6]
43:20, 21; 44:6, 11, 15, 24
**gotten** [1]
28:21
**GREEK** [1]
2:16
**Greek** [8]
5:3, 5; 30:14, 24; 47:18, 19;
52:24
**ground** [1]
6:3
**grounds** [1]
4:6
**guess** [2]
17:22; 32:22
**guys** [2]
22:5; 52:25

— H —

**hadn't** [1]
9:10
**half** [1]
48:12
**hand** [49]
16:5; 18:3, 5, 11; 25:25; 26:3;
31:21, 22; 32:6; 36:11, 25;
37:2, 5; 38:2; 40:4, 13; 41:4,
22; 42:9, 14; 44:18; 45:5, 9,

12, 14; 47:6; 49:14, 16;
51:15; 53:4, 9; 54:7, 17, 19;
55:2, 3; 57:9; 58:3, 16, 17,
18, 20, 21, 22; 59:25; 60:14;
61:7; 64:20
**hands** [1]
54:10
**hard** [4]
41:15, 17; 46:23; 56:20
**He's** [3]
52:19; 61:14; 62:6
**he's** [1]
11:12
**head** [4]
18:7, 10; 26:4, 5
**heart** [3]
14:12, 14; 53:11
**held** [5]
1:17; 8:7; 30:11; 47:2; 58:24
**help** [10]
18:25; 28:8, 19, 20; 34:4, 5;
53:24; 55:17
**helped** [4]
22:11, 18; 23:6, 11
**helping** [2]
23:9; 55:10
**helps** [1]
53:25
**hereby** [1]
64:9
**herein** [1]
4:22
**hereinbefore** [1]
64:12
**hereto** [2]
4:18, 21
**hereunto** [1]
64:19
**Hillside** [2]
1:18; 2:5
**hit** [16]
14:11, 13, 22; 15:19; 19:9;
21:16, 18, 19; 24:18, 19;
25:21; 35:24, 25; 36:10; 37:2,
5
**Hold** [1]
32:4
**hold** [2]
20:9; 57:14
**holding** [2]
26:4; 58:7
**home** [9]
7:8, 11; 26:23; 31:17; 33:15;
39:5; 43:12; 45:20; 62:5
**horses** [1]
19:17
**Hospital** [7]
31:19; 37:14; 40:21; 47:3;
49:6; 60:8, 9
**hospital** [13]
25:18; 26:10; 31:17; 32:2;
38:23; 39:10, 11; 42:8, 19;
43:11; 58:14; 60:10; 61:4
**Hospitals** [1]
60:20
**Hour** [1]
43:10
**hours** [4]
31:25; 37:19; 38:23; 43:11
**house** [2]
54:16, 20

household [1]
  55:6
hurt [6]
  9:20; 25:12, 20, 22; 37:23;
  38:2; 40:17; 45:4
hurting [1]
  16:19
husband [54]
  6:17; 7:4; 8:20; 9:25; 10:23,
  24; 12:23; 13:17, 19, 21, 22,
  25; 14:3, 7, 9, 10, 19; 15:10;
  18:25; 20:9; 22:10, 17, 19,
  21; 23:5, 6, 9, 11; 25:16;
  26:17; 27:10, 14, 19, 21;
  28:6, 10, 12, 17; 29:3, 5, 12;
  31:14, 16; 34:20; 37:9, 16;
  38:10, 25; 39:14; 40:2; 55:16,
  22; 61:12
husband's [1]
  6:18

**– I –**

Ice [1]
  38:18
ice [5]
  31:21; 38:17, 19; 46:12, 13
idea [1]
  11:20
ii [1]
  3:18
iii [1]
  3:19
improper [1]
  3:20
INC [2]
  1:7; 2:10
incident [11]
  8:8; 9:13; 10:6; 12:6, 7, 10;
  14:5, 8, 20; 17:2; 47:9
include [2]
  3:13; 61:15
Index [1]
  1:5
indicated [3]
  18:17; 30:20; 59:15
Indicating [4]
  16:4; 25:24; 41:20, 23
indicating [17]
  11:3; 13:4; 14:10, 22; 16:11;
  18:3, 13; 20:8; 25:23; 31:24;
  36:18; 39:21; 41:19; 49:14;
  54:12; 58:4, 16
INFORMATION [2]
  63:9, 10
injure [1]
  26:5
injured [6]
  8:11; 12:8; 17:15; 19:2;
  28:14, 21
Inside [1]
  30:2
inside [3]
  9:5; 30:6; 53:7
instance [3]
  54:8, 10; 58:14
insurance [2]
  38:3; 55:23
intended [1]
  1:7
interested [1]

interfere [1]
  3:15
interposed [1]
  3:6
interpret [1]
  6:5
INTERPRETER [1]
  2:16
interpreter [1]
  31:2
interpreter [4]
  5:3, 10; 6:5; 30:25
interrupt [1]
  4:4
involved [3]
  11:23; 27:17; 61:9
irregularity [1]
  3:13
items [3]
  12:21; 13:8, 18

**– J –**

jail [1]
  26:19
Jamaica [2]
  1:19; 2:5
Jewish [3]
  34:3, 8
JOHN [1]
  1:7
John's [1]
  31:19
Judge [1]
  4:12
jumping [1]
  49:25
jurat [1]
  61:16

**– K –**

kill [1]
  13:3
killed [1]
  14:12
kills [1]
  54:15
kitchen [1]
  58:15
knocked [3]
  12:25; 15:13, 17
knowledge [1]
  59:7
KOTEAS [1]
  2:16
Kyriakides [31]
  27:24; 42:18; 44:22; 45:3;
  46:18, 19; 47:7, 25; 48:5, 10,
  15, 17, 25; 49:4, 9; 50:19;
  51:4, 11, 21; 52:11, 13, 15;
  56:8, 13, 24; 59:10, 24; 60:7,
  15, 16; 63:13

**– L –**

ladies [1]
  34:4
lady [17]
  20:19, 22, 25; 21:4; 22:12,
  22; 23:3; 24:10; 25:7, 10, 19;

26:9, 16, 18; 27:2, 6; 34:7
land [1]
  55:4
landed [1]
  36:2
Last [1]
  48:2
last [5]
  7:10; 44:3; 47:24; 53:14;
  59:11
late [1]
  34:10
Latos [2]
  47:20
laundry [4]
  55:7, 9, 12, 17
Law [1]
  3:5
lawsuit [2]
  61:10
lawyer [4]
  47:13, 14, 18, 19
learn [4]
  19:18, 21; 24:7; 47:11
learned [2]
  42:16, 24
leave [6]
  12:13; 13:20; 15:11, 19;
  17:12; 28:13
Lenox [2]
  49:5; 61:2
let's [1]
  13:15
Letter [1]
  33:12
letter [4]
  33:13, 22, 23; 34:4
letters [3]
  35:6, 14; 63:11
limitation [1]
  3:19
LINDA [2]
  64:8, 23
Listen [1]
  14:17
live [4]
  6:15; 8:23; 11:6, 21
lived [1]
  6:13
lives [3]
  11:9, 10; 55:13
living [1]
  7:4
LLP [1]
  2:9
lobby [1]
  55:12
local [1]
  51:2
located [1]
  44:14
lot [2]
  22:14; 54:15
lower [1]
  41:21
luckily [2]
  13:2; 14:10
Luke's [14]
  38:12; 39:12; 40:3, 6; 42:5,
  23; 43:9, 21, 22; 45:21; 47:3;
  56:9; 60:8, 19

**– M –**

Ma'am [2]
  7:7; 35:5
ma'am [1]
  5:22
Mamaroneck [1]
  2:10
manager [1]
  24:6
Mark [2]
  43:21; 44:5
marriage [1]
  64:17
married [2]
  11:7, 8
massage [1]
  53:13
matter [1]
  64:18
mean [2]
  20:7; 48:12
medical [3]
  47:5; 55:20; 56:2
medication [4]
  38:21; 43:7; 46:11; 50:20
medications [1]
  46:10
memory [1]
  10:5
mentioned [1]
  46:17
Metal [1]
  36:6
metal [5]
  13:2; 16:19, 23; 17:18; 36:6
middle [1]
  13:13
midnight [1]
  26:21
minute [1]
  29:9
minutes [2]
  53:10, 15
moment [1]
  17:25
month [10]
  48:2, 3, 4, 7, 11, 18; 51:13;
  52:14; 59:16, 19
months [8]
  48:13; 52:14; 56:8, 11, 22;
  57:16, 21; 59:16
morning [1]
  5:22; 38:11
Move [19]
  8:12; 10:10; 13:5; 14:15;
  15:2, 25; 16:8; 17:6; 19:3, 12;
  22:15; 26:6; 27:4; 28:4, 15,
  23; 29:11; 45:16; 54:3
move [5]
  18:14; 45:13, 23, 24; 46:6
MR [43]
  5:15; 8:4, 6, 12; 10:10; 13:5;
  14:15, 24; 15:2, 25; 16:6, 8,
  12; 17:6; 18:14; 19:3, 12;
  20:12; 21:23; 22:6, 15; 25:24;
  26:6; 27:4; 28:2, 4, 15, 23;
  29:11; 30:10, 12; 31:2, 12;
  33:16; 45:16; 46:23, 25; 54:3;
  58:23; 59:20; 60:13; 62:7;
  63:6

MRI [4]
49:5, 8, 9; 51:8

MRIs [1]
38:9

Mrs [2]
31:4; 62:7

muscles [1]
49:23

## – N –

name [10]
5:16, 22; 6:18, 20; 24:7;
28:20; 43:24; 44:3; 46:17;
47:19

named [1]
1:7

names [1]
52:22

neighbor [1]
55:9

nerves [5]
16:5; 49:13, 14, 24; 50:18

nice [3]
10:19; 15:7; 24:10

night [4]
26:18; 33:3; 34:11; 39:4

Nobody [4]
34:21, 22, 24; 35:3

non-responsive [18]
8:13; 10:11; 13:6; 14:16;
15:3; 16:2, 9; 17:7; 18:15;
19:4, 13; 26:7; 27:5; 28:5, 16,
24; 45:17; 54:4

NOTARY [1]
62:20

Notary [4]
1:19; 4:11; 5:10; 64:8

noted [1]
3:7

notice [2]
12:12; 17:24

## – O –

o'clock [1]
38:11

objection [2]
3:11, 17

Objections [2]
3:3, 4

objections [4]
3:4, 7, 9, 10

observe [2]
12:11; 17:21

occurred [2]
8:8, 9

offer [1]
53:23

Office [3]
33:7; 35:7, 9

office [13]
29:17, 18, 21; 30:2, 5, 7;
31:6, 7; 35:12; 47:15; 48:25;
49:2; 63:12

officer [1]
3:7

officers [1]
32:18

offices [1]
1:17

Okay [4]

6:2, 11; 15:6; 53:4

okay [1]
46:22

old [2]
6:25; 24:12

operation [3]
50:12, 14, 16

Order [1]
1:17

order [3]
3:19; 15:18; 55:4

outcome [1]
64:18

outside [1]
7:11

Over-the-counter [1]
50:24

## – P –

P-A-L [1]
44:4

P.M. [1]
62:12

PAGE [2]
63:5, 10

page [1]
61:15

paid [2]
12:4, 5

pain [15]
10:9; 14:14; 18:12; 22:14;
27:3, 23; 31:24; 39:17, 19;
40:3; 50:23; 54:5, 11, 15;
56:3

paining [3]
32:7, 10; 40:9

Pal [5]
43:22; 44:2, 12, 14, 24

palm [1]
53:5

paper [3]
48:21; 53:7; 59:13

Park [3]
9:2, 8; 10:13

part [5]
16:6; 18:2; 32:9; 35:25; 57:6

parties [4]
4:5, 17, 21; 64:16

parts [1]
37:22

party [1]
3:24

pay [2]
12:14; 55:22

pension [2]
7:9, 23

people [22]
19:14, 25; 20:16, 21; 21:13,
17; 22:18, 20; 23:22, 24;
24:19, 21; 28:11; 29:20, 24;
31:5, 9; 32:5; 37:8; 52:20, 23;
54:19

Perfect [1]
32:25

Permanent [1]
42:2

permanent [2]
50:8; 60:2

permanently [2]
41:25; 57:10

permitted [1]
3:14

person [10]
3:9, 20; 19:5, 6, 9; 20:25;
22:8; 28:10; 47:17, 21

persons [1]
3:15

pertaining [1]
61:4

phone [1]
33:10

physical [4]
51:5, 7; 52:16; 55:21

physician [2]
47:9; 60:11

pick [1]
54:9

picked [2]
22:12; 23:6

pictures [1]
58:25

piece [1]
53:7

place [3]
44:14, 16; 59:2

plainly [1]
3:20

Plains [1]
2:11

PLAINTIFF [1]
1:4

Plaintiff [2]
1:16; 2:4

plaintiff [2]
30:13, 19

plate [1]
54:9

Please [1]
5:16

please [2]
6:4, 10

point [3]
12:25; 15:13; 17:8

police [16]
21:4, 9; 25:13, 16; 27:7, 11;
29:2, 6, 13, 21, 23; 30:5;
32:18; 33:3; 37:7

portion [7]
8:13; 14:16; 15:3; 16:2, 9;
19:13; 41:21

portions [12]
10:11; 13:6; 17:7; 18:15;
19:4; 22:16; 26:7; 27:5;
28:16, 24; 45:17; 54:4

position [1]
16:18

Practice [1]
3:5

prejudice [1]
3:20

prescriptions [1]
50:20

PRESENT [1]
2:15

Presently [2]
6:15; 51:25

presently [1]
54:5

preserve [1]
3:18

pressure [1]

30:8

Previously [1]
7:19

previously [1]
9:10

Prior [1]
12:8

prison [1]
21:5

private [1]
46:4

privilege [1]
3:18

problems [3]
45:8; 54:6; 59:25

proceed [1]
3:8

Production [1]
63:11

professional [1]
52:19

pronounce [1]
46:24

provided [5]
3:21; 4:15, 17; 6:12; 33:17

PUBLIC [1]
62:20

Public [4]
1:20; 4:12; 5:11; 64:8

purchase [1]
10:25

purchased [5]
8:16; 9:10; 12:20; 13:18; 14:4

purpose [2]
4:4, 5

purposes [1]
4:15

pursuant [3]
1:17; 3:5, 9

push [2]
15:24; 18:2

pushed [14]
12:25; 15:23; 16:3, 16, 18,
21; 18:6, 8, 9, 19; 19:6; 24:2;
28:11; 35:24

## – Q –

QUEENS [1]
1:2

Queens [2]
8:25; 34:9

question [14]
3:19, 24; 4:6; 6:5, 10; 14:17,
25; 17:14; 21:24; 22:2, 6, 7;
28:3; 39:24

questioning [2]
3:12, 16

questions [8]
3:17; 5:4, 24; 6:7; 8:5; 21:11;
30:16; 62:9

## – R –

Radiology [1]
61:2

raised [1]
3:11

Raymond [1]
6:19

re-ask [1]
39:24

re-injured [1]
45:12

reaches [1]
18:13

Read [1]
20:12

read [4]
20:14; 21:23; 22:2; 33:25

reading [1]
15:7

real [2]
62:4

reason [2]
4:7; 10:21

recall [4]
8:15; 17:23; 29:23; 48:14

receipt [1]
8:16

receive [1]
34:14

received [1]
33:3

record [13]
4:8; 5:17; 8:6, 7; 15:7; 18:16;
30:10, 11; 46:25; 47:2; 58:23,
24; 64:13

recorder [3]
10:2, 24, 25

records [1]
42:11

refer [1]
46:20

referred [2]
20:13; 21:25

reflect [1]
18:16

refresh [1]
10:5

Refusal [1]
3:17

refusal [1]
3:22

regarding [2]
45:8; 47:5

Rego [3]
9:2, 8; 10:13

related [2]
56:4; 64:15

relief [2]
3:9; 53:23

remain [1]
31:3

remainder [1]
3:24

remember [28]
8:14; 10:2, 15; 23:14; 25:3, 5;
26:8, 15; 27:18; 32:16, 17,
23, 24; 33:23; 34:2; 35:14,
21; 39:6; 40:19; 41:18; 42:7,
24; 43:2, 3, 5; 48:16; 57:7, 8

RENDE [1]
2:9

Reporter [2]
20:14; 22:3

represent [2]
1:8; 5:23

representing [1]
4:22

request [2]
3:12; 33:17

REQUESTED [1]

63:9

reside [1]
5:19

respect [1]
4:18

respectful [1]
33:21

respective [1]
4:20

respond [1]
6:6

response [2]
22:16; 25:20

restricted [1]
3:10

result [1]
49:21

results [2]
50:2, 5

retired [3]
7:22; 61:13, 14

Right [8]
9:3; 32:3; 37:15, 21; 41:14;
48:8; 51:10; 52:21

right [61]
3:9, 18, 24; 7:7; 9:19; 13:13,
14; 15:11, 14; 16:12, 14, 15;
17:18; 18:5, 17, 24; 19:15;
20:4, 5; 21:2, 20; 25:24; 26:2,
23; 28:18; 30:3; 31:22; 32:6,
7; 36:10, 12, 13; 39:17, 20,
21, 22; 40:4, 12; 41:4, 12, 21,
22; 42:9, 14, 25; 44:18; 45:5,
8, 12; 47:5; 49:15; 51:5;
52:18; 54:6; 55:3; 58:18, 21;
60:17, 20; 61:5

right-hand [3]
16:21; 36:8; 45:18

rights [1]
4:17

room [6]
21:9, 10; 29:16; 37:20; 40:7;
46:4

Rule [3]
3:5, 14, 21

rule [2]
3:7, 14

RULES [2]
3:2; 4:2

Rules [1]
3:6

rules [2]
4:7; 6:4

run [2]
20:22; 21:16

running [5]
19:16; 20:2, 3, 19, 21

RYAN [1]
2:9

**– S –**

S-125 [1]
2:12

sat [1]
23:17

Savings [1]
7:13

saying [1]
25:16

scared [1]

18:7

screaming [1]
18:21

SEARS [11]
2:6; 8:4; 14:24; 16:6, 12;
22:6; 28:2; 30:12; 31:12;
46:23; 60:13

Sears [1]
8:25

second [1]
43:24

section [1]
4:6

sections [1]
4:18

security [2]
24:19, 21

sending [1]
51:8

seventy-five [1]
62:6

SHAEVITZ [4]
1:18; 2:4

She's [1]
52:24

she's [3]
30:20, 23, 24

Shelf [1]
36:4

shelf [8]
13:2, 3; 36:3, 5, 14, 15, 23;
37:4

shelves [2]
36:17; 58:15

shopping [2]
8:20; 12:10

shops [1]
11:22

shoulder [7]
18:17; 45:5, 8, 12; 54:13;
59:25; 60:14

sic [1]
53:6

sign [1]
53:21

signed [2]
4:11, 12

significant [1]
3:20

sit [5]
23:6, 7; 30:7; 57:24; 58:2

six [1]
59:16

sling [2]
57:12, 14

soft [1]
41:16

solemnly [1]
5:3

Somebody [1]
23:15

Someone [1]
52:18

someone [3]
8:19; 29:22; 52:12

somewhere [1]
18:10

son [10]
6:17, 20; 7:4; 11:8, 11, 15,
18; 55:10, 13, 16

sons [1]

11:7

Sorry [1]
35:18

sorry [2]
10:23; 50:22

Spanish [1]
24:11

speak [10]
11:25; 24:14; 27:10; 28:25;
30:13; 31:8, 10; 35:8, 11;
49:9

Speaking [1]
3:10

speaking [1]
31:12

special [1]
53:5

spell [2]
44:3, 7

spoken [4]
27:2, 21; 34:25; 59:6

SS [1]
64:4

St [15]
31:19; 38:12; 39:12; 40:3, 6;
42:5, 23; 43:9, 21, 22; 45:21;
47:3; 56:9; 60:8, 19

standing [2]
13:10; 29:9

starting [1]
18:11

starts [1]
54:2

STATE [2]
1:2; 64:4

State [3]
1:20; 5:11; 64:9

state [1]
5:16

stated [2]
3:11; 4:7

statement [2]
3:13, 23

statements [1]
3:15

stay [2]
43:10; 56:7

stayed [2]
41:25; 56:22

stays [1]
62:5

step [1]
15:8

STIPULATED [4]
4:11, 14, 16, 20

store [26]
8:24; 9:8, 14, 21, 24; 10:13,
16, 22; 11:16, 19, 25; 12:10,
16; 13:8, 11; 15:11; 19:20,
22; 24:14, 24; 27:2; 34:18,
23; 37:11; 51:2

STORES [2]
1:7; 2:10

Stores [2]
8:10; 9:17

story [1]
15:5

Street [2]
7:21; 39:13

strike [21]
8:12; 10:10; 13:5; 14:15;

15:2, 23, 25; 16:8; 17:6;
18:14; 19:3, 12; 22:15; 26:6;
27:4; 28:4, 15, 23; 29:11;
45:16; 54:3

**strong** [2]
21:18; 22:5

**STUART** [1]
2:6

**Stuff** [1]
10:2

**stuff** [10]
8:16; 9:10; 17:12, 20; 30:9;
38:4; 39:5; 53:12; 55:7, 11

**subdivision** [3]
3:5, 6, 22

**subject** [1]
3:9

**Subscribed** [1]
62:18

**succinct** [1]
3:23

**succinctly** [2]
3:11; 4:8

**SUFFOLK** [1]
64:5

**suggest** [1]
3:12

**sunny** [1]
10:19

**SUPREME** [1]
1:2

**swore** [1]
5:3

**sworn** [3]
5:10; 62:18; 64:12

### – T –

**talk** [5]
23:25; 37:11; 40:15; 44:18;
59:9

**Talking** [1]
49:15

**talking** [3]
29:4; 32:19, 20

**telephone** [5]
26:20, 22; 33:2; 34:10; 35:11

**telling** [3]
38:25; 40:20; 46:6

**Ten** [1]
7:19

**testified** [1]
5:12

**testifying** [1]
4:22

**testimony** [1]
64:14

**tests** [4]
49:24; 50:6; 51:9, 12

**Thank** [5]
8:3; 44:9, 23; 62:10, 11

**thank** [2]
25:8; 62:7

**therapist** [2]
60:8, 17

**Therapy** [2]
51:19; 57:25

**therapy** [15]
27:24; 48:3, 23, 24; 51:5, 7,
20; 52:2, 10, 16, 23; 53:2, 17;
55:21; 59:11

**therefor** [1]
3:23

**They're** [1]
58:19

**thief** [9]
17:5; 19:10; 20:4, 19; 21:2, 6,
14; 24:23; 30:3

**thirty** [1]
24:11

**Thirty-six** [1]
6:14

**THOMAS** [3]
1:3, 16; 62:16

**Thomas** [6]
5:18; 6:19, 22, 24; 31:4; 62:7

**three** [3]
35:17; 43:11; 48:13

**times** [3]
9:23; 52:4; 53:5

**tolerate** [1]
14:14

**Tony** [6]
6:22, 23, 25; 11:13, 15; 55:15

**touched** [2]
18:2, 4

**towards** [2]
12:16; 13:12

**towels** [1]
53:9

**train** [1]
8:21

**transcript** [1]
4:11

**translate** [1]
5:4

**treat** [3]
44:24; 45:7; 49:6

**treated** [2]
47:8; 60:10

**treatment** [4]
47:5; 50:10; 51:12; 55:21

**TRIAL** [1]
1:15

**trial** [1]
4:14

**trouble** [1]
14:14

**true** [1]
64:13

**truth** [1]
33:25

**twenty** [1]
53:15

**Twice** [2]
33:14; 35:19

**Tylenol** [1]
39:5

**type** [4]
46:9; 47:4; 50:13; 56:18

**types** [1]
51:12

### – U –

**undergo** [1]
51:12

**understand** [3]
6:9; 15:9; 42:15

**understanding** [3]
9:19; 30:21; 42:13

**UNIFORM** [2]

3:2; 4:2

**unknown** [1]
1:8

**upset** [1]
29:9

**utilized** [1]
4:14

### – V –

**visited** [2]
9:13, 16

**visiting** [1]
9:8

### – W –

**wait** [1]
6:4

**waived** [2]
3:6; 4:17

**walk** [1]
10:19

**walking** [10]
12:24; 13:19; 14:3, 18; 15:10,
18; 16:18, 20; 17:2, 17

**walks** [1]
28:12

**Wall** [1]
7:20

**wall** [5]
16:19, 22, 23; 17:18; 36:22

**wanted** [3]
10:25; 26:10; 28:13

**water** [5]
20:11; 22:24; 23:2, 19, 20;
53:5

**We'll** [2]
32:4; 38:13

**We're** [3]
30:14, 22; 31:19; 42:20

**we're** [3]
30:17, 18

**wear** [1]
57:21

**wearing** [2]
54:11; 58:3

**week** [7]
39:7; 48:2, 23; 52:3, 4, 6

**Wells** [1]
7:20

**WHEREOF** [1]
64:19

**Whereupon** [3]
20:13; 21:25; 62:12

**White** [3]
2:11; 42:4; 56:19

**white** [1]
56:20

**WHITTON** [34]
2:12; 5:15; 8:6, 12; 10:10;
13:5; 14:15; 15:2, 25; 16:8;
17:6; 18:14; 19:3, 12; 20:12;
21:23; 22:15; 25:24; 26:6;
27:4; 28:4, 15, 23; 29:11;
30:10; 31:2; 33:16; 45:16;
46:25; 54:3; 58:23; 59:20;
62:7; 63:6

**Whitton** [1]
5:23

**wife** [2]
39:2, 3

**wires** [1]
53:11

**WITNESS** [5]
16:10, 14; 22:4; 62:10; 64:19

**Witness** [1]
62:13

**witness** [5]
4:22; 5:9; 18:16; 64:11, 14

**words** [1]
42:17

**work** [3]
7:7, 17; 61:12

**worked** [5]
7:10, 12, 15, 19; 12:2

**worker** [5]
23:10; 24:4, 13; 27:11; 37:9

**workers** [3]
24:14; 27:16; 32:17

**working** [1]
24:23

**worry** [1]
8:5

**wrap** [1]
41:24

**wrist** [2]
38:19; 39:17

**write** [1]
32:13

**writes** [1]
57:4

**writing** [4]
32:19; 33:11; 34:15; 59:21

**written** [1]
48:22

**wrong** [2]
42:9, 25

**wrote** [3]
34:4, 7; 57:4

### – X –

**X-rays** [8]
38:5, 7, 12; 39:2; 41:3, 4, 8;
42:6

### – Y –

**year** [3]
48:12, 13; 59:16

**years** [4]
6:14; 7:19; 24:11; 62:4

**yelling** [4]
18:25; 28:8, 19, 20

**YORK** [2]
1:2; 64:4

**York** [7]
1:19, 20; 2:5, 11; 5:11, 21;
64:9

**younger** [1]
11:10

**yourself** [1]
8:18