```
 1                          TRAPANI

 2      A.      Doors opened by itself.

 3      Q.      Automatic doors?

 4      A.      Yes.

 5      Q.      Would there be any other

 6 entrances for the public to enter that

 7 store?

 8      A.      No.

 9      Q.      What about entrances for

10 employees, separate entrance?

11      A.      No, we call came through the

12 same one.

13      Q.      The store, I'm just going to ask

14 you to describe the layout back in December

15 of '06, you are familiar with the layout?

16      A.      Yes.

17      Q.      When you walk in, is there a

18 store room, in other words, for merchandise,

19 other areas just for personnel, how you

20 would you describe it?

21      A.      The showroom is where the

22 customers would be.

23      Q.      Do you know how big of a

24 showroom it was?

25      A.      No.
```

1                          TRAPANI

2        Q.       Would that encompass the whole

3    store, would you say the middle of the

4    store?

5        A.       Yes, I would say.

6        Q.       When you walk in, when you came

7    through the front entrance, what was to the

8    right as you walked in?

9        A.       Customer service.

10       Q.       Was that like a desk or kiosk?

11       A.       It was a long table with

12   registers.

13       Q.       Do you recall how many

14   registers, more than one?

15       A.       Yes.

16       Q.       To the right of that was there

17   anything, in other words, is the store

18   showroom, is it rectangular, square, some

19   other shape?

20       A.       It looks like round, oval.

21       Q.       Is there anything behind the

22   customer service to the right?

23       A.       My office.

24       Q.       Your office?

25       A.       Yes.

```
 1                              TRAPANI
 2          Q.      Any other offices to the right?
 3          A.      Loss prevention.
 4          Q.      Is there, on a daily basis, is
 5   there somebody from the loss prevention unit
 6   at that store?
 7          A.      Generally.
 8          Q.      Do you recall that day if there
 9   was somebody there?
10          A.      There was.
11          Q.      What was the name of that
12   person?
13          A.      Daniel.  I don't remember his
14   last name.
15          Q.      Do you know if Daniel is still
16   employed by Circuit City?
17          A.      He is not.
18          Q.      Do you know what his position
19   was?
20          A.      Loss prevention.
21          Q.      Were there any other offices to
22   the right?
23          A.      Yes.
24          Q.      Whose offices?
25          A.      The store manager, the general
```

                            TRAPANI

1

2    office, and the cash office.

3         Q.    Who was the store manager on the

4    date of the incident, if you recall?

5         A.    I believe it was Mike Spell.

6         Q.    Do you recall if he was there

7    that day?

8         A.    I would say he would have to be

9    because it was the holidays.

10             MR. WHITTON:   Do you recall

11        either way?

12             THE WITNESS:   I couldn't be a

13        hundred percent.

14        Q.    Those offices, I would assume,

15   were on the outside of the showroom?

16        A.    Yes.

17        Q.    In other words, own separate

18   office you have to open a separate door to

19   get into?

20        A.    Yes.

21        Q.    The public couldn't get into?

22        A.    No.

23        Q.    Other than the front where you

24   said there is customer service, are there

25   other areas of the store where the customer

```
 1                              TRAPANI

 2    service or cashier were?

 3         A.      On the floor.

 4         Q.      All over the floor?

 5         A.      Yes.

 6         Q.      Is there any designation of

 7    where they are, in other words, such as

 8    numbered aisles?

 9         A.      No, it would be in departments.

10         Q.      There were many departments?

11         A.      Yes.

12         Q.      All electronics?

13         A.      Yes.

14         Q.      Was there any other customer

15    service area such as a long table maybe in

16    the back of the store?

17         A.      No.

18         Q.      Were there any of those customer

19    service, how would you describe them, each

20    department had them, had like a cashier?

21         A.      Register, yes.

22         Q.      How many different departments

23    were there?

24         A.      Probably six.

25         Q.      Do you recall which one like the
```

```
 1                          TRAPANI

 2    name of them or where they were located in

 3    the store?

 4         A.     There was technology, which was

 5    computers.

 6         Q.     Where would that be?

 7         A.     That would be toward the back of

 8    the store.

 9         Q.     Other than computers?

10         A.     Imaging, which would be cameras.

11         Q.     Where would they be?

12         A.     That would be in front of them.

13         Q.     In front of the computers?

14         A.     Yes.

15         Q.     Would that be toward the middle

16    of the store?  I'm basing it on coming

17    through the front entrance.

18         A.     It would be to the right.

19         Q.     Camera would be to the right?

20         A.     Yes.

21         Q.     Computers would also be to the

22    right, but to the back?

23         A.     Sort of in the back.

24         Q.     Each one of those sections had

25    its own registers?
```

```
 1                              TRAPANI

 2         A.      Yes.

 3         Q.      What about the others, where

 4    would the other ones be?

 5         A.      Road shop.

 6         Q.      Where would that be?

 7         A.      Toward the front of the store.

 8         Q.      Right, left, middle?

 9         A.      To the left of where you walk

10    in.

11         Q.      What would that include, things

12    for the car?

13         A.      Yes.

14         Q.      Was there a TV section?

15         A.      TV section.

16         Q.      Where would that be?

17         A.      Alongside the walls.

18         Q.      On what side?

19         A.      If you come in I believe it was

20    on the left side and toward the parameter.

21         Q.      Around the showroom?

22         A.      It would be around the showroom,

23    yes.

24         Q.      Any other sections that you

25    recall?
```

                                            TRAPANI

1

2       A.      It would be called Merc, that

3   would be the middle area.

4       Q.      Merc is general merchandise?

5       A.      Yes.

6       Q.      Each one would have their own

7   register?

8       A.      Correct.

9       Q.      Each one would have customer

10  service?

11      A.      No.

12      Q.      Customer service would be in the

13  front?

14      A.      Correct.

15      Q.      Do you recall what day of the

16  week this incident occurred on?

17      A.      No.

18      Q.      If I indicated to you it

19  happened on a Thursday, would that refresh

20  your recollection?

21      A.      No.

22      Q.      Do you recall if it was a

23  weekday as opposed to weekend?

24      A.      No.

25      Q.      Do you recall about what time

1                              TRAPANI

2    the incident occurred?

3          A.      No.

4          Q.      Would I refresh your

5    recollection if I said it happened in the

6    afternoon?

7          A.      No.

8          Q.      Do you recall how many employees

9    from Circuit City were actually working on

10   that day?

11         A.      No.

12         Q.      Would there be a master list

13   that Circuit City would have to indicate who

14   was working that day?

15         A.      Yes.

16         Q.      Who would keep that, would that

17   be the store manager or somebody else?

18         A.      That would be the operations

19   manager.

20         Q.      Do you recall if there was

21   security personnel working on the date of

22   the incident?

23         A.      Yes.

24         Q.      Security personnel hired by

25   Circuit City?

1                              TRAPANI

2        A.      Yes.

3        Q.      Are they Circuit City employees?

4        A.      No.

5        Q.      Do you know what company or

6   companies they are employees of?

7        A.      No.

8        Q.      Do you know who would know that,

9   would that be the store manager or someone

10  else?

11       A.      That would be Circuit City.

12       Q.      Were there any employees of

13  Circuit City that would act in a security

14  capacity on the day of the incident?

15               MR. WHITTON:  Objection to the

16       form.

17       A.      You mean loss prevention?

18       Q.      Loss prevention, were there any

19  employees that worked in that department

20  other than the manager?

21       A.      In what department?

22       Q.      Like the loss prevention what

23  did they do specifically?

24       A.      They would observe customers in

25  the store, and they were there primarily to

1                              TRAPANI

2    protect the associate.

3         Q.      Anything else?

4         A.      And the merchandise.

5         Q.      The loss prevention personnel,

6    are they employees of Circuit City?

7         A.      Yes.

8         Q.      On that day, do you recall if

9    there were any loss prevention personnel in

10   the store?

11        A.      Daniel.

12        Q.      What was his last name again?

13        A.      I don't know.

14        Q.      Were there any other loss

15   prevention employees at that store?

16        A.      Not that I can remember.

17        Q.      Did he wear some type of uniform

18   that was different than the regular

19   employee?

20        A.      Regular clothes.

21        Q.      Did the Circuit City personnel

22   have a specific uniform to wear?

23        A.      Yes.

24        Q.      If you could just briefly

25   describe what that outfit would be?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

1                              TRAPANI

2       A.      It would be black pants, khaki

3   pants and I believe at that time they were

4   wearing red shirts.

5       Q.      Did they also have name tags?

6       A.      Yes.

7       Q.      Did you also have to wear that

8   uniform?

9       A.      I can't remember if the manager

10  had to wear that one or we had a specific

11  one.

12      Q.      You indicated Daniel didn't have

13  to wear that outfit either.

14      A.      No.

15      Q.      He didn't have any other special

16  uniform to wear?

17      A.      No.

18      Q.      Was there surveillance cameras

19  in that store?

20      A.      Yes.

21      Q.      Was Daniel in the office like

22  was his job looking at like film or would he

23  walk around, what would he do, if you know?

24          MR. WHITTON:  Objection to the

25      form.  If you know.

```
 1                          TRAPANI

 2      A.      Both.

 3      Q.      Were there any security

 4 personnel at that store on the day of the

 5 accident other than Daniel?

 6              MR. WHITTON:  Note my

 7      objection.  You can answer.  I think

 8      you are mischaracterizing the witness'

 9      testimony.  Off the record.

10              (At this time, there was a

11      discussion held off the record.)

12      Q.      Is there a, or was there a

13 difference between loss prevention and

14 security personnel?

15      A.      Yes.

16      Q.      There was security personnel

17 present on the date of the incident?

18      A.      Yes.

19      Q.      Those personnel were not

20 employees of Circuit City, to your

21 knowledge?

22      A.      They were contracted out.

23      Q.      You don't know with which

24 entity?

25      A.      No.
```

1                              TRAPANI

2        Q.      Did Circuit City have a contract

3    with the security personnel to be there on

4    the day of the accident?

5        A.      Yes.

6        Q.      To your knowledge, was this

7    security personnel company there for a

8    period of time prior to the date that this

9    incident occurred?

10       A.      I'm not sure what you are

11   asking.

12       Q.      In other words, the contract it

13   wasn't just for that day, it was an ongoing

14   contract?

15       A.      Correct.

16       Q.      Do you know if it was for one

17   entity or more than one entity, the security

18   personnel?

19       A.      I don't understand.

20       Q.      Did the security personnel all

21   come from one company?

22       A.      Yes.

23       Q.      Security personnel, did they

24   have a special uniform they would wear?

25       A.      Yes.

1                              TRAPANI

2          Q.      If you could briefly describe

3    for me the outfit they would wear?

4          A.      They had to have the logo of the

5    company.

6          Q.      Circuit City?

7          A.      No.

8          Q.      Their company?

9          A.      Their company or a jacket that

10   had their logo on it from their company.

11         Q.      To your knowledge, security

12   personnel, did they carry any weapons?

13         A.      Yes.

14         Q.      Gun?

15         A.      Always a gun.

16         Q.      Did they have radio with them,

17   to your knowledge?

18         A.      No.

19         Q.      Walkie-talkie?

20         A.      No.

21         Q.      Did they have anything to

22   communicate with other security in the

23   store?

24                 MR. WHITTON:   With other

25         security personnel?

1                          TRAPANI

2          Q.      With other security personnel or

3    Circuit City personnel.  Maybe they didn't

4    have a walkie-talkie or radio, maybe it is a

5    Blue Tooth I'm asking if they had something?

6                MR. WHITTON:  To communicate

7          with anybody?

8          Q.      Yes.

9          A.      I don't recall if they had

10   anything at that time.

11         Q.      Do you know how many security

12   personnel were present on the date this

13   incident occurred?

14         A.      One.

15         Q.      One?

16         A.      Yes.

17         Q.      Do you remember that person's

18   name?

19         A.      Frankie Changiy.

20         Q.      Do you know if Mr. Changiy is

21   still at that location and as a security

22   person in many locations at Circuit City?

23         A.      Yes.

24         Q.      He still does that, to your

25   knowledge?

1                          TRAPANI

2         A.      Yes, he does.

3         Q.      Was there a specific area of the

4    store that he was always assigned to or

5    would he roam?

6         A.      He would be at the front door.

7         Q.      What was his job description, if

8    you know?  In other words, was he just there

9    or did he actively do things, check

10   packages, receipts?

11        A.      He would check packages and

12   check receipts.

13        Q.      Common practice, if I was a

14   customer and went in and I purchased

15   something back in December of '06, on the

16   way out would somebody always check the

17   receipt or check my bag?

18        A.      Most times.

19        Q.      On the date this incident

20   occurred, was the store crowded?

21        A.      Yes.

22        Q.      Was there any reason that it was

23   crowded?

24        A.      Holidays.

25        Q.      Holiday season?

```
 1                          TRAPANI
 2        A.      Yes.
 3        Q.      Did Circuit City have more
 4   personnel working that day simply because it
 5   was the Christmas season?
 6        A.      Yes.
 7        Q.      I know I asked you this before.
 8   Do you know how many employees of Circuit
 9   City were actually working at the time this
10   incident occurred?
11        A.      No.
12        Q.      Would it be fair to say more
13   than ten?
14        A.      Yes.
15        Q.      Would it be fair to say more
16   than 20?
17        A.      Probably.
18        Q.      Would it be fair to say more
19   than 30?
20        A.      Depends on what time.
21        Q.      What about the afternoon?
22        A.      I'm not quite sure.
23        Q.      When is the first you learned of
24   an incident that occurred on December 28,
25   2006?
```

```
 1                        TRAPANI

 2            MR. WHITTON:  Note my objection.

 3       Q.      The incident we are talking

 4   about here involves an alleged incident

 5   involving an Anna Thomas that was an alleged

 6   incident that occurred in that store on

 7   December 28, 2006.  Do you know the name

 8   Anna Thomas, you ever hear that name before?

 9       A.      Just this morning.

10       Q.      Do you recall any incident that

11   occurred back on December 28, 2006?

12       A.      Yes.

13       Q.      How did you learn of that

14   incident, did you actually see it or did

15   somebody tell you about it?

16       A.      I saw it.

17       Q.      Where were you when you first

18   observed it?  We will take it step by step.

19   Where were you in the store when you saw

20   what was going on?

21       A.      I was towards the front of the

22   store.

23       Q.      Were you near the customer

24   service area?

25       A.      Yes.
```

```
1                              TRAPANI

2        Q.       What were you doing?

3        A.       Directing lines.

4        Q.       Directing customer lines?

5        A.       Yes.

6        Q.       That was the front right of the

7   store?

8        A.       Correct.

9        Q.       Did you hear something, or see

10   something first?

11        A.       Neither one.

12        Q.       So tell me what the first

13   recollection you have of some kind of

14   incident occurring?

15        A.       I had someone from Circuit City

16   come to me and tell me that Daniel wanted me

17   to go in the office.

18        Q.       Do you recall who, which

19   employee came to you?

20        A.       No.

21        Q.       Was there a reason why Daniel

22   wanted you to go to the office or you just

23   went to office?

24        A.       Most only time I would have gone

25   there if they would have gotten a shoplifter
```

1                          TRAPANI

2    who was a female.

3         Q.    What if a shoplifter was a man?

4         A.    I wouldn't have to be there, no.

5         Q.    Which office were you summoned

6    to, your office, Daniel's office, some other

7    office?

8         A.    Daniel's office.

9         Q.    Did you go to Daniel's office

10   immediately?

11        A.    Yes.

12        Q.    Did that employee from Circuit

13   City also accompany you there?

14        A.    No.

15        Q.    When you went to Daniel's office

16   what, if anything, happened?

17        A.    There was a young lady and

18   Frankie.

19        Q.    And Daniel?

20        A.    Yes.

21        Q.    They were all in Daniel's

22   office?

23        A.    Yes.

24        Q.    Then when you walked in, was

25   something told to you or did you hear a