|    |    | TRAPANI |
|---|---|---|
| 1 |   |   |
| 2 | conversation, what happened next? | |
| 3 | A. | I saw what was going on. |
| 4 | Q. | What was that? |
| 5 | A. | Apparently the young lady was |
| 6 | taking items. | |
| 7 | Q. | Are you saying that based on the |
| 8 | conversation Frankie or Daniel had with the | |
| 9 | lady or did they actually tell you that? | |
| 10 | A. | No, I saw her drop items. |
| 11 | Q. | Drop off her person? |
| 12 | A. | Yes. |
| 13 | Q. | In Daniel's office? |
| 14 | A. | No, outside. |
| 15 | Q. | So before you got to Daniel's |
| 16 | office, outside the office you saw this | |
| 17 | young lady with Frankie and Daniel? | |
| 18 | A. | Actually she was walking out the |
| 19 | front door and Frankie was right, as | |
| 20 | customers enter the store, she was there. | |
| 21 | Q. | Let's back up.  Before being |
| 22 | summoned to Daniel's office you saw this | |
| 23 | young lady? | |
| 24 | A. | Yes. |
| 25 | Q. | When you saw this young lady, |

|   |   |   |
|---|---|---|
| 1 |   | TRAPANI |

2   were you still directing lines?

3       A.    Yes.

4       Q.    Were you looking in the same
5   direction as this lady was walking?

6       A.    Yes.

7       Q.    As this time, was she running,
8   walking?

9       A.    Walking.

10      Q.    Was she walking in a fast pace,
11  slow pace, something else?

12            MR. WHITTON: Objection to the
13      form. You can answer.

14      Q.    What pace was she walking?

15      A.    It was very crowded she couldn't
16  have run, she had to walk.

17      Q.    When you say it was very
18  crowded, did you actually have to sideswipe
19  people to get from one location to the
20  other, or how crowded was it?

21            MR. WHITTON: Objection to the
22      form. You can answer.

23      A.    It was crowded, it was the
24  holidays.

25      Q.    Approximately how many customers

```
 1                          TRAPANI
 2    were in the store at that time, if you know?
 3          A.    I have no idea.
 4          Q.    Was the young lady able to walk
 5    in a straight line to get to the front
 6    entrance or did she have to move around
 7    people?
 8          A.    Side to side.
 9          Q.    Once you saw this lady, did you
10    keep her under constant observation until
11    the front door or were you looking else
12    where?
13          A.    A little bit of both.
14          Q.    What did you observe about this
15    lady as she was walking?
16          A.    She was walking out with two big
17    gentlemen and they walked out and they
18    didn't beep, you know.  They would have to
19    have had something on them for the alarm to
20    go off.  She did beep.
21          Q.    She was walking with two
22    gentlemen?
23          A.    Yes.
24          Q.    Were they on either side of her?
25          A.    They were in front of her.
```

```
 1                          TRAPANI
 2         Q.    Did they look like they were
 3   walking with her?
 4         A.    Yes.
 5         Q.    They looked like they all knew
 6   each other?
 7         A.    Yes.
 8         Q.    As they were walking, they got
 9   to the front door and said there is some
10   type of beeping mechanism?
11         A.    Yes.
12         Q.    Near the beeping mechanism is
13   that where Frankie is stationed?
14         A.    Yes.
15         Q.    As you walk through, if you have
16   merchandise on you, that is not like
17   scanned, it would beep?
18         A.    Yes.
19         Q.    That would indicate there is
20   somebody trying to take merchandise out of
21   store?
22               MR. WHITTON:  Objection to the
23         form.
24         A.    It could have been that the
25   security wasn't taken off.
```

```
 1                            TRAPANI
 2        Q.      When you say security, like a
 3   tag?
 4        A.      Yes.
 5        Q.      So as this lady is walking, she
 6   got to this beeping mechanism and what
 7   happened next?
 8        A.      Well, Daniel was watching her,
 9   so he knew she was taking merchandise.
10        Q.      How do you know at that point
11   Daniel was watching her?
12        A.      Because he called me and told
13   me.  He called me over and let me know.
14        Q.      So while you are watching her
15   Daniel called you over?
16        A.      Yes.
17        Q.      You were both watching together?
18        A.      Yes.
19        Q.      As she got to the beeping
20   mechanism?
21        A.      It beeped.
22        Q.      Then what happened next?
23        A.      Frankie stopped her and Daniel
24   was right behind her and said you need to
25   come with us.
```

```
 1                    TRAPANI
 2       Q.     How far were you away from where
 3   Frankie was with the beeping mechanism when
 4   you were watching with Daniel?
 5       A.     Approximately ten to 20 feet.
 6       Q.     As you were watching this lady
 7   walk, was Daniel walking towards Frankie and
 8   the beeping mechanism or did he stay there
 9   with you?
10       A.     He walked toward them.
11       Q.     You stayed at the customer
12   service area?
13       A.     Yes.
14       Q.     Then when it beeped and as
15   Daniel was walking, what happened next?
16       A.     Frankie and Daniel, they both
17   said you need to come with me and they took
18   her into the office.
19       Q.     What about the two gentlemen
20   that were allegedly with this woman?
21       A.     They just left.
22       Q.     They walked out the front door?
23       A.     Yes.
24       Q.     This beeping mechanism, is that
25   right next to the front door area?
```

```
 1                              TRAPANI
 2         A.      Yes.
 3         Q.      Approximately how far?
 4         A.      Maybe two feet from the second
 5   door.
 6         Q.      This young lady, could you
 7   describe her; was she white, Asian, black,
 8   something else?
 9         A.      She looked Hispanic.
10         Q.      What about the two gentlemen
11   that she was with?
12         A.      African American.
13         Q.      You said Frankie stopped her at
14   that point.
15         A.      Frankie stood in front of her
16   and Daniel was behind her.
17         Q.      Frankie, how would you describe
18   him; big guy, small guy, something else?
19                 MR. WHITTON: Objection to the
20         form. You can answer.
21         Q.      How would you describe Frankie?
22         A.      I guess between the two of you,
23   you know. He is not a big gentleman.
24         Q.      About how old of a gentleman
25   would you say?
```

```
 1                          TRAPANI
 2      A.      He is probably 45.
 3      Q.      White, black?
 4      A.      Black.
 5      Q.      What about Daniel, first of all,
 6  is he white, black?
 7      A.      Black.
 8      Q.      How would you describe him in
 9  age?
10      A.      Twenty-six, maybe 27.
11      Q.      Frankie, how much do you think
12  he weighs?
13      A.      One hundred and eighty.
14      Q.      What about Daniel?
15      A.      Two hundred and twenty.
16      Q.      Were you able to hear any
17  conversations Frankie or Daniel had with
18  this woman or you just observed?
19      A.      I was observing.
20      Q.      What did you observe when
21  Frankie got in front of her and Daniel got
22  in back of her, what happened next?
23      A.      They were picking up the
24  merchandise she dropped.
25      Q.      Did you actually see merchandise
```

```
 1                      TRAPANI
 2   coming like out of her clothes or something
 3   else?
 4        A.    She stuck it under her shirt.
 5   When they stopped her she let her hands go
 6   and merchandise fell out.
 7        Q.    Do you recall what type of
 8   merchandise?
 9        A.    I believe they were CDs and set
10   of head phones.
11        Q.    Did they then escort the young
12   lady to Daniel's office or something else?
13        A.    Yes.
14        Q.    You were still watching while
15   they escorted her to Daniel's office?
16        A.    Yes.
17        Q.    Then once they got to the office
18   then you were summoned to Daniel's room?
19        A.    I went with them.
20        Q.    When you got to that room, what,
21   if anything, what was the nature of the
22   conversations that were taking place in
23   Daniel's office?
24        A.    Between the young lady answered
25   them?
```

```
 1                          TRAPANI
 2        Q.    Yes, or you, did you have any
 3   conversation with the young lady?
 4        A.    No.
 5        Q.    While you were there, did Daniel
 6   or Frankie have a conversation with the
 7   young lady?
 8        A.    Daniel did.
 9        Q.    What was the nature of that
10   conversation?
11        A.    Name, address, phone number.
12        Q.    Did she submit and give the
13   information?
14        A.    Some of it.
15        Q.    Did you have any conversations
16   at all with that young lady?
17        A.    No.
18        Q.    Did you ever learn the identity
19   of that young lady?
20        A.    No.
21        Q.    Did you stay there for a period
22   of time in that office?
23        A.    The whole time.
24        Q.    What happened next, did Daniel
25   call the police, something else?
```

```
 1                              TRAPANI
 2        A.      Yes, he called the police.
 3        Q.      Did the police arrive?
 4        A.      Eventually.
 5        Q.      Approximately how long?
 6        A.      I couldn't be sure.
 7        Q.      Did you stay there that whole
 8   time?
 9        A.      Yes.
10        Q.      Was it less than an hour?
11        A.      Yes.
12        Q.      Was it half an hour?
13        A.      It was less than an hour.  That
14   is all I can tell you.
15        Q.      During that time period of time
16   what, if anything, happened, was she sitting
17   there, something else?
18        A.      She was sitting in the chair and
19   there was a chair in the office, she was
20   sitting there.
21        Q.      Did Frankie and Daniel stay
22   there the whole time with you?
23        A.      Yes.
24        Q.      Was she bound at all?
25        A.      No.
```

```
 1                        TRAPANI
 2      Q.    Police arrived at some point?
 3      A.    Yes.
 4      Q.    Did they take her away?
 5      A.    Yes.
 6      Q.    Did you ever learn that a
 7  customer was injured immediately prior to
 8  this shoplifter being apprehended?
 9            MR. WHITTON:  Objection to the
10        form.  Off the record.
11            (At this time, there was a
12        discussion held off the record.)
13      Q.    When you were waiting in
14  Daniel's office for the police to arrive,
15  did anything unusual happen?
16      A.    The young lady was she ran out
17  of the office and on to the sales floor.
18      Q.    She was sitting prior to going
19  out of the office?
20      A.    Yes.
21      Q.    She was sitting in or on a what
22  kind of seat?
23      A.    Regular chair.
24      Q.    Was it in the middle of the
25  room?
```

```
 1                         TRAPANI
 2       A.      No, it was on the side.
 3       Q.      How far away from the entrance
 4  door to the office?
 5       A.      Could be three to five feet.
 6       Q.      Where were you, were you
 7  standing or sitting?
 8       A.      I was standing.
 9       Q.      Where were you standing in
10  relation to the front door to the office?
11       A.      I was to the side of the door.
12       Q.      Left or right, if you remember?
13       A.      I believe it was to the left if
14  you were inside.
15       Q.      What about Frankie and Daniel,
16  were they sitting or standing?
17       A.      Daniel was sitting and Frankie
18  was standing.
19       Q.      Where was Frankie standing?
20       A.      On the opposite side of the door
21  that I was on.
22       Q.      He was in the showroom area?
23       A.      No, he was inside the room.
24       Q.      You were outside the room?
25       A.      No, I was inside.
```

```
 1                          TRAPANI
 2      Q.      Where was Daniel sitting?
 3      A.      At the desk.
 4      Q.      Basically on the other side was
 5  the young lady sitting on the opposite side
 6  of the desk?
 7      A.      It wasn't a desk like this, it
 8  was the one up against the wall like a
 9  shelf.
10      Q.      At some point while you were all
11  there, the young woman tried to run away?
12      A.      Yes.
13      Q.      Did you actually see her get out
14  of her chair and run?
15      A.      Yes.
16      Q.      She ran out the door?
17      A.      Yes.
18      Q.      Did she run into the showroom?
19      A.      Yes.
20      Q.      When she ran, did either
21  yourself, Daniel or Frankie run after her?
22      A.      Frankie and Daniel did.
23      Q.      You remained in the office?
24      A.      No, I went out on the sales
25  floor.
```

```
 1                          TRAPANI
 2        Q.     Just to basically observe?
 3        A.     So my presence could be known on
 4   the floor.
 5        Q.     When she got out of the room,
 6   when she ran out of the room when you said
 7   she was running at a fast speed?
 8        A.     Yes.
 9        Q.     How old of a woman would you say
10   she was?
11        A.     Early 20s.
12        Q.     Did she look like a fit person
13   or you know, I'm trying to understand how
14   fast was she running?
15               MR. WHITTON:  Objection.
16        Q.     Did she look like she was in
17   good physical condition?
18               MR. WHITTON:  Objection to the
19        form.  You can answer.
20        A.     No.
21        Q.     Did you observe anything unusual
22   about that woman?
23        A.     No, not really.
24        Q.     Was she running at a fast pace?
25        A.     Yes.
```

```
 1                          TRAPANI
 2         Q.      When she left the office door in
 3   which direction did she lead?
 4         A.      Into the showroom.
 5         Q.      Was she headed in any specific
 6   direction, in other words, into any one of
 7   those areas whether it was the road or TV or
 8   anything else?
 9         A.      To the Merc department.
10         Q.      Are there aisles in this store,
11   there would be aisles?
12         A.      Not necessarily aisles, it is,
13   there is a circle that encompasses one area
14   and the Merc is in the middle.
15         Q.      The area where she ran, is there
16   a specific designation to that area other
17   than Merc, in other words, like wherever
18   that lane is, where customers could go, is
19   it designated A, B, C, D, anything?
20         A.      No.
21         Q.      Did you observe her run into the
22   Merc area?
23         A.      Yes.
24         Q.      What, if anything, did you
25   observe next?
```

```
 1                          TRAPANI
 2        A.     She ran through the Merc area
 3   knocked over a few fixtures.
 4        Q.     Do you know what type of
 5   fixtures?
 6        A.     No.
 7        Q.     Was she running in a straight
 8   line or did she have to go around customers
 9   because it was crowded?
10        A.     She just barreled through.
11        Q.     About how far behind her was
12   Daniel or Frankie while she was running
13   through the Merc area?
14        A.     Maybe 20 feet.
15        Q.     How would you describe their
16   pace, were they running or walking fast,
17   what kind of pace were they doing?
18        A.     They were walking as quickly as
19   they could without injuring anyone.
20        Q.     Were either of one of them
21   running?
22        A.     As fast as they could, I
23   wouldn't say running, I would say walking
24   quickly.
25        Q.     They were going in the same
```