```
 1                          TRAPANI
 2   direction, but behind where the young lady
 3   was going?
 4        A.    Yes.
 5        Q.    What did you observe next?
 6        A.    She knocked the young lady,
 7   woman over.
 8        Q.    Do you recall where that
 9   happened, was that in the Merc section?
10        A.    Yes.
11        Q.    Was, in other words, is there
12   any designation where it happened other than
13   the Merc section like next to a certain
14   fixture that is always there, something
15   else?
16        A.    No.
17        Q.    Did you actually see that this
18   woman pushed this old woman down?
19        A.    Yes.
20        Q.    Could you describe for me how
21   that happened?
22        A.    She was running.
23        Q.    The young lady?
24        A.    She was running, she just pushed
25   people out of her way and apparently the
```

1            TRAPANI

2    woman was next to, we have a wall there,

3    like a column, and when she ran, I guess,

4    because the column was there, she just

5    pushed the older woman over.

6        Q.    Did she push the old woman from

7    behind, from the side, from the front, any

8    way you can describe it?

9        A.    I would say that if you were in

10   football and you were checking somebody she

11   ran this way.

12       Q.    Was it running from behind the

13   old woman?

14       A.    Facing.

15       Q.    It was like a head-on collision?

16       A.    Yes.

17       Q.    Would you describe it as a

18   collision?  I don't want to characterize

19   it.

20       A.    Well, --

21       Q.    How would you describe the

22   contact?

23           MR. WHITTON: What part of the

24       shoplifter's body came into the woman's

25       body?

```
 1                          TRAPANI
 2        Q.    Yes.
 3        A.    Looked like she ran into her.
 4        Q.    How would you describe the
 5   impact contact; light, medium, heavy?
 6        A.    She hit her pretty hard.
 7        Q.    Before this woman contacted the
 8   old woman you said you saw her contact many
 9   other people?
10        A.    Yes.
11        Q.    Was she knocking people over
12   before the old woman or was she kind of
13   nudging them to the side?
14        A.    Pushing them out of the way.
15        Q.    Was she running, when there was
16   contact with this old woman?
17        A.    Yes.
18        Q.    The old woman, did you see was
19   she stopped, was she walking in the opposite
20   direction, how would you describe what she
21   was doing?
22        A.    She was walking toward the girl.
23        Q.    When the contact occurred, did
24   it cause the old woman to fall in any
25   direction?
```

```
 1                          TRAPANI
 2        A.     Yes.
 3        Q.     Which way did she fall?
 4        A.     The girl was running this way,
 5   the woman was running walking toward her
 6   (indicating).
 7        Q.     In the opposite direction?
 8        A.     Yes.
 9        Q.     The woman fell back?
10        A.     Fell backward.
11        Q.     When she fell, did she fall, did
12   she hit anything or contact anything such
13   has that column, any kind of merchandise?
14        A.     No merchandise.
15        Q.     Do you know if she actually fell
16   to the ground?
17        A.     Yes, she did.
18        Q.     Do you know what, did you
19   actually see her fall to the ground, what
20   part of her body fell to the ground?
21        A.     She just fell this way on the
22   ground (indicating).
23        Q.     Just backward?
24        A.     Yes.
25        Q.     Then what happened, where was
```

```
 1                      TRAPANI
 2   Daniel and Frankie in relation to the old
 3   woman when that contact occurred?
 4        A.    Maybe eight feet approximately
 5   behind.
 6        Q.    Approximately eight feet behind
 7   the shoplifter?
 8        A.    Yes.
 9        Q.    At that point, how would you
10   describe their pace; running, walking
11   quickly, something else?
12        A.    I would say quickly walking.
13        Q.    The contact with the old woman,
14   did it cause the shoplifter to remain there
15   for a minute, did she fall as well?
16        A.    She fell because she ran over a
17   bulk stack that we had.
18              MR. WHITTON : Objection.  Move
19         to strike as not responsive.
20        Q.    After the contact with the
21   woman, what did you observe about the young
22   lady, the alleged shoplifter?
23        A.    She fell.
24        Q.    She fell over a bulk stack?
25        A.    Yes.
```

```
 1                          TRAPANI
 2       Q.      What is that?
 3       A.      Same kind of merchandise in a
 4  small area.
 5       Q.      How far away was this bulk stand
 6  away from the old woman?
 7       A.      Maybe four feet.
 8       Q.      Did the shoplifter fall forward?
 9       A.      I couldn't tell you which way
10  see fell.
11       Q.      After she fell forward, what
12  happened next?
13       A.      Frankie and Daniel picked her
14  up.
15       Q.      How many seconds later, was it
16  immediately?
17       A.      It was immediate.
18       Q.      They picked her up.  What
19  happened next?
20       A.      They put her inside the loss
21  prevention room.
22       Q.      Was that the same office that
23  she was originally?
24       A.      Correct.
25       Q.      Did they take her back forcibly?
```

```
 1                              TRAPANI
 2                MR. WHITTON:  If you know, don't
 3      guess.
 4         A.     Well, she didn't walk freely.
 5         Q.     Did they bind her at all at that
 6      point?
 7         A.     No.
 8         Q.     They brought her back to the
 9      office?
10         A.     Yes.
11         Q.     Where were you during this whole
12      time period, were you walking, or were you
13      stationary in the same area outside that
14      office?
15                MR. WHITTON:  What time period?
16         Q.     When the lady fled out of the
17      office, Daniel and Frankie walked quickly
18      after her.  Did you remain in that one area
19      right outside the office, or did you
20      continue walking like after them?
21         A.     I was walking after them.
22         Q.     How far from the old woman were
23      you when the contact occurred with the
24      shoplifter and the older woman?
25         A.     Maybe five feet.
```

```
 1                          TRAPANI
 2        Q.      You were able to see the whole
 3   thing?
 4        A.      Yes.
 5        Q.      There was nothing obstructing
 6   your view?
 7        A.      There was people walking.
 8        Q.      After the woman was down, did
 9   you walk over to the woman?
10        A.      Yes.
11        Q.      Were there any other Circuit
12   City employee with you when this woman was
13   on the ground?
14        A.      Not at that time.
15        Q.      Did you have a conversation with
16   the woman that was down?
17        A.      Briefly.
18        Q.      What was the nature of that
19   conversation?
20        A.      I asked her if she was okay.
21        Q.      What did she say?
22        A.      It was hard to understand her.
23        Q.      Did she seems like she was in
24   pain or was there a language barrier, why
25   was it difficult to understand her?
```

```
 1                     TRAPANI
 2            MR. WHITTON:  Objection to
 3      form.  You can answer.
 4      A.    She didn't speak English very
 5   well.
 6      Q.    Could you describe the old woman
 7   for me like how old, if you know?
 8      A.    I don't know.  I don't.
 9      Q.    White, black, Asian, something
10   else?
11      A.    White.
12      Q.    To your knowledge, she wasn't
13   speaking English?
14      A.    Not that I understand.
15      Q.    Or if she did it wasn't clear?
16      A.    Correct.
17      Q.    To your knowledge, do you know
18   if she was a customer in the store at the
19   time of this incident?
20      A.    Yes.
21      Q.    After you briefly spoke to her,
22   what happened next; did you help her up,
23   someone else help her up, did she stay down,
24   something else?
25      A.    Grabbed another associate and
```

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

| | |
|---|---|
| 1 | TRAPANI |

2  asked her to stay there with her.

3    Q.    Did the associate do so?

4    A.    Yes.

5    Q.    Did you stay there as well?

6    A.    For a few seconds only.

7    Q.    Did you ever see how the old
8  woman got up?

9    A.    No.

10    Q.    Did you, after that initial
11  conversation, did you ever have another
12  conversation with that woman?

13    A.    No.

14    Q.    Do you know what, if anything,
15  other employees did for that woman after the
16  fall?

17    A.    No.

18    Q.    I just want to go back to clear
19  something up.  Approximately how much
20  distance separated you from the old woman
21  when the contact occurred with the old woman
22  and the shoplifter?

23    A.    I was behind Daniel and Frankie.

24    Q.    Approximately how far away from
25  the woman would you say?

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                       TRAPANI
 2       A.      I would say I was probably about
 3   four feet behind them when they ran.
 4       Q.      You were four feet behind Daniel
 5   and Frankie?
 6       A.      Right.
 7       Q.      How far away were they from the
 8   shoplifter when the contact occurred?
 9       A.      Almost right there, I would say
10   three feet, four feet.
11       Q.      Because you were behind Daniel
12   and Frankie, did that obstruct your view of
13   what was happening between the shoplifter
14   and the old woman?
15       A.      Not really.
16       Q.      At that point when you were four
17   feet behind Daniel and Frankie, how were
18   they walking; quickly, running, something
19   else at that point?
20       A.      They were running.
21       Q.      At that point?
22       A.      Right.
23       Q.      At what point did they start
24   running?
25       A.      Well, there was a clear path
```

| | |
|---|---|
| 1 | TRAPANI |
| 2 | between one bulk stack and another, there |
| 3 | were no customers there. |
| 4 | Q. They were walking quickly until |
| 5 | there was an area where there was no |
| 6 | customer and then they started running? |
| 7 | A. Yes. |
| 8 | Q. Was that running prior to the |
| 9 | contact with the old woman? |
| 10 | A. I'm not sure. |
| 11 | MR. WHITTON: Off the record. |
| 12 | (At this time, there was a |
| 13 | discussion held off the record.) |
| 14 | MR. WHITTON: Read back the last |
| 15 | few questions and answers. |
| 16 | (Whereupon, the requested |
| 17 | portion was read back by the reporter.) |
| 18 | MR. WHITTON: Listen, answer and |
| 19 | make sure you understand which party to |
| 20 | which party you are being asked the |
| 21 | distances on.  Take it slow. |
| 22 | Q. We are just going to go back to |
| 23 | clarify distances.  When the contact |
| 24 | occurred between the old woman and the |
| 25 | shoplifter, who was the closest person to |

DIAMOND REPORTING (718) 624-7200 info@diamondreporting.com

```
 1                    TRAPANI
 2   that; was it Frankie, Daniel, or yourself?
 3        A.    It wasn't me.
 4        Q.    Do you know if it was Daniel or
 5   Frankie?
 6        A.    No.
 7        Q.    Or were they about the same?
 8        A.    I'm not quite sure.
 9        Q.    Do you know how far either
10   Daniel or Frankie were from the old woman
11   when the contact occurred between the
12   shoplifter and the old woman?
13        A.    Ten to 12 feet.
14        Q.    How far behind Daniel and
15   Frankie were you when the contact occurred
16   with the old woman?
17        A.    About five, six feet.
18              MR. SEARS:  Off the record.
19              (At this time, there was a
20         discussion held off the record.)
21        Q.    At that point, when those
22   distances were accurate now, was Daniel and
23   Frankie walking, or running toward the
24   shoplifter?
25        A.    They were quickly walking.
```

```
1                           TRAPANI
2        Q.     At some point did they change
3    from quickly walking to running?
4        A.     Not running, no.
5        Q.     Were they ever running, because
6    before you indicated running.  I just want
7    to make it clear, was it always a quick walk
8    or something else?
9        A.     It was a quick pace, quick walk.
10       Q.     At any point from when you left
11   the office to apprehend, to get the
12   shoplifter and the contact with the
13   shoplifter, did either Daniel or Frankie
14   start to run?
15       A.     I couldn't be sure.
16       Q.     We are going to go back.  The
17   shoplifter fell over the bulk stand,
18   correct?
19       A.     Yes.
20       Q.     Then Daniel and Frankie
21   apprehended the young lady?
22       A.     Yes.
23       Q.     They took her back to Daniel's
24   office?
25       A.     Yes.
```