1                                    TRAPANI

2          Q.        You remained at the scene and

3    had a brief conversation with the old woman?

4          A.        Yes.

5          Q.        You said you directed another

6    employee to basically stay with the old

7    woman; is that correct?

8          A.        Yes.

9          Q.        What did you do next?

10         A.        I went into the office where

11   Daniel was.

12         Q.        Was Frankie there?

13         A.        Yes.

14         Q.        And the shoplifter?

15         A.        Yes.

16         Q.        Back to Daniel's office?

17         A.        Yes.

18         Q.        Then what happened in that

19   office next, did you or somebody bind the

20   shoplifter, or close the door to the office

21   something else?

22         A.        The door was closed.

23         Q.        Did you ever see that old woman

24   again that was caused to fall?

25         A.        No.

```
 1                                  TRAPANI

 2          Q.      Do you know if the old woman was

 3    able to get up on her own?

 4          A.      No.

 5          Q.      Do you know if the old woman

 6    needed any type of medical assistance?

 7          A.      No.

 8          Q.      Did you ever learn the identify

 9    of that old woman?

10          A.      No.

11          Q.      Do you know if there was a

12    surveillance camera at the store on the date

13    of the incident, correct?

14          A.      Yes.

15          Q.      To your knowledge, do you know

16    if there was a surveillance video of the

17    apprehension of the young lady?

18          A.      No.

19          Q.      No, you don't know or no, there

20    wasn't?

21          A.      No, I don't know.

22          Q.      Do you know if there was a

23    surveillance video between the contact of

24    the young lady and the old woman?

25          A.      No.
```

1                                    TRAPANI

2          Q.       Did Daniel indicate to you that

3     there was a video of that?

4          A.       Not to me.

5          Q.       To your knowledge, if you know

6     if there is any videotape out there showing

7     that?

8          A.       No, I don't.

9                   MR. WHITTON:  Off the record.

10                  (At this time, there was a

11            discussion held off the record.)

12         Q.       Does the surveillance camera do

13     they video the whole store or just certain

14     areas of the store?

15                  MR. WHITTON:  What do you mean

16           by video?

17         Q.       Surveillance camera, do you know

18     if they tape?

19         A.       Sometimes.

20         Q.       Do you know if it was taping at

21     the time that this incident occurred?

22         A.       I don't.

23         Q.       At some point did the police

24     arrive?

25         A.       Yes.

1                              TRAPANI

2          Q.      Did they take that young lady

3     away?

4          A.      Yes.

5          Q.      She was arrested?

6          A.      I don't know.

7          Q.      Do you know if there are any

8     guidelines or procedures that Circuit City

9     employees follow in the apprehension of

10    shoplifters?

11         A.      I don't know.

12         Q.      Is there any written guidelines

13    that are followed for the apprehension of

14    shoplifters for Circuit City?

15              MR. WHITTON:  Note my

16         objection.  Asked and answered.  Go

17         ahead and answer.

18         A.      I don't know.

19         Q.      As far as you know, there are no

20    written guidelines for the apprehension of

21    the shoplifters at Circuit City?

22              MR. WHITTON:  Objection.  She

23         already answered she didn't know either

24         way.

25         Q.      Do you know if there was any

```
1                              TRAPANI
2    accident reports or incidents reports filled
3    out involving either the shoplifting or the
4    incident with the old woman?
5         A.      Daniel did take information when
6    it first happened.
7         Q.      Information from?
8         A.      From the young lady.
9         Q.      Do you know if any information
10   was taken from the old woman?
11        A.      I don't know.
12        Q.      If a customer was injured at
13   Circuit City, is usually some type of
14   incident report generated?
15        A.      Yes.
16        Q.      Do you know if there was an
17   accident report generated for the incidents
18   with the old woman?
19        A.      I don't.
20        Q.      Do you know who completes it, is
21   that an employee of Circuit City, Daniel,
22   yourself, or somebody else?
23        A.      Someone in management for
24   Circuit City.
25        Q.      Before coming here, did you ever
```

1                              TRAPANI

2     search to see if there were any incident

3     reports involving this old woman?

4          A.     No.

5          Q.     To your knowledge, do you know

6     if an incident report existed for an

7     incident involving the old woman?

8          A.     I don't know.

9               MR. SEARS: Off the record.

10              (At this time, there was a

11         discussion held off the record.)

12         Q.     Did you ever have to generate

13    any type of written reports involving this

14    incident either for the shoplifting or the

15    incident with the old woman?

16

17         (Continued on Page 75 to include

18         jurat.)

19

20

21

22

23

24

25

1                        TRAPANI

2      A.      I don't remember.

3              MR. SEARS:   No further

4      questions.

5              (Whereupon, at 11:40 A.M., the

6      Examination of this Witness was

7      concluded.)

8

9

10                    _____

11                           JOSEPHINE TRAPANI

       Subscribed and sworn to before me

12
       this _____ day of _____ 20___

13

14     _____
                  NOTARY PUBLIC
15

16

17

18

19

20

21

22

23

24

25

1                          TRAPANI

2                C E R T I F I C A T E
STATE OF NEW YORK           )

3                      :  SS.:
COUNTY OF QUEENS            )

4

5

6

7          I, VERONICA PAOLINI, a Notary Public

8     for and within the State of New York, do

9     hereby certify:

10          That the witness whose examination is

11     hereinbefore set forth was duly sworn and

12     that such examination is a true record of

13     the testimony given by that witness.

14          I further certify that I am not related

15     to any of the parties to this action by

16     blood or by marriage and that I am in no way

17     interested in the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set

19     my hand this 31st day of August, 2008.

20

21

22                    _____ *Veronica Paolini*
                      VERONICA PAOLINI

23

24

25

**Diamond Reporting, Inc.**

# ERRATA SHEET

**Plaintiff(s):** _____

_____

_____

**Defendant(s):** _____

_____

_____

| Page | Line No. | Error | Correction |
|------|----------|-------|------------|
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |
|      |          |       |            |

**DATE:**

**NAME OF WITNESS:**

**SIGNATURE:**

Subscribed and sworn to before me
this _____ day of _____, 2008.

_____
NOTARY PUBLIC

STATE OF NEW YORK          )

COUNTY OF QUEENS          )

## * AFFIDAVIT OF SERVICE *

COLLETTE PHILITAS, being duly sworn, deposes and says:

I am not a party to the action hereinafter, I am over 18 years of age and live in Nassau County, State of New York.

That on 29th day June, 2010, I served the annexed **RESPONSE TO DEBTORS' OBJECTION TO DISALLOW CLAIM ALLEGED NO "LEGAL LIABILITY", AFFIRMATION IN SUPPORT OF RESPONSE TO DEBTORS' OBJECTION TO DISALLOW ANNA THOMAS' CLAIM NUMBERED 3145 BASED UPON ALLEGED NO "LEGAL LIABILITY" and SUPPORTING PAPERS,** that is attached hereto upon the following named attorney(s):

**Clerk of the Bankruptcy Court
UNITED STATES BANKRUPTCY COURT
701 East Broad Street, Room 4000
Richmond, Virginia 23219**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
P.O. Box 636
Wilmington, Delaware 19899-0636**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago 407-0700**

**MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219**

at the addresses designated by said attorney(s) for that purpose by depositing a true copy of same in a post-paid wrapper, in an official depository by regular mail under the exclusive care and custody of the U.S. Postal Service within the State of New York.

COLLETTE PHILITAS

Sworn to before me this
___ day of ___ 2010.

_____
NOTARY PUBLIC
STUART L. SEARS
Notary Public State of New York
No. 02SE5049209
Qualified in Queens County
Commission Expires Sept 11, 2013