**Chapter 11**
**Case No.: 08-35653 (KRH)**
**Jointly Administered**

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., et al,

Debtors.

**RESPONSE TO DEBTORS' OBJECTION
TO DISALLOW CLAIM UPON ALLEGED NO "LEGAL LIABILITY"**

**AFFIRMATION IN SUPPORT OF RESPONSE TO DEBTORS' OBJECTION
TO DISALLOW ANNA THOMAS' CLAIM NUMBERED 3145
BASED UPON ALLEGED NO "LEGAL LIABILITY"**

**And SUPPORTING PAPERS**

*SHAEVITZ & SHAEVITZ, ESQS.*
*Attorneys for ANNA THOMAS*
*Office and Post Office Address*
*148-55 Hillside Avenue*
*Jamaica, New York 11435*
*718-291-3400*

*" WE DO NOT ACCEPT SERVICE BY ELECTRONIC TRANSMISSION (FAX)"*