US Bankruptcy Court
Eastern District of Virginia
Richmond Division
Case No. 08-35653
<u>Circuit City Stores, Inc.</u>



RICHMOND DIVISION
FILED
JUL -1 2010
CLERK
US BANKRUPTCY COURT

Dear Judge Kevin Huennekens:

1. I am enclosing copy of small claims court receipt showing $95.00 filing fee.

2. Copy of work order at Circuit City for INS. modulator installation, not done, which caused a scratched dash and <u>234.07</u> in damages.

3. Copy of Toyota Company parts and labor estimate for repair.

4. Copy of Hartford Insurance denial of claim an arbitrary decision on their part.

Dear Judge consider this my motion for relief from stay so I may go forward with my lawsuit for 234.07 in damages and 95.00 in court costs.

Motion for stay granted
this ___ day of ___ 2010

_____
Judge of Bankruptcy Court
Richmond Division

Harris County, Texas (Rev. 02/96)

| | |
|---|---|
| JUSTICE OF THE PEACE, PRECINCT 5 PLACE 1 | Receipt Number: 460440 |
| JUDGE RUSS RIDGWAY | Receipt Date: 11/19/08 |
| 6000 CHIMNEY ROCK | Method of Payment: MASTERCARD/VISA |
| SUITE 102 | Total Received: 95.00 |
| HOUSTON    TX 77081 4012 | Payment Amount: 95.00 |
| ( 713 ) 661-2276 | Change Remitted: .00 |
| | Receipt Description: FILING FEE |

**Case Info:** CV51C0094447
ROBERT WITENBERG
VS.
CIRCUIT CITY STORES INC

**Credit Card/Money Order Information**
Ref Number: XXXXXXXXXXXX2657
Auth Code: 01976P
Exp Date: 210
Signature: _____

**Payor Info:** WITENBERG, ROBERT
6307 SANFORD

HOUSTON    TX 77096

Received By: JUT2J

**Payor's Copy**



# installation workorder

**Customer Information**
Name _____
Address _____ City _____
State _____ Zip Code _____ Home Phone _____ Contact Phone _____

**Vehicle Information**
Make _____ Model _____ Year _____
License Plate _____ Odometer _____ Color _____

Workorder date _____ Estimated to be completed by Date _____ Time _____
IBM # of associate filling out workorder _____ IBM # of associate performing work _____

**Description of work to be performed:**
_____
_____
_____
_____

**Estimated parts and services**

| Part Number | Description | QTY | Price | Extend |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Additional notes or comments**

Rishi  cutela  SRS                    Hartford Claim # 66384
1-800-630-0746                         856-355-4502
Ex 5402                                856-355-4502
~~54483~~
Fax 1-860-392-6531                     1-800-251-2665 circuit city
                    " Robert " employee

I have read and understand the terms and conditions on both sides of this form. I hereby authorize the above work to be performed on the vehicle listed above, along with any parts or modifications approved by myself to complete this work. I also grant Circuit City permission to operate this vehicle on streets, roads, and/or highways for the sole purpose of testing and/or moving the vehicle to perform the required work.

**Signature of owner or Legal Guardian if customer is under 18 years of age.**

Signature _____ Date _____

(stamp: FILED 08 NOV 19 PM 4:44 JUDGE RUSS RIDGWAY PRECINCT 5, PLACE 1 HARRIS COUNTY, TEXAS)

# Sterling McCall Toyota/Scion

9400 Southwest Freeway
Houston, Texas 77074
Main (713) 270-3900  Parts (713) 270-3930
www.sterlingmccalltoyota.com




**NO RETURNS ON ELECTRICAL OR SPECIAL ORDER PARTS, "NO EXCEPTIONS." 15% HANDLING CHARGE ON ALL RETURNED PARTS. ALL RETURNED PARTS MUST BE IN ORIGINAL CONTAINER.
NO RETURNS WITHOUT THIS INVOICE.
NO RETURNS AFTER 30 DAYS.**

| DATE ENTERED | YOUR ORDER NO. | DATE SHIPPED | INVOICE DATE | INVOICE NUMBER |
|---|---|---|---|---|
| 25 SEP 08 | | 25 SEP 08 | | 167207 |

SOLD TO: ACCOUNT NO. TP11  **QUOTE**  RETAIL CASH

SHIP TO: *Robert Witenberg*
*Tel: 713-432-1818*

PAGE 1 OF 1

| SHIP VIA | SLSM. | B/L NO. | TERMS | F.O.B. POINT |
|---|---|---|---|---|
| | 17576 | | CASH | HOUSTON TX |

| QUANTITY ORD. | SHIP | B.O. | PART NO. | DESCRIPTION | LIST | NET | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 55406-52081-B0 | PANEL SUB- | 125.84 | 125.84 | 125.84 |
| | | | **** I N V O I C E   Q U O T E - | DO NOT PAY **** | | | |

*Attn: Rishi*
*claim# 66384*

FILED
08 NOV 19 PM 4:41
JUDGE RUSS RIDGWAY
PRECINCT 5, PLACE 1
HARRIS COUNTY, TEXAS

```
******************************************
**..Thank You for Shopping with Us.**
**...We Appreciate Your Business...**
**....No Cash Refunds Over $50.....**
******************************************
```

| | |
|---|---|
| PARTS | 125.84 |
| SUBLET | |
| FREIGHT | 0.00 |
| SALES TAX | 10.38 |
| **TOTAL** | **$136.22** |

CUSTOMER'S SIGNATURE
X

+ *Labor 97.85*

AS IS The only warranties applying to this part(s) are those which may be offered by the manufacturer. The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of the part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profit, or income, or any other incidental damages.

Copyright 2003 ADP, Inc.    x1pr1.100_1        CUSTOMER COPY

Attn: Rishi
claim# 66384

# STERLING McCall TOYOTA
713-270-3950

Repair Order Number: _____

Customer Name: WITENBERG, BOB

Advisor: JUSTIN

Mileage: _____

| Needs Related to Original Concern | Labor | Parts | Total |
|---|---|---|---|
| REPLACE THE DOOR PANEL BELOW THE RADIO UNIT | $88.95 | | $88.95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Related Repairs Total | $88.95 | | $97.85 |

| Immediate Needs | Labor | Parts | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Immediate Needs Total | | | |
| Related and Immediate Needs Total | $88.95 | | $97.85 |

| Maintenance Needs | Labor | Parts | Total |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Maintenance Needs Total | | | |

| | Total Investment | $88.95 | | $97.85 |

**Approved By:** _____

**Date/Time:** 10.24.08  1030AM

MSX International
ZMcCallRim

urgent
for
service

Prentice-Hall
Corp. Systems
701 Brazos    Suite 1050

Date Originated: 06/09/2005
Date Revised: 06/09/2005



November 14, 2008

Hartford Insurance Co.
Claim # 66384

Robert Wittenberg
6307 Sanford
Houston, TX 77096

RE:     Account:        Circuit City Stores Inc
        Claimant:       Robert Wittenberg
        Date of Loss:   8/15/2008
        Claim Number:   YLB66384AP

Dear Robert Wittenberg,

We have carefully considered your claim, and based upon the information obtained to date, it is our opinion that our account would not be held responsible for this accident. The following is the reason behind our denial:

That given the facts of the loss, the store was not made aware of the damages after the initial installation. More importantly the procedure to do the installation would not require to pry the dash unit out.

Therefore, we must respectfully decline payment of your claim. If you disagree with this opinion then you can file a small claims court in your local county court.

If you have any questions, feel free to contact me at the number below.

Sincerely,

Rishi Kuthiala
Account Representative
P O Box 799
Marlton, Nj 08053-0799
Direct Dial:     (856) 355-4502
Toll Free:       (800) 630-0746 ext 54502
Facsimile:       (860) 392-6531
Email: rishi.kuthiala@srsconnect.com

FC04569 (01/07)         YLB66384AP                                                          Denial of Liability Unrepresented Claimant