# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and Address where notices to transferee
should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**IBM Corporation**
Name of Transferor

Name and Current Address of Transferor

**IBM Corporation**
c/o IBM Corporation
Bankruptcy Coordinator
13800 Diplomat Dr.
Dallas, TX 75234-8812

**IBM Corporation**
1 New Orchard Rd
Armonk, NY 75234-8812

**Claim No. 12500 filed for $2,893,320.41, allowed for $2,476,177.00**
**Claim No. 14563 filed for $44,966,364.00, allowed for $43,068,651.00**
**Claim No. 14818 filed for $19,136,033.51, allowed for $19,101,155.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____July 1, 2010_____
            Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO:    THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, IBM Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to the BUYER named below (the "Assignee"), in the amounts set forth thereon, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) which have been allowed by the Debtor pursuant to stipulation between the Debtor and IBM:

| Claim No. | Allowed Amount |
|-----------|----------------|
| 12500 | $2,476,177.00 |
| 14563 | $43,068,651.00 |
| 14818 | $19,101,155.00 |
| Total | $64,645,983.00 |

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29 day of June , 2010

**ASSIGNOR:**

**IBM CORPORATION**

By: _Robert Bartolomeo_
Name: ROBERT BARTOLOMEO
Title: VICE PRESIDENT, FINANCE
& PLANNING, AMERICAS

**ASSIGNEE:** CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C. as manager

**BUYER**

By: _____
Name: _____
Title: MICHAEL J. RESTIFO
CFO/MEMBER

By: _____
Name: _____
Title: _____