## SAIA — DELIVERY RECEIPT

PRO NUMBER: 1429126140-5

| DATE | SHIPPER & BL # | ORIGIN | DEST |
|---|---|---|---|
| 11/05/08 | CIRCUIT CITY  580471 | CLT | PUR |

PO # NS

1429126140-5

CONSIGNEE:
EL NUEVO DIA                    —MISC
CARRETERA #165
BARRIO INDUSTRIAL AMELIA
GAUYNABO, PR 00922

SHIPPER:
VERTIS LOGISTICS
10519 INDUSTRIAL DR
PINEVILLE, NC 28134        7045889998

Appt. 11/10/08 MON From 07:00 To 07:15

TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER
CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY
120
11/06

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 3 | | OCEAN CARRIER HORIZON TRAILER 2985 HRZU450061 SAIL 11/7 ARRV 11/10 MFST 399720 BUCHANAN WHSE VALUE $NO COMMERCIAL VALUE SB 4801100000 SED NO SED REQUIRED EXTRA WEIGHT SK NEWSPRINT PAPER #151150 JOB: CIRCUIT CITY EVENT DATE:    11-16-08 MUST DELIVER BY:  11-11-08 5:00PM | C55 | | | |

Circuit City

"EL NUEVO DIA NO SE HACE RESPONSABLE, POR LA CANTIDAD RECIBIDA."

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOW
COD AMOUNT | DRIVER COLLECT
<< CONTINUED ON THE NEXT PAGE >

DRIVER: Christian Sobo | PCS | SEAL | DATE 11-Nov-08 | ACC CODES | PRINT NAME & COMPANY | 9:40am
STRETCH WRAP INTACT EXCEPT AS NOTED ABOVE   ARRIVE   DEPART   HU
RECEIVER'S SIGNATURE: Brantley D Ju
RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTE

---

## SAIA — DELIVERY RECEIPT

PRO NUMBER: 1429126140-5

| DATE | SHIPPER & BL # | ORIGIN | DEST |
|---|---|---|---|
| 11/05/08 | CIRCUIT CITY  580471 | CLT | PUR |

PO # NS

1429126140-5

CONSIGNEE:
EL NUEVO DIA                    —MISC
CARRETERA #165
BARRIO INDUSTRIAL AMELIA
GAUYNABO, PR 00922

SHIPPER:
VERTIS LOGISTICS
10519 INDUSTRIAL DR
PINEVILLE, NC 28134        7045889998

Appt 11/10/08 MON From 07:00 To 07:15

TRAILER | DOOR/SEQ | ROUTE, CARRIER, SCAC, DATE, NUMBER
CHKR | PCS | TRLR/BAY | CHKR | PCS | TRLR/BAY
120
11/06

| PCS | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| | | << CONTINUED FROM THE PREVIOUS PAGE >> DATED MATERIAL. DO NOT DELAY. SHIPPER LOAD & COUNT SBL ** MUST ** REPORT ANY DAMAGES OR SERVICE DELAYS TO SAIA @ 800-765-7242 EXT 4468 RATED WITH DEFICIT WT OF FUEL SURCHARGE DOCUMENTATION - ORIGIN OCEAN CHARGE - ORIGIN OCEAN FUEL CHARGE - ORIGIN | | 400 | | |

THIS FREIGHT BILL MAY BE SUBJECT TO FURTHER DISCOUNTS OR ALLOW
COD AMOUNT | DRIVER COLLECT
<< CONTINUED ON THE NEXT PAGE >

DRIVER | PCS | SEAL | DATE | ACC CODES | PRINT NAME & COMPANY
STRETCH WRAP INTACT EXCEPT AS NOTED ABOVE   ARRIVE   DEPART   HU
RECEIVER'S SIGNATURE
RECEIVED THE ABOVE DESCRIBED SHIPMENT IN GOOD CONDITION EXCEPT AS NOTE

# Circuit City 11/16/08 - Week 47

| DIV | ST | ADMAX MARKET | PUBLICATION | INSERT | STORE | TOTAL | Tier | PLANT | C3 ZONE NAME |
|-----|----|--------------|-------------|--------|-------|-------|------|-------|--------------|
| W | TX | ABILENE | Abilene Reporter News | 27,500 | 750 | 28,250 | 6 | PL-RRD Arlington W | Abilene |
| W | TX | AMARILLO | Amarillo Globe News | 48,700 | 750 | 49,450 | 6 | PL-RRD Arlington W | Amarillo |
| E | TX | AUSTIN | Austin American Statesman | 144,700 | 3,250 | 147,950 | 4 | PL-RRD Arlington E | Austin |
| E | TX | BEAUMONT | Beaumont Enterprise | 44,020 | 1,500 | 45,500 | 6 | PL-RRD Arlington E | Beaumont |
| E | TX | BEAUMONT | Port Arthur News | 13,100 | 0 | 13,100 | 6 | PL-RRD Arlington E | Beaumont |
| E | TX | BROWNSVILLE | Brownsville Herald | 13,600 | 0 | 13,600 | 5 | PL-RRD Arlington E | Brownsville |
| E | TX | BROWNSVILLE | Harlingen Valley Morning Star | 18,100 | 0 | 18,100 | 5 | PL-RRD Arlington E | McAllen |
| E | TX | COLLEGE STATION | College Station Eagle | 23,800 | 750 | 24,550 | 5 | PL-RRD Arlington E | College Station |
| W | CO | COLORADO SPRINGS | Colorado Springs Gazette | 99,400 | 2,000 | 101,400 | 5 | PL-RRD Arlington W | Colorado Springs |
| W | CO | COLORADO SPRINGS | Pueblo Chieftain | 41,500 | 1,000 | 42,500 | 5 | PL-RRD Arlington W | Pueblo |
| E | TX | CORPUS CHRISTI | Corpus Christi Caller Times | 55,500 | 750 | 56,250 | 6 | PL-RRD Arlington E | Corpus Christi |
| E | TX | DALLAS/FT. WORTH | Dallas Morning News | 398,200 | 10,750 | 408,950 | 1.1 | PL-RRD Arlington E | Dallas/Ft. Worth |
| E | TX | DALLAS/FT. WORTH | Denton Record Journal | 15,600 | 0 | 15,600 | 1.1 | PL-RRD Arlington E | Dallas/Ft. Worth |
| E | TX | DALLAS/FT. WORTH | Ft. Worth Star Telegram | 250,400 | 3,500 | 253,900 | 1.1 | PL-RRD Arlington E | Dallas/Ft. Worth |
| W | CO | DENVER | Boulder Daily Camera | 30,600 | 0 | 30,600 | 2 | PL-RRD Arlington W | Boulder |
| W | CO | DENVER | Denver Post | 524,600 | 10,500 | 535,100 | 2 | PL-RRD Arlington W | Denver |
| W | TX | EL PASO | El Paso Times | 66,700 | 2,000 | 68,700 | 4 | PL-RRD Arlington W | El Paso |
| W | CO | FORT COLLINS | Daily Reporter Herald (loveInd | 17,400 | 0 | 17,400 | 2 | PL-RRD Arlington W | Fort Collins |
| W | CO | FORT COLLINS | Fort Collins Coloradoan | 30,500 | 0 | 30,500 | 2 | PL-RRD Arlington W | Fort Collins |
| W | CO | FORT COLLINS | Greeley Tribune | 25,300 | 0 | 25,300 | 2 | PL-RRD Arlington W | Fort Collins |
| W | CO | GRAND JUNCTION | Grand Junction Sentinel | 25,000 | 500 | 25,500 | 6 | PL-RRD Arlington W | Grand Junction |
| E | TX | HOUSTON | Houston Chronicle | 550,400 | 11,000 | 561,400 | 1.1 | PL-RRD Arlington E | Houston |
| E | TX | HOUSTON | Pasadena Citizen | 13,400 | 0 | 13,400 | 1.1 | PL-RRD Arlington E | Houston |
| E | TX | KILLEEN | Killeen Daily Herald | 23,700 | 750 | 24,450 | 5 | PL-RRD Arlington E | Killeen |
| E | TX | LAREDO | Laredo Morning News | 20,800 | 1,500 | 22,300 | 6 | PL-RRD Arlington E | Laredo |
| W | NE | LINCOLN | Lincoln Journal Star | 67,000 | 750 | 67,750 | 6 | PL-RRD Arlington W | Lincoln |
| E | TX | LONGVIEW | Longview News Journal | 24,100 | 500 | 24,600 | 6 | PL-RRD Arlington E | Longview |
| W | TX | LUBBOCK | Lubbock Avalanche-Journal | 39,300 | 750 | 40,050 | 5 | PL-RRD Arlington W | Lubbock |
| E | TX | MCALLEN | McAllen Monitor | 45,300 | 2,250 | 47,550 | 5 | PL-RRD Arlington E | McAllen |
| W | TX | MIDLAND | Midland Reporter Telegram | 19,600 | 500 | 20,100 | 6 | PL-RRD Arlington W | Midland |
| W | OK | OKLAHOMA CITY | Oklahoman, Daily | 132,200 | 1,750 | 133,950 | 5 | PL-RRD Arlington W | Oklahoma City |
| W | OK | OKLAHOMA CITY | The Norman Transcript | 12,300 | 0 | 12,300 | 5 | PL-RRD Arlington W | Oklahoma City |
| E | TX | SAN ANTONIO | New Braunfels Herald | 9,700 | 0 | 9,700 | 4 | PL-RRD Arlington E | San Antonio |
| E | TX | SAN ANTONIO | San Antonio Express | 256,900 | 4,000 | 260,900 | 4 | PL-RRD Arlington E | San Antonio |
| E | TX | SAN ANTONIO | Seguin Gazette Enterprise | 4,400 | 0 | 4,400 | 4 | PL-RRD Arlington E | San Antonio |
| E | TX | SHERMAN-ADA | Herald Democrat | 23,800 | 0 | 23,800 | 1.1 | PL-RRD Arlington E | Sherman-Ada |
| E | TX | TEMPLE | Temple Daily Telegram | 22,800 | 750 | 23,550 | 5 | PL-RRD Arlington E | Temple |
| W | OK | TULSA | Tulsa World | 107,200 | 1,000 | 108,200 | 6 | PL-RRD Arlington W | Tulsa |
| E | TX | TYLER | Tyler Courier Times Telegraph | 25,300 | 750 | 26,050 | 6 | PL-RRD Arlington E | Tyler |
| E | TX | WACO | Waco Tribune Herald | 30,000 | 500 | 30,500 | 5 | PL-RRD Arlington E | Waco |
| W | KS | WICHITA | Wichita Eagle | 59,300 | 500 | 59,800 | 5 | PL-RRD Arlington W | Wichita |
| W | TX | WICHITA FALLS | Wichita Falls Times Record | 23,800 | 500 | 24,300 | 6 | PL-RRD Arlington W | Wichita Falls, TX |
| | | | | 3,425,500 | 65,750 | 3,491,250 | | RRD - Dallas, TX Total Newsprint | |
| | | | | 3,425,500 | 65,750 | 3,491,250 | | RRD - Dallas, TX Grand Total | |
| E | NY | ALBANY | Albany Times Union | 82,900 | 1,000 | 83,900 | 4 | PL-RRD Avon E | Albany, NY |
| E | NY | ALBANY | Schenectady Gazette Newspapers | 25,300 | 0 | 25,300 | 4 | PL-RRD Avon E | Albany, NY |
| E | PA | ALLENTOWN | Allentown Morning Call | 117,300 | 1,750 | 119,050 | 1 | PL-RRD Avon E | Allentown |
| E | PA | ALLENTOWN | Easton Express | 32,400 | 0 | 32,400 | 1 | PL-RRD Avon E | Allentown |
| E | PA | ALLENTOWN | Easton Express NJY | 18,100 | 0 | 18,100 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | ATLANTIC CITY | Bridgeton News | 7,300 | 0 | 7,300 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Burlington County Times | 34,700 | 0 | 34,700 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Camden Courier Post | 64,800 | 0 | 64,800 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Gloucester County Times | 14,500 | 0 | 14,500 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Press of Atlantic City | 89,400 | 1,000 | 90,400 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Salem Today's Sunbeam | 9,600 | 0 | 9,600 | 1 | PL-RRD Avon E | Atlantic City |
| E | NJ | ATLANTIC CITY | Trenton Times | 56,400 | 4,750 | 61,150 | 1 | PL-RRD Avon E | Princeton |
| E | NJ | ATLANTIC CITY | Vineland Daily Journal | 17,800 | 0 | 17,800 | 1 | PL-RRD Avon E | Atlantic City |
| E | ME | BANGOR | Bangor News | 34,300 | 500 | 34,800 | 6 | PL-RRD Avon E | Bangor |
| E | NY | BINGHAMPTON | Binghamton Press & Sun Blltn | 64,400 | 1,250 | 65,650 | 6 | PL-RRD Avon E | Binghamton |
| E | NJ | BRICKTOWN | Asbury Park Press | 173,900 | 10,250 | 184,150 | 1 | PL-RRD Avon E | Bricktown |
| E | NY | BUFFALO | Buffalo News | 214,100 | 2,500 | 216,600 | 4 | PL-RRD Avon E | Buffalo |
| E | VT | BURLINGTON | Burlington Free Press | 53,400 | 750 | 54,150 | 4 | PL-RRD Avon E | Burlington, VT |
| W | MI | DETROIT | Ann Arbor News | 50,000 | 0 | 50,000 | 1.1 | PL-RRD Avon W | Detroit |
| W | MI | DETROIT | Detroit News, Free Press | 530,100 | 8,000 | 538,100 | 1.1 | PL-RRD Avon W | Detroit |
| W | MI | DETROIT | Livingston County Daily Press | 15,500 | 0 | 15,500 | 1.1 | PL-RRD Avon W | Detroit |
| W | MI | DETROIT | Macomb Daily | 37,000 | 0 | 37,000 | 1.1 | PL-RRD Avon W | Detroit |
| W | MI | DETROIT | Oakland Press | 46,500 | 0 | 46,500 | 1.1 | PL-RRD Avon W | Detroit |
| E | NY | ELMIRA | Corning Leader | 9,600 | 0 | 9,600 | 6 | PL-RRD Avon E | Elmira |
| E | NY | ELMIRA | Elmira Star Gazette | 37,200 | 1,000 | 38,200 | 6 | PL-RRD Avon E | Elmira |
| W | MI | FLINT | Bay City Times | 14,700 | 0 | 14,700 | 5 | PL-RRD Avon W | Flint |
| W | MI | FLINT | Flint Journal | 70,400 | 1,500 | 71,900 | 5 | PL-RRD Avon W | Flint |
| W | MI | FLINT | Saginaw News | 29,800 | 0 | 29,800 | 5 | PL-RRD Avon W | Flint |

# Circuit City 11/16/08 - Week 47

| DIV | ST | ADMAX MARKET | PUBLICATION | INSERT | STORE | TOTAL | Tier | PLANT | C3 ZONE NAME |
|-----|----|-----|-----|-----|-----|-----|-----|-----|-----|
| W | MI | GRAND RAPIDS | Grand Haven Tribune | 9,300 | 0 | 9,300 | 4 | PL-RRD Avon W | Grand Rapids |
| W | MI | GRAND RAPIDS | Grand Rapids Press | 136,800 | 3,250 | 140,050 | 4 | PL-RRD Avon W | Grand Rapids |
| W | MI | GRAND RAPIDS | Holland Sentinel | 19,900 | 0 | 19,900 | 4 | PL-RRD Avon W | Grand Rapids |
| W | MI | GRAND RAPIDS | Kalamazoo Gazette | 50,600 | 0 | 50,600 | 4 | PL-RRD Avon W | Kalamazoo |
| W | MI | GRAND RAPIDS | Muskegon Chronicle | 47,500 | 0 | 47,500 | 4 | PL-RRD Avon W | Grand Rapids |
| W | MI | LANSING | Jackson Citizen Patriot | 36,200 | 0 | 36,200 | 6 | PL-RRD Avon W | Jackson,MI |
| W | MI | LANSING | Lansing State Journal | 54,200 | 1,000 | 55,200 | 6 | PL-RRD Avon W | Lansing |
| E | NJ | NEW JERSEY | Bergen County Record | 202,000 | 0 | 202,000 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | NEW JERSEY | Bridgewater Courier | 23,100 | 0 | 23,100 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | NEW JERSEY | CBA (New Jersey) | 101,000 | 0 | 101,000 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | NEW JERSEY | Home News Tribune | 37,600 | 0 | 37,600 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | NEW JERSEY | Morristown Daily Record | 26,300 | 0 | 26,300 | 1 | PL-RRD Avon E | New Jersey |
| E | NJ | NEW JERSEY | Newark Star Ledger | 441,300 | 0 | 441,300 | 1 | PL-RRD Avon E | New Jersey |
| E | NY | NEW YORK METRO | New York Times NJY | 46,000 | 0 | 46,000 | 1 | PL-RRD Avon E | New Jersey |
| E | PA | PHILADELPHIA | Philadelphia Inquirer NJY | 97,600 | 0 | 97,600 | 1 | PL-RRD Avon E | New Jersey |
| E | ME | PORTLAND | Kennebec journal | 12,200 | 250 | 12,450 | 5 | PL-RRD Avon E | Portland ME |
| E | ME | PORTLAND | Morning Sentinel | 7,900 | 0 | 7,900 | 5 | PL-RRD Avon E | Portland ME |
| E | ME | PORTLAND | Portland Press Herald | 71,900 | 750 | 72,650 | 5 | PL-RRD Avon E | Portland ME |
| E | NY | ROCHESTER | Rochester Democrat | 170,500 | 2,250 | 172,750 | 4 | PL-RRD Avon E | Rochester |
| E | RI | SO. MASS | Attleboro Sun Chronicle | 18,500 | 0 | 18,500 | 4 | PL-RRD Avon E | So. Mass |
| E | RI | SO. MASS | Fall River Herald News | 20,700 | 0 | 20,700 | 4 | PL-RRD Avon E | So. Mass |
| E | RI | SO. MASS | New Bedford Standard-Times | 29,400 | 0 | 29,400 | 4 | PL-RRD Avon E | So. Mass |
| E | RI | SO. MASS | Taunton Gazette | 8,800 | 0 | 8,800 | 4 | PL-RRD Avon E | So. Mass |
| E | NY | SYRACUSE | Auburn Citizen | 11,800 | 0 | 11,800 | 6 | PL-RRD Avon E | Syracuse |
| E | NY | SYRACUSE | Auburn Weekly | 6,300 | 0 | 6,300 | 6 | PL-RRD Avon E | Syracuse |
| E | NY | SYRACUSE | Syracuse Post Standard | 98,500 | 2,000 | 100,500 | 4 | PL-RRD Avon E | Syracuse |
| E | NY | UTICA | Utica Observer-Dispatch | 46,400 | 750 | 47,150 | 4 | PL-RRD Avon E | Utica |
| | | | | 3,783,700 | 44,500 | 3,828,200 | | RRD - Avon, CT Total Newsprint | |
| | | | | 3,783,700 | 44,500 | 3,828,200 | | RRD - Avon, CT Grand Total | |
| E | FL | BRADENTON | Bradenton Herald | 48,200 | 0 | 48,200 | 2 | PL-RRD Pineville | Tampa |
| E | FL | DAYTONA | Daytona Beach News Journal | 106,500 | 1,000 | 107,500 | 2 | PL-RRD Pineville | Daytona |
| E | FL | FORT WALTON | Ft. Walton Northwest FL News | 36,600 | 0 | 36,600 | 4 | PL-RRD Pineville | Fort Walton |
| E | FL | FT. MEYERS | Ft. Myers News Press | 103,500 | 3,250 | 106,750 | 3 | PL-RRD Pineville | Fort Myers |
| E | FL | GAINSVILLE | Gainesville Sun | 31,000 | 500 | 31,500 | 6 | PL-RRD Pineville | Gainesville |
| E | FL | JACKSONVILLE, FL | Jacksonville FL Times Union | 170,400 | 2,750 | 173,150 | 4 | PL-RRD Pineville | Jacksonville, FL |
| E | FL | JENSEN BEACH/STUART | Treasure Coast Newspapers | 119,200 | 0 | 119,200 | 1.1 | PL-RRD Pineville | Jensen Beach |
| E | FL | LAKELAND | Lakeland Ledger | 62,100 | 1,000 | 63,100 | 2 | PL-RRD Pineville | Lakeland |
| E | FL | MELBOURNE | Melbourne Florida Today | 92,200 | 750 | 92,950 | 2 | PL-RRD Pineville | Melbourne |
| E | FL | MIAMI | Miami Herald | 249,000 | 5,750 | 254,750 | 1.1 | PL-RRD Pineville | Miami |
| E | FL | MIAMI | Miami Herald 2 | 66,600 | 0 | 66,600 | 1.1 | PL-RRD Pineville | Miami |
| E | FL | MIAMI | South Florida Sun Sentinel | 285,600 | 4,500 | 290,100 | 1.1 | PL-RRD Pineville | Miami |
| E | FL | NAPLES | Naples Daily News | 68,700 | 2,000 | 70,700 | 3 | PL-RRD Pineville | Naples |
| E | FL | OCALA | Ocala Star Banner | 39,700 | 750 | 40,450 | 6 | PL-RRD Pineville | Ocala |
| E | FL | ORLANDO | Orlando Sentinel | 293,200 | 8,250 | 301,450 | 2 | PL-RRD Pineville | Orlando |
| E | FL | ORLANDO | Villages Daily Sun | 33,100 | 0 | 33,100 | 2 | PL-RRD Pineville | Orlando |
| E | FL | PANAMA CITY | Panama City News Herald | 35,300 | 500 | 35,800 | 6 | PL-RRD Pineville | Panama City |
| E | FL | PENSACOLA | Pensacola News Journal | 70,700 | 1,750 | 72,450 | 4 | PL-RRD Pineville | Pensacola |
| E | FL | PORT CHARLOTTE | Port Charlotte Sun Herald | 39,700 | 1,250 | 40,950 | 3 | PL-RRD Pineville | Port Charlotte |
| E | FL | SARASOTA | Sarasota Herald Tribune | 109,100 | 1,500 | 110,600 | 2 | PL-RRD Pineville | Sarasota |
| E | FL | ST. PETERSBURG | St. Petersburg Times | 351,600 | 0 | 351,600 | 2 | PL-RRD Pineville | Tampa |
| E | FL | TALLAHASSEE | Tallahassee Democrat | 43,100 | 750 | 43,850 | 5 | PL-RRD Pineville | Tallahassee |
| E | FL | TAMPA | Citrus County Chronicle | 10,400 | 0 | 10,400 | 2 | PL-RRD Pineville | Tampa |
| E | FL | TAMPA | Tampa Tribune | 225,400 | 9,000 | 234,400 | 2 | PL-RRD Pineville | Tampa |
| E | FL | WEST PALM BEACH | West Palm Beach Post | 164,500 | 6,750 | 171,250 | 1.1 | PL-RRD Pineville | W. Palm Beach |
| | | | | 2,855,400 | 52,000 | 2,907,400 | | RRD - Pineville, NC Total Newsprint | |
| | | | | 2,855,400 | 52,000 | 2,907,400 | | RRD - Pineville, NC Grand Total | |
| | | | | 10,064,600 | 162,250 | 10,226,850 | | Circuit City 11/16/08 Total Newsprint | |
| | | | | 10,064,600 | 162,250 | 10,226,850 | | Circuit City 11/16/08 Grand Total | |

**DELIVERY RECEIPT (RED)**

| CONSIGNEE | INBOUND TRAILER | SHIPPER | 141 469 252 |
|---|---|---|---|

KILLEEN HERALD

263452 OUNT
FREIGHT BILL NO.

ELEETS TRANSPORTATION
XUPS FREIGHT
6550 RITTIMAN R d

1809 FLORENCE
KILLEEN            TX 76541
00773592

141 469 252
CITY RTE/RYD SCAC        DEST
8R                       UAC

SAN ANTONIO       TX 78218
13997045
ADV CAR

POB 5024595    UPS FREIGHT PHONE NUMBER    PICK UP DATE
(800)333-7400   11/04/08   ORG SNT

BL# 5024850

05

UPS Freight™   UPG   www.upsfreight.com           141 469 252                              UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 2 | | SK | 2  PIECE(S) COUNTED AND VERIFIED ON 2 SK  HANDLING UNIT(S) WITH THE FOLLOWING: NEWSPAPERS INSERTS  CL60 LTL FUEL ADJUSTMENT 01759-SNT ORIGINAL WGT/REWEIGH SHIPMENT WEIGHED AT SNT. WEIGHT DECLARED AS 01759 LBS. ACTUAL WEIGHT IS 01695 LBS. *INTRA* STATE RATES APPLY DOCK DELIVERY C/2546342125 BTL: TO: 48233813 | 1695 | 161685-01 | | |

| CONTD | TTL PCS | PRINT NAME Chris Loadis | TTL WT | ODOM 617 | ARRIVE 1325 | DEPART 1335 |
|---|---|---|---|---|---|---|
| PIECES DLVRD | 2 | SIGNATURE X Chris Loadis | FIRM Killeen Herald | DATE 11/05/08 | DRIVER NAME Stolarz | |
| WRAP ☒ YES  INTACT? ☐ NO | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

**DELIVERY RECEIPT (RED)**

| CONSIGNEE | INBOUND TRAILER | SHIPPER | 141 469 252 |
|---|---|---|---|

FREIGHT BILL NUMBER
141 469 252
CITY RTE/RYD SCAC        DEST

ADV CAR

POB    UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORG    BL#

UPS Freight™   UPG   www.upsfreight.com           141 469 252                              UPGF

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | ELEETS TRANSPORTATION UPGF   6180 0333960 CZAR   198 | 40140 | | | |

CONTD PAGE  2

| 2 | TTL PCS | PRINT NAME | TTL WT 1695 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|
| PIECES DLVRD | 2 | SIGNATURE X | FIRM | DATE | DRIVER NAME | |
| WRAP ☒ YES  INTACT? ☐ NO | | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

UPGF

141 469 241

**DELIVERY RECEIPT (DED)**

CONSIGNEE

LAREDO MORNING TIMES

111 ESPERANZA DR
LAREDO          TX 78041

POD 5024596

UPS FREIGHT PHONE NUMBER
(800)333-7400

D/R LOFT:

INBOUND TRAILER
263405 OVNT

FREIGHT BILL NUMBER
141 469 241

CITY REG/BRD SCAC

PICK UP DATE
11/04/08

SHIPPER
ELEETS TRANSPORTATION
XUPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO    TX 78218
13997045

ADV CAR

B/L 5024850

DEST
LAR

ORIG
SNT

141 469 241

www.upsfreight.com

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

| # PCS | HM | PT | | | WEIGHT (LBS) | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | SK | NEWSPAPERS INSERTS CL60 | | | | | |

1  PIECE(S) COUNTED AND VERIFIED ON
1 SK HANDLING UNIT(S) WITH THE FOLLOWING:
Y61685-01

LTL FUEL ADJUSTMENT
*INTRA* STATE RATES APPLY
DOCK DELIVERY
C/956728Z515
BILL TO: 48233813
ELEETS TRANSPORTATION
UPGF  6180 0333960
CZAR   198

40085

1512

NMFC

TTL WT ►

FROM

TTL PCS

ODOM  457    ARRIVE 10:42   DEPART 10:52

DATE M/5

DRIVER NAME

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

PRINT NAME

WRAP

PIECES DLVRD    INTACT?   YES   NO

141 469 230

UPGF

DELIVERY RECEIPT (RED)

CONSIGNEE

NEW BRAUNFELS HERALD

1342 INDUSTRIAL DR
NEW BRAUNFELS          TX 78130

PO# 5024576        UPS FREIGHT PHONE NUMBER
                   (800)333-7400

05

INBOUND TRAILER                    DOCK

FREIGHT BILL NUMBER
141 469 230

CITY RTE/BRD SOAC    DEST
210                  SNT

PICK UP DATE         ORIG
11/04/08             SNT

SHIPPER
ELEETS TRANSPORTATION
XUPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO        TX 78218
                   13997045
ADV CAR
REF    5024850

141 469 230

141 469 230
WEIGHT (LBS)

NMFC

FOLLOWING:
161685-01

www.upsfreight.com

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

| # PCS. | HM | PI | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) |
|---|---|---|---|---|
|  |  |  | 1 PIECE(S) COUNTED AND VERIFIED ON |  |
|  |  |  | 1 SK  HANDLING UNIT(S) WITH THE | 728 |
| 1 |  | SK | NEWSPAPERS INSERTS CL60 |  |
|  |  |  | LTL FUEL ADJUSTMENT |  |
|  |  |  | *INTRA* STATE RATES APPLY |  |
|  |  |  | DOCK DELIVERY |  |
|  |  |  | DISTRIBUTION PRICING |  |
|  |  |  | C/8306259144 |  |
|  |  |  | BILL TO: 48233813 |  |
|  |  |  | ELEETS TRANSPORTATION |  |
|  |  |  | UPGF  6180 0333960 |  |
| 1 |  |  | CZAR    198         40025 |  |

ORIGIN  640  1538   7/5
ARRIVE  1538
DEPART  1543

728

TTL WT ▶

PRINT NAME  left on customers dock   TTL PCS
                                     134
                         N.B. HERALD
FROM

SIGNATURE
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED

TTL PCS
134

PIECES DLVRD

WRAP        INITIAL?
☒ YES   □ NO

UPS Freight

UPS Freight™

**DELIVERY RECEIPT (RED)**

CONSIGNEE

SEGUIN GAZETTE ENTERPRISE

1012 SCHRIEWER

SEGUIN          TX 78155

PGB 5024596

UPS FREIGHT PHONE NUMBER
(800)333-7400

05

INBOUND TRAILER          DOCK

FREIGHT BILL NUMBER
141 469 226

CITY RTE/AVD SCAC          22E          DEST SNT

PICK UP DATE          11/04/08          ORIG SNT

SHIPPER
ELEETS TRANSPORTATION
%UPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO          TX 78218
13997045

ADV CAR

REF 5024850

141 469 226

**UPGF**

141 469 226

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

5K      NEWSPAPERS INSERTS CL60
        LTL FUEL ADJUSTMENT
        *INTRA* STATE RATES APPLY
        DOCK DELIVERY
        DISTRIBUTION PRICING
        C/8303795402
        BILL TO: 48233813
        ELEETS TRANSPORTATION
        UPGF 6180 0333960
        CZAR      198

1 PCS   1  PIECE(S) COUNTED AND VERIFIED ON
           1 SK HANDLING UNIT(S) WITH THE FOLLOWING:
                                              161685-01

WEIGHT (LBS)          353

NMFC

40025          353

TTL WT ▶
FRM   GAZETTE

PRINT NAME   Jamie Z. Aloger

SIGNATURE    Jamie Z. Aloger

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM  134      ARRIVE 1058      DEPART 1101

DRIVER NAME   4-508   J. Guerrero S

www.upsfreight.com

PIECES DLVRD      INTACT?
WRAP      ◻ YES  ◻ NO

1  ◀ TTL PCS

| CONSIGNEE | DELIVERY RECEIPT (RED) | | INBOUND TRAILER | | SHIPPER | | 141 469 263 |
|---|---|---|---|---|---|---|---|

TEMPLE DAILY TELEGRAM

ELEETS TRANSPORTATION
%UPS FREIGHT
5550 RITTIMAN RD

263452 OUNT
FREIGHT BILL NUMBER

10 S 3RD ST
TEMPLE          TX 76501

141 469 263
CITY RTE/BYD SCAC        DEST

SAN ANTONIO      TX 78218
13997045

7N              WAC

ADV CAR

PO# 5024595

UPS FREIGHT PHONE NUMBER

(800)333-7400

PICK UP DATE

11/04/08

ORIG

SNT

BL# 5024850

05

141 469 263

**UPS Freight™**  www.upsfreight.com                                **UPGF**

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| 2 | | SK | 2  PIECE(S) COUNTED AND VERIFIED ON<br>2 SK  HANDLING UNIT(S) WITH THE FOLLOWING:<br>NEWSPAPERS INSERTS   CL60<br>LTL FUEL ADJUSTMENT<br>01854-SNT ORIGINAL WGT/REWEIGH<br>SHIPMENT WEIGHED AT SNT.<br>WEIGHT DECLARED AS 01854 LBS.<br>ACTUAL WEIGHT IS 01635 LBS.<br>*INTRA* STATE RATES APPLY<br>DOCK DELIVERY<br>C/254778444<br>BILL TO: 48233813 | 1635 | 161685-01 | | |

| CONT O | TTL PCS | PRINT NAME | TTL WT ► | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|

PIECES DLVRD  2

WRAP   INTACT?
☐ YES  ☒ NO

PRINT NAME   JOE Prt. 2
SIGNATURE  X Joe Peters
FIRM  Ted Daily
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM 976
DATE 11/4/08
ARRIVE 1230
DRIVER NAME DTM
DEPART 1250

| CONSIGNEE | DELIVERY RECEIPT (RED) | | INBOUND TRAILER | | SHIPPER | 141 469 263 |
|---|---|---|---|---|---|---|

FREIGHT BILL NUMBER

141 469 263
CITY RTE/BYD SCAC        DEST

ADV CAR

PO#

UPS FREIGHT PHONE NUMBER

PICK UP DATE

ORIG

BL#

**UPS Freight™**  www.upsfreight.com                                **UPGF**

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC | | |
|---|---|---|---|---|---|---|---|
| | | | ELEETS TRANSPORTATION<br>UPGF   6180 0333960<br>CZAR    198 | 40140 | | | |

CONT O PAGE  2

| 2 | TTL PCS | PRINT NAME | TTL WT ► | 1635 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|---|

PIECES DLVRD

WRAP   INTACT?
☐ YES  ☐ NO

SIGNATURE  X
FIRM
RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

DATE

DRIVER NAME

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex com** 1 866 393 4585

**Freight Bill** 154947159-3 R0

| Ship Date 11/04/2008 | Origin TUL |
| P O 5024596 | Trailer # G388 |
| Bill of Lading 5024848 | |
| Shipper Reference | |
| Destination OKC | |

**Consignee**
NORMAN TRANSCRIPT
405 366 3554
213 E COMANCHE ST
NORMAN
OK 73069-6007    US

**Shipper**
ELERTS TRANSPORTATION
6882 W 76TH ST
EXIT FXF DOCK
EXIT TULSA DOCK
TULSA    US
OK 74131-3273

| PIECES | HU | HM | DESCRIPTION | WT(LBS) | NMFC | PSF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024596 405 366 3554 INSERTS OR SUPPLEMENTS, NEWSPAPER DELIVER BY 11/6/08 LOA 103 FUEL SURCHG LTL SHPT16 70% 0000089 DEFICIT WT-LOWER CHARGES RATED AS DISC AMT/MIN CHG FLR APPL | 911 89 1000 | 161685-01 | | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

**PREPAID - WILL INVOICE 911 RESPONSIBLE PARTY**

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY
☐ RESIDENTIAL-LIMITED ACCESS
☐ SORT & SEGREGATE
☐ LIFT GATE
☐ DETENTION
☐ OTHERS

Customer Requirements/Appointment Instruction

| Delv Driver & # | 3 Saugus 126 rsy |
| Date 11-05-08 | Arrive 1300 | Depart 1311 |
| # of Pcs | OS&D # |
| # of Skids 1 | |

Shipment received in apparent good order with wrap intact unless otherwise noted

**Received by** [signature]
☐ Over    ☐ Damage    Exceptions
☐ Short    ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

**Freight Bill 1549471582 RO**

2200 FORWARD DRIVE
HARRISON, AR 72801

fedex.com  1.866.393.4585

| Ship Date 11/04/2008 | Bill of Lading 50240848 |
| P.O. 5024596 | Shipper Reference |
| Origin TUL | Destination LNK |

Trailer # F4016

**Consignee**
LINCOLN JOURNAL STAR
402 473 7166
900 "Q" STREET
LINCOLN
NE 68508        US

**Shipper**
ELBETS TRANSPORTATION
6882 W 76TH ST
EXIT FXF DOCK
EXIT TULSA DOCK
TULSA                US
OK 74131-3273

| PIECES | HU | DESCRIPTION | WT(LBS) | NMFC | PCS CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 4 | | POH 5024596 | | | | | |
| | | 402 473 7166 | | | | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | 11/05/08  DELIVER BY | | | | | |
| | | DIRECTIONS ON BOL            LOA | | | | | |
| | | 103        INSPECTING TERMINAL | | | | | |
| | | TUL           ORIGINAL WEIGHT | | | | | |
| | | 004904 **SHIPMENT REWEIGHED AS ABOVE** | | | | | |
| | | FUEL SURCHG LTL SHFT16.770 | | | | | |
| | | 0000225 DEFICIT WT=LOWER CHARGES | | | | | |
| | | RATED AS...... | 4775 | 161685-01 | 060 | | |
| | | | 225 | | | | |
| | | | 5000 | | | | |

*** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 4 | 4 | | 4775 | | | | |

PREPAID - WILL INVOICE THIRD PARTY

**PREPAID - WILL INVOICE**
**RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY         ☐ SORT & SEGREGATE    ☐ DETENTION    ☐ OTHER
☐ RESIDENTIAL/LIMITED ACCESS    ☐ LIFT GATE

Delv. Driver & #: _____  WBZ'2

Date: 11-5-08    Arrive: 10'0    Depart: 10'25    OS&D #: _____

# of Skids: _____    # of Pcs: _____

Shipment received if apparent good order with wrap intact unless otherwise noted.

Received by: Rob Chmelka   Exceptions:
☐ Over   ☐ Damage
☐ Short   ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

## DELIVERY RECEIPT

**Freight Bill  1549471571  R0**

| | |
|---|---|
| Ship Date 11/04/2008 | Bill of Lading 50240848 |
| P.O. 5024596 | Shipper Reference |
| Origin TUL | Destination WTK |

Trailer # P20804

**Consignee**
WICHITA EAGLE BEACON
316 268 6000
825 E DOUGLAS AVE
WICHITA
KS 67202          US

**Shipper**
ELEETS TRANSPORTATION
6882 W 76TH ST
EXIT FXF DOCK
EXIT TULSA DOCK
TULSA          US
OK 74131-3273

| RECVD | QTY HM | DESCRIPTION | WT(lbs) | NMFC | FL CLASS | RATE | CPY CHARGES |
|---|---|---|---|---|---|---|---|
| 3 | | PO# 5024596 | | | | | |
| | | 316 268 6000 | | | | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | 11/6/08          DELIVER BY  LOA | 4220 | 1161685-01 | 060 | | |
| | | 403 | | | | | |
| | | TUL | | | | | |
| | | 004318          INSPECTING TERMINAL | | | | | |
| | | ORIGINAL WEIGHT | 780 | | | | |
| | | **SHIPMENT REWEIGHED AS ABOVE** | 5000 | | | | |
| | | FUEL SURCHG LFL SHPT16.700% | | | | | |
| | | 0000780 DEFICIT WT-LOWER CHARGES | | | | | |
| | | RATED AS...... | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
PREPAID - WILL INVOICE THIRD PARTY      4220      PREPAID  WILL INVOICE
                                                   RESPONSIBLE PARTY.

| | |
|---|---|
| 3 | **ACCESSORIAL SERVICES PERFORMED:** |
| | ☐ INSIDE DELIVERY   ☐ SORT & SEGREGATE   ☐ DETENTION |
| | ☐ RESIDENTIAL/LIMITED ACCESS   ☐ LIFT GATE   ☐ OTHER: |

Customer Requirements/Appointment Instruction

Delv. Driver & #: __1-505__   Arrive: __11/28__   Depart: __1/10__
# of Pcs: __3__   OS&D #: __003300 0021230__

# of Skids: __3__          SW  RATANAMORN

Received by: __SW__   Exceptions:
☐ Over   ☐ Damage
☐ Short   ☐ Wrap Broken

Shipment received in apparent good order with wrap intact unless otherwise noted.

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Freight Bill 1702387735 R0 | | |
|---|---|---|
| Ship Date 11/05/2008 | Bill of Lading | |
| P.O. 5024596 | Shipper Reference | |
| Origin HOU | Destination CRP | |

**Consignee**
CORPUS CHRISTI CALLER TIMES
820 N LOWER BROADWAY ST
ATTN LORRAINE CORTEZ
CORPUS CHRISTI        US
TX 78401

**Shipper**
ELBERTS TRANSPORTATION
C/O HOU DOCK
HOUSTON        US
TX 77095

Trailer # F19587

| Pieces | H/U | HM | DESCRIPTION | WT(lbs) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | | PO# 5024596 INSERTS OR SUPPLEMENTS; NEWSPAPER 3618863680 CONS; PHONE # HOU INSPECTING TERMINAL 01049 ORIGINAL WEIGHT **SHIPMENT REWEIGHED AS ABOVE** FUEL SURCHG LTL SHP*16.00% 0000680 DEFICIT WT=LOWER CHARGES RATED AS....... | 4320 | 161685-01 | 060 | | |
| | | | | 680 | | | | |
| | | | | 5000 | | | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | |
| 3 | | | PREPAID - WILL INVOICE THIRD PARTY | 4320 | | | | |

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

| Delv. Driver & #: R Martinez 151912 | | |
|---|---|---|
| Date: 16 6 08 | Arrive: 1212 | Depart: 1245 |
| # of Skids: 3 | # of Pcs: 3 | OS&D #: |

Shipment received in apparent good order and wrap intact unless otherwise noted.
Received by:
☐ Over  ☐ Damage    Exceptions: 2 Broken Pieces
☐ Short ☐ Wrap Broken

DRIVER COPY

# DELIVERY RECEIPT

**FedEx Freight**

Page 1 of 1

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Consignee**
HARLINGEN VALLEY MORNING STAR
1310 S COMMERCE ST
HARLINGEN
TX 78550   US

**Freight Bill** 1702387746 R0

| | |
|---|---|
| Ship Date 11/05/2008 | Bill of Lading |
| P.O. 5024596 | Shipper Reference |
| Origin HOU | Destination HRL |

**Shipper**
ELEETS TRANSPORTATION
C/O HOU DOCK
HOUSTON
TX 77095   US

Trailer # P10531

| PIECES | HM | | DESCRIPTION | WT/LBS | NMFC | PC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024596<br>INSERTS OR SUPPLEMENTS NEWSPAPER<br>956430623? :CONS PHONE #<br>FUEL SURCHG LTL SHPT15.00% | 1321 | 161685-01 | | 060 | | |
| | | | | 1321 | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

PREPAID WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY   ☐ SORT & SEGREGATE   ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS   ☐ LIFTGATE   ☐ OTHERS

Delv. Driver & #: C. BLAISDELL COE 250

Date: 11-6-08   Arrive: 13:24   Depart: 13:47   OS&D #:

# of Pcs: 1

# of Skids: 1

Shipment received in apparent good order with wrp intact unless noted above.

Received by: _____

☐ Over   ☐ Damage   Exceptions: _____
☐ Short   ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Freight Bill  1483463623  R0 | | |
|---|---|---|
| Ship Date 11/05/2008 | P.O. 5024596 | Origin HOU |
| Bill of Lading | | |
| Shipper Reference | | |
| Destination HRL | | |

**Consignee**
MONITOR WAREHOUSE
3901 NORTH JACKSON RD
MCALLEN
TX 78501    US

**Shipper**
ELEETS TRANSPORTATION
C/O HOU DOCK
HOUSTON
TX 77095    US

Trailer # G163

| PIECES | HM | H/M | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | | PO# 5024596<br>INSERTS OR SUPPLEMENTS NEWSPAPER<br>9566864343 :CONS. PHONE:#<br>FUEL SURCHG LTL :SHIPR PHONE:#<br>0000669 DEFICIT WT=LOWER CHARGES<br>RATED AS ...... | 4331<br>669<br>5000 | 161685-01 | | 060 | | |
| 4 | | | | 4331 | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
PREPAID - WILL INVOICE THIRD PARTY

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY
☐ RESIDENTIAL-LIMITED ACCESS
☐ SORT & SEGREGATE
☐ LIFT GATE
☐ DETENTION
☐ OTHERS

Delv. Driver & #: ____

| Date: 11-06-08 | Arrive: 11:00 | Depart: 11:45 | OS&D #: |
|---|---|---|---|
| # of Pcs: 4 | | | |

Shipment received in apparent good order with wrap intact unless otherwise noted.

# of Skids: 4

Received by: J.R. Mallard  11-6-08

Exceptions:
☐ Over  ☐ Damage
☐ Short  ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

**FedEx Freight**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

# DELIVERY RECEIPT

| Freight Bill 1702387713 R0 | Bill of Lading |
|---|---|
| Ship Date 11/05/2008 | Shipper Reference |
| P.O. 5024596 | Destination BMT |
| Origin HOU | |

Trailer # X2503

**Consignee**
TRIANGLE PRESS
600 MARTIN LUTHER KING JR DR
ORANGE
TX 77630          US

**Shipper**
ELEETS TRANSPORTATION
C/O HOU DOCK
HOUSTON
TX 77095          US

| PIECES | HU | HM | DESCRIPTION | W(TLBS) | NMFC | PCS CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | PO# 5024596 INSERTS OR SUPPLEMENTS; NEWSPAPER 4097212500 :CONS PHONE # FUEL SURCHG LTL SHPT16.00% 0000032 DEFICIT WT=LOWER CHARGES RATED AS- DISC AMT/MIN CHG FLR APPL | 968 | 161685-01 | 060 | | |
| | | | | 32 1000 | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE THIRD PARTY    968

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS          ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & #:

Date:          Arrive: 1835          Depart: 1151          OS&D #: 6339

# of Skids:          # of Pcs:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:
☐ Over  ☐ Damage  ☐ Exceptions:
☐ Short  ☐ Wrap Broken

Customer Requirements/Appointment Instruction

DRIVER COPY

FedEx
Freight

Page 1 of 1

# DELIVERY RECEIPT

**Freight Bill 1206811351 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

Ship Date 11/04/2008
P.O. 5024595    Origin DAL    Trailer # P17701

Bill of Lading 5024856
Shipper Reference
Destination ABI

**Consignee**
ABILENE REPORTER NEWS
101 CYPRESS ST
ABILENE
TX 79601    US

**Shipper**
ELEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011    US

| PIECES | HM | DESCRIPTION | WEIGHT | NMFC | PC/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | PO# 5024595 INSERTS OR SUPPLEMENTS, NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616 3256-6-6719 :CONS PHONE # 11-6-08 DELIVER BY 2 SWS HRS M-F 8A-430 409 FUEL SURCHG LTL SHPT16.70% LOA | 2028 | 161685-01 | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 2 | 2 | PREPAID – WILL INVOICE THIRD PARTY | 2028 | | | | |

**PREPAID – WILL INVOICE RESPONSIBLE PARTY**

ACCESSORIAL SERVICES PERFORMED:
— ☐ INSIDE DELIVERY     — ☐ SORT & SEGREGATE     — ☐ DETENTION
— ☐ RESIDENTIAL-LIMITED ACCESS     — ☐ LFT GATE     — ☐ OTHERS

Customer Requirements/Appointment Instruction

Delv. Driver & #:
Date: 11-5-08    Arrive: 1306    Depart: 1312    OS&D #:
# of Skids: 2    # of Pcs:

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by:
☐ Over    ☐ Damage    Exceptions:
☐ Short    ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

**FedEx Freight**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

## DELIVERY RECEIPT

**Freight Bill 1206811340 R0**

| Ship Date 11/04/2008 | Bill of Lading 5024856 |
| P.O. 5024595 | Shipper Reference |
| Origin DAL | Destination LVW |

Consignee
LONGVIEW NEWSPAPER
320 E METHVIN ST
LONGVIEW
TX 75601        US

Trailer # F15147

Shipper
ELEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON         US
TX 76011

| PIECES | H/M | DESCRIPTION | WEIGHT | NMFC | FCL CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | POH 5024595 | 1788 | 161685-01 | 060 | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | ANY EXCEPTIONS @ 877.991.6116 | | | | | |
| | | 903-757-3311  :CONS PHONE # | | | | | |
| | | 11-6-08              DELIVER BY | | | | | |
| | | 2 SWS                      LOA | | | | | |
| | | 40        FUEL SURCHG LTL SHPT16.70% | | | | | |

\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\*

| 2 | 2 | PREPAID - WILL INVOICE THIRD PARTY | 1788 | | | | |

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

ACCESSORIAL SERVICES PERFORMED:
☐ SORT & SEGREGATE.   ☐ DETENTION
☐ LIFT GATE.         ☐ OTHERS.
☐ INSIDE DELIVERY
☐ RESIDENTIAL-LIMITED ACCESS

Customer Requirements/Appointment Instruction

Delv. Driver & #:
Date:           Arrive: N.5S   Depart:
# of Skids:     # of Pcs:      OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by:
☐ Over   ☐ Damage   Exceptions:
☐ Short  ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

# FedEx.
Freight

# DELIVERY RECEIPT

**Freight Bill 1206811373 R0**

| Ship Date 11/04/2008 | Bill of Lading 5024856 |
| P.O. 5024595 | Shipper Reference |
| Origin DAL | Destination SHM |

Trailer # G1013

**Consignee**
HERALD DEMOCRAT
603 N SAM RAYBURN FWY
SHERMAN
TX 75090       US

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Shipper**
FLEETS TRANSPORTATION PKWY
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON       US
TX 76011

| PIECES | HAZ | HM | DESCRIPTION | WT/LBS | NMFC | PCS | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | POH 5024595<br>INSERTS OR SUPPLEMENTS; NEWSPAPER<br>NOTIFY FLEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.<br>1 SWS       :CONS PHONE #<br>903-893-8181   DELIVER BY<br>11-6-08<br>1 SWS<br>HRS M-F 8-5<br>409   LOA<br>FUEL SURCHG LTL SHPT16.70% | 1788 | 161685-01 | | 060 | | |

| (1) | 1788 |

**✷✷ ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ✷✷**

| | PREPAID - WILL INVOICE THIRD PARTY | PREPAID - WILL INVOICE - RESPONSIBLE PARTY |
|---|---|---|
| | | DANIEL BENEdict |

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY   ☐ SORT & SEGREGATE   ☐ DETENTION
☑ RESIDENTIAL-LIMITED ACCESS   ☐ LIFT GATE   ☐ OTHERS

| Delv. Driver & #: Sea Gean Jones 70 | Arrive: 1115 | Depart: 1130 |
| Date: 11-5-8 | # of Pcs: | OS&D #: |

# of Skids:  1

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: Danu Benedict
☐ Over   ☐ Damage   Exceptions:
☐ Short   ☐ Wrap Broken

DRIVER COPY

**FedEx** Freight

Page 1 of 1

# DELIVERY RECEIPT

**Freight Bill 1206811336 R0**

| | |
|---|---|
| Ship Date 11/04/2008 | Bill of Lading 5024855 |
| P.O. 5024595 | Shipper Reference |
| Origin DAL | Destination TYR |

Trailer # 2501161

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Consignee**
TYLER COURIER TIMES
409-411 ELM ST
TYLER
TX 75702      US

**Shipper**
ELBERTS TRANSPORTATION
4018 GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011      US

| PIECES | HM | DESCRIPTION | WEIGHT | NMFC | FCP CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | PO# 5024595<br>INSERTS OR SUPPLEMENTS, NEWSPAPER<br>NOTIFY ELBERTS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 87.597.1616<br>903-597-8111    :CONS PHONE #<br>11-6-08          DELIVER BY<br>40WS                          LQA<br>40WS<br>FUEL SURCHG LTL SHPT16.70%<br>0000128 DEFICIT WT-LOWER CHARGES<br>RATED AS........ | 1872<br><br><br><br><br><br><br>128<br>2000 | 161685-01 | 060 | | 1872 |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
** PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ RESIDENTIAL/LIMITED ACCESS
☐ RESIDENTIAL PICKUP
☐ INSIDE DELIVERY
☐ SORT & SEGREGATE
☐ LIFT GATE
☐ DETENTION
☐ OTHERS

Deliv. Driver & #: *A. ESPINOSA 38050*
Date: *11-5-08*      Arrive: *1134*      Depart: *1114*
# of Pcs: *—*      OS&D #: *—*
# of Skids: *2*      Exceptions: *—*
Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: *Fretie Bush 11-05-08*
☐ Over   ☐ Damage
☐ Short  ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

**FedEx** Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

# DELIVERY RECEIPT

**Freight Bill  1206811362  R0**

| Ship Date 11/04/2008 | Bill of Lading 5024856 |
| P.O. 5024595 | Shipper Reference |
| Origin DAL | Destination WCO |

Trailer # P11641

**Consignee**
WACO TRIBUNE HERALD
900 FRANKLIN AVE
WACO
TX 76701                    US

**Shipper**
FLEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON              US
TX 76011

| PCS | KIND | DESCRIPTION | WEIGHT | NMFC | SUB CLASS | RATE | TOTAL CHARGES |
|-----|------|-------------|--------|------|-----------|------|---------------|
| 2 | | PO# 5024595 | 2205 | 161685-01 | 060 | | |
| | | INSERTS OR SUPPLEMENTS, NEWSPAPR | | | | | |
| | | NOTIFY FLEETS TRANS IMMEDIATELY OF | | | | | |
| | | ANY EXCEPTIONS @ 877.997.1616 | | | | | |
| | | 254-757-5757        :CONS PHONE # | | | | | |
| | | 11-6-08                DELIVER BY | | | | | |
| | | 2 SWS | | | | | |
| | | 409              LOA | | | | | |
| | | FUEL SURCHG LTL SHPT16.70% | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**            2205

**PREPAID - WILL INVOICE**
**RESPONSIBLE PARTY**

E. C. Sanders

Customer Requirements/Appointment Instruction

**ACCESORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY      ☐ SORT & SEGREGATE      ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS      ☐ LIFTGATE      ☐ OTHERS

| Delv. Driver & #: | Tpull-201/616 |
| Date: 11-5-08 | Arrive: 1200 | Depart: 1211 |
| # of Skids: 2 | # of Pcs: 2 | OS&D #: |

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: Ernest Lowden  Sanders
☐ Over  ☐ Damage  Exceptions:
☐ Short  ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

2200 FORWARD DRIVE
HARRISON AR 72601

fedex.com  1 866 393 4585

# DELIVERY RECEIPT

**Freight Bill** 1206811384 R0

| Shp Date 11/04/2008 | Origin DAL |
| P O 5024596 | Destination WFT |
| Bill of Lading 5024856 |
| Shipper Reference |

**Consignee**
WICHITA FALLS TMS & RECORD NWS
1301 LAMAR ST
WICHITA FALLS
TX 76301          US

**Shipper**
ELEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011          US

Trailer # P13352

| PIECES | HM | HAZ | DESCRIPTION | WEIGHT | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | PO# 5024596 | 1788 | 161685-01 | | 060 | | |
| | | | INSERTS OR SUPPLEMENTS  NEWSPAPER | | | | | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | | |
| | | | ANY EXCEPTIONS @ 877 997 1616 | | | | | | |
| | | | 940 767-8346      CONS PHONE # | | | | | | |
| | | | 11 6 08              DELIVER BY | | | | | | |
| | | | 2 SWS                             LOA | | | | | | |
| | | | 40%  FUEL SURCHG LTL SHP%16 70% | | | | | | |

ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 2 | 2D | | 1788 |

PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED**

— □ INSIDE DELIVERY        — □ SORT & SEGREGATE        — □ DETENTION
— □ RESIDENTIAL LIMITED ACCESS   — □ LIFT GATE              — □ OTHERS

| Deliv Driver &/# | BT_03/34 |
| Date 11/5/8 | 1017 | Depart 1027 |
| # of Skids  2 | # of Pcs | OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by  _Wayne Young_
□ Over    □ Damage    Exceptions _Young_
□ Short   □ Wrap Broken

**DRIVER COPY**

**ORIGINAL DELIVERY RECEIPT**

**BENTON**
*Down to Earth*

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

PAGE 1 OF 1    **BTNB** CODE

PRO # JAX.1650673

DELVTERM PEN

| ORIG TERM | DATE 11/06/08 |
|---|---|
| JAX | SHIPPER REF # |

INTERLINE CODE

INTERLINE REF. #

SHIPPER
ELEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

CONSIGNEE
DAILY NEWS, THE
921 DENTON BLVD
FORT WALTON BEACH FL 32547

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | | SKIDS OF NEWSPAPER INSERTS | 60 | 2687 | | PREPAID |
| | | MUST DELIVER BY | | | | |
| | | 11.06.08 | | | | |
| | | ADVERTISER CIRCUIT CITY | | | | |
| | | COPIES 36600 | | | | |
| | | P// 850-863-1111 | | | | |
| | | FUEL SURCHARGE | | | | |
| TOTAL 2 | | | | 2687 | | |

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE 11/7/08   TIME _____

DRIVER SIGNATURE

SHRINK WRAP INTACT   Y   N

NOTE EXCEPTIONS BELOW:

| INSIDE DELIVERY | DRIVER COLLECT |
|---|---|
| LIFTGATE | COD |
| JOBSITE | |
| RESIDENTIAL | |
| SORT & SEG. | TOTAL DUE |

DETENTION   TIME IN _____   TIME OUT _____

## ORIGINAL DELIVERY RECEIPT

**BENTON**

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6666

PAGE 1 OF 1    **BTNB** CODE

PRO # JAX.1650672

DELV TERM: **TAL**

| ORIG TERM | DATE 11/06/08 |
|-----------|---------------|
| JAX | SHIPPER REF # |

INTERLINE CODE

INTERLINE REF. #

**SHIPPER**
ELEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

**CONSIGNEE**
PANAMA CITY NEWS HEARALD
W 501 11TH ST
PANAMA CITY FL 32401

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|--------|-----|-------------|-------|--------|------|---------|
| 2 | | SKID OF NEWSPAPER INSERTS | 60 | 3595 | | PREPAID |
| | | ADVERTISER CIRCUIT CITY | | | | |
| | | COPIES 35300 | | | | |
| | | 11.06.08 | | | | |
| | | P// 800-345-8688 | | | | |

| TOTAL | 3595 |

**TOTAL** 2

| SHRINK WRAP INTACT | Y | N |

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE 11-7-08    TIME 1240

DRIVER SIGNATURE

| INSIDE DELIVERY | DRIVER COLLECT |
|-----------------|----------------|
| LIFTGATE | COD |
| JOBSITE | |
| RESIDENTIAL | TOTAL DUE |
| SORT & SEG. | |

| DETENTION | TIME IN | TIME OUT |

# ORIGINAL DELIVERY RECEIPT

**BENTON**
*"Delivers The Courier"*

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

**PAGE 1 OF 1**  **BTNB** CODE

**PRO #** JAX.1650671

| ORIG. TERM. | DATE 11/06/08 | | DELV. TERM. |
|---|---|---|---|
| JAX | SHIPPER REF # | | PEN |

**INTERLINE CODE**

**INTERLINE REF. #**

**SHIPPER**
FLEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

**CONSIGNEE**
PENSACOLA NEWS JOURNAL
101 E ROMANA ST
PENSACOLA FL 32501

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 4 | | SKIDS OF NEWSPAPER INSERTS | 60 | 5198 | | PREPAID |
| | | ADVERTISER CIRCUIT CITY | | | | |
| | | COPIES 70700 | | | | |
| | | MUST DELIVER BY | | | | |
| | | 11.06.08 | | | | |
| | | P// 850-435-8500 | | | | |
| | | FUEL SURCHARGE | | | | |

| TOTAL | 4 | | | 5198 | | |

**SHRINK WRAP INTACT** ✓  N

**NOTE EXCEPTIONS BELOW:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE _____ TIME 1135

DRIVER SIGNATURE

INSIDE DELIVERY _____
LIFTGATE _____
JOBSITE _____
RESIDENTIAL _____
SORT & SEG. _____

DRIVER COLLECT

COD

TOTAL DUE

DETENTION _____ TIME IN _____ TIME OUT _____

## ORIGINAL DELIVERY RECEIPT

**BENTON**

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30316
1-888-423-8866

| ORIG. TERM | DATE | PAGE | 1 OF 1 | BTNB | DEL. TERM |
|---|---|---|---|---|---|
| TPA | 11/05/08 | PRO # TPA.1140118 | | CODE | OCA |

SHIPPER REF #

INTERLINE CODE 024663

INTERLINE REF. #

**SHIPPER**
ELEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

**CONSIGNEE**
VILLAGES DAILY SUN
600 ROLLING ACRES RD
THE VILLAGES FL 32159

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | | SKIDS STC INSERTS<br>NMFC161685-01<br>STORE NAME - CIRCUIT CITY<br>MUST DELIVER BY<br>11/6/08<br>5024596<br>REF: LOAD #603<br>FUEL SURCHARGE | 60 | 2440 | | PREPAID |
| | | | | **TOTAL** 2440 | | |

| TOTAL 2 | | | |
|---|---|---|---|

SHRINK WRAP INTACT   Y   N   X

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE 11-6-08   TIME _____

DRIVER SIGNATURE

| | DRIVER COLLECT |
|---|---|
| INSIDE DELIVERY ___ | |
| LIFTGATE ___ | COD |
| JOBSITE ___ | |
| RESIDENTIAL ___ | TOTAL DUE ___ |
| SORT & SEG. ___ | |
| DETENTION   TIME IN ___ | TIME OUT ___ |

# ORIGINAL DELIVERY RECEIPT

**BENTON**

Owned & Operated by Charter

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6868

| ORIG. TERM | DATE 11/05/08 | PAGE 1 OF 1 | BTNB | DELIV. TERM |
|---|---|---|---|---|
| TPA | | | CODE | FTM |

SHIPPER REF # 5024663

INTERLINE CODE

INTERLINE REF. #

PRO # TPA.1140119

**SHIPPER**

FLEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

**CONSIGNEE**

CHARLOTTE SUN HERALD
23170 HARBORVIEW RD

PORT CHARLOTTE FL 33980

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | | SKIDS STC INSERTS | 60 | 2906 | | PREPAID |
| | | NMFC161685-01 | | | | |
| | | STORE NAME - CIRCIUT CITY | | | | |
| | | MUST DELIVER BY | | | | |
| | | 11/6/2008 | | | | |
| | | 5024596 | | | | |
| | | REF: LOAD #603 | | | | |
| | | FUEL SURCHARGE | | | | |

SHRINK WRAP INTACT    Y    N

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE _____ TIME _____

DRIVER SIGNATURE

| | | INSIDE DELIVERY | DRIVER COLLECT |
|---|---|---|---|
| | | LIFTGATE | |
| | | JOBSITE | COD |
| | | RESIDENTIAL | |
| | | SORT & SEG. | TOTAL DUE |

2906

DETENTION    TIME IN    TIME OUT

# ORIGINAL DELIVERY RECEIPT

**BENTON**

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

| PAGE | 1 OF 1 | BTNB |
| --- | --- | --- |

**DELIV. TERM** OCA

**PRO #** TPA.1140120

| ORIG. TERM. | DATE 11/05/08 |
| --- | --- |
| TPA | SHIPPER REF # |

SHIPPER REF # 5024663

INTERLINE CODE 5024663

INTERLINE REF. #

**SHIPPER**

ELEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

**CONSIGNEE**

CITRUS COUNTY CHRONICLE
1624 N MEADOWCREST BLVD

CRYSTAL RIVER FL 34429

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | | SKID STC INSERTS | 60 | 785 | | PREPAID |
| | | NMFC161685-01 | | | | |
| | | STORE NAME - CIRCIUT CITY | | | | |
| | | MUST DELIVER BY | | | | |
| | | 11/6/08 | | | | |
| | | 5024596 | | | | |
| | | REF: LOAD #603 | | | | |
| | | RATED AS 1000 DEF WGT = 215 | | | | |
| | | FUEL SURCHARGE | | | | |

| TOTAL 1 | | | TOTAL 785 | | |

| DRIVER COLLECT | |
| --- | --- |
| INSIDE DELIVERY | |
| LIFTGATE | |
| JOBSITE | COD |
| RESIDENTIAL | |
| SORT & SEG. | TOTAL DUE |

| DETENTION | TIME IN | TIME-OUT |

**SHRINK WRAP INTACT** (Y) N

**NOTE EXCEPTIONS BELOW:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

BY _____ (PRINT NAME)

BY _____ (SIGN)

DATE 11/6/08  TIME 11-10

DRIVER SIGNATURE

Page 1 of 1

**FedEx.**
Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

# DELIVERY RECEIPT

| Freight Bill 1705530901 R0 |
|---|

Ship Date 11/05/2008    Trailer # 2300021

P.O. 5024595

Origin LBB

Bill of Lading 5024545

Shipper Reference

Destination COS

**Consignee**
COLORADO SPRINGS GAZETTE
30 S PROSPECT ST
COLORADO SPRINGS
CO 80903          US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

| PIECES | HM | DESCRIPTION | WT(LbS) | NMFC | PCS CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 5 | | PO# 5024595 | 7237 | 161685-01 | 060 | | |
| | | INSERTS; NEWSPAPER SUPPLEMENTS; | | | | | |
| | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | ANY EXCEPTIONS @ 877.997.1616.    LOA | | | | | |
| | | 402 | | | | | |
| | | FUEL SURCHG LTL SHPT16.00% | | | | | |

**\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\***

| 5 | | PREPAID - WILL INVOICE | 7237 | | | | |

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE ____ ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS.   ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & #: _____ Geske 15796 ___

Date: 11-7-08   Arrive: _0916_   Depart: _1007_

# of Pcs: _5_   OS&D #: _____

# of Skids: _5_

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _Roberta Salay_
☐ Over  ☐ Damage   Exceptions: _____
☐ Short  ☐ Wrap Broken

**DRIVER COPY**



Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

**Freight Bill** 1705530923 R0

| | |
|---|---|
| Ship Date | 11/05/2008 |
| P.O. | 5024595 |
| Origin | LBB |

**Bill of Lading** 5024545
**Shipper Reference**
**Destination** DEN

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Consignee**
FORT COLLINS COLORADOAN
1212 RIVERSIDE AVE
FORT COLLINS
CO 80524            US

Trailer # 2862787

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXP DOCK
LUBBOCK
TX 79404            US

| PIECES | HM | HU | DESCRIPTION | (WT/Lbs) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | | POH 5024595 | 2240 | 161685-01 | 060 | | |
| | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | | | | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616.     LOA | | | | | |
| | | | 402 | | | | | |
| | | | FUEL SURCHG LTL SHPT16.00% | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 2 | | | PREPAID - WILL INVOICE | 2240 | | | | |

**PREPAID - WILL INVOICE RESPONSIBLE PARTY** 2240

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

Delv. Driver #: ___ Arrive: 12:43  Depart: 1302
Date: 11-7-08  # of Pcs: 2  OS&D #:
# of Skids: 2

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: _____  Exceptions: _____
☐ Over  ☐ Damage
☐ Short  ☐ Wrap Broken

DRIVER COPY