FedEx.
Freight

Page 1 of 1

# DELIVERY RECEIPT

**Freight Bill  1705530934  RO**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Ship Date 11/05/2008 | Bill of Lading 5024545 |
| P.O. 5024595 | Shipper Reference |
| Origin LBB | Destination GJN |

**Consignee**
DAILY SENTINEL
734 S 7TH ST
GRAND JUNCTION
CO 81501        US

**Shipper**
ELBEES TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404        US

Trailer # 6610562

PO# 5024595
INSERTS OR SUPPLEMENTS, NEWSPAPER
NOTIFY ELBETS TRANS IMMEDIATELY OF
ANY EXCEPTIONS @ 877.997.1616.   NOA
402  FUEL SURCHG LTL SHPT16.00%
00 0149 FUEL SURCHARGES
RATED AS DEFICIT WT=LOWER CHARGES

Circuit City 11-16
25,000

**\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\***

**PREPAID - WILL INVOICE**

|  | 1851 | 161685-01 | .060 |
|  | 149 |  |  |
|  | 2000 |  |  |

1851

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

ACCESORIAL SERVICES PERFORMED;
☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE        ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS    ☐ LIFT GATE         ☐ OTHERS

Deiv, Driver & #:
Date:        Arrive:  005    Depart:  0942
# of Pcs:

# of Skids:    OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by:
☐ Over  ☐ DG2  ☐ Int'l
☐ Short

NOV. 7. 2008  3:31PM        FEDEX FREIGHT WEST

Customer Requirements/Appointment Instruction

**DRIVER COPY**

Page 1 of 1

# DELIVERY RECEIPT

**FedEx** Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585          US

**Consignee**
DAILY SENTINEL
734 S 7TH ST
GRAND JUNCTION
CO 81501          US

| Freight Bill 1705530934 R0 | |
|---|---|
| Ship Date 11/05/2008 | Bill of Lading 5024545 |
| P.O. 5024595 | Shipper Reference |
| Origin LBB | Destination GJN |

Trailer # 6610562

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

| PIECES | HU | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | PO# 5024595 INSERTS OR SUPPLEMENTS; NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616.  LOA 402  FUEL SURCHG LTL SHPT16.00% 0000149 DEFICIT WT=LOWER CHARGES RATED AS..... | 1851 | 161685-01 | | 060 | | |
| | | | | 149 2000 | | | | | |

CIRCUiT CiTY 11-16
25,000

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| PREPAID - WILL INVOICE | 1851 |
|---|---|
| | PREPAID - WILL INVOICE RESPONSIBLE PARTY |

**ACCESSORIAL SERVICES PERFORMED:**
- ☐ INSIDE DELIVERY
- ☐ RESIDENTIAL-LIMITED ACCESS
- ☐ SORT & SEGREGATE
- ☐ LIFTGATE
- ☐ DETENTION
- ☐ OTHERS

Customer Requirements/Appointment Instruction

Deliv. Driver & #: 0170 P100160202
Date: 11705   Arrive: 0837   Depart: 0847   OS&D #:

# of Pcs:
# of Skids: 2

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by: Tom Crespi   JOHN CRiSPiN
☐ Over  ☐ Damage   Exceptions: ::
☐ Short ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# DELIVERY RECEIPT

## FedEx Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Freight Bill** 1705530945  RO

| | |
|---|---|
| Ship Date 11/05/2008 | Bill of Lading 5024545 |
| P.O. 5024595 | Shipper Reference |
| Origin LBB | Destination DEN |

**Consignee**
GREELEY TRIBUNE
501 8TH AVE
GREELEY
CO 80631               US

Trailer # 2860567

**Shipper**
ELETE TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT PXP DOCK
LUBBOCK
TX 79404                US

| PIECES | HM | HU | DESCRIPTION | WT(LBS) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | | PO# 5024595 | 1872 | 161685-01 | 060 | | |
| | | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | | NOTIFY ELETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616.  LOA | | | | | |
| | | | 402 | | | | | |
| | | | FUEL SURCHG LTL SHPT16.00% | 128 | | | | |
| | | | 0000128 DEFICIT WT=LOWER CHARGES | 2000 | | | | |
| | | | RATED AS....... | | | | | |
| | | | | 1872 | | | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | |
| 2 | | 2 | PREPAID -- WILL INVOICE | | PREPAID -- WILL INVOICE | | | |
| | | | | | RESPONSIBLE PARTY | | | |

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY      ☐ SORT & SEGREGATE      ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS      ☐ LIFT GATE      ☐ OTHERS

Delv. Driver & #: _____   Arrive: 16:25   Depart: 17:16

Date: 11:08   # of Pcs: _____   OS&D #: _____

# of Skids (_72_)

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____
☐ Over    ☐ Damage    Exceptions: _____
☐ Short   ☐ Wrap Broken

**DRIVER COPY**

**FedEx** Freight

**DELIVERY RECEIPT**

Page 1 of 1

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Freight Bill 1705530956 RO |
|---|

Ship Date 11/05/2008

P.O. 5024595    Origin LBB

Bill of Lading 5024545

Shipper Reference

Destination DEN

**Consignee**
LONGMONT DAILY TIMES
142 PRATT ST
LONGMONT
CO 80501        US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404        US

Trailer # 2519700

| PIECES | HU | HM | DESCRIPTION | WEIGHT | NMFC | ITEM CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024595 | 1272 | 161685-01 | 060 | | |
| | | | CLOSED AFTER 1700 | | | | | |
| | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | | | | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | | | 402       FUEL SURCHG LTL SHPT16.00%   LOA | | | | | |
| | | | | 1272 | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE**

**PREPAID WILL INVOICE**
**RESPONSIBLE PARTY**
1272

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE-DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS:

| 1 | 1 |
|---|---|

Delv. Driver # : _____ 4 Mark 109956

Date: 12-18 ___ Arrive: 1430    Depart: 1513

# of Pcs: ___    OS&D #: ___

# of Skids: ___

Shipment received in apparent good order unless otherwise noted.

Received by: C. moot  ☒    Exceptions: M LAST
☐ Over  ☐ Damaged
☐ Short  ☐ Wrap Broken

**DRIVER COPY**

# FedEx Freight

## DELIVERY RECEIPT

**Freight Bill 1705530982 R0**

| | |
|---|---|
| Ship Date 11/05/2008 | Bill of Lading 5024545 |
| P.O. 5024595 | Shipper Reference |
| Origin LBB | Destination COS |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Consignee**
PUEBLO CHIEFTAIN AND STAR
825 W 6TH ST
PUEBLO
CO 81003        US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404        US

Trailer # 2502265

| PIECES | H/U | H/M | DESCRIPTION | WT(LBS) | NMFC | PCF/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | | PO# 5024595 | 3018 | 161685-01 | 060 | | |
| | | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616.    LOA | | | | | |
| | | | 402 | | | | | |
| | | | FUEL SURCHG LTL SHPT16.00% | | | | | |

• ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ••

PREPAID - WILL INVOICE

| | | 3018 | | | |

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

**Customer Requirements/Appointment Instruction**

| 2 | | 2 |

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS    ☐ OTHERS
☐ SORT & SEGREGATE
☐ LIFT GATE

Deliv. Driver & #:

Date: 11-7-08   Arrive: 1300   Depart: 1315

# of Pcs:        OS&D #:

# of Skids:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:

Exceptions:

☐ Over   ☐ Damage
☐ Short  ☐ Wrap Broken

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

**Freight Bill 1705530971 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| | |
|---|---|
| Ship Date | 11/05/2008 |
| P.O. | 5024595 |
| Origin | LBB |

Bill of Lading 5024545

Shipper Reference

Destination ELP

**Consignee**
EL PASO TIMES
300 N CAMPBELL ST
EL PASO
TX 79901        US

**Shipper**
FLEETS TRANSPORTATION
4201 E MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404        US

Trailer # x3955

| PIECES | HU | HM | DESCRIPTION | WT/LBS | NMFC | PCS | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | | PO# 5024595<br>INSERTS OR SUPPLEMENTS, NEWSPAPER<br>NOTIFY FLEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.  LOA<br>402<br>FUEL SURCHG LTL SHPT16.00%<br>00017 DEFICIT WT=LOWER CHARGES<br>RATED AS<br>APPOINTMENT FROM 08:00 TO 16:30<br>APPT 110608 16:30SETUP110508 08:45<br>JOE ACOSTA/8-4 US (915)546-6100<br>* RECVG 8-430 | 4883<br><br>117<br>5000 | 161685-01 | | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
4883
PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY
☐ RESIDENTIAL-LIMITED ACCESS
☐ SORT & SEGREGATE
☐ LIFT GATE
☐ DETENTION
☐ OTHERS

**Customer Requirements/Appointment Instruction**
APPOINTMENT FROM 08:00 TO 16:30
APPT 110608 16:30SETUP110508 08:45
JOE ACOSTA/8-4 US (915) 546-6100
* RECVG 8-430

Delv. Driver & #: Mark Perry 37560

Arrive: 1100    Depart: 1120

Date: 11-6-08    # of Pcs: 4    OS&D #:

# of Skids: 4

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: Joe M. Acosta    Exceptions:
☐ Over    ☐ Damage
☐ Short    ☐ Wrap Broken

DRIVER COPY

# FedEx Freight

**DELIVERY RECEIPT**

Page 1 of 1

**Freight Bill  1705530960  R0**

| | |
|---|---|
| Ship Date 11/05/2008 | Bill of Lading 5024545 |
| P.O. 5024595 | Shipper Reference |
| Origin LBB | Destination ODS |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Consignee**
MIDLAND REPORTER TELEGRAM
201 E ILLINOIS AVE
MIDLAND
TX 79701          US

**Shipper**
ELBETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

Trailer # P20083

| PIECES | TYPE | H/M | DESCRIPTION | WT (LBS) | NMFC | PC CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024595 | 1428 | 161685-01 | 060 | | |
| | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | | | | | |
| | | | NOTIFY ELBETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616.  LOA | | | | | |
| | | | 402 | | | | | |
| | | | FUEL SURCHG LTL SHPT16.00% | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

1428

**PREPAID - WILL INVOICE.
RESPONSIBLE PARTY**

*Jerry Gawith*

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE PICKUP          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ INSIDE DELIVERY          ☐ LIFT GATE          ☐ OTHERS
☐ RESIDENTIAL/LIMITED ACCESS

| Delv. Driver & #: | | Depart: |
|---|---|---|
| Date: | Arrive: | # of Pkgs: |

# of Skids:          OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:
☐ Over          ☐ Damage          Exceptions:
☐ Short          ☐ Wrap Broken

**DRIVER COPY**

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

8020566056-00

| | | |
|---|---|---|
| O: SPR | DATE | PAGE NO. |
| D: ALB | 11/03/08 | 1 /1 |

INTERLINE REFERENCE

| CONSIGNEE | SHIPPER |
|---|---|
| 16933   (518)454-5588 | 16602 |
| ALBANY TIMES UNION | ELEETS TRANSPORTATION |
| 645 ALBANY SHAKER ROAD | 60 SECURITY DRIVE |
| ALBANY   NY 12212 | AVON   CT  06001 |

SHIPPER'S REFERENCE
5024634

PO NUMBER
5024596

**THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND**

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 4 | | NEWSPAPER INSERTS | | 5685 | | | |
| | | ADVERTISER:CIRCUIT CITY | | | | | |
| | | DELIVER BY: 11/6/08 | | | FLAT | | |
| | | FLAT PALLET RATE | | | | | |
| | | ON 4 PALLETS | | | | | |
| | | | | 5685 | | | PREPAID |
| 4 | | | | | NET A/R | TOTAL CHARGES | |

Received in good condition except as noted

X _Richard Hawk_
   R. SAWETI
Print
Name

Date 11/6/08  Time 3:54P  Driver _um Bad_   Pieces 4 Skid

776336247382-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

8020566063-00

| O: SPR | DATE | PAGE NO. |
| D: SYR | 11/03/08 | 1 /1 |

| CONSIGNEE | SHIPPER | |
| --- | --- | --- |
| 16839 | 16602 | **INTERLINE REFERENCE** |
| AUBURN THE CITIZEN ADVERTISER | ELEETS TRANSPORTATION | |
| 25 DILL ST | 60 SECURITY DRIVE | **SHIPPER'S REFERENCE** |
| 315.253.5311 | | 5024634 |
| AUBURN        NY 13021 | AVON        CT 06001 | **PO NUMBER** 2054596 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND          ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | | NEWSPAPER INSERTS ON 2 PALLETS ADVERTISER: CIRCUIT CITY DELIVER BY: 11/6/08 FLAT PALLET RATE | | 1351 | FLAT | | |
| 2 | | | | 1351 | | | PREPAID |

Received in good condition except as noted

X _Mike Crush_

Print
Name _Mike Grandline_    Date _11/4/08_    Time _1230_ _1255_   Driver _Plante_    Pieces _2_

NET A/R

TOTAL CHARGES

306336247388-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062   (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

8020566087-00

| | | |
|---|---|---|
| O: SPR | DATE | PAGE NO. |
| D: SYR | 11/03/08 | 1 /1 |

INTERLINE REFERENCE

**CONSIGNEE**

16844    (607)936-4651
CORNING LEADER
34 W PULTENEY ST
607.936.4651
CORNING        NY  14830

**SHIPPER**

16602
ELEETS TRANSPORTATION
60 SECURITY DRIVE

AVON              CT  06001

SHIPPER'S REFERENCE
5024034

PO NUMBER
5024596

** COPY **

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS ON 1 PALLET ADVERTISER:CIRCUIT CITY DELIVER BY: 11/6/08 | | 713 | | | |
| 1 | | | | 713 | | | PREPAID |

Received in good condition except as noted

X

Print
Name

Date 11/4   Time 1152   Driver _____   Pieces 1

NET A/R    TOTAL CHARGES

266336247407-001

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

8020566070-00

| O: SPR | DATE | PAGE NO. |
|---|---|---|
| D: ALB | 11/03/08 | 1 /1 |

INTERLINE REFERENCE

**CONSIGNEE**

17013    (518)374-4141
SCHENECTADY GAZETTE
2345 MAXON ROAD (DEL IN REAR)
PO BOX 1090
SCHENECTADY        NY  12301

**SHIPPER**

16602
ELEETS TRANSPORTATION
60 SECURITY DRIVE

AVON              CT  06001

SHIPPER'S REFERENCE
5074934

PO NUMBER
5024596

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS ON 1 PALLET ADVERTISER: CIRCUIT CITY DELIVER BY: 11/6/08 | | 1807 | | | |
| | | | | 1807 | | | PREPAID |
| 1 | | | | | NET A/R | TOTAL CHARGES | |

Received in good condition except as noted

X _J. Gretter_

Print Name  _Jim MATTHEWS_

Date  _11-4-08_   Time _11:05_   Driver _Danac_   Pieces _1_
                        _11:20_

836336247393-001

# A. DuiePYLE

PYLE          DELIVERY RECEIPT

ICC NO. 39140
P.U.C. NO. A 00107226
FED. I.D. NO. 23-1417983

MAIN OFFICE : P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE - 800-523-5020          610-696-5800

www.aduiepyle.com          1 SS

PRO/FREIGHT BILL#    178 702 189

3:55:16AM  SCU

| | |
|---|---|
| ORG: CON   DST: WCH | |

| CONSIGNEE          BRBRAS | SHIPPER          ELAVRR | PICK UP DATE | PAGE |
|---|---|---|---|
| BRIDGETON EVENING NEWS | ELEETS TRANS CO | 11/03/08 | 1 |
| 100 E COMMERCE | % R R DONNELLEY | | |
| | 60 SECURITY DR | PICK UP DRIVER | PICK UP UNIT |
| BRIDGETON          NJ | AVON          CT | DELGADO, A | 6084R |
| 08302 | 06001 | SHIPPERS BILL OF LADING # |
| 856-451-1000 | | 209 |
| 103802  HH11  6963L | | PURCHASE ORDER # |
| D-3 SOUTH JERSEY 1 3SOJ | | S024595 |
| | | ELAVRR ELJA31 PREPAID |

*C*N O  A P P O I N T M E N T  N E E D E D

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| | | | REG MON-FRI OPEN: 9:00AM CLOSE 3:00PM | | | | |
| 1 | PLT | | MISC ITEMS | .100 | 553 | | |
| | | | 1 PLT | | | | |
| | | | DELIVER BY 11/06/08 | | | | |
| | | | ************************************** | | | | |
| | | | IF LIFTGATE SERVICE IS PERFORMED AT TIME | | | | |
| | | | OF DELIVERY, DRIVER COLLECT $ 55.00 | | | | |
| | | | ************************************** | | | | |
| | | | IF INSIDE DELIVERY IS PERFORMED AT TIME | | | | |
| | | | OF DELIVERY, DRIVER COLLECT $ 30.00 | | | | |
| | | | ************************************** | | | | |
| | | | | | | | |
| | | | Save Time with Dashboard to Desktop. Our | | | | |
| | | | real-time, satellite communication | | | | |
| | | | technology tracks information so you | | | | |
| | | | don't have to. You can receive Automatic | | | | |
| | | | Email Notification, Estimated Time of | | | | |
| | | | Arrival and Proof of Delivery. | | | | |

| 1 | < | TOTAL PIECES | *** C H A R G E S  M I S S I N G *** | TOTAL WEIGHT > | 553 | TOTAL CHARGES > |
|---|---|---|---|---|---|---|

| C.O.D. TOTAL | PCS | DATE | DRIVER | FIRM NAME |
|---|---|---|---|---|
| | 1 | n/d | HH11 | Bridgeton every news |

RECEIVED IN GOOD CONDITION SHRINKWRAP IN TACT UNLESS OTHERWISE NOTED. SIGNATURE
ACKNOWLEDGES DESIGNATED SPECIAL SERVICES WERE AUTHORIZED AND PERFORMED AT DELIVERY.

___ INSIDE DELIVERY          ___ SORT & SEG    # PCS:
___ LIFTGATE                 ___ PRISON          SIGNATURE    BY:
___ RESIDENTIAL              ___ MILITARY INSTALLATION
___ CONSTRUCTION SITE        ___ OVER DIMENSION   PRINT NAME   BY: Dennis Corchis

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

**Freight Bill 1642361766 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Ship Date 11/04/2008 | Bill of Lading |
| P.O. 5024595 | Shipper Reference |
| Origin GRR | Destination FNT |

**Consignee**
HOMETOWN NEWSPAPER
1151 BURKHART DRIVE
HOWELL
MI 48843        US

**Shipper**
ELEETS TRANSPORTATION
5050 E PARIS AVE SE
EXIT FXF DOCK
KENTWOOD
MI 49512        US

Trailer # X1225

| PIECES | HM | H# | DESCRIPTION | WT(LBS) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024595 INSERTS OR SUPPLEMENTS; NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616. FUEL SURCHG LTL SHPT16.70% | 1124 | 161685-01 | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | 1124 | | | | |

PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS   ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & # _____ 5a a_____ 6610 F328
Date: _11/5/08_ Arrive: _12:50_ Depart: _2:54_ OS&D #:
# of Pcs:
# of Skids: 1

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____
☐ Over  ☐ Damage  Exceptions:
☐ Short ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1



# FedEx. Freight

**DELIVERY RECEIPT**

Freight Bill  **164236 1755  R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

Ship Date 11/04/2008

P.O. 5024595

Origin GRR

Bill of Lading

Shipper Reference

Destination GRR

Trailer # x3115

**Consignee**
GRAND HAVEN TRIBUNE
101 N 3RD ST
GRAND HAVEN
MI 49417          US

**Shipper**
ELEETS TRANSPORTATION
5050 E PARIS AVE SE
EXIT FXF DOCK
KENTWOOD
MI 49512          US

| PIECES | H/U | H/M | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | PO# 5024595<br>INSERTS OR SUPPLEMENTS, NEWSPAPER<br>NOTIFY ELEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.996.1616.<br>FUEL SURCHG LTL SHP 16.70%<br>DISC AMT/MIN CHG FLR APPL | 693 | 161685-01 | | 060 | | |
| 1 | 1 | | | 693 | | | | ** | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS          ☐ LIFT GATE          ☐ OTHERS

Delv. Driver &

Date:

# of Skids:

Arrive:          Depart:          OS&D #:

# of Pcs:

Shipment received in apparent good order, with wrap intact unless otherwise noted.

Received by:
☐ Over    ☐ Damage    ☐ Exceptions:
☐ Short   ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

# FedEx
Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Freight Bill  1642361744  RO**

| | |
|---|---|
| Ship Date 11/04/2008 | Bill of Lading |
| P.O. 5024596 | Shipper Reference |
| Origin GRR | Destination FNT |

Trailer # F9381

Consignee
FLINT JOURNAL
300 E 1ST ST
BOB WHITE
FLINT
MI 48502
US

Shipper
ELEETS TRANSPORTATION
5050 E PARIS AVE SE
EXIT FXP DOCK
KENTWOOD
MI 49512
US

| PIECES | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | PO# 5024596 INSERTS OR SUPPLEMENTS: NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616. FUEL SURCHG LTL SHPT16.70% | 5037 | 161685-01 | | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE THIRD PARTY    5037

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY      ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS  ☐ LIFT GATE      ☐ OTHERS

| Deliv. Driver & #: | Arrive: 1059 | Depart: 1116 |
|---|---|---|
| Date: 11-5-08 | # of Pcs: | OS&D #: |

# of Skids: 3

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: Denis Pole

Exceptions:
☐ Over  ☐ Damage
☐ Short ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

**FedEx** Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

Consignee
VALLEY PUBLISHING
5215 MACKINAW RD
BAY CITY
MI 48706                    US

# DELIVERY RECEIPT    164236I733 R0

| Freight Bill    164236I733 R0 |
|---|
| Ship Date  11/04/2008 |
| P.O. 5024595 |
| Origin GRR          Trailer # X1276 |
| Bill of Lading |
| Shipper Reference |
| Destination MID |

Shipper
ELEETS TRANSPORTATION
5050 PARIS AVE SE
EXIT FXF DOCK
KENTWOOD        US
MI 49512

| PIECES | HU | HM | DESCRIPTION | WT(lbs) | NMFC | PC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | PO# 5024595 | 3234 | 161685-01 | | 060 | | |
| | | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.161. | | | | | | |
| | | | FUEL SURCHG LTL SHPT16.70% | | | | | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | | |
| 3 | 3 | | PREPAID - WILL INVOICE THIRD PARTY | 3234 | | | 3234 | | |

PREPAID - WILL INVOICE:
RESPONSIBLE PARTY

ACCESSORIAL SERVICES PERFORMED:
— ☐ INSIDE DELIVERY        — ☐ SORT & SEGREGATE    —  ☐ DETENTION
— ☐ RESIDENTIAL-LIMITED ACCESS    — ☐ LIFT GATE        — ☐ OTHERS

Deliv. Driver & #: _S. CATHCART /66667_
Date: _11/5/08_  Arrive: _1018_  Depart: _1030_  OS&D #: _____
# of Skids: _3_  # of Pcs: _3_

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: _L. Jerri Stunt_
☐ Over   ☐ Damage   Exceptions: _____
☐ Short  ☐ Wrap Broken

Customer Requirements/Appointment Instruction

_Start_

**DRIVER COPY**

**eleets TRANSPORTATION**

Bill of Lading

Non-Negotiable

5023781

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 901 |
| BOL#/PRO# | 5023781 |
| PO# | 5023702 |
| Stop # | 1 |
| Class#0 NMFC | 161585-01 Inserts |

**Shipper** (Being Shipped From)

Eleets Transportation Co.
C/O RR Donnelley
401 N. GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date:  10/2/2008

**Consignee** (Being Shipped To)

Rocky Mountain News
5990 N WASHINGTON ST
DENVER, CO 80216
(303) 892-5000

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 0 | 33217 | 10/30 | 11/09 | CIRCUIT CITY | 524800 | NI | West | Denver Post |
| 27 | 0 | 33217 | | | | 524800 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1816    or
Any Discrepancies Prior To Departing That Location.

rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**
Check with Joe Brown  foreman for inserts
303-954-2070.Retail Advertising - 303 820
434.Susan Gillespie CC rep (303)
820-1086.303-820-1023 Shawn Bayer major accounts

**Directions:** I-76 WEST TO I-25 SOUTH GET
OFF AT 58th AVE EXIT. TURN LEFT. GO 3
LIGHTS TO WASHINGTON ST. TURN LEFT.
THEY ARE 1 BLOCK DOWN ON THE
RIGHT/Rec Hours: M-F  7am-3pm-All Sunday
events go to Washington Street

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.
Signature of consignor:  X

**Receiver / Consignee:**
Date Received:   10-29-08
Received by:   JIM SPEER
Signature:  X

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature:  X

Page 1 of 1

# FedEx. Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4685

| Freight Bill  1642361722  R0 | |
|---|---|
| Ship Date 11/04/2008 | Bill of Lading |
| P.O. 5024596 | Shipper Reference |
| Origin GRR | Destination KMZ |

**Consignee**
FLASHES PUBLICATIONS NORT
525 JENNER DR
ALLEGAN
MI 49010          US

**Shipper**
ELEETS TRANSPORTATION
5050 PARIS AVE SE
EXIT FXF DOCK
KENTWOOD          US
MI 49512

Trailer # U174

| PIECES | HM | HM | DESCRIPTION | WT(lbs) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5024596<br>NEWSPAPER INSERTS<br>NOTIFY ELEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.99.1616<br>INSERTS OR SUPPLEMENTS NEWSPAPER<br>FUEL SURCHG LTL SHPT16.70% | 1431 | 161685-01 | | 060 | | |
| | | | | | 161685-01 | | 060 | | |
| 1 | | | | 1431 | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED**
- ☐ INSIDE DELIVERY
- ☐ RESIDENTIAL/LIMITED ACCESS
- ☐ SORT & SEGREGATE
- ☐ LIFT GATE
- ☐ DETENTION
- ☐ OTHERS

| Deliv. Driver & #: | | |
|---|---|---|
| Date: | Arrive: | Depart: |
| # of Skids: | # of Pcs: | OS&D #: |

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:
☐ Over   ☐ Damage
☐ Short  ☐ Wrap Broken

Exceptions:

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

**DELIVERY RECEIPT**

| Freight Bill 1206814991 R0 | | Bill of Lading 5023793 |
| Ship Date 10/27/2008 | | Shipper Reference |
| P.O. 5023702 | Origin DAL | Destination ABI |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com   1.866.393.4585

**Consignee**
ABILENE REPORTER NEWS
101 CYPRESS ST
ABILENE
TX 79601          US

**Shipper**
FLEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011          US

Trailer # 230206

| PIECES | HM | DESCRIPTION | WT(LBS) | NMFC | PCS | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | PO# 5023702 | 1772 | 161685-01 | | 060 | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | | |
| | | NOTIFY FLEETS TRANS IMMEDIATELY OF | | | | | | |
| | | ANY EXCEPTIONS @ 877.997.1616. | | | | | | |
| | | 2 PCS                DELIVER BY | | | | | | |
| | | 10-30-08        :CONS PHONE #    LOA | | | | | | |
| | | 325-676-6719 | | | | | | |
| | | 309    FUEL SURCHG LTL SHPT17.50% | | | | | | |

\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\*

| 2 | PREPAID - WILL INVOICE THIRD PARTY | 1772 | PREPAID - WILL INVOICE
RESPONSIBLE PARTY |

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE    _____ ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS    ☐ LIFT GATE           ☐ OTHERS

Deliv. Driver & # _____

Date: _____   Arrive: 10:3   Depart: 10:7

# of Skids: _____   # of Pcs: _____   OS&D #: _____

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____
☐ Over  ☐ Damage   Exception: _____
☐ Short ☐ Wrap Broken

**Customer Requirements/Appointment Instruction**

Dewayne Latham

DRIVER COPY

Page 1 of 1

**FedEx.** Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

# DELIVERY RECEIPT

**1206815024 R0**

| Freight Bill | |
|---|---|
| Ship Date 10/27/2008 | Bill of Lading 5023793 |
| P.O. 5023702 | Shipper Reference |
| Origin DAL | Destination LVW |

Trailer # P17240

Consignee
LONGVIEW NEWSPAPER
320 E METHVIN ST
LONGVIEW
TX 75601          US

Shipper
ELKETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011          US

| PIECES | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | POH 5023702<br>INSERTS ORE SUPPLEMENTS; NEWSPAPER<br>NOTIFY ELKETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.<br>2 SWS<br>903-757-3311          :CONS' PHONE #<br>10-30-08          'DELIVER BY<br>1309          LOA<br>FUEL SURCHG LTL SHPT17.50% | 1586 | 161685-01 | | 060 | | |

** ' ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 2 | PREPAID - WILL INVOICE THIRD PARTY | 1586 | | | | | |

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

_Gonzalez_

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
— ☐ INSIDE DELIVERY          — ☐ SORT & SEGREGATE          —— ☐ DETENTION
— ☐ RESIDENTIAL-LIMITED ACCESS          — ☐ LIFT GATE          — ☐ OTHERS

Delv. Driver & #: _J Brentos   3vy_
Date: _01/28/08_   Arrive: _11:08_   Depart: _11:32_
# of Skids: _7_   # of Pcs:

Received by: _Aleevodo Gonzalez_
☐ Over   ☐ Damage   Exceptions:
☐ Short   ☐ Wrap Broken

Shipment received in apparent good order with wrap intact unless otherwise noted.

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT  1206815002 R0

**Freight Bill 1206815002 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Ship Date 10/27/2008 | Bill of Lading 5023793 |
| P.O. 5023702 | Shipper Reference |
| Origin DAL | Destination SHM |

Trailer # P13796

**Consignee**
HERALD DEMOCRAT
603 S SAM RAYBURN FWY
SHERMAN
TX 75090          US

**Shipper**
ELEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011          US

| PIECES | HM | DESCRIPTION | WEIGHT | NMFC | P.C. CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | P0# 5023702 | 1548 | 161685-01 | 060 | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | | 903-893-8181   :CONS PHONE # | | | | | |
| | | 10-30-08 .       DELIVER BY | | | | | |
| | | 2 SWS | | | | | |
| | | HRS M-F 8-5 | | | | | |
| | | 309 | | | | | |
| | | FUEL SURCHG LTL SHPT17.50%         LOA | | | | | |
| | | DISC AMT/MIN CHG FLR APPL | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**      1548

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

*Damien M Benedic*

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY
☐ RESIDENTIAL/LIMITED ACCESS
☐ SORT & SEGREGATE
☐ LIFT GATE
☐ DETENTION
☐ OTHERS

| Delv. Driver # : | Arrive: 11:55 | Depart: 12:14 |
| Date: 10-28-08 | # of Pcs: 2 | OS&D #: |

# of Skids: 2

Shipment received in apparent good order with wrap intact, unless otherwise noted.

Received by: *Damien Benedic*
☐ Over   ☐ Damage   Exceptions:
☐ Short  ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Freight Bill** 1206814980 R0

| Freight Bill | Ship Date 10/27/2008 | Origin DAL | Bill of Lading 5023793 |
| --- | --- | --- | --- |
| | P.O. 5023702 | | Shipper Reference |
| | | | Destination TYR |

Consignee
TYLER COURIER TIMES
410 411 ELM ST
TYLER          US
TX 75702

Trailer # x4271

Shipper
ELEETS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON        US
TX 76011

| PIECES | H/U | DESCRIPTION | WT(lbs) | NMFC | PCF/CLASS | RATE | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2 | 2 | PO# 5023702 | 1839 | 161685-01 | 060 | | |
| | | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | ANY EXCEPTIONS @ 877.997.9116 | | | | | |
| | | 903-597-8111    :CONS PHONE # | | | | | |
| | | 10-30-08              DELIVER BY | | | | | |
| | | 2 SWS | | | | | |
| | | 30                                LOA | | | | | |
| | | FUEL SURCHG LTL SHPT17.50% | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
PREPAID - WILL INVOICE THIRD PARTY          1839

PREPAID - WILL INVOICE
RESPONSIBLE PARTY
1839

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED
☐ INSIDE DELIVERY      ☐ SORT & SEGREGATE      ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS      ☐ LIFT GATE      ☐ OTHERS

Delv, Driver & #: _____ Arrive: 11:31    Depart:
Date: 10-28-08    # of Pcs:                OS&D #:
# of Skids: 2

Received by: Fretha Scott  Exceptions: 10 3808

Shipment received in apparent good order with wrap intact unless otherwise noted.
☐ Over  ☐ Damage
☐ Short  ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

**Freight Bill 1206815013 R0**

2200 FORWARD DRIVE
HARRISON AR 72601

fedex.com 1 866 393 4585

| Ship Date 10/27/2008 | Bill of Lading 5023793 |
| P O 5023702 | Shipper Reference |
| Origin DAL | Destination WFT |

**Consignee**
WICHITA FALLS TMS & RECORD NWS
1301 LAMAR ST
WICHITA FALLS
TX 76301              US

**Shipper**
ELBERTS TRANSPORTATION
401 N GREAT SOUTHWEST PKWY
% RR DONNELLEY
ARLINGTON
TX 76011              US

Trailer # P4152

| PIECES | HM3 | HM | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | PO# 5023702 INSERTS OR SUPPLEMENTS NEWSPAPER NOTIFY ELBERTS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877 997 1616 940 767-8346    CONS PHONE # 10 30-08         DELIVER BY 2 SWS                        LOA 309 FUEL SURCHG LTL SHPT17 50% | 1548 | 161685-01 | | 060 | | |
| | | | | 1548 | | | | | |

ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES
PREPAID - WILL INVOICE THIRD PARTY

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY         ☐ SORT & SEGREGATE _____ ☐ DETENTION
☐ RESIDENTIAL LIMITED ACCESS  ☐ LIFT GATE       _____ ☐ OTHERS

| Deliv Driver & # | Evropst 0155011 |
| Date  10-28-08 | Arrive 10:07 | Depart  10.43 |
| # of Skids | # of Pcs | OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by  DAVID S WINTERFELD

Exceptions
☐ Over  ☐ Damage
☐ Short ☐ Wrap Broken

Customer Requirements/Appointment Instruction

10-28-08

DRIVER COPY

Page 1 of 1

# FedEx Freight

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

# DELIVERY RECEIPT

**Freight Bill 1483463575 RO**

| | |
|---|---|
| Ship Date 10/29/2008 | Bill of Lading |
| P.O. 5023702 | Shipper Reference |
| Origin HOU | Destination CRP |

**Consignee**
CORPUS CHRISTI CALLER TIMES
820 N LOWER BROADWAY ST
ATTN LORRAINE CORTEZ
CORPUS CHRISTI    US
TX 78401

Trailer # P13727

**Shipper**
ELERTS TRANSPORTATION
4004 IRVINGTON BLVD
EXIT FXF DOCK
HOUSTON    US
TX 77009

| PIECES | H/U | DESCRIPTION | WT(LBS) | NMFC | PCS | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3 | | PO# 5023702<br>INSERTS OR SUPPLEMENTS: NEWSPAPER<br>NOTIFY ELERTS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.<br>APPOINTMENT DELIVERY **<br>3618863680  **CONS PHONE #<br>FUEL SURCHG LTL SHPT16.70% | 3522 | 161685-01 | | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
**PREPAID - WILL INVOICE THIRD PARTY** 3522

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS  ☐ LIFT GATE                ☐ OTHERS

Customer Requirements/Appointment Instruction

Deliv. Driver & #: _B. TOWNZ  (733073)  33073_

Arrive: _924_    Depart: _974_

Date: _10-31-3_    # of Pcs: _3_    OS&D #: _____

# of Skids: _____

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _Ken Winker_
☐ Over  ☐ Damage  ☐ BUB-MICRECBF
☐ Short ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

**DELIVERY RECEIPT**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Freight Bill | 148463586 | R0 |
|---|---|---|

| Ship Date 10/29/2008 | Bill of Lading |
| P.O. 5023702 | Shipper Reference |
| Origin HOU | Destination HRL |

**Consignee**
HARLINGEN VALLEY MORNING STAR
1310 S COMMERCE ST
HARLINGEN
TX 78550      US

**Shipper**
ELEETS TRANSPORTATION
4004 IRVINGTON BLVD
EXIT FXF DOCK
HOUSTON
TX 77009      US

Trailer # F7153

**DESCRIPTION**

PO# 5023702
INSERTS OR SUPPLEMENTS, NEWSPAPER
NOTIFY ELEETS TRANS IMMEDIATELY OF
ANY EXCEPTIONS @ 877-997-1616.
APPOINTMENT DELIVERY **
** CONS PHONE #
9564306237
FUEL SURCHG LTD. 8:00 TO 16:00
APPOINTMENT FROM 8:00 TO 16:00
APPT 103008 16:00SETUP103008 09:57
GARY MALEY US (956)430-6219

| PIECES | HM | WEIGHT | NMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| | | 1150 | 161685-01 | 060 | | |
| | | **1150** | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE THIRD PARTY

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

**Customer Requirements/Appointment Instruction**
APPOINTMENT FROM 08:00 TO 16:00
APPT 103008 16:00SETUP103008 09:57
GARY MALEY US (956)430-6219

**ACCESSORIAL/SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE
☐ RESIDENTIAL/LIMITED ACCESS  ☐ LIFT GATE
                              ☐ DETENTION
                              ☐ OTHER

Delv. Driver & #: 38446 0010633

Arrive: 13:11      # of Pcs: 1

Depart: 18:17      OS&D #:

Date: 10-30-08     Exceptions:

# of Skids:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: Joe Zamora
☐ Over  ☐ Damage
☐ Short ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Freight Bill 148346 3542 R0 | | |
|---|---|---|
| Ship Date 10/29/2008 | Bill of Lading | |
| P.O. 5023702 | Shipper Reference | |
| Origin HOU | Destination HRL | |

Trailer # P16353

**Consignee**
MONITOR WAREHOUSE
5901 NORTH JACKSON RD
MCALLEN
TX 78501    US

**Shipper**
ELEETS TRANSPORTATION
4004 IRVINGTON BLVD
EXIT# FXF DOCK
HOUSTON
TX 77009    US

### DESCRIPTION

P0# 5023702
INSERTS OR SUPPLEMENTS, NEWSPAPER
NOTIFY ELEETS TRANS IMMEDIATELY OF
ANY EXCEPTIONS @ 877-99? PHONE #
9566864343    CONT ... PHONE #
APPOINTMENT DELIVERY
FUEL SURCHG INT SHPT16.70%
0001219 DEFICIT WT-LOWER CHARGES
NOTED AS
APPOINTMENT FROM 08:00 TO 17:00
APPT 103008 17:00SETUP103008 09:58
ETA 10/30 US (000)000-0000

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE THIRD PARTY

| PIECES | HM | WEIGHT | NMFC | SUB CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 4 | | 3781 | 161685-01 | 060 | | |
| | | 1219 | | | | |
| | | 5000 | | | | |
| | | 3781 | | | | |

PREPAID- WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction
APPOINTMENT FROM 08:00 TO 17:00
APPT 103008 17:00SETUP103008 09:58
ETA 10/30 US (000)000-0000

### ACCESSORIAL SERVICES PERFORMED:
- ☐ SORT & SEGREGATE
- ☐ INSIDE DELIVERY
- ☐ LIFT GATE
- ☐ RESIDENTIAL-LIMITED ACCESS
- ☐ DETENTION
- ☐ OTHERS

Delv. Driver & #: _____ 1436
Date: 10-30-08    Arrive: 1436    Depart: 1447
# of Pcs: 4    OS&D #: _____

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _____    Exceptions:
Date: 10/30/08
# of Skids: 4
- ☐ Over    ☐ Damaged
- ☐ Short    ☐ Wrap Broken

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

**Freight Bill  1483463564  R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

| | |
|---|---|
| Ship Date 10/29/2008 | Bill of Lading |
| P.O. 5023702 | Shipper Reference |
| Origin HOU | Destination BMT |

**Consignee**
TRIANGLE PRESS
600 MARTIN LUTHER KING JR DR
ORANGE
TX 77630         US

Trailer # P12963

**Shipper**
ELEETS TRANSPORTATION
4004 IRVINGTON BLVD
EXIT FXF DOCK
HOUSTON
TX 77009         US

| PIECE | T/U | HM | DESCRIPTION | WT(LBS) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | PO# 5023702<br>INSERTS OR SUPPLEMENTS, NEWSPAPER<br>NOTIFY ELEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616<br>4097211500       :CONS PHONE #<br>APPOINTMENT DELIVERY **<br>FUEL SURCHG LTL SHPT16.70%<br>0000153 DEFICIT WT=LOWER CHARGES<br>RATED AS.<br>DISC AMT/MIN CHG FLR APPL | 847<br><br>153<br>1000 | 161685-01 | 060 | | |
| | | | | 847 | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

**ACCESSORIAL SERVICES PERFORMED:**
- ☐ INSIDE DELIVERY
- ☐ RESIDENTIAL LIMITED ACCESS.
- ☐ SORT & SEGREGATE
- ☐ LIFT GATE.
- ☐ DETENTION
- ☐ OTHERS

Delv. Driver & #: W1ARSon dy035C

| Date: 10·30·0Y | Arrive: 1·345 | Depart: 1·356 |
|---|---|---|

# of Skids: CD        # of Pcs:        OS&D #:

Customer Requirements/Appointment Instruction

A. Henry

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: ☐ Over    ☐ Damage    Exceptions:
☐ Short    ☐ Wrap Broken



**DRIVER COPY**

**DELIVERY RECEIPT (RED)**

| CONSIGNEE | INBOUND TRAILER | SHIPPER | 103 213 515 |
|---|---|---|---|

KILLEEN HERALD

242693 OUNT

FLEETS TRANSPORTATION
×UPS FREIGHT
5550 RITTIMAN RD

**FREIGHT BILL NUMBER**

1809 FLORENCE
KILLEEN          TX 76541

103 213 515

SAN ANTONIO      TX 78218

**CITY RTR/BYD SCAC**    DEST

13997045

00773592

8P    WAC

ADV CAR

POR 5023702

**PICK UP DATE**    ORIG

BLR 5023787

UPS FREIGHT PHONE NUMBER

(800)333-7400    10/28/08    SNT

29

103 213 515

**UPGF**

**UPS Freight™**    www.upsfreight.com    103 213 515

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| | | | 2 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 2 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| 2 | | SK | NEWSPAPERS INSERTS CL60 | 1490 | 161685-01 |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | 01542-SNT ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT SNT. | | |
| | | | WEIGHT DECLARED AS 01542 LBS. | | |
| | | | ACTUAL WEIGHT IS 01490 LBS. | | |
| | | | *INTRA* STATE RATES APPLY | | |
| | | | DOCK DELIVERY | | |
| | | | BILL TO: 48233813 | | |
| | | | FLEETS TRANSPORTATION | | |

| CONTD | TTL PCS | PRINT NAME Chris Lands | TTL WT | ODOM 424 | ARRIVE 1335 | DEPART 1345 |
|---|---|---|---|---|---|---|
| PIECES DLVRD | | SIGNATURE X Chris Lands | FROM Killen Herald | | | |
| WRAP | INTACT? | | | DATE 10/28/08 | DRIVER NAME | |
| YES | NO | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

**DELIVERY RECEIPT (RED)**

| CONSIGNEE | INBOUND TRAILER | SHIPPER | 103 213 515 |
|---|---|---|---|

**FREIGHT BILL NUMBER**

103 213 515

**CITY RTR/BYD SCAC**    DEST

ADV CAR

POR

UPS FREIGHT PHONE NUMBER    PICK UP DATE    ORIG    BLR

**UPGF**

**UPS Freight™**    www.upsfreight.com    103 213 515

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| | | | UPGF 6180 0333960 | | |
| | | | CZAR 198 | 40140 | |

CONTD PAGE 2

| 2 | TTL PCS | PRINT NAME | TTL WT 1490 | ODOM | ARRIVE | DEPART |
|---|---|---|---|---|---|---|
| PIECES DLVRD | | SIGNATURE X | FIRM | | | |
| WRAP | INTACT? | | | DATE | DRIVER NAME | |
| YES | NO | RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED | | | | |
| | | RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE | | | | |

UPGF

**UPS Freight**

CONSIGNEE   DELIVERY RECEIPT (KEN)

LAREDO MORNING TIMES

111 ESPERANZA DR
LAREDO          TX 78041

PO# 5023702

UPS FREIGHT PHONE NUMBER
(800)333-7400

29

INBOUND TRAILER

281896 MTRG
FREIGHT BILL NUMBER
103 213 526
CITY BCR/BND SCAC          DEST
LAR
PICK UP DATE          ORG
10/28/08   SNT

SHIPPER                          103 213 526
ELEETS TRANSPORTATION
XUPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIC     TX 78218
          1399704:
ADV CAR
BLJ     5023787

103 213 526

WEIGHT (LBS)
1313

NMFC

WITH THE FOLLOWING :
161685-01

DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS

| # PCS | HM | PT | | |
|---|---|---|---|---|
| 1 | | | 1 SK | PIECE(S) COUNTED AND VERIFIED ON |
| | | | | 1 SK HANDLING UNIT(S) CL60 |
| | | | | SK NEWSPAPERS INSERTS CL60 |
| | | | | LTL FUEL ADJUSTMENT |
| | | | | *INTRA+ STATE RATES APPLY |
| | | | | DOCK DELIVERY |
| | | | | BILL TO: 48233813 |
| | | | | ELEETS TRANSPORTATION |
| | | | | UPGF  6180 0333960 |
| | | | | CZAR   198         40085 |

www.upsfreight.com

TTL WT ►
1313

FIRM
Carees Horning

PRINT NAME

SIGNATURE

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| ODOM | ARRIVE | DEPART |
|---|---|---|
| 699 | 1226 | 1234 |
| DATE | DRIVER NAME |  |
| 1029 | Oscar |  |

# PCS   1
HM
PT

PIECES DLVRD   1

WRAP  INTACT?
X YES   □ NO

**DELIVERY RECEIPT (RED)**

**CONSIGNEE**

NEW BRAUNFELS HERALD

1342 INDUSTRIAL DR

NEW BRAUNFELS          TX 78130

PO# 5023702

**UPS FREIGHT PHONE NUMBER**
(800) 333-7400

29

**INBOUND TRAILER**

DOCK

**FREIGHT BILL NUMBER**
103 213 530

| CITY BIN/BRD SCAC | DEST |
|---|---|
| 21A | SNT |

**PICK UP DATE**
10/28/08

**SHIPPER**
ELEETS TRANSPORTATION
%UPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO          TX 78218

13997045
**ADV CAR**

| ORIG | DEST |
|---|---|
| SNT | SNT |

BL# 5023787

103 213 530

**UPGF**

103 213 530

| | WEIGHT (LBS) | NMFC |
|---|---|---|

**DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS**    www.upsfreight.com

| # PCS | HM | PT | | | |
|---|---|---|---|---|---|
| 1 | | SK | NEWSPAPERS INSERTS CL60 | 641 | |
| | | | 1 PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 1 SK HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| | | | LTL FUEL ADJUSTMENT | | 161685-01 |
| | | | *INTRA* STATE RATES APPLY | | |
| | | | DOCK DELIVERY | | |
| | | | DISTRIBUTION-PRICING | | |
| | | | BILL TO: 48233813 | | |
| | | | ELEETS TRANSPORTATION | | |
| | | | UPGF   6180 0333960 | | |
| | | | CZAR   198 | 40025 | |

| | TTL WT ▶ | 641 |
|---|---|---|

**FIRM**
W.B. WARD

**PRINT NAME**

**SIGN HERE**
X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FIRM ABOVE

PIECES DLVRD

WRAP  ☐ NO

▶ 1  ◀ ☑ W/ PCS

| DOOR | ARRIVE | DEPART |
|---|---|---|
| 284 | 1570 | 1575 |

| DATE | | DRIVER NAME |
|---|---|---|
| 10/29 | | COGEN |

**UPS Freight™**