103 213 552

UPGF

**DELIVERY RECEIPT (RED)**

CONSIGNEE

SEGUIN GAZETTE ENTERPRISE

1012 SCHRIEWER

SEGUIN          TX 78155

PO# 5023702

UPS FREIGHT PHONE NUMBER
(800)333-7400

29

INBOUND TRAILER

DOCK

SHIPPER
ELEETS TRANSPORTATION
%UPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO      TX 78218
13997045
ADV CAR
B/L  5023787

FREIGHT BILL NUMBER
103 213 552

| CNTY XFR/RTD SCAC | DEST | |
|---|---|---|
| 22H | SNT | |
| PICK UP DATE | DISC | |
| 10/28/08 | SNT | |

103 213 552

| WEIGHT (LBS) | NMFC |
|---|---|

**DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS**

| # PCS | HM | PT | | |
|---|---|---|---|---|
| 1 | | | 1  PIECE(S) COUNTED AND VERIFIED ON | FOLLOWING: |
| | | SK | 1 SK  HANDLING UNIT(S) WITH THE | 161685-01 |
| 1 | | | NEWSPAPERS INSERTS · CL60      320 | |
| | | | ·LTL FUEL ADJUSTMENT | |
| | | | *INTRA* STATE RATES APPLY | |
| | | | DOCK DELIVERY | |
| | | | DISTRIBUTION PRICING | |
| | | | BILL TO: 48233813 | |
| | | | ELEETS TRANSPORTATION | |
| | | | UPGF  6180 0333960 | |
| | | | CZAR   198              40025 | |

www.upsfreight.com

TTL WT ▷    320

FROM  Gazette

PRINT NAME  B. MARIER

SIGNATURE  X  B. Mark

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| ◀ TTL PCS | | |
|---|---|---|
| 1 | | |

PIECES DLVRD
WRAP  ☑ YES  ☐ NO
INTACT?  ☑ YES  ☐ NO

UPS Freight

| ODOM | ARRIVE | DEPART |
|---|---|---|
| 086 | 11:57 | 12:07 |
| DATE 10·29·08 | DRIVER NAME  G. Perez | |

UPS Freight™

**DELIVERY RECEIPT (RED)**

103 213 541

UPGF

**CONSIGNEE**
TEMPLE DAILY TELEGRAM

10 S 3RD ST
TEMPLE               TX 76501

POR 5023702

**UPS FREIGHT PHONE NUMBER**
(800)333-7400

29

**SENDER**
FLEETS TRANSPORTATION
4UPS FREIGHT
5550 RITTIMAN RD
SAN ANTONIO          TX 78218
ADV/OR  13997045
B/L#  5023787

**INBOUND TRAILER**
262592 OUNT
**FREIGHT BILL NUMBER**
103 213 541
**CITY RTE/MD SCAC**  ZN
**DEST**  WAC
**ORIG**  SNI
**PICK UP DATE**  10/28/08

103 213 541
**WEIGHT (LBS)**

**DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS**

| # PCS | RWH | PT | TTL PCS |
|---|---|---|---|
| 1 | | $K | |

1   PIECE(S) COUNTED AND VERIFIED ON
       1 SK HANDLING UNIT(S) WITH THE FOLLOWING:
NEWSPAPERS INSERTS CL60                    161685-01
LTL FUEL ADJUSTMENT                              1434
SHIPPER LOAD AND COUNT
*INTRA* STATE RATES APPLY
DOCK DELIVERY
BILL TO: 48233813
FLEETS TRANSPORTATION
UPGF  6180 0333960
CZAR  198                         40140

www.upsfreight.com

**TTL WT**  1434

**FROM**  Tony L Dody

**PRINT NAME**  JOE ORTIZ
**SIGNATURE**  X

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

**PIECES DLVRD**
**WRAP INTACT?**
YES  NO

| ODOM | ARRIVE | DEPART |
|---|---|---|
| | 802/1/20 | 1/53 |
| | | |

**DRIVER NAME**



Page 1 of 1

## DELIVERY RECEIPT

**FedEx Freight**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Freight Bill 1549471464 R0 |
| --- |
| Ship Date 10/28/2008 |
| P.O. 5023702 | Origin TUL |

Bill of Lading 5023785
Shipper Reference
Destination WTK

**Consignee**
WICHITA EAGLE BEACON
BILL WAGENBAUR 3162685205
825 E DOUGLAS AVE
WICHITA
KS 67202          US

**Shipper**
ELBERTS TRANSPORTATION
6882 W 76TH ST
MAIL FXF DOCK
TULSA
OK 74131          US

Trailer # F17204

**DESCRIPTION**

PO# 5023702
316 268 6000
INSERTS OR SUPPLEMENTS, NEWSPAPER
NOTIFY ELBERTS TRANS IMMEDIATELY OF
ANY EXCEPTIONS @ 877.997.1616
10/31/08 DELIVER BY
DIRECTIONS TO LOCATION ON BOL
316 268 6000
BILL WAGENBAUR 3162685205
303
TUL           INSPECTING TERMINAL
003752           ORIGINAL WEIGHT
**SHIPMENT REWEIGHED AS ABOVE**
FUEL SURCHG LTL SHP17.50%          LOA

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

| WT(LB) | NMFC | PCS/CLASS | RATE | TOTAL CHARGES |
| --- | --- | --- | --- | --- |
| 3680 | 161685-01 | 060 | | |
| 3680 | | | | |

**PREPAID - WILL INVOICE RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS          ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & #:
Date: 12-29-08    Arrive: 13:57    Depart: 13:57    OS&D #:
# of Skids: 3    # of Pcs: 3    Exceptions:

Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by:
☐ Over    ☐ Damage
☐ Short    ☐ Wrap Broken

**DRIVER COPY**



Page 1 of 1

**FedEx Freight**

**DELIVERY RECEIPT**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| Freight Bill 154471475 R0 | |
|---|---|
| Ship Date 10/28/2008 | Bill of Lading 5023785 |
| P.O. 5023702 | Shipper Reference |
| Origin TUL | Destination LNK |

**Consignee**
LINCOLN JOURNAL STAR
402 473 7166
900 "Q" STREET
LINCOLN
NE 68508          US

**Shipper**
FLEETS TRANSPORTATION
6882 W 76TH ST
EXIT FXF DOCK
TULSA          US
OK 74131

Trailer # P20626

| PIECES | DESCRIPTION | WT(lbs) | NMFC | PRO/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 4 | PO# 5023702 | 4272 | 161685-01 | 060 | | |
| | 402 473 016 SUPPLEMENTS; NEWSPAPER | | | | | |
| | INSERTS OR SUPPLEMENTS; NEWSPAPER | | | | | |
| | NOTIFY FLEETS TRANS IMMEDIATELY OF | | | | | |
| | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | 10/30/08          DELIVER BY | | | | | |
| | DIRECTIONS TO LOCATION ON BOL          LOA | | | | | |
| | 303 | | | | | |
| | FUEL SURCHG LTL SHPT17.50% | 728 | | | | |
| | 0000728 DEFICIT WT=LOWER CHARGES | 5000 | | | | |
| | RATED AS...... | | | | | |

** * ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

** PREPAID - WILL INVOICE THIRD PARTY          4272

PREPAID WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY   ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS   ☐ SORT & SEGREGATE   ☐ OTHERS
☐ LIFT GATE

Delv. Driver & #: _____ David 43206
Date: 10-24-08   Arrive: 1050   Depart: 1140
# of Pcs: 4   OS&D #:

# of Skids: 4

Received by: Steve Langston   Steve Langston

Exceptions:
☐ Over   ☐ Damage
☐ Short   ☐ Wrap Broken

Shipment received in apparent good order with wrap intact unless otherwise noted.

**DRIVER COPY**

# FedEx Freight

**DELIVERY RECEIPT**

Page 1 of 1

**Freight Bill 1549471453 R0**

| | |
|---|---|
| Ship Date 10/28/2008 | Bill of Lading 5023785 |
| P O 5023702 | Shipper Reference |
| Origin TUL | Destination OKC |

Trailer # G388

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1 866 393 4685

**Consignee**
NORMAN TRANSCRIPT
405 366 3554
215 E COMMERCE
NORMAN
OK 73070    US

**Shipper**
FLEETS TRANSPORTATION
6882 W 76TH ST
EXIT FXF DOCK
TULSA
OK 74131    US

| PIECES | HM | H/M | DESCRIPTION | WT(LBS) | NMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | POH 5023702 | 798 | 161685-01 | 060 | | |
| | | | 405 366 3554 | | | | | |
| | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | | | | | |
| | | | NOTIFY FLEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877 997 1616 | | | | | |
| | | | 10/30/08          DELIVER BY LOA | | | | | |
| | | | 303                               | | | | | |
| | | | FUEL SURCHG LTL SHPT17 50% | | | | | |
| | | | 0000202 DEFICIT WT=LOWER CHARGES | 202 | | | | |
| | | | RATED AS | 1000 | | | | |
| | | | DISC AMT/MIN CHG FLR APPL | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE THIRD PARTY

798

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE        ☐ DETENTION
☑ RESIDENTIAL-LIMITED ACCESS  ☐ LIFT GATE        ☐ OTHERS

Customer Requirements/Appointment Instruction

| Deliv Driver & # | | |
|---|---|---|
| Date 10-29-08 | Arrive 12:43 | Depart 1256 |
| # of Skids 1 | # of Pcs | OS&D # |

Shipment received in apparent good order with wrap intact unless otherwise noted

Received by
☐ Over   ☐ Dunnage   Exceptions
☐ Short  ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx Freight

**DELIVERY RECEIPT**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Freight Bill 1538143913 R0 | |
|---|---|
| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination DEN |

Trailer # 2854933

**Consignee**
ROCKY MOUNTAIN NEWS
5990 WASHINGTON ST
DENVER
CO 80216          US

**Shipper**
ELRETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT PXF DOCK
LUBBOCK
TX 79404          US

| PIECES | HM | HU | | DESCRIPTION | (WT)LBS | NMFC | PCF/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | RECEIVING CLOSES @ 1600 | | | | | |
| | | | | NO APPT REQ'D | | | | | |
| | | | | 07:00 TO 16:00 DELY WINDOW | | | | | |
| | | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | | | | | |
| | | | | NOTIFY ELRETS TRANS IMMEDIATELY OF | | | | | |
| | | | | ANY EXCEPTIONS @ 1 87 7-917.564 | 1960 | 161685-01 | 060 | | |
| | | | | FUEL SURCHG LTL SHPT17.56% | | | | | |
| | | | | 000040 DEFICIT WT=LOWER CHARGES | 40 | | | | |
| | | | | RATED AS...... | 2000 | | | | |
| | | | | | 1960 | | | | |
| | | | | 2 Circuit City 11-9-08 BC | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

PREPAID - WILL INVOICE

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
- ☐ INSIDE DELIVERY
- ☐ RESIDENTIAL-LIMITED ACCESS
- ☐ SORT & SEGREGATE
- ☐ LIFT GATE
- ☐ DETENTION
- ☐ OTHERS

Delv. Driver & #: _ViCorder_ 157/06
Date:___10-28-08_   Arrive: _1208_   Depart: _1726_   OS&D #:
# of Skids: ②   # of Pcs: _2_

Received by: _H BRINKMAN_ 10-28-2008
Exceptions:
☐ Over   ☐ Damage   ☐ Wrap Broken
☐ Short

Shipment received in apparent good order with wrap intact unless otherwise noted.

**DRIVER COPY**

Page 1 of 1


Freight

# DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

**Consignee**
COLORADO SPRINGS GAZETTE
30 S PROSPECT ST
COLORADO SPRINGS    US
CO 80903

| Freight Bill 170556645  R0 | |
|---|---|
| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination COS |

Trailer # P19055

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404    US

| PIECES | HU | HM | DESCRIPTION | WT(LBS) | NMFC | PCF/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 5 | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | 6288 | 161685-01 | 060 | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616 | | | | | |
| | | | FUEL SURCHG LTL SHPT17.50% | | | | | |

\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\*

| 5 | 5 | | PREPAID - WILL INVOICE | 6288 | PREPAID - WILL INVOICE | | | |
| | | | | | RESPONSIBLE PARTY | | | |

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

Customer Requirements/Appointment Instruction

LEAR 4)

Delv. Driver & #: 15553   Arrive: 1/20   Depart: 1/45   B. Will

Date: 10 28 08   # of Pcs:   OS&D #:

# of Skids: 5

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: _Lindsey Ocelemey G._   Exceptions:
☐ Over    ☐ Damage
☐ Short    ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

**Freight Bill 1538143924 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| | |
|---|---|
| Ship Date 10/24/2008 | Origin LBB |
| P.O. | |
| Shipper Reference | |
| Bill of Lading | Destination DEN |

**Consignee**
FORT COLLINS COLORADOAN
1212 RIVERSIDE AVE
FORT COLLINS
CO 80524          US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

Trailer # 2830347

| PIECES | HU | HM | DESCRIPTION | WT (LBS) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | | INSERTS OR SUPPLEMENTS, NEWSPAPER | 1954 | 161685-01 | 060 | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | | | FUEL SURCHG LTL SHPT17.50% | 46 | | | | |
| | | | 0000046 DEFICIT WT=LOWER CHARGES | 2000 | | | | |
| | | | RATED AS...... | | | | | |
| | | | | | | | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | |
| | | | **PREPAID - WILL INVOICE** | 1954 | | | | |
| | | | | | **PREPAID WILL INVOICE** | | | |
| | | | | | **RESPONSIBLE PARTY** | | | |

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE          ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS          ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & #:
Date: 10-28-08      Arrive: 1305      Depart: 1324
# of Skids: 2      # of Pcs: 2      OS&D #:

Received by:
Exceptions:
Shipment received in apparent good order with wrap intact unless otherwise noted.
☐ Over      ☐ Damage
☐ Short      ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

**FedEx.** Freight.

## DELIVERY RECEIPT

**Freight Bill 1538143935 R0**

| Ship Date 10/24/2008 | P.O. | Origin LBB | Trailer # P20224 |
|---|---|---|---|

| Bill of Lading |
| Shipper Reference |
| Destination GJN |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Consignee**
DAILY SENTINEL
734 S 7TH ST; PO BOX 668
GRAND JUNCTION
CO 81502-0668        US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

| PIECES | H/U | HM | DESCRIPTION | WT(LBS) | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | | INSERTS OR SUPPLEMENTS; NEWSPAPER | 1621 | 161685-01 | 060 | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | | | FUEL SURCHG LTL SHPT17.50% | | | | | |

CIRCUIT CITY 11-9-08
25,000

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE**

| | 1621 | | | |
|---|---|---|---|---|
| | PREPAID - WILL INVOICE | | | |
| | RESPONSIBLE PARTY | | | |

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE        ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS.    ☐ LIFT GATE        ☐ OTHERS

| Delv. Driver & # Mark Sanchez | | | |
| Date: 10-28-08 | Arrive: 1021 | Depart: 1042 | OS&D #: |
| # of Skids: 2 | # of Pcs: | | |

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: John Crespin John Crespin
☐ Over  ☐ Damage  Exceptions:
☐ Short  ☐ Wrap Broken

DRIVER COPY

Page 1 of 1

# FedEx Freight

**DELIVERY RECEIPT**

**Freight Bill  1538143946  R0**

| | |
|---|---|
| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination DEN |

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Consignee**
GREELEY TRIBUNE
501 8TH AVE
GREELEY
CO 80631                    US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404              US

Trailer # 2840486

| PIECES | HM | HU | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | 2 | INSERTS OR SUPPLEMENTS, NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616. FUEL SURCHG LTL SHPT17.50% | 1639 | 161685-01 | | 060 | | |
| | | | | 1639 | | | | | |

\*\* ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES \*\*

**PREPAID - WILL INVOICE**

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

Delv. Driver & #: _Todd McMahon_  Arrive: _1130_
Date: _10-27-08_  Depart: _1115_
# of Pcs: _2_  OS&D #:
# of Skids: _2_  # of Boxes: _2_

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:
☐ Over    ☐ Damage    ☐ Seals/Locks:
☐ Short    ☐ Wrap Broken

**DRIVER COPY**

Page 1 of 1

# FedEx. Freight

## DELIVERY RECEIPT

**Freight Bill 1538143950 R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

| | |
|---|---|
| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination DEN |

Trailer # 2857225

**Consignee**
LONGMONT DAILY TIMES
142 PRATT ST
LONGMONT
CO 80501          US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXXIT FXF DOCK
LUBBOCK
TX 79404          US

| PIECES | HM | DESCRIPTION | WT(LBS) | NMFC | PCE/CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CLOSED AFTER 1700 INSERTS OR SUPPLEMENTS, NEWSPAPER NOTIFY ELEETS TRANSP IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616. INSPECTING TERMINAL DEN107   ORIGINAL WEIGHT **SHIPMENT REWEIGHED AS ABOVE** FUEL SURCHG LTL SHPT17.50% | 1176 | 161685-01 | 060 | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **
PREPAID - WILL INVOICE

1176

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

Customer Requirements/Appointment Instruction

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY  ☐ SORT & SEGREGATE  ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS  ☐ LIFT GATE  ☐ OTHERS

Delv. Driver & #: _____ Arrive: 0956
Date: 10-28-08  # of Pcs: 1003  OS&D #:  Depart:

# of Skids:    Exceptions:
Shipment received in apparent good order with wrap intact unless otherwise noted.
Received by: Ci Mast
☐ Over  ☐ Damage  ☐ Wrap Broken
☐ Short

**DRIVER COPY**

Page 1 of 1

# DELIVERY RECEIPT

**FedEx Freight**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

**Freight Bill 1538143961 R0**

| | |
|---|---|
| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination COS |

Trailer # 2300173

**Consignee**
PUEBLO CHIEFTAIN AND STAR
825 W 6TH ST
PUEBLO
CO 81003          US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EXIT FXF DOCK
LUBBOCK
TX 79404          US

| PIECES | HU | HM | DESCRIPTION | WT/LBS | NMFC | PCE CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 2 | | | INSERTS OR SUPPLEMENTS, NEWSPAPER | 2620 | 161685-01 | 060 | | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616. | | | | | |
| | | | FUEL SURCHG LTL SHPT17.50% | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

** PREPAID - WILL INVOICE **

| | 2620 |
|---|---|

PREPAID · WILL INVOICE
RESPONSIBLE PARTY

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY   ☐ SORT & SEGREGATE   ☐ DETENTION
☐ RESIDENTIAL-LIMITED ACCESS   ☐ LIFT GATE   ☐ OTHERS

| | | |
|---|---|---|
| Pelv. Driver & #: 123384 | T. Westman | Arrive: 11:45 | Depart: 1:55 |
| Date: 10/28/08 | # of Pcs: | OS&D #: |
| # of Skids: 2 | | |

Customer Requirements/Appointment Instruction

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: T. Tair D Chavez Chavez 10/28/08
Exceptions: J. Chavez
☐ Over  ☐ Damage
☐ Short  ☐ Wrap Broken



DRIVER COPY

Page 1 of 1

# FedEx Freight

## DELIVERY RECEIPT

**Freight Bill 170556663⁴ R0**

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Ship Date 10/24/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin LBB | Destination ELP |

**Consignee**
EL PASO TIMES
300 N CAMPBELL ST
EL PASO
TX 79901          US

**Shipper**
ELEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
EAST FXF DOCK
LUBBOCK
TX 79404          US

Trailer # C95

| PIECES | HM | WT | DESCRIPTION | *WT/BP | NMFC | PC | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 4 | | | INSERTS OR SUPPLEMENTS; NEWSPAPER NOTIFY ELEETS TRANS IMMEDIATELY OF ANY EXCEPTIONS @ 877.997.1616. | 4253 | 161685-01 | | 060 | | |
| | | | FUEL SURCHG LTL SHPT11,501# | 747 | | | | | |
| | | | 0000747 DEFICIT WT-LOWER CHARGES | 5000 | | | | | |
| | | | RATED AS...... | | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **    4253

| 4 | | PREPAID - WILL INVOICE THIRD PARTY |

ACCESSORIAL SERVICES PERFORMED:
— ☐ INSIDE DELIVERY        ☐ SORT & SEGREGATE    ☐ DETENTION
— ☐ RESIDENTIAL-LIMITED ACCESS        ☐ LIFTGATE        ☐ OTHERS

Delv. Driver & #: ④ ARMANDO VALLE 3754

Date: 10/28/08    Arrive: 1405    Depart: 1435

# of Skids: 4 SLS    # of Pcs:    OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by: Jose M. Acosta

Exceptions:
☐ Over    ☐ Damage
☐ Short    ☐ Wrap Broken

**PREPAID - WILL INVOICE RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

DRIVER COPY

Page 1 of 1

# FedEx Freight

# DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com  1.866.393.4585

**Consignee**
MIDLAND REPORTER TELEGRAM
201 E ILLINOIS AVE
MIDLAND
TX 79701          US

**Freight Bill** 1705566623 R0

Ship Date 10/24/2008

P.O.

Origin LBB          Trailer # P21219

Bill of Lading

Shipper Reference

Destination ODS

**Shipper**
KLEETS TRANSPORTATION
4201 MARTIN LUTHER KING BLVD
KLEET FXF DOCK
LUBBOCK
TX 79404          US

INSERTS OR SUPPLEMENTS; NEWSPAPER
NOTIFY KLEETS TRANS IMMEDIATELY OF
ANY EXCEPTIONS @ 877.997.561
FUEL SURCHG/MIN SHPMT.50%
DISC AMT/MIN CHG FLR APPL

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

**PREPAID - WILL INVOICE THIRD PARTY**

ITEMS 1241    NMFC 161685-01    PCE CLASS 060

1241

**PREPAID - WILL INVOICE
RESPONSIBLE PARTY**

Customer Requirements/Appointment Instruction

RATE    TOTAL CHARGES

ACCESSORIAL SERVICES PERFORMED:
☐ INSIDE DELIVERY    ☐ SORT & SEGREGATE    ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS    ☐ LIFT GATE    ☐ OTHERS

Delv. Driver & #: McElroy 230902

Arrive: 1310    Depart: 13    OS&D #:

# of Pcs

Received in apparent good order, with wrap intact unless otherwise noted.

☐ Damage    Exceptions:
☐ Wrap Broken

**DRIVER COPY**

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

8020454773-00

| | | |
|---|---|---|
| O: SPR | DATE | PAGE NO. |
| D: ALB | 10/29/08 | 1 /1 |

INTERLINE REFERENCE

| CONSIGNEE | SHIPPER |
|---|---|
| 16933   (518)454-5588 | 16602 |
| ALBANY TIMES UNION | ELEETS TRANSPORTATION |
| 645 ALBANY SHAKER ROAD | 60 SECURITY DRIVE |
| ALBANY    NY  12212 | AVON    CT  06001 |

SHIPPER'S REFERENCE
5803779

PO NUMBER
5023702

**THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND**

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 3 | | NEWSPAPER INSERTS | | 5170 | | | |
| | | ON 3 PALLETS | | | | | |
| | | ADVERTISER: CIRCUIT CITY | | | | | |
| | | DELIVER BY:10/30/08 | | | | | |
| | | RCVHRS: 8:30-4PM | | | HOT | | |
| | | HOT RUSH HOT RUSH HOT | | | | | |
| | | RUSH | | | FLAT | | |
| | | FLAT PALLET RATE | | | | | |
| 3 | | | | 5170 | | | PREPAID |
| | | | | | NET A/R | TOTAL CHARGES | |

Received in good condition except as noted

X
Print Name  R. HARRISON

Date 10-31-08   Time 9-08
9:20

Driver  DANSC

Pieces  3

206336159469-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

8020434430-00

| O: SPR | DATE | PAGE NO. |
|---|---|---|
| D: LON | 11/07/08 | 1 /1 |

**CONSIGNEE**

*MANUAL*—(——) -
SEACOAST NEWSPAPERS
111 NEW HAMPSHIRE AVE

PORTSMOUTH        NH  03801

**SHIPPER**

SLVN    (800)628-1064
SULLIVAN CONSOLIDATION, INC.
P.O. BOX 90130  *
HIGHLAND STATION
SPRINGFIELD        MA  01139

INTERLINE REFERENCE

SHIPPER'S REFERENCE
2075508

PO NUMBER
5025500

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS<br>ON 1 PALLET<br>ADVERTISER: CIRCUIT CITY<br>DELIVER BY: 11/10<br>HOT RUSH HOT RUSH HOT<br>RUSH<br>M-F 8A-4PM BRENDA HARLIN | | 1375 | HOT | | |
| 1 | | | | 1375 | | | PREPAID |

Received in good condition except as noted

X _____

Print
Name  Cory Bush

Date 11.10 08  Time 1347  Driver J. Lawrou  Pieces  1

NET A/R

TOTAL
CHARGES

236336143398-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

| BILL TO | | |
|---|---|---|
| 16601 | | |
| ELEETS TRANSPORTATION | | |
| 3131 ST JOHNS BLUFF ROAD | | |
| JACKSONVILLE    FL 32246 | | |

9004041347-00

| O: SYR | DATE | PAGE NO. |
|---|---|---|
| D: SYR | 11/04/08 | 1 /1 |

| CONSIGNEE | SHIPPER | |
|---|---|---|
| *MANUAL* (   ) - | 18252 | INTERLINE REFERENCE |
| BINGHAMTON PRESS & SUN BULLTN | ELEETS TRANSPORTATION | SHIPPER'S REFERENCE |
| 10 GANNETT DRIVE | C/O LAND AIR EXPRESS | |
| | 641 KINNIE ST | PO NUMBER |
| JOHNSON CITY    NY  13790 | SYRACUSE          NY  13057 | 5022168 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 3 | | NEWSPAPER INSERTS | | 5257 | | | |
| | | ON 3 PALLETS | | | | | |
| | | ADVERTISER: WALLGREENS | | | | | |
| | | DELIVER BY: 11/6 | | | | | |
| | | 607 352 2782 | | | POD | | |
| | | PROOF OF DELIVERY | | | FLAT | | |
| | | FLAT PALLET RATE | | | | | |
| | | | | | | | NOV 5 PM 12:39 |
| 3 | | | | 5257 | | | PREPAID |

| | | | NET A/R | TOTAL CHARGES |
|---|---|---|---|---|

Received in good condition except as noted

X _M_

Print Name  X  _M LOFARD_    Date _11/5/08_  Time _12:30 pm_  Driver _S. Owens_  Pieces _3 Skid_

667113192862-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

9004041354-00

O: SYR
D: SYR

DATE: 11/04/08

PAGE NO. 1 /1

| CONSIGNEE | SHIPPER | INTERLINE REFERENCE |
|---|---|---|
| *MANUAL* (    )  - CANANDAIGUA MESSENGER 73 BUFFALO STREET CANANDAIGUA        NY  14424 | 18252 ELEETS TRANSPORTATION C/O LAND AIR EXPRESS 641 KINNIE ST SYRACUSE           NY  13057 | SHIPPER'S REFERENCE |

PO NUMBER
5022168

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS ON 1 PALLET ADVERTISER: WALLGREENS DELIVER BY:  11/6 PROOF OF DELIVERY 585 394 0770 | | 1372 | POD | | |
| 1 | | | | 1372 | | | PREPAID |

NET A/R

TOTAL CHARGES

Received in good condition except as noted

x _Joshua Hill_

Print Name: Joshua Hill

Date: 11/5/00    Time: 2:04    Driver: Brian Abbott    Pieces: 1Skt

197113192868-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

9004041378-00

| | DATE | PAGE NO. |
|---|---|---|
| O: SYR | 11/04/08 | 1 /1 |
| D: SYR | | |

INTERLINE REFERENCE

SHIPPER'S REFERENCE

PO NUMBER
5022168

**CONSIGNEE**

16844    (607)936-4651
CORNING LEADER
34 W PULTENEY ST
CORNING      NY  14830

**SHIPPER**

18252
ELEETS TRANSPORTATION
C/O LAND AIR EXPRESS
641 KINNIE ST
SYRACUSE        NY  13057

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS ON 1 PALLET ADVERTISER: WALLGREENS DELIVER BY: 11/6 PROOF OF DELIVERY 607 936 4651 | | 1312 | POD | | |
| | | | | 1312 | | | PREPAID |

NET A/B    TOTAL CHARGES

Received in good order except as noted

X _____
Print
Name

Date  11/5    Time  3/5    Driver _____    Pieces  1

157113192887-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062   (800) 639-3095

| BILL TO | |
|---|---|
| 16601 | |
| ELEETS TRANSPORTATION | |
| 3131 ST JOHNS BLUFF ROAD | |
| JACKSONVILLE   FL 32246 | 9004041361-00 |

| | | |
|---|---|---|
| O: SYR | DATE | PAGE NO. |
| D: SYR | 11/04/08 | 1 /1 |

| CONSIGNEE | SHIPPER | |
|---|---|---|
| *MANUAL*—(——)— | 18252 | INTERLINE REFERENCE |
| FINGER LAKES TIMES | ELEETS TRANSPORTATION | |
| 218 GENESEE STREET | C/O LAND AIR EXPRESS | SHIPPER'S REFERENCE |
| | 641 KINNIE ST | |
| GENEVA        NY  14456 | SYRACUSE      NY  13057 | PO NUMBER |
| | | 5022168 |

### THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS | | 1880 | | | |
| | | ON 1 PALLET | | | | | |
| | | ADVERTISER: WALLGREENS | | | | | |
| | | DELIVER BY: 11/6 | | | POD | | |
| | | PROOF OF DELIVERY | | | | | |
| | | 800 388 6652 | | | | | |
| 1 | | | | 1880 | | | PREPAID |

Received in good condition except as noted

| | NET A/R | TOTAL CHARGES |
|---|---|---|

Name  SEVERANCE    Date 11-5-08    Time 1207 1292    Driver Al Bonney    Pieces  1

727113192873-001

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

| BILL TO |
|---|
| 16601 |
| ELEETS TRANSPORTATION |
| 3131 ST JOHNS BLUFF ROAD |
| JACKSONVILLE    FL 32246 |

7007333612-00

| | | |
|---|---|---|
| O: ABG | DATE | PAGE NO. |
| D: NBG | 11/04/08 | 1 /1 |

| CONSIGNEE | SHIPPER | INTERLINE REFERENCE |
|---|---|---|
| *MANUAL*  (    ) - | 16603 | |
| MIDDLETOWN TIMES HERALD | ELEETS TRANSPORTATION | SHIPPER'S REFERENCE |
| 20 SMITH RD | 50 JOHN HANDOCK ROAD | 5074723 |
| 845-343-2181 | | PO NUMBER |
| MIDDLETOWN      NY 10940 | TAUNTON      MA 02780 | 5024596 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND          ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 3 | | NEWSPAPER INSERTS | | 4280 | | | |
| | | ON 3 PALLETS | | | | | |
| | | ADVERTISER:CITCUIT CITY | | | | | |
| | | DELIVER BY:  11/06 | | | FLAT | | |
| | | FLAT PALLET RATE | | | | | |
| 3 | | | | 4280 | | | PREPAID |

Received in good condition except as noted

X _Rick Scott_

Print
Name _Rick Scott_          Date _11/6_    Time _8:23_    Driver _Spivey_          Pieces _3 Supt_
                                              _8:54_

015535793752-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

7007333629-00

| O: ABG | DATE | PAGE NO. |
|---|---|---|
| D: SPR | 11/04/08 | 1 /1 |

**CONSIGNEE**

*MANUAL* ( ) -
NEW HAVEN REGISTER
40 SARGENT DR
203-789-5200
NEW HAVEN     CT  06511

**SHIPPER**

16603
ELEETS TRANSPORTATION
50 JOHN HANDOCK ROAD
TAUNTON          MA  02780

**INTERLINE REFERENCE**

**SHIPPER'S REFERENCE**
5024713

**PO NUMBER**
5024596

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND.      ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 3 | | NEWSPAPER INSERTS | | 4439 | | | |
| | | ON 3 PALLETS | | | | | |
| | | ADVERTISER: CIRCUIT CITY | | | | | |
| | | DELIVER BY:   11/06 | | | | | |
| | | FLAT PALLET RATE | | | FLAT | | |
| 3 | | | | 4439 | | | PREPAID |

Received in good condition except as noted    _Robert Callohan_

X
Print
Name _____ Date 115  Time 1145  Driver _____ Pieces 3

NET A/D   TOTAL CHARGES

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

7007333605-00

| O: ABG | DATE | PAGE NO. |
|---|---|---|
| D: NBG | 11/04/08 | 1 /1 |

INTERLINE REFERENCE

**CONSIGNEE**

*MANUAL* ( ) -
POUGHKEEPSIE JOURNAL
85 CIVIC CENTER PLAZA
845-454-2000
POUGHKEEPSIE    NY  12602

**SHIPPER**

16603
ELEETS TRANSPORTATION
50 JOHN HANDOCK ROAD
TAUNTON      MA  02780

SHIPPER'S REFERENCE
5224723

PO NUMBER
5024596

** COPY **

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | NEWSPAPER INSERTS ADVERTISER: CIRCUIT CITY DELIVER BY:  11/06 FLAT PALLET RATE ON 2 PALLETS | | 2845 | FLAT | | |
| 2 | | | | 2845 | | | PREPAID |

Received in good condition except as noted

X _Darin F Fisher_

Print Name  _DARIN FISHER_   Date _11/6_  Time _1:10_   Driver _O'Brien_   Pieces _2_

NET A/R

TOTAL CHARGES

485535793746-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

9004041385-00

| | |
|---|---|
| O: SYR | DATE | PAGE NO. |
| D: BUF | 11/04/08 | 1 /1 |

INTERLINE REFERENCE

SHIPPER'S REFERENCE

PO NUMBER
5022168

**CONSIGNEE**

*MANUAL* (   ) -
STEUBEN COURIER ADVOCATE
85 CANISTEO STREET

HORNELL          NY  14843

**SHIPPER**

18252
ELEETS TRANSPORTATION
C/O LAND AIR EXPRESS
641 KINNIE ST
SYRACUSE       NY 13057

** COPY **

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | NEWSPAPER INSERTS | | 2232 | | | |
| | | ON 2 PALLETS | | | | | |
| | | ADVERTISER: WALLGREENS | | | | | |
| | | DELIVER BY: 11/6 | | | | | |
| | | PROOF OF DELIVERY | | | POD | | |
| | | 607 324 1425 | | | | | |
| | | FLAT PALLET RATE | | | FLAT | | |
| 2 | | | | 2232 | | | PREPAID |

| | NET A/R | TOTAL CHARGES |
|---|---|---|

X _____
Print
Name _____ Date _____ Time _____ Driver _____ Pieces ____2___

687113192892-001

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

9004041330-00

| | | |
|---|---|---|
| O: SYR | **DATE** | **PAGE NO.** |
| D: SYR | 11/04/08 | 1 /1 |

**INTERLINE REFERENCE**

**SHIPPER'S REFERENCE**

**PO NUMBER**
5022168

| CONSIGNEE | SHIPPER |
|---|---|
| 16730    (315)782-1000<br>WATERTOWN DAILY TIMES<br>260 WASHINGTON ST<br><br>WATERTOWN       NY  13601 | 18252<br>ELEETS TRANSPORTATION<br>C/O LAND AIR EXPRESS<br>641 KINNIE ST<br>SYRACUSE         NY  13057 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 2 | | NEWSPAPER INSERTS<br>ON 2 PALLETS<br>ADVERTISER: WALGREENS<br>DELIVER BY: 11/6<br>315 782 1000<br>FLAT PALLET RATE | | 3730 | FLAT | | |
| 2 | | | | 3730 | | | PREPAID |

| | | | | | NET A/R | TOTAL CHARGES | |
|---|---|---|---|---|---|---|---|

Received in good condition except as noted
X _Jim Ferard_

Print Name  _Jim Ferard_     Date _11-5-08_   Time _1010_   Driver _Aaron Herlay_   Pieces _2 Sub/Vy00K_

237113192849-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

9004041392-00

| | | | |
|---|---|---|---|
| O: | SYR | **DATE** | **PAGE NO.** |
| D: | BUF | 11/04/08 | 1 /1 |

| CONSIGNEE | SHIPPER | |
|---|---|---|
| 20036 | 18252 | **INTERLINE REFERENCE** |
| WELLSVILLE PENNYSAVER | ELEETS TRANSPORTATION | |
| 159 N MAIN ST | C/O LAND AIR EXPRESS | **SHIPPER'S REFERENCE** |
| | 641 KINNIE ST | |
| | | **PO NUMBER** |
| WELLSVILLE        NY  14895 | SYRACUSE        NY 13057 | 5022168 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND        ** COPY **

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS | | 1826 | | | |
| | | ON 1 PALLET | | | | | |
| | | ADVERTISER: WALLGREENS | | | | | |
| | | DELIVER BY: 11/6 | | | POD | | |
| | | PROOF OF DELIVERY | | | | | |
| | | 585 593 5300 | | | | | |
| 1 | | | | 1826 | | | PREPAID |

NET A/R    TOTAL CHARGES

X _____
Print Name _____    Date _____  Time _____  Driver _____    Pieces _____

217113192898-001

# Land Air Express
## OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE    FL 32246

9003985666-00

| | | DATE | PAGE NO. |
|---|---|---|---|
| O: | SYR | 10/30/08 | 1 /1 |
| D: | SYR | | |

INTERLINE REFERENCE

SHIPPER'S REFERENCE
5023772

PO NUMBER
5023702

| CONSIGNEE | SHIPPER |
|---|---|
| *MANUAL* (   )  - | 18252 |
| CORNING LEADER | ELEETS TRANSPORTATION |
| 34 W PULTENEY ST | C/O LAND AIR EXPRESS |
| 607 936 4651 | 641 KINNIE ST |
| CORNING        NY 14830 | SYRACUSE       NY 13057 |

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS | | 631 | | | |
| | | ON 1 PALLET | | | | | |
| | | ADVERTISER: CIRCUIT CITY | | | | | |
| | | DELIVER BY: 10/30/08 | | | HOT | | |
| | | HOT RUSH HOT RUSH HOT | | | | | |
| | | RUSH | | | | | |
| | | DEL HRS:M-F 8AM-5PM | | | | | |
| | | 607 936 4651 | | | | | |
| 1 | | | | 631 | | | PREPAID |

| | NET A/R | TOTAL CHARGES |
|---|---|---|

X _____
Received in good order except as noted

Print Name  M. MARTIN

Date  10-31    Time 14:30 / 15:4    Driver _____    Pieces (Sup)

677113148874-001

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062  (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

9003985437-00

| | | | |
|---|---|---|---|
| O: SYR | | DATE | PAGE NO. |
| D: SYR | | 10/30/08 | 1 /1 |

INTERLINE REFERENCE

| CONSIGNEE | SHIPPER |
|---|---|
| *MANUAL* (   )  -<br>BINGHAMTON PRESS & SUN BULLETI<br>10 GANNETT DR<br>607 952 2768<br>JOHNSON CITY      NY  13790 | 18252<br>ELEETS TRANSPORTATION<br>C/O LAND AIR EXPRESS<br>641 KINNIE ST<br>SYRACUSE          NY  13057 |

**SHIPPER'S REFERENCE**
5028772

**PO NUMBER**
5023782

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 5 | | NEWSPAPER INSERTS<br>ON 5 PALLETS<br>ADVERTISER:CIRCUIT CITY<br>DELIVER BY:  10/30/08<br>HOT RUSH HOT RUSH HOT<br>RUSH<br>607 952 2768<br>FLAT PALLET RATE | | 8401 | HOT<br><br>FLAT | | OCT 31 PM 2:24 |
| 5 | | | | 8401 | NET A/R | TOTAL<br>CHARGES | PREPAID |

X _Thomas D. Crumb_
Print
Name  D. Crumb

Date 10/31/08  Time 3:10 PM  Driver 5 Queens  Pieces 5 Skid

Received in good condition except as noted

767113148693-001

# Land Air Express
### OF NEW ENGLAND

P.O. BOX 503
Williston, VT 05495-0503
(802) 863-5062   (800) 639-3095

**BILL TO**

16601
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF ROAD
JACKSONVILLE   FL 32246

9003985130-00

| O: SYR | DATE | PAGE NO. |
|---|---|---|
| D: ALB | 10/30/08 | 1 /1 |

INTERLINE REFERENCE

SHIPPER'S REFERENCE
5028772

PO NUMBER
5023702

**CONSIGNEE**

*MANUAL* (   ) -
SCHENECTADY GAZETTE NEWSPAPERS
2345 MAXON RD
518 395 3020
SCHENECTADY      NY   12308

**SHIPPER**

18252
ELEETS TRANSPORTATION
C/O LAND AIR EXPRESS
641 KINNIE ST
SYRACUSE              NY   13057

** COPY **

THANK YOU FOR CHOOSING LAND AIR EXPRESS OF NEW ENGLAND

| QUANTITY | HM | DESCRIPTION | CLASS | WEIGHT IN LBS. | RATED AS | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | | NEWSPAPER INSERTS ON 1 PALLET ADVERTISER:CIRCUIT CITY DELIVER BY: 10/30/08 HOT RUSH HOT RUSH HOT RUSH DEL HRS:M-F 7:30AM-3PM SAT 7:30AM-11AM | | 1582 | HOT | | |
| | | | | 1582 | | | PREPAID |
| 1 | | | | | NET A/R | TOTAL CHARGES | |

X _____
Print
Name  JIM MATTHEWS

Date 10-31-06   Time 10:40   Driver Dance   Pieces 1

237113148451-001

**DELIVERY RECEIPT (RED)**

172 002 913

**CONSIGNEE**

THE DAILY NEWS

921 DENTON BLVD
FORT WALTON BEACH     FL 32547

RDW 5023702

UPS FREIGHT PHONE NUMBER
(800)333-7400

**INBOUND TRAILER**

260599 QVNT

FREIGHT BILL NUMBER

172 002 913

| CITY RTE/RTO SCAC | DEST |
| --- | --- |
| 818E | CLT |

| PICK UP DATE | ORIG |
| --- | --- |
| 10/24/08 | CLT |

**SHIPPER**

ELEETS TRANSPORTATION CO
%RR DONNELLEY
10309 RODNEY ST
PINEVILLE          NC 28134
                   23500455

**ADV CAR**

BL# 5023709

**UPGF**

172 002 913

27
10/30/08-10/30/08 REQ DEL DATE
REC RR5 M-F 8-5

**UPS Freight**
www.upsfreight.com

| # PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT (LBS) | NMFC |
| --- | --- | --- | --- | --- | --- |
| 2 | | | 2 - PIECE(S) COUNTED AND VERIFIED ON | | FOLLOWING |
| | | | 2 SK HANDLING UNIT(S) WITH THE | | 000060-00 |
| | | | SK CIRCUIT CITY INSERTS | 3285 | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | REWEIGH FEE | | |
| | | | 02318-CLT ORIGINAL WGT/REWEIGH | | |
| | | | SHIPMENT WEIGHED AT CLT. | | |
| | | | WEIGHT DECLARED AS 02318 LBS. | | |
| | | | ACTUAL WEIGHT IS 03285 LBS. | | |
| | | | 850 863 1111 | | |
| | | | BILL TO: 48233613 | | |
| | | | ELEETS TRANSPORTATION | | |

TTL WT ▶     FROM

PRINT NAME  Chris King

SIGNATURE X _____

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

| CONT'D | FL PCS | | ODOM | ARRIVE | DEPART |
| --- | --- | --- | --- | --- | --- |
| PIECES DLVRD | | | 30 | 1:33 | 1:45 |
| WRAP | INTACT? | | DATE | DRIVER NAME | |
| ☐ YES | ☐ NO | | 10/30/08 | | |