**DELIVERY RECEIPT (RED)**

CONSIGNEE

PANAMA CITY NEWS HERALD

501 WEST 11TH STREET
PANAMA CITY          FL 32401

POM 5023702

UPS FREIGHT PHONE NUMBER
(800)333-7400

27
10/30/08-10/30/08 939 DEL DATE
REC HRS 8-5 M-F

SHIPPER
ELEETS TRANSPORTATION CO
XRR BONNELLEY
10509 RODNEY ST
PINEVILLE          NC 28134
23500455

ADV CAR
BM  5023709

INBOUND TRAILER
260599 GVNT

FREIGHT BILL NUMBER
172 002 924

CITY RTE/MTD SCAC
4A

PICK UP DATE
10/24/08

DEST
DGT

ORG
CLT

172 002 924

UPGF

172 002 924

DESCRIPTION OF ARTICLES AND SPECIAL HANDLINGS

www.upsfreight.com

| # PCS | HM | FT | | WEIGHT (LBS) | NMFC |
|---|---|---|---|---|---|
| 2 | | SK | PIECE(S) COUNTED AND VERIFIED ON 2 SK  HANDLING UNIT(S) WITH THE FOLLOWING | 2239 | 000050-00 |
| | | | CIRCUIT CITY INSERTS LTL FUEL ADJUSTMENT BILL TO: 48233813 ELEETS TRANSPORTATION UPGF  6180 0333960 CZAR  198 | | |
| | | | | 00628 | |

TTL WT ▶  2239

FRM

PRINT NAME
Karen Y Carson

SIGNATURE
X

PIECES DLVRD  2 ◀ TL-PCS

WRAP  INTACT?
YES   NO

ODOM  673

ARRIVE  1357

DEPART

DATE  10-29

RECEIVED IN APPARENT GOOD CONDITION EXCEPT AS NOTED

UPS Freight

**DELIVERY RECEIPT**

CONSIGNEE

PENSACOLA NEWS JOURNAL

101 E ROMANA STREET
PENSACOLA          FL 32501

PO# 5023702         UPS FREIGHT PHONE NUMBER
                    (800)333-7400

2B
10/30/08-10/30/08 REQ DEL DATE

**DELIVERING TRAILER**

925727 OVNT

FREIGHT BILL NUMBER
172 002 935

CITY RTE/SVD SCAC          DEST
20A                        MBL
                           ORIG
PICK UP DATE               CLT
10/24/08

SHIPPER          172 002 935

ELEETS TRANSPORTATION CO
XRR DONNELLEY
10309 RODNEY ST
PINEVILLE          NC 28134
                   23500455
ADV CAR
BL# 5023709

172 002 935

**UPS Freight℠**   www.upsfreight.com

| PCS | HM | PT | DESCRIPTION OF ARTICLES AND SPECIAL MARKINGS | WEIGHT(LBS) | NMFC |
|-----|----|----|----|----|----|
| (3) | | | 3  PIECE(S) COUNTED AND VERIFIED ON | | |
| | | | 3 SK  HANDLING UNIT(S) WITH THE FOLLOWING: | | |
| | | SK | CIRCUIT CITY INSERTS | 44434 | 000060-00 |
| | | | AS WEIGHT | 5000 | |
| | | | LTL FUEL ADJUSTMENT | | |
| | | | * * * * *  ATTENTION  * * * * * | | |
| | | | NATHAN JACKSON | | |
| | | | 850 435 8553 | | |
| | | | 850 435 8500 | | |
| | | | BILL TO: 48233813 | | |
| | | | ELEETS TRANSPORTATION | | |
| | | | UPS __ 6180 0333960 | | |

CONT'D  <Z PC  PRO _____   | | WT>
PIECES VALID    SHIPPER
WRAP  INTACT?   X _____
(YES)  NO?

RECEIVED THE ABOVE PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
RECORD EXCEPTIONS & DESCRIPTIONS OF GOODS IN BODY OF FORM ABOVE

ODOM   ARRIVE   DEPART

DATE   DRIVER NAME



**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

**eleets TRANSPORTATION**

5024652

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 405 |
| ROI #/PRO# | 5024652 |
| POI# | 5024595 |
| Stop##/# | 1 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co. /O RR Donnelley 01 N.GREAT SW. PKY rlington, TX 76011 17) 649-7281 | Houston Chronicle 8010 KEMPWOOD HOUSTON, TX 77055 713-220-7171 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Date: 11/3/2008 | Deliver By Date: **11/6/2008** Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 19703 | 11/06 | 11/05 | CIRCUIT CITY | 270400 | NI | East | 2/2 of 550400 | |
| 14 | 0 | 19703 | | | | 270400 | | | | |

BOOK 16

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616  or Any Discrepancies Prior To Departing That Location.**

RC 713-662-5682, 7133625985    Deborah owersox in receiving is helpful-Isabel in inserting tsp.DEL 5-AM - MIDNIGHT M-F SAT 7-AM TO 1PM xtensions Sam Hollis-ALSO RECEIVE FOR SAN NTONIO EXPRESS TMC.Rec Hours: M-TH 6 am - lidnight, FRI - 6 am - 6 pm- Sat 7 am - 1 pm

**Directions:** I-10 west of 610 on west side of town to Wirt exit turn right to dead/end (2 miles)turn left on kempwood 2 blocks on right/From Dallas take I 45 N to loop 610. Take 610 W to 290 N to 34th St and Antione Exit. Then turn left onto 34th St under 290. It becomes Kempwood. Between Wirt Rd and Bengal Rd on right hand side. Rec Hours: M-TH 6 am - Midnight, FRI - 6 am - 6 pm-Sat 7 am - 1 pm

Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Receiver / Consignee:  11/5/2008  4:34p
Date Received:  Patrick Haley
Received by:

Carrier:  10-5-08
Date Shipped:  3-Day
Carrier:

PAGE  05/28

J PAR TRUCKING

13348637254    11/12/2008  11:31

**eleets TRANSPORTATION**                    **eleets TRANSPORTATION**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

IVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, ned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said ly, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS SPORTATION and the Carrier without regard to Carrier's tariffs.

r hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 103 |
| ROI #/PRO# | 5024852 |
| PO# | 5034596 |
| Stop off# | 2 |
| Class60 NMFC 161685-01 Inserts | |

| er (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co.<br>O RR Donnelley<br>1 N.GREAT SW. PKY<br>lington, TX 76011<br>17) 649-7261 | Fedex<br>4004 IRVINGTON BLVD.<br>HOUSTON, TX 77009<br>800-732-7808 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Date:    11/3/2008 | Deliver By Date: **11/4/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4048 | 11/06 | 11/15 | CIRCUIT CITY | 55500 | NI | East | | |
| 1 | 0 | 1321 | 11/06 | 11/15 | CIRCUIT CITY | 18100 | NI | East | | |
| 1 | 0 | 1003 | 11/06 | 11/15 | CIRCUIT CITY | 13600 | NI | East | Brownsville Herald | |
| 3 | 0 | 3328 | 11/06 | 11/15 | CIRCUIT CITY | 45300 | NI | East | | |
| 1 | 0 | 938 | 11/06 | 11/15 | CIRCUIT CITY | 13100 | NI | East | Port Arthur News | |
| 9 | 0 | 10639 | | | | 145600 | | | | |

### Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1515    or Any Discrepancies Prior To Departing That Location.

| | Consignee Directions: |
|---|---|
| good discount at this terminal | |

11.50" New Dock 35000
1X18

nd Conditions of Carriage (see reverse
sd to the consignee without recourse on
n the following statement:
-hipment without payment of

| | Receiver / Consignee: | Carrier: |
|---|---|---|
| | Date Received: _____ | Date Shipped: 11-4-08 |
| | Received by: _____ | 5 M |
| | Consignee: _____ | Carrier: 4 A.M |

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

**eleets TRANSPORTATION**

VED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
ied, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
enter of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
PORTATION and the Carrier without regard to Carrier's tariffs:

r hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
nd conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 103 |
| BOL#/PRO# | 5024552 |
| PO# | 5024595 |
| Shpm# | 3 |
| Class60 NMFC 161685-01 Inserts |

| er (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co.<br>O RR Donnelley<br>1 N.GREAT SW. PKY<br>ington, TX 76011<br>17) 649-7281 | **Houston Communtiy News**<br>**107 N WALTER**<br>**PASADENA, TX 77506**<br>(713) 477-0221 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Date:    11/3/2008 | Deliver By Date: **11/6/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| ds | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 989 | 11/06 | 11/15 | CIRCUIT CITY | 13400 | NI | East | Pasadena Citizen | |
| 1 | 0 | 989 | | | | 13400 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or
Any Discrepancies Prior To Departing That Location.**

ial Instructions:

receiving hours 8-5 M-F- 225 shaver red bluff exit
stay on feeder main at under pass other side of
feeder till walter st you will  cross shaver

| | | |
|---|---|---|
| on:<br>ject to Section 7 of the Terms and Conditions of Carriage (see reverse<br>e), if the shipment is to be delivered to the consignee without recourse on<br>consignor, the consignor shall sign the following statement:<br><br>e Carrier shall not make delivery of this shipment without payment of<br>ght and all other lawful charges. | Receiver / Consignee:<br><br>Date Received:<br><br>Received by: | Carrier:    11/5/08<br>Date Shipped:    5 pcs<br>Carrier: |

**ELEETS TRANSPORTATION**

**eleets TRANSPORTATION**                                                    **eleets TRANSPORTATION**

## Bill of Lading
### Non-Negotiable

5024659

IED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
ading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
ed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
he property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
rrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
PORTATION and the Carrier without regard to Carrier's tariffs.

hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
nd conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 561 |
| ROU#/PRO# | 5024659 |
| PO# | 5024596 |
| Stop# | 1 |
| Class60 NMFC 161685-01 Inserts | |

| (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co.<br>O RR Donnelley<br>309 Rodney Street<br>eville, NC 28134<br>0-707-0865<br><br>Date:   11/3/2008 | **Florida Times Union**<br>**ONE RIVERSIDE AVENUE**<br>**JACKSONVILLE, FL 32231**<br>**(904) 359-4111**<br><br>Deliver By Date:  **11/6/2008**<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| kds | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 12446 | 11/06 | 11/15 | CIRCUIT CITY | 170400 | NI | East | ATTN:LOADING DOCK | |
| 8 | 0 | 12446 | | | | 170400 | | | | |

*Earl B. Ro...*
EARL B Roberts
11-6-08

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

...:F 8AM-4:00 pm— JO DUPREE Inserts delivered
ere

I-95 SOUTH EXIT #117. Turn left off exit on
Union St. At 2nd light turn rt on Jefferson St. This
will become Riverside Ave. Go over the overpass
to 1st light, turn left on Liela St. 1st Bldg on Rt/
FROM I-10 EAST GET ON I-95 NORTH
IMMEDIATELY EXIT FORSYTH ST. GO 2
LIGHTS AND TURN RT ON JEFFERSON.
AFTER YOU CROSS OVERPASS TURN LEFT
ONTO LEILA ST. revng hrs 7-4 M-F

| Shipper:<br>Subject to Section 7 of the Terms and Conditions (see reverse<br>side), if the shipment is to be delivered to the consignee without recourse on<br>the consignor, the consignor shall sign the following statement.<br><br>The Carrier shall not make delivery of this shipment without payment of<br>... and all other lawful charges. | Receiver / Consignee:<br><br>Date Received: _____<br><br>Received by: _____ | Carrier:  11-05-08<br>Date Shipped:  J-Par<br>Carrier:  Rich...Richie |

**eleets TRANSPORTATION**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
ding, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
er of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ORTATION and the Carrier without regard to Carrier's tariffs.
hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
d conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 591 |
| RQ #/PRO# | 5074559 |
| PO# | 5024586 |
| Stop#: | 1 |
| Class60 NMFC 161885-01 Inserts | |

**r (Being Shipped From)**
eets Transportation Co.
RR Donnelley
309 Rodney Street
neville, NC 28134
0-707-0865

Date:  11/3/2008

**Consignee (Being Shipped To)**
Florida Times Union
ONE RIVERSIDE AVENUE
JACKSONVILLE, FL 32231
(904) 359-4111

Deliver By Date:  11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 3246

Proof of delivery must accompany
freight bill for payment.

| kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qrity Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 12446 | 1106 | 11/5 | CIRCUIT CITY | 170400 | NI  East | ATTN:LOADING DOCK | |
| 8 | 0 | 12446 | | | | 170400 | | | |

*Earl B. Rob*
EARL B Roberts
11-6-08

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516   or
Any Discrepancies Prior To Departing That Location.**

AT 4:00 pm— JO DUPREE Inserts delivered
ere

I-95 SOUTH EXIT #117. Turn left off exit on
Union St. At 2nd light turn rt on Jefferson St. This
will become Riverside Ave. Go over the overpass
to 1st light, turn left on Leila St. 1st Bldg on Rt/
FROM I-10 EAST GET ON I-95 NORTH
IMMEDIATELY EXIT FORSYTH ST. GO 2
LIGHTS AND TURN RT ON JEFFERSON.
AFTER YOU CROSS OVERPASS TURN LEFT
ONTO LEILA ST. rcvng hrs 7-4 M-F

**ipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

| Receiver / Consignee: | | Carrier: | 11-05-08 |
|---|---|---|---|
| Date Received: | | Date Shipped: | J-Par |
| Received by: | | Carrier: | R. H. Ruhe |

**eleets TRANSPORTATION**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
zing, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked.
1, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
e property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
ner of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ORTATION and the Carrier without regard to Carrier's tariffs.
hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
d conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 501 |
| RDI#/PRO# | 5024659 |
| PO# | 5024595 |
| Stop## | 2 |
| Class60 NMFC 161685-01 Inserts |

| (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| ets Transportation Co.<br>) RR Donnelley<br>309 Rodney Street<br>eville, NC 28134<br>)-707-0865 | **BENTON EXPRESS**<br>**2061 SCL DRIVE**<br>**JACKSONVILLE, FL 32209**<br>**9043546794** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Date: 11/3/2008 | Deliver By Date: **11/4/2008**<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany<br>freight bill for payment. |

| ...ds | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cnty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 3147 | 11/06 | 11/15 | CIRCUIT CITY | 43100 | NI | East | 5pm | |
| 2 | 0 | 2687 | 11/06 | 11/15 | CIRCUIT CITY | 36600 | NI | East | Ft. Walton Northwest FL News | |
| 2 | 0 | 2585 | 11/06 | 11/15 | CIRCUIT CITY | 35300 | NI | East | | |
| 4 | 0 | 5198 | 11/06 | 11/15 | CIRCUIT CITY | 70700 | NI | East | | |
| 10 | 0 | 13527 | | | | 185700 | | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1515   or
Any Discrepancies Prior To Departing That Location.**

...cial Instructions:

**95 SOUTH . . . EXIT 354 B . . . . TO FOURTH
LIGHT AND GO RIGHT . . . . IMMEDIATE
RIGHT ON THE SERVICE ROAD . . . . FIRST
BUILDING ON LEFT . . . . 10a- 6pm**

pper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

| Receiver / Consignee: | Carrier: | |
|---|---|---|
| Date Received: 11/4/08 | Date Shipped: 11-05-08 | |
| Received by: | Carrier: J-Pac<br>R. 19 R. A |

**eleets**
TRANSPORTATION

## Bill of Lading
Non-Negotiable

ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
ding, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
d, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity here, as the case may be, in posses-
e property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
rier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ORTATION and the Carrier without regard to Carrier's tariffs.
hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 581 |
| BOL#/PRO# | 5024659 |
| PO# | 5024595 |
| Stops# | 3 |
| Class60 NMFC 161685-01 Inserts | |

**r (Being Shipped From)**
ets Transportation Co.
O RR Donnelley
809 Rodney Street
eville, NC 28134
0-707-0865

Date: 11/3/2008

**Consignee (Being Shipped To)**
Daytona Beach News Journal
901 6TH STREET
DAYTONA BEACH, FL 32117
386-681-2342

Deliver By Date: **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| ds | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 7778 | 11/06 | 11/15 | CIRCUIT CITY | 108500 | NI | East | | |
| 5 | 0 | 7778 | | | | 108500 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

[...] to rec - 386-681-2342 Extensions - Ray
tevens x2363 - Receiving M-F 8:30am to
:30pm————robert page x2573 Rec. Hours: M-F
:30 am to 4:30 pm

**DIRECTIONS:** From I 95 take Exit265C - LPGA Blvd.
Go East at 4th light turn Right on Nova Rd
heading south. Turn Left onto 6th Street and
building will be located on the right. USE 3rd
ENTRANCE Docks will be marked for Inserts./
Rec. Hours: M-F 8:30 am - 4:30 pm

pper:
ubject to Section 7 of the Terms and Conditions of Carriage (see reverse
de), if the shipment is to be delivered to the consignee without recourse on
ne consignor, the consignor shall sign the following statement:

he Carrier shall not make delivery of this shipment without payment of
eight and all other lawful charges.

**Receiver / Consignee:**
Date Received: 11-6-08
Received by: D Jones
D Jones

**Carrier:**
Date Shipped: 11-05 08
Carrier: J-Par
R. M. R.

**ELEETS TRANSPORTATION**
## Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

ng, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to or of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS RTATION and the Carrier without regard to Carrier's tariffs.

hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 661 |
| RO1#PRO# | 5024369 |
| PO# | 5024596 |
| Stops# | 3 |
| Class | 60 NMFC 161685-01 Inserts |

**(Being Shipped From)**
ets Transportation Co.
RR Donnelley
09 Rodney Street
eville, NC 28134
-707-0865

ate: 11/3/2008

**Consignee (Being Shipped To)**
Daytona Beach News Journal
901 6TH STREET
DAYTONA BEACH, FL 32117
386-681-2342

Deliver By Date: **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| ds | Boxes | Weight | RDO | Issue Date | Advertiser | Copies | City | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 7778 | 11/06 | 11/15 | CIRCUIT CITY | 106500 | NI | East | | |
| 5 | 0 | 7778 | | | | 106500 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616** or
**Any Discrepancies Prior To Departing That Location.**

tion to rec - 386-681-2342 Extensions - Ray
tevens x2363 - Receiving M-F 8:30am to
30pm————robert page x2673 Rec. Hours: M-F
30 am to 4:30 pm

**Directions:** From I 95 take Exit265C - LPGA Blvd.
Go East at 4th light turn Right on Nova Rd
heading south. Turn Left onto 6th Street and
building will be located on the right. USE 3rd
ENTRANCE Docks will be marked for Inserts./
Rec. Hours: M-F 8:30 am - 4:30 pm

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: 11-6-08 | Date Shipped: 11-05-08 |
| Received by: D Jones  D Armor | Carrier: J-Par  Rudd Ruba |



**eleets**
TRANSPORTATION

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**& eleets**
TRANSPORTATION

D, subject to the contract between ELEETS Transportation, (third party), and Carrier in effect on the date of the issue of this
ling, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
property described below under the terms of this contract) agrees to carry to its usual place of delivery of said destination. It is mutually agreed, as to
er of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ORTATION and the Carrier without regard to Carrier's tariffs.
hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 801 |
| RDI #/PRO# | 5074660 |
| PO# | 5024595 |
| Stop# | 4 |
| Class60 NMFC 151685-01 Inserts | |

**Consignor (Being Shipped From)**
ets Transportation Co.
) RR Donnelley
109 Rodney Street
eville, NC 28134
)-707-0865

ate:  11/3/2008

**Consignee (Being Shipped To)**
Florida Today
1 Gannett Plaza
MELBOURNE, FL 32941
321-242-3500

Deliver By Date: **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| ids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Crity | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 3718 | 11/06 | 11/16 | CIRCUIT CITY | 92200 | NI | East | | Melbourne |
| 4 | 0 | 3718 | | | | 92200 | | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516    or
Any Discrepancies Prior To Departing That Location.

Summer (321) 242-3522 ..receives for USA
Today..Shawn Harris For extensions and to confirm
l..saharris@brevard.gannett.com -321-242-3986 -
tey close early , 3pm, on occasion.  New address: 1
annett Plaza. The old address is no longer valid @
50

**Directions:** TAKE EXIT 191/WICKUM OFF I 95
SOUTH.  HEAD SOUTHEAST.  AT THE
EIGHTH LIGHT TURN LEFT ONTO SUNTREE
BLVD.  SHORT ROAD OVER TO US 1. TURN
RIGHT ONTO US 1, SOUTH 1000 YARDS ON
YOUR RIGHT. Rec. Hours: M-F 8:30 am - 5:30
pm

ger:
bject to Section 7 of the Terms and Conditions of Carriage (see reverse
le), if the shipment is to be delivered to the consignee without recourse on
consignor, the consignor shall sign the following statement:

Carrier shall not make delivery of this shipment without payment of
this and other lawful charges.

**Receiver / Consignee:**
Date Received: 11/7
Received by: Debra Wattis

**Carrier:**
Date Shipped: 11-05-08
Carrier: J-Par
R. J R. J.

**eleets** TRANSPORTATION

Bill of Lading
Non-Negotiable

**eleets** TRANSPORTATION

50246661

...ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
...ding, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
...d, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
...e property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
...rier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
...that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
...RTATION and the Carrier without regard to Carrier's tariffs.
...hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
...d conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | | |
|---|---|---|
| LOAD# | 602 | |
| ROI#/PRO# | 5024661 | |
| PO# | 5024595 | |
| Stop# | 1 | |
| Class00 NMFC 161685-01 Inserts | | |

**...r (Being Shipped From)**
...ets Transportation Co.
...O RR Donnelley
...309 Rodney Street
...neville, NC 28134
...0-707-0865

...Date:  11/3/2008

**Consignee (Being Shipped To)**
Tampa Tribune
933 Chad Lane
TAMPA, FL 33605
813-627-4708

Deliver By Date:  11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| ...kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 18484 | 11/06 | 11/15 | CIRCUIT CITY | 225400 | NI | East | | |
| 11 | 0 | 18484 | | | | 225400 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

...ohn McPhearson in receiving for ex
813-627-4708-Guy - National account rep
813-259-7901, 813-259-7895, Vivian Nichols
813-248-4513  for insert reps:Gye Deleroski Sports
...uthority   Gill for Michalles Home Depot, Bernie
...eptree  is manager over Prepri

I-75 TO THE BRANDON EXIT.GO WEST OFF
THE EXIT. MAKE A LEFT (SOUTH) ON 301.
1ST LIGHT GO RIGHT ON PALM RIVER ROAD.
GO 500 FEET AND MAKE A RIGHT ON CHAD
LANE. FACILITY IS LOCATED AT 933 CHAD. IT
WILL BE THE FIRST DOUBLE GATE ON LEFT.
M-F 7am-5pm;  Sat 7am

...ipper:
...Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
...side), if the shipment is to be delivered to the consignee without recourse on
...the consignor, the consignor shall sign the following statement.

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

**Receiver / Consignee:**
Date Received:  11-5-08
J. OLIVER
Received by:  J.O.

**Carrier:**
Date Shipped:
Carrier:

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
ading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
d, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity in possession of the property, as the case may be, in posses-
he property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as in
rier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
PORTATION and the Carrier without regard to Carrier's tariffs.

hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
d conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 602 |
| BOL#/PRO# | 5024561 |
| PO# | 5024596 |
| Ship ## | 1 |
| Class60 NMFC 16 | L685-01 Inserts |

**r (Being Shipped From)**
ets Transportation Co.
0 RR Donnelley
309 Rodney Street
leville, NC 28134
0-707-0865

Date:  11/3/2008

**Consignee (Being Shipped To)**
Tampa Tribune
933 Chad Lane
TAMPA, FL 33605
813-627-4708

Deliver By Date: 11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 18484 | 11/06 | 11/15 | CIRCUIT CITY | 225400 | NI | East | |
| 11 | 0 | 18484 | | | | 225400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515  or
Any Discrepancies Prior To Departing That Location.**

John McPhearson in receiving for ux
813)627-4708-Guy – National account rep
813-259-7901, 813-259-7825, Vivian Nichols
813-248-4513  for insert reps:Gys Deleroski Sports
uthority   Bill for Michalles Home Depot. Bernie
eptree  is manager over Prepri

ITS TO THE BRANDON EXIT.GO WEST OFF
THE EXIT. MAKE A LEFT (SOUTH) ON 301.
1ST LIGHT GO RIGHT ON PALM RIVER ROAD.
GO 500 FEET AND MAKE A RIGHT ON CHAD.
LANE. FACILITY IS LOCATED AT 933 CHAD. IT
WILL BE THE FIRST DOUBLE GATE ON LEFT.
M-F 7am-5pm; Sat 7am

ipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Receiver / Consignee:
Date Received:  11-5-08
Received by:  J. OLIVER

Carrier:
Date Shipped:
Carrier:

**eleets TRANSPORTATION**        ELEETS TRANSPORTATION        **eleets TRANSPORTATION**
Bill of Lading
Non-Negotiable

RIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issuer of this
Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked,
ned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
f the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination; it is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
ty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
SPORTATION and the Carrier without recourse to Carrier's tariffs.
er hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 802 |
| RUF #/PRO# | 5024801 |
| PO# | 5024596 |
| Seq.# | 2 |
| Class60 NMFC. 161685-01 Inserts | |

**per (Being Shipped From)**

eets Transportation Co.
/O RR Donnelley
0309 Rodney Street
ineville, NC 28134
00-707-0865

p Date:  11/3/2008

**Consignee (Being Shipped To)**

**Sarasota Herald Tribune**
**1800 University Pkwy**
**SARASOTA, FL 34243**
**(941) 358-4011**

Deliver By Date:  **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 3507 | 11/06 | 11/18 | CIRCUIT CITY | 48200 | NI | East | Bradenton Herald | |
| 5 | 0 | 7962 | 11/06 | 11/18 | CIRCUIT CITY | 109100 | NI | East | | |
| 7 | 0 | 11459 | | | | 157300 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1818    or
Any Discrepancies Prior To Departing That Location.**

EXCEPTIONS:  Barbara Furth
941-361-4205...941-361-4200-Vicky

Directions: I-75 So. To exit # 213  turn right off
ramp. Go 5 miles newpaper on leftside...Rec.
Hours: M-F 7:30am - 4pm,  no nights or
weekends.

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of

Receiver / Consignee:
Date Received:  11/5/08
Received by:

Carrier:
Date Shipped:
Carrier:

eleets
TRANSPORTATION

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

eleets
TRANSPORTATION

ED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
cking, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
d, and dealling as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posse-
se property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to
rier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
PORTATION and the Carrier without regard to Carrier's tariffs.

hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
d conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 602 |
| ROI#/PRO# | 5024601 |
| PO# | 5024595 |
| Stop## | 3 |
| Class#0 NMFC 161685-01 Inserts | |

| r (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| ets Transportation Co.<br>D RR Donnelley<br>309 Rodney Street<br>neville, NC 28134<br>0-707-0665 | **Ft. Myers News Press**<br>**2442 M LUTHER KING BLVD**<br>**FT MYERS, FL 33901**<br>**239-335-0200** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Date:   11/3/2008 | Deliver By Date: **11/6/2008**<br>Time Sensitive Materials<br>Special damage and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 7588 | 11/6 | 11/15 | CIRCUIT CITY | 103500 | NI | East | |
| 5 | 0 | 7588 | | | | 103500 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or**
**Any Discrepancies Prior To Departing That Location.**

MONDAY-FRIDAY 8AM-5PM receive for: Receiving is
39-335-0275 / Jennifer Balter Rec. Hours:
MONDAY-FRIDAY 8AM-5PM//Dick Monsaur for CC x
275

take exit 1 #75 to exit#23 turn right @ the end
of the ramp. Go west for 4 miles cross R/R
newspaper on left. Newpaper/ Rec. Hours:
MONDAY-FRIDAY 8AM-5PM

# 138 go Right 4 mi
left on hee

| per.<br>ect to Section 'r of the Terms and Conditions of Carriage (see reverse<br>of the shipment is to be delivered to the consignee without recourse on<br>nor, the consignor shall sign the following statement.<br><br>ll not make delivery of this shipment without payment of<br>ll lawful charges. | Receiver / Consignee:<br>Date Received: 11/5/08<br>Bryan Boon<br>Received: 2/2 | Carrier:<br>Date Shipped:<br>Carrier: |
|---|---|---|

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

RVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
the property described below under the terms of this contract) agrees to carry to its usual place of said destination. It is mutually agreed, as to
carrier of all or any of said property over all or any portion of said route to destination, and as to each party of any time interested in all or any of said
y, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
PORTATION and the Carrier without regard to Carrier's tariffs.
r hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 502 |
| SO#/PRO# | 5024561 |
| PO# | 5024595 |
| Stops# | 4 |
| Class60 NMFC 161685-01 Inserts | |

| er (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co.<br>O RR Donnelley<br>i309 Rodney Street<br>neville, NC 28134<br>0-707-0865 | **Naples Daily News**<br>**1075 1ST AVE NORTH**<br>**NAPLES, FL 34102**<br>239-262-3161 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Date: 11/3/2008 | Deliver By Date: 11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 5006 | 11/06 | 11/16 | CIRCUIT CITY | 08700 | NI | East | |
| 3 | 0 | 5006 | | | | 08700 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-897-1516    or
Any Discrepancies Prior To Departing That Location.**

Naples 239-263-4859 Extensions Brenda Bitzur
(239)263-4741 insert coordinator ALSO RECEIVE
FOR THE BONITA BANNER THE EAGLE Rec Hours:
M-W 9 am – 5 pm 7 pm – 3 am Th-Fri 9:30 am – 3 am
Sat-Sun 7 pm – 12a

Directions: New I-75 S to exit 107. Make a right
at end of ramp. Go 5 miles to US 41 and turn left
onto Central Ave. Make a left at 12th St and
make a left into Bldg. Rec Hours: M-W 9 am – 5
pm 7 pm – 3 am Th-Fri 9:30 am – 3 am Sat-Sun 7
pm – 12am

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of the shipment without payment of

Receiver / Consignee:
Date Received:
Received by:

Carrier:
Date Shipped:

**eleets** TRANSPORTATION

ELEETS TRANSPORTATION
Bill of Lading
Non-Negotiable

**eleets** TRANSPORTATION

RIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
ned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity) on, as the case may be, in posses-
f the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.
er hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| BOL#/PRO# | 50?4601 |
| PO# | SD24596 |
| Stop#? | 4 |
| Class60 NMFC 161885-01 Inserts | |

per (Being Shipped From)

leets Transportation Co.
/O RR Donnelley
0309 Rodney Street
ineville, NC 28134
00-707-0865

p Date:   11/3/2008

Consignee (Being Shipped To)

Naples Daily News
1075 1ST AVE NORTH
NAPLES, FL 34102
239-262-3161

Deliver By Date: 11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

Bill to Party

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST. JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 5000 | 11/06 | 11/15 | CIRCUIT CITY | 68700 | NI | East | |
| 3 | 0 | 5000 | | | | 68700 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.

Raci uni rodui und accont Brenda Bitzur
Summi Region 239-263-4859 Extensions Brenda Bitzur
(239)263-4741 Insert coordinator ALSO RECEIVE
FOR THE BONITA BANNER THE EAGLE Rec Hours:
M-W 9 am - 5 pm 7 pm - 3 am Th-Fri 8:30 am - 3 am
Sat-Sun 7 pm - 12a

Directions: New I-75 S to exit 107. Make a right
at end of ramp. Go 5 miles to US 41 and turn left
into Central Ave. Make a left at 12th St and
make a left into Bldg. Rec Hours: M-W 9 am - 5
pm 7 pm - 3 am Th-Fri 9:30 am - 3 am Sat-Sun 7
pm - 12am

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of

Receiver / Consignee:
Date Received:
Received by:

Carrier:
Date Shipped:
Carrier:

# 11/16/08 Circuit City Load Plan

## ELEETS Job No: 5024596

**eleets TRANSPORTATION**

| Store No | Seq | Consignee By | Address | City | St | FDR | Ready | Dispatch deliveries | | | | Qty | Total Weight | Pallets | Skids | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pineville | NC | 602 | 1 | Tampa Tribune | 933 Chad Lane | TAMPA | FL | 11/6/2008 | 11/16/2008 | Circuit Ch | 28 pg | NI | | 225,400 | 10.25 | 11 | 16,484 |
| Pineville | NC | 602 | 2 | Sarasota Herald Tri | 1800 University Pkwy | SARASOTA | FL | 11/6/2008 | 11/16/2008 | Circuit Ch | 28 pg | NI | Bradenton Her. | 48,200 | 2.19 | 2 | 7,982 |
| Pineville | NC | 602 | 2 | Sarasota Herald Tri | 1800 University Pkwy | SARASOTA | FL | 11/6/2009 | 11/16/2008 | Circuit Ch | 28 pg | NI | | 109,100 | 4.95 | 5 | 7,556 |
| Pineville | NC | 602 | 3 | Ft Myers News Pre | 2442 M LUTHER KING | E FT MYERS | FL | 11/6/2008 | 11/16/2008 | Circuit Ch | 28 pg | NI | | 68,700 | 3.12 | 3 | 5,006 |
| Pineville | NC | 602 | 4 | Naples Daily News | 1075 1ST AVE NORTH | NAPLES | FL | 11/6/2008 | 11/16/2008 | Circuit Ch | 28 pg | NI | | 554,500 | 25.22 | 26 | 40,536 |

602 Total

NOV-11-2008 TUE 02:50 PM   OVERNITE EXPRESS INC      FAX NO. 651 645 7443      P. 01

## ELEETS TRANSPORTATION
### Bill of Lading
Non Negotiable

RECEIVED, subject to the conditions hereon ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the term of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that this Lading with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelly 300 Jones Rd Spartanburg, SC 29307 (864) 579-6365  Ship Date: 11/10/2008 | Pulitzer Publisher Co 11700 Dunlap Maryland Heights, MO 63043 314-569-0944  Deliver By Date: 11/12/2008  Time Sensitive Materials  Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.  Notify ELEETS TRANSPORTATION Immediately in event of delay | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION  3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246  Proof of delivery must accompany freight bill for payment |

| Skids | Boxes | Weight | FSN | Issue Date | Advertiser | Copies | Dely | Vendor | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 1208 | 11/12 | 11/03 | WALGREENS CO | 9552 | NI | 54 | Farmington Daily Journal | |
| 6 | 0 | 9764 | 11/12 | 11/03 | WALGREENS CO | 76450 | SC | 54 | Missouri Vendor | |
| 6 | 0 | 16772 | 11/12 | 11/03 | WALGREENS CO | 128558 | NI | 54 | 1/2 of 354299 | |
| 16 | 0 | 27785 | | | | 214558 | | | | |

## Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-837-1616 or Any Discrepancies Prior To Departing That Location.

| Special Instructions: | Consignee Directions: |
|---|---|
| R R Donnelly (314) 432-9555 extensions Kenny @ 314-432-9557 Laura Rogers @ 314-432-9552 Brad 314-344-0577 11605 Hargrove Industrial Blvd is the rear of the bldg  Deliveries should go to the back of 11700 Dunlap, per phone conversation w/ Sonia in sh | 270 WEST . . . To Dorsett . . . off at Dorsett and go left . . . East on Dorsett . . . right on Schuetz Road (5th stop light) . . . 1st stop light turn left on FeeFee Road . . . right on Dunlap . . . Receiving dock to right on Dunlap, 0700-1000 MON- |

4821-154848 - 0
ME Westbrook

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: 11-5-08 | Date Shipped: 11-4-08 |
| Received by: | Carrier: |



NOV-11-2008 TUE 02:50 PM    OVERNITE EXPRESS INC    FAX NO. 651 645 7443    P. 02

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non Negotiable

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | Owensboro Messenger | Ship Prepaid / 3rd Party Bill to: |
| C/O RR Donnelly | 1401 Frederica St | ELEETS TRANSPORTATION |
| 309 Jonas Dr. | Owensboro, KY 42301 | |
| Spartanburg, SC 29307 | 270-926-0123 | 3131 ST JOHNS BLUFF RD. S |
| (864) 579 6555 | | JACKSONVILLE, FL 32246 |
| Ship Date: 11/05/08 | Deliver By Date: 11/13/2008 | Proof of delivery must accompany |
| | Time Sensitive Materials | freight bill for payment. |
| | Notify ELEETS TRANSPORTATION immediately in event of delay | |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Dstty | Vendor | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 1100 | 11/14 | 11/23 | WAL GREENS LTD | 8500 | NI | 23 | Mechanicsville Messenger | |
| 6 | 6 | 60 | 11/13 | 11/23 | WAL GREENS CO | 450 | SC | 23 | Mechanicsville Messenger | |
| 3 | 6 | 4100 | 11/13 | 11/24 | WAL GREENS CO | 31700 | NI | 34 | Mechanicsville Messenger | |
| | 6 | 5260 | | | | 40650 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-697-1615** at
**Any Discrepancies Prior To Departing That Location.**

Consignee Directions:
SEN TO WATCHER PARKWAY, TAKE TO THE
END, EXIT ON LEFT HAND LAND ON US
PARKWAY BYPASS TAKE EXIT 4 FREDERICA
ST, TURN RIGHT ON FREDERICA, FOLLOW
TO 14 ST ON CORNER OF FREDERICA AND
14 ST. M-F 8AM-5PM AND 8PM M-DNIGHT 7
DAYS

4/821 - 13/18/16 - 0

M E Westbrook

| Receiver / Consignee: | Carrier: |
|---|---|
| Date To about | Date Shipped 11-11-08 |
| Received by | Carrier _____ CC 3553 |

NOV-11-2008 TUE 02:50 PM   OVERNITE EXPRESS INC        FAX NO. 651 645 7443              P. 03

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. c/o RR Donnelly 801 Jones Rd Spartanburg, SC 29307 (864) 579-6300 | Courier & Press 300 E Walnut St Evansville, IN 47713 812-424-7711 | Ship Prepaid / 3rd Party Bill to ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32216 |
| Ship Date: 11/12/2008 | Deliver By Date: 11/13/2008 | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RSD | Issue Date | Advertiser | Copies | City Version | Comments | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 7570 | 11/13 | 11/23 | WALGREENS CO | 58509 | NI | 32 | |
| 1 | 0 | 486 | 11/13 | 11/23 | WALGREENS CO | 3600 | SC | 22 | |
| 1 | 0 | 1570 | 11/13 | 11/23 | WALGREENS CO | 12200 | NI | 34 | |
| 0 | 0 | 87 | 11/13 | 11/23 | WALGREENS CO | 750 | SC | 34 | Henderson Courier |
| 6 | 0 | 9712 | | | | 75000 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-697-1515   or
Any Discrepancies Prior To Departing That Location.

Consignee Directions: T-415 TO LLOYD EXPRESSWAY, STAY IN THE RIGHT HAND LANE AND IT WILL TURN INTO DIVISION STREET; GO TO 3RD LIGHT AND TURN LEFT; GO 2 BLOCKS TO SYCAMORE AND TAKE ANOTHER LEFT, THEY'RE ON THE RIGHT / Receiving: M-Sat 24 hours a day  Sundays: No AM

| Receiver / Consignee | Carrier |
|---|---|
| Date Received: 11-5-08 | Date Picked up: 11-4-08 |
| Received by: | |

**eleets** TRANSPORTATION

*DEAN TORRE*
*TRIP #*

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

*37944*

**eleets** TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 501
ROT #/PRO# 5023703
PO# 5023702
Stop## 1
Class60 NMFC 161685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 10309 Rodney Street Pineville, NC 28134 800-707-0865 | Ft. Myers News Press 2442 M LUTHER KING BLVD FT MYERS, FL 33901 239-335-0200 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date: 10/27/2008 | Deliver By Date: 10/30/2008 **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION Immediately In event of delay** | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 5471 | 10/30 | 11/03 | CIRCUIT CITY | 103500 | NI | East | |
| 4 | 0 | 5471 | | | | 103500 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

| Special Instructions: MONDAY-FRIDAY 8AM-5PM receive fur: Receiving is 239-335-0275 / Jennifer Baiter Rec. Hours: MONDAY-FRIDAY 8AM-5PM//Dick Monsaur for CC x 0275 | Consignee Directions: Directions: I-#75 to exit#23 turn right @ the end of the ramp. Go west for 4 miles cross R/R newspaper on left. Newpaper/ Rec. Hours: MONDAY-FRIDAY 8AM-5PM |
|---|---|

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor: X_____ | Receiver / Consignee: Date Received: _____ Received by: Don Kiesler Signature: X Don Kiesler | Carrier: Date Shipped: CUSTOM FRIGHT Carrier: Driver's Signature: X _____ |
|---|---|---|

**REMITTANCE COPY**

**DEAN TORRES**
**TRIR# 37946**

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD#          501
POI #/PRO#     5023703
PO#            5023702
Stops#         1
Class60 NMFC 161685-01 Inserts

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date:  10/2/2008

**Consignee (Being Shipped To)**

Tampa Tribune
933 Chad Lane
TAMPA, FL 33605
813-627-4708

Deliver By Date:  10/30/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|-------|-------|--------|-----|------------|------------|--------|--------------|----------|------|
| 8 | 0 | 14107 | 10/30 | 11/09 | CIRCUIT CITY | 225400 | NL | East | |
| 0 | 0 | 14107 | | | | 225400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1818    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariff unless Eleets Co Contract Carrier Rate Agreement.

**Special Instructions:**
Diane McPhearson in receiving for ex
(813)627-4708-Guy - National account rep
813-259-7901. 813-259-7895. Vivian Nichals
813-248-4515  for insert reps:Gye Delzroski Sports
Authority    Gill for Michalles Home Depot. Bernie
Peptree  is manager over Prepri

**Consignee Directions:**
I75 TO THE BRANDON EXIT.GO WEST OFF
THE EXIT. MAKE A LEFT (SOUTH) ON 301.
1ST LIGHT GO RIGHT ON PALM RIVER ROAD.
GO 500 FEET AND MAKE A RIGHT ON CHAD.
LANE. FACILITY IS LOCATED AT 933 CHAD. IT
WILL BE THE FIRST DOUBLE GATE ON LEFT.
M-F  7am-5pm; Sat 7am

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee:**
Date Received:  10/24/08
Received by:  Elisa Smith
Signature:

**Carrier:**
Date Shipped:  CUSTOM FRIGHT
Carrier:
Driver's Signature:  X

**CONSIGNEE COPY**

**eleets TRANSPORTATION**

*DEAN TORRE*
*TRIP#37946*

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party) in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 501 |
| PO1 #/PRO# | 50*3703 |
| PO# | 5029702 |
| Stubuff# | 2 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

BENTON EXPRESS
3725 Dr MLK Jr Drive
TAMPA, FL 33605
813-621-5541

Deliver By Date: **10/28/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City | Version | Comments | City |
|-------|-------|--------|-----|-----------|-----------|--------|------|---------|----------|------|
| 3 | 0 | 3913 | 10/30 | 11/09 | CIRCUIT CITY | 62100 | NI | East | | |
| 2 | 0 | 2711 | 10/30 | 11/09 | CIRCUIT CITY | 43100 | NI | East | 5pm | |
| 2 | 0 | 2505 | 10/30 | 11/09 | CIRCUIT CITY | 39700 | NI | East | | |
| 7 | 0 | 9129 | | | | 144900 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or**
**Any Discrepancies Prior To Departing That Location.**

**Special Instructions:**

**Consignee Directions:**
95 SOUTH . . . EXIT 354 B . . . . TO FOURTH
LIGHT AND GO RIGHT . . . . IMMEDIATE
RIGHT ON THE SERVICE ROAD . . . . FIRST
BUILDING ON LEFT . . . . 10a- 6pm

**Shipper**

Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor: X _____

**Receiver / Consignee:**

Date Received: 10/24/08

Received by: R W Carlson

Signature: X _____

**Carrier:**

Date Shipped: CUSTOM FREIGHT

Carrier: _____

Driver's Signature: X _____

**CARRIER COPY**

**eleets TRANSPORTATION**

*DEAN TORRES*
*TRIP# 37941*

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 501 |
| BOL#/PRO# | 5043703 |
| PO# | 5025702 |
| Stop/s# | 3 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>10309 Rodney Street<br>Pineville, NC 28134<br>800-707-0865 | Sarasota Herald Tribune<br>1800 University Pkwy<br>SARASOTA, FL 34243<br>(941) 358-4011 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date:  10/2/2008 | Deliver By Date:  10/30/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 3920 | 10/30 | 11/09 | CIRCUIT CITY | 48200 | NI | East | Bradenton Herald | |
| 4 | 0 | 6810 | 10/30 | 11/09 | CIRCUIT CITY | 109100 | NI | East | | |
| 6 | 0 | 9830 | | | | 157300 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or**
**Any Discrepancies Prior To Departing That Location.**

| Special Instructions:  Barbara Furth<br>941-361-4205..941-361-4200-Vicky | Consignee Directions: I-#75 So. To exit # 213  turn right off<br>ramp. Go 5 miles newpaper on leftside..Rec.<br>Hours: M-F 7:30am - 4pm,  no nights or<br>weekends. |
|---|---|

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:  X | Receiver / Consignee:<br>Date Received:  10/24/08<br>Received by:<br>Signature:  X | Carrier:<br>Date Shipped:  CUSTOM FRIGHT<br>Carrier:<br>Driver's Signature:  X |

**CONSIGNEE COPY**

*DEAN TORRES*
*TRIP# 37946*

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 501 |
| ROI #/PRO# | 5023703 |
| PO# | 5023702 |
| Stop off# | 3 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0665

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Naples Daily News
1075 1ST AVE NORTH
NAPLES, FL 34102
239-262-3161

Deliver By Date: 10/30/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4313 | 10/30 | 11/09 | CIRCUIT CITY | 68700 | NI | East | |
| 3 | 0 | 4313 | | | | 68700 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

**Special Instructions:**
John Ryan 239-263-4859 Extensions Brenda Bitzer (239)263-4741 Insert coordinator ALSO RECEIVE FOR THE BONITA BANNER THE EAGLE Rec Hours: M-W 9 am - 5 pm 7 pm - 3 am Th-Fri 9:30 am - 3 am Sat-Sun 7 pm - 12a

**Consignee Directions:**
Directions: New I-75 S to exit 107. Make a right at end of ramp. Go 5 miles to US 41 and turn left onto Central Ave. Make a left at 12th St and make a left into Bldg. Rec Hours: M-W 9 am - 5 pm 7 pm - 3 am Th-Fri 9:30 am - 3 am Sat-Sun 7 pm - 12am

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee**
Date Received:
Received by: MANUEL-H
Signature:  X

**Carrier**
Date Shipped: CUSTOM FREIGH!
Carrier:
Driver's Signature:  X

**CONSIGNEE COPY**

**eleets TRANSPORTATION**

DEAN TORRES
TRIP #

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 581 |
| RDI #/PRO# | 5073703 |
| PO# | 5028702 |
| Stop#### | 4 |
| Class 60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date:  10/2/2008

**Consignee (Being Shipped To)**

Ft. Myers News Press
2442 M LUTHER KING BLVD
FT MYERS, FL 33901
239-335-0200

Deliver By Date: **10/30/2008**

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 8471 | 10/30 | 11/09 | CIRCUIT CITY | 103500 | NI | East | |
| 4 | 0 | 8471 | | | | 103500 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

**Special Instructions:**
MONDAY-FRIDAY 8AM-5PM receive for: Receiving is
239-335-0275 / Jennifer Baiter Rec. Hours:
MONDAY-FRIDAY 8AM-5PM//Dick Monsaur for CC x
0275

**Consignee Directions:** I-#75 to exit#23 turn right @ the end
of the ramp. Go west for 4 miles cross R/R
newspaper on left. Newpaper/ Rec. Hours:
MONDAY-FRIDAY 8AM-5PM

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee:**
Date Received:
Received by:  Don Kiesler
Signature:  X Don Kiesler

**Carrier:**
Date Shipped:  CUSTOM FRIGHT
Carrier:
Driver's Signature:  X

CONSIGNEE COPY

**ORIGINAL DELIVERY RECEIPT**

BENTON
1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6966

PAGE 1 OF 1.   BTNB   DELIVERY TERM
CODE   TAL

PRO # TPA.1133063

| ORIG. TERM | DATE 10/24/08 |
|---|---|
| TPA | |

SHIPPER REF #
5023704

INTERLINE CODE

INTERLINE REF. #

SHIPPER
ELEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

CONSIGNEE
TALLAHASSEE DEMOCRATE
277 N MAGNOLIA DR

TALLAHASSEE FL 32301

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES PREPAID |
|---|---|---|---|---|---|---|
| 2 | | SKIDS INSERTS | 60 | 2711 | | |
| | | 850-599-2343 | | | | |
| | | MUST DELIVER BY | | | | |
| | | 10/30/08 | | | | |
| | | FUEL SURCHARGE | | | | |
| | | | | | | |
| TOTAL 2 | | | | 2711 | | |

TALLAHASSEE DEMOCRAT
277 NORTH MAGNOLIA DRIVE
P.O. BOX 990
TALLAHASSEE, FL 32302

RECEIVED
OCT 27 2008
BY:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY_____ (PRINT NAME)
BY_____ (SIGN)

DATE_____ TIME_____
DRIVER SIGNATURE

| SHRINK WRAP INTACT   Y   N | INSIDE DELIVERY | DRIVER COLLECT |
|---|---|---|
| | LIFTGATE | COD |
| NOTE EXCEPTIONS BELOW: | JOBSITE | |
| | RESIDENTIAL | TOTAL DUE |
| | SORT & SEG. | |
| | DETENTION   TIME IN | TIME OUT |

tOLELOS

**ORIGINAL DELIVERY RECEIPT**

**BENTON**

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-8888

| ORIG. TERM | DATE 10/24/08 |
|---|---|
| TPA | |

SHIPPER REF #
5023704

INTERLINE CODE

INTERLINE REF. #

PAGE 1 OF 1   **BTNB** CODE
PRO # TPA.1133065

DEST. TERM
TPA

**SHIPPER**
ELEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

**CONSIGNEE**
LAKELAND LEDGER, THE
300 W LIME ST

LAKELAND FL 33801

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 3 | | SKIDS INSERTS<br>863-802-7000<br>MUST DELIVER BY<br>10/30/08 | | 3913 | | PREPAID |

TOTAL 3

3913

SHRINK WRAP INTACT  (Y) N

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY _____ (PRINT NAME)
BY _____ (SIGN)
DATE _____ TIME _____
DRIVER SIGNATURE

DRIVER COLLECT

INSIDE DELIVERY _____
LIFTGATE _____
JOBSITE _____
RESIDENTIAL _____
SORT & SEG. _____

COD

TOTAL DUE

DETENTION   TIME IN   TIME OUT

HOLECOS