

## ORIGINAL DELIVERY RECEIPT

**BENTON**
"Connect Quality"
1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

PAGE 1 OF 1 | BTNB CODE

PRO # TPA.1133064

DELIV TERM. PTM

ORIG. TERM. TPA | DATE 10/24/08

SHIPPER REF # 5023704

INTERLINE CODE

INTERLINE REF. #

**SHIPPER**
ELEETS TRANSPORTATION CO
EXIT DOCK BENTON EXPRESS
3725 DR MLK JR BLVD E
TAMPA FL 33610

**CONSIGNEE**
CHARLOTTE SUN HERALD
23170 HARBORVIEW RD
PORT CHARLOTTE FL 33980

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|--------|----|-------------|-------|--------|------|---------|
| 2 | | SKIDS INSERTS | 60 | 2505 | | PREPAID |
| | | 941-206-1000 | | | | |
| | | MUST DELIVER BY | | | | |
| | | 10/30/08 | | | | |
| | | FUEL SURCHARGE | | | | |

TOTAL 2 | | | TOTAL 2505 | |

SHRINK WRAP INTACT (Y) N

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY __R Raby__ (PRINT NAME)
BY __Chris Raby__ (SIGN)
DATE __10/28/08__ TIME __1245__
RECEIVER SIGNATURE

| DRIVER COLLECT | |
|----------------|--|
| INSIDE DELIVERY | |
| LIFTGATE | COD |
| JOBSITE | |
| RESIDENTIAL | TOTAL DUE |
| SORT & SEG. | |

| DETENTION | TIME IN | TIME OUT |
|-----------|---------|----------|

5023704

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

eleets TRANSPORTATION

| LOAD# | 502 |
| PO/PRO# | 5073705 |
| POI | 5023702 |
| Shipper | 1 |
| Class60 NMFC 161885-01 Inserts |

RECEIVED, subject to the contract and individually determined rates or contracts that have been agreed upon... (contract terms text, illegible)

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Florida Times Union
ONE RIVERSIDE AVENUE
JACKSONVILLE, FL 32231
(904) 359-4111

Deliver By Date: 10/30/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Wght | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|-------|-------|------|-----|------------|------------|--------|-------------|----------|------|
| 7 | 0 | 1,375 | 10/30 | 11/09 | CIRCUIT CITY | 170400 | NI   East | ATTN:LOADING DOCK | |
| 7 | 0 | 1,375 | | | | 170400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516   or
Any Discrepancies Prior To Departing That Location.**

Special Instructions:
M-F 6am-4:00 p    JO DUPREE Inserts delivered
here

**Consignee Directions:**
I-95 SOUTH EXIT #117. Turn left off exit on
Union St. At 2nd light turn rt on Jefferson St. This
will become Riverside Ave. Go over the overpass
to 1st light, turn left on Liela St. 1st Bldg on Rt/
FROM I-10 EAST GET ON I-95 NORTH
IMMEDIATELY EXIT FORSYTH ST. GO 2
LIGHTS AND TURN RT ON JEFFERSON.
AFTER YOU CROSS OVERPASS TURN LEFT
ONTO LEILA ST. rcvng hrs 7-4 M-F

Shipper:
Subject to Section 7 of the Terms (see reverse
side), if this shipment is to be delivered to
the consignee, the consignor shall ...

The Carrier shall not make delivery
freight and all other lawful charges.

signature of consignor:  X

Conditions of Carriage (see reverse
side) the consignee without recourse on
the following statement:

this shipment without payment of ...

| Receiver / Consignee: | | Carrier: | |
| Date Received: | 10-28 | Date Shipped: | Oct 28 |
| Received by: | G Hall | Carrier: | |
| Signature: X | _Hall_ | Driver's Signature: X | |

**CARRIER COPY**

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

**eleets TRANSPORTATION**

CEIVED, subject to the contract ween ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
of Lading, the property describe elow, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
signed, and destined as indicate low, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described belo nder the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
h Carrier of all or any of said pe ery over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
perty, that every service to be p rmed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ANSPORTATION and the Carrie shoul regard to Carrier's tariffs.
pper hereby certifies that it is fa ar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
rms and conditions are hereby ag d to by the shipper and accepted for itself and its assigns.
ipper (Being Shipped From)

| | |
|---|---|
| LOAD# | 502 |
| RU #/PRO# | 5023705 |
| PO# | 5025702 |
| Stop off# | 2 |
| Class60 NMFC 181685-01 Inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transpo ation Co.<br>C/O RR Donne ey<br>10309 Rodney treet<br>Pineville, NC 2 134<br>800-707-0865<br><br>ip Date:  10/2 /2008 | BENTON EXPRESS<br>2061 SCL DRIVE<br>JACKSONVILLE, FL 32209<br>9043548794<br><br>Deliver By Date:  10/29/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | W ight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 478 | 10/30 | 11/09 | CIRCUIT CITY | 31000 | NI | East | Gainesville Sun | |
| 2 | 0 | 505 | 10/30 | 11/09 | CIRCUIT CITY | 39700 | NI | East | Ocala Star Banner | |
| 2 | 0 | 105 | 10/30 | 11/09 | CIRCUIT CITY | 33100 | NI | East | | |
| 1 | 0 | 580 | 10/30 | 11/09 | CIRCUIT CITY | 10400 | NI | East | | |
| 7 | 0 | 259 | | | | 114200 | | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or**
**Any Discrepancies Prior To Departing That Location.**

cial instructions:

Subject to Section 7 of the Terms a Conditions of Carriage (see reverse
side), if this shipment is to be deliv to the consignee without recourse on
the consignor, the consignor shall s the following statement:

Consignee Directions:
95 SOUTH . . . EXIT 354 B . . . . .TO FOURTH
LIGHT AND GO RIGHT . . . . IMMEDIATE
RIGHT ON THE SERVICE ROAD . . . .FIRST
BUILDING ON LEFT . . . . 10a- 5pm

7 SKids

| Shipper:<br>Subject to Section 7 of the Terms ( side), if this shipment is to be deliv the consignor, the consignor shall s<br><br>The Carrier shall not make delivery freight and all other lawful charges.<br><br>gnature of consignor:  X | Conditions of Carriage (see reverse) I to the consignee without recourse on the following statement:<br><br>this shipment without payment of | Receiver / Consignee:<br>Date Received:  10-29-08<br>Received by:<br>Signature:  X | Carrier:<br>Date Shipped:<br>Carrier:<br>Driver's Signature:  X |

**CARRIER COPY**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

eleets TRANSPORTATION

eleets TRANSPORTATION

RECEIVED, subject to the contract of Lading, the property described, signed, and destined as indicate of the property described below h Carrier of all or any of said property, that every service to be pe RANSPORTATION and the Carrie ppor hereby certifies that it is fa ns and conditions are hereby ag

whan ELEETS Transportation (third party), and Carrier in effort on the date of the issue of this elow, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posse rider the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to ery over all or any portion of said route to destination, and as to each party at any time interested in all or any of said ermed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS thout regard to Carrier's tariffs.
er with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said d to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 502 |
| RO!#PRO# | 5073705 |
| PO# | 5073702 |
| Stops# | 3 |
| Class60 NMFC 181685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transpo ation Co.
C/O RR Donne ey
10309 Rodney treet
Pineville, NC 2 134
800-707-0865

hip Date:  10/27/2008

**Consignee (Being Shipped To)**

Daytona Beach News Journal
901 6TH STREET
DAYTONA BEACH, FL 32117
386-681-2342

Deliver By Date:  **10/30/2008**
Time Sensitive Materials
Special demages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | W ight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 653 | 10/30 | 11/09 | CIRCUIT CITY | 106500 | NI | East | |
| 4 | 0 | 653 | | | | 106500 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or**
**Any Discrepancies Prior To Departing That Location.**

Special Instructions
Direct line to rec
Stevens x2363
4:30pm        m
8:30 am to 4:30   m

386-681-2342 Extensions - Ray
Receiving M-F 8:30am to
ert page x2573 Rec. Hours: M-F
m

Consignee Directions
Directions: From I 95 take Exit265C - LPGA Blvd.
Go East at 4th light turn Right on Nova Rd
heading south. Turn Left onto 6th Street and
building will be located on the right. USE 3rd
ENTRANCE Docks will be marked for Inserts./
Rec. Hours: M-F 8:30 am - 4:30 pm

**hipper:**
Subject to Section 7 of the Terms
ditio), if this shipment is to be deliv
the consignee, the consignee shall :

Thn Carrier shall not make delivery
freight and all other lawful charges

ignature of consignor  X ____

Condition of Carriage (see reverse
) in the consignee without recourse on
i the following statement:

this shipment without payment of

**Received / Consignee:**
Date Received:  10-28-08

Received by:

Signature:  X

**Carrier:**
Date Shipped:

Carrier:

Driver's Signature  X

**CARRIER COPY**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

| | |
|---|---|
| LOAD# | 502 |
| PO# #/PRO# | 5048705 |
| PO# | 5026702 |
| Stops## | 4 |
| Class## NMFC 161685-01 Inserts | |

**Consignee (Being Shipped To)**

Treasure Coast Newspapers
696 NW ENTERPRISE DRIVE
PORT ST LUCIE, FL 34986
772-408-5349

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery in consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnesey
10309 Rodney Street
Pineville, NC 28134
800-707-0665

Ship Date:  10/2/2008

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 472 | 10/30 | 11/09 | CIRCUIT CITY | 119200 | NI | East | |
| 5 | 0 | 472 | | | | 119200 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1516   or
Any Discrepancies Prior To Departing That Location.

RECEIVES FOR VERO PRESS JOURNAL & FT PIERCE TRIBUNE PER VIVIAN At SCRIPPS Bruce Negro preprint manager for all of Scripps 772-408-5343 - bruce.negro2@scripps.com - Extensions 772 408-5349 Stephanie Garski..Rec. Hours M-F 8-3.. Boca Raton News..Rec. Hours: Until 5pm..They only recv. Until 5pm

Directions: From I-95- Take exit 121,proceed E to NW Peacock Blvd, turn left,continue another 2-3 miles to St Lucie West Commerce Park entrance across from Stadium,turn left (W) on NW Enterprise Dr.follow Enterprise bearing right to property west or cul de

| | | |
|---|---|---|
| **Shipper:** | **Receiver / Consignee** | **Carrier:** |
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse) and, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor:  X_____ | Date Received:  10/29/08  Received by:  Signature: _____ | Date Shipped:  Oct 8 0_  Carrier:  Driver's Signature:  X_____ |

CARRIER COPY

## ELEETS TRANSPORTATION
### Bill of Lading
#### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Carrier hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns

| | |
|---|---|
| LOAD# | 502 |
| PO #/PRO# | 5023705 |
| PO# | 5028792 |
| Stop## | b |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donneley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/2/2008

**Consignee (Being Shipped To)**
West Palm Beach Post
2751 SOUTH DIXIE
WEST PALM BEACH, FL 33405
800-820-4300

Deliver By Date: 10/30/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay.

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 1 | 317 | 10/30 | 11/09 | CIRCUIT CITY | 164500 | NI | East | |
| 7 | 0 | 1 | 317 | | | | 164500 | | | |

### Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616  or
### Any Discrepancies Prior To Departing That Location.

**Special Instructions:** Rate is included as described herein. Refuse to sign profit unless stated in Consign Carrier Rate Agreement.
DAILY M-F 7:30A-midnight Sat 8:00A-2:00P  #4234
Heather Adams in (hadamson@pbpost.com) for insert
verification. 821 4100

**Consignee Directions:** Directions: 95 TO BELVIDERE ROAD EXIT, GO
EAST, TO SOUTH DIXIE HWY AND GO RIGHT,
NEXT STREET RIGHT ON MONSO. DOCKS
WILL BE ON RIGHT. / Rec. Hours: DAILY M-F
7:30A-midnight Sat 8:00A-4:00P

**Shipper:**
Subject to Section 7 of the Terms and
Conditions of Carriage (see reverse
side), if the shipment is to be delivered to
the consignee, the consignee shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:   X _____

**Receiver / Consignee:**
Date Received:  Oct 28.08
Received by:  Juan Solis
Signature:  X _____  11 37 _____

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature   X _____

### REMITTANCE COPY



ORIGINAL DELIVERY RECEIPT

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

PAGE 1 OF 1     BTNB
CODE
PRO # JAX.1652877

ORIG.TERM. DATE 10/28/08
JAX
SHIPPER REF #
502
INTERLINE CODE

INTERLINE REF. #

SHIPPER
ELEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

CONSIGNEE
OCALA STAR BANNER
2121 SW 19TH AVE RD
OCALA FL 34474

DEST./TERM.
OCA

| PIECES | H/M | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES PREPAID |
|--------|-----|-------------|-------|--------|------|-----------------|
| 4 | | SKIDS OF PRINTED MATERIAL | 60 | 4483 | | |
| | | CIRCUT CITY ISSUE 11/09/08/ | | | | |
| | | STC NO OF COPIES//70,700 | | | | |
| | | MUST DELIVER 10/29/08******** | | | | |
| | | RATED AS 5000 DEF WGT = 517 | | | | |
| | | FUEL SURCHARGE | | | | |
| TOTAL 4 | | | | TOTAL 4483 | | |

SHRINK WRAP INTACT  (Y)  N

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY LUIS CAMACHO (PRINT NAME)
BY _____ (SIGN)
DATE 10/29/08   TIME 10:00
DRIVER SIGNATURE

INSIDE DELIVERY _____
LIFTGATE _____
JOBSITE _____
RESIDENTIAL _____
SORT & SEG. _____

DETENTION _____   TIME IN _____

DRIVER COLLECT

COD _____

TOTAL DUE _____

TIME OUT _____

503370L

# ORIGINAL DELIVERY RECEIPT

**BENTON**
Driven by Choice. Inc.

1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

**PAGE** 1OF 1    **CODE** BTNB    **DELV. TERM.** OCA

**PRO #** JAX.1652878

| ORIG. TERM. | DATE | | |
|---|---|---|---|
| JAX | 10/28/08 | | |

**SHIPPER REF #** 502

**INTERLINE CODE**

**INTERLINE REF. #**

**SHIPPER**
ELEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

**CONSIGNEE**
VILLAGES DAILY SUN THE
600 ROLLING ACRES RD
VILLAGES LADY LAKE FL 32159

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 2 | | SKIDS OF PRINTED MATERIAL | 60 | 2106 | | PREPAID |
| | | CIRCUT CITY ISSUE 11/09/08/ | | | | |
| | | STC NO OF COPIES//33,100 | | | | |
| | | MUST DELIVER 10/29/08******** | | | | |
| | | FUEL SURCHARGE | | | | |

**TOTAL** 2    **2T06**

**SHRINK WRAP INTACT** AT N

**NOTE EXCEPTIONS BELOW:**

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY _Wrote Wrote_ (PRINT NAME)
BY _Wrote_ (SIGN)
DATE 10/29/08    TIME 1020
DRIVER SIGNATURE _Wrote_

**DRIVER COLLECT**
INSIDE DELIVERY
LIFTGATE
JOBSITE
RESIDENTIAL
SORT & SEG.

COD

TOTAL DUE

DETENTION    TIME IN    TIME OUT

5532705

# ORIGINAL DELIVERY RECEIPT

**BENTON**
"Driven by Quality"
1045 SOUTH RIVER INDUSTRIAL BLVD. SE
ATLANTA, GA 30315
1-888-423-6866

| ORIG. TERM. | DATE | 10/28/08 | PAGE | 1 OF | 1 | BTNB |
|---|---|---|---|---|---|---|
| JAX | SHIPPER REF # | 502 | | | | CODE |

DELY. TERM.  OCA

INTERLINE CODE

PRO #  JAX.1652876

INTERLINE REF. #

**SHIPPER**
FLEETS TRANSPORTATION
EXIT JACKSONVILLE
JACKSONVILLE FL 32209

**CONSIGNEE**
CITRUS COUNTY CHRONICLE
1624 N MEADOWCREST BLVD
CRYSTAL RIVER FL 34429

| PIECES | HM | DESCRIPTION | CLASS | WEIGHT | RATE | CHARGES | PREPAID |
|---|---|---|---|---|---|---|---|
| 1 | | SKIDS OF PRINTED MATERIAL | 60 | 880 | | | |
| | | CIRCUT CITY ISSUE 11/09/08/ | | | | | |
| | | STC NO OF COPIES//10,400 | | | | | |
| | | MUST DELIVER 10/29/08******** | | | | | |
| | | MINIMUM CHARGE | | | | | |
| | | FUEL SURCHARGE | | | | | |
| **TOTAL** | | | | TOTAL 880 | | | |
| 1 | | | | | | | |

SHRINK WRAP INTACT  (Y)  N

NOTE EXCEPTIONS BELOW:

RECEIVED IN GOOD ORDER EXCEPT AS NOTED
BY _Lindsey Cleveland_ (PRINT NAME)
BY _____ (SIGN)

DATE 10/28/08  TIME 12:00

DRIVER SIGNATURE

| INSIDE DELIVERY | DRIVER COLLECT |
|---|---|
| LIFTGATE | |
| JOBSITE | COD |
| RESIDENTIAL | |
| SORT & SEG. | TOTAL DUE |
| DETENTION  TIME IN  TIME OUT | |

5028306

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| ROI #/PRO# | 5023707 |
| PO# | 5023702 |
| Stop off# | 2 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper** (Being Shipped From)

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0365

Ship Date: 10/22/2008

**Consignee** (Being Shipped To)

St. Petersburg Times
1301 34th St. N
ST PETERSBURG, FL 33713
727-893-8111

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 22003 | 10/30 | 11/09 | CIRCUIT CITY | 351600 | NI | East | |
| 14 | 0 | 22003 | | | | 351600 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.

**Special Instructions:** Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

M-F 8AM–4PM SAT 8AM–2PM Insert Extension: Ed
Hauke (727)322-6954 (727)3226942 --490 1st Ave S
is office address To Confirm Inserts - 727-322-6952 -
M-F 8AM–4PM SAT 8AM–2PM Insert Extension: Ed
Hauke (727)322-6954

**Consignee Directions:**
Receiving 8:30am-4pm M-F

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee:**
Date Received: 10.28-08
Received by: DAVE Roberson
Signature: X Dave Robeson

**Carrier:**
Date Shipped: 10/23/08
Carrier: Hynd
Driver's Signature: X

REMITTANCE COPY

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| RDI #/PRO# | 5023707 |
| PO# | 5023702 |
| Stuff# | 2 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date:   10/2/2008

**Consignee (Being Shipped To)**

St. Petersburg Times
1301 34th St. N
ST PETERSBURG, FL 33713
727-893-8111

Deliver By Date:   10/30/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 22003 | 10/30 | 11/09 | CIRCUIT CITY | 351600 | | NI | East | |
| 14 | 0 | 22003 | | | | 351600 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

**Special Instructions:**
M-F 8AM--4PM SAT 8AM--2PM Insert Extension: Ed Hauke (727)322-6954 (727)3226942 --490 1st Ave S is office address To Confirm Inserts - 727-322-6952 - M-F 8AM--4PM SAT 8AM--2PM Insert Extension: Ed Hauke (727)322-6954

**Consignee Directions:**
Receiving 8:30am-4pm M-F

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:   X

**Receiver / Consignee:**
Date Received:   10-28-08
Received by:   DAVE Roberson
Signature:   X   Dave Roberson

**Carrier:**
Date Shipped:   10/23/08
Carrier:
Driver's Signature:   X

CARRIER COPY

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| RUI #/PRO# | 5023707 |
| PO# | 5023702 |
| Stop#/# | 1 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/2/7/2008

**Consignee (Being Shipped To)**

Orlando Sentinel
633 N. ORANGE AVENUE
ORLANDO, FL 32801
407-420-5000

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 18315 | 10/30 | 11/09 | CIRCUIT CITY | 293200 | NI | East | | |
| 11 | 0 | 18315 | | | | 293200 | | | | |

10-24-08 A10:22 OUT

10-24-08 A09:17 IN

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515    or Any Discrepancies Prior To Departing That Location.**

**Special Instructions:**
Delivery Appt. required*CHERYL SWILLENGER FOR UNLOADING PROB ONLY!Del Extensions Paula Garland  ext 5646..Maureen Brown x3510 in  Beverly 420-5111--MUST HAVE DELIVERY APPTS.  (407) 650-5315 *** NO APPT REQ. FOR LESS THAN 2 PLTS. ORLANDO WILL ONLY RECEIVE INSERTS 15 DAYS PRIOR TO INSERTION..For inserts ask for Doris Valez ext.3502

**Consignee Directions:**
Directions: I-75  TO TURNPIKE TO I-4 83B  - AMELIA STREET AND GO EAST, GO THROUGH LIGHT AND THEN GET IN RIGHT LANE TURN RIGHT ON CONCORD AVE  GO OVER RR TRACKS ON LEFT/ Rec. Hours:I-4 to exit 41.  Left at light.  2nd light (orange ave) turn right.  Go

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X _____

**Receiver / Consignee:**
Date Received:
Received by: SANTIAGO BARRERA
Signature: x  BBARRERA

**Carrier:**
Date Shipped: 10/23/08
Carrier:  Hart
Driver's Signature:

**CONSIGNEE COPY**

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| ROI #/PRO# | 5023707 |
| PO# | 5029702 |
| Stop## | 1 |
| Class60 NMFC 161685-01 inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>10309 Rodney Street<br>Pineville, NC 28134<br>800-707-0865<br><br>Ship Date: 10/27/2008 | Orlando Sentinel<br>633 N. ORANGE AVENUE<br>ORLANDO, FL 32801<br>407-420-5000<br><br>Deliver By Date: **10/30/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 18315 | 10/30 | 11/09 | CIRCUIT CITY | 293200 | NI | East | |
| 11 | 0 | 18315 | | | | 293200 | | | |

10-24-08  A09:17  IN

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or**
**Any Discrepancies Prior To Departing That Location.**

| Special Instructions: | Consignee Directions: |
|---|---|
| **delivery appt. required** CHERYL SWILLENGER FOR UNLOADING PROB ONLY!Del Extensions Paula Garland ext 5646..Maureen Brown x3510 in  Beverly 420-5111—MUST HAVE DELIVERY APPTS.  (407) 650-6315 *** NO APPT REQ. FOR LESS THAN 2 PLTS. ORLANDO WILL ONLY RECEIVE INSERTS 15 DAYS PRIOR TO INSERTION..For inserts ask for Doris Valez ext.3502 | Directions: I-75  TO TURNPIKE TO I-4 83B  - AMELIA STREET AND GO EAST,  GO THROUGH LIGHT AND THEN GET IN RIGHT LANE TURN RIGHT ON CONCORD AVE   GO OVER RR TRACKS ON LEFT/ Rec. Hours:I-4 to exit 41.  Left at light.  2nd light (orange ave) turn right.  Go |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor: X | Date Received: <br><br>Received SANTIAGO BARRERA<br>Signature:  X  S BARRERA | Date Shipped: 10/23/08<br><br>Carrier: Hunt<br><br>Driver's Signature: X |

REMITTANCE COPY

11/03/2008    11:30    PUBLIX-CUST-053 → 919046450267    5083708    NO.498    003

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party of any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 504 |
| BOL#/PRO# | 5083708 |
| POH | 5083702 |
| Stops## | 1 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Florida Today
1 Gannett Plaza
MELBOURNE, FL 32941
321-242-3500

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special charges and late delivery charges will be charged to carrier if delivery & consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 5786 | 10/30 | 11/08 | CIRCUIT CITY | 92200 | NI | East | Melbourne |
| 4 | 0 | 5786 | | | | 92200 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

Rate: Commodities determined and NOT subject to flee rates, unless stated in Common Carrier Rate Agreement.

**Special Instructions:**
(CLEANING (321) 242-3522...receives for USA Today...Shawn Harris For extensions and to confirm del..saharris@brevard.gannett.com ..321-242-3988 - They close early , 3pm, on occasion.  New address: 1 Gannett Plaza. The old address is no longer valid @ 6450

**Consignee Directions:** TAKE EXIT 191/WICKUM OFF I 95 SOUTH.  HEAD SOUTHEAST.  AT THE EIGHTH LIGHT TURN LEFT ONTO SUNTREE BLVD.  SHORT ROAD OVER TO US 1. TURN RIGHT ONTO US 1, SOUTH 1000 YARDS ON YOUR RIGHT...Rec. Hours:  M-F 8:30 am - 5:30 pm...

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| Receiver / Consignee: | |
|---|---|
| Date Received: | 10/30/08 |
| Received by: | David McFadden |

| Carrier: | |
|---|---|
| Date Shipped: | (O) 2408 |
| Carrier: | Exel |

11/03/2008     11:30     PUBLIX-CUST-053 → 919046450267                          NO.498    P02

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to this contract between ELEETS Transportation (third party) and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 001 |
| PO#/FRU# | 5028702 |
| PO# | 5028702 |
| Stops# | 2 |
| Class60 NMFC 161885.01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
10309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Sun Sentinel News
333 SW 12th AVENUE
DEERFIELD BEACH, FL 33442
954-356-4000

Deliver By Date: 10/30/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.

Notify ELEETS TRANSPORTATION Immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 0 | 17855 | 10/30 | 11/09 | CIRCUIT CITY | 285600 | NI | East | |
| 11 | 0 | 17855 | | | | 285600 | | | |



RECEIVED
OCT 30 2008
By Remy mondesir

### Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-987-1615   or
### Any Discrepancies Prior To Departing That Location.

Data is individually generated and NOT subject to this terms unless signed in Common Carrier Rate Agreement

Special Instructions:
Rec Hours: M-F 6 am - 6 pm~Sat 7 am -
Noon~Recv::954-425-1248~Mike Burns
356-403..Robin 425-1241~(954) 426-8200

Consignee Directions: 95 TO HILLSBORO BLVD . GO
WEST OFF EXIT TO 1st LIGHT , LEFT ON
12TH AVE. THEY ARE 1/2 BLK ON RIGHT
LOOK FOR SIGNS SAYING RECEIVING DOCK.
- 2ND ENTRANCE  Rec. Hours: M-F 6 am - 6
pm                 Sat 7am-noon call
954-425-1248 for recv.  No Earlier than 17 days

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

nature of consignor:     X

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: 10-30-08 | Date Shipped: |
| Received by: Remy monde |  |
| Signature: X | Carrier: |

11/03/2008    11:30    PUBLIX-CUST-053 → 919046450267    NO.498    P04

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 504 |
| RO#/PRO# | 5093708 |
| PO# | 5028702 |
| Stop## | 3 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 10309 Rodney Street Pineville, NC 28134 800-707-0865 Ship Date: 10/2/2008 | Goodwill Industries 2121 NW 21st STREET MIAMI, FL 33142 305-376-2626 Deliver By Date: **10/30/2008** Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 0 | 15587 | 10/30 | 11/09 | CIRCUIT CITY | 249000 | NI | East | | |
| 3 | 0 | 4185 | 10/30 | 11/09 | CIRCUIT CITY | 66600 | NI | East | El Nuevo | |
| 13 | 0 | 19772 | | | | 315600 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless carried in Carrier Carrier Rate Agreement.

Special Instructions: RDC Hours: M-F 7am-5pm  Patrick Stewart for extension-would like an email whenever we need an extension pstewart@herald.com. There is another plant on 1 Herald Plaza.. Must deliveries go to the Goodwill Industries at 2121 NW 21st St.. The Packaging dept at 305 376 2626  **Receives for Sunday El Nuevo/Miami Herald inserts only** Midweek issues to be received at the facility on One Herald Plaza** Stephanie Smith for inserts: SSmith@herald.com

Consignee Directions: 95 TO STATE ROAD 112W—FOLLOW TO EXIT FOR NW 22ND AVE--- COME TO 1ST LIGHT MAKE A LEFT ON 22ND AVE, GOING SOUTH , GO FOR 1 1/2 MILES TO NW 21ST STREET-- MAKE A LEFT 2ND BUILDING ON RIGHT packagaing:305-326-4218

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor  X | Receiver / Consignee: Date Received: 11/4/08 Received by: Ted Quintanilla | Carrier: Date Shipped: Carrier: Excel |
|---|---|---|

eleets
TRANSPORTATION

ELEETS TRANSPORTATION
Bill of Lading

Non-Negotiable

eleets
TRANSPORTATION

5023768

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>50 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 779-6140 | Detroit News, Free Press<br>6200 METROPOLITAN PARKWAY<br>STERLING HEIGHTS, MI 48312<br>(586) 977-7547 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 10/29/2008 | Deliver By Date: 10/30/2008<br><br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | City Version | Customers | City |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 0 | 33050 | 10/30 | 11/02 | CIRCUIT CITY | 53080 | MI | | |
| 10 | 0 | 33050 | | | | 53080 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1515   or
Any Discrepancy Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:** LOAD LOCKS REQUIRED.

**Consignee Directions:** 75 NORTH TO EXIT 61. 696 EAST
TO MOUND ROAD. HEAD NORTH ON MOUND.
NEWSPAPER IS BETWEEN 15 & 16 MILE
ROAD ON THE RIGHT   6:30 AM

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>Signature of consignor:   X _____ | Receiver / Consignee:<br>Date Received: 10/30/08<br>Received by: J. BROOKS<br>Signature: X _____ | Carrier:<br>Date Shipped:<br>Carrier:<br>Driver's Signature:   X _____ |

CONSIGNEE COPY

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 30 SECURITY DRIVE Avon, CT 06001 (860) 773-9140 | ACS Central 104 EAST MAPLE TROY, MI 48083 (248) 322-2107 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date: 10/2/2008 | Deliver By Date: 10/30/2008  9am-5pm | Proof of delivery must accompany freight bill for payment. |

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2340 | 10/30 | 11/09 | CIRCUIT CITY | 37000 | NI | Macomb Daily/ ADI - CENTRAL W |  |
| 2 | 0 | 2915 | 10/30 | 11/09 | CIRCUIT CITY | 46500 | NI | Oakland Press |  |
| 4 | 0 | 5255 |  |  |  | 83500 |  |  |  |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-887-1515   or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**

**Consignee Directions:** 75 NORTH or SOUTH—take I-75N to exit 65A(14 mile road exit) turn left onto West 14 mile road-turn right onto stephenson hwy-make u-turn onto stephenson hwy-turn right onto east maple road. Bldg is behind Michigan Chandelier.

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor: X | Date Received: Received by: Signature: X  Greg Cox | Date Shipped: Carrier: Driver's Signature: X |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | Flint Journal | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| | 300 EAST 1ST STREET FLINT, MI 48502 (810) 766-6128 | 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date: | Deliver By Date: 10/30/2008  6am-4pm | Proof of delivery must accompany freight bill for payment. |

**Time Sensitive Materials**

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qty Verifier | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4413 | 1030 | 1104 | CIRCUIT CITY | 70400 | NI | | FLINT JOURNAL WAREHOUSE |
| 3 | 0 | 4413 | | | | 70400 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1615  or Any Discrepancies Prior To Departing That Location.

**Special Instructions:**
2nd ST Turn Left N. Chavez
Rt Longway Turn Left
Left S. Chavez
Ent. Ramp 475 - 169

**Consignee Directions:** I-475 North to I-69 to Robert T. Longway Blvd. Go west on Robert T. Longway Blvd (cross freeway) to South bound Chavez. Turn right on First Street (University of Michigan - Flint Campus will be right there) and go 1 block to Stephens Rd. (there will be a caution light) and turn left on Stephens. Flint Journal docks are on right.

Received by: Denny Hale
Signature: x Jim Hale

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>80 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-8140<br><br>Ship Date: 10/27/2008 | Flint Journal<br>300 EAST 1ST STREET<br>FLINT, MI 48502<br>(810) 766-6126<br><br>Deliver By Date: 10/30/2008  6 am – 4 pm<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Edty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4413 | 10/30 | 11/09 | CIRCUIT CITY | 70400 | NI | | FLINT JOURNAL WAREHOUSE |
| 3 | 0 | 4413 | | | | 70400 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1816    or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: I-475 North to I-69 to Robert T. |
|---|---|
| 2nd ST   Turn to Left  N. Chavez<br>Rt Longway   Turn Left<br>@ Left  S. Chavez<br>Exit Ramp 475 - 169 | Longway Blvd. Go west on Robert T. Longway Blvd (cross freeway) to South bound Chavez. Turn right on First Street (University of Michigan - Flint Campus will be right there) and go 1 block to Stephens Rd. (there will be a caution light) and turn left on Stephens. Flint Journal docks are on right. |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:    X_____ | Date Received:_____<br>Received by: _Dave g Hale_<br>Signature:  X_____ | Date Shipped:_____<br><br>Carrier:_____<br><br>Driver's Signature:  X_____ |

**REMITTANCE COPY**

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 40 SECURITY DRIVE Avon, CT 06001 (860) 775-8740 | Ann Arbor News 5050 HINES DRIVE ANN ARBOR, MI 48001 (734) 994-4009 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| Ship Date: | Deliver By Date: 10/30/2008 **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany freight bill for payment. |

| Skids | Bdcct | Weight | RED | Msrk Dsc | Advertiser | Copies | Copy Version | Comment | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 4126 | 1037 | 1109 | CIRCUIT CITY | 30000 | N | | |
| 2 | 6 | 2381 | 1038 | 1109 | CIRCUIT CITY | 38000 | BR | | ARBOR |
| 4 | 7 | 1491 | | | | 46700 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-857-1616   or Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**

**Consignee Directions:**
Directions: New Facility . . . North on 23 . . . West on 94 . . . exit at State Street (exit 177) . . . South on State . . . Follow 2.2 miles . . . You'll go over RRX- then . Hines Drive will be immediately on the left . . . . Building on the left up on a hill. Rec Hours: 7:30AM TO 3:30PM FCFS M-F

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor: X | Date Received: Received by: Signature: X | Date Shipped: 10-28-08 Carrier: STYLA Driver's Signature: X |

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

ELEETS TRANSPORTATION

5023169

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>90 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-6140 | Lansing State Journal<br>2960 Erie Drive<br>Lansing, MI 48917<br>(517) 922-2724 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>JACKSONVILLE, FL 32246 |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany<br>freight bill for payment. |

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Market | Document # | Pay |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 4912 | 10/30 | 11/04 | CIRCUIT CITY | 54000 | 15 | | |
| 2 | 0 | 332 | | | | 5400 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-357-1518   or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions:<br>RR Jones makes ultimate extension decisions @<br>322-2727. | Consignee Directions: I-96 WEST FROM DETROIT ... TO<br>THE LANSING RD SOUTH EXIT (EXIT 95A) ...<br>RIGHT AT FIRST LIGHT ONTO CANAL ROAD ...<br>FOLLOW 2.3 MILES ON CANAL ... LEFT<br>ON LANAC STREET (CANAL SPELLED<br>BACKWARD) ... FOLLOW LANAC AND IT<br>DEAD ENDS AT AN OPEN GATE AREA ...<br>RECEIVING DOCKS ON SOUTH SIDE OF<br>BUILDING ... DOCK 16. Rec Hours M-F 8a-5p |
|---|---|

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse<br>side), if the shipment is to be delivered to the consignee without recourse on<br>the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of<br>freight and all other lawful charges.<br><br>Signature of Shipper   X | Date Received: 10/30/08<br>Received by: TED Bowman<br>Signature   X | Date Shipped:<br>Carrier: STRATA<br>Driver's Signature   X |



# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

5023769

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
30 SECURITY DRIVE
Avon, CT 06001
(860) 773-5140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**
Kalamazoo Gazette
401 S BURDICK STREET
KALAMAZOO MI 49007
(269) 382-8526

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

JP31 ST JOHNS BLUFF RD S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

*Denny Futh
10-30-*

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1616   or
Any Discrepancies Prior To Departing That Location

**Special Instructions:**
M-F, 7:30 am - 5 pm Jim Munson in mail room for
extensions Janet Glover 383-8435 does booking for
inserts Amy Brent @ 269-388-8535 269-388-8540 is
maintenance

**Consignee Directions:** DIRECTIONS: I-94 TO EXIT 76 - Portage Rd. Go
North 3 miles cross RR tracks on Portage t. Turn
left at Walnut St. Turn right  at stop sign Burdick
St. -

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee:**
Date Received: _____

Received by: _____

Signature:  X

**Carrier:**
Date Shipped: 10-28-08

Carrier:

Driver's Signature  X

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

5023769

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
80 SECURITY DRIVE
Avon, CT 06001
(860) 732-6140

Ship Date: ___

**Consignee (Being Shipped To)**
Fedex Freight Grand Rapids (GRP)
3040-6000 East Paris SE
Kentwood, MI 49512
(888) 263-5802

Deliver By Date: 10/28/2008
**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

Proof of delivery must accompany freight bill for payment.

| Items | Boxes | Weight | PDD | Issue Date | Attention | Copies | Ctlv Version | Comments | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1453 | 10/30 | 11/02 | CIRCUIT CITY | 18400 | N | Hubert Sundial | |
| 1 | 0 | 840 | 10/20 | 17/08 | CIRCUIT CITY | 14700 | N | Bay City News | |
| 1 | 0 | 1905 | 10/30 | 16/09 | CIRCUIT CITY | 15000 | N | Appleton News | |
| 1 | 0 | 612 | 16/30 | 11/06 | CIRCUIT CITY | 8500 | N | | |
| 1 | 0 | 585 | 10/30 | 11/25 | CIRCUIT CITY | 10500 | N | Hampton County Daily Press | |
| 5 | 0 | 5405 | | | | 61800 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-807-1515    or
Any Discrepancies Prior To Departing That Location

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.
**Special Instructions:** BEST TIME TO DELIVER 10am TO 5pm

**Consignee Directions:** BEST TIME TO DELIVER 10am TO 5pm

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side) if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor:   X

**Receiver / Consignee:**
Date Received: 10/30/08
Received by: Janet Sisson
Signature:   X

**Carrier:**
Date Shipped: 10-28-08
Carrier:

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

5023769

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to such Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>80 SECURITY DRIVE<br>Avon  CT 06001<br>(860) 778-9140 | Muskegon Chronicle<br>1822 Park Street<br>MUSKEGAN, MI 49441<br>231-722-0275 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE  FL 32246 |
| Ship Date:  10/7/2008 | Deliver By Date:  10/30/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | ROC | Issue Date | Advertiser | Copies | Qty Verified | Comments | Lay |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2375 | 10/23 | 11/09 | CIRCUIT CITY | 4750# | hi | MUSKEGON TRANSFER | |
| 2 | 0 | 2375 | | | | 4750 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|
| (860) 231-1125-6316 Wheu 231-722-0275  Wheu<br>231-722-0275  Fax 231-726-3350 | FROM - EXIT 117 onto I-59 W- EXIT 81 onto I-96<br>W. Merge onto S SEAWAY DR/US-31 BR N<br>Turn LEFT onto W SUMMIT AVE ~ Turn RIGHT<br>onto HENRY ST |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:  X | Date Received:<br><br>Received by:<br><br>Signature:  X | Date Shipped:  10-28-08<br><br>Carrier:  ST YARD<br><br>Driver's Signature:  X |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

5023769

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Inc | Grand Rapids Press | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| | 3100 Walker Ridge Drive | |
| | WALKER MI 49544 | |
| | | |
| Ship Date: | Deliver By Date: 10/28/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-897-1815   or
Any Discrepancies Prior To Unloading That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor   X

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: | Date Shipped: |
| Received by: | Carrier: |
| Signature:   X | Driver's Signature:   X |

**ELEETS TRANSPORTATION**

eleets
TRANSPORTATION

**Bill of Lading**

Non-Negotiable

5023770

eleets
TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transporation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns

| | |
|---|---|
| LOAD# | 102 |
| ROI #/PRO# | 5023770 |
| PO# | 5023702 |
| Stop # | 1 |
| Class00 NMFC 16 1685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O Fedex Freight Grand Rapids (GBRS)<br>5040-5050 East Paris SE<br>Kentwood, MI 49512<br>(888) 263-2802<br><br>Ship Date:  10/28/2008 | Flashes Publishers<br>895 Jenner Drive<br>Allegan, MI 49010<br>269-673-2141<br><br>Deliver By Date:  10/30/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1255 | 10/30 | 11/08 | CIRCUIT CITY | 10000 | NI | Holland Sentinel | |
| 1 | 0 | 1255 | | | | 10000 | | | |

FedEx
Freight

Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carrier's Tariffs apply

153349854-0

ARRIVE _____   DEPART _____

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless listed in Common Carrier Rate Agreement.

Special Instructions:
Receiving Hrs:  8:00am - 4:00pm

Driver Directions:
**Directions: FROM I96: GO WEST ON I96 TO
EXIT 55; STAY ON BUSINESS I96 UNTIL YOU
ENTER DOWNTOWN HOLLAND (ABOUT 5
MILES FROM EXIT TO DOWNTOWN);
BUSINESS I96 TURNS INTO 7TH ST.; TAKE
7TH TO PINE AND TURN LEFT ONTO PINE;
GO 2 BLOCKS TO 9TH ST. AND TURN LEFT;**

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:   X _____ | Receiver / Consignee:<br><br>Date Received: _____<br><br>Received by: _____<br><br>Signature:   X _____ | Carrier:<br><br>Date Shipped:  10-28-08<br><br>Carrier:  57 Xxx<br><br>Driver's Signature:  x Dennis Olson 425 |

**CONSIGNEE COPY**

**eleets** TRANSPORTATION

### ELEETS TRANSPORTATION
Bill of Lading
Non-Negotiable

**eleets** TRANSPORTATION

5023770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 102 |
| ROI #/PRO# | 5023770 |
| PO# | 5025702 |
| Stop# | 1 |
| Class#0 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| **Eleets Transportation Co.**<br>C/O Fedex Freight Grand Rapids (GRR)<br>5040-5050 East Paris SE<br>Kentwood, MI 49512<br>(888) 283-2802 | **Flashes Publishers**<br>5895 Jenner Drive<br>Allegan, MI 49010<br>269-673-2141 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 10/28/2008 | Deliver By Date: 10/30/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany.<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1255 | 10/30 | 11/09 | CIRCUIT CITY | 10000 | NI | Holland Sentinel | |
| 1 | 0 | 1255 | | | | 10000 | | | |

FedEx Freight

153349854-0

ARRIVE                     DEPART

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless subject to Common Carrier Rate Agreement.

Special Instructions:
Receiving hrs: 8:00am - 4:00pm

Consignee Directions: FROM 196: GO WEST ON 196 TO EXIT 55; STAY ON BUSINESS 196 UNTIL YOU ENTER DOWNTOWN HOLLAND (ABOUT 5 MILES FROM EXIT TO DOWNTOWN); BUSINESS 196 TURNS INTO 7TH ST.; TAKE 7TH TO PINE AND TURN LEFT ONTO PINE; GO 2 BLOCKS TO 9TH ST. AND TURN LEFT;

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:  X | Receiver / Consignee:<br><br>Date Received: _____<br><br>Received by: _____<br><br>Signature:  X | Carrier:<br>Date Shipped: 10-28-08<br><br>Carrier: STYer<br><br>Driver's Signature: X Jeremy Olson 425 |

**REMITTANCE COPY**

5023770

Oct. 31. 2008 11:26AM

No. 1174   P. 14

Page 1 of 1

# FedEx. Freight

## DELIVERY RECEIPT

| Freight Bill 1533498540 R0 | |
|---|---|

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Ship Date 10/30/2008 | Bill of Lading |
|---|---|
| P.O. | Shipper Reference |
| Origin GRR | Destination KMZ |

| Consignee | Trailer # 0174 | Shipper |
|---|---|---|
| FLASHES PUBLICATIONS NORT<br>595 JENNER DR<br>ALLEGAN<br>MI 49010        US | | ELETS TRANSPORTATION<br>5050 E PARIS AVE SE<br>EXIT FXF DOCK<br>KENTWOOD<br>MI 49512        . US |

**DRIVER COPY**

| 1 | | INSERTS OR SUPPLEMENTS, NEWSPAPER<br>NOTIFY ELETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.<br>FUEL SURCHG LTL SEPT16.70% | | 1255 | 161685-01 | 060 | | | |
|---|---|---|---|---|---|---|---|---|---|

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 1 | (1) | PREPAID - WILL INVOICE THIRD PARTY | 1255 |
|---|---|---|---|

ACCESSORIAL SERVICES PERFORMED
☐ INSIDE DELIVERY        ☐ APPT/NOTIFICATION        ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS        ☐ LIFT GATE        ☐ OTHERS

PREPAID - WILL INVOICE
RESPONSIBLE PARTY

| Delv. Driver & #: | Mark Anderson | |
|---|---|---|
| Date: 10.31.8 | Arrive: 1459 | Depart: 1505 |
| # of Skids: 1 | # of Pcs: | OS&D #: |

Shipment received in apparent good order with intact unless otherwise noted.

Received by: Paul Bird    (R. Breed)

☐ Over    ☐ Damage    Exceptions:
☐ Short    ☐ Wrap Broken

Customer Requirements/Appointment Instruction

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**    **eleets TRANSPORTATION**

5035770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 102 |
| Rd #/PRO# | 5035770 |
| PO# | 5023702 |
| Stop# | 2 |
| Class80 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O Fedex Freight Grand Rapids (GRP) 5040-5050 East Paris SE Kentwood, MI 49512 (888) 263-2802 | Valley Publishing 3515 MACKINAW RD BAY CITY, MI 48708 (989) 671-1251 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date: 10/28/2008 | Deliver By Date: 10/30/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Crty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 940 | 10/30 | 11/09 | CIRCUIT CITY | 14700 | NI | Bay City Times | |
| 1 | 0 | 1855 | 10/30 | 11/09 | CIRCUIT CITY | 29800 | NI | Saginaw News | |
| 2 | 0 | 2795 | | | | 44500 | | | |

FedEx Freight

153349855-1

| ARRIVE | | | | | DEPART | | | |
|---|---|---|---|---|---|---|---|---|

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515    or Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to fuel tariffs unless stated in Common Carrier Rate Agreement.

**RDD Hours: M-FRI 8AM-5PM**
Special Instructions:

I-75 N. Exit 192 on the left to merge onto I-475. Continue on I-75 N/US-23 N. 162B toward US-10 W. Merge onto I-75-BR W. Continue on US-10 W. Take the Mackinaw Rd exit. Turn left at S Mackinaw Rd.

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor: X | Receiver / Consignee: Date Received: Received by: Signature: X | Carrier: Date Shipped: 10-28-08 ETXers Carrier: Driver's Signature: X Jamie Glass 425 |
|---|---|---|

**CONSIGNEE COPY**