**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

5023770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 102 |
| PU #/PRO# | 5023770 |
| PO# | 5028702 |
| Stop # | 2 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| **Eleets Transportation Co.**<br>C/O Fedex Freight Grand Rapids (GR)<br>5040-5050 East Paris SE<br>Kentwood, MI 49512<br>(888) 253-2802<br><br>Ship Date: 10/28/2008 | **Valley Publishing**<br>5215 MACKINAW RD<br>BAY CITY, MI 48708<br>(989) 671-1251<br><br>Deliver By Date: **10/30/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 940 | 10/30 | 11/09 | CIRCUIT CITY | 14700 | NI | Bay City Times | |
| 1 | 0 | 1855 | 10/30 | 11/09 | CIRCUIT CITY | 28800 | NI | Saginaw News | |
| 2 | 0 | 2795 | | | | 44500 | | | |

Driver signature acknowledges receipt at freight only. Terms & Conditions of the Carrier's tariffs apply.

153349855-1

FedEx Freight

ARRIVE                    DEPART

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

Special Instructions:

Rec. Hours: M-FRI 8AM-5PM

Consignee Directions: I-75 N. exit 192 on the left to merge onto I-475. Continue on I-75 N/US-23 N. 162B toward US-10 W. Merge onto I-75-BR W. Continue on US-10 W. Take the Mackinaw Rd exit. Turn left at S Mackinaw Rd.

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor: X _____ | Date Received: _____<br><br>Received by: _____<br><br>Signature: X _____ | Date Shipped: 10-28-08<br><br>Carrier: STYee<br><br>Driver's Signature: X _Janet Olson_ 425 |

**REMITTANCE COPY**

5023770

# FedEx. Freight

## DELIVERY RECEIPT

Page 1 of 1

### Freight Bill 1533498551 R0

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Ship Date 10/30/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin GRR | Destination MID |

| Consignee | Trailer # X1275 | Shipper |
| VALLEY PUBLISHING<br>5215 MACKINAW RD<br>BAY CITY<br>MI 48706        US | | ELEETS TRANSPORTATION<br>5050 E PARIS AVE SE<br>EXIT FXF DOCK<br>KENTWOOD<br>MI 49512        US |

| PIECES | H/U | hsa | DESCRIPTION | WT(LBS) | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| 2 | | | INSERTS OR SUPPLEMENTS; NEWSPAPER<br>NOTIFY ELEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1516<br>FUEL SURCHG LTL SHPT16.70% | 2795 | 161685-01 | | 060 | | |

**DRIVER COPY**

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 2 | 2 | PREPAID - WILL INVOICE THIRD PARTY | 2795 |

| ACCESSORIAL SERVICES PERFORMED: | | PREPAID - WILL INVOICE<br>RESPONSIBLE PARTY |
| ☐ INSIDE DELIVERY | ☐ SORT & SEGREGATE   ☐ DETENTION | |
| ☐ RESIDENTIAL-LIMITED ACCESS | ☐ LIFT GATE   ☐ OTHERS | STARK |

| Delv. Driver & #: | Seduardo 14720 | |
| Date: 10·31·08 | Arrive: 1081   Depart: 1056 | Customer Requirements/Appointment Instruction |
| # of Skids: 2 | # of Pcs: 2   OS&D #: | |
| Shipment received in apparent good order with wrap intact unless otherwise noted. | | T. STark |
| Received by: Jeri Stark  ✓ | | |
| ☐ Over   ☐ Damage   Exceptions: | | |
| ☐ Short   ☐ Wrap Broken | | |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

5003770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of this issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 102 |
| ROT#/PRO# | 5003770 |
| POD | 5025702 |
| Ship# | 3 |
| Class#/NMFC | 161685-01 Inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| **Eleets Transportation Co.**<br>C/O Fedex Freight Grand Rapids (GRR)<br>5040-5050 East Paris SE<br>Kentwood, MI 49512<br>(888) 263-2802 | **Grand Haven Tribune**<br>101 NORTH THIRD STREET<br>GRAND HAVEN, MI 49417<br>616-842-6400 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 10/28/2008 | Deliver By Date: 10/30/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 812 | 10/30 | 11am | CIRCUIT CITY | 9300 | NI | | |
| 1 | 0 | 812 | | | | 9300 | | | |

Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carrier's tariffs apply.
**153349856-2**
FedEx Freight

ARRIVE _____  DEPART _____

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to fixed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|
| | |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:  X _____ | Date Received: _____<br><br>Received by: _____<br><br>Signature:  X _____ | Date Shipped: 10-28-08<br><br>Carrier: STxxx<br><br>Driver's Signature: Dennis Olson 425 |

CONSIGNEE COPY

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION                    eleets TRANSPORTATION

S093710

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD#        102
PO #/PRO#    5073770
PO#          5023702
Stop off #   3
Class80 NMFC 161685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| **Eleets Transportation Co.** C/O Fedex Freight Grand Rapids (GRR) 5040-5050 East Paris SE Kentwood, MI 49512 (888) 263-2802 | **Grand Haven Tribune** NORTH THIRD STREET GRAND HAVEN, MI 49417 616-842-6400 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date:  10/28/2008 | Deliver By Date:  10/30/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 512 | 1030 | 11/09 | CIRCUIT CITY | 8300 | NI | | |
| 1 | 0 | 512 | | | | 0300 | | | |

FedEx Freight

Other signature acknowledges receipt of freight only.
Terms & Conditions at the Carrier's Tariff's apply.

153349856-2

ARRIVE                    DEPART

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1516   or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.
**Special Instructions:**

**Consignee Directions:**

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor:  X_____ | Receiver / Consignee: Date Received: _____ Received by: _____ Signature:  X_____ | Carrier: Date Shipped:  10-28-08 Carrier:  STxxx Driver's Signature:  Dennis J Olson 425 |

**REMITTANCE COPY**

5033770

Page  1 of  1

**FedEx.**
Freight

# DELIVERY RECEIPT

2200 FORWARD DRIVE
HARRISON, AR 72601

**fedex.com** 1.866.393.4585

| Freight Bill   1533498562· R0 | |
|---|---|
| Ship Date 10/30/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin GRR | Destination GRR |

| Consignee | Trailer # X3331 | Shipper |
|---|---|---|
| GRAND HAVEN TRIBUNE<br>101 N 3RD ST<br>GRAND HAVEN<br>MI 49417        US | | ELEETS TRANSPORTATION<br>5050 E PARIS AVE SE<br>EXIT FXF DOCK<br>KENTWOOD<br>MI 49512        US |

| PIECES | H/U | HM | DESCRIPTION | WT(LBS) | NMFC | PCF CLASS | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 1 | | | INSERTS OR SUPPLEMENTS; NEWSPAPER<br>NOTIFY ELEETS TRANS IMMEDIATELY OF<br>ANY EXCEPTIONS @ 877.997.1616.<br>FUEL SURCHG LTL SHPT16.70%<br>DISC AMT/MIN CHG FLR APPL | 612 | 161685-01 | 060 | | |
| | | | ** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES ** | | | | | |
| 1 | 1 | | PREPAID - WILL INVOICE THIRD PARTY | 612 | | | | |

DRIVER COPY

**ACCESSORIAL SERVICES PERFORMED:**
☐ INSIDE DELIVERY          ☐ SORT & SEGREGATE     ☐ DETENTION
☐ RESIDENTIAL/LIMITED ACCESS  ☐ LIFT GATE          ☐ OTHERS

Delv. Driver & #:

Date: 3/31/08   Arrive: 1119   Depart: 420

# of Skids:   # of Pcs:   OS&D #:

Shipment received in apparent good order with wrap intact unless otherwise noted.

Received by:
☐ Over   ☐ Damage   Exceptions:
☐ Short  ☐ Wrap Broken

**PREPAID   WILL INVOICE**
**RESPONSIBLE PARTY**

Ben. M

Customer Requirements/Appointment Instruction

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

5023770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of its issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 102 |
| POI #/PRO# | 5023770 |
| POI | 5023702 |
| Stop # | 4 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O Fedex Freight Grand Rapids (GR51 Burkart
5040-5050 East Paris SE
Kentwood, MI 49512
(866) 263-2802

Ship Date: 10/28/2008

**Consignee (Being Shipped To)**
Hometown Newspaper
HOWELL, MI 48843
517-552-2818

Deliver By Date: 10/30/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 988 | 10/30 | 11/03 | CIRCUIT CITY | 15500 | NI | Livingston County Daily Press | |
| 1 | 0 | 988 | | | | 15500 | | | |

FedEx
Freight
1533498673
ARRIVE          DEPART

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1515   or Any Discrepancies Prior To Departing That Location.**

Receiving for: Novi News & Northville Record  Cindy Granet for extensions  Rec Hours: M-F 8 am - 5 pm

Directions: I-96 to exit 133. Go N off the exit. At first light take left. Go about 1/2 mile it will be a blue bldg on left. Rec Hours: M-F 8 am - 5 pm

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor: X

Receiver / Consignee:
Date Received:
Received by:
Signature: X

Carrier:
Date Shipped: 10-28-08
Carrier: STX
Driver's Signature:

**CONSIGNEE COPY**

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

eleets TRANSPORTATION

5028770

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
arms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD#    102
PO1#/PRO#    5023770
PO#    5023702
Ship ##    4
Class60 NMFC 181685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O Fedex Freight Grand Rapids (GR61)<br>5040-5050 East Paris SE<br>Kentwood, MI 49512<br>(888) 263-2802 | Hometown Newspaper<br>Carl Burkart<br>HOWELL, MI 48843<br>517-552-2818 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date:  10/28/2008 | Deliver By Date:  **10/30/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 988 | 10/30 | 11/09 | CIRCUIT CITY | 15500 | NI | Livingston County Daily Press | |
| 1 | 0 | 988 | | | | 15500 | | | |

FedEx Freight
Driver signature acknowledges receipt of freight only.
Terms & Conditions of the Carriers Tariffs apply.
153349857-3
ARRIVE            DEPART

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515    or**
**Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to fixed tariffs unless stated in Common Carrier Rate Agreement.

Special Instructions:
RECEIVING for: Nuvi News & Northville Record  Cindy
Granet for extensions  Rec Hours: M-F 8 am - 5 pm

Directions:  I-96 to exit 133.  Go N off the exit.  At
first light take left.  Go about 1/2 mile it will be a
blue bldg on left.  Rec Hours: M-F 8 am - 5 pm

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse<br>side), if the shipment is to be delivered to the consignee without recourse on<br>the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of<br>freight and all other lawful charges.<br><br>Signature of consignor:  X | Date Received:<br><br>Received by:<br><br>Signature:  X | Date Shipped:  10-28-08<br>Carrier:  STX<br>Driver's Signature: |

**REMITTANCE COPY**

50535710

Page 1 of 1

**FedEx.**
Freight

# DELIVERY RECEIPT

Freight Bill  1533498573  R0

2200 FORWARD DRIVE
HARRISON, AR 72601

fedex.com 1.866.393.4585

| Ship Date 10/30/2008 | Bill of Lading |
| P.O. | Shipper Reference |
| Origin GRR | Destination FNT |

| Consignee | | Shipper |
| HOMETOWN NEWSPAPER | Trailer # X1225 | ELEETS TRANSPORTATION |
| 1551 BURKHART DRIVE | | 5050 E PARIS AVE SE |
| HOWELL | | EXIT FXF DOCK |
| MI 48843      US | | KENTWOOD |
| | | MI 49512      US |

| PIECES | HAZ | WM | DESCRIPTION | WT LBS | NMFC | PCF | CLASS | RATE | TOTAL CHARGES |
|--------|-----|----|-------------|--------|------|-----|-------|------|---------------|
| 1 | | | INSERTS OR SUPPLEMENTS; NEWSPAPER | 988 | 161685-01 | | 060 | . | |
| | | | NOTIFY ELEETS TRANS IMMEDIATELY OF | | | | | | |
| | | | ANY EXCEPTIONS @ 877.997.1616. | | | | | | |
| | | | FUEL SURCHG LTL SHPT16.70% | | | | | | |
| | | | 0000012  DEFICIT WT-LOWER CHARGES | 12 | | | | | |
| | | | RATED AS | 1000 | | | | | |
| | | | DISC AMT/MIN CHG FLR APPL | | | | | | |

** ANY ADDITIONAL SERVICES MAY RESULT IN ADDITIONAL CHARGES **

| 1 | 1 | PREPAID - WILL INVOICE THIRD PARTY | 988 | | | | | |

| ACCESSORIAL SERVICES PERFORMED: | | PREPAID - WILL INVOICE |
| ☐ INSIDE DELIVERY | ☐ SORT & SEGREGATE   ☐ DETENTION | RESPONSIBLE PARTY |
| ☐ RESIDENTIAL/LIMITED ACCESS   ☐ LIFT GATE   ☐ OTHERS | |
| Delv. Driver & #: *Ted Lane 1228* | |
| Date: *10/31/08*  Arrive: *1207*  Depart: *1216* | |
| # of Skids: *1*  # of Pcs: | Customer Requirements/Appointment Instruction |
| Shipment received in apparent good order with wrap intact unless otherwise noted. | |
| Received by: *Erin Halstead ✓* | |
| ☐ Over   ☐ Damage   Exceptions: | |
| ☐ Short   ☐ Wrap Broken | |

DRIVER COPY

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described being in possession of the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 103 |
| PO1#/PRO# | 5023771 |
| PO# | 5023702 |
| Class50 NMFC 161685-01 Inserts | Stop#1 1 |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-5140
Ship Date: 10/27/2008

**Consignee (Being Shipped To)**
Utica Observer-Dispatch
34 Catherine Street
Utica, NY 13501
(315) 792-5000
Deliver By Date: **10/30/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246
Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2909 | 10/30 | 11/09 | CIRCUIT CITY | 46400 | NI | | |
| 2 | 0 | 2909 | | | | 46400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or Any Discrepancies Prior To Departing That Location.**

Special Instructions:
Hours: M-F 8am-5pm

Consignee Directions:
THRUWAY TO EXIT #31 UTICA. GO STRAIGHT AFTER TOLL. FOLLOW SIGNS FOR dowtown Utica . . . You'll come around on the viaduct. . . . AFTER YOU PAST MC DONALDS ON RIGHT. TAKE JOHNS STREET EXIT. GO PAST 1st TRAFFIC LIGHT. THEN 2nd BLDG ON THE RH SIDE

**Shipper:** Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side) if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor: X

**Receiver / Consignee:**
Date Received: 10/29 Hesekton
Received by: Gail Howell
Signature: X Gail Howell

**Carrier:**
CHEETAH TRANSP
Date Shipped: 10-29-08
Carrier:
Owner's Signature: X

901M - 3602134

CONSIGNEE COPY

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION     eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 103 |
| ROI #/PRO# | 5023771 |
| PO# | 5023702 |
| Stop #/# | 2 |
| Class 60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-6140 | Syracuse Post Standard<br>101 North Salina St<br>Syracuse, NY 13202<br>(315) 470-0011 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date:  10/27/2008 | Deliver By Date:  **10/30/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 6164 | 10/30 | 11/09 | CIRCUIT CITY | 98500 | NI | Clinton Square | |
| 4 | 0 | 6164 | | | | 98500 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516 , or Any Discrepancies Prior To Departing That Location.**

| Special Instructions:<br>REC HRS: 08:00 - 15:00 M / F | Consignee directions:<br>TAKE ROUTE 81 SOUTH TO CLINTON STREET EXIT. GO UNDER AN OVERPASS AND THEY WILL BE ON THE LEFT. Can only get off at exit if you are on 81 South |
|---|---|

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Cartage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor  X _3602134_<br>LA01M - 3602134 | Receiver / Consignee:<br>Date Received:  _10-30-08_<br>Received by:  _Paul Woodard_<br>Signature  X _Paul Woodard_ | Carrier:<br>Date Shipped:  _10-29-08_<br>Carrier:  _CHEETAH_<br>Driver's Signature  X _____ |

CARRIER COPY

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 103
Ro! #/PRO# 5023771
PO# 5023702
Stop# 3
Class60 NMFC 181685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-8140 | Landair Express<br>6641 Kinne Street<br>East Syracuse, NY 13057<br>315-399-1025 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 10/2/2008 | Deliver By Date: 10/28/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cnty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 754 | 10/30 | 11/09 | CIRCUIT CITY | 11800 | NI | | |
| 1 | 0 | 431 | 10/30 | 11/09 | CIRCUIT CITY | 6300 | NI | Weekly | |
| 1 | 0 | 531 | 10/30 | 11/09 | CIRCUIT CITY | 9500 | NI | | |
| 3 | 0 | 4049 | 10/30 | 11/09 | CIRCUIT CITY | 64400 | NI | Binghamton | |
| 2 | 0 | 2352 | 10/30 | 11/09 | CIRCUIT CITY | 37200 | NI | Elmira Star GazetteCNY PRODUC | |
| 1 | 0 | 1582 | 10/30 | 11/09 | CIRCUIT CITY | 25300 | NI | | |
| 9 | 0 | 9809 | | | | 154500 | | | |

*(handwritten, circled)* 9skd O.B cox

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or**
**Any Discrepancies Prior To Departing That Location.**

Special Instructions:
M-F 8am-5pm

Consignee Directions:
merge onto I-83 N. Take the exit onto I-83 N toward Harrisburg. Take exit 51B to merge onto I-81 N toward Hazleton/Allentown/I-78. Take exit 187 to merge onto I-380 S/I-84 E toward Milford/Mt Pocono. Take exit 6 for RT-17K toward Montgomery/Newburgh. Turn

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The Carrier shall not make delivery of this shipment without payment of fright and all other lawful charges.

ure of consignor: X _____

Receiver / Consignee
Date Received: 10-30-08
Received by: Chad Bigness
Signature: Chad Bigness

Carrier:
Date Shipped: 10-29-08
Carrier: CHEGTON
Driver's Signature: X Ph_

EAO1M - 3602134

CONSIGNEE COPY

**ELEETS TRANSPORTATION**
Bill of Lading

Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, if on its route or otherwise to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# 103 | |
| ROI#/PRO# 5023771 | |
| PO# 5023702 | |
| Stop## 4 | |
| Class60 NMFC 161885-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-6140<br><br>Ship Date: 10/27/2008 | Rochester Democrat<br>301 Longleaf Blvd<br>Rochester, NY 14626<br>585-258-9988<br><br>Deliver By Date: 10/30/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 10625 | 10/30 | 11/09 | CIRCUIT CITY | 170500 | NI | | |
| 6 | 0 | 10625 | | | | 170500 | | | |

RECEIVED
OCT 30 2008
By

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

This is individually determined and NOT subject to tariff rates unless stated in Common Carrier Rate Agreement

| REC HOURS: Daily 7:30AM - 4:30PM  M-F-Closed<br>Xmas and New Yrs Day | DIRECTIONS: 390 north to Ridgeway Avenue<br>(Exit#23).  Left off the ramp. Left again, like you<br>are getting back onto 390 South. Stay in the right<br>lane, on Bellwood Drive.  Past the yield sign,<br>looking for Longleaf. (should be the first street<br>past yield sign on the right)  Take Longleaf all the<br>way to the stop sign. Paper is the last building on<br>the left./ |
|---|---|

| Section 7 of the Terms and Conditions of Carriage (see reverse<br>...ment is to be delivered to the consignee without recourse on<br>the consignor shall sign the following statement:<br><br>...not make delivery of this shipment without payment of<br>...her lawful charges<br>X<br>5662154<br>...DIM - 7608131 | Receiver / Consignee:<br>Date Received: 10/30<br>Received by: JOE William<br>Signature: Joe Williams<br><br>CONSIGNEE COPY | Carrier:<br>Date Shipped: 10-27-08<br>Carrier: CLIFTON<br>Driver's Signature: X |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

Eleets TRANSPORTATION

Eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of this issue of this Bill of Lading: the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 163 |
| RCI #/PRO# | 5073771 |
| PO# | 3023792 |
| Stop# | 5 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
80 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Buffalo News
1 News Plaza
Buffalo, NY 14203
716-849-3425

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 13364 | 10/30 | 11/09 | CIRCUIT CITY | 214100 | NF | | |
| 8 | 0 | 13364 | | | | 214100 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or**
**Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

DIRECTIONS: exit 53 off 90 to 190. To exit 6, Elm. First
light off ramp, turn left onto Swan. 2 blocks to
Washington, turn left. 2 blocks to Scott, turn left.

RECEIVING HOURS: M-F 7AM-4PM (716)
849-3434  Sat by Noon John Freeda
RECEIVING (716) 849-3413  Izzy (716)
849-5446  Receiving supervisor Mike Corato

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X _____

| Receiver / Consignee: | |
|---|---|
| Date Received: | |
| Received by: | NICK WENZEL |
| Signature:  X | |

| Carrier: | |
|---|---|
| Date Shipped: | 10-29-08 |
| Carrier | CHEEDA |
| Driver's Signature  X | |

CONSIGNEE COPY

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 161 |
| BOL#/PRO# | 5023773 |
| PO# | 5023702 |
| Stop #/# | 2 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

CBA
63 Pollack Avenue
Jersey City, NJ 07305
(201) 524-9800

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4388 | 10/30 | 11/08 | CIRCUIT CITY | 70000 | NJ | noon CBA Hudson | |
| 3 | 0 | 4388 | | | | 70000 | | | |

3 SKIDS

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

**Special Instructions:**
Stan-Rec Hrs:  Mon-Sat 9-5:30pm

**Consignee Directions:** FROM JERSEY TURNPIKE: EXIT 15
EAST; GO 1&9N Till CROSS 2 BRIDGES;
AFTER 2ND BRIDGE STAY TO YOUR RIGHT;
IT WILL TAKE YOU TO ROUTE 440 SOUTH;
GO 3 LIGHTS DOWN; AFTER 3RD LIGHT YOU
WILL DO A U-TURN; YOU WILL THEN BE ON
CULVER AVE.; ; MAKE LEFT AT 1st LIGHT
ONTO MALLORY AVE.;MAKE THE 1ST RIGHT
OFF OF MALLORY; THIS IS POLLACK
AVE.(car wash on corner); THEY ARE THE 2ND
BUILDING ON THE RIGHT/ Rec. Hours:
Mon-Sat 9-5:30pm

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:  X

**Receiver / Consignee:**
Date Received: 10/30/08
Received by:
Signature:  X  JAMES H.

**Carrier:**
Date Shipped:  10-27
Carrier:
Driver's Signature:  X

## CONSIGNEE COPY

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 191 |
| ROI #/PRO# | 5023773 |
| PO# | 5028702 |
| Stop off# | 3 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

CBA
1209-A Central Avenue
Hillside, NJ 07205
201-414-5242

Deliver By Date: **10/30/2008**

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1273 | 10/30 | 11/08 | CIRCUIT CITY | 20200 | NJ | CBA Always | |
| 1 | 0 | 1273 | | | | 20200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1816    or
Any Discrepancies Prior To Departing That Location.**

**Special Instructions:** Ext - 201-587-1717 - Maryanne Stencil @ ext 311 -
But her number is NOT for the Central Ave. in Hillside
.... "Traci" represents Franks Bob Clark is the C.C.
rep. rec: hours: mon-fri: 6:30am-4:30pm

**Consignee Directions:** OFF JERSEY TURPIKE EXIT 14
LOOK FOR SIGNS THAT SAY 22 WEST THEN
TAKE THE HILLSIDE/IRVINGTON EXIT GO
RIGHT TO STOP SIGN GO RIGHT OVER
BRIDGE AT LIGHT GO RIGHT AND THEY ARE
ON LEFT ABOUT 1/4 MILE DOWN/ Rec. Hours:
mon-fri: 6:30am-4:30pm

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:  X _____

**Receiver / Consignee:**

Date Received: 10/30/08

Received by:
Signature: X _____

**Carrier:**

Date Shipped: _____

Carrier: _____

Driver's Signature:  X _____

**CONSIGNEE COPY**

**ELEETS TRANSPORTATION**
Bill of Lading

Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all of any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 104 |
| ROI #/PRO# | 5023773 |
| POII | 5025792 |
| Stup.uff# | 4 |

Class60 NMFC 161685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-5140<br><br>Ship Date: 10/2/2008 | Piscataway Star Ledger<br>20 Duke Road<br>Piscataway, NJ 08854<br>732-560-1560<br><br>Deliver By Date: **10/30/2008**<br><br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 0 | 27522 | 10/30 | 11/09 | CIRCUIT CITY | 441300 | NI | | |
| 16 | 0 | 27522 | | | | 441300 | | | |

*I or V*

STAR-LEDGER
RECEIVING
DATE 10 30 8
SECURITY
STAR-LEDGER NOT RESPONSIBLE
FOR ANY COST IN TRANSPORTATION
OF THIS PRE...

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or Any Discrepancies Prior To Departing That Location.**

| Special Instructions: | Consignee Directions: |
|---|---|
| Mary Ann Marque (973) 392-1847 # for Piscataway<br>Call Jackie Banks for extensons - 973-392-1814 - TFS<br>Receiving Hrs: Wed 2:30pm-7:30pm, Thur<br>5:45am-7:30pm, Fri 8am-4pm | Directions: Pike North to exit #10, go 287 North, exit 7 South Randolphville road go Right, go to 1st light and turn Left, 1/4 mile turn Right on Roma Blvd, follow winding road cross 2 RR , tracks until road ends. Then Left then left at 1st blk on Duke Road   Receiving Hrs: Wed 2:30pm-7:30pm, Thur 5:45am-7:30pm-Fri 8am-4pm FIRST COME FIRST SERVE BASIS |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor    X _____ | Date Received: 10/29/08<br>Boyler<br>Received by:<br>Signature: X _____ | Date Shipped:<br><br>Carrier:<br><br>Driver's Signature: X _____ |

CONSIGNEE COPY

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 104 |
| ROI #/PRO# | 5023773 |
| PO# | 5023702 |
| Stop## | 4 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Piscataway Star Ledger
20 Duke Road
Piscataway, NJ 08854
732-560-1580

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cpty Version | Comments | City |
|-------|-------|--------|-----|------------|------------|--------|--------------|----------|------|
| 16 | 0 | 27522 | 10/30 | 11/09 | CIRCUIT CITY | 441300 | NI | | |
| 16 | 0 | 27522 | | | | 441300 | | | |

*I or V*

*300*

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616    or Any Discrepancies Prior To Departing That Location.

**Special Instructions:** Mary Ann Marque (973) 392-1847 # for Piscataway
Call Jackie Banks for extensons - 973-392-1814 - TFS
Receiving Hrs: Wed 2:30pm-7:30pm, Thur
5:45am-7:30pm, Fri 8am-4pm

**Consignee Directions:** Pike North to exit #10, go 287 North, exit 7 South Randolphville road go Right, go to 1st light and turn Left, 1/4 mile turn Right on Roma Blvd, follow winding road cross 2 RR tracks until road ends. Then Left then left at 1st blk on Duke Road   Receiving Hrs: Wed 2:30pm-7:30pm, Thur 5:45am-7:30pm-Fri 8am-4pm FIRST COME FIRST SERVE BASIS

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor: X _____

**Receiver / Consignee:**
Date Received: 10/29/08
Boyler
Received by:
Signature: X _____

CARRIER COPY

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature: X _____

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 101 |
| ROI#/PRO# | 50/3773 |
| PO# | 5029702 |
| Stop## | 5 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 60 SECURITY DRIVE Avon, CT 06001 (860) 773-6140  Ship Date: 10/2/2008 | CBA 160 Raritan Center Pkwy Edison, NJ 08837 (732) 512-1717  Deliver By Date: 10/30/2008  **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION  3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246  Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 703 | 10/30 | 11/08 | CIRCUIT CITY | 10800 | NI | CBA Middlesex | |
| 1 | 0 | 703 | | | | 10800 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

| Special Instructions: | | Consignee Directions: |
|---|---|---|
| 8am - 4pm | | 8am - 4pm |
| | | OCT 3 0 2008 |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:  The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  Signature of consignor  X _CW Thompson_ | Date Received: _____  Received by: _____  Signature: X _W Thompson_ | Date Shipped: _____  Carrier: _____  Driver's Signature: X _____  _10-29_ |

CONSIGNEE COPY

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

eleets TRANSPORTATION

| | |
|---|---|
| LOAD# | 181 |
| RUI #/PRO# | 5023773 |
| PO# | 5029702 |
| Stubuff# | 5 |
| Class60 NMFC 161685-01 Inserts | |

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/2/2008

**Consignee (Being Shipped To)**

CBA
160 Raritan Center Pkwy
Edison, NJ 08837
(732) 512-1717

Deliver By Date: 10/30/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|-------|-------|--------|-----|-----------|-----------|--------|-------------|----------|------|
| 1 | 0 | 703 | 10/30 | 11/09 | CIRCUIT CITY | 10800 | NI | CBA Middlesex | |
| 1 | 0 | 703 | | | | 10800 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

**Special Instructions:**
8am - 4pm

**Consignee Directions:**
8am - 4pm

| Shipper: | Receiver / Consignee: | Carrier: |
|----------|----------------------|----------|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor: X _____ | Date Received: _____<br><br>Received by: _____<br><br>Signature: X _____ | Date Shipped: _____<br><br>Carrier: _____<br><br>Driver's Signature: X _____ |

**REMITTANCE COPY**

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

...CEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
... of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
...signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
...n of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
... h Carrier for all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
...perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
...ANSPORTATION and the Carrier without regard to Carrier's tariffs.

...ipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
...ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| ...hipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co | Asbury Park Press | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| ...O RR Donnelley | 235 Willow Brook Road | |
| ...M SECURITY DRIVE | Freehold NJ 07728 | ...JHT ST JOHNS BLUFF RD. S |
| ...Avon, CT 06001 | 732-361-1500 | ...KSONVILLE, FL 32246 |
| ...(860) 779-6140 | | |

| ...hip Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** | |
| | Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. | |
| | **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Sec'n | Boxes | Weight | ROI | Hazardous | Ship to | Copies | City/State | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1128 | 1062 | 1168 | CIRCUIT CITY | 17446 | NJ | | |
| 4 | 0 | 10681 | 1063 | 1168 | CIRCUIT CITY | 175948 | NJ | Phoenix Pearl & Oak | |
| 7 | 0 | 1449 | 1063 | 1168 | CIRCUIT CITY | 23138 | NJ | | |
| 12 | 0 | 2376 | 1076 | 1168 | CIRCUIT CITY | 37568 | NJ | | |
| 10 | 0 | 15494 | | | | 252400 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-587-1814    or
Any Discrepancies Prior To Departing That Location.

...te is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

| ...pecial Instructions: | Consignee Directions: |
|---|---|
| ...ant hours: M-F 8 AM - 3 pm, (wknd 8 am - 9 am) Sat ...am - 2 pm    June - 732-531-1751 for extensions | Take NJ Tpke to Rte 33 east. Take 33 Business Road to dead end and take the last right turn. Get in left lane and bear left onto Willow brook. They are 1/4 mile down on right. From 195 exit on 63rd W to same Freehold. Follow to 3 way light. Go left on Kozlowski and follow to Rte 33 intersections. Go thru intersection Kozlowski turns into Halas Mills Rd. Follow for 3/4 mile and go right onto Willow Brook. Go 1/4 mile to driveway on right. |

MIKE
SANTOS
10-30-08

| ...pper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | Date Received: | Date Shipped: |
| | Received by: | Carrier: |
| The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | | |



# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co | Asbury Park Press | Ship Prepaid / 3rd Party Bill to: |
| C/O RR Donnelley | 225 Willow Brook Road | ELEETS TRANSPORTATION |
| 90 SECURITY DRIVE | Freehold, NJ 07728 | |
| Avon, CT 06001 | 732-943-1500 | 4131 ST JOHNS BLUFF RD S |
| (860) 773-8140 | | JACKSONVILLE, FL 32246 |

Ship Date: _____

Deliver By Date: _____

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDC | Issue Date | Advertiser | Copies | Ship Via | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | | CIRCUIT CITY | 17000 | NJ | |
| | | | | | CIRCUIT CITY | 173500 | NJ | |
| | | | | | CIRCUIT CITY | 15400 | NJ | |
| | | | | | CIRCUIT CITY | 87400 | NJ | |
| | | | | | | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-957-1616    of
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**

**Consignee Directions:**
Take NJ Tpike to Rte 33 exit.  Take Rte
Business Road to head end and take the first
right turn.  Get in left lane and turn left onto
Willow Brook.  They are 1/4 mile down on right.
From 195 exit on 537 W towards Freehold.
Follow to 3 way light.  Go left on Kozlowski and
follow to Rte 33 intersection.  Go thru
intersection Kozlowski turns into Halas Mills Rd
Follow for 3/4 mile and go right onto Willow
Brook.  Go 1/4 mile to driveway on right.

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | Date Received: | Date Shipped: |
| | Received by: | Carrier: |
| The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | | Driver's Signature: X |

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| | | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| Ship Date: | Deliver By Date: | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Special Instructions: | Consignee Directions: |
|---|---|

ate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Receiver / Consignee: Date Received: 10/30/08  Received by: CHRIS MITRE (Chris Mitre) | Carrier: Date Shipped:  Carrier: |

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
90 SECURITY DRIVE
Avon, CT 06001
(860) 773-8140

Ship Date:

**Consignee (Being Shipped To)**

Deliver By Date:

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

Proof of delivery must accompany
freight bill for payment.

**Special Instructions:**

**Consignee Directions:**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Receiver / Consignee:**
Date Received:
Received by:

**Carrier:**
Date Shipped:
Carrier:

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

...CEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
...l of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
...nsigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
...n of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
...ch Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
...operty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
...RANSPORTATION and the Carrier without regard to Carrier's tariffs.

...ipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
...ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | Philadelphia Inquirer | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| c/o RR Donnelley | 800 River Road | |
| 10 SECURITY DRIVE | Conshohocken, PA 19428 | |
| Avon, CT 06001 | (610) 292-6195 | |
| (860) 773-2140 | | |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

Special Instructions:

10/30/08
W. James    H. James.

Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Receiver / Consignee:

Date Received:

Received by:

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 90 SECURITY DRIVE Avon, CT 06001 (860) 770-6140 | Atlanta City Press 1 Devins Lane Pleasantville, NJ 08232 609-272-7174 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

3 Skids

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-687-1815   or
Any Shortages Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**

**Consignee Directions:** GARDEN STATE PKWY TO EXIT

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Date Received: 10-30-08 Received by: Jesus Delgado | Date Shipped: Carrier: Driver's Signature: X |

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

...CEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
... of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
...signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
...n of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
...ch Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
...perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
...ANSPORTATION and the Carrier without regard to Carrier's tariffs.
...pper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
...ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| ...pper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| ...eets Transportation Co | Atlantic City Press | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| C/O PR Donnelley | 11 Devins Lane | |
| ... SECURITY DRIVE | Pleasantville NJ 08232 | |
| Avon CT 06001 | 609-272-7171 | ... ST JOHNS BLUFF RD S JACKSONVILLE FL 32246 |
| 800 773-8140 | | |
| ...hip Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-887-1616   or
Any Discrepancy Prior To Departing That Location.

...te is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| ...pecial Instructions: | Consignee Directions: GARDEN STATE PKWY TO EXIT 37 -WASHINGTON AVE-(R) (LEFT-GO THROUGH 1 LIGHT -THEY ARE 1/2 MILE ON THE RIGHT  Rec hours: M-F 7am - 6pm, Sat 7am-3pm |
|---|---|

| ...pper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Receiver / Consignee: Date Received: Received by: | Carrier: Date Shipped: Carrier: Driver's Signature: X |

# ELEETS TRANSPORTATION
## Bill of Lading
### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 60 SECURITY DRIVE Avon, CT 06001 (860) 778-6140 | Commercial Printing 100 Commons Way Rockaway, NJ 07866 (973) 586-3993 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 4131 ST JOHNS BLUFF RD S JACKSONVILLE, FL 32246 |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comment | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 12562 | 10/30 | 11/05 | CIRCUIT CITY | 262000 | NJ | Bergen County Record 09-400 | |
| 7 | 0 | 12562 | | | | 262000 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-387-1616   or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**
8AM - 5PM M-F

*[handwritten] Wed Weight 10-29-08*

**Consignee Directions:**
OFF I-80 WEST TAKE EXIT 37 GO LEFT, GO
TO SECOND LIGHT AND MAKE A LEFT ONTO
COMMONS WAY, MAKE SECOND LEFT AND
THAT IS BACK OF THEIR BUILDING. From I
North, 322N, to 95N across the Walt Whitman
Bridge.  I295N in New Jersey, go exit 34 and go
Right off ramp. Pass the 2 truck stops, turn Left
and go to light. Turn left. Get on NJ pike go
North, get off at exit 14 Rt 78W. Take 78W Local
Lanes. Go to 24W and take to 287N.  Take
Route 80W.  To Rte. 7 Rockaway exit. Go
Left at Light on Greenpond Road. .5 miles to a
light, turn Left at Commons Way. ***Directions.
80W TO EXIT 37 GO LEFT OFF THE EXIT
TURN LEFT AT 2nd LIGHT GO LEFT ON

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor:  X | Date Received: Received by: Signature:   X | Date Shipped: Carrier: Driver's Signature:   X |

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. / c/o RR Donnelley / 50 SECURITY DRIVE / Avon, CT 06001 / (860) 773-8140 | Commercial Printing / 100 Commons Way / Rockaway, NJ 07866 / (973) 586-8082 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

| Skids | Boxes | Weight | PO# | Issue Date | Advertiser | Copies | City Version | Comments | Tax |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 12082 | 18730 | 11/08 | CIRCUIT CITY | 272000 | NJ | | |
| 7 | 0 | 12082 | | | | 272000 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1614   or Any Discrepancies Prior To Departing That Location.

**Special Instructions:**

**Consignee Directions:**

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| | Date Received: | Date Shipped: |
| | Received by: | Carrier: |
| Signature of consignor: X | Signature: X | Driver's Signature: X |

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co | Eastern Express | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION |
| C/O RR Donnelley | 1600 Wood Avenue | |
| W SECURITY DRIVE | Easton PA 18042 | |
| Avon CT 06001 | (610) 258-7171 | |
| 860 773-8146 | | |
| Ship Date: | Deliver By Date: 10/30/20 | Proof of delivery must accompany<br>freight bill for payment. |
| | **Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Skids | Cartons | Weight | ROD | Issue Date | Manufacturer | Cases | Qty Verified | Destination | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8 | 118 | 1038 | 1105 | CIRCULATY CITY | 16151 | 55 | New Jersey 08861 | |
| 1 | 8 | 787 | 930 | 1103 | CIRCUIT CITY | 3216 | IN | Philadelphia 35652 | |
| | 16 | 2158 | | | | 50526 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-497-1616    or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|
| NC-U35-0012 for citrus-site | Directions: Hwy 22 E to West/25th St end.  At<br>2nd light it will become Wood Ave.  Go about 3-8<br>blocks and they are on right.  Sign will say<br>Express Times Warehouse Rec Hours: M-F 8 am<br>- 4 pm-Send Refrig. - X3626 - approved Mon<br>Only Extension |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Date Received: 10/30/18<br><br>Received by: | Date Shipped:<br><br>Carrier:<br><br>Driver's Signature: X |

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

CEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
n of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
h Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ANSPORTATION and the Carrier without regard to Carrier's tariffs.
pper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**ipper** (Being Shipped From)
Eleets Transportation Co.
C/O RR Donnelley
SECURITY DRIVE
Avon, CT 06001
(860) 773-5140

hip Date:

**Consignee** (Being Shipped To)
Easton Express
1900 Wood Avenue
Easton, PA 18042
(610) 258-7171

Deliver By Date: 10/20/2008
**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

9131 ST JOHNS BLUFF RD S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Units | Bytes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Conditions | CW |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1143 | 10/30 | 11/09 | CIRCUIT CITY | 16190 | PI | New Jersey Version | |
| 1 | 0 | 2612 | 10/30 | 11/09 | CIRCUIT CITY | 2240 | NJ | Philadelphia Version | |
| 2 | 0 | 3758 | | | | 36698 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location

**pecial Instructions:**
... -258-0612 for extensions

**Consignee Directions:**
Directions  Hwy 22 E to Wilson/25th St exit.  At
2nd light it will become Wood Ave.  Go about 8-9
blocks and they are on right.  Sign will say
Express Times Warehouse  Rec Hours  M-F 8 am
- 4 pm Carol Fehrel - X3620 - approved Mon
Delv Extension

**ipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

**Receiver / Consignee:**
Date Received:
Received by:
Signature: X

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature: X