**ELEETS TRANSPORTATION**
Bill of Lading

Non-Negotiable

eleets
TRANSPORTATION

eleets
TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co<br>C/O RR Donnelley<br>99 SECURITY DRIVE<br>Avon, CT 06001<br>(860) 773-5140 | Allentown Morning Call<br>101 North 6th Street<br>Allentown, PA 18101<br>610-820-6774 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br>3131 ST JOHNS BLUFF RD S<br>JACKSONVILLE, FL 32246 |
| Ship Date: | Deliver By Date: 10/30/2008 | Proof of delivery must accompany<br>freight bill for payment. |
| | **Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Skid | Boxes | Weight | PDD | Issue Date | Width/Size | Copies | City Version | Comments | Qty |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 7884 | | 1100 | | | | | |
| 4 | 0 | 7685 | | | | 117300 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1616    or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: Off Hwy 22 W take exit I-45 S (7th St) |
|---|---|
| | and go about 2 miles and turn left on Turner.<br>They are 1 block down at 6th and Turner on the<br>right. Rec Hours: M-F 7 am - 5 pm |

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor: X | Receiver / Consignee:<br><br>Date Received: 10/30/08<br><br>Received by:<br><br>Signature: X | Carrier:<br><br>Date Shipped:<br><br>Carrier:<br><br>Driver's Signature: X |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
90 SECURITY DRIVE
Avon, CT 06001
(860) 779-6110

Ship Date:

**Consignee (Being Shipped To)**
Allentown Morning Call
101 North 6th Street
Allentown, PA 18101
610-820-6774

Deliver By Date:

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION
3101 ST JOHNS BLUFF RD S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-497-1616   or Any Discrepancies Prior To Departing That Location.

**Special Instructions:**

**Consignee Directions:**

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:   X

**Receiver / Consignee:**
Date Received:
Received by:
Signature:   X

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature:   X

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

C2001 D

eleets TRANSPORTATION                                         eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | GMA Incorrina | Ship Prepaid / 3rd Party Bill to: |
| C/O RR Donnelley | 3420 Avenue B | ELEETS TRANSPORTATION |
| 70 SECURITY DRIVE | Bethlehem, PA 18017 | |
| Avon, CT 06001 | 610-266-7077 | |
| (860) 293-8110 | | |

| Ship Date: | Deliver By Date: 10/30/008 | Proof of delivery must accompany |
| | **Time Sensitive Materials** | freight bill for payment. |
| | Special damages and late delivery charges will be charged to carrier if delivery | |
| | to consignee is not made by the above due date. | |
| | **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Store | Event | Weight | PDC | Run Date | Advertiser | Caption | City Vendor | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| | | 4510 | 10/30 | 10/30 | CIRCUIT CITY | Rsvd N | Darho Printe | |
| | | 3015 | | | 34-06 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-801-1616   or
Any Discrepancies Prior To Departing That Location

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

| Special Instructions: | Consignee Directions: |
|---|---|
| | Directions from 2 hw   east airport road n. towards |
| | rout. simon,  turn right at red light avenue b. |
| | When you arrive at the 7 intersection facility will |
| | be on the corner right. (202)334-7730 MIKE |
| | STARR—GOOD CONTACT @ GMA R & D M-F |
| | 6AM TO 5PM SAT-SUN 5AM TO NOON For |
| | consignee have to call the newsstand NY Daily |
| | News have to reach Wayne Donovan @ |
| | 212 210-1655 Extensions for the Washington |
| | Post - Call Rocky @ 702-434-7730 |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | Date Received: 10/30/08  9:30A | Date Shipped: |
| | Received by: CINDY CARVALHO | Carrier: |
| The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | | |
| Signature of consignor:  X | Signature:  X | Driver's Signature:  X |

**ELEETS TRANSPORTATION**
## Bill of Lading
Non-Negotiable

ELEETS TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination. and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 99 SECURITY DRIVE Avon, CT 06001 (860) 773-9149 | GMA Inserting 2250 Avenue B Bethlehem, PA, 18017 610-266-7077 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |

Ship Date:

Deliver By Date:

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

Proof of delivery must accompany
freight bill for payment.

| Skids | Bundles | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| | | 1515 | | | | | | | |
| | | 2515 | | | | | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-387-1616    or
Any Discrepancies Prior To Supplying That Location

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

**Special Instructions:**

**Consignee Directions:**

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor    X

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: | Date Shipped: |
| Received by: | Carrier: |
| Signature:    X | Driver's Signature:    X |

# MID-STATE EVERETT, INC.

9455 Lancaster Rd. — P.O. Box 926
Hebron, Ohio 43025
I.C.C. 153267

| DATE | TERM | PRO. NUMBER |
|------|------|-------------|
| 10-29-08 | | 6200/A |

SHIPPER AND ORIGIN

Fleets Transportation Co.
C/o RR Donnelley
60 Security Drive
Avon CT.

CONSIGNEE AND DESTINATION

Commercial Printing
100 Commons Way
Rockaway NJ

| B/L NUMBER | NUMBER OF PACKAGES ARTICLES AND MARKS | WEIGHT | RATE | TOTAL | |
|------------|----------------------------------------|--------|------|-------|--|
| | | | | PREPAID | COLLECT |
| 5023775 | | | | | |
| | 78 SKIDS (208,000 copies) PRINTED MATTER | 12,582 | | | |

| DRIVERS NAME | LESSOR | TRACTOR NO. | TRAILER NO. | LUMPER | CHECK NO. | AMOUNT |
|--------------|--------|-------------|-------------|--------|-----------|--------|
| James Kissell | MSS | 269 | 537165 | | | |

RECEIVED AND ACCEPTED IN GOOD ORDER

COMPANY                    PER FULL NAME Josh Wright                    DATE 10-29-08

## FILL OUT THIS SECTION COMPLETELY FOR EVERY LOAD IN ORDER TO GET PAID

Begin Odometer Reading _____    Ending Odometer Reading _____

Trip Origin _____    Destination _____

Fleet Number _____    Total Trip Milage _____

NY Turnpike Miles _____    Ohio Turnpike Miles _____

Route Of Travel _____

_____

_____

_____

Driver's Signature _James Kissell_    All miles on final stop

## STATE MILAGE REPORT

| STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL |
|-------|-------------|----------------|--------------|-------|-------------|----------------|--------------|-------|-------------|----------------|--------------|
| AL. | | | | ME. | | | | OH. | | | |
| AZ. | | | | MD. | | | | OK. | | | |
| AR. | | | | MA. | | | | OR. | | | |
| CA. | | | | MI. | | | | PA. | | | |
| CO. | | | | MN. | | | | R.I. | | | |
| CT. | | | | MS. | | | | S.C. | | | |
| DE. | | | | MO. | | | | S.D. | | | |
| FL. | | | | MT. | | | | TN. | | | |
| GA. | | | | NE. | | | | TX. | | | |
| ID. | | | | NV. | | | | UT. | | | |
| IL. | | | | N.H. | | | | VT. | | | |
| IN. | | | | N.J. | | | | VA. | | | |
| IA. | | | | N.M. | | | | WA. | | | |
| KS. | | | | N.Y. | | | | W.V. | | | |
| KY. | | | | N.C. | | | | WI. | | | |
| | | | | N.D. | | | | WY. | | | |

**MID-STATE SYSTEMS, INC.**

9455 Lancaster Rd. — P.O. Box 926
Hebron, Ohio 43025
I.C.C. 153267

| DATE | TERM | PRO. NUMBER |
|------|------|-------------|
| 10-29-08 | | 62001 B |

**SHIPPER AND ORIGIN**

Elects Transportation Co.
C/o RR Donnelley
60 Security Drive
Avon CT.

**CONSIGNEE AND DESTINATION**

Easton Express
1900 Wood Avenue
Easton PA

| B/L NUMBER | NUMBER OF PACKAGES ARTICLES AND MARKS | WEIGHT | RATE | TOTAL | |
|------------|----------------------------------------|--------|------|-------|-------|
| | | | | PREPAID | COLLECT |
| 5023775 | 2 PLTS (50,500 Copies) Circuit City Printed matter | 3,158 | | | |

| DRIVERS NAME | LESSOR | TRACTOR NO. | TRAILER NO. | LUMPER | CHECK NO. | AMOUNT |
|--------------|--------|-------------|-------------|--------|-----------|--------|
| James Kissell | MSS | 269 | 537165 | | | |

**RECEIVED AND ACCEPTED IN GOOD ORDER**

COMPANY                    PER FULL NAME _____    DATE 10/3/08

**FILL OUT THIS SECTION COMPLETELY FOR EVERY LOAD IN ORDER TO GET PAID**

Begin Odometer Reading _____  Ending Odometer Reading _____

Trip Origin _____  Destination _____

Fleet Number_____  Total Trip Milage _____

NY Turnpike Miles _____  Ohio Turnpike Miles_____

Route Of Travel _____
_____
_____
_____

Driver's Signature _James Kissell_    All miles on Fuel 5-70P

**STATE MILAGE REPORT**

| STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL |
|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|
| AL. | | | | ME. | | | | OH. | | | |
| AZ. | | | | MD. | | | | OK. | | | |
| AR. | | | | MA. | | | | OR. | | | |
| CA. | | | | MI. | | | | PA. | | | |
| CO. | | | | MN. | | | | R.I. | | | |
| CT. | | | | MS. | | | | S.C. | | | |
| DE. | | | | MO. | | | | S.D. | | | |
| FL. | | | | MT. | | | | TN. | | | |
| GA. | | | | NE. | | | | TX. | | | |
| ID. | | | | NV. | | | | UT. | | | |
| IL. | | | | N.H. | | | | VT. | | | |
| IN. | | | | N.J. | | | | VA. | | | |
| IA. | | | | N.M. | | | | WA. | | | |
| KS. | | | | N.Y. | | | | W.V. | | | |
| KY. | | | | N.C. | | | | WI. | | | |

# MID-STATE SYSTEMS, INC.

9455 Lancaster Rd. — P.O. Box 926
Hebron, Ohio 43025
I.C.C. 153267

| DATE | TERM | PRO. NUMBER |
|------|------|-------------|
| 10-29-08 | | 62001 C |

**SHIPPER AND ORIGIN**

Eltets Transportation Co,
C/o RR Donnelley
60 Security Drive
Avon CT

**CONSIGNEE AND DESTINATION**

Allentown Morning Call
101 North 6th Street
Allentown PA

| B/L NUMBER | NUMBER OF PACKAGES ARTICLES AND MARKS | WEIGHT | RATE | TOTAL | |
|------------|---------------------------------------|--------|------|-------|---|
| | | | | PREPAID | COLLECT |
| 5023775 | | | | | |
| | 4 PLTS (117,300 copies) circuitcity Printed matter | 7,303 | | | |

| DRIVERS NAME | LESSOR | TRACTOR NO. | TRAILER NO. | LUMPER | CHECK NO. | AMOUNT |
|--------------|--------|-------------|-------------|--------|-----------|--------|
| James Kissell | MSS | 269 | 537165 | | | |

RECEIVED AND ACCEPTED IN GOOD ORDER

COMPANY THE MORNING CALL    PER FULL NAME _____    DATE 10/30

## FILL OUT THIS SECTION COMPLETELY FOR EVERY LOAD IN ORDER TO GET PAID

Begin Odometer Reading _____        Ending Odometer Reading _____

Trip Origin _____        Destination _____

Fleet Number _____        Total Trip Milage _____

NY Turnpike Miles _____        Ohio Turnpike Miles _____

Route Of Travel _____

Driver's Signature _James Kissell_    All miles on final stop _____

## STATE MILAGE REPORT

| STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL |
|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|
| AL. | | | | ME. | | | | OH. | | | |
| AZ. | | | | MD. | | | | OK. | | | |
| AR. | | | | MA. | | | | OR. | | | |
| CA. | | | | MI. | | | | PA. | | | |
| CO. | | | | MN. | | | | R.I. | | | |
| CT. | | | | MS. | | | | S.C. | | | |
| DE. | | | | MO. | | | | S.D. | | | |
| FL. | | | | MT. | | | | TN. | | | |
| GA. | | | | NE. | | | | TX. | | | |
| ID. | | | | NV. | | | | UT. | | | |
| IL. | | | | N.H. | | | | VT. | | | |
| IN. | | | | N.J. | | | | VA. | | | |
| IA. | | | | N.M. | | | | WA. | | | |
| KS. | | | | N.Y. | | | | W.V. | | | |
| KY. | | | | N.C. | | | | WI. | | | |

**MID-STATE SYSTEMS, INC.**

9455 Lancaster Rd. — P.O. Box 926
Hebron, Ohio 43025
I.C.C. 153267

| DATE | TERM | PRO. NUMBER |
|------|------|-------------|
| 10-29-08 | | 62001 D |

SHIPPER AND ORIGIN

Fleets Transportation Co.

C/o RR Donnelley

CO Security Drive

AVON CT.

CONSIGNEE AND DESTINATION

GMA INSERTING

2950 Avenue B

Bethlehem PA

| B/L NUMBER | NUMBER OF PACKAGES ARTICLES AND MARKS | WEIGHT | RATE | TOTAL | |
|------------|----------------------------------------|--------|------|-------|--|
| | | | | PREPAID | COLLECT |
| 5023775 | 2 PLTS (52,400 copies) Circuit City Printed matter | 3,515 | | | |

| DRIVERS NAME | LESSOR | TRACTOR NO. | TRAILER NO. | LUMPER | | CHECK NO. | AMOUNT |
|--------------|--------|-------------|-------------|--------|--|-----------|--------|
| James Kissell | MSS | 269 | 537165 | | | | |

RECEIVED AND ACCEPTED IN GOOD ORDER

COMPANY                PER FULL NAME *Anetta Carvalho*         DATE 10/30/08

**FILL OUT THIS SECTION COMPLETELY FOR EVERY LOAD IN ORDER TO GET PAID**

Begin Odometer Reading 536274          Ending Odometer Reading 536565

Trip Origin Glastonbury CT          Destination Bethlehem PA

Fleet Number 269          Total Trip Mileage 291

NY Turnpike Miles ~ 0 ~          Ohio Turnpike Miles ~ 0 ~

Route Of Travel local, 2, 84, 4, 10, 44 local, 44, 10, 4, 84, 87, 287, 80, local, 80, 209 33, 22, local, 22, 145, local, 145, 22, local

Driver's Signature *James Kissell*

**STATE MILAGE REPORT**

| STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL | STATE | LOADED MILES | DEADHEAD MILES | ROUTE TRAVEL |
|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|-------|--------------|----------------|--------------|
| AL. | | | | ME. | | | | OH. | | | |
| AZ. | | | | MD. | | | | OK. | | | |
| AR. | | | | MA. | | | | OR. | | | |
| CA. | | | | MI. | | | | PA. | 61 | | |
| CO. | | | | MN. | | | | R.I. | | | |
| CT. | 64 | 24 | | MS. | | | | S.C. | | | |
| DE. | | | | MO. | | | | S.D. | | | |
| FL. | | | | MT. | | | | TN. | | | |
| GA. | | | | NE. | | | | TX. | | | |
| ID. | | | | NV. | | | | UT. | | | |
| IL. | | | | N.H. | | | | VT. | | | |
| IN. | | | | N.J. | 75 | | | VA. | | | |
| IA. | | | | N.M. | | | | WA. | | | |
| KS. | | | | N.Y. | 67 | | | W.V. | | | |
| KY. | | | | N.C. | | | | WI. | | | |
| | | | | N.D. | | | | WY. | | | |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD # | 109 |
| ROI #/PRO # | 503778 |
| PO # | 5028702 |
| Shipper # | 1 |
| Class 60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 06001
(860) 773-6140

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Bridgeton News
100 East Commerce Street
Bridgeton, NJ 08302
(856) 451-1000

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|-------|-------|--------|-----|-----------|-----------|--------|--------------|----------|------|
| 1 | 0 | 481 | 10/30 | 11/08 | CIRCUIT CITY | 7300 | NJ | | |
| 1 | 0 | 481 | | | | 7300 | | | |



Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516   or
Any Discrepancies Prior To Departing That Location.

Special Instructions:
M-F 8am-5pm

Driving Directions:
Take the I-295 N ramp to New Jersey/Delaware Memorial Bridge. Keep left at the fork to continue toward I-295 N and merge onto I-295 N. Take the exit toward US-130N/Pens Grove. Keep left at the fork, follow signs for Trenton/I-295 N. Take exit 1C for Hook

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor:   X _____

**Receiver / Consignee:**
Date Received: _____
Received by: _____
Signature:   X _____

**Carrier:**
Date Shipped: 10-28-08
Carrier: ANP 1Pc 1088 the A 30
Driver's Signature: Abdul Delgado

CONSIGNEE COPY

5023778

# A. DuiePYLE

ICC NO. 39140
P.U.C. NO. A 00107226
FED. I.D. NO. 23-1417983

PYLE    DELIVERY RECEIPT

MAIN OFFICE : P.O. BOX 564 • WEST CHESTER, PA 19381-0564
TOLL FREE : 800-523-5020    610-696-5800

www.aduiepyle.com

PRO/FREIGHT BILL#    178.717 401

3:52:46AM SCU

ORG: CON    DST: WCH    1 SS

| CONSIGNEE BRBRHS | SHIPPER    RRAV60 | PICK UP DATE | PAGE |
|---|---|---|---|
| BRIDGETON EVENING NEWS | R R DONNELLEY | 10/29/08 | 1 |
| 100 E COMMERCE | 60 SECURITY DR | PICK UP DRIVER | PICK UP UNIT |
|  | ELEETS TRANS | DELGADO, A | 6887HR |
| BRIDGETON         NJ | AVON         CT | SHIPPERS BILL OF LADING # |  |
| 08302 | 06001 | 5073778 |  |
| 856-451-1000 |  | PURCHASE ORDER # |  |
| 103411  HH11  6963L |  | 5023702 |  |
| D-3 SOUTH JERSEY  3SOJ |  | RRAV60 ELJA31 PREPAID |  |

*C*N O  A P P O I N T M E N T  N E E D E D

| PIECES | CONT | HM | FREIGHT DESCRIPTION | CLASS | WGT/LBS | RATE | INV AMT |
|---|---|---|---|---|---|---|---|
| 1 | PLT | 161685 | REG MON-FRI OPEN: 9:00AM CLOSE 3:00PM | 60 | 491 |  |  |
|  |  |  | 1PLT |  |  |  |  |
|  |  |  | DELIVER ON 10/30/08 |  |  |  |  |
|  |  |  | VERF PCS COUNT 877-997-1616 FOR ANY |  |  |  |  |
|  |  |  | DISCP B4 DEPART@ LOC, TAKE 1-295 N RAMP |  |  |  |  |
|  |  |  | TO NJ / DE MEM BRIDGE AND KEEP LFT AT |  |  |  |  |
|  |  |  | THE FORK TO CONT TOWARD 1-285 N AND |  |  |  |  |
|  |  |  | MERGE ONTO 1-295 N TAKE THE EXIT TOWARD |  |  |  |  |
|  |  |  | US-130N PENS GROVE KEEP LFT AT THE FORK |  |  |  |  |
|  |  |  | FOLLOW SIGNS FOR TRENTON 1-295 N TAKE |  |  |  |  |
|  |  |  | EXIT 1C FOR HOOK |  |  |  |  |
|  |  |  | 860-773-6140 |  |  |  |  |
|  |  |  | ****************************** |  |  |  |  |
|  |  |  | IF LIFTGATE SERVICE IS PERFORMED AT TIME |  |  |  |  |
|  |  |  | OF DELIVERY, DRIVER COLLECT $ 55.00 |  |  |  |  |
|  |  |  | ****************************** |  |  |  |  |
|  |  |  | IF INSIDE DELIVERY IS PERFORMED AT TIME |  |  |  |  |
|  |  |  | OF DELIVERY, DRIVER COLLECT $ 30.00 |  |  |  |  |
|  |  |  | ****************************** |  |  |  |  |

| 1 | < | TOTAL PIECES | *** C H A R G E S  M I S S I N G *** | TOTAL WEIGHT | 491 | TOTAL CHARGES |
|---|---|---|---|---|---|---|

| C.O.D. TOTAL | | PCS 1 | DATE 18/30 | DRIVER AH11 | FIRM NAME  Bridegeto evening news |
|---|---|---|---|---|---|

RECEIVED IN GOOD CONDITION/SHRINK WRAP IN TACT UNLESS OTHERWISE NOTED. SIGNATURE ACKNOWLEDGES DESIGNATED SPECIAL SERVICES WERE AUTHORIZED AND PERFORMED AT DELIVERY.

___ INSIDE DELIVERY    ___ SORT & SEG    # PCS:

___ LIFTGATE    ___ PRISON    SIGNATURE   _Naeem Cosby_

___ RESIDENTIAL    ___ MILITARY INSTALLATION

___ CONSTRUCTION SITE    ___ OVER DIMENSION    PRINT NAME    BY: _Naeem Cosby_

ELEETS TRANSPORTATION
**Bill of Lading**
Non-Negotiable

5023784

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 303 |
| PU#/PRO# | 5023784 |
| PO# | 5023712 |
| Stops# | 2 |
| Class60 NMFC | 1685-01 Inserts |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
101 N. GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Tulsa World
111 WEST FIRST
TULSA, OK 74103
918-583-2161

Deliver By Date: **10/30/2008**

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cmty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 5813 | 10/30 | 11/09 | CIRCUIT CITY | 107200 | NI West | | |
| 6 | 0 | 5813 | | | | 107200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

This is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

Receiving Dock 918-585-1750-Diana McLaughlin
head of advertising . . 918-581-8515-- 315 S. Boulder
which is their main office-Call Steve Barlow at
918-581-8506 for extensions.

Consignee Directions: from north 75 dtown 1st exit   M-F
8AM-4PM-oneway to west Bolder Ave on right
hand side-Directions: from south 75 7th st
exit;stop light left follow 2nd overpass right to 2nd
st to Bolder Ave turn left one block to 1st st turn
left and it will on right hand side/ Rec. Hours:
M-F 8AM-4:30PM  SAT 8AM-4PM PER
GARY.-from east 44 or 412 stay take I 244 to
dtown 1st str exit to Bolder ave right hand
side-from west turnpike 412 OK  stay take I-244
east to 7th exit take 76 south. From 412 West I
35 South get off 451 exit get off 2nd str exit to
Bolder left 1st st right.-Receiving hours 8-4 M-F

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

**Receiver / Consignee:**
Date Received: 10/28/08
Received by: Spuriece

Signature: x C. Spurlock

Date Shipped:
Carrier:
Driver's Signature: x B. Larson

**eleets TRANSPORTATION**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
h Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.
pper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
ns and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 363 |
| RO1#/PRO# | 5073184 |
| PO# | 5023702 |
| Stop off# | 1 |
| Class60 NMFC In 1685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 101 N. GREAT SW. PKY Arlington, TX 76011 (817) 649-7281 | Oklahoman, Daily 200 EAST BRITTON ROAD OKLAHOMA CITY, OK 73114 405-475-3884 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date:  10/27/2008 | Deliver By Date:  10/30/2008 **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 8381 | 10/30 | 11/09 | CIRCUIT CITY | 132200 | NI | West | |
| 7 | 0 | 8381 | | | | 132200 | | | |

## Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616  or Any Discrepancies Prior To Departing That Location.

rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**
Confirmation number: 20081015DAL314427

**Consignee Directions:** M-F 8am-5pm    Ask for Debbie  Scott at the "pre-print dock" for insert info. Her # is 405-475-3884. (Diana cannot grant extensions)*NO EVENING OR SATURDAY DELIVERIES*Dscott@Oklahoman.com  Debbie Scott for ext.

(7)

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

nature of consignor  X

**Receiver / Consignee:**
Date Received:  10-28-0
Received by:  Luis Flores
Signature:  x  Luis Flores

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature:  X

**ELEETS TRANSPORTATION**

eleets TRANSPORTATION

**Bill of Lading**

Non-Negotiable

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
f Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
gned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 303 |
| RO#/PRO# | 5073714 |
| PO# | 5029702 |
| Stop#/ | 1 |
| Class60 NMFC 12 1685-01 Inserts | |

| pper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | Oklahoman, Daily | Ship Prepaid / 3rd Party Bill to: |
| C/O RR Donnelley | 200 EAST BRITTON ROAD | ELEETS TRANSPORTATION |
| 01 N.GREAT SW. PKY | OKLAHOMA CITY, OK 73114 | 3131 ST JOHNS BLUFF RD. S |
| rlington, TX 76011 | 405-475-3884 | JACKSONVILLE, FL 32246 |
| (817) 649-7281 | | |

ip Date: 10/27/2008

Deliver By Date: **10/30/2008**

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 8381 | 10/30 | 11/09 | CIRCUIT CITY | 132208 | NI | West | |
| 7 | 0 | 8381 | | | | 132200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

 x is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

ecial Instructions:
Confirmation number: 20081015DAL314427

Consignee Directions:
M-F 8am-5pm    Ask for Debbie Scott at the
"pre-print dock" for insert info. Her # is
405-475-3884. (Diana cannot grant
extensions)*NO EVENING OR SATURDAY
DELIVERIES*Dscott@Oklahoman.com  Debbie
Scott for ext.

(7)

ipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: 10-28-8 | Date Shipped: |
| Received by: Luis Flores | Carrier: |
| x Luis Flores | Driver's Signature: x |

# ELEETS TRANSPORTATION

## Bill of Lading

### Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 303 |
| ROI #/PRO# | 502 784 |
| PO# | 502 702 |
| Stopoff# | 3 |
| Class60 NMFC | 61685-01 Inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>401 N.GREAT SW. PKY<br>Arlington, TX 76011<br>(817) 649-7281<br><br>Ship Date:  10/27/2008 | Fedex<br>6882 W 76TH ST SO<br>Tulsa, OK 74131<br>999-999-9990<br><br>Deliver By Date: **10/28/2008**<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Crty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 3752 | 10/30 | 11/09 | CIRCUIT CITY | 59300 | NI | West | | |
| 4 | 0 | 4272 | 10/30 | 11/09 | CIRCUIT CITY | 67000 | NI | West | | |
| 1 | 0 | 798 | 10/30 | 11/09 | CIRCUIT CITY | 12300 | NI | West | | |
| 8 | 0 | 8822 | | | | 138600 | | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement

Special Instructions:
Not A good discount at this terminal

Consignee Directions:

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Date Received: 10/28/08     (circled: 88K)<br><br>Received by: FXFE RF/JO 15984 | Date Shipped:<br><br>Carrier: |

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
## Bill of Lading
### Non-Negotiable

**eleets TRANSPORTATION**

...EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this ...f Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, ...igned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-...of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to ...Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said ...rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS ...NSPORTATION and the Carrier without regard to Carrier's tariffs.

...per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said ...s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 503 |
| BOL#/PRO# | 503374 |
| PO# | 503372 |
| Stops# | 3 |
| Class60 NMFC 161685-01 Inserts | |

| ...per (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| ...eets Transportation Co. /O RR Donnelley 01 N.GREAT SW. PKY ...rlington, TX 76011 ...17) 649-7281 ...p Date: 10/2/2008 | Fedex 6882 W 76TH ST SO Tulsa, OK 74131 999-999-9999 Deliver By Date: 10/28/2008 **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above date **Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cnty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 3752 | 10/30 | 11/09 | CIRCUIT CITY | 59300 | NI | West | | |
| 4 | 0 | 4272 | 10/30 | 11/09 | CIRCUIT CITY | 67000 | NI | West | | |
| 1 | 0 | 798 | 10/30 | 11/09 | CIRCUIT CITY | 12300 | NI | West | | |
| 8 | 0 | 8822 | | | | 138600 | | | | |

## Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
## Any Discrepancies Prior To Departing That Location.

...s is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| ...icial Instructions: | Consignee Directions: |
|---|---|
| ...ot a good discount at this terminal | |

| ...pper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| ...Subject to Section 7 of the Terms and Conditions of Carriage (see reverse ...ide), if the shipment is to be delivered to the consignee without recourse on ...he consignor, the consignor shall sign the following statement: ...The Carrier shall not make delivery of this shipment without payment of ...reight and all other lawful charges. | Date Received: 10/28/08     8SK Received by: FXFE RF... 15987... Signature: X | Date Shipped: Carrier: Driver's Signature: X |

NOV-11-2008 11:36 From:DAGGETT TRUCK LINE    1 218 334 2823    To:19046450267    P.2/3

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

**S023788**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 305 |
| BOI #/PRO# | S023788 |
| PO# | S023792 |
| Stop off# | |
| Class 60 NMFC 161825-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
401 N.GREAT SW. PKY
Arlington, TX 76011
(817) 649-7261

Ship Date: 10/27/2008

**Consignee (Being-Shipped To)**

Bryan Eagle
1729 BRIARCREST DRIVE
BRYAN, TX 77802
979-776-4444

Deliver By Date: **10/30/2008**

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 2 | 1548 | 10/30 | 11/09 | CIRCUIT CITY | 23800 | NI | East | College Station |
| 2 | 2 | 1548 | | | | 23800 | | | |

### Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
### Any Discrepancies Prior To Departing That Location.

If load is independently determined and NOT subject to fixed tariffs unless stated in Common Carrier Rate Agreement.

**Special Instructions:**
Stories for College Station paper-8AM TO
5PM-circuit City extension call Cenilia Viator at
979-731-4707 Jo anne Pastranelia (979) 731-4708
said Circuit City-Sue (or Suze) 4707

**Consignee Directions:** RT 6 NORTH TO BYPASS 6 NORTH
IN BRYAN. TO BRIARCREST TURN LEFT.
THEY ARE 1 MILE ON THE RIGHT/ Rec. Hours:
8AM TO 5PM, No night time or weekend
deliveries accepted.

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side). If the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

| Receiver / Consignee: | | Carrier: |
|---|---|---|
| Date Received _____ | | Date Shipped _____ |
| Received by _____ | | Carrier _____ |

NOV-11-2008 11:36 From:DAGGETT TRUCK LINE   1 218 334 2823   To:19046450267   P.3/3

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 305
RCJ #/PRO# 503788
PO# 5925702
Seq/Lot# 2
Class80 NMFC 161685-01 Inserts

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
401 N GREAT SW PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 10/2/2008

**Consignee (Being Shipped To)**
Houston Chronicle
8010 KEMPWOOD
HOUSTON, TX 77055
713-220-7171

Deliver By Date: 10/30/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Qtty Version | Comments | City |
|-------|-------|--------|-----|-----------|-----------|--------|--------------|----------|------|
| 14 | 0 | 17707 | 10/30 | 11/09 | CIRCUIT CITY | 280000 | NI East | 1/2 of 550400 | |
| 14 | 0 | 17707 | | | | 280000 | | | |

Keith Gray
#324
CC888882

## Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
## Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement
Special Instructions:
Rec: 713-362-5682, 7133625985   Deborah
Vowersox  in receiving is helpful-Isabel in inserting
also DEL:h-AM - MIDNIGHT M-F SAT 7-AM TO 1PM
Extensions Sam Hoffis-ALSO RECEIVE FOR SAN
ANTONIO EXPRESS TMC.Rec Hours: M-TH 6 am -
Midnight, FRI - 6 am - 6 pm- Sat 7 am - 1 pm

Consignee Directions: Directions: I-10 west of 610 on west side of town
to Wirt exit turn right to dead/end (2 miles)turn
left on kempwood 2 blocks on right/From Dallas
take I 45 N to loop 610.  Take 610 W to 290 N to
34th St and Antione Exit.  Then turn left onto 34th
St under 290.  It becomes Kempwood.  Between
Wirt Rd and Bengal Rd on right hand side.Rec
Hours: M-TH 6 am - Midnight, FRI - 6 am - 6
pm-Sat 7 am - 1 pm

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Receiver / Consignee:
Date Received: 10/28/08  4.35 pm
Received by: Patrick Harris

Carrier:
Date Shipped: 10-29-08
Carrier: Daggett Truck

NOV-11-2008(TUE) 09:42    A TRUCK EXPRESS          (FAX)2146342388          P.006/016

ORIGINAL

# A TRUCK EXPRESS
www.atruckexpress.net
4033 MINT WAY · DALLAS, TEXAS 75237
(214) 634-2161 · FAX (214) 634-2388

A TRUCK ORDER #: 429162
A TRUCK ACCOUNT #:
DATE: 10-29-08

| SERVICES REQUIRED | | CHARGES |
|---|---|---|
| BOBTAIL-REGULAR ☐   RUSH ☐   STRAIGHT SHOT ☐ | | $ 200 00 |
| TRACTOR/TRAILER   REGULAR ☐   RUSH ☐ | | $ |
| FLATBED   REGULAR ☐   RUSH ☑ | | $ |
| # OF SKIDS   # OF SKID SPACES | | $ |
| WEIGHT   2685   LBS. | | $ |
| WAITING TIME - PICKUP _____ MINUTES | | $ |
| WAITING TIME - DELIVERY _____ MINUTES | | $ |
| DAY RUN ☐   ATTEMPT ☐   WEEKEND/AFTER HRS ☐ | | $ |
| LIFTGATE USED:   PICKUP ☐   DELIVERY ☐ | | $ |
| HAZARDOUS MATERIALS (OVER 1,000 LBS) | | $ |
| TRANSFER/FREIGHT HANDLING/STORAGE/ADVE | | $ |
| FUEL SURCHARGE | | $ |
| COD FEE | | $ |
| MISCELLANEOUS | | $ |
| TOTAL | | $ 200 00 |

RECEIVED IN GOOD ORDER SIGNATURE
X _____   IN: 11:55
X _____   OUT:

☐ PRINT NAME HERE

FROM: ☐ PREPAID
R.R. Donnelly
461 2. Great S.W. Blvd
Arlington, TX.

Rt #22412

TO:
Dallas Morning News
4616 Langdon Rd
Dallas, TX.

IN: 9:45
OUT: 10:30

COLLECT ☐

3RD PARTY BILL ☑   A Electo Trans

P.O. #/REF. #   5023702

DRIVER   #52

NAME:

IN: 11:55
OUT:

Shipper hereby agrees that the liability of A Truck Express for damages or loss in connection with this delivery is limited to $100 unless additional value is declared at the time the order is placed for pickup and additional insurance is paid on the added value. Claims must be made within 24 hours. A Truck Express is not responsible for incidental or consequential damages.

NOV-11-2008(TUE) 09:42    A TRUCK EXPRESS                    (FAX)2146342388              P.008/016

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (first party) and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each and every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD #: 307 | |
| RD&PRO#: 50/3791 | |
| PO# 5025712 | |
| Sku&#: 1 | |
| Class&:NMFC: 161685-01 Inserts | |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
401 N.GREAT S.W. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 10/28/2008

**Consignee (Being Shipped To)**
Dallas Morning News
4616 LANGDON RD
DALLAS, TX 75241
214-977-3840

Deliver By Date: 10/30/2008
Time Sensitive Materials
Special damage and late delivery charges will be charged to carrier if delivery to consignee is not made by the above time & date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill To Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | Chg |
|---|---|---|---|---|---|---|---|---|---|
| 20 | 0 | 25187 | 10/30 | 11/02 | CIRCUIT CITY | 398200 | N/ East | | |
| 1 | 0 | 888 | 10/30 | 11/02 | CIRCUIT CITY | 15600 | N/ East | Denton Record DOCK M-3 OR M-4 | |
| 21 | 0 | 25146 | | | | 413800 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-887-1616    or
Any Discrepancies Prior To Departing That Location.**

HOURS: Thurs 7am-11pm; Fri 7am-5pm; weekends by appt(214) 977-3840 Jimmy Rodriguez (214) 977-3838 Kevin Spartman

FROM: US-75 S to I-45 S, take EXIT 276A to merge onto I-20 W toward Ft. Worth. Take EXIT 142 & go LEFT on BONNIE VIEW RD. Turn LEFT at LANGDON RD, it's about 1/2 mi. down.

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse print), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. | Date Received: 10-29-08 | Date Shipped: |
| The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received by: BURT FAIN | Carrier: |
| Signature of consignor: X | Signature: X BR Fain | Driver's Signature: X 10-29-08 |

CONSIGNEE COPY

NOV-11-2008(TUE) 09:43   A TRUCK EXPRESS                (FAX)2146342388              P. 009/016

**ELEETS TRANSPORTATION**
**Bill of Lading**

ℰ eleets TRANSPORTATION                                                          ℰ eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, in the possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that is is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 307 |
| RDI #/PRO# | 5003791 |
| PO# | 5023702 |
| Skids# | 1 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
401 N. GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 10/27/2008

**Consignee (Being Shipped To)**

Dallas Morning News
4616 LANGDON RD
DALLAS, TX 75241
214-977-3840

Deliver By Date: 10/30/2008

Time Sensitive Materials
Special damage and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.

Notify ELEETS TRANSPORTATION immediately in event of delay

**Ship Prepaid / 3rd Party Bill to:**
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

**Bill to Party**

Proof of delivery must accompany freight bill for payment

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments |
|---|---|---|---|---|---|---|---|---|
| 20 | 0 | 25187 | 10/30 | 11/02 | CIRCUIT CITY | 398200 | NI | East | |
| 1 | 0 | 898 | 10/30 | 11/02 | CIRCUIT CITY | 15600 | NI | East | Denton Record DOCK M-3 OR M-4 |
| 21 | 0 | 26185 | | | | 413800 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1515   or
Any Discrepancies Prior To Departing That Location.**

MON-THURS 7am-11pm; Fri 7am-5pm; waukonda by appt(214) 977-3840 Jimmy Rodriguez (214) 977-3838 Kevin Spartman

FROM I-35 S to I-45 S, take EXIT 276A to merge onto I-20 W toward Ft. Worth. Take EXIT 142 & go LEFT on BONNIE VIEW RD. Turn LEFT at LANGDON RD. It's about 1/2 mi. down.

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Shipper is subject to Section 7 of the Terms and Conditions of Carriage (see herein) notice. If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:   X | Date Received: 10-29-08<br>Received by: BURT FAIN<br>BP Fain<br>Signature: X | Date Shipped:<br>Carrier:<br>Driver's signature: X   10-29-08 |

REMITTANCE COPY

# A TRUCK EXPRESS

www.atruckexpress.net
4033 MINT WAY • DALLAS, TEXAS 75237
(214) 634-2181 • FAX (214) 634-2388

ORIGINAL

A TRUCK ORDER #: 429161
A TRUCK ACCOUNT #:
DATE: 10-29-08

**FROM:** Donnelly RR Arlington Tx
**TO:** Star Telegram Fort Worth Tx
**3RD PARTY BILL:** A Elects Trans.
**P.O.#/REF.#** 5023792

**DRIVER:** Joe Session  # 16   IN: 10:30ᵖ OUT: 11:15ᵃ

NAME: Joe Session

SERVICES REQUIRED

PORTAL REGULAR / RUSH / STRAIGHT SHOT
TRACTOR/TRAILER / REGULAR / RUSH
FLATBED
#OF SKIDS 13   #OF SKID SPACES 13
WEIGHT 15,861 LBS.
TOTAL: $2000

RECEIVED GOOD ORDER SIGNATURE
IN: W4SA OUT: 12:04ᵖ

CHARGES: $2000

NOV-11-2008(TUE) 09:41   A TRUCK EXPRESS                    (FAX)2146342388                    P. 004/016

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possess-
ion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, if it is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, that said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD # | 303 |
| ROI #/PRO# | 50-3702 |
| POD | 5023702 |
| Shipment | 1 |
| Class90 NMFC 18 [685-01 Inserts | |

| Shipper (being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>401 N.GREAT SW. PKY<br>Arlington, TX 76011<br>(817) 649-7261 | Ft Worth Star Telegram<br>685 John B Sias Parkway<br>FT WORTH, TX 76134<br>817-215-2151 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 10/2/2008 | Deliver By Date: 10/30/2008<br><br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>is consigned is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 15881 | 10/30 | 11/09 | CIRCUIT CITY | 250400 | NJ | East | |
| 13 | 0 | 15801 | | | | 250400 | | | |

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.

KEF PRI- 11pm   Sat 8am-3pm-Alex Macias
extension-Receive for Mac Direct and  La Estrea-Jeff
Gramer—Need 10 days prior.

DIRECTIONS: # I-20 TO EXIT#436B "Hamphill Rd"
down ramp to light turn left on Hamphill going
south just pass underpass newpaper on left. Can
see plant from interstate.-Rec Hours: M-F 7 am –
11 pm-Sat 8 am - 3 pm.

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without payment of
freight and all other lawful charges.

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor  X

Received by
Jamie Oliver
10/29/08
Received for
Signature

Carrier
A Truck
10-29-8
Carrier
A Truck
Driver's Signature  X  Joseph

CONSIGNEE COPY

NOV-11-2008(TUE) 09:42    A TRUCK EXPRESS              (FAX)2146342388            P.005/016

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's terms.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading govern the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 308 |
| POI/FROM# | 5023702 |
| POI | 5023702 |
| Shipper# | 1 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 401 N GREAT SW. PKY Arlington, TX 76011 (817) 548-7261 | Ft. Worth Star Telegram 685 John B Sias Parkway FT WORTH, TX 76134 817-215-2151 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Ship Date: 10/27/2008 | Deliver By Date: 10/30/2008 | Proof of delivery must accompany freight bill for payment. |
| | Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 15861 | 10/30 | 11/09 | CIRCUIT CITY | 250400 | NI | East | |
| 13 | 0 | 15861 | | | | 250400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or Any Discrepancies Prior To Departing That Location.**

| | |
|---|---|
| OFF: 7am-11pm   Sat 8am-3pm-Alux Macias extension-Receive for Mac Direct and  La Estrea-Jeff Gramer--Need 10 days prior. | DIRECTIONS:# I-20 TO EXIT#436B "Hemphill Rd" down ramp to light turn left on Hemphill going south just pass underpass newpaper on left. Can see plant from interstate.-Rec Hours: M-F 7 am - 11 pm -Sat 8 am - 3 pm |

| Shipper: | Received / Consignee | Carrier |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor:  X | Jamie Blair  10/29/08  Received by:  Signature:  X | A Truck 10-29-8  Carrier  A Truck  Driver's Signature:  X  Josiah |

REMITTANCE COPY

5024628

NOV-11-2008  10:16AM    FROM-BONDED CARRIERS          3042631732          T-076  P.011/012  F-761

**TRANSPORTATION**

Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>80 SECURITY DRIVE<br>Avon, CT 6001<br>(089) 773-6149 | CBA<br>63 Pollack Avenue<br>Jersey City, NJ 7305<br>(201) 624-6800 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br>9-21 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date:  11/5/2008 | Deliver By Date:  11/6/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | Litho Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 5500 | 11/05 | 11/05 | CIRCUIT CITY | 70000 | 26 | Attn: CBA Halfacre | |
| 3 | 0 | 5500 | | | | 70000 | | | |

38K108

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1818    or
Any Discrepancies Prior To Departing That Location.

This is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

Special Instructions:  Delivery Hrs:  Mon-Sat  8-5:30pm

Consignee Directions: FROM JERSEY TURNPIKE: EXIT 15
EAST; GO 1&9N Till CROSS 2 BRIDGES;
AFTER 2ND BRIDGE STAY TO YOUR RIGHT;
IT WILL TAKE YOU TO ROUTE 440 SOUTH;
GO 3 LIGHTS DOWN; AFTER 3RD LIGHT YOU
WILL DO A U-TURN; YOU WILL THEN BE ON
CULVER AVE.; ; MAKE LEFT AT 1st LIGHT
ONTO MALLORY AVE.;MAKE THE 1ST RIGHT
OFF OF MALLORY; THIS IS POLLACK
AVE.(car wash on corner); THEY ARE THE 2ND

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if this shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

| Receiver / Consignee: | | Carrier: |
|---|---|---|
| Date Received:  11/6/08 | Mon-Sat  8-5:30pm | Date Shipped: |
| Received by: | | Carrier: |

NOV-11-2008  10:16AM   FROM-BONDED CARRIERS                    3042831732             T-076  P.010/012  F-761

**TRANSPORTATION**

## Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**TRANSPORTATION**

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>30 SECURITY DRIVE<br>Avon, CT 6001<br>(860) 773-8140 | CSA<br>1208-A Central Avenue<br>Hillside, NJ 7205<br>201-414-6342 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>8131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date:  11/3/2008 | Deliver By Date:  11/5/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION Immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDC | Issue Date | Advertiser | Copies | City/Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 6 | 1452 | 11/05 | 11/15 | CIRCUIT CITY | 26260 | NJ | CSA Always | |
| 1 | 0 | 1452 | | | | 26260 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-887-1816   or
Any Discrepancies Prior To Departing That Location.

---

**Special Instructions:**
201-887-1717 - Maryanne Stancil @ ext 311 -
but her number is NOT for the Central Ave. in Hillside
... "Triad" represents Franks Erh Clark is the C.C.
rec. hours: mon-fri 8:30am-4:30pm

**Consignee Directions:** OFF JERSEY TURPIKE EXIT 14
LOOK FOR SIGNS THAT SAY 22 WEST THEN
TAKE THE HILLSIDE/IRVINGTON EXIT GO
RIGHT TO STOP SIGN GO RIGHT OVER
BRIDGE AT LIGHT GO RIGHT AND THEY ARE
ON LEFT ABOUT 1/4 MILE DOWN/ Rec. Hours:
mon-fri: 8:30am-4:30pm

8:55

---

| | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | Date Received:<br>Received by: | Date Shipped:<br>Carrier: |

NOV-11-2008  10:16AM   FROM-BONDED CARRIERS         3042631732          T-076  P.009/012  F-761
*G TRANSPORTATION*                              Bill of Lading                              *G TRANSPORTATION*
                                                Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. CXO RR Donnelley 80 SECURITY DRIVE Avon, CT 6001 (850) 773-8140 | Piscataway Star Ledger 20 Duke Road Piscataway, NJ 8554 732-680-1560 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32043 |
| Ship Date: 11/3/2008 | Deliver By Date: 11/6/2008 **Time Sensitive Materials** Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. **Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 0 | 31583 | 11/6 | 11/16 | CIRCUIT CITY | 441600 | NJ | | |
| 10 | 0 | 31583 | | | | 441600 | | | |

STAR-LEDGER
RECEIVING

DATE 11-6-08

SECURITY [illegible]

STAR-LEDGER NOT RESPONSIBLE
FOR ANY COST IN TRANSPORTATION
OF THIS PREPRINT

*Stan Goldstein*
11/16/08

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516  or
Any Discrepancies Prior To Departing That Location.

a.e. individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions | Consignee Directions: |
|---|---|
| Mary Ann Marquez  (973) 392-1347 # for Piscataway call Jackie Sanks for extensions - 973-392-1814 - TFS Receiving Hrs: Wed 2:30pm-7:30pm, Thur 5:45am-7:30pm, Fri 8am-4pm | DIRECTIONS: Pike North to exit #10, go 287 North, exit 7 South Randolphville road go Right, go to 1st light and turn Left, 1/4 mile  turn Right on Rome Blvd, follow winding road cross 2 RR , tracks until road ends. Then Left then left at 1st blk on Duke Road   Receiving Hrs: Wed 2:30pm-7:30pm, Thur 5:45am-7:30pm-Fri 8am-4pm FIRST COME FIRST SERVE BASIS |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | Date Received: | Date Shipped: |
| The Carrier shall not make delivery of this shipment without payment of | Received by: | Carrier: |

NOV-11-2008  10:16AM    FROM-BONDED CARRIERS                    3042631732              T-076  P.012/012  F-761

TRANSPORTATION

Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>DAG RR Donnelley<br>in SECURITY DRIVE<br>Avon, CT 6001<br>(866) 773-5140<br><br>Ship Date: 11/3/2008 | CBA<br>150 Raritan Center Pkwy<br>Edison, NJ 8837<br>(732) 512-1717<br><br>Deliver By Date: 11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3531 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDO | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 797 | 11/05 | 11/15 | CIRCUIT CITY | 10860 | NJ | | CBA Middlesex |
| 4 | 0 | 797 | | | | 10860 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-957-1616   or
Any Discrepancies Prior To Departing That Location.

Data is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|
| | |

RECEIVED
NOV  6 2008
By

Thompson

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Date Received: _____<br><br>Received by: _____ | Date Shipped: _____<br><br>Carrier: |

5024629

NOV-11-2008  10:13AM    FROM-BONDED CARRIERS        3042631732        T-075  P.002    F-761

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

154247

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 205 |
| RO[#/PRO# | 5024629 |
| PO# | 5024595 |
| Stop#/## | 1 |
| Class60 NMFC 161885-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 60 SECURITY DRIVE Avon, CT 6001 (860) 773-6140 Ship Date  11/3/2008 | A.F.L. Web Printing 70 Seaview Drive Secaucus, NJ 07094 856.56.1270 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| | Deliver By Date: 11/6/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Crty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1876 | 11/06 | 11/16 | CIRCUIT CITY | 26300 | NI | morristown | |
| 8 | 0 | 12469 | 11/06 | 11/16 | CIRCUIT CITY | 173000 | NI | Tribune Print & Distr. | |
| 1 | 0 | 1853 | 11/06 | 11/16 | CIRCUIT CITY | 23100 | NI | Bridgewater Courier | |
| 2 | 0 | 2708 | 11/06 | 11/16 | CIRCUIT CITY | 37600 | NI | Home News Tribune | |
| 12 | 0 | 18708 | | | | 260000 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1818  or Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

CAMDEN COURIER POST PHILADELPHIA SUNDAY
Rec M-F 8am-5pm

295 TO EXIT 32, GO RIGHT ONTO ROUTE 561
EAST. AT THE 6TH LIGHT TURN RIGHT ONTO
WHITE HORSE RD. GOTO 1ST LIGHT AND
TURN LEFT ON EXECUTIVE DR.  1ST DRIVE
Rec M-F 8am-5pm

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Signature of consignor:  X | Receiver / Consignee: Date Received: 11/5/08  (12) Received by: M. ___ Foreman Signature:  X  M. ___ 2:15 | Carrier: Date Shipped: 11-5-08 Carrier: Bonded Driver's Signature:  X ___ |

NOV-11-2008  10:13AM    FROM-BONDED CARRIERS                    3042691732           T-075  P.003  F-761

**eleets** TRANSPORTATION

ELEETS TRANSPORTATION
Bill of Lading
Non-Negotiable

154247

**eleets** TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
erms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 205 |
| ROU #/PRO# | 5024699 |
| P0# | 5024595 |
| Stop#  # | 2 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 6001<br>(860) 773-5140<br><br>Ship Date: 11/3/2008 | Asbury Park Press<br>235 Willow Brook Road<br>Freehold, NJ 7228<br>732-863-1500<br><br>Deliver By Date:<br><br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION Immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Crty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1284 | 12/31 | 11/15 | | 17800 | NJ | Vineland Daily Journal | |
| 1 | 0 | 1284 | | | | 17800 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Recv. Hours: M-F 8 am - 3 pm (Wed 6 am - 9 pm)   Sat<br>8 am - 3 pm    June - 732-643-3701 for extensions | Consignee Directions: Take NJ Tpike to Rte 33 exit.  Take 33 E-<br>Business Road to dead end and take the last<br>right turn.  Get in left lane and turn left onto<br>Willow Brook.  They are 1/4 mile down on right.<br>From 18 S exit on 537 W towards Freehold.<br>Follow to 3 way light.  Go left on Koslowski and<br>follow to Rte 33 intersections.  Go thru<br>intersection Koslowski turns into Holes Mills Rd.<br>Follow for 3/4 mile and go right onto Willow<br>Brook.  Go 1/4 mile to driveway on right. |
|---|---|

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse<br>side), if the shipment is to be delivered to the consignee without recourse on<br>the consignor, the consignor shall sign the following statement.<br><br>The Carrier shall not make delivery of this shipment without payment of<br>freight and all other lawful charges.<br><br>Signature of consignor:  X _____ | Receiver / Consignee:<br>Date Received:  11-5-08<br>Received by:  Glenn Baskerville<br>Signature: | Carrier:<br>Date Shipped:  11-5-08<br>Carrier:  Bonded<br>Drivers Signature: |

CONSIGNEE COPY

NOV-11-2008  10:13AM   FROM-BONDED CARRIERS          3042631732          T-075  P.004/012  F-761

**eleets**
TRANSPORTATION

ELEETS TRANSPORTATION
Bill of Lading
Non-Negotiable

**eleets**
TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 205
RDI#/PRO# 5024599
PO# 5024595
Stapluff# 2
Class60 NMFC 161685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 6001<br>(860) 773-6140<br><br>Ship Date: 11/3/2008 | Calkins Distribution Center<br>8400 Route 13<br>Levittown, PA 19057<br>(215) 949-4062<br><br>Deliver By Date: **11/6/2008**<br><br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2506 | 11/06 | 11/16 | CIRCUIT CITY | 34700 | NI | | Burlington County Times |
| 2 | 0 | 2506 | | | | 34700 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

Note is individually designated and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

THIS WHSE IN REC - 215-949-4062 RECEIVE FVARIOUS NEWSPAPERS:BURKS COUNTY COURIER TIMES-BURLINGTON COUNTY NEWS-DOYLESTOWN INTELLIGENCER

Directions: From I-95 take the Bristol/Levittown exit. This will be 413 S. Take to 13 N (left turn). Go thru 8 light and 300 yds past you will see a tan building on the right. This is it. Rec Hours: M-F 8 am - 4 pm- 6 pm - 10 pm-Sat 8 am - 4 pm

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor:   X | Receiver / Consignee:<br>Date Received:<br><br>Received by:<br><br>Signature:   X | Carrier:   11-5-08<br>Date Shipped:   Bonded<br><br>Carrier:<br><br>Driver's Signature:   X |