NOV-11-2008  10:13AM   FROM-BONDED CARRIERS                    3042631732              T-075  P.005/012  F-761

**ELEETS TRANSPORTATION**

**Bill of Lading**

Non-Negotiable

*eleets* TRANSPORTATION                                                                      *eleets* TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 305 |
| BOL#/PRO# | 5024595 |
| PO# | 5024596 |
| Stop# | 3 |
| Class60 NMFC: 161885-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 60 SECURITY DRIVE Avon, CT 6001 (860) 773-6140 Ship Date: 11/3/2008 | Philadelphia Inquirer 800 River Road Conshohocken, PA 19428 610-292-6195 Deliver By Date: 11/6/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 8976 | 11/06 | 11/16 | CIRCUIT CITY | 97600 | NJ | New Jersey Version | |
| 4 | 0 | 8976 | | | | 97600 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

Rate is voluntarily determined and NOT subject to tariff limits unless stated in Common Carrier Rate Agreement.

REC. HOURS: m-f 7am 2:20pm, 8pm-2am, Sat 6am-12n, Sun 6pm-2am. Call (610) 292-6195 for extensions Ilene –Craig Hoffman-(610)292-6712. Ilene Burke confirms del 800-444-1133 X-6195

TAKE TURNPIKE EAST IN RIGHT LANE. FOLLOW SIGNS TO NORTH EAST EXENTION, GO TO ROUTE 476 SOUTH FOR 5 MILES TAKE EXIT 16B, STAY IN CENTER LANE TO 76 WEST, TAKE EXIT 330 GULPH MILLS. AT STOP SIGN LEFT TO SIGNAL LIGHT. TURN RT ONTO ROUTE 320 N, AT THE Y, BEAR RT INTO PARKING LOT.  NJ turnpike to pa turnpike west–off at 25 A–follow 476 south, Chester–follow to exit 16, Conshohocken–stay in right lane–follow signs for 76 west–at top of the hill–take Gulph Mills–go right–follow to stop sign, and go left–next T go right–to 320 north–follow for 4 or 5 miles and it dead ends in

Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor  X

| Receiver / Consignee: | |
|---|---|
| Date Received: | |
| Received by: | |
| Signature: X | |

Driver's Signature:  X

NOV-11-2008  10:13AM   FROM-BONDED CARRIERS          3042631732        T-075  P.006/012  F-761

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 205
BOL#/PRO# 5024599
POH 5024595
Stops# 4
Class60 NMFC 161685-01 Inserts

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
60 SECURITY DRIVE
Avon, CT 6001
(860) 773-6140

Ship Date: 11/3/2008

**Consignee (Being Shipped To)**
Post Courier
301 Cuthbert Blvd
Cherry Hill, NJ 8002
856-663-6000

Deliver By Date: 11/6/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cnty Version | Comments | City |
|-------|-------|--------|-----|-----------|-----------|--------|--------------|----------|------|
| 3 | 0 | 4647 | 11/06 | 11/15 | CIRCUIT CITY | 64800 | NI | Camden Courier Post | |
| 3 | 0 | 4647 | | | | 64800 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616  or Any Discrepancies Prior To Departing That Location.**

REC HOURS 8:00 - 16:00 M/F

295 SOUTH TO ROUTE 38 WEST. AS YOU PASS A MALL LOOK FOR CUTHBERT RD. MAKE A RIGHT ON CUTHBERT RD. THIS ROAD WILL TAKE YOU TO THE COURIER POST. REC HOURS 8:00 - 16:00 M/F THERE IS ONE MAN WORKING ON SATURDAY IN RECEIVING.

Receiver / Consignee:
Date Received: 11/5/08
Received by: Rich Price
Signature: X Rich Price

Carrier:
Date Shipped: 11-5-08
Carrier: Bonded
Driver's Signature: X

NOV-11-2008  10:14AM    FROM-BONDED CARRIERS                    3042631732              T-075   P.007/012   F-761

**ELEETS TRANSPORTATION**

**eleets TRANSPORTATION**

## Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the Issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "Carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as is
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 205 |
| ROI #/PRO# | 5024599 |
| POI | 5024599 |
| Ship### | 5 |
| Class60 NMFC 161685-01 Inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 6001<br>(860) 773-6140<br><br>Ship Date:  11/3/2008 | Gloucester County Times<br>309 South Broad Street<br>Woodbury, NJ 8096<br>(856) 845-3300<br><br>Deliver By Date:  11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepald / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 1055 | 11/06 | 11/16 | CIRCUIT CITY | 14500 | NI | | |
| 1 | 0 | 713 | 11/06 | 11/16 | CIRCUIT CITY | 9800 | NI | Salem Today's Sunbeam | |
| 2 | 0 | 1768 | | | | 24100 | | | |

## Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
## Any Discrepancies Prior To Departing That Location.

...ate is individually determined and NOT subject to filed tariffs unless agreed in Common Carrier Rate Agreement.
...registaration     M-F  9:00AM—4:30PM

I-295 S TAKE 24A EXIT STAY RIGHT WILL BE
ON BROADWAY AT THE LIGHT BY
UNDERWOOD MEMORIAL HOSPITAL ON
RIGHT, GO TO THE FOURTH LIGHT AND WILL
SEE BUICK CAR DEALER ON RIGHT AND
THEY ARE JUST PAST ON THE RIGHT. NO
TURNS

| Shipper:<br>Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>...nature of consignor:   X | Receiver / Consignee:<br>Date Received:  11/5/08<br>Received by:  Jen Murphy<br>Signature:  X Jen Murphy | Carrier:<br>Date Shipped:  11-5-08<br>Carrier:  Bonded<br>Driver's Signature:  X Blackly |

NOV-11-2008  10:14AM  FROM-BONDED CARRIERS          3042631732          T-075  P.008/012  F-761

## ELEETS TRANSPORTATION

**eleets TRANSPORTATION**

### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consignee, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 205 |
| BOL#/PRO# | 5024609 |
| PO# | 5024596 |
| Stops# | 6 |
| Class660 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>60 SECURITY DRIVE<br>Avon, CT 6001<br>(860) 773-6140<br><br>Ship Date: 11/3/2008 | Atlantic City Press<br>11 Devins Lane<br>Pleasantville, NJ 8232<br>609-272-7174<br><br>Deliver By Date: 11/6/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0 | 8405 | 11/06 | 11/18 | CIRCUIT CITY | 80400 | NI | | |
| 4 | 0 | 8405 | | | | 80400 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

Rate is individually determined and NOT subject to said tariff unless stated in Common Carrier Rate Agreement.

Rec. Hours: M-F 7am-6pm, Sat 7am-3pm. Alisa Smudiker is the CC rep.(272-7386). Nikia is another contact in retail advertising. Jim Martin for inserts - 609-272-7174

**Directions:** GARDEN STATE PKWY TO EXIT 37—WASHINGTON AVE—GO LEFT—GO THROUH 1 LIGHT—THEY ARE 1/2 MILE ON THE RIGHT  Rec. Hours: M-F 7am - 6pm, Sat 7am-3pm

*45kts*

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Signature of consignor    X | Date Received: 11/6/08<br>Received by: Jaysn Boy<br><br>Signature: X Jayon Bou | Date Shipped: 11.5.08<br>Carrier: Bonded<br>Driver's Signature: X Bluff |

**ELEETS TRANSPORTATION**

**ELEETS TRANSPORTATION**

## Bill of Lading
Non-Negotiable

5451
5024644
181

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. | Rocky Mountain News | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |
| C/O RR Donnelley | 5990 N WASHINGTON ST | |
| 401 N GREAT SW PKY | DENVER CO 80216 | 3131 ST JOHNS BLUFF RD. S |
| Arlington, TX 76011 | (303) 893-6000 | JACKSONVILLE, FL 32246 |
| (817) 649-7291 | | |
| Ship Date: | Deliver By Date: 11/3/2008 | Proof of delivery must accompany freight bill for payment. |
| | **Time Sensitive Materials** | |
| | Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. | |
| | **Notify ELEETS TRANSPORTATION immediately in event of delay** | |

| Skids | Brass | Weight | RDD | Issue Date | Ad Number | Copies | City Vendor | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 27 | 5 | 80216 | | | CIRC LOT CITY | 524680 | M | West | Deliver Dock |
| 27 | 5 | 80216 | | | | 524668 | | | |

### Delivering Carrier:
### MARQUIS TRANSPORTATION

Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1616   or Any Discrepancies Prior To Departing That Location

| Special Instructions: | Consignee Directions: I-76 WEST TO I-25 SOUTH GET |
|---|---|
| | OFF AT 58th AVE EXIT. TURN LEFT, GO 3 |
| 303-954-2070 Retail Advertising - 303-820 | LIGHTS TO WASHINGTON ST. TURN LEFT |
| 414 Susan Gillespie CC rep (303) | THEY ARE 1 BLOCK DOWN ON THE |
| 303-1086 303-820-1023 Shawn Bayer major accounts | RIGHT Rec Hours: M-F 7am-3pm All Sunday |
| | events go to Washington Street |

| Shipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: | Date Received: 11-5-08 | Date Shipped: 11-4-8 |
| The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | Received by: Jim Spicer | Carrier: Marquis Tran |
| Signature of consignor: X | Signature: X Jim Spicer | Driver's Signature: X |

**eleets TRANSPORTATION**

## Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
401 N GREAT SW PKY
Arlington TX 76011
(817) 549-7481

Ship Date:

**Consignee (Being Shipped To)**
Rocky Mountain News
5990 N WASHINGTON ST
DENVER, CO 80216
(303) 892-5000

Deliver By Date: 11/6/2008

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

1031 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

**Delivering Carrier:**
**MARQUIS TRANSPORTATION**

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location

**Special Instructions:**
Check with Joe Brown foreman for returns
303-954-2070 Retail Advertising - 303 570
434 Susan Gillespie CC rep (303)
20-1056 303-221-1021 Shawn Bayer major accounts

**Consignee Directions:** DIRECTIONS: I-76 WEST TO I-25 SOUTH GET OFF AT 58th AVE EXIT. TURN LEFT. GO 3 LIGHTS TO WASHINGTON ST. TURN LEFT. THEY ARE 1 BLOCK DOWN ON THE RIGHT Rec Hours: M-F 7am-3pm All Sunday events go to Washington Street

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
Signature of consignor: X

**Receiver / Consignee:**
Date Received:
Received by:
Signature: X

**Carrier:**
Date Shipped:
Carrier:
Driver's Signature:

—NOV. 11. 2008–10:20AM— —GUNTREN TRUCKING—         NO. 886   P. 2—

**ELEETS TRANSPORTATION**

ℵ **eleets TRANSPORTATION**

## Bill of Lading

Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 482 |
| ROI#/PRO# | 5034645 |
| PO# | 5034595 |
| Stop# | 3 |
| Class60 NMFC | 161885-01 Inserts |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
101 N.GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date:  11/3/2008

**Consignee (Being Shipped To)**

Amarillo Globe News
10th & Van Buren
AMARILLO, TX 79101
(806) 376-4488

Deliver By Date: 11/6/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 3569 | 11/06 | 11/15 | CIRCUIT CITY | 48700 | NI | West | |
| 3 | 0 | 3569 | | | | 48700 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515   or Any Discrepancies Prior To Departing That Location.**

9th Harrison is pretty much the same building, but 10th and Van Buran is around the corner where inserts go per Sharon in Customer Service there& Van Buren 79166 is delivery address. -Not open past 11am on Saturdays. Do not presume that you can unload her

**Consignee Directions: IN AMARILLO, DRIVER NEEDS TO GO DOWN 9TH AND TAKE AN ALLEY TOWARDS 10TH . . . FROM THE ALLEY HE CAN SEE THE DOCKS AND BACK UP . Rec. Hours: Warehouse hours 8am to 4:30pm M-F-THIS PLACE IS ALSO KNOWN AS THE "GLOBE NEWS", AND NO ONE, I MEAN "NO**

**Shipper**

Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: | Date Shipped: |
| Received by: | Carrier: |

NOV. 11. 2008 10:20AM    GUNTREN TRUCKING

**ELEETS TRANSPORTATION**

**eleets TRANSPORTATION**

**ELEETS TRANSPORTATION**
## Bill of Lading
Non-Negotiable

NO. 886    P. 4

5024645

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

LOAD# 462
BOL#/PRO# 5024645
PO# 5024595
Stop# 1
Class60 NMFS 161685-01 Inserts

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 401 N.GREAT SW. PKY Arlington, TX 76011 (817) 649-7261 | Lubbock Avalanche-Journal 710 AVENUE J LUBBOCK, TX 79401 (806) 766-8628 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |

Ship Date: 11/3/2008

Deliver By Date: **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2852 | 11/06 | 11/15 | CIRCUIT CITY | 34300 | NI | West | |
| 2 | 0 | 2832 | | | | 35300 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or Any Discrepancies Prior To Departing That Location.**

Web Corbin for extensions-Per Web - For Sunday Inserts -

Directions: OFF I-27 S TAKE 4TH ST EXIT GO RT UNDER RR OVERPASS AND AT FIRST LIGHT GO RT ON AVE K AND TURN LEFT OF 6TH AND GO RT ON AVE J AND TURN RT ON 7TH AND THEY ARE RIGHT THERE ON THE LEFT. PARK ON THE RIGHT SIDE OF THE COCA COLA TRUCK.Reg. Hours: M-F 8am-5pm; 10pm-11pm; 1am-5am  THEY ARE THERE ON SATURDAYS 7-3 and Sunday 10pm-5am -WHEN DRIVER CAN UNLOAD HIMSELF USING PALLET JACK-NOT THERE ON SUNDAY! You can use their pallet jack and unload it yourself after hours.

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Receiver / Consignee:
Date Received:
Received by:

Carrier
Date Shipped:
Carrier

NOV. 11. 2008—10:20AM    GUNTREN TRUCKING    NO. 686    P. 3

**ELEETS TRANSPORTATION**

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agreed to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD # | 102 |
| ROI #/PRO # | 5024545 |
| Poll | 6022595 |
| Stop # | 2 |
| Class60 NMFC 181685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
401 N.GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date:  11/3/2008

**Consignee (Being Shipped To)**

Fedex
4201 Martin Luther King BLVD
LUBBOCK, TX 79404
800-447-2844

Deliver By Date:  11/4/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 0 | 7287 | 11/06 | 11/15 | CIRCUIT CITY | 99400 | NI | West | | |
| 2 | 0 | 2247 | 11/06 | 11/15 | CIRCUIT CITY | 30600 | NI | West | Boulder Daily Camera | |
| 2 | 0 | 2240 | 11/06 | 11/15 | CIRCUIT CITY | 30500 | NI | West | | |
| 2 | 0 | 1851 | 11/06 | 11/15 | CIRCUIT CITY | 25000 | NI | West | Grand Junction Sentinel | |
| 2 | 0 | 1872 | 11/06 | 11/15 | CIRCUIT CITY | 25300 | NI | West | | |
| 1 | 0 | 1272 | 11/06 | 11/15 | CIRCUIT CITY | 17400 | NI | West | Daily Reporter Herald Nove.. | |
| 2 | 0 | 3018 | 11/06 | 11/15 | CIRCUIT CITY | 41500 | NI | West | | |
| 4 | 0 | 4883 | 11/06 | 11/15 | CIRCUIT CITY | 66700 | NI | West | | |
| 1 | 0 | 1428 | 11/06 | 11/15 | CIRCUIT CITY | 19600 | NI | West | | |
| 21 | 0 | 25048 | | | | 356000 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

...at a good discount at this terminal

**Consignee Directions:**

Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

...ture of consignor:    X

**Receiver / Consignee**

Date Received:  11/5/08  FxFe
Received by:  (24)  5 SDS  30501  Dock
x Melinda Birdwell

**Carrier**

Date Shipped:
Carrier:  Guntren
... Clarence ...

Bill of Lading
Non-Negotiable                                                                                      5024647

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.
Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 103 |
| RU #/PRO# | 5024647 |
| PO#| 5024595 |
| Stop off# | 1 |

Class60 NMFC 161685-01 Inserts

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
401 N.GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date:  11/3/2008

**Consignee (Being Shipped To)**

Oklahoman, Daily
200 EAST BRITTON ROAD
OKLAHOMA CITY, OK 73114
405-475-3884

Deliver By Date:  11/6/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 9639 | 11/06 | 11/15 | CIRCUIT CITY | 132200 | NI | West | |
| 7 | 0 | 9639 | | | | 132200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

# # 2/ 2008 ☐ forwarded and NOT subject to Bed Inditional Release stated in Common Carrier Rate Agreement

Confirmation number: 20081015DAL314427

M-F 8am-3pm       Ask for Debbie Scott at the
"pre-print dock" for insert info. Her # is
405-475-3884. (Diana cannot grant
extensions)*NO EVENING OR SATURDAY
DELIVERIES*Dscott@Oklahoman.com Debbie
Scott for ext.

Shipper:
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor.  X _____

**Receiver / Consignee:**
Date Received:  11-4-0?
Received by:  _____
Signature:  _____

**Carrier:**
Date Shipped:  11-3-08
Carrier:  Nationwide
Driver's Signature:  X  _____

**N** TRANSPORTATION

## Bill of Lading

Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 403 |
| BOL #/PRO# | 5024647 |
| PO# | 5024595 |
| Stop #/# | 1 |
| Class60 NMFC 161685-01 Inserts | |

**Shipper (Being Shipped From)**

Eleets Transportation Co.
C/O RR Donnelley
401 N GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 11/3/2008

**Consignee (Being Shipped To)**

Oklahoman, Daily
200 EAST BRITTON ROAD
OKLAHOMA CITY, OK 73114
405-475-3884

Deliver By Date: 11/6/2008

Time Sensitive Materials
Special damage and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 0 | 9639 | 11/06 | 11/15 | CIRCUIT CITY | 132200 | NI West | | |
| 7 | 0 | 9639 | | | | 132200 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

This is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.
**Special Instructions:**
Confirmation number: 20081015DAL314427

**Delivery Directions:**
M-F 8am-5pm    Ask for Debbie Scott at the
"pre-print dock" for insert info. Her # is
405-475-3884. (Diana cannot grant
extensions)*NO EVENING OR SATURDAY
DELIVERIES*Dscott@Oklahoman.com  Debbie
Scott for ext.

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

nature of consignor  X _____

**Receiver / Consignee:**

Date Received:  11 - 4 - 08

Received by:  ~~Tung Ly~~

Signature:  X _____

**Carrier:**

Date Shipped:  Nationwide

Carrier:  11-3-08

Driver's Signature:  X  D. Vason

Non-Negotiable

ECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
ill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
onsigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
on of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
ich Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
operty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
RANSPORTATION and the Carrier without regard to Carrier's tariffs.

hipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
rms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 403 |
| ROI #/PRO# | 5024347 |
| PO# | 5024598 |
| Stopoff# | 2 |
| Class60 NMFC 161685-01 Inserts |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>401 N.GREAT SW. PKY<br>Arlington, TX 76011<br>(817) 649-7281 | Tulsa World<br>111 WEST FIRST<br>TULSA, OK 74103<br>918-583-2161 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| Ship Date: 11/3/2008 | Deliver By Date: 11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 7830 | 11/06 | 11/15 | CIRCUIT CITY | 107200 | NI | West | |
| 6 | 0 | 7830 | | | | 107200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

is is not subject to and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

ecial Instructions: Receiving Dock 918-585-1750-Diana McLaughlin
head of advertising . . 918-581-8515-- 315 S. Boulder
which is their main office-Call Steve Barlow at
918-581-8506 for extensions.

Consignee Directions: from north 75 dtown 1st exit  M-F
8AM-4PM-oneway to west Bolder Ave on right
hand side-Directions: from south 75 7th st
exit;stop light left follow 2nd overpass right to 2nd
st to Bolder Ave turn left one block to 1st st turn
left and it It will on right hand side/ Rec. Hours:
M-F 8AM-4:30PM  SAT 8AM-4PM PER
GARY.-from east 44 or 412 stay take I 244 to
dtown 1st str exit to Bolder ave right hand
side-from west turnpike 412 OK  stay take I-244
east to 7th exit take 76 south. From 412 West I-
35 South get off 451 exit get off 2nd str exit to
Bolder left 1st st right.-Receiving hours 8-4 M-F

| Shipper: | Receiver / Consignee: | |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>nature of consignor  X | Date Received:  11- 5 -0 8<br><br>Received by:  Ghand?<br><br>Signature:  X | Date Shipped:<br>Carrier: Nationwide<br><br>Driver's Signature:  X  11-3-08 |

Non-Negotiable

CEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
l of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
nsigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
n of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
h Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ANSPORTATION and the Carrier without regard to Carrier's tariffs.

pper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 403 |
| ROI #/PRO# | 5024347 |
| PO# | 5024595 |
| Stopoff# | 2 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co. C/O RR Donnelley 401 N.GREAT SW. PKY Arlington, TX 76011 (817) 649-7261 hip Date: 11/3/2008 | Tulsa World 111 WEST FIRST TULSA, OK 74103 918-583-2161 Deliver By Date: 11/6/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 7830 | 11/6 | 11/15 | CIRCUIT CITY | 107200 | NI | West | |
| 6 | 0 | 7830 | | | | 107200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or**
**Any Discrepancies Prior To Departing That Location.**

te is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

Receiving Dock 918-585-1750-Diana McLaughlin
head of advertising . . 918-581-8515-- 315 S. Boulder
which is their main office-Call Steve Barlow at
818-581-8506 for extensions.

from north 75 dtown 1st exit  M-F
8AM-4PM-oneway to west Bolder Ave on right
hand side-Directions: from south 75 7th st
exit;stop light left follow 2nd overpass right to 2nd
st to Bolder Ave turn left one block to 1st st turn
left and it It will on right hand side/ Rec. Hours:
M-F 8AM-4:30PM  SAT 8AM-4PM PER
GARY.-from east 44 or 412 stay take I 244 to
dtown 1st str exit to Bolder ave right hand
side-from west turnpike 412 OK  stay take I-244
east to 7th exit take 75 south.-From 412 West I-
85 South get off 6451 exit get off 2nd str exit to
Bolder, left 1st st right.-Receiving hours 8-4 M-F

| Shipper: Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. nature of consignor:  X ____ | Receiver / Consignee: Date Received: 11-__ Received by: _____ Signature: X _Jonathan Chandler_ | Carrier: Date Shipped: 11-3-08 Carrier: _Nationwide_ Driver's Signature: X _____ |

**⚡ TRANSPORTATION**                          Bill of Lading                          **⚡ TRANSPORTATION**

Non-Negotiable

ECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this

l of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
nsigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses
on of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
ch Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
operty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
ANSPORTATION and the Carrier without regard to Carrier's tariffs.

ipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
ms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 403 |
| ROI #/PRO# | 5974347 |
| PO# | 5024595 |
| Stop off# | 3 |
| Class60 NMFC-161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>401 N.GREAT SW. PKY<br>Arlington, TX 76011<br>(817) 649-7261<br><br>hip Date: 11/3/2008 | Fedex<br>6882 W 76TH ST SO<br>Tulsa, OK 74131<br>999-999-9999<br><br>Deliver By Date: 11/4/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4318 | 11/06 | 11/16 | CIRCUIT CITY | 59300 | NI | West | |
| 4 | 0 | 4904 | 11/06 | 11/16 | CIRCUIT CITY | 67000 | NI | West | |
| 1 | 0 | 911 | 11/06 | 11/16 | CIRCUIT CITY | 12300 | NI | West | |
| 8 | 0 | 10133 | | | | 138600 | | | |

*FXFE*

*Russell Jamison*

*11-04-08*

*8 SKIDS RECEIVED*

*1:30 PM*

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616  or
Any Discrepancies Prior To Departing That Location.**

es is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

ipper Instructions:                          Consignee Directions:

lot a good discount at this terminal

| ipper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>nature of consignor:   X | Date Received: _____<br><br>Received by: _____<br><br>Signature   X | Date Shipped: *Nationwide*<br><br>Carrier: *11-3-08*<br><br>Driver's Signature   X |

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| | | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION |

Proof of delivery must accompany freight bill for payment.

**Time Sensitive Materials**

**Notify ELEETS TRANSPORTATION immediately in event of delay**

eleets TRANSPORTATION

# ELEETS TRANSPORTATION
## Bill of Lading

Non-Negotiable

eleets TRANSPORTATION

ECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this ll of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, nsigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- on of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to ch Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said operty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS RANSPORTATION and the Carrier without regard to Carrier's tariffs.

hipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said rms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

**hipper** (Being Shipped From)

Eleets Transportation Co.
C/O RR Donnelley
401 N. GREAT SW PKY
Arlington, TX [illegible]
[illegible]

hip Date: [illegible]

**Consignee** (Being Shipped To)

[illegible]
[illegible] RITTIMAN RD
SAN ANTONIO, [illegible]
[illegible]

Deliver By Date: [illegible]

**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION
[illegible]
JACKSONVILLE, FL [illegible]

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDC | [illegible] | Advertiser | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CIRCUIT CITY | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CIRCUIT CITY | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CIRCUIT CITY | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CIRCUIT CITY | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | CIRCUIT CITY | [illegible] | [illegible] | [illegible] | |
| | [illegible] | [illegible] | | | | [illegible] | | | |

[illegible]

ate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

**ecial Instructions:**

**Consignee Directions:**

**hipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**Receiver / Consignee:**
Date Received: ____________
Received by: ____________

**Carrier:**
Date Shipped: 11-4-08
Carrier: [illegible]

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| | | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION |
| Ship Date: | Deliver By Date:<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Proof of delivery must accompany freight bill for payment. |

Rate is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| Special Instructions: | Consignee Directions: |
|---|---|

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side), if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: 11-5-08 | Date Shipped: |
| Received by: Eddie Ramiro | Carrier: |

NOV-11-2008(TUE) 09:43   A TRUCK EXPRESS        (FAX)2146342388              P.010/016

# A TRUCK EXPRESS

www.atruckexpress.net                                    Tx# 5334
4033 MINT WAY • DALLAS, TEXAS 75237
(214) 634-2181 • FAX (214) 634-2388

A TRUCK ORDER #: 430828

A TRUCK ACCOUNT #:

DATE: 11-5-2008

| | | SERVICES REQUIRED | | CHARGES |
|---|---|---|---|---|
| **FROM:** PREPAID ☐ | RR Donnelly 401 N. Great SW Pkwy Arlington TX | BOBTAIL • REGULAR ☐   RUSH ☐   STRAIGHT SHOT ☐ | | $ |
| | | ~~TRACTOR/TRAILER~~   REGULAR ☐   RUSH ☐ | | $ 20000 |
| | | FLATBED   REGULAR ☐   RUSH ☐ | | $ |
| **TO:** COLLECT ☐ | Dallas Morning News 4616 Langdon Dallas TX | #OF SKIDS 21   #OF SKID SPACES | | $ |
| | | WEIGHT 5/34   LBS. | | $ |
| | | WAITING TIME - PICKUP   MINUTES | | $ |
| | | WAITING TIME - DELIVERY   MINUTES | | $ |
| **3RD PARTY BILL** ☒ | Elects Trans | DRY RUN ☐ ATTEMPT ☐ WEEKEND/AFTER HRS ☐ | | $ |
| | | LIFTGATE USED:   PICKUP ☐   DELIVERY ☐ | | $ |
| | | HAZARDOUS MATERIALS (OVER 1,000 LBS) | | $ |
| **P.O. #/ REF.#** | | TRANSFER/FREIGHT HANDLING/STORAGE/MOVE | | $ |
| | | FUEL SURCHARGE | | $ |
| | | COD FEE | | $ |
| | | MISCELLANEOUS | | $ |
| | | **TOTAL** | | $ 20000 |

Shipper hereby agrees that the liability of A Truck Express for damages or loss in connection with this delivery is limited to $100 unless additional value is declared at the time the order is placed for pickup and additional insurance is paid on the added value. Claims must be made within 24 hours. A Truck Express is not responsible for incidental or consequential damages.

**DRIVER**

NAME: Ken Stewart # 8   IN: 9:15   OUT: 10 10

RECEIVED IN GOOD ORDER SIGNATURE   IN: 10 45

X MICHAEL CURRY   OUT: 11 15

X                                        PRINT NAME HERE

NOV-11-2008(TUE) 09:43   A TRUCK EXPRESS          (FAX)2146342388          P.011/016

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

*eleets* TRANSPORTATION                                              *eleets* TRANSPORTATIO

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
sion of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 401 |
| ROI #PRO# | 5074054 |
| PO# | 5074535 |
| Stop-off# | 1 |
| Class80 NMFC 161635-01 Inserts | |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
901 N.GREAT SW. PKY
Arlington, TX 76011
(817) 649-7281

Ship Date: 11/3/2008

**Consignee (Being Shipped To)**
Dallas Morning News
4616 LANGDON RD
DALLAS, TX 75241
214-977-3840

Deliver By Date: **11/6/2008**
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments |
|---|---|---|---|---|---|---|---|---|
| 20 | 0 | 28989 | 11/06 | 11/16 | CIRCUIT CITY | 398200 | NI | East | |
| 1 | 0 | 1145 | 11/06 | 11/16 | CIRCUIT CITY | 15600 | NI | East | Denton Record DOCK M-3 OR M-4 |
| 21 | 0 | 30134 | | | | 413800 | | | |

## Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
## Any Discrepancies Prior To Departing That Location.

**Shipper Directions/Comments and NOT subject to the above unless stated by Consignee/Carrier Rate Agreement**
MON-Thurs 7am-11pm; Fri 7am-5pm; weekends by
appt (214) 977-3840 Jimmy Rodriguez (214) 977-3838
Kevin Spartman

**Consignee Directions:**
From US-75 S to I-45 S, take EXIT 276A to
merge onto I-20 W toward Ft. Worth. Take EXIT
142 & go LEFT on BONNIE VIEW RD. Turn
LEFT at LANGDON RD, it's about 1/2 mi. down.

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:   X

**Receiver / Consignee:**
Date Received: 11/5/08
Received by: MECOBC C.R.Py
Signature: X

**Carrier:**
Date Shipped: 11/5/08
Carrier: A TRUCK
Signature X  Ken S.

NOV-11-2008(TUE) 09:43    A TRUCK EXPRESS    (FAX)2146342388    P.013/016

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said enty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 467 |
| BOL#/PRO# | 502454 |
| PO# | 502459% |
| Stbouff | 1 |
| Class6C NMFC 161685-01 Inserts | |

| pper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| leets Transportation Co.<br>/O RR Donnelley<br>01 N.GREAT SW. PKY<br>rlington, TX 76011<br>317) 649-7281 | **Dallas Morning News**<br>4616 LANGDON RD<br>DALLAS, TX 75241<br>214-977-3840 | Ship Propaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| p Date:  11/3/2008 | Deliver By Date:  11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments    //    / City |
|---|---|---|---|---|---|---|---|---|
| 20 | 0 | 28988 | 11/06 | 11/15 | CIRCUIT CITY | 398200 | NI East | |
| 1 | 0 | 1145 | 11/06 | 11/16 | CIRCUIT CITY | 15800 | NI East | Danton Record DOCK M-3 OR M-4 |
| 21 | 0 | 30134 | | | | 413800 | | |

DOCK
17

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.

| | | |
|---|---|---|
| Instructions 7am-11pm; Fri 7am-5pm; weekends by<br>pt(214) 977-3840 Jimmy Rodriguez (214) 977-3838<br>vin Spartman | Carriers Directions<br>I-75 S to I-45 S, take EXIT 276A to<br>merge onto I-20 W toward Ft. Worth. Take EXIT<br>142 & go LEFT on BONNIE VIEW RD. Turn<br>LEFT at LANGDON RD, it's about 1/2 mi. down. | |

| | Receiver / Consignee: | Carrier: |
|---|---|---|
| d to Section 7 of the Terms and Conditions of Carriage (see reverse<br>If the shipment is to be delivered to the consignee without recourse on<br>the ignor, the consignor shall sign the following statement:<br>ier shall not make delivery of this shipment without payment of<br>and all other lawful charges. | Date Received:  11/5/08<br>Received by:  MICHAEL CURLEY | Date Shipped:  11/5/08<br>Carrier:  A TRUCK |
| of consignor.    X | Signature:    X | Driver's Signature    X  Ken Slaven |

NOV-11-2008(TUE) 09:43    A TRUCK EXPRESS              (FAX)2146342388          P.014/016

# A TRUCK EXPRESS

www.atruckexpress.net
4033 MINT WAY • DALLAS, TEXAS 75237
(214) 634-2181 • FAX (214) 634-2388

TRL# 5312

A TRUCK ORDER #: 430829
A TRUCK ACCOUNT #: _____
DATE: 11508

| FROM: | RR Donnelly 401N. Great SW Pkwy Arlington, TX 76011 | SERVICES REQUIRED | CHARGES |
|---|---|---|---|
| PREPAID ☐ | | BOBTAIL - REGULAR ☐  RUSH ☐  STRAIGHT SHOT ☐ | $ |
| | | TRACTOR/TRAILER  • REGULAR ☐  RUSH ☐ | $ 20000 |
| TO: | Fort Worth Star Telegram C/O John B. Sias Edge Cliff Village, TX 76134 | FLATBED  REGULAR ☐  RUSH ☐ | $ |
| | | # OF SKIDS 13  # OF SKID SPACES ____ | $ |
| | | WEIGHT 18247 # ____ LBS. | $ |
| COLLECT ☐ | | WAITING TIME - PICKUP ____ MINUTES | $ |
| | | WAITING TIME - DELIVERY ____ MINUTES | $ |
| 3RD PARTY BILL ☒ | Fleets Trans. | DRY RUN ☐ ATTEMPT ☐ WEEKEND/AFTER HRS ☐ | $ |
| | | LIFTGATE USED:  PICKUP ☐  DELIVERY ☐ | $ |
| | | HAZARDOUS MATERIALS (OVER 1,000 LBS) | $ |
| P.O. # / REF. # | Circle City # 400  Inserts | TRANSFER/FREIGHT HANDLING/STORAGE/MOVE | $ |
| | | FUEL SURCHARGE | $ |
| | | COD FEE | $ |
| | | MISCELLANEOUS | $ |
| | | TOTAL | $ 20000 |

Shipper hereby agrees that the liability of A Truck Express for damages or loss in connection with this delivery is limited to $100 unless additional value is declared at the time the order is placed for pickup and additional insurance is paid on the added value. Claims must be made within 24 hours. A Truck Express is not responsible for incidental or consequential damages.

RECEIVED IN GOOD ORDER SIGNATURE    IN: 1148
X David Ma Ish4 11    OUT: 1233
X _____  PRINT NAME HERE

DRIVER
NAME: Kevin Louviere   # 88    IN: 1040   OUT: 1110

NOV-11-2008(TUE) 09:44    A TRUCK EXPRESS                    (FAX)2146342388         P.016/016

**ELEETS TRANSPORTATION**
**Bill of Lading**
Non-Negotiable

ELEETS
TRANSPORTATION                                                                eleets
                                                                              TRANSPORTATION

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
igned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
erty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 408 |
|---|---|
| ROU#PRO# | 5024056 |
| POA | 5024595 |
| Shipoff# | 1 |

Class60 NMFC 161685-01 Inserts

| aper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| leets Transportation Co.<br>/O RR Donnelley<br>01 N.GREAT SW. PKY<br>rlington, TX 76011<br>(17) 649-7281 | Ft. Worth Star Telegram<br>685 John B Sias Parkway<br>FT WORTH, TX 76134<br>817-215-2151 | Ship Propaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| p Date:  11/3/2008 | Deliver By Date:  11/6/2008 | Proof of delivery must accompany |
| | Time Sensitive Materials | freight bill for payment. |
| | Special damages and late delivery charges will be charged to carrier if delivery | |
| | to consignee is not made by the above due date. | |
| | Notify ELEETS TRANSPORTATION immediately in event of delay | |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cdty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 18247 | 11/06 | 11/15 | CIRCUIT CITY | 250400 | NI | East | |
| 13 | 0 | 18247 | | | | 250400 | | | |

1633

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516    or**
**Any Discrepancies Prior To Departing That Location.**

Iraructions Printed or Stamped and NOT subject to this term unless stated in Common Carrier Rate Agreement.)

ctions:
F am-11pm    Sat 8am-3pm-Alex Macias
tension-Receive for Mac Direct and  La Estrea-Jeff
anter--Need 10 days prior.

Directions: # I-20 TO EXIT#435B "Hemphill Rd"
down ramp to light turn left on Hemphill going
south just pass underpass newpaper on left. Can
see plant from interstate.-Rec Hours: M-F 7 am -
11 pm-Sat 8 am - 3 pm

per:
ject to Section 7 of the Terms and Conditions of Carriage (see reverse
al. If the shipment is to be delivered to the consignee without recourse on
consignor, the consignor shall sign the following statement:

+ Carrier shall not make delivery of this shipment without payment of
ght and all other lawful charges.

m of consignor:   X

| Receiver / Consignee: | Carrier: | 11-5-08 |
|---|---|---|
| Date Received: | Date Shipped: | |
| Received by:  David Marshall | Carrier:  A-TRUCK | |
| Signature:  X  D Marshall | Driver's Signature:  X | |

5024662

## ELEETS TRANSPORTATION
### Bill of Lading
Non-Negotiable

eleets
TRANSPORTATION

eleets
TRANSPORTATION

RVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect, on the date of the issue of this

Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, gned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses- t the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS SPORTATION and the Carrier without regard to Carrier's tariffs.

er hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 803 |
| ROI #/PRO# | 5024662 |
| POI# | 5024596 |
| Stopoff# | 1 |
| Class60 NMFC 161685-01 Inserts |

| per (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| eets Transportation Co. /O RR Donnelley 1309 Rodney Street neville, NC 28134 0-707-0865 | Ocala Star Banner 2121 SW 19TH AVE RD OCALA, FL 34474 352-867-4010 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Date: 11/3/2008 | Deliver By Date: 11/6/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| kids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2903 | 11/06 | 11/15 | CIRCUIT CITY | 39700 | NI | East | Ocala Star Banner | |
| 2 | 0 | 2291 | 11/06 | 11/15 | CIRCUIT CITY | 31000 | NI | East | Gainesville Sun | |
| 4 | 0 | 5197 | | | | 70700 | | | | |

### Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515  or Any Discrepancies Prior To Departing That Location.

Individually itemized and NOT subject to flag tariffs unless stated in Common Carrier Rate Agreement

al Instructions:
tal gos to Palatka

Consignee Directions: I-75 exit #68  go east on Hyway #200 into town.  Turn right @ Wm's Buick dealership 17th St  south to 1st light  turn right on 19th ave M.L.K.  1000 yards on right use (look for the "Echo Lodge Motel" across the street)  1st driveway, go to t

er:
ject to Section 7 of the Terms and Conditions of Carriage (see reverse ), if the shipment is to be delivered to the consignee without recourse on consignor, the consignor shall sign the following statement:

carrier shall not make delivery of this shipment without payment of ht and all other lawful charges.

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: | Date Shipped: |
| Received by: LUIS CARNEIRO | carrier: |

# ELEETS TRANSPORTATION
## Bill of Lading
Non-Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
f Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
gned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be) in posses-
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.
por hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment and said
: and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 803 |
| POI #/PRO# | 5024869 |
| PO# | 5024595 |
| Class60 NMFC 151685-01 Inserts | Stop# 2 |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| leets Transportation Co.<br>/O RR Donnelley<br>0309 Rodney Street<br>ineville, NC 28134<br>00-707-0865 | Lakeland Ledger<br>300 W LIME STREET<br>LAKELAND, FL 33815<br>863-802-7000 | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246 |
| o Date:  11/8/2008 | Deliver By Date:  11/6/2008<br>**Time Sensitive Materials**<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | Cnty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0 | 4540 | 11/06 | 11/16 | CIRCUIT CITY | 62100 | NI | East | |
| 3 | 0 | 4540 | | | | 62100 | | | |

## Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or
## Any Discrepancies Prior To Departing That Location.

his individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

cial Instructions:
iurm for Inserts; 863-802-7447 Ron
loates-863-802-7437

Freight Directions:
Take I-95 on SR-563, Sikes Blvd and go 300
feet Turn left on W Lime St and go 900 feet Turn
right on SR-37 and go 6 miles to S Lakeland..

pport
ubject to Section 7 of the Terms and Conditions of Carriage (see reverse
ide), if the shipment is to be delivered to the consignee without recourse on
he consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
reight and all other lawful charges.

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: | Date Shipped: |
| Received by:  J. Murphy | Carrier: |

**ELEETS TRANSPORTATION**
Bill of Lading

Non-Negotiable

eleets
TRANSPORTATION

eleets
TRANSPORTATION

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this f Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, igned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity over, as the case may be, in posses- of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said arty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 603 |
| RO# N/PRO# | 5024609 |
| PO# | 5024595 |
| Stop ## | 3 |
| Class80 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| leets Transportation Co. /0 RR Donnelley 8309 Rodney Street ineville, NC 28134 00-707-0865 | **BENTON EXPRESS** 3725 Dr MLK Jr Drive TAMPA, FL 33605 813-621-5541 | Ship Prepaid / 3rd Party Bill to: ELEETS TRANSPORTATION 3131 ST JOHNS BLUFF RD. S JACKSONVILLE, FL 32246 |
| Date: 11/3/2008 | Deliver By Date: 11/4/2008 Time Sensitive Materials Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date. Notify ELEETS TRANSPORTATION immediately in event of delay | Proof of delivery must accompany freight bill for payment. |

| Skids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | Cdty | Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0 | 2440 | 11/06 | 11/16 | CIRCUIT CITY | 33100 | NI | East | | |
| 2 | 0 | 2906 | 11/06 | 11/16 | CIRCUIT CITY | 39700 | NI | East | | |
| 1 | 0 | 785 | 11/06 | 11/16 | CIRCUIT CITY | 10400 | NI | East | | |
| 5 | 0 | 6131 | | | | 83200 | | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616   or Any Discrepancies Prior To Departing That Location.**

s individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

| cial Instructions: | Consignee Directions: |
|---|---|
| | |

| per: | Receiver / Consignee: | Carrier: |
|---|---|---|
| hject to Section 7 of the Terms and Conditions of Carriage (see reverse e), if the shipment is to be delivered to the consignee without recourse on consignor, the consignor shall sign the following statement: | Date Received: | Date Shipped: |
| e Carrier shall not make delivery of this shipment without payment of ight and all other lawful charges. | Received by: | Carrier: |

## ELEETS TRANSPORTATION
### Bill of Lading
Non Negotiable

RIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
gned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be)in posses-
d the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
SPORTATION and the Carrier without regard to Carrier's tariffs.

er hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 603 |
| PO/ #PRO# | 5024595 |
| PO# | 5024595 |
| Stop #/ | 4 |
| Class60 NMFC 161685-01 Inserts | |

**per (Being Shipped From)**
eets Transportation Co.
O RR Donnelley
1309 Rodney Street
neville, NC 28134
0-707-0865

Date:  11/3/2008

**Consignee (Being Shipped To)**
St. Petersburg Times
1301 34th St. N
ST PETERSBURG, FL 33713
727-893-8111

Deliver By Date:  11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| kids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | Cnty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 16 | 0 | 25855 | 11/06 | 11/15 | CIRCUIT CITY | 351600 | NI | East | |
| 16 | 0 | 25855 | | | | 351600 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1515    or
Any Discrepancies Prior To Departing That Location.

Individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

8AM–4PM SAT 8AM–2PM Insert Extension: Ed
uke (727)322-6954 (727)3226942 –490 1st Ave S
office address To Confirm Inserts - 727-322-6952 -
8AM–4PM SAT 8AM–2PM Insert Extension: Ed
uke (727)322-6954

Receiving 8:30am-4pm M-F

nt to Section 7 of the Terms and Conditions of Carriage (see reverse),
, if the shipment is to be delivered to the consignee without recourse on
onsignor, the consignor shall sign the following statement:

Carrier shall not make delivery of this shipment without payment of
ht and all other lawful charges.

| Receiver / Consignee: | | Carrier: | |
|---|---|---|---|
| Date Received: | 11/5/08 | Date Shipped: | |
| Received by: | Roberto Viera | Carrier: | |

11/05/2008   15:08    9048244115           TA:           5024664           PAGE   02

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION                                                        eleets TRANSPORTATION

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
of Lading, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked,
signed, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to
h Carrier of all or any of said property over all or any portion of said route to delivery, and as to each party at any time interested in all or any of said
perty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
s and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| | |
|---|---|
| LOAL# | 604 |
| RO##PRO# | 5024664 |
| POll | 5024595 |
| Stop## | 2 |
| Class60 NMFC 161685-01 Inserts | |

| Shipper (Being Shipped From) | Consignee (Being Shipped To) | Bill to Party |
|---|---|---|
| Eleets Transportation Co.<br>C/O RR Donnelley<br>0309 Rodney Street<br>Pineville, NC 28134<br>800-707-0865<br><br>Ship Date:  11/3/2008 | Sun Sentinel News<br>333 SW 12th AVENUE<br>DEERFIELD BEACH, FL 33442<br>954-356-4000<br><br>Deliver By Date:  11/6/2008<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>Notify ELEETS TRANSPORTATION immediately in event of delay | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 13 | 0 | 20839 | 11/06 | 11/15 | CIRCUIT CITY | 285600 | NI | East | |
| 13 | 0 | 20839 | | | | 285600 | | | |

**Carrier Must Verify Piece Count At Each Consignee! Notify Eleets At 877-997-1616   or
Any Discrepancies Prior To Departing That Location.**

is individually determined and NOT subject to filed tariffs unless stated in Common Carrier Rate Agreement.

per:
Del Hours: M-F 6 am - 6 pm--Sat 7 am -
noon--Recv: 954-425-1248--Mike Burns
56-403  Robin 425-1241--(954) 426-9200

Directions: 95 TO HILLSBORO BLVD . GO
WEST OFF EXIT TO 1st LIGHT , LEFT ON
12TH AVE. THEY ARE 1/2 BLK ON RIGHT
LOOK FOR SIGNS SAYING RECEIVING DOCK.
- 2ND ENTRANCE   Rec. Hours: M-F 6 am - 6
pm              Sat 7am-noon call
954-425-1248 for recv.  No Earlier than 17 days

| pper: | Receiver / Consignee: | Carrier: |
|---|---|---|
| ubject to Section 7 of the Terms and Conditions of Cartage (see reverse<br>de), if the shipment is to be delivered to the consignee without recourse on<br>a consignor, the consignor shall sign the following statement:<br><br>e Carrier shall not make delivery of this shipment without payment of<br>ght and all other lawful charges.<br><br>ture of consignor:   X _____ | Date Received:  11-05-08<br>SUN-SENTINEL<br>Received by:<br>x  Jerry Patt | Date Shipped:<br><br>Carrier: |

11/05/2008  15:08    9048244115    TA:    PAGE  03

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

eleets TRANSPORTATION

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
f Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
gned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination, it is mutually agreed, as to
Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
rty, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
SPORTATION and the Carrier without regard to Carrier's tariffs.
er hereby certifies that it is familiar with all the terms and conditions of the said bill of Lading, which governs the transportation of this shipment, and said
and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.
er (Being Shipped From)

| | |
|---|---|
| LOAD# | 804 |
| BOl #/PRO# | 5024864 |
| PO# | 5024596 |
| Stop #/## | 1 |
| Class60 NMFC 161885-01 Inserts |

| Consignee (Being Shipped To) | Bill to Party |
|---|---|
| eets Transportation Co.<br>O RR Donnelley<br>309 Rodney Street<br>eville, NC 28134<br>0-707-0865<br><br>Date: 11/3/2008 | Orlando Sentinel<br>633 N. ORANGE AVENUE<br>ORLANDO, FL 32801<br>407-420-5000<br><br>Deliver By Date: **11/6/2008**<br>Time Sensitive Materials<br>Special damages and late delivery charges will be charged to carrier if delivery<br>to consignee is not made by the above due date.<br>**Notify ELEETS TRANSPORTATION immediately in event of delay** | Ship Prepaid / 3rd Party Bill to:<br>ELEETS TRANSPORTATION<br><br>3131 ST JOHNS BLUFF RD. S<br>JACKSONVILLE, FL 32246<br><br>Proof of delivery must accompany<br>freight bill for payment. |

| ids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 14 | 0 | 21426 | 11/6 | 11/5 | CIRCUIT CITY | 283200 | NI | East | |
| 14 | 0 | 21426 | | | | 283200 | | | |

11-05-08  A11:28  IN

11-05-08  A11:47  OUT

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616    or
Any Discrepancies Prior To Departing That Location.**

*appt. required*CHERYL SWILLENGER FOR
LOADING PROB ONLY!Del Extensions Paula
land  ext 5646..Maureen Brown x3510 in  Beverly
-5111--MUST HAVE DELIVERY APPTS.  (407)
-6315 *** NO APPT REQ. FOR LESS THAN 2
TS. ORLANDO WILL ONLY RECEIVE INSERTS
DAYS PRIOR TO INSERTION..For Inserts ask for
is Valez ext.3502

**Directions:** I-75  TO TURNPIKE TO I-4 83B  -
AMELIA STREET AND GO EAST,  GO
THROUGH LIGHT AND THEN GET IN RIGHT
LANE TURN RIGHT ON CONCORD AVE  GO
OVER RR TRACKS ON LEFT/ Rec. Hours:I-4 to
exit 41.  Left at light, 2nd light (orange ave) turn
right.  Go

| Receiver / Consignee: | Carrier: |
|---|---|
| Date Received: _____ TURNER | Date Shipped: |
| Received by: _____ | Carrier: |
| Signature: x _____ | Driver's Signature: x _____ |

ct to Section 7 of the Terms and Conditions of Carriage (see reverse
), if the shipment is to be delivered to the consignee without recourse on
consignor, the consignor shall sign the following statement:

Carrier shall not make delivery of this shipment without payment of
ht and all other lawful charges.

**ELEETS TRANSPORTATION**
Bill of Lading
Non-Negotiable

eleets TRANSPORTATION

EIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
if Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
igned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in posses-
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
i Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
ery, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
NSPORTATION and the Carrier without regard to Carrier's tariffs.

per hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
s and conditions are hereby agreed to by the shipper good and accepted for itself and its assigns.

| | |
|---|---|
| LOAD# | 595 |
| ROI#/PRO# | 5024595 |
| PSO | 5024595 |
| Stop off | 1 |
| Class60 NMFC 161635-01 Inserts | |

pper (Being Shipped From)
Eleets Transportation Co.
C/O RR Donnelley
0309 Rodney Street
Pineville, NC 28134
800-707-0865

ip Date: 11/3/2008

Consignee (Being Shipped To)
Treasure Coast Newspapers
695 NW ENTERPRISE DRIVE
PORT ST LUCIE, FL 34986
772-408-5349

Deliver By Date: 11/6/2008
Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION immediately in event of delay

Bill to Party
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0 | 8726 | 11/06 | 11/16 | CIRCUIT CITY | 119200 | NI | East | |
| 6 | 0 | 8726 | | | | 119200 | | | |

**Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1616 or
Any Discrepancies Prior To Departing That Location.**

RECEIVES FOR VERO PRESS JOURNAL & FT PIERCE TRIBUNE PER VIVIAN AT SCRIPPS Bruce Negro preprint manager for all of Scripps 772-408-5343 - bruce.negro2@scripps.com - Extensions 772-408-5349 Stephanie Garski..Rec. Hours M-F 8-3..Boca Raton News..Rec. Hours: Until 5pm..They only recv. Until 5pm

Directions: From I-95- Take exit 121,proceed E to NW Peacock Blvd, turn left,continue another 2-3 miles to St Lucie West Commerce Park entrance across from Stadium,turn left (W) on NW Enterprise Dr,follow Enterprise bearing right to property west or cul de

Shipper:
Subject to Section 7 of the Terms and Conditions of Cartage (see reverse
side), if the shipment is to be delivered to the consignee without recourse on
the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor: X

Receiver / Consignee:
Date Received: 11/7/08
Received by:
Signature:

Carrier:
Date Shipped: NOV 6 08
Carrier:
Driver's Signature: X

CARRIER COPY

## ELEETS TRANSPORTATION
### Bill of Lading
#### Non-Negotiable

**eleets TRANSPORTATION**

**eleets TRANSPORTATION**

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this
Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked,
consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession
of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to
each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said
party, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS
TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said
terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| Field | Value |
|---|---|
| LOAD# | 905 |
| ROUTE/PRO# | 5034605 |
| PO# | 5034525 |
| Store# | 2 |
| Class60 NMFC 161685-01 Inserts | |

| | |
|---|---|
| **Shipper (Being Shipped From)**<br><br>Eleets Transportation Co.<br>C/O RR Donnelley<br>10309 Rodney Street<br>Pineville, NC 28134<br>800-707-0865<br><br>Ship Date: 11/3/2008 | **Consignee (Being Shipped To)**<br><br>West Palm Beach Post<br>2751 SOUTH DIXIE<br>WEST PALM BEACH, FL 33405<br>800-820-4300 |

**Bill to Party**

Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION

3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

**Deliver By Date:** 11/6/2008

Time Sensitive Materials
Special damages and late delivery charges will be charged to carrier if delivery
to consignee is not made by the above due date.
**Notify ELEETS TRANSPORTATION immediately in event of delay**

Proof of delivery must accompany
freight bill for payment.

| Skids | Boxes | Weight | ROD | Issue Date | Advertiser | Copies | Cty Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 0 | 12028 | 11/05 | 11/16 | CIRCUIT CITY | 164500 | BII | East | |
| 8 | 0 | 12028 | | | | 164500 | | | |

**Carrier Must Verify Piece Count At Each Consignee, Notify Eleets At 877-987-1516 or
Any Discrepancies Prior To Departing That Location.**

| | |
|---|---|
| Rec Hours: M-F 7:30A-midnight Sat 8:00A-2:00P #4234<br>Heather Adamson [hadamson@obpost.com] for insert<br>verification. 820-4100 | DIRECTIONS: 95 TO BELVIDERE ROAD EXIT, GO<br>EAST, TO SOUTH DIXIE HWY AND GO RIGHT,<br>NEXT STREET RIGHT ON MONSO. DOCKS<br>WILL BE ON RIGHT. / Rec. Hours: DAILY M-F<br>7:30A-midnight Sat 8:00A-4:00P |

**Shipper:**
Subject to Section 7 of the Terms and Conditions of Carriage (see reverse
side). If the shipment is to be delivered to the consignee without recourse to
the consignor, the consignor shall sign the following statement.

The Carrier shall not make delivery of this shipment without payment of
freight and all other lawful charges.

Signature of consignor:  X _____

**Receiver / Consignee:**

Date Received: 11-7-08

Received by: Roger Henry

Signature: Roger Henry

**Carrier:**

Date Shipped: Nov 6 08

Carrier: Acal

Driver's Signature:  X _____

**CONSIGNEE COPY**