# ELEETS TRANSPORTATION
## Bill of Lading
### Non Negotiable

RECEIVED, subject to the contract between ELEETS Transportation (third party), and Carrier in effect on the date of the issue of this Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said Carrier (the word "carrier" means any person, corporation or entity type, as the case may be, in possession of the property described below under the terms of this contract) agrees to carry to its usual place of delivery at said destination. It is mutually agreed, as to each Carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Bill of Lading and the contract between ELEETS TRANSPORTATION and the Carrier without regard to Carrier's tariffs.

Shipper hereby certifies that it is familiar with all the terms and conditions of the said Bill of Lading, which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper and accepted for itself and its assigns.

| LOAD# | 605 |
| ROI#/PRO# | 5924505 |
| PO# | 5034596 |
| Stopoffs | 3 |
| Class#0 NMFC | 181685-01 Inserts |

**Shipper (Being Shipped From)**
Eleets Transportation Co.
C/O RR Donnelley
9309 Rodney Street
Pineville, NC 28134
800-707-0865

Ship Date: 11/3/2008

**Consignee (Being Shipped To)**
Goodwill Industries
2121 NW 21st STREET
MIAMI, FL 33142
305-376-2626

Deliver By Date: 11/6/2008
**Time Sensitive Materials**
Special damages and late delivery charges will be charged to carrier if delivery to consignee is not made by the above due date.
Notify ELEETS TRANSPORTATION Immediately in event of delay

**Bill to Party**
Ship Prepaid / 3rd Party Bill to:
ELEETS TRANSPORTATION
3131 ST JOHNS BLUFF RD. S
JACKSONVILLE, FL 32246

Proof of delivery must accompany freight bill for payment.

| Skids | Boxes | Weight | RDD | Issue Date | Advertiser | Copies | City Version | Comments | City |
|---|---|---|---|---|---|---|---|---|---|
| 12 | 0 | 18252 | 11/06 | 11/16 | CIRCUIT CITY | 249600 | NI | East | |
| 3 | 0 | 4858 | 11/06 | 11/16 | CIRCUIT CITY | 66600 | NI | East | El Nuevo |
| 15 | 0 | 23050 | | | | 315600 | | | |

Carrier Must Verify Piece Count At Each Consignee. Notify Eleets At 877-997-1516 or Any Discrepancies Prior To Departing That Location.

**Special Instructions:** M-F 7am-5pm Patrick Stewart for extension-would like an email whenever we need an extension pstewart@herald.com. There is another plant on 1 Herald Plaza. Must deliveries go to the Goodwill Industries at 2121 NW 21st St. The Packaging dept at 305 376 2626 **Receives for Sunday El Nuevo/Miami Herald inserts only** Midweek issues to be received at the facility on One Herald Plaza". Stephanie Smith for inserts: SSmith@herald.com

**Consignee Directions:** 95 TO STATE ROAD 112W—FOLLOW TO EXIT FOR NW 22ND AVE--- COME TO 1ST LIGHT MAKE A LEFT ON 22ND AVE, GOING SOUTH, GO FOR 1 1/2 MILES TO NW 21ST STREET—MAKE A LEFT 2ND BUILDING ON RIGHT packagaing:305-326-4218

**Shipper:** Subject to Section 7 of the Terms and Conditions of Carriage (see reverse side). If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature of consignor: X _____

**Receiver / Consignee:**
Date Received: 11/8/08
Received by: Ted Guintavelle
Signature: X Ted Guintavelle

**Carrier:**
Date Shipped: NOV 6 08
Carrier: 
Driver's Signature: X

CARRIER COPY