**Hearing Date: July 22, 2010 at 10:00 a.m.**
**Objection Deadline: July 15, 2010 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et</u> <u>al</u>., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON MOTION TO SEAL**
**EXHIBITS TO STIPULATED FACTS WITH RESPECT TO**
**DEBTORS' OBJECTION TO CLAIM NUMBER 1053**

          **PLEASE TAKE NOTICE** that on July 2, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion to Seal Exhibits to Stipulated Facts with respect to Debtors' Objection to Claim No. 1053(the "Motion").

          <u>**Your rights may be affected**</u>. **You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Supplemental Order Pursuant to

Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and
9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing
Certain Notice, Case Management and Administrative Procedures
(entered on December 30, 2009 at Docket No. 6208) (the "Case
Management Order") no later than seven (7) calendar days before
the scheduled hearing date, the Court may deem any opposition
waived, treat the Motion as conceded, and issue an order
granting the requested relief without further notice or hearing.
If you do not want the Court to approve the Motion, or if you
want the Court to consider your views on the Motion, then you or
you attorney must:

[X]   File with the Court, either electronically or at the
      address shown below, a written response pursuant to
      Local Bankruptcy Rule 9013-1(H).  If you mail your
      response to the Court for filing, you must mail it
      early enough so the Court will **receive it on or before
      July 15, 2010 at 4:00 p.m.**

                  Clerk of Court
                  United States Bankruptcy Court
                  701 East Broad Street, Suite 4000
                  Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also
      serve a copy of any written response and request for
      hearing by the foregoing date via electronic mail on
      the following:(i) the Core Group, which includes the
      Debtors, co-counsel to the Debtors, the Office of the
      United States Trustee, co-counsel for any committee,
      counsel to the agents for the Debtors' prepetition
      lenders, and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and (iii)
      those additional parties as required by the Case
      Management Order (all of which are defined in the Case
      Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **at 10:00
      a.m. (Eastern Time) on July 22, 2010** at the United
      States Bankruptcy Court, Room 5000, 701 East Broad
      Street, Richmond, Virginia 23219.  **If you or your
      attorney do not attend the hearing, the Court may
      grant the relief requested in the Motion**.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Dated: July 2, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia  FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                            - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            155 North Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                            - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley      .
                            Douglas M. Foley (VSB No. 34364)
                            Sarah B. Boehm (VSB No. 45201)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors
                            in Possession

\12670571