# United States Bankruptcy Court
**Eastern District of Virginia**
Richmond Division

**TO:**  

**In re:** Circuit City Stores, Inc.

**Case Number**  08−35653−KRH
**Chapter**  11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*7956* – Motion for Relief from Stay Re: small claims court filed by Robert Witenberg. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

__  Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__  Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

__

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

__  Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

**x**  Not accompanied by proof of service indicating service of motion upon parties required to be served.

__  Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

__  Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**x**  Official Form 20A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__  Official Form 20B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

**x**  Date, time and/or location omitted or incorrect in Notice of Hearing.

__  Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  July 1, 2010                         CLERK, UNITED STATES BANKRUPTCY COURT

                                            By /s/ Suzanne French, Deputy Clerk
[igmotionvDec2009.jsp]                      Direct Dial Telephone No. 804−916−2419

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs             Page 1 of 1              Date Rcvd: Jul 01, 2010
Case: 08-35653                Form ID: igmotion         Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 03, 2010.
cr           +Robert Witenberg,   6307 Sanford,   Houston, TX 77096-5730

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                     **Signature:** _Joseph Speetjens_