**210B (12/09)**

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 07/01/2010 (date).

| Name and Address of Alleged Transferor: | Name and Address of Transferee: |
|---|---|
| Claim No. : IBM Corporation, c/o IBM Corporation, Bankruptcy Coordinator, 13800 Diplomat Dr., Dallas, TX 75234-8812 | Contrarian Funds, LLC<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/04/10

William C. Redden
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1               Date Rcvd: Jul 02, 2010
Case: 08-35653                 Form ID: trc               Total Noticed: 1

The following entities were noticed by first class mail on Jul 04, 2010.
 9799736        IBM Corporation,    c/o IBM Corporation,    Bankruptcy Coordinator,    13800 Diplomat Dr.,
                Dallas, TX 75234-8812
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2010                    Signature:    *Joseph Speetjens*