# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

In re:

CH-11 CIRCUIT CITY STORES, INC

("the Debtors")

Chapter 11

Case No. 08-35653

Claim. No.: Sched F

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHED CREDITOR, AMERICAN FUTURE TECHNOLOGY, IN THE AMOUNT OF $211,125.56, TO VONWIN CAPITAL MANAGEMENT, LP

**To Transferor:**    American Future Technology
Darren Su, Vice President
11581 Federal Dr.
El Monte, CA 91731

PLEASE TAKE NOTICE that the transfer of $211,125.56 of the above-captioned general unsecured claim has been transferred to:

**Transferee:**    VonWin Capital Management, LP
Attn: Roger Von Spiegel, Managing Director
261 Fifth Avenue, 22nd Floor
New York, NY 10016

The evidence of transfer of claim is attached hereto. A copy of Schedule F-Creditors Holding Unsecured nonpriority claims and a copy of the claims agent website listing the claim is attached.

If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2009.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re:

Ch-11 Circuit City Stores, Inc.

Debtor

Case No. 08-35653

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of American Future Technology ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
|---|---|
| $211,125.56 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:
Name:  Roger Von Spiegel
Title: Managing Director
Date:

ASSIGNOR: American Future Technology
Address:  11581 Federal Dr.
          El Monte, CA 91731

Signature:
Name:  DerJen Su
Title: Vice President
Date:  Sep 10 - 2009

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1214083 - 10171455<br>AMERICAN AUTOMOBILE ASSOC<br>AAA MAILSTOP 2<br>1000 AAA DRIVE<br>HEATHROW  FL  32746 | EXPENSE PAYABLE | | $18,864.24 |
| 2707041 - 10137948<br>AMERICAN CASUALTY COMPANY OF READING, PA<br>8585 ARCHIVES AVENUE<br>BATON ROUGE  LA | CODEFENDANT<br>CLAIM NUMBER: YLB/66765   /L | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1463735 - 10017706<br>AMERICAN CASUALTY COMPANY OF READING, PA<br>8585 ARCHIVES AVENUE<br>OPELOUSAS  LA | CODEFENDANT<br>CASE: 2008-5961C; COURT: 15TH JUDICIAL DISTRICT COURT, LAFAYETTE PARISH, LA 70809;<br>CLAIM: YLB/66765  /L | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1113124 - 10170283<br>AMERICAN COMMUNICATIONS GROUP<br>21311 MADRONA AVE<br>STE 101<br>TORRANCE  CA  90503 | EXPENSE PAYABLE | | $90,000.00 |
| 1361332 - 10016444<br>AMERICAN COMPUTER DEVELOPMENT, INCORPORATED<br>Attn TOM DECRESENTI<br>5350 PARTNERS COURT<br>FREDERICK  MD  21703 | REAL PROPERTY LEASE<br>POTENTIAL CLAIM ARRISING FROM LEASED PROPERTY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1182369 - 10170540<br>AMERICAN EXPRESS INCENTIVE SVCS<br>PO BOX 790379<br>ST LOUIS  MO  63179 | EXPENSE PAYABLE | | $8,725.21 |
| 1035951 - 10173852<br>AMERICAN FUTURE TECHNOLOGY<br>Attn SUSAN HOU<br>11581 FEDERAL DRIVE<br>EL MONTE  CA  91731 | MERCHANDISE PAYABLE | Disputed,<br>Unliquidated | $211,125.56 |
| 2743789 - 10177092<br>AMERICAN HEALTH CHOICE DBA<br>PO BOX 9188<br>MARIETTA  GA  30065 | POTENTIAL REFUND CLAIM | Disputed | $58.63 |



# Creditor Data for Claim Number 7415

Help

| Creditor: | Date Claim Filed: 1/29/2009 |
|---|---|
| AMERICAN FUTURE TECHNOLOGY<br>SUSAN HOU<br>11581 FEDERAL DR<br>EL MONTE, CA 91731 | Claim #: 7415<br>Schedule: F |

**Notice Party(ies):**

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  $211,125.56 |  | U | D | $200,944.92 | $200,944.92 |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| TOTALS | $0.00 |  | U | D | $200,944.92 | $200,944.92 |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".