UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | No. 08-35653<br><br>NOTICE OF WITHDRAWAL OF APPEARANCE |

**PLEASE TAKE NOTICE** that Marc Barreca, is hereby withdrawing as counsel for Microsoft Corporation and should be removed from all service lists, including the court's electronic notification list and the master mailing matrix, in the above-captioned cases. K&L Gates LLP continues to represent the Microsoft Corporation.

By: _____
Marc Barreca, WSBA # 13412
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Phone: (206) 623-7580
Facsimile: (206) 623-7022
E-mail: marc.barreca@klgates.com

NOTICE OF WITHDRAWAL - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I, Kjrsten M. A. Swan declare as follows:

1. I am a citizen of the United States and of the State of Washington, living and residing in King County, over the age of 21 years, not a party to the above-entitled action and competent to be a witness.

2. On June 28, 2010, I caused to be deposited in the mail of the United States of America, by first class postage prepaid, addressed envelopes containing copies of the notice of withdrawal of appearance to the following parties

| | |
|---|---|
| US Bankruptcy Court<br>Attn: Clerk of the Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | US Trustee<br>W. Clarkson McDow, Jr.<br>Office of the U. S. Trustee<br>701 E. Broad St., Suite 4304<br>Richmond, VA 23219 |
| Daniel F. Blanks<br>McGuireWoods LLP<br>9000 World Trade Center,<br>101 W. Main St.<br>Norfolk, VA 23510 | Dion W. Hayes<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary St.<br>Richmond, VA 23219 |

I hereby certify under penalty of perjury under the laws of the State of Washington that the foregoing Declaration is true and correct.

DATED this 28 day of June, 2010.

Kjrsten M. A. Swan

NOTICE OF WITHDRAWAL - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022