# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Richmond)

IN RE:

**CIRCUIT CITY STORES, Inc.**

  *Debtors*

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

## LOUDOUN COUNTY'S MOTION FOR LEAVE OF COURT TO ATTEND HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) AND LOUDOUN COUNTY'S REQUEST FOR ABSTENTION BY TELEPHONE

The COUNTY of LOUDOUN, VIRGINIA, by counsel ("the County") hereby requests that the Court allow County's counsel to appear telephonically at the 2:00 P.M. July 12, 2010 Hearing on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) with respect to the County's Administrative Expenses Claim dated May 28, 2009 and filed on June 1, 2009 (the "Objection") and the Response of the County and its Request for Abstention filed on September 23, 2009 (the "Response"), and in support hereof states as follows:

1. County's counsel is located in Leesburg, Loudoun County, Virginia, at least four hours driving distance from the Court. The Objection was filed by Debtors on June 1, 2009; since that day, Debtors have scheduled several hearings for the Court to hear the matter, but Debtors have asked the Court to adjourn such hearings every single time until now.  Due to previous

Belkys Escobar, Assistant County Attorney
(VSB #74866)
COUNTY OF LOUDOUN
ONE HARRISON STREET, S.E.
MSC #06
Leesburg, VA 20175-3102
Telephone:     (703) 777-0307
Telecopier:     (703) 771-5025

commitments it is impossible for the County's counsel to appear in person at the hearing on July 12, 2010.

2. In accordance with Order Approving the Debtors' Omnibus Objection Procedures and the Form and Manner of Notice of Omnibus Objections entered by this Court on May 31, 2009, "unless otherwise notified, no claimants will need to appear at the status hearings on the Omnibus Objections. If an evidentiary hearing is necessary, claimants will be provided a separate notice of hearing." The County has not been notified of any evidentiary hearing on this matter.

**WHEREFORE**, the County respectfully request that this Court grant this request and enter an order substantially in the form attached hereto permitting Belkys Escobar, as counsel by the County, to appear and be heard by telephone at the hearing on July 12, 2010 and grant such other relief as necessary and appropriate.

Respectfully submitted,

THE COUNTY of LOUDOUN, VIRGINIA

By counsel

JOHN R. ROBERTS
COUNTY ATTORNEY

By  /s/ *Belkys Escobar*
    Belkys Escobar (VSB #74866)
    Assistant County Attorney
    One Harrison Street, S.E.
    MSC #06
    Leesburg, Virginia  20175-3102
    Telephone:    (703) 777-0307
    Telecopier:    (703) 771-5025
    E-mail:  Belkys.Escobar@loudoun.gov

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (Richmond)

IN RE:

**CIRCUIT CITY STORES, Inc.**

*Debtors*

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

## ORDER GRANTING LOUDOUN COUNTY'S MOTION FOR LEAVE OFCOURT TO ATTEND HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) AND REQUEST FOR ABSTENTION BY TELEPHONE

Upon consideration of the Loudoun County's Motion for Leave of Court to Attend Hearing On Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Request for Abstention by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc. et at. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

ORDERED, that the Motion is GRANTED and Belkys Escobar, on behalf of Loudoun County, Virginia, is permitted to appear and be heard by telephone at the hearing on July 12, 2010 at 2:00 P.M..

DATE ENTERED: _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

/s/ *Belkys Escobar*, Assistant County Attorney
(VSB #74866)
COUNTY OF LOUDOUN
ONE HARRISON STREET, S.E.
MSC #06
Leesburg, VA 20175-3102
Telephone:         (703) 777-0307
Telecopier:        (703) 771-5025
E-mail:  Belkys.Escobar@loudoun.gov

## CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing Motion and Proposed Order was served on July 12, 2010 by ELECTRONIC MAIL through the Court's electronic filing system to all parties in interest and to the parties for whom electronic mail addresses are indicated below:

| | |
|---|---|
| **Daniel F. Blanks** | **Robert B. Van Arsdale** |
| dblanks@mcguirewoods.com | Robert.B.Van.Arsdale@usdoj.gov |
| *Counsel for Debtors* | *U.S. Trustee* |

**Lynn L. Tavenner**
ltavenner@tb-lawfirm.com
   Counsel for Official Committee
   of Unsecured Creditors

              /s/ Belkys Escobar