| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
           Debtors.            :   Jointly Administered
- - - - - - - - - - - - - - - x
GENTRY et al.,                 :
                               :
           Appellants,         :
                               :
     v.                        :
                               :
CIRCUIT CITY STORES, INC.,     :
et al.,                        :
                               :
           Appellees.          :
                               :
- - - - - - - - - - - - - - - x
```

**DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

The above captioned debtors and debtor-in-possession (collectively the "Debtors"), appellees with respect to the Notice of Appeal (Docket No. 7780) filed by Creditors Gentry, Hernandez, Card and Skaf ("Appellants") from the Bankruptcy Court's May 28, 2010, Order Denying Bankruptcy Rule 7023 to their Class Proofs of Claim (Docket No. 7665), in accordance with Fed. R. Bankr. P. 8006, hereby designate the following additional items to be included in the record on appeal:

| Exhibit | Docket No. | Date Filed | Document |
|---|---|---|---|
| 1 | 17 | November 10, 2008 | Application of Debtors for Order Under 28 U.S.C. § 156(c) and Bankruptcy Rule 2002(f) Approving Agreement with Kurtzman Carson Consultants LLC and Appointing as Claims, Noticing, and Balloting Agent |
| 2 | 26 | November 10, 2008 | Notice of Bankruptcy Filing and Debtors' Presentation of Motions and Applications to the Court for Consideration |
| 3 | 108 | November 12, 2008 | Order Under U.S.C. § 156(c) and Bankruptcy rule 2002(f) Approving Agreement With Kurtzman Carson Consultants LLC and Appointing Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent |

| 4 | 205 | November 18, 2008 | Affidavit of Service of Evan Gershbein re: Documents Served on November 12, 2008 [Docket Nos. 4, 7, 9, 10, 13, 17, 18, 19, 106, 107, 108, 109, 110, 111, 112, 113] |
|---|---|---|---|
| 5 | 411 | November 25, 2010 | Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007; (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof |
| 6 | 412 | November 25, 2008 | Notice of Motion and Notice of Hearing on Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof; to Held on December 5, 2008 at 10:00 a.m. |
| 7 | 670 | December 3, 2008 | Proposed Agenda for the Omnibus Hearing Scheduled for December 5, 2008 at 10:00 a.m. |
| 8 | 676 | December 4, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on November 26, 2008 [Docket Nos. 407, 408, 409, 410, 411, 412, 413, 414, 425, 457, 463, 464, 465, 466] |

| 9 | 710 | December 4, 2008 | Notice of Filing Revised Proposed Order re: Motion of Debtors for Order Pursuant to Bankruptcy Code Sections 105 and 502, and Bankruptcy Rule 2002, 3003(c)(3), and 9007; (I) Setting General Bar Date and Procedures for Filing Proofs of Claim, and (II) Approving Form and Manner of Notice Thereof [Docket No. 411] |
|---|---|---|---|
| 10 | 890 | December 11, 2008 | Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of Claim; and (II) Approving Form and Manner of Notice Thereof |
| 11 | 891 | December 11, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 3, 2008 [Docket Nos. 641, 644, 669, 670] |
| 12 | 892 | December 11, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 4, 2008 [Docket Nos. 656, 710, 714, 715, 718] |
| 13 | 966 | December 12, 2008 | Notice of Deadline for Filing Proofs of Claim |
| 14 | 1162 | December 21, 2008 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on December 11, 2008 [Docket Nos. 890, 893, 894, 895, 896, 897, 914] |
| 15 | 1314 | December 29, 2008 | Affidavit of Service of Evan Gershbein re: 1) Notice of Deadline for Filing Proofs of Claim and Proof of Claim Form [Docket No. 966]; and 2) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 967] |

| 16 | 1380 | January 6, 2009 | Motion to Permit the Filing of a Class Proof of Claim With Supporting Memorandum by Christopher A. Jones of Whiteford, Taylor & Preston, LLP on Behalf of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron |
| --- | --- | --- | --- |
| 17 | 1381 | January 6, 2009 | Amended Motion to Permit the Filing of a Class Proof of Claim With Supporting Memorandum by Christopher A. Jones of Whiteford, Taylor & Preston, LLP on Behalf of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron |
| 18 | 1394 | January 7, 2009 | Affidavit of Publication of Sheila Lloyd in the Richmond Times-Dispatch |
| 19 | 1395 | January 7, 2009 | Affidavit of Publication of Roy Oteo in the Wall Street Journal |
| 20 | 1415 | January 8, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Notice of Deadline for Filing Proof of Claim and Proof of Claim Form [Docket No. 966]; and 2) Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates [Docket No. 967] |
| 21 | 1683 | January 20, 2009 | Stipulation and Order Granting Motion to Permit the Filing of a Class Proof of Claim by Christopher A. Jones of Whiteford, Taylor & Preston, LLP on Behalf of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron [re: Docket No. 1381] |

| 22 | 1738 | January 22, 2009 | BNC Certificate of Service re: Stipulation and Order Granting Motion to Permit the Filing of a Class Proof of Claim by Christopher A. Jones of Whiteford, Taylor & Preston, LLP on Behalf of Daniel E. Weidler, Michael F. Yezback, Eloise Garcia, and Angie Duron [Docket No. 1683] |
| --- | --- | --- | --- |
| 23 | 1912 | February 2, 2009 | Affidavit of Service of Timothy T.K. Wu re: 1) Notice of Approval of Order (I) Approving Procedures in Connection With Sale of all or Substantially all of the Business, (II) Authorizing Debtors to Enter Into Stalking Horse Agreements in Connection With Store Closing and Miscellaneous Asset Sales or Stalking Horse or Financing Agreements in Connection With Going Concern Transactions, (III) Approving the Payment of Termination Fee in Connection Therewith, (IV) Setting Auction and Hearing Dates Pursuant to Bankruptcy Code Sections 105 and 363 and (V) Granting Related Relief [Docket No. 1454]; and 2) Notice of Resumed Auction with Respect to Sale of Debtors' Aircraft [Docket No. 1502] |
| 24 | 2505 | March 10, 2009 | Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections |

| 25 | 2506 | March 10, 2009 | Notice of Motion and Notice of Hearing on Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections; Hearing to be Held March 30, 2009 at 10:00 a.m. (EST) |
|----|------|----------------|------|
| 26 | 2672 | March 20, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Notice of Rejection of Unexpired Lease and Abandonment of Personal Property (Store No. 3702, Terre Haute Micro Superstore) [Docket No. 2503]; 2) Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections [Docket No. 2505]; and 3) Notice of Motion and Notice of Hearing on Debtors' Motion for an Order Approving (A) Procedures for Filing Omnibus Objections to Claims and (B) the Form and Manner of the Notice of Omnibus Objections; Hearing to be Held March 30, 2009 at 10:00 a.m. (EST) [Docket No. 2506] |
| 27 | 2881 | April 1, 2009 | Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections |

| 28 | 2898 | April 2, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections [Docket No. 2881]; and 2) Order Pursuant to Bankruptcy Code Sections 105(a), 365(a) and 554 and Bankruptcy Rule 6006 Authorizing Rejection of Certain Unexpired Leases of Nonresidential Real Property and Abandonment of Personal Property [Docket No. 2882] |
|---|---|---|---|
| 29 | 3993 | July 7, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on June 23, 2009 [Docket Nos. 2881, 3703, 3704, 3709, 3710 and 3711] |
| 30 | 4728 | September 1, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on August 20, 2009 [Docket Nos. 2881, 4583, 4584, 4585, and 4587] |
| 31 | 4736 | September 9, 2009 | Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) |
| 32 | 5030 | September 22, 2009 | Disclosure Statement with Respect to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |

| 33 | 5090 | September 24, 2009 | Order Approving (I) Disclosure Statement, (II) Notice of the Disclosure Statement Hearing, (III) Hearing Date to Consider Confirmation of the Plan, (IV) Procedures for Filing Objections to Plan, (V) Voting Agent and Deadlines Related to Solicitation and Confirmation, (VI) Procedures with Respect to Certain Claims and (VII) Solicitation Procedures for Confirmation of the Plan |
|---|---|---|---|
| 34 | 5124 | September 29, 2009 | First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims |
| 35 | 5146 | October 5, 2009 | Affidavit of Service of Isidro N. Panizales re: 1) Disclosure Statement with Respect to First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims [Docket No. 5030]; 2) Plan Proponents' Response to Disclosure Statement Objections [Docket No. 5032]; and 3) Notice of Amended Agenda of Matters Scheduled for Hearing on September 22, 2009 at 11:00 a.m. (Eastern) [Docket No. 5034] |

| 36 | 5309 | October 21, 2009 | Affidavit of Service of Evan Gershbein re: Solicitation Materials for the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims [Docket No. 5124] |
|---|---|---|---|
| 37 | 5361 | October 26, 2009 | Affidavit of Service of Isidro N. Panizales re: Documents Served on October 16, 2009 [Docket Nos. 5283, 5284, 5285, 5286, 5287, 5288, 5289, 5290, 5291, 5292, 5294, 5298, 5299, 5300 and 1279] |
| 38 | 6713 | March 8, 2010 | Affidavit of Service of Timothy T.K. Wu re: Documents Served on February 25, 2010 [Docket Nos. 6640, 6641, 6642, 6643, 6644, 6645, 6646, 6660, and 6661] |
| 39 | 6967 | March 25, 2010 | Affidavit of Service of Jenifer Mose re: 1) Omnibus Reply Brief in Support of Motions for Summary Judgment and Supplemental Objections with Respect to Certain Claims Subject to (I) the Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) and (II) the Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) [Docket No. 6931]; and 2) Notice of Agenda of Matters Scheduled for Hearing on March 25, 2010 at 2:30 p.m. (Eastern) [Docket No. 6932] |
| 40 | 7109 | April 5, 2010 | Transcript filed Re: Hearing Held 3/25/2010 |

| 41 | 7233 | April 19, 2010 | Amended Notice and Transcript filed Re: Hearing Held 4/15/2010 |
| 42 | 7486 | May 11, 2010 | Affidavit of Service of Jenifer Mose re: Documents Served on April 1, 2010 [Docket Nos. 7065, 7066, 7067, 7068, 7069, 7070, 7071, 7072, 7073, 7074, 7075, 7076, and 7081] |
| 43 | 7704 | June 4, 2010 | Affidavit of Service of Timothy T. Wu re: 1) Order Denying Motion to Approve [re: Docket No. 7062] [Docket No. 7665]; 2) Order Approving Settlement Agreement and Stipulation by and Among the Debtors and Samsung Electronics America, Inc. [Docket No. 7666]; and 3) Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) [Docket No. 7667] |

**RESERVATION OF RIGHTS**

The Debtors expressly reserve, and do not waive, their rights to supplement this Designation and/or to object, or otherwise supplement or move to strike or modify, some or all of the Appellant's Designation. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

Dated: July 7, 2010  
      Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

- and -

MCGUIREWOODS LLP

/s/ Douglas M. Foley _____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession, Appellees