Case 08-35653-KRH    Doc 7995    Filed 07/08/10    Entered 07/09/10 00:51:23    Desc
Case 3:10-cv-00202-REP    Document 58    Filed 07/01/10    Page 1 of 1
Imaged Certificate of Service    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MITSUBISHI DIGITAL
ELECTRONICS AMERICA, INC.,
et al.,

    Appellants,

v.                                    Civil Action No. 3:10cv202

CIRCUIT CITY STORES, INC.,

    Appellee.

[Stamp: RICHMOND DIVISION FILED JUL -2 2010 CLERK US BANKRUPTCY COURT]

### ORDER

Having reviewed the CONSENT MOTION FOR ORDER DISMISSING APPEAL WITH PREJUDICE (Docket No. 56) and the Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and LG Electronics USA, Inc. (Bankr. Ct. Docket No. 7814) and this Court observing that the Appellant, LG Electronics USA, Inc., consents to the dismissal of this appeal with prejudice, it is hereby ORDERED that the CONSENT MOTION FOR ORDER DISMISSING APPEAL WITH PREJUDICE (Docket No. 56) is granted. It is further ORDERED that the appeal proceedings against Appellant, LG Electronics, USA, Inc., are dismissed with prejudice.

    It is so ORDERED.

                                                  /s/ RLW
                                    Senior United States District Judge

Richmond, Virginia
Date: JUL - 1 2010

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1             Date Rcvd: Jul 06, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 08, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2010**                    **Signature:** _Joseph Speetjens_