Deborah J. Piazza, Esquire
**HODGSON RUSS LLP**
60 East 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677

Augustus C. Epps, Jr., Esquire (VSB No.13254)
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
Whitney R. Travis, Esquire (VSB No. 79759)
**CHRISTIAN & BARTON LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112

*Attorneys for Trustee, Manufacturers and Traders Trust Co.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
------------------------------------------------------------x

In re:

    CIRCUIT CITY STORES, INC., et al.,

           Debtors.

Chapter 11
Case No. 08-35653
Jointly Administered

Hon. Kevin R. Heunnekens, U.S.B.J.

------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 8065

**PLEASE TAKE NOTICE,** that, pursuant to Rule 3006, Amended Claim Number 8065 (the "Claim"), Manufacturers and Traders Trust Company, as Trustee ("M&T"), by and through its attorneys, Hodgson Russ LLP, show the Court as follows:

    1.    On or about January 29, 2009, M&T filed the Claim in the amount of $606,966.95 for amounts due under that certain lease agreement and related agreements for the property located at 7200 W. Grand, Elmwood Park, IL 60635, Store Number 6719 (formerly 3119).

2.    M&T hereby withdraws the Claim.  The mortgage loan secured by the Elmwood Park property was prepaid and the collateral, including the assignment of the Circuit City lease, was discharged.  The holders of the Claim have no further claim against Circuit City Stores, Inc. in connection with the Elmwood Park property.

Dated:  July 9, 2010                    **CHRISTIAN & BARTON LLP**

By:    /s/  Jennifer M. McLemore
       Augustus C. Epps, Jr., Esquire (VSB No. 13254)
       Michael D. Mueller, Esquire (VSB No. 38216)
       Jennifer M. McLemore, Esquire (VSB No. 47164)
       Whitney R. Travis, Esquire (VSB No. 79759)
       CHRISTIAN & BARTON, LLP
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219
       Telephone: (804) 697-4100
       Facsimile: (804) 697-4112

       **HODGSON RUSS LLP**
       Deborah J. Piazza, Esquire
       60 East 42nd Street, 37th Floor
       New York, New York 10165
       Telephone:  (212) 661-3535

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of July, 2010, I caused a copy of the foregoing to be served by electronic means on the Court's ECF system.

/s/ Jennifer M. McLemore
Jennifer M. McLemore