Samuel S. Oh (Cal. State Bar No. 166719)
LIM, RUGER & KIM, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: sam.oh@limruger.com

Counsel for Averatec/Trigem USA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR**

**SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Lim, Ruger & Kim, LLP ("LimRuger"), counsel for Averatec/Trigem USA, previously a creditor in these bankruptcy cases, hereby withdraws its Notice of Appearance and Request for Service of Papers which was filed on November 21, 2008, as docket entry number 313 and requests that LimRuger be removed from the Court's Electronic Mail Notice List.

DATED: July 9, 2010                          Respectfully submitted,


                                             By:     /s/ Samuel S. Oh
                                                  Samuel S. Oh
                                                  Lim, Ruger & Kim, LLP
                                                  1055 West Seventh Street, Suite 2800
                                                  Los Angeles, California 90017
                                                  Phone No. (213) 955-9500
                                                  Email: sam.oh@limruger.com

                                                  Attorneys for Averatec/Trigem USA

{00396600.DOC}                               1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Notice of Withdrawal of Notice of Appearance and Request for Service of Papers** was mailed by U.S. first class mail, postage prepaid, on July 9, 2010 to the following:

Robert B. Van Arsdale, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
701 East Broad Street, Suite 4304
Richmond, VA 23219
*Assistant U.S. Trustee*

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636
*Counsel for Debtors*

Dion W. Hayes
Douglas M. Foley
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
*Counsel for Debtors*

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, IL 60606
*Counsel for Debtors*

and that the foregoing Notice was also filed electronically via the Court's CM/ECF system on this date such that it would be served electronically on those parties entitled to receive such notice.

/s/  Samuel S. Oh
Samuel S. Oh
Lim, Ruger & Kim, LLP
1055 West Seventh Street, Suite 2800
Los Angeles, California 90017
Phone: (213) 955-9500
Fax: (213) 955-9511
Email: sam.oh@limruger.com
*Attorneys for Averatec/Trigem USA*

{00396600.DOC}    2