| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 12, 2010 AT 2:00 P.M. (EASTERN)**

   Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on July 12, 2010 beginning at 2:00 p.m. Eastern.

**I.  CONTINUED MATTERS**

1. Claimant Marlon Mondragon's Motion for Reconsideration and to Permit the Filing of a Class Proof of Claim with Supporting Memorandum (Docket No. 7253)

    Related Documents:

    a. Notice of Motion and Hearing (Docket No. 7782)

    Objection Deadline:    June 30, 2010 at 4:00 p.m., extended for the Debtors until September 20, 2010

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter has been adjourned to September 27, 2010 at 2:00 p.m.

**II.  UNCONTESTED MATTERS**

2. Creditors Gentry, Hernandez, Card, and Skaf's Motion to Withdraw as Counsel for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) (Docket No. 7880)

    Objection Deadline:    July 7, 2010 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

**III.  OMNIBUS CLAIM OBJECTIONS MATTERS**

3. Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

    Related Documents:

  a. Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

  b. Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

  c. Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

  d. Notice of Motion and Hearing (Docket No. 7345)

  e. Notice of Rescheduled Hearing on Debtors' Motion for and Memorandum of Law In Support of the Debtors' Motion for Partial Summary Judgment on the Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7550)

  f. Notice of Presentment of Agreed Order by and Among the Debtors and Certain Taxing Authorities With Respect to the Thirty-Seventh Omnibus Objection (Docket No. 7695)

  g. Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

Objection Deadline: May 13, 2010 at 4:00 p.m.

Objections/Responses Filed: See attached <u>Exhibit A</u>.

Status: An order has been entered partially sustaining the objection. An agreed order has been entered resolving certain claims. For those claims for which the

3

          objection is still pending, this matter has been adjourned to July 22, 2010 at 10:00 a.m.  See attached <u>Exhibit A</u>.

**IV.    ADVERSARY PROCEEDINGS**

4. Circuit City Stores, Inc.'s Objection to Claim Nos. 1261, 8357 and 13233 and Complaint Against LG Electronics USA, Inc. (Docket No. 1) (<u>Circuit City Stores, Inc. v. LG Electronics USA, Inc.</u>, Adversary No. 10-3054 (KRH))

    Related Documents:

    a.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and LG Electronics USA, Inc. (Bank. Ct. Docket No. 7814)

    b.  Certificate of No Objection with Respect to the Settlement Agreement and Stipulation by and Among the Debtors and LG Electronics USA, Inc. (Docket No. 7941(

    Response Deadline:    April 23, 2010 at 4:00 p.m. extended for LG Electronics USA, Inc. until July 9, 2010 at 4:00 p.m.

    Objections/ Responses Filed:    None at the time of filing this agenda

    Status:    This matter has been resolved.

5. Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 1) (<u>Circuit City Stores, Inc. v. United States Debt Recovery LLC</u>, Adversary No. 10-3055 (KRH))

    Related Documents:

    a.  Entry of Default Against Signature Home Furnishings Co. Inc. (Docket No. 12)

      b.      Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 13)

      c.      Notice Of Proposed Settlement Agreement And Stipulation By And Among The Debtors And United States Debt Recovery LLC (Bankr. Docket No. 7402)

      d.      Response of Signature Home Furnishings Co., Inc. to Motion for Entry of Judgment by Default and Request for Enlargement of Time Within Which to Respond to Complaint (Docket No. 16)

Response Deadline:    April 23, 2010 at 4:00 p.m.

Objections/ Responses Filed:

      a.      Answer Of United States Debt Recovery LLC To Circuit City Stores, Inc.'s Objection To Claim Nos. 778 And 13210 And Complaint Against United States Debt Recovery LLC And Signature Home Furnishings Co. Inc. (Docket No. 9)

      b.      Answer of Signature Home Furnishings, Inc. to Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 20)

Status:    The matter has been resolved solely with respect to United States Debt Recovery LLC. The pre-trial conference has been adjourned to July 22, 2010 at 10:00 a.m. solely with respect to Signature Home Furnishings Co. Inc.

6.    Circuit City Stores, Inc.'s Objection to Claim Nos. 132 and 12300 and Complaint Against Mitsubishi Digital Electronics America, Inc. and The Insurance Company of the State of Pennsylvania (Docket No. 1) (<u>Circuit City Stores, Inc. v. Mitsubishi Electronics America, Inc., et al.</u>, Adversary No. 10-3068 (KRH))

5

Related
Documents:

a. Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 9)

b. Motion of Mitsubishi Digital Electronics America, Inc. to Dismiss Count VI of the Complaint for Failure to State a Claim on Which Relief Can be Granted (Docket No. 16)

c. Memorandum of Law in Support of Motion of Mitsubishi Digital Electronics America, Inc. to Dismiss Count VI of the Complaint for Failure to State a Claim on Which Relief Can be Granted (Docket No. 17)

Response
Deadline:       Extended for The Insurance Company of the State of Pennsylvania until July 21, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          Answer, Defenses and Counterclaims of Mitsubishi Digital Electronics America, Inc. (Docket No. 15)

Status:         The pre-trial conference on this matter is going forward.

7. First Amended Complaint for Declaratory, Injunctive, and Other Relief (Docket No. 5) <u>(Ryan, Inc. f/k/a Ryan Company, Inc. v. Circuit City Stores, Inc.</u>, Adversary No. 10-3083 (KRH))

Response
Deadline:       June 17, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a. Debtors' Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure

6

                12(b)(6) (Docket No. 12)

       b.     Memorandum of Law In Support of the Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 13)

       b.     Plaintiff's Response To Defendant's Motion To Dismiss Amended Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (Docket No. 22)

       c.     Debtors' Reply to Plaintiff's Response to Defendant's Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)(Docket No. 23)

    Status:      The pretrial conference on this matter is going forward.

8.    Debtors' Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 12) (<u>Ryan, Inc. f/k/a Ryan Company, Inc. v. Circuit City Stores, Inc.</u>, Adversary No. 10-3083 (KRH))

    Related Documents:

       a.     Memorandum of Law In Support of the Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 13)

       b.     Notice of Motion and Hearing (Docket No. 14)

    Response Deadline:     June 21, 2010 at 4:00 p.m., extended until June 30, 2010 at 4:00 p.m.

    Objections/ Responses Filed:

       a.     Plaintiff's Response To Defendant's Motion To Dismiss Amended Complaint Pursuant To Federal Rule Of Civil Procedure 12(b)(6) (Docket No. 22)

       b.     Debtors' Reply to Plaintiff's Response to

7

        Defendant's Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)(Docket No. 23)

        Status:       This matter is going forward.

9. Complaint (Docket No. 1) (<u>Schimenti Construction Company LLC v. Circuit City Stores, Inc.</u>, Adversary No. 10-3085 (KRH))

        Response Deadline:    June 2, 2010 at 4:00 p.m.

        Objections/Responses Filed:

    a. Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 5)

    b. Memorandum of Law in Support of Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 6)

    c. Plaintiff's Response to Defendant's Motion to Dismiss (Docket No. 10)

    d. Reply in Support of the Debtors' Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)(Docket No. 11)

        Status:       The pre-trial conference on this matter is going forward.

10. Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 5) (<u>Schimenti Construction Company LLC v. Circuit City Stores, Inc.</u>, Adversary No. 10-3085 (KRH))

        Related Documents:

    a. Memorandum of Law in Support of Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Docket No. 6)

8

    Response
    Deadline:      June 17, 2010 at 4:00 p.m., extended for Schimenti Construction Company, LLC until July 2, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:

    a.      Plaintiff's Response to Defendant's Motion to Dismiss (Docket No. 10)

    b.      Reply in Support of the Debtors' Motion to Dismiss Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6)(Docket No. 11)

    Status:      This matter is going forward.

11. Complaint (Docket No. 1) <u>(Circuit City Stores, Inc. v. Avenues in Leather, Inc.</u>, Adversary No. 10-3094 (KRH))

    Related
    Documents:

    a.    Debtors' Motion to File Document(s) Under Seal (Docket No. 4)

    b.    Order Granting Motion to File Document(s) Under Seal (Docket No. 9)

    Response
    Deadline:      June 10, 2010 at 4:00 p.m., extended for Avenues in Leather, Inc. until July 9, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:      None at the time of filing this agenda

    Status:      This matter has been resolved and the parties are finalizing a settlement agreement.

**V.   FEE APPLICATIONS**

12. Sixth Interim Application for Compensation and Reimbursement of Expenses for McGuireWoods LLP, Co-Counsel to the Debtors, for Services Rendered from February 1, 2010 through April 30, 2010 (Docket No. 7819)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

13. Sixth Interim Fee Application of FTI Consulting, Inc. for Compensation For Services Rendered and Reimbursement of Expenses as Financial Advisors to the Debtors Incurred For the Period from February 1, 2010 through and Including April 30, 2010 (Docket No. 7820)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

14. Sixth Interim Fee Application of Ernst & Young LLP as Accounting and Tax Consultants for the Debtors for the Period February 1, 2010 through April 30, 2010 (Docket No. 7821)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

15. Fifth Interim Fee Application of KPMG LLP as Independent Auditors and Tax Consultants to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period Beginning February 1, 2010 through April 30, 2010 (Docket No. 7822)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

16. Sixth Interim Fee Application of DJM Realty Services, LLC for Allowance and Payment of Compensation for Services Rendered (February 1, 2010 Through April 30, 2010) (Docket No. 7823)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

17. Sixth Interim Fee Application of Skadden, Arps, Slate, Meagher & Flom, LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period from February 1, 2010 through and including April 30, 2010 (Docket No. 7824)

    Objection
    Deadline:        July 6, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:           None at the time of filing this agenda

    Status:          This matter is going forward.

18. Sixth Interim Application of Pachulski Stang Ziehl &

11

      Jones for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors For the Period From February 1, 2010 through April 30, 2010 (Docket No. 7827)

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 7830)

      Objection Deadline:      July 6, 2010 at 4:00 p.m.

      Objections/ Responses Filed:      None at the time of filing this agenda

      Status:      This matter is going forward.

19.    Sixth Interim Application of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors (Docket No. 7828)

      Related Documents:

      a.    Notice of Motion and Hearing (Docket No. 7830)

      Objection Deadline:      July 6, 2010 at 4:00 p.m.

      Objections/ Responses Filed:      None at the time of filing this agenda

      Status:      This matter is going forward.

20.    Application of Protiviti Inc. for Sixth Interim Allowance of Compensation and Reimbursement of Expenses as Financial Advisor for the Official Committee of Unsecured Creditors For the Period February 1, 2010 through April 30, 2010 (Docket No. 7829)

Related
Documents:

a. Notice of Motion and Hearing (Docket No. 7830)

Objection
Deadline:         July 6, 2010 at 4:00 p.m.

Objections/
Responses
Filed:            None at the time of filing this agenda

Status:           This matter is going forward.

Dated: July 9, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                             Gregg M. Galardi, Esq.
                             Ian S. Fredericks, Esq.
                             P.O. Box 636
                             Wilmington, Delaware 19899-0636
                             (302) 651-3000

                                    - and -

                             SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                             Chris L. Dickerson, Esq.
                             155 N. Wacker Drive, Suite 2700
                             Chicago, Illinois 60606-2700
                             (312) 407-0700

                                    - and -

                             MCGUIREWOODS LLP

                             /s/ Douglas M. Foley
                             Douglas M. Foley (VSB No. 34364)
                             Sarah B. Boehm (VSB No. 45201)
                             One James Center
                             901 E. Cary Street
                             Richmond, Virginia 23219
                             (804) 775-1000

                             Counsel for Debtors and Debtors
                             in Possession

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Boulder County, Colorado | n/a | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Hernando County, Florida | 4885 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Lee County Tax Collector | 4888 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Pinellas County, Florida | 4892 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Osceola County, Florida | 4893 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the July 12, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Kitsap County Treasurer | 5027 5036 | A Settlement Agreement and Stipulation (Docket No. 7983) has been filed. If no objections are received by July 12, 2010, this matter will be resolved. |
| 37 | Snohomish County Treasurer | 5028 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Wake County Revenue Director | 5037 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Charles County, Maryland | 5066 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Prince George County, Maryland | 5067 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | City of Chesapeake, VA | 5068 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Travis County, Texas | 5071 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Lewisville Independent School District | 5089 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Desoto County, Mississippi | 5092 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 12, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Loudoun County, VA | 5102 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

3

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Arlington ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Ada County, Idaho | 5110 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Escambia County Tax Collector | 5112 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Gaston County, NC | 5152 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |
| 37 | Polk County Florida by Joe G. Tedder, Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to July 22, 2010 at 10:00 a.m. |

\12815911.1