UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond)

IN RE:

CIRCUIT CITY STORES, Inc.

Case No. 08-35653-KRH
Chapter 11
Jointly Administered

*Debtors*

### ORDER GRANTING LOUDOUN COUNTY'S MOTION FOR LEAVE OFCOURT TO ATTEND HEARING ON DEBTORS' THIRTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS (REDUCTION OF CERTAIN PERSONAL PROPERTY TAX CLAIMS) AND REQUEST FOR ABSTENTION BY TELEPHONE

Upon consideration of the Loudoun County's Motion for Leave of Court to Attend Hearing on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) and Request for Abstention by Telephone, and it appearing that the motion having been served upon counsel for Circuit City Stores, Inc. et at. (the "Debtors"), counsel for the Official Committee of Unsecured Creditors, and the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefore, it is hereby,

ORDERED, that the Motion is GRANTED and Belkys Escobar, on behalf of Loudoun County, Virginia, is permitted to appear and be heard by telephone at the hearing on **July 12, 2010** at **2:00 P.M.**

DATE ENTERED: _____, 2010
                Jul 7 2010

/s/ Kevin R. Huennekens
_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge
Entered on docket: July 8 2010

PREPARED BY:

The COUNTY of LOUDOUN, VIRGINIA
JOHN R. ROBERTS
COUNTY ATTORNEY

Belkys Escobar, Assistant County Attorney
(VSB #74866)
COUNTY OF LOUDOUN
ONE HARRISON STREET, S.E.
MSC #06
Leesburg, VA 20175-3102
Telephone:  (703) 777-0307
Telecopier:  (703) 771-5025
E-mail:  Belkys.Escobar@loudoun.gov


**CERTIFICATE OF MAILING LIST OF PARTIES TO RECEIVE NOTICE OF ENTRY**

      I hereby certify that a copy of the foregoing Proposed Order was served on July 6, 2010 by ELECTRONIC MAIL through the Court's electronic filing system to all parties in interest and to the parties for whom electronic mail addresses are indicated below:


**Daniel F. Blanks**
dblanks@mcguirewoods.com
*Counsel for Debtors*

**Robert B. Van Arsdale**
Robert.B.Van.Arsdale@usdoj.gov
*U.S. Trustee*

**Lynn L. Tavenner**
ltavenner@tb-lawfirm.com
    Counsel for Official Committee
    of Unsecured Creditors


                /s/ Belkys Escobar

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs            Page 1 of 1               Date Rcvd: Jul 08, 2010
Case: 08-35653                Form ID: pdforder        Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 10, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                           **Signature:**   _Joseph Speetjens_