Clerk of The Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street-Room 4000
Richmond, Virginia, 23219

June 28, 2010

In regard to Circuit City Court Bankruptcy Case no 08-35653 KRH. I Brenda Blacksher Claim no 4333. I am writing to object to my claim being disallowed.

I have been praying for the last two years that this will be settled so I can get my medical bills paid. All my medical bills and pictures of my injuries were sent to Lisa Griffith with Circuit City Special Risk Services in 2008. I am a senior citizen and a homeowner. If someone gets hurt on my property because of my negligence then I have to help them get took care of. Why should anyone else be any different? I slipped and fell on a discarded plastic wrapper at a Circuit City Store. I was dazed and hurt and nobody to help me. Some of the medical bills are in collections and thats not good. I can't go to my physical therapy because of the unpaid bill.

RICHMOND DIVISION
FILED
JUL 12 2010
CLERK
U.S. BANKRUPTCY COURT

I have to go every three months for back injections which my last procedure was two different neurotomy procedure which the nerves are burnt. I have no more bruises or abrasions on the outside but my inner body is still in very much pain. Yes I think I am very much entitled to this and I very much object to my case being disallowed. The right way is the American Way people taking care of each other and I hope I'm not wrong.

Sincerely,
Brenda Blackshear
102 Anita Ln.
Longview, Texas 75603

Circuit City Bankruptcy Court 08-35653 KRH
Claim no 4333

Please file my objection for disallowing my claim