Sandra G. Jackson
1 Salles Way
West Bridgewater MA
(508-944-6635) 02379

July 6, 2010

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 Broad St Rm 4000
Richmond, VA 23219


RICHMOND DIVISION
FILED JUL 12 2010 FILED
CLERK
U.S. BANKRUPTCY COURT

Re: Circuit City Stores, Inc
  et al
  Chapter 11
  Case # 08-35653 (KRH)
  Claim # 4006

To Whom it May Concern:

I am by this letter objecting to the relief requested by Circuit City Stores Inc in reference to my claim #4006 in the amount of $25,000.

In July 08 I was injured in a fall at a Circuit City store in Florida while on vacation. The fall was the direct result of an employees premature raising of a metal track across the store entrance door which is used to hold the protective grates in place when lowered. I was given no warning that the track had been raised by employees at the door as I was exiting and I tripped over the track and fell outside the door of the store onto the sidewalk. None of this was disputed by the store as it was all on the surveilance video. I suffered a double fracture of my great right toe. I was unable to walk for the remainder of my vacation and unable to wear shoes or drive for the entire summer. I permanently lost all range of motion in the joint and still have pain. I have been told by my doctor that the only possible treatment would be surgery consisting of a fusion procedure which I cannot afford.

I don't feel that this company should be able to cause injury and just walk away from any responsibility. Therefore, I totally object to the relief requested

in my case.

My claim was filed and being handled by Specialty Risk Services; Claim # YLB59894L
Rheannon Salvate account consultant
856-355-4479.


Kindest Regards,
Sheila A Jordan


CC: McGuirewoods LLP   Richmond VA
Douglas M Foley
Sarah B. Boehm

Skadden, Arps, Slate, Meagher, & Flom LLP
Chicago
Chris L. Dickerson

Skadden, Arps, Slate, Meagher & Flom, LLP
Wilmington, DE.
Gregg M. Galardi
Ian S. Fredericks