**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com



RICHMOND DIVISION
FILED JUL 12 2010 FILED
CLERK
U.S. BANKRUPTCY COURT

July 08, 2010

US Bankruptcy Court
701 East Broad Street,
Suite 4000,
Richmond, VA  23219

Re:  Circuit City Stores, Debtor // To: Unidentified Entity

Case No. 08-35653

Dear Sir/Madam:

-- received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 516909363

FedEx Tracking# 790719342709

## United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Case Number    08-35653-KRH
Chapter    11
Judge    Kevin R. Huennekens

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Circuit City Stores, Inc.
9950 Mayland Drive
Richmond, VA 23233

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
  Debtor: NA

Employer Tax-Identification (EIN) No(s).(if any):
  Debtor: 54-0493875

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on July 1, 2010 in the above-referenced case, event text as shown below:

Amended Transcript filed Re: Hearing Held 6/24/2010, Remote electronic access to the transcript is restricted until 09/28/2010. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber J&J Court Transcribers, Inc., Telephone number 609-586-2311.] [Transcript Purchased by Karen Cain/McGuire Woods.] (RE: related document(s) [7896] Hearing held; all matters are now fully resolved, [7903] Hearing held; ALL CLAIMS RESOLVED, [7905] Hearing held; all objections resolved, [7906] Hearing held; remaining unresolved claims to be noticed for hearings on merits, [7908] Hearing held; all remaining unresolved claims have been settled and noticed;, [7911] Status Hearing held; remaining unresolved claims to be noticed for hearing on merits, [7915] Hearing held; MOTION GRANTED. Proffer of testimony of K. Bradshaw accepted by Court. Order to be submitted, [7917] Hearing held; argument by parties; MOTION GRANTED; order to be submitted by counsel for Creditors' Committee, [7918] Hearing held; argument presented; APPLICATION APPROVED; order to be submitted by counsel for Creditors' Committee, [7919] Hearing held; parties have not been able to reach agreement; MOTION GRANTED---MEDIATION ORDERED BY COURT). Notice of Intent to Request Redaction Deadline Due By 07/7/2010. Redaction Request Due By 07/21/2010. Redacted Transcript Submission Due By 08/2/2010. Transcript access will be restricted through 09/28/2010. (Bowen, James)

The parties have [until July 8, 2010] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [July 22, 2010] [21 days from the date of filing of the transcript].

If a request for redaction is filed, the redacted transcript is due [August 2, 2010] [31 days from the date of filing of the transcript].

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [September 29, 2010] [90 calendar days from the date of filing of the transcript] unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

William C. Redden
Clerk, United States Bankruptcy Court

Date:    July 1, 2010