**Hearing Date: August 4, 2010, at 2:00 p.m.**
**Objection Deadline: July 28, 2010, at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| <u>et al.</u>, | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON
DEBTORS' MOTION FOR ORDER UNDER BANKRUPTCY CODE
SECTIONS 105, 363, 365 AND 503 AND BANKRUPTCY RULES 2002,
6004 AND 6006 (A) AUTHORIZING SELLER TO ENTER INTO AGREEMENT
FOR SALE OF CERTAIN REAL PROPERTY IN RICHMOND, VIRGINIA
SUBJECT TO HIGHER OR OTHERWISE BETTER BIDS, (B) APPROVING
TERMINATION FEE IN CONNECTION THEREWITH, (C) APPROVING
BIDDING PROCEDURES IN CONNECTION THEREWITH, (D) APPROVING
SALE FREE AND CLEAR OF ALL INTERESTS, (E) APPROVING
ASSUMPTION, ASSIGNMENT AND SALE OF CERTAIN UNEXPIRED LEASES
OF NON-RESIDENTIAL REAL PROPERTY FREE AND CLEAR OF ALL
INTERESTS, AND (F) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 13, 2010, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the Debtors' Motion for Order under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter into Agreement for Sale of Certain Real Property in Richmond, Virginia Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Bidding Procedures in Connection Therewith, (D) Approving Sale Free and Clear of All Interests, (E) Approving Assumption, Assignment and Sale of Certain Unexpired Leases of Non-Residential Real Property Free and Clear of All Interests, and (F) Granting Related Relief (the "Motion").

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order") no later than seven (7) calendar days before the scheduled hearing date, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Motion, or if you want the Court to consider your views on the Motion, then you or you attorney must:

[X]   File with the Court, either electronically or at
      the address shown below, a written response
      pursuant to Local Bankruptcy Rule 9013-1(H).  If
      you mail your response to the Court for filing,
      you must mail it early enough so the Court will
      **receive it on or before <u>July 28, 2010 at 4:00 p.m.
      (Eastern).</u>**

                    Clerk of Court
                    United States Bankruptcy Court
                    701 East Broad Street, Suite 4000
                    Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must
      also serve a copy of any written response and
      request for hearing by the foregoing date via
      electronic mail on the following:(i) the Core
      Group, which includes the Debtors, co-counsel to
      the Debtors, the Office of the United States
      Trustee, co-counsel for any committee, counsel to
      the agents for the Debtors' prepetition lenders,
      and counsel to the agents for the Debtors'
      postpetition lenders; (ii) the 2002 List; and
      (iii) those additional parties as required by the
      Case Management Order (all of which are defined in
      the Case Management Order), which can be found at
      www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin
      Huennekens, United States Bankruptcy Judge, **<u>at
      2:00 p.m. (Eastern Time) on August 4, 2010</u>** at the
      United States Bankruptcy Court, Room 5000, 701
      East Broad Street, Richmond, Virginia 23219.  **<u>If
      you or your attorney do not attend the hearing,
      the Court may grant the relief requested in the
      Motion</u>**.

      If you or your attorney do not take these steps, the
Court may decide that you do not oppose the relief sought in
the Motion and may enter an order granting the relief
requested.

Dated: July 13, 2010       SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia   FLOM, LLP
      Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      P.O. Box 636
      Wilmington, Delaware 19899-0636
      (302) 651-3000

      - and -

      SKADDEN, ARPS, SLATE, MEAGHER &
      FLOM, LLP
      Chris L. Dickerson, Esq.
      155 North Wacker Drive
      Chicago, Illinois 60606
      (312) 407-0700

      - and -

      MCGUIREWOODS LLP

      /s/ Douglas M. Foley         .
      Douglas M. Foley (VSB No. 34364)
      Sarah B. Boehm (VSB No. 45201)
      One James Center
      901 E. Cary Street
      Richmond, Virginia 23219
      (804) 775-1000

      Counsel for Debtors and Debtors
      in Possession

\13017879.1