# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

                                                Chapter 11

                                                Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                        **Newmen Technology Co Ltd**
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee     Name and Current Address of Transferor
should be sent

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425                   **Newmen Technology Co Ltd**
Greenwich, CT 06830                              Attn Fish Chou
Attn: Alisa Mumola                               Tongsheng Village
Phone 203-862-8211                               No 1Newmen Rd
                                                 Longhua, Shenzhen 518109
                                                 China

**Claim No. 983 for $4,200.00**
**Claim No. 1726 for $62,646.80**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____July 13, 2010_____
     Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

JUN.30. 2010  4:34PM

NO. 0230    P. 4

## EVIDENCE OF TRANSFER OF CLAIM

NEWMEN TECHNOLOGY CO., LTD, a ___Sole___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated _3rd, July_, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _3rd_ day of _July_ 2010.

(Assignor)
NEWMEN TECHNOLOGY CO., LTD

By: _____

Name: _Frank Zhu_

Title: _General Manager_

(Assignor)
WITNESS:

By: _____

Name: _Betty Chou_

Title: _Sales Department Manager_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____

Name: __MICHAEL J. RESTIFO__

Title: __CFO/MEMBER__

FROM : NEWMEM

FROM : NEWMEM              Contrarian Capital      Page: 2/2    Date: 7/4/2010 10:26:25 PM
                          FAX NO. : 33668968                2010.07.05   10:26     P2

JUN. 39. 2010  5:95PM                                         NO. 0230   P. 2

# Schedule A
## NEWMEN TECHNOLOGY CO LTD

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | 66,846.80 | | |
| Circuit City Stores, Inc. | 08-35653 | | 4,200.00 | 983 |
| Circuit City Stores, Inc. | 08-35653 | | 62,646.80 | 1736 |

Initials:
Seller _____  14
Buyer _____  7-2010