Jeremy S. Williams (VA 77469)
KUTAK ROCK LLP
Bank of America Center
1111 East Main Street, Suite 800
Richmond, Virginia 23219
Telephone: (804) 644-1700

J. Neale deGravelles
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ
618 Main Street
Baton Rouge, LA 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.* | Case No. 08-35653-KRH |
| Debtors. | Jointly Administered |

**WRITTEN RESPONSE BY CLAIMANT, JOE EVANS
(CLAIM NO. 3600) TO DEBTORS' SEVENTY-NINTH
OBJECTION TO CLAIMS (DISALLOWANCE OF
<u>CERTAIN LEGAL CLAIMS</u>)**

Joe Evans (Claim No. 3600), by counsel, hereby files this written response to Debtors' Seventy-Ninth Objection to Claims (Disallowance of Certain Legal Claims) and in support of its response, respectfully states as follows:

1.   **<u>Concise Statement of Relevant Facts Which Support This Response and Claim</u>**

The claimant who makes this written response is Joe Evans (Claim No. 3600), who makes this claim against the Debtors as a result of an automobile accident which occurred on November 27, 2004, in which the vehicle being driven by Joe Evans was struck in the rear by a vehicle being driven by one Charles Williams after Joe Evans' vehicle had come to a complete

4816-8625-0758.1

stop. Claimant attached to his Proof of Claim a copy of the Petition for Damages and First Supplemental and Amended Petition for Damages filed on his behalf and on behalf of his wife, Carolyn C. Evans, who was a passenger in his vehicle at the time of this accident. As additional support, Joe Evans, contemporaneously with this Written Response, had submitted directly to the Debtors, a Settlement Demand, which was prepared by undersigned counsel for Mr. Evans and which gives full details of the accident and the resulting injuries suffered by Mr. and Mrs. Evans. Annexed to that Settlement Demand are Exhibits 1 through 8, which comprise personal photographs of Mr. and Mrs. Evans, a recapitulation of medical expenses, a copy of the police investigative report of the accident, medical records from the treating physicians of Mr. and Mrs. Evans, and the deposition of Joe Evans given in that matter.

2.  **Identification of Other Documentation/Evidence Supporting This Response/Claim**

Please see the supplied Settlement Demand and Exhibits 1 through 8 attached thereto for documentation and evidence supporting this Claim and Response.

3.  **Declaration of Person With Personal Knowledge of Relevant Facts Supporting This Response**

The following individuals have personal knowledge of the relevant facts supporting this response:

    A.    Joe Evans, 19152 Woodlane Drive, Covington, LA 70433.

    B.    J. Neale deGravelles, deGravelles, Palmintier, Holthaus & Frugé, 618 Main Street, Baton Rouge, LA 70801-1910.

    C.    All persons mentioned in the Settlement Demand and Exhibits 1 through 8 attached thereto.

4. **Claimant's Address, Telephone Number and Name, Address, Telephone Number and Facsimile Number of Claimant's Attorney**

   The claimant's relevant information is as follows:

   A.   Joe Evans, 19152 Woodlane Drive, Covington, LA 70433, telephone (985) 892-4934.

   B.   J. Neale deGravelles, deGravelles, Palmintier, Holthaus & Frugé, 618 Main Street, Baton Rouge, LA 70801-1910, telephone (225) 344-3735, facsimile (225) 336-1146.

5. **Person With Authority to Reconcile, Settle or Otherwise Resolve the Objection on the Claimant's Behalf**

   J. Neale deGravelles, deGravelles, Palmintier, Holthaus & Frugé, 618 Main Street, Baton Rouge, LA 70801-1910, telephone (225) 344-3735, facsimile (225) 336-1146.

                              Respectfully submitted,


                              By: _/s/ Jeremy S. Williams_____

                                 Jeremy S. Williams (VA 77469)
                                 KUTAK ROCK LLP
                                 Bank of America Center
                                 1111 East Main Street, Suite 800
                                 Richmond, Virginia 23219
                                 Telephone: (804) 644-1700

                                 J. Neale deGravelles (LA Bar #29143)
                                 618 Main Street
                                 Baton Rouge, LA 70801-1910
                                 Telephone: 225-344-3735
                                 Facsimile: 225-336-1146

4816-8625-0758.1

## **CERTIFICATE OF SERVICE**

Pursuant to the Local Rules of this Court, I hereby certify under penalty of perjury that on July 14, 2010, a true and correct copy of the foregoing was served via the Court's ECF system to all necessary parties.

/s/ Jeremy S. Williams
Counsel