

**Photo # 17 REMAINS OF RADIO**



**Photo # 18 RIGHT SIDE DASH**



**Photo # 19 FRONT FLOOR AND SEAT AREA**



**Photo # 20 DASH WIRING**



**Photo # 21 DASH WIRING**



**Photo # 22 DASH WIRING**



**Photo # 23 DASH WIRING**



**Photo # 24 FRONT DASH AND FLOOR**



**Photo # 25 ITEMS IN TRUNK**



**Photo # 26 ITEMS IN TRUNK**



**Photo # 27 ITEMS IN TRUNK**



**Photo # 28 ITEMS IN TRUNK**



**Photo # 29 ITEMS IN TRUNK**



**Photo # 30 ITEMS IN TRUNK**



**Photo # 31 RADIATOR AND COMPONENTS FOUND IN INTERIOR**



**Photo # 32 RADIATOR FAN MOTOR AND WIRING**



**Photo # 33 ENGINE COMPARTMENT COMPONENTS FOUND IN INTERIOR**



**Photo # 34 UNDERSIDE OF HOOD**



**Photo # 35 ENGINE COMPARTMENT**



**Photo # 36 LEFT SIDE OF ENGINE COMPARTMENT**



**Photo # 37 CENTER OF ENGINE COMPARTMENT**



**Photo # 38 RIGHT SIDE OF ENGINE COMPARTMENT**



**Photo # 35 ENGINE COMPARTMENT**



**Photo # 36 LEFT SIDE OF ENGINE COMPARTMENT**



**Photo # 37 CENTER OF ENGINE COMPARTMENT**



**Photo # 38 RIGHT SIDE OF ENGINE COMPARTMENT**



**Photo # 39 RIGHT REAR OF ENGINE COMPARTMENT**



**Photo # 40 BATTERY AND WIRING**



**Photo # 41 ELECTRICAL EXAMINATION**



**Photo # 42 REMAINS OF FUEL LINES**



**Photo # 43 REMAINS OF FUEL LINES**



**Photo # 44 OIL LEVEL**



**Photo # 45 REMAINS OF OIL FILLER CAP**



**Photo # 46 LEFT FRONT UNDERCARRIAGE**



**Photo # 47 LEFT FRONT UNDERCARRIAGE**



**Photo # 48 RIGHT FRONT UNDERCARRIAGE**



**Photo # 49 FRONT UNDERCARRIAGE**



**Photo # 50 UNDERCARRIAGE**



**Photo # 51 UNDERCARRIAGE**



**Photo # 52 UNDERCARRIAGE**



**Photo # 53 UNDERCARRIAGE**



**Photo # 54 UNDERCARRIAGE**



**Photo # 55 UNDERCARRIAGE**



**Photo # 56 UNDERCARRIAGE**