

**Photo # 57 UNDERCARRIAGE**
**EXAMINATION CONDUCTED 5/29/07:**



**Photo # 58 STOCK NUMBER**



**Photo # 59 FRONT VIEW OF VEHICLE**



**Photo # 60 TOP OF HOOD**



**Photo # 61 FRONT VIEW OF INTERIOR**



**Photo # 62 LEFT SIDE VIEW**



**Photo # 63 REAR VIEW**



**Photo # 64 TRUNK LOCK AREA DAMAGED**



**Photo # 65 RIGHT SIDE VIEW**



**Photo # 66 DASH AREA**



**Photo # 67 INTERIOR FRONT**



**Photo # 68 INTERIOR REAR**



**Photo # 69 REAR VIEW OF INTERIOR**



**Photo # 70 INTERIOR FRONT**



**Photo # 71 INTERIOR REAR**



**Photo # 72 ITEMS IN TRUNK**



**Photo # 73 VIN**



**Photo # 74 UNDERSIDE OF HOOD**



**Photo # 75 ENGINE COMPARTMENT**



**Photo # 76 LEFT SIDE OF ENGINE COMPARTMENT**



**Photo # 77 CENTER OF ENGINE COMPARTMENT**



**Photo # 78 RIGHT SIDE OF ENGINE COMPARTMENT**



**Photo # 79 LEFT FRONT UNDERCARRIAGE**



**Photo # 80 CENTER UNDERCARRIAGE**



**Photo # 81 RIGHT SIDE UNDERCARRIAGE**



**Photo # 82 TOP OF ENGINE**



**Photo # 83 OIL LEVEL**



**Photo # 84 BATTERY AND WIRING**



**Photo # 87 COOLER ASSEMBLY**



**Photo # 88 FAN MOTOR AND LICENSE PLATE**



**Photo # 89 FAN MOTOR AND WIRING**



**Photo # 90 RIGHT REAR OF ENGINE COMPARTMENT**



**Photo # 91 LEFT SIDE OF DASH**



**Photo # 92 LEFT SIDE OF DASH AND FLOOR**



**Photo # 93 CENTER DASH**



**Photo # 94 RIGHT SIDE OF DASH**



**Photo # 95 UNDERCARRIAGE**



**Photo # 96 UNDERCARRIAGE**



**Photo # 97 UNDERCARRIAGE**



**Photo # 98 UNDERCARRIAGE**



**Photo # 99 UNDERCARRIAGE**



**Photo # 100 UNDERCARRIAGE**



**Photo # 101 FUEL FILTER REMAINS**



**Photo # 102 UNDERCARRIAGE**



**Photo # 103 UNDERCARRIAGE**



**Photo # 104 UNDERCARRIAGE**



**Photo # 105 UNDERCARRIAGE**



**Photo # 106 ITEMS IN TRUNK**



**Photo # 107 LEFT FRONT DASH WIRING**



**Photo # 108 LEFT FRONT DASH WIRING AND REMAINS OF HOLDER**



**Photo # 109 LEFT FRONT DASH AFTERMARKET WIRING**



**Photo # 110 LEFT FRONT FUSE PANEL AND WIRING DAMAGE**