

Photo # 111 LEFT FRONT FUSE PANEL AND WIRING DAMAGE



Photo # 112 REMAINS OF AFTERMARKET ANTENNA WIRING



**Photo # 113 REMAINS OF AFTERMARKET ANTENNA WIRING**



**Photo # 114 REMAINS OF AFTERMARKET ANTENNA WIRING**



**Photo # 115 REMAINS OF AFTERMARKET ANTENNA WIRING**



**Photo # 116 MARK ON LEFT FRONT ROOF AREA**



**Photo # 117 AFTERMARKET WIRING AND DAMAGE**



**Photo # 118 CIRCUIT BOARDS FOUND ON FLOOR**



Photo # 119 REMAINS OF CIGARETTE LIGHTER



Photo # 120 REMAINS OF CIGARETTE LIGHTER


Photo # 121 CIRCUIT BOARD REMAINS FOUND


Photo # 122 CIRCUIT BOARD REMAINS FOUND



Photo # 123 BATTERY AND WIRING



Photo # 124 BATTERY AND WIRING



Photo # 125 ENGINE COMPARTMENT WIRING

# NEW YORK AFFIDAVIT OF VEHICLE FIRE

**NY INSURANCE CODE § 403**

"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR *THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION.*"

IF ANY INFORMATION PROVIDED IN THIS STATEMENT IS FALSE, IT MAY BE THE BASIS FOR THE DENIAL OF YOUR CLAIM AND LEGAL ACTION. ALL QUESTIONS MUST BE ANSWERED OR THIS AFFIDAVIT MAY BE REJECTED. IF YOUR ANSWER TO A QUESTION IS NOT KNOWN, PLEASE FILL IN "UNKNOWN". IF THE QUESTION DOES NOT APPLY, FILL IN "N/A".

Name of Insured: Aaron Hornstein
Address (if p.o. box, include physical address): P.O. Box 102, Davenport, NY 13750 / 16144 St. Hwy 23
Occupation: Post graduate
Name, Address of Employer: None
Length of Present Employment: N/A
Business Phone #: N/A
Current Salary: N/A
Annual Household Income: N/A

Home Phone #: (607) 821-9766 cell
Driver's License #: 191 940 366  State Issued: NY
Social Security # / T.I.N. #: 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
Date of Birth: 10-27-81   Marital Status: Single
Spouse Name: N/A
Spouse Employer Name, Address: N/A
Spouse Employer Phone #: N/A
Number of Dependents: None
Number of Persons in Household: 4
How Long Resided at Current Address: 25 years

**I. THIS SECTION TO BE COMPLETED IF VEHICLE WAS BEING DRIVEN AT TIME OF FIRE**

Where was vehicle being driven to? Gym - Restoration
For what reason? Work out
Name, address, phone # of driver: Aaron Hornstein, 16144 St Hwy 23, Davenport 13750, 607-821-9766
Name, address, phone # of all passengers: N/A

Did you smell smoke or see flames first? Smoke   Where did fire appear to start? Behind the dash
Did you hear any unusual noises prior to the fire? ☐ Yes ☒ No   If yes, describe _____
Did you notice any electrical or mechanical malfunctions prior to the fire? ☐ Yes ☒ No   If yes, describe _____

**II. THIS SECTION TO BE COMPLETED IF VEHICLE WAS PARKED OR UNATTENDED AT TIME OF FIRE**

Specific location where vehicle was parked _____
Reason for being at this location _____
Name(s), address(es), phone #('s) of person(s) who left car there _____

Was vehicle locked? ☐ Yes ☐ No   Were keys left in car? ☐ Yes ☐ No
Were windows rolled up? ☐ Yes ☐ No   How did you first learn of the fire? _____
Do you suspect anyone of setting fire to your vehicle? ☐ Yes ☐ No   If yes, who? _____
Was this information given to the Police / Fire Department? ☐ Yes ☐ No

**III. COMPLETE ALL ADDITIONAL SECTIONS**

Date of fire: 4-20-07   Time: 9:20 AM   Day of week: Fri   Amount for which you are making claim $ Car Value
Was fire reported to Fire Department? ☒ Yes ☐ No   If no, why not? _____
When was fire reported to Fire Department? Date: 4-20-07  Time: 9:25 AM
By whom (name, address, phone #): Aaron Hornstein, 16144 St Hwy 23, Davenport NY 13750, 607-821-9766
Name, location of responding Fire Department: Syosset Fire Dept, Syosset, NY
Fire Department report #: 2007-000510 (copy of fire report included)
Did police also respond to fire? ☒ Yes ☐ No   If yes, name of Police Department: Nassau County PD
Were you carrying any flammable liquids in vehicle? (examples: spare gas can, starter fluid, etc.) ☐ Yes ☒ No
If yes, type _____  Where was container located? _____
Container size: N/A
Year of vehicle: 2005   Make: Volkswagen   Model: Jetta GLI   Body Type: Sedan   Color: Black
Vehicle Identification Number: 3VWSE69M45M042414
License plate #: DBV 4904   Expiration date: 10-27-10   State: NY   Odometer reading: approx. 45,000
Certificate of Title #: N/A   If none, why? Volkswagen Credit is title holder
Name, address appearing on title: N/A
Was vehicle previously salvaged, reconstructed, rebuilt, or junked? ☐ Yes ☒ No   If yes, explain _____

Has vehicle been damaged during the past three years? ☐ Yes ☒ No   Describe each occurrence (location, type, amount of damage, date) _____

Were repairs completed? ☐ Yes ☒ No  ☐ Partial   By whom (name, address, phone #)? _____

Name, address of insurance company who paid damage claim, if any: N/A
Have you filed any other insurance claims in the last 3 years (including Homeowners, Boat, Auto, etc.)? ☐ Yes ☒ No
If yes, describe each claim (type of claim, date, location, & amount paid) _____

Form No. 2201 (12.05) NY

Do you or anyone else have additional insurance on this vehicle? ☐ Yes ☒ No
If yes, who? (name, address, phone #) _____
Name of other insurance company/agent __N/A__
Any other vehicles in your household? ☒ Yes ☐ No   Name of insurance company and agent on these other vehicles __Progressive Insurance, Gordon B. Roberts Agency__
Your prior insurance company and agent __State Farm Insurance, Bill Ellis__
Membership AAA or other road service club? ☐ Yes ☒ No
Club name _____  Member # _____

### IV. VEHICLE EQUIPMENT (check box if vehicle had any of the following, indicating purchase price/date)

| | | | |
|---|---|---|---|
| ☒ Power windows | ☒ Power mirrors | ☒ Driver-side air bags | ☒ Std. transmission 6 Speed |
| ☒ Air conditioning | ☐ Driver-side power seat | ☒ Passenger-side air bags | ☐ Automatic transmission |
| ☐ Cellular phone make_____ | ☐ Passenger-side power seat | ☒ Tilt steering wheel | ☒ Electrical/manual trunk release |
| ☒ Cruise control | ☒ ABS brakes | ☐ Tinted glass | ☐ Luggage rack |
| ☐ Alarm system | ☒ Stereo AM/FM | ☐ T-tops | ☒ Aluminum/alloy wheels |
| ☒ Passive | ☒ Cassette | ☐ Factory | ☐ Factory |
| ☐ Non-passive | ☒ CD player | ☐ After market | ☐ After market |
| Brand type_____ | CD player mounting Location_____ | | Make _____ |
| ☐ Leather interior | ☐ All-wheel drive | ☒ Power door locks | ☐ Convertible top |
| | | ☒ Remote/keyless entry | ☒ Sun roof |

If cellular phone was checked, list phone # and servicing co. __N/A__
Was all equipment/accessories operational prior to loss? ☒ Yes ☐ No   If no, describe _____

### V. VEHICLE CONDITION (Other Distinguishing Features — Dents, decals, trailer hitch, Interior, etc.) Prior to Loss

| | Poor | Fair | Good | Excellent | DESCRIPTION | NEW | REBUILT |
|---|---|---|---|---|---|---|---|
| Paint | | | | X | | | |
| Transmission | | | | X | | | |
| Engine | | | | X | | | |
| Body | | | | X | | | |
| Tires | | | | X | Less than 10,000 miles | | |

1. Who performs routine maintenance service? __Circuit Volkswagen / Jiffy Lube__ Date last serviced __3/23/07__
2. Date of last repair work __N/A__ By whom? _____
3. Type of repair completed? __N/A__
4. Who performed current state emission test? __Service Station, Levittown, NY__ Date last inspected __4-06__
5. Who performed last state inspection? __Service Station, Levittown, NY__ Date last inspected __4-06__
6. Pre-insurance inspection completed? ☒ Yes ☐ No  If yes, by whom? __Volkswagen Sunnyvale, CA__

### VI.
Date vehicle purchased/leased? __December 18, 2004__ ☒ New ☐ Used  Purchase price $ __32,000__
Name, address, & phone # of dealer or individual you purchased vehicle from __Sunnyvale Volkswagen__
__1025 E. El Camino Real, Sunnyvale, CA 94087 - 408-739-7321__
Trade in vehicle __04 VW Jetta__ Trade in allowance __N/A__ How did you learn vehicle was for sale/lease? __Showroom__
How was vehicle paid for? ☐ Cash ☐ Check ☒ Financed ☐ Other-Explain _____
Mileage on vehicle at time of purchase/lease __68 miles approx.__ At time of purchase was the vehicle damaged? ☐ Yes ☒ No  If yes, describe _____
If financed/leased - name, address, phone # of company __Volkswagen Credit, City of Industry, CA 91716, 1-800-428-465__
Account # __836737392__ At the time of fire, balance due $ __approx 19,000__ Loan term (months) __99__
Monthly payment $ __394.04__ Date last loan payment made __4-16-07__ Is account past due? ☐ Yes ☒ No '07
If yes, how long? __N/A__ If vehicle leased, length of lease __48__ What is turn-in date of lease? __12-18-08__
Have you offered vehicle for sale or trade? ☐ Yes ☒ No  When? _____  How much? _____
Any offers? ☐ Yes ☐ No  Who? __N/A__
How long was it for sale or trade? __N/A__ _____ Are keys in your possession? ☒ Yes ☐ No
How many sets of keys? __2__ Who has them? __Jason Hornstein__
Were all keys accounted for at time of fire? ☐ Yes ☒ No  If no, explain __No one set of keys in car__

**NY INSURANCE CODE § 403**
"ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR COMMERCIAL INSURANCE OR A STATEMENT OF CLAIM FOR ANY COMMERCIAL OR PERSONAL INSURANCE BENEFITS CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, AND ANY PERSON WHO, IN CONNECTION WITH SUCH APPLICATION OR CLAIM, KNOWINGLY MAKES OR KNOWINGLY ASSISTS, ABETS, SOLICITS OR CONSPIRES WITH ANOTHER TO MAKE A FALSE REPORT OF THE THEFT, DESTRUCTION, DAMAGE OR CONVERSION OF ANY MOTOR VEHICLE TO A LAW ENFORCEMENT AGENCY, THE DEPARTMENT OF MOTOR VEHICLES OR AN INSURANCE COMPANY, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE VALUE OF THE SUBJECT MOTOR VEHICLE OR STATED CLAIM FOR EACH VIOLATION."

This affidavit must be signed, notarized, and returned by mail to a Progressive claims office. The undersigned, being first duly sworn, hereby affirms that all statements made herein of his or her own knowledge are true and that all statements made herein on information and belief are believed to be true.

Signed _____
Signature Individual Completing Affidavit

Witness _____    Witness Address _____
Witness signature

Subscribed and sworn to, before me, this _____ day of __July__, Year __200_
RONA BORDONARO
Notary Public, State of New York
No. 489-881
Qualified in Suffolk County
Term Expires May 11, 20__
Licensed Notary - State Of _____
___ Personally Known
___ Identification Produced

**VW Credit Leasing, Ltd.**
PO Box 7572
Libertyville, IL 60048-7572
866-623-8350

May 15, 2007

nick progressive

Re:  Customer:        CONNIE HORNSTRA
                     AARON HORNSTRA
     Account #:       836737392
     Vehicle:         2005 VW JETTA SDN GLI 1.8
     VIN:             3VWSE69M45M042479

To Whom It May Concern,

### LETTER OF GUARANTEE

Upon processing of the insurance check for:

Claim #:   071213997
Amount:    $16,485.00

VW Credit Leasing Ltd. guarantees to send the title on the above referenced vehicle. **Please provide us with the Title Release Mailing Address.**

In order to expedite processing, please include the above referenced account number on the check.

| Please send the funds to: | Any overnight mail should be sent: |
|---|---|
| VCI Account Services, LLC | VCI Account Services, LLC |
| Attention: Total Loss | Attention: Total Loss |
| PO Box 7572 | 1401 Franklin Blvd. |
| Libertyville, IL 60048-7572 | Libertyville IL 60048 |

The seller has assigned its rights, but not its obligations, in the transaction agreement to sell this vehicle to VCI Account Services, LLC.

Sincerely,

Total Loss Department
866-623-8350

# Syosset Fire District
## Dispatch Summary

**Incident #:** 2007-000516
**Box, Zone or District:** GENL
**Time:** 09:37:11
**Date:** 04/20/2007
**Address:** WOODBURY ROAD
**Cross Streets:** JERICHO TURNPIKE and AVERY ROAD
**Occupant:**
**Dispatch Call Type:** VEHICLE FIRE
**Additional Call Info:** CAR
**Caller Name and Number:** FIRECOM
**Priority:** 1
**Dispatcher:** 16

### Additional Comments
FULLY INVOLVED CAR FIRE EXTINGUISHED AND OVERHAULED BY F.D PERSONNELL.

### Non Vehicle Time Stamps

| Time | Apparatus | Description | Location (if applicable) |
|---|---|---|---|
| 09:37:11 | | Time of Activation | WOODBURY ROAD |
| 10:11:09 | | Release Manpower In Qtrs | WOODBURY ROAD |
| 10:51:54 | | End of Alarm | WOODBURY ROAD |

### Vehicle Time Stamps

| Unit # | Disp | Enroute | At Scene | Enroute to Hospital | At Hospital | SIGNAL 13 | Available for duty | Secure At Quarters |
|---|---|---|---|---|---|---|---|---|
| 5803 | | 09:40:22 | 09:50:13 | - | - | 10:11:20 | 10:11:21 | 10:11:22 |
| 5896 | | 09:42:18 | 09:43:32 | - | - | 10:11:59 | 10:12:00 | 10:12:00 |
| 5812 | | 09:42:43 | 09:45:11 | - | - | 10:17:28 | 10:17:29 | 10:21:22 |
| 5800 | | 09:43:53 | 09:53:34 | - | - | 10:11:23 | 10:11:24 | 10:11:24 |
| 5855 | | 09:44:07 | 09:50:08 | - | - | 10:14:28 | 10:14:29 | 10:51:51 |
| 5891 | | [1] 09:46:42 | 09:50:30 | - | - | 10:11:57 | 10:11:58 | 10:18:03 |

### Vehicle Time Stamp Comments
[1] 2 E

| A | 30064 | S)osset Fire District | NY | 04/20/2007 | | 2007-000516 | 000 | NFIRS - 1 |
|---|---|---|---|---|---|---|---|---|
| | FDID | Fire Department | Stat | Incident Date | Station | Incident Number | Exposure | Basic |

**B   Location**
1 - Street  
Address Type | Number/Milepost | Prefix | WOODBURY ROAD — Street or Highway | | Street Type | Suffix  
Census Tract  
Apt/Suite/Room | WOODBURY — City | NY — State | 11797- — Zip Code  
JERICHO TURNPIKE — Cross Street, Directions or National Grid

**C   Incident Type**
131 - Passenger vehicle fire

**D   Aid Given or Received**
N - None  
Mutual Aid Cod | Their FDID  
Their State | Their Inc. #

**E₁   Dates & Times**
| | Date | Time |
|---|---|---|
| Alarm | 04/20/2007 | 09:37 |
| Time Out | 04/20/2007 | 09:40 |
| Arrival | 04/20/2007 | 09:43 |
| Controlled | 04/20/2007 | |
| Last Unit | 04/20/2007 | 10:51 |

**E₂   Shift & Alarms**
2 | | 580 | GENL  
Shift | Alarms | District | Alarm Box

**E₃   Special Studies**
| Y  
Special Study ID | Special Study Value

**F   Actions Taken**
1. 11 - Extinguishment by fire service personnel
2. 12 - Salvage & overhaul
3.

**G₁   Resources**
☐ Check if Apparatus or Personnel form is used  
| | Apparatus | Personnel |
|---|---|---|
| Suppression | 0 | 0 |
| EMS | 0 | 0 |
| Other | 0 | 0 |
| Personnel Not on Apparatus | | 0 |
| Total Personnel | | 24 |
☐ Includes Aid from Resources

**G₂   Est. Dollar Losses & Values**
LOSSES:  
Property: $5,000  
Contents: $0  
PRE-INCIDENT VALUE  
Property:  
Contents:

**Completed Modules**
☒ FIRE-2  ☐ HazMat-7  
☐ Structure-3  ☐ Wildland Fire-8  
☐ Civilian Fire Cas.-4  ☒ Apparatus-9  
☐ Fire Serv. Casualty-5  ☒ Personnel-10  
☐ EMS-6  ☐ Arson-11

**H₁   Casualties**
| | Deaths | Injuries |
|---|---|---|
| Fire Service | 0 | 0 |
| Civilian | 0 | 0 |

**H₂   Detector**

**H₃   Hazardous Materials Release**

**I   Mixed Use Property**

**J   Property Use**   963 - Street or road in commercial area

**K₁   Person/Entity Involved**
Business name (if applicable) | Phone Number  
Mr., Ms, Mrs | AARON — First Name | MI | HORNSTRA — Last Name | Suffix  
Number | Prefix | Street or Highway | Street Type | Suffix  
713 — Post Office Box | Apt/Suite/Room | ONEONTA — City | NY — State | 13820- — Zip Code

| FDID | Fire Department | State | Incident Date | Station | Incident Number | Exposure | | NFIRS - 1 |
|---|---|---|---|---|---|---|---|---|
| 30064 | Syosset Fire District | NY | 04/20/2007 | | 2007-000516 | 000 | No Activity | Basic - pg 2 |

**K2 Owner**

Business name (if applicable): 

Phone Number: 

Mr., Ms., Mrs.: 
First Name: AARON
MI: 
Last Name: HORNSTRA
Suffix: 

Number: 
Prefix: 
Street or Highway: 
Street Type: 
Suffix: 

Post Office Box: 713
Apt/Suite/Room: 
City: ONEONTA
State: NY
Zip Code: 13820

**L Remarks**   For Additional Notes, Please Run the Report Entitled "User Defined and Notes"

FULLY INVOLVED CAR FIRE EXTINGUISHED AND OVERHAULED BY F.D PERSONNELL.

**M Authorization**

| Officer in Charge | Signature | Rank | Assignment | Date |
|---|---|---|---|---|
| 534-Feeney, Thomas | | Chief | | 04/20/2007 |
| Member Making Report | Signature | Rank | Assignment | Date |
| 115-Dhewen, Rt... | | Dispatcher | | 04/20/2007 |

**R RedAlert (tm) Specific**

Y
General Alarm ?    Signal 5?

| **Syosset Fire District** | Incident #: 2007-000516 |
| --- | --- |
| | Address: WOODBURY ROAD |
| **Incident Narrative and Addendums** | Date: 04/20/2007 |

**Narrative**

FULLY INVOLVED CAR FIRE EXTINGUISHED AND OVERHAULED BY F.D PERSONNELL.

# APPLICATION FOR PUBLIC ACCESS TO RECORDS

TO: RECORDS ACCESS OFFICER

SYOSSET FIRE DISTRICT
50 Cold Spring Road
Syosset, New York 11791

FROM: _Nick Celli Claims Investigator - Progressive Insurance_
(Name of Person Requesting Access to Records)

I hereby apply to inspect the following record:

- Fire Report # 30064
- Insured Aaron Harnstra
- Vehicle: 2005 Volkswagen Jetta
- Date/Time: 04/20 @ 9:30 am

Name: _Nick Celli_

Representing: _Progressive Insurance_

Mailing Address: _75-20 Astoria Blvd, Suite 520_
_East Elmhurst, NY 11370_

Telephone No.: ____-___-7253   718-___-____  (fax)_

Signature: [signed]          Date: _04/23/07_

# New York State INCIDENT REPORT

| Field | Value |
|---|---|
| FD | 0064 |
| Department Name | Syosset Fire District |
| Alarm Box | |
| District | 580 |
| Time In | 12:11 |
| Revised Report | |
| Incident No. | 100254 |
| Exp. | 00 |
| Date | 02/25/2002 |
| Day of Week | Monday |
| Alarm Time | 10:55 |
| Time Out | 10:58 |
| Arr. Time | 11:01 |

**Incident Address:** 85 UNDERHILL BOULEVARD, SYOSSET, 11791-

**Owner Address:** 85 UNDERHILL BOULEVARD, SYOSSET, NY 11791-

### Fire Service Response
- Personnel: 24
- Engines:
- Aerials:
- Tankers:
- Other Vehicles: 3

**Method of Alarm From Public:** 7
**Type of Situation Found:** 32
**Type of Action Taken:** Primary 7, Medical Assistance 7

**Officer in Charge:** Rosco, Richard
**Date:** 02/25/2002
**Member Making Report:** Ohawan, Ronit
**Date:** 02/25/2002

**REMARKS:** REPORT OF AIDE WITH BACK INJURY, TRANSPORTED VIA 585 TO NORTH SHORE HOSP. AT SYOSSET.

# Total Loss Settlement Report

**PROGRESSIVE**
Progressive Northeastern Ins Co
75-20 ASTORIA BLVD
SUITE 320
EAST ELMHURST, NY 11370
(718) 803-7253

| | |
|---|---|
| **Date:** 5/11/2007 | **Prepared by:** NICHOLAS CELLI |
| **Owner:** AARON C HORNSTRA | **Claim Number:** 071213997 |
| **Vehicle:** 05 VOLKS JETTA GLI 4D | **Date of Loss:** 04/20/2007 |
| **VIN:** 3VWSE69M45M042479 | **Adjuster License:** IA-1022208 |

### Important information regarding your settlement offer and explanation of Actual Cash Value (ACV)

We would like to inform you that we have made a determination regarding the total loss of your vehicle. Our settlement is based upon evaluation of your vehicle's actual cash value. If a lien holder is involved, the payment to you may change based upon the exact payoff amount of your loan. In order to determine your vehicle's actual cash value, we have performed a detailed evaluation of the vehicle's condition and probable value immediately prior to the loss.

We will demonstrate how we arrived at this amount so you may be confident that our value is fair and reasonable in the current local market. We will include applicable taxes and fees when required by law. Our settlement, less any applicable deductible amount, is contingent upon our receipt of a "clean" title with no liens attached.

In most cases, we will also collect and arrange for the disposition of your damaged vehicle. We will need the actual title for the vehicle in order to complete this process. You may retain the vehicle salvage in some instances. Please note we make the appropriate deduction for the salvage amount when presenting our settlement offer to you. Additional titling requirements may also need to be completed.

If you disagree with our valuation of your vehicle's actual cash value, we will consider your opinion and may revise our determination if credible information is presented to us. If you are insured with us and the amount of the vehicle's actual cash value remains in dispute, either party may request to proceed under the Appraisal section of your insurance policy contract. Please refer to your policy contract for more detailed information on the Appraisal process.

**To determine the Actual Cash Value (ACV) of your vehicle, we will:**

- **Determine the baseline value**

- **Make adjustments to account for any excessive wear and tear and/or prior damage**
  The local market value does not take into consideration your particular vehicle's condition, unrepaired prior damage or excess wear and tear. We will itemize and estimate the cost of repairs and work that would make your vehicle comparable to the market value determined. We may add or subtract for generalized "dealer prep" or reconditioning charges if the vehicle requires adjustment. We may ask you to provide information about the vehicle that is not readily apparent by inspecting it, such as general maintenance and repair history, title history and title status (such as clean or rebuilt salvage).

- **Include the value of extraordinary refurbishments or repairs**
  Vehicles in exceptionally clean condition may appraise higher than retail value. We also consider the cost and value of recent refurbishments. In general, though, refurbishment or recent replacement of maintenance type items does not increase the value of the vehicle, because those items are assumed in the value; they are expected to be in place and in good condition when a vehicle is sold.

**How we determined the Actual Cash Value (ACV) of your vehicle.**

☐ **2 BOOK**
The evaluation of your vehicle is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(i) The method used was obtaining the average of the retail values from the NADA Book and the NMR Red Book.

☐ **Substantially similar**
The evaluation is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(ii) The method used was based on locating a substantially similar vehicle to yours from a qualified dealer. A qualified dealer reasonably located within 25 miles of the place of principal garagement of your vehicle.

☐ **Computerized Database**
The evaluation is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(iii) A quotation obtained from a computerized database, approved by the superintendent, that produces statistically valid fair market values for a substantially similar vehicle, within the local market area.

☐ **180 day**
The evaluation is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(iv) The value was determined based on the purchase price, plus the cost of any substantiated improvements, less the deductible, purchased within the last 180 calendar days prior to the date of loss.

☐ **Best Available Method**
The evaluation is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(v) If it is not possible to value the damaged motor vehicle by using an alternative method as described in subparagraph (i), (ii), (iii) or (iv) of this paragraph, the insurer shall determine the retail value by the best available method and shall explain to the insured how its offer was calculated.

☐ **90 DAY**
The evaluation is based upon the New York State Fair Claims Act (Regulation 64). 216.7 (c)(1)(3) The method used was based on obtaining the reasonable purchase price of a new vehicle, identical to yours on the date of loss, less any applicable deductible and an allowance for depreciation in accordance with the state schedule.

Adjusted the average retail value by the amount needed to bring your vehicle to retail standard: The retail value does not take into consideration your particular vehicle's condition, unrepaired prior damage or excess wear and tear. We will itemize and estimate the cost of repairs and work that would make your vehicle comparable to the retail standard assumed by the N.A.D.A. Official Guide and the NMR Red Book. Progressive may deduct documented, reasonable dealer preparation charges, up to $100.00, from the average of the retail values. We may ask you to provide information about the vehicle that's not readily apparent by inspecting it, such as general maintenance and repair history, whether you are the original owner, title history and title status.

Vehicles in exceptionally clean condition may appraise higher than retail value. We also consider the cost and value of recent refurbishments. In general, though, refurbishments or recent replacement of maintenance type items does not increase the value of the vehicle, because those items are assumed in the value; they are expected to be in place and in good condition when a vehicle is sold.

"Should you wish to take this matter up with the New York State Insurance Department, you may file with the Department either on its website at www.ins.state.ny.us/complhow.htm or you may write to or visit the Consumer Services Bureau, New York State Insurance Department, at: 25 Beaver Street, New York, NY 10004. One Commerce Plaza, Albany, NY 12257. 200 Old Country Road, Suite 340, Mineola, NY 11501. or Walter J. Mahoney Office Building, 65 Court Street, Buffalo, NY 14202."