| 1 | **Baseline Value** | **$16,985.00** |
|---|---|---|
| 2 | Preexisting Damage<br>$0.00 X  0.00 % | $0.00 |
| 3 | Condition Adjustment | $0.00 |
| 4 | Refurbishment(s) | $0.00 |
| 5 | Custom Parts & Equipment | $0.00 |
| 6 | **Actual Cash Value** | **$16,985.00** |
| 7 | Fees | $0.00 |
| 8 | Taxes<br>Taxes applied to settlement | $0.00 |
| 9 | **Net Settlement** | **$16,985.00** |
| 10 | Deductible | ($500.00) |
| 11 | **Total Settlement** | **$16,485.00** |

**Lien Holder Account Balance (Amount You Owe)**

VW CREDIT LEASING  Payoff as of  5/21/2007 $18,310.05
VW CREDIT LEASING  Payoff as of             $18,310.05

$18,310.05

**Net to Owner**                                                                                       $0.00

Date: 04/25/2007 01:37 PM
Estimate ID: 07-1213997-01
Estimate Version: 0
Committed
Profile ID: Qns:AllexceptAM

# PROGRESSIVE

444 MERRICK ROAD SUITE 200, LYNBROOK, NY 11563

Damage Assessed By: NICK CELLI LIC# IA-1022208         Claim Rep: Nick Celli

* Product Type: Auto
* Date of Loss: 04/20/2007
* Deductible: 500.00
  Policy No: 18077285                                   * Claim Number: 07-1213997-01

Insured: ROBERT HORNSTRA
Claimant: AARON HORNSTRA
Address: 2895 NOEL COURT, DAVEMPORT, NY 13750
Telephone: Work Phone: (607) 433-4169         Home Phone: (607) 821-9766
Owner: AARON HORNSTRA
Address: 2895 NOEL COURT, DAVEMPORT, NY 13750
Telephone: Work Phone: (607) 433-4169         Home Phone: (607) 821-9766

Mitchell Service: 918370

Description: 2005 Volkswagen Jetta GLS 1.8T          Vehicle Production Date: 00/00
Body Style: 4D Wgn                                    Drive Train: 1.8L Turbo Inj 4 Cyl 5M FWD
VIN: 3VWSE69M45M042479                                License: DBV9804 NY
OEM/ALT: A                                            Search Code: EELMHURST2
Color: BLACK
Options: ANTI-LOCK BRAKE SYS. (ABS), ALUM/ALLOY WHEELS, AIR CONDITIONING, POWER STEERING
POWER BRAKES, POWER WINDOWS, POWER DOOR LOCKS, TILT STEERING WHEEL
CRUISE CONTROL, ELECTRIC DEFOGGER, POWER SUNROOF, 5 SPEED MANUAL TRANSMISSION
POWER DRIVER SEAT, AM-FM STEREO/CDPLAYER(SINGLE), CENTER CONSOLE
PASSENGER-FRONT AIR BAG, POWER REMOTE MIRROR, 4 WHEEL DISC BRAKES
DRIVER-FRONT AIR BAG, DRIVER-SIDE AIR BAG, PASSENGER-SIDE AIR BAG

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|
| | | | | **MANUAL ENTRIES** | | | |
| 1 | 900500 | MCH* | REMOVE/REPLACE | VEHICLE IS AN OTL - FIRE | New | 0.00 * | 0.0* |

* - Judgment Item

Remarks
Vehicle Is A Total Loss - Fire

All manufacturers requirements regarding seat belt and supplemental
restraint system replacement must be adhered to.  If additional parts
or operations are necessary to properly accomplish this, please
contact the estimating claims rep.

ESTIMATE RECALL NUMBER: 04/25/2007 13:36:58 07-1213997-01
Mitchell Data Version: FEB_07_A          UltraMate is a Trademark of Mitchell International
UltraMate Version: 6.0.021               Copyright (C) 1994 - 2005 Mitchell International          Page 1 of 3
                                         All Rights Reserved

Date: 04/25/2007 01:37 PM
Estimate ID: 07-1213997-01
Estimate Version: 0
Committed
Profile ID: Qns:AllexceptAM

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | II. Part Replacement Summary | Amount |
|---|---|---|---|---|---|---|---|
| Labor Summary | 0.0 | | | | 0.00 | Total Replacement Parts Amount | 0.00 |

| III. Additional Costs | | | Amount | IV. Adjustments | Amount |
|---|---|---|---|---|---|
| Total Additional Costs | | | 0.00 | Insurance Deductible | 500.00- |
| | | | | **Subtotal of Adjustments Exceeds Gross Total** | |
| | | | | Customer Responsibility | 0.00 |
| | | | I. | Total Labor: | 0.00 |
| | | | II. | Total Replacement Parts: | 0.00 |
| | | | III. | Total Additional Costs: | 0.00 |
| | | | | Gross Total: | 0.00 |
| | | | IV. | Total Adjustments: | 0.00 |
| | | | | Net Total: | 0.00 |

Point(s) of Impact

16 Non-Collision (P)

Inspection Site: Conti Auto Body
Address: 44 Hasket Dr
Syosset, NY
Inspection Date: 04/25/2007

Body Shop: Conti Auto Body
Address: 44 Hasket Dr
Syosset, NY

THIS IS A DAMAGE ASSESSMENT ONLY - NOT AN AUTHORIZATION TO REPAIR - BASED ON DAMAGE VISIBLE OR CERTAIN AT THE TIME IT WAS WRITTEN.

IF FRAME OR UNIBODY REPAIR IS INCLUDED ON THIS ESTIMATE, THE AMOUNT SHOWN INCLUDES TIME OR ALLOWANCE FOR MEASURING BEFORE, DURING AND AFTER THOSE REPAIRS.

THE OWNER OF THE VEHICLE MAY SELECT THE REPAIR FACILITY OF HIS/HER CHOICE.

TO ENSURE PROPER AND PROMPT PAYMENT FOR ADDITIONAL DAMAGE DISCOVERED DURING THE COURSE OF REPAIRS, CONTACT PROGRESSIVE FOR SUPPLEMENT HANDLING PROCEDURES.

PROGRESSIVE HONORS THE PREVAILING LABOR MARKET RATE IN YOUR AREA FOR YOUR PROPERTY. IF YOU CHOOSE A SHOP THAT CHARGES IN EXCESS OF PREVAILING LABOR MARKET RATES, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.

LIFETIME GUARANTEE FOR SHEET METAL AND PLASTIC BODY PARTS

ESTIMATE RECALL NUMBER: 04/25/2007 13:36:58 07-1213997-01
Mitchell Data Version:     FEB_07_A
UltraMate Version:         6.0.021
UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2005 Mitchell International
All Rights Reserved
Page 2 of 3

|   |   |
|---|---|
| Date: | 04/25/2007 01:37 PM |
| Estimate ID: | 07-1213997-01 |
| Estimate Version: | 0 |
| Committed | |
| Profile ID: | Qns:AllexceptAM |

The replacement parts written on the estimate are intended to return your vehicle to its pre-loss condition with proper installation. After repair, if any sheet metal or plastic body part included in the estimate fails to return your vehicle to its pre-loss condition (assuming proper installation), in terms of form, fit, finish, durability or functionality, Progressive will arrange and pay for the replacement of the part, to the extent not covered by a manufacturer's or other warranty. This service will be performed at no cost to you (including associated repair and rental car costs). To obtain service under this Guarantee, call Progressive at 1-800-274-4641. This Guarantee applies as long as you own or lease the vehicle. This Guarantee is not transferable and terminates if you sell or otherwise transfer your vehicle.

THIS GUARANTEE DOES NOT COVER NORMAL WEAR AND TEAR OR DAMAGE CAUSED BY IMPROPER MAINTENANCE, NEGLECT, ABUSE OR SUBSEQUENT ACCIDENT. THIS GUARANTEE IS LIMITED TO ARRANGING FOR THE SELECTION OF REPAIR PARTS THAT WILL RETURN YOUR VEHICLE TO ITS PRE-LOSS CONDITION. ACCORDINGLY, PROGRESSIVE WILL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE INSTALLATION OR USE OF THESE PARTS.

Part Type Terms and Abbreviations

NEW and OEM or part number displayed - These refer to a new, original equipment manufacturer part.
NON-OEM and A/M and Qual REPL - These refer to an after-market part, which is a new, non-original equipment manufacturer part.
USED/RECYCLED and LKQ - These refer to a used OEM part.
REMANUFACTURED and RECOND. and RECORE - These refer to used/recycled OEM parts that have been refurbished.

REPAIR SHOP'S AUTHORIZED REPRESENTATIVE'S SIGNATURE INDICATING AGREEMENT ON COST TO RETURN THE VEHICLE TO PRE-LOSS CONDITION INCLUDING TOW/STORAGE CHARGES:

SHOP SIGNATURE: _____   EST. COMPLETION DATE: _____

ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE/SHE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

Event Log

| | |
|---|---|
| File Created: | 04/25/2007 01:29:45 PM |
| Estimate Started: | Estimate not started |
| Estimate Printed: | 04/25/2007 01:37:15 PM |
| Estimate Committed: | 04/25/2007 01:36:58 PM |
| Estimate Uploaded: | Estimate not uploaded |

ESTIMATE RECALL NUMBER: 04/25/2007 13:36:58 07-1213997-01

| | | | |
|---|---|---|---|
| Mitchell Data Version: | FEB_07_A | UltraMate is a Trademark of Mitchell International | |
| UltraMate Version: | 6.0.021 | Copyright (C) 1994 - 2005 Mitchell International | Page 3 of 3 |
| | | All Rights Reserved | |

August 09, 2007, 12:32:19 PM

```
CMSD2340 /CMSM2340                 P A C M A N                AUG 09 07 - 12:32
OPID: WPK0002                  CLAIM PAYMENT INQUIRY          TERMID: ?090
INSD: HORNSTRA, ROBERT L                                      POL: 18077285-3
DOL : APR 20 07  NY-DWSTFT-GRP-   CLM: 071213997  ACTIVE REP: N CELLI

PAY TO THE ORDER OF:                TOTAL DRAFT AMOUNT:         16,485.00

LINE 1:  VW CREDIT, ONLY********************************************
LINE 2:  ATTN: TOTAL LOSS
LINE 3:

ADDRESS: 1401 FRANKLIN BLVD

CITY: LIBERTYVILLE              ST/PR* IL  ZIP/CPC: 60048       CNTRY* USA

IN PAYMENT OF:  05 VOLKSWAGON JETTA TL YOUR ACCOUNT # 836737392

1099      ? N       FEDERAL TAX ID:          LAST UPDT REP: NXC0065
CDS CODE * 12 PCL   EFT TRACE #:             ISSUING REP:   N CELLI
BANK CODE* AS2      ISSUE DATE : JUN 12 07   APPROVED BY:   K VAN BRAMER
STATE    * NY       AREA       * 748         REVIEW DATE:      00 00
STOP RSN *          DRAFT #    : 451745344   REVIEWED BY:

COMMAND:
```

```
CMSD2340 /CMSM2340                 P A C M A N              AUG 09 07 - 12:32
OPID: WPK0002                  CLAIM PAYMENT INQUIRY        TERMID: ?09O
INSD: HORNSTRA, ROBERT L                                    POL: 18077285-3
DOL : APR 20 07  NY-DWSTFT-GRP-    CLM: 071213997 ACTIVE    REP: N CELLI

PAY TO THE ORDER OF:              TOTAL DRAFT AMOUNT:            749.03

LINE 1:   ADESA IMPACT INC.*******************************************
LINE 2:
LINE 3:

ADDRESS: 156 PECONIC AVE

CITY: MEDFORD                     ST/PR* NY   ZIP/CPC: 11763      CNTRY* USA

IN PAYMENT OF:  REMITTANCE-05 VOLKS / STOCK #HUZ22

1099      ? N     FEDERAL TAX ID:           LAST UPDT REP: DAK0003
CDS CODE * 12 PCL EFT TRACE #:              ISSUING REP:   D KNAPP
BANK CODE* AS2    ISSUE DATE : JUL 25 07    APPROVED BY:
STATE    * NY     AREA       * 608          REVIEW DATE:         00 00
STOP RSN *        DRAFT #    : 452385179    REVIEWED BY:

COMMAND:
```

# Vehicle Service History Report

**Customer**
AARON HORNSTRA
2895 NOEL CT
WANTAGH, NY 11793-2317

**Vehicle**
Tag: NY DBV9804
ID:
Yr/Mk: 2005 VOLKSWAGEN
Model: JETTA
Engine: 1.8L 4Cyl Turbo (AWP) Fuel Injected

First Visit: 4/6/2005   Mileage: 8,32
Last Visit: 3/23/2007   Mileage: 46,29
Daily Avg: 53           Visit Avg: 46,29
Rem Mail: Y             Days: 3,79

Page
04/27/20

| Date | Invoice Number | | | Mileage | Store | Amount |
|---|---|---|---|---|---|---|
| 03/23/2007 | 197218 | FS | FULL SERVICE | 46,299 | 1099 | $123.81 |
| 01/20/2007 | 380186 | FS<br>RAD | FULL SERVICE<br>RADIATOR SERVICES | 42,989 | 1099 | $123.81 |
| 09/30/2006 | 52075 | FS<br>FS<br>FSC<br>FSC | FULL SERVICE<br>FULL SERVICE<br>FUEL SYSTEM CLEANER<br>FUEL SYSTEM CLEANER | 36,697 | 1099 | $36.92 |
| 07/22/2006 | 23463 | FS<br>FS | FULL SERVICE<br>FULL SERVICE | 33,221 | 1099 | $36.92 |
| 06/10/2006 | 18125 | FS<br>FS | FULL SERVICE<br>FULL SERVICE | 29,769 | 1099 | $135.75 |
| 02/05/2006 | 749070 | AF<br>CAF<br>CAF<br>FS<br>FS | AIR FILTER<br>CABIN AIR FILTER<br>CABIN AIR FILTER<br>FULL SERVICE<br>FULL SERVICE | 23,871 | 1099 | $31.49 |
| 11/06/2005 | 315383 | FS | FULL SERVICE | 18,231 | 1099 | $99.92 |
| 08/21/2005 | 42040 | FS<br>FSC<br>FSC | FULL SERVICE<br>FUEL SYSTEM CLEANER<br>FUEL SYSTEM CLEANER | 15,006 | 1099 | $29.32 |
| 5/19/2005 | 4960 | FS<br>FS | FULL SERVICE<br>FULL SERVICE | 11,625 | | |

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23
Oneonta, New York 13820

516 - 364 - 9673
vwaudiofoneonta@aol.com
Toll Free: 1-800-351-8166

Phone: (607) 432-8100
Fax: (607) 436-9309

## REPRINT
## * Service Invoice   Customer Copy *

SO No: 23239
Tag# : 3367

Auth#:                Page 1

| Customer No: | 6072679224 | Advisor: | JONATHAN | Invoice Date: | 11/24/2006 | Term: | CASH |
|---|---|---|---|---|---|---|---|

Christopher Aaron Hornstra
10 N. INDIANCREEK PL
DURHAM NC 27703

| License No | Odometer In | Odometer Out | Stock No |
|---|---|---|---|
| SWT6965 | 39803 | 39805 | |

| Year | Make | Model | Model No | Delivery Date |
|---|---|---|---|---|
| 2004 | VOLKSWAGEN | JETTA | | |

Home: (607)267-9224  Bus:
Cell:              Today:
Email:

| Vehicle ID No | Selling Dealer | SO Date | InServ Date | Location |
|---|---|---|---|---|
| 3VWSE69M04M077664 | | 11/24/2006 | 12:00:00 AM | |

### REQUEST/COMPLAINT CORRECTIONS

| | | | | TYPE | CSR# | TU | Amount |
|---|---|---|---|---|---|---|---|
| 1 | 40K | | 40,000 MILE MAINT SERVICE | | | | |
| | 40K | | 40,000 MILE MAINT SERVICE | CVW | 14 | 2.5 | $190.00 |
| | 1 | 06A115561B | OIL FILTER | CVS | | | $8.50 |
| | 1 | N0138493 | WASHER | CVS | | | $0.52 |
| | 5 | 5W30 | OIL | COIL | | | $15.00 |
| | 1 | 1J0819644A | FILTERELEM | CVS | | | $16.97 |
| | 1 | 1J0129620A | FILTERELEM | CVS | | | $22.16 |
| | 4 | 101000063AA | SPARK PLUG | CVS | | | $58.20 |

Technician: 16 FOUAD

Request Total    $313.35

| 2 | 0 | | customer states check brakes | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | | replaced front pads and rotors | CVW | 14 | 2.5 | $190.00 |
| | 1 | 1J0698151K | BRK LINING | CVS | | | $77.27 |
| | 2 | 8N0615301A | BRAKE DISC | CVS | | | $154.54 |

Technician: 16 FOUAD

Request Total    $421.81

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)        CUSTOMER SIGNATURE

Case 08-35653-KRH    Doc 8031-4    Filed 07/12/10    Entered 07/14/10 14:43:39    Desc
Exhibit(s)    Page 10 of 16
rpt_will_print                                                                    Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 04/06/2005  164293 | SS   SIGNATURE SERVICE | 8,322 | 1268 | $32.54 |

Case 08-35653-KRH    Doc 8031-4    Filed 07/12/10    Entered 07/14/10 14:43:39    Desc
Exhibit(s)    Page 10 of 16

1/27/2007

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23　　　　vwaudiofoneonta@aol.com　　　　Phone: (607) 432-8100
Oneonta, New York 13820　　　Toll Free: 1-800-351-8166　　　　Fax: (607) 436-9309

## REPRINT
## * Service Invoice   Customer Copy *

SO No: 23239
Tag#: 3367
Auth#:　　Page 2

| Customer No: 6072879224 | Advisor: JONATHAN | Invoice Date: 11/24/2006 | Term: CASH |
|---|---|---|---|
| Christopher Aaron Homstra  10 N. INDIANCREEK PL  DURHAM NC 27703 | License No  SWT6965 | Odometer In  39803 | Odometer Out  39805 | Stock No |
| Home: (607)287-9224  Bus: | Year  Make  2004  VOLKSWAGEN | Model  JETTA | Model No | Delivery Date |
| Cell:　Today:  Email: | Vehicle ID No  3VWSE69M04M077664 | Selling Dealer | SO Date  11/24/2006 | InServ Date  12:00:00 AM | Location |

**REQUEST/COMPLAINT CORRECTIONS**

|  | TYPE | CSR# | TU | Amount |
|---|---|---|---|---|
| LABOR |  |  |  | $380.00 |
| PARTS |  |  |  | $355.16 |
| OIL/GAS |  |  |  | $0.00 |
| MISC. |  |  |  | $0.00 |
| SUPPLIES |  |  |  | $0.00 |
| SUBLET/TOW |  |  |  | $0.00 |
| ENV FEE |  |  |  | $0.00 |
| **SUBTOTAL** |  |  |  | **$735.16** |
| SALES TAX |  |  |  | $0.00 |
| WARR DEDUCTIBLE |  |  |  | $58.81 |
| OTHER DEDUCTIBLE | $0.00 |  |  | $0.00 |
| **TOTAL INVOICE** |  |  |  | **$793.97** |

VW/Audi is calling our customers & asking them to rate their service experience. If for any reason you cannot rate us "5=PASS" on each question please contact the Service Dept

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER, THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)　　　CUSTOMER SIGNATURE

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23  
Oneonta, New York 13820

vwaudiofoneonta@aol.com  
Toll Free: 1-800-351-8166

Phone: (607) 432-8100  
Fax: (607) 436-9309

## REPRINT
## * Service Invoice  Customer Copy *

SO No: 19378  
Auth#:  
Page 1

| Customer No : | Homst 1 | Advisor: GARY | Invoice Date: 04/15/2006 | Term: CASH |
|---|---|---|---|---|
| Connie Homstra PO BOX 713 ONEONTA NEW YORK 13820 | | License No | Odometer In 27141 | Odometer Out 27143 | Stock No |
| | | Year Make 2005 VOLKSWAGEN | Model JETTA | Model No | Delivery Date |
| Home: (607)433-4158 Bus: (607)433-4169 Cell: Today: Email: homster@wilberbank.com | | Vehicle ID No 3VWSE69M45M042479 | Selling Dealer | SO Date 04/15/2006 | InServ Date 12:00:00 AM | Location |

| REQUEST/COMPLAINT CORRECTIONS | | | TYPE | CSR# | TU | Amount |
|---|---|---|---|---|---|---|
| 1 | 30K | 30,000 MILE MAINT SERVICE , ck brakes | | | | |
| | 30K1.8 | 30K MAINT SERVICE (NON SYNTH)"OIL AND FILTER CHANGE, CHECK FLUIDS, AUTO SHIFT LOCK, BRAKE SYSTEM,BRAKE PADS. TIRE ROTATION, AIRBAG SYSTEM,BATTERY | CVW | 17 | 1 | $69.56 |
| | 1 | 06A115561B   KIT OIL FILTER | CVS | | | $7.60 |
| | 5 | 5W30   KIT OIL | COIL | | | $13.50 |
| | 1 | N0138492   KIT WASHER | CVS | | | $0.34 |
| | | Technician: 10 ALLEN | | | | |
| | | | | | Request Total | $91.00 |
| 2 | 06 | C/S NY STATE INSPECTION, INSPECTOR #_____, STICKER #_____, PASS_____ FAIL_____ | | | | |
| | 06 | PASSED INSPECTION - NO.10326296 | CPSI | 17 | 0.3 | $10.00 |
| | | Technician: 10 ALLEN | | | | |
| | | | | | Request Total | $10.00 |

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT. NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)         CUSTOMER SIGNATURE

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23  
Oneonta, New York 13820

vwaudiofoneonta@aol.com  
Toll Free: 1-800-351-8166

Phone: (607) 432-8100  
Fax: (607) 436-9309

## REPRINT
## * Service Invoice  Customer Copy *

SO No: 19378     Auth#:     Page 2

| Customer No: | Hornst 1 |
|---|---|
| Connie Hornstra |  |
| PO BOX 713 |  |
| ONEONTA NEW YORK 13820 |  |
| Home: (607)433-4158  Bus: (607)433-4169 |  |
| Cell:    Today: |  |
| Email: hornster@wilberbank.com |  |

| Advisor: GARY | Invoice Date: 04/15/2006 | Term: CASH |
|---|---|---|
| License No | Odometer In 27141 | Odometer Out 27143 | Stock No |
| Year  Make | Model | Model No | Delivery Date |
| 2005  VOLKSWAGEN | JETTA |  |  |
| Vehicle ID No 3VWSE69M45M042479 | Selling Dealer | SO Date 04/15/2006 | InServ Date 12:00:00 AM | Location |

**REQUEST/COMPLAINT CORRECTIONS**

| TYPE | CSR# | TU | Amount |
|---|---|---|---|
| LABOR |  |  | $79.56 |
| PARTS |  |  | $21.44 |
| OIL/GAS |  |  | $0.00 |
| MISC. |  |  | $0.00 |
| SUPPLIES |  |  | $0.00 |
| SUBLET/TOW |  |  | $0.00 |
| ENV FEE |  |  | $0.00 |
| **SUBTOTAL** |  |  | **$101.00** |
|  |  |  | $0.00 |
| SALES TAX |  |  | $7.28 |
| WARR DEDUCTIBLE |  |  | $0.00 |
| OTHER DEDUCTIBLE |  | $0.00 |  |
| **TOTAL INVOICE** |  |  | **$108.28** |

VW/Audi is calling our customers & asking them to rate their service experience. If for any reason you cannot rate us "5=PASS" on each question please contact the Service Dept

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of the items/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)            CUSTOMER SIGNATURE

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23  
Oneonta, New York 13820

vwaudiofoneonta@aol.com  
Toll Free: 1-800-351-8166

Phone: (607) 432-8100  
Fax: (607) 436-9309

## REPRINT
## * Service Invoice   Customer Copy *

SO No: 17359     Auth#:     Page 1

| Customer No : | Hornet 1 | Advisor: WILLIAM | Invoice Date: 12/22/2005 | Term: CASH |
|---|---|---|---|---|
| Connie Homstra PO BOX 713 ONEONTA NEW YORK 13820 | | License No | Odometer In 21035 | Odometer Out 21037 | Stock No |
| Home: (607)433-4158 Bus: (607)433-4169 | | Year  Make 2005  VOLKSWAGEN | Model JETTA | Model No | Delivery Date |
| Cell:   Today: Email: homster@wilberbank.com | | Vehicle ID No 3VWSE69M45M042479 | Selling Dealer | SO Date 12/22/2005 | InServ Date 12:00:00 AM | Location |

**REQUEST/COMPLAINT CORRECTIONS**              TYPE    CSR#    TU    Amount

| 1 | 0 | 20,000 mile service | | | | |
|---|---|---|---|---|---|---|
|   | 0 | Performed 20,000 mile service ( includes tire rotation and brake inspection ) | CVW | 01 | 1.65 | $99.50 |
|   | 1 | 06A115561B  KIT OIL FILTER | CVS | | | $7.55 |
|   | 5 | 5W30  KIT OIL | COIL | | | $12.50 |
|   | 1 | N0138492  KIT WASHER | CVS | | | $0.34 |
|   | 1 | 1J0819644A  FILTERELEM | CVS | | | $18.97 |
|   | 1 | N90813201  BOLT | CVS | | | $1.60 |

Technician:  05 CHARLIE

Request Total    $140.46

| 2 | 0 | Check brakes./ going back to school after the first of year. | | | | |
|---|---|---|---|---|---|---|
|   | 0 | 1J0959654AG  RING | CVS | | | $0.00 |

Request Total    $0.00

| 3 | 0 | Ride to Dentist on Grand St. | | | | |

Request Total    $0.00

ON BEHALF OF SERVICING DEALER, HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN, SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

SIGNED:   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)     CUSTOMER SIGNATURE

# Oneonta Volkswagen

Station # 7054140

7517 State Highway 23  
Oneonta, New York 13820

vwaudiofoneonta@aol.com  
Toll Free: 1-800-351-8166

Phone: (607) 432-8100  
Fax: (607) 436-9309

## REPRINT
## * Service Invoice  Customer Copy *

SO No: 17359  
Auth#:  
Page 2

| Customer No : | Hornst 1 | Advisor : WILLIAM | Invoice Date : 12/22/2005 | Term : CASH |
|---|---|---|---|---|
| Connie Hornstra PO BOX 713 ONEONTA NEW YORK 13820 | | License No | Odometer In 21035 | Odometer Out 21037 | Stock No |
| Home: (607)433-4158  Bus: (607)433-4169 | | Year  Make 2005  VOLKSWAGEN | Model JETTA | Model No | Delivery Date |
| Cell:   Today: Email: hornster@wilberbank.com | | Vehicle ID No 3VWSE69M45M042479 | Selling Dealer | SO Date 12/22/2005 | InServ Date 12:00:00 AM | Location |

**REQUEST/COMPLAINT**  
**CORRECTIONS**

| TYPE | CSR# | TU | Amount |
|---|---|---|---|
| LABOR | | | $99.50 |
| PARTS | | | $40.96 |
| OIL/GAS | | | $0.00 |
| MISC. | | | $0.00 |
| SUPPLIES | | | $0.00 |
| SUBLET/TOW | | | $0.00 |
| ENV FEE | | | $0.00 |
| **SUBTOTAL** | | | **$140.46** |
| | | | $0.00 |
| SALES TAX | | | $11.24 |
| WARR DEDUCTIBLE | | | $0.00 |
| OTHER DEDUCTIBLE | | $0.00 | |
| **TOTAL INVOICE** | | | **$151.70** |

VW/Audi is calling our customers & asking them to rate their service experience. If for any reason you cannot rate us "5=PASS" on each question please contact the Service Dept

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE

STATEMENT OF DISCLAIMER The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

(SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)

CUSTOMER SIGNATURE

```
CSISINQ.152              Customer Service & Information System (CSIS)              06-16-07
                                    Unit Search Screen

Customer Name: HORNSTRA          CONNIE        Locn: 3147  Order#: 03144796
Ln Cls Brand/Model         Ty  Ord Date   Rel Date   Mfg L-P-O   ESP Qty      Price
01 276 DEI SPTK2           SL  10/29/05   10/31/05   01-01-00     02   01  $ 134.99
02 276 ESP 276    Exp: 11/01/07  ESP Locn: 3147   Contract#: 03144796  $  24.99
03 828 SHI SHIP            SL  10/29/05   10/31/05   00-00-00     00   01  $   0.00
04 950 INS DSRRF           SL  12/26/05   12/26/05   00-00-00     00   01  $  71.99
05 952 INS SHOPFEE         SL  12/26/05   12/26/05   00-00-00     00   01  $   4.99
```

Enter: Select Unit         F5: Prev Page            F6: Next Page
F1: Previous Screen        Del Tkt: Search Criteria Exit: Service Menu
Select Unit or Press a function key.