July 10, 2010

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street – Room 4000
Richmond, Virginia 23219



Douglas M. Foley (VSB N0. 34364)
Sarah B. Boehm (VSB N0. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

**SUBJECT: Case No. 08-35653**

**RE: Claim No. 3544**

This is to notify you that I oppose the relief request filed against my claim against Circuit City Stores, Inc,

Denise K. Fisher
2479 Oleander Circle
Jamison, PA 18929