case # 08-35653
claim # 3995

RICHMOND DIVISION
FILED JUL 13 2010 FILED
CLERK
U.S. BANKRUPTCY COURT

7-12-10

To whom it may concern,

I Thomas H. Gilsen, do hereby request that my claim in the amount of $250,000.00 be considered without a biased opinion.

I am entitled to this because of the following reasons. While I was employed by Circuit City Stores Inc. I was unfairly discriminated against. Over the years I was told by my new supervisors that they were sent there to terminate my employment with Circuit City Stores Inc. There was many a time I had to work without breaks or lunches. I also had to work under unsafe conditions. Because of these conditions I received several injuries. I have had two sugeries in the past and will need more sugeries in the future.

I was discharged by Circuit City Stores Inc. in Dec. 1999 while I was on workers compensation with full and total disabilities untill present day. I was considered to be the books untill Jan 14, 2005. At which time I began, I turned 62 years old. At which time I began to receive a monthly check in the amount of $287.70.

My normal retirement date should have been Dec 1, 2008 for 20 years of service. My retirement amount should have been approximately $575.00 a month.

Because Circuit City Stores Inc. filed for bankruptcy, my last check from them was in Sept 2009. To sum it all up, I have lost 10 years of employment at a rate of about $30,000.00 per year for a total of $300,000.00. Which would have increased my retirement considerably. Not to mention the pain and suffering for the rest of my life.

Please consider with out any bias, and render your decision fairly.

Thank you.

Thomas H Gibser

Mr. Thomas Gibson
66 Athens St.
San Francisco, CA 94112-1602

William C. Redden
Clerk of United States
Bankruptcy Court
701 East Broad St. Rm 4000
Richmond Va. 23219