**UNITED STATES BANKRUTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RICHMOND DIVISION

FILED JUL 1 3 2010

CLERK
U.S. BANKRUPTCY COURT

---

IN RE:                                    :    **Chapter 11**
                                          :
**Circuit City Stores, Inc., et. al.**    :    Case No. 08-35653 (KRH)
                                          :
                                          :
Debtors                                   :    Jointly Administered

---

## RESPONSE TO DEBTOR'S SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

PLEASE TAKE NOTICE THAT MARY LOPRESTI, claim number 5401, hereby opposes the relief requested in the Objection. Pursuant to a Notice of Debtors Seventy-Ninth Omnibus Objection To Claims dated June 21, 2010, the following is offered in support of this Response:

A.    The claimant's name is Mary LoPresti. The amount of the claim is $5,000.00 as compensation for personal injuries sustained on August 31, 2008 while shopping at the Circuit City Store in North Haven, Connecticut.

B.    Attorney Sally J. Buemi, 270 Quinnipiac Avenue, North Haven, Connecticut 06473, (Telephone 203-865-5567) is familiar with the relevant facts that support this Response. Mary LoPresti, a business invitee, was shopping at the North Haven Circuit City. A store employee was assisting her, and this employee caused a large stereo speaker to fall from a shelf and onto her left foot causing a contusion and swelling, and pain that lasted for several months. The supporting medical bill and report are attached. The store employee was negligent in causing this speaker to fall on the claimant. Store management made a report of this incident at the time.

      C.     The Claimant's address is 28 Schupp Road, Hamden, Connecticut 06514 (Telephone 203-288-6184)

Claimant's Attorney:     Sally J. Buemi
270 Quinnipiac Avenue
North Haven, CT 06473
203-865-5567
Fax # 203-562-3489

Attorney Sally J. Buemi has the authority to reconcile, settle or otherwise resolve the objection on the Claimant's behalf.

The Claimant requests a hearing on this Response to Debtors' Objection.

Dated July 12, 2010 at North Haven, Connecticut.

_____
Sally J. Buemi
Attorney for Mary LoPresti
270 Quinnipiac Avenue
North Haven, CT 06473
Telephone: (203) 865-5567
Juris No.: 102349

## CERTIFICATION

I hereby certify that a copy of the foregoing Response was mailed, via U.S. Mail, postage pre-paid, on July 12, 2010 to the following:

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
Attention: Gregg M. Galardi
Attention: Ian S. Fredericks


Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attention: Chris L. Dickerson


Mcguirewoods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
Attention: Sarah B. Boehm
Attention: Douglas M. Foley

_____
Sally J. Buemi
Attorney for Claimant Mary LoPresti