Richard I. Hutson, Esq. (VSB No. 71097)
FULLERTON & KNOWLES, P.C.
12642 Chapel Rd.
Clifton, CA 20124
(703) 818-2602

Matthew Righetti, Esq. (SBN 121012)
RIGHETTI LAW FIRM, P.C.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
(415) 983-0900

Jason Krumbien, Esq.  (SBN #43538)
KRUMBEIN CONSUMER LEGAL SERVICES, INC.
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230
804-673-4359

Counsel for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf and all other persons similarly situated to each.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

---------------------------------------------X
In re:                                                      :        Chapter 11
                                                                 :
CIRCUIT CITY STORES, INC., et al.,      :        Case No. 08-35653
                                                                 :
Debtors.                                                    :
                                                                 :        Jointly Administered
---------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CAUSE
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**

THIS MATTER, having come before the Court upon Creditors' Gentry, Card, Skaf and Hernandez's Motion to Withdraw As Counsel for Cause Pursuant to Local Bankruptcy Rule 2090-1(G) (the "Motion"), and having received no objection or opposition from Debtor, and good cause appearing therefore, the Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. §

157(b)(2), (iii) the relief requested in the Motion is in the best interest of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the relief requested in the Motion after having given due deliberation upon the Motion and all of the proceedings had before the Court in connection with the Motion. Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Creditors' Motion is GRANTED.

2. Richard Hutson, of Fullerton and Knowles, P.C., is permitted to withdraw as Local Counsel for cause pursuant to Local Bankruptcy Rule 2090-1(G), and Jason Krumbein of Krumbein Consumer Legal Services, Inc. is permitted to replace him as Local Counsel for Righetti Glugoski, P.C., attorneys for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf and all other persons similarly situated to each in the above-captioned chapter 11 cases.

Dated: July ____, 2010

_____
**UNITED STATES BANKRUPTCY JUDGE**

I ASK FOR THIS:

/s/ Richard I. Hutson
Richard I. Hutson, Esq.
VSB# 71097

                                                Fullerton & Knowles, P.C.
                                                12642 Chapel Road
                                                Clifton, VA 20124
                                                (703) 818-2600
                                                FAX: (703) 818-2602
                                                rhutson@fullertonlaw.com
                                                Local Counsel for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf and all other persons similarly situated to each.

                                                /s/ Michael Righetti
                                                Counsel for Creditors Jonathon Card,
                                                Jack Hernandez, Robert Gentry, Joseph Skaf
                                                and all other persons similarly situated to each.

                                                /s/ Jason Krumbien
                                                Proposed Local Counsel for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf

                                                and all other persons similarly situated to each.

## LOCAL RULE 9022-1(C) Certification

I hereby certify that the foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                /s/ Richard Hutson
                                                Local Counsel for Creditors Jonathon Card,
                                                Jack Hernandez, Robert Gentry, Joseph Skaf
                                                and all other persons similarly situated to each.

                                                /s/ Michael Righetti
                                                Counsel for Creditors Jonathon Card,
                                                Jack Hernandez, Robert Gentry, Joseph Skaf
                                                and all other persons similarly situated to each.

                                                /s/ Jason Krumbien
                                                Proposed Local Counsel for Creditors Jonathon Card, Jack Hernandez, Robert Gentry, Joseph Skaf

                                                and all other persons similarly situated to each.

**PARTIES TO RECEIVE COPIES:**

**Circuit City Stores, Inc., et al.**
**Claims Processing Department**
**KURTZMAN CARSON CONSULTANTS LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Jason Krumbein**
**KRUMBEIN CONSUMER LEGAL SERVICES, INC.**
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

**Sarah K. Baker**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
155 North Waker Drive
Chicago, IL 60606

**Dion W. Hayes**
**Douglas Foley**
**MCGUIREWOODS LLP**
One James Center
901 E. Cary Street
Richmond, VA 23219

**Robert B. Van Arsdale**
**Office of the United States Trustee**
701 East Broad Street, Suite 4304
Richmond, VA 23219

**Official Committee of Unsecured Creditors**

**Jeffrey N. Pomerantz**
**Stanley E. Goldich**
**Pachulski Stang Ziehl & Jones LLP**
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

**Robert J Feinstein**
**Pachulski Stang Ziehl & Jones, LLP**
780 Third Avenue, 36th Floor
New York, NY 10017


///

**Lynn L. Tavenner**

**Paula S. Beran**
**Tavenner & Beran, PLC**
20 N. Eighth Street, Second Floor
Richmond, VA 23219