**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | **Case No. 08-35653 KRH** |
|  | ) |  |
| **Debtors.** | ) | **Jointly Administered** |

## MOTION TO APPEAR BY TELEPHONE

On behalf of the Tennessee Department of Treasury – Unclaimed Property Division (the "Department"), the undersigned requests permission to appear by telephone at the July 22, 2010, 10:00 AM hearing, if held, to consider the Department's Response to the Debtors' Forty-Third Omnibus Objection to Claim No. 12567.  It will not be necessary to present evidentiary proof on behalf of the Department, and the undersigned can be reached at (615) 532-8928.

at anytime during the Court's 10:00 AM docket.  In the event that the hearing is continued, the undersigned requests permission to appear telephonically on that date as well.

        Respectfully submitted,

        ROBERT E. COOPER, JR.
        Tennessee Attorney General

        /s/ Gina Baker Hantel
        GINA BAKER HANTEL (BPR # 018019)
        Assistant Attorney General
        Office of the Tennessee Attorney General
        BANKRUPTCY DIVISION
        P.O. Box 20207
        Nashville, TN 37202
        PH: 615-532-8928
        FX: 615-741-3334
        Gina.Hantel@ag.tn.gov

        Attorney for the Department

## CERTIFICATE OF SERVICE

I certify that on July 15, 2010, a true and exact copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system.

        /s/ Gina Baker Hantel
        GINA BAKER HANTEL
        Assistant Attorney General