**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:

Chapter 11

CIRCUIT CITY STORES, INC.,
et al.,

Case No.:  08-35653 (KRH)

                    Debtors.

Jointly Administered

_____/

## CLAIMANT JESSEE PEREZ'S RESPONSE TO DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS AND REQUEST FOR HEARING

Claimant, Jessee Perez, as required by and pursuant to the procedures set forth in the "Notice of Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims)," hereby files his response to Debtors' objection to his claim and requests a hearing in said matters as follows:

1.    Claimant, Jessee Perez, is represented by the law firm of Bogin, Munns & Munns, P.A. regarding a personal injury claim against Debtors, proof of which has been filed with this Court (Claim Number 6008).  The undersigned is an attorney with Bogin, Munns & Munns, P.A., and is licensed to practice law in the State of Florida.   I am familiar with the facts of the claim, have personally conferred with Mr. Perez, and can certify that this Response is true and accurate, to the best of my knowledge, and is based upon information provided to me by the Claimant, Jessee Perez, and the contents of the file maintained by Bogin, Munns & Munns, P.A. with regard to Mr. Perez's claims.

2.    The Claimant for whom this Response is being filed is Jessee Perez (Claim Number 6008).  Mr. Perez's address is 100 Clairbourne Avenue, Satellite Beach, Florida 32737.  Mr. Perez is represented by Bogin, Munns & Munns, P.A., 924 Garfield Street, Melbourne,

Florida 32935, whose telephone number is (321) 254-3939, whose fax number is (321) 254-3929, and whose email address is bbaker@boginmunns.com. Bogin, Munns & Munns, P.A. has the authority to reconcile, settle and / or otherwise resolve the Debtors' Objection on behalf of the Claimant, Jessee Perez. Therefore, any reply of the Debtor to this Response, and any other future papers served in these Bankruptcy proceedings should be served upon Bogin, Munns & Munns, P.A. at the address specified above (the "Notice Address").

3.      Jessee Perez's claim arises from personal injuries he sustained due to the negligence of the Debtors.  On August 23, 2007, Mr. Perez and his pregnant wife visited the Debtors' place of business located on New Haven Avenue, in Melbourne, Florida (Store Number 4201). Mr. Perez was on the premises lawfully, and a business invitee under Florida law.  With *the assistance and recommendations of a sales associate, they decided to purchase a large, multi-*component surround sound home theater system, along with appropriate speaker mounts and other accessories.  Another sales associate then attempted to precariously load these heavy items onto a conventional shopping cart for Mr. Perez to transport them to his vehicle.  When the load began to shift as the employee made the transfer, Mr. Perez instinctively reached out to catch the falling object to protect his eight month pregnant wife from harm.  In catching the heavy object, Mr. Perez immediately felt a sharp pain in his lower back.  The sales associate that assisted Mr. Perez in picking out the system then came to Mr. Perez's assistance with a larger, more stable cart, specifically designed to transport such heavy loads in a safe manner.  A copy of Mr. Perez's store receipt for the items and date set forth above is attached as **Exhibit "A."**

4.      Because of his continuing back pain, Mr. Perez presented to Dr. Mark Pinsky, D.O., the day after the incident. Dr. Pinsky's medical records indicate that Mr. Perez reported "low back pain that started yesterday, he (patient) tried to catch a big box that was falling from

chest high." Pain was worsened by rising up from a seated position and any lifting efforts. There was low back pain and tightness, with tenderness, and paraspinal muscle spasm at the L3-5 level. The diagnosis was lumbago / low back pain. Dr. Pinsky recommended physical therapy by PT Professionals, and prescribed Flexeril and Darvocet. Following physical therapy, and after suffering an aggravation to his condition, Mr. Perez returned to Dr. Pinsky on October 23, 2007. Dr. Pinsky's office notes indicate that Mr. Perez had been experiencing continued back pain since the August 23, 2007 incident where he felt a sharp, shooting pain in his back while bending over. Dr. Pinsky observed mid back pain and increased tenderness, more so on the right, and paraspinal musculature spasms at T3-T8. A second course of physical therapy was recommended. Copies of Dr. Pinsky's office notes are attached as **Exhibit "B."**

5.    As advised by Dr. Pinsky, Mr. Perez completed a second course of physical therapy. The diagnosis included marked tenderness to palpation in the erector spinae bilaterally, pronounced sensitivity in the area of L2, limited range of motion and hyper tonicity in erector spinae muscles on both sides of the lumbar spine. Mr. Perez completed the supervised, structured course of care. His discharge summary reflected limited range of motion, with moderate limitations in working and picking up his child, and a severe limitation in his recreational activities. Mr. Perez continues to suffer from reduced functioning and limitations in his activities of daily life. Copies of the physical therapy records are attached as **Exhibit "C."**

6.    Mr. Perez also suffered a loss of income due to his injuries. During the period of his recovery, Mr. Perez and his family relocated. He had planned to make the move himself. However, because of his injuries, he was physically unable to lift, and he was forced to hire movers to perform the task at a cost of $500.00. Also, Mr. Perez and his wife are co-owners of their own wedding consulting company (www.floridabeachsideweddings.com). Mr. Perez

3

provides the "muscle" of the operation - transporting and setting up equipment and decorations. His injuries prevented him from performing these tasks, and, as a result, the business was forced to turn down at least two profitable weddings. The lost profits from these two weddings are conservatively estimated at $3500.00. Mr. Perez also lost significant time from his job as a Brevard County Firefighter. In total, he missed 142 hours from work. His pay rate is $11.34 per hour. Consequently, his wage loss claim is $1,610.28 (142 hours @ $11.32 = $1,610.28). The total out of pocket special damages presently total $5855.28 alone. Documents supporting the out of pocket medical expenses, moving expenses, lost business income, and lost wages are attached as composite **Exhibit "D."**

7.      With regard to the foregoing, Bogin, Munns & Munns, P.A., on behalf of Mr. Perez, sent a notice letter to Debtors advising of its representation of Mr. Perez for his personal injury claim. Debtors acknowledged the claim on October 18, 2007 (see attached **Exhibit "E"**). On Mr. Perez's behalf, Bogin, Munns & Munns, P.A. submitted a demand to Debtors on December 27, 2007. After making an initial request for further information to which Mr. Perez responded, Debtors failed to respond to multiple phone calls and letters to Debtors. At no time did Debtors deny liability for the incident described above.

8.      An affidavit of Claimant verifying the facts of the incident in question, and the resulting damages detailed above, is attached as **Exhibit "F."**

9.      The allegations of negligence against Debtors, arising from the subject incident, are as follows:

a.      Negligently creating a hazardous condition, to wit - the improper loading of a conventional shopping cart with large, heavy items in close proximity

4

to Claimant - when Debtors knew, or through the exercise of reasonable care should have known, that such condition was unreasonably dangerous;

b.  Negligently failing to correct or adequately correct the unreasonably dangerous condition on Debtor's premises, when such condition was known to Debtors; and

c.  Negligently failing to warn of such dangerous condition.

10.  The amount set forth in the original proof of claim ($50,000) is a conservative estimate based on the foregoing facts and legal bases, as well as undersigned counsel's personal experience with, and knowledge of, typical jury verdicts in the governing jurisdiction involving similar circumstances.

11.  Based upon the foregoing, the Claimant, Jessee Perez has a valid, supported, and meritorious claim against Debtors.

WHEREFORE, Claimant, Jessee Perez, by and through Bogin, Munns & Munns, P.A., his attorneys, respectfully requests that this Court enter an Order overruling the Debtors Seventy-Ninth Omnibus Objection to Claims as said objection relates to the claim of Jessee Perez (Claim Number 6008) and requests a hearing on said matters.

Dated: 7/14/10

Bogin, Munns & Munns, P.A.
By: Barry K. Baker, Esq.
Fla. Bar. No.: 164097
924 Garfield Street
Melbourne, Florida 32935
(321) 254-3939 (voice)
(321) 254-3929 (facsimile)
BBaker@boginmunns.com
*Attorneys for Claimant Jessee Perez*

5

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that on July *14th*, 2010, the original of the foregoing was sent to the

Clerk of Court via FedEx overnight delivery, and that true and correct copies were sent via

FedEx overnight delivery to:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
One Rodney Square, 7th Floor
Wilmington, DE  19801

-and-

MCGUIRE WOODS, LLP
Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
901 E. Cary Street
Richmond, VA  23219

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois  60606


Bogin, Munns & Munns, P.A.
By:  Barry K. Baker, Esq.
Fla. Bar. No.:  164097
924 Garfield Street
Melbourne, Florida  32935
(321) 254-3939 (voice)
(321) 254-3929 (facsimile)
BBaker@boginmunns.com
*Attorneys for Claimant Jessee Perez*

# EXHIBIT "A"

Circuit City Stores Inc.

Store 4221
1700 W. NEW HAVEN AVE.
MELBOURNE, FL 32904-3906
(321) 724-1894                     13:24:12  06/25/07

Sold to:                           Orig Date 06/23/07
JESSEE PEREZ

                                        In Ret
CUSTOMER COPY                          05007X9

Salesperson                        Register   Cashier
K.HARRIS                                       318874

| 1 SL | 1 HDC HDMI3001H | VIDEO CABLES | Y | 39.99 |
| 2 SL | 1 OMS 0B2BLACK | FURNITURE/HOUSE | Y | 19.99 |
| 3 SL | 1 HDC XPHS | AUDIO CABLES INT | Y | 39.99 |
| 4 SL | 1 OMS 0B2B | FURNITURE/MOUNT | Y | 19.99 |
| 5 SL | 1 ONK HTSR800 | HTIB | Y | 399.99 |

                    Total Taxable     $   519.95
                    Sales Tax         $    31.20
                    TOTAL PURCHASE    $   551.15
                    MCA       057402  $   551.15
                    BALANCE           $     0.00

For manufacturer contact information, please refer to
your owner's manual or visit circuitcity.com

You may be eligible to earn Circuit City Reward Points!
Apply for a Circuit City Rewards Credit Card today. See
a store associate for details

Chat with us online at circuitcity.com.

NON-WORKSHOP INSTALLS ARE CHARGED A SHOP FEE FOR MISC.

PARTS

        FOR IN-HOME INSTALLATION AND REPAIR
        SERVICE OR CONSUMER REPLACEABLE
        PARTS CALL: (888) 333-2333


Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinion
Conteste nuestra encuesta por Internet

We are anxious to hear about your shopping experience!
Get a chance to win one of five $1,000 Circuit City Gift
Cards by taking a few minutes to answer a short survey at:
www.circuitcity.com/survey
You will need the following customer code
to enter on-line:
UJS MLNH 3GY4

FOR IN-HOME INSTALLATION AND REPAIR
SERVICE OR IN-HOME REPLACEMENT
PARTS CALL: (888) 333-2333

Get a Chance to Win One of Five $1,000 Gift Cards!
Take Circuit City's "Customer First" Survey

Queremos saber su opinión
Conteste nuestra encuesta por Internet

We are anxious to hear about your shopping experience.
Get a chance to win one of five $1,000 Circuit City Gift
Cards by taking a few minutes to answer a short survey at:

## www.circuitcity.com/survey

You will need the following customer code
to enter on-line:

## VJS MLNH 3GY4

No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at Circuit City!

## Circuit City Stores, Inc.

Store 4201
1700 W NEW HAVEN ROAD
MELBOURNE, FL 32904-3706
(321) 724-1694                    13:24:12  08/23/07

## CUSTOMER COPY

Trans #: 420102556709
Merchant#: 090311894        Register#: 30  Cashier: 319774
Mdse Desc: Cc     ..cnics / Home Office

| | | | | | |
|---|---|---|---|---|---|
| HCG | PEREZ/JESS | | 057402 | Sale | $  551.15 |

The cardholder agrees to the credit card amount shown
hereon and agrees to perform the obligations set forth
in the cardholders agreement with the issuer.

Signature:



# EXHIBIT "B"

## Pinsky Family and Sports Medicine Center

Patients Name: _Jesse Perez_     Date: _8/24/07_

**S**  Subjective and Interim History:     Allergies: _NKDA_

C/c Low back pain that started yesterday, he tried to catch a big box that was falling from chest high.

Slowly progressive
isolated
⊖ radicular
⊖ LE weakness

Rw/sitt
Rw/lift
⊖ c Valsalva
1st event

**Review of Systems (circle positive findings)**

| |
|---|
| General: wt loss, fatigue, fever, pain, fullness |
| Ears: hearingloss, tinnitus, pain, fullness |
| Eyes: vision loss pain |
| Nose: congestion, discharge |
| Mouth/Throat: tooth Pain, PND, sores |
| Neck: glands swollen, disphagia, odinophagia |
| CV: angina, int claudication, temp &/or color changes in hands or feet |
| Resp: SOA, wheezing, cough,sputum, orthopenia, PND |
| GI: Nausea, vomiting, constipation, diarrhea |
| GU: urgency, frequency, dysuria, incontinence |
| MS: arthralgies, muscle pain, joint stiffness |
| Neuro: numboess, tingling |
| Skin: erythema,rash,pruritus |
| Hematologic: anemia, easy bleeding |

**O**  Physical Exam: BP _10/80_ P _72_ RESP _16_ T ___ WT _193_ HT _5'9"_ AGE _28_

LB: very flat
⊕ tender in paraspinal spasm B/L
L3-5
RM: flex: 30°
ext: 15°
lat flex = 20° B/L
rot = tight
⊖ focal neurodeficits

| | Normal | Abnormal |
|---|---|---|
| Appearance | | |
| HEENT | | |
| Neck/Chest | | |
| Breasts | | |
| Lungs | | |
| Heart | | |
| Abdomen | | |
| Extremities | | |
| Neurologic | | |
| Lymphatics | | |
| Skin | | |

**A**  Assessment:

① LBP → H/S#
Flexeril 10 PO TID
#60

**P**  Plan:

Follow-up: ___days ___weeks ___months
___ if not needed ___PRN

_____
Mark F. Pinsky D.O.

## Pinsky Family and Sports Medicine Center

Patients Name: _Jesse Reler_    Date: _10/9/07_

**S** Subjective and Interim History:     Allergies: NKDA

CC: pt reinjured LB yesterday while bending over. Would like to restart PT - maybe.

x1 week pt has ⊕ dry cough ↑ cough in PM ⊕ PND ∅ sore throat

went up back → shooting pain feels sore today.

**Review of Systems (circle positive findings)**

| |
|---|
| General: wt loss, fatigue, fever, pain, fullness |
| Ears: hearingloss, tinnitus, pain, fullness |
| Eyes: vision loss pain |
| Nose: congestion, discharge |
| Mouth/Throat: tooth Pain, PND, sores |
| Neck: glands swollen, disphagia, odinophagia |
| CV: angina, int claudication, temp &/or color changes in hands or feet |
| Resp: SOA, wheezing, cough, sputum, orthopenia, PND |
| GI: Nausea, vomiting, constipation, diarrhea |
| GU: urgency, frequency, dysuria, incontinence |
| MS: arthralgias, muscle pain, joint stiffness |
| Neuro: numbness, tingling |
| Skin: erythema, rash, pruritus |
| Hematologic: anemia, easy bleeding |

**O Physical Exam:** BP 122/78 P 68 RESP___ T___ WT 190 HT___ AGE 88

| | Normal | Abnormal |
|---|---|---|
| Appearance | ✓ | |
| HEENT | | ✓ |
| Neck/Chest | ✓ | |
| Breasts | | |
| Lungs | ✓ | |
| Heart | ✓ | |
| Abdomen | ✓ | |
| Extremities | ✓ | |
| Neurologic | | |
| Lymphatics | | |
| Skin | | |

⊕ d. erythema

Mid back: ⊕ tender ® paraspinal approx T3 - T8 w/o any other symptoms NL ROM

**A Assessment:** ① viral synd → ⊕ PND (consider decong ± ABX) if persists.

② Mid back pain - exercise given (HEI)

**P Plan:**

Follow-up:___days___weeks___months ___ if not needed ___PRN

Mark F. Pinsky D.O.

# EXHIBIT "C"



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
*Melbourne, FL  32940*
Phone: 321-757-5515
Fax: 321-757-5514

# Initial Evaluation

Report Generation Date: 9/18/2007

| | | | |
|---|---|---|---|
| **Patient Name:** | Jessee A Perez | **Date Seen:** | 9/18/2007 |
| **Referring Physician:** | Mark F Pinsky DO | **Patient ID:** | 86 |
| **Diagnosis:** | 724.2  Lumbago, low back pain. | **Date of Birth:** | 5/14/1979 (28 years old) |

## Subjective

### Current Condition
**Details**

| | |
|---|---|
| Chief Complaint: | Pt reports that he feels pain when he sits.  He feels restless.  He reports a dull, consistent pain. He works for the fire department.  He has been taking some time off to take care of himself, but he is not taking off full time.  The pain is across his back on both sides.  He reports that he does not get any pain down his legs.  He does not feel any weakness in his legs.  He does not report any blood in the stool or urine. |
| Specific Injury: | pt reports that a few weeks ago, was moving an entertainment center on a cart.  The entertainment center was about to fall onto his wife, so he hugged the door to prevent it from hitting her.  He felt a strain in his back and he has been hurting ever since. |

### Pain History
**Pain Area**

| Area | Current | Best | Worst |
|---|---|---|---|
| L-Spine | 4 | 4 | 4 |

### Functional Status

| Functional Activity | Status | Level |
|---|---|---|
| working without pain. | | Current |
| Recreational Exercise | | Current |
| Sitting | | Current |
| picking up his children. | | Current |

### Medical History
Pt reports a hx of a broken R leg when he was four years ago.  Other than that, he has no history of injury or surgery to his lower back or legs. Pt reports that he is taking darvocet and flexoral. He does not take it at work or during the day.

## Objective

### Observation
pt has no gait abnormalities.

## LSpine

### Active Range Of Motion

| Motion | Range Of Motion |
|---|---|
| Flexion | 80 Percent |
| Extension | 50 Percent |
| Sidebending Right | 70 Percent |
| Sidebending Left | 70 Percent |

**PT PROFESSIONALS**

PHYSICAL THERAPY PROFESSIONALS

**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL 32940
Phone: 321-757-5515
Fax: 321-757-5514

| | |
|---|---|
| Rotation Right | 80 Percent |
| Rotation Left | 80 Percent |

**Passive Range Of Motion**

| Measurement | Range Of Motion |
|---|---|
| Flexion | 100 Percent |
| Extension | 100 Percent |
| Sidebending Right | 100 Percent |
| Sidebending Left | 100 Percent |
| Rotation Right | 100 Percent |
| Rotation Left | 100 Percent |

**Muscle Testing**

| Measurement | Right Strength | Right Flexibility | Left Strength | Left Flexibility |
|---|---|---|---|---|
| Tibialis Anterior | 5/5 | | 5/5 | |
| Hip Flexors | 4/5 | | 4/5 | |
| Gastrocnemius | 5/5 | | 5/5 | |
| Hamstring | 4/5 | severe restriction | 4/5 | severe restriction |
| Quadriceps | 5/5 | | 5/5 | |
| Rectus Abdominis | 5/5 | | 5/5 | |

**Special Tests**

| Special Test | Right | Left |
|---|---|---|
| Slump Test (Lumbar) | Negative | Negative |
| Straight Leg Raise | hamstring tightness | hamstring tightness |
| Quadrant Test (L-Spine) | Negative | Negative |
| Neurotension Test | Negative | Negative |

**Joint Mobility**

| Joint | Force Direction | Grade |
|---|---|---|
| L5/S1 | rotation | II |

**Reflexes**

| Reflex | Right | Left |
|---|---|---|
| L3 - Patellar | diminished | 2+ |
| S1 - Achilles | 2+ | 2+ |

## Palpation

pt has marked tenderness to palpation in the erector spinae bilaterally. The most sensitive area is in the area of L2. The L side seems to be slightly more sensitive than the R.

## Assessment

### Descriptions

Evaluation has determined decrease in functional status for this patient.
Evaluation has found subjective and objective deficits that can be addressed by physical therapy intervention.
Subjective and objective measures are addressed by goals in the plan of care.
Patient / family are involved in the development of these goals.
Patient / family are educated about current injury and treatment.

8045 Spyglass Hill Road, Suite 103    Melbourne, FL 32940

Initial Evaluation - Jessee A Perez

2



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL 32940
Phone: 321-757-5515
Fax: 321-757-5514

pt reports today with bilateral lumbar pain. Upon examination, he has marked tenderness and hypertonicity in the erector spinae muscles on both sides of the lumbar spine. He has limited AROM due to pain. Hamstrings are very restricted. Lumbar joint mobility is restricted, but this is likely due to sustained muscle spasm. There is no evidence of radiculopathy. LE strength is good except for a few motions which increase his pain. Slump test and SLR were negative for radiculopathy.

**Potential to reach goals:** Good

## Problem List

| Problems |
|---|
| Pain limits functional activities |
| Decreased ROM preventing full functional activity |
| Decreased strength limiting functional activities |
| decreased work capacity. |

# Plan

## Goals

| Length | Status | Goal |
|---|---|---|
| Short Term | Not Met | 1. Independent with home exercise program in 3 weeks. |
| Long Term | Not Met | 2. Patient able to participate in full recreational activities in 6 weeks. |
| Long Term | Not Met | 2a. Increase ROM to WNL. |
| Short Term | Not Met | 2b. Increase strength to WNL. |
| Short Term | Not Met | 3. Patient to report decreased pain during functional activities in 6 weeks. |
| Short Term | Not Met | 3a. Patient to report decreased pain measured by visual analog scale. |
| Long Term | Not Met | pt will tolerate working a full shift at the firestation and will report no increase in symptoms. |
| Short Term | Not Met | pt will tolerate static sitting for 10 minutes and will report no increase in symptoms. |

## Treatment Plan

**Recommend Physical Therapy for 3 time(s) a week for 4 week(s), with treatment to consist of:** Body Mechanic Training (97110) - Proper positioning and lifting strategies, Core Stabilization (97110) - Increase strength and function of spinal stabilization muscles, Flexibility (97110) - active and passive patient stretching, Neuromuscular Re-ed - 97112: Improve neurologic control of muscle function, ROM (97110) - Passive or active activities to increase joint range of motion, Therapeutic Exercise - 97110: Improve muscle strength, ROM, flexibility, and muscle function, Cryotherapy- 97010: Application of cold to decrease local swelling and decrease pain, Heat- 97010: Application of heat to increase local circulation and decrease pain, IFC E-Stim- 97014: Application of E-Stim to modulate pain , Ultrasound- 97035: increase local circulation, improve tissue healing time, and modulate pain, Manual Stretching- 97140: passive or active stretching to improve muscle length and function, Soft Tissue Mobs- 97140: increase ROM tissue length, joint mechanics, and modulate pain, and Spine Mobilization- 97140: increase ROM, improve joint mechanics, and modulate pain.

## Initial Treatment

- Patient Education - Initial Evaluation Pt. understood injury and its management.
- Modality - Cryotherapy 10 Minutes
- Manual - Soft Tissue Massage 10 Minutes
- L-Spine - Lateral Trunk Rotation 2 sets of 10
- Marching in Place 3 x 10
- alternating LE lift 3 x 10
- Supine gym ball roll outs  3 x 10
- Bridging over gym ball 3 x 10
- Bridging 3 x 10

8045 Spyglass Hill Road, Suite 103    Melbourne, FL  32940

Initial Evaluation - Jessee A Perez

3



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL  32940
Phone: 321-757-5515
Fax: 321-757-5514

Daryl C Jacobs II DPT, MTC, ATC
License #: PT 19737

(Document electronically signed by TheraOffice Documentation)
9/18/2007



**Physical Thearpy Professionals, LLC**
8045 Spyglass Hill Road, Suite 103
Melbourne, FL  32940
Phone: 321-757-5515
Fax: 321-757-5514

# Re-Evaluation Note

Report Generation Date: 10/24/2007

| | | | |
|---|---|---|---|
| Patient Name: | Jessee A Perez | | |
| Referring Physician: | Mark F Pinsky DO | Patient ID: | 86 |
| Diagnosis: | 724.2   Lumbago, low back pain. | Date of Birth: | 5/14/1979 (28 years old) |

## Subjective

### Pain History
#### Pain Area

**9/18/2007**

| Area | Current | Best | Worst |
|---|---|---|---|
| L-Spine | 4 | 4 | 4 |

**10/24/2007**

| Area | Current | Best | Worst |
|---|---|---|---|
| L-Spine | 4 | 4 | 6 |

### Pain Description

### Functional Status

| | 9/18/2007 | 10/24/2007 | |
|---|---|---|---|
| **Functional Activity** | **Level** | **Status** | **Level** |
| working without pain. | Current | Moderate Limitation | Current |
| Recreational Exercise | Current | Severe Limitation | Current |
| Sitting | Current | Mild Limitation | Current |
| picking up his children. | Current | Moderate Limitation | Current |

## Objective
### Observation
pt has no gait abnormalities.

### LSpine
#### Active Range Of Motion - Range of Motion

| | 9/18/2007 | 10/24/2007 |
|---|---|---|
| **Motion** | **Range Of Motion** | **Range Of Motion** |
| Flexion | 80 Percent | 90 Percent |
| Extension | 50 Percent | 65 Percent |
| Sidebending Right | 70 Percent | 80 Percent |
| Sidebending Left | 70 Percent | 80 Percent |
| Rotation Right | 80 Percent | 70 Percent |
| Rotation Left | 80 Percent | 70 Percent |

#### Passive Range Of Motion

| | 9/18/2007 | |
|---|---|---|
| **Measurement** | **Range Of Motion** | **Range Of Motion** |

8045 Spyglass Hill Road, Suite 103    Melbourne, FL  32940



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL  32940
Phone: 321-757-5515
Fax: 321-757-5514

| | | |
|---|---|---|
| Flexion | 100 Percent | 100 Percent |
| Extension | 100 Percent | 100 Percent |
| Sidebending Right | 100 Percent | 100 Percent |
| Sidebending Left | 100 Percent | 100 Percent |
| Rotation Right | 100 Percent | 100 Percent |
| Rotation Left | 100 Percent | 100 Percent |

**Muscle Testing**

| | 9/18/2007 | | 10/24/2007 | |
|---|---|---|---|---|
| **Measurement** | **Right Strength** | **Left Strength** | **Right Strength** | **Left Strength** |
| Tibialis Anterior | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Flexors | 4/5 | 4/5 | 4+/5 | 4+/5 |
| Gastrocnemius | 5/5 | 5/5 | 5/5 | 5/5 |
| Hamstring | 4/5 | 4/5 | 4+/5 | 4+/5 |
| Quadriceps | 5/5 | 5/5 | 5/5 | 5/5 |
| Rectus Abdominis | 5/5 | 5/5 | 5/5 | 5/5 |

**Special Tests**

| | 9/18/2007 | | 10/24/2007 | |
|---|---|---|---|---|
| **Special Test** | **Right** | **Left** | **Right** | **Left** |
| Slump Test (Lumbar) | Negative | Negative | Negative | Negative |
| Straight Leg Raise | hamstring tightness | hamstring tightness | hamstring tightness | hamstring tightness |
| Quadrant Test (L-Spine) | Negative | Negative | Negative | Negative |
| Neurotension Test | Negative | Negative | Negative | Negative |

**Joint Mobility**

| | 9/18/2007 | | | |
|---|---|---|---|---|
| **Joint** | **Force Direction** | **Grade** | **End-Feel** | **Symptoms** |
| L5/S1 | rotation | II | | |

| | 10/24/2007 | | | |
|---|---|---|---|---|
| **Joint** | **Force Direction** | **Grade** | **End-Feel** | **Symptoms** |
| L5/S1 | rotation | III | | |

**Reflexes**

| **Reflex** | **Right** | **Left** |
|---|---|---|
| L3 - Patellar | diminished | 2+ |
| S1 - Achilles | 2+ | 2+ |

## Palpation

pt has moderate tenderness to palpation in the erector spinae bilaterally.  The quadratus lumborum is also tender, R>L.

## Assessment

**Descriptions**

Evaluation has determined decrease in functional status for this patient.
Evaluation has found subjective and objective deficits that can be addressed by physical therapy intervention.
Subjective and objective measures are addressed by goals in the plan of care.
Patient was involved in the development of these goals.
Patient was educated about current injury and treatment.

8045 Spyglass Hill Road, Suite 103   Melbourne, FL  32940

Progress Note - Jessee Perez

2



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL  32940
Phone: 321-757-5515
Fax: 321-757-5514

pt reports today with increased pain and
pt reports today following a recent exacerbation of his symptoms. His presentation is exactly the same as when he was here previously. He has marked spasm in the erector spinae and in the quadratus lumborum. His ROM has regressed a little due to the recent flare up. Goals will now be directed towards decreasing pain and spasm. Potential for improvment with PT intervention is good. Goals will also be directed towards increasing lumbar strength to the point that his symptoms do not return.

### Problem List
#### Problems
Pain limits functional activities
Decreased ROM preventing full functional activity
Decreased strength limiting functional activities
decreased work capacity.

# Plan
## Goals

| Length | Status | Goal |
|---|---|---|
| Short Term | Met | 1. Independent with home exercise program in 3 weeks. |
| Long Term | Not Met | 2. Patient able to participate in full recreational activities in 6 weeks. |
| Long Term | Not Met | 2a.  Increase ROM to WNL. |
| Short Term | Not Met | 2b.  Increase strength to WNL. |
| Short Term | Not Met | 3.  Patient to report decreased pain during functional activities in 6 weeks. |
| Short Term | Not Met | 3a.  Patient to report decreased pain measured by visual analog scale. |
| Long Term | Not Met | pt will tolerate working a full shift at the firestation and will report no increase in symptoms. |
| Short Term | Not Met | pt will tolerate static sitting for 10 minutes and will report no increase in symptoms. |

### Treatment Plan
**Recommend Physical Therapy for 3 time(s) a week for 4 week(s), with treatment to consist of:** Body Mechanic Training (97110) - Proper positioning and lifting strategies, Core Stabilization (97110) - Increase strength and function of spinal stabilization muscles, Flexibility (97110) - active and passive patient stretching, Neuromuscular Re-ed - 97112:  Improve neurologic control of muscle function, ROM (97110) - Passive or active activities to increase joint range of motion, Therapeutic Exercise - 97110:  Improve muscle strength, ROM, flexibility, and muscle function, Cryotherapy- 97010: Application of cold to decrease local swelling and decrease pain, Heat- 97010: Application of heat to increase local circulation and decrease pain, IFC E-Stim- 97014:  Application of E-Stim to modulate pain , Ultrasound- 97035: increase local circulation, improve tissue healing time, and modulate pain, Manual Stretching- 97140: passive or active stretching to improve muscle length and function, Soft Tissue Mobs- 97140: increase ROM tissue length, joint mechanics, and modulate pain, and Spine Mobilization- 97140: increase ROM, improve joint mechanics, and modulate pain.

Daryl C Jacobs II DPT, MTC, ATC
License #: PT 19737

(Document electronically signed by TheraOffice Documentation)
10/24/2007

\_\_\_\_\_ I have no revisions to this plan of care          Prognosis: \_\_\_\_ Excellent \_\_\_\_ Good \_\_\_\_ Fair \_\_\_\_ Poor
\_\_\_\_\_ Revise plan of care as follows

**PT PROFESSIONALS**
PHYSICAL THERAPY PROFESSIONALS

**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL  32940
Phone: 321-757-5515
Fax: 321-757-5514

_____ Discharge Patient                          Continue _____ times per _____ for _____ weeks / months

Physician Signature: _____ Date: _____
*In signing this document, physician certifies that prescribed rehabilitation is a medical necessity.*

8045 Spyglass Hill Road, Suite 103    Melbourne, FL  32940

Progress Note - Jessee Perez
4



**Physical Thearpy Professionals, LLC**
8045 Spyglass Hill Road, Suite 103
Melbourne, FL 32940
Phone: 321-757-5515
Fax: 321-757-5514

# Discharge Note

Report Generation Date: 12/1/2007

| | | | |
|---|---|---|---|
| Patient Name: | Jessee A Perez | | |
| Referring Physician: | Mark F Pinsky DO | Patient ID: | 86 |
| Diagnosis: | 724.2   Lumbago, low back pain. | Date of Birth: | 5/14/1979 (28 years old) |

## Subjective

### Pain History
#### Pain Area

**10/24/2007**

| Area | Current | Best | Worst |
|---|---|---|---|
| L-Spine | 4 | 4 | 6 |

**12/1/2007**

| Area | Current | Best | Worst |
|---|---|---|---|
| L-Spine | 2 | 2 | 4 |

### Pain Description

### Functional Status

| | 10/24/2007 | | 12/1/2007 |
|---|---|---|---|
| Functional Activity | Status | Level | Level |
| working without pain. | Moderate Limitation | Current | Current |
| Recreational Exercise | Severe Limitation | Current | Current |
| Sitting | Mild Limitation | Current | Current |
| picking up his children. | Moderate Limitation | Current | Current |

## Objective

### Observation

pt has no gait abnormalities.

### LSpine
#### Active Range Of Motion - Range of Motion

| | 10/24/2007 | 12/1/2007 |
|---|---|---|
| Motion | Range Of Motion | Range Of Motion |
| Flexion | 90 Percent | 90 Percent |
| Extension | 65 Percent | 75 Percent |
| Sidebending Right | 80 Percent | 90 Percent |
| Sidebending Left | 80 Percent | 90 Percent |
| Rotation Right | 70 Percent | 90 Percent |
| Rotation Left | 70 Percent | 90 Percent |

#### Muscle Testing

| | 10/24/2007 | | 12/1/2007 | |
|---|---|---|---|---|
| Measurement | Right Strength | Left Strength | Right Strength | Left Strength |
| Tibialis Anterior | 5/5 | 5/5 | 5/5 | 5/5 |

8045 Spyglass Hill Road, Suite 103   Melbourne, FL 32940

Discharge Note - Jessee Perez



**Physical Thearpy Professionals, LLC**
**8045 Spyglass Hill Road, Suite 103**
Melbourne, FL 32940
Phone: 321-757-5515
Fax: 321-757-5514

| | | | |
|---|---|---|---|
| Hip Flexors | 4+/5 | 4+/5 | 5-/5 | 4/5 |
| Gastrocnemius | 5/5 | 5/5 | 5/5 | 5/5 |
| Hamstring | 4+/5 | 4+/5 | 5-/5 | 4/5 |
| Quadriceps | 5/5 | 5/5 | 5/5 | 5/5 |
| Rectus Abdominis | 5/5 | 5/5 | 5/5 | 5/5 |

## Special Tests

| | 10/24/2007 | | 12/1/2007 | |
|---|---|---|---|---|
| **Special Test** | **Right** | **Left** | **Right** | **Left** |
| Slump Test (Lumbar) | Negative | Negative | Negative | Negative |
| Straight Leg Raise | hamstring tightness | hamstring tightness | hamstring tightness | hamstring tightness |
| Quadrant Test (L-Spine) | Negative | Negative | Negative | Negative |
| Neurotension Test | Negative | Negative | Negative | Negative |

## Joint Mobility

| | 10/24/2007 | | | |
|---|---|---|---|---|
| **Joint** | **Force Direction** | **Grade** | **End-Feel** | **Symptoms** |
| L5/S1 | rotation | III | | |

| | 12/1/2007 | | | |
|---|---|---|---|---|
| **Joint** | **Force Direction** | **Grade** | **End-Feel** | **Symptoms** |
| L5/S1 | rotation | III | | |

### Reflexes

| **Reflex** | **Right** | **Left** |
|---|---|---|
| L3 - Patellar | diminished | 2+ |
| S1 - Achilles | 2+ | 2+ |

## Palpation

pt has very mild tenderness to palpation in the erector spinae bilaterally.

## Assessment

### Descriptions

Evaluation has determined decrease in functional status for this patient.
Evaluation has found subjective and objective deficits that can be addressed by physical therapy intervention.
Subjective and objective measures are addressed by goals in the plan of care.
Patient was involved in the development of these goals.
Patient was educated about current injury and treatment.
pt has made good progress with PT intervention. He continues to have some pain with over exertion. Pain levels are much lower and pt is independent with his HEP.

### Problem List

#### Problems

Pain limits functional activities
Decreased ROM preventing full functional activity
Decreased strength limiting functional activities
decreased work capacity.

## Plan



**Physical Thearpy Professionals, LLC**
8045 Spyglass Hill Road, Suite 103
Melbourne, FL 32940
Phone: 321-757-5515
Fax: 321-757-5514

**Goals**

| Length | Status | Goal |
|---|---|---|
| Short Term | Met | 1. Independent with home exercise program in 3 weeks. |
| Long Term | Not Met | 2. Patient able to participate in full recreational activities in 6 weeks. |
| Long Term | Not Met | 2a. Increase ROM to WNL. |
| Short Term | Met | 2b. Increase strength to WNL. |
| Short Term | Met | 3. Patient to report decreased pain during functional activities in 6 weeks. |
| Short Term | Met | 3a. Patient to report decreased pain measured by visual analog scale. |
| Long Term | Not Met | pt will tolerate working a full shift at the firestation and will report no increase in symptoms. |
| Short Term | Met | pt will tolerate static sitting for 10 minutes and will report no increase in symptoms. |

**Treatment Plan**
    Discharge to independent HEP.


**Daryl C Jacobs II DPT, MTC, ATC**
License #: PT 19737

(Document electronically signed by TheraOffice Documentation)
12/1/2007

8045 Spyglass Hill Road, Suite 103    Melbourne, FL 32940

# EXHIBIT "D"

# PT PROFESSIONALS

## PHYSICAL THERAPY PROFESSIONALS

**Physical Therapy Professionals**
8045 Spyglass Hill Road, Suite 103
Melbourne, FL 32940
(321) 757-5515

**Patient: Jessee A Perez**

| Day | Date | Start Time | End Time | Status | Resource | Address |
|---|---|---|---|---|---|---|
| Tuesday | 09/25/2007 | 8:45 am | 9:30 am | To Be Seen | Daryl Jacobs, DPT, MTC, ATC | 8045 Spyglass Hill Road, Suite 103 |

Appt #3

✓ Also— (2) Prescriptions
$10 per = $20   (Can't find receipts)

Both by Pinskys
① muscle Relaxers
② Pain Med    ~~he still to~~
he still has bottles — we'll give you.