# Patient Ledger - Detailed

| Patient ID: | 2070 | | | | Jessee Perez | | | Total Charges: | | | | $104.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Birthdate: | 05/14/1979 | | | | 100 Clairbourne Ave | | | Total Payments: | | | | $15.00 |
| Phone 1: | (321) 508-0120 Cell | | | | Indian Harbour Bch FL 32937 | | | Total Adjustments: | | | | $0.00 |
| Phone 2: | | | | | | | | Insurance Balance: | | | | $89.00 |
| | | | | | | | | Patient Balance: | | | | $0.00 |

| Visit DOS | Visit DOE | Company | Doctor | | Facility | Ticket Number | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code | Modifiers | Description | | Check # | Units | Charge | Payment | Adjustment | Insurance | Patient |
| 08/24/2007 | 08/24/2007 | Pinsky Family and Sports Medicine Center | Pinsky DO | | Pinsky Family and Sports Medicine Center | PIN034103 | | | | | | | |
| | Current Insurance Carrier: | BC/BS Health Options | | | | | | | | | | | |
| | | 08/24/2007 | | | Filed HCFA to Health Options Inc for $104.00 | | | | | | | | |
| 08/24/2007-08/24/2007 | | 08/24/2007 | 99213 | | EP Office Visit Level 3 | | | 1.00 | $104.00 | | | $89.00 | $0.00 |
| | | 08/24/2007 | Perez, Jessee | | PT Payment | | | | | ($15.00) | $0.00 | | |
| | | | | | **Visit Total/Balance Due** | | | | $104.00 | ($15.00) | $0.00 | $89.00 | $0.00 |
| | | | | | *Selected Visit Totals* | | | | *$104.00* | *($15.00)* | *$0.00* | *$89.00* | *$0.00* |

SALE AMOUNT          $15.00

CUSTOMER COPY

## Patient Ledger - Detailed

| Patient ID: | 2070 | Jessee Perez | | | | | Total Charges: | | | | | $104.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Birthdate: | 05/14/1979 | 245 Maple Dr | | | | | Total Payments: | | | | | $15.00 |
| Phone 1: | (321) 508-0120 Cell | Indian Harbour Bch FL 32937 | | | | | Total Adjustments: | | | | | $0.00 |
| Phone 2: | | | | | | | Insurance Balance: | | | | | $89.00 |
| | | | | | | | Patient Balance: | | | | | $0.00 |

| Visit DOS | Visit DOE | Company | Doctor | | Facility | Ticket Number | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Procedure DOS | | DOE | Code | Modifiers | Description | | Check # | Units | Charge | Payment | Adjustment | Insurance | Patient |
| 10/23/2007 | 10/23/2007 | Pinsky Family and Sports Medicine Center | Pinsky DO | | Pinsky Family and Sports Medicine Center | PIN035394 | | | | | | | |
| | Current Insurance Carrier: | | BC/BS Health Options | | | | | | | | | | |
| | | 10/23/2007 | Filed HCFA to Health Options Inc for $104.00 | | | | | | | | | | |
| 10/23/2007-10/23/2007 | | 10/23/2007 | 99213 | | EP Office Visit Level 3 | | | 1.00 | $104.00 | | | $89.00 | $0.00 |
| | | 10/23/2007 | Perez, Jessee | | PT Payment | | | | | ($15.00) | $0.00 | | |
| | | | | | Visit Total/Balance Due | | | | $104.00 | ($15.00) | $0.00 | $89.00 | $0.00 |
| | | | | | Selected Visit Totals | | | | $104.00 | ($15.00) | $0.00 | $89.00 | $0.00 |

254-3929
TO: Pinsky
FROM: 12/6/07 PAGES 2
COU from
10/23/07

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

DEBIT
2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000000
09/18/07              15:08:29
Debit Ref #: 998

Inv#: 00000004 Appr Code: 094519

Total:          $      25.00

Customer Copy

THANK YOU
FOR VISITING!

---

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

DEBIT
2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000000
09/19/07              09:54:32
Debit Ref #: 997

Inv#: 00000007 Appr Code: 555227

Total:          $      25.00

Customer Copy

THANK YOU
FOR VISITING!

---

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

VISA
XXXXXXXXXXXX2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000002
10/04/07              10:26:17

Inv#: 00000010 Appr Code: 275784

Total:          $      25.00

Customer Copy

THANK YOU
FOR VISITING!

---

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

VISA
XXXXXXXXXXXX2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000005
10/24/07              14:20:38

Inv#: 00000003 Appr Code: 223489

Total:          $      25.00

Customer Copy

THANK YOU
FOR VISITING!

---

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

VISA
XXXXXXXXXXXX2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000001
09/28/07              08:34:51

Inv#: 00000012 Appr Code: 361394

Total:          $      50.00

Customer Copy

THANK YOU
FOR VISITING!

---

PT PROFESSIONALS
8045 SPYGLASS HILL RD #10
MELBOURNE, FL 32940
(321) 757-5515

Merchant ID: 4616771000392934
Term ID: JYA1

**Sale**

VISA
XXXXXXXXXXXX2034
Entry Method: Swiped
Apprvd: Online    Batch#: 000003
10/09/07              09:20:16

Inv#: 00000004 Appr Code: 214633

Total:          $      25.00

Customer Copy

THANK YOU
FOR VISITING!

# Patient Account Summary

**Patient:** Perez. Jessee

**Cases:**
New case created on: 9/17/2007

**Total Charges**

| Visit | Amount |
|---|---|
| 09/18/2007 | $101.60 |
| 09/19/2007 | $89.92 |
| 09/25/2007 | $74.80 |
| 09/28/2007 | $62.72 |
| 10/01/2007 | $74.52 |
| 10/04/2007 | $74.52 |
| 10/09/2007 | $74.52 |
| 10/24/2007 | $76.92 |
| 10/25/2007 | $76.92 |
| **Total:** | **$706.44** |

**Total Collected Payments**

| Payor | Amount |
|---|---|
| BCBS HMO (Blue Care) | $506.44 |
| Patient | $225.00 |
| Copay | $0.00 |
| Adjustments | |
| **Total:** | **$731.44** |

**Patient Balance: $-25.00**

12-1-07

Please note that we are showing a $25 credit to patient. We have an inquiry out to insurance company regarding this + patient will be refunded $25 if this is verified by the insurance company

BOARD OF COUNTY COMMISSIONERS
Brevard County, Florida    PAYROLL EARNINGS STATEMENT

Check Date:  08/30/2007    Pay Period Ending:  08/24/2007

Title:Fire Medic 1

24 hrs on 8/24 - see attached BC Cal. Printout
Not recorded on this stub.

Cost Center:     284000
Personnel No.    11003390
Employee Name:   JESSIE PEREZ

| PAID BENEFITS | | | EARNINGS | | | DEDUCTIONS | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PICA | 2,192.53 | REG PAY | 1,727.74 | W/H TAX | 196.35 | EARNINGS | 37,620.12 | | | | |
| MEDCL | 2,324.16 | O/T PAY | 0.00 | E.S. TAX | 126.96 | W/H TAX | 4,622.77 | | | | |
| LIFE | 51.00 | OTHER PAY | 0.00 | MEDC TAX | 29.67 | E.S TAX | 2,263.23 | | | | |
| INS | 428.10 | PAY RED | 0.00 | MEDC TAX | 38.00 | MEDC TAX | 529.30 | | | | |
| YTD FRST,870.11 | | NLIFE MAVR | 0.00 | DEF COMP | 0.00 | DEF COMP | 694.00 | | | | |
| | | METRO PAY | 0.00 | MEDICAL | 0.00 | MEDICAL | 928.32 | | | | |
| | | GROSS PAY | 2,046.38 | DENTAL | 0.00 | DENTAL | 198.16 | | | | |
| | | | | VISION | 0.00 | VISION | 0.00 | | | | |
| RECORDED | | ADV EIC | 0.00 | MED REIMB | 0.00 | MED REIMB | 0.00 | | | | |
| REG 106.00 | | YTD EIC | 0.00 | DEP CARE | 0.00 | DEP CARE | 0.00 | | | | |
| O/T 39.00 | | | | UNION DUES | 0.00 | UNION DUES | 328.00 | | | | |
| ANN 24.00 | | CHLD>$50K | 0.00 | AM HER. | 0.00 | AM HER. | 0.00 | | | | |
| SICK 0.00 | | YTD CHLI | 0.00 | AM HER DIS | 0.00 | AM HR. DIS | 0.00 | | | | |
| WOP 0.00 | | | | COL INS | 0.00 | COL INS | 0.00 | | | | |
| NJ 0.00 | | | | AFLAC INS | 0.00 | AFLAC INS | 0.00 | | | | |
| | | NONCASH UNI | 0.00 | COL DIS | 0.00 | COL DIS | 0.00 | | | | |
| | | YTD NC UNI | 0.00 | AFLAC DIS | 0.00 | AFLAC DIS | 0.00 | | | | |
| LEAVE BALANCE | | NONCASH VEH | 0.00 | SUPL LIFE | 0.00 | SUPL LIFE | 0.00 | | | | |
| ANN 266.40000 | | YTD NC VEH | 0.00 | L.T. DISAB | 0.00 | L.T.D. | 0.00 | | | | |
| SICK 191.00000 | | | | | | | | | | | |
| COMP 0.00000 | | DIR. DEP. | | SUPPORT | 0.00 | SUPPORT | 0.00 | | | | |
| HOLY 0.00000 | | BANK 1 1,627.08 | | BENE-WAY | 0.00 | UNITED WAY | 0.00 | | | | |
| AROL 0.00000 | | BANK 2 0.00 | | SVNGS BNDS | 0.00 | SVNGS BNDS | 0.00 | | | | |
| | | BANK 3 0.00 | | MISC DED | 0.00 | MISC DED | 0.00 | | | | |
| | | BANK 4 0.00 | | FPCOLLEGE | 0.00 | FPCOLLEGE | 0.00 | | | | |
| | | | | ANNUITY | 0.00 | ANNUITY | 0.00 | | | | |
| | | | | L.T. CARE | 0.00 | L.T.C. | 0.00 | | | | |

| DIR. DEP. | DIR. DEP | NET PAY |
|---|---|---|
| | 1665.48 | 0.00 |
| | | NC PAYMENT |
| | | 0.00 |

BOARD OF COUNTY COMMISSIONERS
Brevard County, Florida

PAYROLL EARNINGS STATEMENT

Check Date:    09/13/2007          Pay Period Ending:   09/07/2007

| PAID BENEFITS | | EARNINGS | | DEDUCTIONS | | YEAR-TO DATE | |
|---|---|---|---|---|---|---|---|
| FICA | 2,886.16 | REG PAY | 1,293.76 | | | EARNINGS | 38,913.88 |
| MEDCL. | 7,114.68 | O/T PAY | 0.00 | W/H TAX | 62.99 | W/H TAX | 4,685.76 |
| LIFE | 57.46 | OTHER PAY | 0.00 | S.S. TAX | 75.88 | S.S. TAX | 2,339.11 |
| FRS | 270.65 | PAY RED | 0.00 | MEDC TAX | 17.75 | MEDC TAX | 547.05 |
| YTD FRS | 8,140.76 | HLTH WAVR | 0.00 | DEF COMP | 38.00 | DEF COMP | 722.00 |
| | | RETRO PAY | 0.00 | MEDICAL | 58.02 | MEDICAL | 986.34 |
| | | GROSS PAY | 1,293.76 | DENTAL | 11.76 | DENTAL | 199.92 |
| | | | | VISION | 0.00 | VISION | 0.00 |
| HRS RECORDED | | ADV EIC | 0.00 | MED REIMB | 0.00 | MED REIMB | 0.00 |
| REG | 49.00 | YTD EIC | 0.00 | DEP CARE | 0.00 | DEP CARE | 0.00 |
| O/T | 0.00 | | | UNION DUES | 20.50 | UNION DUES | 348.50 |
| ANN | 24.00 | GTLI>$50k | 0.00 | AM HER. | 0.00 | AM HER | 0.00 |
| SICK | 31.00 | YTD GTLI | 0.00 | AM HER DIS | 0.00 | AM.HE. DIS | 0.00 |
| WOP | 0.00 | | | COL INS | 0.00 | COL INS | 0.00 |
| INJ | 0.00 | NONCASH UNI | 0.00 | COL DIS | 0.00 | COL DIS | 0.00 |
| | | YTD NC UNI | 0.00 | AFLAC INS | 0.00 | AFLAC INS | 0.00 |
| | | NONCASH VEH | 0.00 | AFLAC DIS | 0.00 | AFLAC DIS | 0.00 |
| | | YTD NC VEH | 0.00 | SUPL LIFE | 0.00 | SUPL LIFE | 0.00 |
| | | | | L.T. DISAB | 0.00 | L.T.D. | 0.00 |
| LEAVE BALANCE | | DIR. DEP. | | | | | |
| ANN | 244.40000 | BANK 1 | 38.00 | SUPPORT | 0.00 | SUPPORT | 0.00 |
| SICK | 160.00000 | BANK 2 | 970.86 | UNTD WAY | 0.00 | UNITED WAY | 0.00 |
| COMP | 0.00000 | BANK 3 | 0.00 | SVNGS BNDS | 0.00 | SVNGS BNDS | 0.00 |
| LVOP | 0.00000 | BANK 4 | 0.00 | MISC DED | 0.00 | MISC DED | 0.00 |
| AHOL | 0.00000 | | | PPCOLLEGE | 0.00 | PPCOLLEGE | 0.00 |
| | | | | ANNUITY | 0.00 | ANNUITY | 0.00 |
| | | | | L.T. CARE | 0.00 | L.T.C. | 0.00 |
| | | | | | | WC PAYMENT | 0.00 |
| | | | | DIR. DEP. | 1008.86 | NET PAY | 0.00 |

Title:Fire Medic 1

Cost Center:    284000
Personnel No.   11003390
Employee Name: JESSEE PEREZ

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | AT | Aug 1 | 2 | 3 AT | 4 |
| 5 | 6 AT | 7 | 8 | 9 AT | 10 +OT | 11 |
| 12 AT | 13 | 14 +OT | 15 AT | 16 | 17 | 18 AT |
| 19 |  20 | 21 AT | 22 OT(1) | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 AT(12) HRS SICK | 31 |  |
| AT(25) | S |  | AT(14) HRS SICK |  |  | AL SICK |
|  |  | 11 |  |  | AL SICK |  |
|  |  |  |  |  | +OT |  |
|  |  |  |  |  |  |  |
|  | Oct 1 | 2 | 3 | 4 | 5 | 6 |

# Steven Ulibarri
## 2768 Hidden Village Drive
## Jacksonville, FL 32216

February 18, 2008

**RE:    Move to 245 Maple Drive**
**Satellite Beach, FL**
**September 08, 2007**

Please let this serve as a receipt for $500 paid for moving services (assistance), gas, and use of my truck for the date mentioned.  Paid to me by Jessee Perez

**Garry F. Branch**

| | |
|---|---|
| **From:** | Shannon Perez [ShannonPerez@cfl.rr.com] |
| **Sent:** | Friday, March 07, 2008 10:49 AM |
| **To:** | Garry F. Branch |
| **Subject:** | Fw: weddinginfo at www.floridabeachsideweddings.com/contact.htm |

```
Gary, see below 1 of 4 inquiries
----- Original Message -----
From: <info@floridabeachsideweddings.com>
To: <info@floridabeachsideweddings.com>
Sent: Monday, August 7, 2007 1:19 PM
Subject: weddinginfo at www.floridabeachsideweddings.com/contact.htm


>
> Bride's Name: Jennifer Brennan
>
> Groom's Name: Anthony Rollins
>
> Email: jennifr_s2212@yahoo.com
>
> Daytime Phone: none
>
> Alternate Phone: 713-855-7686
>
> Preferred Ceremony Date: 08/31/07
>
> Other Possible Dates: 09/01/07
>
> Number of guests expected to attend: 10-15
>
> Wedding Packages (select as many as apply): SIMPLY IN LOVE- $499,THE
> KISS IN BLISS | $849,LOVE ON THE HORIZON | $1,299
>
> Location Selections (please choose one) : Robert P. Murkshe-Cocoa
> Beach
>
> Comments or Questions: I live in Arizona and my mom is in Cocoa Beach.
> We want to get married on the beack in Cocoa Beach. Please let us know
> if dates are available
>
> How did you hear about us? (please check one): website search
>
>
>
> _____
> Need personalized email and website? Look no further. It's easy with
> Doteasy $0 Web Hosting! Learn more at www.doteasy.com
```

**Garry F. Branch**

| | |
|---|---|
| **From:** | Shannon Perez [ShannonPerez@cfl.rr.com] |
| **Sent:** | Friday, March 07, 2008 10:51 AM |
| **To:** | Garry F. Branch |
| **Subject:** | Fw: weddinginfo at www.floridabeachsideweddings.com/contact.htm |

(2 of 4...)
----- Original Message -----
From: <info@floridabeachsideweddings.com>
To: <info@floridabeachsideweddings.com>
Sent: Tuesday, September 4, 2007 10:27 PM
Subject: weddinginfo at www.floridabeachsideweddings.com/contact.htm


>
> Bride's Name: Tara Burman
>
> Groom's Name: Eric Kirkland
>
> Email: kekirklands@msn.com
>
> Daytime Phone: 407-687-2623
>
> Alternate Phone: 407-687-2627
>
> Preferred Ceremony Date: 09/13/2007
>
> Other Possible Dates: 09/27/07

> Number of guests expected to attend: 10
>
> Wedding Packages (select as many as apply): SIMPLY IN LOVE~ $499
>
> Location Selections (please choose one) : Lori Wilson Park~ Cocoa
> Beach
>
> How did you hear about us? (please check one): other
>
>
>
>
> _____
> Need personalized email and website? Look no further. It's easy with
> Doteasy $0 Web Hosting! Learn more at www.doteasy.com

1

## Garry F. Branch

| | |
|---|---|
| **From:** | Shannon Perez [ShannonPerez@cfl.rr.com] |
| **Sent:** | Friday, March 07, 2008 10:57 AM |
| **To:** | Garry F. Branch |
| **Subject:** | Fw: weddinginfo at www.floridabeachsideweddings.com/contact.htm |

```
(4 of 4)
----- Original Message -----
From: <info@floridabeachsideweddings.com>
To: <info@floridabeachsideweddings.com>
Sent: Tuesday, September 11, 2007 9:55 AM
Subject: weddinginfo at www.floridabeachsideweddings.com/contact.htm


>
> Bride's Name: Kimberley Arnold
>
> Groom's Name: Alonzo Harley
>
> Email: Kimflorida12006@aol.com
>
> Daytime Phone: 407-340-6214
>
> Alternate Phone: cell phone above
>
> Preferred Ceremony Date: sept 21,2007
>
> Number of guests expected to attend: 20 prefer 30
>
> Wedding Packages (select as many as apply): SIMPLY IN LOVE- $499
>
> Location Selections (please choose one) : Lori Wilson Park- Cocoa
> Beach
>
> Comments or Questions: are you available for sept 21, 2007 in the
> morning somewhere at the cocoa beach near the port canaveral ...
>
> How did you hear about us? (please check one): website search
>
>
>
>
> _____
> Need personalized email and website? Look no further. It's easy with
> Doteasy $0 Web Hosting! Learn more at www.doteasy.com
```

## Garry F. Branch

| | |
|---|---|
| **From:** | Shannon Perez [ShannonPerez@cfl.rr.com] |
| **Sent:** | Friday, March 07, 2008 10:53 AM |
| **To:** | Garry F. Branch |
| **Subject:** | Fw: weddinginfo at www.floridabeachsideweddings.com/contact.htm |

(3 of 4)..
----- Original Message -----
From: <info@floridabeachsideweddings.com>
To: <info@floridabeachsideweddings.com>
Sent: Monday, August 28, 2007 1:11 PM
Subject: weddinginfo at www.floridabeachsideweddings.com/contact.htm


>
> Bride's Name: Tara Dryer
>
> Groom's Name: Kris Daly
>
> Email: detroitpharma1@hotmail.com
>
> Daytime Phone: 248-250-1563
>
> Alternate Phone: same
>
> Preferred Ceremony Date: 9/22/07
>
> Number of guests expected to attend: 15-20
>
> Wedding Packages (select as many as apply): LOVE ON THE HORIZON |
> $1,299
>
> Location Selections (please choose one) : Lori Wilson Park- Cocoa
> Beach
>
> Comments or Questions: Are printed photos included with this package?
> Sorry for last minute we hope you can accomodate
>
> How did you hear about us? (please check one): vendor link
>
>
>
>
> _____
> Need personalized email and website? Look no further. It's easy with
> Doteasy $0 Web Hosting! Learn more at www.doteasy.com

*Paper n Love*
*Honeymoon & Weddings*

## WEDDING BOOKINGS-INFORMATION LOG

| Bride and Groom Name | Address/Telephone EMAIL | Date/ Time | How'd they hear of us? | Location | Package | Paid? | Check/CC |
|---|---|---|---|---|---|---|---|
| Addi Pottenger Brian Jakob Kaminskis | 2627 Lexington Blvd Mishawaka, IN 46544 | 02/25/07 | Web search | Doubletree, Cocoa Bch | Simply in Love-$499 Officiant/Photo only | Paid in Full | Paypal CC 02/19/07 |
| Heather Elliot Darby Copenhaver | 525 E Hillcrest St Altamonte Springs, FL 32701 | 03/17/07 | Web search | Coconut Beach-Mel. Bch. | Ala Carte Officiant-Arch-Pedals-Photo | Paid in Full | Paypal CC |
| Jodi Slocum Dale Rumpf | 707 Kelmont Avenue Pittsburgh, PA 15202 | 07/3/07 | Web search | Kraft Azalea Gardens Winter Park | ✓Kraft Azalea Pkg $1,256 (w/add ons) | Paid in Full | Paypal echeck CANCELLED Refunded $518 |
| Jennifer David Roman | 3822 LA Flor Drive Rockledge, FL 32955 | 09/8/07 2p.m. | Fire Dept | Ascension Church USA and Recep. At The Tides. | Full Coverage Photo Only ($1,000) | Paid in Full | Paid by check Dep and Full |
| Shawna Hitchcock Michael Bracolina | Indian Harbor Beach | 10/6/07 | Jill Cortez referral | Gleason Park, Sat. Bch | Officiant Only-$200 | Paid in Full | Paid by Pers. Check |
| Jennifer Nicole Skweres Anthony Abel Gonzales | 6818 Mahan Wood Dr. Humble, TX 77346 | 11/30/07 5 p. | Website Search | Lori Wilson Park-north entrance Cocoa Beach | Simply In Love w/add ons. -$1,095 | Paid in Full | Personal Check |
| Sherrie/Webb Kenneth Andrew Skiles | 4080 Shuttle Ct Merritt Island, FL 32953 | 01/01/08 -5 p.m. | Yellow Pages | Veterans Memorial Center 400 S. Sykes Creek Pkwy Merritt Island, FL 32952 | Officiant Only-$175 | Paid in Full | Online-CC |

| Names | Address | Date | Source | Venue | Coverage | Paid in Full | Payment |
|---|---|---|---|---|---|---|---|
| Melissa Pinkerton / Gavin Bowen | Viera, FL | 02/02/08 | Fire Dept | First Baptist-Cocoa Beach Rec: The Tides | Full coverage Photo Only ($1,000) | | Paypal CC |
| Nicole Stoner / Ryan Lightsey | 7170 Venus Street Cocoa, Florida 32927 | 03/29/08 4 p.m. | Fire Dept | Mims United Methodist Church 3302 Green St. Mims, FL 32754 http://www.mimsumc.org// *Ask Reception site:* Cocoa Civic Center 430 Delannoy Ave- Cocoa | Full coverage Photo Only ($1,000) | Paid in Full Received bal on 02/29/08 | Pers. Check |
| Lisa Flatt Cedric Ousley *POSTPONED 1/1/08 WILL GET BACK 2 US* | 1101 Iroquois Avenue, Apt. 1213 Naperville, IL 60563 | Need to Reached | Best Western Website link | Best Western Cocoa Bch. | Simply in Love- $499 | $260 dep pd. 09/19/07 | Paypal CC |
| Stephanie Kline Adam Maroutes | Melbourne, FL. | 05/25/08 | Yellow pages | Capitan's House 1502 Port Malabar Blvd NE Palm Bay, FL 32905 (321) 952-3443 | Officiant only $200 | Yes | Paypal CC |
| Andrea R. Veldman James R. Morris | 1910 North 8th Street Herrin, IL 62948 | 05/30/08 | Website Search | Lori Wilson Park- Cocoa Beach | Package - $499 bamboo canopy - $200 Steel drum player - $300 Fresh bridal bouget - $115 Total - $1114 | Dep Pd $575 | Paypal CC |
| Shauna M. Garnett David M. Tyson | 2543 Avon Dr Ft. Mitchell, KY 41017 | 06/03/08 | Eileen Milici's gig, photo only favor | Indialantic beach | Ceremony only photo 30 min $100 | No | |

| April Hall Jason Cox | 9312 Fuller Road Chattanooga, TN 37421 | 06/28/06 | Best Western Website link | Lori Wilson | Package - $499 bamboo canopy - $200 Fresh Lapel Fl - $25 Fresh Lily Bou- $115 Cake- $75 Sand Ceremony- $15* Amateur Video- $99 **Total - $1048** | Dep. paid *$524 Bal due by 05/28/08* | Personal Check via Mail |
|---|---|---|---|---|---|---|---|
| Jason Scott Shaboke Jennifer Leigh-Ann Stalnaker | 4545 Fay Blvd Cocoa, Fl 32927 | 07/26/08 | Web Search | Beach- undetermined | $499 SIL, $ Will have add ons-get back to us | $250 pd dep 03/01/08 | Personal Check |

## Vendors Used:

03/17/07- Copenhaver/Pottenger Wedding - $80 And I do, Ido. (Officiant Service)

09/08/07- Roman Wedding:
  Louise Kearson $350 (photo asst.)
  Candice Kocem $50 (Photo asst.)

10/6/07- Hitchcock Wedding: $100 And I do, Ido. (Officiant Serv)

11/30/07- Skweres/Gonzales Wedding- $100 And I do, Ido. (Officiant Services)- not yet paid

11/30/07- Skweres/Gonzales Wedding- $250  Bruce Reynolds- Pro Video Serevfes- not yet paid

01/01/08- And I do, I do. (Officiat) - $100

02/09/08-  Louise Kearson: $200 (Photo Assist)

History - PayPal                                                                                                    Page 1 of 1

# PayPal

## History

### History

**Basic Search**

**Reports**

| | | | | |
|---|---|---|---|---|
| **Monthly Account Statements** | Feb, 2008 | View | | |

**Search**

**Show:** All Activity · Simple View

**Within:** One Past Day

**From:** 9 / · / 2006
Month / Day / Year

**To:** 3 / 12 / 2008   Search
Month / Day / Year

Recent Activity Last updated 3/12/2008 07.03 PDT

### All Activity · Simple View from Sep. 1, 2006 to Mar. 12, 2008

[ NEXT » ]

| Date | Type | To/From | Name/Email | Status | Details | Action | Gross | Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| Feb. 18, 2008 | Transfer | To | Bank Account | Completed | Details | | -$558.02 USD | $0.00 USD | -$558.02 USD |
| Feb. 18, 2008 | Donation | From | Andrea Veldman | Completed | Details | | $575.00 USD | $16.98 USD | $558.02 USD |
| Feb. 12, 2008 | Transfer | To | Bank Account | Completed | Details | | $193.90 USD | $0.00 USD | -$193.90 USD |
| Feb. 12, 2008 | Donation | From | Stephanie Kline | Completed | Details | | $200.00 USD | -$6.10 USD | $193.90 USD |
| Jan. 17, 2008 | Transfer | To | Bank Account | Completed | Details | | -$499.76 USD | $0.00 USD | $499.76 USD |
| Jan. 12, 2008 | Payment | From | Melissa Pemberton | Completed | Details | | $515.00 USD | -$15.24 USD | $499.76 USD |
| Nov. 27, 2007 | Transfer | To | Bank Account | Completed | Details | | $109.62 USD | $0.00 USD | -$109.62 USD |
| Nov. 19, 2007 | Payment | From | Sheena Webb | Completed | Details | | $175.00 USD | $5.38 USD | $109.62 USD |
| Sep. 23, 2007 | Transfer | To | Bank Account | Completed | Details | | $184.50 USD | $0.00 USD | $184.50 USD |
| Sep. 20, 2007 | Payment | From | Larry Flett | Completed | Details | | $260.00 USD | $7.84 USD | $252.16 USD |
| Aug. 16, 2007 | Payment | To | Mike Morales | Completed | Details | | -$32.26 USD | $0.00 USD | -$32.26 USD |
| Aug. 14, 2007 | Payment | To | Kiki's Fashion, Inc. | Completed | Details | | -$51.96 USD | $0.00 USD | -$52.96 USD |
| Aug. 14, 2007 | Payment | To | Jamie Allegar | Completed | Details | | -$32.99 USD | $0.00 USD | $32.99 USD |
| Aug. 1, 2007 | Payment | To | Nicholas Johnson | Completed | Details | | -$222.50 USD | $0.00 USD | $222.50 USD |
| Jun. 20, 2007 | Transfer | To | Bank Account | Completed | Details | | $1,000.00 USD | $0.00 USD | -$1,000.00 USD |
| Jun. 20, 2007 | Payment | To | MLC Distribution | Refunded | Details | | $119.93 USD | $0.00 USD | -$119.93 USD |
| Jun. 20, 2007 | Transfer | From | Bank Account | Completed | Details | | $119.93 USD | $0.00 USD | $119.93 USD |
| Jan. 19, 2007 | Payment | To | Susan Hoeck | Completed | Details | | -$5.49 USD | $0.00 USD | $5.49 USD |
| Jan. 16, 2007 | Payment | To | Andrea Chaders | Refunded | Details | | $92.99 USD | $0.00 USD | $92.99 USD |
| Jan. 15, 2007 | Payment | From | Jodi Slocum | Cleared | Details | | $1,256.00 USD | $5.00 USD | $1,251.00 USD |

[ NEXT » ]



To contact Customer Service about your history Log or Monthly Statement, use this form, call 1-888-221-1161,
or send mail to PayPal, P.O. Box 45950, Omaha, NE 68145-0950, United States

History - PayPal                                                                                          Page 1 of 1

# PayPal

**History**

History

Basic Search

Monthly Account Statements        Feb 2008        View

**Search**

Show:       All Activity  Simple View

Within:     The Past Day

From:       9      /  .      /  2006
            Month     Day       Year

To:         3      /  *2     /  2008      Search
            Month     Day       Year

Reports

View reports on sales,
disputes, and other
financial activity

Recent Activity Last updated 3/12/2008 07:03 PDT

**All Activity - Simple View from Sep. 1, 2006 to Mar. 12, 2008**                          NEXT >

| Date | Type | To/From | Name/Email | Status | Details Action | Gross | Fee | Net Amount |
|------|------|---------|------------|--------|----------------|-------|-----|------------|
| Feb. 18, 2008 | Transfer | To | Bank Account | Completed | | -$558.02 USD | $0.00 USD | -$558.02 USD |
| Feb. 18, 2008 | Donation | From | Andrea Yekiman | Completed | | $575.00 USD | $16.98 USD | $558.02 USD |
| Feb. 13, 2008 | Transfer | To | Bank Account | Completed | | $193.90 USD | $0.00 USD | $193.90 USD |
| Feb. 12, 2008 | Donation | From | Stephanie Kline | Completed | | $208.00 USD | -$4.10 USD | $193.90 USD |
| Jan. 17, 2008 | Transfer | To | Bank Account | Completed | | -$499.76 USD | $0.00 USD | -$499.76 USD |
| Jan. 17, 2008 | Payment | From | Melissa Pinkerton | Completed | | $515.00 USD | -$15.24 USD | $499.76 USD |
| Nov. 27, 2007 | Transfer | To | Bank Account | Completed | | $169.62 USD | $0.00 USD | -$169.62 USD |
| Nov. 19, 2007 | Payment | From | Sherise Webb | Completed | | $175.00 USD | $5.38 USD | $169.62 USD |
| Sep. 23, 2007 | Transfer | To | Bank Account | Completed | | $384.50 USD | $0.00 USD | $384.50 USD |
| Sep. 20, 2007 | Payment | From | Larry Fleet | Completed | | $260.00 USD | $7.84 USD | $252.16 USD |
| Aug. 16, 2007 | Payment | To | Mike Morales | Completed | | $32.26 USD | $0.00 USD | -$32.26 USD |
| Aug. 14, 2007 | Payment | To | Kari's Fashion, Inc | Completed | | -$53.98 USD | $0.00 USD | -$53.98 USD |
| Aug. 14, 2007 | Payment | To | Jamie Allegar | Completed | | -$32.99 USD | $0.00 USD | -$32.99 USD |
| Aug. 1, 2007 | Payment | To | nicholas johnson | Completed | | -$222.50 USD | $0.00 USD | $222.50 USD |
| Jun. 20, 2007 | Transfer | To | Bank Account | Completed | | $1,000.00 USD | $0.00 USD | -$1,000.00 USD |
| Jun. 20, 2007 | Payment | To | MLC Distribution | Refunded | | $119.93 USD | $0.00 USD | -$119.93 USD |
| Jun. 20, 2007 | Transfer | From | Bank Account | Completed | | $119.93 USD | $0.00 USD | $119.93 USD |
| Jun. 19, 2007 | Payment | To | Susan Fluerie | Completed | | -$5.49 USD | $0.00 USD | $5.49 USD |
| Jun. 16, 2007 | Payment | To | Andrea Childers | Refunded | | $97.99 USD | $0.00 USD | $97.99 USD |
| Jun. 15, 2007 | Payment | From | Jodi Slocum | Cleared | | $1,256.00 USD | $5.00 USD | $1,251.00 USD |

NEXT >



About SSL Certificates

To contact Customer Service about your History Log or Monthly Statement, use this form, call 1-888-221-1161,
or send mail to PayPal, P.O. Box 45950 Omaha, NE 68145-0950, United States

History - PayPal

# PayPal

## History

| Monthly Account Statements | Feb. 2008 | View |

### Search

| Show: | All Activity  Simple View |
| Within: | The Past Day |

| From: | 9 | / | 1 | / | 2006 |
| | Month | | Day | | Year |

| To: | 3 | / | 12 | / | 2008 | Search |
| | Month | | Day | | Year |

Recent Activity Last updated 3/12/2008 07:07 PDT

**All Activity - Simple View from Sep. 1, 2006 to Mar. 12, 2008**    ‹ PREV

| Date | Type | To/From | Name/Email | Status | Details | Action | Gross | Fee | Net Amount |
|------|------|---------|------------|--------|---------|--------|-------|-----|-----------|
| Jun. 2, 2007 | Transfer | To | Bank Account | Completed | | | -$500.00 USD | $0.00 USD | $500.00 USD |
| Jun. 2, 2007 | Payment | From | Melissa Pinkerton | Completed | | | $500.00 USD | -$14.80 USD | $485.20 USD |
| Jun. 4, 2007 | Payment | From | Shannon Perez | Completed | | | $0.01 USD | -$0.01 USD | $0.00 USD |
| Apr. 2, 2007 | Payment | From | m darby copenhaver | Completed | | | $103.00 USD | -$3.29 USD | $99.71 USD |
| Mar. 17, 2007 | Transfer | To | Bank Account | Completed | | | -$500.00 USD | $0.00 USD | $500.00 USD |
| Feb. 27, 2007 | Payment | From | Heather Elliott | Completed | | | $154.50 USD | -$4.78 USD | $149.72 USD |
| Feb. 26, 2007 | Payment | From | Heather Elliott | Completed | | | $375.95 USD | -$11.20 USD | $364.75 USD |
| Feb. 20, 2007 | Payment | From | LUND | Completed | | | $0.01 USD | -$0.01 USD | $0.00 USD |
| Feb. 20, 2007 | Payment | From | LUND | Completed | | | $0.15 USD | -$0.15 USD | $0.00 USD |
| Feb. 19, 2007 | Transfer | To | Bank Account | Completed | | | -$475.00 USD | $0.00 USD | $475.00 USD |
| ✓ Feb. 19, 2007 | Payment | From | Adda Pottenger | Completed | | | $499.00 USD | -$14.77 USD | $484.23 USD |
| Feb. 19, 2007 | Bill | To | Adda Pottenger | Paid | | | $499.00 USD | $0.00 USD | $499.00 USD |
| Feb. 2, 2007 | Bill | To | shannonperez@cfl.rr.com | Cancelled | | | $500.00 USD | $0.00 USD | $500.00 USD |

‹ PREV



To contact Customer Service about your History Log or Monthly Statement, use the email call 1-888-221-1161, or send mail to PayPal, P.O. Box 45950, Omaha, NE 68145-0950, United States.

History - PayPal

*PayPal*

**History**

| | | | | |
|---|---|---|---|---|
| History | | | | |
| Basic Search | | | | |

**Monthly Account Statements**    Feb 2008

**Search**

**Show:**    All Activity - Simple View

**Within:**    The Past Day

**From:**    9 / 1 / 2006
Month   Day   Year

**To:**    3 / 12 / 2008    Search
Month   Day   Year

**Reports**

View reports on sales, disputes, and other financial activity.

**Recent Activity** Last updated 3/12/2008 07.04 PDT

**All Activity - Simple View from Sep. 1, 2006 to Mar. 12, 2008**    [ < PREV ]

| Date | Type | To/From | Name/Email | Status | Details | Action | Gross | Fee | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jun. 7, 2007 | Transfer | To | Bank Account | Completed | | | $500.00 USD | $0.00 USD | $500.00 USD |
| Jun. 7, 2007 | Payment | From | Melissa Pinkerton | Completed | | | $500.00 USD | -$14.80 USD | $485.20 USD |
| Jun. 4, 2007 | Payment | From | Shannon Perez | Completed | | | $0.01 USD | -$0.01 USD | $0.00 USD |
| Apr. 2, 2007 | Payment | From | m darby copenhaver | Completed | | | $103.00 USD | -$3.29 USD | $99.71 USD |
| Mar. 17, 2007 | Transfer | To | Bank Account | Completed | | | -$500.00 USD | $0.00 USD | -$500.00 USD |
| Feb. 27, 2007 | Payment | From | Heather Elliott | Completed | | | $154.50 USD | -$4.78 USD | $149.72 USD |
| Feb. 26, 2007 | Payment | From | Heather Elliott | Completed | | | $375.95 USD | -$11.20 USD | $364.75 USD |
| Feb. 20, 2007 | Payment | From | LUNO | Completed | | | $0.01 USD | $0.01 USD | $0.00 USD |
| Feb. 20, 2007 | Payment | From | LUNO | Completed | | | $0.15 USD | $0.15 USD | $0.00 USD |
| Feb. 19, 2007 | Transfer | To | Bank Account | Completed | | | -$475.00 USD | $0.00 USD | $475.00 USD |
| Feb. 19, 2007 | Payment | From | Arlu Pottenger | Completed | | | $499.00 USD | -$14.77 USD | $484.23 USD |
| Feb. 19, 2007 | Bill | To | Arlet Pottenger | Paid | | | $499.00 USD | $0.00 USD | $499.00 USD |
| Feb. 2, 2007 | Bill | To | shannonperez@cfl.rr.com | Cancelled | | | $500.00 USD | $0.00 USD | $500.00 USD |

[ < PREV ]



To contact Customer Service about your History page or Monthly Statement, use the form or call 1-888-221-1161,
or send mail to PayPal, P.O. Box 45950, Omaha, NE 68145-0950, United States

# PayPal

### History

**History**

| Monthly Account Statements | Feb. 2008 | View |

**Search**

**Show:**   At Activity   Simple View

**Within:**   The Past Day

**From:**   9 / 1 / 2006
          Month   Day   Year

**To:**   3 / 12 / 2008   Search
        Month   Day   Year

**Recent Activity** Last updated 3/12/2008 07:03 PDT

**All Activity - Simple View from Sep. 1, 2006 to Mar. 12, 2008**        [ NEXT > ]

| Date | Type | To/From | Name/Email | Status | Details | Action | Gross | Fee | Net Amount |
|------|------|---------|-----------|--------|---------|--------|-------|-----|-----------|
| Feb. 18, 2008 | Transfer | To | Bank Account | Completed | Details | | -$558.02 USD | $0.00 USD | -$558.02 USD |
| Feb. 18, 2008 | Donation | From | Andrea Veldman | Completed | Details | | $575.00 USD | $16.98 USD | $558.02 USD |
| Feb. 13, 2008 | Transfer | To | Bank Account | Completed | Details | | $193.90 USD | $0.00 USD | -$193.90 USD |
| Feb. 12, 2008 | Donation | From | Stephanie Kline | Completed | Details | | $200.00 USD | -$6.10 USD | $193.90 USD |
| Jan. 17, 2008 | Transfer | To | Bank Account | Completed | Details | | -$499.76 USD | $0.00 USD | -$499.76 USD |
| Jan. 17, 2008 | Payment | From | Melissa Pinkerton | Completed | Details | | $515.00 USD | -$15.24 USD | $499.76 USD |
| Nov. 27, 2007 | Transfer | To | Bank Account | Completed | Details | | $169.62 USD | $0.00 USD | -$169.62 USD |
| Nov. 19, 2007 | Payment | From | Sherrie Webb | Completed | Details | | $175.00 USD | $5.38 USD | $169.62 USD |
| Sep. 23, 2007 | Transfer | To | Bank Account | Completed | Details | | -$384.50 USD | $0.00 USD | -$384.50 USD |
| Sep. 20, 2007 | Payment | From | Larry Flett | Completed | Details | | $260.00 USD | $7.84 USD | $252.16 USD |
| Aug. 16, 2007 | Payment | To | Mike Morales | Completed | Details | | $32.26 USD | $0.00 USD | -$32.26 USD |
| Aug. 14, 2007 | Payment | To | Kim's Fashions, Inc. | Completed | Details | | -$53.96 USD | $0.00 USD | -$53.96 USD |
| Aug. 14, 2007 | Payment | To | Jamie Allegar | Completed | Details | | -$32.99 USD | $0.00 USD | $32.99 USD |
| Aug. 1, 2007 | Payment | To | nicholas johnson | Completed | Details | | -$222.50 USD | $0.00 USD | $222.50 USD |
| Jan. 20, 2007 | Transfer | To | Bank Account | Completed | Details | | -$1,000.00 USD | $0.00 USD | -$1,000.00 USD |
| Jan. 20, 2007 | Payment | To | MLC Distribution | Refunded | Details | | -$119.93 USD | $0.00 USD | -$119.93 USD |
| Jan. 20, 2007 | Transfer | From | Bank Account | Completed | Details | | $119.93 USD | $0.00 USD | $119.93 USD |
| Jan. 19, 2007 | Payment | To | Susan Riseck | Completed | Details | | -$5.49 USD | $0.00 USD | $5.49 USD |
| Jan. 16, 2007 | Payment | To | Andrea Childers | Refunded | Details | | $97.99 USD | $0.00 USD | $97.99 USD |
| Jan. 15, 2007 | Payment | From | Jodi Slocum | Cleared | Details | | $1,256.00 USD | $5.00 USD | $1,251.00 USD |

[ NEXT > ]



To contact Customer Service about your History Log or Monthly Statement, use this form, call 1-888-221-1161,
or send mail to PayPal, P.O. Box 45950, Omaha, NE 68145-0950, United States.

# PayPal

## History

| History |
|---------|
| Basic Search |

**Reports**

View reports on sales, disputes, and other financial activity

### History

**Monthly Account Statements**    Feb 2008    View

#### Search

Show:    All Activity  Simple View

Within:    The Past Day

From:    9  /  1  /  2006
         Month    Day    Year

To:    3  /  12  /  2008    Search
       Month    Day    Year

Recent Activity Last updated 3/12/2008 07:03 PDT

**All Activity - Simple View from Sep. 1, 2006 to Mar. 12, 2008**    [ NEXT > ]

| Date | Type | To/From | Name/Email | Status | Details | Action | Gross | Fee | Net Amount |
|------|------|---------|------------|--------|---------|--------|-------|-----|-----------|
| Feb. 18, 2008 | Transfer | To | Bank Account | Completed | Details | | -$558.02 USD | $0.00 USD | -$558.02 USD |
| Feb. 18, 2008 | Donation | From | Andrea Veldman | Completed | Details | | $575.00 USD | -$16.98 USD | $558.02 USD |
| Feb. 13, 2008 | Transfer | To | Bank Account | Completed | Details | | $193.90 USD | $0.00 USD | -$193.90 USD |
| Feb. 12, 2008 | Donation | From | Stephanie Kline | Completed | Details | | $200.00 USD | -$6.10 USD | $193.90 USD |
| Jan. 17, 2008 | Transfer | To | Bank Account | Completed | Details | | -$499.76 USD | $0.00 USD | -$499.76 USD |
| Jan. 17, 2008 | Payment | From | Melissa Pinkerton | Completed | Details | | $515.00 USD | -$15.24 USD | $499.76 USD |
| Nov. 27, 2007 | Transfer | To | Bank Account | Completed | Details | | $169.62 USD | $0.00 USD | -$169.62 USD |
| Nov. 19, 2007 | Payment | From | Sherrie Webb | Completed | Details | | $175.00 USD | -$5.38 USD | $169.62 USD |
| Sep. 23, 2007 | Transfer | To | Bank Account | Completed | Details | | $384.90 USD | $0.00 USD | $384.90 USD |
| Sep. 20, 2007 | Payment | From | Larry Flett | Completed | Details | | $260.00 USD | $7.84 USD | $252.16 USD |
| Aug. 16, 2007 | Payment | To | Mike Morales | Completed | Details | | -$32.26 USD | $0.00 USD | -$32.26 USD |
| Aug. 14, 2007 | Payment | To | Ken's Fashion, Inc | Completed | Details | | -$53.96 USD | $0.00 USD | -$53.96 USD |
| Aug. 14, 2007 | Payment | To | Jamie Allegar | Completed | Details | | -$32.99 USD | $0.00 USD | -$32.99 USD |
| Aug. 1, 2007 | Payment | To | nicholas johnson | Completed | Details | | -$222.50 USD | $0.00 USD | -$222.50 USD |
| Jun. 20, 2007 | Transfer | To | Bank Account | Completed | Details | | $1,000.00 USD | $0.00 USD | -$1,000.00 USD |
| Jun. 20, 2007 | Payment | To | MLC Distribution | Refunded | Details | | $119.93 USD | $0.00 USD | -$119.93 USD |
| Jun. 20, 2007 | Transfer | From | Bank Account | Completed | Details | | $119.93 USD | $0.00 USD | $119.93 USD |
| Jun. 19, 2007 | Payment | To | Susan Zweck | Completed | Details | | -$5.49 USD | $0.00 USD | -$5.49 USD |
| Jun. 16, 2007 | Payment | To | Andrea Childers | Refunded | Details | | $97.99 USD | $0.00 USD | $97.99 USD |
| Jun. 15, 2007 | Payment | From | Jodi Slocum | Cleared | Details | | $1,256.00 USD | $5.00 USD | $1,251.00 USD |

[ NEXT > ]

To contact Customer Service about your History Log or Monthly Statement, use this form, call 1-888-221-1161, or send mail to PayPal, P.O. Box 45950, Omaha, NE 68145 0950, United States.



# Custom Business Banking Checking

01      2000034176241   031   130          0    43        35,379

00007151 02 AV  0.437 02   5DG 33

**SIMPLY IN LOVE, LLC**
**100 CLAIRBOURNE AVE**                          CB
**SATELLITE BEACH FL 32937**

---

# Custom Business Banking Checking                    6/30/2007 thru 7/31/2007

Account number:        2000034176241
Account owner(s):      SIMPLY IN LOVE, LLC

## Account Summary

| | |
|---|---:|
| Opening balance 6/30 | $1,708.61 |
| Deposits and other credits | 500.00 + |
| Checks | 1,841.60 - |
| Other withdrawals and service fees | 28.50 - |
| Closing balance 7/31 | $338.51 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 7/03 | 500.00 | DEPOSIT  — *Rev w/shen wild wy* |
| Total | $500.00 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 1006 | 123.60 | 7/06 | 1008 | 518.00 | 7/30 | | | |
| 1007 | 1,200.00 | 7/11 | Total | $1,841.60 | | | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description | |
|---|---|---|---|
| 7/11 | 28.50 | PURCHASE | OFFICE DEPOT OFFICE DEP 07/10 |
| | | MELBOURNE | FL 00141430592 |
| Total | $28.50 | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 7/03 | 2,208.61 | 7/11 | 856.51 | | |
| 7/06 | 2,085.01 | 7/30 | 338.51 | | |

---



**WACHOVIA**

# Custom Business Banking Checking

01          2000034176241    031  130          0   43          29,047

00005882 01 AV  0.312 01    5DG 26

SIMPLY IN LOVE, LLC
100 CLAIRBOURNE AVE                              CB
SATELLITE BEACH FL 32937

---

## Custom Business Banking Checking                 8/01/2007 thru 8/31/2007

Account number:        2000034176241
Account owner(s):      SIMPLY IN LOVE, LLC

## Account Summary

| | |
|---|---|
| Opening balance 8/01 | $338.51 |
| Deposits and other credits | 500.00 + |
| Closing balance 8/31 | $838.51 |

## Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 8/29 | 500.00 | DEPOSIT | Shea / Roman Wedding - Balance |
| Total | $500.00 | | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 8/29 | 838.51 | | | | |

---



# Custom Business Banking Checking

01      2000034176241   031   130         0   43      35,429

00007028 01 AV 0.312 01   5DG 32

SIMPLY IN LOVE, LLC
100 CLAIRBOURNE AVE                     CB
SATELLITE BEACH FL 32937

## Custom Business Banking Checking

5/01/2007 thru 5/31/2007

Account number:     2000034176241
Account owner(s):   SIMPLY IN LOVE, LLC

## Account Summary

| | |
|---|---|
| Opening balance 5/01 | $478.54 |
| Deposits and other credits | 500.00 + |
| Closing balance 5/31 | $978.54 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 5/31 | 500.00 | DEPOSIT —Stoner/Lightsey Deposit |
| Total | $500.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 5/31 | 978.54 | | | | |

*Bogin, Munns & Munns, P.A.*
*Attorneys and Counselors at Law*



**WACHOVIA**

# Custom Business Banking Checking

| 01 | 2000034176241 | 031 | 130 | 0 | 43 | 32,562 |
|---|---|---|---|---|---|---|

00006786 02 AV  0.437 02   5DG 31

SIMPLY IN LOVE, LLC
100 CLAIRBOURNE AVE                              CB
SATELLITE BEACH FL 32937

---

# Custom Business Banking Checking                    9/01/2007 thru 9/28/2007

Account number:        2000034176241
Account owner(s):      SIMPLY IN LOVE, LLC

## Account Summary

| | |
|---|---|
| Opening balance 9/01 | $838.51 |
| Deposits and other credits | 584.50 + |
| Checks | 400.00 - |
| Closing balance 9/28 | $1,023.01 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 9/07 | 200.00 | DEPOSIT — Shannon Hutchinson/Princeline Wedding |
| 9/26 | 384.50 | AUTOMATED CREDIT PAYPAL        TRANSFER<br>CO. ID. PAYPALSD11 070926 PPD<br>MISC 4KL222ZJ8UCME |
| Total | $584.50 | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 1009 | 350.00 | 9/11 | 1010 | 50.00 | 9/13 | Total | $400.00 | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 9/07 | 1,038.51 | 9/13 | 638.51 | | |
| 9/11 | 688.51 | 9/26 | 1,023.01 | | |

---


**WACHOVIA**

# Custom Business Banking Checking

01        2000034176241   031   130            0   43        28,787

00005937 01 AV 0.312 01  5DG 27

հլ111111111111111111111111111111111111111111111

SIMPLY IN LOVE, LLC
100 CLAIRBOURNE AVE                    CB
SATELLITE BEACH FL 32937

---

# Custom Business Banking Checking                          11/01/2007 thru 11/30/2007

Account number:        2000034176241
Account owner(s):      SIMPLY IN LOVE, LLC

## Account Summary

| | |
|---|---|
| Opening balance 11/01 | $353.44 |
| Deposits and other credits | 1,264.62 + |
| Checks | 1,124.55 - |
| Other withdrawals and service fees | 120.61 - |
| Closing balance 11/30 | $372.90 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 11/05 | 1,095.00 | DEPOSIT – Skwers/Gonzales |
| 11/29 | 169.62 | AUTOMATED CREDIT PAYPAL        TRANSFER CO. ID. PAYPALSD11 071129 PPD MISC 4KL2233KJXJ5N |
| **Total** | **$1,264.62** | |

## Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 1016 | 900.00 | 11/06 | 1018 | 124.55 | 11/27 | | | |
| 1017 | 100.00 | 11/19 | **Total** | **$1,124.55** | | | | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 11/07 | 3.17 | PURCHASE    MCDONALD'S F3163        11/05 4828801247910    SATELLITE BE FL 0014V227200 |
| 11/19 | 21.77 | PURCHASE    SOU MICHAELS #9438 3309 11/16 MELBOURNE   FL 00141612168 |
| 11/19 | 29.32 | PURCHASE    CNS JOANN STORES. I2302 11/16 WEST MELBOUR FL 00141937842 |
| 11/30 | 29.40 | PURCHASE    SOU MICHAELS #9438 1324 11/29 MELBOURNE   FL 00141710590 |
| 11/30 | 36.95 | PURCHASE    CNS JOANN STORES. I2300 11/29 WEST MELBOUR FL 00141654811 |
| **Total** | **$120.61** | |

---



## Custom Business Checking

| 01 | 2000034176241 | 031 | 130 | 0 | 43 | 27,783 |

WACHOVIA

00005801 01 AV 0.312 01   5DG 27

IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII

SIMPLY IN LOVE, LLC
245 MAPLE DRIVE                                    CB
SATELLITE BEACH FL 32937

---

## Custom Business Checking                    2/01/2008 thru 2/29/2008

Account number:       2000034176241
Account owner(s):     SIMPLY IN LOVE, LLC

### Account Summary

| | |
|---|---|
| Opening balance 2/01 | $575.35 |
| Deposits and other credits | 1,275.92 + |
| Checks | 388.23 - |
| Closing balance 2/29 | $1,463.04 |

### Deposits and Other Credits

| Date | Amount | Description | |
|---|---|---|---|
| 2/12 | 524.00 | DEPOSIT — *Hall / Cox* | |
| 2/15 | 193.90 | AUTOMATED CREDIT PAYPAL CO. ID. PAYPALSD11 080215 PPD MISC 4KL22369XTW2U | TRANSFER |
| 2/20 | 558.02 | AUTOMATED CREDIT PAYPAL CO. ID. PAYPALSD11 080220 PPD MISC 4KL2236FHL8NQ | TRANSFER |
| **Total** | **$1,275.92** | | |

### Checks

| Number | Amount | Date posted | Number | Amount | Date posted | Number | Amount | Date posted |
|---|---|---|---|---|---|---|---|---|
| 1022 | 200.00 | 2/06 | 1023 | 188.23 | 2/25 | **Total** | **$388.23** | |

### Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 2/06 | 375.35 | 2/15 | 1,093.25 | 2/25 | 1,463.04 |
| 2/12 | 899.35 | 2/20 | 1,651.27 | | |

---

WACHOVIA BANK, N.A. , MELBOURNE SQUARE                    page 1 of 3

# EXHIBIT "E"





SPECIALTY RISK SERVICES

October 18, 2007


Barry K. Baker, Esquire
Bogin Munns and Munns
924 Garfield Street
Melbourne FL 32935

RE:    Account:        Circuit City Stores Inc
       Claimant:       Jessee Perez
       Date of Loss:   8/23/2007
       Claim Number: YLB41895L

Dear Mr. Baker:

As you know, Specialty Risk Services, LLC is the Third Party Administrator for Circuit City Stores Inc, and we are investigating your client's claim noted above. Please be advised that the above-captioned matter has been reassigned to me for further handling, so please direct all further correspondence to my attention.

Please contact me at the number below so we may discuss this matter further, and provide me with the following information regarding your client: date of birth, social security number, marital status, employer name and address, lost wages amount, injuries, medical bill amounts and physician address, any witness information with address and phone number, and your theory of liability.

Thank you for your attention to this matter, please feel free to contact me with any questions.

Sincerely,

Lisa Griffith
Account Consultant
303 Lippincott Center, Suite 200
P O Box 799
Marlton, NJ 08053-0799
Direct Dial:    856-355-4482
Toll Free:      800-630-0746 x54482
Facsimile:      866-913-4535

# EXHIBIT "F"

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:                                            Chapter 11

CIRCUIT CITY STORES, INC.,                        Case No.: 08-35653 (KRH)
et al.,

                        Debtors.                  Jointly Administered

_____/


## AFFIDAVIT OF PROOF IN SUPPORT OF CLAIMANT JESSEE PEREZ'S RESPONSE
## TO DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS

STATE OF FLORIDA

COUNTY OF BREVARD

      BEFORE ME, the undersigned authority, personally appeared **Jessee Perez**, who, after

being sworn on oath, deposes and says:

      1.      That I am over the age of 18, *sui juris*, and have personal knowledge of the facts

stated herein.

      2.      That I have reviewed the filing made by my attorneys Bogin, Munns & Munns,

P.A. entitled "Claimant Jessee Perez's Response to Debtor's Seventy-Ninth Omnibus Objection

to Claims."

      3.      That I have verified the accuracy of the facts set forth therein regarding the events

of August 23, 2007 which give rise to my personal injury claim against Debtors.

      4.      That I have verified the accuracy of the personal injuries and damages set forth

therein.

*Page 1 of 2*

5.    Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true.

FURTHER AFFIANT SAYETH NOT.

Jeanes Perez

SWORN TO AND SUBSCRIBED before me this _13_ day of _July_ 2010.

NOTARY PUBLIC

MY COMMISSION EXPIRES

DIANE HARNER
MY COMMISSION # DD 586952
EXPIRES: August 21, 2010
Bonded Thru Budget Notary Services

*Page 2 of 2*