

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In re:                                           Case No.: 08-35653-KRH
                                                      (Chapter 11)
Circuit City Stores, Inc., et al.,
                Debtors

## CLAIMANT JAMES ROLLINS' RESPONSE TO DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)

Now comes the Claimant, James L. Rollins ("Rollins"), and hereby responds to the Debtors' attempt to disallow his legal claim in this matter. As grounds therefor, and in support of his Response, Rollins states as follows:

1.    James L. Rollins, is an individual residing in Massachusetts.

2.    Rollins sustained serious injuries to his right knee on January 28, 2008 while shopping at the Circuit City store located at 8B Allstate Road, in Dorchester (Boston), Massachusetts. Rollins contends that his injuries were the result of negligence on the part of Circuit City. Specifically, Rollins tripped on the base of a display rack that was protruding out into the aisle, thereby posing an unreasonably dangerous hazard to members of the public. (See Claim Letter at Exhibit 1).

3.    As a result of this incident, Rollins was transported by ambulance to the hospital where he was examined and diagnosed with a knee sprain. The doctors determined that he would require an MRI to rule out a more serious pathology of his right knee. He was given a knee immobilizer and advised to see his primary care physician for follow-up. Rollins was seen two days later (1/30/08) by his PCP. He was referred for an MRI and an orthopedic assessment. Before those could be scheduled, Rollins reported to the emergency room at Massachusetts General Hospital (2/01/08) for worsening right knee pain. An MRI (2/03/08) showed a tear of the posterior horn and body of medical meniscus, a full thickness tear of medial collateral ligament (at the femoral attachment site), cartilaginous changes of the medial tibiofemoral and patellofemoral compartments, and moderate joint effusion with synovitis. Rollins was seen by an orthopedic specialist (2/06/08) and advised that surgery may be indicated if his symptoms persisted. Rollins was started on a course of physical therapy which did not substantially relieve the symptoms in his right knee. Rollins underwent arthroscopic surgery on his right knee on September 11, 2008. He continues to have pain and an impairment of his knee. (See Medical Records at Exhibit 2).

4.    Rollins has incurred medical bills totaling approximately $29,339.58. (See Medical Bills at Exhibit 3).

5.    On March 7, 2008, Rollins forwarded a demand for settlement relative to this matter to Specialty Risk Services, the liability insurance carrier for Circuit City Stores, Inc., the debtor herein. (See Letter at Exhibit 4).

1

6.    Specialty Risk Services denied Rollins' claim on May 1, 2008. (See Letter at Exhibit 5).

7.    On information and belief, Specialty Risk Services has a liability insurance policy applicable to the loss alleged by Rollins.

8.    At the time of the incident, and as referenced throughout his medical records, Rollins was living in a veterans' homeless shelter. Rollins did not receive the Notice to Creditors and was not aware of the pending bankruptcy matter until early in 2010. He then promptly and in good faith filed a Proof of Claim with the Bankruptcy Court. (See Proof of Claim at Exhibit 6). Accordingly, Rollins' late filing of the Proof of Claim was due to excusable neglect.

9.    There is no prejudice to the debtor associated with the claimant's late filing of his Proof of Claim because there are numerous similarly situated claimants whose claims have not yet been resolved, and because there may be a liability insurance policy that would cover this claim. There would be, however, substantial prejudice to the claimant if his claim is disallowed because he has (a) a meritorious and justiciable claim; and (b) serious injuries and damages due to the debtor's alleged negligence.

WHEREFORE, the claimant, James Rollins, respectfully requests that the debtors' Objection be overruled, and that the claimant be permitted to pursue his claim through the bankruptcy proceeding.

Respectfully submitted,
By his Attorneys,

KECHES LAW GROUP, P.C.

CHARLOTTE E. GLINKA
BBO # 559117
122 Dean Street
Taunton, MA 02780
Tel. (508) 822-2000
Fax (508) 822-8022
email: cglinka@kecheslaw.com

DATED: July 14, 2010
Resp-DebtObj

2

## CERTIFICATE OF SERVICE

I, Charlotte E. Glinka, of the Keches Law Group, P.C., counsel for the Claimant, James L. Rollins, hereby certify that on this 14th day of July, 2010, I served the following: **Claimant James L. Rollins Response to Debtors' Seventy-ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims)** by forwarding copies of same by overnight mail to:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, DE 19899

Douglas M. Foley, Esq.
Sarah B. Boehm, Esq.
McGuire Woods, LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606

CHARLOTTE E. GLINKA

CertSvc-1

# GILBERT R. HOY, JR.

## Attorney at Law

LAW OFFICES OF
GILBERT R. HOY, JR.
15 NORTH BEACON STREET
ALLSTON, MA 02134

TELEPHONE: 617-787-3700
FAX: 617-787-3701
GILBERTHOY@MSN.COM

February 1, 2008

BY FAX and FIRST CLASS MAIL
Ms. Lisa Griffith
Claims Department
Specialty Risk Services
P.O. Box 799
Marlton, NJ 08053
(800) 630-0746 ext. 54482
Fax: (856) 985-0469

Re:     My Client:    Mr. James Rollins
        Your Insured:  Circuit City Stores, Inc.
        Your Claim No.: YLB49189L
        My File No.:   08-112
        Date of Loss:  January 28, 2008

Dear Ms. Griffith:

As I believe that you are aware, this office represents Mr. James Rollins, a 50 year-old resident of Roxbury, MA, with respect to the above-referenced bodily injury claim. In that regard, please direct all future communications with respect to my client's bodily injury claim to my attention.

Your insured's liability is clear.

On January 28, 2008, my client was a customer at the Circuit City store located at 8b Allstate Road, in Dorchester, MA. While shopping, Mr. Rollins tripped on the base of a display rack that was protruding out into the aisle, which caused significant injuries. This condition was unreasonably dangerous, constituted a hazard to customers, and should not have been permitted to exist on your insured's premises.

As a result of his fall, Mr. Rollins sprained his right knee which was immobilized with a removable case. He now requires the use of crutches to assist in his mobility as a result of the sprain.

LAW OFFICES OF

# GILBERT R. HOY, JR.

Ms. Lisa Griffith
February 1, 2008
Page 2

I will provide you with copies of my client's medical records and bills as I receive them.

In the interim, and pursuant to M.G.L. c. 175, Section 112C, please provide me with the limits of any liability and/or medical payments coverages available to your insured.

Thank you for your attention to these matters.

Sincerely,

GILBERT R. HOY, JR.

GRHJ/mph
cc: Mr. James Rollins

# GILBERT R. HOY, JR.
## Attorney at Law

LAW OFFICES OF
GILBERT R. HOY, JR.
15 NORTH BEACON STREET
ALLSTON, MA 02134

TELEPHONE: 617-787-3700
FAX: 617-787-3701
GILBERTHOY@MSN.COM

March 7, 2008

Ms. Lisa Griffith
Account Consultant
Specialty Risk Services
P.O. Box 799
Marlton, NJ 08053-0799
(800) 630-0746 ext. 54482
Fax: (866) 913-4535

Re:    My Client:      Mr. James Rollins
       Your Insured:  Circuit City Stores Inc.
       Your Claim No.: YLB49189L
       My File No.:    08-112
       Date of Loss:   January 28, 2008

Dear Ms. Griffith:

Please recall that this office represents Mr. James Rollins with respect to his bodily injury claim.

In that regard, I am now able to provide you with copies of some of my client's medical bills and records.

Boston Medical Center Emergency Room and Ambulance

Specifically, I am enclosing a copy of the medical records for the Emergency Room treatment that Mr. Rollins received on the day of the accident, namely January 28, 2008. I am also enclosing a copy of the ambulance bill for $892.00, the hospital bill for $1,295.50, and the Emergency Room Physician's bill for $196.00.

The Boston EMS ambulance report documents that Mr. Rollins sustained an injury to his knee after tripping at Circuit City and falling on his knee. His knee was swollen and bruised.

# GILBERT R. HOY, JR.

Ms. Lisa Griffith
March 7, 2008
Page 2

The Department of Emergency Medicine Final Report documents that Mr. Rollins was transported to the Boston Medical Center by ambulance after a slip and fall. He complained of knee pain in his right knee, which he rated at 9 out of 10, on a 1-10 scale, with 10 being the worst pain possible. My client had no pain in his hip, foot or ankle. Mr. Rollins had x-rays of his knee done, and he was diagnosed as having a sprain. His knee was wrapped, and he was given crutches to help him walk. The Emergency Room Doctor also gave my client prescriptions for Ibuprofen and Ultram.

In the Discharge Instruction note that Mr. Rollins received, he was advised to ice his knee 3 times a day and to keep it elevated. He was also advised to follow up with his Primary Care Physician and that he would need an MRI done on his knee. The Doctor also instructed Mr. Rollins to return to the Emergency Room if his pain had not improved in 3-4 days.

The Final Report from the Department of Radiology notes that there was no fracture or dislocation of Mr. Rollins' knee. There was tricompartmental moderate degenerative change with osteophytes and joint space narrowing. Mr. Rollins demonstrated a small suprapatellar joint effusion.

Massachusetts General Hospital

I am also enclosing a copy of the records that I have received to date for the treatment that Mr. Rolllins received at the Massachusetts General Hospital on February 1 and 3, 2008.

On February 1, 2008, Mr. Rollins went to the Emergency Room with complaints of pain in his right knee. The Discharge Note documents that he was given an x-ray, which was negative for a fracture or dislocation. My client was also given Tylenol and Oxycodone for his pain. He was told to follow up with the Orthopedic Sports Clinic and he was scheduled for an MRI on February 3, 2008.

The Radiological Consultation from Mr. Rollins' February 3, 2008 MRI documents that he had a moderate joint effusion with synovitis. He also had a free margin tear of the posterior horn of his medial meniscus with a horizontal component extending into the body. His lateral meniscus was unremarkable. Also, the fibers of his medial collateral ligament were disrupted, with thickening and increased signal, consistent with a full thickness tear at the femoral attachment site. There was no evidence of fracture in the bone.

LAW OFFICES OF

# GILBERT R. HOY, JR.

Ms. Lisa Griffith
March 7, 2008
Page 3


The radiologist diagnosed Mr. Rollins as having a tear of the posterior horn and body of his medial meniscus and a full thickness tear of the medial collateral ligament. He also had cartilaginous changes of his medial tibiofemoral and patellofemoral compartments. My client also exhibited moderate joint effusion with synovits and a ruptured small Baker cyst.

I will continue to provide you with copies of my client's medical records and bills as I receive them.

Please call if you have any questions or concerns. Thank you for your attention to these matters.

Sincerely,

GILBERT R. HOY, JR.

GRHJ/lrp
Encs.
cc: Mr. James Rollins (w/o encs.)

# BOSTON MEDICAL CENTER

BOSTON MEDICAL CENTER                          PAGE:    1
PO BOX 845235
BOSTON, MA 02284-5235
Statement on: 02/14/08 at 02:44 PM

Guarantor: ROLLINS JAMES
           8 SHABAZZ WAY
           ROXBURY, MA 02119-0000

                              Patient: ROLLINS JAMES
                              Visit #: 159931138
                              AR Seg: 01/28/08 to 01/28/08

| Date | Svc Code | Description | Units | Debits | Credits |
|------|----------|-------------|-------|--------|---------|
| 01/28/08 | 10322999 | BLS EMERGENCY AMBULAN | 1 | 850.00 | |
| 01/28/08 | 10362999 | BLS AMBULANCE MILEAGE | 4 | 42.00 | |

* - Not posted                              Balance:        892.00

## BILLING RECORDS CERTIFICATION

Pursuant to MGL chapter 233 section 79G. I hereby certify
that the attached records are a true and complete copy of
the charges for medical care provided to the above-referenced
individual at the place and on the date indicated.

Subscribed and sworn to under the pains and penalties of

Perjury this _14th_ day of _February_ 200_8_.

_Jena Heard_

Keeper of the Records
Billing Department
Boston Medical Center

BOSTON MEDICAL CENTER                                    PAGE:    1
PO BOX 845235
BOSTON, MA 02284-5235
Statement on: 02/14/08 at 02:44 PM

Guarantor:  ROLLINS JAMES
8 SHABAZZ WAY
ROXBURY, MA 02119-0000

Patient:  ROLLINS JAMES
Visit #: 159659176
AR Seg: 01/28/08 to 01/28/08

| Date | Svc Code | Description | Units | Debits | Credits |
|------|----------|-------------|-------|--------|---------|
| 01/28/08 | 12512303 | TAB;TRAMADOL 50MG | 1 | 0.50 | |
| 01/28/08 | 29530550 | STRAPPING;KNEE | 1 | 209.00 | |
| 01/28/08 | 73564880 | KNEE;4/+V | 1 | 669.00 | |
| 01/28/08 | 90382550 | UCC VISIT EXPAND PROB | 1 | 417.00 | |

| | | | | Balance: | 1295.50 |

\* - Not posted

# BILLING RECORDS CERTIFICATION

Pursuant to MGL chapter 233 section 79G. I hereby certify
that the attached records are a true and complete copy of
the charges for medical care provided to the above-referenced
individual at the place and on the date indicated.

Subscribed and sworn to under the pains and penalties of

Perjury this _14th_ day of _February_ 200 _8_.

Keeper of the Records
Billing Department
Boston Medical Center

# BOSTON EMERGENCY PHYSICIANS FOUNDATION

# M<sup>c</sup>KESSON

*Empowering Healthcare*

2600 Horizon Dr. S.E.
Grand Rapids, Mi. 49546

## Certification of Authenticity
### Of Duplicate Bills

I, __Tim Visser__ custodian of the billings for

McKesson Corporation do hereby certify that the attached photo copies

of the bill(s) relative to __James Rollins__ from the period

beginning date of __1-28-08__ to ending date of __Present__,

have been compared with the originals on file and are complete, legible

& accurate duplicates of the original bills on file consisting of __1__

number of pages.

It is also to be noted that the following charges are reasonable amounts

actually charged for the necessary & appropriate medical services

rendered

Subscribed & sworn to this __19th__ day of __February__ 20 __08__

Signed __Tim Visser__

Printed __Tim Visser__

Billing Custodian

```
DETAIL ACCOUNT PRINT OUT        BOSTON EMERG PHYSICIANS FOUNDATION INC
USER-ID..:3124
INITIALS.:ATV                   PO BOX 414402
02/14/2008                         BOSTON, MA   02241
                                   (866)898-7142
```

****************************************************************************

```
***** 0022786286 *****                     ACTUAL DTE OF SERV: 01/28/2008

NAME       * JAMES ROLLINS                      BDOS.....: 02/02/2008
R-PARTY    * JAMES ROLLINS                      DOB......: 08/12/1956
ADDRESS    * 8 SHABAZZ WAY                      RP PHONE.: (617)999-0577
           *
           * BOSTON, MA   02119

FAC 0496   * BOSTON MEDICAL CENTER         URGENT CARE
DOCTOR     * STYLIANOS MAHERAS, MD                    PT SSN:
TAX ID     * 043286156                               RP SSN:

           * NEXT BILLING DATE  4/12/2008
           * FINANCIAL CLASS 0004 WORKERS COMPENSATION - INITI CYCLE # 01

INS-INFO   * PRIMARY INS...:00119837 0018 STOP AND SHOP
           * 08 WORK COMP          REQUESTED: 02/12/2008 FILED: 02/13/2008
           * POLICY NUMBER :

           * SECONDARY INS.:00000000 0000
           *                       REQUESTED:            FILED:
           * POLICY NUMBER :

DIAGNOSIS *

TIME IN    * 20:39      TIME OUT  * 22:48   SENT HOME
CHRT LOC   *                                MED REC NUMB   :3574262

  SEQ    ADOS     TYPE PROC      AMOUNT    DIAG   DESC
 -------------------------------------------------------------------------
   1 01/28/2008                  196.00           EMERGENCY DEPARTMENT VISIT   C2902
 -------------------------------------------------------------------------

ACCOUNT BALANCE:            $196.00
```

****************************************************************************

```
 -------------------------------------------------------------------------

 -------------------------------------------------------------------------

 -------------------------------------------------------------------------

 -------------------------------------------------------------------------

 -------------------------------------------------------------------------
```

# BOSTON UNIVERSITY
# MED CTR RADIOLOGY

Certification Pursuant to
Massachusetts General Laws Chapter 233, Sec. 79G

Boston University Med Ctr Radiology, Inc. rendered services to James Rollins
and the following is an itemized billing of services.

Date(s) of Treatment                                          Amount
1/28/08                                                        33.00

Subscribed and sworn to under the pains and penalties of perjury this _____1_____ day of July, 2008
, 2008, by:

Laurie Mayhew
Accounts Receivable Specialist

GILBERT R HOY JR
15 NORTH BEACON ST
ALLSTON, MA 02134

1500

## HEALTH INSURANCE CLAIM FORM

5210DBC
1mayhew

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

☐ PICA                                                                                                    PICA ☐

| 1. MEDICARE ☐ (Medicare #) | MEDICAID ☐ (Medicaid #) | TRICARE CHAMPUS ☐ (Sponsor's SSN) | CHAMPVA ☐ (Member ID#) | GROUP HEALTH PLAN ☒ (SSN or ID) | FECA BLK LUNG ☐ (SSN) | OTHER ☐ (ID) | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE / SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| ROLLINS, JAMES | MM 08 DD 12 YY 1956  M ☒  F ☐ | ROLLINS, JAMES |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED | 7. INSURED'S ADDRESS (No., Street) |
|---|---|---|
| 8 SHABAZZ WAY | Self ☐ Spouse ☐ Child ☐ Other ☒ | 8 SHABAZZ WAY |

| CITY | STATE | 8. PATIENT STATUS | CITY | STATE |
|---|---|---|---|---|
| BOSTON | MA | Single ☐ Married ☐ Other ☐ | BOSTON | MA |

| ZIP CODE | TELEPHONE (Include Area Code) | | ZIP CODE | TELEPHONE (Include Area Code) |
|---|---|---|---|---|
| 02119 | (617) 9990577 | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | 02119 | ( 617) 9990577 |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| ROLLINS, JAMES | | |

| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) | a. INSURED'S DATE OF BIRTH / SEX |
|---|---|---|
| 025465937 | YES ☐ NO ☒ | MM DD YY  M ☐  F ☐ |

| b. OTHER INSURED'S DATE OF BIRTH / SEX | b. AUTO ACCIDENT? PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
|---|---|---|
| MM DD YY  M ☐  F ☐ | YES ☐ NO ☒ | |

| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? | c. INSURANCE PLAN NAME OR PROGRAM NAME |
|---|---|---|
| | YES ☐ NO ☒ | GILBERT R HOY JR |

| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
|---|---|---|
| COMMERCIAL INSURANCE | | YES ☒ NO ☐  If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE _____

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) MM DD YY | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM MM DD YY TO MM DD YY |
|---|---|---|

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 19. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| WILLIAM FERNANDEZ MD | 17b. NPI 1073589255 | FROM 01 28 2008 TO |

| 19. RESERVED FOR LOCAL USE | 20. OUTSIDE LAB? $ CHARGES |
|---|---|
| | YES ☐ NO ☒ |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)

1. V71.4          3. ___

2. ___            4. ___

| 22. MEDICAID RESUBMISSION CODE | ORIGINAL REF. NO. |
|---|---|

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ZZTIME: 09:27pm | | | | | | | | | | | |
| 1 | 01 28 08 | 01 28 08 | 23 | | 73564 | 26 RT GC | 1 | 33 00 | 1 | | NPI | 1154398139 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER  SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 04-3283573  ☒ | A229920371 | YES ☐ NO ☒ | $ 33 00 | $ 0 00 | $ 33 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) | 32. SERVICE FACILITY LOCATION INFORMATION | 33. BILLING PROVIDER INFO & PH # 1(800)-456-1552 |
|---|---|---|
| KOZA, DOUGLAS J. MD | MENINO EMERGENCY | BOSTON UNIV MED CTR RADIOLOGIS |
| SIGNED 07 01 2008 DATE | 818 HARRISON AVE | PO BOX 414407 |
| | BOSTON, MA 02118 | BOSTON, MA 02241-4407 |
| | a.   b. | a. 1134166945  b. |

NUCC Instruction Manual available at: www.nucc.org          APPROVED OMB-0938-0999 FORM CMS-1500 (08/05)

PHYSICIAN OR SUPPLIER INFORMATION

.

# HARVARD VANGUARD MEDICAL ASSOC.

Harvard Vanguard
Medical Associates
Atrius Health

300 Apollo Drive
Chelmsford, MA 01824
978-250-6338

*ITEMIZED STATEMENT OF CHARGES*

*I hereby certify that the enclosed is a fair and reasonable statement of the charges for the services provided or arranged for this patient.*

*This statement is made under the pains and penalties of perjury.*

*This* ___14th___ *day of* ___December___ 2009.

*Carol Rancourt*

**Authorized Signature**

*Carol Rancourt*
**Patient Billing**

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


       35242                              800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

      10.00



| CLAIM#91 | (Continued) | | | |
|---|---|---|---|---|
| 01/03/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 11/30/07 | M476 | 82565 | LAB SERVICES | 21.00 |
| 11/30/07 | | 1053 | CAPITATION ADJ | -21.00 |
| 01/03/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 11/30/07 | M476 | 84460 | LAB SERVICES | 22.00 |
| 11/30/07 | | 1053 | CAPITATION ADJ | -22.00 |
| 01/03/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 11/30/07 | M476 | 99214 | OFFICE VISIT | 287.00 |
| 11/30/07 | | 1053 | CAPITATION ADJ | -277.00 |
| 01/03/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 04/28/08 | | 2135 | BD WRITE-OFF | -10.00 |
| | | | [COPAYMENT AMT DUE] | |
| 11/30/07 | M476 | 93000 | EKG | 99.00 |
| 11/30/07 | | 1053 | CAPITATION ADJ | -99.00 |
| 01/03/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| | | | Claim Balance Due****** | 0.00 |
| CLAIM#92 | | | | |
| | For the Amount of : | | 0.00 | |
| | Billed To: HPHC-FI | | On | 02/04/08 |

PATIENT: 955973 - ROLLINS,JAMES L

| 01/30/08 | | 1406 | 99214 | OFFICE VISIT | 287.00 |
|---|---|---|---|---|---|
| 01/30/08 | | 1047 | | PAYMENT (PT/CCARD) | -10.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                            800-898-7980

JAMES L ROLLINS                  HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                    P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                 Tax ID#: 043397450

     10.00



| CLAIM#92 | (Continued) | | | |
|---|---|---|---|---|
| 01/30/08 | | 1053 | CAPITATION ADJ | -277.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/30/08 | 1406 | 99051 | OFFICE SVC DURING REGUL* | 0.00 |
| 02/01/08 | 1406 | 82272 | LAB SERVICES | 15.00 |
| 02/01/08 | | 1053 | CAPITATION ADJ | -15.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| | | | Claim Balance Due****** | 0.00 |

CLAIM#93
        For the Amount of :        0.00
        Billed To: HPHC-FI              On   02/05/08
PATIENT: 955973 - ROLLINS,JAMES L

| 01/31/08 | 6881 | 99204 | OFFICE VISIT | 464.00 |
|---|---|---|---|---|
| 01/31/08 | | 1014 | PAYMENT (PT/CASH) | -10.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -454.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 80051 | LAB SERVICES | 50.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -50.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82043 | LAB SERVICES | 48.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -48.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 80074 | LAB SERVICES | 159.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

    10.00


| CLAIM#93 | (Continued) | | | |
|---|---|---|---|---|
| 01/31/08 | | 1053 | CAPITATION ADJ | -159.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82306 | VITAMIN D 25-HYDROXY LC* | 75.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -75.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 80061 | LIPID PROFILE | 76.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -76.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 81003 | URINALYSIS NO RFLX | 7.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -7.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| | | | [INCLUSIVE SERVICE-ALL] | |
| 01/31/08 | 6881 | 82040 | LAB SERVICES | 20.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -20.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82565 | LAB SERVICES | 21.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -21.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 83540 | LAB SERVICES | 27.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -27.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 85025 | LAB SERVICES | 32.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


          35242                              800-898-7980

JAMES L ROLLINS                  HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                    P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                 Tax ID#: 043397450

     10.00


| CLAIM#93 | (Continued) | | | |
|---|---|---|---|---|
| 01/31/08 | | 1053 | CAPITATION ADJ | -32.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 83550 | IRON BINDING PROFILE | 37.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -37.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 84156 | PROTEIN, TOTAL URINE | 11.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -11.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82570 | LAB SERVICES | 39.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -39.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 84520 | UREA NITROGEN BLOOD (BU* | 20.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -20.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 84550 | LAB SERVICES | 21.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -21.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 83970 | LAB SERVICES | 170.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -170.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 84100 | LAB SERVICES | 20.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -20.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


       35242                              800-898-7980

JAMES L ROLLINS                 HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                   P.O. BOX 415432

ATTLEBORO, MA 02703             BOSTON, MA 02241-5432
                                Tax ID#: 043397450

     10.00




| CLAIM#93 | (Continued) | | | |
|---|---|---|---|---|
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82310 | LAB SERVICES | 22.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -22.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 01/31/08 | 6881 | 82728 | LAB SERVICES | 56.00 |
| 01/31/08 | | 1053 | CAPITATION ADJ | -56.00 |
| 03/06/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| | | | Claim Balance Due****** | 0.00 |

CLAIM#94
          For the Amount of :          10.00
               Billed To: HPHC-FI              On   02/11/08
          For the Amount of :          10.00
               Billed To: PATIENT              On   04/27/08

| PATIENT: 955973 - ROLLINS,JAMES L | | | | |
|---|---|---|---|---|
| 02/06/08 | 6613 | 99243 | OFFICE CONSULT | 414.00 |
| 02/06/08 | | 1053 | CAPITATION ADJ | -404.00 |
| 03/17/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 04/29/08 | | 1014 | PAYMENT (PT/CASH) | -10.00 |
| | | | [COPAYMENT AMT DUE] | |
| 02/06/08 | 6613 | L1810 | KO ELASTIC W/JOINTS | 131.00 |
| 02/06/08 | | 1053 | CAPITATION ADJ | -131.00 |
| 03/17/08 | | 1068 | PAYMENT (HPHC) | 0.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


      35242                              800-898-7980

JAMES L ROLLINS                HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                  P.O. BOX 415432

ATTLEBORO, MA 02703            BOSTON, MA 02241-5432
                               Tax ID#: 043397450

      10.00



CLAIM#94    (Continued)
                         Claim Balance Due******       0.00
CLAIM#95
          For the Amount of :         0.00
               Billed To: HPHC-FI                On   03/01/08
PATIENT: 955973 - ROLLINS,JAMES L
02/25/08      6881 76770  RETROPERITONEUM US - CO*   394.00
02/25/08          1053    CAPITATION ADJ           -394.00
04/03/08          1068    PAYMENT (HPHC)              0.00
                         Claim Balance Due******       0.00
CLAIM#96
          For the Amount of :        10.00
               Billed To: HPHC-FI                On   03/17/08
          For the Amount of :        10.00
               Billed To: PATIENT                On   04/27/08
PATIENT: 955973 - ROLLINS,JAMES L
03/12/08      6613 99213  OFFICE VISIT              186.00
03/12/08          1053    CAPITATION ADJ           -176.00
04/17/08          1068    PAYMENT (HPHC)              0.00
04/29/08          1014    PAYMENT (PT/CASH)         -10.00
                          [COPAYMENT AMT DUE]
03/12/08      6613 L1810  KO ELASTIC W/JOINTS       139.00
03/12/08          1053    CAPITATION ADJ           -139.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                     12 20 09

        35242                              800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

      10.00

CLAIM#96   (Continued)
04/17/08              1068     PAYMENT (HPHC)                    0.00
                               Claim Balance Due******          0.00
CLAIM#97
          For the Amount of :            0.00
               Billed To: HPHC-FI                    On   03/18/08
PATIENT: 955973 - ROLLINS,JAMES L
02/25/08        6881 76857     PELVIC US LIMITED              231.00
02/25/08              1053     CAPITATION ADJ               -231.00
04/17/08              1068     PAYMENT (HPHC)                   0.00
                               Claim Balance Due******         0.00
CLAIM#99
          For the Amount of :            0.00
               Billed To: HPHC-FI                    On   03/29/08
          For the Amount of :          244.00
               Billed To: PATIENT                    On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
03/24/08         764* 97001    PHYS THERAPY EVALUATION       254.00
03/24/08              1014     PAYMENT (PT/CASH)             -10.00
04/30/08              1068     PAYMENT (HPHC)                  0.00
09/28/09              2135     BD WRITE-OFF                 -244.00
                               [INJURY/LIABILITY]
                               Claim Balance Due******        0.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


      35242                                     800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

      10.00



CLAIM#100
          For the Amount of :          10.00
                Billed To: HPHC-FI              On   04/02/08
          For the Amount of :          145.00
                Billed To: PATIENT              On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
03/28/08          764* 97110   THERAPEUTIC EXERCISE EA*        101.00
04/29/08          1014    PAYMENT (PT/CASH)                    -10.00
04/30/08          1068    PAYMENT (HPHC)                         0.00
09/28/09          2135    BD WRITE-OFF                         -91.00
                          [INJURY/LIABILITY]
03/28/08          764* 97014   ELECTRIC STIMULATION             54.00
04/30/08          1068    PAYMENT (HPHC)                         0.00
09/28/09          2135    BD WRITE-OFF                         -54.00
                          [INJURY/LIABILITY]
                          Claim Balance Due*******              0.00
CLAIM#101
          For the Amount of :          10.00
                Billed To: HPHC-FI              On   04/05/08
          For the Amount of :          155.00
                Billed To: PATIENT              On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
03/31/08          764* 97110   THERAPEUTIC EXERCISE EA*        101.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                 HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                   P.O. BOX 415432

ATTLEBORO, MA 02703             BOSTON, MA 02241-5432
                                Tax ID#: 043397450

     10.00



CLAIM#101    (Continued)
05/09/08              1068    PAYMENT (HPHC)                    0.00
09/28/09              2135    BD WRITE-OFF                   -101.00
                              [INJURY/LIABILITY]
03/31/08      764* 97014      ELECTRIC STIMULATION            54.00
05/09/08              1068    PAYMENT (HPHC)                    0.00
09/28/09              2135    BD WRITE-OFF                    -54.00
                              [INJURY/LIABILITY]
                              Claim Balance Due*******         0.00
CLAIM#102
          For the Amount of :          10.00
               Billed To: HPHC-FI               On   04/08/08
          For the Amount of :          10.00
               Billed To: PATIENT               On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
04/03/08      764* 97110      THERAPEUTIC EXERCISE EA*       101.00
04/03/08              1053    CAPITATION ADJ                 -91.00
05/09/08              1068    PAYMENT (HPHC)                    0.00
09/28/09              2135    BD WRITE-OFF                    -10.00
                              [COPAYMENT AMT DUE]
04/03/08      764* 97014      ELECTRIC STIMULATION            54.00
04/03/08              1053    CAPITATION ADJ                 -54.00
05/09/08              1068    PAYMENT (HPHC)                    0.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


      35242                               800-898-7980

JAMES L ROLLINS                   HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                     P.O. BOX 415432

ATTLEBORO, MA 02703               BOSTON, MA 02241-5432
                                  Tax ID#: 043397450

      10.00



CLAIM#102   (Continued)
                        Claim Balance Due*******        0.00
CLAIM#104
            For the Amount of :        10.00
                  Billed To: HPHC-FI              On   04/14/08
            For the Amount of :        10.00
                  Billed To: PATIENT              On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
04/09/08        764* 97110   THERAPEUTIC EXERCISE EA*      101.00
04/09/08        1053   CAPITATION ADJ                     -91.00
05/15/08        1068   PAYMENT (HPHC)                        0.00
09/28/09        2135   BD WRITE-OFF                        -10.00
                       [COPAYMENT AMT DUE]
04/09/08        764* 97014   ELECTRIC STIMULATION           54.00
04/09/08        1053   CAPITATION ADJ                     -54.00
05/15/08        1068   PAYMENT (HPHC)                        0.00
                       Claim Balance Due*******             0.00
CLAIM#105
            For the Amount of :         0.00
                  Billed To: HPHC-FI              On   04/16/08
PATIENT: 955973 - ROLLINS,JAMES L
04/11/08        764* 97110   THERAPEUTIC EXERCISE EA*      101.00
04/11/08        1014   PAYMENT (PT/CASH)                  -10.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                  HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                    P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                 Tax ID#: 043397450

        10.00



CLAIM#105   (Continued)
04/11/08          1053   CAPITATION ADJ              -91.00
05/15/08          1068   PAYMENT (HPHC)                0.00
04/11/08      764* 97014 ELECTRIC STIMULATION         54.00
04/11/08          1053   CAPITATION ADJ              -54.00
05/15/08          1068   PAYMENT (HPHC)                0.00
                         Claim Balance Due******       0.00
CLAIM#106
        For the Amount of :          10.00
               Billed To: HPHC-FI              On  04/21/08
        For the Amount of :          10.00
               Billed To: PATIENT              On  09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
04/16/08      6613 99213 OFFICE VISIT               186.00
04/16/08          1053   CAPITATION ADJ             -176.00
05/22/08          1068   PAYMENT (HPHC)                0.00
09/28/09          2135   BD WRITE-OFF                -10.00
                         [COPAYMENT AMT DUE]
                         Claim Balance Due******       0.00
CLAIM#108
        For the Amount of :           0.00
               Billed To: HPHC-FI              On  05/04/08
PATIENT: 955973 - ROLLINS,JAMES L

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                 12 20 09


     35242                              800-898-7980

JAMES L ROLLINS               HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                 P.O. BOX 415432

ATTLEBORO, MA 02703           BOSTON, MA 02241-5432
                              Tax ID#: 043397450

   10.00


CLAIM#108    (Continued)
04/29/08      764* 97002   PHYS THERAPY RE-EVALUAT*        138.00
04/29/08           1014    PAYMENT (PT/CASH)               -10.00
04/29/08           1053    CAPITATION ADJ                 -128.00
06/05/08           1068    PAYMENT (HPHC)                    0.00
                           [INCLUSIVE SERVICE-ALL]
04/29/08      764* 97110   THERAPEUTIC EXERCISE EA*        101.00
04/29/08           1053    CAPITATION ADJ                 -101.00
04/29/08      764* 97014   ELECTRIC STIMULATION             54.00
04/29/08           1053    CAPITATION ADJ                  -54.00
                           Claim Balance Due******          0.00
CLAIM#111
         For the Amount of :        0.00
              Billed To: HPHC-FI                  On   05/06/08
PATIENT: 955973 - ROLLINS,JAMES L
05/01/08      M476 99396   ADULT ANNUAL PHYSICAL E*        366.00
05/01/08           1014    PAYMENT (PT/CASH)               -10.00
05/01/08           1053    CAPITATION ADJ                 -356.00
06/05/08           1068    PAYMENT (HPHC)                    0.00
05/01/08      M476 90715   TDAP VACCINE 11-64 YO (*         51.00
05/01/08           1053    CAPITATION ADJ                  -51.00
06/05/08           1068    PAYMENT (HPHC)                    0.00
05/01/08      M476 90471   IMMUNIZATION ADMIN (1)           25.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                  HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                    P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                 Tax ID#: 043397450

     10.00


| CLAIM#111 | (Continued) | | | |
|---|---|---|---|---|
| 05/01/08 | | 1053 | CAPITATION ADJ | -25.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 80051 | LAB SERVICES | 50.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -50.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 80061 | LIPID PROFILE | 76.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -76.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 82565 | LAB SERVICES | 21.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -21.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 84460 | LAB SERVICES | 22.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -22.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 83540 | LAB SERVICES | 27.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -27.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 85007 | DIFFERENTIAL | 17.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -17.00 |
| 06/05/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/01/08 | M476 | 83550 | IRON BINDING PROFILE | 37.00 |
| 05/01/08 | | 1053 | CAPITATION ADJ | -37.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                         12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

     10.00



CLAIM#111     (Continued)
06/05/08              1068    PAYMENT (HPHC)                      0.00
05/01/08       M476 85027    AUTO HEMOGRAM/PLATELET              25.00
05/01/08            1053     CAPITATION ADJ                     -25.00
06/05/08            1068     PAYMENT (HPHC)                       0.00
05/01/08       M476 82728    LAB SERVICES                        56.00
05/01/08            1053     CAPITATION ADJ                     -56.00
06/05/08            1068     PAYMENT (HPHC)                       0.00
05/01/08       M476 93000    EKG                                 99.00
05/01/08            1053     CAPITATION ADJ                     -99.00
06/05/08            1068     PAYMENT (HPHC)                       0.00
                             Claim Balance Due******            0.00
CLAIM#112
       For the Amount of :           0.00
              Billed To: HPHC-FI                    On   05/25/08
PATIENT: 955973 - ROLLINS,JAMES L
05/20/08       M476 99213    OFFICE VISIT                       186.00
05/20/08            1014     PAYMENT (PT/CASH)                  -10.00
05/20/08            1053     CAPITATION ADJ                    -176.00
06/26/08            1068     PAYMENT (HPHC)                       0.00
                             Claim Balance Due******            0.00
CLAIM#113
       For the Amount of :           0.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                  HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                    P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                 Tax ID#: 043397450

    10.00



CLAIM#113   (Continued)
                   Billed To: HPHC-FI              On    05/25/08
PATIENT: 955973 - ROLLINS,JAMES L
05/20/08        M476 93000    EKG                        99.00
05/20/08             1053     CAPITATION ADJ            -99.00
06/26/08             1068     PAYMENT (HPHC)              0.00
                              Claim Balance Due*******   0.00
CLAIM#114
        For the Amount of :            0.00
                   Billed To: HPHC-FI              On    05/25/08
PATIENT: 955973 - ROLLINS,JAMES L
05/20/08        6881 82043    LAB SERVICES              48.00
05/20/08             1053     CAPITATION ADJ           -48.00
06/26/08             1068     PAYMENT (HPHC)             0.00
05/20/08        6881 80051    LAB SERVICES              50.00
05/20/08             1053     CAPITATION ADJ           -50.00
06/26/08             1068     PAYMENT (HPHC)             0.00
05/20/08        6881 82306    VITAMIN D 25-HYDROXY LC*  75.00
05/20/08             1053     CAPITATION ADJ           -75.00
06/26/08             1068     PAYMENT (HPHC)             0.00
05/20/08        6881 83970    LAB SERVICES             170.00
05/20/08             1053     CAPITATION ADJ          -170.00
06/26/08             1068     PAYMENT (HPHC)             0.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                              800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

    10.00


| CLAIM#114 | (Continued) | | | |
|---|---|---|---|---|
| 05/20/08 | 6881 | 81003 | URINALYSIS NO RFLX | 7.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -7.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 82040 | LAB SERVICES | 20.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -20.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 82565 | LAB SERVICES | 21.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -21.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 83540 | LAB SERVICES | 27.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -27.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 83550 | IRON BINDING PROFILE | 37.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -37.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 85007 | DIFFERENTIAL | 17.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -17.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 84156 | PROTEIN, TOTAL URINE | 11.00 |
| 05/20/08 | | 1053 | CAPITATION ADJ | -11.00 |
| 06/26/08 | | 1068 | PAYMENT (HPHC) | 0.00 |
| 05/20/08 | 6881 | 82570 | LAB SERVICES | 39.00 |

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


     35242                               800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

     10.00



CLAIM#114    (Continued)
05/20/08          1053   CAPITATION ADJ                    -39.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
05/20/08     6881 85027  AUTO HEMOGRAM/PLATELET             25.00
05/20/08          1053   CAPITATION ADJ                    -25.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
05/20/08     6881 84520  UREA NITROGEN BLOOD (BU*           20.00
05/20/08          1053   CAPITATION ADJ                    -20.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
05/20/08     6881 84100  LAB SERVICES                       20.00
05/20/08          1053   CAPITATION ADJ                    -20.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
05/20/08     6881 82310  LAB SERVICES                       22.00
05/20/08          1053   CAPITATION ADJ                    -22.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
05/20/08     6881 82728  LAB SERVICES                       56.00
05/20/08          1053   CAPITATION ADJ                    -56.00
06/26/08          1068   PAYMENT (HPHC)                      0.00
                         Claim Balance Due******            0.00
CLAIM#115
          For the Amount of :          0.00
               Billed To: HPHC-FI               On   06/10/08
PATIENT: 955973 - ROLLINS,JAMES L

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


    35242                               800-898-7980

JAMES L ROLLINS              HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                P.O. BOX 415432

ATTLEBORO, MA 02703          BOSTON, MA 02241-5432
                             Tax ID#: 043397450

    10.00



CLAIM#115    (Continued)
06/05/08        6881 80051   LAB SERVICES                    50.00
06/05/08             1053    CAPITATION ADJ                 -50.00
07/10/08             1068    PAYMENT (HPHC)                   0.00
06/05/08        6881 82565   LAB SERVICES                    21.00
06/05/08             1053    CAPITATION ADJ                 -21.00
07/10/08             1068    PAYMENT (HPHC)                   0.00
06/05/08        6881 81003   URINALYSIS NO RFLX               7.00
06/05/08             1053    CAPITATION ADJ                  -7.00
07/10/08             1068    PAYMENT (HPHC)                   0.00
                             [INCLUSIVE SERVICE-ALL]
06/05/08        6881 99213   OFFICE VISIT                   186.00
06/05/08             1014    PAYMENT (PT/CASH)              -10.00
06/05/08             1053    CAPITATION ADJ                -176.00
07/10/08             1068    PAYMENT (HPHC)                   0.00
                             Claim Balance Due*******         0.00
CLAIM#116
        For the Amount of :            0.00
             Billed To: HPHC-FI                 On   06/14/08
PATIENT: 955973 - ROLLINS,JAMES L
06/09/08         763* 93015  EXERCISE STRESS TEST           400.00
06/09/08             1053    CAPITATION ADJ                -400.00
07/17/08             1068    PAYMENT (HPHC)                   0.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                                    800-898-7980

JAMES L ROLLINS                    HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                      P.O. BOX 415432

ATTLEBORO, MA 02703                BOSTON, MA 02241-5432
                                   Tax ID#: 043397450

      10.00



CLAIM#116   (Continued)
06/09/08        763*  78465   NUCLEAR IMAGING MIBI MU*         1520.00
06/09/08        1053          CAPITATION ADJ                  -1520.00
07/17/08        1068          PAYMENT (HPHC)                      0.00
06/09/08        763*  78478   HEART WALL MOTION  (ADD-*         298.00
06/09/08        1053          CAPITATION ADJ                    -298.00
06/09/08        763*  78480   HEART FUNCTION,  (ADD-ON)         298.00
06/09/08        1053          CAPITATION ADJ                    -298.00
06/09/08        763*  78890   NUCLEAR MEDICINE DATA P*          245.00
06/09/08        1053          CAPITATION ADJ                    -245.00
07/17/08        1068          PAYMENT (HPHC)                      0.00
                              [INCLUSIVE SERVICE-ALL]
06/09/08        763*  A9500   PROCEDURE MATERIALS               526.00
06/09/08        1053          CAPITATION ADJ                    -526.00
                              Claim Balance Due*******            0.00
CLAIM#117
          For the Amount of :          10.00
                 Billed To: HPHC-FI                 On   07/22/08
          For the Amount of :          10.00
                 Billed To: PATIENT                 On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
07/17/08        M476  99213   OFFICE VISIT                      186.00
07/17/08        1053          CAPITATION ADJ                    -176.00