HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                                    800-898-7980

JAMES L ROLLINS                      HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                        P.O. BOX 415432

ATTLEBORO, MA 02703                  BOSTON, MA 02241-5432
                                     Tax ID#: 043397450

    10.00



CLAIM#117   (Continued)
08/21/08            1068    PAYMENT (HPHC)                    0.00
09/28/09            2135    BD WRITE-OFF                    -10.00
                           [COPAYMENT AMT DUE]
07/17/08      M476 99051    OFFICE SVC DURING REGUL*          0.00
                           Claim Balance Due*******          0.00
CLAIM#118
           For the Amount of :        10.00
                 Billed To: HPHC-FI                 On   08/17/08
           For the Amount of :        10.00
                 Billed To: PATIENT                 On   09/27/09
PATIENT: 955973 - ROLLINS,JAMES L
08/12/08            3835 99244    OFFICE CONSULT           581.00
08/12/08            1053    CAPITATION ADJ                -571.00
09/19/08            1068    PAYMENT (HPHC)                    0.00
09/28/09            2135    BD WRITE-OFF                    -10.00
                           [COPAYMENT AMT DUE]
                           Claim Balance Due*******          0.00
CLAIM#119
           For the Amount of :         0.00
                 Billed To: HPHC-FI                 On   09/17/08
PATIENT: 955973 - ROLLINS,JAMES L
09/11/08            6613 29881    KNEE SCOPE,MED OR LAT M*  2538.00

HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 415432

BOSTON, MA 02241-5432                    12 20 09


        35242                                          800-898-7980

JAMES L ROLLINS                   HARVARD VANGUARD MEDICAL ASSOC
P.O. BOX 3932                     P.O. BOX 415432

ATTLEBORO, MA 02703              BOSTON, MA 02241-5432
                                  Tax ID#: 043397450

        10.00



CLAIM#119   (Continued)
09/11/08              1053     CAPITATION ADJ                    -2538.00
10/15/08              1068     PAYMENT (HPHC)                        0.00
09/11/08       6613 29879     KNEE SCOPE,ABRASN ARTHR*           2566.00
09/11/08              1053     CAPITATION ADJ                    -2566.00
10/15/08              1068     PAYMENT (HPHC)                        0.00
                               Claim Balance Due*******             0.00
CLAIM#120
            For the Amount of :          0.00
            Billed To: HPHC-FI                      On   10/22/08
PATIENT: 955973 - ROLLINS,JAMES L
10/16/08       121* 99212     OFFICE VISIT                        136.00
10/16/08              1014     PAYMENT (PT/CASH)                  -10.00
10/16/08              1053     CAPITATION ADJ                    -126.00
11/19/08              1068     PAYMENT (HPHC)                        0.00
                               [HPHC CAPITATION ADJUS*]
10/16/08       121* 81002     LAB SERVICES                         13.00
10/16/08              1053     CAPITATION ADJ                     -13.00
11/19/08              1068     PAYMENT (HPHC)                        0.00
                               [INCLUSIVE(HPHC)]
10/16/08       121* 99051     OFFICE SVC DURING REGUL*             0.00
10/16/08       121* 87086     LAB SERVICES                         33.00
10/16/08              1053     CAPITATION ADJ                     -33.00

# MASS GENERAL HOSPITAL



MASSACHUSETTS
GENERAL HOSPITAL

MASSACHUSETTS GENERAL HOSPITAL
PO BOX 9693
BOSTON, MASSACHUSETTS 02114-9693
(617) 726-4098

941019440

**STATEMENT OF ACCOUNT**

| TYPE | DATE | PRIOR |
|------|------|-------|
| FINAL | 07/15/00 | |
| SDC | | |

ROLLINS, JAMES L

JAMES ROLLINS
PO BOX 3932
ATTLEBORO, MA 02703

| PATIENT NUMBER |
|----------------|
| 1948278 |
| PLEASE REFER TO THIS NUMBER ON ALL CORRESPONDENCE OR PAYMENTS. |

| ADMISSION DATE |
|----------------|
| 02/01/08 |

| DISCHARGE DATE |
|----------------|
| 02/01/08 |

| CODE | INSURANCE COMPANY | PAGE |
|------|-------------------|------|
| 30 | HPHC HMO/POS MGH PCP | 1 |

**PLEASE DETACH AND RETURN WITH REMITTANCE**

FOR ANY QUESTION REGARDING THIS BILL PLEASE CALL 617-726-2181

| POSTING DATE MONTH | DAY | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGE | ESTIMATED INSURANCE PRIMARY | SECONDARY | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| 03 | 13 | HPHC HMO PAYMNT | H473 | 403.20- | | * | 403.20- |
| 03 | 20 | COINSURANCE/DEDUCTIBLE | M102 | | | | |
| 03 | 13 | HARV-PILG CONTR ALLOWNCE | W781 | 757.82- | | | 757.82- |
| | | SUMMARY OF CHARGES AND PAYMENTS | | | | | |
| | | 250 PHARMACY | | 1.02 | | | 1.02 |
| | | 320 RADIOLOGY DIAGNOSTIC | | 561.00 | | | 561.00 |
| | | 450 EMERGENCY WARD | | 629.00 | | | 629.00 |
| | | OTHER HOSPITAL SERVICES | | 1191.02 | | | 1191.02 |
| | | TOTAL CHARGES THIS ADMISSION | | 1191.02 | | | 1191.02 |
| | | PAYMENTS AND CREDITS | | 1161.02- | | | 1161.02- |

X-RAY, ANESTHESIA AND CERTAIN LABORATORY CHARGES DO NOT INCLUDE PHYSICIANS FEES. YOU WILL RECEIVE A SEPARATE STATEMENT FOR THESE SERVICES.

| | 30.00 | | | 30.00 |

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS BILL WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

**PLEASE PAY LAST AMOUNT THIS COLUMN**

84546 (4/08)

FEI 04-2697983

# MASS GEN'L PHYSICIANS ORG

| PATIENT NAME | | ACCOUNT NO. |
|---|---|---|

| AMOUNT DUE | AMOUNT PAID | DUE DATE | BILL DATE |
|---|---|---|---|

☐ Please check here when completing change of address or insurance information on reverse s

Charge my ☐ [Mastercard] ☐ [VISA] ☐ [American Express]

Make checks payable to. MASSACHUSETTS GENERAL PHYSICIANS ORGANIZATION

PATIENT NAME: _____ ACCOUNT NUMBER: _____

| DATE | DESCRIPTION OF SERVICES | PHYSICIAN NAME | CHARGES | PAYMENTS/ ADJUSTMENTS | YOUR BALANCE |
|---|---|---|---|---|---|
| 02/01/2008 | ED VISIT, LEVEL 3, MODERATE ME | MILNE MD, LESLI | 233.00 | | 0.4 |
| 02/01/2008 | RAD EXAM, KNEE;COMPLETE, 4+ VI | CASSIE MD, CONR | 46.00 | | 0.0 |
| 02/03/2008 | MRI, ANY JOINT, LOWER EXTREMIT | KATTAPURAM MD, | 2140.0 | | 0.1 |
| 02/05/2008 | RAD EXAM, CHEST, 2 VIEWS, FRON | LLEWELLYN MD, | 39.00 | | 0.0 |
| 05/10/2008 | CARDIOVASCULAR STRESS TEST W/ | ABRAHAM MD, UTZ | 171.00 | | 0.0 |
| 05/09/2008 | ED VISIT, LEVEL 5, HIGH MEDICA | BROWN MD, DAVID | 563.00 | | 0.0 |
| 05/10/2008 | SBSQ HOSP CARE, 40 MINUTE | BROWN MD, DAVID | 759.5 | | 0.0 |
| 05/09/2008 | RAD EXAM, CHEST, 2 VIEWS, | HARRISON MD, JA | 39.00 | | 0.0 |
| 05/10/2008 | ELECTROCARDIOGRAM, ROUTINE W/ | SHAW MD, RAND | 46.00 | | 46.0 |
| 05/09/2008 | ELECTROCARDIOGRAM, ROUTINE W/ | OSEMENE OLU MD, | 46.00 | | 42.0 |

I hereby certify that I am a duly authorized agent of the
Massachusetts General Physicians Organization, Inc., Boston, Massachusetts
and that the charges of services rendered to _____
were fair and reasonable. Subscribed to and sworn under the pain
and penalties of perjury the _____ *30th* _____ day of
_____ *June 2008* _____
By: _____
Title: _____

| DATE | TOTAL CHARGES | PAYMENTS/ADJUSTMENTS | **PLEASE PAY THIS AMOUNT ▶** |
|---|---|---|---|
| | | | |

**▲ PAYMENT RECEIVED AFTER THIS DATE WILL APPEAR ON YOUR NEXT STATEMENT**

MASS GENERAL PHYSICIANS ORG , PO BOX 3864, BOSTON, MA 02241-3864 • 617-726-2040          SEE REVERSE SIDE FOR IMPORTANT INFORMATION

TAX I D  042807

# BRIGHAM & WOMEN'S HOSPITAL



# BRIGHAM AND
# WOMEN'S HOSPITAL

Date _____ O5-27-08 _____

Dear Attorney, _Gilbert Hoy_

Enclosed are the billing statements you requested.

Should you have any questions please do not hesitate to contact me

Yours truly, _Diana Volpe_

Diana Volpe
617-724-8344

Patient Accounts Department
529 Main Street, Suite 410
Charlestown, MA  02129-1141



A Teaching Affiliate
of Harvard Medical School

Member of PARTNERS. HealthCare

BRIGHAM AND WOMEN'S HOSPITAL
P.O. BOX 9693
BOSTON, MA 02114-9693

| PATIENT NAME | | |
|---|---|---|
| ROLLINS, JAMES | | |
| | MEDICAL RECORD NO | 07300288 |
| AMOUNT DUE | | MINIMUM DUE |
| $401.76 | | $401.76 |
| DUE DATE | BILL DATE | AMOUNT ENCLOSED |
| | 05/27/08 | |

NOTE: CERTAIN PHYSICIANS' CHARGES ARE
NOT BILLED WITH YOUR HOSPITAL CHARGES.
YOU MAY RECEIVE A SEPARATE BILL FOR
PHYSICIANS' SERVICES/CHARGES.

WE ACCEPT
MAKE CHECKS PAYABLE TO:
BRIGHAM AND WOMEN'S HOSPITAL

PLEASE SEE
REVERSE
SIDE FOR DETAIL

Page: 1

SEND PAYMENTS TO:

JAMES ROLLINS
P.O. BOX 3932
SOUTH ATTLEBORO,MA 02703

BRIGHAM AND WOMEN'S HOSPITAL
P.O. BOX 3714
BOSTON, MA 02241-3714

| PATIENT NAME: | ROLLINS,JAMES | | | |
|---|---|---|---|---|
| | | MEDICAL RECORD NO. | 07300288 | |
| DESCRIPTION OF SERVICES | | CHARGES | PAYMENTS/ADJUSTMENTS | YOUR BALANCE |

LOCATION: OUTPATIENT: Service date: 03/16/08
 Statement No. 191813021

| | | | |
|---|---|---|---|
| ED LEVEL B | $401.00 | | |
| ED EVAL & MGMT LEVEL 3 | $.00 | | |
| TYLENOL 500MG  CAPLET U/D | $.34 | | |
| IBUPROFEN 600MG  TAB (U/D) | $.42 | | |
| Total Charges | | | $401.76 |
| | | | |
| INFORMATION REQUESTED-AUTO LIABILITY | | $.00 | |
| CONTR ADJUST/ANY INSURANCE | | $.00 | |
| FIN CLASS CHGD TO SEC | | $.00 | |
| Total Payments/Adjustments | | | $.00 |
| | | | |
| Balance, Statement #: 191813021 | | | $401.76 |

I hereby certify that the above are fair
and reasonable charges for the
services rendered. Signed under the
pains and penalties of perjury this
_____ day of ___MAY___ 20 _08_
DIANA VOLPE
BWH/BILLING OFFICE

Primary Insurance: HARVARD PILGRIM HMO     Secondary Insurance:

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**

FEDERAL TAX ID NO. 04-2312909     FOR INFORMATION ON HOW TO REACH US, PLEASE SEE REVERSE SIDE

# BRIGHAM & WOMEN'S PHYSICIAN ORG

# BRIGHAM AND WOMEN'S
# PHYSICIANS ORGANIZATION

*Excellence and innovation in academic medicine*

Brigham and Women's
Physicians Organization
Department of Medicine
111 Cypress Street
Brookline, MA 02445
(617) 582-1100  Fax: (617) 739-1226

## AFFIDAVIT

The Brigham and Women's Physician Organization, Department of Medicine is a facility licensed under the laws of the Commonwealth of Massachusetts. The attached is/are true and accurate copy(ies) of our medical bill(s) relating to _James Rollins_

Submitted by Thomas Brodeur, records custodian.

Thomas Brodeur

6/3/08
Date

These documents contain confidential patient information belonging to the sender that is legally privileged. This information is intended only for the use of the individual or the entity named above. The authorized recipient of the patient information is prohibited from disclosing the information to any other party. If you have received this document in error, please notify the sender immediately and destroy the information that was sent in error.



HARVARD
MEDICAL SCHOOL
*TEACHING AFFILIATE*

BRIGHAM AND WOMEN'S/FAULKNER HOSPITALS

Member of the PARTNERS. HealthCare System

# STATEMENT OF ACCOUNT

BWPO-DBA DEPT OF EMERGENCY MEDICINE
PO BOX 414891
BOSTON,MA 02241-4891

617-732-7073

JAMES ROLLINS            07300288
P.O. BOX 3932
SOUTH ATTLEBORO,MA 02703

| PAYMENT INFORMATION | |
|---|---|
| STATEMENT DATE | 05/30/08 |
| DATE OF LAST PAYMENT | |
| AMOUNT OF LAST PAYMENT | 0.00 |
| TOTAL BALANCE | 590.00 |
| PLEASE PAY THIS AMOUNT ▶▶▶▶ | 590.00 |

THANK YOU FOR HAVING CHOSEN US FOR YOUR HEALTH CARE SERVICES.
PAYMENT IN FULL IS EXPECTED WITHIN 30 DAYS. INSURANCE CLAIMS ARE
CONSIDERED REJECTED IF NOT PAID WITHIN 45 DAYS. THESE CHARGES MAY
NOT INCLUDE ALL PHYSICIAN OR PROFESSIONAL SERVICES.

| DATE | PHYSICIAN | DESCRIPTION OF SERVICE | CHARGE | PAYMENTS INSURANCE | PAYMENTS PATIENT | LINE ITEM BALANCE |
|---|---|---|---|---|---|---|
| 03/16/08 | WITTELS | 99283  EMERGENCY DEPT VISIT,E&M | 233.00 | | | |
| 04/30/08 | | HPHC PYMT/ADJST | | 0.00 | | |
| 05/06/08 | SCHUUR | 99284  EMERGENCY DEPT VISIT,E&M | 357.00 | | | |

ADDITIONAL INFO NEEDED

TO INSURE PROPER CREDIT, DETACH AND RETURN THIS PORTION IN THE
ENCLOSED ENVELOPE. BE SURE ADDRESS SHOWS THROUGH THE WINDOW.

☐ Please check box if you have a new address. Please indicate your new address
on the back of this statement in the defined area.

642105A

| PATIENT NAME | JAMES ROLLINS | 05/30/08 |
|---|---|---|
| ACCOUNT NUMBER | 07300288 | |
| PLEASE PAY THIS AMOUNT | 590.00 | |
| DISCOUNT AMOUNT DUE IF APPLICABLE | | |

AMOUNT ENCLOSED $ _____

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD   ☐ DISCOVER   ☐ VISA   ☐ AMERICAN EXPRESS

CARD NUMBER                                    AMOUNT

SIGNATURE                                      EXP. DATE

## MAKE CHECK PAYABLE & REMIT TO:

BWPO-DBA DEPT OF EMERGENCY MEDICINE
PO BOX 414891
BOSTON,MA 02241-4891
617-732-7073

# Faulkner Hospital

FAULKNER HOSPITAL
1153 CENTRE STREET                                                    1
BOSTON MA 02130

                                                                  FINAL

ROLLINS,JAMES                    23601656      09/11/08        11/20/08

          ROLLINS,JAMES              HARVARD PILGRIM HEALT HP113408001
          8 SHABAZZ WAY
          BOSTON   MA    02119

          250 PHARMACY GENERAL                        11      127.61
          270 M/S SUPPLY GENERAL                       3     1010.39
          272 M/S SUPPLY STERILE SUPPLY                2       84.00
          360 OR SVCS GENERAL                          9     3313.00
          370 ANESTHESIA GENERAL                       6      455.00
          710 RECOVERY ROOM GENERAL                    3      954.00
          RECEIPTS, ADJUSTMENTS, ETC.                  2    -5944.00

      BENEFITS ASSIGNED TO THE FAULKNER HOSPITAL
      I CERTIFY THAT THE ABOVE BILLS  RECORDS AND/OR
      REPORTS CONCERNING NECESSARY SERVICES RENDERED
      TO BE TRUE AND COMPLETE AND THAT THE CHARGES
      THEREFORE ARE FAIR AND REASONABLE.
      SUBSCRIBED AND SWORN TO UNDER THE PAINS AND
      PENALTIES OF PERJURY THIS _____25____ DAY
      OF ___January___ 200 2010
                                    _____
      AUTHORIZED AGENT AND/OR
      PERSON IN CHARGE

                         23601656

                                            5944.00
                                           -5944.00
                                               0.00

# BOSTON MEDICAL CENTER

# BOSTON MEDICAL CENTER
EXCEPTIONAL CARE. WITHOUT EXCEPTION.

## Documents Review Report

| ROLLINS, JAMES | H ED Urgent Care | 51y | M | MAHERAS, STYLIANOS |
|---|---|---|---|---|
| | DSC | 12-Aug-1956 | | 3574262/159659176 |

Jan-28-2008 20:19      ED Documents      REC'D FROM ED SYSTEM (Interface)

---

DEPARTMENT OF EMERGENCY MEDICINE
FINAL RECORD

PATIENT NAME: Rollins, James
MRN#: 3574262   DOB: 08/12/1956
ACCOUNT NUMBER: 159659176

TRIAGE DATE/TIME: 01/28/2008 20:19
DISCHARGE DATE/TIME: 01/29/2008 22:58

COMPLAINT: rle injury

TRIAGE (Mon Jan 28 2008 20:19 JKAL)
PROVIDERS: TRIAGE NURSE: Joan Kalaher,RN.
PREVIOUS VISIT ALLERGIES: No known drug allergies.
ADMISSION: URGENCY: 4-Express Care, TRANSPORT: Ground Ambulance (Boston
EMS), DEPT: Urgent Care, BED: WAIT-RM.
VITAL SIGNS: BP 133/81, Pulse 80, Resp 16, Temp 97.9, O2 Sat 97.
COMPLAINT: rle injury.
HISTORY OF PRESENT ILLNESS: 51 yo male with c/o r knee pain after tripping
at circuit city and falling onto r knee.
PAIN ASSESSMENT: Triage assessment peformed, Pain level 9, using numeric
pain scoring.

VITAL SIGNS (Mon Jan 28 2008 20:19 JKAL)
VITAL SIGNS: BP: 133/81, Pulse: 80, Resp: 16, Temp: 97.9, O2 sat: 97.

MEDICATION ADMINISTRATION SUMMARY (Tue Jan 29 2008 22:58)
:
Drug Name: Ultram, Dose: 50 mg , Route: PO, Status: Given, Ordered: 22:01
01/28/2008, Detailed record available in Medication Service section.

MEDICATION SERVICE (22:01 CSAF)
Ultram: Order: Ultram : 50 mg : PO
Time: to go
Ordered: Mon Jan 28 2008 22:01
Ordered by: Clara Safi,NP
Entered by: Clara Safi,NP Mon Jan 28 2008 22:01
Acknowledged by: Kathy Egan Conroy,RN Mon Jan 28 2008 22:08
Documented as given by: Kathy Egan Conroy,RN Mon Jan 28 2008 22:25
MEDICATION , Given in amount and via route as prescribed, Correct
patient, time, route, dose and medication confirmed prior to
administration, Patient advised of actions and side-effects prior to
administration, Allergies confirmed and medications reviewed prior to
administration, instr in safe use.

---



**Documents Review Report**

EXCEPTIONAL CARE. WITHOUT EXCEPTION.

| ROLLINS, JAMES | H ED Urgent Care<br>DSC | 51y      M<br>12-Aug-1956 | MAHERAS, STYLIANOS<br>3574262/159659176 |
|---|---|---|---|

Jan-28-2008 20:19     ED Documents                          REC'D FROM ED SYSTEM (Interface)     (cont.)

KNOWN ALLERGIES
No known drug allergies.

CURRENT MEDICATIONS: No Documented Medications

PAST MEDICAL HISTORY
MEDICAL HISTORY (Mon Jan 28 2008 20:19 JKAL): History of diabetes, That is
currently treated with an oral medication, History of pulmonary
disease, including tuberculosis, which is being treated, w INH, CXR
negative.
SURGICAL HISTORY (Mon Jan 28 2008 20:19 JKAL): Patient's previous surgical
history is not relevant to the case.
SOCIAL HISTORY (Mon Jan 28 2008 20:19 JKAL): Denies alcohol abuse, Denies
tobacco abuse, Denies drug abuse.
FAMILY HISTORY (Mon Jan 28 2008 20:19 JKAL): Family history is not
contributory to this case.
NOTES (Mon Jan 28 2008 20:19 JKAL): Nursing records reviewed.
(21:55 CSAF): Nursing records reviewed, Agree with nursing records,
Medication list reviewed.

NURSING PROCEDURE: SPLINTING (22:01 IBEN)
TIME: Knee immobilizer applied, 6 inch ace wrap applied to area, Tall
crutches given.

HPI REGION KNEE (21:55 CSAF)
TIME: Patient assessed at: 2145.
CHIEF COMPLAINT: Patient presents for the evaluation of right, knee injury,
knee swelling, knee pain.
HISTORIAN: History obtained from patient.
ASSOCIATED WITH: Patient states inability to ambulate/bear weight is
present, Patient denies pain on walking, Patient denies hip pain,
Patient states knee pain is present, Patient denies ankle pain, Patient
denies foot pain, Patient denies distal neuro c/o, Patient denies
proximal injury, Patient denies distal injury.
NOTES: 51 y.o. male, BIB ambulance, c/o r. knee pain s/p trip, twist r.
knee, felt a snap and fall 1 hour PTA, landed on r. knee, unable to wt
bear since. Denies any other injuries. No head trauma, no LOC, no
neck/back/chest/abd. pain. denies prior r. knee injuries. .

ROS (21:56 CSAF)
CONSTITUTIONAL: Negative constitutional review of systems.
MUSCULOSKELETAL: Historian reports fall, Historian reports injury, No neck
pain, No back pain.
SKIN: Negative skin review of systems.
NEUROLOGIC: Negative neurologic review of systems.

PHYSICAL EXAM (21:57 CSAF)



**Documents Review Report**

BOSTON MEDICAL
CENTER
EXCEPTIONAL CARE. WITHOUT EXCEPTION.

| ROLLINS, JAMES | H ED Urgent Care | 51y   M | MAHERAS, STYLIANOS |
|---|---|---|---|
| | DSC | 12-Aug-1956 | 3574262/159659176 |

**Jan-28-2008 20:19      ED Documents                    REC'D FROM ED SYSTEM (Interface)      (cont.)**

CONSTITUTIONAL: Vital signs reviewed, Well appearing, Patient appears
comfortable, Alert and oriented X 3.
HEAD: Atraumatic, Normocephalic.
LOWER EXTREMITY: RIGHT knee to have, no deformity, no ecchymosis, no
lacerations, no hematoma, no erythema, no warmth, negative anterior
drawer test, negative drawer test, negative McMurray's test, negative
Apley's test, distal pulse intact, capillary refill less than 2
seconds, distal motor intact, distal sensory intact, Swelling noted,
anteriorly, Tenderness to palpation, of lateral knee, of medial knee,
Active range of motion, causes pain, Passive range of motion, causes
pain, able to SLR
wt bearing with limp
no patellar or fib head tenderness
+ mild laxity on Lachman test
mild diffuse swelling, small effusion.

ORDERS
Knee - Min 4 Views by JKAL for WFER on Mon Jan 28 2008 20:20 Status: Done
Mon Jan 28 2008 22:18.
(TECH) ACE WRAP by CSAF for CSAF on Mon Jan 28 2008 21:58 Status: Done by
IBEN Mon Jan 28 2008 22:00.
(TECH) Crutches by CSAF for CSAF on Mon Jan 28 2008 21:58 Status: Done by
IBEN Mon Jan 28 2008 22:00.
(TECH) Splint-Leg by CSAF for CSAF on Mon Jan 28 2008 21:58 Status: Done
by IBEN Mon Jan 28 2008 22:00.

ATTENDING (22:00 CSAF)
CHART FINALIZATION: This chart is complete and final.

DIAGNOSIS (22:01 CSAF)
FINAL: PRIMARY: R. Knee Sprain, ADDITIONAL: .

DISPOSITION
PATIENT (22:01 CSAF): Disposition: .Discharge, Condition: Stable.
(22:48 CSAF): Remove from ER.

PRESCRIPTION (22:01 CSAF)
Ibuprofen: Tablet : 600 mg : Oral=Quantity: ***1*** Unit: tab Route: Oral
Schedule: Four Times a Day Dispense: ***30***.
NOTES: Take one tablet every 6 hours for 3 days, then as needed every 6
hours for pain, with food, no alcohol.

Ultram: Tablet : 50 mg : Oral=Quantity: ***1*** Unit: tab Route: Oral
Schedule: Every 4 Hours as Needed Dispense: ***10***.
NOTES: As needed for severe pain. Take with food. NO ALCOHOL. No driving.
Can make you drowsy.

**BOSTON MEDICAL** *CENTER*
EXCEPTIONAL CARE. WITHOUT EXCEPTION.

## Documents Review Report

| ROLLINS, JAMES | H ED Urgent Care | 51y | M | MAHERAS, STYLIANOS |
|---|---|---|---|---|
| | DSC | 12-Aug-1956 | | 3574262/159659176 |

| Jan-28-2008 20:19 | ED Documents | | REC'D FROM ED SYSTEM (Interface) | (cont.) |
|---|---|---|---|---|

ADMIN (Tue Jan 29 2008 22:56 CSAF)
DIGITAL SIGNATURE: Safi,NP, Clara.

KEY:
 CSAF=Safi,NP, Clara IBEN=Benjamin,TECH, Ivrose JKAL=Kalaher,RN, Joan
 WFER=Fernandez,MD, William

 FLOWSHEET
 01/28/2008 20:19:24 BP 133/81
 01/28/2008 20:19:24 PULSE 80
 01/28/2008 20:19:24 RESP 16
 01/28/2008 20:19:24 TEMP 97.9
 01/28/2008 20:19:24 O2 SAT 97



**Name: Rollins, James**
Age: 51
Gender: M
Medrec: 3574262
Acct: 159659176
Attending: CSAF
Primary Nurse: KCON
Bed: UC .ROOM 02

# DEPARTMENT OF EMERGENCY MEDICINE
# DISCHARGE INSTRUCTIONS RECEIPT

FINAL DIAGNOSIS
 R. Knee Sprain

FOLLOWUP CONTACTS

THE FOLLOWING SPECIAL INSTRUCTIONS WERE GIVEN
Rest, Ice 3 times a day and elevate.
Ace bandage with knee immobilizer.
Weight Bear as tolerated.
Follow-up with your Primary Care, call in the morning for an appointment, will need an MRI of your knee and/or
physical therapy.
Return to the ER if worse or not better in 3-4 days, increase pain, swelling, redness, warm to touch , fever or
anything else that worries you.

**********Patients Medications Records reviewed and given to patient

THE FOLLOWING MEDICAL INSTRUCTIONS WERE GIVEN
 KNEE SPRAIN
 KNEE IMMOBILIZER
 CRUTCH WALKING

THE FOLLOWING PRESCRIPTIONS WERE GIVEN

 Ultram : Tablet : 50 mg : Oral
    Dispense: 10, Quantity: 1, Schedule: Every 4 Hours as Needed

 Ibuprofen : Tablet : 600 mg : Oral
    Dispense: 30, Quantity: 1, Schedule: Four Times a Day

Patient Signature _____

Physician Signature _____

Boston Medical Center Department of Emergency Medicine

Menino ED: 617-414-4075      Urgent Care: 617-414-5663
Pediatric ED: 617-414-4991    Newton Pavilion: 617-638-6240
Psychiatric ED: 617-414-4931   Social Service: 617-638-6830
Follow-Up Nurse: 617-414-7894  Health Connection: 800-841-4325

# Boston EMS Patient Care Report

Incident # : 080280257                                                                    PAGE 1

767 Albany Street, Boston, MA  02118    Phone 617-343-2367                **Patient:  JAMES ROLLINS**

## INCIDENT | PATIENT | DATES/TIMES

| INCIDENT | | PATIENT | | DATES/TIMES | |
|---|---|---|---|---|---|
| Incident # | 080280257 | Patient Name: | JAMES ROLLINS | Dispatched | 19:48:00, 01/28/2008 |
| Incident Type | 1NJ3-Injury 3 | Sex: M   DOB: 08/12/1956   Age: 51YR | | Enroute | 19:48 |
| Address | 8 ALLSTATE RD | Weight:     Lang: ENGLISH | | At Scene | 19:54:00 |
| City,St,Zip | DORCHESTER, MA, 02122 | Address:    8 SHABAZZ WY | | At Patient | 19:54 |
| Loc.Type | COMMERCIAL BUILDING | City,St,Zip  ROXBURY, MA | | Departed Scene | 20:04:00 |
| Loc.UponDisp | ON THE AIR | Pt Ph: [H]617-999-0577 | | At Destination | 20:08:00 |
| Status | PRIORITY 2 | SSN: 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 | | In Service | |
| Agency/Unit | BEMS / A10E | Insur Co: HARVARD PILGRIM | | At Quarters | |
| Shift/Veh | E / | | | Trip Distance | 4 mi |
| Skillset | BLS | | | | |
| Crew | | | | | |
| KEVIN COAN, , BLS BLS | | | | | |
| HEATHER A HARTFORD, , BLS BLS | | | | | |

## Hx PRESENT

| Subject | Description / Details |
|---|---|
| CAUSE | FALL: DISTANCE: STANDING, LANDING SURFACE: CARPET, LANDED ON: KNEE, HELMET USED: NO, PROTECTIVE GEAR: NO, OTHER SAFETY EQUIPMENT: NO, ALCOHOL/DRUGS: NOT SUSPECTED, INTENT: UNINTENTIONAL, WORK RELATED: NO, |
| COMPLAINT | KNEE PAIN: ONSET: 15 MINUTES AGO, ONSET TYPE: CHRONIC, DURATION: STILL PRESENT, PAIN LEVEL: 9 OF 10, QUALITY: THROBBING, |
| SYMPTOMS | CANT WALK; |

## Hx PAST

| Subject | Description / Details |
|---|---|
| ALLERGIES | DENIES; |
| MEDS | SIMVASTATIN; LIPITOR; |
| PREEXIST | HYPERTENSION; CHOLESTEROL - ELEVATED; |

## FINDINGS

| Subject | Description / Details |
|---|---|
| IMPRESSION | MINOR INJURY; |
| INITIAL | PT FOUND POSITION SITTING; LOC ORIENTATION ORIENTED X 3, AVPU ALERT; AIRWAY STATUS PATENT; BREATH QUALITY NON-LABORED, CHEST WALL EXPANSION EQUAL EXPANSION; CIRCUL STATUS PRESENT, SITE RADIAL, REGULARITY REGULAR, ; GCS SCORE 15,EYES 4-SPONTANEOUS,VERBAL 5-ORIENTED,MOTOR 6-OBEYS COMMANDS; SKIN TEMP NORMAL, COLOR NORMAL, MOISTURE NORMAL; |
| PHYSICAL | KNEE SWELLING; KNEE BRUISE; KNEE NO SIGN OF DEFORMITY; |

## CARE EVENTS

| Time | Subject | Description/Details | | | | |
|---|---|---|---|---|---|---|
| | | BP | P | R | SpO2 | Pos |
| 20:13 | TREATMENT | SPLINT, PRE- DISTAL CIRC: PRESENT, PRE- DISTAL MOTOR: PRESENT, PRE- DISTAL SENSATION: PRESENT, LOCATION: (R) KNEE, TYPE: MANNY SPLINT, POST- DISTAL CIRC: PRESENT, POST- DISTAL MOTOR: PRESENT, POST- DISTAL SENSATION: PRESENT, | | | | |
| 20:14 | VITALS | 128/78 | 80 | 16 | | |

## RESULT | AUTHORIZATION

| RESULT | | AUTHORIZATION |
|---|---|---|
| Disposition | TX / TRANS BY BEMS | MEDIC1 |
| Destination | BMC MENINO | |
| Dest.Reason | PATIENT / FAMILY CHOICE | |
| Trans.Reason | NO MEANS OF TRANSPORT | |
| Status | PRIORITY 3 | COAN K, EMT |
| MedCtl.Name | , | SIGNED |

February 13, 2008

Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118                                                      Page 1
Phone: 617-638-8000                                              Chart Document

**JAMES ROLLINS**                                          Home (617)989-0577
Male DOB 08/12/1956                    3574262          Ins CIRCUIT (STANDARD)

**01/28/2008 - Radiology Result: KNEE, MINIMUM 4 VIEWS**
**Provider: William Fernandez MD (3187)**
**Location of Care: Boston Medical Center**

Patient: JAMES ROLLINS
Note: All result statuses are Final unless otherwise noted.

Tests: (1) KNEE, MINIMUM 4 VIEWS (KN4)
  KNEE, MINIMUM 4 VIEWS
                          SEE REPORT
    *** Final Report ***

                     BOSTON MEDICAL CENTER
                     DEPARTMENT OF RADIOLOGY

Patient Name : ROLLINS , JAMES
MRN No.: 3574262
DOB : 08/12/1956


Patient Location: 263
Ordering MD: WILLIAM FERNANDEZ M.D.   3187
Date: January 28, 2008


Examination: KNEE, MINIMUM 4 VIEWS - RIGHT     Exam Number:8504111


Right knee 1/28/2008

INDICATION: Fall

TECHNIQUE: Frontal, tunnel, lateral and sunrise views of the right
knee.  No priors.

FINDINGS:
There is no fracture or dislocation.  There is tricompartmental
moderate degenerative change with osteophytes and joint space
narrowing.  Soft tissues demonstrate a small suprapatellar joint
effusion.There are signs of old Osgood Schlatter's disease.


I have reviewed the images and agree with the dictated report.

Dictating MD: BRYAN FOSTER, M.D.
Electronically Signed By: DOUGLAS KOZA on 01/29/2008 08:34

Note: An exclamation mark (!) indicates a result that was not dispersed into
the flowsheet.
Document Creation Date: 01/29/2008 8:38 AM

---

(1) Order result status: Final

**Medical Records-Hospital**
Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000

*February 13, 2008*

Page 2
Chart Document

**JAMES ROLLINS**                                                    Home: (617)999-0677
Male  DOB:08/12/1956                    3574262                    Ins: CIRCUIT  (STANDARD)


Collection or observation date-time: 01/28/2008 20:57
Requested date-time:
Receipt date-time:
Reported date-time:
Referring Physician:
Ordering Physician: WILLIAM FERNANDEZ (WIFERNAN)
Specimen Source:
Source: RAD
Filler Order Number: 8504111
Lab site: R


**Filed automatically (without signature) on 01/29/2008 at 8:38 AM**

## Boston Medical Center

Menino ED: 840 Harrison Avenue Boston, MA 02188 Newton ED: 88 East Newton Street Boston, MA 02188
Menino ED: 617-414-4075 Urgent Care: 617-411-5663 Pediatrics: 617-414-4991 Newton ED: 617-638-6240

| | | |
|---|---|---|
| Last Name: Rollins | First Name: James | Initial: |
| MRN: 3574262 | | Date: 1/28/2008 |
| Address: | | DOB: 08/12/1956 |
| City: | Zip: 02119 | Phone: 617999-0577 |

Rx Ultram : Tablet : 50 mg : Oral

1  tab  Every 4 Hours as Needed
As needed for severe pain. Take with food. NO ALCOHOL. No driving. Can make you drowsy.

Dispense ***10***

Refill

Indication for use: _____

Signature: _____
        Clara Safi,NP
DEA:MS0912661

Collaborating Provider: _____ [signature]

_____ [print]

Rx ID: 2008012820l924-1201575697

Interchange is mandated unless the practitioner writes the
words "no substitution" in this space _____

**Boston Medical Center**
Menino ED: 840 Harrison Avenue Boston, MA 02188 Newton ED: 88 East Newton Street Boston, MA 02188
Menino ED: 617-414-4075 Urgent Care: 617-411-5663 Pediatrics: 617-414-4991 Newton ED: 617-638-6240

| | | |
|---|---|---|
| Last Name: Rollins | First Name: James | Initial: |
| MRN: 3574262 | | Date: 1/28/2008 |
| Address: | | DOB: 08/12/1956 |
| City: | Zip: 02119 | Phone: 617 999-0577 |

Rx Ibuprofen : Tablet : 600 mg : Oral

1 tab   Four Times a Day
Take one tablet every 6 hours for 3 days, then as needed every 6 hours for pain; with food, no alcohol.

Dispense ***30***

Refill

Indication for use:

Signature _____
Clara Safi, NP
DEA: MS0912661
Collaborating Provider: _____ [signature]

_____ [print]

Rx ID: 20080128201924-1201575696

Interchange is mandated unless the practitioner writes the
words "no substitution" in this space

# HARVARD VANGUARD MEDICAL ASSOC.

Routing History Recorded

## Orders

**URINE DIPSTICK (OFFICE TEST) [81002H] Order #:** 135171112
**URINE CULTURE [87086A] Order #:** 135171113
**URINALYSIS W MICROSCOPIC [81001C] Order #:** 135171256
**CHLAMYDIA/GC URINE DNA [87491Q] Order #:** 135171422

**Results are available for this encounter**

## Lab and Imaging Orders

| | Ordered on |
|---|---|
| URINE DIPSTICK (OFFICE TEST) - Lab and Imaging Orders | 10/16/08 |
| URINE CULTURE - Lab and Imaging Orders | 10/16/08 |
| URINALYSIS W MICROSCOPIC - Lab and Imaging Orders | 10/16/08 |
| CHLAMYDIA/GC URINE DNA - Lab and Imaging Orders | 10/16/08 |

## Level Of Service

**EST. PAT. L2, OFFICE VISIT [99212]**

## Chart Reviewed By

**Eric N. Diamond, MD.** on Fri Oct 17, 2008  8:26 AM

## Closed By

| User | Date |
|---|---|
| **MAYA GINNS NP [13780]** | Oct 16, 2008 |

## Visit Diagnosis Changes

Added  599.0 by GINNS NP, MAYA (13780), Thu Oct 16, 2008  7:12 PM
599.0 marked as Primary Diagnosis by GINNS NP, MAYA (13780), Thu Oct 16, 2008  7:13 PM

---

**James L Rollins**                    Encounter #: 115172434                    Description: **52 year old male**

**8/25/2008 10:30 AM   Orders**                                                 Provider: **Louis A. Bley, MD**
**Only**
**MRN: 955973**                                                                 Department: **Somerville Adult**
                                                                                **Orthopedics**

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED MENISCUS** [836.0H]
**TEAR - KNEE, MED COLLATERAL
LIGAMENT** [844.1B]

## Orders

**PHYSICAL THERAPY HVMA X-SITE [R5031] Order #:** 133617184

## Visit Diagnosis Changes

Added  836.0 by SYED, SAIRA (19717), Mon Aug 25, 2008 10:31 AM
Added  844.1B by SYED, SAIRA (19717), Mon Aug 25, 2008 10:31 AM

---

**James L Rollins**                    Encounter #: **114873108**                    Description: **52 year old male**

**8/12/2008 10:28 AM   Orders**                                                 Provider: **Unknown Unkn**

---

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

Only                                                         Unknown
MRN: 955973                                                  Department:

EpicCare Patient

## Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **KETOCONAZOLE 2 % TOPICAL CREAM** | 30 | 0 | 8/12/2008 | |
| Sig: apply 1 layer to feet THREE TIMES DAILY | | | | |
| **METFORMIN 500 MG TAB** | 30 | 2 | 8/12/2008 | 1/15/2009 |
| Sig: take 1 tablet once daily with breakfast | | | | |
| **METOPROLOL SR 25 MG 24 HR TAB** | 15 | 5 | 8/12/2008 | 8/14/2009 |
| **(METOPROLOL SUCCINATE)** | | | | |
| Sig: take 1/2 tablet once daily | | | | |
| **LISINOPRIL 20 MG TAB** | 30 | 5 | 8/12/2008 | 8/14/2009 |
| Sig: take 1 tablet once a day | | | | |
| **SIMVASTATIN 80 MG TAB** | 30 | 5 | 8/12/2008 | 8/14/2009 |
| Sig: take 1 tablet once daily | | | | |
| **NITROGLYCERIN 0.4 MG SUBLINGUAL TAB** | 100 | 2 | 8/12/2008 | |
| Sig: place 1 tablet under the tongue every 5 minutes up to 3 times as needed for chest pain call 911 if pain does not resolve | | | | |

## Closed By

| User | Date |
|---|---|
| **RX SCRIPTS IN INTERFACE [16809]** | Aug 12, 2008 |

## James L Rollins

Encounter #: **113335618**

Description: **52 year old male**

**8/12/2008 9:10 AM   Office Visit**

Provider: **Mandeep S. Dhadly, MD**

**MRN: 955973**

Department: **Kenmore Cardiology, Adult**

EpicCare Patient

## Diagnoses

**MYOCARDIAL INFARCT, UNSPEC SITE
- SUBSEQ CARE** [410.92P]  - Primary
**HYPERCHOLESTEROLEMIA** [272.0BE]
**HYPERTENSION - ESSENTIAL, UNSPEC**
[401.9CS]

## Vitals - Last Recorded

Wt
247 lb (112.038 kg)

## Progress Notes

SYSTEM   Signed
52 year old man, pre-op for arthroscopic right knee surgery (meniscal damage). Requested pre-op cardiac evaluation. Admitted BMC 11/4/07 with chest pain, had NSTEMI and cardiac cath showing 70% RCA acute marginal and 50% ostial ramus stenosis. NO PCI performed. Diagnosis given of presumed viral myocarditis. On 11/18/07 admitted BWH with peak troponin 1.59, and repeat cath showed minimal CAD and anterior hypokinesis on LVgram "c/w myocarditis". Another admission to Faulkner Hospital 4/5/08 with gastroenteritis symptoms followed by chest pain. Cardiac enzymes this time were negative, and echocardiogram showed mild concentric LVH, but normal systolic function with LVEF 65%, and no pericardial effusion.
Patient exercises x1/week riding a bike, but goes less than than 1 mile, and walks regularly, no associated chest pain or SOB. No palpitations, dizziness or LOC.

Review of Systems:
Vascular: No LE claudication or ulcers.
Pulmonary: No cough, wheezing, sputum or hemoptysis.
GI: No abdominal pain, nausea, vomiting, diarrhea, constipation, melena or BRBPR.
GU: No frequency, dysuria, or hematuria.
General: No fevers, sweats, chills or weight loss. No bleeding issues.
Neuro: No changes in vision or balance, no weakness of arm or leg.
Musculoskeletal: No joint pain other than right knee, no swelling or stiffness.
Dermatology: No new skin rashes.

PMH:
Patient Active Problem List:
  HYPERCHOLESTEROLEMIA [272.0]
  HYPERTENSION

FH: Negative for early CAD
SH: No smoking, ETOH or drug abuse. Currently unemployed. Currently getting divorced. Has 3 children.

Meds:
Current outpatient prescriptions prior to encounter:
METOPROLOL SR 25 MG 24 HR TAB, take 1 tablet daily
SIMVASTATIN 80 MG TAB, take 1 tablet at bedtime
LISINOPRIL 20 MG TAB, TAKE ONE TABLET DAILY
ASPIRIN TABLET DR 81MG PO, 1 daily
MULTIVITAMIN CAPSULE PO (MULTIVITAMINS), 1 daily

No Known Allergies.

Physical Examination:
133/86   67/min reg
Mildly overweight man, otherwise normal general examination. HEENT normal. No jaundice, anemia,
clubbing, cyanosis, or obvious lymphadenopathy.
Cardiac: Palpation normal. Normal S1 and S2, no added sounds or heart murmurs. JVP not elevated.
Vascular: No prominent abdominal pulsation. No carotid or abdominal bruits.
Pulmonary: Lungs clear to auscultation and percussion.
Abdomen: Not tender. No hepatosplenomegaly. No abnormal masses. Bowel sound normal.
No peripheral edema.

Significant labs/Imaging:
ECG 5/20/08 - NSR. Borderline first degree AV block. Otherwise normal.
CHOL      134  05/01/2008
HDL        37  05/01/2008
LDL        62  05/01/2008
TRIG      175  05/01/2008

Last Exercise test: 06/09/2008
Order: NUCLEAR IMAGING MIBI MULT SPECT 78465
DURATION OF EXERCISE: 9:00
      PEAK HEART RATE: 110; 65%AMPHR
      PEAK BLOOD PRESSURE: 200/112
PEAK RATE-PRESSURE PRODUCT: 22,000

POST EXERCISE RECOVERY
          HR   BP    O2
Immediate Standing: 93  198/100
1 Minute Recovery:  89  148/88
3 Minutes Recovery: 74  142/82
5 Minutes Recovery: 69  132/80
8 Minutes Recovery: 79  138/80

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

IMPRESSION:

Exercise capacity was normal .

This test was stopped due to right knee pain.

The patient had no chest pain.

There was a blunted heart rate (on Beta blocker) and a hypertensive blood pressure response to exercise.

Arrhythmia developed during recovery consisting of a single premature ventricular contraction.

There were no EKG changes.

The test is negative for ischemia by ECG criteria at the level of stress achieved.
CONCLUSION :

The patient's stress test results are normal and consistent with the following:

No evidence of stress-induced ischemia at a moderate cardiac workload.

Normal global LV systolic function.

Assessment/Plan:
52 year old man with no significant coronary artery disease, but probable episode of myocarditis last year. He has no angina, and exercise MIBI negative for cardiac ischemia. He has normal LV systolic function, but mild concentric LVH. He is therefore at low risk for proposed knee surgery, and needs no further cardiac evaluation prior to surgery.
In terms of CAD, he has mild angiographic disease, but have advised him regarding advantages of healthy life-style and methods for risk factor modification including diet, exercise and weight loss.
I will see him in routine f/u in 4 months.

## Follow-up and Disposition

Return in about 4 months (around 12/12/2008).

Routing History Recorded

## Referring Provider

**Eric Diamond, MD.**

## Level Of Service

**CONSULT: L4 [99244]**

## Chart Reviewed By

**Eric N. Diamond, MD.** on Tue Aug 12, 2008  7:50 PM

## Closed By

| User | Date |
| --- | --- |
| **MANDEEP DHADLY MD [19436]** | Aug 12, 2008 |

## Visit Diagnosis Changes

Added  272.0 by DHADLY MD, MANDEEP (19436), Tue Aug 12, 2008  6:54 PM

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006