Added  410.92 by DHADLY MD, MANDEEP (19436), Tue Aug 12, 2008  6:54 PM
410.92 marked as Primary Diagnosis by DHADLY MD, MANDEEP (19436), Tue Aug 12, 2008  6:54 PM
Added  401.9 by DHADLY MD, MANDEEP (19436), Tue Aug 12, 2008  6:54 PM

| **James L Rollins** | Encounter #: **114528174** | Description: **51 year old male** |
|---|---|---|
| **7/29/2008 10:03 AM   Telephone** | | Provider: **Barbara Murphy, RN** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

**Diagnoses**

**HEALTH EDUCATION / COUNSELING, UNSPEC** [V65.40T] - Primary

**Reason for Call**

**RN Triage/Advice**

**Call Documentation**

SYSTEM  Signed
>> BARBARA ZAPPULLA RN Tue Jul 29, 2008 11:03 AM
Per Dr Diamond pt is not cleared for surgery until he sees his pcp. He had Er visit to bwh yesterday for chest pain. Pt aware he is not cleared. Page placed to Dr Bley await call back.

**Closed By**

| User | Date |
|---|---|
| **BARBARA MURPHY RN [19852]** | Jul 29, 2008 |

**Visit Diagnosis Changes**

V65.40 marked as Primary Diagnosis by ZAPPULLA RN, BARBARA (19852), Tue Jul 29, 2008 11:03 AM
Added  V65.40 by ZAPPULLA RN, BARBARA (19852), Tue Jul 29, 2008 11:03 AM

| **James L Rollins** | Encounter #: **114523438** | Description: **51 year old male** |
|---|---|---|
| **7/29/2008 9:00 AM   Telephone** | | Provider: **Karen S. Bikofsky, RN** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine 5** |

EpicCare Patient

**Reason for Call**

**RN Post-Discharge Call**

**Call Documentation**

SYSTEM  Signed
>> KAREN S. BIKOFSKY RN Tue Jul 29, 2008  9:01 AM
left message at pts office to call RN back to discuss post discharge.

**Closed By**

| User | Date |
|---|---|

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

KAREN S. BIKOFSKY RN [3888]                    Jul 29, 2008

**James L Rollins**          Encounter #: 114427497        Description: **51 year old male**
**7/24/2008 10:57 AM   Telephone**                         Provider: **Eric N. Diamond, MD**
**MRN: 955973**                                            Department: **Post Office Square**
                                                           **Internal Medicine**

        *EpicCare Patient*

## Diagnoses

**BRADYCARDIA** [427.89C] - Primary

## Call Documentation

SYSTEM   Signed
>> ERIC N. DIAMOND, MD. Thu Jul 24, 2008 10:58 AM
Called from BMC where pt went with cp. No evidence cardiac problems per there eval. Noted to have a
sinus bradycardia at 48. Not light headed. I had refilled his metoprolol last week which by reviewing the
record he wasn't using since would have run out. Likely cause of slow pulse. They will reduce to 12.5mg
and he will f/u in 2 weeks.

## Level Of Service

**TELEPHONE EVAL BY MD 5-10 MIN**
**[99441]**

## Closed By

User                                    Date
**ERIC N. DIAMOND MD [3620]**          Jul 24, 2008

## Visit Diagnosis Changes

Added   427.89C by DIAMOND MD, ERIC N. (3620), Thu Jul 24, 2008 10:58 AM
427.89C marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Thu Jul 24, 2008 10:58 AM

**James L Rollins**          Encounter #: 114274190        Description: **51 year old male**
**7/17/2008 5:20 PM   Office Visit**                       Provider: **Eric N. Diamond, MD**
**MRN: 955973**                                            Department: **Post Office Square**
                                                           **Internal Medicine**

        *EpicCare Patient*

## Diagnoses

**APHTHOUS STOMATITIS** [528.2BF] -
Primary
**LIMB PAIN** [729.5EL]

## Reason for Visit

**PAIN**                         LIP AND FEET

*Reason For Visit History Recorded*

## Vitals - Last Recorded

| BP | Pulse | Temp (Src) | SpO2 |
|---|---|---|---|
| 120/70 | 70 | 98.5 °F (36.9 °C) (Oral) | 98% |

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

## Progress Notes

SYSTEM   Signed

James L Rollins came into office c/o foot pain/burning sensation, and lt lower lip pain. No hx trauma. No f,c. No cp,sob,doe.

Current medications, allergies and problem list reviewed.

PE: BM in nad. Vitals as above. HENT exam reveals a canker sore on lt lower lip.
Feet with some scaling and peeling with small amt cracking at base of 4th toe on lt. No redness, warmth, drainage.

imp/plan:
1. Canker sore. To use sx rx with abesol, salt water washes and f/u further problems.
2. Foot sx possibly fungal, possibly contact derm as wearing a plastic type sandle. Will try rx with keeping feet dry, lotrimin, desenex powder and f/u if not improving.

Pt agrees with plan.

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **METOPROLOL SR 25 MG 24 HR TAB (METOPROLOL SUCCINATE)** | 30 | 3 | 7/17/2008 | 8/14/2009 |
| Sig: take 1 tablet daily | | | | |
| Class:  Pt in Bldg | | | | |
| **SIMVASTATIN 80 MG TAB** | 30 | 3 | 7/17/2008 | 8/14/2009 |
| Sig: take 1 tablet at bedtime | | | | |
| Class:  Pt in Bldg | | | | |
| **LISINOPRIL 20 MG TAB** | 30 | 3 | 7/17/2008 | 8/14/2009 |
| Sig - Route:  TAKE ONE TABLET DAILY - Oral | | | | |
| Class:  Pt in Bldg | | | | |

### Level Of Service

**EST. PAT. L3, OFFICE VISIT [99213]**

### Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | Jul 17, 2008 |

### Visit Diagnosis Changes

585.2 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Thu Jul 17, 2008 5:16 PM
Added   585.2 by DIAMOND MD, ERIC N. (3620), Thu Jul 17, 2008 5:16 PM
Added   528.2 by DIAMOND MD, ERIC N. (3620), Thu Jul 17, 2008 5:37 PM
Deleted 585.2 by DIAMOND MD, ERIC N. (3620), Thu Jul 17, 2008 5:37 PM
Added   729.5 by DIAMOND MD, ERIC N. (3620), Thu Jul 17, 2008 5:37 PM

**James L Rollins**                     Encounter #: 113335347              Description: **51 year old male**
**6/10/2008 12:51 PM   Telephone**                                            Provider: **Eric N. Diamond, MD**
**MRN: 955973**                                                               Department: **Post Office Square**
                                                                                          **Internal Medicine**

EpicCare Patient

### Diagnoses

**MYOCARDIAL INFARCT, UNSPEC SITE**

- **SUBSEQ CARE** [410.92P] - Primary

## Call Documentation

SYSTEM  Signed
>> ERIC N. DIAMOND, MD. Tue Jun 10, 2008 12:52 PM
REviewed normal stress MIBI with pt. Referred to cardiology for eval and pre op clearance.

## Orders

**CARDIOLOGY HVMA X-SITE [R5006]** Order #: 131570679

## Other Orders

| | Ordered on |
|---|---|
| CARDIOLOGY HVMA X-SITE - Other Orders | 6/10/08 |

## Level Of Service

**TELEPHONE EVAL BY MD 5-10 MIN
[99441]**

## Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | Jun 10, 2008 |

## Visit Diagnosis Changes

Added  410.92 by DIAMOND MD, ERIC N. (3620), Tue Jun 10, 2008 12:51 PM
410.92 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Tue Jun 10, 2008 12:51 PM

| **James L Rollins** | Encounter #: **113334068** | Description: **51 year old male** |
|---|---|---|
| **6/10/2008 12:24 PM**   **Telephone** | | Provider: **Eric N. Diamond, MD** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

## Diagnoses

**HEALTH EDUCATION / COUNSELING,
UNSPEC** [V65.40T]  - Primary

## Call Documentation

SYSTEM  Signed
>> ERIC N. DIAMOND, MD. Tue Jun 10, 2008 12:25 PM
LM on pt's personal voice mail to call me re: stress mibi results.  Needs to schedule cardiology appt for f/u
and eval and to ask for clearance for surgery as well. Asked pt to call me back when in.

## Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | Jun 10, 2008 |

## Visit Diagnosis Changes

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

V65.40 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Tue Jun 10, 2008 12:25 PM
Added  V65.40 by DIAMOND MD, ERIC N. (3620), Tue Jun 10, 2008 12:25 PM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **112810440** | Description: **51 year old male** |
| **6/9/2008 9:00 AM   Office Visit** | | Provider: **Ribka T. Wesley, RN** |
| **MRN: 955973** | | Department: **Kenmore Cardiology Testing** |

EpicCare Patient

## Diagnoses

**MYOCARDIAL INFARCT, UNSPEC SITE
- SUBSEQ CARE [410.92P]**  - Primary
**PRE-OPERATIVE EXAM, UNSPEC**
[V72.84Q]

## Progress Notes

SYSTEM   Signed
MIBI

## Referring Provider

**Eric Diamond, MD.**

## Orders

**EXERCISE STRESS TEST [93015] Order #: 131542472**
**NUCLEAR IMAGING MIBI MULT SPECT [78465] Order #: 131542473**
**TECHNETIUM 99M SESTAMIBI PER DOSE [A9500] Order #:** 131542513
**HEART WALL MOTION (ADD-ON) [78478] Order #:** 131542510
**HEART FUNCTION, (ADD-ON) [78480] Order #:** 131542511
**NUCLEAR MEDICINE DATA PROC [78890] Order #:** 131542512

**Results are available for this encounter**

## Lab and Imaging Orders

| | Ordered on |
|---|---|
| EXERCISE STRESS TEST  - Lab and Imaging Orders | 6/9/08 |
| NUCLEAR IMAGING MIBI MULT SPECT  - Lab and Imaging Orders | 6/9/08 |

## Chart Reviewed By

**Eric N. Diamond, MD.** on Wed Jun 11, 2008  4:23 PM

## Closed By

| User | Date |
|---|---|
| **RIBKA WESLEY RN [19669]** | Jun 11, 2008 |

## Visit Diagnosis Changes

Added  410.92 by WESLEY RN, RIBKA (19669), Mon Jun 9, 2008  4:14 PM
410.92 marked as Primary Diagnosis by WESLEY RN, RIBKA (19669), Mon Jun 9, 2008  4:14 PM
Added  V72.84 by WESLEY RN, RIBKA (19669), Mon Jun 9, 2008  4:14 PM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **110965579** | Description: **51 year old male** |
| **6/5/2008 2:30 PM   Office Visit** | | Provider: **Alice M. Sheridan, MD** |
| **MRN: 955973** | | Department: **Cambridge Nephrology** |

EpicCare Patient

## Diagnoses

**KIDNEY DISEASE - CHRONIC STAGE II
(MILD)** [585.2Q] - Primary
**RENAL FAILURE - ACUTE, UNSPEC**
[584.9AT]

## Vitals - Last Recorded

| BP | Pulse | Wt |
|----|-------|-----|
| 130/84 | 64 | 252 lb (114.306 kg) |

## Progress Notes

SYSTEM  Signed
This is a 51 year old man with elevated creat was 1.4 to 1.47 in 1995. Urinalysis have shown no blood or protein. CT in 2005 kidneys unremarkable. No ultrasound. Most recent creat 1.2. C/o foul smelling urine.

PMH MI, diabetes X 2 years, htn, hypercholesteroleia

MEDS: Simvastatin
Lisinopril 10 mg

Pertinent labs (from:may):
Creat 1.2
eGFR
K 4.2
BUN
HCO3
Pth 43
Vit D 28
Ca
Phos
Hb/Hct 15.1
Fe Sat 31

PE
BP 134/84 I 140/90 on repeat
Chest clear
Cor reg

IMP
IMP:
CKD though not clear which stage given recent creat.  Doing well. Issues as follows:
1. BP-would still aim for 130/80. WIll increase Lisinopril to 20. Check labs in one week.
2. Volume status good.
3. renal function stable
4. Anemia OK
5. PTH and Vit D OK
6. electrolytes
Will check urinalysis.

## Follow-up and Disposition

Return in about 3 months (around 9/5/2008).

## Ordered Medications

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| **LISINOPRIL TABLET 10MG PO** | 60 | 3 | 6/5/2008 | 8/14/2009 |

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

Sig: take 2 tablets (20mg) daily
Class: Pt in Bldg

## Orders

**ELECTROLYTES [80051] Order #:** 131456900
**CREATININE [82565] Order #:** 131456901
**URINALYSIS RFLX MICR RFLX CULT [81003D] Order #:** 131457287
**EGFR [CAL001] Order #:** 131465566

**Results are available for this encounter**

## Lab and Imaging Orders

| | Ordered on |
|---|---|
| ELECTROLYTES - Lab and Imaging Orders | 6/5/08 |
| CREATININE - Lab and Imaging Orders | 6/5/08 |
| URINALYSIS RFLX MICR RFLX CULT - Lab and Imaging Orders | 6/5/08 |
| EGFR - Lab and Imaging Orders | 6/5/08 |

## Level Of Service

**EST. PAT. L3, OFFICE VISIT [99213]**

## Closed By

| User | Date |
|---|---|
| **ALICE SHERIDAN MD [14123]** | Jun 05, 2008 |

## Visit Diagnosis Changes

Added  584.9 by SHERIDAN MD, ALICE (14123), Thu Jun 5, 2008  3:04 PM
584.9 marked as Primary Diagnosis by SHERIDAN MD, ALICE (14123), Thu Jun 5, 2008  3:04 PM
Added  585.2 by SHERIDAN MD, ALICE (14123), Thu Jun 5, 2008  3:10 PM
Deleted 584.9 by SHERIDAN MD, ALICE (14123), Thu Jun 5, 2008  3:10 PM
Added  585.2 by INTERFACE, LIS RESULTS (16806), Thu Jun 5, 2008  5:02 PM {Addendum}
Deleted 585.2 by INTERFACE, LIS RESULTS (16806), Thu Jun 5, 2008  5:02 PM {Addendum}
Added  584.9 by INTERFACE, LIS RESULTS (16806), Thu Jun 5, 2008  5:02 PM {Addendum}

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **112784456** | Description: **51 year old male** |
| **5/20/2008 11:40 AM   Office Visit** | | Provider: **Eric N. Diamond, MD** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

## Diagnoses

**MYOCARDIAL INFARCT, UNSPEC SITE - SUBSEQ CARE** [410.92P] - Primary
**PRE-OPERATIVE EXAM, UNSPEC** [V72.84Q]
**HYPERCHOLESTEROLEMIA** [272.0BE]

## Reason for Visit

**URINARY FREQUENCY**
**CHEST PAIN**

## Vitals - Last Recorded

| BP | Pulse | Temp (Src) | SpO2 |
|---|---|---|---|
| 120/75 | 76 | 98.2 °F (36.8 °C) (Oral) | 97% |

## Progress Notes

SYSTEM  Addended
Addended by: DIAMOND MD, ERIC N. on: 5/20/2008 12:11:06 PM

James L Rollins comes in today, had an EKG as requested than left the office to walk outside. Returned at end of appt time. He is here because 1. Felt urine was a darker yellow than usual without frequency, urgency, dysuria. Also, 2. States was assaulted 1 week ago by a woman who hit him in the head. Also, having a lot of home stress, his son tried to beat him up and he is separating from his wife. Thinks son may go to jail for this assault.

On 5/13 was T+R from mgh with cp, r/o MI.

He wants to have knee surgery but has a sig cardiac hx and did not f/u as needed with cardiology. Needs stress mibi prior to clearance and cardiology eval as well. This was ordered today.

Current medications, allergies and problem list reviewed.

PE: wdwn bm in nad. Vitals as above. Heart: rrr without murm, gallops or rubs. Lungs clear to P & A.

EKG: NSR @ 55 without acute changes. 1st deg av block. C/t old ekg 5/1/08, without sig change.

imp/plan: He states he's using meds as rx'd. Will order stress mibi and than will need cardiology f/u. Labs and urine studies ordered as well. Pt agrees with plan.

**Orders**

**NUCLEAR IMAGING STRESS MIBI REFERRAL [R1147] Order #:** 130989439

**Level Of Service**

**EST. PAT. L3, OFFICE VISIT [99213]**

**Closed By**

| User | Date |
| --- | --- |
| **ERIC N. DIAMOND MD [3620]** | May 20, 2008 |

**Visit Diagnosis Changes**

Added  410.92 by DIAMOND MD, ERIC N. (3620), Tue May 20, 2008 12:04 PM
Added  V72.84 by DIAMOND MD, ERIC N. (3620), Tue May 20, 2008 12:04 PM
Added  272.0 by DIAMOND MD, ERIC N. (3620), Tue May 20, 2008 12:04 PM
410.92 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Tue May 20, 2008 12:04 PM

| **James L Rollins** | Encounter #: **112762289** | Description: **51 year old male** |
| --- | --- | --- |
| **5/19/2008 10:36 AM  Orders Only** | | Provider: **Eric N. Diamond, MD** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

**Diagnoses**

**CHEST PAIN, UNSPEC** [786.50F] -
Primary

**Progress Notes**

SYSTEM  Signed
Addended by: PEREIRA, AMY on: 5/23/2008 2:21:57 PM

Modules accepted: Orders

## Orders

**EKG [93000A] Order#:** 130937892
**EKG TRACING - MEDICAL RECORDS [LA0264] Order#:** 131116932

**Results are available for this encounter**

### Closed By

| User | Date |
|------|------|
| **JENNIFER GIGLIELLO [6279]** | May 19, 2008 |

### Visit Diagnosis Changes

Added   786.50 by GIGLIELLO, JENNIFER (6279), Mon May 19, 2008 10:37 AM
786.50 marked as Primary Diagnosis by GIGLIELLO, JENNIFER (6279), Mon May 19, 2008 10:37 AM

| **James L Rollins** | Encounter #: **112755824** | Description: **51 year old male** |
|---|---|---|
| **5/19/2008 9:25 AM   Telephone** | | Provider: **Ruth Pierre, RN** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

### Diagnoses

**URINARY URGENCY** [788.63A] -
Primary

### Reason for Call

**RN Triage/Sick**

### Call Documentation

SYSTEM   Addended
Addended by: PIERRE RN, RUTH on: 5/19/2008  9:37:04 AM

Modules accepted: Level of Service

Addended by: PIERRE RN, RUTH on: 5/19/2008  9:37:03 AM

Pt returned call; reported urinary urgency x 1 week; pt denies any burning, urinary pain, penile discharge,
fever, blood in urine, flank pain or abdominal pain.  Appt given today.

>> RUTH PIERRE RN Mon May 19, 2008  9:27 AM
Pt call to f/up of call by telecom staff on 5/18.  Lm to call office if not better.

### Level Of Service

**TELEPHONE EVAL BY NON-MD 5-10
MIN [98966]**

### Closed By

| User | Date |
|------|------|
| **RUTH PIERRE RN [15582]** | May 19, 2008 |

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

## Visit Diagnosis Changes

788.63 marked as Primary Diagnosis by PIERRE RN, RUTH (15582), Mon May 19, 2008 9:36 AM
{Addendum}
Added  788.63 by PIERRE RN, RUTH (15582), Mon May 19, 2008 9:36 AM {Addendum}

| **James L Rollins** | Encounter #: **112746579** | Description: **51 year old male** |
|---|---|---|
| **5/18/2008 4:44 AM   Telephone** | | Provider: **Ann Timko, RN** |
| **MRN: 955973** | | Department: **Adult Telecomm** |

EpicCare Patient

## Diagnoses

**URINARY URGENCY** [788.63A] -
Primary

## Call Documentation

SYSTEM  Signed
>> ANNE TIMKO RN Sun May 18, 2008 4:54 AM
Pt. called at 4:20 AM in response to a voice mail he rec'd from Ruth Pierre on 5/16. He states he just got
the message now. I informed him it was in response to a message he has left regarding his
hospitalization. He was advised that if it was a critical issue that needed to be dealt with staff would have
been instructed to continue to try to reach him. Pt. denies chest pain/sob, dizziness or diaphoresis. He did
state that he has urinary urgency. He denies pain or burning with urination. Denies hematuria, flank pain,
fever or chills. Was offered an ED visit but declined. Advised to call urgent care in the AM for an
appointment or call back to clinical telecom sooner if cp/sob, diaphoresis or dizziness develops or if he
develops pain with urination, hematuria, flank pain, fever or chills. Pt. agrees.

## Level Of Service

**TELEPHONE EVAL BY NON-MD 5-10
MIN [98966]**

## Closed By

| User | Date |
|---|---|
| **ANNE TIMKO RN [7123]** | May 18, 2008 |

## Visit Diagnosis Changes

788.63 marked as Primary Diagnosis by TIMKO RN, ANNE (7123), Sun May 18, 2008 4:53 AM
Added  788.63 by TIMKO RN, ANNE (7123), Sun May 18, 2008 4:53 AM

| **James L Rollins** | Encounter #: **112737706** | Description: **51 year old male** |
|---|---|---|
| **5/16/2008 3:19 PM   Telephone** | | Provider: **Ruth Pierre, RN** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

## Call Documentation

SYSTEM  Signed
>> RUTH PIERRE RN Fri May 16, 2008 3:22 PM
Pt called regarding post-hospitalization
attempted to call back patient, left message on voicemail at both home numbers to call office.

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

**Closed By**

| User | Date |
|------|------|
| **RUTH PIERRE RN [15582]** | May 16, 2008 |

## James L Rollins

**5/13/2008 1:54
PM  VCMHOSPITAL
MRN: 955973**

Encounter #: **112632317**

Description: **51 year old male**

Provider: **Mary Jane Belyea, RN**

Department: **Boston Case
Management**

EpicCare Patient

**Diagnoses**

**CHEST PAIN, UNSPEC** [786.50F] -
Primary

**Progress Notes**

SYSTEM  Signed
Notified by ASU that James Rollins was admitted to MGH on 5/9/08 with a diagnosis of Chest pain.  The
attending physician is Dr. David Brown at 617-726-5273.  Hospital contact is Lisa MacDonald, CM dept at
617-724-3065.

Treatment plan:  Patient was observation only. R/O for MI, cardiac enzymes were negative and d/c home.

PCP was notified of the above.

Disposition: discharged home on 5/10/08. OBSERVATION only.

Follow up:  PCP or as instructed.

Patient/family agree with plan of care.

Routing History Recorded

**Chart Reviewed By**

**Eric N. Diamond, MD.** on Tue May 13, 2008  2:07 PM
**Vladimir Sylvestre**  on Tue May 13, 2008  3:45 PM

**Closed By**

| User | Date |
|------|------|
| **MARY JANE BELYEA [15910]** | May 13, 2008 |

**Visit Diagnosis Changes**

786.50 marked as Primary Diagnosis by BELYEA, MARY JANE (15910), Tue May 13, 2008  1:57 PM
Added  786.50 by BELYEA, MARY JANE (15910), Tue May 13, 2008  1:57 PM

## James L Rollins

**5/8/2008 3:43 PM   Orders Only
MRN: 955973**

Encounter #: **112524880**

Description: **51 year old male**

Provider: **Eric N. Diamond, MD**

---

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

Department: **Post Office Square**
**Internal Medicine**

EpicCare Patient

## Diagnoses

**CONSULTATION W/O SPECIFIC**
**COMPLAINT** [V65.8F] - Primary

## Orders

**GASTROENTEROLOGY HVMA EXT [R6108] Order #:** 130671070

## Visit Diagnosis Changes

V65.8 marked as Primary Diagnosis by VARGAS, LUIS (14192), Thu May 8, 2008  3:46 PM
Added   V65.8 by VARGAS, LUIS (14192), Thu May 8, 2008  3:46 PM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: 112444871 | Description: **51 year old male** |
| **5/6/2008 12:02 PM   Telephone** | | Provider: **Eric N. Diamond, MD** |
| **MRN:** 955973 | | Department: **Post Office Square**<br>**Internal Medicine** |

EpicCare Patient

## Diagnoses

**HEALTH EDUCATION / COUNSELING,**
**UNSPEC** [V65.40T] - Primary

## Call Documentation

SYSTEM   Signed
>> ERIC N. DIAMOND, MD. Tue May 6, 2008 12:04 PM
LM on pt's personal voice mail for pt to call me. He needs to do a stress mibi and sched cardiology f/u
before surgery. He has DNK's multiple cardiology f/u appts.

## Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | May 06, 2008 |

## Visit Diagnosis Changes

V65.40 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Tue May 6, 2008 12:04 PM
Added   V65.40 by DIAMOND MD, ERIC N. (3620), Tue May 6, 2008 12:04 PM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: 112354579 | Description: **51 year old male** |
| **5/2/2008 10:13 AM   Orders Only** | | Provider: **Louis A. Bley, MD** |
| **MRN:** 955973 | | Department: **Somerville Adult**<br>**Orthopedics** |

EpicCare Patient

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: 112147440 | Description: **51 year old male** |
| **5/1/2008 1:20 PM   Office Visit** | | Provider: **Eric N. Diamond, MD** |
| **MRN:** 955973 | | Department: **Post Office Square**<br>**Internal Medicine** |

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

EpicCare Patient

## Diagnoses

**PHYSICAL EXAM** [V70.0P] - Primary
**PRE-OPERATIVE EXAM, UNSPEC**
   [V72.84Q]
**FAMILY HISTORY COLON CANCER**
   [V16.0A]
**OCCULT BLOOD IN STOOL** [792.1AM]
**HYPERCHOLESTEROLEMIA** [272.0BE]
**OVERWEIGHT** [278.02]
**CORONARY ARTERY DISEASE,**
**UNSPEC VESSEL TYPE** [414.00BW]
**RECTAL EXAM** [V72.85D]
**SCREENING FOR COLON CANCER**
   [V76.51F]
**IMMUNIZATION - DTP / DTAP** [V06.1S]
**MYOCARDIAL INFARCT, UNSPEC SITE**
**- SUBSEQ CARE** [410.92P]
**RENAL INSUFFIC** [593.9B]

## Reason for Visit

**PREOPERATIVE EXAM**

## Vitals - Last Recorded

| BP | Pulse | Temp (Src) | Ht | Wt |
|---|---|---|---|---|
| 120/70 | 80 | 98 °F (36.7 °C) (Oral) | 6' 1" (1.854 m) | 260 lb (117.935 kg) |

## BMI Data

| Body Mass Index | Body Surface Area |
|---|---|
| 34.30 (kg/m^2) | 2.46 (m^2) |

## Progress Notes

SYSTEM   Signed
Addended by: STEWART, JANET L on: 5/7/2008 12:25:33 PM

   Modules accepted: Orders


James L Rollins is a 51 yrs. old Married male unemployed here for a PHR and clearance for arthroscopic knee surgery.

Current issues include:
Hx of stable mild CRF and CAD with hx of NSTEMI in 11/07.

RofS: No constitutional or neurological symptoms.  Occ abd discomfort with gas. All other systems reviewed and are negative.

Patient Active Problem List
   MYOCARDIAL INFARCT, UNSPEC SITE - SUBSEQ CARE [410.92]
      Date Noted: 11/06/2007
   FAMILY HISTORY COLON CANCER [V16.0A]
      Date Noted: 04/12/2005
   POSITIVE PPD (RPRT DPH) [795.5]
      Date Noted: 03/09/2005
   HYPERCHOLESTEROLEMIA [272.0]

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

Current outpatient prescriptions:
LISINOPRIL TABLET 10MG PO take 1 tablet daily
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO take 1 tablet daily
SIMVASTATIN TABLET 80MG PO take 1 tablet at bedtime
OXYCODONE HCL TABLET 5MG PO take 1 tablet every 4 hours as needed for pain for 5 days


No Known Allergies.

There is no previous medical history on file.

Past Surgical History:
APPENDECTOMY

Family Medical History:
  Cancer - Colon          Father
    Comment: 70's


Social History:
Tobacco & Alcohol Use
  Tobacco Use: Never
  Alcohol Use: No


EXAM:
Vital signs as above. Body Mass Index is 34.37
It is based on height of 6' 1" and weight of 260 lbs on 5/1/2008.
Appears overweight but otherwise well
Skin:  Normal with no significant lesions noted.
Eyes:  PERRL, EOM intact.
Ears:  TM's clear.
Pharynx:  Without lesions or exudate.
Neck:  Supple, no JVD. No thyromegaly.
Nodes:  No cervical or supraclavicular adenopathy.
Chest:  Clear to auscultation.
Breasts:  No masses.
Cardiac:  Regular rhythm without murmurs or gallops.
Abdomen:  Bowel sounds normal, soft, without tenderness or
  organomegaly.
Genitalia: Testes normal; no hernia.
Rectal:  No masses, prostate normal, stool guaiac positive.
Extremities:  No edema.
Neuro:  non-focal.


PLAN:
Health screening tests:
--as ordered below
Diagnostic tests:
--as ordered below
Colorectal screening:
--HM reviewed; updated as needed
--colonoscopy ordered after disc. of alternatives
Immunization Update: given Tdap
Counseling:
--drug/alcohol/tobacco assessment and/or review of history done
--weight management issues discussed
--daily multivitamin advised


Rollins, James L (MRN 955973) DOB: 08/12/1956                Encounter Date: 09/29/2006

--aspirin 81mg daily advised

FAMILY HISTORY COLON CANCER (V16.0): Mr. Rollins had an attempted colonoscopy in 5/05. Note reads Colonoscopy attempted to screeen for colon cancer
Versed 3 Fent 75
Formed stool in rectum and sigmoid - procedure aborted.
Need to reschedule. He has not had one. Stool gu +. Occ abd pain/gas. This was reordered to be done. Importance stressed to pt. He agrees with plan.


HYPERCHOLESTEROLEMIA (272.0): No c/o myalgia on current dose of zocor.

CHOL     162  01/31/2008
HDL       37  01/31/2008
LDL       87  01/31/2008
TRIG     189  01/31/2008


Will continue rx and repeat testing today.


CORONARY ARTERY DISEASE, UNSPE (414.00): James L Rollins was seen at BMC in 11/5/07 with burning cp, sob, and sweats after 1-2 mile walk. No raediation. Pain control achieved with 2 doses IV MSO4 and sl nitro x 2. EKG showed NSR 65
He ruled in for a NSTEMI with elevation in CK CKMB, Torponin I. Cardiac cath was done which showed moderate branch vessel disease only with 50% ostial ramus, RCA 70% 2nd acute maginal. and no significant disease the the major coronary arteries. Stenting was not indicated. EF 55%.

D/c meds ASA 81mg, lisinopril 10mg, zocor 80mg, ntg prn. He was instructed to f/u in about a month. He did not take his d/c medications.

He returned to his usual activity, which included playing basketball. He was admitted on 11/18/07 to the Brigham after he developed discomfort playing basketball. In the emergency room, his EKG showed no significant ST-T abnormalities, and though his TNI was again slightly positive, it peaked at 1.59 and then fell to 1.39 when last checked. Because of the positivity of his troponin and the prior history of his recent non-ST elevation MI, he was taken back to the cath lab. His cath revealed no significant occlusive disease. There was some plaque in the left main coronary and perhaps the proximal LAD. As described from the Boston City, there was a 50% lesion in 1 of the marginal vessels of the RCA. However, the cath demonstrated some anterior hypokinesis and somewhat delayed filling of the LAD, suggestive of some form of myocardial process. In discussion with Dr. Andy Eisenhauer, he raised the question of whether or not this was some form of myocarditis affecting flow because of its diffuse effect on the myocardium. The patient was observed following his cardiac catheterization and remained comfortable. An echocardiogram was obtained, which showed an ejection fraction of 60% with no significant valvular disease and no observed wall motion abnormalities despite the findings on the cardiac catheterization. It was felt that following recovery, it might be beneficial to follow-up these studies with a MIBI. It was also felt that there might be some diagnostic advantage to an MRI of his myocardium, but none of those procedures seemed indicated in the moment and given his state of comfort and clinical stability, he was discharged to follow-up in cardiology on 11/29/07 with me.

His discharge medications are aspirin 325 mg a day, lisinopril 10

HAMPDEN PANGBORN MEDICAL ASSOC    Printed on 12/06/2009    Page 39C

mg a day, Toprol-XL 25 mg a day, simvastatin 80 mg at bedtime, and nitroglycerin 0.4 mg SL p.r.n. His discharge diagnosis was possible viral myocarditis or some other form of myocarditis, as well as nonocclusive coronary artery disease.

He again did not do any f/u. He did have some other ED visits for non related issues (mva, s.t.).

EKG: NSR @ 58 without acute changes. Boarderline 1st degree AV block. c/t old ekg of 11/30/07, without sig change.

I will have him f/u with cardiology for further testing as indicated prior to clearance for surgery. Importance of f/u and further assessment stressed.

RENAL INSUFFIC (593.9):
He was found to have a sl elevated creatinine and nephrology evaluated him on 1/31/08. Their assessment was CKD class 3. Etiology is not known but he clearly has been stable for many years. I will check urinalysis to assess for hem and protein. I will also check ultrasound, though no gross deformity seen on CT. I will check for sequelae of CKD and I will see him in followup. He is already on ACEI and BP is well controlled.  He is to f/u with them 6/5/08.

Total visit length for hx, physical and discussion: 50 minutes
More than 1/2 in discussion.

## Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ASPIRIN TABLET DR 81MG PO** | 0 | 0 | 5/1/2008 | |
| Sig - Route:  1 daily - Oral | | | | |
| Class:  Over the Counter | | | | |
| **MULTIVITAMIN CAPSULE PO (MULTIVITAMINS)** | 0 | 0 | 5/1/2008 | |
| Sig - Route:  1 daily - Oral | | | | |
| Class:  Over the Counter | | | | |
| **LISINOPRIL TABLET 10MG PO** | 30 | 0 | 5/1/2008 | 6/5/2008 |
| Sig:  take 1 tablet daily | | | | |
| Class:  Pt in Bldg | | | | |
| **METOPROLOL SUCCINATE TAB.SR 24H 25MG PO** | 30 | 0 | 5/1/2008 | 7/17/2008 |
| Sig:  take 1 tablet daily | | | | |
| Class:  Pt in Bldg | | | | |
| **SIMVASTATIN TABLET 80MG PO** | 30 | 0 | 5/1/2008 | 7/17/2008 |
| Sig:  take 1 tablet at bedtime | | | | |
| Class:  Pt in Bldg | | | | |

## Orders

**HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF [85025A]** Order #:  130451620
**FERRITIN [82728]** Order #:  130451621
**IRON BINDING PROFILE [83550A]** Order #:  130451622
**CREATININE [82565]** Order #:  130451623
**ELECTROLYTES [80051]** Order #:  130451624
**ALT (SGPT) [84460A]** Order #:  130451626
**LIPID PROFILE [80061C]** Order #:  130451627
**DIFFERENTIAL MANUAL [85007J]** Order #:  130465506
**EGFR [CAL001]** Order #:  130467122
**EKG [93000A]** Order #:  130451625
**EKG TRACING - MEDICAL RECORDS [LA0264]** Order #:  130620916

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

TDAP VACCINE 11-64 YO (EXPOSURE/PRIVATE SUPPLY, ADACEL) [90715A]  Order #: 130451752

IMMUNIZATION ADMIN (1) [90471]  Order #: 130451753
COLONOSCOPY SCREENING INTERNAL REFERRAL [R7890]  Order #: 130451751
CARDIOLOGY HVMA X-SITE [R5006]  Order #: 130451998

**Results are available for this encounter**

## Lab and Imaging Orders

| | Ordered on |
|---|---|
| HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF - Lab and Imaging Orders | 5/1/08 |
| FERRITIN  - Lab and Imaging Orders | 5/1/08 |
| IRON BINDING PROFILE  - Lab and Imaging Orders | 5/1/08 |
| CREATININE  - Lab and Imaging Orders | 5/1/08 |
| ELECTROLYTES  - Lab and Imaging Orders | 5/1/08 |
| ALT (SGPT)  - Lab and Imaging Orders | 5/1/08 |
| LIPID PROFILE  - Lab and Imaging Orders | 5/1/08 |
| DIFFERENTIAL MANUAL  - Lab and Imaging Orders | 5/1/08 |
| EGFR  - Lab and Imaging Orders | 5/1/08 |

## Level Of Service

WELL ADULT:EST:40-64 YRS OLD
[99396]

## Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | May 01, 2008 |

## Visit Diagnosis Changes

Added  V72.84 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:48 PM
Added  V16.0A by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:48 PM
Added  V70.0 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:48 PM
Added  792.1 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:48 PM
Added  272.0 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:49 PM
V70.0 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:49 PM
Added  V76.51 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:51 PM
Added  414.00 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:51 PM
Added  V72.85D by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:51 PM
Added  278.02 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:51 PM
Added  V06.1 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:51 PM
Added  410.92 by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  1:53 PM
Added  593.9B by DIAMOND MD, ERIC N. (3620), Thu May 1, 2008  2:15 PM

---

**James L Rollins**     Encounter #: **111841870**     Description: **51 year old male**

**4/29/2008 8:00 AM  Office Visit**     Provider: **Viswanathan K. Sagar, PT**

**MRN: 955973**     Department: **Boston Physical Therapy Combined**

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]

## Progress Notes

SYSTEM  Signed
James L Rollins is a 51 yrs. old male who has been seen in physical therapy since 03/24/08 for treatment
of Medial collateral ligament tear/medial meniscus tear/chondromalacia patella of right knee.  Pt was
referred by Dr.Bley and has attended 7 of 8 scheduled appointments.  Pt reports that his ROM/Strength
have improved but pain is still present in his right knee. He is scheduled to have his right knee surgery on
05/08/08. He was advised to schedule an appointment for a PT evaluation one week after his surgery.

Examination:

ROM- 120 deg of flexion in right knee
Strength- 4/5
Functional Limitations- continues to have some limitations. He is scheduled to have his right knee
surgery on 05/08/08.


Assessment:
Pt has made excellent gains with PT treatment.  Pt has met long term goals set at initial evaluation.  Pt is
independent with home exercise program.


Discharge Goal: Independent with home exercises.


Plan:
Pt is D/C from physical therapy after teaching home exercises and a session of e-stim for right knee
region.  Instructed Pt to continue with HEP and telephone with any questions.  A copy of this plan is being
sent to the referring clinician.  If there are any questions to the above plan, the referring clinician should
contact me directly at X 47155.


Routing History Recorded

**Referring Provider**

Louis Bley, MD.

**Orders**

PHYS THERAPY RE-EVALUATION [97002] Order #: 130379937
THERAPEUTIC EXERCISE EA 15 MIN [97110] Order #: 130379938
ELECTRIC STIMULATION [97014] Order #: 130379939

**Chart Reviewed By**

Louis Bley, MD. on Wed Apr 30, 2008  1:06 PM

**Closed By**

User                                                            Date
VISWANATHAN SAGAR [19673]                                       Apr 29, 2008

**Visit Diagnosis Changes**

Added  844.1B by SAGAR, VISWANATHAN (19673), Tue Apr 29, 2008  3:35 PM
844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Tue Apr 29, 2008  3:35 PM
Added  836.0 by SAGAR, VISWANATHAN (19673), Tue Apr 29, 2008  3:35 PM

**James L Rollins**                   Encounter #: 112152866            Description: **51 year old male**
**4/24/2008 1:16 PM  Orders Only**                                     Provider: Louis A. Bley, MD

Rollins, James L (MRN 955973) DOB: 08/12/1956                Encounter Date: 09/29/2006

MRN: 955973                                    Department: **Somerville Adult Orthopedics**

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED MENISCUS** [836.0H]
**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B]

## Orders

**PHYSICAL THERAPY HVMA X-SITE [R5031] Order #:** 130250777

## Visit Diagnosis Changes

Added  836.0 by SYED, SAIRA (19717), Thu Apr 24, 2008  1:17 PM
Added  844.1B by SYED, SAIRA (19717), Thu Apr 24, 2008  1:17 PM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **111036082** | Description: **51 year old male** |
| **4/16/2008 9:45 AM  Office Visit** | | Provider: **Louis A. Bley, MD** |
| **MRN: 955973** | | Department: **Post Office Square Orthopedics Combined** |

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED MENISCUS** [836.0H] - Primary
**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B]

## Transcription

| Type | ID | Date and Time | Author |
|---|---|---|---|
| Visit Note | 78042109 | 4/16/2008 12:40 PM | BLEY, LOUIS MD |

Authenticated by BLEY, LOUIS MD Medical Doctor on 4/18/2008 at  5:48 PM

Document Text

```
PRINCIPAL DIAGNOSES:
1.  Medial meniscal tear.
2.  MCL tear.

CLINICAL HISTORY:  James Rollins is a very pleasant 51-year-old
male here for followup.  He had a fall in which he tore his medial
meniscus and MCL.  He has been wearing a hinged knee brace
subsequently since the injury and reports that he feels some
returning stability; however, he is clearly having mechanical
symptoms in his knee, worse with pivoting, twisting or squatting.
He has completed a formal course of physical therapy without
improvement in his symptoms.  He does get a catching or giving out
sensation in the knee with flexing and extending his knee.

PHYSICAL EXAMINATION:  On clinical examination, he has trace
effusion present.  He does have evidence of a mild effusion.  His
Lachman and posterior drawer are negative.  He has no varus valgus
instability.  He does have significant medial joint line
tenderness.  He has trace amount of discomfort to valgus stress,
```

but otherwise good stability, both at 0 and 30 degrees.
Patellofemoral joint, otherwise appears unremarkable.

ASSESSMENT AND PLAN: I reviewed with the patient the findings on
his MRI, the evidence of meniscal tear and in light of his
persistent symptoms; I have recommended that he undergo partial
meniscectomy. He appears to have clinically healed his MCL tear
and in light of this, I think a simple partial meniscectomy will
go a long way toward improving some of his symptoms. He is in
concurrence. I have referred him to Sarah Sayeed, my surgical
scheduler to obtain a mutually convenient surgery date. He will
return to see me p.r.n.
HF: 7249
D: Wed Apr 16 12:40:48 2008 1759912
T: Wed Apr 16 15:40:35 2008 8042109

## Progress Notes

SYSTEM  Signed
Patient Active Problem List:
  HYPERCHOLESTEROLEMIA [272.0]
  SPRAIN - METACARPOPHALANGEAL-rupture radial collateral ring [842.12]
  POSITIVE PPD (RPRT DPH) [795.5]
  FAMILY HISTORY COLON CANCER [V16.0A]
  MYOCARDIAL INFARCT, UNSPEC SITE - SUBSEQ CARE [410.92]


No Known Allergies.
Current outpatient prescriptions prior to encounter:
LISINOPRIL TABLET 10MG PO take 1 tablet daily
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO take 1 tablet daily
SIMVASTATIN TABLET 80MG PO take 1 tablet at bedtime
METRONIDAZOLE TABLET 500MG PO take 1 tabelt three times a day for 4 days (ic flagyl)
PROCHLORPERAZINE MALEATE TABLET 10MG PO take 1 tablet every 6 hours as needed for nausea
(ic compazine)
CIPROFLOXACIN HCL TABLET 500MG PO take 1 tablet twice a day for 4 days
SIMVASTATIN TABLET 80MG PO take 1 tablet daily
LISINOPRIL TABLET 10MG PO take 1 tablet daily
OXYCODONE HCL TABLET 5MG PO take 1 tablet every 4 hours as needed for pain for 5 days
IBUPROFEN TABLET 600MG PO TAKE 1 TABLET EVERY SIX HOURS FOR 3 DAYS , then AS
NEEDED EVERY SIX HOURS for pain, with food, no alcohol
TRAMADOL HCL TABLET 50MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED for severe
pain. take with food, no alcohol. no driving.
OXYCODONE HCL TABLET 5MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED pain for 5
days
DIAZEPAM TABLET 5MG PO TAKE 1 TABLET EVERY 6 TO 8 HOURS AS NEEDED for muscle spasm
IBUPROFEN TABLET 800MG PO TAKE 1 TABLET THREE TIMES A DAY FOR 5 DAYS
OMEPRAZOLE CAPSULE DR 20MG PO take 1 capsule 30 minutes before first meal of day
SIMVASTATIN TABLET 80MG PO TAKE 1 TABLET BY MOUTH AT BEDTIME
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO TAKE 1 TABLET BY MOUTH DAILY
NITROQUICK TAB SUBL 0.4MG SL (NITROGLYCERIN) TAKE 1 TABLET SUBLINGUALLY EVERY 5
MINUTES AS NEEDED FOR CHEST PAIN
LISINOPRIL TABLET 10MG PO TAKE 1 TABLET BY MOUTH DAILY

Social History
  Marital Status: Married          Spouse Name:
  Years of Education: 14            Number of children: 3

Occupational History
  None on file

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

Social History Main Topics
Tobacco Use: Never
Alcohol Use: No
Drug Use: No
Sexual Activity: Not on file

Other Topics        Concern
None on file

Social History Narrative
None on file

This office note has been dictated.
1759912

## Level Of Service
**EST. PAT. L3, OFFICE VISIT [99213]**

## Closed By
| User | Date |
|---|---|
| **LOUIS BLEY MD [14066]** | Apr 16, 2008 |

## Visit Diagnosis Changes

Added  844.1B by BLEY MD, LOUIS (14066), Wed Apr 16, 2008 12:39 PM
836.0 marked as Primary Diagnosis by BLEY MD, LOUIS (14066), Wed Apr 16, 2008 12:40 PM
Added  836.0 by BLEY MD, LOUIS (14066), Wed Apr 16, 2008 12:40 PM

| James L Rollins | Encounter #: 111861786 | Description: **51 year old male** |
|---|---|---|
| **4/11/2008 3:06 PM  Telephone** | | Provider: **Ruth Pierre, RN** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

## Diagnoses

**FOLLOW-UP EXAM, UNSPEC**
[V67.9C] - Primary

## Call Documentation

SYSTEM  Addended
Addended by: PIERRE RN, RUTH on: 4/11/2008 3:41:07 PM

>> RUTH PIERRE RN Fri Apr 11, 2008  3:34 PM
The patient was admitted to Faulkner Hospital on 4/5/08 with diagnosis of gastroenteritis;  discharged to
home on 4/6. Surgical procedure:  none.
Pt currently living in Shelter--working with case manager
Any symptoms or concerns?  nausea
These symptoms are associated with the reason for hospitalization.
Pt unable to pick up rx(prilosec and compazine) see below   OTC none  (Clarify dose and frequency)
Current outpatient prescriptions:
LISINOPRIL TABLET 10MG PO take 1 tablet daily
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO take 1 tablet daily
SIMVASTATIN TABLET 80MG PO take 1 tablet at bedtime
METRONIDAZOLE TABLET 500MG PO take 1 tabelt three times a day for 4 days (ic flagyl)

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

PROCHLORPERAZINE MALEATE TABLET 10MG PO take 1 tablet every 6 hours as needed for nausea (ic compazine)
CIPROFLOXACIN HCL TABLET 500MG PO take 1 tablet twice a day for 4 days
SIMVASTATIN TABLET 80MG PO take 1 tablet daily
LISINOPRIL TABLET 10MG PO take 1 tablet daily
OXYCODONE HCL TABLET 5MG PO take 1 tablet every 4 hours as needed for pain for 5 days
IBUPROFEN TABLET 600MG PO TAKE 1 TABLET EVERY SIX HOURS FOR 3 DAYS , then AS NEEDED EVERY SIX HOURS for pain, with food, no alcohol
TRAMADOL HCL TABLET 50MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED for severe pain. take with food, no alcohol. no driving.
OXYCODONE HCL TABLET 5MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED pain for 5 days
DIAZEPAM TABLET 5MG PO TAKE 1 TABLET EVERY 6 TO 8 HOURS AS NEEDED for muscle spasm
IBUPROFEN TABLET 800MG PO TAKE 1 TABLET THREE TIMES A DAY FOR 5 DAYS
OMEPRAZOLE CAPSULE DR 20MG PO take 1 capsule 30 minutes before first meal of day
SIMVASTATIN TABLET 80MG PO TAKE 1 TABLET BY MOUTH AT BEDTIME
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO TAKE 1 TABLET BY MOUTH DAILY
NITROQUICK TAB SUBL 0.4MG SL (NITROGLYCERIN) TAKE 1 TABLET SUBLINGUALLY EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN--pt states unable to afford rx at this time--advise d/t medical history--emphasize need to have medication

What questions do you have about your medications? none

When is your follow-up appointment? 4/23 (If no appt scheduled, offer to facilitate)

Do you have any other questions? none

## Closed By

| User | Date |
|------|------|
| **RUTH PIERRE RN [15582]** | Apr 11, 2008 |

## Visit Diagnosis Changes

V67.9 marked as Primary Diagnosis by PIERRE RN, RUTH (15582), Fri Apr 11, 2008 3:34 PM
Added V67.9 by PIERRE RN, RUTH (15582), Fri Apr 11, 2008 3:34 PM

| **James L Rollins** | Encounter #: **111314007** | Description: **51 year old male** |
|---|---|---|
| **4/11/2008 9:15 AM Office Visit** | | Provider: **Viswanathan K. Sagar, PT** |
| **MRN: 955973** | | Department: **Boston Physical Therapy Combined** |

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]

## Progress Notes

SYSTEM Signed
Mr.Rollins reported that his right knee pain is slightly less during rest and ambulation and that he was compliant with the exercises taught during the last session. He stated that he did bicycling for few miles yesterday.

Today's treatment included therapeutic exercises (x15mins) comprising of QS, SAQ SLR, LAQ, hamstrings curls in standing (15reps each with a 5 sec hold), ROM exercises, stepping up and down a 6"high stool(x10reps) & stationary cycling x8mins(could perform a full circle of pedalling today) AND e-stim covering medial collat lig region, patellar tendon, and lateral joint line. His right knee ROM was 0 to 110 degrees(measured in supine). His right knee ROM fluctuates during different sessions of therapy and patient reports of pain when attempting to flex the knee beyond the available range. There was no edema present in the knee today. He was advised to continue the exercises within pain limits.

Will continue therapy per plan of care as outlined in the PT evaluation dated 03/24/08.

**Referring Provider**

**Louis Bley, MD.**

**Orders**

**THERAPEUTIC EXERCISE EA 15 MIN [97110]** Order #: 129933010
**ELECTRIC STIMULATION [97014]** Order #: 129933011

**Closed By**

| User | Date |
|---|---|
| **VISWANATHAN SAGAR [19673]** | Apr 11, 2008 |

**Visit Diagnosis Changes**

Added  844.1B by SAGAR, VISWANATHAN (19673), Fri Apr 11, 2008 2:41 PM
844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Fri Apr 11, 2008 2:42 PM
Added  836.0 by SAGAR, VISWANATHAN (19673), Fri Apr 11, 2008 2:42 PM

| **James L Rollins** | Encounter #: **111769367** | Description: **51 year old male** |
|---|---|---|
| **4/9/2008 10:08 AM   Orders Only** | | Provider: **Unknown Unkn Unknown** |
| **MRN: 955973** | | Department: |

EpicCare Patient

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **LISINOPRIL TABLET 10MG PO** | 30 | 0 | 4/9/2008 | 5/1/2008 |
| Sig: take 1 tablet daily | | | | |
| **METOPROLOL SUCCINATE TAB.SR 24H 25MG PO** | 30 | 0 | 4/9/2008 | 5/1/2008 |
| Sig: take 1 tablet daily | | | | |
| **SIMVASTATIN TABLET 80MG PO** | 30 | 0 | 4/9/2008 | 5/1/2008 |
| Sig: take 1 tablet at bedtime | | | | |
| **METRONIDAZOLE TABLET 500MG PO** | 12 | 0 | 4/9/2008 | 5/1/2008 |
| Sig: take 1 tabelt three times a day for 4 days (ic flagyl) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| PROCHLORPERAZINE MALEATE TABLET 10MG PO | 30 | 0 | | 4/9/2008 | 5/1/2008 |

Sig: *take 1 tablet every 6 hours as needed for nausea (ic compazine)*

| | | | | | |
|---|---|---|---|---|---|
| CIPROFLOXACIN HCL TABLET 500MG PO | 8 | 0 | | 4/9/2008 | 5/1/2008 |

Sig: take 1 tablet twice a day for 4 days

**Closed By**

| User | Date |
|---|---|
| **RX SCRIPTS IN INTERFACE [16809]** | Apr 09, 2008 |

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **111314006** | Description: **51 year old male** |
| **4/9/2008 8:45 AM   Office Visit** | | Provider: **Viswanathan K. Sagar, PT** |
| **MRN: 955973** | | Department: **Boston Physical Therapy Combined** |

EpicCare Patient

**Diagnoses**

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]

**Progress Notes**

SYSTEM   Signed
Mr.Rollins reported that his right knee pain is slightly less during rest and ambulation and that he was compliant with the exercises taught during the last session.

Today's treatment included therapeutic exercises (x15mins) comprising of QS, SAQ SLR, LAQ (15 reps each with a 5 sec hold), ROM exercises, stepping up and down a 6"high stool(x10reps) & stationary cycling x5mins(could perform a full circle of pedalling today) AND e-stim covering medial collat lig region, patellar tendon, and lateral joint line. His right knee ROM was 0 to 120 degrees(measured in supine). There was decreased edema present in the knee. Patient was provided with written instruction of the exercises. He was advised to continue the exercises within pain limits.

Will continue therapy per plan of care as outlined in the PT evaluation dated 03/24/08.

**Referring Provider**

Louis Bley, MD.

**Orders**

**THERAPEUTIC EXERCISE EA 15 MIN [97110]  Order#:** 129817110
**ELECTRIC STIMULATION [97014]  Order#:** 129817111

**Closed By**

| User | Date |
|---|---|
| **VISWANATHAN SAGAR [19673]** | Apr 09, 2008 |

Rollins, James L (MRN 955973) DOB: 08/12/1956                     Encounter Date: 09/29/2006

## Visit Diagnosis Changes

Added 844.1B by SAGAR, VISWANATHAN (19673), Wed Apr 9, 2008 1:43 PM
844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Wed Apr 9, 2008 1:44 PM
Added 836.0 by SAGAR, VISWANATHAN (19673), Wed Apr 9, 2008 1:44 PM

**James L Rollins**                     Encounter #: **111705945**           Description: **51 year old male**
**4/7/2008 12:39 PM   Orders Only**                                         Provider: **Eric N. Diamond, MD**
**MRN: 955973**                                                             Department: **Post Office Square**
                                                                                         **Internal Medicine**

EpicCare Patient

### Diagnoses

**CHEST PAIN, UNSPEC** [786.50F] -
Primary

### Orders

**CARDIOLOGY HVMA X-SITE [R5006]** Order #: 129730968

### Closed By

| User | Date |
|---|---|
| **ERIC N. DIAMOND MD [3620]** | Apr 07, 2008 |

### Visit Diagnosis Changes

786.50 marked as Primary Diagnosis by DIAMOND MD, ERIC N. (3620), Mon Apr 7, 2008 12:40 PM
Added 786.50 by DIAMOND MD, ERIC N. (3620), Mon Apr 7, 2008 12:40 PM

**James L Rollins**                     Encounter #: **111681400**           Description: **51 year old male**
**4/6/2008 1:42 AM   Telephone**                                           Provider: **Ann Timko, RN**
**MRN: 955973**                                                             Department: **Adult Telecomm**

EpicCare Patient

### Diagnoses

**CHEST PAIN, UNSPEC** [786.50F]
**R/O MYOCARDIAL INFARCT** [410.90EC]

### Call Documentation

SYSTEM   Signed
>> ANNE TIMKO RN Sun Apr 6, 2008 1:44 AM
Pt. was admitted to Faulkner Hospital on 4/5/08 to the medical service to Dr/ Freedman. Admitting dx:
chest pain, R/O MI.

### Level Of Service

**TELEPHONE EVAL BY NON-MD 5-10**
**MIN [98966]**

### Closed By

| User | Date |
|---|---|
| **ANNE TIMKO RN [7123]** | Apr 06, 2008 |

### Visit Diagnosis Changes

.....Added  786.50 by TIMKO RN, ANNE (7123),  Sun Apr 6, 2008  1:44 AM
Added  410.90 by TIMKO RN, ANNE (7123), Sun Apr 6, 2008  1:44 AM

## James L Rollins

**4/3/2008 9:45 AM  Office Visit**

**MRN: 955973**

Encounter #: **111314005**

Description: **51 year old male**

Provider: **Viswanathan K. Sagar, PT**

Department: **Boston Physical Therapy Combined**

EpicCare Patient

### Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]

### Progress Notes

SYSTEM  Signed
Mr.Rollins reported that his right knee pain continues to be present but slightly less during rest and ambulation and that he was compliant with the exercises taught during the last session.

Today's treatment included therapeutic exercises (x15mins) comprising of QS, SAQ SLR, LAQ (15 reps each with a 5 sec hold), ROM exercises, stepping up and down a 6"high stool(x10reps) & stationary cyclingx5mins(could not perform a full circle of pedalling during this) AND e-stim covering medial collat lig region, patellar tendon, and lateral joint line. His right knee ROM was 0 to 110 degrees(measured in supine). There was decreased edema present in the knee. Patient was provided with written instruction of the exercises. He was advised to continue the exercises within pain limits.

Will continue therapy per plan of care as outlined in the PT evaluation dated 03/24/08.

### Referring Provider

**Louis Bley, MD.**

### Orders

**THERAPEUTIC EXERCISE EA 15 MIN [97110]** Order #:  129659274
**ELECTRIC STIMULATION [97014]** Order #:  129659276

### Closed By

| User | Date |
|---|---|
| **VISWANATHAN SAGAR [19673]** | Apr 03, 2008 |

### Visit Diagnosis Changes

Added  844.1B by SAGAR, VISWANATHAN (19673), Thu Apr 3, 2008  4:01 PM
844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Thu Apr 3, 2008  4:01 PM
Added  836.0 by SAGAR, VISWANATHAN (19673), Thu Apr 3, 2008  4:01 PM

## James L Rollins

**3/31/2008 11:15 AM  Office Visit**

Encounter #: **111314004**

Description: **51 year old male**

Provider: **Viswanathan K. Sagar,**

---

Rollins, James L (MRN 955973) DOB: 08/12/1956

Encounter Date: 09/29/2006

MRN: 955973

Department: **Boston Physical Therapy Combined**

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]

## Progress Notes

SYSTEM   Signed

Mr.Rollins reported that his right knee pain continues to be present but slightly less during rest (but the extent of pain during ambulation continues to be the same) and that he he was compliant with the exercises taught during the last session.

Today's treatment included therapeutic exercises (x15mins) comprising of QS, SAQ SLR, LAQ (15 reps each with a 5 sec hold), stepping up and down a 6"high stool(x10reps) & stationary cyclingx5mins(could not perform a full circle of pedalling during this) AND e-stim covering medial collat lig region, patellar tendon, and lateral joint line. There was some edema present in the knee but was less than during the las session. Patient was provided with written instruction of the exercises. He was advised to continue the exercises within pain limits.

Will continue therapy per plan of care as outlined in the PT evaluation dated 03/24/08.

## Referring Provider

**Louis Bley, MD.**

## Orders

**THERAPEUTIC EXERCISE EA 15 MIN [97110] Order #:** 129535227
**ELECTRIC STIMULATION [97014] Order #:** 129535228

## Closed By

| User | Date |
|------|------|
| **VISWANATHAN SAGAR [19673]** | Mar 31, 2008 |

## Visit Diagnosis Changes

Added   844.1B by SAGAR, VISWANATHAN (19673), Mon Mar 31, 2008  2:22 PM
844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Mon Mar 31, 2008  2:22 PM
Added   836.0 by SAGAR, VISWANATHAN (19673), Mon Mar 31, 2008  2:22 PM

| **James L Rollins** | Encounter #: **111314003** | Description: **51 year old male** |
|---|---|---|
| **3/28/2008 9:45 AM   Office Visit** | | Provider: **Viswanathan K. Sagar, PT** |
| **MRN: 955973** | | Department: **Boston Physical Therapy Combined** |

EpicCare Patient

## Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary

**TEAR - KNEE, MED MENISCUS** [836.0H]

### Progress Notes

SYSTEM   Signed
Mr.Rollins reported that his right knee pain continues to be present and that he could not be as compliant
with the exercises taught during the last session.

Today's treatment included therapeutic exercises (x15mins) comprising of QS, SAQ SLR, LAQ (15 reps
each with a 5 sec hold) AND e-stim covering medial collat lig region, patellar tendon, and
Lateral joint line. There was some edema present in the knee but was less than during the las session.
Patient was provided with written instruction of the exercises. He was advised to continue the exercises
within pain limits.

Will continue therapy per plan of care as outlined in the PT evaluation dated 03/24/08.

### Referring Provider

Louis Bley, MD.

### Orders

THERAPEUTIC EXERCISE EA 15 MIN [97110] Order #: 129490927
ELECTRIC STIMULATION [97014] Order #: 129490928

### Closed By

| User | Date |
| --- | --- |
| **VISWANATHAN SAGAR [19673]** | Mar 28, 2008 |

### Visit Diagnosis Changes

844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Fri Mar 28, 2008 2:42 PM
Added   844.1B by SAGAR, VISWANATHAN (19673), Fri Mar 28, 2008 2:42 PM
Added   846.0 by SAGAR, VISWANATHAN (19673), Fri Mar 28, 2008 2:42 PM
Deleted 846.0 by SAGAR, VISWANATHAN (19673), Fri Mar 28, 2008 2:42 PM
Added   836.0 by SAGAR, VISWANATHAN (19673), Fri Mar 28, 2008 2:42 PM

| **James L Rollins** | Encounter #: **111038128** | Description: **51 year old male** |
| --- | --- | --- |
| **3/24/2008 8:30 AM   Office Visit** | | Provider: **Viswanathan K. Sagar, PT** |
| **MRN: 955973** | | Department: **Boston Physical Therapy Combined** |

EpicCare Patient

### Diagnoses

**TEAR - KNEE, MED COLLATERAL
LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]
**CHONDROMALACIA PATELLA** [717.7S]

### Progress Notes

SYSTEM   Signed
Initial Physical Therapy Evaluation

James Rollins is a 51 yrs. old male referred to Physical Therapy by Dr.Bley with a diagnosis of Medial
collateral ligament tear/medial meniscus tear/chondromalacia patella of right knee for evaluation and
treatment.

HCI: Reports of pain in his right knee for the past 2 months following a fall. Sitting with the knee flexed, walking > short distances(>30 mins), getting out of the car, ascending and descending of stairs are difficult and painful for him to perform. Rest relieves pain to some extent. He does not want to take pain meds for fear of getting addicted to the meds. Patient was apprehensive of the possible surgery he might need. Does not do regular exercises or recreational sports. Rates his pain at 8/10 on the pain scale.

PMH/Co-morbidity: Please refer to the chart.
Allergies: Please refer to the chart

Diagnostic Tests: MRI of right knee done on 02/03/08 at MGH: Tear of posterior horn of body of medial meniscus; Full thickness tear of medial collat.lig; cartilagenous changes of medial tibio-femoral and patellofemoral compartments; Ruptured small Baker's cyst.

Medications: Please refer to the chart
Occupation/Activities: He was a car salesman and presently he does not work.

Patient Goals: Wants to be pain free and perform his functional tasks optimally with minimal or no pain.

Examination:
Observation: A healthy looking pleasant male with concerns about his present pain.
Gait: An antalgic pattern of gait.
Balance: WFL
Posture: WFL
ROM: AROM (include movement pattern) ROM of right knee 0 to 125 degrees of flexion.
PROM/Flexibility (include end feel) Same as AROM
Joint Play: WFL
MMT: Weakness in right VMO and quads/hamstrings: grossly 3 to 3+ /5;

Palpation: Mild warmth around the right knee joint; tenderness over the medial collateral ligament at its femoral attachment and at the medial joint line.
Anthropomorphic measurements: WFL
Neurological/Sensory testing: WFL
Special Tests: Valgus/varus stress tests are positive; Ant/Post drawer is negative; McMurray's test is positive for medial meniscus pathology. Patellar compression test is positive. Clarke's sign is positive indicating patello femoral pathology in both knees. Bilateral hamstrings tightness present.

Functional Limitations: Sitting with the knee flexed, walking > short distances(>30 mins), getting out of the car, ascending and descending of stairs are difficult and painful for him to perform.

Interventions today consisted of: Patient education on today's findings and PT role, teaching of exercises to strengthen right quads muscles (QS, SAQ, SLR,), Stretching of hamstrings in long sitting and discussion on Rx plan and goals.

Assessment: Upon PT evaluation pt. found to have signs and symptoms consistent with Medial collateral ligament tear/medial meniscus tear/chondromalacia patella of right knee. Pt presents with the following impairments and functional limitations as above:
-Pain over the medial collateral ligament at its femoral attachment and at the medial joint line in right knee.
-Tightness in both hamstrings
-Decreased strength in right VMO/quads and hamstrings

Short terms goals (2-4 weeks of PT intervention):
1.Will have decreased pain in right knee to 4/10
2.Decreased tightness in both hamstrings
3.Will have increased strength in right VMO/quads and hamstrings to WFL

Long term goals (4-8 weeks of PT intervention):
1.Will have decreased pain in right knee to 2/10

2. Will perform his regular tasks without pain or discomfort.
3. Will be independent with home exercises

Discharge Goals (pt to reach after discharge): Will be independent with home exercises

Prognosis: Pt has good potential to reach above stated goals secondary to current level of function.

Discussed PT findings and plan of care with patient, patient agrees to the below stated physical therapy treatment program. Pt encouraged to verify insurance benefits prior to commencing treatment. Pt's insurance coverage is HPHC.

Plan: Pt to be seen 2x per week for 8 weeks with a reassessment at 4 weeks for an anticipated total number of treatments of 16. Interventions to include e-stim/US as indicated, stretching/ROM/ strengthening exercises, patient education and home exercises. Next visit will initiate e-stim/US as indicated and exercises. A copy of this evaluation and plan of care will be sent to the referring clinician. If he/she has any questions of concerns I can be reached at ext: 47155

Routing History Recorded

**Referring Provider**

**Louis Bley, MD.**

**Orders**

**PHYS THERAPY EVALUATION [97001] Order #: 129316299**

**Chart Reviewed By**

**Louis Bley, MD.** on Wed Mar 26, 2008 12:44 PM

**Closed By**

| User | Date |
|------|------|
| **VISWANATHAN SAGAR [19673]** | Mar 26, 2008 |

**Visit Diagnosis Changes**

844.1B marked as Primary Diagnosis by SAGAR, VISWANATHAN (19673), Mon Mar 24, 2008 10:09 AM
Added 844.1B by SAGAR, VISWANATHAN (19673), Mon Mar 24, 2008 10:09 AM
Added 836.0 by SAGAR, VISWANATHAN (19673), Mon Mar 24, 2008 10:09 AM
Added 717.7 by SAGAR, VISWANATHAN (19673), Mon Mar 24, 2008 10:10 AM

| **James L Rollins** | Encounter #: **110163742** | Description: **51 year old male** |
|---|---|---|
| **3/12/2008 10:30 AM  Office Visit** | | Provider: **Louis A. Bley, MD** |
| **MRN: 955973** | | Department: **Post Office Square Orthopedics Combined** |

EpicCare Patient

**Diagnoses**

**TEAR - KNEE, MED MENISCUS**
[836.0H] - Primary
**TEAR - KNEE, MED COLLATERAL
LIGAMENT** [844.1B]
**CHONDROMALACIA PATELLA** [717.7S]

**Transcription**

| Type | ID | Date and Time | Author |
|------|-----|---------------|--------|

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

Visit Note               78010437  3/12/2008 10:43 AM          BLEY, LOUIS MD

Authenticated by BLEY, LOUIS MD Medical Doctor on 3/14/2008 at 8:57 AM

Document Text

PRINCIPAL DIAGNOSES:
1.  Right knee MCL sprain.
2.  Medial meniscal tear.
3.  Significant chondromalacia patella.

James is a very pleasant 51-year-old male.  He comes in with an
initially a histrionic exam with pain essentially all over his
knee.  On further questioning, he reports he has been wearing his
hinged knee brace.  He also reports it is worn out, does not fit
very well.

On clinical examination today, his MCL has some returning
stability with decreased discomfort to valgus stress.  He is still
tender at the femoral origin, but otherwise appears to be doing
better.  His joint line is still tender to direct palpation, but
his exam is somewhat histrionic and difficult to assess
clinically.  His range of motion is starting to stiffen.  He has
from 0 degrees to 115 degrees of flexion.  In light of this, I
have referred him to physical therapy for range of motion and
strengthening exercises.  He is to continue wearing his hinged
knee brace, and I have refitted him for a new one today in the
office.  He will return to see me in one month's time for
reassessment.  At that point, we would further discuss surgery if
indicated based on his meniscal pathology.  Should he have further
difficulties, he will follow up immediately.

CC:  Eric N. Diamond, M.D.
HF: 10368
D: Wed Mar 12 10:43:58 2008 1728211
T: Wed Mar 12 13:55:41 2008 8010437

## Progress Notes

SYSTEM  Signed
This office note has been dictated.1728211

## Follow-up and Disposition

Return in about 4 weeks (around 4/12/2008).

Routing History Recorded

## Orders

**KO ELASTIC W/JOINTS [L1810] Order #:** 129005970
**PHYSICAL THERAPY HVMA LOCAL [R1120] Order #:** 129005971

## Level Of Service

**EST. PAT. L3, OFFICE VISIT [99213]**

## Chart Reviewed By

**Eric N. Diamond, MD.** on Wed Mar 12, 2008 10:45 AM
**Eric N. Diamond, MD.** on Fri Mar 14, 2008 10:07 AM

**Closed By**

| User | Date |
|------|------|
| **LOUIS BLEY MD [14066]** | Mar 12, 2008 |

**Visit Diagnosis Changes**

Added  844.1B by BLEY MD, LOUIS (14066), Wed Mar 12, 2008 10:35 AM
Added  836.0 by BLEY MD, LOUIS (14066), Wed Mar 12, 2008 10:35 AM
Added  717.7 by BLEY MD, LOUIS (14066), Wed Mar 12, 2008 10:36 AM
836.0 marked as Primary Diagnosis by BLEY MD, LOUIS (14066), Wed Mar 12, 2008 10:36 AM

| **James L Rollins** | Encounter #: **110965244** | Description: **51 year old male** |
|---|---|---|
| **3/10/2008 11:14 AM   Telephone** | | Provider: **Alice M. Sheridan, MD** |
| **MRN: 955973** | | Department: **Cambridge Nephrology** |

EpicCare Patient

**Diagnoses**

**KIDNEY DISEASE - CHRONIC STAGE III
(MODERATE)** [585.3Q] - Primary

**Call Documentation**

Alice M. Sheridan, MD  Mon Mar 10, 2008 11:17 AM  Signed
Patient called. Labs and Ultrasound discussed. Will repeat CKD labs in 3 months. Renal function stable.

**Orders**

**HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF [85025A] Order #:** 130984607
**ELECTROLYTES [80051] Order #:** 130984608
**MICROALBUMIN RANDOM URINE [82043] Order #:** 130984609
**PARATHYROID HORMONE(PTH), INTACT W/CALCIUM [83970] Order #:** 130984610
**URINALYSIS RFLX MICRO NO CULT [81003C] Order #:** 130984611
**ALBUMIN [82040B] Order #:** 130984612
**CREATININE [82565] Order #:** 130984614
**IRON BINDING PROFILE [83550A] Order #:** 130984615
**PROTEIN/CREAT RATIO RANDOM URINE [LA0220] Order #:** 130984616
**VITAMIN D 25-HYDROXY LC/MS/MS [82306A] Order #:** 130984617
**UREA NITROGEN BLOOD (BUN) [84520] Order #:** 130984618
**PHOSPHORUS [84100A] Order #:** 130984619
**CALCIUM [82310A] Order #:** 130984620
**FERRITIN [82728] Order #:** 130984621
**DIFFERENTIAL MANUAL [85007J] Order #:** 130994355
**EGFR [CAL001] Order #:** 130996167

| Recurring Orders | Interval | Expires |
|---|---|---|
| **IRON BINDING PROFILE [83550A] Order #:** 128928697 | Every 3rd month | 3/10/09 |
| **FERRITIN [82728] Order #:** 128928698 | Every 3rd month | 3/10/09 |
| **VITAMIN D 25-HYDROXY LC/MS/MS [82306A]  Order #:** 128928699 | Every 3rd month | 3/10/09 |
| **PARATHYROID HORMONE(PTH), INTACT W/CALCIUM [83970] Order #:** 128928700 | Every 3rd month | 3/10/09 |
| **HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF [85025A]  Order #:** | Every 3rd month | 3/10/09 |

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

128928701

| | | |
|---|---|---|
| **UREA NITROGEN BLOOD (BUN)** [84520] Order #: 128928702 | Every 3rd month | **3/10/09** |
| **CREATININE [82565]** Order #: 128928703 | Every 3rd month | **3/10/09** |
| **ELECTROLYTES [80051]** Order #: 128928704 | Every 3rd month | **3/10/09** |
| **ALBUMIN [82040B]** Order #: 128928706 | Every 3rd month | **3/10/09** |
| **CALCIUM [82310A]** Order #: 128928707 | Every 3rd month | **3/10/09** |
| **PHOSPHORUS [84100A]** Order #: 128928708 | Every 3rd month | **3/10/09** |
| **URINALYSIS RFLX MICRO NO CULT** [81003C] Order #: 128928709 | Every 3rd month | **3/10/09** |
| **MICROALBUMIN RANDOM URINE** [82043] Order #: 128928710 | Every 3rd month | **3/10/09** |
| **PROTEIN/CREAT RATIO RANDOM URINE [LA0220]** Order #: 128928711 | Every 3rd month | **3/10/09** |

**Results are available for this encounter**

### Lab and Imaging Orders

| | Ordered on |
|---|---|
| HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF - Lab and Imaging Orders | 5/20/08 |
| ELECTROLYTES - Lab and Imaging Orders | 5/20/08 |
| MICROALBUMIN RANDOM URINE - Lab and Imaging Orders | 5/20/08 |
| PARATHYROID HORMONE(PTH), INTACT W/CALCIUM - Lab and imaging Orders | 5/20/08 |
| URINALYSIS RFLX MICRO NO CULT - Lab and Imaging Orders | 5/20/08 |
| ALBUMIN - Lab and Imaging Orders | 5/20/08 |
| CREATININE - Lab and Imaging Orders | 5/20/08 |
| IRON BINDING PROFILE - Lab and Imaging Orders | 5/20/08 |
| PROTEIN/CREAT RATIO RANDOM URINE - Lab and Imaging Orders | 5/20/08 |
| VITAMIN D 25-HYDROXY LC/MS/MS - Lab and Imaging Orders | 5/20/08 |
| UREA NITROGEN BLOOD (BUN) - Lab and Imaging Orders | 5/20/08 |
| PHOSPHORUS - Lab and Imaging Orders | 5/20/08 |
| CALCIUM - Lab and Imaging Orders | 5/20/08 |
| FERRITIN - Lab and Imaging Orders | 5/20/08 |
| DIFFERENTIAL MANUAL - Lab and Imaging Orders | 5/20/08 |
| EGFR - Lab and Imaging Orders | 5/20/08 |

### Visit Diagnosis Changes

585.3 marked as Primary Diagnosis by SHERIDAN MD, ALICE (14123), Mon Mar 10, 2008 11:15 AM
Added 585.3 by SHERIDAN MD, ALICE (14123), Mon Mar 10, 2008 11:15 AM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: 110372887 | Description: **51 year old male** |
| **2/14/2008 11:26 AM  Orders Only** | | Provider: **Eric N. Diamond, MD** |
| **MRN: 955973** | | Department: **Post Office Square Internal Medicine** |

EpicCare Patient

### Diagnoses

**POSITIVE PPD (RPRT DPH)** [795.5M] -

Rollins, James L (MRN 955973) DOB: 08/12/1956      Encounter Date: 09/29/2006

Primary

## Orders

**INTERNAL MEDICINE HVMA X-SITE [R5091] Order #:** 128295410

### Visit Diagnosis Changes

795.5 marked as Primary Diagnosis by VARGAS, LUIS (14192), Thu Feb 14, 2008 11:33 AM
Added 795.5 by VARGAS, LUIS (14192), Thu Feb 14, 2008 11:33 AM

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **110307660** | Description: **51 year old male** |
| **2/12/2008 12:04 PM  Orders Only** | | Provider: **Outside Provider** |
| **MRN: 955973** | | Department: **Medford Medical Records** |

EpicCare Patient

### Orders

**EXTREMITY MRI +/OR MRA EXT [R7839] Order #:** 128223483

**Results are available for this encounter**

### Lab and Imaging Orders

| | Ordered on |
|---|---|
| EXTREMITY MRI +/OR MRA EXT - Lab and Imaging Orders | 2/12/08 |

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **110158419** | Description: **51 year old male** |
| **2/6/2008 12:03 PM  Orders Only** | | Provider: **Unknown Unkn Unknown** |
| **MRN: 955973** | | Department: |

EpicCare Patient

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **OXYCODONE HCL TABLET 5MG PO** | 20 | 0 | 2/6/2008 | 5/20/2008 |
| Sig: take 1 tablet every 4 hours as needed for pain for 5 days | | | | |

### Closed By

| User | Date |
|---|---|
| **RX SCRIPTS IN INTERFACE [16809]** | Feb 06, 2008 |

| | | |
|---|---|---|
| **James L Rollins** | Encounter #: **110158188** | Description: **51 year old male** |
| **2/6/2008 2:30 PM  Office Visit** | | Provider: **Louis A. Bley, MD** |
| **MRN: 955973** | | Department: **Post Office Square Orthopedics Combined** |

EpicCare Patient

### Diagnoses

**TEAR - KNEE, MED COLLATERAL LIGAMENT** [844.1B] - Primary
**TEAR - KNEE, MED MENISCUS** [836.0H]
**BAKER'S CYST** [727.51A]
**CHONDROMALACIA** [733.92]

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006

**Transcription**

| Type | ID | Date and Time | Author |
|------|-----|---------------|--------|
| Visit Note | 77980838 | 2/6/2008 1:46 PM | BLEY, LOUIS MD |

Authenticated by BLEY, LOUIS MD Medical Doctor on 2/8/2008 at 10:21 AM

Document Text

> PRINCIPAL DIAGNOSES: Right knee MCL tear with medial meniscal tear and rupture of Baker cyst, superimposed on the underlying degenerative chondromalacia with cartilaginous fissuring.
>
> CLINICAL HISTORY: Mr. Rollins is a 51-year-old male who has been out of work for approximately 1 year. He apparently sustained a fall down a flight of steps with significant valgus stress to his knee. He subsequently was seen by Eric Diamond, who obtained an MRI and referred him to me for followup. On consultation with his MRI report, patient has complete *transection of his MCL*. In addition, he has evidence of posterior medial meniscal tear superimposed on chondromalacia of the patellofemoral joint and medial joint compartment with patellar fissuring. He also has evidence of a ruptured Baker cyst acutely. Mr. Rollins reports instability of his knee with any type of ambulation or pivoting or twisting. He also has developed a blister on the posterior medial *aspect of his proximal tibia.*
>
> On clinical examination, he has gross instability to valgus stress. Lachman and posterior drawer are otherwise negative. He has joint line tenderness significantly medially in the area of the MCL as well as the medial meniscus. The lateral joint compartment is also tender but markedly less degree. There is mild swelling and effusion. Distally, he is neurologically intact. There is no edema or swelling. He has palpable pulses and brisk capillary refill.
>
> We fitted Mr. Rollins for hinged knee brace, which he is essentially to wear 24 hours a day for the next 4 weeks. He will return to see me on a 4-week interval for repeat evaluation. I did review with him that it is entirely possible that he will get by a nonoperative fashion. However, should he remain markedly symptomatic, he may have to consider surgical intervention.
> HF: 3710
> D: Wed Feb 06 13:46:04 2008 1698603
> T: Wed Feb 06 21:35:02 2008 7980838

**Progress Notes**

SYSTEM  Signed
Patient Active Problem List:
  HYPERCHOLESTEROLEMIA [272.0]
  SPRAIN - METACARPOPHALANGEAL-rupture radial collateral ring [842.12]
  POSITIVE PPD (RPRT DPH) [795.5]
  FAMILY HISTORY COLON CANCER [V16.0A]
  MYOCARDIAL INFARCT, UNSPEC SITE - SUBSEQ CARE [410.92]


No Known Allergies.
Current outpatient prescriptions prior to encounter:
SIMVASTATIN TABLET 80MG PO take 1 tablet daily
LISINOPRIL TABLET 10MG PO take 1 tablet daily

Rollins, James L (MRN 955973) DOB: 08/12/1956                    Encounter Date: 09/29/2006

IBUPROFEN TABLET 600MG PO TAKE 1 TABLET EVERY SIX HOURS FOR 3 DAYS , then AS NEEDED EVERY SIX HOURS for pain, with food, no alcohol
TRAMADOL HCL TABLET 50MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED for severe pain. take with food, no alcohol. no driving.
OXYCODONE HCL TABLET 5MG PO TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED pain for 5 days
DIAZEPAM TABLET 5MG PO TAKE 1 TABLET EVERY 6 TO 8 HOURS AS NEEDED for muscle spasm
IBUPROFEN TABLET 800MG PO TAKE 1 TABLET THREE TIMES A DAY FOR 5 DAYS
OMEPRAZOLE CAPSULE DR 20MG PO take 1 capsule 30 minutes before first meal of day
SIMVASTATIN TABLET 80MG PO TAKE 1 TABLET BY MOUTH AT BEDTIME
METOPROLOL SUCCINATE TAB.SR 24H 25MG PO TAKE 1 TABLET BY MOUTH DAILY
NITROQUICK TAB SUBL 0.4MG SL (NITROGLYCERIN) TAKE 1 TABLET SUBLINGUALLY EVERY 5 MINUTES AS NEEDED FOR CHEST PAIN
LISINOPRIL TABLET 10MG PO TAKE 1 TABLET BY MOUTH DAILY
VIAGRA TABLET 50MG PO (SILDENAFIL CITRATE) TAKE 1 TABLET BY MOUTH 1 HOUR BEFORE SEX

Social History
 Marital Status: Married            Spouse Name:
 Years of Education: 14              Number of children: 3

Occupational History
None on file

Social History Main Topics
Tobacco Use: Never
Alcohol Use: No
Drug Use: No
Sexual Activity: Not on file

Other Topics          Concern
None on file

Social History Narrative
None on file

This office note has been dictated.
1698603

## Follow-up and Disposition

Return in about 4 weeks (around 3/6/2008).

Routing History Recorded

## Orders

**KO ELASTIC W/JOINTS [L1810] Order #: 128065042**

## Level Of Service

**CONSULT: L3 [99243]**

## Chart Reviewed By

**Eric N. Diamond, MD.** on Wed Feb 6, 2008 3:06 PM

## Closed By

| User | Date |
| --- | --- |
| **LOUIS BLEY MD [14066]** | Feb 06, 2008 |

Rollins, James L (MRN 955973) DOB: 08/12/1956          Encounter Date: 09/29/2006