## Visit Diagnosis Changes

Added  844.1B by BLEY MD, LOUIS (14066), Wed Feb 6, 2008  1:41 PM
Added  836.0 by BLEY MD, LOUIS (14066), Wed Feb 6, 2008  1:41 PM
Added  727.51 by BLEY MD, LOUIS (14066), Wed Feb 6, 2008  1:41 PM
844.1B marked as Primary Diagnosis by BLEY MD, LOUIS (14066), Wed Feb 6, 2008  1:41 PM
Added  733.92 by BLEY MD, LOUIS (14066), Wed Feb 6, 2008  1:41 PM

## James L Rollins

**2/6/2008 11:32 AM   Orders Only**

MRN: 955973

Encounter #: **110156336**

Description: **51 year old male**

Provider: **Eric N. Diamond, MD**

Department: **Post Office Square
Internal Medicine**

EpicCare Patient

### Diagnoses

**ARTHRALGIA - KNEE  [719.46H]**  -
Primary

### Orders

**ORTHOPEDICS HVMA LOCAL [R1118]** Order #:  128058263

### Closed By

| User | Date |
|---|---|
| **JENNIFER GIGLIELLO [6279]** | Feb 06, 2008 |

### Visit Diagnosis Changes

Added  719.46 by GIGLIELLO, JENNIFER (6279), Wed Feb 6, 2008 11:37 AM
719.46 marked as Primary Diagnosis by GIGLIELLO, JENNIFER (6279), Wed Feb 6, 2008 11:37 AM

## James L Rollins

**1/31/2008 1:30 PM   Office Visit**

MRN: 955973

Encounter #: **109292708**

Description: **51 year old male**

Provider: **Alice M. Sheridan, MD**

Department: **Cambridge
Nephrology**

EpicCare Patient

### Diagnoses

**KIDNEY DISEASE - CHRONIC STAGE III
(MODERATE)** [585.3Q] - Primary

### Vitals - Last Recorded

| BP | Pulse | Wt |
|---|---|---|
| 120/70 | 60 | 258 lb (117.028 kg) |

### Progress Notes

SYSTEM  Signed
This is a 51 year old man who was referred by Dr. Diamond for the evaluation of elevated
creatinine. Review of HVMA chart shows creay 1.47 in 11/07; 1.4 in 2003; 1.4 in 1995. Urinalysis have
shown no blood or protein. CT in 2005 kidneys unremarkable. No ultrasound.

PMH MI, diabetes X 2 years, htn, hypercholesteroleia

MEDS: Simvastatin
Lisinopril 10 mg
NKDA
FH one cousin with ESRD. Etiology unknown Mom and Dad diabetes, htn

SH -smoking, -etoh
Ros
No recent chest pain, dyspnea,pnd orthopne
No cough, bronchitis or pneumonia
No naus, vomiting, diarrhea
Const
No change in urine
+ joint pain r knee (s/p trauma)

Other ROS negative

PE
120/70
Anicteric
No oral lesions
Chest clear
JVP not elevated
Lungs clear
Cor reg no s3, no rub
Abd soft, n/t no masses app
Ext right leg in immobilizer, no edema
Neuro grossly nonfocal

IMP: CKD class 3. Etiology is not known but he clearly has been stable for many years. I will check urinalysis to assess for hem and protein. I will also check ultrasound, though no gross deformity seen on CT. I will check for sequelae of CKD and I will see him in followup. He is already on ACEI and BP is well controlled.

## Follow-up and Disposition

Return in about 4 weeks (around 2/28/2008).

Routing History Recorded

## Referring Provider

Eric Diamond, MD.

## Orders

HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF [85025A] Order #: 127901290
IRON BINDING PROFILE [83550A] Order #: 127901291
FERRITIN [82728] Order #: 127901292
UREA NITROGEN BLOOD (BUN) [84520] Order #: 127901293
CALCIUM [82310A] Order #: 127901294
CREATININE [82565] Order #: 127901295
ELECTROLYTES [80051] Order #: 127901296
URIC ACID SERUM [84550] Order #: 127901297
ALBUMIN [82040B] Order #: 127901298
PHOSPHORUS [84100A] Order #: 127901299
VITAMIN D 25-HYDROXY LC/MS/MS [82306A] Order #: 127901300
PARATHYROID HORMONE [83970] Order #: 127901301
LIPID PROFILE [80061C] Order #: 127901302
URINALYSIS RFLX MICRO NO CULT [81003C] Order #: 127901303
MICROALBUMIN RANDOM URINE [82043] Order #: 127901304
PROTEIN/CREAT RATIO RANDOM URINE [LA0220] Order #: 127901305
HEPATITIS SCREEN (A, B, C AB; HBSAG) [80074] Order #: 127901306
EGFR [CAL001] Order #: 127918624
RETROPERITONEUM US - COMP [76770] Order #: 127901383

**Results are available for this encounter**

## Lab and Imaging Orders

| | Ordered on |
|---|---|
| HEMOGRAM (CBC) W AUTO DIFF RFLX MAN DIFF  - Lab and Imaging Orders | 1/31/08 |
| IRON BINDING PROFILE  - Lab and Imaging Orders | 1/31/08 |
| FERRITIN  - Lab and Imaging Orders | 1/31/08 |
| UREA NITROGEN BLOOD (BUN)  - Lab and Imaging Orders | 1/31/08 |
| CALCIUM  - Lab and Imaging Orders | 1/31/08 |
| CREATININE  - Lab and Imaging Orders | 1/31/08 |
| ELECTROLYTES  - Lab and Imaging Orders | 1/31/08 |
| URIC ACID SERUM  - Lab and Imaging Orders | 1/31/08 |
| ALBUMIN  - Lab and Imaging Orders | 1/31/08 |
| PHOSPHORUS  - Lab and Imaging Orders | 1/31/08 |
| VITAMIN D 25-HYDROXY LC/MS/MS  - Lab and Imaging Orders | 1/31/08 |
| PARATHYROID HORMONE  - Lab and Imaging Orders | 1/31/08 |
| LIPID PROFILE  - Lab and Imaging Orders | 1/31/08 |
| URINALYSIS RFLX MICRO NO CULT  - Lab and Imaging Orders | 1/31/08 |
| MICROALBUMIN RANDOM URINE  - Lab and Imaging Orders | 1/31/08 |
| PROTEIN/CREAT RATIO RANDOM URINE  - Lab and Imaging Orders | 1/31/08 |
| HEPATITIS SCREEN (A, B, C AB: HBSAG)  - Lab and Imaging Orders | 1/31/08 |
| EGFR  - Lab and Imaging Orders | 1/31/08 |
| RETROPERITONEUM US - COMP  - Lab and Imaging Orders | 1/31/08 |

## Level Of Service

**NEW PAT. L4, OFFICE VISIT [99204]**

## Chart Reviewed By

**Eric N. Diamond, MD.** on Fri Feb 1, 2008  7:37 AM
**Eric N. Diamond, MD.** on Fri Feb 1, 2008  7:37 AM

## Closed By

| User | Date |
|---|---|
| **ALICE SHERIDAN MD [14123]** | Jan 31, 2008 |

## Visit Diagnosis Changes

585.3 marked as Primary Diagnosis by SHERIDAN MD, ALICE (14123), Thu Jan 31, 2008  1:46 PM
Added  585.3 by SHERIDAN MD, ALICE (14123), Thu Jan 31, 2008  1:46 PM

| **James L Rollins** | Encounter #: **109992187** | Description: **51 year old male** |
|---|---|---|
| **1/30/2008 7:40 PM   Urgent Care** | | Provider: **David M. Meenan, DO** |
| **MRN: 955973** | | Department: **Kenmore Urgent Care, Day, Adult** |

EpicCare Patient

## Diagnoses

**GASTROINTESTINAL BLEEDING -
LOWER** [578.9A]  - Primary
**SPRAIN - KNEE** [844.9A]
**SPRAIN - NECK** [847.0N]
**SPRAIN - LUMBAR** [847.2G]

## Reason for Visit

**BLOOD IN STOOL/RECTAL BLEEDING**

**Vitals - Last Recorded**

| Temp (Src) | Resp | SpO2 |
|---|---|---|
| 98.1 °F (36.7 °C) (Oral) | 16 | 95% |

**Orthostatic Vitals**

| BP | Pulse | Position | Site | Cuff Size | Time | Date |
|---|---|---|---|---|---|---|
| 120/80 | 57 | Supine | Right Arm | Large | 06:38 PM | 1/30/2008 |
| 130/80 | 81 | Standing | Right Arm | Large | 06:39 PM | 1/30/2008 |

**Transcription**

| Type | ID | Date and Time | Author |
|---|---|---|---|
| Visit Note | 77974998-1 | 1/30/2008 8:26 PM | MEENAN, DAVID DO |

Authenticated by MEENAN, DAVID DO Doctor of Osteopathy on 1/31/2008 at 10:49 AM
This document replaces document 77974998

Document Text

> Transcribed text moved to progress notes.

Document history for transcription (77974998-1) on 1/30/2008 8:26 PM by MEENAN, DAVID DO

**Progress Notes**

SYSTEM Signed
Addended by: LOBO, ANA on: 2/1/2008 2:46:19 PM

Modules accepted: Orders

Please see dictation 1692755

Current medications, allergies and problem list reviewed.

-----------------------------------
Dictated on 1/30/2008 , 8:26 PM
Author: MEENAN, DAVID DO
Authenticated by MEENAN, DAVID DO Doctor of Osteopathy on 1/31/2008 at 10:49 AM
Transcription text:
Mr. Rollins presents with 3 separate complaints and requesting out
of work letter. He states he needs out of work letter even though
he has not worked for year and a half because he takes it to the
VA to get some financial compensation. His 3 complaints are neck
and back pain after a motor vehicle accident which occurred on
12/20/07, right knee pain after a slip and fall at Circuit City
establishment on 1/28/08, and bright red blood per rectum today.
The motor vehicle accident, he was rear-ended while sitting at a
stop sign. He was seat belted driver and a car hit him from
behind He developed neck and back pain and he is requesting
referral for physical therapy and treatment of this. His right
knee pain, he had a slip and fall at Circuit City on 1/28/08.
Was transferred and treated and released from Boston Medical
Center emergency room where they put him on ibuprofen and tramadol
which he filled today. He was placed in an Ace wrap to the knee
and then a long knee splint. He states that he likes knee splint
as he thinks it makes him feel better, but he still has a
tremendous amount of pain and swelling in his knee. He states
that the clinician who saw him at Boston Medical Center told him
he needs to have an MRI of the knee for further evaluation and

treatment. The bright red blood per rectum occurred during a
bowel movement today. He has not had that this issue in the past.
He states it was bright red during his bowel movements and
afterwards and this caused great concern. He had no pain during
the movement and states he was not pushing hard. He does say he
has had some perianal itching recently He has no history of
hemorrhoids. He has no other complaints and no abdominal pain.

On physical exam, he is in moderate distress secondary to his
multiple illnesses. His cervical spine has very limited range of
motion as he would not flex, extend, side bend, or rotate for fear
of pain in the neck. His thoracic spine has limited range of
motion, again secondary to neck pain. His lumbar spine, he will
only flex to 20-30 degrees and stop due to pain in the low lumbar
region and he could side bend minimally. His knee is tender to
palpation on the right. There is a mild amount of edema. There
is no ecchymosis. Negative anterior and posterior drawer. There
is no fullness in the posterior fossa. He has pain on full
weightbearing of the knee. A rectal exam was performed. He has
got guaiac negative brown stool in the vault, no hemorrhoids were
palpated.

DIAGNOSIS: Cervical sprain, lumbar sprain, knee sprain and lower
GI bleed.

TREATMENT: He is to use ibuprofen and Ultram as written for him
by Boston Medical Center. He will be referred to orthopedics for
further evaluation of his knee, back, and neck and refer to
physical therapy for the same. He will also be referred to
Gastroenterology for evaluation of his lower GI bleeding, which
appears to have stopped. He will return back here in 2 weeks'
time for reevaluation. He will continue using his knee splints
for his knee. If any other symptoms occur prior to his
appointment time, he was welcome to come back here. Otherwise,
follow up with the consult as suggested.
HF: 3408
D: Wed Jan 30 20:26:08 2008 1692755
T: Wed Jan 30 20:51:18 2008 7974998


Routing History Recorded

## Orders

**FECAL BLOOD(OFFICE TEST) [82272] Order #:** 127943228
**GASTROENTEROLOGY HVMA LOCAL [R1106] Order #:** 127877706
**ORTHOPEDICS HVMA LOCAL [R1118] Order #:** 127877707
**PHYSICAL THERAPY HVMA LOCAL [R1120] Order #:** 127877708

**Results are available for this encounter**

## Lab and Imaging Orders

|  | Ordered on |
|---|---|
| FECAL BLOOD(OFFICE TEST) - Lab and Imaging Orders | 2/1/08 |

## Level Of Service

**EST. PAT. L4, OFFICE VISIT [99214]**

## Letters

**MEENAN MD, DAVID on 1/30/2008**            Sent


Rollins, James L (MRN 955973) DOB: 08/12/1956            Encounter Date: 09/29/2006

**Classic SmartForms**

Classic SmartForms Filed During this Visit
<u>EXTENDED VITALS</u>

**Chart Reviewed By**

Eric N. Diamond, MD. on Wed Jan 30, 2008 9:54 PM

**Closed By**

| User | Date |
|---|---|
| **TRANSCRIPTION INTERFACE [16810]** | Jan 30, 2008 |

**Visit Diagnosis Changes**

Added 844.9A by MEENAN MD, DAVID (13320), Wed Jan 30, 2008 7:30 PM
Added 847.0 by MEENAN MD, DAVID (13320), Wed Jan 30, 2008 7:30 PM
Added 847.2 by MEENAN MD, DAVID (13320), Wed Jan 30, 2008 7:30 PM
Added 578.9A by MEENAN MD, DAVID (13320), Wed Jan 30, 2008 7:31 PM
578.9A marked as Primary Diagnosis by MEENAN MD, DAVID (13320), Wed Jan 30, 2008 8:26 PM

# James L Rollins

| | | |
|---|---|---|
| | Encounter #: **109991955** | Description: **51 year old male** |
| **1/30/2008 5:50 PM   Orders Only** | | Provider: **Unknown Unkn** |
| | | **Unknown** |
| **MRN: 955973** | | Department: |

EpicCare Patient

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **IBUPROFEN TABLET 600MG PO** | 30 | 0 | 1/30/2008 | 5/1/2008 |
| Sig: TAKE 1 TABLET EVERY SIX HOURS FOR 3 DAYS , then AS NEEDED EVERY SIX HOURS for pain, with food, no alcohol | | | | |
| **TRAMADOL HCL TABLET 50MG PO** | 10 | 0 | 1/30/2008 | 5/1/2008 |
| Sig: TAKE 1 TABLET EVERY FOUR HOURS AS NEEDED for severe pain. take with food, no alcohol. no driving. | | | | |

**Closed By**

| User | Date |
|---|---|
| **RX SCRIPTS IN INTERFACE [16809]** | Jan 30, 2008 |

# James L Rollins

| | | |
|---|---|---|
| | Encounter #: **109303296** | Description: **51 year old male** |
| **1/4/2008 10:16 AM   Telephone** | | Provider: **Kenmore Center** |
| **MRN: 955973** | | Department: **Kenmore Nephrology** |

EpicCare Patient

**Call Documentation**

SYSTEM  Signed
>> ROXANN BARRETT Fri Jan 4, 2008 10:16 AM
Spoke to pt and gave info below

>> ROXANN BARRETT Fri Jan 4, 2008 10:16 AM
Staff Message copied by BARRETT, ROXANN on Fri Jan 4, 2008 10:16 AM
-----
Message from: DIAMOND MD, ERIC N.
   Created: Thu Jan 3, 2008 5:08 PM
   Contact: 617-999-0463

It's fine. Thanks.

----- Message -----
From: Roxann Barrett
Sent: Jan 3, 2008   4:53 PM
To: Eric N. Diamond, MD.

Hi Dr.Diamond,
Pt has an appt on 1/31/08 with Dr.Sheridan for Nephrology is this ok? Pt was under the imprssion you wanted him to be seen sooner.
Please let me know and I will call the pt.
thanks

## Closed By

| User | Date |
|---|---|
| ROXANN BARRETT [11482] | Jan 04, 2008 |

**James L Rollins**                 Encounter #: 109293180         Description: **51 year old male**

**1/3/2008 5:13 PM   Telephone**                                                 Provider: **Eric N. Diamond, MD**

**MRN: 955973**                                                                    Department: **Post Office Square**
                                                                                   **Internal Medicine**

EpicCare Patient

## Diagnoses

**HEALTH EDUCATION / COUNSELING, UNSPEC** [V65.40T] - Primary

## Call Documentation

SYSTEM  Signed
>> ERIC N. DIAMOND, MD. Thu Jan 3, 2008  5:14 PM
LM on pt's personal voice mail on cell phone stating appt end of January is fine and safe.

>> ERIC N. DIAMOND, MD. Thu Jan 3, 2008  5:13 PM
Staff Message copied by DIAMOND MD, ERIC N. on Thu Jan 3, 2008  5:13 PM
-----
Message from: LANEAU, LEANN
     Created: Thu Jan 3, 2008  4:55 PM
     Regarding: pt call back
     Contact: 617-999-0463

Hi Dr. Diamond,
This patient is was quite upset today, trying to book a nephrology appt. (My office just happens to be across from their appt desk) He Couldn't get an appt until 1/31 , was mentioning something about to the MA from Med Specs "what happens between now and then , I have this letter that says I have a serious problem" . He asked me to explain what was wrong with him. The number above is his cell, I told him I'd let you know that he was concerned about your letter. I asked him  the best number to reach him and advised him to answer the call because from your letter we've tried to call him three times already to discuss the results.

Sorry for the long message,

Leann Laneau
Cardiology Supervisor

# MASS GENERAL HOSPITAL

# MASSACHUSETTS
# GENERAL HOSPITAL

☐ MGH Staff

## ED TRIAGE / SCREENING RECORD

ROLLINS, JAMES L
MRN: 194 82 78   SEX: M
R LEG PAIN
DOB: 8/12/1956
ACCT: 941019440
DT: 02/01/2008
ED-MIMP

Date: 2/1/8   Time: 2050   ACCT 941019-

| Language | Treatment Area | | Service | 194 | First Name 78 James |
|---|---|---|---|---|---|
| ☑ English | ☐ MAMP ☐ MIMP ☐ Pedi | ☐ RDU ☐ APS | ☑ EM ☐ APS ☐ Pedi | 82 78 | |
| ☐ Other | ☐ Trauma ☐ Screening | | | | |

Chief Complaint  (R) leg pain
ROLLINS Date of Birth 8/12/56   Age:

Ambulance Company:   Accompanied by: SPCP   PCP/Referring MD:

Greeter Signature: HMY

**ESI: 1  2  3  ④  5**

Tetanus Status _____ LMP _____ Weight _____ IXON, D

Triage / Prehospital Notes  ☐ Per C-Med Notification  ☑ See Trauma Sheet

Allergies: N & V

| TIME: | | PMH |
|---|---|---|
| | | HTN |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ EKG
Reviewed by: _____

Do you experience pain or discomfort? ☑ Yes ☐ No
If yes, how much pain? (no pain) 1 2 ③ 4 5 6 7 8 9 ⑩ (severe pain)

Screening Done: ☐ ETOH/Substance Abuse
☐ D/V  ☐ Child A/N  ☑ Elder A/N

Pathway Initiated:  ☐ PNA
☐ ETOH W/D ☐ STEMI ☐ Acute Stroke

TRIAGE RN
SIGNATURE Katie McCormack RN

| Time | Initials | BP | HR / Rhythm | RR | SpO2 & FIO2 | Temp | Pupils R | L | Eye Opening | Verbal Response | Motor | GCS Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 055 | LC | 114/81 | 58 | 20 | 96% | 97 ↑A | D | | 4 | 5 | 6 | ⑮ |
| | | | | | | | | | | | | |

☐ This is a screening exam. The patient requires further evaluation.   ☐ See comprehensive note

Massachusetts General Hospital
Emergency Department Record

**Pat: ROLLINS, JAMES L**         **MRN: 1948278**    **DOB: 08/12/1956**    51y         **Sex: M**
**Registration Date/Time:**    **02/01/2008 09:02 PM**    **Provider: Leslie Milne**         **\*\* Signed\*\***

## ED Note

**Chief Complaint:**              R knee pain

**HPI:**                          51 yo M with h/o CAD s/p NSTEMI, DM, HTN, HLD here s/p fall 1/28 onto R knee.
                                  Seen at BMC, given knee immobilizer and told to follow up with MRI. Patient has not
                                  contacted his PCP as he has been in too much pain to set up any follow up appt. Now with
                                  worsening pain in R knee. Has been in knee immobilizer and using crutches. No new
                                  trauma. No fevers, no chills.

**PMHx:**                         HTN, HLD, CAD, DM

**Meds:**                         Simvastatin
                                  Lisinopril
                                  Ultram
                                  Ibuprofen

**Social Hx:**                    Lives in Roxbury with wife.
                                  Denies tob/EtoH/illicits

## Physical Exam

**Vitals:**

| T | P | BP | RR | WT | Sa02 |
|---|---|----|----|----|------|
| 97.9 | 58 | 141/81 | 20 | | 96%RA |

**Musculoskeletal:**              R knee tender diffusely. Flexion and extension limited by pain. No tenderness over
                                  femur, ankle, tib/fib. DP/PT pulses 2+.

**X-ray Interpretation:**         R knee-
                                  IMPRESSION:

                                  1. No evidence of fracture or dislocation.
                                  2. Probable small right knee joint effusion.
                                  3. Moderate degenerative changes.

**Impression/Plan:**              51 yo M with increasing R knee pain s/p fall earlier in week

## ED ATTENDING PHYSICIAN NOTE

**Date/Time of Encounter:**       2245

**Medical Records Reviewed:**     yes

**HPI:**                          *51 yo male, slipped 3 days ago, twisted and fell on his right knee. Having swelling and
                                  sliding sensation within the joint. Seen at BMC and put in knee immobilizer, crutches and
                                  referred back to his pcp for an mri. He did not bring his crutches with him (they are at
                                  home)*

**ROS:**                          no fever, sob, abd pain

**Vitals:**                       See Nursing Notes

**PE:**                           alert, no resp distress
                                  right knee: + large effusion, limited rom, tender diffusely, no erythema or warmth, unable
                                  to fully access due to pain, +2 dp

**Medical Decision Making**       IMP: right knee effusion, suspect possible ACL vs meniscal tear
**ED Course:**                    PLAN: mri scheduled for 2/3, sports med follow-up, crutches, rom

**Condition on Discharge:**       Stable

Massachusetts General Hospital
Emergency Department Record

**Pat: ROLLINS, JAMES L**          **MRN: 1948278**    **DOB: 08/12/1956**    **51y**          **Sex: M**
**Registration Date/Time:**    **02/01/2008 09:02 PM**      **Provider: Leslie Milne**          **\*\* Signed\*\***

**Diagnoses:**                  internal derangement of knee

**Review Comments:**            I have personally seen and examined the patient and confirmed the resident's examination,
                                reviewed and agree with the resident's documentation of history, and discussed the
                                evaluation, plan of care and disposition of the patient with the resident.


This note has been electronically signed by Leslie Milne, MD  2/2/2008 12:32:17 AM


Clinical staff documenting in the ED note include:

**Attending/Nurse**            Leslie Milne,  MD
**Practitioner(s):**


**Other Providers:**            JOSHUA  REMPELL, MD

PATIENT IDENTIFICATION AREA

# MGH EMERGENCY DEPARTMENT - TRAUMA FLOW SHEET

| TRAUMA TEAM ACTIVATION | ☐ STAT | ☐ Am | | |
|---|---|---|---|---|
| | NAME | INIT | CALLED | ARRIVED |
| Trauma Attending | | | | |
| Tr. Chief Resident | | | | |
| Tr. Nurse Coord. | | | | |
| E. Med. Attending | | | | |
| NEUROSURG | | | | |
| ORTHO | | | | |
| ANESTHESIA | | | | |
| DATE: | | Time of Arrival: | | |

Rollins
James

ROLLINS, JAMES L
M48 R:120 82 78 SEX: M
R:120 PMN
DOB: 07/21/1964
A523 04/07/2008
07: 32/07/2008
ED - M/NP

## MECHANISM OF INJURY

**Motor Vehicle Crash:**
☐ Driver   ☐ Passenger-front
☐ Seat Belt   ☐ Shoulder   ☐ Passenger-rear
☐ Air Bag   ☐ Car Seat
☐ Rollover   ☐ Ejected _____ ft   ☐ Extric _____ mins
☐ Front impact   ☐ Rear impact
☐ Side impact  R   L   ☐ Low speed ( <10mph)
☐ Mod speed (10-30mph)   ☐ minor  ☐ unknown
☐ High speed ( >30mph)   ☐ moderate
Vehicle damage:

**Motor Cycle Crash:**
☐ Driver   ☐ Passenger
☐ High speed ( >30mph)   ☐ Mod speed (10-30mph)   ☐ Helmet
☐ Low speed ( <10mph)
☐ unknown

**Other Blunt:**
☐ Pedestrian struck by _____   ☐ Helmet
☐ Bicyclist struck by _____
☐ Assault/beating
☐ Fall/Jump _____ ft   ☐ Weapon
☐ Industrial   ☐ Height
☐ Other

**Penetrating:**
☐ Gunshot   ☐ Handgun   ☐ Rifle   ☐ Caliber _____
☐ Stab   ☐ Knife   ☐ Size _____
☐ Range
☐ Self

## MODE OF TRANSPORT
☐ Ground   ☐ Air
☐ From scene   Referring MD
☐ From hospital

## PREHOSPITAL TREATMENT
**Airway:**
☐ Nasal   ☐ Oral   ☐ ET tube-size _____   ☐ Cricothyrotomy

**Oxygen/Ventilation:**
☐ Face mask   ☐ Nasal cannula   ☐ Ambu bag   _____%
☐ Needle decompression  R ___ L ___   ☐ O2sat
☐ CPR

**Fluids:**
☐ IV#1 site _____ gauge _____ fluid _____ infused ___ ml
☐ IV#2 site _____ gauge _____ fluid _____ infused ___ ml

**Immobilization:**
☐ Collar   ☐ Hydrolls   ☐ Backboard   ☐ Splint

**Medications:**
☐ Pain _____ mg. at (time) _____
☐ Sedation _____ mg. at (time) _____
☐ Paralytic _____ mg. at (time) _____
☐ Other: _____ mg. at (time) _____

**Vital Signs:**
BP _____   HR _____   RR _____   Temp _____
Neuro _____   GCS _____

## PAST MEDICAL HISTORY
☐ Unknown   ☐ None
☐ HTN  ↑chol. ____
☐ DM

Meds: ☐ Unknown   ☐ None
☐ Coumadin
☐ Simvastatin

Allergies: ☐ Unknown   ☐ None

Weight: _____

PCP:

NOK:

### GLASGOW COMA SCALE
Best eye opening response
Spontaneous          4
To voice             3
To pain              2
None                 1
Chemically paralyzed P

Best verbal response
Oriented             5
Confused             4
Inappropriate        3
Incomprehensible     2
None                 1
Intubated            T

Best motor response
Obeys commands       6
Localizes pain       5
Withdraws to pain    4
Flexes to pain       3
Extends to pain      2
None                 1
Chemically paralyzed P

Recorded By: Kevin McCormack

8mm  7mm  6mm  5mm  4mm  3mm  2mm

## INITIAL ASSESSMENT

| INIT | Time: | | | |
|---|---|---|---|---|
| AIRWAY: | ☐ WNL | ☐ OBSTRUCTED  ☐ NASAL/OP AIRWAY  ☐ INTUBATED  ☐ CRICO | |
| BREATHING: | ☐ WNL | ☐ SHALLOW  ☐ LABORED  ☐ NONE  ☐ OTHER  ☐ ASSISTED METHOD | |
| BREATH SOUNDS: | ☐ WNL | ☐ DIMINISHED  R  L  ☐ RALES  R  L | |
| | | ☐ ABSENT  R  L  ☐ WHEEZING  R  L | |
| CIRCULATION: | ☐ WNL | SKIN:  PULSES: | |
| | | ☐ COOL  ☐ DIAPHORETIC   CAROTID  R ___ L ___   RADIAL  R ___ | |
| | | ☐ WARM  ☐ CYANOTIC   FEMORAL  R ___ L ___   DORSALIS PEDIS  R ___ | |
| | | BRACHIAL  R ___ L ___   POST. TIBIAL  R ___ | |
| NEURO: | ☐ ALERT | ☐ RESPONDS TO VERBAL STIMULI  ☐ RESPONDS TO PAIN  ☐ UNRESPONSIVE | |
| MOTOR: | ☐ WNL | RA  LA  LL  RL:  ☐ WEAK  ☐ DECEREBRATE  ☐ DECORTICATE  ☐ FLACCID | |
| HEAD: | ☐ WNL | SCALP: ☐ LACERATIONS  ☐ CONTUSIONS  ☐ ABRASIONS | |
| | | FACE: ☐ LACERATIONS  ☐ CONTUSIONS  ☐ ABRASIONS | |
| | | EYES: ☐ LACERATIONS  ☐ CONTUSIONS  ☐ SWELLING | |
| | | PUPILS: R ___ MM  ☐ REACTIVE   L ___ MM  ☐ REACTIVE   ☐ FIXED | |
| NECK: | ☐ WNL | ☐ TENDERNESS  ☐ FIXED  ☐ WOUNDS | |
| | | ☐ TRACHEAL DEVIATION  R  L  ☐ NECK VEINS DISTENDED | |
| CHEST: | ☐ WNL | ☐ TENDERNESS  ☐ WOUNDS | |
| | | ☐ FLAIL SEGMENT  ☐ CREPITUS | |
| ABDOMEN: | ☐ WNL | ☐ TENDERNESS  ☐ BS | |
| PELVIS/GU: | ☐ WNL | ☐ UNSTABLE  ☐ TENDERNESS | |
| | | ☐ WOUNDS | |
| | | ☐ BLOOD AT MEATUS   SPHINCTER TONE: ☐ WNL  ☐ ABN | |
| | | ☐ PROSTATE _____   ☐ GUAIAC - +  ☐ GROSS BLOOD | |
| EXTREMS: | UPPER: ☐ WNL | ☐ WOUNDS  ☐ MOTOR | |
| | | ☐ DEFORMITIES  ☐ SENSORY | |
| | LOWER: ☐ WNL | ☐ WOUNDS  ☐ MOTOR | |
| | | ☐ DEFORMITIES  ☐ SENSORY | |
| BACK/SPINE: | ☐ WNL | ☐ TENDERNESS  ☐ WOUNDS | |
| | | ☐ DEFORMITY  ☐ ECCHYMOSIS: | |

### INTAKE
| TIME | SITE | SOLUTION & AMOUNT | AMT/INITIAL | TIME | SITE | SOLUTION & AMOUNT | AMT/INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### OUTPUT
| TIME | FOLEY | VOID | NG | CT | OTHER: | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments: Pt. repeat falling 2 days
ago + hurting @ L new + seen
@ JSH + told to have MRI - Presented

## INITIAL ASSESSMENT

INIT | Time:

**AIRWAY:** ☐ WNL ☐ OBSTRUCTED ☐ NASAL/OP AIRWAY ☐ INTUBATED ☐ CRICO

**BREATHING:** ☐ WNL ☐ SHALLOW ☐ LABORED ☐ NONE ☐ OTHER _____ ☐ ASSISTED METHOD

**BREATH SOUNDS:** ☐ WNL ☐ DIMINISHED R L ☐ RALES R L ☐ ABSENT R L ☐ WHEEZING R L

**CIRCULATION:** ☐ WNL
SKIN: ☐ COOL ☐ DIAPHORETIC ☐ WARM ☐ CYANOTIC

PULSES:
CAROTID R___ L___
FEMORAL R___ L___
BRACHIAL R___ L___
RADIAL R___ L___
DORSALIS PEDIS R___ L___
POST. TIBIAL R___ L___

**NEURO:** ☐ ALERT ☐ RESPONDS TO VERBAL STIMULI ☐ RESPONDS TO PAIN ☐ UNRESPONSIVE

**MOTOR:** ☐ WNL LA RA LL RL ☐ WEAK ☐ DECEREBRATE ☐ DECORTICATE ☐ FLACCID

**HEAD:** ☐ WNL
SCALP: ☐ LACERATIONS ☐ CONTUSIONS ☐ ABRASIONS
FACE: ☐ LACERATIONS ☐ CONTUSIONS ☐ ABRASIONS
EYES: ☐ LACERATIONS ☐ CONTUSIONS ☐ SWELLING
PUPILS: R ___ MM ☐ REACTIVE ☐ FIXED   L ___ MM ☐ REACTIVE ☐ FIXED

**NECK:** ☐ WNL ☐ TENDERNESS ☐ WOUNDS ☐ TRACHEAL DEVIATION R L ☐ NECK VEINS DISTENDED

**CHEST:** ☐ WNL ☐ TENDERNESS ☐ WOUNDS ☐ FLAIL SEGMENT ☐ CREPITUS

**ABDOMEN:** ☐ WNL ☐ TENDERNESS ☐ BS ☐ WOUNDS

**PELVIS/GU:** ☐ WNL ☐ UNSTABLE ☐ TENDERNESS ☐ WOUNDS ☐ ABN SPHINCTER TONE: ☐ WNL ☐ BLOOD AT MEATUS ☐ GUAIAC + ___ ☐ GROSS BLOOD ☐ PROSTATE

**EXTREMS:** UPPER: ☐ WNL ☐ WOUNDS ☐ MOTOR ☐ DEFORMITIES ☐ SENSORY
LOWER: ☐ WNL ☐ WOUNDS ☐ MOTOR ☐ DEFORMITIES ☐ SENSORY ☐ DEFORMITIES ☐ WOUNDS

**BACK/SPINE:** ☐ WNL ☐ TENDERNESS ☐ DEFORMITY ☐ ECCHYMOSIS:

### INTAKE

| TIME | SITE | SOLUTION & AMOUNT | AMT IN/TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

### INTAKE

| TIME | SITE | SOLUTION & AMOUNT | AMT IN/TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

### OUTPUT

| TIME | FOLEY | VOID | NG | CT | OTHER | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* ☐ PAIN: ☐ Adult (0-10 scale) ☐ Pediatric (Faces or Simple Descriptive Scale) ☐ Pediatric SIMPLE DESCRIPTIVE SCALE (8-adult)
☐ Pediatric FACES RATING SCALE (3-7 years)



| Time | Initials | BP | HR | RR | O2 SAT | PUPILS R L | Temp | Ext Dopp | Motor | TGCS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**PROCEDURES:** TIME:
☐ ICP Bolt ☐ Ventriculostomy   Site _____
☐ Abdominal Ultrasound + -
☐ Foley   Size _____ Fr.
☐ DPL ☐ + - ☐ - ☐ Indeterminate

☐ Endotracheal Intubation Size # _____
☐ Cricothyrotomy Tube   Size # _____
☐ Chest Tube R   Size _____ Fr.
           L   Size _____ Fr.
☐ ED Thoracotomy  Aorta clamped: _____
☐ G Tube  NG  OG   Size _____
☐ Fem Line R L  Gauge _____  Site _____
☐ Central Line:   Gauge _____  Site _____
☐ Art Line R L   Gauge _____  Site _____

**DV?  Y    N**

**IF YES, REFERRALS MADE:**

*Continuation Sheet Used  ☐ Yes  ☐ No

**PROCEDURES:** TIME:

INITALS | SIGNATURE AND TITLE | TIME:

DISPOSITION:  ☐ ADMITTED TO _____
☐ DISCHARGED  ☐ TRANSFERRED TO _____
☐ REFUSED CARE  ☐ REPORT CALLED BY _____
CONDITION ON TRANSFER _____

ACCOMPANIED BY: ☐ HOUSE OFFICER ☐ RN ☐ FAMILY ☐ SELF

VIA: ☐ STRETCHER ☐ W/C ☐ RN ☐ AMBULATORY ☐ TRANSPORT

82694 (7/07)



## MASSACHUSETTS
## GENERAL HOSPITAL

MRN: 1948278

### ED MEDICATION ADMINIST

ROLLINS, JAMES
DOB: 08/12/1956
Age: 51y
Sex: M

DATE: _____  PG.

NN

| Withheld Codes | | Injection Site | |
|---|---|---|---|
| N: Nausea | V: Vomiting | B: Right Deltoid | C: L |
| R: Refused | NPO | D: Right Gluteal | E: L |
| T: Off Unit | | R: Right Thigh | G: Le |
| H: Hold (state reason) | | A: Abdomen | |

PR
SL

Place Allergy Labels Here

**ROLLINS, JAMES**         MRN: 1948278
**Allergies (as of 02/01/2008 09:42PM):**
NKA – No Known Allergies

NN

| Time | Medication<br>(Drug, Dose, Route, Schedule) | Medication Administration Record |
|---|---|---|
| | **ROLLINS, JAMES**         MRN: 1948278<br>OXYCODONE 5 MG/ACETAMINOPHEN 325 MG (PERCOCET 5<br>MG/325 MG )<br>1–2 TAB PO x1  PRN: < R ><br>Start: ASAP (02/01/2008)<br>Order #: 57256377<br>Ordered at 2/1/2008 9:30:26 PM | Time<br>Init<br>Dose<br>Site |
| | NN     nly): | Time<br>Init<br>Dose<br>Site |
| | MD Signature / Pgr # (For Downtime Use Only): | Time<br>Init<br>Dose<br>Site |
| | MD Signature / Pgr # (For Downtime Use Only): | |

**MASSACHUSETTS**
**GENERAL HOSPITAL**

ROLLINS, JAMES L
MRN: 194 82 78  SEX: M   DOB: 8/12/1956
R LEG PAIN                ACCT: 941019440
                          DT: 02/01/2008
                          ED – MIMP

## TREATMENT RECORD

| Start and D/C Dates | NAME of TREATMENT and FREQUENCY | SHIFT/ HOUR DUE | Date | Date | Date | Date | Date | Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| Start: | | | | | | | | | |
| D/C | ROLLINS, JAMES Life – sustaining Treatment: Full Code (discussion with patient/surrogate not appropriate or possible at this time) | MRN: 1948278 | | | | | | | |
| Sta | Start: Now (02/01/2008) Order #: 57256381 Ordered at 2/1/2008 9:30:26 PM | | | | | | | | |
| D/C | | NN | | | | | | | |
| Start: | | | | | | | | | |
| D/C: | | | | | | | | | |
| Start: | | | | | | | | | |
| D/C: | | | | | | | | | |
| Start: | | | | | | | | | |
| D/C: | | | | | | | | | |
| Start: | | | | | | | | | |
| D/C: | | | | | | | | | |

| Reason Treatment Held | Nurses' Initials and Signature | | | |
|---|---|---|---|---|
| | Signature | Initials | Signature | Initials |
| **R = Patient Refused** | | | | |
| | | | | |
| **✳ - See Medical Record** | | | | |

# MASSACHUSETTS GENERAL HOSPITAL

## HOME MEDICATION RECORD

**DATE:** _2/11/08_    Page _1_ of ___

**ALLERGIES:**

_Denies_

Rollins
ACCT 941019440    05/31/2008
104 82 78 James
ROLLINS, JAMES L
                                    M I M P

| Source of Information | Medication, Supplement Herbal, Vitamin | Dose | Route | Frequency | Initials | Time |
|---|---|---|---|---|---|---|
| ☐ Patient  ☐ Family  ☐ Combined Medication List | Simvastatin | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | lisinipril | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | Tramadol | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | Ibuprofin | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |
| ☐ Patient  ☐ Family  ☐ Combined Medication List | | | | | | |

| New Discharge Medications | | |
|---|---|---|
| **Medication** | **Dosage** | **Frequency** |
| | | |
| | | |
| | | |
| | | |

☐ Please continue all your regular medications as shown above in the Home Medication Record

Discharge Clinician Signature _____    Patient Signature _____

| Initials | Signature / Title | Initials | Signature / Title | Initials | Signature / Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

34998 (4/07)

Massachusetts General Hospital          ED Discharge Note
Emergency Department Record

| | |
|---|---|
| **Pat: ROLLINS, JAMES L** | **MRN: 1948278**   **DOB: 08/12/1956**   **51y**   **Sex: M** |
| **Registration Date/Time:**   02/01/2008 09:02 PM   **Provider: JOSHUA REMPELL** | |

| | |
|---|---|
| **Discharge Order:** | Discharge this patient from the ED. |
| **PCP notified by MD:** | No - Other explanation |
| **Benefits Assigned:** | Y |
| **Discharge Note Date/Time:** | 02/01/2008 23:11 |
| **Discharge Status:** | Discharged |
| **Condition on Discharge:** | Stable |
| **Patient States Complaint:** | R LEG PAIN |
| **Diagnosis:** | R knee pain |
| **Standardized Discharge Instructions:** | The patient was given printed instructions for crutches (English). The patient was given printed instructions for non-steroidal anti-inflammatory drugs (English). The patient was given printed instructions for narcotic analgesia (English). The patient was given printed instructions for sprains, fractures and bruises (English). |
| **Treatment Rendered:** | History and physical exam. x-ray which was negative for a fracture or dislocation. Pain medication. Scheduled MRI. |
| **Discharge Medications:** | Tylenol 650 mg every 6 hours for pain control.<br>Oxycodone 5-10 mg every 4-6 hours for breakthrough pain. |
| **Disposition, Follow up & Instruction to Patient:** | You should follow up with the Orthopedic sports clinic. Call 617-726-7797 to schedule the first avalaible appointment. You likely have a tear of one of your ligaments in your knee. Continue to use the knee immobilizer and crutches and do not bear weight on your leg until your appointment. You have an MRI scheduled 2/3/08 at 7 AM. Directions are provided. |
| | If you have worsening pain or other concerns return to the ER. |
| | Please call your primary care physician during normal business hours to report this visit. |

*I hereby acknowledge receipt of patient instructions. I understand that further diagnosis and treatment may be required and I have had emergency treatment only and I may be released before all medical problems are known and treated. I will arrange for any follow-up care as instructed.*

**Patient Signature:**   *James Rollins*          **Date:**

**Provider Signature:**          **Date:**   2/1/08

*This report was created by JOSHUA REMPELL, MD*

*For additional information regarding this visit please call 617-724-4100.*

PCP Name: DIXON, RONALD   PCP #: 027584   PCP Phone: 617-726-4900   PCP Fax: 617-228-6306

Partners HealthCare System, Inc.
*MASSACHUSETTS GENERAL HOSPITAL*
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, Massachusetts 02114


RADIOLOGY (cont) from 01/28/2008 through 03/05/2008

**ROLLINS, JAMES L**
MRN: 1948278                                    Sex: M  DOB: 8/12/1956          Age: 51y

TECHNIQUE:
Magnetic resonance imaging of the RIGHT KNEE was performed
WITHOUT injected contrast.

COMPARISON: Correlation with radiographs of the knee dated 2/1/08.

FINDINGS:

Joint effusion: There is a moderate joint effusion with synovitis.

Menisci: There is a free margin tear of the posterior horn of the
medial meniscus, close to the root attachment site, with a
horizontal component extending into the body.  The lateral
meniscus is unremarkable.

Tendons and Ligaments: The fibers of the medial collateral
ligament are disrupted, with thickening and increased signal,
consistent with a full thickness tear at the femoral attachment
site.  The lateral collateral ligament appears normal.  The ACL
and the PCL are intact. The extensor mechanism is also intact.
There are enthesopathic changes of the attachment of the
infrapatellar tendon to the tibial tubercle.

Articular Cartilage: There is thinning of the articular cartilage
of the medial tibiofemoral compartment, with small flap formation
along the weight-bearing surface of the medial femoral condyle.
There is fissuring of the articular cartilage in the
patellofemoral compartment, over the medial patella.  There is
also thinning and fissuring of the medial and lateral trochlear
cartilage.

Bone: There is no evidence of fracture.

Soft tissues:  There is increased signal in the posterior and
medial soft tissues consistent with edema.  This is likely
secondary to rupture of a small Baker cyst, seen posteriorly.

IMPRESSION:
Tear of the posterior horn and body of the medial meniscus.

Full thickness tear of the medial collateral ligament.

Cartilaginous changes of the medial tibiofemoral and
patellofemoral compartments.

Moderate joint effusion with synovitis.

Ruptured small Baker cyst.

In accordance with the department policy, the teaching physician,
Dr. Susan Kattapuram has reviewed all images, and edited the
report as required.

RADIOLOGISTS:                          SIGNATURES:
    ROLLS, HILLARY K MD
    KATTAPURAM, SUSAN V MD                  KATTAPURAM, SUSAN V MD

Partners HealthCare System, Inc.
MASSACHUSETTS GENERAL HOSPITAL
A Teaching Affiliate of Harvard Medical School
55 Fruit Street, Boston, Massachusetts 02114

RADIOLOGY (cont) from 01/28/2008 through 03/05/2008

**ROLLINS, JAMES L**
MRN: 1948278                        Sex: M  DOB: 8/12/1956        Age: 51y

Finalized on:  02/04/2008 11:37

2/1/2008 10:16:00 PM    Knee 4 or More Views          Accession # 11005274    Final

Exam Number:  11005274                    Report Status:  Final
Type:  Knee 4 or More Views
Date/Time:  02/01/2008 22:16
Exam Code:  XRKNE4/RIGHT
Ordering Provider:  REMPELL, JOSHUA S MD

HISTORY:
    51M S/P TRAUMA TO R KNEE W/ INCREASING PAIN/SWELLING, PLS
    ASSESS FOR FX

REPORT:
    HISTORY: As described above.

    COMPARISON: None.

    FINDINGS:

    There is no evidence of a fracture or dislocation.  Although there
    is relative preservation of the right knee joint spaces, mild to
    moderate degenerative joint disease is manifest as osteophyte
    formation along the patellar and lateral tibial articular margins.
    Enthesopathic changes involve the site of patellar tendon
    insertion on the proximal tibia.  Ill-defined increased density in
    the expected location of the suprapatellar fat pad likely
    represents a small right knee joint effusion.

    IMPRESSION:

    1.  No evidence of fracture or dislocation.
    2.  Probable small right knee joint effusion.
    3.  Moderate degenerative changes.

RADIOLOGISTS:                      SIGNATURES:
    CASSIE, CONRAD D M.D.              CASSIE, CONRAD D M.D.

                                  Finalized on:  02/01/2008 22:44

02/06/2008 12:06 FAX 96178873580    received    MGH IMAGING CENTER    ☒001

*(955973)*

## MASSACHUSETTS GENERAL HOSPITAL
### RADIOLOGICAL CONSULTATION

James L ROLLins
08/12/56
HPHC-FI
095-59-73
02/06/08
L BLEY
BOORTC    6613

**NAME:** ROLLINS, JAMES L                                    MRN                                    : M
                                                             DOB

**MRI Knee -**           **AN #11006153**
**3-Feb-2008**        **9:00 AM**
**Transcribed on: 4-Feb-2008**
**Last Edited on: 4-Feb-2008**

**History:** S/P TRAUMA TO RT KNEE WITH PAIN, EVAL LIGAMENTAL INJ. PT STATES W/C OR MVA RELATED.
=====================================================================

**TECHNIQUE:**
Magnetic resonance imaging of the RIGHT KNEE was performed WITHOUT injected contrast.

**COMPARISON:** Correlation with radiographs of the knee dated 2/1/08.

**FINDINGS:**

**Joint effusion:** There is a moderate joint effusion with synovitis.

**Menisci:** There is a free margin tear of the posterior horn of the medial meniscus, close to the root attachment site, with a horizontal component extending into the body. The lateral meniscus is unremarkable.

**Tendons and Ligaments:** The fibers of the medial collateral ligament are disrupted, with thickening and increased signal, consistent with a full thickness tear at the femoral attachment site. The lateral collateral ligament appears normal. The ACL and the PCL are intact. The extensor mechanism is also intact. There are enthesopathic changes of the attachment of the infrapatellar tendon to the tibial tubercle.

**Articular Cartilage:** There is thinning of the articular cartilage of the medial tibiofemoral compartment, with small flap formation along the weight-bearing surface of the medial femoral condyle. There is fissuring of the articular cartilage in the patellofemoral compartment, over the medial patella. There is also thinning and fissuring of the medial and lateral trochlear cartilage.

**Bone:** There is no evidence of fracture.

**Soft tissues:** There is increased signal in the posterior and medial soft tissues consistent with edema. This is likely secondary to rupture of a small Baker cyst, seen posteriorly.

## MASSACHUSETTS GENERAL HOSPITAL
### RADIOLOGICAL CONSULTATION

NAME: ROLLINS, JAMES L

MRN: 1948278        SEX:  M
DOB:  12-Aug-1956

MRI Knee -          AN #11006153
3-Feb-2008      9:00 AM
Transcribed on: 4-Feb-2008
Last Edited on: 4-Feb-2008


IMPRESSION:
Tear of the posterior horn and body of the medial meniscus.

Full thickness tear of the medial collateral ligament.

Cartilaginous changes of the medial tibiofemoral and
patellofemoral compartments.

Moderate joint effusion with synovitis.

Ruptured small Baker cyst.

In accordance with the department policy, the teaching physician,
Dr. Susan Kattapuram has reviewed all images, and edited the
report as required.

=======================================================================
RADIOLOGIST: ROLLS, HILLARY K, MD      /signed by/ ROLLS, HILLARY K, MD
RADIOLOGIST: KATTAPURAM, SUSAN V, MD   /signed by/ KATTAPURAM, SUSAN V, MD
In accordance with department policy, as teaching physician, I have
reviewed all images, and edited the report as required.

Requester: REMPELL, JOSHUA S, MD          Pat Loc at Time of Print: WIA1

# BRIGHAM & WOMEN'S HOSPITAL

BRIGHAM AND WOMEN'S HOSPITAL                073-00-28-8
HARVARD TEACHING AFFILIATE
BOSTON, MASSACHUSETTS 02115                 ROLLINS,JAMES


EMERGENCY DEPARTMENT

Note for visit on 03/16/08

NOTE:
        EDVISIT^07300288^ROLLINS, JAMES^03/16/08^WITTELS, KATHLEEN
        I saw this patient primarily.
        HISTORY OF PRESENT ILLNESS:  This is a 51-year-old male who fell
        a few months ago and sustained an injury to his right knee, which
        he believes was a right medial meniscus injury.  He is about to
        be going to physical therapy; however, he is staying in a veteran
        shelter at this time and needs clearance in order to be able to
        sleep on the bottom bunk because he says he is unable to climb up
        to the top bunk.  He is not taking any pain medication at this
        time.  He does complain of some pain in his right knee.  He has
        had no fevers or other complaints.
        PAST MEDICAL HISTORY:  Prior MI, hypertension, and
        hypercholesterolemia.
        SOCIAL HISTORY:  The patient denies smoking, alcohol, or IV drug
        use.
        FAMILY HISTORY:  Significant for diabetes.
        REVIEW OF SYSTEMS:  As per my HPI, additional systems are
        reviewed and are negative.
        MEDICATIONS:  Lipitor, he is unsure of the names of his other
        medications.
        ALLERGIES:  *No known drug allergies.*
        PHYSICAL EXAMINATION:  The patient is awake and alert, in no
        distress.  He is afebrile with normal vital signs.  Examination
        of the right knee reveals no bruising or abrasions.  There is
        some mild swelling of the knee.  The patient has good range of
        motion.  Tenderness is maximal along the medial joint line.
        EMERGENCY DEPARTMENT COURSE:  This is a 51-year-old male who
        sustained an injury to his right knee.  He has had no new trauma
        to the knee.  The patient is given Tylenol and ibuprofen for pain
        control in the Emergency Department.  He is also given a note
        stating that he should be sleeping at a bottom bunk until cleared
        by his primary care physician and orthopedist.
        PRIMARY DIAGNOSIS:  Right knee pain.
        DISPOSITION:  Discharged.
        CONDITION ON DISCHARGE:  Satisfactory.

        WITTELS, KATHLEEN M.D.
        D: 03/16/08
        T: 03/16/08
        Dictated By: WITTELS, KATHLEEN
        eScription document:4-9229466 HFFocus
        ******** Not reviewed by Attending Physician ********


Note by WITTELS,KATHLEEN A.,M.D. (KW29)




                                                            Page 1

BWH
BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

073-00-28-8
ROLLINS, JAMES
M 08/12/56
PO 821 3932
SOUTH ATTLEBORO, MA
DIAMOND
'VMA
PS DIVISIO

| | |
|---|---|
| Date: 3/16/08 | Triage Time: 2154 | CC: (R) knee pain |
| ESI ☐1 ☐2 ☐3 ☐4 ☑5 | Current Pain: 8 | CAP N/A | ☐ ID Screening completed ☐ Mask applied | Age: 51 |

Last Name: ROLLINS  First Name: JAMES  D.O.B. 8/12/56

Arrived Via: ☐ Car ☐ Ambulance ☑ Other ___  LMP:

☐ Arrives C-spine immobilized  IV ___  TD:

Primary Language: ☑ English ☐ Spanish ☐ Other ___
Interpreter: ☐ Professional ☐ Family ☐ Employee
☑ Medication list initiated  %SpO2 ___ CC %SpO2 ___

| PTA VS: | P | R | BP | SpO2 | O2 |
| Triage VS: | 64 | 16 | 159/90 | 0 | 98 |

PMH: ☐ Reports none  ☐ MI (R) knee
HTN injury
chole sterol

Allergies: ☑ None known

NPO ☐Y ☐N

Triage Note: 51 yo x 3 male c/o need for
medical pass. Injury to (R) leg living
shelter needs note, to sleep on
bottom bunk of bed  Signature T. McQuillan  RN I.D. #

| Room: 3 | Time: 2223 | Nursing Assessment: pt as noted above, pt states he has |
a meniscus tear. pt undergoing physical
therapy pt states baseline pain today to
pt (R) knee needs a note for the shelter. no new pain
pt seen today prior to this —  Signature (illegible) RN I.D. 53780

☐ Clothing bagged / labeled  Signature ___ RN I.D.

**Mental Status:**
☑ Awake, alert, oriented x3
☐ Awake, oriented
☐ Responds to verbal stimuli
☐ Responds to painful stimuli
☐ Unresponsive

**Behavior:**
☐ Unconscious
☑ Calm, cooperative
☐ Withdrawn/depressed
☐ Anxious
☐ Irritable/defensive
☐ Hostile/aggressive
☐ Other ___

**Pain:**
☐ Denies ☐ Unable to Assess
Location (R) knee
Provoked by:
☐ Sharp ☑ Dull ☑ Ache
☐ Pressure ☐ Cramp
☐ Constant ☑ Intermittent
☐ Radiates to ___ ☐ Other
Pain Scale 0-10 ___ 8

**Chronic Deficits:**
☐ Legally Blind ☑ None
☐ Hearing Aid
☐ Amputation/paralysis
☐ IV Shunt
☐ Mastectomy ☐ R ☐ L
☐ Walker ☐ Cane ☐ Brace
☐ Other ___

**Living Situation:**
☐ With family/friends
☐ Alone
☐ Responsible for others
☐ Homeless
☐ Nursing/Rest Home

**Nutrition:** ☑ NPO
Stated Wt. ___
Recent loss or gain ___
___ lbs
☐ Anorexia ☐ Nausea
☐ Deferred

**Speech:**
☑ Normal
☐ Slurred
☐ Aphasic

**Skin:**
☑ Dry & Warm ☐ Moist ☐ Cool
☐ Hot ☐ Mottled ☐ Pale

Mucous Membranes:

**Barriers to Learning:**
☐ None
☐ Unstable ☐ Emotional
☐ Language ☐ Cognitive
☐ Self Reading deficit

**D.V. Screen:**
☐ Yes ☐ No
☐ Yes ☐ No

**Substance Use:**

**Fall Risk:**
☑ None Identified
At risk due to:
☐ Known Hx fall
☐ Gait Disturbance
☐ ETOH/drugs
☐ Other ___
☐ Family present
☐ Direct observation

**Neuro:** ☑ N/A

| Pupils | L | R | Eyes | |
| Size | | | Verbal | |
| Reaction | | | Motor | |
| | | | GCS Total | |

☐ MAE
☐ + pronator drift ☐ R ☐ L
☐ + facial droop ☐ R ☐ L
Time ___ PCX glucose: ___

**Respiratory:** ☑ N/A
Breath Sounds:
Clear ☐ R ☐ L
Crackles ☐ R ☐ L
Wheezes ☐ R ☐ L
Diminished ☐ R ☐ L
Absent ☐ R ☐ L
☐ Cough
Peak Flow ___
Oxygen @ ___ L NC ☐ NRB

**Cardiac:** ☑ N/A ☐ On cardiac monitor
Initial Rhythm ___
Rate ___ ☐ Regular ☐ Irregular
Chest pain now ☐ Y ☐ N
☐ Radiating to ___
☐ Non-Radiating
☐ Pedal edema
☐ AICD ☐ Pacemaker

**Abdomen:** ☑ N/A ☐ Soft
☐ Distended ☐ Guarding ☐ Rigid
Tenderness:
☐ None ☐ Epigastric ☐ Rebound
☐ RUQ ☐ LUQ ☐ RLQ ☐ LLQ
☐ Periumbilical
Other ___
Bowel Sounds:
☐ Present ☐ Diminished ☐ Absent
Last BM ___

**GU:** ☑ N/A ☐ Anuric
☐ Voiding without difficulty
☐ Dysuria ☐ Hematuria
☐ Frequency ☐ Urgency
☐ Flank Pain ☐ R ☐ L
☐ Unable to void
☐ Incontinent ☐ Foley PTA
☐ Nephrostomy
☐ R ☐ L

**OB/GYN:** ☑ N/A
GR ___ Para ___
TAB ___ SAB ___
Vaginal Bleeding ☐ Y ☐ N
Vaginal Discharge ☐ Y ☐ N
Contraception ___
☐ FHT

**Eyes:** ☑ N/A
Visual Acuity
R ___
L ___
Both ___

| | | L | R |
| Exudate | | L | R |
| Redness | | L | R |

**Referrals:**
☐ ED Social Worker
☐ ED Care Facilitator
☐ Interpreter: ___

**Precautions Initiated:**
☐ Contact ☐ Contact plus ☐ Strict
☐ Droplet ☐ Airborne ☐ Enhanced
☐ Neutropenic
☐ Pressure Rm ☐ Neg ☐ Pos

**Behavioral Management:**
☐ Room Secured ☐ Searched
☐ Belongings removed
☐ Observer with Patient
☐ Restraint form initiated  Locker # ___

**Assessment completed by:**
Time: 2223  Signature (illegible)  R.N. ID. # 53780

0600010 (7/07)


073-00-28-8
ROLLINS, JAMES
M 08/12/58
PO BOX 1910
SOUTH ATTLEBORO, MA
DIAMOND, ER
RVHA
PS DIVISION

## Laboratory

| | | | | | Radiology | |
|---|---|---|---|---|---|---|
| ☐ CBC c̄ diff | ☐ PO4 | ☐ Mg | ☐ Lactate | | ☐ CXR | |
| ☐ PT/PTT | TOX. | ☐ Blood | ☐ Type & screen | | ☐ US | |
| ☐ BMP | ☐ CMP | ☐ Urine | ☐ Type & cross ___ units | | ☐ CT | |
| ☐ CK | ☐ TNI | ☐ AMY | ☐ LIPASE | | ☐ MRI | |
| ☐ D-dimer | | ☐ U/A/SED | ☐ UHCG | | | |
| ☐ BNP | | ☐ UC&S | ☐ QHCG | | | |

### Results:

uHcg
UA

Critical lab test _____    Reported to MD @ ____

CK _____
TNI _____

## Blood Cultures   ☐ N/A          EKG

| Time Drawn | Time Sent |
|---|---|

1. _____
2. _____

## Procedures

| ✗ Time | |
|---|---|

INTUBATION SIZE _____ LIPLINE _____ CONFIRMED  ☐ ETCO2
VENTILATOR:  MODE _____ RATE _____ TV _____ PEEP _____ FIO2 _____
☐ BIS MONITOR _____ RASS _____
☐ BIPAP  ☐ CPAP  FIO2 _____  I/E _____
CAPNOGRAPHY   ☐ SIDE   ☐ MAIN   INITIAL READING _____
☐ PORT-A-CATH ACCESSED c̄ # _____ HUBER  ☐ SINGLE  ☐ DOUBLE  ☐ PICC ACCESSED
☐ CENTRAL ACCESS 3LC/CORDIS SITE _____  ☐ POST CXR
A-LINE _____ SITE _____ SIZE _____ CSM ✓  ☐ CVP MONITORING   INITIAL READING _____
CHEST TUBE  ☐ R _____ CC  ☐ L _____ CC
EVD  ☐ R  ☐ L   OPENING PRESSURE _____ LEVEL @ _____ cm H2O   DRAINAGE _____

☐ Foley # _____    ☐ Quick Cath
☐ NG / OG         ☐ Placement confirmed
**Ortho:**            ☐ Knee immobilizer
☐ Cane  ☐ Crutches  ☐ Walker  ☐ Ace Wrap
☐ Sling  ☐ Ankle Stirrup  ☐ Splint
☐ Good Return Demonstration
☐ Blood Transfusion
Transfusion Reaction  ☐ No  ☐ Yes - See Note
☐ Procedural Sedation (see flow sheet)

## Medications

| | | | |
|---|---|---|---|
| Ibuprofen 600 mg  ☐ PO IM IV  2215 | | PO IM IV | |
| Tylenol 1000 mg  ☐ PO K IV  0245  8 | | PO IM IV | |
| | PO IM IV | PO IM IV | |
| | PO IM IV | PO IM IV | |

## IV Access, Infusions and Medications

| IV THERAPY | (1) SITE | SIZE | TIME | (2) SITE | SIZE | TIME | (3) SITE | SIZE | TIME | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| IV # | Time Started / Initials | Solution | Amount Hung | Medication & Dose | | Time Completed | Total In | Blood Product # | Time | Urine | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| TIME | TEMP | PULSE | RESP. | B/P | Rhy | SpO2 | O2 | PAIN | ASSESSMENT AND INTERVENTIONS |
|---|---|---|---|---|---|---|---|---|---|
| 2250 | | 77 | 18 | 143/61 | | 96 | RA | | ☐ 2:55 Discharge papers given to pt and explained. Verbalizes understanding, no voiced complaint on discharge. ~ J. Guillen |
| | | | | | | | | | |
| | | | | | | | | | |

**Discharge:**

| INITIALS | SIGNATURE | R.N. ID. # |
|---|---|---|
| J | J. Guillen | RN |
| J | | |



BRIGHAM AND WOMEN'S HOSPITAL
*A Teaching Affiliate of Harvard Medical School*
*75 Francis Street, Boston, Massachusetts 02115*

DANA-FARBER
CANCER INSTITUTE

## CONSENT TO HOSPITAL CARE AND MEDICAL TREATMENT

I Voluntarily consent to hospital care, including physician examinations and tests such as x-rays, blood tests, and simple medical treatment by the hospital medical staff as is necessary in their judgement.  No guarantees have been made to me as the result of treatments or examinations in the hospital.

I understand that if major diagnostic studies or treatment procedures such as an operation are required, I will be asked to give specific consent before they are carried out.

I authorize the Brigham and Women's Hospital to release information from my medical records necessary for the payment of bills by insurance companies, Medicare and Medicaid.  I request that direct payments be made to the hospital in my behalf by insurers and agencies in the settlement of such claims.

I authorize the Brigham and Women's Hospital to release information from my Medical Record of this visit to my primary physician.

I assume all responsibility for any personal property not turned over to Brigham and Women's Hospital for safekeeping and understand that the Hospital shall not be liable for the loss or damage to any of my personal property not so deposited.

THIS FORM HAS BEEN FULLY EXPLAINED TO ME AND I CERTIFY THAT I UNDERSTAND ITS CONTENTS.

Signature: _____ Date: _____ Time: _____ A.M./P.M.

If a patient is physically or legally unable to sign, or is a minor, complete at least one of the following:

Signature of parent/guardian/custodian: _____ Relationship: _____

☐ Patient is a minor, _____ years of age.                    ☐ Patient is legally incapable of consent.

☐ Patient is an emancipated minor, _____ years of age.

☐ Patient is too ill to sign.

☐ Telephone consent (minor's parent/guardian/custodian or administrative consent).

Details: _____

Consent by: _____

Relation to parent: _____

Witness: _____ Witness: _____

## CONSENTIMIENTO PARA RECIBIR CUIDADO HOSPITALARIO Y TRATAMIENTO MEDICO.

Voluntariamente doy mi consentimiento a recibir cuidado médico del hospital. Este cuidado médico puede incluir examinaciónes médicas y también otros exámenes tales como radiografías, exámenes de sangre, y tratamiento médico sencillo administrados por empleados médicos del hospital según sea necesario de acuerdo a su opinión. Ninguna garantía ha sido hecha acerca de los resultados del tratamiento  o los exámenes hechos en el hospital.

Comprendo que si hay necesidad de hacer estudios diagnósticos o tratamientos de mayor importancia como una operación, deberán pedir mi consentimiento para que sean llevados a cabo.

Autorizo al Hospital Brigham and Women's a hacer accesible aquella información de mi registro médico que sea necesario para el pago de las cuentas poe las compañías de seguro, Medicare y Medicaid. Pido que los aseguradores y las agencias pagan directamente de mi parte al hospital para liquidar esas cuentas.

Autorizo al Hospital Brigham and Women's a hacer accesible aquella información de mi registro medico de esta visita a mi medico de cabecera.

Asumo toda responsabilidad por cualquier propiedad personal no entregada a la segundad del Hospital Brigham and Women's y comprendo que el hospital no será responsable en caso de pérdida o daño a mis propiedades personales no entregadas a la segundad del hospital.

ESTE FORMULARIO HA SIDO COMPLETAMENTE EXPLICADO Y CERTIFICO QUE COMPRENDO SU CONTENIDO.

Firma: _____ Fecha: _____ Hora: _____ A.M./P.M.

Si el paciente es menor de edad, o no puede firmar debido a una condición física o legal, haga el favor de llenar por lo menos una de las siguientes:

☐ Paciente es menor de edad, _____ años de edad.              ☐ Paciente es legalmente incapaz de dar su consentimiento.

☐ El la paciente está demasiado enfermo (a) para firmar.

Firma del padre/guardián o persona responsable: _____ Relación: _____

☐ El paciente es un (una) menor emancipado (a) de _____ años de edad.

Emancipation Criterion: (Criterio de Emancipación:) _____

Signature/Confirmation: (Firma/Confirmación:) _____

☐ Consentimiento por vía telefónica (padre del menor, guardian, persona responsable o consentimiento administrativo).

Detalles: _____

Persona que brinda el consentimiento: _____

Relación o parentesco con el (la) paciente: _____

Testigo: _____ Testigo: _____

073-00-28-8
ROLLINS, JAMES
M  08/12/56

| Date: | Triage Time: | | CC: | | | |
|---|---|---|---|---|---|---|
| ESI ☐1 ☐2 ☐3 ☐4 ☐5 | | Current Pain: | CAP | ☐ I D Screening completed ☐ Mask applied | Age: 51 | |
| Last Name: | | First Name: | | | D.O.B. | |

**Arrived Via:** ☐ Car ☐ Ambulance ☐ Other ____
☐ Arrives C-spine immobilized   IV ____
**Primary Language:** ☐ English ☐ Spanish ☐ Other ____
**Interpreter:** ☐ Professional ☐ Family ☐ Employee
☐ Medication list initiated

| | | LMP: | | | | | |
| TD: | | | | | | | |
| PTA VS: | P | | R | BP | SpO₂ | O₂ | T |
| Triage VS: | P | | R | BP | SpO₂ | O₂ | T |

**PMH:** ☐ Reports none ____
**Allergies:** ☐ None known ____

NPO ☐ Y ☐ N

**Triage Note:** ____

Signature ____     RN I.D. # ____

**CC:**                                                                 Time Seen ____

**HPI:** (location, quality, severity, duration, timing, context, modifying factors)

fell a few mos ago → R meniscal injury
going to PT
@ Veterans shelter
needs note for bottom bunk
not taking meal
⊘ Fevers
c/o pain in knee,

**PAST MEDICAL HISTORY** ☐ None
☑ HTN ☐ Diabetes  insulin / oral / diet ☐ CAD / Angina
☑ MI ☐ CHF ☐ SVT / AFib ☐ VT / VF
☐ Asthma ☐ COPD ☐ Arthritis ☐ Cancer ____
☑ Hypercholesterolemia ☐ CVA ☐ GI Bleeding
☑ Seizure ☐ PE / DVT ☐ Depression ☐ HIV / AIDS
☐ Other ____

**SURGERIES / PROCEDURES** ☐ None
☐ CABG ____ ☐ Pacemaker/AICD ☐ Cardiac Cath ____
☐ Cholecystectomy ☐ Appendectomy
☐ Bilat Tubal Ligation ☐ TURP ☐ Hysterectomy ☐ Other ____

**SOCIAL HISTORY** ☐ Reviewed and non-contributory
TOB: never / past / current    Lives:   w/Family
        pack-years                      Alone
ETOH: ____ drinks/day                  In Nursing Home
        Last drink ____  Other ____
IVDU: never / past / current ____
D.V. Screen: Yes / No
Occupation ____

**FAMILY HISTORY** ☐ Reviewed and non-contributory
☐ CAD ____
☐ Cancer ____
☑ Other  Dty

**REVIEW OF SYSTEMS**  (Circle positive findings, X negative findings)

**Constitutional** ☐ None ☐ HPI
Fever / Chills / Weight loss

**Cardiovascular** ☐ None ☐ HPI
CP / SOB / Palpitations
Orthopnea / PND
Diaphoresis / Syncope

**Musculoskeletal / Ext / Back** ☐ None ☐ HPI
Neck Pain / Back Pain / Joint Pain

**Neuro** ☐ None ☐ HPI
Headache / Seizure
Sensory / Motor Loss
Difficulty Walking
Speech Problem
Confusion / Dizziness

**Head / Eyes** ☐ None ☐ HPI
Diplopia / Photophobia

**GI** ☐ None ☐ HPI
Abdominal Pain / Anorexia
Nausea / Vomiting / Diarrhea
Black / Bloody Stools

**Heme / Lymph / Immun** ☐ None ☐ HPI
Easy bruising / Edema

**ENT / Neck** ☐ None ☐ HPI
Sore Throat / Epistaxis / Tinnitus

**Skin** ☐ None ☐ HPI
Rash / Pruritus

**Psych** ☐ None ☐ HPI
Depression / Anxiety

**Chest / Respiratory** ☐ None ☐ HPI
Cough / SOB / Sputum

**GU / Pelvic** ☐ None ☐ HPI
Flank Pain / Dysuria / Frequency
Vaginal Bleeding / Discharge

**Other** ____

**MEDICATIONS** ☐ None
unsure of name

**ALLERGIES** ☑ NKDA

0600010 (7/07)

**MEDICAL RECORD COPY**



A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

073-00-28-8
ROLLINS,JAMES
M 08/12/56
PO BOX ____
____RO,MA 02
DIAMOND,ER
HVMA
PS DIVISION

# EMERGENCY DEPARTMENT RECORD

☐ Patient's home medications have been reconciled with
newly prescribed medications

**(✓ Check nl Findings, Circle Positive Findings and Explain)**

## PHYSICAL EXAM
☐ Awake, Alert ☐ WNWD
☐ Other ____

| T | P | R | BP | SpO2 |
|---|---|---|----|----|

*Distress* ☐ None ☐ mild ☐ mod ☐ severe

**HEENT**
☐ atraumatic          scleral icterus
☐ ENT nl inspection   pale / injected conjunctivae
☐ eyes nl             pharyngeal TM erythema

**NECK**
☐ nl inspection       cervical adenopathy ____
☐ supple              carotid bruit (R / L) ____
☐ non-tender          tenderness ____

**RESPIRATORY**
☐ no resp. distress   respiratory distress ____
☐ chest non-tender    chest wall tenderness ____
☐ nl breath sounds    decreased air movement ____
                      rales/rhonchi/wheezing ____

**CVS**
☐ regular rate, rhythm  irregularly irregular rhythm ____
☐ no murmur             tachycardia / bradycardia ____
☐ no gallop             JVD present ____
☐ no friction rub       murmur(s) ____
☐ nl jvd                gallop ( S3 / S4 ) ____
                        friction rub ____

**GI/ABDOMEN**
☐ soft, non-tender    distention ____
☐ no organomegaly     tenderness ____
☐ no masses           guarding / rebound ____
☐ nl bowel sounds     hepatomegaly / splenomegaly ____
                      hernia / mass ____

**RECTAL**
☐ heme neg stool      melena / bloody / heme + stool
☐ non-tender          tenderness / mass / nodule ____
☐ nl tone

**MALE GU**
☐ nl inspection       urethral discharge ____
☐ testicles nl palp   testicular mass / tenderness ____
                      scrotal swelling ____

**FEMALE GU**
☐ external exam nl    vaginal bleeding / discharge ____
☐ speculum exam nl    cervical motion tenderness ____
☐ bimanual exam nl    adnexal tenderness / mass ____
                      uterine tenderness / enlargement ____

**SKIN**
☐ intact.             cyanosis / diaphoresis / pallor ____
☐ warm, dry           skin rash ____
☐ no lesions, rash    lesions / ulcers ____

**BACK**
☐ non tender          point tenderness ____
☐ full ROM            CVA tenderness ____

**M/S EXTREMITIES**
☐ non tender          pedal edema ____
☐ nl ROM              calf tenderness ____
☐ no C / C / E        bony point-tenderness ____
☐ nl strength, tone   limited ROM / ligamentous laxity / ____
☐ nl pulses           joint effusion ____
                      decreased pulse(s) ____

**NEURO/PSYCH**
☐ oriented x 3        lethargic / agitated / unresponsive
☐ mood/affect nl      disoriented to person / place / time
☐ CN's nml (II - XII) depressed affect (SI / HI) ____
☐ no motor,           aphasia / dysarthria ____
   sensory deficit    ataxia / dysmetria ____
☐ reflexes nl         cranial nerve palsy ____
                      focal weakness / sensory deficit ____

**ADDITIONAL DETAILS** ____
____
____

**LABS:**
(lab panel diagrams: WBC / Hgb / Hct / PLT, Na / Cl / BUN / Glu, K / CO2 / Creat)

Lipase ____
CK ____
CKMB ____
TNI ____
D-dimer ____
BNP ____
PT ____ / PTT ____
INR ____

UA
  WBC ____
  RBC ____
  Bacteria ____
HCG   Pos   Neg
  Quant ____

**ECG**
☐ Sinus rhythm
☐ AF ☐ APCs ☐ VPCs
☐ Other Rhythm ____
☐ RBBB / LBBB
☐ ST elevation ____
☐ ST depression ____
☐ T wave changes ____

**INTERPRETATION:**
☐ Normal
☐ STEMI or equivalent
☐ Acute ischemia
☐ Non-specific ST or T-wave
   abnormality
☐ Other: ____

## INITIAL IMPRESSION & PLAN
____
____
____
____

## ED COURSE:
____
____

**IMAGING STUDIES:**

**Primary Dx:** ① knee pain     **Secondary Dx:** ____

☐ PCP Contacted: Dr. ____
☐ Phone
☐ Email

**DISPOSITION:** ☐ Admitted ☐ EDOBS ☒ Discharged ☐ Transferred ☐ Left before Completion ☐ Left AMA   **CONDITION ON DISCHARGE:** ☒ Satisfactory ☐ Fair ☐ Poor

Resident/PA/NP Signature: ____ , MD / PA / NP   (Printed): ____   ID: ____

Sign-out to ____   (Printed): ____

☐ I confirm that I have interviewed and examined the patient, reviewed the resident's documentation on the patient's chart, and discussed the evaluation, plan of care and disposition with the patient.
☐ This is a shared visit with the PA. I confirm that I have interviewed and examined the patient.

Attending Signature: ____ , MD   (Printed): ____   ID: ____

BWH
BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

073-00-28-8
ROLLINS, JAMES
M 08/12/56
PO BOX 3935
SOUTH ATTLEBORO, MA      02703
ATT#19 8829      DIAMOND, ERIC
                 MYRA
MED        PS DIVISION

## ABOUT YOUR EMERGENCY DEPARTMENT VISIT:

The name of the **provider responsible for your care:** _____ WITTUS _____ MD/PA

Your **diagnosis** is: _____ R knee pain _____

Test results: _____

_____

## YOU ARE BEING PROVIDED WITH AN UPDATED PATIENT HOME MEDICATION LIST. PLEASE FOLLOW ALL INSTRUCTIONS WITH REGARD TO THE MEDICATIONS YOU SHOULD BE TAKING.

You are also being provided with the following additional **printed instructions:**

**CareNotes:** _____

**DrugNotes:** _____

**Other instructions:** Follow up with your physical therapist as scheduled. Sleep on the bottom bunk to avoid stressing your knee. Return for any worsening symptoms

_____

## FOLLOW-UP CARE: _____

Call   ☐ Your personal physician (Dr._____)

☐ Specialty doctor/clinic: _____ ; phone #: _____

☐ Our physician referral line at 1-800-294-9999

To be seen (date / time): _____

**If you have any questions or concerns, please call (617) 732-5636 or return to the Emergency Department**

Patient Signature: _____ J. JamRollins _____   Date: 3/16/08

Date 3/16/08   Time 2240   **Provider's Signature** _____ DW Wittus _____ MD/RN/PA   CID | R | 4 | 2 | 9 |

(Printed) _____ R WITTUS _____

0600037 (5/07)

BWH
BRIGHAM AND WOMEN'S HOSPITAL
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115

**Patient Home Medication List**

073-00-28-8
ROLLINS,JAMES
M 08/12/56
PO BOX 3932
SOUTH ATTLEBORO,MA      02
                        DIAMOND,FR
          WHNA
          P5 DIVISION

**Source**    ☑ patient    ☐ family    ☐ EMS    ☐ med list/transfer form
Please list any allergies: _____

## Home Prescription Medications

| Name | Dose | Frequency | Last taken: date/time | Resume at discharge |
|------|------|-----------|----------------------|---------------------|
| Lipitor | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |

(If you need more space, please use second form.)

## Home over the counter medications such as herbal, supplements, or cold medications

| Name | Dose | Frequency | Last taken: date/time | Resume at discharge |
|------|------|-----------|----------------------|---------------------|
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |
| | | | | ☐ Yes  ☐ No |

## Additional Discharge Medications

Please take the medications that we have checked "yes" resume at discharge. In addition to those medications, you will take the medications listed below:

| Name | Dose | Frequency | Reason | Duration |
|------|------|-----------|--------|----------|
| Ibuprofen | 600mg | every 6 hours | for pain | |
| Tylenol | 1000mg | every 6 hours | for pain | |
| | | | | |
| | | | | |
| | | | | |

Date 3/16/08  Time 2240  MD Signature _____  MD CID [K][W][2][9]

0601189 (7/07)

Page 1 of 1

Brigham and Women's Hospital
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115
EMERGENCY ROOM PHYSICIAN ORDERS

073-00-28-8
ROLLINS,JAMES
M 08/12/56

Entered by: Kathleen A. Wittels, M.D. at 03/16/2008 10:3
9:14PM

SPECIAL NURSING          Order# 5466327
Height and Weight Order
Order # : 5466327
Start: (03/16/2008)

Deletepend by ISd at 03/18/2008 12:10:22AM

MEDICATION               Order# 5466328
IBUPROFEN
600 MG  PO
x1
Start: Today (03/16/2008)

Deletepend by ISd at 03/18/2008 12:10:22AM

MEDICATION               Order# 5466329
ACETAMINOPHEN (TYLENOL)
1,000 MG  PO
x1
Start: Today (03/16/2008)

Deletepend by ISd at 03/18/2008 12:10:22AM

Entered by: Kathleen A. Wittels, M.D. at 03/16/2008 10:4
0:04PM

DISCHARGE                Order# 5466334
Discharge Order for 03/16/08 at 10:40 PM Discharge Order
for 03/16/08 at 10:40 PM

Start: At Discharge (03/16/2008)

Deletepend by ISd at 03/18/2008 12:10:29AM

Printed 06/05/08 03:47 PM

Medical Record Permenant Copy

Brigham and Women's Hospital
A Teaching Affiliate of Harvard Medical School
75 Francis Street, Boston, Massachusetts 02115
EMERGENCY ROOM PHYSICIAN ORDERS

073-00-28-8
ROLLINS,JAMES
M 08/12/56

Page 1 of 1

Entered by: Kathleen A. Wittels, M.D. at 03/16/2008 10:3
9:14PM

SPECIAL NURSING
Height and Weight Order          Order# 5466327
Order # : 5466327
Start:  (03/16/2008)

Deletpend by ISd at 03/18/2008 12:10:22AM

MEDICATION                       Order# 5466328
IBUPROFEN
600 MG  PO
x1
Start: Today (03/16/2008)

Deletpend by ISd at 03/18/2008 12:10:22AM

MEDICATION                       Order# 5466329
ACETAMINOPHEN (TYLENOL)
1,000 MG  PO
x1
Start: Today (03/16/2008)

Deletpend by ISd at 03/18/2008 12:10:22AM

Entered by: Kathleen A. Wittels, M.D. at 03/16/2008 10:4
0:04PM

DISCHARGE                        Order# 5466334
Discharge Order for 03/16/08 at 10:40 PM Discharge Order
for 03/16/08 at 10:40 PM

Start: At Discharge (03/16/2008)

Deletpend by ISd at 03/18/2008 12:10:29AM

Medical Record Permenant Copy

Printed 06/06/08 02:23 PM

# Faulkner Hospital

# FAULKNER HOSPITAL

Brigham and Women's
Health Care

| DATE | RM/BED | SERV AREA | MS | RELIGION |
|------|--------|-----------|-----|----------|
| 05/05/08 | | PREADMIT A | D | P |

**DIAGNOSIS**
V72.83

**PATIENT**

Unit# 01018512     Acct# 23511026
ROLLINS,JAMES
8 SHABAZZ WAY

BOSTON              MA 02119
(617)999-0577

DOB: 08/12/56   AGE: 51      SEX: M

**ATTENDING MD**
BLEY,LOUIS M.D.

**MD PHONE**
(617)629-6242

**EMPLOYER**
NOT EMPLOYED

**NEXT OF KIN**

ROLLINS,JAMES

OSTERVILLE MA
(508)428-9943
FATHER

**PERSON TO NOTIFY**
ROLLINS,JAMES

OSTERVILLE MA
(508)428-9943

**GUARANTOR**

ROLLINS,JAMES
8 SHABAZZ WAY

BOSTON              MA 02119
(617)999-0577

**GUARANTOR EMPLOYER**
NOT EMPLOYED

**INSURANCE**

HARVARD PILGRIM HEALTHCA
HP113408001
ROLLINS,JAMES
SAME AS PATIENT

PCP: DIAMOND,ERIC M.D.
GRP: HVMA - POST OFFICE SQUARE

Primary Language spoken at home:

    English

Last Inpatient Visit Date: 04/05/08

Receipt of Privacy Notice: SIGNED
            Date of Receipt: 04/06/2008

                                        CERDIA

84000  4/06

## Authorization for Release of Information

I understand that **Faulkner Hospital** is part of an integrated health care delivery network known as *Partners HealthCare System*. I understand that my health care information, whether stored on paper, computer, film, or other medium is available to *Partners HealthCare System* now, and in the future on a Need-To-Know basis to health workers involved in my care, teaching, institutional review board approved research, and/or internal utilization management and quality review. I understand that **Faulkner Hospital** is committed to respecting the privacy and **confidentiality** of my medical information. **Faulkner Hospital** protects my privacy and confidentiality by complying with state and federal law and by creating and putting into practice policies and procedures that allow access of my personal medical information **only** for legitimate reasons. If I have questions about the privacy of my medical information or feel I need a level of confidentiality or privacy that goes beyond the customary practice of **Faulkner Hospital** as described above, I will speak with my nurse, physician, or healthcare provider.

| Initials | Date |
|---|---|

## Authorization for Release of Information to my Insurance Company

I hereby authorize the **Faulkner Hospital** to release information from my medical records to my Insurance carrier, _____, in order to process my hospitalization claim.

I expressly authorize **Faulkner Hospital** to release any and all information necessary to complete my hospitalization claim, including but not limited to sensitive information such as, HIV/AIDS testing, drug/alcohol treatment, and/or mental health treatment. Such authorization shall be effective from _____ until such date as it is expressly revoked by me, in writing.

| Initials | Date |
|---|---|

## Insurance Certification and Assignment

I certify that the information given by me in applying for payment under any title of the Social Security Act or by any other third party payors is correct. I assign to **Faulkner Hospital, Inc.** all hospital benefits due me under the terms of said policies and programs and payment for the unpaid charges of the physician(s) for whom the hospital is authorized to bill in connection with its services.

I AGREE THAT I AM RESPONSIBLE FOR PAYMENT IN FULL OF ALL CHARGES DUE TO FAULKNER HOSPITAL, INC. FOR ALL SERVICES RENDERED WHICH ARE NOT PAID BY THIRD PARTY PAYORS.

| Initials | Date |
|---|---|

## Statement to Permit Payment of Medicare Benefits to Provider and Physicians

1. I certify that the information given by me in applying for payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare Claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician or other medical services to the physician or organization and authorize them to submit a claim to Medicare for payment. I understand that I am responsible for any health insurance deductibles and co-insurance.

2. For outpatient services, I request that this authorization apply to the period _____ to _____

| Initials | Date |
|---|---|

## Consent to Hospital Care and Medical Treatment

I, the undersigned, do hereby give my voluntary consent for hospital care encompassing necessary procedures and medical treatment by my attending physician, his/her assistants and his/her designees as is necessary in his/her judgement.

I have read the foregoing and I understand it.

**Signature Verification Initials**

Signature _____ Relationship _____
patient, nearest relative, parent or legal guardian

Date _____

Witness _____ Admitting Officer's Signature _____

Date _____

Patient is unable to sign because _____

FAULKNER HOSPITAL

## DAY SURGERY
### PREOPERATIVE CHECKLIST AND ASSESSMENT

| Date of Surgery 5/8/08 | Surgeon Bling | Type of Admission Day Surgery (DS) | *Rollins, James* |
|---|---|---|---|
| Home Telephone 617-999-05?? | | Work Telephone | |

**Procedure** Right Knee Arthroscopy

| Birth date 8/12/1956 | Age 51 | OR Time | Arrival Time |
|---|---|---|---|

**PREOP TESTING** | Testing Source | ☐ Clinic | ☑ PCP | ☐ DMA | ☐ HV | ☐ MR | ☐ Other ____

### HEALTH MANAGEMENT PATTERN | PRIMARY PROVIDER OF HEALTH CARE | Date of preop physical visit ____

| HCT 44.2 | EKG 5/1 NSR Druid A 1° AVB | | H & P ☐ DOS ☑ DONE ☐ Update Needed (within 7-30 days) |
|---|---|---|---|
| BS | C/w Ekg 11/30/07 AA | Date of H & P 5/1/08 | |
| BUN | CXR | Old Medical Record ☑ Yes ☐ No    If Yes, Reviewed ☑ |
| CREAT 1.28 | ?for ?mp Clin | | |

Additional testing needs: Cardiac Clearance EV Cir PCP.

K 3.8

| | Requested | Received |
|---|---|---|
| Cardiology consult | ☑ | ☐ |
| EKG clearance by PCP | ☐ | ☐ |
| Pulmonary consult | ☐ | ☐ |

Testing present at time of CPE appointment ☑ Yes  ☐ No

MD office notified of H & P/Testing deficit ☐ Date(s) need Cardiac Clearance      **RN**
Dr Bling office Notified

### PRE-SCREENING APPOINTMENT CALL (if applicable) | PAT Appointment Date 5/5/08 Time: 1:00 ☑ AM ☐ PM

TIME OF ARRIVAL: ____ ☐ AM ☐ PM  ☑ MAY EAT AND TAKE ALL SCHEDULED MEDICATIONS

BRING A LIST OF ALL MEDICATIONS (INCLUDING OTC, HERBAL) THAT YOU TAKE. ☐

COMMENTS: 5/1/08 Left message ( 45 min w

Interpretive Service Needed ☐ Y ☐ N  If yes - interpreter contacted ☐  Date:      **RN**

### PREOP CALL AND INTERVIEW | Date / / | Time ☐ AM ☐ PM

- ☑ Nothing to eat or drink after midnight
- ☐ Take medications DOS Lisinopril metoprolol
- ☐ Leave valuable items at home.
- ☐ No colored nail polish, makeup, jewelry, contact lenses or hair pins
- ☐ Responsible adult to take patient home at anytime
- ☐ Bring eyeglass case

CURRENT MEDICATIONS: PRESCRIPTIONS OR "OVER THE COUNTER" DRUGS OR HERBAL SUPPLEMENTS

| NAME OF DRUG | DOSE/FREQUENCY | TIME OF LAST DOSE | NAME OF DRUG | DOSE/FREQUENCY | TIME OF LAST DOSE |
|---|---|---|---|---|---|
| Lisinopril | 10 mg day | | | | |
| metoprolol | 25 mg day | | | | |
| Simvastatin | 80 mg day | | | | |
| Asa | 81 mg day | | | | |
| MVI | 1 daily | | | | |

67550  7/07

Workflow®

# DAY SURGERY PRE-ADMISSION ASSESSMENT

| SYSTEM | MEDICAL HISTORY | SURGICAL HISTORY |
|---|---|---|
| Cardiovascular<br>☐ Denies problems | ☑ +MI   ☐ Murmur   ☑ CAD   ☐ HTN<br>☐ Angina   ☐ CHF   ☐ PVD   ☑ ↑Cholesterol<br>☐ MVP   ☐ Palpitations   ☐ AFIB<br>☐ Other   ☐ Pacemaker   ☐ AICD | *non st*    *Pacemaker    Death*<br>*viral Myocarditis 4/07* |
| Pulmonary<br>☐ Denies problems | ☐ COPD   ☐ Bronchitis   ☐ Asthma<br>☐ Pneumonia   ☐ Other: ___   ☐ TB<br>☐ Sleep Apnea *  ☐ CPAP Machine  ☐ Smoking cessation pamphlet given | ⊕ PPD   *Treated  2003*<br>Smoker: ☐ No  ☐ Yes _____/_____ pack years |
| Genito-Urinary<br>☐ Denies problems | ☐ UTI   ☐ Stone   ☑ Kidney Failure<br>☐ Other: ___  *Chronic-mild*<br>☐ BPH   ☐ Stress Incontinence   ☐ Bladder Tumors  *E 0* | |
| Hepatic<br>☐ Denies problems | ☐ Hepatitis   ☐ Cirrhosis   ☐ GB Disease<br>☐ Other: ___   ☐ Jaundice | |
| Neurological<br>☐ Denies problems | ☐ CVA   ☐ Headaches   ☐ Impaired vision/hearing<br>☐ Seizures   ☐ Other: ___ | |
| Gastro-Intestinal<br>☐ Denies problems | ☐ Ulcers   ☐ Bowel Problems   ☐ Hiatal Hernia<br>☑ Acid Reflux   ☐ Other: ___ | *rectal bleeding in pt*<br>*appy*<br>*colonoscopy — ?/__ bleeding* |
| Hematological /<br>Dermatological<br>☐ Denies problems | ☐ Anemia   ☐ Bleeding Disorders<br>☐ Other: ___<br>Skin Color/Integrity: ___ | |
| Endocrine /<br>Metabolic<br>☐ Denies problems | ☐ Diabetes Type I   ☐ Thyroid<br>☑ Diabetes Type II   *on plavix* | |
| Musculoskeletal<br>☐ Denies problems | ☐ Arthritis   ☐ Fracture   ☑ Back/Neck Injury<br>☐ Gait Disturbances   ☐ Other: ___ | |
| OB/GYN<br>☐ Denies problems | ☐ Menopause   ☐ LMP ___<br>☐ Other: ___ | |
| Psycho / Social<br>☐ Denies problems | ☐ Anxiety<br>☐ Depression<br>☐ Other: ___ | Primary Language: *English*<br>Level of Consciousness: ☑ Alert  ☑ Oriented  ☐ Disoriented<br>Present Behavior: ☐ Talkative  ☐ Lethargic  ☑ Cooperative<br>☐ Anxious  ☐ Combative<br>Living Situation: ___<br>Family/Significant Others: ___<br>Drugs ☑ No  ☐ Yes ___   Alcohol ☑ No  ☐ Yes ___<br>If yes, how much ___   If yes, how much ___<br>how often ___   how often ___ |

**Resources for Social Support**   ☐ V.N.A.   ☐ Day Care   ☐ Home Health Aide   ☐ Home Maker   ☐ Hospice   ☐ Meals on Wheels   ☑ None needed

**NURSING OBSERVATIONS**  *Seen in PAT, plus up bleeding reviewed. Pt instructed — in hurry to leave. Advised to get cardiac clearance. Dr HV — DiBleis office notified.*

☑ Watch training completed: ☑ Yes   ☐ Not Applicable      Health Care Proxy Form: ☑ Given   ☐ Declined

**PREOP/PROCEDURE INSTRUCTIONS:**
Pre-Procedure instructions provided and feedback indicated patient understanding.
Patient unable to give feedback secondary to condition.
Pre-procedure instructions provided to responsible adult and feedback indicated understanding.

**BARRIERS TO LEARNING:**

**PERTINENT CULTURAL PRACTICES:**

Signature: _____   RN   Date: _____