# DAY SURGERY PRE-ADMISSION ASSESSMENT

**\*\*DOMESTIC VIOLENCE/ABUSE\*\***

Do you feel unsafe or afraid of anyone (e.g. your partner, a relative, or anyone else)? ❑ Yes ❑ No  If yes, who? _____
Is anyone trying to control you (e.g. where you go, who you talk to, what you wear, how you spend money)? ❑ Yes ❑ No  If yes, who? _____
Has anyone hurt you, threatened to hurt you or someone that you care about? (For example, has anyone hit, slapped, or kicked you or forced you to perform sexual acts against your will)? ❑ Yes  ❑ No  If yes, who? _____

## FALL RISK

*Circle appropriate score. Choose one score per item number.*

| | | | | | |
|---|---|---|---|---|---|
| 1. History of Falling | yes = 25 | no = 0 | 5. Gait | | |
| 2. Secondary Diagnosis | yes = 15 | no = 0 | A. Normal/bedrest/wheelchair | yes = 0 | |
| 3. Ambulatory Aid | | | B. Weak | yes = 10 | |
| A. None/bedrest/nurse assist | yes = 0 | | C. Impaired | yes = 20 | |
| B. Crutches/cane/walker | yes = 15 | | 6. Mental Status | | |
| C. Furniture | yes = 30 | | A. Oriented to own ability | yes = 0 | |
| 4. IV Therapy/Heparin Lock | yes = 20 | no = 0 | B. Overestimates/forgets limitations | yes = 15 | |

**FALL TOTAL (1-6):** _____

Risk for Physiological Fall:    NO RISK = 0    LOW RISK = 1-24    MODERATE RISK = 25-45    HIGH RISK = >45
*If RISK SCORE is 36 or more put an ORANGE armband on patient \**

Mobility:  ☑ Ambulate     ❑ Cane     ❑ Crutches     ❑ Walker     ❑ Wheelchair
Difficulty with ADL    ❑ Yes  ☑ No        Recent Falls  ❑ Yes  ☑ No        Swallowing Problem  ❑ Yes  ☑ No
Appetite changes    ❑ Yes  ☑ No      Weight Loss greater than 10 lbs. in last 3 months  ❑ Yes    ❑ No
If yes to functional or nutritional assessment, patient advised to see PCP for evaluation and treatment  ❑ Yes

## PAIN ASSESSMENT

Level of consciousness:    alert and oriented ✓
                           easily aroused _____
                           difficult to arouse _____
                           somnolent _____

Do you have pain now?  ☑ Yes    ❑ No
Pain location _____
Have you had this pain before?    ❑ Yes    ❑ No
Pain intensity: # _____    Scale used:    Verbal Numeric (0-10) _____
                                            FLACC (0-10) _____
                                            Facial Numeric (0-10) _____
                                            Infant (0-10) _____
Pain Onset/Duration: _____
Pain Quality: Sharp _____ Dull ✓ Stabbing _____ Pressure _____ Throbbing _____ Burning ✓
and/or in patient's own words: _____
Pain Patterns: Intermittent ✓  Constant _____ Both _____
Aggravating Factors: _____
Relieving Factors: _____
Current Pain Management: _____
Patient's Pain Goal (0-10): _____
Educational Goals Met; patient informed:
    ✓ Pain management is an important part of your treatment.
    ✓ Your opinion about how to manage your pain is important.
    ✓ You can expect a timely response to reports of pain.
    ✓ Pain information booklet was given.

Patient advised to see PCP for evaluation and treatment of pain ❑ Yes    ❑ No    ❑ Not Applicable
Comments: _____

_____ RN _____ Date

Do you have any other pain?    ❑ Yes  ☑ No
Describe (if yes): If yes, proceed to  Secondary Pain Assessment  form.

**PREOPERATIVE CHECKLIST**

| O₂ SAT. | RESP RATE | RHYTHM | DESCRIBED-BREATH SOUNDS | PULSE | RHYTHM | BP | TEMPERATURE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Patient has Pacemaker ❑ AICD ❑**

PATIENT'S UNDERSTANDING OF PROCEDURE _right knee arthroscopy_

ALLERGIES: _NKD/I_

Height: _6' 1"_    Weight: _260# 117.9_

Nothing by mouth since: ❑ AM  ❑ PM

LAST VOID: ❑ AM  ❑ PM

Latex Allergy: ❑ Yes ❑ No    If yes, OR notified ❑

LEVEL OF CONSCIOUSNESS:  ❑ Alert  ❑ Oriented  ❑ Disoriented    Attention Span

Present Behavior:  ❑ Talkative  ❑ Lethargic  ❑ Cooperative  ❑ Anxious  ❑ Combative  ❑ Depressed  ❑ Unresponsive  ❑ Other ____

Mobility:  ❑ Ambulate  ❑ Cane  ❑ Crutches  ❑ Walker  ❑ Wheelchair    Body Posture

| | | |
|---|---|---|
| PATIENT SIGNED CONSENT.................................. ❑ Yes ❑ No | HAIRPINS, MAKE-UP AND NAIL POLISH REMOVED.......... ❑ Yes ❑ No ❑ N/A |
| PHYSICIAN SIGNED CONSENT.............................. ❑ Yes ❑ No | PROSTHESIS REMOVED................................................ ❑ Yes ❑ No ❑ N/A |
| ID BAND ON PATIENT.......................................... ❑ Yes ❑ No | HEARING AID REMOVED............................................. ❑ Yes ❑ No ❑ N/A |
| VALUABLES, JEWELRY REMOVED........................ ❑ Yes ❑ No | EYE GLASSES / CONTACT LENSES REMOVED.......... ❑ Yes ❑ No ❑ N/A |
| TATTOOS.............................................................. ❑ Yes ❑ No | DENTURES REMOVED _perm. crowns_........... ❑ Yes ❑ No ❑ N/A |
| | BODY JEWELRY REMOVED....................................... ❑ Yes ❑ No ❑ N/A |

NAME, TELEPHONE NUMBER AND LOCATION OF PERSON TO CONTACT AFTER SURGERY

NAME _Janice Rollins, father_

LOCATION ____    TELEPHONE # ____

---

**NURSING OBSERVATIONS**

| | |
|---|---|
| Admission Date:         Time: | Discharge plan: |
| Preop checklist completed:  ❑ Yes | ❑ Home with responsible adult, written instructions |
| Patient verbalizes understanding of preop and postop | and follow-up with MD. |
| instructions ❑ Yes     ❑ If No, explain: | |
| | |
| Patient assisted to anesthesia holding area, placed on | |
|    ~ stretcher ❑ | |
|    ~ recliner ❑ | |
| | |
| | RN |

---

| | | | |
|---|---|---|---|
| HEALTH CARE PROXY ❑ Yes ❑ No | If yes, Health Care Proxy Agent: ____ | | |
| COPY IN CHART ❑ Yes ❑ No | Name ____    Phone ____ | | |
| Pre-Admission Assessment reviewed    Yes ❑ | Revised Day of Surgery ❑ Yes    ❑ Not Applicable | | |

| NURSING DIAGNOSIS | EXPECTED OUTCOME | INTERVENTIONS | SIGNATURES | INITIALS |
|---|---|---|---|---|
| 1. Knowledge deficit re: perioperative process. | Patient will ask pertinent questions and verbalize understanding of what is expected in the perioperative period. | Inform about preop and postop procedures and restrictions. Review preop and postop instructions. | | |
| 2. Anxiety, fear of the unknown. | The patient expresses feeling of comfort and lessened anxiety prior to anesthetic induction. | Assess level of anxiety and possible causes, taking appropriate action. | | |


# FAULKNER HOSPITAL

Brigham and Women's
Health Care

PATIENT IDENTIFICATION AREA

## CENTER FOR PREOPERATIVE EVALUATION
## PREOPERATIVE INSTRUCTIONS

Your surgery has been scheduled for:  Date _____

**On the last business day before your surgery please contact the Day Surgery Unit at (617) 983-7179 to confirm your time of arrival. The best time to call is between 10 am - 1 pm.**

Upon your arrival at the hospital, report to the Day Surgery Preop area on the first floor. (If you are to be admitted to the hospital following your surgery, report to Central Registration/Admitting.)

### <u>TO BE PREPARED FOR YOUR SURGERY, PLEASE READ AND FOLLOW ALL THESE INSTRUCTIONS.</u>

### Section A - Medications
- On the morning of surgery please take the following medication, with a small sip of water: _____
  _____
- Do not take aspirin for 7 days before your procedure. If aspirin or Plavix is prescribed for your heart, please check with your Primary Physician or Cardiologist before stopping this.
- Do not take anti-inflammatory medicines such as Relafen, Motrin Advil, Ibuprofen, Naprosyn, Lodine, Day Pro, or Oruvail for 48 hours before your procedure. **Tylenol is acceptable.**
- If you are on blood-thinning medicine such as Coumadin, Plavix, Heparin, Lovenox, Persantine, Ticlid or Trental, please notify the nurse in Preoperative Evaluation.
- Do not take Vitamin E or any herbal supplements for one week before surgery.
- If you are a diabetic, do not take insulin or diabetic pills the morning of your procedure. Please bring them with you.
- Bring your asthma inhalers with you to the hospital.
- Stop smoking. This is important for your health and recovery.
- Limit alcohol prior to surgery and avoid alcohol the day before surgery.

### Section B - General Instructions
- Do not wear make-up the day of surgery.
- Do not bring valuables with you to the hospital, including money, credit cards, jewelry, cell phones, etc.
- Remove nail polish, contact lenses and all jewelry (including body piercings).
- Nothing to eat or drink after midnight on the evening before surgery. This includes water.
- Do not chew gum or have any mints or hard candy the morning of surgery.
- You may brush your teeth the morning of surgery.
- Special instructions for children: _____
- Do not use any hair products after shampooing, such as conditioners, gels, hairspray, etc. on the day of surgery.
- Do not use body lotions, sprays or moisturizers on the day of surgery.

### Section C - Day Surgery
- Please make arrangements for someone to drive you home after surgery. You will not be allowed to drive yourself home.
- You may not go home in a taxi by yourself.
- For your safety, please make arrangements for someone to stay with you the night of surgery.
- Review the copy of home care instructions provided.
- Visitors are allowed in the Recovery Room when patients are preparing to go home.

Person responsible for your ride home: _____
Phone #: _____

If you feel ill or have questions prior to your surgery, call the Preadmission Screening Unit and ask to speak with a nurse.

**Center for Preoperative Evaluation at Faulkner Hospital: Hours 7:30AM to 4:30PM, Monday to Friday,**
**(617) 983-7179 or (617) 983-7419 voice mail, FAX # (617) 983-7723**

Phone number where you can be reached, if the staff needs to contact you: _____

_____        _____
_Date_                           _Patient or Significant Other_

_____ R.N.

67165 7/02                    WHITE - Patient Copy

## Faulkner Hospital
# ANESTHESIA CONSENT FORM

C: / : : / : : : %

_____
Patient Identification

Dr. _____ has explained to me that a member or members of the Department of Anesthesia will induce anesthesia for relief of pain during the procedure(s) set forth on the Procedure Consent Form.

I understand that anesthesia involves a potential for risks including, and in addition to, those described on the Procedure Consent form.  These risks may include such things as injury to teeth, allergic reaction, damage to vocal cords, cardiac and / or respiratory problems, pain and discomfort, headaches, and loss of sensation or life.

I acknowledge that I have discussed the use of anesthesia or conscious sedation with a member of the Department of Anesthesia, who has explained the risks of the use of anesthesia or conscious sedation.  All of my questions have been answered to my satisfaction.

I understand that due to the reversible nature of perioperative events and the intrinsic life support character of anesthesia, Do-Not-Resuscitate (DNR) status can be suspended during the performance of invasive procedures requiring anesthesia or conscious sedation.  The DNR orders are then reinstituted after performance of the procedure and discharge from Post Anesthesia Care.  I may, after consultation with my physician, request specific limitations to treatments as noted below.

_____

_____

After discussion, if there are no specific limitations to treatment, I give consent to suspend "Do-Not-Resuscitate" orders during the surgery and post anesthesia care.

I give my consent to the induction of anesthesia.

_____        _____
Patient's Signature                                      Date

_____        _____
Anesthesiologist's Signature                         Date

65080 (3/02)

# FAULKNER HOSPITAL

Brigham and Women's
Health Care

| DATE | RM/BED | SERV AREA | MS | RELIGION |
|---|---|---|---|---|
| 09/11/08 | | SURGICAL D | D | P |

**DIAGNOSIS**

```
          Unit# 01018512      Acct# 23601656
P         ROLLINS,JAMES
A         8 SHABAZZ WAY
T
I         BOSTON           MA 02119
E         (617)999-0577
N
T         DOB: 08/12/56   AGE: 52      SEX: M
```

**ATTENDING MD**
  BLEY,LOUIS M.D.

**MD PHONE**
  (617)629-6242

**EMPLOYER** NOT EMPLOYED

```
N
E         ROLLINS,JAMES
X
T
          OSTERVILLE MA
O         (508)428-9943
F         FATHER
K
I
N
```

**PERSON TO NOTIFY** ROLLINS,JAMES

OSTERVILLE MA
(508)428-9943

```
G
U         ROLLINS,JAMES
A         8 SHABAZZ WAY
R
A         BOSTON           MA 02119
N         (617)999-0577
T
O
R
```

**GUARANTOR EMPLOYER** NOT EMPLOYED

```
I
N         HARVARD PILGRIM HEALTHCA
S         HP113408001
U         ROLLINS,JAMES
R         SAME AS PATIENT
A
N
C
E
```

```
PCP: DIAMOND,ERIC M.D.
GRP: HVMA - POST OFFICE SQUARE




Primary Language spoken at home:

   English

Last Inpatient Visit Date: 04/05/08

Receipt of Privacy Notice: SIGNED
          Date of Receipt: 04/06/2008
```

                                                              DUBMAR

84000   4/06

**BRIEF OPERATIVE NOTE** (Dictated Note Required):

PREOPERATIVE DIAGNOSIS:

ANESTHESIA:

POSTOPERATIVE DIAGNOSIS:

FLUIDS:

PROCEDURE:

URINE OUTPUT:

SURGEON:

ESTIMATED BLOOD LOSS:

ASSISTANT:

SPECIMEN:

FINDINGS:

DICTATED        BY ATTENDING ☐

RESIDENT: ☐

DICTATION JOB NUMBER _____

SIGNATURE: _____

DATE/TIME: _____

**POST PROCEDURE NOTE**

SIGNATURE: _____

DATE/TIME: _____

**DISCHARGE INFORMATION** (Dictated Discharge Summary required if stay is greater than 48 hours)

DISCHARGE DATE

DISCHARGE DIAGNOSIS

CONDITION AT DISCHARGE

DISCHARGE MEDICATION

FOLLOWUP APPOINTMENT

PHYSICIAN                    PHONE                    DATE/TIME

SIGNATURE                              M.D.    DATE/TIME

BWH

**Brigham and Women's**
**Health Care**

23601656       01018512

ROLLINS,JAMES
C?/12/1956 BLEY,LOUIS M.D.
8 SHABAZZ WAY BOSTON
09/11/2008
PATIENT IDENTIFICATION AREA

## CENTER FOR PREOPERATIVE EVALUATION
## PREOPERATIVE INSTRUCTIONS

Your surgery has been scheduled for:  Date _____

**On the last business day before your surgery please contact the Day Surgery Unit at (617) 983-7179 to confirm your time of arrival. The best time to call is between 1 pm - 3 pm.** *Call 9/3*

Upon your arrival at the hospital, report to the Day Surgery Preop area on the first floor. (If you are to be admitted to the hospital following your surgery, report to Central Registration/Admitting.)

### TO BE PREPARED FOR YOUR SURGERY, PLEASE READ AND FOLLOW ALL THESE INSTRUCTIONS.

**Section A - Medications**
- On the morning of surgery please take the following medication, with a small sip of water: _____
- Do not take aspirin for 7 days before your procedure. If aspirin or Plavix is prescribed for your heart, please check with your Primary Physician or Cardiologist before stopping this.
- Do not take anti-inflammatory medicines such as Relafen, Motrin Advil, Ibuprofen, Naprosyn, Lodine, Day Pro, or Oruvail for 48 hours before your procedure. **Tylenol is acceptable.**
- If you are on blood-thinning medicine such as Coumadin, Plavix, Heparin, Lovenox, Persantine, Ticlid or Trental, please notify the nurse in Preoperative Evaluation.
- Do not take Vitamin E or any herbal supplements for one week before surgery.
- If you are a diabetic, do not take insulin or diabetic pills the morning of your procedure.
- Bring your asthma inhalers with you to the hospital.
- Stop smoking. This is important for your health and recovery.
- Limit alcohol prior to surgery and avoid alcohol the day before surgery.

**Section B - General Instructions**
- Do not wear make-up the day of surgery.
- Do not bring valuables with you to the hospital, including money, credit cards, jewelry, cell phones, etc.
- Remove nail polish, contact lenses and all jewelry (including body piercings).
- Nothing to eat or drink after midnight on the evening before surgery. This includes water.
- Do not chew gum or have any mints or hard candy the morning of surgery.
- You may brush your teeth the morning of surgery.
- Special instructions for children: _____
- Do not use any hair products after shampooing, such as conditioners, gels, hairspray, etc. on the day of surgery.
- Do not use body lotions, sprays or moisturizers on the day of surgery.

**Section C - Day Surgery**
- Please make arrangements for someone to drive you home after surgery. You will not be allowed to drive yourself home.
- You may not go home in a taxi by yourself.
- For your safety, please make arrangements for someone to stay with you the night of surgery.
- Review the copy of home care instructions provided.
- Visitors are allowed in the Recovery Room when patients are preparing to go home.

If you feel ill or have questions prior to your surgery, call the Preadmission Screening Unit and ask to speak with a nurse.
Person responsible for your ride home: _____
Phone #**Center for Preoperative Evaluation at Faulkner Hospital: Hours 7:30AM to 4:30PM, Monday to Friday,
(617) 983-7179 or (617) 983-7419 voice mail, FAX # (617) 983-7723**

Phone number where you can be reached, if the staff needs to contact you: _____

_____
Date

_____
Patient or Significant Other

_____ R.N.

Workflow One

# FAULKNER HOSPITAL

**Brigham and Women's**
**Health Care**

## SURGICAL DAY CARE
## HOME CARE INSTRUCTIONS
## KNEE ARTHROSCOPIC SURGERY

23601656   01018512

ROLLINS, JAMES
08/12/1956  BLEY, LOUIS M.D.
5 SHABAZZ WAY BOSTON
09/11/2008

PATIENT IDENTIFICATION AREA

| Date | |
|------|---|
| Diagnosis | |
| Procedure | |
| Medications | |
| Physician | Next Office Appointment |
| Physician Tel # | |

## INSTRUCTIONS

1) Keep ice on your knee for the first 72 hours.
2) Lie down with your leg elevated higher than the level of your heart.
3) Use only partial/full weight bearing with crutches. (See crutch walking sheet.)
4) Begin quadriceps exercises in 48-72 hours.
5) Keep knee clean and dry. Change dressing in 48 hours. Use ace wrap if needed for support.
6) Check the circulation of your foot and toes frequently. Call your physician if:
   a) your toes and/or foot become pale, cool, and feel numb.
   b) there is severe redness or swelling of your operative site.
   c) severe pain, unrelieved by pain medication.
   d) unusual discharge from your wound.
   e) temperature greater than 100.5° F.
   f) difficulty urinating.
7) Due to urinate by _10pm [ ]_ .
8) You may shower after 48 hours.
9) Call office for a 10-14 day follow-up appointment.
10) Additional instructions: _____

## POST-ANESTHESIA INSTRUCTIONS

1) You should not drive an automobile yourself and must be accompanied home by a responsible adult.
2) Remain at home for 24 hours.
3) Refrain from activities in which decreased alertness might be a hazard for 24 hours:
   a) Do not drive a car.
   b) Do not make crucial decisions.
   c) Do not work complicated machines.
4) Do not drink alcoholic beverages for 24 hours after anesthesia.
5) If you have any problems associated with your surgery and/or anesthesia, call your physician immediately.
6) No smoking without supervision for 24 hours.

**If you experience new onset chest pain or shortness of breath, go to the nearest emergency room for evaluation.**

Signature: _____
**Patient**

_____
Nurse Discharging Patient

_____
Responsible Adult

**BWH**

**FAULKNER HOSPITAL**

Brigham and Women's
Health Care

## SURGICAL DAY CARE
## HOME CARE GUIDELINES
## CRUTCH WALKING

23601656   01018512
ROLLINS, JAMES
08/12/1956 BLEY, LOUIS M.D.
8 SHABAZZ WAY BOSTON
09/11/2008

| Date | |
|---|---|
| | PATIENT IDENTIFICATION AREA |
| Diagnosis | |
| Procedure | |
| Medications | |
| Physician | Next Office Appointment |
| Physician Tel # | |

**CRUTCH FITTING INSTRUCTIONS:**
- Two finger space between armpit and axillary pad
- Fifteen degree bend at the elbow

**TYPES OF WEIGHT BEARING PRECAUTIONS:**
- A. **NON-WEIGHT BEARING:** Do not apply any weight through involved leg.
- B. **TOUCH DOWN WEIGHT BEARING:** Allow only the ball of the foot to touch the floor for balance purposes.
- C. **PARTIAL WEIGHT BEARING:** Allow a maximum of 50% body weight to be applied to the involved leg.
- D. **WEIGHT BEARING AS TOLERATED:** Allow as much weight as tolerated through the involved leg.

**USE OF CRUTCHES:**
**ON LEVEL SURFACES**
- Crutch tips should be approximately 6" in front and 6" to the side of both legs.
- Advance both crutches, then the involved leg followed by the uninvolved leg.
- Continue this sequence applying proper weight bearing precautions.

**ON STAIRS (with railing)**
*Upstairs:*
- Hold the rail with one hand while the opposite hand holds the crutches.
- Step upward with the uninvolved leg followed by the crutches and the involved leg.

*Downstairs:*
- Hold the rail while placing the crutch on the lower step.
- Place the involved leg on the step to meet the crutch followed by the uninvolved leg.

**ON STAIRS (without use of railing)**
*Upstairs:*
- Step upward with uninvolved leg
- Follow with crutches and involved leg

*Downstairs:*
- Place crutches on lower step followed by the involved leg.
- Follow with uninvolved leg.

→ *BE SURE TO APPLY WEIGHT BEARING PRECAUTIONS APPROPRIATELY DURING USE OF THE STAIRS JUST AS ON LEVEL SURFACES*

**TIPS AND SAFETY:**
- When using crutches, be sure to place weight through hands, not armpits.
- Squeeze crutches between your arms and chest wall if a rest is needed during standing.
- If light-headed / dizziness occurs, avoid use of crutches or if in the process of walking, call for help.
- Be aware of the walking surface (i.e. indoors/outdoors).
- Remove scatter rugs from areas to be walked upon.

**If you experience new onset chest pain or shortness of breath, go to the nearest emergency room for evaluation.**

Signature:

| _____ | |
|---|---|
| Patient | |
| _____ | _____ |
| Nurse Discharging Patient | Responsible Adult |

**CHECK WITH YOUR DOCTOR**
**ABOUT WHICH EXERCISES**
**THEY WOULD LIKE YOU TO PERFORM.**

23601656      01018512

ROLLINS,JAMES
08/12/1956  BLEY,LOUIS M.D.
8 SHABAZZ WAY BOSTON
09/11/2008

## GENERAL INSTRUCTIONS FOR POSTOPERATIVE KNEE SURGERY

Success of your rehab is directly related to your commitment
to an exercise program. Consistent exercise produces results.
With exercise some muscle soreness or stretching may be felt.
This is normal.

Follow the exercise routine outlined by your physician and or
Physical therapist. Gradually increase the frequency of the
exercise as your knee becomes stronger.

Icing after exercise will help manage the discomfort that may occur.
Icing can be administered by the Cryocuff, a bag of ice cubes,
or a cold pack placed on your knee.
Ice should be left on your knee for 10 minutes.

Perform your exercise routine 3 times/day, followed by icing.

### 1. QUADRICEPS SETTING.

Sit on a flat surface with legs out straight. Tighten
the knee by pressing your knee into the flat surface.
Hold for a count of 5 seconds. Relax and repeat slowly,
holding the knee in the tightened position approximately
5 seconds each time. Repeat this exercise at least 25 times
every hour; it can also be performed at odd moments, such
as in the auto while waiting for a traffic light, sitting in a chair, etc.

### 2. STRAIGHT LEG RAISING.

Lie on your back with your involved leg out straight;
Opposite knee bent, foot flat on floor.
Lift your leg slowly off the bed. Raise the leg as high
as possible. Slowly lower the leg to the bed, keeping
the knee straight. Repeat ten times;
perform exercise three times daily.



Nurse _____ Date _____ Patient _____

72 10/05

# FAULKNER HOSPITAL

## PREOPERATIVE ORDERS

State date and time for all orders
All orders must be signed

**ROLLINS, JAMES**
09/11/2008
8 SHABAZZ WAY
BOSTON   MA 02119
**DOB: 08/12/1956**

ACC'T#: 230016567
MR#: 01018512

BLEY, LOUIS

AGE: 52    SEX: M

| | Date/Time Started | Signature |
|---|---|---|
| **ALLERGIES** | | |
| ☐ **NO PREOPERATIVE ANTIBIOTICS NEEDED** | | |
| ☐ **DELAY ANTIBIOTIC UNTIL AFTER INTRAOPERATIVE CULTURE** | | |
| **GROUP ONE ANTIBIOTICS:**<br>☑ CEFAZOLIN ☐ 1 GM ☒ 2 GM ☐ 3 GM INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION | 9.11.08 13³⁰ | *eastgrn cvn* |
| IF B-LACTAM ALLERGY:<br>☐ VANCOMYCIN ☐ 1 GM INTRAVENOUSLY 0-120 MINUTES PRIOR TO SKIN INCISION<br>OR<br>☐ CLINDAMYCIN ☐ 600 mg ☐ 900 mg INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION<br>IF SIGNIFICANT RISK FOR MRSA:<br>☐ VANCOMYCIN ☐ 1 GM INTRAVENOUSLY 0-120 MINUTES PRIOR TO SKIN INCISION | | |
| **GROUP TWO ANTIBIOTICS:**<br>☐ CEFOXITIN ☐ 1 GM ☐ 2 GM INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION<br>OR<br>☐ CEFAZOLIN ☐ 1 GM ☐ 2 GM and METRONIDAZOLE ☐ 500 mg ☐ 750 mg INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION<br>OR<br>IF B-LACTAM ALLERGY, CHOOSE ONE OF THE FOLLOWING ANTIBIOTIC GROUPS:<br>GIVE INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION | | |

Group Two selection table:

| ☐ CLINDAMYCIN | ☐ 600 mg | ☐ 900 mg |
|---|---|---|
| GENTAMICIN | ☐ 80 mg | ☐ 120mg |
| OR | | |
| ☐ METRONIDAZOLE | ☐ 500 mg | ☐ 750 mg |
| GENTAMICIN | ☐ 80 mg | ☐ 120 mg |
| OR | | |
| ☐ METRONIDAZOLE | ☐ 500 mg | ☐ 750 mg |
| LEVOFLOXACIN | ☐ 500 mg | ☐ 750 mg |

IF SIGNIFICANT RISK FOR MRSA:
☐ VANCOMYCIN ☐ 1 GM INTRAVENOUSLY 0-60 MINUTES PRIOR TO SKIN INCISION

**ANTICOAGULANTS:** ☐ YES  ☐ NO
☐ HEPARIN 5000 UNITS SUBCUTANEOUSLY
OR
☐ HEPARIN 7500 UNITS SUBCUTANEOUSLY
OR
☐ LOVENOX 40 mg SUBCUTANEOUSLY

DATE: 9 / 11 / 08    TIME: _____    SIGNATURE _____    MD BEEPER #: _____

GROUP ONE - CARDIAC THORACIC, VASCULAR, NEUROSURGICAL, ORTHOPEDIC, TRAUMA, HEAD/NECK, BILIARY

GROUP TWO - GENITOURINARY, BARIATRICS, COLORECTAL, APPENDECTOMY, HYSTERECTOMY (GYN)

 WorkflowOne

# FAULKNER HOSPITAL
## DOCTORS ORDER
STATE DATE AND TIME FOR ALL ORDERS
ALL ORDERS MUST BE SIGNED

**ALLERGIES**

**ROLLINS, JAMES**
09/11/2008
8 SHABAZZ WAY
BOSTON   MA  02119
**DOB: 08/12/1956**

**MR#: 01018512**

BLEY, LOUIS

AGE:  52    SEX:  M

| DATE | TIME | |
|------|------|---|
| 9.11.08 | | *(handwritten order)* |

**FAULKNER HOSPITAL**

**DOCTORS ORDER**

STATE DATE AND TIME FOR ALL ORDERS
ALL ORDERS MUST BE SIGNED

ROLLINS, JAMES
09/11/2008                    BLEY, LOUIS
8 SHABAZZ WAY
BOSTON   MA 02119
**DOB: 08/12/1956**
                              AGE: 52   SEX: M

MR#: 01018512

| ALLERGIES |
|-----------|

| DATE | TIME | POSTOPERATIVE ANESTHESIA ORDERS - FOR PACU USE ONLY |
|------|------|------|
| 9/11/8 | | ☐ 1. Admit to PACU |

**POSTOPERATIVE ANESTHESIA ORDERS - FOR PACU USE ONLY**

☐ 1. Admit to PACU

☐ 2. Oxygen:

  ☐ Oxygen via face mask at 8 liters/minute to keep SaO2 greater than 92%

  ☐ Oxygen via nasal cannula 2 liters/minute to keep SaO2 greater than 92%

  ☐ Ventilator settings:

| Tidal Volume | Rate | Mode | FiO₂ | Peep | |
|---|---|---|---|---|---|
| | | | | | |

☐ 3. Analgesics (check only one dosage regime for any particular analgesic).

| Morphine | ☑ Morphine 2 mg ☐ Morphine 4 mg | intravenously every 5 minutes as needed for pain. Maximum 20 mg | ☑ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Fentanyl | ☑ Fentanyl 25 mcg ☐ Fentanyl 50 mcg | intravenously every 5 minutes as needed for pain. Maximum ___ mcg | ☐ 1ˢᵗ ☑ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Hydromorphone | ☐ Hydromorphone 0.2 mg ☐ Hydromorphone 0.4 mg | intravenously every 5 minutes as needed for pain. Maximum ___ mg | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☑ 3ʳᵈ ☐ 4ᵗʰ |
| Meperidine | ☐ Meperidine 12.5 mg (Shivering) | intravenously one time as needed for shivering | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Other | ☐ Other: _____ | ___ mg every 5 minutes as needed for pain. Maximum ___ mg | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Ketorolac | ☐ Ketorolac 15 mg ☐ Ketorolac 30 mg | intravenously if not given in previous 6 hours | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |

☐ 4. Antiemetics (indicate up to 4 medications and specify the order in which they should be given).

**Medication Regime - specify medication(s) to be administered**

| Ondansetron | 4 mg intravenously as needed for nausea/vomiting | ☑ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Dexamethasone | 4 mg intravenously as needed for nausea/vomiting | ☐ 1ˢᵗ ☑ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Ephedrine | 25 mg intramuscularly as needed for nausea/vomiting | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Hydroxyzine | ___ mg intramuscularly as needed for nausea/vomiting | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Benedryl | ___ mg intravenously as needed for nausea/vomiting | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Famotidine | 20 mg intravenously as needed for nausea/vomiting | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Scopolamine Patch | 1.5 mg transdermal patch behind ear as needed for nausea/vomiting | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |
| Other | | ☐ 1ˢᵗ ☐ 2ⁿᵈ ☐ 3ʳᵈ ☐ 4ᵗʰ |

☐ 5  Diagnostic testing and miscellaneous orders

  ☐ CXR     ☐ EKG     ☐ Accucheck     ☐ Lab Work: _____

☑ 6.  Discharge when criteria met.

☐ 7.  Other Orders:

| M.D. | | BEEPER # 3 90 | DATE 9/11/8 | TIME 12 50 |
|------|------|------|------|------|

61882EZ (6/08)

Workflow-One

BRIGHAM AND
WOMEN'S HOSPITAL

DANA-FARBER
CANCER INSTITUTE

FAULKNER HOSPITAL

Brigham and Women's
HealthCare

TEACHING AFFILIATES OF HARVARD MEDICAL SCHOOL

**ROLLINS, JAMES**                          **MR#: 01018512**
09/11/2008                                  BLEY, LOUIS
8 SHABAZZ WAY
BOSTON   MA 02119
**DOB: 08/12/1956**                         AGE: 52   SEX: M

PATIENT MUST BE IDENTIFIED BY NAME AND MEDICAL RECORD NUMBER

## CONSENT FOR PROCEDURE

PROCEDURE: Right Knee Arthroscopy , Partial menisectomy

I understand the nature of my condition, the nature of the procedure, and the benefits to be reasonably expected compared with alternative approaches as has been explained to me.

I understand that there is a chance that major risks or complications of the procedure may occur, including (if applicable) but not limited to infection, hemorrhage, drug reactions, blood clots, loss of sensation, loss of limb function, paralysis, brain damage and loss of life. I also understand that with any procedure, there is always the possibility of an unexpected complication, and no guarantees or promises have been made to me concerning the results of any procedure or treatment. I also understand that unexpected findings may compel my surgeon to perform additional or alternate procedures not herein described.

Specific additional risks for this procedure, if applicable, may include, but are not limited to:

Infection

_____ will perform the procedure. The procedure may also involve the participation of resident physicians, fellows and/or physician assistants. My physician will determine when it is necessary for others to participate in my care.

I understand that it is possible that one or more healthcare industry professionals (technical representatives for medical equipment and device companies) may be present during this procedure for advisory purposes only.

I understand that blood or other specimens removed for necessary diagnostic or therapeutic reasons may later be disposed of by the hospital. These materials also may be used by BWH / FH/ DFCI, or other academic or commercial entities for research, educational purposes (including photographing), or other activity, if in furtherance of the Hospital's missions.

Since aspects of this procedure may have educational value, data, video or photographs may be obtained for teaching purposes, presentations at medical/scientific meetings or publications in medical scientific journals. All such recordings used for teaching purposes will be de-identified.

CONSENT FOR THE USE OF BLOOD PRODUCTS: I understand that there is sometimes a need for blood products during the procedure, and that the benefits from receiving  blood products outweigh the associated risks. A Blood Transfusion Information Sheet, which describes the risks, benefits and alternatives to transfusion is available should I have questions. I have had an opportunity for my questions about blood transfusion to be answered.



**FAULKNER HOSPITAL**

**ANESTHESIA CONSENT FORM**

ROLLINS, JAMES
09/11/2008
8 SHABAZZ WAY
BOSTON  MA  02119
**DOB: 08/12/1956**

MR#: 01018512

BLEY, LOUIS

AGE: 52    SEX: M

Dr. _____Zhang_____ has explained to me that a member or members of the Department of Anesthesia will induce anesthesia for relief of pain during the procedure(s) set forth on the Procedure Consent Form.

I understand that anesthesia involves a potential for risks including, and in addition to, those described on the Procedure Consent form. These risks may include such things as injury to teeth, allergic reaction, damage to vocal cords, cardiac and / or respiratory problems, pain and discomfort, headaches, and loss of sensation or life.

I acknowledge that I have discussed the use of anesthesia or conscious sedation with a member of the Department of Anesthesia, who has explained the risks of the use of anesthesia or conscious sedation. All of my questions have been answered to my satisfaction.

I understand that due to the reversible nature of perioperative events and the intrinsic life support character of anesthesia, Do-Not-Resuscitate (DNR) status can be suspended during the performance of invasive procedures requiring anesthesia or conscious sedation. The DNR orders are then reinstituted after performance of the procedure and discharge from Post Anesthesia Care. I may, after consultation with my physician, request specific limitations to treatments as noted below.

_____

_____

After discussion, if there are no specific limitations to treatment, I give consent to suspend "Do-Not-Resuscitate" orders during the surgery and post anesthesia care.

X _____    9/11/08
Patient's Signature                                  Date

_____    9/11/08
Anesthesiologist's Signature                         Date

65080EZ (6/08)

*Workflow*One

FAULKNER HOSPITAL

# DAY SURGERY
## PREOPERATIVE CHECKLIST AND ASSESSMENT

ACCT# 23601656          MR: 01018512

**ROLLINS, JAMES**
09/11/2008  BLEY, LOUIS
8 SHABAZZ WAY
BOSTON          MA  02119
DOB: 08/12/1956          AGE: 52  SEX: M

*rescheduled see Dr. Bley 2 other*
9/11/8

| Date of Surgery 9/11/08 | Surgeon Bley | Type of Admission Day Surgery (DS) |
|---|---|---|

Home Telephone 617-999-057?   Work Telephone   Rollins, James

9/11/8

Procedure Right Knee Arthroscopy 1315

| Birth date 8/12/56 | Age 52 | OR Time 1320 1315 | Arrival Time 1500 :1200 |
|---|---|---|---|

| PREOP TESTING | Testing Source | ☐ Clinic | ☐ PCP | ☐ DMA | ☑ HV | ☐ MR | ☐ Other |
|---|---|---|---|---|---|---|---|

| HEALTH MANAGEMENT PATTERN | PRIMARY PROVIDER OF HEALTH CARE | HV-Boston | Date of preop physical visit _____ |
|---|---|---|---|

:12/08

HCT  44.7   EKG 5/20/08 1° AV Block

BS _____   _____

BUN  17   CXR _____

CREAT 1.21

H & P  ☐ DOS  ☑ DONE  ☐ Update Needed (within 7-30 days)
Date of H & P  8/12/08
Old Medical Record ☑ Yes  ☐ No  GF  If Yes, Reviewed ☑ ✓

| Additional testing needs: K 4.2 | 5/08 Cardiology Consult | | Requested | Received |
|---|---|---|---|---|
| | 6/9/08 (-) Stress | Cardiology consult | ☒ | ☐ |
| | | EKG clearance by PCP | ☐ | ☐ |
| Testing present at time of CPE appointment ☐ Yes ☑ No | | Pulmonary consult | ☐ | ☐ |

MD office notified of H & P/Testing deficit ☐ Date(s) Office Called  ATN - Cardiology RN
Note: 8/27/08 1230 Spoke c HV - will fax Cardiac Clearance (Felix) RN

| PRE-SCREENING APPOINTMENT CALL (if applicable) | PAT Appointment Date 8/8/08 Time 1630 ☑ AM ☐ PM |
|---|---|

TIME OF ARRIVAL: _____   ☐ AM  ☐ PM  ☐ MAY EAT AND TAKE ALL SCHEDULED MEDICATIONS

**BRING A LIST OF ALL MEDICATIONS (INCLUDING OTC, HERBAL) THAT YOU TAKE.** ☐

COMMENTS: 8/26/08  left voice mail @ 1130 Am @
8/27/08

| Interpretive Service Needed  Y N ☐ ☐ | If yes - interpreter contacted ☐ | Date _____ | RN |
|---|---|---|---|

| PREOP CALL AND INTERVIEW | Date 9/10/08 | Time 3 ☐ AM ☑ PM |
|---|---|---|

☑ Nothing to eat or drink after midnight   Metoprolol (ecars)
☑ Take medications DOS _____ Metoprolol #1
☑ Leave valuable items at home.  Lisinopril (coate)

☑ No colored nail polish, makeup, jewelry, contact lenses or hair pins
☑ Responsible adult to take patient home at anytime
☑ Bring eyeglass case  9/11/08 R take Cor M

8/28/08  all above info given + reviewed - (illegible) R
* pt doesn't take anything for acid reflux 9/10 3P M.Wesley RN
9/3/08 420P. M.Wesley RN  9/3/08 - arrival time given to father (illegible)

**CURRENT MEDICATIONS: PRESCRIPTIONS OR "OVER THE COUNTER" DRUGS OR HERBAL SUPPLEMENTS**

| NAME OF DRUG | DOSE/FREQUENCY | TIME OF LAST DOSE | NAME OF DRUG | DOSE/FREQUENCY | TIME OF LAST DOSE |
|---|---|---|---|---|---|
| Metoprolol SR 25mg | | 9/11/08 4 AM | | | |
| Simvastatin 80mg | | 9/11/08 4pm | | | |
| Lisinopril 20mg | | 9/11/08 4pm | | | |
| ASA 81mg | | dc'd X 3 wks. | | | |
| MVI | | dc'd X 3 wks. | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

67550 4/08

**DOMESTIC VIOLENCE/ABUSE**

Do you feel unsafe or afraid of anyone (e.g. your partner, a relative, or anyone else)? ❏ Yes  ❏ No  If yes, who? _____
Is anyone trying to control you (e.g. where you go, who you talk to, what you wear, how you spend money)? ❏ Yes  ❏ No  If yes, who? _____
Has anyone hurt you, threatened to hurt you or someone that you care about? (For example, has anyone hit, slapped, or kicked you or forced you to perform sexual acts against your will)? ❏ Yes  ❏ No  If yes, who? _____

## FALL RISK

*Circle appropriate score. Choose one score per item number.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. History of Falling | yes = 25 | no = 0 | | 5. Gait | | |
| 2. Secondary Diagnosis | yes = 15 | no = 0 | | A. Normal/bedrest/wheelchair | yes = 0 | |
| 3. Ambulatory Aid | | | | B. Weak | yes = 10 | |
| A. None/bedrest/nurse assist | yes = 0 | | | C. Impaired | yes = 20 | |
| B. Crutches/cane/walker | yes = 15 | | | 6. Mental Status | | |
| C. Furniture | yes = 30 | | | A. Oriented to own ability | yes = 0 | |
| 4. IV Therapy/Heparin Lock | yes = 20 | no = 0 | | B. Overestimates/forgets limitations | yes = 15 | |

**FALL TOTAL (1-6):**

Risk for Physiological Fall:    NO RISK = 0    LOW RISK = 1-24    MODERATE RISK = 25-45    HIGH RISK = >45
*If RISK SCORE is 36 or more put an ORANGE armband on patient*

Mobility:    ❏ Ambulate    ❏ Cane    ❏ Crutches    ❏ Walker    ❏ Wheelchair
Difficulty with ADL    ❏ Yes    ❏ No    Recent Falls    ❏ Yes    ❏ No    Swallowing Problem    ❏ Yes    ❏ No
Appetite changes    ❏ Yes    ❏ No    Weight Loss greater than 10 lbs. in last 3 months    ❏ Yes    ❏ No
If yes to functional or nutritional assessment, patient advised to see PCP for evaluation and treatment    ❏ Yes

## PAIN ASSESSMENT

Level of consciousness:    alert and oriented _____
easily aroused _____
difficult to arouse _____
somnolent _____

Do you have pain now?    ❏ Yes    ❏ No        *right knee*
Pain location _____
Have you had this pain before?    ❏ Yes    ❏ No
Pain intensity: # _6-7_    Scale used:    Verbal Numeric (0-10) ✓
FLACC (0-10) _____
Facial Numeric (0-10) _____
Infant (0-10) _____

Pain Onset/Duration: _____ *long time* _____
Pain Quality: Sharp _____ Dull _____ Stabbing _____ Pressure _____ Throbbing _____ Burning _____
and/or in patient's own words: _____
Pain Patterns: Intermittent ✓ Constant _____ Both _____
Aggravating Factors: _____ *certain movements* _____
Relieving Factors: _____ *Rest* _____
Current Pain Management: _____
Patient's Pain Goal (0-10) _____

Educational Goals Met; patient informed:
✓ Pain management is an important part of your treatment.
✓ Your opinion about how to manage your pain is important.
✓ You can expect a timely response to reports of pain.
✓ Pain information booklet was given.

Patient advised to see PCP for evaluation and treatment of pain ❏ Yes    ❏ No    ❏ Not Applicable
Comments: _____
_____
_____ _RN_ _____ Date

Do you have any other pain?    ❏ Yes    ❏ No
Describe (if yes): If yes, proceed to "Secondary Pain Assessment" form.

# DAY SURGERY PRE-ADMISSION ASSESSMENT

| SYSTEM | MEDICAL HISTORY | SURGICAL HISTORY |
|---|---|---|
| **Cardiovascular**<br>❑ Denies problems | ☒ +MI  ❑ Murmur  ❑ CAD  ☒ HTN<br>❑ Angina  ❑ CHF  ❑ PVD  ☒ ↑Cholesterol<br>❑ MVP  ❑ Palpitations  ❑ AFIB<br>❑ Other  ❑ Pacemaker  ❑ AICD | 1° AV Block    Cardiac Cath<br><br>S/P Viral Myocarditis |
| **Pulmonary**<br>❑ Denies problems | ❑ COPD  ❑ Bronchitis  ❑ Asthma<br>❑ Pneumonia  ❑ Other:  ❑ TB<br>❑ Sleep Apnea *  ❑ CPAP Machine  ❑ Smoking cessation pamphlet given | (+) PPD  treated 2003<br><br>Smoker: ❑ No  ❑ Yes _____ / _____ pack years |
| **Genito-Urinary**<br>❑ Denies problems | ❑ UTI  ❑ Stone  ☒ Kidney Failure<br>❑ Other:<br>❑ BPH  ❑ Stress Incontinence  ❑ Bladder Tumors | chronic - mild |
| **Hepatic**<br>❑ Denies problems | ❑ Hepatitis  ❑ Cirrhosis  ❑ GB Disease<br>❑ Other:  ❑ Jaundice | |
| **Neurological**<br>❑ Denies problems | ❑ CVA  ❑ Headaches  ❑ Impaired vision/hearing<br>❑ Seizures  ❑ Other: | |
| **Gastro-Intestinal**<br>❑ Denies problems | ❑ Ulcers  ❑ Bowel Problems  ❑ Hiatal Hernia<br>☒ Acid Reflux  ❑ Other: | |
| **Hematological / Dermatological**<br>❑ Denies problems | ❑ Anemia  ❑ Bleeding Disorders<br>❑ Other:<br>Skin Color/Integrity: _____ | Rectal bleeding<br><br>S/P appy  S/P Chs |
| **Endocrine / Metabolic**<br>❑ Denies problems | ❑ Diabetes Type I  ❑ Thyroid<br>☒ Diabetes Type II | |
| **Musculoskeletal**<br>❑ Denies problems | ❑ Arthritis  ❑ Fracture  ❑ Back/Neck Injury<br>❑ Gait Disturbances  ❑ Other: | ® Knee injury 168<br><br>S/MVA  11/07 - whiplash & ROM |
| **OB/GYN**<br>❑ Denies problems | ❑ Menopause  ❑ LMP _____<br>❑ Other: | |
| **Psycho / Social**<br>❑ Denies problems | ❑ Anxiety<br>❑ Depression<br>❑ Other: _____ | Primary Language  English<br>Level of Consciousness  ☒ Alert  ☒ Oriented  ❑ Disoriented<br>Present Behavior:  ❑ Talkative  ❑ Lethargic  ❑ Cooperative<br>❑ Anxious  ❑ Combative<br>Living Situation: _____ @ home<br>Family/Significant Others: _____ sister<br>Drugs ☒ No  ❑ Yes _____ Alcohol ☒ No ❑ Yes<br>If yes, how much _____  If yes, how much _____<br>how often _____  how often _____ |

| Resources for Social Support | ❑ V.N.A.  ❑ Day Care  ❑ Home Health Aide  ❑ Home Maker  ❑ Hospice  ❑ Meals on Wheels  ❑ None needed |
|---|---|

**NURSING OBSERVATIONS**  Spoke to pt on phone screen
Pre op teaching reviewed 's

Crutch training completed: ☒ Yes  ❑ Not Applicable      Health Care Proxy Form: not ❑ Given  ❑ Declined

| **PREOP/PROCEDURE INSTRUCTIONS:** | **BARRIERS TO LEARNING:** |
|---|---|
| ❑ Pre-Procedure instructions provided and feedback indicated patient understanding.<br>❑ Patient unable to give feedback secondary to condition.<br>❑ Pre-procedure instructions provided to responsible adult and feedback indicated understanding. | Ø<br>**PERTINENT CULTURAL PRACTICES:**<br>Ø |

Signature: _____  RN  Date 8/28/0

# PREOPERATIVE CHECKLIST

| O2 SAT | RESP RATE | RHYTHM | DESCRIBED BREATH SOUNDS | PULSE | RHYTHM | BP | TEMPERATURE |
|--------|-----------|--------|-------------------------|-------|--------|-----|-------------|
| 97% | 20 | reg | breat sounds. | 58 | reg | 127/66 | 96° |

**Patient has Pacemaker** ☐ AICD ☐

PATIENT'S UNDERSTANDING OF PROCEDURE  Right Knee arthroscopy

240 lbs

**ALLERGIES:**  NKDA

Height: 6' 1"   Weight: 109 ☐ ☐ Kg.   hayfever seasonal —

Nothing by mouth since: 7 ☑ AM ☐ PM

4oz.

LAST VOID:   ☐ AM  ☐ PM

Latex Allergy: ☐ Yes ☑ No   If yes, OR notified ☐

LEVEL OF CONSCIOUSNESS:   ☑ Alert  ☐ Oriented  ☐ Disoriented

Attention Span   attentive

**Present Behavior:** ☑ Talkative ☐ Lethargic ☐ Cooperative ☐ Anxious ☐ Combative ☐ Depressed ☐ Unresponsive ☐ Other ___

**Mobility:** ☑ Ambulate ☐ Cane ☐ Crutches ☐ Walker ☐ Wheelchair

Body Posture   erect

| | | |
|---|---|---|
| PATIENT SIGNED CONSENT..................................... ☐ Yes ☐ No | HAIRPINS, MAKE-UP AND NAIL POLISH REMOVED....................... ☐ Yes ☐ No ☑ N/A |
| PHYSICIAN SIGNED CONSENT................................ ☐ Yes ☐ No | PROSTHESIS REMOVED.............................................. ☐ Yes ☐ No ☑ N/A |
| ID BAND ON PATIENT............................................ ☑ Yes ☐ No | HEARING AID REMOVED........................................... ☐ Yes ☐ No ☑ N/A |
| VALUABLES, JEWELRY REMOVED............................ ☑ Yes ☐ No | EYE GLASSES / CONTACT LENSES REMOVED............... ☐ Yes ☐ No ☑ N/A |
| TATTOOS.............................................................. ☐ Yes ☑ No | DENTURES REMOVED............................................... ☐ Yes ☐ No ☑ N/A |
| | BODY JEWELRY REMOVED...................................... ☐ Yes ☐ No ☑ N/A |

NAME, TELEPHONE NUMBER AND LOCATION OF PERSON TO CONTACT AFTER SURGERY

NAME  Dad + mom  (home)

LOCATION  James + Ell   TELEPHONE #  508-428-9943

## NURSING OBSERVATIONS

Admission Date: 9/11/08  Time: 11 Am

Preop checklist completed: ☑ Yes

Patient verbalizes understanding of preop and postop

instructions ☑ Yes  ☐ If No, explain:

Discharge plan:

☑ Home with responsible adult, written instructions

and follow-up with MD.

Patient assisted to anesthesia holding area, placed on

- stretcher ☑
- recliner ☐

J Humphreys RN

HEALTH CARE PROXY   ☐ Yes ☑ No   If yes, Health Care Proxy Agent: _____ Name _____ Phone _____

COPY IN CHART   ☐ Yes ☑ No

Pre-Admission Assessment reviewed   Yes ☑   Revised Day of Surgery  ☐ Yes  ☑ Not Applicable

| NURSING DIAGNOSIS | EXPECTED OUTCOME | INTERVENTIONS | SIGNATURES | INITIALS |
|-------------------|------------------|---------------|------------|----------|
| 1. Knowledge deficit re: perioperative process. | Patient will ask pertinent questions and verbalize understanding of what is expected in the perioperative period. | Inform about preop and postop procedures and restrictions. Review preop and postop instructions. | Nadine deJoeus RN<br>J Humphrey JH | |
| 2. Anxiety, fear of the unknown. | The patient expresses feeling of comfort and lessened anxiety prior to anesthetic induction. | Assess level of anxiety and possible causes, taking appropriate action. | | |

**FAULKNER HOSPITAL**
**OPERATING ROOM VERIFICATION CHECKLIST**
**FOR SURGICAL SITE**

MR#: 01018512

BLEY, LOUIS

ACCT#: 23601656
**ROLLINS, JAMES**
09/11/2008
8 SHABAZZ WAY
BOSTON  MA 02119
**DOB: 08/12/1956**

AGE: 52    SEX: M

Date of Surgery: _____

1346
Time of "Time Out"



| | | RN Signature |
|---|---|---|
| Patient Identification | ☐ Name   ☐ Birthdate | |
| Patient Verification of Operative Site Date/Procedure: | Left / Right / NA | RN Signature |
| See noted on Preoperative Checklist / Flowsheet | Left / Right / NA | RN Signature |
| Site noted on Informed Consent | Left / Right / NA | RN Signature |
| Site noted on History & Physical | Left / Right / NA | RN Signature |
| Site noted on Perioperative Record | Left / Right / NA | RN Signature |
| Physician noted site on X-rays (etc.) (as appropriate) | Left / Right / NA | RN Signature |
| Site marked by Surgeon | Left / Right / NA | RN Signature |
| VERBAL CONSENSUS (TIME OUT) of patient ID, procedure, site and side, correct patient position, availability of implants and any special equipment or special requirements by surgical team in the OR suite | Left / Right / NA | Surgeon Name: Dr Bley   Anesthesia Name |
| Prophylactic Antibiotic started within 60 minutes to 0 minutes of incision time | ☐ Yes  ☐ No  ☐ N/A | RN Signature |

Circle **Left or Right** as appropriate          *N/A Not Applicable

14EZ (5/08)

# Faulkner Hospital Anesthesia Record

DATE 09-11-2008   OR# 7   PSE Exhibit(s)

IDENTI 0036606656   01018512

FOLLIS, JAMES   COS
09/12/1956 BLEY, LOUIS M.D.
C SHABAZZ WAY BOSTON
09/11/2008

510 NKDA; 1091

| ANESTHESIOLOGIST / TIME | ASSESSED IMMED. PREINDUCTION | PRESENT FOR INDUCTION | IMMEDIATELY AVAILABLE | EMERGENCE | CRNA / RES / TIME | INITIALS |
|---|---|---|---|---|---|---|
| 1. | Sha | Sha | Sha | Sha | Em Stiguiry | cos |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |

POSTOP DIAGNOSIS   Chondromalacia
Right knee med. meniscal tear

OPERATIVE PROCEDURE
Right knee arthroscopy:
Med meniscal repair

| | |
|---|---|
| ANES START | 1322 |
| OR START | 1322 |
| OR STOP | 1411 |
| RR START | 1421 |

MACH # C
MACHINE CHECK ✓
EKG  IV
AUTO BP  RNE
OXIMETER  EYE
END TIDAL CO2
TEMP

EYE PROT  paper
NERVE STIM
BAIR HUGGER  UB892c
PLACED BY PER
☐ CVP  ☐ PA
☐ A LINE

WASTED CONTROLLED MEDS

| DRUG | ANESTHETIST | WITNESS |
|---|---|---|
| | | |

PREMEDS DOSE TIME   Versed 2mg
Fentanyl 50mg
SURGEONS  BLEY
O2  %-2 74/0
☐ NERVE BLOCK  ☐ BLOCK FOR POSTOP PAIN  ☑ GA LMA  ☐ MAC  ☐ SPINAL  ☐ EPIDURAL

CONTROLLED SUBSTANCES  Sevo (%)   25-1.5%

Chart Intravenous Antibiotics on Intravenous Antibiotic Order Sheet   CEFAZOLIN 2mL IV

| TAKEN | RETURNED | | | | | | | | | | | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | MIDAZOLAM (2) | | | | | | | | | | 2mg |
| 2 | 1 | FENTANYL (50) | | | | | | | | | | 100mg |

| | |
|---|---|
| INDUCTION / BLOCK / IV'S | Lido. |
| IV SIZE 20 SITE L hand | PROPOFOL |
| DRUGS | Decadron / Zofran / Ephedrine / Robinul |

INDUCTION
☑ Intravenous  ☐ None
☐ Inhalational  ☑ Easy
☐ Rapid sequence  ☐ Difficult
☐ Cricoid pressure (*Comment below)

MASK VENTILATION

AIRWAY
☐ Mask  ☐ ETT  LMA #5 XT easily

INTUBATION
☐ Oral  ☐ Nasal  ☐ In-situ/Trach

Blade(s)/Style:
Visualization (Circle) I  II  III  IV
(*Comment below)
ETT Size ____ cm  Fixed @ ____
☐ BBS  ☐ ETCO2  ☑ Atraumatic
Humidifier

REGIONAL  ☐ Sterile technique
☐ Block site confirmed ____ initials
Spinal ____
Epidural  Level ____
Other* ____
Needle(s) ____
Attempts ____

Paresthesia ☐ No  ☑ Yes*
(*describe below)
Agent Dose/Concentration

| FLUIDS | LR ↑ | | | | | | | | | | | 500 u |
| | BLOOD | | | | | | | | | | | |
| | BLOOD LOSS | | | | | | | | | | | min BTV |
| | URINE | | | | | | | | | | | |

| PARAMETERS | OXIMETER | 100 | 100 | | | | | | | | | |
| | ECG | 96 | 84 | SR | | | | | | | | |
| | ETCO2 | 25 | 35 | 58 | | | | | | | | |
| | FIO2 | 25 | 25 | .0 | | | | | | | | |
| | T° po | | | | | | | | | | | |
| | ET Sevo | | | | | | | | | | | |
| | CRNA / RESIDENT | | | | cos | | | | | | | |
| | ANESTHESIOLOGIST | | | | | | | | | | | |

| Time | 13:00 | 13:30 | 14:00 | 14:30 | 15:00 | 15:30 | 16:00 | 16:30 | PACU |
|---|---|---|---|---|---|---|---|---|---|

PATIENT SAFETY
☑ Safety belt on  ☐ Ax. Roll
☑ Eyes protected  ☑ 90; supin.
☑ Sideboard Restraints  ☑ Arms tucked
☐ Pressure areas check and padded

INCISION TIME ☐ = 1348
(See @ 15 'vs)

Spont. breathing.
420 X 10.
LMA D/c'd.
Teeth intact as preop.
To RR c̄ 100% O2 FM.
Report to RN.

PREINDUCTION VITAL SIGNS ARE THE FIRST VITAL SIGNS RECORDED ON THIS RECORD

BP  124/5?
P  69
R  14
SAT  100%
COND

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TV | 383 | 192 | 220 | | | | | | | |
| RATE | 18 | 12 | 14 | | | | | | | |
| PIP | SV | SV | SV | | | | | | | |
| P.P. & eye ✓ | / | / | / | | | | | | | |
| PT. Position | | | | | | | | | | |
| TOURN. | | | | | | | | | | |

## Faulkner Hospital
## PERIOPERATIVE PATIENT RECORD

ACCT# 23601656    MR: 01018512
**ROLLINS, JAMES**
09/11/2008   BLEY. LOUIS
8 SHABAZZ WAY
BOSTON        MA   02119
**DOB: 08/12/1956**    AGE: 52  SEX: M

PATIENT IDENTIFICATION AREA

Date __9/11/08__   ☐ Inpt. Rm. # _____

☑ DS    ☐ 23 hour Admit    ☐ AM

Scheduled Procedure __Right Knee Arthroscopy w/ Meniscectomy__

Allergies __NKDA__    ☐ Body Substance Isolation _____

**PREOPERATIVE**    Age __52__    Weight __109 kg__    Height __6'__

| NURSING DIAGNOSIS | EXPECTED OUTCOME | NURSING APPROACH | EVALUATION |
|---|---|---|---|
| Potential for anxiety related procedure, position, and fear of outcome of procedure | Patient will have improved ability to cope with anxiety | • Explain all procedures to patient prior to being anesthetized.<br>• Allow patient to verbalize fears.<br>• Reassure patient as procedures are being performed.<br>• Keep patient's exposure at a minimum level.<br>• Keep OR room noise and traffic to a minimum at all times. | Demonstrated understanding of explanations<br>☑ YES ☐ NO<br>If no, explain: |

EMOTIONAL STATUS: ☐ Appears anxious   ☑ Appears relaxed/calm   ☐ Other: Comments _____

BEHAVIOR OBSERVED: ☑ Cooperative   ☐ Confused   ☐ Combative   ☐ Other: Comments _____

R.N. Signature (Holding Area) _____   R.N. _____

## INTRAOPERATIVE

| | | | |
|---|---|---|---|
| Potential for alterations in skin integrity secondary to intraoperative position. | Patient's skin integrity will be maintained without injury. | • Maintain patient's body alignment.<br>• Protect potential/actual pressure points.<br>• Post procedure, assess skin integrity. | Tolerated procedure with no apparent injury<br>☑ YES ☐ NO<br>If no, explain: |
| Potential for injury and/or infection secondary to surgery. | Patient will remain infection free. | • Maintain aseptic technique according to dept. policy and AORN standards.<br>• Use appropriate prepping technique.<br>• Complete required counts.<br>• Place dispersive electrodes appropriately.<br>• Have all equipment in proper working order. | Avoidance of patient infection attempted<br>☑ YES ☐ NO<br>If no, explain: |
| Potential for fluid volume deficit. | Patient will maintain adequate circulating volume. | • Monitor outputs: urine, blood loss, etc.<br>• Monitor amount of irrigation used.<br>• Report all data to anesthesia care giver or surgeon as appropriate. | Reported all circulating volume data to surgeon and/or anesthesia care giver<br>☐ NA   ☑ YES   ☐ NO<br>If no, explain: |

65121  4/08

SEE BACK OF FORM FOR IMPLANT LOG

Workflow

**INTRAOPERATIVE**

| | |
|---|---|
| Operating Room Number ___7___ | Patient Identified By  ☒ ID Band  ☒ Verbal |

Time In ___1332___    Surgery #1 Start ___1348___    Surgery #2 Start ___

Time Out ___1411___    Surgery #1 End ___1400___    Surgery #2 End ___

SURGEON ___DR Bley___

Assistant(s) ___0___

ANESTHESIOLOGIST ___Dr Zong___    ANESTHETIST ___E Ostiguy CRNA___

TYPE OF ANESTHESIA ☒General ☐LMA ☐Spinal ☐Local ☐MAC ☐Regional ☐Epidural ☐A-line ☐CVP ☐PA

Circulator ___Aubodkri___    Relieved by ___    Time ___

Circulator ___    Relieved by ___    Time ___

Scrub ___A Jenkins St___    Relieved by ___    Time ___

Scrub ___    Relieved by ___    Time ___

PREOPERATIVE DIAGNOSIS ___Right Knee medial meniscus tear___

POSTOPERATIVE DIAGNOSIS ___Same + chondromalacia___

OPERATION ___Right Knee arthroscopic, medial meniscectomy___

TRANSPORTATION TO O.R.  ☐Wheelchair ☒Stretcher ☐Bed ☐Ambulatory ☐Recliner  Comments ___

SURGICAL TABLE  ☒Regular ☐FX Table ☐C-Arm Ext. ☐Cysto  Comments ___

OPERATING POSITION  ☒Safety Strap (per policy) ☐Supine ☐Prone ☐Lateral RT/LT ☐Lithotomy ☐Semi-Fowler
Other ___Left Knee down (Gol)___  Comments ___approved by DR Bley___

POSITIONAL AIDES  ☐Pillow ☐Covered Bean Bag ☐Bolster Roll ☒Gel Pads ☐Mayfield Headrest ☐Padded Footboard
☐Hand Table ☒Shea Headrest ☐Wilson/Andrews Frame ☐Padded Armboard ☒Left ☐Right
☐Axillary Roll ☐Gel Heel Protectors ☐Padded Stirrups ☒Arthroscopy leg holder ☐Black Hip Positioner
☐Other ___  Positioned by Whom ___Self + MD + room staff (ast)___

SURGICAL SKIN PREP  ☐Betadine ☐Phisohex ☐Alcohol ☐Zephiran ☒Dura Prep  Hair Clipping ☐Yes ☒No
Reaction ☐Yes ☒No  Comments ___

ELECTROCAUTERY ☒NA ☐Yes; ID# ___  Ground Pad Location ___  ☐Megadyne  Coag ___
Cutting ___  Condition of Skin Preop ___  Postop ___

BIPOLAR ☒NA ☐Yes; ID# ___

TOURNIQUET ☒NA ☐Yes; Location ___  Padded with Webril ☐No ☐Yes; Covered with steridrape ☐Yes ☐No

Pressure Checked Preop ☐No ☐Yes, BY ___  Pressure Setting ___

Time Up  1)___ 2)___  Time Down  1)___ 2)___  Total Time  1)___ 2)___

PNEUMATIC COMPRESSION BOOTS ☒NA ☐Yes  ID# ___

WARMING BLANKET ☐NA ☒Yes  ID# ___H8017___  ☒Top ☐Bottom

SPECIMENS OBTAINED:

☒No ☐Yes;  Pathology ___  # of Specimens ___

☒No ☐Yes;  Frozen Section ___

☒No ☐Yes;  Cultures ___  Verified with ___DR Bley___ M.D.

# SURGICAL COUNTS

| Initial Count: | | | 2nd Closing Count: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sponge | ☑ exempt | ☐ Yes | Sponge | ☐ exempt | ☐ yes | ☐ correct | ☐ incorrect | ☐ x-ray |
| Sharp | ☑ exempt | ☐ Yes | Sharp | ☐ exempt | ☐ yes | ☐ correct | ☐ incorrect | ☐ x-ray |
| Instrument | ☑ exempt | ☐ Yes | Instrument | ☐ exempt | ☐ yes | ☐ correct | ☐ incorrect | ☐ x-ray |

Comments _____    Comments _____

RN Signature _Au Redo, R_____    RN Signature _____

Scrub Name _A Jenkins S_____    Scrub Name _____

| 1st Closing Count: | | | | | | 3rd Closing Count: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sponge | ☐ exempt | ☐ Yes | ☐ correct | ☐ incorrect | ☐ x-ray | Sponge | ☐ exempt | ☐ yes | ☐ correct | ☐ incorrect | ☐ x-ray |
| Sharp | ☐ exempt | ☑ Yes | ☐ correct | ☐ incorrect | ☐ x-ray | Sharp | ☐ exempt | ☐ yes | ☐ correct | ☐ incorrect | ☐ x-ray |
| Instrument | ☐ exempt | ☐ Yes | ☐ correct | ☐ incorrect | ☐ x-ray | Instrument | ☐ exempt | ☐ yes | ☐ correct | ☑ incorrect | ☐ x-ray |

Comments _____    Comments _____

RN Signature _____    RN Signature _____

Scrub Name _____    Scrub Name _____

| | TIME COMPLETED | RN SIGNATURE | SCRUB SIGNATURE |
|---|---|---|---|
| Permanent Relief Count | | | |
| Permanent Relief Count | | | |

WOUND CLASSIFICATION  ☑ Clean I    ☐ Clean Contaminated II    ☐ Contaminated III    ☐ Dirty IV

URINARY CATHETER  ☑ No    ☐ Yes    In O.R. ☐ Yes  Inserted by _____ Size/type _____

URINE OUTPUT    Initial _____ Color _____ Intraoperative _____ Color _____ Total _____

DRAINS    ☑ No    ☐ Yes    Type _____ Location _____

Type _____ Location _____

EBL ___mind___

PACKS    ☑ No    ☐ Yes    Type _____ Location _____

| DRESSING | ☐ Dermabond | ☐ Benzoin | ☐ Mastisol | ☐ Steri Strip | ☑ Xeroform/Adaptic |
|---|---|---|---|---|---|
| | ☐ Bacitracin Oint | ☑ Dry Sponge | ☑ ABD Pad | ☐ Webril | ☑ Kling/Kerlix |
| | ☑ Ace Wraps | ☐ Eye Pads | ☐ Fox Eye Shields | ☐ Peri Pad & Mesh Pants | |
| | | | | ☐ Other _____ | |
| TAPE | ☐ Dermicel | ☐ Opsite/Tegaderm | ☐ Microfoam | ☐ Paper | ☐ Elastoplast |
| | ☐ Application Splint/Cast | ☐ Adhesive | ☐ Other _____ | | |

MEDICATIONS ON SURGICAL TABLE _____ Solutions ☐ Ban    ☑ LR

_Lidocaine 1% epi 20cc prep by rn_

_Marcaine 0.5% plain 30 cc dil by rn_    ☐ Glycine    ☐ Saline

**FAULKNER HOSPITAL**
**POST-ANESTHESIA CARE UNIT**

ALLERGIES: NKDA 52

ACCT# 23601656    MR: 01018512

**ROLLINS, JAMES**
09/11/2008   BLEY, LOUIS
8 SHABAZZ WAY
BOSTON        MA  02119
DOB: 08/12/1956    AGE: 52 SEX: M

DATE: SEP 11 2008    TIME IN: 1411

SURGEON/RESIDENT

ANESTHESIOLOGIST

TYPE OF ANESTHESIA: ☐ GENERAL  ☐ MASK  ☐ MAC  ☐ LOCAL  ☐ EPIDURAL  ☐ ETT  ☐ LMA  ☐ SPINAL  ☐ REGIONAL

Intraoperative Meds: 2V 100f  4Z 5 Dec

PROCEDURE: R knee scope, Medial meniscectomy

PMH/PSH: local 20cc, 30cc
See anesthesia preop

## PREOP VITAL SIGNS & LABS

BP 166/58
O2 SAT 97  ASA II
Wgt 109 kg.  Hgt 6'1"
Hct ___ K ___ BS ___

| TIME | 1411 | 1415 | 1430 | 445 | 500 | 1515 |
|---|---|---|---|---|---|---|
| RHYTHM/PVC'S | SR | SR | SR | SR | SR | |
| TEMPERATURE | 97.2 | | | | | 97.7 |
| PULSE | 62 | 100 | 59 | 50 | 51 | |
| RESPIRATORY RATE | 12 | 13 | 12 | 12 | 13 | |
| BLOOD PRESSURE | 127/56 | 122/54 | 127/58 | 121/69 | 113/68 | 124/76 |
| FIO2 / Airway | 6L | 6L | 6L | 6L | 6L | |
| O2 Sat. | 100 | 100 | 100 | 100 | 100 | |

## AIRWAY

1. Mask
2. Nasal Cannula
3. Nasal Trumpet
x - see note
4. Oral Airway
5. Ett
6. Trach

## PAIN ASSESSMENT

Quality
- Dull
- Burning
- Pressure
- Sharp
- Throbbing
- Other

Intensity
Communicative Patients 0-10

Non-Communicative Patients 0-10
See FLACC Scale

Pharmacologic
P  Pharmacological -see med sheet

Nonpharmacologic Interventions
1. Cold/Ice
2. Heat
3. Positioning
4. Environmental
   -Shut Door
   -Dim Lights
5. Distraction
6. Massage
7. Music
8. Relaxation

Reassessment
Post Intervention - Reassess Pain Scale if intervention given
- or -
N/A if no intervention

| | | | | | | |
|---|---|---|---|---|---|---|
| Location of pain | R knee → | | | | | |
| Quality of pain | / | / | / | / | / | |
| Intensity communicative Patient 0-10 | 0 | 0 | 0 | 0 | 0 | 0 |
| Intensity Non-communicative Patient 0-10 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-pharmacologic Interventions | 1,3 | 1,3 | 1,3 | 1,3 | 1,3 | 1,3 |
| Reassessment | ✓ DOCUMENTED BY PAIN SCALE AND/OR PROGRESS NOTES | | | | | |

## POST-ANESTHETIC RECOVERY SCORE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ACTIVITY** | | | | | | | |
| MOVES ALL 4 EXTREMITIES ON COMMAND | =2 | 2 | 2 | 2 | 2 | 2 | 2 |
| MOVES ALL UNBLOCKED EXTREMITIES | =1 | | | | | | |
| MOVES NO EXTREMITIES | =0 | | | | | | |
| **RESPIRATIONS** | | | | | | | |
| ADEQUATE TIDAL VOLUME | =2 | 2 | 2 | 2 | 2 | 2 | 2 |
| DYSPNEA OR INADEQUATE TIDAL VOLUME | =1 | | | | | | |
| NO SPONTANEOUS RESPIRATIONS | =0 | | | | | | |
| **CIRCULATION** | | | | | | | |
| SYS. BP ± 20 MMHG PRE-ANESTHETIC LEVEL | =2 | 2 | 2 | 2 | 2 | 2 | 2 |
| SYS. BP ± 20-40 MMHG PRE-ANES. LEVEL | =1 | | | | | | |
| SYS. BP ± 40 MMHG PRE-ANES. LEVEL | =0 | | | | | | |
| **CONSCIOUSNESS** | | | | | | | |
| FULLY AWAKE | =2 | 1 | 1 | 1 | 1 | 2 | |
| AROUSABLE | =1 | | | | | | |
| NON-RESPONSIVE | =0 | | | | | | |
| **OXYGEN SATURATION** | | | | | | | |
| SPO2 GREATER THAN 92% ON RA | =2 | 1 | 1 | 1 | 1 | 2 | |
| SPO2 GREATER THAN 90% SUPP. 02 | =1 | | | 1 | | | |
| SPO2 LESS THAN 90% wSUPP. 02 | =0 | | | | | | |
| **TOTAL SCORE** | | 8 | 8 | 8 | 8 | 10 | |

DISCHARGED BY CRITERIA: [signature]    RN
TIME OUT: 16:16
DISCHARGED TO: Home c̄ Dad
DISCHARGE SCORE: 10

67150  7/07

1

| TIME | | ADM | DC | SKIN | ADM | DC | RESPIRATION | ADM | DC | BREATH SOUNDS | ADM | DC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EYES OPEN | 1. SPONTANEOUS | | ✓ | WARM | ✓ | ✓ | REGULAR | ✓ | | CLEAR | ✓ | ✓ |
| | 2. TO SPEECH | ✓ | | DRY | ✓ | ✓ | DEEP | | | RHONCHI | | |
| | 3. TO PAIN | | | INTACT | | | SHALLOW | | | WHEEZES | | |
| | 4. NONE | | | COOL | | | LABORED | | | RALES | | |
| MOTOR RESPONSE | | | | DIAPHORETIC | | | UNLABORED | ✓ | ✓ | DIMINISHED | | |
| 1. OBEYS COMMANDS | | ✓ | | SEE NOTE | | | SEE NOTE | | | SEE NOTE | | |
| 2. NO RESPONSE TO COMMANDS | | | | ABDOMEN | | | DRESSING | | | ABSENT | | |
| 3. RESPONDS TO PAINFUL STIMULI | | | | SOFT | ✓ | | DRY AND INTACT | ✓ | | BEHAVIOR | | |
| 4. PURPOSELESS MOVEMENT | | | | FLAT | | | LOCATION | | | COOPERATIVE | ✓ | ✓ |
| 5. DECORTICATE | | | | TENDER | | | SEE NOTE | | | CRYING | | |
| 6. DECEREBRATE | | | | NON TENDER | ✓ | ✓ | IV SITE | | | WITHDRAWN | | |
| MOTOR STRENGTH | L ARM | 4 | | DISTENDED | | | PATENT | ✓ | | TALKATIVE | | |
| 4=NORMAL STRENGTH | L LEG | 4 | | NAUSEA Y/N | N | | NO REDNESS | ✓ | | RESTLESS | | |
| 3=LIFTS AND HOLDS | R ARM | 4 | | PALPABLE Y/N | N | | NO SWELLING | | | CALM | ✓ | ✓ |
| 2=LIFTS AND FALLS BACK | R LEG | 3 | | BLADDER | | | SEE NOTE | | | COMBATIVE | | |
| 1=MOVES ON BED | TOTAL | 15 | | SEE NOTE | | | SAFETY CHECK | | | ANXIOUS | | |
| 0=NO MOVEMENT | | | | | | | ALARMS ON | ✓ | | SEE NOTE | | |

PUPILS



L
R

| | | | |
|---|---|---|---|
| 6mm | | | |
| 7mm | 5mm | | |
| | | 4mm | |
| 8mm | 3mm | | |
| | 2mm | | |

N =Normal
S =Sluggish
F =Fixed

| | | |
|---|---|---|
| BOTH SIDERAILS UP | ✓ | |
| BRAKES ON | ✓ | |
| SEE NOTE | | |

## RESPIRATORY CARE

| TIME | INITIALS | FIO₂ | VENT RATE/ PT. RATE | MODE | T.V. | P.I.P. | PEEP/ CPAP | CUFF PRESS/ VOL PRESS | INSP. FORCE | T.V./ V.C. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

MECHANICAL / SPONT. MECHANICS

## LAB RESULTS

| TIME | INITIALS | FIO₂ | pH | PCO₂ | PO₂ | O₂Sat. | HCO3 | BLOOD SUGAR | BUN | CREAT | Na | K | Hct | Hgb. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |

OTHER BLOOD WORK

| TIME | XRAY | TIME | EKG |
|---|---|---|---|
| | | | |

| TIME | MEDICATION | TIME | MEDICATION | TIME | MEDICATION |
|---|---|---|---|---|---|
| | broken 3 no 70 ⓇL | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| NURSING DIAGNOSIS | EXPECTED OUTCOME | INTERVENTION |
|---|---|---|
| 1. POTENTIAL FOR PAIN | PATIENT WILL VERBALIZE COMFORT | ASSESS PAIN, REPOSITION FOR COMFORT, MEDICATE PRN. REASSESS PAIN. |
| 2. POTENTIAL FOR ALTERATION IN TISSUE PERFUSION | TISSUE PERFUSION WILL BE MAINTAINED | MONITOR VITAL SIGNS FREQ. APPLY WARM BLANKETS. MAINTAIN PATENT AIRWAY. CHECK OPERATIVE SITE FREQUENTLY. |
| | | |

2

## FLUID BALANCE

### INTAKE

| TIME/ AMT. | FLUID DISC. | R.R. CRYSTALOIDS FLUID TOTALS | ABS | CUM | TIME/ AMT. | FLUID DISC. | R.R. BLOOD PRODUCTS TOTALS | ABS | CUM |
|---|---|---|---|---|---|---|---|---|---|
| | 500 4R | | 800 | | | | | | |
| | | | | | | | | | |

**ORAL INTAKE**

200 Cranberria
mismas
200 Cranberry   (400)

**INTRAVENOUS MEDS**

### INTRAVENOUS

| LINE | LOCATION | INSERTION DATE |
|---|---|---|
| 1. PERIPHERAL | #20 (L) hand | 9/11 |
| 2. PERIPHERAL | | |
| 3. CVP | | |
| 4. PA | | |
| 5. ARTERIAL | | |
| SUTURED Y ☐ N ☐ | | |
| 6. OTHER | | |

INTRAVENOUS RATE ___ ML/HR

### OUTPUT

OR URINE OUTPUT _____ DTV 2215   OTHER OUTPUT _____

| TIME | HRLY | CUM | IRRIGATION | | TIME | TUBES/DRAINS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | TOTAL OUT | CUM | | | | | |
| | | | | | | | | | |

### DRAINS

- ☐ Jackson/Pratt _____
- ☐ Hemovac _____
- ☐ Foley _____
- ☐ Salem Sump _____
- ☐ Chest Tube _____
- ☐ Packing _____
- ☐ Penrose _____
- ☐ Pain Pump _____
- ☐ Other _____

### INTAKE TOTALS

| | |
|---|---|
| O.R. BLOOD | |
| O.R. CRYSTALLOID | 500 |
| O.R. TOTAL | 500 |
| RECOVERY ROOM BLOOD | |
| RECOVERY ROOM CRYSTALLOID | 500 |
| RECOVERY ROOM INTRAVENOUS MEDICATION | 400 |
| RECOVERY ROOM ORAL | |
| RECOVERY ROOM TOTAL | 900 |
| TOTAL INTAKE ☐ | 1400 |

### OUTPUT TOTALS

| | |
|---|---|
| O.R. EBL | |
| TOTAL URINE | |
| RECOVERY ROOM DRAIN | |
| OTHER | |
| TOTAL OUTPUT ☐ | Ø |

3

## DAY SURGERY DISCHARGE LIST

DISCHARGE INSTRUCTIONS REVIEWED W/ PATIENT AND RESPONSIBLE ADULT ☑

PATIENT VERBALIZES UNDERSTANDING ☑

COPY OF INSTRUCTIONS & SCRIPT (IF APPLICABLE) GIVEN ☐

PATIENT TRANSFERRED TO CAR VIA WC ☑   AMB ☐

PATIENT PLACED IN CARE OF RESPONSIBLE ADULT ☑

PAIN SCALE ON DISCHARGE (0-10)  2

QUALITY OF PAIN:  D, ))

D = DULL, B = BURNING, P = PRESSURE, S = SHARP, T = THROBBING, O = OTHER

### TRANSFER CHECK LIST

TIME _____

REPORT GIVEN TO: _____

PATIENT TRANSFERRED TO: _____

VIA STRETCHER ☐   BED ☐   W/C ☐

PATIENT ESCORTED BY STAFF ☐

BED I ☐   SIDERAILS X2 ↑ ☐

CALL LIGHT GIVEN TO PATIENT W/INSTRUCTIONS ☐

PAIN SCALE ON TRANSFER (0-10) _____

QUALITY OF PAIN: _____

D = DULL, B = BURNING, P = PRESSURE, S = SHARP, T = THROBBING, O = OTHER

## PROGRESS NOTES

| TIME | | TIME | |
|---|---|---|---|
| 1411 | PATIENT ARRIVED IN PHASE I ☑ PHASE II ☐ | | |
| | PER STRETCHER ☑ CHAIR ☐ BED ☐ | | |
| | POSITION SUPINE ☑ LEFT SIDE ☐ RIGHT SIDE ☐ SITTING ☐ | | |
| | HOB ELEVATED ☑ FLAT ☐ | | |
| | ID BAND ☑ PATIENT ID VERIFIED ON ADMIT ☑ | | |
| | ALARM DEFAULT PARAMETERS ON  YES ☑  NO ☐ | | |
| | Pt admitted to pacu. Arouses ⊤ verbal stimulation. ® knee dsg D+I ⊤ on pillow ⊕ on. ® palpable pedal pulse. foot warm. Good CSM — VSS. Warm blanket on. JN | | |
| 1500 | Continues to deny pain. VSS. Dsg D+I. JN | | |
| 1515 | Transitioned to recliner. ⊕ incident. Anald given. Report to S. Ballard to phase 2. JN | | |
| 1521 | Pt accepted ID P2. Snack & drink given. Family contacted to come & st ⊤ pt. Security in to give pt belongings back. Instructions given to pt to review. JN | | |
| 1555 | Dad in — instructions reviewed. Script given. Snack given. IV removed ⊤ pt dressing — Voids. Pt d/c'd | | |
| | | | Signature / Title | Initial |
| | | | June Nicholson | JN |
| | | | Su????? | S |

## POST-ANESTHESIA DISCHARGE NOTE

SATISFACTORY RECOVERY FROM ANESTHESIA   ☐ YES   ☐ NO

IF NO, COMMENT ON PROGRESS NOTES _____

SIGNATURE _____   MD _____   DATE _____   TIME _____

Faulkner Hospital
1153 Centre Street
Boston, MA 02130

Patient Name:ROLLINS,JAMES
Medical Record #:01018512
Provider Name:BLEY,LOUIS M.D.
Admission Date:09/11/08
Discharge Date:
Report No:9586309


OPERATIVE NOTE


DATE OF SURGERY:
09/11/08.

SURGEON:
Louis Bley, MD.

ASSISTANT:

PREOPERATIVE DIAGNOSIS:
Right knee medial meniscal tear.

POSTOPERATIVE DIAGNOSIS:
Right knee medial meniscal tear, plus grade II-III chondrosis medial
joint compartment, grade III-IV chondrosis femoral trochlea.

OPERATION:
Right knee arthroscopy, partial medial meniscectomy and abrasion
chondroplasty femoral trochlea.

ANESTHESIA:
General endotracheal.

ESTIMATED BLOOD LOSS:
Minimal.

DISPOSITION:
To recovery room alert and oriented.

INDICATIONS:
The patient is a very pleasant 52-year-old male with mechanical
symptoms in the right knee, unrelieved by conservative treatment.  He
also had underlying osteoarthritic symptoms of stiffness and start-up
discomfort.  A preoperative MRI revealed a medial meniscal tear.  In
light of this, the risks and benefits of arthroscopic surgery were
explained to the patient including the fact that the surgery would not
address his underlying stiffness and start-up discomfort.  After
extensive discussions, he elected to proceed with operative care.

DESCRIPTION OF PROCEDURE:
After informed consent was obtained, the patient was taken to the
operating room on 09/11/08.  He was placed supine on the operating
table and induced under general anesthesia.  His right lower extremity
was prepped and draped in the usual sterile fashion for a right knee
arthroscopy.

The medial and lateral portal sites were injected with 1% Xylocaine


Run: 10/30/08-16:35 by BLEY,LOUIS M.D.

Faulkner Hospital
1153 Centre Street
Boston, MA 02130

Patient Name:ROLLINS,JAMES
Medical Record #:01018512
Provider Name:BLEY,LOUIS M.D.
Admission Date:09/11/08
Discharge Date:
Report No:9586309

OPERATIVE NOTE

with epinephrine 1:100,000. Following this, the arthroscope was
bluntly inserted through a standard lateral arthroscopic portal and
systematic examination was undertaken. Immediately, the
patellofemoral joint was found to have diffuse grade II-III chondrosis
within a linear portion of the femoral trochlea. The medial
compartment was entered and a posterior medial meniscal tear was
identified. A medial working portal was created under direct
visualization and small upbiting-type instruments and a 3.5 incisor
were used to debride the meniscus back to a stable margin. The
intercondylar notch was found to be intact. The ACL and PCL were
intact. The lateral compartment had some diffuse grade I-II
chondrosis but had no evidence of meniscal pathology.

Attention was turned back toward the intercondylar notch. Using a 4.5
incisor an abrasion chondroplasty was performed and a small area of
central grade IV chondrosis within the femoral trochlea. Following
this, the knee was copiously irrigated with normal saline through the
arthroscopic pump. It was exsanguinated to assure bleeding within the
abrasion chondroplasty bed. Following this, 30 mL of 0.25% Marcaine
was injected via the arthroscopic cannula which was removed. The skin
portals were closed with simple 3-0 nylon sutures. A bulky soft
dressing was applied. The patient was then awakened, extubated and
transported to the recovery room alert and oriented. There were no
complications.

[Dictation ID#9586309]


Signature On File              10/30/08        BLEY,LOUIS M.D.
-------------------

Date of Dictation 09/11/08
Date of Transcription 09/12/08


Run: 10/30/08-16:35 by BLEY,LOUIS M.D.

Operative Report                                              Page 2 of 2

FAULKNER HOSPITAL
Surgeon: DR. BLEY

Stryker










**SRS**
SPECIALTY RISK SERVICES

May 1, 2008

Gilbert R. Hoy Jr., Esquire
15 North Beacon Street
Allston MA 02134

RE:    Account:       Circuit City Stores Inc
       Claimant:      James Rollins
       Date of Loss:  1/28/2008
       Claim Number:  YLB49189L

Dear Mr. Hoy,

We have carefully considered your client's claim. Based upon the information obtained to date, it is our opinion that our account would not be held responsible for this accident. The following is the reason behind our denial:

The end cap is used to display merchandise and it is very visible. Our investigation has failed to show that this end cap was dangerous or hazardous, and there was more than sufficient space for your client to walk past the end cap. Your client was not watching where he was walking when he walked into and tripped over the end cap. Therefore, we must respectfully decline payment of your client's claim.

If you have any questions, feel free to contact me at the number below.

Sincerely,

Lisa Griffith
Account Consultant
PO Box 799
Marlton NJ 08053-0799
Direct Dial:    (856) 355-4482
Toll Free:      (800) 630-0746 x54482
Facsimile:      (866) 913-4535



# KECHES | LAW | GROUP
### A PROFESSIONAL CORPORATION

122 Dean Street
Taunton, MA 02780

508-822-2000 Taunton
617-426-7900 Boston
508-822-8022 Fax

www.kecheslaw.com

George N. Keches
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Charlotte E. Glinka
Seth J. Elin
Claudine A. Cloutier*
Judith B. Gray**
Kevin P. DeMello*
Sean C. Flaherty
John P. Story
Andrea L. McKnight
William A. Hanlon
Jason R. Markle
Brian R. Sullivan
Loren E. Laskoski*
Maria M. Scott

OF COUNSEL:
Ann Marie Maguire
Gregg J. Pasquale
Melissa A. White

* ADMITTED IN MA AND RI
** ADMITTED IN MA, RI AND CT

March 3, 2010

email: cglinka@kecheslaw.com

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Circuit City Stores, Inc., et al. Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

RE:    Proof of Claim form
       Claimant:  James L. Rollins
       Case No. 08-35653-KRH

Dear Sir or Madam:

Please be advised that I represent Mr. Rollins relative to personal injuries he sustained on or about January 28, 2008, at the Circuit City Store located in Dorchester, Massachusetts.

As instructed by the Eastern District of Virginia Bankruptcy Court (Richmond Division), I enclose herewith my client's Proof of Claim form.

Please direct any future correspondence in this matter to my attention.

Thank you for your courtesy in this regard.

Very truly yours,

KECHES LAW GROUP, P.C.

Charlotte E. Glinka

CEG/dkd
Enclosure
VABC1-FilingPOC

RRR #: 7008 1830 0000 9332 2332

Boston          Taunton          Fall River          New Bedford          Worcester
617-426-7900    508-822-2000     508-676-7900        508-994-7900         508-798-7900

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT   Eastern District of Virginia | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor:<br>**Circuit City Stores, Inc.** | Case Number:<br>**08-35653-KRH** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**James L. Rollins** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>**Charlotte E. Glinka, Esq.**<br>**Keches Law Group, P.C.**<br>**122 Dean Street**<br>**Taunton, MA  02780**<br>Telephone number:<br>**(508) 822-2000** | **Court Claim Number:**_____<br>*(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**  $ **150,000.00**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ___Personal Injury___
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:$**_____ **Annual Interest Rate___%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**6. Credits:** *The amount of all payments on this claim has been credited for the purpose of making this proof of claim.*

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| | | |
|---|---|---|
| **Date:**<br>**03/02/10** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*James L Rollins Jr*        James L. Rollins | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Circuit City Stores, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA  90245

```
FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 4504
```

**James L Rollins**
**Charlotte E Glinka Esq**
**Keches Law Group PC**
**122 Dean St**
**Tarunton, MA 02780**

<u>**PROOF OF CLAIM CONFIRMATION**</u>
Your proof of claim filed against **Circuit City Stores, Inc.,**
case no **08-35653** was received on **3/8/2010**
and assigned claim number **14825**

For more information, please visit **www.kccllc.net/circuitcity** or call 1-866-381-9100

02780:32763  C003      IIl....l.Il...Il..l.l.Il....l.Il.



**KECHES | LAW | GROUP**
A PROFESSIONAL CORPORATION

RICHMOND DIVISION
F I L E D
JUL 1 5 2010
CLERK
U.S. BANKRUPTCY COURT

122 Dean Street
Taunton, MA 02780

508-822-2000 Taunton
617-426-7900 Boston
508-822-8022 Fax

www.kecheslaw.com

George N. Keches
Joseph F. Agnelli, Jr.
Brian C. Cloherty
Brian C. Dever
Charlotte E. Glinka
Seth J. Elin
Claudine A. Cloutier*
Judith B. Gray**
Kevin P. DeMello*
Sean C. Flaherty
John P. Story
Andrea L. McKnight
William A. Hanlon
Jason R. Markle
Brian R. Sullivan
Loren E. Laskoski*
Maria M. Scott
Jennifer N. Seich
Erica L. Pereira

Of Counsel:
Ann Marie Maguire
Gregg J. Pasquale
Melissa A. White

* ADMITTED IN MA AND RI
** ADMITTED IN MA, RI AND CT

July 14, 2010

email: cglinka@kecheslaw.com

**VIA FEDERAL EXPRESS**

Clerk of the Bankruptcy Court
United States Bankruptcy Court
701 East Broad Street - Room 4000
Richmond, Virginia 23219

Re:    In re:    Circuit City Stores, Inc., et al.,
       Case No.: 08-35653-KRH  (Chapter 11)

Dear Madam or Sir:

In reference to the above matter, enclosed please find:

1.    *Claimant James Rollins' Response to Debtors' Seventy-ninth Omnibus
      Objection to Claims (Disallowance of Certain Legal Claims); and*
2.    *Certificate of Service.*

Thank you.

Very truly yours,

KECHES LAW GROUP, P.C.

*Charlotte E. Glinka*
Charlotte E. Glinka  ckd

*Enclosures*
VABC2-Response

cc:    **VIA FEDERAL EXPRESS**                    **VIA FEDERAL EXPRESS**
       Gregg M. Galardi, Esq.                    Douglas M. Foley, Esq.
       Skadden, Arps, Slate, Meagher & Flom, LLP McGuire Woods, LLP
       One Rodney Square                         One James Center
       Wilmington, DE 19899                      901 E. Cary Street
                                                 Richmond, VA 23219
       **VIA FEDERAL EXPRESS**
       Chris L. Dickerson, Esq.
       Skadden, Arps, Slate, Meagher & Flom, LLP
       155 North Wacker Drive
       Chicago, IL 60606