IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
JUL 15 2010
CLERK
U.S. BANKRUPTCY COURT

IN RE:                    )    Chapter 11
                          )
CIRCUIT CITY STORES,)          CASE No. 08-35653 (KRH)
INC., ET AL.              )
        Debtor.           )    JOINTLY ADMINISTERED


RESPONSE TO OBJECTION

NOW COMES Claimant Guiseppina Gervasio a Minor by her Father Emilio Gervasio through his Attorneys Steven H. Mevorah & Associates, and responds to Debtors' Objection as follows:

1.   Emilio Gervasio, Father of Guiseppina Gervasio, a minor born on 9/10/2001, if sworn and called to testify will state that he and Guiseppina were inside the Circuit City store located at 340 West Army Trail Road in Bloomingdale, Illinois when she tripped over a rug/mat in the exit area causing her to fall and strike her head on the glass exit door.

2.   The glass shattered and Guiseppina sustained injury to her right temple area resulting in permanent scarring (picture of Guiseppina with scar (girl on left side of picture attached).

3.   The Circuit Store Manager witnessed that the rug/mat was buckled.

4.   The Illinois Premises Liability Act, 740 ILCS 130/1, et seq., sets forth the duty owed by owners and possessors of property to its invitees and licensees: "The duty owed to [invitees and licensees] is that of reasonable care under the circumstances regarding the state of the premises or acts done or omitted on them.

5.   Circuit City is subject to liability for any physical harm caused to their invitees by a condition on their premises. They should have exercised reasonable care and control of their premises.

5.   In this case, my Client was a customer/invitee at Circuit City. It was the duty and responsibility of Circuit City to maintain the walkways. They should have exercised reasonable care and control of their premises. Further Circuit City, should have known that a business invitee would not have discovered or realized the danger in order to protect themselves from harm.
I requested that the attorney either withdraw the motion or agree to give me time to respond to the Motion;

    6.   Due to her age, contributory fault cannot be attributed to Guiseppina.

    7.   Gusippina and her parents remain residents of Illinois and can be contacted through my Firm.

WHEREFORE, Debtor prays that:

A.   this court overrule the Objection;

B.   grant Claimant such other relief as this honorable court deems just and proper.

Respectfully submitted,

_____
PAUL H. MILLEWICH
Attorney at Law

Attorney for Claimant
Steven H. Mevorah & Associates
134 N. Bloomingdale Road
Bloomingdale, Illinois  60108
(630) 529-4761
Facsimile 630.529.4761
Email: pmillewich@mevorahlaw.com

2



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                        )    Chapter 11
                              )
CIRCUIT CITY STORES,)              CASE No. 08-35653 (KRH)
INC., ET AL.                  )
        Debtor.               )    JOINTLY ADMINISTERED


On July _10_, 2010 **we caused to be filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, the following:**

Creditor Guiseppina Gervasio a Minor by her Father Emilio Gervasio's **RESPONSE TO OBJECTION**.

_____
PAUL H. MILLEWICH


**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that he caused a copy of the foregoing to be served upon each person to whom it is directed on the attached **SERVICE LIST**.

S/ PAUL H. MILLEWICH

STEVEN H. MEVORAH & ASSOC.
134 N. Bloomingdale Road
Bloomingdale, Illinois  60108
(630)529-4761;

**SERVICE LIST**

Gregg M. Galardi
Ian S. Fredericks
SKADDEN ARPS, SLATE MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington DE 19899-0636

Chris L. Dickerson
SKADDEN ARPS, SLATE MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois  60606

Douglas M. Foley
Sarah B. Boehm
MCGUIRE WOODS LLP
901 E. Cary Street
Richmond, VA 23219