Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
            Debtors.        : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
JULY 22, 2010 AT 10:00 A.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
July 22, 2010 beginning at 10:00 a.m. Eastern.

**I.   RESOLVED MATTERS**

1.   Motion of Motorola Inc. for Allowance and Payment of
     Administrative Expense Claim Pursuant to 11 U.S.C.
     Section 503(b)(9) (Docket No. 1128)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 1135)

     b.   Amended Notice of Motion and Hearing (Docket No.
          1242)

     c.   Exhibits to Motion of Motorola Inc. for Allowance
          and Payment of Administrative Expense Claim
          Pursuant to 11 U.S.C. Section 503(b)(9) (Docket
          Nos. 1288, 1289, 1290, 1291, 1292, 1293)

     d.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors, Motorola,
          Inc. and General Instrument Corp. d/b/a The Home &
          Networks Mobility Business of Motorola, Inc.
          (Docket No. 8027)

     Objection
     Deadline:       February 6, 2009 at 4:00 p.m., extended
                     for the Debtors until July 15, 2010

     Objections/
     Responses
     Filed:          None

     Status:         The matter has been resolved.  A Notice
                     of Proposed Settlement Agreement and
                     Stipulation have been filed at Docket
                     No. 8027.  The deadline for filing
                     objections to the proposed agreement is
                     July 27, 2010.

2.   Motion of General Instrument Corporation Doing Business
     as the Home & Networks Mobility Business of Motorola
     Inc. for Allowance and Payment of Administrative

Expense Claim Pursuant to 11 U.S.C. Section 503(b)(9) (Docket No. 1134)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 1136)

b.    Amended Notice of Motion and Hearing (Docket No. 1243)

c.    Notice of Filing Exhibit to Motion (Docket Nos. 1281, 1282, 1283, 1284, 1285, 1286, 1287)

d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

Objection
Deadline:        February 6, 2009 at 4:00 p.m., extended for the Debtors until July 15, 2010

Objections/
Responses
Filed:           None

Status:          The matter has been resolved.  A Notice of Proposed Settlement Agreement and Stipulation have been filed at Docket No. 8027.  The deadline for filing objections to the proposed agreement is July 27, 2010.

3.    Motion of Towne Square Plaza to Allow the Filing of (1) Amended Proof of Claim and (2) Late Proof of Claim (Docket No. 3582)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 3583)

b.    Notice of Filing of Affidavit in Support of Motion

of Towne Square Plaza to Allow the Filing of (1)
Amended Proof of Claim and (2) Late Proof of Claim
(Docket No. 3782)

c.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Towne
Square Plaza Resolving Towne Square Plaza's Motion
to File a Late Proof of Claim and Related Matters
(Docket No. 7948)

Objection
Deadline:        June 26, 2009 at 4:00 p.m., extended for
                 the Debtors until July 15, 2010

Objections/
Responses
Filed:           None

Status:          This matter has been resolved by
                 Settlement Agreement and Stipulation
                 (Docket No. 7948).

4.    Debtors' Motion for Order Under Bankruptcy Code
Sections 105, 363(b), and 503 Authorizing and Directing
Payment of Administrative Claims Prior to Confirmation
Any Plan of Liquidation Proposed in These Bankruptcy
Cases (Docket No.  7738)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 7739)

Objection
Deadline:        June 21, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been withdrawn without
                 prejudice.

## II.  CONTINUED MATTERS

5.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

      Related
      Documents:

      a.    Notice of Motion and Hearing for Motion for Entry
            of an Order Granting Allowance and Compelling
            Payment of Administrative Expense Claim, by Mad
            Cow International Group Limited (Docket No. 5197)

      Objection
      Deadline:          October 27, 2009 at 4:00 p.m., extended
                         for the Debtors until July 15, 2010

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been resolved in
                         principle, subject to completion of
                         settlement documentation.  This matter
                         is adjourned to August 4, 2010 at 2:00
                         p.m. pending completion of settlement
                         documentation.

6.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

      Objection
      Deadline:          January 7, 2010 at 4:00 p.m., extended
                         for the Debtors until July 15, 2010 at
                         4:00 p.m.

      Objections/
      Responses
      Filed:             None at the time of filing this agenda

      Status:            This matter has been resolved in
                         principle, subject to completion of

settlement documentation.  This matter is adjourned to August 4, 2010 at 2:00 p.m. pending completion of settlement documentation.

7.    Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155)

Related
Documents:

a.    Notice of Motion and Hearing (Docket No. 5405)

b.    Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

c.    Notice of Motion and Hearing (Docket No. 7236)

Objection
Deadline:        October 27, 2009 at 5:00 p.m., extended for the Debtors until August 16, 2010

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to August 31, 2010 at 10:00 a.m.

8.    Debtors' Objection to Claim of New York State Department of Taxation and Finance (Claim No. 12586) (Docket No. 7235)

Objection
Deadline:        May 13, 2010 at 4:00 p.m., extended for New York State Department of Tax and Finance until June 17, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been resolved in

principle, subject to completion of
settlement documentation.  This matter
is adjourned to August 4, 2010 at 2:00
p.m. pending completion of settlement
documentation.

9.    Motion for Allowance of the Late Filed Administrative
      Expense Claim of Metra Electronics Corporation (Docket
      No. 7679)

      Related
      Documents:

      a.    Notice of Motion and Hearing (Docket No. 7682)

      Objection
      Deadline:        July 15, 2010 at 4:00 p.m., extended for
                       the Debtors until August 16, 2010

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to August
                       31, 2010 at 10:00 a.m.

10.   Debtors' Objection to Claim 1283 of Quebecor World
      (USA) Inc. (Docket No. 7875)

      Objection
      Deadline:        July 15, 2010 at 4:00 p.m., extended for
                       Quebecor World (USA) Inc. until July 30,
                       2010.

      Objections/
      Responses
      Filed:           None at the time of filing this agenda

      Status:          This matter has been adjourned to August
                       4, 2010 at 2:00 p.m.

11.   Motion to Seal Exhibits to Debtors' Objection to Claim
      1283 of Quebecor World (USA) Inc. (Docket No. 7876)

      Objection

Deadline:          July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             None

Status:            This matter has been adjourned to August
                   4, 2010 at 2:00 p.m.

### III. UNCONTESTED MATTERS

12.  Motion to Seal Exhibits to Stipulated Facts with
     Respect to Debtors' Objection to Graphics
     Communications, Inc.'s Claim Number 1053 (Docket No.
     7964)

     Related
     Documents:

     a.    Notice of Motion and Hearing (Docket No. 7966)

     Objection
     Deadline:          July 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None

     Status:            This matter is going forward.

13.  Debtors' Motion for an Order Under 11 U.S.C. § 105(a)
     and Fed. R. Bankr. P. 9006(b) Further Extending the
     Time Period Within Which the Debtors May Remove Actions
     Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027
     (Docket No. 7981)

     Objection
     Deadline:          July 19, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             None at the time of filing this agenda

     Status:            This matter is going forward.

IV.   **OMNIBUS CLAIM OBJECTIONS MATTERS**

14.   Debtors' Fifth Omnibus Objection to Certain
      Misclassified Non-Goods 503(b)(9) Claims (Docket No.
      3309)

      Related
      Documents:

      a.   Notice of Motion and Hearing (Docket No. 3310)

      b.   Memorandum and Opinion (Docket No. 5040)

      c.   Order (Docket No. 5041)

      d.   Notice of Hearing on the Merits on Debtors' Fifth
           Omnibus Objection to Certain Misclassified Non-
           Goods 503(b)(9) Claims and Responses Filed by
           Schimenti Construction Company, Inc. and U.S.
           Signs (Docket No. 6835)

      e.   Supplemental Order on Debtors' Fifth Omnibus
           Objection to Certain Misclassified Non-Goods
           503(b)(9) Claims (Docket No. 6851)

      f.   Second Supplemental Order on Debtors' Fifth
           Omnibus Objection to Certain Misclassified Non-
           Goods 503(b)(9) Claims (Docket No. 7355)

      g.   Third Supplemental Order on Debtors' Fifth Omnibus
           Objection to Certain Misclassified Non-Goods
           503(b)(9) Claims (Docket No. 7456)

      h.   Notice of Proposed Settlement Agreement and
           Stipulation by and Between the Debtors and Miner
           Fleet Management Group, Ltd. (Regarding Claim No.
           1094) (Docket No. 7651)

      i.   Notice of Proposed Settlement Agreement and
           Stipulation by and between the Debtors and US
           Signs, Inc. (Docket No. 7787)

      j.   Notice of Hearing on the Merits on Debtors' Fifth
           Omnibus Objection to Claim No. 1053 Filed by
           Graphic Communications, Inc. and Response Thereto

(Docket No. 7961)

k.   Stipulated Facts with Respect to Debtors'
     Objection to Claim No. 1053 (Docket No. 7963)

l.   Debtors' Supplemental Objection to Claim 1053 of
     Graphic Communications (Docket No. 7965)

m.   Response of Graphic Communications Holdings, Inc.
     to Debtors' Supplemental Objection to Claim 1053
     (Docket No. 8066)

Objection
Deadline:       June 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         Orders have been entered partially
                sustaining the objection.  A hearing on
                the merits will go forward solely with
                respect to Claim No. 1053 filed by
                Graphic Communications, Inc., which is
                the last remaining claimant.  See
                attached Exhibit A.

15.  Debtors' Seventh Omnibus Objection to Certain Late
     Claims (Docket No. 3506)

     Related
     Documents:

     a.   Order on Debtors' Seventh Omnibus Objection to
          Certain Late Claims (Docket No. 4169)

     b.   Supplemental Order on Debtors' Seventh Omnibus
          Objection to Certain Late Claims (Docket No. 6587)

     c.   Notice of Hearing on the Merits on Debtors'
          Seventh Omnibus Objection to Claim No. 10699 Filed
          by Dino Bazdar and Response Thereto (Docket No.
          7927)

     d.   Notice of Proposed Settlement Agreement and

10

Stipulation by and Among the Debtors and Michael
and Barbara Lay Resolving the Debtors' Seventh
Omnibus Objection to Claim Nos. 10817 and 10841
(Docket No. 7984)

e.    Debtors' Supplemental Brief in Support of Omnibus
Objections to Late Claims Filed by Dino Bazdar and
Lyle Alonso Epps (Docket No. 8086)

Objection
Deadline:           June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             An order has been entered partially
sustaining the objection.  A
supplemental order has been entered
withdrawing the objection to certain
claims.  The claims of Michael Lay and
Barbara Lay have been resolved by
Settlement Agreement and Stipulation
(Docket No. 7984).  A hearing on the
merits will go forward solely with
respect to Dino Bazdar.  Other than the
foregoing, for the one claim for which
the objection is still pending, this
matter is adjourned to August 4, 2010 at
2:00 p.m.  See attached Exhibit A.

16.  Debtors' Eighth Omnibus Objection to Certain Late
Claims (Docket No. 3507)

Related
Documents:

a.    Order on Debtors' Eighth Omnibus Objection to
Certain Late Claims (Docket No. 4170)

b.    Supplemental Order on Debtors' Eighth Omnibus
Objection to Certain Late Claims (Docket No. 6080)

c.    Supplemental Order on Debtors' Eighth Omnibus
Objection to Certain Late Claims (Docket No. 6109)

    d.    Second Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6354)

    e.    Fourth Supplemental Order on Debtors' Eighth Omnibus Objection to Certain Late Claims (Docket No. 6588)

    f.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and John P. Raleigh Resolving the Debtors' Eighth Omnibus Objection to Claim No. 11391 (Docket No. 7523)

Objection
Deadline:    June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached <u>Exhibit A</u>.

Status:    Orders have been entered partially sustaining the objection. A supplemental order has been entered withdrawing the objection to certain claims. For those claims for which the objection is still pending, this matter is adjourned to August 23, 2010 at 2:00 p.m. See attached <u>Exhibit A</u>.

17.    Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

Related
Documents:

    a.    Amended Exhibit C to Debtors' Ninth Omnibus Objection to Certain (i) Late Claims (ii) Late 503(b)(9) Claims (Docket No. 3512)

    b.    Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

    c.    Supplemental Order on Debtors' Ninth Omnibus

Objection to Certain (I) Late Claims and (II) Late
503(b)(9) Claims (Docket No. 6131)

d.    Second Supplemental Order on Debtors' Ninth
Omnibus Objection to Certain (I) Late Claims and
(II) Late 503(b)(9) Claims (Docket No. 6373)

e.    Third Supplemental Order on Debtors' Ninth Omnibus
Objection to Certain (I) Late Claims and (II) Late
503(b)(9) Claims (Docket No. 6593)

f.    Notice of Proposed Settlement Agreement and
Stipulation Resolving the Debtors' Ninth Omnibus
Objection to Claim No. 11571 and Regarding Claim
No. 13129 (Docket No. 7629)

g.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and C&A
Consulting Resolving the Debtors' Ninth Omnibus
Objection to Claim No. 12042 and Regarding Claim
No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth
Omnibus Objection to Claim No. 12951 Filed by Lyle
Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus
Objections to Late Claims Filed by Dino Bazdar and
Lyle Alonso Epps (Docket No. 8086)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
                 sustaining the objection.  A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.  The claim of C&A Consulting has
                 been resolved by Settlement Agreement
                 and Stipulation (Docket No. 7926).  A
                 hearing on the merits will go forward

> solely with respect to Lyle Alonso Epps.
> Other than the foregoing, for those
> claims for which the objection is still
> pending, this matter is adjourned to
> August 23, 2010 at 2:00 p.m.  See
> attached <u>Exhibit A</u>.

18. Debtors' Nineteenth Omnibus Objection to Claims
    (Reclassification of Certain Misclassified Claims to
    General Unsecured, Non-Priority Claims) (Docket No.
    3703)

    Related
    Documents:

    a.   Order on Debtors' Nineteenth Omnibus Objection to
         Claims (Reclassification of Certain Misclassified
         Claims to General Unsecured, Non-Priority Claims)
         (Docket No. 4449)

    b.   Supplemental Order on Debtors' Nineteenth Omnibus
         Objection to Claims (Reclassification of Certain
         Misclassified Claims to General Unsecured, Non-
         Priority Claims) (Docket No. 4736)

    c.   Supplemental Order on Debtors' Nineteenth Omnibus
         Objection to Claims (Reclassification of Certain
         Misclassified Claims to General Unsecured, Non-
         Priority Claims) (Docket No. 4758)

    d.   Second Supplemental Order on Debtors' Nineteenth
         Omnibus Objection to Claims (Reclassification of
         Certain Misclassified Claims to General Unsecured,
         Non-Priority Claims) (Docket No. 6299)

    e.   Debtors' Supplement to the Debtors' Nineteenth
         Omnibus Objection to Claims (Reclassification of
         Certain Misclassified Claims to General Unsecured,
         Non-Priority Claims) with Respect to the Class
         Claim of Robert Gentry (Docket No. 6642)

    f.   Debtors' Supplement to the Debtors' Nineteenth
         Omnibus Objection to Claims (Reclassification of
         Certain Misclassified Claims to General Unsecured,
         Non-Priority Claims) with Respect to the Class

14

Claim of Jack Hernandez (Docket No. 6661)

g.    Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket No. 6694)

i.    Third Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 6868)

j.    Fourth Supplemental Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 7114)

k.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a the Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  A Notice of Proposed Settlement Agreement and Stipulation have been filed with respect to the claims of Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027).  Other than the foregoing, for those claims for which the objection is still pending, this matter is adjourned to August 23, 2010 at 2:00 p.m.  See attached Exhibit A.

19.  Debtors' Twentieth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases (Docket No. 3704)

     Related
     Documents:

     a.   Order on Debtors' Twentieth Omnibus Objection to
          Claims (Reclassified to Unsecured Claims of
          Certain Claims Filed as 503 (B) (9) Claims for
          Goods Received by the Debtors Not Within Twenty
          Days of the Commencement of the Case (Docket No.
          4576)

     b.   Supplemental Order on Debtors' Twentieth Omnibus
          Objection to Claims (Reclassified to Unsecured
          Claims of Certain Claims Filed as 503 (B) (9)
          Claims for Goods Received by the Debtors Not
          Within Twenty Days of the Commencement of the Case
          (Docket No. 6560)

     c.   Second Supplemental Order on Debtors' Twentieth
          Omnibus Objection to Claims (Reclassified to
          Unsecured Claims of Certain Claims Filed as 503
          (B) (9) Claims for Goods Received by the Debtors
          Not Within Twenty Days of the Commencement of the
          Case (Docket No. 6953)

     d.   Third Supplemental Order on Debtors' Twentieth
          Omnibus Objection to Claims (Reclassified to
          Unsecured Claims of Certain Claims Filed as 503
          (B) (9) Claims for Goods Received by the Debtors
          Not Within Twenty Days of the Commencement of the
          Case (Docket No. 7354)

     e.   Notice of Proposed Settlement Agreement and
          Stipulation by and among the Debtors, Averatec,
          Inc./Trigem USA, Inc., and ASM Capital, L.P.
          (Docket No. 7784)

     f.   Notice of Proposed Settlement Agreement and
          Stipulation by and among the Debtors, Alliance
          Entertainment LLC, now known as Source Interlink

Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For the one
                   claim for which the objection is still
                   pending, this matter is adjourned to
                   August 23, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

20.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Second Omnibus Objection
            to Claims (Disallowance of Certain Claims Filed
            Against the Wrong Debtor) (Docket No. 4577)

      b.    Supplemental Order on Debtors' Twenty-Second
            Omnibus Objection to Claims (Disallowance of
            Certain Claims Filed Against the Wrong Debtor)
            (Docket No. 6369)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached Exhibit A.

      Status:            An order has been entered partially
                         sustaining the objection.  For the one
                         claim for which the objection is still
                         pending, this matter is adjourned to

August 23, 2010 at 2:00 p.m.  See
attached <u>Exhibit A</u>.

21.    Debtors' Twenty-Third Omnibus Objection to Claims
       (Modification of Certain Duplicate 503(b)(9) Claims)
       (Docket No. 3711)

       Related
       Documents:

       a.    Order on Debtors' Twenty-Third Omnibus Objection
             to Claims (Modification of Certain Duplicate
             503(b)(9) Claims) (Docket No. 4465)

       b.    Supplemental Order on Debtors' Twenty-Third
             Omnibus Objection to Claims (Modification of
             Certain Duplicate 503(b)(9) Claims) (Docket No.
             6295)

       c.    Corrected Supplemental Order on Debtors' Twenty-
             Third Omnibus Objection to Claims (Modification of
             Certain Duplicate 503(b)(9) Claims) (Docket No.
             6869)

       d.    Supplemental Order Resolving the Debtors' Fourth,
             Twenty-Third, and Forty-Second Omnibus Objections
             with Respect to Mitsubishi Digital Electronics
             America, Inc. (Docket No. 6871)

       e.    Second Supplemental Order on Debtors' Twenty-Third
             Omnibus Objection to Claims (Modification of
             Certain Duplicate 503(b)(9) Claims) (Docket No.
             7319)

       f.    Notice of Proposed Settlement Agreement and
             Stipulation by and among the Debtors, Alliance
             Entertainment LLC, now known as Source Interlink
             Distribution, LLC, and Source Interlink Media, LLC
             Resolving Debtors' Omnibus Objections to Claims
             and Other Related Matters (Docket No. 7825)

       g.    Notice of Proposed Settlement Agreement and
             Stipulation by and Among the Debtors, Motorola,
             Inc. and General Instrument Corp. d/b/a The Home &
             Networks Mobility Business of Motorola, Inc.

(Docket No. 8027)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           An order has been entered partially
                  sustaining the objection.  A Notice of
                  Proposed Settlement Agreement and
                  Stipulation have been filed with respect
                  to the claims of Motorola, Inc. and
                  General Instrument Corp. d/b/a The Home
                  & Networks Mobility Business of
                  Motorola, Inc. (Docket No. 8027).  Other
                  than the foregoing, for those claims for
                  which the objection is still pending,
                  this matter is adjourned to August 23,
                  2010 at 2:00 p.m.  See attached <u>Exhibit
                  A</u>.

22.  Debtors' Thirtieth Omnibus Objection to Claims
     (Disallowance of Certain Claims for Wages and
     Compensation) (Docket No. 4583)

     Related
     Documents:

     a.    Notice of Objection and Hearing (Docket No. 4584)

     b.    Order on Debtors' Thirtieth Omnibus Objection to
           Claims (Disallowance of Certain Claims for Wages
           and Compensation) (Docket No. 5191)

     c.    Supplemental Order on Debtors' Thirtieth Omnibus
           Objection to Claims (Disallowance of Certain
           Claims for Wages and Compensation) (Docket No.
           6460)

     d.    Second Supplemental Order on Debtors' Thirtieth
           Omnibus Objection to Claims (Disallowance of
           Certain Claims for Wages and Compensation) (Docket
           No. 6562)

  e. Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

  f. Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7293)

  g. Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7667)

Objection
Deadline:  September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:  See attached <u>Exhibit A</u>.

 Status:  Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to August 23, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

23. Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

Related
Documents:

  a. Order on Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 5294)

Objection
Deadline:  September 15, 2009 at 4:00 p.m.

Objections/
Responses

```
Filed:              See attached Exhibit A.

Status:             An Order has been entered partially
                    sustaining the objection.  The claim of
                    PNY Technologies will proceed in
                    accordance with the scheduling order in
                    Adversary Proceeding No. 10-03056.
                    Other than the foregoing, for those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    August 23, 2010 at 2:00 p.m.  See
                    attached Exhibit A.
```

24.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.   Order on Debtors' Thirty-Third Omnibus Objection
          to Claims (Modification and/or Reclassification of
          Certain Claims) (Docket No. 5192)

     b.   Notice of Hearing on the Merits on Debtors'
          Thirty-third Omnibus Objection to Claim 9293 filed
          by Cyndi Ann Haines and Response Thereto (Docket
          No. 6551)

     c.   Notice of Hearing on the Merits on Debtors'
          Thirty-third Omnibus Objection to Claim 7295 Filed
          by Amore Construction Company and Response Thereto
          (Docket No. 6553)

     d.   Supplemental Order on Debtors' Thirty-Third
          Omnibus Objection to Claims (Modification and/or
          Reclassification of Certain Claims) (Docket No.
          6852)

     e.   Second Supplemental Order on Debtors' Thirty-Third
          Omnibus Objection to Claims (Modification and/or
          Reclassification of Certain Claims) (Docket No.
          7637

     f.   Notice of Proposed Settlement Agreement and

Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

g.    Notice of Proposed Settlement and Stipulation by and Among the Debtors and Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 6257 (Docket No. 7996)

h.    Notice of Proposed Settlement and Stipulation by and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  A Notice of Proposed Settlement Agreement and Stipulation have been filed with respect to the claim of Lexmark International, Inc. (Docket No. 8087).  Other than the foregoing, for the one claim for which the objection is still pending, this matter is adjourned to August 23, 2010 at 2:00 p.m.  See attached Exhibit A.

25.  Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

Related
Documents:

a.    Order on Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims)(Docket No. 5385)

    b.    Supplemental Order On Debtors' Thirty-Fourth
Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims)Docket No.
6502)

    c.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, Alliance
Entertainment LLC, now known as Source Interlink
Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

    d.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors, Motorola,
Inc. and General Instrument Corp. d/b/a The Home &
Networks Mobility Business of Motorola, Inc.
(Docket No. 8027)

Objection
Deadline:    September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached <u>Exhibit A</u>.

Status:    Orders have been entered partially
sustaining the objection.  A Notice of
Proposed Settlement Agreement and
Stipulation have been filed with respect
to the claims of Motorola, Inc. and
General Instrument Corp. d/b/a The Home
& Networks Mobility Business of
Motorola, Inc. (Docket No. 8027).  Other
than the foregoing, for the one claim
for which the objection is still
pending, this matter is adjourned to
August 23, 2010 at 2:00 p.m.  See
attached <u>Exhibit A</u>.

26.    Debtors' Thirty-Sixth Omnibus Objection to Claims
(Disallowance of Certain Claims Relating to Short Term
Incentive Plan) (Docket No. 4600)

Related

Documents:

a.    Order on Debtors' Thirty-Sixth Omnibus Objection
      to Claims (Disallowance of Certain Claims Relating
      to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   August 23, 2010 at 2:00 p.m.  See
                   attached <u>Exhibit A</u>.

27.    Debtors' Thirty-Seventh Omnibus Objection to Claims
       (Reduction of Certain Personal Property Tax Claims)
       (Docket No. 4613)

Related
Documents:

a.    Order on Debtors' Thirty-Seventh Omnibus Objection
      to Claims (Reduction of Certain Personal Property
      Tax Claims) (Docket No. 5397)

b.    Debtors' Motion for Partial Summary Judgment on
      the Debtors' Thirty-Seventh Omnibus Objection to
      Claims (Reduction of Certain Personal Property Tax
      Claims) (Docket No. 7343)

c.    Memorandum of Law In Support of Debtors' Motion
      for Partial Summary Judgment on the Debtors'
      Thirty-Seventh Omnibus Objection to Claims
      (Reduction of Certain Personal Property Tax
      Claims) (Docket No. 7344)

d.    Notice of Motion and Hearing (Docket No. 7345)

e.    Notice of Rescheduled Hearing On Debtors' Motion

For And Memorandum Of Law In Support Of The
Debtors' Motion For Partial Summary Judgment On
The Thirty-Seventh Omnibus Objection To Claims
(Reduction Of Certain Personal Property Tax
Claims) (Docket No. 7550)

f.    Notice of Presentment Of Agreed Order By And Among
      The Debtors And Certain Taxing Authorities With
      Respect To The Thirty-Seventh Omnibus Objection
      (Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain
      Taxing Authorities with Respect to the Thirty-
      Seventh Omnibus Objection and Related Pleadings
      (Docket No. 7800)

h.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and Kitsap
      County Treasurer Resolving the Debtors' Thirty-
      Seventh Omnibus Objection to Claim No. 13337
      (Docket No. 7983)

i.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and City of
      Chesapeake Resolving the Debtors' Thirty-Seventh
      Omnibus Objection to Claim No. 11842 (Docket No.
      8015)

j.    Notice of Proposed Settlement Agreement and
      Stipulation By and Among the Debtors and the
      Escambia County Tax Collector Resolving the
      Debtors' Thirty-Seventh Omnibus Objection to Claim
      Nos. 1624, 13792, and 14789 (Docket No. 8067)

Objection
Deadline:        May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  An agreed
                 order has been entered resolving certain
                 claims.  The claim of the Kitsap County

> Treasurer has been resolved by
> Settlement Agreement and Stipulation
> (Docket No. 7983).  The claim of the
> City of Chesapeake has been resolved by
> Settlement Agreement and Stipulation
> (Docket No. 8015).  The deadline to
> object to the Notice of Proposed
> Settlement Agreement and Stipulation By
> and Among the Debtors and the Escambia
> County Tax Collector Resolving the
> Debtors' Thirty-Seventh Omnibus
> Objection to Claim Nos. 1624, 13792, and
> 14789 is July 23, 2010(Docket No. 8067).
> Other than the foregoing, for those
> claims for which the objection is still
> pending, this matter is adjourned to
> August 23, 2010 at 2:00 p.m.  See
> attached <u>Exhibit A</u>.

28.  Debtors' Forty-Third Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 5016)

     Related
     Documents:

     a.    Order on Debtors' Forty-Third Omnibus Objection to
           Claims (Disallowance of Certain Late Claims)
           (Docket No. 5785)

     b.    Supplemental Order on Debtors' Forty-Third Omnibus
           Objection to Claims (Disallowance of Certain Late
           Claims) (Docket No. 6595)

     c.    Notice of Proposed Settlement Agreement and
           Stipulation Resolving the Debtors' Forty-Third
           Omnibus Objection to Claim No. 14291 (Docket No.
           7937)

     d.    Notice of Hearing on the Merits on Debtors' Forty-
           Third Omnibus Objection to Claim No. 14567 Filed
           by Tennessee Department of Treasury, Unclaimed
           Property and Response Thereto (Docket No. 7949)

     Objection
     Deadline:        October 27, 2009 at 4:00 p.m.

Objections/
Responses
Filed:                  See attached <u>Exhibit A</u>.

Status:                 Orders have been entered partially
                        sustaining the objection.  The claim of
                        Rusty Santangelo has been resolved by
                        Settlement Agreement and Stipulation
                        (Docket No. 7937).  A hearing on the
                        merits solely with respect to the one
                        remaining claimant, the Tennessee
                        Department of Treasury, is adjourned to
                        August 4, 2010 at 2:00 p.m.  See
                        attached <u>Exhibit A</u>.

29.   Debtors' Forty-Fourth Omnibus Objection to Claims
      (Disallowance of Certain Duplicative Claims) (Docket
      No. 5017)

      Related
      Documents:

      a.    Order on Debtors' Forty-Fourth Omnibus Objection
            to Claims (Disallowance of Certain Duplicative
            Claims) (Docket No. 5830)

      b.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors, Motorola,
            Inc. and General Instrument Corp. d/b/a The Home &
            Networks Mobility Business of Motorola, Inc.
            (Docket No. 8027)

      Objection
      Deadline:         October 27, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:            See attached <u>Exhibit A</u>.

      Status:           A Notice of Proposed Settlement
                        Agreement and Stipulation have been
                        filed with respect to the claims of
                        Motorola, Inc. and General Instrument
                        Corp. d/b/a The Home & Networks Mobility

Business of Motorola, Inc., the only
remaining claimants (Docket No. 8027).
If not objections are received by July
27, 2010, this omnibus objection will be
fully resolved.  At this time, the
status hearing is adjourned to August
23, 2010 at 2:00 p.m. pending finality
of the foregoing settlement.

30.    Debtors' Forty-Ninth Omnibus Objection to Certain
Administrative Expenses and 503(b)(9) Claims and Motion
for (I) Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that the
First Hearing on Any Response Proceed as a Status
Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
Objection to Certain Administrative Expenses and
503(b)(9) Claims and Motion for (I) Authority to
Setoff Against Such Expenses and Claims and (II) a
Waiver of the Requirement that the First Hearing
on Any Response Proceed as a Status Conference
(Docket No. 6126)

d.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors, FCMA, LLC,
and VonWin Capital Management, L.P. (Docket No.
7702)

e.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors, VonWin
Capital Management, LP, and Imagination
Entertainment (Docket No. 7833)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached <u>Exhibit A</u>.

Status:           Orders have been entered partially
                  sustaining the objection.  For those
                  claims for which the objection is still
                  pending, this matter is adjourned to
                  August 23, 2010 at 2:00 p.m.  See
                  attached <u>Exhibit A</u>.

31.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
          Fiftieth Omnibus Objections (Docket No. 5964)

     c.   Supplemental Order on Debtors' Fiftieth Omnibus
          Objection to Certain Administrative Expenses and
          Motion for (I) Authority to Setoff Against Such
          Expenses and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6127)

     d.   Second Supplemental Order on Debtors' Fiftieth
          Omnibus Objection to Certain Administrative
          Expenses and Motion for (I) Authority to Setoff
          Against Such Expenses and (II) a Waiver of the
          Requirement that the First Hearing on Any Response
          Proceed as a Status Conference (Docket No. 6664)

     e.   Third Supplemental Order On Debtors' Fiftieth
          Omnibus Objection To Certain Administrative
          Expenses and Motion For (I) Authority To Setoff
          Against Such Expenses and (II) A Waiver Of The
          Requirement That The First Hearing On Any Response
          Proceed As A Status Conference (Docket No. 3800)

    f.     Notice of Proposed Settlement Agreement and Stipulation by an Among the Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

    g.     Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

Objection
Deadline:     November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:     See attached <u>Exhibit A</u>.

Status:     Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to August 23, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

32.  Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5318)

Related
Documents:

    a.     Order on Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6068)

    b.     Supplemental Order on Debtors' Fifty-Fourth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6594)

    c.     Notice of Hearing on the Merits on Debtors' Fifty-Fourth Omnibus Objection to Claim No. 13305 Filed by Greg Nagy and Response Thereto (Docket No. 7950)

    d.     Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Greg Nagy Resolving the Debtors' Fifty-Fourth Omnibus

Objection to Claim No. 13305 (docket No. 8065)

Objection
Deadline:           November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached <u>Exhibit A</u>.

Status:             A Notice of Proposed Settlement
                    Agreement and Stipulation has been filed
                    with respect to the claim of Greg Nagy,
                    the only remaining claimant (Docket No.
                    8065).  If no objections are received by
                    July 23, 2010, this omnibus objection
                    will be fully resolved.  At time, the
                    status hearing is adjourned to August
                    23, 2010 at 2:00 p.m. pending finality
                    of the foregoing settlement.

33.   Debtors' Sixtieth Omnibus Objection to Claims
      (Disallowance of Certain (i) No Liability (Legal
      Claims); (ii) No Liability (Miscellaneous Claims); and
      (iii) No Liability (Subcontractor Claims)) (Docket No.
      5879)

      Related
      Documents:

      a.    Order on Debtors' Sixtieth Omnibus Objection to
            Claims (Disallowance of Certain (i) No Liability
            (Legal Claims); (ii) No Liability (Miscellaneous
            Claims); and (iii) No Liability (Subcontractor
            Claims))(Docket No. 6368)

      b.    Supplemental Order on Debtors' Sixtieth Omnibus
            Objection to Claims (Disallowance of Certain (i)
            No Liability (Legal Claims); (ii) No Liability
            (Miscellaneous Claims); and (iii) No Liability
            (Subcontractor Claims))(Docket No. 6585)

      Objection
      Deadline:           December 14, 2009 at 4:00 p.m.

      Objections/

Responses
Filed:               See attached Exhibit A.

Status:              Orders have been entered partially
                     sustaining the objection.  For those
                     claims for which the objection is still
                     pending, this matter adjourned to August
                     23, 2010 at 2:00 p.m.  See attached
                     Exhibit A.

34.   Debtors' Seventieth Omnibus Objection to Claims
      (Disallowance of Certain (I) No Liability (Legal
      Claims); (II) No Liability (Satisfied Claims); (III) No
      Liability (Human Resources Claims); and (IV) No
      Liability (Miscellaneous Claims)) (Docket No. 7013)

      Related
      Documents:

      a.    Order on Debtors' Seventieth Omnibus Objection to
            Claims (Disallowance of Certain (I) No Liability
            (Legal Claims); (II) No Liability (Satisfied
            Claims); (III) No Liability (Human Resources
            Claims); and (IV) No Liability (Miscellaneous
            Claims)) (Docket No. 7457)

      b.    Supplemental Order on Debtors' Seventieth Omnibus
            Objection to Claims (Disallowance of Certain (I)
            No Liability (Legal Claims); (II) No Liability
            (Satisfied Claims); (III) No Liability (Human
            Resources Claims); and (IV) No Liability
            (Miscellaneous Claims)) (Docket No. 7674)

      c.    Notice of Proposed Settlement Agreement and
            Stipulation by and Between the Debtors and
            Universal Display and Fixtures Company (Docket No.
            8002)

      Objection
      Deadline:            April 22, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:               See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  A Notice of
                   Proposed Settlement Agreement and
                   Stipulation have been filed with respect
                   to the claim of Universal Display and
                   Fixtures Company (Docket No. 8002).
                   Other than the foregoing, for those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   August 23, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

35.  Debtors' Corrected Seventy-Second Omnibus Objection to
     Claims (Disallowance of (I) Certain Duplicate Claims;
     and (II) Certain Amended Claims) (Docket No. 7466)

     Related
     Documents:

     a.    Order on Debtors' Corrected Seventy-Second Omnibus
           Objection to Claims (Disallowance of (I) Certain
           Duplicate Claims; and (II) Certain Amended Claims)
           (Docket No. 7854)

     b.    Supplemental Order Sustaining Debtors' Seventy-
           Second Omnibus Objection to Claims (Disallowance
           of (I) Certain Duplicate Claims; and (II) Certain
           Amended Claims) (Docket No. 7939)

     Objection
     Deadline:          June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            This matter is resolved.  Orders have
                        been entered sustaining the objection.

36.  Debtors' Seventy-Fourth Omnibus Objection to Claims
     (Reclassification of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 7447)

     Related

Documents:

a.      Order on Debtors' Seventy-Fourth Omnibus Objection
        to Claims (Reclassification of Certain Alleged
        Administrative Expenses on Account of Employee
        Obligations) (Docket No. 7856)

Deadline:        June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A

Status:          An order has been entered partially
                 sustaining the objection.  For the
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 August 23, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

37.   Debtors' Seventy-Sixth Omnibus Objection to Claims
      (Disallowance of Certain Misclassified Administrative
      Claims) (Docket No. 7460)

      Related
      Documents:

      a.      Order on Debtors' Seventy-Sixth Omnibus Objection
              to Claims (Disallowance of Certain Misclassified
              Administrative Claims) (Docket No. 7858)

      Objection
      Deadline:        June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A

      Status:          An order has been entered partially
                       sustaining the objection.  For the
                       claims for which the objection is still
                       pending, this matter is adjourned to
                       August 23, 1010 at 2:00 p.m.  See
                       attached Exhibit A.

38.  Debtors' Seventy-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 7463)

     Related
     Documents:

     a.   Notice of Motion and Hearing

     b.   Order on Debtors' Seventy-Eighth Omnibus Objection
          to Claims (Disallowance of Certain Late Claims)
          (Docket No. 7860)

     c.   Supplemental Order on Debtors' Seventy-Eighth
          Omnibus Objection to Claims (Disallowance of
          Certain Late Claims) (Docket No. 7942)

     Objection
     Deadline:          June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            Orders have been entered partially
                        sustaining the objection.  For the
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        August 23, 2010 at 2:00 p.m.  See
                        attached Exhibit A.

39.  Debtors' Seventy-Ninth Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     7874)

     Objection
     Deadline:          July 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            The status hearing is going forward with
                        respect to those claims for which a
                        response was filed.  During the status
                        hearing the Debtors will advise the

Court that the status hearing will be adjourned to August 23, 2010 at 2:00 p.m. with respect to those claims for which a responses was filed. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was filed. See attached <u>Exhibit A</u>.

## V.   ADVERSARY PROCEEDINGS

40. Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co., Inc. (Docket No. 1) (<u>Circuit City Stores, Inc. v. United States Debt Recovery LLC</u>, Adversary No. 10-3055 (KRH))

Related
Documents:

   a.   Entry of Default Against Signature Home Furnishings Co. Inc. (Docket No. 12)

   b.   Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 13)

   c.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and United States Debt Recovery LLC (Bankr. Docket No. 7402)

   d.   Response of Signature Home Furnishings Co., Inc. to Motion for Entry of Judgment by Default and Request for Enlargement of Time Within Which to Respond to Complaint (Docket No. 16)

Response
Deadline:      April 23, 2010 at 4:00 p.m.

Objections/
Responses

Filed:

a.   Answer Of United States Debt Recovery LLC To
     Circuit City Stores, Inc.'s Objection To Claim
     Nos. 778 And 13210 And Complaint Against United
     States Debt Recovery LLC And Signature Home
     Furnishings Co., Inc. (Docket No. 9)

b.   Answer of Signature Home Furnishings, Inc. to
     Circuit City Stores, Inc.'s Objection to Claim
     Nos. 778 and 13210 and Complaint Against United
     States Debt Recovery LLC and Signature Home
     Furnishings Co., Inc. (Docket No. 20)

Status:        This matter has been resolved solely
               with respect to United States Debt
               Recovery LLC.  The parties are in
               negotiations to settle the matter with
               respect to Signature Home Furnishings
               Co., Inc.  The hearing solely with
               respect to Signature Home Furnishings
               Co., Inc. is adjourned to August 4, 2010
               at 2:00 p.m.

41.   Circuit City Stores, Inc.'s Objection to Claim Nos. 132
      and 12300 and Complaint Against  Digital Electronics
      America, Inc. and The Insurance Company of the State of
      Pennsylvania (Docket No. 1) (Circuit City Stores, Inc.
      v. Mitsubishi Electronics America, Inc., et al.,
      Adversary No. 10-3068 (KRH))

      Related
      Documents:

      a.   Order Authorizing Debtors to File Exhibit Under
           Seal (Docket No. 9)

      b.   Motion of Mitsubishi Digital Electronics America,
           Inc. to Dismiss Count VI of the Complaint for
           Failure to State a Claim on which Relief can be
           Granted (Docket No. 16)

      c.   Memorandum of Law in Support of Motion of
           Mitsubishi Digital Electronics America, Inc. to
           Dismiss Count VI of the Complaint for Failure to

State a Claim on Which Relief can be Granted
(Docket No. 17)

d.    Memorandum of Law in Opposition to Motion of
Mitsubishi Digital Electronics America, Inc. to
Dismiss Count VI of the Complaint for Failure to
State a Claim on Which Relief Can be Granted
(Docket No. 23)

Response
Deadline:         May 3, 2010 at 4:00 p.m. extended for
The Insurance Company of the State of
Pennsylvania until July 21, 2010 at 4:00
p.m.

Objections/
Responses
Filed:

a.    Answer, Defenses and Counterclaims of Mitsubishi
Digital Electronics America, Inc. (Docket No. 15)

Status:          The pre-trial conference on this matter
is going forward.

42.   First Amended Complaint for Declaratory, Injunctive,
and Other Relief (Docket No. 5) (Ryan, Inc. f/k/a Ryan
Company, Inc. v. Circuit City Stores, Inc., Adversary
No. 10-3083 (KRH))

Response
Deadline:         June 17, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Debtors' Motion to Dismiss Amended Complaint
Pursuant to Federal Rule of Civil Procedure
12(b)(6) (Docket No. 12)

b.    Memorandum of Law In Support of the Motion to
Dismiss Amended Complaint Pursuant to Federal Rule
of Civil Procedure 12(b)(6) (Docket No. 13)

c.    Plaintiff's Response To Defendant's Motion To
      Dismiss Amended Complaint Pursuant To Federal Rule
      Of Civil Procedure 12(b)(6) (Docket No. 22)

d.    Debtors' Reply to Plaintiff's Response To
      Defendant's Motion To Dismiss Amended Complaint
      Pursuant To Federal Rule Of Civil Procedure
      12(b)(6) (Docket No. 23)

Status:        This matter will go forward as a status
               conference only.

43.  Debtors' Motion to Dismiss Amended Complaint Pursuant
     to Federal Rule of Civil Procedure 12(b)(6) (Docket No.
     12) (Ryan, Inc. f/k/a Ryan  Company, Inc. v. Circuit
     City Stores, Inc., Adversary No. 10-3083 (KRH))

     Related
     Documents:

     a.    Memorandum of Law In Support of the Motion to
           Dismiss Amended Complaint Pursuant to Federal Rule
           of Civil Procedure 12(b)(6) (Docket No. 13)

     b.    Notice of Motion and Hearing (Docket No. 14)

     Response
     Deadline:       June 21, 2010 at 4:00 p.m., extended
                     until June 30, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:

     a.    Plaintiff's Response To Defendant's Motion To
           Dismiss Amended Complaint Pursuant To Federal Rule
           Of Civil Procedure 12(b)(6) (Docket No. 22)

     b.    Debtors' Reply to Plaintiff's Response To
           Defendant's Motion To Dismiss Amended Complaint
           Pursuant To Federal Rule Of Civil Procedure
           12(b)(6) (Docket No. 23)

     Status:        This matter will go forward as a status
                    conference only.

## VI.   CONFIRMATION MATTERS

44.   Motion for Order Under 11 U.S.C. Sections 105, 362 and
541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
Notice, Hearing, and Sell-Down Procedures for Trading
in Equity Securities and Claims Against the Debtors'
Estates (Docket No. 20)

Related
Documents:

a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
Fed. R. Bankr. P. 3001 and 3002 Establishing
Notice, Hearing, And Sell-Down Procedures For
Trading In Equity Securities And Claims Against
The Debtors Estates And Setting Hearing (Docket
No. 135)

Objection
Deadline:        November 22, 2008 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Informal Response of the Securities Exchange
Commission

b.   Informal Response of the Official Committee of
Unsecured Creditors

Status:          This matter is going forward as a status
conference only.

45.   First Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and Debtors in
Possession and its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5124)

Related
Documents:

a.   Notice of (1) Approval of Disclosure Statement;
(2) Hearing on Confirmation of Plan; (3) Deadline
and Procedures for Filing Objections to

Confirmation of Plan; (4) Treatment of Certain
Unliquidated or Disputed Claims for Notice, Voting
and Distribution Purposes; (5) Deadline and
Procedures for Temporary Allowance of Certain
Claims for Voting Purposes; (6) Record Date; (7)
Voting Deadline for Receipt of Ballots; and (8)
Proposed Release, Injunction and Exculpation in
the Plan (Docket No. 5121)

b.   Notice of Filing Plan Exhibits (Docket No. 5548)

c.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 5799)

d.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 6096)

e.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 6317)

f.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 6443)

g.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 6640)

h.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 7003)

i.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 7377)

j.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 7619)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Treasurer of Douglas County Colorado's Objections
     to Confirmation of the August 24, 2009 Joint Plan
     of Liquidation (Docket Nos. 5145, 5163, 5684)

b.    Texas Comptroller's Objection to Confirmation of
First Amended Joint Plan of Reorganization (Docket
Nos. 5168, 5221)

c.    Objections to the "Plan" for Claim 13082, by Bruce
Senator (Docket No. 5331)

d.    Prince George's County, Maryland Objection to
Debtor's First Amended Joint Plan of Liquidation
(Docket Nos. 5526, 5589, 5637)

e.    Charles County, Maryland Objection to Debtors'
First Amended Joint Plan of Liquidation (Docket
Nos. 5527, 5590, 5638)

f.    Objection of the State of Connecticut, Department
of Revenue Services to the Debtors' Joint First
Amended Plan of Reorganization (Docket No. 5596,
5708)

g.    The Florida Tax Collectors for the Counties of
Palm Beach, Hernando, Highlands, Lee, Indian
River, Bay, Okaloosa, Brevard, Polk, Manatee,
Orange, Marion, Pinnellas and Osceola Counties
Objection to Confirmation of First Amended Joint
Plan of Reorganization (Docket No. 5603, 5624)

h.    Commonwealth of Virginia Department of Taxation's
Objection to Confirmation (Docket No. 5609)

i.    Maricopa County Treasurer's Objection to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5627, 5728)

j.    Objection of Certain Texas Taxing Authorities to
Confirmation of Circuit City Stores, Inc. and Its
Affiliated Debtors and Debtors in Possession and
Its Official Committee of Creditors Holding
General Unsecured Claims' First Amended Joint Plan
of Liquidation Dated September 24, 2009 (Docket
No. 5631, 5694)

k.   Objection of Lewisville Independent School
     District to Confirmation of the First Amended
     Joint Plan of Liquidation of Circuit City Stores,
     Inc. and Its Affiliated Debtors and Debtors in
     Possession and Its Official Committee of Creditors
     Holding General Unsecured Claims (Docket No. 5644,
     5711)

l.   Objection of Nancy and Charles Booth to
     Confirmation of the First Amended Joint Plan of
     Liquidation of Circuit City Stores Inc. and Its
     Affiliated Debtors and Debtors in Possession and
     Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5645, 5701)

     Related
     Document:

          i.   Order Withdrawing Objection of Nancy and
               Charles Booth to Confirmation of the
               First Amended Joint Plan of Liquidation
               of Circuit City Stores Inc., et al.
               (Docket No. 7638)

m.   Objection of Ryan, Inc. f/k/a Ryan & Company, Inc.
     to Confirmation of the First Amended Joint Plan of
     Liquidation of Circuit City Stores Inc and Its
     Affiliated Debtors and Debtors in Possession and
     Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5647)

n.   Objection of LG Electronics USA, Inc. to
     Confirmation of Chapter 11 Plan of Liquidation
     (Docket No. 5652, 5730)

     Related
     Documents:

          i.   Debtors' Response to the Objection of LG
               Electronics USA, Inc. to Confirmation of
               Chapter 11 Plan of Liquidation (Docket
               No. 7320)

          ii.  Order with Respect to the Objection of

43

LG Electronics USA, Inc. to Confirmation
of Chapter 11 Plan of Liquidation
(Docket No. 7600)

o.     Objection by Eastman Kodak Company to Confirmation
of the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and Its Affiliated
Debtors and Debtors in Possession and Its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5655)

p.     Objection by Commissioner of Massachusetts
Department of Revenue to Confirmation of First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and Its Affiliated Debtors and
Debtors in Possession and Its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5657, 5743)

q.     Objection of Envision Peripherals, Inc. to
Confirmation of Chapter 11 Plan of Liquidation
(Docket No. 5659, 5732)

r.     Objection to Confirmation of Chapter 11 Plan by
United States Customs and Border Protection
(Docket No. 5661)

s.     Objection of the United States of America,
Internal Revenue, to Confirmation of First Amended
Joint Plan of Liquidation of Circuit City Stores,
Inc. and Its Affiliated Debtors and Debtors in
Possession and its Official Committee of Creditors
Holding General Unsecured Claims (Docket No. 5664,
5725)

t.     Pima County's Objection To The First Amended Plan
Of Liquidation Of Circuit City Stores, Inc. And
Its Affiliated Debtors And Debtors In Possession
And Its Official Committee Of Creditors Holding
General Unsecured Claims (Docket No. 5665)

u.     Objection of Paramount Home Entertainment Inc. to
First Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee

of Creditors Holding General Unsecured Claims
(Docket No. 5667, 5737)

v.      Objection Of Monterey County, Placer County,
        Riverside County And San Bernardino County,
        California, Collectively The California Taxing
        Authorities To Confirmation Of Circuit City Stores
        And Its Affiliated Debtors Et Al In Its First
        Amended Joint Plan Of Liquidation (Docket No.
        5671, 5741)

w.      Travis County Texas Objection to Confirmation
        (Docket No. 5672)

x.      Limited Objection Of THQ, Inc. To First Amended
        Joint Plan Of Liquidation (Docket No. 5677)

y.      Objection of DeSoto County, Mississippi to the
        Debtors' Joint First Amended Plan of Liquidation
        (Docket No. 5679)

z.      Samsung America Electronics, Inc.'s Objection to
        Confirmation of the Debtors' First Amended Joint
        Plan of Liquidation (Docket No. 5681, 5826)

aa.     Limited Objection of Henrico County, Virginia to
        Debtors' First Amended Joint Plan of Liquidation
        (Docket Nos. 5682, 5838)

bb.     Joinder of Apex Digital, Inc. to Objections of LG
        Electronics USA, Inc. and Eastman Kodak Company to
        Confirmation of Debtors' Chapter 11 Plan of
        Liquidation (Docket No. 5683)

cc.     Florida Tax Collector for Miami-Dade County
        Objection to Confirmation of the Debtors' First
        Amended Joint Plan of Liquidation (Docket Nos.
        5685, 5868)

dd.     Objection to Confirmation of the Debtors' First
        Amended Joint Plan of Liquidation, by Vincent E.
        Rhynes (Docket No. 5686)

ee.     DIRECTV, Inc.'s Limited Objection to Confirmation
        of the Debtors' Plan`(Docket No. 5689, 5789)

ff.   Joinder Of Olympus Corporation And Olympus Imaging
      America Inc. In Objections Of LG Electronics USA
      Inc., Eastman Kodak Company And Samsung America
      Electronics, Inc. Objection To Confirmation Of The
      Debtors' First Amended Joint Plan Of Liquidation
      (Docket No. 5690)

gg.   Texas Ad Valoram Tax Claimants (Tax Appraisal
      District of Bell County, County of Brazos, County
      of Comal, County of Denton, Longview ISD, City of
      Waco, Waco Independent School District, Midland
      Central Appraisal District, Taylor Central
      Appraisal District, County of Williamson)
      Objection To Confirmation Of The Debtors' First
      Amended Joint Plan Of Liquidation (Docket No.
      5691)

hh.   Response and Objection of Bethesda Softworks LLC
      to the First Amended Joint Plan of Liquidation of
      Circuit City Stores, Inc. and its Affiliated
      Debtors and Debtors in Possession and its Official
      Committee of Creditors Holding General Unsecured
      Claims (Docket No. 5692, 5901)

ii.   Objection of Village of Mount Pleasant, Racine,
      Wisconsin to Discharge (Docket No. 5702)

jj.   Local Texas Tax Authorities (Bexar County, Cameron
      County, Cedar Hill, Cypress Fairbanks ISD, Dallas
      County, Deer Park ISD, El Paso, Fort Bend County,
      Frisco, Galveston County, Grayson County, Gregg
      County, Harris County, Irving ISD, Jefferson
      County, Judson ISD, Katy ISD, McAllen, McAllen
      ISD, McLennan County, Montgomery County, Nueces
      County, Rockwall CAD, Rockwall County, Round Rock
      ISD, Smith County, South Texas College, South
      Texas ISD, Sugarland, Tarrant County, and Tom
      Green CAD) and City of Memphis Objection to
      Confirmation of Plan (Docket No. 5707)

kk.   Objection of Lee County, Mississippi Tax Collector
      to the Debtors' Joint First Amended Plan of
      Reorganization (Docket No. 5712)

ll.  Limited Objection Of Safeco Insurance Company Of
     America To Confirmation Of The First Amended Joint
     Plan (Docket No. 5714, 5946)

mm.  Joinder Of Mitsubishi Digital Electronics America,
     Inc. To Objections Of Samsung America Electronics,
     Inc., LG Electronics USA, Inc. And Eastman Kodak
     Company To Confirmation Of Debtors' First Amended
     Joint Plan Of Liquidation (Docket No. 5716)

nn.  Joinder of Vonage Marketing Inc. to Objection to
     Confirmation of the Debtors First Amended Joint
     Plan of Liquidation Filed by Samsung America
     Electronics, Inc. (Docket No. 5717, 5782)

oo.  Joinder of Nyko Technologies, Inc. to Objection to
     Confirmation of the Debtors First Amended Joint
     Plan of Liquidation Filed by Samsung America
     Electronics, Inc. (Docket No. 5720, 5786)

pp.  Joinder Of Slam Brands, Inc. To Objections Of LG
     Electronics USA, Inc. And Eastman Kodak Company To
     Confirmation Of Debtors Chapter 11 Plan Of
     Liquidation (Docket No. 5726)

qq.  Joinder Of Take-Two Interactive Software, Inc. In
     Objections Of LG Electronics USA Inc., Eastman
     Kodak Company And Samsung America Electronics,
     Inc. To Confirmation Of The Debtors' First Amended
     Joint Plan Of Liquidation (Docket No. 5727)

rr.  Joinder of Stillwater Designs and Audio, Inc. to
     Objection to Confirmation of the Debtors First
     Amended Joint Plan of Liquidation Filed by Samsung
     America Electronics, Inc. (Docket No. 5729, 5787)

ss.  Objection Of Schimenti Construction Company, LLC
     To First Amended Joint Plan Of Liquidation (Docket
     Nos. 5731, 5835)

tt.  Chatham County, Georgia Tax Commissioner's
     Objections to Confirmation to the Debtor's First
     Joint Amended Plan of Reorganization (Docket No.
     5736)

uu.   Joinder Of Paramount Home Entertainment Inc. To
      Objections To Confirmation Of Debtors' Chapter 11
      Plan Of LG Electronics USA, Inc.; Eastman Kodak
      Company; Envision Peripherals; And THQ, Inc.
      (Docket No. 5738)

vv.   Joinder of SouthPeak Interactive, LLC to Objection
      to Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket No. 5739, 5784)

ww.   Joinder of Cokem International, Inc. to Objections
      of LG Electronics USA, Inc. and Paramount Home
      Entertainment Inc. to Confirmation of Debtors'
      Chapter 11 Plan of Liquidation (Docket No. 5740)

xx.   Marlon Mondragon Objection to Confirmation of Plan
      (Docket No. 5745)

yy.   Objection of BISSELL Homecare, Inc. to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5746)

zz.   FM Facility Maintenance Inc., f/k/a IPT, LLC
      Objection to Confirmation of Plan (Docket Nos.
      5747, 5836)

aaa.  Limited Objection of Alliance Entertainment
      Corporation, Source Interlink Media, LLC to
      Confirmation of Plan (Docket No. 5750)

bbb.  Twentieth Century Fox Home Entertainment, LLC and
      TeleDynamics LLP Joinder to Objections to
      Confirmation of Debtors' First Amended Plan of
      Liquidation (Docket No. 5756)

ccc.  Joinder of Toshiba America Consumer Products,
      L.L.C., Toshiba America Information Systems, Inc.
      to Objections of Paramount Home Entertainment,
      Inc. and Samsung America Electronics, Inc. (Docket
      No. 5758)

    ddd. Joinder of Warner Home Video, a Division of Warner
        Bros. Home Entertainment Inc., to Objections to
        First Amended Joint Plan of Liquidation of Circuit
        City Stores, Inc. and Its Affiliated Debtors and
        Debtors in Possession and Its Official Committee
        of Creditors Holding General Unsecured Claims
        (Docket No. 5759)

    eee. Joinder of Paramount Home Entertainment Inc. to
        Objections to Confirmation of Debtors' Chapter 11
        Plan of Samsung America Electronics, Inc., BISSELL
        Homecare, Inc., and FM Facility Maintenance Inc.
        (Docket No. 5816)

    fff. Objection of Lexmark International, Inc. to
        Confirmation of Debtors' First Amended Joint Plan
        of Liquidation (Docket Nos. 5876, 5877)

    ggg. Objection of the Macerich Company, RREEF
        Management Company, Cousins Properties
        Incorporated, Watt Management Company, The
        Prudential Insurance Company of America, Portland
        Investment Company, Foursquare Properties Inc.,
        and KNP to the Plan of Liquidation for Circuit
        City Stores, Inc. and Its Affiliated Debtors and
        Debtors in Possession and Its Official Committee
        of Creditors Holding General Unsecured Claims
        (Docket No. 5941)

    hhh. Texas Comptrollers' Amended Objection to
        Confirmation of First Amended Joint Plan of
        Reorganization (Docket No. 6662)

    iii. Texas Comptroller's Second Amended Objection to
        Confirmation of First Amended Joint Plan of
        Reorganization (Docket No. 7472)

    Status:      This matter is going forward as a status
                conference only.

46. Motion of Pioneer Electronics Under Fed. R. Bankr. P.
    3020(a) for Order Requiring Confirmation Deposit
    (Docket No. 5461)

    Related

Documents:

a.    Notice of Motion and Hearing (Docket No. 5463)

b.    Samsung Electronics America, Inc.'s Motion Under
      Fed. R. Bankr. P. 3020(a) for Order Requiring
      Confirmation Deposit and Joinder to Motion of
      Pioneer Electronics for Same (Docket No. 5614)

c.    Joinder of Apex Digital Inc. and THQ, Inc. to
      Motions of Pioneer Electronics, Inc. and Samsung
      Electronics America, Inc. for an Order Requiring
      Confirmation Deposit Pursuant to Bankruptcy Rule
      3020(a) (Docket No. 5663)

d.    Joinder Of Paramount Home Entertainment Inc. To
      Motions Of Pioneer Electronics And Samsung
      Electronics America, Inc. For Order Requiring
      Confirmation Deposit Under Fed. R. Bankr. P.
      3020(a) (Docket No. 5668)

e.    Joinder Of Bethesda Softworks LLC to Motions Of
      Pioneer Electronics And Samsung Electronics
      America, Inc. For Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5695)

f.    Amended Notice of Hearing (Docket No. 5703)

g.    Joinder of Cokem International, Inc. to Motions of
      Pioneer Electronics and Samsung Electronics
      America, Inc. for Order Requiring Confirmation
      Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
      No. 5734)

h.    Joinder of Onkyo USA Corporation to Motions of
      Pioneer Electronics, Inc. and Samsung Electronics
      America, Inc. for an Order Requiring a
      Confirmation Deposit Pursuant to Rule 3020 of the
      Federal Rules of Bankruptcy Procedure, or, in the
      Alternative, Objection to Confirmation of Chapter
      11 Plan of Liquidation (Docket No. 5742)

      Related
      Document:

        i.    Debtors' Response to the Joinder of
Onkyo USA Corporation to Motions of
Pioneer Electronics, Inc. and Samsung
Electronics America, Inc. for an Order
Requiring a Confirmation Deposit
Pursuant to Rule 3020 of the Federal
Rules of Bankruptcy Procedure, or, in
the Alternative, Objection to
Confirmation of Chapter 11 Plan of
Liquidation (Docket No. 7321)

i.    Joinder of BISSELL Homecare, Inc. to Motions of
Pioneer Electronics, Inc. and Samsung Electronics
America, Inc. for an Order Requiring a
Confirmation Deposit Pursuant to Bankruptcy Rule
3020(a) (Docket No. 5752)

j.    Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:    November 16, 2009 at 4:00 p.m., extended
for the Debtors to a date and time to be
determined

Objections/
Responses
Filed:    None at the time of filing this agenda

Status:    This matter is going forward as a status
conference only.

Dated: July 19, 2010      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia    FLOM LLP
                                Gregg M. Galardi, Esq.
                                Ian S. Fredericks, Esq.
                                P.O. Box 636
                                Wilmington, Delaware 19899-0636
                                (302) 651-3000

                                - and -

                                SKADDEN, ARPS, SLATE, MEAGHER &
                                  FLOM LLP
                                Chris L. Dickerson, Esq.
                                155 N. Wacker Drive, Suite 2700
                                Chicago, Illinois 60606-2700
                                (312) 407-0700

                                - and -

                                MCGUIREWOODS LLP


                                /s/ Douglas M. Foley     .
                                Douglas M. Foley (VSB No. 34364)
                                Sarah B. Boehm (VSB No. 45201)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel for Debtors and Debtors
                                in Possession

\13316302.3

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 5 | Graphic Communications, Inc. | 3600 | **This matter will go forward on the merits on July 22, 2010 at 10:00 a.m.** |
| | | | |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to August 4, 2010 at 2:00 p.m. |
| 7 | Dino Bazdar | 3814 | **This matter will go forward on the merits on July 22, 2010 at 10:00 a.m.** |
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the July 22, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 9 | Lyle Alonso Epps | 3914 | **This matter will go forward on the merits on July 22, 2010 at 10:00 a.m.** |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 19 | Arboretum of South Barrington, LLC | 4092 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 19 | General Instrument Corporation dba the Home & Networks Mobility Business of Motorola Inc. | 4098 4178 | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 19 | Motorola, Inc. | 4099 4177 | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

2

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 23 | General Instrument Corporation d/b/a The Home and Networks Mobility Business | n/a | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 23 | Motorola, Inc. | n/a | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Eisner, Roy | 4821 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 33 | Lexmark International, Inc. | 4803 | A Settlement Agreement and Stipulation (Docket No. 8087) has been filed.  If no objections are received by August 2, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 34 | Motorola, Inc. | 4905 5035 | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 37 | Boulder County, Colorado | n/a | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Palm Beach County Tax Collector | 4883 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Brevard County Florida Tax Collector | 5009 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Charles County, Maryland | 5066 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Travis County, Texas | 5071 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Lewisville Independent School District | 5089 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Loudoun County, VA | 5102 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Ada County, Idaho | 5110 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Escambia County Tax Collector | 5112 | A Settlement Agreement and Stipulation (Docket No. 8067) has been filed.  If no objections are received by July 23, 2010, this matter will be resolved. At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Allen County, Indiana | 5120 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Gaston County, NC | 5152 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to August 23, 2010 at 2:00 p.m. |

12

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | **This matter will go forward on the merits on August 4, 2010 at 2:00 p.m.** |
| | | | |
| 44 | General Instrument Corporation d/b/a Home & Networks Mobility Business of Motorola, Inc. | 5363 5446 | A Settlement Agreement and Stipulation (Docket No. 8027) has been filed.  If no objections are received by July 27, 2010, this matter will be resolved.  At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 49 | Korea Export Insurance Company | 5512 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 50 | Southpeak Interactive, LLC | 5501 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 54 | Greg Nagy | 5587 | A Settlement Agreement and Stipulation (Docket No. 8065) has been filed.  If no objections are received by July 23, 2010, this matter will be resolved.  At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Patricia Johnson | 6083 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Public Company Accounting Oversight Board on behalf of itself and the Financial Accounting Standards Board | 6084 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 60 | Bruce Senator | 6035 6088 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

14

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Convergys Customer Management Group Inc. | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Richard Kreuger | 7241 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Satchidananda Mims a/k/a Satchi Mims | 7318 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 70 | Universal Display & Fixture | n/a | A Settlement Agreement and Stipulation (Docket No. 8002) has been filed.  If no objections are received by July 23, 2010, this matter will be resolved.  At this time, the status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 76 | Lei, Yu-Liang | 7584 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 76 | Equal Employment Opportunity Commission | 7707 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 7771 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 78 | Equal Employment Opportunity Commission | 7707 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| | | | |
| 79 | Thomas, Anna | 7955 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Foster, William | 7999 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Eisner, Joanne | 8003 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 8016 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 8017 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 8018 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Evans, Joe | 8030 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 8031 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 8032 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Fouskey, James | 8033 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 79 | Gibson, Thomas H. | 8034 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Martinez, Anthony | 8035 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Lopresti, Mary | 8036 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Murphy, Leedell | 8037 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 8041 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Perez, Jesse | 8052 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Rollins, James | 8054 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 8055 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 8056 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Grande, Richard | 8088 | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Granito, Diane | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Booker, Jamal | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |
| 79 | Snow, Christopher | n/a | The status hearing on this response is adjourned to August 23, 2010 at 2:00 p.m. |

\13044819