July 9, 2010



To Whom it May Concern:

We would like to request an address change for the following parties in interest for the Circuit City Bankruptcy Case:

    Marblegate Asset Management, LLC
    Marblegate Special Opportunities Master Fund, LP

Please change the address for these entities to:

150 East 52nd Street
10th Floor
New York, NY 10022

Thank you in advance,

Mark Zoldan
Chief Financial Officer