# Morehead

Howard and Martha Jane
10712 Calaveras Cove
Belton, Texas 76513
(254) 780-3198



**RICHMOND DIVISION**
FILED JUL 19 2010
CLERK
US BANKRUPTCY COURT

Wednesday
July 14, 2010

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Att'n: Mr. William C. Redden
      Clerk, U.S. Bankruptcy Court

REF: Case # 08-35653-KRH
      Circuit City Bankruptcy case

Dear Mr. Redden,

I don't know how I got on the mailing list for this case. But I have no claims against Circuit City. I did work for them for several years, so that may be why I am on the mailing list.

I request you take me off the mailing list, that way we can save the Tax Payers some money.

If you have any questions or concerns about this request, please contact me. I want to thank you ahead of time for your time in addressing this request.

Yours truly,

Howard Morehead