IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---

|  |  |  |
|---|---|---|
|  | x |  |
|  | : | Chapter 11 |
| In re: | : |  |
|  | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : |  |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |
|  | : |  |
|  | x |  |

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On June 28, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: July 12, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 12th day of July, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NANCY SANTOS
Commission # 1875532
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Faber Bros Inc | G David Dean | Cole Schotz Meisel Forman & Leonard PA | 300 E Lombard St Ste 2000 | Baltimore | MD | 21202 | | 13254 | $121,131.11 | 7928 |
| Transferee | United States Debt Recovery IV LLC | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | | 13254 | $121,131.11 | 7928 |
| Transferor | Faber Bros Inc | G David Dean | Cole Schotz Meisel Forman & Leonard PA | 300 E Lombard St Ste 2000 | Baltimore | MD | 21202 | | 12115 | $2,639,854.84 | 7929 |
| Transferee | United States Debt Recovery V LLC | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | | 12115 | $2,639,854.84 | 7929 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____
                                                        )        Chapter 11
In re                                                )
    Circuit City Stores, Inc.            )        Case No. 08-35653 (KRH)
                                                        )        (Jointly Administered)
                                                        )
Debtor _____)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
            Transferor Address

Please note that your claim number ____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                       **By:**    _____/s/_____
                                         **Joseph Johnson**

**cc:** Notice Party (if applicable)