**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.,

Debtor.

Chapter 11

Case No.: 08-35653 (KRH)

Jointly Administered

TRANSFER OF CLAIM
BANKRUPTCY RULE 3001(E)(2)

RICHMOND DIVISION
FILED JUL 2 1 2010
CLERK
US BANKRUPTCY COURT

   PLEASE TAKE NOTICE that the administrative priority or priority claim of 19th Street Investors Inc (underlying creditor or "Transferor") against the above captioned Debtor in the amount of $2,636,827.75, and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to Retail Property Group, Inc. ("RPG"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

   I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to RPG upon terms as set forth in the Purchase Agreement dated March 31, 2010. I represent and warrant that the claim is not less than $2,636,827.75 and has not been previously objected to, sold, or satisfied. Other than as stated above, RPG assumes all risks associated with the debtor's ultimate payment, if any upon the claims. I agree that upon request, I will deliver to RPG any correspondence, payment received after the date of this agreement and any supporting materials (if requested by RPG) documenting the claim. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, RPG below.

**TRANSFEROR:**

**19th Street Investors Inc**

Print Name: Joe Carosella          Title: President

Signature: _Joe Carosella_          Date: 7-10-10

Corrected Address (if req.) _____

Phone: 561-961-1732               E-Mail: jcarosella@rpg123.com

**TRANSFEREE:**
Retail Property Group, Inc.
101 Plaza Real South Suite 200
Boca Raton, FL 33432

Phone: 561-961-1732     E-Mail: jortega@rpg123.com

Signature: _John R. Ortega_          7-10-10
John R. Ortega, Chief Financial Officer