IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

---------------------------------------------------------------x
In re:                                                      )
                                                            )
CIRCUIT CITY STORES, INC., *et al.*,                        )          Chapter 11
                                                            )
                                                            )          Case No. 08-35653
         Debtors.                                           )
---------------------------------------------------------------x        Jointly Administered

NOTICE OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE, that Kimberly Gianis, pursuant to section 1109(b) of the Bankruptcy Code, 11 U.S.C. Section 1109(b), and Rule 9010 of Bankruptcy Procedure, hereby appears in the above-captioned case and demands that notice of all matters therein be duly served at the addressed set forth below.

PLEASE TAKE FURTHER NOTICE, that demand is hereby also made for services of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganizations and answering or reply papers filed in the above-captioned case by mail or otherwise, to the address set forth below:

>    Kimberly Gianis
>    Contrarian Capital Management, L.L.C.
>    411 West Putnam Avenue, Suite 425
>    Greenwich, CT 06830
>    Tel. 203-862-8250
>    **Email: kgianis@contrariancapital.com**

Date: July 16, 2010    By:    */s/ Kimberly Gianis*