# WILLIAMS MULLEN

Direct Dial: 804.420.6534
sselinger@williamsmullen.com



RICHMOND DIVISION
FILED JUL 2 2 2010
CLERK
US BANKRUPTCY COURT

July 20, 2010

Clerk,
U.S. Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

In re:   Case No. 08-35653 (KRH) Chapter 11
        CIRCUIT CITY STORES, INC., *et al.*, (Jointly Administered) Debtors
        Our client/claimant: Richard Krueger

To Whom It May Concern:

Please revise the physical and mailing address of William D. Bayliss, attorney for claimant, Richard Krueger, as follows:

| Physical Address: | Mailing Address: |
|---|---|
| William D. Bayliss, Esquire | William D. Bayliss, Esquire |
| WILLIAMS MULLEN, P.C. | WILLIAMS MULLEN, P.C. |
| 200 South 10th Street, Suite 1600 | P.O. Box 1320 |
| Richmond, VA 23219 | Richmond, VA 23218-1320 |

Thank you for your attention to this request.

Sincerely,

Steven J. Selinger
Paralegal

cc.   William D. Bayliss, Esquire

7960060_1 DOC

*A Professional Corporation*

NORTH CAROLINA • VIRGINIA • WASHINGTON, D.C. • LONDON
200 South 10th Street, Suite 1600 (23219)  P.O. Box 1320  Richmond, VA 23218-1320  Tel: 804.420.6000  Fax: 804.420.6507
www.williamsmullen.com