SEDWICK CMS                                                                                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/1/2008 | JCA | A104 Review/analyze<br>Receipt and Review of Sunrise Plantation's motion to be excused<br>from portion of trial docket<br>L250 Other Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of unavailibility of Valerie A. Dondero<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to client re: Ricardo Alfaro, and Jack Saber<br>depositions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Online Docket Search to schedule the hearing on the Motion for<br>Protective Order | 0.40<br>60.00/hr | NO CHARGE |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning the<br>hearing on the Motion for Protective Order | 0.30<br>60.00/hr | 18.00 |
| 7/2/2008 | RP | Legal Services<br>Communications to/from Ross regarding Saber status and upcoming<br>monday hearings. | 0.40<br>120.00/hr | 48.00 |
|  | JCA | A106 Communicate (with client)<br>Prepare letter to carrier re: Invoice number 0047040684 from<br>HealthPort<br>L320 Document Production | 0.20<br>120.00/hr | 24.00 |
| 7/3/2008 | CB | Legal Services<br>Telephone conference with  Dr. Phillip Lozman re: his availability for<br>Trial (several calls) | 0.30<br>60.00/hr | 18.00 |
|  | RP | Legal Services<br>Telephone conference with Meador regarding status of Saber and<br>Balfour, Melton and Helton<br>L330 Depositions | 0.40<br>120.00/hr | 48.00 |
|  | SR | A101 Plan & Prepare for<br>Plan & Prepare motion to amend answer to interrogatories. | 0.90<br>110.00/hr | 99.00 |
|  | RP | Legal Services<br>Telephone conferences with Saber and prior store regarding his<br>current employment status. | 0.30<br>120.00/hr | 36.00 |
|  | RP | Legal Services<br>Communications to/from Saber regarding his employment status. | 0.20<br>120.00/hr | 24.00 |
|  | RP | Legal Services<br>File review and analysis regarding interrogatories identifying persons<br>as former employees, including revisions to proposed Amended | 0.30<br>120.00/hr | 36.00 |

SEDWICK CMS                                                                      Page    14

|            |     |                                                                                 | Hrs/Rate | Amount |
|------------|-----|---------------------------------------------------------------------------------|----------|--------|
|            |     | Answers to Interrogatories as the answers pertain to Saber and Balfour. L310 Written Discovery |          |        |
| 7/3/2008   | SR  | A105 Communicate (in firm) Telephone conference with opposing counsel concerning upcoming hearing. | 0.30 110.00/hr | 33.00 |
| 7/6/2008   | RP  | Legal Services Prepare for hearings on Plaintiff's Amended Motion to Amend Complaint to Assert Punitive Damage Count claim, co-defendant's Motion to be Excused from Trial period and Motions for Protective Order. | 1.80 120.00/hr | 216.00 |
| 7/7/2008   | SR  | A103 Draft/revise Draft/revise cover letter. | 0.30 110.00/hr | 33.00 |
|            | SR  | A107 Communicate (outside counsel) Draft and send email to party | 0.30 110.00/hr | 33.00 |
|            | RP  | Legal Services Attend hearings on Plaintiff's Amended Motion to Amend Complaint to Assert Punitive Damage Count claim, co-defendant's Motion to be Excused from Trial period and Motions for Protective Order. L210 Pleadings | 3.80 120.00/hr | 456.00 |
|            | RP  | Legal Services Analysis of Co-defendant's Motion for Summary Judgment. | 0.50 120.00/hr | 60.00 |
|            | JCA | A104 Review/analyze Receipt and Review of correspondence from Valerie A. Dondero enclosing copy of notice of special set hearing on defendant's motion for summary final judgment (via fax) L120 Analysis/Strategy | 0.10 120.00/hr | 12.00 |
|            | JCA | A104 Review/analyze Receipt and review Notice of special set Hearing on defendant's motion for summary final judgment (via fax) L450 Trial and Hearing Attendance | 0.10 120.00/hr | 12.00 |
|            | JCA | A104 Review/analyze Receipt and Review of correspondence from Valerie A. Dondero regarding ruling on motion to be excused from portion of trial docket and enclosing proposed order (via fax) L120 Analysis/Strategy | 0.10 120.00/hr | 12.00 |
|            | JCA | A104 Review/analyze Receipt and review of Proposed Order granting defendant, Sunrise Plantation Properties' motion to be excused from portion of trial docket (via fax) L430 Written Motions and Submissions | 0.30 120.00/hr | 36.00 |

SEDWICK CMS
Page    15

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/7/2008 RP | Legal Services<br>Communications to/from Ross regarding additional authority for<br>Court's consideration as to allowing punitive damage claim to stand. | 0.20<br>120.00/hr | 24.00 |
| JCA | A104 Review/analyze<br>Receipt and review Notice of Taking telephonic Deposition of Ady<br>Peery (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| CB | Legal Services<br>Telephone conference with opposing counsel concerning the<br>hearing on the Motion for Punitive Damages | 0.30<br>60.00/hr | 18.00 |
| 7/8/2008 CB | Legal Services<br>Telephone conference with court reporter re: the hearing on the<br>Motion for Punitive Damages | 0.30<br>60.00/hr | 18.00 |
| SR | A103 Draft/revise<br>Draft/revise Motion for Protective Order for the 7/18 scheduled<br>deposition. | 1.30<br>110.00/hr | 143.00 |
| SR | Receipt & review<br>Review four notices of depostion in order to draft Prepare Motion For<br>Protective Order, including review of Notice of Taking Deposition in<br>preparation . | 0.60<br>110.00/hr | 66.00 |
| RP | Legal Services<br>Prepare for deposititon of Perry and Sunrise Person with Most<br>Knowledge.<br>L330 Depositions | 0.90<br>120.00/hr | 108.00 |
| RP | Legal Services<br>File review and analysis regarding unilaterally scheduled<br>depositions, including revisions to proposed Motion for Protective<br>Order regarding July 18 depositions.<br>L330 Depositions | 0.30<br>120.00/hr | 36.00 |
| JCA | A104 Review/analyze<br>Receipt and review of response of defendant, Sunrise Plantation<br>Properties' to plaintiff's second set of Request for Production, with<br>attached medical records, bills, income tax returns, estimates,<br>pictures, etc, and compare to those in claim file for corraboration<br>L320 Document Production | 1.20<br>120.00/hr | 144.00 |
| SR | Receipt & review<br>Receipt & review corresponcence. | 0.20<br>110.00/hr | 22.00 |
| RP | Legal Services<br>Attend deposition of Perry and Sunrise Person with Most<br>Knowledge/Corporate Representative. | 3.20<br>120.00/hr | 384.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2008 | CB | Legal Services<br>Prepare e-mail to court reporter re: the hearing on the Motion for<br>Punitive Damages | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Judicial Assistant to confirm the hearing<br>on the Motion for Protective Order | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Receipt and review email from court reporter re: the hearing on the<br>Motion for Protective Order | 0.10<br>60.00/hr | 6.00 |
| | CB | A107 Communicate (other external)<br>Prepare e-mail to Ricardo Alfaro and Jack Saber re: their availability<br>for deposition<br>L330 Depositions | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare e-mail to client re: Ricardo Alfaro's email | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: the hearing on the<br>Motion for Punitive Damages | 0.30<br>60.00/hr | 18.00 |
| 7/9/2008 | RP | Legal Services<br>File review regarding upcoming hearing on Motion for Protective<br>Order as to 7/18 depositions. | 0.20<br>120.00/hr | 24.00 |
| | RP | Legal Services<br>File review and analysis regarding evidence of rainfall, including<br>revisions to proposed Request for Judicial Notice as to Rainfall on<br>the date in question.<br>L400 Trial Preparation and Trial | 0.40<br>120.00/hr | 48.00 |
| | SR | A104 Review/analyze<br>Review/analyze correspondence. | 0.20<br>110.00/hr | 22.00 |
| | SR | A102 Research<br>Research of federal rules of evidence in order to prepare Judicial<br>Notice. | 0.90<br>110.00/hr | NO CHARGE |
| | SR | A103 Draft/revise<br>Draft/revise request for Judicial Notice. | 0.90<br>110.00/hr | 99.00 |
| | SR | A104 Review/analyze<br>Review case in order to prepare a detailed list of documents<br>produced. | 1.20<br>110.00/hr | 132.00 |
| | CB | Legal Services<br>Receipt and review email from client re: Ricardo Alfaro's email | 0.10<br>60.00/hr | 6.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/9/2008 | CB | Legal Services<br>Telephone conference with  Co-Defendant re: Ady Perry's deposition | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning Ady Perry's deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his availability for his deposition | 0.10<br>60.00/hr | 6.00 |
| | CB | Legal Services<br>Receipt and review several emails from Jack Saber re: his availability for his deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare several e-mails to Jack Saber re: his availaibilty for deposition | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning the number for the conference call for Ady Perry's deposition | 0.30<br>60.00/hr | 18.00 |
| | JCA | A104 Review/analyze<br>Receipt and review of plaintiff's  Request for Copies of documents recieved pursuant to notice of production from non-party<br>L140 Document/File Management | 0.10<br>120.00/hr | 12.00 |
| 7/10/2008 | CB | Legal Services<br>Telephone conference with opposing counsel concerning the deposition of Eric Whitaker, Chad Melton, Leigh Helton, Jack Saber, Ricardo Alfaro, and Byron Balfour | 0.20<br>60.00/hr | 12.00 |
| | SR | A101 Plan & Prepare for<br>Plan & Prepare for Review, analyze, and summarize Plaintiff's medical records from  and case strategy. Review, analyze, and summarize provided records. | 0.90<br>110.00/hr | 99.00 |
| | SR | A106 Communicate (with client)<br>Call to client. | 0.20<br>110.00/hr | 22.00 |
| | SR | A106 Communicate (with client)<br>Call to store manager concerning interrogatory questions. | 0.20<br>110.00/hr | 22.00 |
| | SR | A106 Communicate (with client)<br>Call to store manager concerning interrogatory questions. | 0.20<br>110.00/hr | 22.00 |
| | SR | A106 Communicate (with client)<br>Telephone conference with human resources department concerning interrogatory questions about former employees Leigh | 0.20<br>110.00/hr | 22.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Helton and Chad Melton | | |
| 7/10/2008 | SR | A106 Communicate (with client)<br>Telephone conference with  W-2 express in order to find former employee information. | 0.20<br>110.00/hr | 22.00 |
| | SR | A106 Communicate (with client)<br>Telephone conference with Circuit City Corporate office in order to gain former employee information. | 0.20<br>110.00/hr | 22.00 |
| | SR | A102 Research<br>Research in order to draft a motion for extension of time. | 0.90<br>110.00/hr | NO CHARGE |
| | SR | A103 Draft/revise<br>Motion for extension of time in regards to Plaintiff's third and fourth set of Interrogatories to Defendant. | 0.60<br>110.00/hr | 66.00 |
| | SR | A106 Communicate (with client)<br>Call with store manager Richard Alfaro in reference to whether or not he has seen the surveillance video of the date of the incident.<br>E105 Telephone | 0.20<br>110.00/hr | 22.00 |
| | SR | A107 Communicate (outside counsel)<br>Letter to opposing counsel to inform of filing of Defendant's Motion for Extension of Time in Response to Plaintiff's Third and Fourth set of Interrogatories. | 0.20<br>110.00/hr | 22.00 |
| | JCA | Receipt & review<br>Receipt & review corr. re notice of hearing, plaintiff's motion to be specially set on trial docket, certificate of insurance (via fax) | 0.10<br>120.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: the plaintiff's Motion for Punitive Damages being denied | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Judicial Assistant re: the plaintiff's Motion for Punitive Damages being denied | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning the plaintiff's Motion for Punitive Damages being denied | 0.20<br>60.00/hr | 12.00 |
| 7/11/2008 | CB | Legal Services<br>Telephone conference with Byron Balfour re: his deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare e-mail to client re: the deposition of Jack Saber, Ricardo Alfaro, Chad Melton, Byron Balfour and Leigh Helton | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS                                                                          Page   19

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/11/2008 | JCA | A104 Review/analyze<br>Receipt and review Notice of Hearing on defendant, Circuit City Stores, Inc's objections to plaintiff's fourth set of interrogatories (via fax)<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review plaintiff's fourth set of interrogatories to Defendant (via fax)<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice  of unavailibility of opposing counsel<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Conformed Order granting defendant, Sunrise Plantation Properties Motion to be excussed from portion of trial docket<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
|  | RP | Legal Services<br>Communications to/from Ross, Dondero regarding discovery depositions scheduling, Circuit City bankruptcy, witness coordination and upcoming protective order hearings. | 0.70<br>120.00/hr | 84.00 |
|  | CB | Legal Services<br>Telephone conference with Judicial Assistant to schedule hearing on the Motion for Protective Order. (several calls) | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning the hearing on the Motion for Protective Order | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with Co-Defendant re: the hearing on the Motion for Protective Order | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with courier to schedule delivery of the Motion and the Notice of Hearing to the clerk of courts and the Judge's chambers | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to Jack Saber re: his availability for deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his availability for deposition | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS                                                                                              Page    20

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2008 | JCA | Receipt & review<br>Receipt & review of notice of hearing, Defendant, CC Stores, Inc's Objections to Plaintiff's 4th Set of INT (via mail)<br>L230 Court Mandated Conferences | 0.10<br>120.00/hr | 12.00 |
|  | JCA | Receipt & review<br>Receipt and review Request for Production to Defendant , Sunrise regarding surveillance (via fax)<br>L320 Document Production | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt and review interrogatories to Defendant, Sunrise, regarding Surveillance | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt and review expert interrogatories to Defendant, Sunrise | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt and review expert interrogatories to Defendant, Sunrise, re DR. Philip Lozman (via fax) | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt and review surveillance interrogatories to Defendant, CC | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt and review expert interrogatories to Defendant. CC re DR. Phillip Lozman (via fax) | 0.10<br>120.00/hr | 12.00 |
|  | JCA | Receipt & review<br>Receipt and review expert interrogatories to Defendant , CC | 0.20<br>120.00/hr | 24.00 |
|  | JCA | Receipt & review<br>Receipt & review Plaintiff' Motion in LImine (via fax) | 0.10<br>120.00/hr | 12.00 |
|  | SR | A106 Communicate (with client)<br>Email Chris Meador with respect to interrogatories. | 0.30<br>110.00/hr | 33.00 |
|  | SR | A106 Communicate (with client)<br>Telephone conference with Chris Meador in respect to interrogatories. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A104 Review/analyze<br>Review/analyze case in order to plan case strategy and prepare pretrial report. | 1.30<br>110.00/hr | 143.00 |
|  | SR | A103 Draft/revise<br>Draft Pretrial Report. | 2.40<br>110.00/hr | 264.00 |
|  | SR | A102 Research<br>Conduct legal research in preparation of pretrial report. | 0.90<br>110.00/hr | 99.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/14/2008 | SR | A103 Draft/revise<br>Prepare Motion For Protective Order, including review of Notice of Taking Deposition in preparation  and NOH. | 1.20<br>110.00/hr | 132.00 |
| | JCA | Receipt & review<br>Receipt & review of corr re availability of Dr. Chapman (via fax) | 0.10<br>120.00/hr | 12.00 |
| | RP | Legal Services<br>Communications to/from Meador regarding Barnes involvement in comparison with Melton's. | 0.20<br>120.00/hr | 24.00 |
| | JCA | Receipt & review<br>Receipt & review of Plaintiff's Supp Expert Witness LIst (via mail)<br>L320 Document Production | 0.10<br>120.00/hr | 12.00 |
| | RP | Legal Services<br>Prepare letter to Gauldin summarizing  deposition testimony of Perry. | 0.90<br>120.00/hr | 108.00 |
| | JCA | Receipt & review<br>Receipt & review of Plaintiff's Ex-Parte Motion to Compel Discovery & proposed ex-parte order from Greenspoon Marder, PA (via mail)<br>L320 Document Production | 0.30<br>120.00/hr | 36.00 |
| | RP | Legal Services<br>Communications to/from Meador regarding trial representative selection, Barnes involvement, and contacting Helton. | 0.20<br>120.00/hr | 24.00 |
| | JCA | Receipt & review<br>Receipt & review of plaintiffs' ex-parte motion to compel defendant CC to answer the Plaintiff's 3rd & 4th sets on interrogatories ( via mail)<br>L320 Document Production | 0.30<br>120.00/hr | 36.00 |
| | JCA | Receipt & review<br>Receipt & review of proposed order on plaintiff's motion for leave to amend to add claims for punitive damages against CC & Sunrise (via mail)<br>L210 Pleadings | 0.20<br>120.00/hr | 24.00 |
| | JCA | Receipt & review<br>Receipt & review of notice of hearing, Plaintiff's Motion to be Specially Set #1 on the COurt's 8/4/08 Trial Docket  (via mail)<br>L230 Court Mandated Conferences | 0.10<br>120.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning Chad Melton and Leigh Helton's deposition, Third and Fourth Set of Interrogatories | 0.30<br>60.00/hr | 18.00 |

SEDWICK CMS

Page    22

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2008 | SR | A106 Communicate (with client)<br>Telephone call with client about Plaintiff's Request for Interrogatories. | 0.20<br>110.00/hr | 22.00 |
| | JCA | A104 Review/analyze<br>Receipt and review affidavit of service on Dr. Ralph Greenwasser<br>served on 5/19/08 (non-served)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | RP | Legal Services<br>Analysis of activities to undertake upon receipt of Sunrise's Motion to<br>Strike Circuit city trial testimony. | 0.40<br>120.00/hr | 48.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's Notice for production at trial to<br>defendant, Circuit City Stores regarding Dr. Phillip Lozman (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's Notice for production at trial to<br>defendant, Sunrise Plantation Properties, LLC  regarding Dr. Phillip<br>Lozman (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's Notice for production at trial to<br>defendant, Circuit City Stores regarding surveillance (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | RP | Legal Services<br>Prepare for hearings on Motions for Protective Order regarding<br>depositions of Melton, Balfour, Whitaker and Helton. | 1.40<br>120.00/hr | 168.00 |
| | JCA | A104 Review/analyze<br>Receipt and review of Proposed Order  on plaintiff's motion for leave<br>to amend to add claims for punitive damages against Circuit City<br>Stores and Sunrise plantation Properties<br>L120 Analysis/Strategy | 0.30<br>120.00/hr | 36.00 |
| | JCA | A104 Review/analyze<br>Receipt and review of Proposed Order  on plaintiff's ex-parte motion<br>to compel discovery responses from defendant Circuit City Stores<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
| | SR | A103 Draft/revise<br>Draft/revise ltr to Alfaro advising that he will be the trial<br>representative and informing him of the trial period.  Review case file<br>to determine when the trial period will commense. | 0.30<br>110.00/hr | 33.00 |

SEDWICK CMS

Page    23

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/15/2008 | SR | A106 Communicate (with client)<br>Telephone conference with store manager concerning trial period and his role of representation at trial. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A107 Communicate (other external)<br>Telephone conference with Bkacj's regarding surveillance video. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A107 Communicate (other external)<br>Telephone conference with Co-Defendant concerning the location of surveillance video. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A104 Review/analyze<br>Analyze case in order to respond to Sunrie's motion to strike any and all testimony by circuit city. | 0.40<br>110.00/hr | 44.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of Hearing on defendant, Sunrise plantation's motion to strike any and all testimony by Circuit City at trial for the four week trial period (via fax)<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of defendant, Sunrise Plantation Properties Motion to strike any and all testimony by Circuit City at trial for the four week trial period commencing August 4, 2008 (via fax)<br>L430 Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of service of plaintiff's expert interrogatories to defendant. Circuit City Stores regarding Dr. Phillip Lozman (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of Hearing on defendant, Sunrise Plantation's motion to strike any and all testimony by Circuit City at trial for the four week trial period<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of defendant, Sunrise Plantation Properties Motion to strike any and all testimony by Circuit City at trial for the four week trial period commencing August 4, 2008<br>L430 Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |
|  | RP | Legal Services<br>File review and analysis regarding trial and witness coordination, including revisions to proposed transmittal letter to Alfaro regarding his selection as Circuit City's trial representative.<br>L450 Trial and Hearing Attendance | 0.30<br>120.00/hr | 36.00 |

SEDWICK CMS

Page    24

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 7/15/2008 | RP | Legal Services<br>*File review and analysis regarding pre-trial status, including revisions to proposed pre-trial report.*<br>L400 Trial Preparation and Trial | 0.70<br>120.00/hr | 84.00 |
|  | JCA | A104 Review/analyze<br>*Receipt and Review of correspondence from Valeria A. Dondero regarding previously sent notice of unavailibility (via fax)*<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 7/16/2008 | CB | Legal Services<br>*Prepare several e-mails to  Opposing Counsel and Co-Defendant re: Chad Melton, Leigh Helton, Ricardo Alfaro, Eric Whitaker and Jack Saber's deposition* | 0.40<br>60.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>*Receipt and Review Conformed Order on plaintiff's motion for leave to amend to add claims for punitive damages against Circuit City Stores, Inc. and Sunrise Plantation Properties, LLC*<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
|  | RP | Legal Services<br>*Telephone conference with Dondero regarding attempts to settle via global offer and mutual releases.* | 0.40<br>120.00/hr | 48.00 |
|  | RP | Legal Services<br>*Telephone conference with Meador regarding results of attempted settlement conversations with Dondero.* | 0.20<br>120.00/hr | 24.00 |
|  | RP | Legal Services<br>*Attendance at hearings on Motion for Protective Order, Motion to be specially set and Motion for Extension of Time to respond to 3rd and 4th Set of Interrogatories.* | 2.90<br>120.00/hr | 348.00 |
|  | RP | Legal Services<br>*File review and analysis regarding Sunrise's attempts to strike Circuit City trial testimony, including revisions to proposed Response to Sunrise's Motion to Strike all Circuit City trial witness testimony.*<br>L250 Other Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |
|  | RP | Legal Services<br>*Telephone conference with Meador regarding location of witnesses and administering oath.* | 0.20<br>120.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>*Receipt and review plaintiff's Notice of production at trial to defendant, Circuit City Stores, regarding surveillance*<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>*Receipt and review plaintiff's Notice of production at trial to defendant, Sunris ePlantation Properties LLC , regarding Dr. Phillip* | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Lozman<br>L120 Analysis/Strategy | | |
| 7/16/2008 | JCA | A104 Review/analyze<br>*Receipt and review plaintiff's Notice of production at trial to defendant, Circuit City Stores, regarding Dr. Phillip Lozman*<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>*Receipt and review plaintiff's Notice of production at trial to defendant, Sunrise Plantation Properties LLC , regarding surveillance*<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of service of plaintiff's surveillance interrogatories defendant Sunrise Plantation Properties LLC<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | SR | *A105 Communicate (in firm)*<br>Conference about trial strategy for case. | *0.90*<br>110.00/hr | NO CHARGE |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of service of plaintiff's expert interrogatories defendant Sunrise Plantation Properties LLC regarding Dr. Phillip Lozman<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of service of plaintiff's expert interrogatories defendant Sunrise Plantation Properties LLC<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>*Receipt and review Notice of service of plaintiff's expert interrogatories to defendant Circuit City Stores regarding Dr. Philip Lozman*<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of service of plaintiff's expert interrogatories to defendant Circuit City Stores<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of plaintiff's  Motion in limine<br>L430 Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |

SEDWICK CMS

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Greenspoon Marder, P.A reagrding testimony of Dr. Chapman<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his deposition | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Telephone conference with Jack Saber re: his deposition, left voicemail. | 0.10<br>60.00/hr | 6.00 |
|  | CB | Legal Services<br>Telephone conference with Richard Meador re: his deposition, left voicemail. | 0.60<br>60.00/hr | 36.00 |
|  | CB | Legal Services<br>Prepare e-mail to  Jack Saber re: his deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to Richard Meador re: his deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review several emails from Co-Defendant re: Chad Melton, Leigh Helton, Ricardo Alfaro, Eric Whitaker and Jack Saber's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review email from Opposing Counsel re: Chad Melton, Leigh Helton, Ricardo Alfaro, Eric Whitaker and Jack Saber's deposition | 0.10<br>60.00/hr | 6.00 |
| 7/17/2008 | SR | A105 Communicate (in firm)<br>Conference in order to discuss Plaintiff's amended list of expert witnesses. | 0.30<br>110.00/hr | 33.00 |
|  | RP | Legal Services<br>Preparation of proposed Parties' Joint Stipulation for Trial and preparation of proposed Verdict Form. | 1.80<br>120.00/hr | 216.00 |
|  | AD | Legal Services<br>Prepare Jury Instructions | 2.80<br>110.00/hr | 308.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Conformed Order on plaintiffex-parte motion to compel discovery responses from defendant Circuit City Stores<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |

SEDWICK CMS                                                                                          Page    27

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

| 7/17/2008 | RP | Legal Services<br>File review and analysis regarding lay witnesses and exhibits,<br>including revisions to proposed Exhibit and Witness Lists.<br>L400 Trial Preparation and Trial | 0.30<br>120.00/hr | 36.00 |
| | RP | Legal Services<br>File review and analysis regarding unilaterally scheduled trial<br>experts, including revisions to proposed Motion for Protective Order<br>with regards to Dr Chapman.<br>L420 Expert Witnesses | 0.30<br>120.00/hr | 36.00 |
| | SR | A104 Review/analyze<br>Review/analyze rainfall on the date of the incident to determine<br>whether or not Defendant had sufficient notice to clean up the water<br>on the floor. | 0.30<br>110.00/hr | 33.00 |
| | SR | A104 Review/analyze<br>Review/analyze file in order to determine when Co-Defendant was<br>given notice, in order to apportion liability. | 0.20<br>110.00/hr | 22.00 |
| | SR | A105 Communicate (in firm)<br>Conference in order to dicuss rainfall and work order to prepare trial<br>strategy and transfer of liability. | 0.50<br>110.00/hr | NO CHARGE |
| | SR | A105 Communicate (in firm)<br>Conference in order to dicuss rainfall and work order to prepare trial<br>strategy and transfer of liability. | 0.50<br>110.00/hr | NO CHARGE |
| | SR | A102 Research<br>Research in order to determine the issue of landlord indemnity and<br>how that applies when incidents arise out of landlords own<br>negligence. | 0.90<br>110.00/hr | 99.00 |
| | SR | A103 Draft/revise<br>Wit ness and Exhibit List for Trial. | 1.40<br>110.00/hr | 154.00 |
| | SR | A105 Communicate (in firm)<br>Conference to discuss witness and exhibit list. | 0.30<br>110.00/hr | 33.00 |
| | SR | A105 Communicate (in firm)<br>Conference to discuss Prepare Prepare Motion For Protective Order<br>and Sanctions, including review of Notice of Taking Deposition. | 0.40<br>110.00/hr | NO CHARGE |
| | SR | A103 Draft/revise<br>Draft/revise third Prepare Motion For Protective Order, including<br>review of Notice of Taking Deposition. | 1.30<br>110.00/hr | 143.00 |
| | SR | A103 Draft/revise<br>Draft Motion to Strike supplemental witness list as untimely. | 1.30<br>110.00/hr | 143.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2008 | SR | A103 Draft/revise<br>Updating trial notebook | 1.90<br>110.00/hr | 209.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Houck Anderson P.A<br>regarding their telephonic availability for the deposition of Dr. Carey<br>B. Chapman (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Hearing on defendant, Sunrise<br>Plantation's motion for leave to amend to allege a crossclaim for<br>indemnification against Circuit City Stores (via fax)<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of defendant, Sunrise Plantation's motion for<br>leave to amend to allege a crossclaim for indemnification against<br>Circuit City Stores (via fax)<br>L430 Written Motions and Submissions | 0.30<br>120.00/hr | 36.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A. Dondero<br>enclosing defendant, cross plaintiff, Sunrise Plantation Properties<br>LLC's crossclaim for indemnification  (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Dr. Cary<br>Chapman (via fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Ricardo Alfaro<br>(via fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | RP | Legal Services<br>Communications to/from Ross and Geer regarding drafting of parties<br>joint stipulation for trial and verdict form.<br>L400 Trial Preparation and Trial | 0.40<br>120.00/hr | 48.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Byron Balfour (via<br>fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Eric Whitaker (via<br>fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS                                                                                    Page    29

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/17/2008 JCA | A104 Review/analyze | Receipt and review Notice of Taking Deposition of Jack Saber (via fax) L330 Depositions | 0.10 120.00/hr | 12.00 |
| JCA | A104 Review/analyze | Receipt and review Notice of Taking Deposition of Leigh Helton (via fax) L330 Depositions | 0.10 120.00/hr | 12.00 |
| JCA | A104 Review/analyze | Receipt and review Notice of Taking Deposition of Chad Melton (via fax) L330 Depositions | 0.10 120.00/hr | 12.00 |
| JCA | A104 Review/analyze | Receipt and review Notice of Taking Deposition of Carrie Lee (via fax) L330 Depositions | 0.10 120.00/hr | 12.00 |
| 7/18/2008 CB | Legal Services | Receipt and review email from Jack Saber re: his deposition | 0.10 60.00/hr | 6.00 |
| JCA | A104 Review/analyze | Receipt and Review of correspondence from Houck Anderson enclosing a CD-ROM L320 Document Production | 0.10 120.00/hr | 12.00 |
| SR | A107 Communicate (outside counsel) | Telephone conference with do defendant in regards to the production of surveillance video on the date of the accident. | 0.20 110.00/hr | 22.00 |
| SR | A107 Communicate (outside counsel) | Telephone conference with Richard Meador concerning the exact time when incident occurred in order to determine the issue of notice on oour part. | 0.20 110.00/hr | 22.00 |
| SR | A107 Communicate (outside counsel) | Telephone conference with Debbie Gauldin in reference to the incident report that was prepared on this case. | 0.20 110.00/hr | 22.00 |
| SR | A107 Communicate (outside counsel) | Telephone conference with Brian Balfour regardging TOI. | 0.30 110.00/hr | 33.00 |
| SR | A107 Communicate (other external) | Telephone conference with  B. Balfour with regards to the accident report that he filled out in order to determine the extent of our notice and liability due to notice. | 0.30 110.00/hr | 33.00 |

SEDWICK CMS                                                                                    Page    30

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

| 7/18/2008 | SR | A104 Review/analyze<br>Review/analyze case and consider the issue of notice and liability. | 0.40<br>110.00/hr | 44.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking telephonic Deposition of Jack Saber<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Ricardo Alfaro<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Byron Balfour<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Eric Whitaker<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking telephonic Deposition of Leigh Helton<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking telephonic Deposition of Chad Melton<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking telephonic Deposition of Carrie Lee<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking video Deposition perpetuating trial testimony of plaintiff's expert witness Dr. Carry Chapman<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Houck Anderson regarding deposition of Dr. Cary B. Chapman<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 7/21/2008 | RP | A104 Review/analyze<br>Review of case law related to whether or not Circuit City has obligation to indemnify landlord by virtue of a contractual obligation to make them an additional insured, regardless of whether Circuit is-free of any fault.<br>L120 Analysis/Strategy | 0.70<br>120.00/hr | 84.00 |

SEDWICK CMS                                                                   Page    31

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Houk Anderson P.A<br>enclosing Joint pre-trial stipulation (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review defendant, Sunrise Plantation Properties' Notice<br>of serving sworn answers to plaintiff's expert witness interrogatories<br>(via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review defendnat, Sunrise Plantation properties  Notice<br>of serving sworn answers to plaintiff's notice for production at trial to<br>defendant regarding surveillance (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking telephonic Deposition of<br>Carrie Lee<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking telephonic Deposition of<br>Chad Melton<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking telephonic Deposition of<br>Leigh Helton<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking Deposition of Eric<br>Whitaker<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking Deposition of Byron<br>Balfour<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking Deposition of Ricardo<br>Alfaro<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A. Dondero<br>enclosing Defendant, cross plaintiff, Sunrise Plantation Properties, | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS                                                                                    Page    32

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | LLC's crossclaim for indemnification |  |  |
| 7/21/2008 | JCA | A104 Review/analyze<br>Receipt and review Notice of Hearing on defendant, Sunrise Plantation's motion for leave to amend to allege a crossclaim for indemnification against Circuit City Stores | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of defendant, Sunrise Plantation Properties, LLC Motion for leave to amend to allege a crosclaim for indemnification against Circuit CIty Stores | 0.30<br>120.00/hr | 36.00 |
|  | SR | A107 Communicate (other external)<br>Telephone conference with  Richard Meador to discuss ROGS. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A103 Draft/revise<br>Letter to Alfaro store manager regarding the ROGS and instructions w/ surveillance tape. | 0.30<br>110.00/hr | 33.00 |
|  | SR | A103 Draft/revise<br>Draft 3rd Response to Plaintiff's Request for Production. | 0.90<br>110.00/hr | 99.00 |
|  | SR | A103 Draft/revise<br>Draft 4th Response to Plaintiff's Request for Production. | 0.90<br>110.00/hr | 99.00 |
|  | SR | A103 Draft/revise<br>Review medical records to determine TOA in order to dispute the issue of notice. | 0.60<br>110.00/hr | 66.00 |
|  | SR | A105 Communicate (in firm)<br>Conference about TOA and how that will aplly to notice and Conference about Supreme Court case law and how that will help our case with the issue of landlord indemnity. | 0.70<br>110.00/hr | 77.00 |
|  | SR | A107 Communicate (outside counsel)<br>Telephone conference with  with Richard Meador concerning ROGS. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A107 Communicate (outside counsel)<br>Email with Richard Meador sending him ROGS and soliciting answers to ROGS in order to comply with Plaintiffs request. | 0.20<br>110.00/hr | 22.00 |
|  | KB | Legal Services<br>Prepare letter to  Dr. Lozman regarding trial period | 0.30<br>60.00/hr | 18.00 |
|  | KB | Legal Services<br>Prepare Subpoena for Trial for Dr. Lozman | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Prepare e-mail to client re: the (court order) deposition of Byron Balfour, Eric Whitaker, Jack Saber, Carrie Lee, Chad Melton, and | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS

Page    33

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Leigh Helton. | | |
| 7/21/2008 | CB | Legal Services<br>Telephone conference with Byron Balfour re: his deposition. | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Eric Whitaker re: his deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Receipt and review email from Carrie Lee re: her deposition | 0.10<br>60.00/hr | 6.00 |
| 7/22/2008 | RP | A104 Review/analyze<br>Final revisions to proposed joint pre-trial stipulation and strategy<br>session with regards to facts to stipulate as to possession of store.<br>L240 Dispositive Motions | 0.60<br>120.00/hr | 72.00 |
| | SR | A104 Review/analyze<br>Review case file in order to find lease and then review lease. | 0.20<br>110.00/hr | 22.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A. Dondero<br>enclosing joint pre-trial stipulation<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review defendant, Sunrise Plantation Properties Notice<br>of serving sworn answers to plaintiff's expert witness interrogatories<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review defendant, Sunrise Plantation Properties' Notice<br>of serving sworn answers to plaintiff's notice for production at trial  to<br>defendant regarding surveillance<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A. Dondero<br>enclosing defendants' Sunrise Plantation Properties, LLC witness<br>and exhibit list<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | RP | A107 Communicate (other external)<br>Telephone conference with Geer and Dondero regarding Thursday's<br>hearings and continued negotiations.<br>L320 Document Production | 0.40<br>120.00/hr | 48.00 |

SEDWICK CMS                                                                      Page    34

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2008 | RP | A107 Communicate (other external)<br>Telephone conference with Ross regarding further settlement discussions.<br>L160 Settlement/Non-Binding ADR | 0.20<br>120.00/hr | 24.00 |
|  | SR | A104 Review/analyze<br>Review case file in order to find lease and then review lease. | 0.20<br>110.00/hr | 22.00 |
|  | SR | A104 Review/analyze<br>Read review and analyize liability insurance provision and how it may apply to the facts of the case and what possible defenses may be raised. | 0.40<br>110.00/hr | 44.00 |
|  | SR | A104 Review/analyze<br>Read review and analyze Maintenance Repairs & Replacement provision that LL Prepare Supplemental Interrogatories to Plaintiff liable for and how it may apply to the facts of the case and what possible defenses may be raised. | 0.40<br>110.00/hr | 44.00 |
|  | RN | Legal Services<br>Telephone conference with Judicial Assistant to confirm hearing on Motion for Protective Order - v-mail | 0.10<br>60.00/hr | 6.00 |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning Carrie Lee's, Jack Saber's and Chad Melton's deposition | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning Carrie Lee's, Chad Melton's and Ricardo Alfaro's deposition (several calls) | 0.40<br>60.00/hr | 24.00 |
|  | CB | Legal Services<br>Telephone conference with court reporter re: Kim Minnix deposition (several calls) | 0.30<br>60.00/hr | 18.00 |
|  | MBF | Legal Services<br>Prepare for upcoming hearing on Defendant, Sunrise Plantation's, Motion for Leave to Amend to Allege a Crossclaim for Indemnification Against Circuit City Stores, Inc. | 0.90<br>110.00/hr | 99.00 |
|  | MBF | Legal Services<br>Research applicable Florida statutes and case law RE: Timeliness and appropriateness of Defendant, Sunrise Plantation's, Motion for Leave to Amend to Allege a Crossclaim for Indemnification Against Circuit City Stores, Inc. | 1.20<br>110.00/hr | 132.00 |
|  | MBF | Legal Services<br>Prepare for upcoming hearing on Sunrise Plantation's Motion to Strike Trial Testimony of Circuit City employees | 0.90<br>110.00/hr | 99.00 |

SEDWICK CMS

Page   35

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2008 | MBF | Legal Services<br>In firm conference re pre-trial stipulation and preparation for possible hearing on same | 0.90<br>110.00/hr | NO CHARGE |
| | CB | Legal Services<br>Prepare several e-mails to court reporter re: Kim Minnix deposition | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Receipt and review several emails from court reporter re: Kim Minnix deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: Kim Minnix deposition | 0.30<br>60.00/hr | 18.00 |
| 7/23/2008 | RN | Legal Services<br>Telephone conference with Judicial Assistant on Motion for Protective Order | 0.20<br>60.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking Deposition of Eric Whitaker (via fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic Deposition of Leigh Helton (via fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic Deposition of Chad Melton (via fax)<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | KB | Legal Services<br>Prepare Notice of Unavailability including review of file to determine pending hearing and / or Motions presently scheduled | 0.30<br>60.00/hr | 18.00 |
| | RP | Legal Services<br>File review and analysis regarding supplemental discovery, including revisions to proposed Motion for Additional Time to Answer 4th set of Interrogatories.<br>L310 Written Discovery | 0.30<br>120.00/hr | 36.00 |
| | RP | A107 Communicate (other external)<br>Telephone conference with Ross, Dondero regarding further settlement discussions.<br>L160 Settlement/Non-Binding ADR | 0.40<br>120.00/hr | 48.00 |

SEDWICK CMS

Page   36

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

**7/23/2008** RP    A104 Review/analyze
File review regarding upcoming hearing on Motion for Protective
Order (Carey)
L330 Depositions
   0.20
   120.00/hr
   24.00

SR    A103 Draft/revise
Legal Research to determine whether insurance providor liable for
the negligence of insured.
   1.80
   110.00/hr
   198.00

SR    A105 Communicate (in firm)
Conference about pertinent insurance carrier case law and how it
applies to the facts of our case.
   0.40
   110.00/hr
   NO CHARGE

JCA    A104 Review/analyze
Receipt and review plaintiff's second re-Notice of Taking telephonic
Deposition of Carrie Lee (via fax)
L330 Depositions
   0.10
   120.00/hr
   12.00

SR    A102 Research
Online docket search to verify whether order has been entered into.
   0.40
   110.00/hr
   44.00

SR    A102 Research
Local rule 10 in preparation of our motion to vacate.
   0.30
   110.00/hr
   33.00

MBF    Legal Services
Prepare for upcoming hearing on motion for Protective order relating
to the depositin of Dr. Cary Chapman
   0.90
   110.00/hr
   99.00

JCA    A104 Review/analyze
Receipt and Review of correspondence from Valerie A. Dondero
enclosing joint pre-trial stipulation
L120 Analysis/Strategy
   0.10
   120.00/hr
   12.00

JCA    A104 Review/analyze
Receipt and review plaintiff's amended Notice of Taking telephonic
Deposition of M. Evan Howell (via fax)
L330 Depositions
   0.10
   120.00/hr
   12.00

CB    Legal Services
Telephone conference with opposing counsel concerning Kim Minnix
deposition
   0.20
   60.00/hr
   12.00

CB    Legal Services
Telephone conference with Co-Defendant re: Kim Minnix deposition
   0.20
   60.00/hr
   12.00

CB    Legal Services
Prepare Notice of Taking Deposition of Kim Minnix
   0.30
   60.00/hr
   18.00

CB    Legal Services
Prepare Subpoena for Deposition Kim Minnix
   0.30
   60.00/hr
   18.00

SEDWICK CMS                                                                                    Page    37

|              |     |                                                                                                              | Hrs/Rate          | Amount |
|--------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 7/23/2008    | CB  | Legal Services<br>Telephone conference with court reporter re: Kim Minnix deposition                          | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Prepare e-mail to court reporter re: Kim Minnix deposition                                  | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Prepare fax to Opposing Counsel re: Kim Minnix deposition                                   | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Prepare fax to Co-Defendant re: Kim Minnix deposition                                       | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Receipt and review email from Opposing Counsel re: Eric Whitaker's deposition              | 0.10<br>60.00/hr  | 6.00   |
|              | CB  | Legal Services<br>Receipt and review several emails from Opposing Counsel re: Kim Minnix deposition          | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Telephone conference with Co-Defendant re: survelliance video (several calls)             | 0.60<br>60.00/hr  | 36.00  |
|              | CB  | Legal Services<br>Prepare several e-mails to Opposing Counsel re: Eric Whitaker's deposition                 | 0.40<br>60.00/hr  | 24.00  |
|              | CB  | Legal Services<br>Receipt and review several emails from Opposing Counsel re: Eric Whitaker's deposition     | 0.20<br>60.00/hr  | 12.00  |
|              | CB  | Legal Services<br>Telephone conference with Co-Defendant re: Joint Pre-Trial Stipulation (several calls)     | 0.90<br>60.00/hr  | 54.00  |
| 7/24/2008    | CB  | Legal Services<br>Online Search for the information on the copy service                                       | 0.40<br>60.00/hr  | 24.00  |
|              | MBF | Legal Services<br>Prepare and attend calendar call                                                           | 2.80<br>110.00/hr | 308.00 |
|              | MBF | Legal Services<br>Preparation of Calendar Call memorandum and joint stipulation finalization re trial date, docket positioning, other cases set to be tried, and witness availability | 0.60<br>110.00/hr | 66.00  |
|              | MBF | Legal Services<br>Prepare Proposed Order on Motion to Amend the Complaint to add a Crossclaim for Indemnification against the defendant, Circuit City | 0.40<br>110.00/hr | 44.00  |

SEDWICK CMS                                                                                        Page    38

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/24/2008 SR | A106 Communicate (with client)<br>Telephone conference with Richard Meador regarding Third Set of Interrogatories. | 0.20<br>110.00/hr | 22.00 |
| SR | A104 Review/analyze<br>Review Plaintiff's request for judicial notice and why they are asking for judicial notice and how their request differs from our request for judicial notice. | 0.40<br>110.00/hr | 44.00 |
| SR | A104 Review/analyze<br>Review our previous order for judicial notice in order to analyze and interpret why Plaintiff wants different judicial notice. | 0.40<br>110.00/hr | NO CHARGE |
| SR | A105 Communicate (in firm)<br>Conference about judicial notice and case analysis. | 0.20<br>110.00/hr | NO CHARGE |
| SR | A104 Review/analyze<br>Receive video from Co-Defendant and play the video to make sure its an accurate depiction of the DOA. | 0.40<br>110.00/hr | 44.00 |
| JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Greenspoon Marder, P.A enclosing plaintiff's witness list (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| SR | A104 Review/analyze<br>Review court docket to verify if court order has been entered. | 0.40<br>110.00/hr | 44.00 |
| SR | A102 Research<br>Legal Research Prepare Motion for Extension of Time to Respond to Complaint. | 0.60<br>110.00/hr | 66.00 |
| SR | A106 Communicate (with client)<br>Email Meador regarding responses to third set of ROGS. | 0.20<br>110.00/hr | 22.00 |
| SR | A106 Communicate (with client)<br>Telephone conference with Meador concerning third set of ROGS. | 0.20<br>110.00/hr | 22.00 |
| SR | A103 Draft/revise<br>Prepare Motion for Extension of Time to Respond to 3rd set of ROGS. | 0.80<br>110.00/hr | 88.00 |
| SR | A105 Communicate (in firm)<br>Conference Regarding grounds for response to Prepare Motion for Extension of Time to Respond to ROGS. | 0.40<br>110.00/hr | NO CHARGE |
| SR | A107 Communicate (outside counsel)<br>Telephone conference with counsel for Co-Defendant to determine the status of surveillance video. And inquire as to why we have not received it yet. | 0.30<br>110.00/hr | 33.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2008 | RP | Legal Services<br>Telephone conference with Dondero regarding impact of outcome of denial to amend to allege cross claim and impact on case's negotiations. | 0.40<br>120.00/hr | 48.00 |
| | RP | Legal Services<br>Telephone conference with Meador regarding status of negotiations. | 0.20<br>120.00/hr | 24.00 |
| | RP | Legal Services<br>Analysis of activities to undertake upon receipt of Plaintiff's untimely filed witness list. | 0.30<br>120.00/hr | 36.00 |
| | MBF | Legal Services<br>Prepare Proposed Order on Motion for Protective Order | 0.40<br>110.00/hr | 44.00 |
| | RP | Legal Services<br>Analysis of activities to undertake upon receipt of Plaintiff's untimely filed Exhibit list.<br>L400 Trial Preparation and Trial | 0.30<br>120.00/hr | 36.00 |
| | SR | A103 Draft/revise<br>Draft/revise letter to Bradly Ross concerning third set of ROGS. | 0.30<br>110.00/hr | 33.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Houck Anderson enclosing surveillance video<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Kenneth Sobel enclosing judicial notice<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic Deposition of Carrie Lee<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking  Deposition of Eric Whitaker<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic Deposition of Leigh Helton<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |