SEDWICK CMS                                                                          Page    40

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2008 | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic<br>Deposition of Chad Melton<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review plaintiff's second re-Notice of Taking telephonic<br>Deposition of M.Evan Howell<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review re-Notice of special set Hearing on defendant,<br>sunrise plaintations motion for summary judgement (via fax)<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | RP | A107 Communicate (other external)<br>Telephone conference with Ross attempting to extract final global<br>reduced demand.<br>L160 Settlement/Non-Binding ADR | 0.40<br>120.00/hr | 48.00 |
| | RP | A104 Review/analyze<br>File review and analysis regarding witness coordination, including<br>review to proposed transmittal letter to Dr Lozman regarding trial<br>availability.<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
| | MBF | Legal Services<br>Travel to and attend hearing on Defendant (Sunrise) Motion to<br>Amend Complaint to Add Crossclaim for Indemnification, Defendant<br>(Sunrise) Motion to Strike Circuit City Employee testimony from Trial<br>and Defendant (Circuit City) Motion for Protective Order | 3.60<br>110.00/hr | 396.00 |
| | CB | Legal Services<br>Telephone conference with copying company re: the survellaince<br>video (several calls) | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Receipt and review several emails from co-defendant re: Joint<br>Pre-Trial Stipulation | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Receipt and review several emails from Opposing Counsel re: Joint<br>Pre-Trial Stipulation | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Prepare e-mails to all counsels re: the Joint Pre-Trial Stipulation | 0.60<br>60.00/hr | 36.00 |
| | CB | Legal Services<br>Prepare several e-mails to all counsels re: upcoming depositions | 0.60<br>60.00/hr | 36.00 |

SEDWICK CMS                                                                      Page   41

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2008 | CB | Legal Services<br>Receipt and review several emails from Opposing Counsel and<br>co-defendant re: upcoming depositions | 0.40<br>60.00/hr | 24.00 |
|  | CB | Legal Services<br>Prepare several e-mails to Richard Meador re: Chad Melton and<br>Leigh Helton's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review several emails from Richard Meador re: Chad<br>Melton and Leigh Helton's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with Co-Defendant re: survelliance video | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning Kim Minnix<br>deposition (several calls) | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Prepare e-mail to all counsel re: Kim Minnix deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review several emails from Court Reporter re: Kim<br>Minnix deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with court reporter re: Kim Minnix deposition | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Prepare e-mail to all counsel re: Industriaplex address | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with opposing counsel concerning<br>Industriaplex address | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Receipt and review email from Co-Defendant re: Kim Minnix<br>deposition | 0.10<br>60.00/hr | 6.00 |
|  | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his deposition | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Telephone conference with  Byron Balfour re: his deposition | 0.30<br>60.00/hr | 18.00 |
|  | CB | Legal Services<br>Prepare e-mail to Jack Saber re: his deposition | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS

Page    42

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/24/2008 | CB | Legal Services<br>Prepare e-mail to  Carrie Lee re: her deposition | 0.20<br>60.00/hr | 12.00 |
| 7/25/2008 | RP | Legal Services<br>Telephone conference with Dondero regarding her conversation with Ross. | 0.20<br>120.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Kenneth Sobel enclosing plaintiff's witness list<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | RP | Legal Services<br>Preparation for pre-deposition conference with Melton and Lee. | 0.40<br>120.00/hr | 48.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Conformed Order on Plaintiff's Motion For Leave to Amen to Add Claims For Punative Damages Gaianst Circuit City Stores, Inc. & Sunrise Plantation Properties, LLC (via fax)<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
|  | RP | Legal Services<br>Pre deposition conference with Lee, Melton, Jacobs and associate general counsel for Circuit City. | 0.60<br>120.00/hr | 72.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Conformed Order on Plaintiff's motion for leave to amend to add claims for punitive damages against circuit city stores, inc. sunrise plantation properties, llc<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
|  | SR | A103 Draft/revise<br>Draft motion to strike exhibit list. | 0.60<br>110.00/hr | 66.00 |
|  | SR | A104 Review/analyze<br>Review/analyze court order in order to draft motion to striek witness list as untimely. | 0.40<br>110.00/hr | 44.00 |
|  | SR | A103 Draft/revise<br>Draft motion to strike witness list | 0.80<br>110.00/hr | 88.00 |
|  | SR | A104 Review/analyze<br>Review case file in order to draft motion to strike exhibit list. | 0.40<br>110.00/hr | 44.00 |
|  | JCA | A106 Communicate (with client)<br>Prepare letter to  client re invoice no 18608 from Accurate Court Reporting, inc. for reporter at hearing<br>L320 Document Production | 0.20<br>120.00/hr | 24.00 |

SEDWICK CMS

Page    43

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/25/2008 | SR | A104 Review/analyze<br>Review court order in order to determine the extent of time Plaintiff had to comply with court order regarding exhibit list. | 0.40<br>110.00/hr | NO CHARGE |
| | SR | A104 Review/analyze<br>Review/analyze case file in order to draft motion to strike exhibit list. | 0.40<br>110.00/hr | NO CHARGE |
| | SR | A104 Review/analyze<br>Review/analyze court order in order to draft motion to strike exhibit list as untimely. | 0.20<br>110.00/hr | 22.00 |
| | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of plaintiff's amended second re-notice of Taking telephonic Deposition of Chad Melton<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review cross-Notice of Taking telephonic Deposition of Evan Howell<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and review re-Notice of special set Hearing onsunrise plantation's motion for summary judgement<br>L450 Trial and Hearing Attendance | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Kenneth Sobel enclosing plaintiff's exhibit list<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 7/28/2008 | JCA | Legal Services<br>Several e-mails between counsel for plaintiff, co-defendant and client re: settlement and depositions | 0.60<br>120.00/hr | 72.00 |
| | CB | Legal Services<br>Prepare several e-mails to Opposing Counsel re: Chad Meltons, Leigh Helton and Eric Whitaker's deposition | 0.40<br>60.00/hr | 24.00 |
| | JCA | A104 Review/analyze<br>Receipt and review cross Notice of Taking Non-Party Deposition of Kim D. Minnix ( via fax)<br>L330 Depositions | 0.20<br>120.00/hr | 24.00 |
| | JCA | A104 Review/analyze<br>Receipt and review Notice of Compliance ( viz fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS                                                                                Page   44

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2008 | JCA | A104 Review/analyze<br>Receipt and review Subpoena Duces Tecum without Deposition<br>Pursuant to FLA. R. Civ. P. 1. 351 ( via fax)<br>L320 Document Production | 0.10<br>120.00/hr | 12.00 |
|  | RP | Legal Services<br>Communications to/from Meador regarding final numbers and<br>settlement and pending depositions. | 0.20<br>120.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of Taking Deposition of Kim D. Minnix<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review of Plaintiff's amend Notice of Taking telephonic<br>Deposition of M Evan Howell<br>L330 Depositions | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review of deposition transcript of  Adi Perry<br>L330 Depositions | 0.60<br>120.00/hr | 72.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice  of cancellation of hearing<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to Co-Defenant re: Chad Meltons, Leigh Helton and<br>Eric Whitaker's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with Jack Saber re: his deposition, left<br>voicemail. | 0.10<br>60.00/hr | 6.00 |
|  | CB | Legal Services<br>Telephone conference with Co-Defendant re: survelliance video | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review several emails from Opposing Counsel re: Carrie<br>Lee's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to Opposing Counsel re: Carrie Lee's deposition | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with court reporter re: the hearing on the<br>Motion to Strike any and all testimony by Circuit City | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2008 | CB | Legal Services<br>Telephone conference with opposing counsel concerning Carrile Lee, Chad Melton and Ricardo Alfaro's deposition | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Telephone conference with Ricardo Alfaro re: his pre-deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Byron Balfour re: his pre-deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Eric Whitaker re: his pre-deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare e-mail to client re: the court reporter's information. | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning Ricardo Alfaro, Eric Whitaker, and Byron Balfour's deposition | 0.20<br>60.00/hr | 12.00 |
| | JCA | Legal Services<br>Numerous disucssions with counsel for plaintiff, counsel co-defendant and client re: Settlement through out the week | 1.90<br>120.00/hr | 228.00 |
| | CB | Legal Services<br>Telephone conference with Accords copy center re: DVD Copy. (several calls) | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Receipt and review email from Accord re: the DVD being copied | 0.10<br>60.00/hr | 6.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning the Chad Melton, Leigh Helton, Carrie Lee, and Ricardo Alfaro's deposition (several calls) | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: survelliance video. (several calls) | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Telephone conference with Judicial Assistant re: hearing on Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning the hearing on the Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS                                                                      Page    46

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2008 | CB | Legal Services<br>Telephone conference with Co-Defendant concerning the hearing on the Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to all counse re: Chad Melton and Leigh Helton's address | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Telephone conference with court reporter re: the hearing on the Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare e-mail to court reporter re: the hearing on the Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare fax to Opposing Counsel concerning our Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Prepare fax to Co-Defendant concerning our Motion for Protective Order and for Sanctions | 0.20<br>60.00/hr | 12.00 |
|  | CB | Legal Services<br>Receipt and review several emails from Opposing Counsel re: Chad Meltons, Leigh Helton and Eric Whitaker's deposition | 0.20<br>60.00/hr | 12.00 |
| 7/29/2008 | RP | Legal Services<br>Review/analysis of Sunrise proposed release omitting mutual releases amongst co-defendants, including communications to/from Geer regarding revisions to case dispositive papers | 0.40<br>120.00/hr | 48.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review Notice of Compliance<br>L320 Document Production | 0.10<br>120.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review of letter enclosing subpoenaed records from Kim D. Minnix<br>L320 Document Production | 0.10<br>120.00/hr | 12.00 |
|  | KB | Legal Services<br>Telephone conference with Ricardo Alfaro, Byron Balfour and Carrie Lee regarding the cancellation of their deposition. | 0.50<br>60.00/hr | 30.00 |
|  | KB | Legal Services<br>Prepare e-mail to court reporter regarding the cancellation of the deposition of Ricardo Alfaro, Byron Balfour and Carrie Lee. | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2008 | JCA | A104 Review/analyze<br>Receipt and review Notice of Cancellation of Hearing<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | SR | A104 Review/analyze<br>Proposed release document for Jacobs.<br>L160 Settlement/Non-Binding ADR | 0.60<br>110.00/hr | 66.00 |
| | SR | A104 Review/analyze<br>conference about proposed release document for Jacobs.<br>L160 Settlement/Non-Binding ADR | 0.30<br>110.00/hr | 33.00 |
| | RP | Legal Services<br>File review and analysis regarding case's disposition via settlement,<br>including revisions to proposed transmittal letter to Ross with routing<br>instructions as to dismissal stipulation.<br>L470 Enforcement | 0.30<br>120.00/hr | 36.00 |
| | RP | Legal Services<br>File review and analysis regarding case's disposition via settlement,<br>including revisions to proposed Release with Plaintiff as well as<br>revisions to proposed releases amongst the co-defendants.<br>L470 Enforcement | 0.60<br>120.00/hr | 72.00 |
| | CB | Legal Services<br>Prepare letter to opposing counsel re: the enclosed settlement<br>documents and the settlement check | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Prepare letter to co-defendant re: the Release and rest of the<br>settlement documents | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Prepare Order on Stipulation for Dismissal | 0.40<br>60.00/hr | 24.00 |
| | CB | Legal Services<br>Telephone conference with opposing counsel concerning the<br>settlement check | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare e-mail to client requesting the settlement check. | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Receipt and review email from client re: the settlement check | 0.10<br>60.00/hr | 6.00 |
| | CB | Legal Services<br>Prepare Notice of Cancellation of Kim D. Minnix deposition | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Prepare fax to Opposing Counsel re: Kim D. Minnix deposition | 0.20<br>60.00/hr | 12.00 |

SEDWICK CMS

Page   48

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2008 | CB | Legal Services<br>Prepare fax to Co-Defendant re: Kim D. Minnix deposition | 0.20<br>60.00/hr | 12.00 |
| | CB | Legal Services<br>Prepare General Release between Plaintiff and Circut City | 0.60<br>60.00/hr | 36.00 |
| | CB | Legal Services<br>Prepare General Release between Sunrise Plantation Properties<br>and Circuit City | 0.60<br>60.00/hr | 36.00 |
| | CB | Legal Services<br>Prepare Holdharmless Agreement | 0.60<br>60.00/hr | 36.00 |
| | CB | Legal Services<br>Prepare Stipulation for Dismissal | 0.60<br>60.00/hr | 36.00 |
| 7/30/2008 | RP | Legal Services<br>Communications to/from Ross regarding exchange of case<br>dispositive originals. | 0.20<br>120.00/hr | 24.00 |
| 7/31/2008 | RP | Legal Services<br>Communications to/from Geer regarding release amongst<br>co-defendants and execution of same prior to release of settlement<br>draft and regarding some further revisions to document by Sunrise<br>counsel. | 0.40<br>120.00/hr | 48.00 |
| | KB | Legal Services<br>Prepare letter to opposing counsel sending them a copy of the Order<br>on Defendant's Third Motion for Protective Order and Sanction | 0.30<br>60.00/hr | 18.00 |
| 8/1/2008 | CB | Legal Services<br>Online Search on FedEx to schedule delivery of settlement check | 0.40<br>60.00/hr | NO CHARGE |
| | CB | A103 Draft/revise<br>Prepare letter to opposing counsel re: the enclosed settlement check | 0.30<br>60.00/hr | 18.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Bradley A. Ross<br>enclosing general release and hold harmless agreement (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Bradley A. Ross<br>enclosing General Release and Hold Harmless agreement<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Sedgwick Claims<br>Management enclosing settlement check to the order of Greenspoon<br>Marder, P.A. and Simeon Jacobs<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS                                                                      Page    49

|            |     |                                                                                                                                                                                      | Hrs/Rate          | Amount    |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 8/1/2008   | RP  | Legal Services<br>File review and analysis regarding case's disposition via settlement, including review of transmittal letter to Ross complying with terms of settlement<br>L160 Settlement/Non-Binding ADR | 0.20<br>120.00/hr | 24.00     |
| 8/4/2008   | RP  | Legal Services<br>File review and analysis regarding case's disposition via settlement, including revisions to proposed transmittal letter to Meador regarding Release and Hold Harmless.<br>L470 Enforcement | 0.30<br>120.00/hr | 36.00     |
|            | KB  | Legal Services<br>Prepare letter to Richard Meador regarding the General Release and Hold Harmless Agreement.                                                                              | 0.30<br>60.00/hr  | 18.00     |
|            | KB  | Legal Services<br>Prepare e-mail to Debbie Gauldin regarding letter send to Richard Meador with attachment (General Release and Hold Harmless *Agreement*)                                 | 0.20<br>60.00/hr  | 12.00     |
|            | RN  | Legal Services<br>Online Search to Broward County Courthouse for Calendar Call                                                                                                            | 0.40<br>60.00/hr  | NO CHARGE |
| 8/6/2008   | CB  | Legal Services<br>Telephone conference with Co-Defendant re: the settlement documents (several calls)                                                                                     | 0.40<br>60.00/hr  | 24.00     |
|            | JCA | A104 Review/analyze<br>Receipt and review affidavit of service on  Phillip Lozman, M.D Orthopedic Specialist of Miami Beach served on 8/6/08 (via fax)<br>L120 Analysis/Strategy           | 0.10<br>120.00/hr | 12.00     |
|            | CB  | Legal Services<br>Telephone conference with opposing counsel concerning the settlement check (several calls)                                                                              | 0.50<br>60.00/hr  | 30.00     |
| 8/8/2008   | JCA | A101 Plan & Prepare for<br>Prepare letter to carrier re: invoice number 612807 from U.S Legal Support, Inc.<br>L120 Analysis/Strategy                                                     | 0.20<br>120.00/hr | 24.00     |
| 8/11/2008  | JCA | A104 Review/analyze<br>Receipt and review affidavit of service on  Phillip Lozman (8/6/08)<br>L120 Analysis/Strategy                                                                      | 0.10<br>120.00/hr | 12.00     |
| 8/14/2008  | CB  | A107 Communicate (other external)<br>Telephone conference with Dr. Phillip Lozman re: trial period<br>L400 Trial Preparation and Trial                                                    | 0.20<br>60.00/hr  | 12.00     |

SEDWICK CMS                                                                                           Page    50

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/14/2008 | JCA | A104 Review/analyze<br>Receipt and review affidavit of service on  Phillip Lozman, M.D,<br>Orthopedic Specialist of Miami Beach (8/6/08)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 8/15/2008 | CB | Legal Services<br>Telephone conference with Co-Defendant re: release among the<br>Co-Defendants (several calls) | 0.30<br>60.00/hr | 18.00 |
|  | RP | Legal Services<br>Analysis of activities to undertake upon receipt of Stipulation for<br>Dismissal, partially executed, including execution of case dispositive<br>papers on behalf of Circuit City.<br>L160 Settlement/Non-Binding ADR | 0.20<br>120.00/hr | 24.00 |
|  | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Greenspoon Marder<br>enclosing Executed Stipulation and order of dismisal<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 8/20/2008 | KB | Legal Services<br>Prepare letter to Valerie Dondero regarding the Stipulation and<br>Order of Dismissal. | 0.30<br>60.00/hr | 18.00 |
| 8/21/2008 | RP | Legal Services<br>File review and analysis regarding case's disposition via settlement,<br>including revisions to proposed transmittal letter to Dondero with<br>instruction on routing case dispositive papers to Judge Henning and<br>to other counsel.<br>L470 Enforcement | 0.30<br>120.00/hr | 36.00 |
| 8/25/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A Dondero<br>enclosing general release among co-defendents (via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
|  | KB | Receipt & review<br>Receipt & review via facsimile the General Release among<br>Co-Defendant's from Valerie Dondero's office. | 0.20<br>60.00/hr | 12.00 |
|  | JCA | A104 Review/analyze<br>Receipt and review of letter enclosing subpoenaed records from<br>Quest Diagnostic<br>L320 Document Production | 0.10<br>120.00/hr | 12.00 |
| 8/26/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Jennifer Geer in<br>reference to providing the General Release among Co-Defendants<br>(via fax)<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |

SEDWICK CMS

Page   51

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Valerie A Dondero<br>enclosing the General Release amongst Co-Defendants<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Orthopaedic Center of<br>South Florida enclosing Simeon Jacobs X-Rays<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| 8/27/2008 | CB | Legal Services<br>Prepare letter to client re: enclosed General Release for Circuit<br>City's signature | 0.30<br>60.00/hr | 18.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Jennifer Geer<br>regarding to provide the General Release among Co-Defendants<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: the General Release<br>among Co-Defendants | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Telephone conference with Co-Defendant re: General Release<br>among co-defendants | 0.30<br>60.00/hr | 18.00 |
| 8/28/2008 | RP | Legal Services<br>File review and analysis regarding case's disposition via settlement,<br>including revisions to proposed transmittal letter to Meador<br>requesting completion of signatures on Release.<br>L470 Enforcement | 0.30<br>120.00/hr | 36.00 |
| | JCA | A104 Review/analyze<br>Receipt and review affidavit of service on  Kim D Minnix (7-26-08)<br>L140 Document/File Management | 0.10<br>120.00/hr | 12.00 |
| 9/4/2008 | RP | Legal Services<br>Communications to/from Gauldin regarding dismissal order.<br>L470 Enforcement | 0.20<br>120.00/hr | 24.00 |

| | | |
|---|---|---|
| For professional services rendered | 202.10 | $19,704.00 |

Additional Charges :

| | | | Qty/Price | |
|---|---|---|---|---|
| 6/23/2008 | JCA | Cost of obtaining subpoenaed records<br>Cost of obtaining subpoenaed records from Orthopaedic Center on<br>4/2/2008. | 1<br>20.00 | 20.00 |

SEDWICK CMS                                                                                    Page    52

| | | | | Qty/Price | Amount |
|---|---|---|---|---|---|

7/31/2008 JCA    E107 Delivery services/messengers                                    1         25.00
Cost of Delivery Service from Arrow Express Messenger Service for       25.00
package delivered to us on 7/18/2008; from Houck on 200 S
Biscayne Dr. Suite 300.
E107 Delivery services/messengers

8/5/2008 AD    E106 Online research                                                   1          0.18
Online Reserach using Lexis Nexis (6/12/08)                             0.18
E106 Online Research

JCA    Parking for                                                                    1         32.00
Reimbursement of Parking for Calendar Call- Motion to amend            32.00
complaints- 7-24-08
E124 Other

JCA    Mileage Reimbursement                                                          1         31.69
Mileage reimbursement - attendance at Ft. Lauderdale- Calendar         31.69
Call- 7-24-08
E124 Other

JCA    Mileage Reimbursement                                                          1         31.71
Mileage reimbursement - attendance at Special Set Calendar             31.71
Hearing on 7-7-08
E109 Local Travel

JCA    Out-of-town travel                                                             1          1.50
Reimbursement for tolls- Calendar Hearing- 7-7-08                       1.50
E124 Other

JCA    Parking for                                                                    1         10.00
Reimbursement for Parking Calendar Hearing- 7-7-08                     10.00
E109 Local Travel

8/6/2008 RR    E106 Online research                                                   1         10.53
Online Research using Lexis Nexis (6/13/08)                            10.53
E106 Online Research

RR    E106 Online research                                                            1          0.98
Online Research using Lexis Nexis (6/1/08)                              0.98
E106 Online Research

JCA    Out-of-town travel                                                             1          1.50
Reimbursement of Tolls- Ref. Motion Calendar- 7-16-08                   1.50
E124 Other

JCA    Parking for                                                                    1          8.00
Reimbursement of Parking- Ref. Motion Calendar- 7-16-08                8.00
E124 Other

SEDWICK CMS                                                                              Page    53

|  |  |  | Qty/Price | Amount |
|---|---|---|---|---|
| 8/6/2008 JCA | Mileage Reimbursement<br>Mileage reimbursement - attendance at Motion Calendar- 7-16-08<br>E124 Other |  | 1<br>31.71 | 31.71 |
| 8/20/2008 MBF | E106 Online research<br>Online Research using Lexis Nexis (7/22/08)<br>E106 Online Research |  | 1<br>24.85 | 24.85 |
| 8/21/2008 JCA | E113 Subpoena fees<br>Kim D. Minnix (7/26/08)<br>E113 Subpoena Fees |  | 1<br>60.00 | 60.00 |
| JCA | E113 Subpoena fees<br>Phillip Lozman, M.D Orthopedic Specialist of Miami Beach (8/6/08)<br>E113 Subpoena Fees |  | 1<br>60.00 | 60.00 |
| MS | E123 Other professionals<br>Court Reporter Fee for 7/24/08- Accurate Court Reporting, Inc.- Inv#<br>18804- Dated 8/11/08<br>E123 Other Professionals |  | 1<br>152.25 | 152.25 |
| 8/27/2008 MS | E124 Other expenses<br>Ref. Accord Productions- DVD- ordered requested by Benedi- App.<br>by Pozo- Ordered- 7/21/08<br>E118 Litigation Support Vendors |  | 1<br>25.00 | 25.00 |
| MS | E123 Other professionals<br>Copies of Investigative Tapes- From Accord Productions- 7/28/08-<br>Ordered by Carla Benedi<br>L110 Fact Investigation/Development |  | 1<br>71.40 | 71.40 |
| 8/29/2008 MS | E107 Delivery services/messengers<br>Cost of Messenger Service- Arrow Messenger- Inv# 27670-<br>Documents to Broward County Courthouse- Round-Trip- Delivered<br>on 7/9/08<br>E107 Delivery services/messengers |  | 1<br>150.00 | 150.00 |
| MS | E107 Delivery services/messengers<br>Cost of Messenger Service- Documents sent on 7/21/08- From<br>Accord Productions-<br>E107 Delivery services/messengers |  | 1<br>20.00 | 20.00 |

|  |  |
|---|---|
| Total costs | $768.30 |
| Total amount of this bill | $20,472.30 |
| Previous balance | $17,463.70 |
| 6/27/2008 Payment - Thank You for invoice 27120. Check No. 0016853095 | ($17,463.70) |
| Total payments and adjustments | ($17,463.70) |

SEDWICK CMS

Page   54

Amount

Balance due                                                                       $20,472.30

**PLEASE INCLUDE OUR FILE AND INVOICE NUMBER ON YOUR REMITTANCE.**

**THANK YOU.**

**E.I.N. 65-1145258**

**SOUTH FLORIDA OFFICE**
2701 S. Bayshore Drive
Suite 500
Miami, FL 33133
Tel: (305) 858-8880
Fax: (305) 858-8084

# ACOSTA ⚖ STROMMEN
## A Professional Association

**NORTH / CENTRAL FL OFFICE**
455 Douglas Avenue
Suite 2155-11
Altamonte Springs, FL 32714
Tel: (407) 831-8880
Fax: (407) 830-8881

Please reply to South Florida Office

July 19, 2010

Invoice submitted to:
SEDWICK CMS
ATTN: MELISHA GROGAN
P.O. BOX 190670
ATLANTA, GA 31119

In Reference To: GREG NAGY VS. CIRCUIT CITY STORES, INC. AND JAFFE OF
WESTON II, INC.
DOL : 08/09/2006
CLAIM NO: YLB54085L
CASE NO: 08-CA-006176
OUR FILE NO: 41.20080416.01

Professional Services

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/16/2008 - | LF | Prepare New File Information Sheet, including review of initial pleadings, special instructions from carrier, and opening of file directory | 0.60 60.00/hr | | 36.00 |
| 4/17/2008 - | RR | Prepare Proposed Order on Motion for Extension of Time | 0.40 110.00/hr | | 44.00 |
| - | RR | Prepare Request for Admissions to Plaintiff | 0.80 110.00/hr | | 88.00 |
| - | RR | Prepare Request for Production regarding prior and subsequent medical records, vital documents, damage estimates, medical bills, etc | 0.90 110.00/hr | | 99.00 |
| 4/18/2008 - | JCA | Receipt and Review of correspondence from Morgan and Morgan regarding dates for the deposition of Nagy, Gregg (via fax) | 0.10 120.00/hr | | 12.00 |
| - | CB | Prepare Motion for Extension of Time to Respond to Complaint | 0.60 60.00/hr | | 36.00 |
| - | CB | Prepare Interrogatories to Plaintiff | 0.60 60.00/hr | | 36.00 |

SEDWICK CMS                                                                                    Page     2

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 4/18/2008 - | CB | Prepare letter to carrier regarding acknowledgment and receipt of file for handling | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare letter to opposing counsel re: available dates to schedule the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare fax to Opposing Counsel re: the plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 4/21/2008 - | CB | Prepare e-mail to client re: acknowledgment and receipt of file for handling | 0.20 60.00/hr | | 12.00 |
| 4/24/2008 - | CB | Telephone conference with court reporter re: the location in Ft. Myers to schedule the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Receipt and review email from court reporter re: locatiin in Ft. Myers | 0.10 60.00/hr | | 6.00 |
| - | CB | Prepare Notice of Taking Deposition of Greg Nagy | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare e-mail to  court reporter re: Plaintiff's depositiion | 0.20 60.00/hr | | 12.00 |
| 4/28/2008 - | RR | Telephone conference with Opposing Counsel regarding deposition of plaintiff (two calls) | 0.60 110.00/hr | | 66.00 |
| 5/1/2008 - | JCA | Receipt and Review of Plaintiffs Objection to Circuit City Stores Incs Request for Admissions | 0.10 120.00/hr | | 12.00 |
| 5/5/2008 - | JCA | Receipt and Review of correspondence from Morgan and Morgan  regarding the deposition of Mr. Nagy | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and Review of correspondence from Judge Diane Matousek returning  Request for Production and Request for Admissions | 0.10 120.00/hr | | 12.00 |
| - | RR | Review of lease between Circuit City and Southwest Industrial Properties in preparation for drafting the initial report | 1.50 110.00/hr | | 165.00 |
| - | RR | Preparation of Litigation Budget | 1.80 110.00/hr | | 198.00 |
| 5/6/2008 - | RN | Prepare Request for Admissions to Plaintiff (amended) with Lee County Clerk of courts | 0.20 60.00/hr | | 12.00 |
| - | RN | Prepare Request for Production regarding prior and subsequent medical records, vital documents, damage estimates, medical bills, etc (amended) Lee County Clerk of Courts | 0.20 60.00/hr | | 12.00 |

SEDWICK CMS

Page   3

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/6/2008 - | CB | Update caption, Certificate of Service, caption letter and opposing counsel information to reflect changes. | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with Clerk of Courts re: the case number | 0.20 60.00/hr | | 12.00 |
| 5/7/2008 - | RR | Telephone conference with Opposing Counsel regarding deposition of Plaintiff and Request for Admissions (two calls) | 0.40 110.00/hr | | 44.00 |
| - | RR | Telephone conference with Opposing Counsel regarding amended complaint and discovery (two calls) | 0.40 110.00/hr | | 44.00 |
| - | CB | Update caption, Certificate of Service, caption letter and opposing counsel information to reflect changes. | 0.30 60.00/hr | | NO CHARGE |
| 5/8/2008 - | AD | Prepare Motion to Dismiss regarding jurisdictional grounds | 0.90 110.00/hr | | 99.00 |
| - | AD | Research applicable Florida statutes and case law RE: Proper venue | 0.90 110.00/hr | | 99.00 |
| - | RR | Prepare Proposed Order on Motion to Dismiss Amended Complaint | 0.40 110.00/hr | | 44.00 |
| - | RR | Online Docket Search | 0.40 110.00/hr | | NO CHARGE |
| 5/9/2008 - | RR | Preparation of Initial Report of Counsel providing analysis of liability, evaluation, future activities or records to date. | 2.80 110.00/hr | | 308.00 |
| 5/12/2008 - | SM | Telephone conference with Judicial Assistant to schedule hearing on Plaintiff objections to our request for admissions | 0.10 120.00/hr | | 12.00 |
| - | RR | Telephone conference with Judicial Assistant regarding request for admissions | 0.30 110.00/hr | | 33.00 |
| - | RR | Telephone conference with Opposing Counsel regarding Motion to Dismiss and discovery (two calls) | 0.40 110.00/hr | | 44.00 |
| - | RR | Prepare Motion to Compel Answers to Interrogatories including review of file to determine outstanding discovery | 0.90 110.00/hr | | 99.00 |
| - | RR | Prepare Proposed Order on Motion to Compel Answers to Interrogatories | 0.40 110.00/hr | | 44.00 |
| 5/15/2008 - | RR | Prepare Motion to Compel Responses to Request for Production | 0.90 110.00/hr | | NO CHARGE |

SEDWICK CMS                                                                                          Page    4

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/15/2008 - | RR | Prepare Proposed Order on Motion to Compel Responses to Request for Production | 0.40 110.00/hr | | NO CHARGE |
| - | RR | Prepare Motion to Compel Responses to Request for Admissions | 0.90 110.00/hr | | NO CHARGE |
| - | RR | Prepare Proposed Order on Motion to Compel Responses to Request for Admissions | 0.60 110.00/hr | | NO CHARGE |
| 5/16/2008 - | RR | Prepare Amended Request for Admissions to Plaintiff | 0.20 110.00/hr | | 22.00 |
| 5/19/2008 - | JCA | Receipt and Review of correspondence from Daniel W. Sheppard regarding Plaintiff's objections to Circuit City Stores, Inc.'s request for admissions | 0.10 120.00/hr | | 12.00 |
| 5/23/2008 - | RR | Telephone conference with Opposing Counsel regarding discovery (two calls) | 0.40 110.00/hr | | 44.00 |
| 5/27/2008 - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion for Extension of Time to Respond to Complaint. | 0.20 60.00/hr | | 12.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion for Extension of Time to Respond to Complaint | 0.20 60.00/hr | | 12.00 |
| 5/29/2008 - | RR | Research applicable Florida statutes and case law in preparation for drafting Motion to Compel Plaintiff's Appearance at Deposition | 0.90 110.00/hr | | 99.00 |
| - | RR | Prepared Motion to Compel Plaintiff's Appearance at Deposition | 0.90 110.00/hr | | 99.00 |
| - | RR | Prepare Proposed Order on Motion to Compel Plaintiff's Appearance at Deposition | 0.40 110.00/hr | | 44.00 |
| - | RR | Telephone conference with Opposing Counsel regarding deposition of Plaintiff (two calls) | 0.20 110.00/hr | | 22.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint, left voicemail. | 0.10 60.00/hr | | 6.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint | 0.20 60.00/hr | | 12.00 |
| 6/2/2008 - | RR | Prepare Motion to Have Admissions Deemed Admitted including review of discovery in preparation for same. | 0.80 110.00/hr | | 88.00 |

SEDWICK CMS                                                                     Page      5

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/2/2008 - | RR | Prepare Proposed Order on Motion to Have Admissions Deemed Admitted | 0.40 110.00/hr | | 44.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Defendant's Motion for Extension of Time to Respond to the Complaint, left voicemail. | 0.10 60.00/hr | | 6.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Defendant's Motion for Extension of Time to Respond to the Complaint | 0.30 60.00/hr | | 18.00 |
| 6/5/2008 - | JCA | Receipt and review response of Plaintiff to defendant's Circuit City Stores amended Request for Admissions, including review of claims file | 0.60 120.00/hr | | 72.00 |
| - | RR | Summary of Plaintiff's Responses to Amended Request for Admissions | 0.80 110.00/hr | | 88.00 |
| - | RR | Telephone conference with Opposing Counsel regarding cancellation of upcoming deposition and last known addresses of Circuit City employees (two calls) | 0.30 110.00/hr | | 33.00 |
| 6/6/2008 - | CB | Telephone conference with Judicial Assistant to schedule hearing on Motion to Compel Appearance at the Deposition. | 0.20 60.00/hr | | 12.00 |
| - | CB | Online Docket Search to schedule the hearing on the Motion to Compel Apperance of Plaintiff at the deposition | 0.40 60.00/hr | | 24.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion to Compel Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| 6/9/2008 - | CB | Telephone conference with opposing counsel concerning the Motion to Compel Plaintiff's Appearance at Deposition (several calls) | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with Judicial Assistant to schedule hearing on Motion to Compel the Plaintiff's Appearance at Deposition. (several calls) | 0.20 60.00/hr | | 12.00 |
| 6/10/2008 - | RR | Online Docket Search | 0.40 110.00/hr | | NO CHARGE |
| 6/13/2008 - | CB | Online Search to schedule hearing on Motion to Compel Plaintiff's Appearance at Deposition | 0.40 60.00/hr | | NO CHARGE |
| - | CB | Telephone conference with Judicial Assistant to schedule hearing on Motion to Compel Plaintiff's Appearance at Deposition (several calls) | 0.30 60.00/hr | | 18.00 |

SEDWICK CMS                                                                    Page      6

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/13/2008 - | CB | Telephone conference with opposing counsel to schedule hearing on Motion to Compel Plaintiff's Appearance at Deposition and to schedule the plaintiff's deposition | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare Notice of Hearing on Motion to Compel Plaintiff's Appearance at Deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Taking Deposition of Greg Nagy | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with court reporter re: the deposition of the plaintiff | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare e-mail to court reporter confirming the date and time of the plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 6/16/2008 - | RR | Telephone conference with Opposing Counsel regarding discovery | 0.30 110.00/hr | | 33.00 |
| - | CB | Telephone conference with opposing counsel concerning our client and plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 6/17/2008 - | CB | Telephone conference with Judicial Assistant to schedule hearing on Motion to Compel Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion to Compel Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| 6/18/2008 - | RR | Telephone conference with client regarding status of case | 0.20 110.00/hr | | 22.00 |
| - | RR | Telephone conference with Opposing Counsel regarding discovery and depositions (two calls) | 0.40 110.00/hr | | 44.00 |
| - | RR | Prepared Interim Status Report to client | 0.90 110.00/hr | | 99.00 |
| - | CB | Telephone conference with Judicial Assistant concerning the hearing on the Motion to Compel the Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| - | CB | Update caption, Certificate of Service, caption letter and opposing counsel information to reflect changes. | 0.30 60.00/hr | | NO CHARGE |
| 6/19/2008 - | RR | Online Docket Search | 0.40 110.00/hr | | 44.00 |
| 6/20/2008 - | JCA | Receipt and review Notice of Hearing on defendant s motion to dismiss | 0.10 120.00/hr | | 12.00 |

SEDWICK CMS

Page    7

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/20/2008 - | JCA | Receipt and Review of correspondence from Daniel W. Sheppard enclosing motion to extend time for service of process and proposed order | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and Review of Motion to extend time for service of process | 0.30 120.00/hr | | 36.00 |
| - | JCA | Receipt and review of Proposed Order granting motion to extend time for service of process | 0.20 120.00/hr | | 24.00 |
| 6/23/2008 - | JCA | Receipt and review of response of Plaintiff to defendant's Request for Production, with attached medical records, bills, income tax returns, estimates, pictures, etc, and compare to those in claim file for corraboration | 1.20 120.00/hr | | 144.00 |
| - | RP | Analysis of activities to undertake upon receipt of plaintiff's document production, pursuant to initial Request for Production | 0.30 120.00/hr | | 36.00 |
| - | RR | Review and analyze Plaintiff's Response to Request for Production and made list of medical providers to subpoena | 1.10 110.00/hr | | NO CHARGE |
| - | RR | Prepare Motion to Compel Date Certain regarding documents not included in response to Request for Production. Including review of response in preparation for the motion | 0.80 110.00/hr | | 88.00 |
| - | RR | Prepare Proposed Order on Motion to Compel Date Certain | 0.40 110.00/hr | | 44.00 |
| - | RR | Telephone conference with Opposing Counsel's office regarding answers to interrogatories (two calls) | 0.20 110.00/hr | | 22.00 |
| - | RR | Telephone conference with with Sports Specialty Rehab Center regarding Plaintiff's medical records (two calls) | 0.30 110.00/hr | | 33.00 |
| 6/24/2008 - | RR | Review, analyze, and summarize Plaintiff's Responses to Request for Production including all medical records produced. | -1.80 110.00/hr | | NO CHARGE |
| 6/25/2008 - | RR | Telephone conference with with Dr. Gerber's office regarding Plaintiff's medical records (two calls) | 0.40 110.00/hr | | 44.00 |
| - | RR | Telephone conference with Gulf Coast Hospital regarding Plaintiff's Medical records (two calls) | 0.40 110.00/hr | | 44.00 |
| 6/26/2008 - | JCA | Receipt and review Conformed Order granting motion to extend time for service process | 0.20 120.00/hr | | 24.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 6/26/2008 - | JCA | Receipt and Review of correspondence from Daniel W. Sheppard regarding Mr. Nagy's availability for deposition | 0.10<br>120.00/hr | | 12.00 |
| - | RR | Amended Motion to Compel Interrogatories | 0.20<br>110.00/hr | | 22.00 |
| - | RR | Prepare Proposed Order on Amended Motion to Compel Interrogatories | 0.40<br>110.00/hr | | 44.00 |
| 7/2/2008 - | JCA | Receipt and review of supplemental response of Plaintiff to defendant's Request for Production, with attached income tax returns, and compare to those in claim file for corraboration | 0.80<br>120.00/hr | | 96.00 |
| - | JCA | Receipt and review of response of Plaintiff to defendants second Request for Production, and compare to those in claim file for corraboration | 0.60<br>120.00/hr | | 72.00 |
| 7/3/2008 - | RP | Analysis of activities to undertake upon receipt of Plaintiff's Response to Defendant's 2nd Request for Production. | 0.30<br>120.00/hr | | 36.00 |
| - | SR | Draft/revise summary of issues to discuss in meeting. | 0.20<br>120.00/hr | | NO CHARGE |
| - | SR | Meeting in order to discuss case strategy. | 0.30<br>120.00/hr | | NO CHARGE |
| 7/8/2008 - | SR | Review/analyze file in order to analyze Prepare Request for Production regarding prior and subsequent medical records, vital documents, damage estimates, medical bills, etc. | 0.30<br>120.00/hr | | 36.00 |
| 7/16/2008 - | RP | File review regarding upcoming hearing on Motion to Compel Discovery. | 0.20<br>120.00/hr | | 24.00 |
| - | RP | File review and analysis regarding witness depositions, including revisions to proposed transmittal letter to Meador regarding Circuit pwmk. | 0.30<br>120.00/hr | | 36.00 |
| 7/17/2008 - | KB | Prepare Subpoena Duces Tecum for records of Physicians Regional Medical Center. | 0.30<br>60.00/hr | | 18.00 |
| - | KB | Prepare Subpoena Duces Tecum for records of Sports Specialty and Rehab Center. | 0.30<br>60.00/hr | | 18.00 |
| - | KB | Prepare Subpoena Duces Tecum for records of LMR Imaging | 0.30<br>60.00/hr | | 18.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 7/17/2008 - | KB | Prepare  Subpoena Duces Tecum for records of Gulf Coast Hospital | 0.30 60.00/hr | | 18.00 |
| - | KB | Prepare  Subpoena Duces Tecum for records of Dr. Mark B. Gerber | 0.30 60.00/hr | | 18.00 |
| - | KB | Prepare Notice of Production of Non Party regarding Physicians Regional Medical Center, Sports Specialty & Rehab Center, LMR Imaging, Gulf Coast Hospital and Dr. Mark B. Gerber. | 0.30 60.00/hr | | 18.00 |
| 7/18/2008 - | CB | Telephone conference with opposing counsel concerning the hearing on Motion to Compel Responses to Discovery | 0.30 60.00/hr | | 18.00 |
| - | CB | *Online Docket Search to schedule hearing on Motion to Compel Responses to Discovery.* | 0.40 60.00/hr | | 24.00 |
| - | CB | Telephone conference with Judicial Assistant re: the *hearing on Motion to Compel Responses to Discovery* | 0.20 60.00/hr | | 12.00 |
| - | CB | Prepare Notice of Hearing on Motion to Compel Responses to Discovery | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare letter to client re: the deposition of the Circuit City Corporate Representative  with the most of the incident | 0.20 60.00/hr | | 12.00 |
| 7/21/2008 - | CB | Prepare e-mail to client re: the deposition of the Circuit City person with the most knowledge re: the incident | 0.20 60.00/hr | | NO CHARGE |
| - | CB | Prepare e-mail to Opposing Counsel concerning the upcoming IMEs | 0.20 60.00/hr | | 12.00 |
| 7/23/2008 - | KB | Prepare Notice of Unavailability including review of file to determine pending hearing and / or Motions presently scheduled | 0.30 60.00/hr | | 18.00 |
| 7/30/2008 - | JCA | Receipt and Review of correspondence from Morgan & Morgan requesting interrogatories | 0.10 120.00/hr | | 12.00 |
| 7/31/2008 - | JCA | Receipt and review Notice  of lien for payment of compensation and medical benefits | 0.10 120.00/hr | | 12.00 |
| 8/4/2008 - | CB | Prepare Notice of Unavailability from September 17, 2008 thru September 22, 2008 including review of file to determine pending hearing and / or Motions presently scheduled | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Unavailability from December 22, 2008 thru January 6, 2009, including review of file to determine pending hearing and / or Motions presently scheduled | 0.30 60.00/hr | | 18.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/11/2008 - | CB | Telephone conference with opposing counsel concerning the plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 8/12/2008 - | CB | Telephone conference with Judicial Assistant re: the hearing on Motion to Compel Discovery  Responses | 0.20 60.00/hr | | 12.00 |
| - | CB | Prepare Notice of Cancellation re: the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Cancellation re: the hearing on Motion to Compel Responses to Discovery and Motion to Compel Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| - | CB | Prepare fax to Opposing Counsel re: the hearing on the on Motion to Compel Discovery  Responses and the Plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 8/13/2008 - | CB | Telephone conference with court reporter re: the cancellation of the Plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Receipt and review email from court reporter re: the plaintiff's deposition | 0.10 60.00/hr | | 6.00 |
| - | CB | Prepare e-mail to court reporter re: the plaintiff's deposition | 0.20 60.00/hr | | 12.00 |
| 8/15/2008 - | JCA | Receipt and review Notice of Hearing on defendants motion to dismiss | 0.10 120.00/hr | | 12.00 |
| - | CB | Telephone conference with client re: the case | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with Judicial Assistant concerning the hearing on Motion to Compel Discovery | 0.30 60.00/hr | | 18.00 |
| 8/18/2008 - | CB | Telephone conference with Judicial Assistant concerning the hearing on Motion to Compel the Plaintiff's Appearance at Deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Online Docket Search concerning the hearing on the Motion to Compel the Plaintiff's Appearance at Deposition | 0.40 60.00/hr | | 24.00 |
| - | SR | Review case file in preparation for status report. | 1.80 110.00/hr | | NO CHARGE |
| - | RP | File review regarding upcoming hearing on Motions to Compel Plaintiff's Appearance at deposition and to Compel Responses to Discovery, including revisions to transmittal letter to Judge McHugh requesting permission to appear telephonically, revisions to proposed Motion to Appear Telephonically, revisions to proposed Order on Motion to allow telephonic appearance and revisions to | 0.60 120.00/hr | | 72.00 |