SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | notice of hearing on Motions to Compel Plaintiff's Appearance at deposition and to Compel Responses to Discovery. | | | |
| 8/19/2008 - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion for Extension of time to Respond to the Complaint | 0.30 60.00/hr | | NO CHARGE |
| - | CB | Several telephone conference with opposing counsel concerning the hearing on the Motion for Extension to Respond to the Complaint | 0.40 60.00/hr | | 24.00 |
| 8/20/2008 - | SR | Review/analyze Review of claims investigative file, including medical records, incident reports, and repair estimates; and formulation of initial defense plan and theory in order to prepare Status Report. | 1.60 110.00/hr | | NO CHARGE |
| - | SR | Preparation of Status Report of Counsel providing status of discovery; depositions; medical, employment, and insurance records; analysis of liability, evaluation; and future activities | 2.80 110.00/hr | | 308.00 |
| - | SR | Online search for Jaffe of Weston II. | 0.40 110.00/hr | | 44.00 |
| - | CB | Several telephone conference with Judicial Assistant to schedule a telephonic hearing on Motion for Extension of Time to Respond to the Complaint | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare Proposed Order on Motion to Appear telephonically at the hearing on the Motion for Extension of Time to Respond to the Complaint | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare Motion to Appear Telephonically at the hearing on the Motion for Extension of Time to Respond to the Complaint | 0.70 60.00/hr | | 42.00 |
| - | CB | Prepare Notice of Hearing on Motion for Extension of Time to Respond to the Complaint | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare letter to Judge regarding  enclosed Proposed Order and Motion to Appear Telephonically at the hearing on our Motion for Extension of Time to Respond to the Complaint | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with AT&T to schedule telephone conference for the hearin on Defendant's Motion for Extension of Time to Respond to the Complaint | 0.30 60.00/hr | | 18.00 |

SEDWICK CMS                                                                                                Page    12

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/20/2008 - | CB | Receipt and review email from AT&T re: the telephone conference for the hearin on Defendant's Motion for Extension of Time to Respond to the Complaint | 0.10 60.00/hr |  | 6.00 |
| - | SR | Review/analyze 80 page lease of premise for Circuit City | 1.20 110.00/hr |  | 132.00 |
| - | SR | Review/analyze lease exhibits | 0.30 110.00/hr |  | 33.00 |
| - | SR | Online search for sattelite image of the premises. | 0.40 110.00/hr |  | 44.00 |
| 8/22/2008 - | CB | Telephone conference with opposing counsel concerning the plaintiff's deposition | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare Notice of Taking Deposition of the Plaintiff | 0.30 60.00/hr |  | 18.00 |
| - | CB | Telephone conference with court reporter re: the plaintiff's deposition | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare fax to court reporter re: the plaintiff's deposition | 0.20 60.00/hr |  | 12.00 |
| - | CB | Prepare e-mail to client re: the contact person at Circuit City Store | 0.20 60.00/hr |  | 12.00 |
| - | CB | Prepare Subpoena Duces Tecum for records of Liberty Mutual | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare Subpoena Duces Tecum for records of Watkins Motor Lines | 0.30 60.00/hr |  | 18.00 |
| - | CB | Online Search for Watkins Motor Lines contact information | 0.40 60.00/hr |  | 24.00 |
| 8/25/2008 - | SR | Research Florida Secretary of State website to determine Jafee Weston II, interest in the litigation. | 0.40 110.00/hr |  | 44.00 |
| - | SR | Multiple Telephone conference with Opposing Counsel regarding case status. | 0.40 110.00/hr |  | 44.00 |
| 8/26/2008 - | CB | Prepare Notice of Production of Non Party regarding Liberty Mutual and Watkins Motor Lines | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare Certificate of Non Objection regarding Liberty Mutual and Watkins Motor Lines | 0.40 60.00/hr |  | 24.00 |
| - | CB | Receipt and review email from client re: John Kilkenny (store director) | 0.10 60.00/hr |  | 6.00 |

SEDWICK CMS                                                                                    Page    13

|            |     |                                                                                                                                    | Hrs/Rate | Tax# | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------|----------|------|--------|
| 8/26/2008 -| CB  | Prepare e-mail to client re: John Kilkenny (store director)                                                                         | 0.20 60.00/hr | | 12.00 |
| -          | CB  | Telephone conference to Circuit City to Speak with John Kilkenny re: site inspection, left message for Mr. Kilkenny with store employee | 0.20 60.00/hr | | 12.00 |
| 8/28/2008 -| JCA | Receipt and review Notice of Hearing regarding defendant's motion to dismiss                                                        | 0.10 120.00/hr | | 12.00 |
| -          | JCA | Receipt and review of Request for Copies directed to Watkins Motor Lines and Liberty Mutual                                         | 0.10 120.00/hr | | 12.00 |
| 8/29/2008 -| SR  | Telephone conference with  Liberty Mutual about lien.                                                                               | 0.40 110.00/hr | | 44.00 |
| 9/2/2008 - | JCA | Receipt and review Conformed Order on defendant's motion to permit telephonic apperance at hearing                                  | 0.20 120.00/hr | | 24.00 |
| -          | JCA | Receipt and Review of correspondence from Daniel W. Sheppard regarding unavailabiity for re-notice of deposition                    | 0.10 120.00/hr | | 12.00 |
| -          | CB  | Telephone conference with Circuit City trying to contact John Kilkenny to the schedule the site inspection, left message with employee | 0.20 60.00/hr | | 12.00 |
| 9/3/2008 - | CB  | Telephone conference with Circuit City trying to contact John Kilkenny to scheduled site inspection, left message with employee     | 0.20 60.00/hr | | 12.00 |
| -          | CB  | Several telephone conference with Judicial Assistant to concerning the Motion to Appear Telephonically at the hearing on Defendant's Motion to Dismiss | 0.40 60.00/hr | | 24.00 |
| -          | CB  | Telephone conference with AT&T re: the telephone conference for the hearing on Defendant's Motion to Compel Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| 9/5/2008 - | JCA | Receipt and review Plaintiff's Notice of Service of Answers to Interrogatories                                                      | 0.10 120.00/hr | | 12.00 |
| -          | RP  | Prepare for hearings on Motions  to Dismiss, Motion to Compel Plaintiff to Appear at deposition and Motion to Compel Discovery, including Telephone conference with Sheppard in attempt to resolve some of the issues. | 0.90 120.00/hr | | 108.00 |
| -          | CB  | Telephone conference with opposing counsel concerning the plaintiff's deposition                                                   | 0.20 60.00/hr | | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/5/2008 - | CB | Telephone conference with Judicial Assistant concerning the hearing on the Motion to Compel the Plainitff's *Appearance at Deposition* | 0.20<br>60.00/hr | | 12.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on Motion to Compel Plaintiff's Apperance at Deposition | 0.30<br>60.00/hr | | 18.00 |
| 9/8/2008 - | SR | Review/analyze case file in preparation for filling out IRS form Requesting Information on Greg Nagy. | 0.60<br>110.00/hr | | 66.00 |
| - | SR | Fill out IRS form Requesting Information on Gregg Nagy. | 0.60<br>110.00/hr | | 66.00 |
| - | SR | Draft letter to IRs reequesting information for Gregg Nagy. | 0.30<br>110.00/hr | | 33.00 |
| - | RP | Analysis of activities to undertake upon receipt of Plaintiff's Answers to Interrogatories. | 0.50<br>120.00/hr | | 60.00 |
| - | RP | Attend hearings on Motion to Compel Response to Discovery, Motion to Dismiss and Motion to Compel Plaintif attendance at deposition. | 2.20<br>120.00/hr | | 264.00 |
| - | SR | Review/analyze case file in preparation of Order on Motion to Dismiss. | 0.60<br>110.00/hr | | NO CHARGE |
| - | SR | Draft Court Order on Motion to Dismiss. | 0.80<br>110.00/hr | | 88.00 |
| - | SR | Review case file in order to prepare Court Order on Motion to Compel Plaintiff's Appearance at Deposition. | 0.60<br>110.00/hr | | NO CHARGE |
| - | SR | Draft Court Order on Motion to Compel Plaintiff's Appearance at Deposition. | 0.50<br>110.00/hr | | 55.00 |
| - | SR | Review case file in order to draft order on Motion to Compel Responses to Discovery . | 0.60<br>110.00/hr | | NO CHARGE |
| - | SR | Draft Court Order on Motion to Compel Responses to Discovery | 0.40<br>110.00/hr | | 44.00 |
| - | SR | Review, analyze, and summarize Plaintiff's Supplemental Response to Defendant's Request for Production. | 0.60<br>110.00/hr | | 66.00 |
| - | CB | Telephone conference with Circuit City trying to contact *John Kilkenny, left message with store employee* | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Online Search re: the status of the subpoena for records directed to Watkins Motor Line | 0.20<br>60.00/hr | | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/8/2008 - | CB | Online Search re: the status of the subpoena for records directed to Liberty Mutual | 0.20 60.00/hr | | 12.00 |
| - | CB | Telephone conference with Judicial Assistant concerning the hearing on Motion to Compel Plaintiff's Appearance at Deposition | 0.20 60.00/hr | | 12.00 |
| - | CB | Telephone conference with opposing counsel concerning the plainitff's deposition | 0.20 60.00/hr | | 12.00 |
| 9/9/2008 - | RP | File review and analysis regarding non party subpoenas to Physicians Regional, Sports Specialty, LMR Imaging, Gulf Coast Hospital and Dr Gerber, including procedural compliance with 1.351. | 0.30 120.00/hr | | 36.00 |
| - | AD | Prepare Motion to Compel Better Answers to Interrogatories | 0.90 110.00/hr | | 99.00 |
| - | AD | Prepare Motion in Limine for Pre-Trial conference to exclude prejudicial & inflammatory evidence being introduced into evidence | 1.40 110.00/hr | | 154.00 |
| - | AD | Prepare Memorandum of Law in support of Motion in Limine re: evidence of Plaintiff's medical bills | 1.80 110.00/hr | | 198.00 |
| - | AD | Prepare Motion to Overrule Objection to Request for Production | 1.40 110.00/hr | | 154.00 |
| - | AD | Prepare Motion to Compel Better Response to Request for Production | 0.90 110.00/hr | | 99.00 |
| - | AD | Prepare letter to Social Security Adminisration requesting release of Plaintiff's records | 0.30 110.00/hr | | 33.00 |
| 9/10/2008 - | RP | File review and analysis regarding orders entered on discovery hearings this week, including revisions to proposed transmittal letter to Sheppard requesting input before submission of orders to Judge. | 0.30 120.00/hr | | 36.00 |
| - | KB | Prepare Certificate of Non Objection for Physicians Regional Medical Center, Sports Specialty & Rehab Center, LMR Imaging, Gulf Coast Hospital and Mark Gerber, M.D. | 0.40 60.00/hr | | 24.00 |
| - | DR | Draft letter on proposed orders | 0.30 110.00/hr | | 33.00 |
| - | DR | revise interim status report | 0.50 110.00/hr | | NO CHARGE |

SEDWICK CMS                                                                                    Page    16

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/10/2008 - | CB | Telephone conference with Circuit City re: John Kilkenny, left message with store employee | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare e-mail to client re: other contact information for *John Kilkenny* | 0.20 60.00/hr |  | 12.00 |
| 9/11/2008 - | RP | File review and analysis regarding plaintiff's answers to interrogatories, including revisions to proposed transmittal letter to Griffith regarding initial round of writtend discovery and impact of information on case's issues. | 0.60 120.00/hr |  | 72.00 |
| - | RP | *File review and analysis regarding rulings on this week's discovery hearings, including revisions to proposed order granting Motion to Compel Discovery.* | 0.30 120.00/hr |  | 36.00 |
| - | RP | *File review and analysis regarding rulings on this week's hearings on pleadings, including revisions to proposed order denying Motion to Dismiss.* | 0.30 120.00/hr |  | 36.00 |
| - | RP | *File review and analysis regarding rulings on this week's hearings on depositions, including revisions to proposed order denying Motion to Compel Appearance at Plaintiff Deposition.* | 0.30 120.00/hr |  | NO CHARGE |
| - | RP | *File review and analysis regarding improper objections to document production request, including review of Motion to Overrule Plaintiff Objection to producing statements without a privilege log.* | 0.20 120.00/hr |  | NO CHARGE |
| - | RP | *File review and analysis regarding deficient discovery answers, including revisions to proposed Motion to Compel Better Answers to Interrogatories.* | 0.30 120.00/hr |  | NO CHARGE |
| - | CB | Online Docket Search concerning the Motion to Overrule Objection to Request for Production | 0.40 60.00/hr |  | 24.00 |
| - | JCA | *Receipt and Review of correspondence from Daniel Shepard enclosing a copy of the Order he has prepared on the Motion to Dismiss* | 0.10 120.00/hr |  | 12.00 |
| - | CB | Receipt and review email from client re: the contact person at Circuit City re: site inspection | 0.10 60.00/hr |  | 6.00 |
| - | CB | Prepare e-mail to client re: *contact person to schedule site inspection* | 0.20 60.00/hr |  | 12.00 |
| - | CB | Telephone conference with Circuit City re: scheduling site inspection | 0.40 60.00/hr |  | 24.00 |

SEDWICK CMS                                                                                Page    17

|              |     |                                                                      | Hrs/Rate | Tax# | Amount |
|--------------|-----|----------------------------------------------------------------------|----------|------|--------|
| 9/11/2008 -  | CB  | Telephone conference with opposing counsel concerning the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.30 60.00/hr | | 18.00 |
| -            | CB  | Online Docket Search concerning the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.40 60.00/hr | | 24.00 |
| -            | CB  | Telephone conference with Judicial Assistant concerning the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.20 60.00/hr | | 12.00 |
| -            | CB  | Prepare Notice of Hearing on  Motion to Overrule Plaintiff's Obejction to Request for Production | 0.30 60.00/hr | | 18.00 |
| -            | CB  | Prepare letter to Judge requesting telephonic appearance at the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.30 60.00/hr | | 18.00 |
| -            | CB  | Motion to Permit Telephonic Appearance at the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.60 60.00/hr | | 36.00 |
| -            | CB  | Prepare Proposed Order on Motion to Permit Telephonic Appearance at the hearing on Motion to Overrule Plaintiff's Obejction to Request for Production | 0.60 60.00/hr | | 36.00 |
| -            | JCA | Receipt and review Notice  of Service of Interrogatories | 0.10 120.00/hr | | 12.00 |
| -            | JCA | Receipt and review Request to Produce | 0.20 120.00/hr | | 24.00 |
| -            | JCA | Receipt and review of Request for Copies | 0.10 120.00/hr | | 12.00 |
| -            | JCA | Receipt and review interrogatories to Defendant | 0.20 120.00/hr | | 24.00 |
| -            | RP  | File review and analysis regarding tax information necessary to verify earning capacity claims, including revisions to proposed transmittal letter to Sheppard requesting authorizations for 7 years worth of information. | 0.40 120.00/hr | | 48.00 |
| -            | AD  | Analyze Plaintiff's responses to Interrogatories and Request For Production and preparation of letter to client summarizing same | 0.90 110.00/hr | | 99.00 |
| -            | AD  | Prepare letter to Opposing Counsel re: release of Plaintiff's Internal Revenue Service records | 0.30 110.00/hr | | 33.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/11/2008 - | DR | Revise orders | 0.50<br>110.00/hr | | 55.00 |
| 9/12/2008 - | DR | revise status report | 0.40<br>110.00/hr | | 44.00 |
| - | RP | Telephone conference with Sheppard regarding proposed orders memorializing this week's multiple hearings. | 0.20<br>120.00/hr | | 24.00 |
| - | DR | Proposed Response to Request for Production | 0.90<br>110.00/hr | | 99.00 |
| - | CB | Telephone conference with AT&T re: telephonce conference for the hearing on Motion to Compel Better Answers to Interrogatories and Motion to Overrule Plaintiff's Objection to Request for Production | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Receipt and review email from AT&T re: the telephone conference for the hearing on Motion to Compel Better Answers to Interrogatories and Motion to Overrule Plaintiff's Objection to Request for Production | 0.10<br>60.00/hr | | 6.00 |
| - | CB | Telephone conference with opposing counsel concerning the hearing on the Motion to Overrule Plaintiff's Objections | 0.20<br>60.00/hr | | 12.00 |
| 9/15/2008 - | RP | Communications to/from Griffith regarding discovery documents requested. | 0.20<br>120.00/hr | | 24.00 |
| - | DR | prepare discovery documents for client's review | 0.20<br>110.00/hr | | 22.00 |
| - | DR | Revise Status Report of 09/12/08 | 0.80<br>110.00/hr | | 88.00 |
| 9/16/2008 - | DR | Draft summary of Circuit City's Lease Agreement | 0.80<br>110.00/hr | | 88.00 |
| 9/17/2008 - | RP | File review and analysis regarding multiple discovery and orders on pleadings entered at last motion calendar , including revisions to proposed transmittal letter to Court requesting entry of orders. | 0.30<br>120.00/hr | * | 36.00 |
| - | DR | Letter to judge on proposed orders | 0.30<br>110.00/hr | | 33.00 |
| - | DR | Draft Notice of Service of answers to Interrogatories | 0.30<br>110.00/hr | | 33.00 |

SEDWICK CMS

Page    19

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/18/2008 - | JCA | Receipt and review of Request for Copies directed to Physicians Regional Medical Center, Sports Speciality & Rehab Center, LMR Imaging, Gulf Coast Hospital and Mark B Gerber, M.D. | 0.10 120.00/hr | | 12.00 |
| - | DB | Plan & Prepare for site inspection of store | 1.20 110.00/hr | | 132.00 |
| - | CB | Telephone conference with Circuit City re: site inspection | 0.30 60.00/hr | | 18.00 |
| - | CB | Online Search re: directions to site inspection | 0.40 60.00/hr | | 24.00 |
| 9/22/2008 - | DR | Draft letter to client re discovery | 0.40 110.00/hr | | 44.00 |
| - | DB | Draft/revise Memo regarding site inspection and phtographs/evaluation | 0.90 110.00/hr | | 99.00 |
| 9/23/2008 - | RP | File review and analysis regarding plaintiff's initial written discovery, including revisions to proposed transmittal letter to Meador with instructions on responding and answering discovery requests and revisions to proposed answers to interrogatories and responses to request for production, interposing objections to improper discovery requests. | 1.30 120.00/hr | | 156.00 |
| - | DR | Review file for answers to interrogatories | 1.20 110.00/hr | | NO CHARGE |
| - | CB | Telephone conference with process server re: the status of subpoena directed to Physicians Regional Medical Center | 0.20 60.00/hr | | 12.00 |
| 9/24/2008 - | DR | Draft letter to client re discovery | 0.60 110.00/hr | | 66.00 |
| - | DR | Draft privilege log | 1.20 110.00/hr | | 132.00 |
| - | DR | Review file for response to request for production | 1.20 110.00/hr | | 132.00 |
| - | CB | Telephone conference with process server re: the status of the subpoena directed to Sports Specialty & Rehab Center | 0.20 60.00/hr | | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/25/2008 - | RP | File review and analysis regarding non party subpoenas to 5 different medical facilities, including procedural compliance with 1.351 and confirmation of objections from litigants. | 0.20 120.00/hr | | 24.00 |
| - | CB | Telephone conference with process server re: the status of the subpoean directed to LMR Imaging, Dr. Mark B. Gerber & Gulf Coast Hospital | 0.30 60.00/hr | | 18.00 |
| - | JCA | Receipt and review Defendant, Jaffe of Weston II, Inc's Answer to Amended Complaint, Affirmative Defenses and Request for Jury Trial | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and review Notice of Disclosure | 0.10 120.00/hr | | 12.00 |
| - | DR | draft email to client re discovery | 0.20 110.00/hr | | 22.00 |
| - | DB | Site Inspection at Circuit City in North Ft. Myers, took photographs, met with Manager | 8.20 110.00/hr | | 902.00 |
| 9/26/2008 - | RP | Review/analyze of activities to undertake upon receipt of appereance of co-defense counsel and discovery amongst co-defendants to be propunded | 0.30 120.00/hr | | 36.00 |
| 9/29/2008 - | JCA | Receipt and Review of correspondence from Daniel Sheppard enclosing executed authorizations we requested for Mr. Nagy's tax return | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and review Notice of Serving Interrogatories to Plaintiff | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and review First Request to Produce to Plaintiff | 0.10 120.00/hr | | 12.00 |
| 9/30/2008 - | DR | Draft Prepare e-mail to mail to client re discovery | 0.20 110.00/hr | | 22.00 |
| - | DR | Draft Request for Admissions to co-defendant | 0.90 110.00/hr | | 99.00 |
| - | DR | Draft Request for production to co-defendant | 0.90 110.00/hr | | 99.00 |
| - | DR | Draft Interrogatories to co-defendant | 0.90 110.00/hr | | 99.00 |
| - | DR | Review file for drafting discovery to co-defendant | 1.20 110.00/hr | | 132.00 |

SEDWICK CMS

Page    21

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/1/2008 - | RP | File review and analysis regarding initial discovery requests, including revisions to proposed Request for Admissions to co-defendant. | 0.30<br>120.00/hr | | 36.00 |
| - | RP | File review and analysis regarding initial discovery requests, including revisions to proposed Initial Interrogatories to co-defendant. | 0.30<br>120.00/hr | | 36.00 |
| - | RP | File review and analysis regarding initial discovery requests, including revisions to proposed Initial Request for Production to co-defendant. | 0.30<br>120.00/hr | | 36.00 |
| - | RP | Examination of lease and scene photos to determine whether loading dock could be determined to be a "common area". | 0.90<br>120.00/hr | | 108.00 |
| - | RP | File review and analysis regarding tax records necessary to corroborate wage loss component, including revisions to proposed transmittal letter to SRS seeking payment for charges by IRS for record retrieval. | 0.30<br>120.00/hr | | 36.00 |
| - | CB | Telephone conference with opposing counsel concerning the plaintiff's deposition and the deposition of the person with the most knowledge from Circuit City | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Online Docket Search the contact information for Jaffe of Weston's counsel | 0.40<br>60.00/hr | | 24.00 |
| - | CB | Update caption, Certificate of Service, caption letter and opposing counsel information to reflect changes. | 0.30<br>60.00/hr | | 18.00 |
| 10/2/2008 - | RP | File review and analysis regarding fact finding site inspection, including revisions to proposed transmittal letter to Meador with results of the inspection and how the findings relate to the case's liability issues, including possible co-defendant liability. | 0.50<br>120.00/hr | | 60.00 |
| - | CB | Update caption, Certificate of Service, caption letter and opposing counsel information to reflect changes. | 0.30<br>60.00/hr | | 18.00 |
| - | DR | Prepare tax release authorizations | 0.80<br>110.00/hr | | 88.00 |
| - | DR | Draft letter to client re payment for IRS release forms | 0.40<br>110.00/hr | | 44.00 |
| - | DR | Draft email to client re IRS authorization forms | 0.20<br>110.00/hr | | 22.00 |
| - | DR | revise discovery (interrogatories, request for admissions, request for production) | 0.80<br>110.00/hr | | 88.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/2/2008 - | DR | Draft letter to client re site visit | 0.90<br>110.00/hr | | 99.00 |
| 10/3/2008 - | JCA | Receipt and review Reply to Affirmative Defense | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review Request to Produce | 0.20<br>120.00/hr | | 24.00 |
| - | JCA | Receipt and review Notice of Service of Interrogatories | 0.10<br>120.00/hr | | 12.00 |
| - | RP | Communications to/from Griffith regarding discovery conference. | 0.20<br>120.00/hr | | 24.00 |
| - | RP | File review and analysis regarding plaintiff's discovery requests, including revisions to proposed Motion For Extension to Respond to Plaintiff multiple initial discovery requests. | 0.30<br>120.00/hr | | 36.00 |
| - | DR | Prepare Motion for Extension of Time to Respond to Discovery | 0.80<br>110.00/hr | | 88.00 |
| - | DR | Prepare e-mail to client re discovery | 0.20<br>110.00/hr | | 22.00 |
| 10/6/2008 - | JCA | Receipt and review Conformed Order on Defendant's Motion to Compel Responses to Discovery | 0.20<br>120.00/hr | | 24.00 |
| - | JCA | Receipt and review Conformed Order on Defendant's Motion to Dismiss or in the Alternative for more Definite Statement | 0.20<br>120.00/hr | | 24.00 |
| - | JCA | Receipt and review Conformed Order on Defedant's Motion to Compel Plaintiff's Apperance at Deposition | 0.20<br>120.00/hr | | 24.00 |
| - | CB | Telephone conference with opposing counsel concerning the records from Florida Open Imaging Centers, Palm Beach Fluoroscopy and Walgreens | 0.30<br>60.00/hr | | 18.00 |
| 10/7/2008 - | RP | Analysis of activities to undertake upon receipt of Judge McHugh's Orders on pleadings and Motions regarding the plaintiff's deposition as well as written discovery required of plaintiff. | 0.30<br>120.00/hr | | 36.00 |
| - | RP | Telephone conference with Griffith regarding discovery issues. | 0.50<br>120.00/hr | | 60.00 |
| - | DR | Prepare letter to opposing counsel (plainitff and co-def) regarding Motion to Dismiss | 0.60<br>110.00/hr | | 66.00 |

SEDWICK CMS                                                                                    Page    23

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/8/2008 - | JCA | Receipt and review affidavit of service on R/C Liberty Mutual (9-17-08) | 0.10<br>120.00/hr | | 12.00 |
| 10/15/2008 - | CB | Telephone conference with process server re: subpoena directed to Physicians Regional Medical Center, Sports Specialty and Rehab Center, and LMR Imaging | 0.20<br>60.00/hr | | 12.00 |
| - | DR | Prepare, file and serve, Answer and Affirmative Defenses | 0.80<br>110.00/hr | | 88.00 |
| - | DR | Analyze file materials to determine status subpoenas | 0.60<br>110.00/hr | | 66.00 |
| 10/16/2008 - | CB | Online Search for the status of the subpoena directed to Watkins Motor Lines and Liberty Mutual | 0.40<br>60.00/hr | | 24.00 |
| 10/20/2008 - | RP | File review and analysis regarding results of site inspection, including revisions to proposed transmittal letter to<br>Griffith pertaining to observation and dock maintenance issues. | 0.40<br>120.00/hr | | 48.00 |
| - | RP | File review and analysis regarding lease agreement, including revisions to proposed transmittal letter to Meador regarding "common area" terminology and whether dock is-considered part of "leased premises" or whether dock's maintenance was outsourced. | 0.40<br>120.00/hr | | 48.00 |
| 10/21/2008 - | JCA | Receipt and Review of correspondence from Daniel Sheppard enclosing conformed Order on Defendant's Motion to Compel Plaintiff's Apperance at Deposition | 0.10<br>120.00/hr | | 12.00 |
| 10/22/2008 - | CB | Telephone conference with Gulf Coast Hospital re: subpoena for records (several calls) | 0.50<br>60.00/hr | | 30.00 |
| - | CB | Online Search for FedEx National, Roadway Express, and Palmauto Mall | 0.40<br>60.00/hr | | 24.00 |
| - | CB | Prepare Subpoena Duces Tecum for records of FedEx National | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare Subpoena Duces Tecum for records of Roadway Express | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare Subpoena Duces Tecum for records of Palmauto Mall | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Production of Non Party regarding FedEx Natioanl, Roadway Express, and Palmauto Mall | 0.30<br>60.00/hr | | 18.00 |

SEDWICK CMS

| Date | | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/23/2008 - | CB | Online Search for One Call Medical Plaza, Eye Glass World, Lee County Urgent Care, Dr. William Hayes, Dr. Carlton Vollberg, Neuroscience and Spine Associate and Radiology Regional Center | 0.70 60.00/hr | | 42.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of One Call Medical Plaza | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Eye Glass World | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Lee County Urgent Care | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Dr. William Hayes | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Dr. Carlton Vollberg | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Neuroscience and Spine Associate | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Radiology Regional Center | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Production of Non Party regarding One Call Medical Plaza, Eye Glass World, Lee County Urgent Care, Dr. William Hayes, Dr. Carlton Vollberg, Neuroscience and Spine Associate and Radiology Regional Center | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with opposing counsel concerning our Answer and Affirmative Defenses | 0.40 60.00/hr | | 24.00 |
| - | DR | Analyze file materials to determine status of discovery from ct order re motion to compel | 0.50 110.00/hr | | 55.00 |
| - | DR | research on motion for sanctions | 0.40 110.00/hr | | 44.00 |
| - | DR | Draft motion for sanctions (including memorandum of law) | 1.20 110.00/hr | | 132.00 |
| - | JCA | Receipt and Review of correspondence from law offices of michael j krakar | 0.10 120.00/hr | | 12.00 |
| 10/27/2008 - | JCA | Receipt and review Defendant, Jaffe of Weston II, Inc.'s Response to Resquest for Admissions | 0.10 120.00/hr | | 12.00 |

SEDWICK CMS

| Date | | Initials | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 10/28/2008 | - | DR | Update propsed discovery responses | 1.00 110.00/hr | | 110.00 |
| | - | DR | Review, analyze and summarize records from liberty mutual | 0.60 110.00/hr | | 66.00 |
| | - | CB | Online Search for status of subpoena directed to Watkins Motor Line, Liberty Mutual, LMR Imaging, | 0.40 60.00/hr | | 24.00 |
| | - | CB | Telephone conference with process server re: subpoena directed to Watkins Motor Line (several calls) | 0.40 60.00/hr | | 24.00 |
| 10/29/2008 | - | RP | Analysis of activities to undertake upon receipt of Jaffe's admission that it performed periodic maintenance on subject dock. | 0.30 120.00/hr | | 36.00 |
| | - | CB | Telephone conference with Co-Defendant re: plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| | - | CB | Telephone conference with opposing counsel concerning the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| 10/30/2008 | - | JCA | Receipt and review of Request for Copies | 0.10 120.00/hr | | 12.00 |
| | - | DR | Draft ltr to client re | 0.60 110.00/hr | | 66.00 |
| 10/31/2008 | - | RP | Telephone conference with Watkins Lines regarding it's compliance with subpoena. | 0.20 120.00/hr | | 24.00 |
| | - | JCA | Receipt and review affidavit of service on R/C Sports Specialty and Rehab Center (10-21-08) | 0.10 120.00/hr | | 12.00 |
| | - | JCA | Receipt and review affidavit of service on M/R/C Gulf Coast Hospital (10-21-08) | 0.10 120.00/hr | | 12.00 |
| | - | JCA | Receipt and review affidavit of service on R/C LMR Imaging (10-21-08) | 0.10 120.00/hr | | 12.00 |
| | - | JCA | Receipt and review affidavit of service on M/R/C Mark B Gerber, M.D. Neurological Surgery (10-22-08) | 0.10 120.00/hr | | 12.00 |
| | - | JCA | Receipt and review affidavit of service on M/R/C Physicians Regional Medical Center (10-21-08) | 0.10 120.00/hr | | 12.00 |
| | - | JCA | Receipt and Review of correspondence from Gulf Coast Hospital enclosing medical records | 0.10 120.00/hr | | 12.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 10/31/2008 - | JCA | Receipt and Review of correspondence from Digital Duplicating & Legal Services, Inc. regarding which films would we like to receive (via fax) | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and review Reply to Affirmative Defenses | 0.10 120.00/hr | | 12.00 |
| - | DR | phone call to Watkins Motor re subpeona duces tecum | 0.30 110.00/hr | | 33.00 |
| 11/3/2008 - | DR | Draft motion to compel answers interrgoatories and request for production | 0.90 110.00/hr | | 99.00 |
| - | DR | Review, analyze, and summarize Plaintiff's medical records from  Gulf Coast Hospital | 1.60 110.00/hr | | 176.00 |
| 11/4/2008 - | JCA | Receipt and review affidavit of service on  R/C Watkins Motor Lines, Inc. (10-29-08) | 0.10 120.00/hr | | 12.00 |
| - | CB | Telephone conference with Southwest Florida Regional Medical Center re: records | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare letter to client requesting invoice from Gulf Coast Hospital | 0.30 60.00/hr | | 18.00 |
| 11/5/2008 - | JCA | Receipt and Review of correspondence from Daniel Sheppard regarding dates he's available for Plaintiff's deposition (via fax) | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and Review of correspondence from Watkins Motor Line, Inc regarding their assets were acquired by FedEx, therefore Greg Nagy employment and payroll records remained with FedEx | 0.10 120.00/hr | | 12.00 |
| - | RP | File review regarding upcoming rescheduled deposition of the plaintiff | 0.10 120.00/hr | | 12.00 |
| - | DR | Prepare Motion to Compel Discovery including review of file to determine outstanding discovery (interrogatories and request for production) | 1.20 110.00/hr | | 132.00 |
| 11/6/2008 - | RP | File review and analysis regarding outstanding Court ordered discovery, including revisions to proposed Motion for Sanctions. | 0.30 120.00/hr | | 36.00 |
| - | RP | File review and analysis regarding non party discovery, including revisions to proposed transmittal letter to Lepre regarding payment needed for records from Dr Gerber. | 0.20 120.00/hr | | 24.00 |
| - | CB | Telephone conference with opposing counsel concerning the deposition of the plaintiff | 0.30 60.00/hr | | 18.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/6/2008 - | CB | Telephone conference with co-defendant re: the plaintiff's deposition | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Taking Deposition of Greg Nagy | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with court reporter re: the plaintiff's deposition | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare letter to court reporter re: the plaintiff's deposition | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with Watkins Motor Lines re: subpoena | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with Co-Defendant re: the plaintiff's deposition | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with Dr. Mark Gerber's office re: invoice for cost of copying records | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare letter to client re: invoice from Dr. Mark Gerber's office | 0.30<br>60.00/hr | | 18.00 |
| - | RP | File review and analysis regarding outstanding discovery, including revisions to proposed Motion to Compel discovery responses from co-defendant Jaffe. | 0.30<br>120.00/hr | | 36.00 |
| - | JCA | Receipt and Review of correspondence from Physicians Regional Medical Center enclosing medical records (via fax) | 0.10<br>120.00/hr | | 12.00 |
| - | DR | Draft motion for sanctions | 0.90<br>110.00/hr | | 99.00 |
| 11/7/2008 - | RP | File review and analysis regarding medical information, including revisions to proposed transmittal letter to Salvatti requesting payment for retrieval of medical records from Dr Gerber office | 0.20<br>120.00/hr | | 24.00 |
| - | JCA | Receipt and Review of correspondence from Daniel Sheppard enclosing the Plaintiff's Response to Defendant Jaffe of Weston II, Inc.'s Interrogatories to Plaintiff and Plaintiff's Amended Response to Defendant Circuit City (via fax) | 0.10<br>120.00/hr | | 12.00 |
| - | RP | Analysis of activities to undertake upon receipt of plaintiff's answers to Jaffe Interrogatories and plaintiff's amended answers to Circuit City's Interrogatories. | 0.40<br>120.00/hr | | 48.00 |

SEDWICK CMS

Page    28

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/7/2008 - | DR | Research case law for motion to overrule Plaintiff's objection to request for production | 0.60<br>110.00/hr | | 66.00 |
| - | DR | Plan & Prepare for hearing on motion to compel better answers to interrogatories and motion to overrule plaintiff's objection to request for production | 1.20<br>110.00/hr | | 132.00 |
| - | CB | Telephone conference with Judge's chambers re: the hearing on Motion to Compel Better Answers to Interrogatories and Circuit City's Motion to Overrule Plaintiff's Objection to Request for Production | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with opposing counsel concerning re: the hearing on Motion to Compel Better Answers to Interrogatories and Circuit City's Motion to Overrule Plaintiff's Objection to Request for Production | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Telephone conference with Co-Defendant re: the hearing on Motion to Compel Better Answers to Interrogatories and Circuit City's Motion to Overrule Plaintiff's Objection to Request for Production and concerning the plaintiff's deposition | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare Certificate of Non Objection Fedex National,Roadway Express, and Palm Automall | 0.40<br>60.00/hr | | 24.00 |
| - | CB | Telephone conference with process server re: Fedex National,Roadway Express, and Palm Automall | 0.20<br>60.00/hr | | 12.00 |
| - | CB | Prepare Notice of Hearing on Motion to Compel Better Answers to Interrogatories and Motion to Compel Verified Answers to Interrogatories | 0.30<br>60.00/hr | | 18.00 |
| 11/8/2008 - | DR | Review, analyze, and summarize Plaintiff's medical records from  Physicians Regional Medical Center | 1.50<br>110.00/hr | | 165.00 |
| 11/10/2008 - | JCA | Receipt and Review of correspondence from Neuroscience & Spine Associates enclosing medical records | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review Plaintiff, Greg Nagy's Notice of Service of Answers to Defendant, Jaffe of Weston II, Inc.'s Interrogatories to Plaintiff | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review Plaintiff's Notice of Service of Amended Answers to Defendant, Circuit city Stores, Inc.'s Interrogatories to Plaintiff | 0.10<br>120.00/hr | | 12.00 |
| - | DR | Prepare for, travel to and attend hearing on Motion to Compel Better Answers to Interrogatories and Motion to Overrule Plaintiffs Objection to Request for Production | 1.50<br>110.00/hr | | 165.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/10/2008 - | DR | Draft agreed order on Motion to Compel Better Answers and Motion to Overrule Objection | 0.40 110.00/hr | | 44.00 |
| - | DR | Draft letter to opposing counsel regarding agreed order | 0.30 110.00/hr | | 33.00 |
| - | DR | Draft letter to client regarding hearing on Motion to Compel and Motion to Overrule Objection | 0.30 110.00/hr | | 33.00 |
| - | DR | phone call with opposing counsel regarding agreed order | 0.30 110.00/hr | | 33.00 |
| - | DR | Review/analyze plaintiff's answers to Jaffe's interrogatories | 0.60 110.00/hr | | 66.00 |
| - | DR | Draft summary of plaintiff's response to Jaffe discovery | 0.50 110.00/hr | | 55.00 |
| - | DR | Review/analyze plaintiff's amended response to interrogatories | 0.60 110.00/hr | | 66.00 |
| - | RP | File review and analysis regarding Plaintiff Answers to Jaffe interrogatories, including revisions to proposed Rhiannon pointing to differences between Plaintiff's answers to Circuit City and answers to Jaffe. | 0.30 120.00/hr | | 36.00 |
| - | DR | Review, analyze, and summarize Plaintiff's medical records from  Dr. Mark Gerber | 1.80 110.00/hr | | 198.00 |
| - | CB | Prepare Certificate of Non Objection One Call Medical, Eye Glass World, Lee County Urgent Care, Dr. William Hayes, | 0.40 60.00/hr | | 24.00 |
| - | CB | Telephone conference with opposing counsel concerning hearing on Discovery | 0.30 60.00/hr | | 18.00 |
| 11/11/2008 - | RP | Review of medical records for determination of whether IME neurosurgeon would be beneficial and possibly cost shared with co-defendant.. | 0.50 120.00/hr | | 60.00 |
| - | RP | Review/analyze and comparison of original answers to interrogatories to alleged amended answers to determine compliance with motion to compel better answers and whether further court intervention is-necessary. | 0.40 120.00/hr | | 48.00 |
| - | RP | Communications to/from Salvatti regarding retention of IME in light of Dr Gerber assessment. | 0.30 120.00/hr | | 36.00 |
| - | RP | File review and analysis regarding discovery related hearings, including revisions to proposed transmittal letter to Salvatti regarding results of motion to compel better | 0.30 120.00/hr | | 36.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| | | answers and plaintiff's objections to Request for Production. | | | |
| 11/11/2008 - | RP | Review of file and discovery answers for supplemental discovey to be drafted regarding pre-existing car accident and possible pre-existing treaters related to prior car accident. | 0.40 120.00/hr | | 48.00 |
| 11/12/2008 - | AD | Draft Plaintiff's medical chronology for use at mediation/trial | 0.80 110.00/hr | | 88.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Gulf Coast Hospital | 0.30 110.00/hr | | 33.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Dr. Marc Gerber | 0.30 110.00/hr | | 33.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Physicians Regional Medical Center | 0.30 110.00/hr | | 33.00 |
| - | JCA | Receipt and Review of correspondence from gulf coast hospital, copies of medical images and reports on patient greg nagy. | 0.10 120.00/hr | | 12.00 |
| - | DR | update Analysis to Plaintiff's responses to Interrogatories, Request for Admissions, and Request For Production and preparation of letter to client summarizing same | 0.50 110.00/hr | | 55.00 |
| - | CB | Telephone conference with Watkins Motor Lines re: records (several calls) | 0.40 60.00/hr | | 24.00 |
| - | CB | Online Docket Search Medrisk contact information | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Medrisk | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Production of Non Party regarding Medrisk | 0.30 60.00/hr | | 18.00 |
| 11/13/2008 - | RP | Telephone conference with Denise Thomas (Watkins) regarding Watkins attempts to comply with subpoena. | 0.20 120.00/hr | | 24.00 |
| - | CB | Telephone conference with FedEx re: subpoenaed records | 0.30 60.00/hr | | 18.00 |
| - | JCA | Receipt and review of Request for Copies from defendant jafee of weston | 0.10 120.00/hr | | 12.00 |

SEDWICK CMS

| Date | | Init | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 11/14/2008 | - | RP | File review regarding plaintiff request for copies as to Liberty compliance with subpoena and production of workers comp file. | 0.20<br>120.00/hr | | 24.00 |
| | - | JCA | Receipt and Review of Motion to Compel | 0.30<br>120.00/hr | | 36.00 |
| | - | JCA | Receipt and review of Request for Copies | 0.10<br>120.00/hr | | 12.00 |
| | - | CB | Prepare response to request for copies including review of file for documents regarding Watkins Motor Lines, Liberty Mutual | 0.60<br>60.00/hr | | 36.00 |
| | - | CB | Prepare letter to Healthport enclosing check for cost of records | 0.30<br>60.00/hr | | 18.00 |
| | - | CB | Online Docket Search concerning the Motion for Extension of Time to respond to Discovery | 0.40<br>60.00/hr | | 24.00 |
| 11/17/2008 | - | JCA | Receipt and Review of correspondence from Radiolody Regional Center enclosing patient receipt of services rendered (via fax) | 0.10<br>120.00/hr | | 12.00 |
| | - | JCA | Receipt and Review of correspondence from Sports Specialty & Rehab Center enclosing medical records | 0.10<br>120.00/hr | | 12.00 |
| | - | DR | Add information to Plaintiff's medical records from Gulfcoast Medical | 0.40<br>110.00/hr | | 44.00 |
| | - | DR | phone call to Gulfcoast to determine if any new MRI's were taken after 08/21/06 | 0.30<br>110.00/hr | | 33.00 |
| | - | DR | phone call to Southwest Hospital for further MRIs. | 0.30<br>110.00/hr | | 33.00 |
| | - | DR | Draft letter to Opposing Counsel regarding agreed order submission | 0.30<br>110.00/hr | | 33.00 |
| | - | DR | Draft fax to Opposing Counsel to determine status of agreed order | 0.30<br>110.00/hr | | 33.00 |
| | - | CB | Prepare letter to client enclosing invoice from Digital Duplicating | 0.30<br>60.00/hr | | 18.00 |
| | - | CB | Telephone conference with FedEx regarding records | 0.30<br>60.00/hr | | 18.00 |
| | - | CB | Telephone conference with Watkins Motor Lines regarding records | 0.30<br>60.00/hr | | 18.00 |

SEDWICK CMS                                                                                    Page    32

|  |  | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/18/2008 - | RP | File review and analysis regarding Plaintiff Request for copies as to non party subpoenas on Watkins and Liberty, including revisions to proposed Compliance with Request for Copies under 1.351. | 0.30 120.00/hr | | 36.00 |
| - | DR | Draft letter to judge enclosing order on motion to compel better answers to interrogatories | 0.30 110.00/hr | | 33.00 |
| - | DR | phone call to Radiology Regional Center regarding status of subpeonad documents | 0.30 110.00/hr | | 33.00 |
| - | DR | Review, analyze, and summarize Plaintiff's medical records from  Radiology Regional Center | 0.40 110.00/hr | | 44.00 |
| - | DR | Review, analyze, and summarize Plaintiff's medical records from  Sports Specialty and Rehabd Center | 0.80 110.00/hr | | 88.00 |
| - | CB | Telephone conference with Dr. Carlton Vollberg regarding subpoena for records | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with Digital Duplicating regarding subpoenaed records | 0.30 60.00/hr | | 18.00 |
| 11/19/2008 - | JCA | Receipt and Review of correspondence from Dr. Carlton Ronald Vollberg enclosing medical records (via fax) | 0.10 120.00/hr | | 12.00 |
| - | CB | Telephone conference with process server regarding subpoena to Roadway Express | 0.30 60.00/hr | | 18.00 |
| - | CB | Online Docket Search for better address of Roadway Express | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare  Subpoena Duces Tecum for records of Roadway Express | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Notice of Production of Non Party regarding Roadway Express | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare Certificate of Non Objection regarding Roadway Express | 0.40 60.00/hr | | 24.00 |
| 11/20/2008 - | RP | File review and analysis regarding supplemental discovery as to prior car-accident, including revisions to proposed Notice of Serving Second Set of Interrogatories and revisions to proposed second set of interrogatories | 0.40 120.00/hr | | 48.00 |
| - | DR | Review, analyze, and summarize Plaintiff's medical records from  Dr. Vollberg | 1.20 110.00/hr | | 132.00 |
| - | AD | Update Plaintiff's billing chart for use at mediation/trial | 0.40 110.00/hr | | 44.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/20/2008 - | CB | Online Docket Search for status of subpoena directed to Dr. Carlton Vollberg, Dr. William Hayes, Eye Glass World, FedEx, Lee County Urgent Care, and One Call Medical | 0.60 60.00/hr | | 36.00 |
| 11/21/2008 - | CB | Telephone conference with Neuroscience and Spine Associates regarding the subpoenaed records and the cost of the copying the records | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with opposing counsel concerning the deposition of the Circuit City Person with the most knowledge with regards to the incident | 0.30 60.00/hr | | 18.00 |
| 11/24/2008 - | RP | Telephone conference with Salvatti regarding case's status and pending information from Circuit City. | 0.20 120.00/hr | | 24.00 |
| - | RP | File review and analysis regarding diagnostics from operating facility, including revisions to proposed transmittal letter to Salvatti regarding duplication costs. | 0.20 120.00/hr | | 24.00 |
| - | JCA | Receipt and Review of correspondence from Daniel Sheppard enclosing Notice for Trial | 0.10 120.00/hr | | 12.00 |
| - | JCA | Receipt and review Notice for Trial | 0.10 120.00/hr | | 12.00 |
| - | RP | Communications to/from Salvatti regarding suggestion of bankruptcy. | 0.20 120.00/hr | | 24.00 |
| - | RP | File review and analysis regarding defendant's bankruptcy, including review of Suggestion of Bankruptcy and Notice of Operation of Automatic Stay. | 0.20 120.00/hr | | 24.00 |
| - | DR | Analyze file materials to determine status of discovery, including review and comparison of discovery in file to requested and/or subpoenaed documents | 0.60 110.00/hr | | 66.00 |
| - | DR | Draft Suggestion of Bankruptcy | 0.90 110.00/hr | | 99.00 |
| - | CB | Telephone conference with court reporter concerning the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Telephone conference with opposing counsel concerning the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Receipt and review emails from court reporter regarding the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| - | CB | Prepare e-mails to court reporter regarding the plaintiff's deposition | 0.40 60.00/hr | | 24.00 |

SEDWICK CMS

Page    34

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 11/25/2008 - | JCA | Receipt and review affidavit of service on  M/R/C Dr. William A1 Hayes (11/17/08) | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review affidavit of service on  M/R/C Eye Glass World (11/17/08) | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review affidavit of service on  R/C Radiology Regional Center (11/17/08) | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review affidavit of service on  M/R/C Dr. Carlton Ronald Vollberg (11/17/08) | 0.10<br>120.00/hr | | 12.00 |
| - | JCA | Receipt and review affidavit of service on  R/C Palm Automall (11/17/08) | 0.10<br>120.00/hr | | 12.00 |
| - | AD | Review, analyze, and summarize Plaintiff's updated medical records from Sports Specialty & Rehab Center | 0.60<br>110.00/hr | | 66.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Gulf Coast Hospital | 0.30<br>110.00/hr | | 33.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Physicians Regional Medical Center | 0.30<br>110.00/hr | | 33.00 |
| - | AD | Review, analyze, and summarize Plaintiff's updated medical records from Physicians Regional Medical Center | 0.60<br>110.00/hr | | 66.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Dr. Marc Gerber | 0.30<br>110.00/hr | | 33.00 |
| - | AD | Review, analyze, and summarize Plaintiff's updated medical records from Radiology Regional Center | 0.40<br>110.00/hr | | 44.00 |
| - | AD | Update Plaintiff's billing chart for use at mediation/trial | 0.60<br>110.00/hr | | 66.00 |
| 11/26/2008 - | CB | Receipt and review email from Dr. William Hayes office regarding records and invoices | 0.10<br>60.00/hr | | 6.00 |
| - | CB | Telephone conference with Dr. Hayes' office regarding records | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare letter to client enclosing invoice from LMR Imagin | 0.30<br>60.00/hr | | 18.00 |
| - | CB | Prepare letter to client enclosing invoice from Dr. William Hayes' office | 0.30<br>60.00/hr | | 18.00 |
| 12/1/2008 - | JCA | Receipt and Review of correspondence from FedEx National LTL, Inc enclosing employee records | 0.10<br>120.00/hr | | 12.00 |

SEDWICK CMS

| Date | | Atty | Description | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 12/1/2008 | - | JCA | Receipt and review of Request for Copies | 0.10<br>120.00/hr | | 12.00 |
| | - | JCA | Receipt and Review of correspondence from Eyeglass World enclosing invoicefrom their store | 0.10<br>120.00/hr | | 12.00 |
| | - | DR | Review, analyze, and summarize Plaintiff's medical records from  Dr. hayes | 1.60<br>110.00/hr | | 176.00 |
| | - | CB | Prepare letter to client enclosing invoice from Diversified Medical Records (RD & J Medical) | 0.30<br>60.00/hr | | 18.00 |
| | - | CB | Telephone conference with Diversified regarding the records and the costs for copying same | 0.30<br>60.00/hr | | 18.00 |
| 12/3/2008 | - | JCA | Receipt and review Conformed Order on Defendant, Circuit City Stores, Inc.'s Motion to Compel Better Answers to Interrogatorires and Motion to Overrule Plaintiff's Objection to Request for Production | 0.20<br>120.00/hr | | 24.00 |
| | - | CB | Online Search for the status of the subpoena for records directed to Radiology Regional Center, Eye Glass Wold, One Call Medical, Palm Automall, FedEx National, and Lee County Urgent Care | 0.60<br>60.00/hr | | 36.00 |
| | - | CB | Telephone conference with Diversified regarding records and the cost of copying the records from this facility (several calls) | 0.50<br>60.00/hr | | 30.00 |
| 12/4/2008 | - | RP | Drafting of electronic communications to Rhiannon regarding invoices for records which were requested prior to Suggestion of Bankruptcy, including review of invoices and review of prior transmittal letter. | 0.50<br>120.00/hr | | 60.00 |
| | - | AD | Telephone conference with records custodian for Gulf Coast Hospital re: previously served subpoena | 0.30<br>110.00/hr | | 33.00 |
| 12/5/2008 | - | JCA | Receipt and Review of correspondence from One Call Medical, Inc., enclosing medical records | 0.10<br>120.00/hr | | 12.00 |
| | - | RP | Analysis of activities to undertake upon receipt of Pembroke Pines expert discovery and contentions interrogatories to Estate. | 0.30<br>120.00/hr | | 36.00 |
| | - | DR | Review, analyze, and summarize Plaintiff's medical records from  One Call Medical | 1.20<br>110.00/hr | | 132.00 |
| | - | DR | Review, analyze and summarize records from FedEx | 5.00<br>110.00/hr | | 550.00 |

SEDWICK CMS                                                                                    Page    36

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/5/2008 - | CB | Prepare letter to client enclosing invoice from FedEx | 0.30 60.00/hr |  | 18.00 |
| - | CB | Prepare letter to client regarding an invoice from One Call Medical | 0.30 60.00/hr |  | 18.00 |
| 12/8/2008 - | RP | Communications to/from Salvatti regarding invoicing incurred pre- bankruptcy and protocol for handling same. | 0.30 120.00/hr |  | 36.00 |
| - | JCA | Receipt and Review of correspondence from Collier HMA Physician Management, Inc regarding the request for billings records must be directed to the correct billing entity | 0.10 120.00/hr |  | 12.00 |
| 12/9/2008 - | JCA | Receipt and review affidavit of service on  R/C One Call Medical, Inc. (11/17/08) | 0.10 120.00/hr |  | 12.00 |
| - | JCA | Receipt and review affidavit of service on  R/C FedEx National LTL (11/19/08) | 0.10 120.00/hr |  | 12.00 |
| - | AD | Review, analyze, and summarize Plaintiff's updated medical records from Physicians Regional Medical Center | 0.40 110.00/hr |  | 44.00 |
| - | AD | Prepare letter to records custodian regarding previously subpoenaed records from Physicians Regional Medical Center | 0.30 110.00/hr |  | 33.00 |
| 12/12/2008 - | JCA | Receipt and review affidavit of service on  M/R/C Neuroscience & Spine Associates(11/20/08) | 0.10 120.00/hr |  | 12.00 |
| - | JCA | Receipt and review affidavit of service on  R/C Roadway Express (12/2/08) | 0.10 120.00/hr |  | 12.00 |
| - | JCA | Receipt and Review of correspondence from Daniel Sheppard regarding he's in receipt of our Suggestion for Bankruptcy, he would als olike to be advise as to where the bankruptcy  filed | 0.10 120.00/hr |  | 12.00 |
| - | JCA | Receipt and Review of correspondence from Palm Automotive Management, Inc., regarding they no longer have employment records | 0.10 120.00/hr |  | 12.00 |
| - | DR | Review, analyze and summarize records from  Palm Automall | 0.40 110.00/hr |  | 44.00 |
| 12/15/2008 - | JCA | Receipt and Review of correspondence from Roadway enclosing medical records | 0.10 120.00/hr |  | 12.00 |
| 12/16/2008 - | DR | Review, analyze and summarize records from  Roadway | 0.80 110.00/hr |  | 88.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 12/22/2008 - | JCA | Receipt and Review of correspondence from NASA Neuroscience enclosing medical statement (via fax) | 0.10 120.00/hr | | 12.00 |
| 12/26/2008 - | JCA | Receipt and review Conformed Order Setting Jury Trials, Mediation, and Optional Pretrial Conference | 0.20 120.00/hr | | 24.00 |
| 12/29/2008 - | AD | Review, analyze, and summarize Plaintiff's updated medical records from Dr. Marc Gerber | 0.60 110.00/hr | | 66.00 |
| - | AD | Update Plaintiff's medical billing chart for use at mediation/trial | 0.40 110.00/hr | | 44.00 |
| 1/5/2009 - | RP | Analysis of activities to undertake upon receipt of pre-mature trial order and pre-trial instructions. | 0.40 120.00/hr | | 48.00 |
| 1/6/2009 - | RP | File review and analysis regarding Court's trial order, including revisions to proposed Motion to Strike Jury Trials and Mediation requirements. | 0.30 120.00/hr | | 36.00 |
| - | DR | Prepare Motion to Strike Order Setting Jury Trial, Mediation, and Pretrial Conference. | 0.90 110.00/hr | | 99.00 |
| 1/14/2009 - | JCA | Receipt and review Conformed Order Appointing and Directing Scheduled Mediation | 0.20 120.00/hr | | 24.00 |
| 1/15/2009 - | DR | Amend Motion to Strike Order for Trial, Mediation, and Pre-Trial Conference based on receipt of court Order for mediation shceduled for February 27. | 0.60 110.00/hr | | 66.00 |
| 1/19/2009 - | RP | File review and analysis regarding vendor cost invoices and recent liquidation status of circuit city, including review of transmittal letter to Salvati regarding invoices from-One Call and FedEX. | 0.40 120.00/hr | | 48.00 |
| - | CB | Prepare letter to client advising of the trial period | 0.30 60.00/hr | | 18.00 |
| 1/20/2009 - | JCA | Receipt and Review of correspondence from LMR Imaging enclosing medical records (via fax) | 0.10 120.00/hr | | 12.00 |
| - | RP | Final revisions to Motion to Strike Court published trial order, based on recent publication of court's sua sponte mediation order. | 0.30 120.00/hr | | 36.00 |
| 1/21/2009 - | DR | Review, analyze, and summarize Plaintiff's medical records from LMR imaging | 0.80 110.00/hr | | 88.00 |
| 1/22/2009 - | CB | Telephone conference with opposing counsel concerning the hearing on Motion to Strike the Trial Order, Optional Pre-Trial Conference and Mediation | 0.30 60.00/hr | | 18.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 1/22/2009 - | CB | Telephone conference with Judge's chambers concerning the hearing on Motion to Strike the Trial Order, Optional Pre-Trial Conference and Mediation | 0.30 60.00/hr | | 18.00 |
| - | CB | Online Docket Search concerning the Motion to Strike the Trial Order, Optional Pre-Trial Conference and Mediation | 0.40 60.00/hr | | 24.00 |
| - | CB | Prepare Notice of Hearing on Motion to Strike the Trial Order, Optional Pre-Trial Conference and Mediation | 0.30 60.00/hr | | 18.00 |
| 1/23/2009 - | RP | File review and analysis regarding Court's erroneous setting of trial, including revisions to proposed transmittal letter to Meador regarding suggestion of Bankruptcy. | 0.30 120.00/hr | | 36.00 |
| 1/27/2009 - | CB | Prepare Notice of Cancellation of the Plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| 1/28/2009 - | CB | Telephone conference with court reporter cancelling the plaintiff's deposition | 0.30 60.00/hr | | 18.00 |
| 1/29/2009 - | CB | Prepare Notice of Unavailability including review of file to determine pending hearing and / or Motions presently scheduled | 0.30 60.00/hr | | 18.00 |
| 2/6/2009 - | CB | Online Docket Search for Bankruptcy Notification | 0.40 60.00/hr | | 24.00 |
| - | CB | Telephone conference with Judge Chamber's regarding the hearing on Motion to Strike Order Setting Jury Trials, Mediation and Optional Pre-Trial Conference | 0.20 60.00/hr | | 12.00 |
| 2/9/2009 - | RP | Telephone conference with Shepard regarding bankruptcy stay overlooked by the Court. | 0.20 120.00/hr | | 24.00 |
| - | RP | Telephone conference with Powell regarding bankruptcy stay overlooked by the Court. | 0.20 120.00/hr | | 24.00 |
| - | RP | File review and analysis regarding alerting Court to liquidation status, including revisions to proposed transmittal letter to Judge McHugh regarding Suggestion of Bankruptcy and review of Notice withdrawing Motion to Strike pretrial order. | 0.40 120.00/hr | | 48.00 |
| - | DR | Prepare letter to Judge regarding notice of withdrawal of Motion to Strike | 0.30 110.00/hr | | 33.00 |
| - | DR | Draft Notice of Withdrawal of Motion to Strike | 0.40 110.00/hr | | 44.00 |

SEDWICK CMS

| | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/26/2009 - | CB | Online Docket Search regarding the case been removed of the March Trial Docket | 0.40<br>60.00/hr | | 24.00 |
| 2/27/2009 - | CB | Telephone conference with Judge's chambers regarding the case been removed of the trial docket | 0.20<br>60.00/hr | | 12.00 |
| | | For professional services rendered | 233.70 | | $21,134.00 |

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 6/25/2008 - | AD | Online Research using Lexis Nexis (5/8/08) | 1<br>3.33 | 3.33 |
| 9/30/2008 - | MS | Long Distance Teleconference- 9/8/2008- 72 minutes billed through AT & T | 1<br>81.24 | 81.24 |
| 10/6/2008 - | JCA | R/C Liberty Mutual (9-17-08) | 1<br>115.00 | 115.00 |
| 10/7/2008 - | MS | Mileage reimbursement - attendance at Site Inspection | 1<br>186.19 | 186.19 |
| - | MS | Telephonic Long Distance Charges AT & T Conference call on 9-8-08 | 1<br>81.24 | 81.24 |
| 10/28/2008 - | MS | Cost of obtaining subpoenaed records from Physicians Regional Medical Center- 10/23/08 | 1<br>10.63 | 10.63 |
| 10/30/2008 - | JCA | M/R/C Physicians Regional Medical Center (10-21-08) | 1<br>60.00 | 60.00 |
| - | JCA | R/C Sports Specialty and Rehab Center (10-21-08) | 1<br>60.00 | 60.00 |
| - | JCA | R/C LMR Imaging (10-21-08) | 1<br>60.00 | 60.00 |
| - | JCA | M/R/C Gulf Coast Hospital (10-21-08) | 1<br>60.00 | 60.00 |
| - | JCA | M/R/C Mark B Gerber, M.D. Neurological Surgery | 1<br>60.00 | 60.00 |
| 11/5/2008 - | JCA | R/C Watkins Motor Lines, Inc. (Ft. Myers, FL) (10-29-08) | 1<br>60.00 | 60.00 |
| - | JCA | R/C Watkins Motor Lines, Inc (Lakeland, FL) (10-29-09) | 1<br>60.00 | 60.00 |

SEDWICK CMS

| | | | Qty/Price | Tax# | Amount |
|---|---|---|---|---|---|
| 11/24/2008 - | MS | Cost of obtaining subpoenaed records from Carlton Vollberg, MD | 1<br>21.25 | | 21.25 |
| 12/16/2008 - | JCA | Cost of affidavit service on R/C FedEx National LTL (11-19-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of affidavit service on R/C Roadway Express (11-19-08) | 1<br>60.00 | | 60.00 |
| 12/29/2008 - | MS | Conference Call 11/10/08 - AT & T Connectivity Charges for 25 min call | 1<br>56.88 | | 56.88 |
| 1/5/2009 - | JCA | Cost of Affidavit service on R/C Palm Automall (11-17-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit service on  R/C One Call Medical, Inc. (11-17-08) | 1<br>115.00 | | 115.00 |
| - | JCA | Cost of Affidavit service on  M/R/C Eye Glass World (11-17-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit service on M/R/C Dr.Williams A1 Hayes (11-17-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit service on M/R/C Dr. Carlton Ronald Vollberg | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit service on R/C Radiology Regional Center, Cape Coral, Fl  (11-17-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit service on R/C Radiology Regional Center, Fort Myers, Fl (11-17-08) | 1<br>60.00 | | 60.00 |
| 1/20/2009 - | JCA | Cost of Affidavit Service on  M/R/C Neuroscience & Spine Associates (11-20-08) | 1<br>60.00 | | 60.00 |
| - | JCA | Cost of Affidavit Service on R/C Roadway Express (12-2-08) | 1<br>125.00 | | 125.00 |
| 1/21/2009 - | JCA | Cost of Affidavit Service on M/R/C Lee County Urgent Care (12-17-08) | 1<br>60.00 | | 60.00 |
| | Total costs | | | | $1,815.76 |
| | For professional services rendered | | 233.70 | | $22,949.76 |