| | |
|---|---|
| 1 | **MATTHEW RIGHETTI**    (SBN #121012) |
|  | matt@righettilaw.com |
| 2 | **JOHN GLUGOSKI**    (SBN #191551) |
|  | jglugoski@righettilaw.com |
| 3 | **MICHAEL RIGHETTI**    (SBN #258541) |
| 4 | mike@righettilaw.com |
|  | **RIGHETTI GLUGOSKI, P.C.** |
| 5 | 456 Montgomery Street, Suite 1400 |
|  | San Francisco, CA  94104 |
| 6 | **Telephone:**    (415) 983-0900 |
|  | **Facsimile:**    (415) 397-9005 |
| 7 | |
| 8 | Attorneys for Creditors Card, |
|  | Hernandez, Gentry and Skaf |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., *et al.*, | Case No. 08-35653 (KRH) |
|  | Jointly Administered |
| Debtors. | |
|  | NOTICE OF CHANGE OF FIRM NAME |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that effective immediately, the name of the law firm representing debtors Jonathan Card, Jack Hernandez, Robert Gentry and Joseph Skaf has been changed from Righetti Law Firm, P.C. to Righetti Glugoski, P.C. The address and telephone numbers will remain the same. Please update your records accordingly.

DATED: July 28, 2010                                **RIGHETTI GLUGOSKI, P.C.**

By   s/Matthew Righetti
     MATTHEW RIGHETTI
     Counsel for Debtors

---

**NOTICE OF CHANGE OF FIRM NAME**