IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

-------------------------------------------------------x
In re:                                                  :
                                                        :        Chapter 11
CIRCUIT CITY STORES, INC., et al.                       :        Case No. 08-35654
                                                        :
                    Debtors                             :        Jointly Administered with
                                                        :        Case No. 08-35653
-------------------------------------------------------x

**PROOF OF SERVICE**

STATE OF CALIFORNIA

        I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the action. My business address is Righetti Glugoski, P.C., 456 Montgomery Street, Suite 1400, San Francisco, California, 94104.

        On Wednesday, July 28, 2010 I served the foregoing document described as:

- **NOTICE OF CHANGE OF FIRM NAME**

on the interested parties by administering a true copy either by facsimile or in sealed envelopes addressed as follows:

**Circuit City Stores, Inc., et al.**
**Claims Processing Department**
**KURTZMAN CARSON CONSULTANTS LLC**
2335 Alaska Avenue
El Segundo, CA 90245

**Jason Krumbein**
**KRUMBEIN CONSUMER LEGAL SERVICES, INC.**
1650 Willow Lawn Drive, Suite 300
Richmond, VA 23230

**Sarah K. Baker**
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP**
155 North Waker Drive
Chicago, IL 60606

1

**Dion W. Hayes**
**Douglas Foley**
2  **MCGUIREWOODS LLP**
One James Center
3  901 E. Cary Street
Richmond, VA 23219

4

5  **Robert B. Van Arsdale**
**Office of the United States Trustee**
6  701 East Broad Street, Suite 4304
Richmond, VA 23219

7

**Official Committee of Unsecured Creditors**
8

9  **Jeffrey N. Pomerantz**
**Stanley E. Goldich**
10  **Pachulski Stang Ziehl & Jones LLP**
10100 Santa Monica Boulevard, 11th Floor
11  Los Angeles, CA 90067

12

**Robert J Feinstein**
13  **Pachulski Stang Ziehl & Jones, LLP**
780 Third Avenue, 36th Floor
14  New York, NY 10017

15  **Lynn L. Tavenner**
**Paula S. Beran**
16  **Tavenner & Beran, PLC**
20 N. Eighth Street, Second Floor
17  Richmond, VA 23219

18

**(X)    VIA ELECTRONIC MAIL**
19       By emailing the above documents referenced to the recipients listed herein who did not
opt out of electronic service.
20

21

22

23

24

25

26
///
27

28

1

**(X)**    **VIA U.S. MAIL:**

2    I am readily familiar with the firm's practice of collection and processing of
correspondence for mailing. Under that practice such envelopes would be deposited with

3    the U.S. postal service on Wednesday, July 28, 2010 with postage thereon fully prepaid,
at San Francisco, California.

4

5    I declare under penalty of perjury under the laws of the State of California that the above

6    is true and correct and was executed on Wednesday, July 28, 2010, at San Francisco, California.

7

8    /s/ Joan Abrigo
Joan Abrigo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28