# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

3:10CV496
COPY

In re   Circuit City Stores, Inc.                          Case No. 08-35653-KRH

                                                           Adv. Proceeding No. _____

Debtor(s)

### TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on _____05/25/2010_____.

The parties included in the Appeal to the District Court:
   APPELLANT(S): Ryan and Company, Inc.

   ATTORNEY: Robert M. Marino, of Redmon Peyton & Braswell, LLP
             510 King Street, Suite 301
             Alexandria, VA 22314

   APPELLEE (S): Circuit City Stores, et al

   ATTORNEY: Douglas Foley
             One James Center, 901 East Cary Street
             Richmond, Virginia 23219

[Stamp: CLERK, U.S. DISTRICT COURT, RICHMOND, VA, JUL 2 ...]

[Stamp: RICHMOND DIVISION FILED JUL 27 2010 CLERK US BANKRUPTCY COURT]

Brief Description of Judgment/Order Appealed: Order on Motion to Compel (docket # 6796), Order Directing (docket # 6804) and Orde on Motion to Reconsider (docket # 7521)

Date Judgment/Order Entered: docket # 6796 filed 3/11/10, docket # 6804 filed 3/12/10 & docket # 7521 filed 5/11/10

1. Filing Fees:  A. Notice of Appeal - Filing Fee $5.00     (X) Paid    ( ) Not Paid
                 B. Appeal Docket Fee - $250.00             (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                         WILLIAM C. REDDEN, Clerk of the Court
Date: July 21, 2010                      By: _____, Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                         WILLIAM C. REDDEN, Clerk of the Court
                                         By: _____, Deputy Clerk

**District Clerk - Please complete and return second copy.**

DISTRICT COURT CASE NUMBER 3:10CV496        Date JUL 21 2010

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                    [apptrans ver. 12/09]