| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| SEDWICK CMS | | | | Page 3 |
| 11/19/2008 | RP | A110 Manage data/files<br>Communications to/from Gauldin regarding status of dismissal order and review of file as well as contact with plaintiff office to find out if there is an order of dismissal consistent with the on line docket's entry of advising of "disposition".<br>L470 Enforcement | 0.20<br>120.00/hr | 24.00 |
| 11/20/2008 | CB | Legal Services<br>Telephone conference with Co-Defendant regarding the stipulation and the order of dismissal | 0.30<br>60.00/hr | 18.00 |
| | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Houck Anderson, P.A. directed to Bradley Ross, Esq regarding the Stipulation and Order of Dismissal enslosed to be executed and forward to us for eventual forwarding to the Courty for entry (via fax)<br>L120 Analysis/Strategy | 0.20<br>120.00/hr | 24.00 |
| | RP | A107 Communicate (outside counsel)<br>Communications to/from Geer regarding her allegation about not receiving the case dispositive paperwork for routing to Court.<br>L470 Enforcement | 0.20<br>120.00/hr | 24.00 |
| 11/21/2008 | CB | Legal Services<br>Telephone conference with Co-Defendant regarding the release among co-defendant's and the stipulation and order of dismissal | 0.30<br>60.00/hr | 18.00 |
| | CB | Legal Services<br>Prepare e-mail to Co-Defendant regarding the release among co-defendant's and the stipulation and order of dismissal | 0.20<br>60.00/hr | 12.00 |
| 12/5/2008 | CB | Legal Services<br>Telephone conference with opposing counsel concerning the stipulation and the order of dismissal | 0.30<br>60.00/hr | 18.00 |
| 12/12/2008 | JCA | A104 Review/analyze<br>Receipt and Review of correspondence from Bradley Ross enclosing Stipulation and proposed Order of Dismissal<br>L120 Analysis/Strategy | 0.10<br>120.00/hr | 12.00 |
| | RP | A110 Manage data/files<br>Execution of case dispositive papers, including stipulation for dismissal with prejudice.<br>L470 Enforcement | 0.20<br>120.00/hr | 24.00 |
| 12/15/2008 | RP | A103 Draft/revise<br>File review and analysis regarding case's disposition via settlement, including review of transmittal letter to<br>Judge Henning requesting entry of order dismissing case.<br>L160 Settlement/Non-Binding ADR | 0.20<br>120.00/hr | 24.00 |

SEDWICK CMS                                                                                                          Page    4

|            |     |                                                                                                                                                                                                                                 | Hrs/Rate        | Amount     |
|------------|-----|-----|-----|-----|
| 12/16/2008 | CB  | A103 Draft/revise<br>Prepare letter to Judge enclosing the stipulation and the order of dismissal<br>L160 Settlement/Non-Binding ADR                                                                                                              | 0.30<br>60.00/hr  | 18.00      |
| 12/22/2008 | JCA | A104 Review/analyze<br>Receipt and review Stipulation and Order of Dismissal<br>L120 Analysis/Strategy                                                                                                                                            | 0.10<br>120.00/hr | 12.00      |
|            | JCA | A104 Review/analyze<br>Receipt and review Conformed Order of Dismissal<br>L120 Analysis/Strategy                                                                                                                                                  | 0.20<br>120.00/hr | 24.00      |
| 1/13/2009  | CB  | Legal Services<br>Prepare letter to client closing file                                                                                                                                                                                           | 0.30<br>60.00/hr  | 18.00      |
| 1/20/2009  | RP  | A103 Draft/revise<br>File review and analysis regarding case's disposition via settlement, including review of proposed transmittal letter to Gauldin regarding Judge Henning's Order dismissing the case.<br>L140 Document/File Management       | 0.20<br>120.00/hr | 24.00      |

|                                   |           |            |
|-----------------------------------|-----------|------------|
| For professional services rendered | 8.90      | $720.00    |
| Previous balance                  |           | $20,472.30 |
| Balance due                       |           | $21,192.30 |

**PLEASE INCLUDE OUR FILE AND INVOICE NUMBER ON YOUR REMITTANCE.**

**THANK YOU.**

**E.I.N. 65-1145258**

| Current | 30 Days | 60 Days | 90 Days | 120 Days  |
|---------|---------|---------|---------|-----------|
| 720.00  | 0.00    | 0.00    | 0.00    | 20,472.30 |