| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & | MCGUIREWOODS LLP |
| FLOM LLP | One James Center |
| One Rodney Square | 901 E. Cary Street |
| PO Box 636 | Richmond, Virginia 23219 |
| Wilmington, Delaware 19899-0636 | (804) 775-1000 |
| (302) 651-3000 | |

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
           IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 4, 2010 AT 2:00 P.M. (EASTERN)**

   Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on August 4, 2010 beginning at 2:00 p.m. Eastern.

**I.   CONTINUED MATTERS**

1.  Madcow International Group Limited's Memorandum of Points and Authorities in Support of Motion for Entry of an Order Granting Allowance and Compelling Payment of Administrative Expense Claim (Docket No. 5196)

    Related Documents:

    a.  Notice of Motion and Hearing for Motion for Entry of an Order Granting Allowance and Compelling Payment of Administrative Expense Claim, by Mad Cow International Group Limited (Docket No. 5197)

    Objection Deadline:   October 27, 2009 at 4:00 p.m., extended for the Debtors until July 30, 2010.

    Objections/Responses Filed:   None at the time of filing this agenda

    Status:   This matter has been resolved in principle, subject to completion of settlement documentation.  This matter is continued until August 23, 2010 at 2:00 p.m. pending completion of settlement documentation.

2.  Madcow International Group Limited's Motion for Allowance of Payment of 503(b)(9) Administrative Expense Claim (Docket No. 6039)

    Objection Deadline:   January 7, 2010 at 4:00 p.m., extended for the Debtors until July 30, 2010.

    Objections/Responses Filed:   None at the time of filing this agenda

    Status:   This matter has been resolved in principle, subject to completion of

                  settlement documentation. This matter is continued until August 23, 2010 at 2:00 p.m. pending completion of settlement documentation.

3. Debtors' Objection to Claim of New York State Department of Taxation and Finance (Claim No. 12586) (Docket No. 7235)

   Objection Deadline: May 13, 2010 at 4:00 p.m., extended for New York State Department of Tax and Finance until June 17, 2010

   Objections/Responses Filed: None at the time of filing this agenda

   Status: This matter has been resolved in principle, subject to completion of settlement documentation. This matter is continued until August 23, 2010 at 2:00 p.m. pending completion of settlement documentation.

4. Debtors' Objection to Claim 1283 of Quebecor World (USA) Inc. (Docket No. 7875)

   Objection Deadline: July 15, 2010 at 4:00 p.m., extended for Quebecor World (USA) Inc. until August 16, 2010.

   Objections/Responses Filed: None at the time of filing this agenda

   Status: This matter is continued until August 23, 2010 at 2:00 p.m.

**II. UNCONTESTED MATTERS**

5. Debtors' Motion for Order Under Bankruptcy Code Sections 105, 363, 365 and 503 and Bankruptcy Rules 2002, 6004 and 6006 (A) Authorizing Seller to Enter

3

       Into Agreement for Sale of Certain Real Property in Richmond, Virginia Subject to Higher or Otherwise Better Bids, (B) Approving Termination Fee in Connection Therewith, (C) Approving Bidding Procedures in Connection Therewith, (D) Approve Sale Free and Clear of All Interests, (E) Approving Assumption, Assignment and Sale of Certain Unexpired Leases of Non-Residential Real Property Free and Clear of All Interests, and (F) Granting Related Relief (Docket No. 8023)

       Related Documents:

       a.   Notice of Motion and Hearing (Docket No. 8026)

       Objection Deadline:   July 28, 2010 at 4:00 p.m.

       Objections/Responses Filed:   None

       Status:   This matter is going forward.

6.   Motion of the Debtors Pursuant to 11 U.S.C. § 105 and Local Bankruptcy Rule 9013-1(m) for an Order Setting an Expedited Hearing on the Motion of the Debtors and the Official Committee of Creditors Holding General Unsecured Claims for Order Approving Limited Notice and Service of Plan Documents (Docket No. 8179)

       Related Documents:

       a.   Motion of the Debtors and the Official Committee of Creditors Holding General Unsecured Claims for Order Approving Limited Notice and Service of Plan Documents (Docket No. 8178)

       Objection Deadline:   August 4, 2010 at 2:00 p.m.

       Objections/Responses

      Filed:          None at the time of filing this agenda

      Status:        This matter is going forward.

7. Motion of the Debtors and the Official Committee of Creditors Holding General Unsecured Claims for Order Approving Limited Notice and Service of Plan Documents (Docket No. 8178)

      Objection Deadline:    August 4, 2010 at 2:00 p.m.

      Objections/Responses Filed:    None at the time of filing this agenda

      Status:        This matter is going forward.

### III. OMNIBUS CLAIM OBJECTIONS MATTERS

8. Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3506)

      Related Documents:

    a. Order on Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 4169)

    b. Supplemental Order on Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 6587)

    c. Notice of Hearing on the Merits on Debtors' Seventh Omnibus Objection to Claim No. 10699 Filed by Dino Bazdar and Response Thereto (Docket No. 7927)

    d. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Michael and Barbara Lay Resolving the Debtors' Seventh Omnibus Objection to Claim Nos. 10817 and 10841 (Docket No. 7984)

    e. Debtors' Supplemental Brief in Support of Omnibus Objections to Late Claims Filed by Dino Basdar and Lyle Alonso Epps (Docket No. 8086)

5

       Objection
       Deadline:      June 29, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Response of Renukaben S. Naik to Debtors' Seventh Omnibus Objection to Certain Late Claims (Docket No. 3812)

       Status:      An order has been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  Other than the foregoing, with respect to the one remaining claimant, Renukaben S. Naik, the status hearing is adjourned to August 23, 2010 at 2:00 p.m.

9.    Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5016)

       Related
       Documents:

       a.    Order on Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5785)

       b.    Supplemental Order on Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6595)

       c.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Forty-Third Omnibus Objection to Claim No. 14291 (Docket No. 7937)

       d.    Notice of Hearing on the Merits on Debtors' Forty-Third Omnibus Objection to Claim No. 14567 Filed by Tennessee Department of Treasury, Unclaimed Property and Response Thereto (Docket No. 7949)

        Objection
        Deadline:       October 27, 2009 at 4:00 p.m.

        Objections/
        Responses
        Filed:

        a.    Response of the Tennessee Department of Treasury, Division of Unclaimed Property, to the Debtors' Forty-Third Omnibus Objection to Claims and Request for Hearing (Docket No. 5371)

        Status:       Orders have been entered partially sustaining the objection. A hearing on the merits solely with respect to the one remaining claimant, Tennessee Department of Treasury, is adjourned to August 31, 2010 at 10:00 a.m.

**IV. ADVERSARY PROCEEDINGS**

10. Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 1) (<u>Circuit City Stores, Inc. v. United States Debt Recovery LLC</u>, Adversary No. 10-3055 (KRH))

        Related
        Documents:

        a.    Entry of Default Against Signature Home Furnishings Co. Inc. (Docket No. 12)

        b.    Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 13)

        c.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and United States Debt Recovery LLC (Bankr. Docket No. 7402)

        d.    Response of Signature Home Furnishings Co., Inc. to Motion for Entry of Judgment by Default and Request for Enlargement of Time Within Which to Respond to Complaint (Docket No. 16)

       Response
       Deadline:      April 23, 2010 at 4:00 p.m.

       Objections/
       Responses
       Filed:

       a.    Answer of United States Debt Recovery LLC to Circuit City Stores, Inc.'s Objection to Claim Nos. 778 And 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 9)

       b.    Answer of Signature Home Furnishings, Inc. to Circuit City Stores, Inc.'s Objection to Claim Nos. 778 and 13210 and Complaint Against United States Debt Recovery LLC and Signature Home Furnishings Co. Inc. (Docket No. 20)

       Status:      This matter has been resolved solely with respect to United States Debt Recovery LLC.  The parties are in negotiations to settle the matter with respect to Signature Home Furnishings Co. Inc.  The pretrial hearing solely with respect to Signature is going forward.

11.   Plaintiff's Motion for Entry of Default Judgment Pursuant to Fed. R. Bankr. Pro. 7055 and Fed. R. Civ. Pro. 55(a) (Docket No. 11) (<u>Circuit City Stores, Inc. v. United States Debt Recovery LLC</u>, Adversary No. 10-3055 (KRH))

       Related
       Documents:

       a.    Entry of Default Against Signature Home Furnishings Co. Inc. (Docket No. 12)

       b.    Response of Signature Home Furnishings Co., Inc. to Motion for Entry of Judgment by Default and Request for Enlargement of Time Within Which to Respond to Complaint (Docket No. 16)

Status:     This matter is going forward.

Dated: July 30, 2010          SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                   - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                   - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley         .
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession


\14133948