Gregg M. Galardi, Esq.                Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.               Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

      **DEBTORS' EIGHTIETH OMNIBUS OBJECTION TO CLAIMS**
              **(RECLASSIFICATION OF CERTAIN**
        **MISCLASSIFIED MISCELLANEOUS CLAIMS AND**
            **MISCLASSIFIED WAGE CHECK CLAIMS)**

     The debtors and debtors in possession in the above-

captioned cases (collectively, the "Debtors"),[1] hereby file

_____

[1] The Debtors and the last four digits of their respective taxpayer
   identification numbers are as follows: Circuit City Stores, Inc.
   (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc.
   (0875), Ventoux International, Inc. (1838), Circuit City Purchasing

                                                        *(cont'd)*

their Eightieth Omnibus Objection to Claims (Reclassification
of Certain Misclassified Miscellaneous Claims and
Misclassified Wage Check Claims) (the "Objection"), and
hereby move this Court, pursuant to sections 105, 502 and 503
of title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et
seq</u>. (as amended, the "Bankruptcy Code"), Rule 3007 of the
Federal Rules of Bankruptcy Procedure (the "Bankruptcy
Rules"), and Local Bankruptcy Rule 3007-1, for an order, the
proposed form of which is attached hereto as <u>Exhibit A</u>,
granting the relief sought by this Objection, and in support
thereof states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction to consider this
Objection under 28 U.S.C. §§ 157 and 1334. This is a core
proceeding under 28 U.S.C. § 157(b). Venue of these cases
and this Objection in this district is proper under 28
U.S.C. §§ 1408 and 1409. The statutory and legal predicates

---

*(cont'd from previous page)*

Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company
of Virginia, Inc. (2821), Circuit City Proper ties, LLC (3353), Kinzer
Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659),
Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel,
LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR,
LLC (5512). The address for Circuit City Stores West Coast, Inc. is
9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other
Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233
and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

for the relief requested herein are Bankruptcy Code sections 105, 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

## BACKGROUND

2.     On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

3.     The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.     On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.     On November 12, 2008, the Court appointed Kurtzman Carson Consultants LLC ("KCC") as claims, noticing and balloting agent for the Debtors in these chapter 11 cases pursuant to 28 U.S.C. § 156(c).

6.     On December 10, 2008, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 502 and Bankruptcy Rules 2002, 3003(c)(3), and 9007 (I) Setting General Bar Date and Procedures for Filing Proofs of

Claim; and (II) Approving Form and Manner of Notice Thereof
(Docket No. 890) (the "Claims Bar Date Order").

7.   Pursuant to the Claims Bar Date Order, the
deadline for filing all "claims" (as defined in 11 U.S.C. §
105(5)) arising before November 10, 2008 against the Debtors
by any non-governmental entity was 5:00 p.m. (Pacific) on
January 30, 2009 (the "General Bar Date").  The deadline for
governmental units to file claims that arose before November
10, 2009 was 5:00 p.m. (Pacific) on May 11, 2009 (the
"Governmental Bar Date").  Pursuant to the Claims Bar Date
Order, this Court approved the form and manner of the claims
bar date notice, which was attached as Exhibit A to the
Claims Bar Date Order (the "Claims Bar Date Notice").

8.   On December 17 and 19, 2008, KCC served a
copy of the Claims Bar Date Notice on all parties who filed
notices of appearance pursuant to Bankruptcy Rule 2002, all
of the Debtors' scheduled creditors in these cases, the
Debtors' equity holders, and certain other parties (Docket
No. 1314).  In addition, the Debtors published the Claims
Bar Date Notice in The Wall Street Journal (Docket No. 1395)
and The Richmond Times-Dispatch (Docket No. 1394).

9.   On January 16, 2009, the Court authorized the
Debtors, among other things, to conduct going out of

business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

10.  On April 1, 2009, this Court entered an Order Establishing Omnibus Objection Procedures and Approving the Form and Manner of Notice of Omnibus Objections (Docket No. 2881) (the "Omnibus Objection Procedures Order").

11.  On May 15, 2009, the Court entered that certain Order Pursuant to Bankruptcy Code Sections 105 and 503 and Bankruptcy Rules 2002 and 9007 (i) Setting Administrative Bar Date and Procedures For Filing and Objecting To Administrative Expense Request and (ii) Approving Form and Manner of Notice Thereof (Docket No. 3354) (the "Administrative Claims Bar Date Order").

12.  Pursuant to the Administrative Claims Bar Date Order, the deadline for filing all Administrative Expense Requests (as defined in the Administrative Claims Bar Date Order) was 5:00 p.m. (Pacific) on June 30, 2009.

Pursuant to the Administrative Claims Bar Date Order, this Court approved the form and manner of the claims bar date notice, which was attached as Exhibit A to the Administrative Claims Bar Date Order (the "Claims Bar Date Notice").

13.   On May 15, 2009 KCC served a copy of the Administrative Claims Bar Date Notice on all parties who filed notices of appearance pursuant to Bankruptcy Rule 2002, all of the Debtors' scheduled creditors in these cases, the Debtors' equity holders, and certain other parties (Docket No. 3397).  In addition, the Debtors published the Administrative Claims Bar Date Notice in the Financial Times (Docket No. 3970), The Richmond Times-Dispatch (Docket No. 3969), and The Wall Street Journal (Docket No. 3968).

<u>**OBJECTIONS TO CLAIMS**</u>

14.   By this Objection, the Debtors seek entry of an order, in substantially the form attached hereto as <u>Exhibit A</u>, pursuant to Bankruptcy Code sections 105(a), 502 and 503, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1, reclassifying each of the claims identified on <u>Exhibit C</u> and <u>Exhibit D</u> attached hereto (collectively, the "Claims").

15.   For ease of reference, attached hereto as <u>Exhibit B</u> is an alphabetical listing of all claimants whose Claims are included in this Objection (the "Claimants"), with a cross-reference by claim number.

**A.    <u>Misclassified Miscellaneous Claims</u>**

16.   The basis for disallowance of the claims identified on <u>Exhibit C</u> attached hereto (the "Misclassified Miscellaneous Claims") is that the Misclassified Miscellaneous Claims are improperly classified.

17.   Specifically, after a review of the Misclassified Miscellaneous Claims, the bases upon which each is asserted, and a review of the Debtors' books and records, the Debtors submit that the Misclassified Miscellaneous Claims are asserted, in whole or in part, with incorrect classifications and should be reclassified, in whole or in part.  Accordingly, the Debtors request that the Misclassified Miscellaneous Claims identified on <u>Exhibit C</u>

be reclassified in the manner stated in Exhibit C for the reasons set forth therein.

18.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Misclassified Miscellaneous Claims.  Accordingly, the Misclassified Miscellaneous Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds. Furthermore, the Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

**B.    Misclassified Wage Check Claims**

19.   The basis for disallowance of the claims identified on Exhibit D attached hereto (the "Misclassified Wage Check Claims") is that the Misclassified Wage Check Claims are improperly classified as claims entitled to priority under section 507(a)(4) of the Bankruptcy Code ("Section 507(a)(4)"), because they are based on wages or salaries that were not earned within the 180-day period prior to the Petition Date (the "Priority Period") as

required by Section 507(a)(4).

20.   Specifically, after a review of the Misclassified Wage Check Claims, the bases upon which each is asserted, and a review of the Debtors' books and records, the Debtors have determined that the Misclassified Wage Check Claims are either (i) based on wage or salary checks dated before the Priority Period that were issued on account of wages earned outside of the Priority Period, or are (ii) based on wage or salary checks dated inside the Priority Period that were issued on account of wages earned outside of the Priority Period.  Accordingly, the Debtors request that the Misclassified Wage Check Claims identified on Exhibit D be reclassified to general unsecured, non-priority claims.

21.   At this time, the Debtors have not completed their review of the validity of all claims/expenses filed against their estates, including the Misclassified Wage Check Claims.  Accordingly, the Misclassified Wage Check Claims may be the subject of additional subsequently filed objections.  To that end, the Debtors reserve the right to further object to any and all claims, whether or not the subject of this Objection, for allowance and/or distribution purposes, and on any other grounds.  Furthermore, the

Debtors reserve the right to modify, supplement and/or amend this Objection as it pertains to any Claim or Claimant herein.

### RESERVATION OF RIGHTS

22.   As noted above, the Debtors reserve their rights to file objections to these Claims at a later time on any grounds that bankruptcy or non-bankruptcy law permits. The Debtors likewise reserve the right to modify, supplement and/or amend this Objection as it pertains to any claim or claimant herein.

### NOTICE AND PROCEDURE

23.   Notice of this Objection has been provided to all Claimants with Claims that are the subject to this Objection as identified on Exhibit C and Exhibit D, respectively, and to parties-in-interest in accordance with the Court's Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order"). The Debtors submit that the following methods of service upon the Claimants should be deemed by the Court to constitute due and sufficient service

of this Objection: (a) service in accordance with Federal
Rule of Bankruptcy Procedure 7004 and the applicable
provisions of Federal Rule of Civil Procedure 4; (b) to the
extent counsel for a Claimant is not known to the Debtors,
by first class mail, postage prepaid, on the signatory of
the Claimant's proof of claim form or other representative
identified in the proof of claim form or any attachment
thereto; or (c) by first class mail, postage prepaid, on any
counsel that has appeared on the Claimant's behalf in the
Debtors' bankruptcy cases.  The Debtors are serving the
Claimant with this Objection and the exhibit on which the
Claimant's claim is listed.

     24.   To the extent any Claimant timely files and
properly serves a response to this Objection by **4:00 P.M.
(Eastern) on August 24, 2010** as required by the Case
Management Order and under applicable law, and the parties
are unable to otherwise resolve the Objection, the Debtors
request that the Court conduct a status conference[2] with
respect to any such responding claimant at **10:00 A.M.
(Eastern) on August 31, 2010** and thereafter schedule the

---

[2]  In accordance with the Omnibus Objection Procedures Order, Claimants
     who timely respond to the Objection do not need to appear at the
     status conference.

matter for a future hearing as to the merits of such claim.

However, to the extent any Claimant fails to timely file and

properly serve a response to this Objection as required by

the Case Management Order and applicable law, the Debtors

request that the Court enter an order, substantially in the

form attached hereto as Exhibit A, reclassifying the

Misclassified Miscellaneous Claims and Misclassified Wage

Check Claims set forth in Exhibit C and Exhibit D attached

hereto.

### COMPLIANCE WITH BANKRUPTCY RULE 3007 AND THE OMNIBUS OBJECTION PROCEDURES ORDER

25.   This Objection complies with Bankruptcy Rule

3007(e).  Additionally, the Debtors submit that this

Objection is filed in accordance with the Omnibus Objection

Procedures Order.

### WAIVER OF MEMORANDUM OF LAW

26.   Pursuant to Local Bankruptcy Rule 9013-1(G),

and because there are no novel issues of law presented in

the Motion, the Debtors request that the requirement that

all motions be accompanied by a written memorandum of law be

waived.

### NO PRIOR RELIEF

27.   No previous request for the relief sought

herein has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request the Court to enter an Order sustaining this Objection and granting such other and further relief as the Court deems appropriate.

Dated: Richmond, Virginia      SKADDEN, ARPS, SLATE, MEAGHER &
       July 30, 2010           FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP

                               /s/ Douglas M. Foley         .
                               Douglas M. Foley (VSB No. 34364)
                               Sarah B. Boehm (VSB No. 45201)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession

**EXHIBIT A**

Gregg M. Galardi, Esq.            Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.           Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &   MCGUIREWOODS LLP
FLOM, LLP                         One James Center
One Rodney Square                 901 E. Cary Street
PO Box 636                        Richmond, Virginia 23219
Wilmington, Delaware 19899-0636   (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

      **ORDER SUSTAINING DEBTORS' DEBTORS' EIGHTIETH
      OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF
      CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND
      MISCLASSIFIED WAGE CHECK CLAIMS)**

          THIS MATTER having come before the Court on the

Debtors' Eightieth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Miscellaneous

Claims and Misclassified Wage Check Claims) (the

"Objection"), which requested, among other things, that the claims specifically identified on Exhibit C and Exhibit D attached to the Objection be reclassified, in whole or in part, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that no response was timely filed or properly served by the Claimants being affected by this Order; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is SUSTAINED.

2.   The Claims identified on Exhibit A as attached hereto and incorporated herein, are forever reclassified in the manner stated in stated in Exhibit A.

3.   The Claims identified on Exhibit B as attached hereto and incorporated herein, are forever reclassified as general unsecured, non-priority claims.

4.     The Debtors' rights to object to any claim
including (without limitation) the Claims subject to the
Objection, on any grounds that applicable law permits, are
not waived and are expressly reserved.

5.     The Debtors shall serve a copy of this Order
on the claimants included on the exhibits to this Order on
or before five (5) business days from the entry of this
Order.

6.     This Court shall retain jurisdiction to hear
and determine all matters arising from or relating to this
Order.


Dated: Richmond, Virginia
         _____, 2010


         _____
         HONORABLE KEVIN R. HUENNEKENS
         UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


### CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

      Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


4

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check
Claims)

Exhibit B - Claimants and Related Claims Subject To Eightieth Omnibus Objection to Claims

| Claim Holder | Claim | Exhibit |
|---|---|---|
| ADAMES, SHAKYRA | 4194 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| ALBERQUE, EDWARD A | 1585 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| AUSTIN, JOSIAH | 7649 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BALIDIO, MATTHEW | 6372 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BANNESTER, KATIE | 2516 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BECERRA, MARLENE | 4664 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BISHOP, LAWRENCE | 4112 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BROUGHTON, TRAVIS | 2412 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| BURCHELL, STEVIE | 2339 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CASANAS, ANTHONY | 2826 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CHOU, DANIEL | 8971 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CHOU, DANIEL JOSHUA | 8857 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| COLLINS, QUEEN E | 3076 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| COLON, KYELIA | 6981 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB | 14282 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB | 14889 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CONTRANCHIS, CHAD | 4459 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CORBETT, GWENNIFER | 7113 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| CRESER, OLIVIA | 4234 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| DOLLAND, LAURA | 4148 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| EXPORT DEVELOPMENT CANADA EDC | 8054 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| FAIRFIELD, JORDAN BARRETT | 2035 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| FORSBERG, BETHANY | 9110 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| GILL, MARK | 3074 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| GNEITING, ANDREW | 2917 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| GOLDSMITH, ZACH | 2994 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| GOMEZ, ISAAC | 4652 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| GRIFFITH, JIMMY | 5858 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HARRIS, BRITTANY | 5299 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HARRISON, RICHARD | 4988 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HART, ALEXANDER | 1957 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HASTINGS, BRETT | 2074 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HOLYOKE GAS & ELECTRIC DEPARTMENT | 2895 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HORNE, DEVONM | 9754 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HOUGHTALING, KRIS | 3267 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| HOUGHTALING, KRISS | 3269 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| JACKSON, PETER | 2098 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| JACKSON, RICHARD | 5616 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| JAMES A COLE | 9592 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| JOHN, WALKER | 3478 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| JOHNSON, MICHAEL | 7397 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| JOHNSON, MORGAN | 3933 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| KANG, SHINMUN | 2968 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| KARCHER, MARY | 9425 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| KEMP, GREGORY | 6321 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LESCISIN, RICHARD | 4710 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LINDA C GURR & WILLIAM W GURR | 14581 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LINDA NGUYEN | 14853 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LINDEMANN, DERRICK | 9084 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LITTLE, JOSEPH | 7116 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LOFTMAN, ADAM | 2563 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LONG, JOHN | 2028 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| LOPEZ, CHRISTOPHER | 3558 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MARC J SIEGER | 14412 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MARIN, KERRY | 2436 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MCKOY, BRITTANY | 3511 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MCMURRAY, LAQUITA | 8045 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MONCAVO SETTLEMENT CLASS | 8280 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| MORRISSEY, RYAN | 4600 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| NESBITT, KEITH JAMES | 4227 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| NOYCE, NICK | 4454 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PANKANIN, SEAN | 3649 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PASTERNAK, ARTHUR | 5552 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PEARSE, IAN | 3984 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PETYKOWSKI, SEAN | 4249 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PRAXAIR DISTRIBUTION INC | 10099 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PRICER, BRITTANY | 2794 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PRITCHARD, JAY | 2356 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| PUNGTY, GEORGE | 2097 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| RABUN, DEVON | 5106 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| RAK, DAVID | 2784 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| RASMUSSEN, ADRIAN | 4025 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| RIVERS, MONIQUE | 4149 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| RODRIGUEZ, RALPH | 6873 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SAMPSON, DAVID | 4283 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SANTOS, ANDREW | 3388 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SEARS, JUSTIN LEE | 8672 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SHAUGHNESSY, COLLIN | 5989 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SLAUGHTER, LEONARD | 4324 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| SWEET, SCOTTT | 2899 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |

| Claim Holder | Claim | Exhibit |
|---|---|---|
| TAYLOR, TRAVIS | 3059 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| TEACHOUT, BRIAN | 3379 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| TOAL, JOHN | 3966 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| TREASURER COUNTY OF LOUDOUN VIRGINIA | 13686 | EXHIBIT C - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| VAUGHAN, PAUL | 6785 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| WALKER, SHAQUANA | 5922 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| WALL, GREG | 3198 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| WELCH, NATHAN | 2504 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| WILLIAMS, SHELTON | 5308 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| ZAPPITIELLI, PAUL | 2747 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |
| ZECHMAN, ASHLEY | 8325 | EXHIBIT D - (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS) |

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | COMMENT |
|---|---|---|---|
| Claim: 1585<br>Date Filed: 12/15/2008<br>Docketed Total: $16,879.37<br>Filing Creditor Name and Address:<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711 | Claim Holder Name and Address<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711<br><br>Case Number: 08-35653<br>Docketed Total: $16,879.37<br><br>503(b)(9) / Admin / Secured / Priority / Unsecured $16,879.37 | Case Number: 08-35653<br>Modified Total: $16,879.37<br><br>503(b)(9) / Admin / Secured / Priority / Unsecured $16,879.37 / Interest | Claim No. 1585 is not entitled to priority under section 507(a)(4) because the Claimant was not an employee of the Debtors and the claim is not based on sales commissions earned as an independent contractor. Accordingly, the claim should be reclassified to a general unsecured, non-priority claim. |
| Claim: 14282<br>Date Filed: 06/30/2009<br>Docketed Total: $67,795.07<br>Filing Creditor Name and Address:<br>COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB<br>750 9TH ST NW STE 550<br>WASHINGTON, DC 20001-4534 | Claim Holder Name and Address<br>COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB<br>750 9TH ST NW STE 550<br>WASHINGTON, DC 20001-4534<br><br>Case Number: 08-35653<br>Docketed Total: $67,795.07<br><br>503(b)(9) / Admin $67,795.07 / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $67,795.07<br><br>503(b)(9) / Admin $2,701.86 / Secured / Priority / Unsecured $65,093.21 / Interest | $65,093.21 of Claim No. 14282 is not entitled to administrative priority because such amount is not based on "actual, necessary costs and expenses of preserving the estate" as required by section 503(b)(1). Specifically, $52,000 of Claim No. 14282 is based on online ordering services that the Debtors did not need or use, because the Debtors ceased taking orders through their website on January 17, 2009. In addition, $13,093.21 of Claim No. 14282 is based on services performed before the Petition Date. Accordingly, $65,093.21 of Claim No. 14282 should be reclassified to a general unsecured, non-priority claim. |
| Claim: 14889<br>Date Filed: 03/25/2010<br>Docketed Total: $91,000.00<br>Filing Creditor Name and Address:<br>COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>750 9TH ST NW STE 550<br>WASHINGTON, DC 20001-4524 | Claim Holder Name and Address<br>COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB<br>SCHNADER HARRISON SEGAL & LEWIS LLP<br>750 9TH ST NW STE 550<br>WASHINGTON, DC 20001-4524<br><br>Case Number: 08-35653<br>Docketed Total: $91,000.00<br><br>503(b)(9) / Admin $91,000.00 / Secured / Priority / Unsecured | Case Number: 08-35653<br>Modified Total: $91,000.00<br><br>503(b)(9) / Admin / Secured / Priority / Unsecured $91,000.00 / Interest | No part of Claim No. 14889 is entitled to administrative priority because the claim is not based on "actual, necessary costs and expenses of preserving the estate" as required by section 503(b)(1). Specifically, the Claim is based on online ordering services that the Debtors did not need or use, because the Debtors ceased taking orders through their website on January 17, 2009. Accordingly, Claim No. 14889 should be reclassified to a general unsecured, non-priority claim. |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' 85th Omnibus Objection to Claims (Reclassification Of Certain Misclassified Miscellaneous Claims And Misclassified Wage Check Claims)

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | | | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 8054<br><br>Date Filed:    01/28/2009<br><br>Docketed Total:    $1,568,659.78<br><br>Filing Creditor Name and Address:<br><br>EXPORT DEVELOPMENT<br>CANADA EDC<br>151 OCONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Holder Name and Address<br><br>EXPORT DEVELOPMENT CANADA EDC<br>151 OCONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | Case Number:    08-35653<br><br>Docketed Total:    $1,568,659.78 | | | | Case Number:    08-35653<br><br>Modified Total:    $1,568,659.78 | | | | | | The Debtors have objected to $518,367.70 of the alleged administrative priority portion of Claim No. 8054, in the 81st Omnibus Objection, as being filed late. The remaining $431,282.79 of the alleged administrative priority portion of Claim No. 8054 is not entitled to administrative priority, because such amount is based on the prepetition sale of goods that did not occur within the twenty day period prior to the Petition Date as required by section 503(b)(9). Accordingly, such amount should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin<br>$949,650.49 | Secured | Priority | Unsecured<br>$619,009.29 | 503(b)(9)<br>$518,367.70 | Admin | Secured | Priority | Unsecured<br>$1,050,292.08 | Interest | |
| Claim: 2895<br><br>Date Filed:    01/06/2009<br><br>Docketed Total:    $11,174.23<br><br>Filing Creditor Name and Address:<br><br>HOLYOKE GAS & ELECTRIC DEPARTMENT<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040-5082 | Claim Holder Name and Address<br><br>HOLYOKE GAS & ELECTRIC DEPARTMENT<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040 | Case Number:    08-35653<br><br>Docketed Total:    $11,174.23 | | | | Case Number:    08-35653<br><br>Modified Total:    $11,174.23 | | | | | | $10,332.12 of Claim No. 2895 is not entitled to priority under section 507(a)(8) because such amount is based on utility service charges rather than taxes. Accordingly, such amount should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin | Secured | Priority | Unsecured<br>$11,174.23    UNL | 503(b)(9) | Admin | Secured | Priority<br>$842.11 | Unsecured<br>$10,332.12 | Interest | |
| Claim: 9592<br><br>Date Filed:    01/30/2009<br><br>Docketed Total:    $0.00<br><br>Filing Creditor Name and Address:<br><br>JAMES A COLE<br>4927 56TH PL<br>BLADENSBURG, MD 20710-1601 | Claim Holder Name and Address<br><br>COLE, JAMES A<br>4927 56TH PL<br>BLADENSBURG, MD 20710-1601 | Case Number:    08-35653<br><br>Docketed Total:    UNL | | | | Case Number:    08-35653<br><br>Modified Total:    $0.00 | | | | | | Claim No. 9592 is not entitled to priority under section 507(a)(5). The Claimant was terminated July 24, 2003, and therefore any asserted employee benefit plan contributions were not on account of services performed within the 180 day period prior to the Petition Date as required by section 507(a)(5). Accordingly, Claim No. 9592 should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin | Secured | Priority<br>$0.00 | Unsecured | 503(b)(9) | Admin | Secured | Priority | Unsecured<br>$0.00 | Interest | |
| Claim: 3478<br><br>Date Filed:    01/13/2009<br><br>Docketed Total:    $153.83<br><br>Filing Creditor Name and Address:<br><br>JOHN, WALKER<br>PO BOX 6554<br>ROCK ISLAND, IL 61204 | Claim Holder Name and Address<br><br>JOHN, WALKER<br>PO BOX 6554<br>ROCK ISLAND, IL 61204 | Case Number:    08-35653<br><br>Docketed Total:    $153.83 | | | | Case Number:    08-35653<br><br>Modified Total:    $153.83 | | | | | | Claim No. 3478 is not entitled to secured status because, after reviewing the Claim and the alleged underlying liabilities, the Debtors have determined that there is no basis for a security interest. Accordingly, Claim No. 3478 should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin | Secured<br>$153.83 | Priority | Unsecured | 503(b)(9) | Admin | Secured | Priority | Unsecured<br>$153.83 | Interest | |

\*    "UNL" denotes an unliquidated claim.

EXHIBIT C

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | | COMMENT |
|---|---|---|---|---|---|---|---|
| Claim: 14581<br>Date Filed: 07/15/2009<br>Docketed Total: $0.00<br>Filing Creditor Name and Address:<br>LINDA C GURR & WILLIAM W GURR<br>8901 HENSON RD<br>RICHMOND, VA 23236 | Claim Holder Name and Address<br>LINDA C GURR & WILLIAM W GURR<br>8901 HENSON RD<br>RICHMOND, VA 23236 | Case Number: 08-35653<br>Docketed Total: **UNL** | 503(b)(9)  Admin  Secured  Priority  Unsecured<br>UNL | Case Number: 08-35653<br>Modified Total: **$0.00** | | 503(b)(9)  Admin  Secured  Priority  Unsecured  Interest<br>$0.00 | Claim No. 14851 is based on equity, and therefore should be reclassified to an interest. |
| Claim: 14853<br>Date Filed: 03/15/2010<br>Docketed Total: $59,200.00<br>Filing Creditor Name and Address:<br>LINDA NGUYEN<br>8414 CONCHO ST<br>HOUSTON, TX 77036 | Claim Holder Name and Address<br>LINDA NGUYEN<br>8414 CONCHO ST<br>HOUSTON, TX 77036 | Case Number: 08-35653<br>Docketed Total: **$59,200.00** | 503(b)(9)  Admin  Secured  Priority  Unsecured<br>$59,200.00 | Case Number: 08-35653<br>Modified Total: **$59,200.00** | | 503(b)(9)  Admin  Secured  Priority  Unsecured  Interest<br>$59,200.00 | Claim No. 14853 is based on equity, and therefore should be reclassified to an interest. |
| Claim: 14412<br>Date Filed: 06/29/2009<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>MARC J SIEGER<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940 | Claim Holder Name and Address<br>MARC J SIEGER<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940 | Case Number: 08-35653<br>Docketed Total: **$30,000.00** | 503(b)(9)  Admin  Secured  Priority  Unsecured<br>$30,000.00   UNL | Case Number: 08-35653<br>Modified Total: **$30,000.00** | | 503(b)(9)  Admin  Secured  Priority  Unsecured  Interest<br>$23,333.33     $6,666.67 | The Debtors have objected to Claim No. 14412 in the 81st Omnibus Objection, seeking to reduce the claim from $30,000 to $10,000 because the Claimant only performed for two months of the contract (September through November 2008). $6,666.67 of the remaining $10,000 is not entitled to administrative priority because it is based on services performed before the Petition Date. Accordingly, $6,666.67 of Claim No. 14412 should be reclassified to a general unsecured, non-priority claim. |
| Claim: 8280<br>Date Filed: 01/29/2009<br>Docketed Total: $400,000.00<br>Filing Creditor Name and Address:<br>MONCAVO SETTLEMENT CLASS<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK DR STE 300<br>FALLS CHURCH, VA 22042 | Claim Holder Name and Address<br>MONCAVO SETTLEMENT CLASS<br>WHITEFORD TAYLOR & PRESTON LLP<br>3190 FAIRVIEW PARK DR STE 300<br>FALLS CHURCH, VA 22042 | Case Number: 08-35653<br>Docketed Total: **$400,000.00** | 503(b)(9)  Admin  Secured  Priority  Unsecured<br>$400,000.00 | Case Number: 08-35653<br>Modified Total: **$400,000.00** | | 503(b)(9)  Admin  Secured  Priority  Unsecured  Interest<br>$400,000.00 | No part of Claim No. 8280 is entitled to priority because (i) the attorney fees under the settlement agreement do not qualify for priority under any provision of the Bankruptcy Code, and (ii) the settlement payments to class members do not constitute wages earned within 180 days prior to the Petition Date as required by section 507(a)(4). Accordingly, the claim should be reclassified to a general unsecured, non-priority claim. |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Desc Main
Document    Page 25 of 45

Debtors' Sixth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims)

Case No. 08-35653 (KRH)

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | CLAIM AS MODIFIED | | | | | | COMMENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 3649<br>Date Filed: 01/13/2009<br>Docketed Total: $1,105.72<br>Filing Creditor Name and Address:<br>PANKANIN, SEAN<br>16199 SE 48TH DR<br>BELLEVUE, WA 98006-0000 | Claim Holder Name and Address<br>PANKANIN, SEAN<br>16199 SE 48TH DR<br>BELLEVUE, WA 98006-0000 | Case Number: 08-35653<br>Docketed Total: **$1,105.72** | | | | Case Number: 08-35653<br>Modified Total: **$1,105.72** | | | | | | Claim No. 3649 is not entitled to priority under section 507(a)(5), because the claim is not based on employee benefit plan contributions as required by section 507(a)(5). Rather, it is based on wage or salary checks dated August 23, 2007 and September 20, 2007. Accordingly, Claim No. 3649 should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin | Secured | Priority<br> | Unsecured<br>$1,105.72 | 503(b)(9) | Admin | Secured | Priority | Unsecured<br>$1,105.72 | Interest | |
| Claim: 10099<br>Date Filed: 01/29/2009<br>Docketed Total: $5,536.02<br>Filing Creditor Name and Address:<br>PRAXAIR DISTRIBUTION INC<br>C O RMS BANKRUPTCY<br>RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094-5126 | Claim Holder Name and Address<br>PRAXAIR DISTRIBUTION INC<br>C O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094-5126 | Case Number: 08-35653<br>Docketed Total: **$5,536.02** | | | | Case Number: 08-35653<br>Modified Total: **$5,536.02** | | | | | | Claim No. 10099 is not entitled to priority because, after reviewing the Claim and the alleged underlying liabilities, the Debtors have determined that there is no basis for priority. Accordingly, Claim No. 10099 should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin | Secured | Priority<br>$4,750.00 | Unsecured<br>$786.02 | 503(b)(9) | Admin | Secured | Priority | Unsecured<br>$5,536.02 | Interest | |
| Claim: 13686<br>Date Filed: 06/01/2009<br>Docketed Total: $28,853.19<br>Filing Creditor Name and Address:<br>TREASURER COUNTY OF LOUDOUN VIRGINIA<br>PO BOX 347<br>MSC NO 31<br>LEESBURG, VA 20178-0347 | Claim Holder Name and Address<br>TREASURER COUNTY OF LOUDOUN VIRGINIA<br>PO BOX 347<br>MSC NO 31<br>LEESBURG, VA 20178-0347 | Case Number: 08-35653<br>Docketed Total: **$28,853.19** | | | | Case Number: 08-35653<br>Modified Total: **$28,853.19** | | | | | | $330 of the alleged administrative priority portion of Claim No. 13686 is not entitled to administrative priority, because it is based on false alarm response fees that occurred prior to the Petition Date. Accordingly, such amount should be reclassified to a general unsecured, non-priority claim. |
| | | 503(b)(9) | Admin<br>$23,190.87 | Secured<br>$5,662.32 | Priority | Unsecured<br>UNL | 503(b)(9) | Admin<br>$22,860.87 | Secured<br>$5,662.32 | Priority | Unsecured<br>$330.00 | Interest | |
| | | | | | | **Total Claims To Be Modified: 14**<br><br>**Total Amount As Docketed:    $2,280,357.21**<br><br>**Total Amount As Modified:    $2,280,357.21** | | | | | | |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | | WAGE CHECK DATE(S) |
|---|---|---|---|---|---|---|---|
| Claim: 4194<br>Date Filed:    01/20/2009<br>Docketed Total:    $73.67<br>Filing Creditor Name and Address:<br>ADAMES, SHAKYRA<br>92 19 195 PLACE PH<br>HOLLIS, NY 11423-0000 | Claim Holder Name and Address<br>ADAMES, SHAKYRA<br>92 19 195 PLACE PH<br>HOLLIS, NY<br>11423-0000 | Case Number:    08-35653<br>Docketed Total:    **$73.67** | 503(b)(9)    Admin    Secured    Priority    Unsecured<br>$73.67 | | Case Number:    08-35653<br>Modified Total:    **$73.67**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$73.67 | | 3/8/2007 |
| Claim: 7649<br>Date Filed:    01/27/2009<br>Docketed Total:    $223.37<br>Filing Creditor Name and Address:<br>AUSTIN, JOSIAH<br>543 EAST 21 ST D1<br>BROOKLYN, NY 11226 | Claim Holder Name and Address<br>AUSTIN, JOSIAH<br>543 EAST 21 D1<br>BROOKLYN, NY 11226 | Case Number:    08-35653<br>Docketed Total:    **$223.37** | 503(b)(9)    Admin    Secured    Priority    Unsecured<br>$223.37 | | Case Number:    08-35653<br>Modified Total:    **$223.37**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$223.37 | | 11/2/2006 |
| Claim: 6372<br>Date Filed:    01/27/2009<br>Docketed Total:    $68.62<br>Filing Creditor Name and Address:<br>BALIDIO, MATTHEW<br>951009 KELAKELA ST<br>MILILANI, HI 96789-5991 | Claim Holder Name and Address<br>BALIDIO, MATTHEW<br>951009 KELAKELA ST<br>MILILANI, HI<br>96789-5991 | Case Number:    08-35654<br>Docketed Total:    **$68.62** | 503(b)(9)    Admin    Secured    Priority    Unsecured<br>$68.62 | | Case Number:    08-35654<br>Modified Total:    **$68.62**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$68.62 | | 10/18/2006 |
| Claim: 2516<br>Date Filed:    01/05/2009<br>Docketed Total:    $166.19<br>Filing Creditor Name and Address:<br>BANNESTER, KATIE<br>10008 GARFIELD<br>REDFORD, MI 48239-0000 | Claim Holder Name and Address<br>BANNESTER, KATIE<br>10008 GARFIELD<br>REDFORD, MI<br>48239-0000 | Case Number:    08-35653<br>Docketed Total:    **$166.19** | 503(b)(9)    Admin    Secured    Priority    Unsecured<br>$166.19 | | Case Number:    08-35653<br>Modified Total:    **$166.19**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$166.19 | | 5/1/2008 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 4664<br>Date Filed: 01/23/2009<br>Docketed Total: $156.06<br>Filing Creditor Name and Address:<br>BECERRA, MARLENE<br>108 WEST EAGLE AVE<br>PHARR, TX 78577-0000 | Claim Holder Name and Address<br>BECERRA, MARLENE<br>108 WEST EAGLE AVE<br>PHARR, TX 78577-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$156.06**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$156.06 | Case Number: 08-35653<br>Modified Total: **$156.06**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$156.06 | 12/27/2007 |
| Claim: 4112<br>Date Filed: 01/20/2009<br>Docketed Total: $188.41<br>Filing Creditor Name and Address:<br>BISHOP, LAWRENCE<br>472 LINKS VIEW DRIVE<br>HAGERSTOWN, MD 00002-1740 | Claim Holder Name and Address<br>BISHOP, LAWRENCE<br>472 LINKS VIEW DRIVE<br>HAGERSTOWN, MD 00002-1740<br><br>Case Number: 08-35653<br>Docketed Total: **$188.41**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$188.41 | Case Number: 08-35653<br>Modified Total: **$188.41**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$188.41 | 8/9/2007 |
| Claim: 2412<br>Date Filed: 01/02/2009<br>Docketed Total: $161.17<br>Filing Creditor Name and Address:<br>BROUGHTON, TRAVIS<br>220 BRANHAM WAY<br>MT WASHINGTON, KY 40047-0000 | Claim Holder Name and Address<br>BROUGHTON, TRAVIS<br>220 BRANHAM WAY<br>MT WASHINGTON, KY 40047-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$161.17**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$161.17 | Case Number: 08-35653<br>Modified Total: **$161.17**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$161.17 | 3/6/2008 |
| Claim: 2339<br>Date Filed: 01/02/2009<br>Docketed Total: $270.42<br>Filing Creditor Name and Address:<br>BURCHELL, STEVIE<br>83 GLEN ABBEY<br>ABILENE, TX 79606-0000 | Claim Holder Name and Address<br>BURCHELL, STEVIE<br>83 GLEN ABBEY<br>ABILENE, TX 79606-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$270.42**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$270.42 | Case Number: 08-35653<br>Modified Total: **$270.42**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$270.42 | 9/6/2007 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Desc Main
Case No. 08-35653 (KRH)            Document     Page 28 of 45

Debtors' Eighth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 2826<br>Date Filed: 01/06/2009<br>Docketed Total: $56.77<br>Filing Creditor Name and Address:<br>CASANAS, ANTHONY<br>318 HOFFMAN ST<br>COLMA, CA 94014-0000 | Claim Holder Name and Address<br>CASANAS, ANTHONY<br>318 HOFFMAN ST<br>COLMA, CA<br>94014-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$56.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $56.77 | Case Number: 08-35653<br>Modified Total: **$56.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $56.77 | 9/6/2007 |
| Claim: 8971<br>Date Filed: 01/30/2009<br>Docketed Total: $207.42<br>Filing Creditor Name and Address:<br>CHOU, DANIEL<br>39270 SUNDALE DR<br>FREMONT, CA 94538 | Claim Holder Name and Address<br>CHOU, DANIEL<br>39270 SUNDALE DR<br>FREMONT, CA 94538<br><br>Case Number: 08-35653<br>Docketed Total: **$207.42**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $207.42 | Case Number: 08-35653<br>Modified Total: **$207.42**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $207.42 | 12/27/2007, 1/10/2008, 1/24/2008 |
| Claim: 8857<br>Date Filed: 01/30/2009<br>Docketed Total: $11.61<br>Filing Creditor Name and Address:<br>CHOU, DANIEL JOSHUA<br>39270 SUNDALE DR<br>FREMONT, CA 94538-1917 | Claim Holder Name and Address<br>CHOU, DANIEL<br>JOSHUA<br>39270 SUNDALE DR<br>FREMONT, CA<br>94538-1917<br><br>Case Number: 08-35653<br>Docketed Total: **$11.61**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $11.61 | Case Number: 08-35653<br>Modified Total: **$11.61**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $11.61 | 4/17/2008 |
| Claim: 3076<br>Date Filed: 01/09/2009<br>Docketed Total: $37.01<br>Filing Creditor Name and Address:<br>COLLINS, QUEEN E<br>3780 CAUBLE RD<br>SALISBURY, NC 28144 | Claim Holder Name and Address<br>COLLINS, QUEEN E<br>3780 CAUBLE RD<br>SALISBURY, NC 28144<br><br>Case Number: 08-35653<br>Docketed Total: **$37.01**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $37.01 | Case Number: 08-35653<br>Modified Total: **$37.01**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                       $37.01 | 12/27/2007 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 6981<br>Date Filed: 01/27/2009<br>Docketed Total: $31.89<br>Filing Creditor Name and Address:<br>COLON, KYELIA<br>312 HARRISON ST<br>APT 3B<br>HOBOKEN, NJ 07030 | Claim Holder Name and Address<br>COLON, KYELIA<br>312 HARRISON ST<br>APT 3B<br>HOBOKEN, NJ 07030<br><br>Case Number: 08-35653<br>Docketed Total: **$31.89**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$31.89 | Case Number: 08-35653<br>Modified Total: **$31.89**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$31.89 | 11/2/2006 |
| Claim: 4459<br>Date Filed: 01/21/2009<br>Docketed Total: $140.30<br>Filing Creditor Name and Address:<br>CONTRANCHIS, CHAD<br>5 TEMPLE RD<br>WALTHAM, MA 02452 | Claim Holder Name and Address<br>CONTRANCHIS, CHAD<br>5 TEMPLE RD<br>WALTHAM, MA 02452<br><br>Case Number: 08-35653<br>Docketed Total: **$140.30**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$140.30 | Case Number: 08-35653<br>Modified Total: **$140.30**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$140.30 | 11/1/2007 |
| Claim: 7113<br>Date Filed: 01/28/2009<br>Docketed Total: $171.08<br>Filing Creditor Name and Address:<br>CORBETT, GWENNIFER<br>3204 ERVINS PLACE DR<br>CASTLE HAYNE, NC 28429-0000 | Claim Holder Name and Address<br>CORBETT, GWENNIFER<br>3204 ERVINS PLACE DR<br>CASTLE HAYNE, NC 28429-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$171.08**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$171.08 | Case Number: 08-35653<br>Modified Total: **$171.08**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$171.08 | 11/29/2007 |
| Claim: 4234<br>Date Filed: 01/21/2009<br>Docketed Total: $308.36<br>Filing Creditor Name and Address:<br>CRESER, OLIVIA<br>1477 RIDGE RD<br>NORTH HAVEN, CT 06473-0000 | Claim Holder Name and Address<br>CRESER, OLIVIA<br>1477 RIDGE RD<br>NORTH HAVEN, CT 06473-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$308.36**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$308.36 | Case Number: 08-35653<br>Modified Total: **$308.36**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$308.36 | 8/9/2007, 8/23/2007 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors' Eightieth Omnibus Objection to Claims

Case No. 08-35653 (KRH)          Document    Page 30 of 45    (Reclassification Of Certain Misclassified Miscellaneous

Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 4148<br>Date Filed: 01/20/2009<br>Docketed Total: $80.56<br>Filing Creditor Name and Address:<br>DOLLAND, LAURA<br>924 W 245TH ST<br>HARBOR CITY, CA 90710 | Claim Holder Name and Address<br>DOLLAND, LAURA<br>924 W 245TH ST<br>HARBOR CITY, CA 90710<br><br>Case Number: 08-35654<br>Docketed Total: **$80.56**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                  $80.56 | Case Number: 08-35654<br>Modified Total: **$80.56**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                  $80.56 | 2/6/2008 |
| Claim: 2035<br>Date Filed: 12/30/2008<br>Docketed Total: $406.01<br>Filing Creditor Name and Address:<br>FAIRFIELD, JORDAN BARRETT<br>3201 LAKEWOOD RD<br>SEBRING, FL 33875 | Claim Holder Name and Address<br>FAIRFIELD, JORDAN BARRETT<br>3201 LAKEWOOD RD<br>SEBRING, FL 33875<br><br>Case Number: 08-35653<br>Docketed Total: **$406.01**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $406.01 | Case Number: 08-35653<br>Modified Total: **$406.01**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $406.01 | 1/10/2008 |
| Claim: 9110<br>Date Filed: 01/30/2009<br>Docketed Total: $77.31<br>Filing Creditor Name and Address:<br>FORSBERG, BETHANY<br>405 LEVERETT LN<br>HIGHLAND HEIGHTS, OH<br>44143-0000 | Claim Holder Name and Address<br>FORSBERG, BETHANY<br>405 LEVERETT LN<br>HIGHLAND HEIGHTS,<br>OH 44143-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$77.31**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $77.31 | Case Number: 08-35653<br>Modified Total: **$77.31**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $77.31 | 12/21/2007 |
| Claim: 3074<br>Date Filed: 01/09/2009<br>Docketed Total: $99.34<br>Filing Creditor Name and Address:<br>GILL, MARK<br>828 PRAIRIE SKY WAY<br>O FALLON, MO 63368 | Claim Holder Name and Address<br>GILL, MARK<br>828 PRAIRIE SKY WAY<br>O FALLON, MO 63368<br><br>Case Number: 08-35653<br>Docketed Total: **$99.34**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $99.34 | Case Number: 08-35653<br>Modified Total: **$99.34**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                 $99.34 | 5/3/2007 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 2917<br>Date Filed: 01/05/2009<br>Docketed Total: $383.82<br>Filing Creditor Name and Address:<br>GNEITING, ANDREW<br>508 GREENWOOD RD<br>LINTHICUM, MD 21090-0000 | Claim Holder Name and Address<br>GNEITING, ANDREW<br>508 GREENWOOD RD<br>LINTHICUM, MD 21090-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$383.82**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$383.82 | Case Number: 08-35653<br>Modified Total: **$383.82**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$383.82 | 9/6/2007 |
| Claim: 2994<br>Date Filed: 01/05/2009<br>Docketed Total: $32.57<br>Filing Creditor Name and Address:<br>GOLDSMITH, ZACH<br>9773 TULIP TREE CT<br>LOVELAND, OH 45140-0000 | Claim Holder Name and Address<br>GOLDSMITH, ZACH<br>9773 TULIP TREE CT<br>LOVELAND, OH<br>45140-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$32.57**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$32.57 | Case Number: 08-35653<br>Modified Total: **$32.57**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$32.57 | 9/6/2007 |
| Claim: 4652<br>Date Filed: 01/23/2009<br>Docketed Total: $91.54<br>Filing Creditor Name and Address:<br>GOMEZ, ISAAC<br>1201 E BELL<br>PHARR, TX 78577-0000 | Claim Holder Name and Address<br>GOMEZ, ISAAC<br>1201 E BELL<br>PHARR, TX 78577-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$91.54**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$91.54 | Case Number: 08-35653<br>Modified Total: **$91.54**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$91.54 | 3/6/2008 |
| Claim: 5858<br>Date Filed: 01/26/2009<br>Docketed Total: $247.77<br>Filing Creditor Name and Address:<br>GRIFFITH, JIMMY<br>868 MCLEOD PARC<br>PICKERINGTON, OH 43147-0000 | Claim Holder Name and Address<br>GRIFFITH, JIMMY<br>868 MCLEOD PARC<br>PICKERINGTON, OH<br>43147-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$247.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$247.77 | Case Number: 08-35653<br>Modified Total: **$247.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$247.77 | 9/6/2007 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 5299<br>Date Filed: 01/26/2009<br>Docketed Total: $64.60<br>Filing Creditor Name and Address:<br>HARRIS, BRITTANY<br>2593 PERNA LANE<br>VINELAND, NJ 08361-0000 | Claim Holder Name and Address<br>HARRIS, BRITTANY<br>2593 PERNA LANE<br>VINELAND, NJ<br>08361-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$64.60**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$64.60 | Case Number: 08-35653<br>Modified Total: **$64.60**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$64.60 | 11/1/2007 |
| Claim: 4988<br>Date Filed: 01/21/2009<br>Docketed Total: $63.02<br>Filing Creditor Name and Address:<br>HARRISON, RICHARD<br>1005 CHIPPENHAM RD<br>MECHANICSBURG, PA<br>17050-0000 | Claim Holder Name and Address<br>HARRISON, RICHARD<br>1005 CHIPPENHAM RD<br>MECHANICSBURG,<br>PA 17050-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$63.02**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$63.02 | Case Number: 08-35653<br>Modified Total: **$63.02**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$63.02 | 10/5/2006, 1/25/2007 |
| Claim: 1957<br>Date Filed: 12/26/2008<br>Docketed Total: $404.45<br>Filing Creditor Name and Address:<br>HART, ALEXANDER<br>6188 COVINGTON WAY<br>GOLETA, CA 93117-0000 | Claim Holder Name and Address<br>HART, ALEXANDER<br>6188 COVINGTON WAY<br>GOLETA, CA<br>93117-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$404.45**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$404.45 | Case Number: 08-35653<br>Modified Total: **$404.45**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$404.45 | 5/15/2008 |
| Claim: 2074<br>Date Filed: 01/02/2009<br>Docketed Total: $95.68<br>Filing Creditor Name and Address:<br>HASTINGS, BRETT<br>3464 FANWOOD AVE<br>LONG BEACH, CA 00009-0808 | Claim Holder Name and Address<br>HASTINGS, BRETT<br>3464 FANWOOD AVE<br>LONG BEACH, CA<br>00009-0808<br><br>Case Number: 08-35654<br>Docketed Total: **$95.68**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$95.68 | Case Number: 08-35654<br>Modified Total: **$95.68**<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$95.68 | 2/12/2008 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.     Case 08-35653-KRH     Doc 8185     Filed 07/30/10     Entered 07/30/10 17:14:17     Desc Main
Case No. 08-35653 (KRH)                                    Document         Page 33 of 45

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims)

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 9754<br>Date Filed:     01/30/2009<br>Docketed Total:     $44.65<br>Filing Creditor Name and Address:<br>HORNE, DEVONM<br>113 SOUTH 4TH AVE<br>COATESVILLE, PA 19320-0000 | Claim Holder Name and Address<br>HORNE, DEVON M<br>113 S 4TH AVE<br>COATESVILLE, PA 19320-0000<br><br>Case Number:     08-35653<br>Docketed Total:     **$44.65**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $44.65 | Case Number:     08-35653<br>Modified Total:     **$44.65**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $44.65 | 5/1/2008 |
| Claim: 3267<br>Date Filed:     01/12/2009<br>Docketed Total:     $257.45<br>Filing Creditor Name and Address:<br>HOUGHTALING, KRIS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000 | Claim Holder Name and Address<br>HOUGHTALING, KRIS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000<br><br>Case Number:     08-35653<br>Docketed Total:     **$257.45**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $257.45 | Case Number:     08-35653<br>Modified Total:     **$257.45**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $257.45 | 5/15/2008 |
| Claim: 3269<br>Date Filed:     01/12/2009<br>Docketed Total:     $387.79<br>Filing Creditor Name and Address:<br>HOUGHTALING, KRISS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000 | Claim Holder Name and Address<br>HOUGHTALING, KRISS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000<br><br>Case Number:     08-35653<br>Docketed Total:     **$387.79**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $387.79 | Case Number:     08-35653<br>Modified Total:     **$387.79**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $387.79 | 4/17/2008 |
| Claim: 2098<br>Date Filed:     01/02/2009<br>Docketed Total:     $127.77<br>Filing Creditor Name and Address:<br>JACKSON, PETER<br>142 WARNER ST<br>CINCINNATI, OH 45219-0000 | Claim Holder Name and Address<br>JACKSON, PETER<br>142 WARNER ST<br>CINCINNATI, OH 45219-0000<br><br>Case Number:     08-35653<br>Docketed Total:     **$127.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $127.77 | Case Number:     08-35653<br>Modified Total:     **$127.77**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                                  $127.77 | 10/18/2007 |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 5616<br>Date Filed: 01/27/2009<br>Docketed Total: $245.38<br>Filing Creditor Name and Address:<br>JACKSON, RICHARD<br>1035 AUBREY DR<br>ASHLAND, TN 37015-4518 | Claim Holder Name and Address<br>JACKSON, RICHARD<br>1035 AUBREY DR<br>ASHLAND, TN 37015-4518<br><br>Case Number: 08-35653<br>Docketed Total: **$245.38**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$245.38 | Case Number: 08-35653<br>Modified Total: **$245.38**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$245.38 | 12/31/2007 |
| Claim: 7397<br>Date Filed: 01/29/2009<br>Docketed Total: $124.13<br>Filing Creditor Name and Address:<br>JOHNSON, MICHAEL<br>500 TOFTREES AVE<br>125<br>STATE COLLEGE, PA 16803-0000 | Claim Holder Name and Address<br>JOHNSON, MICHAEL<br>500 TOFTREES AVE<br>125<br>STATE COLLEGE, PA 16803-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$124.13**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$124.13 | Case Number: 08-35653<br>Modified Total: **$124.13**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$124.13 | 10/18/2007 |
| Claim: 3933<br>Date Filed: 01/16/2009<br>Docketed Total: $95.24<br>Filing Creditor Name and Address:<br>JOHNSON, MORGAN<br>132 MEREDITH SQ<br>COLUMBIA, SC 29223-0000 | Claim Holder Name and Address<br>JOHNSON, MORGAN<br>132 MEREDITH SQ<br>COLUMBIA, SC 29223-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$95.24**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$95.24 | Case Number: 08-35653<br>Modified Total: **$95.24**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$95.24 | 10/4/2007 |
| Claim: 2968<br>Date Filed: 01/08/2009<br>Docketed Total: $258.04<br>Filing Creditor Name and Address:<br>KANG, SHINMUN<br>40 40 CLEARVIEW EXPWY<br>2FL<br>BAYSIDE, NY 11361-0000 | Claim Holder Name and Address<br>KANG, SHINMUN<br>40 40 CLEARVIEW EXPWY<br>2FL<br>BAYSIDE, NY 11361-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$258.04**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$258.04 | Case Number: 08-35653<br>Modified Total: **$258.04**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$258.04 | 12/13/2007 |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|---|
| Claim: 9425<br>Date Filed:    01/30/2009<br>Docketed Total:    $28.45<br>Filing Creditor Name and Address:<br>KARCHER, MARY<br>18 OLD FENCE LN<br>NEWARK, DE 19702-0000 | Claim Holder Name and Address<br>KARCHER, MARY<br>18 OLD FENCE LN<br>NEWARK, DE 19702-0000 | Case Number:    08-35653<br>Docketed Total:    **$28.45**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$28.45 | Case Number:    08-35653<br>Modified Total:    **$28.45**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$28.45 | 9/18/2007 |
| Claim: 6321<br>Date Filed:    01/26/2009<br>Docketed Total:    $98.19<br>Filing Creditor Name and Address:<br>KEMP, GREGORY<br>52 MOUNTAIN TEA LANE<br>ALEXANDER, NC 28701-0000 | Claim Holder Name and Address<br>KEMP, GREGORY<br>52 MOUNTAIN TEA LANE<br>ALEXANDER, NC 28701-0000 | Case Number:    08-35653<br>Docketed Total:    **$98.19**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$98.19 | Case Number:    08-35653<br>Modified Total:    **$98.19**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$98.19 | 8/23/2007 |
| Claim: 4710<br>Date Filed:    01/23/2009<br>Docketed Total:    $233.37<br>Filing Creditor Name and Address:<br>LESCISIN, RICHARD<br>55 ELAND DR<br>NORTH FT MYERS, FL<br>33917-0000 | Claim Holder Name and Address<br>LESCISIN, RICHARD<br>55 ELAND DR<br>NORTH FT MYERS, FL 33917-0000 | Case Number:    08-35653<br>Docketed Total:    **$233.37**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$233.37 | Case Number:    08-35653<br>Modified Total:    **$233.37**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$233.37 | 12/27/2007 |
| Claim: 9084<br>Date Filed:    01/30/2009<br>Docketed Total:    $193.30<br>Filing Creditor Name and Address:<br>LINDEMANN, DERRICK<br>2766 IRONGATE PL<br>THOUSAND OAKS, CA<br>91362-0000 | Claim Holder Name and Address<br>LINDEMANN, DERRICK<br>2766 IRONGATE PL<br>THOUSAND OAKS, CA 91362-0000 | Case Number:    08-35654<br>Docketed Total:    **$193.30**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$193.30 | Case Number:    08-35654<br>Modified Total:    **$193.30**<br><br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>$193.30 | 1/24/2008 |

*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | | WAGE CHECK DATE(S) |
|---|---|---|---|---|---|
| Claim: 7116<br>Date Filed:    01/28/2009<br>Docketed Total:    $136.19<br>Filing Creditor Name and Address:<br>LITTLE, JOSEPH<br>1542 WYOMING CT<br>RENO, NV 89503 | Claim Holder Name and Address<br>LITTLE, JOSEPH<br>1542 WYOMING CT<br>RENO, NV 89503 | Case Number:    08-35653<br>Docketed Total:    **$136.19**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $136.19 | | Case Number:    08-35653<br>Modified Total:    **$136.19**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $136.19 | 4/19/2007 |
| Claim: 2563<br>Date Filed:    01/05/2009<br>Docketed Total:    $183.39<br>Filing Creditor Name and Address:<br>LOFTMAN, ADAM<br>154 TIMBER RIDGE DRIVE<br>STATEN ISLAND, NY 10306-0000 | Claim Holder Name and Address<br>LOFTMAN, ADAM<br>154 TIMBER RIDGE DRIVE<br>STATEN ISLAND, NY 10306-0000 | Case Number:    08-35653<br>Docketed Total:    **$183.39**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $183.39 | | Case Number:    08-35653<br>Modified Total:    **$183.39**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $183.39 | 12/28/2006 |
| Claim: 2028<br>Date Filed:    12/30/2008<br>Docketed Total:    $123.31<br>Filing Creditor Name and Address:<br>LONG, JOHN<br>5957 MARVILLE CIRLCE<br>PORT ORANGE, FL 32127-0000 | Claim Holder Name and Address<br>LONG, JOHN<br>5957 MARVILLE CIRLCE<br>PORT ORANGE, FL 32127-0000 | Case Number:    08-35653<br>Docketed Total:    **$123.31**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $123.31 | | Case Number:    08-35653<br>Modified Total:    **$123.31**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $123.31 | 8/23/2007 |
| Claim: 3558<br>Date Filed:    01/13/2009<br>Docketed Total:    $144.01<br>Filing Creditor Name and Address:<br>LOPEZ, CHRISTOPHER<br>2632 CROWN CT<br>UNION CITY, CA 94587-1820 | Claim Holder Name and Address<br>LOPEZ, CHRISTOPHER<br>2632 CROWN CT<br>UNION CITY, CA 94587-1820 | Case Number:    08-35653<br>Docketed Total:    **$144.01**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $144.01 | | Case Number:    08-35653<br>Modified Total:    **$144.01**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                $144.01 | 12/13/2007 |

*        "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors' Eightieth Omnibus Objection to Claims
Case No. 08-35653 (KRH)                                Document        Page 37 of 45                          (Reclassification Of Certain Misclassified Miscellaneous
                                                                                                                        Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 2436<br>Date Filed: 01/05/2009<br>Docketed Total: $173.69<br>Filing Creditor Name and Address:<br>MARIN, KERRY<br>11 APRIL LANE<br>FREDERICKSBURG, VA<br>22406-0000 | Claim Holder Name and Address<br>MARIN, KERRY<br>11 APRIL LANE<br>FREDERICKSBURG, VA 22406-0000<br><br>Case Number: 08-35653<br>Docketed Total: $173.69<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$173.69 | Case Number: 08-35653<br>Modified Total: $173.69<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$173.69 | 1/10/2008 |
| Claim: 3511<br>Date Filed: 01/13/2009<br>Docketed Total: $108.29<br>Filing Creditor Name and Address:<br>MCKOY, BRITTANY<br>5351 OVERDALE DRIVE<br>LOS ANGELES, CA 90043-0000 | Claim Holder Name and Address<br>MCKOY, BRITTANY<br>5351 OVERDALE DRIVE<br>LOS ANGELES, CA 90043-0000<br><br>Case Number: 08-35653<br>Docketed Total: $108.29<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$108.29 | Case Number: 08-35653<br>Modified Total: $108.29<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$108.29 | 8/9/2007 |
| Claim: 8045<br>Date Filed: 01/28/2009<br>Docketed Total: $30.42<br>Filing Creditor Name and Address:<br>MCMURRAY, LAQUITA<br>4900 DELIVAU<br>CHARLOTTE, NC 28215 | Claim Holder Name and Address<br>MCMURRAY, LAQUITA<br>4900 DELIVAU<br>CHARLOTTE, NC 28215<br><br>Case Number: 08-35653<br>Docketed Total: $30.42<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$30.42 | Case Number: 08-35653<br>Modified Total: $30.42<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$30.42 | 3/21/2008 |
| Claim: 4600<br>Date Filed: 01/20/2009<br>Docketed Total: $67.18<br>Filing Creditor Name and Address:<br>MORRISSEY, RYAN<br>7944 TANGLEOAK LN<br>CASTLE ROCK, CO 80108-0000 | Claim Holder Name and Address<br>MORRISSEY, RYAN<br>7944 TANGLEOAK LN<br>CASTLE ROCK, CO 80108-0000<br><br>Case Number: 08-35653<br>Docketed Total: $67.18<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$67.18 | Case Number: 08-35653<br>Modified Total: $67.18<br><br>503(b)(9)　Admin　Secured　Priority　Unsecured<br>　　　　　　　　　　　　　　　　　　$67.18 | 5/1/2008 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors Eightieth Omnibus Objection to Claims

Case No. 08-35653 (KRH)         Document     Page 38 of 45     Desc Main      (Reclassification Of Certain Misclassified Miscellaneous

Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 4227<br>Date Filed: 01/21/2009<br>Docketed Total: $400.00<br>Filing Creditor Name and Address:<br>NESBITT, KEITH JAMES<br>8344 S BALTIMORE<br>CHICAGO, IL 60617 | Claim Holder Name and Address<br>NESBITT, KEITH JAMES<br>8344 S BALTIMORE<br>CHICAGO, IL 60617<br><br>Case Number: 08-35653<br>Docketed Total: **$400.00**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$400.00 | Case Number: 08-35653<br>Modified Total: **$400.00**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$400.00 | 11/15/2007 |
| Claim: 4454<br>Date Filed: 01/21/2009<br>Docketed Total: $116.74<br>Filing Creditor Name and Address:<br>NOYCE, NICK<br>9764 ALTAMONT DR<br>SANDY, UT 84092-0000 | Claim Holder Name and Address<br>NOYCE, NICK<br>9764 ALTAMONT DR<br>SANDY, UT 84092-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$116.74**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$116.74 | Case Number: 08-35653<br>Modified Total: **$116.74**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$116.74 | 5/1/2008 |
| Claim: 5552<br>Date Filed: 01/26/2009<br>Docketed Total: $216.98<br>Filing Creditor Name and Address:<br>PASTERNAK, ARTHUR<br>7255 BERKELEY DR<br>LA MESA, CA 91941-0000 | Claim Holder Name and Address<br>PASTERNAK, ARTHUR<br>7255 BERKELEY DR<br>LA MESA, CA 91941-0000<br><br>Case Number: 08-35654<br>Docketed Total: **$216.98**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$216.98 | Case Number: 08-35654<br>Modified Total: **$216.98**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$216.98 | 1/24/2008, 2/7/2008 |
| Claim: 3984<br>Date Filed: 01/13/2009<br>Docketed Total: $87.93<br>Filing Creditor Name and Address:<br>PEARSE, IAN<br>2009 MEADOW VIEW DR NW<br>ALBUQUERQUE, NM 87104-2515 | Claim Holder Name and Address<br>PEARSE, IAN<br>2009 MEADOW VIEW DR NW<br>ALBUQUERQUE, NM 87104-2515<br><br>Case Number: 08-35654<br>Docketed Total: **$87.93**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$87.93 | Case Number: 08-35654<br>Modified Total: **$87.93**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured<br>$87.93 | 5/15/2008 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors' Eighth Omnibus Objection to Claims

Case No. 08-35653 (KRH)        Document     Page 39 of 45     (Reclassification Of Certain Misclassified Miscellaneous

Claims And Misclassified Wage Check Claims)

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 4249<br>Date Filed: 01/21/2009<br>Docketed Total: $41.88<br>Filing Creditor Name and Address:<br>PETYKOWSKI, SEAN<br>330 S ROSE ST<br>PALATINE, IL 60067-0000 | Claim Holder Name and Address<br>PETYKOWSKI, SEAN<br>330 S ROSE ST<br>PALATINE, IL 60067-0000<br><br>Case Number: 08-35653<br>Docketed Total: $41.88<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$41.88 | Case Number: 08-35653<br>Modified Total: $41.88<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$41.88 | 11/16/2006 |
| Claim: 2794<br>Date Filed: 01/06/2009<br>Docketed Total: $225.41<br>Filing Creditor Name and Address:<br>PRICER, BRITTANY<br>1418 OAK GROVE DR<br>ROSEVILLE, CA 95747-0000 | Claim Holder Name and Address<br>PRICER, BRITTANY<br>1418 OAK GROVE DR<br>ROSEVILLE, CA 95747-0000<br><br>Case Number: 08-35653<br>Docketed Total: $225.41<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$225.41 | Case Number: 08-35653<br>Modified Total: $225.41<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$225.41 | 6/14/2007 |
| Claim: 2356<br>Date Filed: 01/05/2009<br>Docketed Total: $30.36<br>Filing Creditor Name and Address:<br>PRITCHARD, JAY<br>28 MAPLE VALLEY CRES<br>ROCHESTER, NY 00001-4623 | Claim Holder Name and Address<br>PRITCHARD, JAY<br>28 MAPLE VALLEY CRES<br>ROCHESTER, NY 00001-4623<br><br>Case Number: 08-35653<br>Docketed Total: $30.36<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$30.36 | Case Number: 08-35653<br>Modified Total: $30.36<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$30.36 | 4/27/2007 |
| Claim: 2097<br>Date Filed: 01/02/2009<br>Docketed Total: $66.76<br>Filing Creditor Name and Address:<br>PUNGTY, GEORGE<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000 | Claim Holder Name and Address<br>PUNGTY, GEORGE<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000<br><br>Case Number: 08-35653<br>Docketed Total: $66.76<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$66.76 | Case Number: 08-35653<br>Modified Total: $66.76<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$66.76 | 12/11/2007 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 5106<br>Date Filed: 01/22/2009<br>Docketed Total: $115.19<br>Filing Creditor Name and Address:<br>RABUN, DEVON<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244 | Claim Holder Name and Address<br>RABUN, DEVON<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244<br><br>Case Number: 08-35653<br>Docketed Total: $115.19<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$115.19 | Case Number: 08-35653<br>Modified Total: $115.19<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$115.19 | 1/24/2008 |
| Claim: 2784<br>Date Filed: 01/05/2009<br>Docketed Total: $78.30<br>Filing Creditor Name and Address:<br>RAK, DAVID<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000 | Claim Holder Name and Address<br>RAK, DAVID<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000<br><br>Case Number: 08-35653<br>Docketed Total: $78.30<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$78.30 | Case Number: 08-35653<br>Modified Total: $78.30<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$78.30 | 9/20/2007 |
| Claim: 4025<br>Date Filed: 01/19/2009<br>Docketed Total: $123.86<br>Filing Creditor Name and Address:<br>RASMUSSEN, ADRIAN<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062 | Claim Holder Name and Address<br>RASMUSSEN, ADRIAN<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062<br><br>Case Number: 08-35654<br>Docketed Total: $123.86<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$123.86 | Case Number: 08-35654<br>Modified Total: $123.86<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$123.86 | 12/18/2007 |
| Claim: 4149<br>Date Filed: 01/20/2009<br>Docketed Total: $63.30<br>Filing Creditor Name and Address:<br>RIVERS, MONIQUE<br>6204 60TH PLACE<br>RIVERDALE, MD 00002-0737 | Claim Holder Name and Address<br>RIVERS, MONIQUE<br>6204 60TH PLACE<br>RIVERDALE, MD 00002-0737<br><br>Case Number: 08-35653<br>Docketed Total: $63.30<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$63.30 | Case Number: 08-35653<br>Modified Total: $63.30<br><br>503(b)(9) Admin Secured Priority Unsecured<br>$63.30 | 6/15/2007 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors' Eightieth Omnibus Objection to Claims

Case No. 08-35653 (KRH)       Document     Page 41 of 45      Desc Main      (Reclassification Of Certain Misclassified Miscellaneous Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|---|
| Claim: 6873<br>Date Filed: 01/27/2009<br>Docketed Total: $250.76<br>Filing Creditor Name and Address:<br>RODRIGUEZ, RALPH<br>471 BEECHWOOD AVE<br>BRIDGEPORT, CT 06604-0000 | Claim Holder Name and Address<br>RODRIGUEZ, RALPH<br>471 BEECHWOOD AVE<br>BRIDGEPORT, CT 06604-0000 | Case Number: 08-35653<br>Docketed Total: **$250.76**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $250.76 | Case Number: 08-35653<br>Modified Total: **$250.76**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $250.76 | 1/24/2008 |
| Claim: 4283<br>Date Filed: 01/20/2009<br>Docketed Total: $163.81<br>Filing Creditor Name and Address:<br>SAMPSON, DAVID<br>5714 RIDGE AVE<br>CINCINNATI, OH 45213-0000 | Claim Holder Name and Address<br>SAMPSON, DAVID<br>5714 RIDGE AVE<br>CINCINNATI, OH 45213-0000 | Case Number: 08-35653<br>Docketed Total: **$163.81**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $163.81 | Case Number: 08-35653<br>Modified Total: **$163.81**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $163.81 | 12/13/2007 |
| Claim: 3388<br>Date Filed: 01/12/2009<br>Docketed Total: $47.25<br>Filing Creditor Name and Address:<br>SANTOS, ANDREW<br>4143 SUNRISE CREEK DR<br>SAN ANTONIO, TX 78244-0000 | Claim Holder Name and Address<br>SANTOS, ANDREW<br>4143 SUNRISE CREEK DR<br>SAN ANTONIO, TX 78244-0000 | Case Number: 08-35653<br>Docketed Total: **$47.25**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $47.25 | Case Number: 08-35653<br>Modified Total: **$47.25**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $47.25 | 12/27/2007, 1/24/2008 |
| Claim: 8672<br>Date Filed: 01/26/2009<br>Docketed Total: $62.97<br>Filing Creditor Name and Address:<br>SEARS, JUSTIN LEE<br>9282 CHAPS LN<br>PALO CEDRO, CA 96073 | Claim Holder Name and Address<br>SEARS, JUSTIN LEE<br>9282 CHAPS LN<br>PALO CEDRO, CA 96073 | Case Number: 08-35654<br>Docketed Total: **$62.97**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $62.97 | Case Number: 08-35654<br>Modified Total: **$62.97**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>     $62.97 | 4/3/2008 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors' Eightieth Omnibus Objection to Claims

Case No. 08-35653 (KRH)                         Document      Page 42 of 45                (Reclassification Of Certain Misclassified Miscellaneous

Claims And Misclassified Wage Check Claims)

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 5989<br>Date Filed: 01/09/2009<br>Docketed Total: $90.29<br>Filing Creditor Name and Address:<br>SHAUGHNESSY, COLLIN<br>903 FERNWOOD DRIVE<br>JONESBORO, AR 72401-0000 | Claim Holder Name and Address<br>SHAUGHNESSY, COLLIN<br>903 FERNWOOD DRIVE<br>JONESBORO, AR 72401-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$90.29**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $90.29 | Case Number: 08-35653<br>Modified Total: **$90.29**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $90.29 | 3/6/2008 |
| Claim: 4324<br>Date Filed: 01/20/2009<br>Docketed Total: $92.13<br>Filing Creditor Name and Address:<br>SLAUGHTER, LEONARD<br>12341 SOUTH LOVELAND ST<br>ALSIP, IL 60803-0000 | Claim Holder Name and Address<br>SLAUGHTER, LEONARD<br>12341 SOUTH LOVELAND ST<br>ALSIP, IL 60803-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$92.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $92.13 | Case Number: 08-35653<br>Modified Total: **$92.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $92.13 | 3/20/2008 |
| Claim: 2899<br>Date Filed: 01/06/2009<br>Docketed Total: $84.30<br>Filing Creditor Name and Address:<br>SWEET, SCOTT<br>8283 118TH AVE N<br>LARGO, FL 33773-0000 | Claim Holder Name and Address<br>SWEET, SCOTT<br>8283 118TH AVE N<br>LARGO, FL 33773-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$84.30**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $84.30 | Case Number: 08-35653<br>Modified Total: **$84.30**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $84.30 | 12/27/2007 |
| Claim: 3059<br>Date Filed: 01/09/2009<br>Docketed Total: $71.06<br>Filing Creditor Name and Address:<br>TAYLOR, TRAVIS<br>29520 JOHN R RD<br>MADISON HTS, MI 48071-2562 | Claim Holder Name and Address<br>TAYLOR, TRAVIS<br>29520 JOHN R RD<br>MADISON HTS, MI 48071-2562<br><br>Case Number: 08-35653<br>Docketed Total: **$71.06**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $71.06 | Case Number: 08-35653<br>Modified Total: **$71.06**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>                                $71.06 | 2/21/2008 |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 3379<br>Date Filed:  01/12/2009<br>Docketed Total:  $73.13<br>Filing Creditor Name and Address:<br>TEACHOUT, BRIAN<br>51 E ALEXA CT<br>BOZEMAN, MT 59718-6610 | Claim Holder Name and Address<br>TEACHOUT, BRIAN<br>51 E ALEXA CT<br>BOZEMAN, MT 59718-6610<br><br>Case Number:  08-35653<br>Docketed Total:  **$73.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$73.13 | Case Number:  08-35653<br>Modified Total:  **$73.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$73.13 | 5/17/2007 |
| Claim: 3966<br>Date Filed:  01/15/2009<br>Docketed Total:  $154.36<br>Filing Creditor Name and Address:<br>TOAL, JOHN<br>281 NATHAN CT<br>CLIFFWOOD, NJ 07721-0000 | Claim Holder Name and Address<br>TOAL, JOHN<br>281 NATHAN CT<br>CLIFFWOOD, NJ 07721-0000<br><br>Case Number:  08-35653<br>Docketed Total:  **$154.36**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$154.36 | Case Number:  08-35653<br>Modified Total:  **$154.36**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$154.36 | 9/6/2007 |
| Claim: 6785<br>Date Filed:  01/28/2009<br>Docketed Total:  $150.92<br>Filing Creditor Name and Address:<br>VAUGHAN, PAUL<br>372 S FRANKLIN ST<br>WILKES BARRE, PA 18766-0000 | Claim Holder Name and Address<br>VAUGHAN, PAUL<br>372 S FRANKLIN ST<br>WILKES BARRE, PA 18766-0000<br><br>Case Number:  08-35653<br>Docketed Total:  **$150.92**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$150.92 | Case Number:  08-35653<br>Modified Total:  **$150.92**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$150.92 | 12/28/2006 |
| Claim: 5922<br>Date Filed:  01/26/2009<br>Docketed Total:  $61.13<br>Filing Creditor Name and Address:<br>WALKER, SHAQUANA<br>115 HAMMERBECK RD<br>SUMMERVILLE, SC 29483-0000 | Claim Holder Name and Address<br>WALKER, SHAQUANA<br>115 HAMMERBECK RD<br>SUMMERVILLE, SC 29483-0000<br><br>Case Number:  08-35653<br>Docketed Total:  **$61.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$61.13 | Case Number:  08-35653<br>Modified Total:  **$61.13**<br><br>503(b)(9)   Admin   Secured   Priority   Unsecured<br>$61.13 | 9/20/2007 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT D**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 3198<br>Date Filed: 01/12/2009<br>Docketed Total: $103.56<br>Filing Creditor Name and Address:<br>WALL, GREG<br>5320 NAVIGATION CT<br>FAIR OAKS, CA 95628-0000 | Claim Holder Name and Address<br>WALL, GREG<br>5320 NAVIGATION CT<br>FAIR OAKS, CA 95628-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$103.56**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $103.56 | Case Number: 08-35653<br>Modified Total: **$103.56**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $103.56 | 4/17/2008 |
| Claim: 2504<br>Date Filed: 01/05/2009<br>Docketed Total: $87.00<br>Filing Creditor Name and Address:<br>WELCH, NATHAN<br>13547 W MONTANA PLACE<br>LAKEWOOD, CO 00008-0228 | Claim Holder Name and Address<br>WELCH, NATHAN<br>13547 W MONTANA PLACE<br>LAKEWOOD, CO 00008-0228<br><br>Case Number: 08-35654<br>Docketed Total: **$87.00**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $87.00 | Case Number: 08-35654<br>Modified Total: **$87.00**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $87.00 | 3/20/2008 |
| Claim: 5308<br>Date Filed: 01/23/2009<br>Docketed Total: $87.35<br>Filing Creditor Name and Address:<br>WILLIAMS, SHELTON<br>533 SHADOW VALLEY CT<br>LITHONIA, GA 30058-3269 | Claim Holder Name and Address<br>WILLIAMS, SHELTON<br>533 SHADOW VALLEY CT<br>LITHONIA, GA 30058-3269<br><br>Case Number: 08-35653<br>Docketed Total: **$87.35**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $87.35 | Case Number: 08-35653<br>Modified Total: **$87.35**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $87.35 | 10/4/2007 |
| Claim: 2747<br>Date Filed: 01/06/2009<br>Docketed Total: $405.47<br>Filing Creditor Name and Address:<br>ZAPPITIELLI, PAUL<br>29 29 211 ST<br>BAYSIDE, NY 11360-0000 | Claim Holder Name and Address<br>ZAPPITIELLI, PAUL<br>29 29 211 ST<br>BAYSIDE, NY 11360-0000<br><br>Case Number: 08-35653<br>Docketed Total: **$405.47**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $405.47 | Case Number: 08-35653<br>Modified Total: **$405.47**<br><br>503(b)(9)  Admin  Secured  Priority  Unsecured $405.47 | 11/16/2006, 1/25/2007 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.    Case 08-35653-KRH    Doc 8185    Filed 07/30/10    Entered 07/30/10 17:14:17    Debtors Eightieth Omnibus Objection to Claims
Case No. 08-35653 (KRH)                    Document        Page 45 of 45                    (Reclassification Of Certain Misclassified Miscellaneous
                                                                                            Claims And Misclassified Wage Check Claims)

EXHIBIT D

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED | WAGE CHECK DATE(S) |
|---|---|---|---|
| Claim: 8325<br>Date Filed:    01/29/2009<br>Docketed Total:    $93.83<br>Filing Creditor Name and Address:<br>ZECHMAN, ASHLEY<br>150 REVERE RD<br>STEWARTSVILLE, NJ 08886-0000 | Claim Holder Name and Address<br>ZECHMAN, ASHLEY<br>150 REVERE RD<br>STEWARTSVILLE, NJ 08886-0000<br><br>Case Number:    08-35653<br>Docketed Total:    **$93.83**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                    $93.83 | Case Number:    08-35653<br>Modified Total:    **$93.83**<br><br>503(b)(9)    Admin    Secured    Priority    Unsecured<br>                                                                    $93.83 | 11/29/2007 |
|  |  | **Total Claims To Be Modified: 77**<br><br>**Total Amount As Docketed:**    $11,025.29<br><br>**Total Amount As Modified:**    $11,025.29 |  |

\*    "UNL" denotes an unliquidated claim.