UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Chapter 11 |
| ) | Voluntary |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT, pursuant to 11 U.S.C. § 1109(b) and Rules 9010(b) and 2002(g) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters an appearance as counsel in the above-styled bankruptcy case for Mitsubishi Digital Electronics America, Inc. and requests that he be served with copies of all notices and pleadings given or required to be given pursuant to the Bankruptcy Code or rules which are issued by the Clerk of the Court, as well as all other pleadings and/or notices served or required to be served by the Debtors or any other interested party in these proceedings pursuant to 11 U.S.C. §§ 102(1) and 342 and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure. All notices should be sent to the following:

        Philip C. Baxa, Esquire
        Sands Anderson PC
        P.O. Box 1998
        1111 E. Main Street, 24th Floor (23219)
        Richmond, VA 23218-1998
        Tel: (804) 783-7235
        Fax: (804) 783-7291
        Email: pbaxa@sandsanderson.com

Submitted: August 4, 2010    By:    /s/ Philip C. Baxa
                                                Philip C. Baxa, Esquire (VSB No. 22977)
                                                Sands Anderson PC
                                                P.O. Box 1998
                                                1111 E. Main Street, 24th Floor (23219)
                                                Richmond, VA 23218-1998
                                                Tel: (804) 783-7235
                                                Fax: (804) 783-7291
                                                Counsel for Mitsubishi Digital Electronics
                                                         America, Inc.

## CERTIFICATE OF SERVICE

     I certify that on August 4, 2010, I will electronically file the foregoing Notice of Appearance and Request for Notices with the Clerk of the Court using the CM/ECF system, and send a true and correct copy of the foregoing Notice and Request via first-class mail, postage prepaid, on August 4, 2010, to:

     Greg M. Galardi
     Skadden, Arps, Slate, Meagher & Flom LLP
     One Rodney Square
     P.O. Box 636
     Wilmington, DE 19899

     Dion W. Hayes
     McGuireWoods LLP
     One James Center
     901 E. Cary Street
     Richmond, VA 23219

                                                                      /s/   Philip C. Baxa