# COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | JOSHUA D. MCKARCHER<br>TEL 202.662.5223<br>FAX 202.778.5223<br>JMCKARCHER @ COV.COM |

August 4, 2010

Suzanne French
Office of the Clerk of Court
U.S. Bankruptcy Court, Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Re:  Circuit City Stores, Inc. – Case No. 08-35653 (KRH)

Dear Ms. French:

      Please accept this letter as authorization for you to destroy the Clerk's hard copy of Apex Digital, Inc.'s items designated to be included in the record on appeal (Docket No. 7408), sent to your office on May 4, 2010.

      Please call me if you have any questions.

Respectfully,

*Joshua McKarcher*

Joshua D. McKarcher

cc:  Sharon Z. Weiss, Esq.