Gregg M. Galardi, Esq.                  Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                 Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &         MCGUIREWOODS LLP
FLOM, LLP                               One James Center
One Rodney Square                       901 E. Cary Street
PO Box 636                              Richmond, Virginia 23219
Wilmington, Delaware 19899-0636         (804) 775-1000
(302) 651-3000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF VIRGINIA
                           RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - x

**ORDER ON DEBTORS' SEVENTY-NINTH OMNIBUS OBJECTION
TO CLAIMS (DISALLOWANCE OF CERTAIN LEGAL CLAIMS)**

THIS MATTER having come before the Court on the

Debtors' Seventy-Ninth Omnibus Objection to Claims

(Disallowance of Certain Legal Claims) (the "Objection"),[1]

which requested, among other things, that the claims

specifically identified on Exhibit C attached to the

_____

[1] Capitalized terms not otherwise defined herein shall have the meanings
ascribed to such terms in the Objection.

Objection be disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.    The Objection is SUSTAINED as set forth herein.

2.    The Claims identified on Exhibit A as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

3.    The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to August 23, 2010 at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

2

4.   The Objection is withdrawn without prejudice as to the claim identified on Exhibit C (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claim on Exhibit C on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

5.   The Debtors' rights to object to any claim, including (without limitation) the Legal Claims included in the Objection, on any grounds that the applicable law permits are not waived and are expressly reserved.

6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

Dated: Richmond, Virginia

Jul 30 2010 , 2010

/s/ Kevin R. Huennekens

HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

Entered on docket:  August 2, 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    /s/ Douglas M. Foley
                    Douglas M. Foley

\13704116

In re: Circuit City Stores, Inc, et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ADEOYE ODUTOLA<br>9736 W 10TH CT<br>WICHITA, KS 67212 | 14662 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $800.00<br><br>$800.00 | 09/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ADRIENNE DAVIS<br>MARIE A MATTOX PA<br>310 E BRADFORD RD<br>TALLAHASSEE, FL 32303 | 14829 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $168,000.00<br><br>$168,000.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| AKHTER, KHANAM FATIMA<br>RIMLAND & ASSOCIATES<br>32 COURT ST STE 1506<br>BROOKLYN, NY 11201 | 5111 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $500,000.00<br><br>$500,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ALSOUFI, GHINA<br>8294 GROGANS FERRY RD<br>ATLANTA, GA 30350 | 9695 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $118.00<br><br>$118.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 9474 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY PROPERTIES, LLC (08-35661) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                        Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                          (No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 6605 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $200,000.00<br><br>$200,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ARAUJO, MARIA<br>C O POPE & JABUREK PC<br>1 E WACKER NO 620<br>CHICAGO, IL 60601 | 8719 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| BATEMAN, DANNY<br>3209 WEST END AVE<br>NASHVILLE, TN 37203 | 6431 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $100,000.00<br><br>$100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BISHOP DWAYNE FUNCHES<br>INDIVIDUALLY AND AS<br>INDEPENDENT EXECUTOR OF THE<br>ESTATES OF TRAVIS FUNCHES<br>DIONE FUNCHES AND DWAYNE<br>FUNC<br>LISA TAYLOR HUDSON ESQ<br>SANDS ANDERSON MARKS &<br>MILLER PC<br>801 E MAIN ST STE 1800<br>PO BOX 1998<br>RICHMOND, VA 23218-1998 | 9272 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,000,000.00<br><br>$3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRADLEY, VERONICA<br>PO BOX 960483<br>RIVERDALE, GA 30296 | 8968 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BRESNOCK, DONNA<br>509 WOODLAND AVE<br>GLENDORA, NJ 08029 | 7175 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BREWER, JUDY<br>11665 NERO DR<br>FLORISSANT, MO 63033 | 4217 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$300,000.00<br><br>$300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BROOKS, BARBARA<br>PO BOX 5385<br>CLEVELAND, TN 37320 | 4053 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BUCHER, CYNTHIA<br>14360 N HWY 6<br>VALLEY MILLS, TX 76689 | 8600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BURRELL, PATTY<br>DAVID L DAWSON ATTORNEY<br>PO BOX 14716<br>BATON ROUGE, LA 70898 | 6867 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$150,000.00<br><br>$150,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CAMACHO, FREDDY<br>9608 TWEEDY LN<br>DOWNEY, CA 90240-3141 | 8856 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1.00<br><br>$1.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CARTER, ARTIE<br>124 E 95TH ST<br>CHICAGO, IL 60619 | 11647 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 02/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CHAD PORTER A MINOR<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8604 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CLARKE, GORDON<br>C O BRIAN T WILSON ESQ<br>719 VASSAR ST<br>ORLANDO, FL 32804 | 8964 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$135,000.00<br><br>$135,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CLINTON & CLINTON<br>C O DAVID CLINTON<br>100 OCEANGATE 14TH FL<br>LONG BEACH, CA 90802 | 9297 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $48,405.35<br><br>$48,405.35 | 01/30/2009 | CIRCUIT CITY STORES<br>WEST COAST, INC.<br>(08-35654) |
| CLINTON & CLINTON<br>JILL A PACK<br>100 OCEANGATE 14TH FL<br>LONG BEACH, CA 90802 | 13533 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $3,623.12<br><br>$3,623.12 | 06/19/2009 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| COFFMAN, DAVID ESTATE OF<br>12436 GAYTON STATION BLVD<br>RICHMOND, VA 23233 | 9912 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,000,000.00<br><br>$2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| COOPER JR, GLENN RAY<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8606 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $100,000.00<br><br>$100,000.00 | 01/30/2009 | CIRCUIT CITY STORES,<br>INC. (08-35653) |
| COOPER, ANNETTE<br>BRANDON LANE<br>SAMMONS & LANE PC<br>3304 S BROADWAY STE 205<br>TYLER, TX 75707 | 8608 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $200,000.00<br><br>$200,000.00 | 01/30/2009 | CIRCUIT CITY STORES,<br>INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CORMIER, JOSEPH BOWMAN<br>804 E ALEXANDER ST<br>LAFAYETTE, LA 70501 | 7758 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,000.00<br><br>$3,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| CORTEZ, DANIEL<br>218 COLLEGE AVE<br>MODESTO, CA 95350 | 8673 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,000,000.00<br><br>$1,000,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| COUNSEL FOR STEPHEN REED<br>CLINT BUTLER ESQ<br>MCKINNEY BRASWELL & BUTLER<br>PO BOX 19006<br>HUNTSVILLE, AL 35804 | 14469 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$17,000.00<br><br>$17,000.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COYNE, JOANNE<br>28 4TH ST<br>PEQUANNOCK, NJ 07440 | 9018 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| CYNTHIA OLLOWAY INDIVIDUALLY AS A SPECIAL ADMINISTRATOR OF THE ESTATE OF CEDRIC COY LANGSTON JR A DECEASED MINOR LISA TAYLOR HUDSON ESQ SANDS ANDERSON MARKS & MILLER PC 801 E MAIN ST STE 1800 PO BOX 1998 RICHMOND, VA 23218-1998 | 9274 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,000,000.00 $3,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DARE, JEANNE 207 SNEAD DR FAIRFIELD BAY, AR 72088 | 2507 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,000.00 $3,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, CLEAVON 128 RUNAWAY BAY DR APT 203 VIRGINIA BCH, VA 23452 | 3423 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,264.57 $2,264.57 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DAVIS, DANECE D 7106 NORTH 50TH ST TAMPA, FL 33617 | 4033 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $500.00 $500.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                   Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                         (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DE FILIPPO, DOLORES<br>8 LAURETTEA DR<br>EAST BRUNSWICK, NJ 08816 | 2680 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | UNL<br><br>UNL | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DE LEON, YOLANDA<br>2809 WEST 8TH ST APT 205<br>LOS ANGELES, CA 90005 | 5918 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $75,000.00<br><br>$75,000.00 | 01/26/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| DEESE, WESTON<br>3315 HEIGHTS RAVENNA RD<br>MUSKEGON, MI 49444 | 8389 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $250,000.00<br><br>$250,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DESENA, JAMES<br>940 SPANISH CAY DR<br>MERRITT ISLAND, FL 32952 | 5932 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,579.92<br><br>$2,579.92 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| DIO DATI, KEITH<br>RONALD K FRIEDMAN ESQ PLLC<br>1073 MAIN ST STE 205<br>FISHKILL, NY 12524 | 4049 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $100,000.00<br><br>$100,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| DUNWELL, DONOVAN CHIARIELLO & CHIARIELLO 118 21 QUEENS BLVD FOREST HILLS, NY 11375 | 2210 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $250,000.00 $250,000.00 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| ECK, WAYANE AND DEBBIE 1321 12TH AVE NW NEW BRIGHTON, MN 55112 | 3908 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $529.57 $529.57 | 01/15/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EDWARDS, DONNA 9234 CHERRY LANE LAUREL, MD 20708 | 3006 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $613.36 $613.36 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMC INSURANCE COMPANIES PO BOX 712 DES MOINES, IA 50306 | 14717 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $9,275.92 $9,275.92 | 10/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EMPIRE HEALTHCHOICE ASSURANCE INC DBA EMPIRE BLUE CROSS BLUE SHIELD ATTN LOUIS BENZA ESQ EMPIRE BLUE CROSS SHIELD 15 METRO TECH CTR 6TH FL BROOKLYN, NY 11201 | 4885 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S  NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| EVAN W THOMAS<br>225 ANN DR<br>FAYETTEVILLE, PA 17222 | 14393 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 06/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FERNANDO C SANTILLAN<br>EMPLOYMENT DEVELOPMENT DEPARTMENT<br>LOS ANGELES ADJUDICATION CTR<br>PO BOX 15011<br>LOS ANGELES, CA 90015-0011 | 13591 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 06/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FIORETTI, MICHAEL EDWARD<br>4783 LAKE VALLEY DR APT 1B<br>LISLE, IL 60532 | 4909 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$350,000.00<br><br>$350,000.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FLEMING, ROBERT A<br>518 PAWNEE ST APT 2<br>BETHLEHEM, PA 18015 | 4176 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/20/2009 | CC DISTRIBUTION COMPANY OF VIRGINIA, INC. (08-35659) |
| FRANCO, IRENE<br>1225 LA PUERTA<br>LOS ANGELES, CA 90023 | 5554 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/16/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                    Debtors' Twenty-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                              (No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GARCIA, ALICE<br>516 CANYON<br>BROWNFIELD, TX 79316 | 8449 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,007.73<br><br><br>$1,007.73 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GARCIA, MARTIN<br>PO BOX 563<br>BELLFLOWER, CA 90707 | 3797 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$134,305.00<br><br><br>$134,305.00 | 01/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GEORGE NOUJEIM<br>EMPLOYMENT DEVELOPMENT<br>DEPARTMENT<br>SACRAMENTO ADJUDICATION<br>CENTER<br>PO BOX 937<br>ELK GROVE, CA 95759-0937 | 13684 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br><br>UNL | 05/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRANTHAM, JENNIFER<br>JOHN M DUNN<br>616 S MAIN ST<br>SUITE 206<br>TULSA, OK 74119-1260 | 3317 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$538.20<br><br><br>$538.20 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GROMEK, ERICK<br>17200 EAST 10 MILE RD  STE 100<br>EASTPOINTE, MI 48021 | 6566 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$10,000.00<br><br><br>$10,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*        "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., Debtors' Seventy-Ninth Omnibus Objection to Claims

Case No. 08-35653-KRH

(No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HADDAD RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 13255 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $577.00<br><br>$577.00 | 06/01/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HADDAD, RALPH<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 3844 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $577.00<br><br>$577.00 | 01/15/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HAIRFIELD, DEBRORAH<br>11028 BALFOUR DR<br>NOBLESVILLE, IN 46060 | 10195 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $557.00<br><br>$557.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HALIMAS SEN AND KILAB EL<br>2951 VERANDA LN<br>CORONA, CA 92882-7555 | 4602 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $20,000.00<br><br>$20,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HARRIS, WALTER BUSTER<br>21 LOGGER CT<br>HOME<br>DURHAM, NC 27713 | 4923 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $500,000.00<br><br>$500,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HARTFORD FIRE INSURANCE COMPANY AS ASSIGNEE OF HARTFORD SPECIALTY COMPANY C O HARTFORD FIRE INSURANCE COMPANY HARTFORD SPECIALTY CO BANKRUPTCY UNIT T 1 55 HARTFORD PLAZA HARTFORD, CT 06115 | 5212 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HAWKINS, ELZENA 36913 CAPRICIOUS LN MURRIETA, CA 92563 | 10076 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| HENSLEY, DEMETRIA 212 1/2 CARROLL HEIGHTS RD TANEYTOWN, MD 21787 | 8615 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $54,468.33 $54,468.33 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HINKELDAY, TORA C O LAW OFFICE OF STEPHEN H FRANKEL 368 WILLIS AVE MINEOLA, NY 11501 | 2700 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,000,000.00 $10,000,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLLINGSWORTH, ALTOR 8311 46TH AVE S SEATTLE, WA 98118-4618 | 3652 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $10,000.00 $10,000.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al. Debtors' Seventy-Ninth Omnibus Objection to Claims

Case No. 08-35653-KRH

(No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| HOLLOWAY, JOSH<br>2511 BLACKTHORN DR<br>MISSOULA, MT 59803-2540 | 6434 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$3,916.90<br><br>$3,916.90 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOLUBIK, LAINE<br>1763 ALTAIR CT<br>BELLINGHAM, WA 98226 | 10853 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| HOOD, MARY<br>310 SE 8TH CT<br>POMPANO BEACH, FL 33060 | 9600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$960.00<br><br>$960.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES, SALLY<br>309 PINEVIEW AVE<br>BAXLEY, GA 31513 | 2458 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOANNE COYNE<br>STEVEN ROBERT LEHR ESQ<br>LAW OFFICES OF STEVEN ROBERT LEHR PC<br>33 CLINTON RD STE 100<br>WEST CALDWELL, NJ 07006 | 13214 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\* "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| JOHN A CLANCY<br>431 UNION ST<br>S WEYMOUTH, MA 02190 | 13258 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$2,196.00<br><br>$2,196.00 | 06/02/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JONATHAN CARD AND THE ALLEGED CLASS OF CLAIMANTS SIMILARLY SITUATED<br>ATTN MATTHEW RIGHETTI<br>RIGHETTI LAW FIRM PC<br>456 MONTGOMERY ST STE 1400<br>SAN FRANCISCO, CA 94104 | 13738 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>UNL<br><br><br><br>UNL | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOSEPH VASSALLO<br>C O RICHARD S GREENBERG<br>140 SYLVAN AVE<br>ENGLEWOOD CLIFFS, NJ 07632 | 14490 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$150,000.00<br><br>$150,000.00 | 07/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JOSH HOLLOWAY<br>2511 BLACKTHORN DR<br>MISSOULA, MT 59803 | 14732 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$3,916.90<br><br>$3,916.90 | 01/27/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| JULIA SMITH<br>11271 MOHAWK RD<br>APPLE VALLEY, CA 92308-7816 | 14335 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 06/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                                  Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                              (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| KAHUT, AMANDA<br>944 MATCH POINT DR<br>IDAHO FALLS, ID 83406 | 5864 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $100,000.00<br>$100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KARL ENGELKE<br>ATTN RACHELLE R BOCKSCH<br>SIMON & BOCKSCH<br>ATTORNEYS FOR PLAINTIFFS<br>1001 BRICKELL BAY DR STE 1200<br>MIAMI, FL 33131 | 13287 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $450,000.00<br>$450,000.00 | 06/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KEEFE, RONALD<br>1360 CLIFTON AVE NO 293<br>CLIFTON, NJ 07020 | 3026 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $500,000.00<br>$500,000.00 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| KENNEDY, JOY<br>7727 TOMMY ST<br>SAN DIEGO, CA 92119 | 2813 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $30,000.00<br>$30,000.00 | 01/06/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| LAM, BILLY<br>11228 SPRINGWOOD ST<br>EL MONTE, CA 91733 | 4318 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $450.00<br>$450.00 | 01/22/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LAZARRE, SAINCIA<br>16602 E SPICEBERRY COURT<br>HAGERSTOWN, MD 21740-2029 | 2449 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$30,000.00<br><br>$30,000.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LESLIE MORATAYA<br>C O POMPER & GOODMAN<br>111 W WASHINGTON STE NO 1000<br>CHICAGO, IL 60602 | 14527 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$195,000.00<br><br>$195,000.00 | 07/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| LEWIS, CHRIS<br>403 DUNFIELD COURT<br>JOPPA, MD 21085 | 7855 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,044.06<br><br>$1,044.06 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MACK, YVETTE<br>C O SPOTTS FAIN PC<br>PO BOX 1555<br>RICHMOND, VA 23218-1555 | 10462 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$100,000.00<br><br>$100,000.00 | 02/17/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MATACOTTA, FAUST<br>42 COTTIER<br>WEST ISLIP, NY 11795-1019 | 4035 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$242.67<br><br>$242.67 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MCBRIDE, KYLE<br>299 BROADWAY STE 1405<br>NEW YORK, NY 10007 | 10025 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,000,000.00<br><br>$2,000,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MCWATERS, RANDY<br>16348 ANNA LOOP<br>CHEYENNE, WY 82009-8674 | 5544 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,279.72<br><br>$1,279.72 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MOORE, SHANNAN<br>ATTN THERON T MOORE OR<br>ANNETTE E MOORE<br>407 ROSSES PT<br>ACWORTH, GA 30102 | 14296 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,750.00<br><br>$2,750.00 | 06/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORGAN, DENNIS<br>R CHASE PALMER<br>P O DRAWER M<br>MARSHALL, TX 75670 | 8234 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,174.93<br><br>$1,174.93 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MORRISON, LYNN<br>27 GALT ST<br>HAMILTON, ON L9C 6G6<br>CANADA | 10162 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $35,130.00<br><br>$35,130.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Twenty-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| MORROW, REBECCA 9575 SOUTH EVANS AVE INVERNESS, FL 34452 | 6507 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $350,000.00 $350,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEESE, DELBERT T C O WAYDE P SEIDENSTICKER JR ESQ SEIDENSTICKER & SAN FILIPPO LLC 1100 5TH AVE S NO 405 NAPLES, FL 34102 | 4022 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $75,000.00 $75,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NELSEN, GREGORY 3022 SAVANNAH OAKS CIRCLE TARPON SPRINGS, FL 34688 | 4912 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $314.00 $314.00 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NERI, DENNIS LAWRENCE A GOLDBERG ESQ 135 W MARKET ST WEST CHESTER, PA 19382 | 4990 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NETHERY, NANCY C O SANCHEZ & ASSOC PA 1006 N ARMENIA AVE TAMPA, FL 33607 | 5963 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $25,000.00 $25,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Twenty-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY NC CHILD SUPPORT CENTRALIZED COLLECTIONS PO BOX 900012 RALEIGH, NC 27675-9012 | 8039 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH CAROLINA CHILD SUPPORT ENFORCEMENT AGENCY NC CHILD SUPPORT CENTRALIZED COLLECTIONS PO BOX 900012 RALEIGH, NC 27675-9012 | 8057 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ODUTOLA, ADEOYE 9736 W 10TH CT WICHITA, KS 67212 | 2543 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,500.00 $2,500.00 | 01/05/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREIRA, MARIA 9249 HILLIS CT MANASSAS, VA 20112 | 8440 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $1,084.21 $1,084.21 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PETERS, DUANE PO BOX 971098 YPSILANTI, MI 48197 | 5128 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $513.00 $513.00 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PHILLIPS, SCOTT<br>43 SUMMERHAVEN TRAIL NO 15<br>MIRAMAR BEACH, FL 32550-4049 | 4961 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,500.00<br><br>$2,500.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PIERSON, JOYCE<br>2503 TRACY DR<br>GULFPORT, MS 39503 | 4508 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $50,000.00<br><br>$50,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PISHVA, FRED<br>C O DAVID S KOHM & ASSOCIATES<br>1414 E RANDOL MILL RD STE 118<br>ARLINGTON, TX 76012 | 10200 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $150,000.00<br><br>$150,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| POE, TANYA RENEE<br>4717 S JACKSON NO 140<br>SAN ANGELO, TX 76903 | 8795 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $49,702.42<br><br>$49,702.42 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PORTILLO, SONIA<br>2770 HARRISON ST<br>SAN FRANCISCO, CA 94110 | 6773 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $16,800.00<br><br>$16,800.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| PRESSEL, DONALD<br>2004 ACORN LANE<br>RED LION, PA 17356 | 6400 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PURDY, STEVE<br>30B EAST DAISY LANE<br>MOUNT LAUREL, NJ 08054 | 3341 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$2,495.00<br><br>$2,495.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RABENS, EDWIN THEODORE<br>1808 PURDUE DR<br>FAYETTEVILLE, NC 28304 | 6235 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$12,000.00<br><br>$12,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RALPH T HADDAD<br>22763 E DAVIES DR<br>AURORA, CO 80016 | 13240 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$590.00<br><br>$590.00 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| REED, SHARON<br>3240 7TH AVE NORTH<br>SAINT PETERSBURG, FL 33713 | 5012 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$300,000.00<br><br>$300,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| REINKE, ROB<br>PO BOX 1306<br>DRIGGS, ID 83422 | 8149 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,300.00<br><br>$1,300.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RITTER, SCOTT<br>7510 GLEN OAKS DR<br>LINCOLN, NE 68516 | 4717 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$810.15<br><br>$810.15 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROBERTS, PAM<br>3043 SHILLINGTON RD<br>CHARLOTTE, NC 28210-4243 | 7691 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$1,080.10<br><br>$1,080.10 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| ROSS, ANGELA<br>111 MOONSTONE CT<br>PORT ORANGE, FL 32129 | 5031 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$25,000.00<br><br>$25,000.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RUIZ, DANIEL<br>1222 HELIX AVE<br>CHULA VISTA, CA 91911 | 4437 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$3,400.00<br><br>$3,400.00 | 01/20/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| RUSSO, DANIEL W<br>4664 N 19TH AVE<br>PHOENIX, AZ 85015 | 9991 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $9,293.00<br><br><br><br><br><br>$9,293.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| RYAN INC FKA RYAN & COMPANY INC<br>ATTN BRUCE W AKERLY ESQ<br>BELL NUNNALLY & MARTIN LLP<br>1400 ONE MCKINNEY PLZ<br>3232 MCKINNEY AVE<br>DALLAS, TX 75204-2429 | 14235 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br>$175,014.19<br><br><br><br><br>$175,014.19 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SANTANA, MILNA I<br>1201 CARSON AVE<br>KISSIMMEE, FL 34744-4213 | 3464 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$191.26<br><br>$191.26 | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHEPIS, ROSE<br>5 COBBLESTONE LN<br>LONG VALLEY, NJ 07853 | 5055 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/23/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SCHROEDER, JERRI<br>4510 BELLEVIEW  SUITE 202<br>KANSAS CITY, MO 64111 | 7475 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$455,000.00<br><br>$455,000.00 | 01/28/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                                    Debtors' Twenty-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                      (No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SHANK, GERMAINE ROSALYN WILLIAMS SR INVESTIGATOR EEOC ATLANTA DISTRICT OFFICE 100 ALABAMA ST SW SUITE 4R30 ATLANTA, GA 30303 | 14856 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 03/10/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHANNON WIECHERT 809 N OAKLEY ST SAGINAW, MI 48602 | 13306 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 06/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SHAW, JACKIE B 7819 WOODLARK CV CORDOVA, TN 38016 | 5463 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIERRA, VERONICA 3037 ASHLAND LANE SOUTH KISSIMMEE, FL 34741 | 6416 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $100,000.00 $100,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIMMONS, VERONICA 2101 SAN DIEGO DR CORONA, CA 92882 | 7784 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $3,809.39 $3,809.39 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SMITH, GREG AND INMAN, FRAN C O KERR & SHELDON 16480 HARBOR BLVD STE 100 FOUNTAIN VALLEY, CA 92708 | 14730 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,152,848.50 $2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SMITH, GREG AND INMAN, FRAN C O KERR & SHELDON 16480 HARBOR BLVD STE 100 FOUNTAIN VALLEY, CA 92708 | 10201 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $2,152,848.50 $2,152,848.50 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| SMITH, JULIA 11271 MOHAWK RD APPLE VALLEY, CA 92308 | 3647 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | UNL UNL | 01/13/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO STEWART C CRAWFORD ESQ 223 N MONROE ST MEDIA, PA 19063 | 14765 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $29,779.10 $29,779.10 | 11/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STEIB, MARQUELYN 1852 PLAZA DR MARRERO, LA 70072 | 4941 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $24,597.37 $24,597.37 | 01/22/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*   "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.   Debtors   Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH   (No Liability) - Disallowed

## EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEWART, REBECCA<br>ROBERT X LOVYS JR<br>SILBERT GARON & PITRE<br>3506 WASHINGTON AVE STE G<br>GULFPORT, MS 39507 | 1903 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 12/23/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| SWATZEL, DANNY<br>700 LINDELL BLVD<br>NO 7 218A<br>DEL RAY BEACH, FL 33444 | 5227 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THIBODEAU, JEFFREY<br>32 SYCAMORE WAY<br>WALLINGFORD, CT 06492 | 8383 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$25,000.00<br><br>$25,000.00 | 01/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMPSON, KINA<br>ATTN JAY SCHAFER<br>WINTERS BREWSTER CROSBY AND<br>SCHAFER LLC<br>111 W MAIN ST<br>PO BOX 700<br>MARION, IL 62959 | 5523 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br>$540,000.00<br><br><br>$60,000.00<br><br>$600,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TRAVIS, RAYANNA<br>4575 FULCHER RD<br>HEPHZIBAH, GA 30815 | 9171 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$20,000.00<br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Twenty-Ninth Omnibus Objection to Claims
(No Liability) - Disallowed

EXHIBIT A

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TRIPODI, MICHAEL<br>23 YARMOUTH RD<br>PURCHASE, NY 10577-1821 | 6399 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,634.62<br><br>$1,634.62 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| VANNELLI, PATRICIA<br>3522 WILDFLOWER WY<br>CONCORD, CA 94518 | 8411 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/29/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WIENER, MURRAY<br>43 W 70TH ST<br>NEW YORK, NY 10023 | 9914 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| WITTENBERG, ROBERT<br>6307 SANFORD<br>HOUSTON, TX 77096 | 2724 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$329.07<br><br>$329.07 | 12/31/2008 | CIRCUIT CITY STORES, INC. (08-35653) |
| WITZ, RUTH<br>611 SALISBURY PARK DR<br>E MEADOW, NY 11554 | 3996 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$15,000,000.00<br><br>$15,000,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.                                    Debtors' Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH                                                                      (No Liability) - Disallowed

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|
| WOODS MORSE, FORTIS DAVIS<br>1005 SE 49TH AVE<br>PORTLAND, OR 97215 | 10161 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:          $13,409.00<br>Reclamation:<br><br>Total:          $13,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| WOODS MORSE, FORTIS DAVIS<br>FORTIS & KATHERINE WOODS<br>ELIOT<br>1005 SE 49TH AVE<br>PORTLAND, OR 97215 | 10160 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:          $3,409.00<br>Reclamation:<br><br>Total:          $3,409.00 | 01/30/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| YOUNG, ERIC<br>613 NEWCOMB DR<br>BENTON, AR 72015 | 4523 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:          $9,000.00<br>Reclamation:<br><br>Total:          $9,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:          140                          $49,026,054.13

*          "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| AARON HORNSTRA<br>CARMAN CALLAHAN & INGHAM LLP<br>266 MAIN ST<br>FARMINGDALE, NY 11735-2618 | 14748 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $17,234.03<br><br>$17,234.03 | 11/24/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| BLACKSHEAR, BRENDA<br>102 ANITA LANE<br>LONGVIEW, TX 75603 | 4333 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $9,857.39<br><br>$9,857.39 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| COLEMAN, DOROTHY<br>MICHAEL S WILLIAMS ESQ<br>GOLD ALBANESE & BARLETTI<br>58 MAPLE AVE<br>RED BANK, NJ 07701-1618 | 2733 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $300,000.00<br><br>$300,000.00 | 01/07/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EISNER, JOANNE<br>C O MARSHALL E KRESMAN ESQ<br>1950 STREET RD STE 103<br>BENSALEM, PA 19020 | 3852 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $1,000,000.00<br><br>$1,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| EVANS, JOE<br>19152 WOODLANE DR<br>COVINGTON, LA 70433-9006 | 3600 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | $2,000,000.00<br><br>$2,000,000.00 | 01/14/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| FISHER, DENISE 2479 OLEANDER CIRCLE JAMISON, PA 18929 | 3544 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $307.27 $307.27 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOSTER, WILLIAM C O CARRANO & CARRANO LLC 270 QUINNIPIAC AVE NORTH HAVEN, CT 06473 | 3001 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $15,000.00 $15,000.00 | 01/08/2009 | CIRCUIT CITY PURCHASING COMPANY, LLC (08-35657) |
| FOSTER, WILLIAM FOSTER WILLIAM C O CARRANO & CARRANO LLC 270 QUINNIPIAC AVE NORTH HAVEN, CT 06473 | 2922 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $15,000.00 $15,000.00 | 01/08/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| FOUSKEY, JAMES 40 SYLVAN CLIFTON, NJ 07011 | 4017 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $250,000.00 $250,000.00 | 01/20/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GIBSON, THOMAS 66 ATHENS ST SAN FRANCISCO, CA 94112 | 3995 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $250,000.00 $250,000.00 | 01/16/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

* "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Seventy-Ninth Omnibus Objection to Claims
Case No. 08-35653-KRH    (No Liability) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| GRANDE, RICHARD 832 ELLSWORTH ST PHILADELPHIA, PA 19147 | 6242 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $750,000.00 $750,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| GRANITO, DIANE 11466 MADERA ROSA WAY SAN DIEGO, CA 92124-2876 | 4767 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $100,000.00 $100,000.00 | 01/21/2009 | CIRCUIT CITY STORES WEST COAST, INC. (08-35654) |
| GUISEPPINA GERVASIO A MINOR BY HER FATHER EMILIO GERVASIO STEVEN H MEVORAH & ASSOCIATES 134 N BLOOMINGDALE RD BLOOOMINGDALE, IL 60108 | 14444 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $50,000.00 $50,000.00 | 07/03/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| JAMES L ROLLINS CHARLOTTE E GLINKA ESQ KECHES LAW GROUP PC 122 DEAN ST TARUNTON, MA 02780 | 14825 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $150,000.00 $150,000.00 | 03/08/2010 | CIRCUIT CITY STORES, INC. (08-35653) |
| JORDAN, SHEILA 1 SNELLS WAY WEST BRIDGEWATER, MA 02379 | 4006 | Secured: Priority: Administrative 503(b)(9): Unsecured: Reclamation: Total: | $25,000.00 $25,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Adjourned

EXHIBIT B

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| LOPRESTI, MARY<br>28 SUHUPP RD<br>HAMDEN, CT 06514 | 5401 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$5,000.00<br><br>$5,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MARTINEZ, ANTHONY<br>9615 ORPIN RD APT 201<br>RANDALLSTOWN, MD 21133-2356 | 9060 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$20,000.00<br><br>$20,000.00 | 01/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| MURPHY, LEEDELL<br>7722 GRANT ST<br>MERRILLVILLE, IN 46410 | 5832 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,250,000.00<br><br>$1,250,000.00 | 01/26/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PEREZ, JESSEE<br>C O BARRY K BAKER ESQ<br>BOGIN MUNNS & MUNNS PA<br>924 GARFIELD ST<br>MELBOURNE, FL 32935 | 6008 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$50,000.00<br><br>$50,000.00 | 01/27/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| THOMAS, ANNA<br>99 10 60TH AVE<br>APT 5J<br>CORONA, NY 11368 | 3145 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$1,000,000.00<br><br>$1,000,000.00 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.
Case No. 08-35653-KRH

Debtors' Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Adjourned

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TINSLEY, CLEMENTINE<br>444 MIDWOOD ST<br>BROOKLYN, NY 11225 | 4272 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>$250,000.00<br><br>$250,000.00 | 01/19/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| TULLY MD, VINCENT<br>180 KELLOWS RD<br>HONESDALE, PA 18431 | 1134 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br><br>Total: | <br><br><br><br>UNL<br><br>UNL | 12/15/2008 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:    22                    $7,507,398.69**

*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.

Case No. 08-35653-KRH

Seventy-Ninth Omnibus Objection to Claims
(No Liability) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| ACOSTA STOMMEN DC<br>2701 BAYSHORE DR NO 500<br>MIAMI, FL 33133 | 3034 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$39,953.18<br><br>$39,953.18 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:      1                    $39,953.18

# CERTIFICATE OF NOTICE

District/off: 0422-7         User: frenchs         Page 1 of 1          Date Rcvd: Aug 02, 2010
Case: 08-35653              Form ID: pdforder     Total Noticed: 1

The following entities were noticed by first class mail on Aug 04, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2010**                    **Signature:**    _Joseph Speetjens_