Gregg M. Galardi, Esq.                Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.               Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

   - - - - - - - - - - - - - - - x
   In re:                        :   Chapter 11
                                 :
   CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
   et al.,                       :
                                 :
           Debtors.              :   Jointly Administered
   - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

        I, Sarah B. Boehm, an attorney admitted to practice before this Court, hereby certify that on August 5, 2010, I caused a copy of the following document to be served upon all parties who receive electronic notice of such filings via CM/ECF, and via electronic mail upon Douglas M. Foley, McGuireWoods LLP, dfoley@mcguirewoods.com.; Ian Fredericks, Skadden, Arps, Slate, Meagher & Flom LLP, Ian.Fredericks@skadden.com; and Robert Van Ardsdale, Esq., Office of the United States Trustee, Robert.B.Van.Arsdale@usdoj.gov:

Third Supplemental Declaration of Brian S. Davis in Support of the Debtors' Application to Retain and Employ KPMP LLP as Auditors and Tax Consultants Effective as of the Petition Date (Docket No. 8233).

/s/ Sarah B. Boehm
Sarah B. Boehm

\14663462