# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.        Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Cofal Partners LP** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Cofal Partners LP**<br>Attn R Joel Cosloy<br>1116 Oliver Building<br>535 Smithfield St<br>Pittsburgh, PA 15222 |

**Claim No. 12372 for $589,494.90**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____         Date: _____August 6, 2010_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

**EVIDENCE OF TRANSFER OF LEASE REJECTION CLAIM**

COFAL PARTNERS, LP, located at 1116 Oliver Building, 535 Smithfield Street, Pittsburgh, PA 15222 ("Seller"), for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Lease Rejection Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC , ("Buyer"), all right, title and interest in and to the claim of Seller against Circuit City Stores, Inc., docketed as **Claim # 12372** (the "Claim") in the amount of $589,494.90 in the United States Bankruptcy Court, Eastern District of Virginia, **Case No. 08-35653 (jointly administered)**, including without limitation the pre-petition claims of Seller relating to or arising from the rejection by Debtor of certain agreements by and between Seller and Debtor regarding the lease of real property located at 7219 McKnight Road, Ross Towne Shopping Center, Pittsburgh, PA 15237.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure on account of the Claim, and stipulates that an order may be entered recognizing this Evidence of Transfer of Lease Rejection Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 28 day of July 2010.


**(Assignor)**

COFAL PARTNERS, LP

By: _____
Name: R. Joel Coslov
Title: Pres COFAL Inc, Gen Ptnr

**(Assignee)**

CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

KL2:2356117.2