Junghye June Yeum
**Baker & McKenzie LLP**
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 626-4849
Fax: (212) 310-1618
E-mail: June.Yeum@bakermckenzie.com

*Counsel for Korea Export Insurance Corporation*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **CIRCUIT CITY STORES, INC.** *et al.*, | ) | Case No. 08-35653 (KRH) |
| | ) | |
| **Debtors.** | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL
### AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Junghye June Yeum, counsel for Korea Export Insurance Corporation in the above-referenced Chapter 11 case, recently changed law firms from Duane Morris LLP to Baker & McKenzie LLP, and hereby requests that all papers given, filed, or required in this case be served upon her using her new Baker & McKenzie LLP contact information:

> Junghye June Yeum, Esq.
> Baker & McKenzie LLP
> 1114 Avenue of the Americas
> New York, NY 10036
> Tel.: (212) 626-4849
> Fax: (212) 310-1618
> E-mail: June.Yeum@bakermckenzie.com

**PLEASE TAKE FURTHER NOTICE** that the law firm of Duane Morris LLP is no longer active in this matter, and that the foregoing request for service of papers to Ms. Yeum at Baker & McKenzie LLP includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, request, or order, whether formal or informal, written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with regard to the above-captioned case and any proceedings therein.

Dated: August 4, 2010   Respectfully submitted,

/s/ John P. Cunningham
John P. Cunningham, Esq. (Va. Bar No. 43973)
Baker & McKenzie LLP
815 Connecticut Ave., NW
Washington, D.C. 20006
Tel.: 202-835-6148
Fax: 202-416-7148
E-mail: John.Cunningham@bakermckenzie.com

*Member of the Bar of this Court*

Junghye June Yeum, Esq.
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
Tel.: (212) 626-4849
Fax: (212) 310-1618
E-mail: June.Yeum@bakermckenzie.com

*Counsel for Korea Export Insurance Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this **4th day of August, 2010**, a true and correct copy of the foregoing Notice of Substitution of Counsel and Request for Service of Papers was served by first class mail, postage prepaid, on the following:

**Counsel for Debtors:**
Daniel F. Blanks
Douglas M. Foley
McGuire Woods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
Tel.: (757) 640-3700

Gregg. M. Galardi
Ian S. Fredericks
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000

**United States Trustee:**
W. Clarkson McDow, Jr .
Office of the U.S. Trustee
701 E. Broad Street., Suite 4304
Richmond, VA 23219
Tel.: (804) 771-2310

John P. Cunningham
Baker & McKenzie LLP
815 Connecticut Ave., NW
Washington, D.C. 20006
Tel.: 202-835-6148
Fax: 202-416-7148
E-mail: John.Cunningham@bakermckenzie.com

*Member of the Bar of this Court*

3

WASDMS-#7561579-v2