Gregg M. Galardi, Esq.          Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.         Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                        RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    1Case No. 08-35653
et al.,                        :
                               :
            Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER SETTING AN EXPEDITED HEARING THE MOTION OF THE DEBTORS
AND THE OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL
UNSECURED CLAIMS FOR ORDER APPROVING LIMITED NOTICE AND
SERVICE OF PLAN DOCUMENTS**

Upon the motion (the "Motion to Expedite")[1] of the

Debtors for an order, pursuant to Bankruptcy Code section

105 and Rule 9013-1(M) and (N) of the Local Bankruptcy Rules

for the United States Bankruptcy Court for the Eastern

---

[1]    Capitalized terms not otherwise defined herein shall have the
    meanings ascribed to such terms in the Motion to Expedite.

District of Virginia (the "Local Bankruptcy Rules"),

requesting an expedited hearing on the Motion; and the Court

having reviewed the Motion to Expedite and the Motion; and

the Court having determined that the relief requested in the

Motion to Expedite is in the best interests of the Debtors,

their estates, their creditors, and other parties in

interest; and it appearing that proper and adequate notice

of the Motion to Expedite has been given and that no other

or further notice is necessary; and upon the record herein;

and after due deliberation thereon; and good and sufficient

cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.   The Motion to Expedite is GRANTED.

2.   Notice of the Motion is shortened so that it

may be heard, considered and ruled upon by the Court at a

hearing on August 4, 2010 at 2:00 p.m. (Eastern).

3.   Adequate notice of the relief sought in the

Motion to Expedite has been given and no further notice is

required.

4.   The Court retains jurisdiction with respect
to all matters arising from or related to the implementation
of this Order.

Dated:  Richmond, Virginia

_____, 2010


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley