## NOTICE OF ADMINISTRATIVE 503 (b) (9) CLAIMS PURCHASE AGREEMENT

(Proof of Claim Number 12490)

Sherwood Properties LLC, a(n) Georgia Limited Liability Company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $20,297.03 (proof of claim amount, defined as the "Claim") against Circuit City Stores Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Eastern District of Virginia, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-35653 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 9th day of August, 2010.

_Sherwood Properties LLC_
(Company Name)

WITNESS _Stacey Nelson_ (Signature)    _Larry Walden_ (Signature of Corporate Officer)

_Stacey Nelson_ (Print Name and Title of Witness)    _Larry Walden, managing partner_ (Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS _K. Buff_ (Signature)    _John Barrett_ (Signature of Fund Representative)

_John Barrett_ (Print Name, Corre Opportunities Fund, LP)

Exhibit "A"