## NOTICE OF PRIORITY CLAIMS PURCHASE AGREEMENT
(Proof of Claim Number 7589)

Kelley, Walter W. Attorney for Sherwood Properties LLC, a(n) Georgia Limited Liability Company, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto CORRE OPPORTUNITIES FUND, LP, a Delaware limited partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $ 61,610.44 (proof of claim amount, defined as the "Claim") against Circuit City Stores, Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Eastern District of Virginia, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-35653 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the _____ day of _____, 2010.

WITNESS _____Donna Robert_____
(Signature)
_____Donna Roberts_____
(Print Name and Title of Witness)

_____Sherwood Properties LLC_____
(Company Name)
_____Larry Walden_____
(Signature of Corporate Officer)
_____Larry Walden managing partner_____
(Print Name and Title of Corporate Officer)

CORRE OPPORTUNITIES FUND, LP

WITNESS _____
(Signature)
K. Bartt

_____John Barrett_____
(Signature of Fund Representative)
_____John Barrett_____
(Print Name, Corre Opportunities Fund, LP)

Exhibit "A"