G. David Dean
COLE, SCHOTZ, MEISEL,
   FORMAN & LEONARD, P.A.
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972

*Counsel for Faber Bros., Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **In re:** <br><br> **CIRCUIT CITY STORES, INC., et al.,** <br><br> **Debtors.** | Case No. 08-35653-KRH <br> **Chapter 11** <br> **(Jointly Administered)** <br><br> Date:  September 8, 2010 at 10:00 a.m. <br> Objection Deadline: September 1, 2010 <br> Time:  10:00 a.m. <br> Hon. Kevin Huennekens |

**MOTION TO WITHDRAW AS COUNSEL FOR FABER BROS., INC.
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**

G. David Dean of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), counsel to Faber Bros., Inc. ("Faber Bros."), hereby requests that the Court enter an order permitting Mr. Dean and Cole, Schotz, Meisel, Forman & Leonard, P.A. to withdraw as counsel for the cause pursuant to Local Bankruptcy Rule 2090-1(G).

1.     Faber Bros. was a landlord of the Debtor, Circuit City Stores, Inc.  Faber Bros.' lease was rejected and Faber Bros. subsequently submitted a prepetition claim which included outstanding prepetition amounts due and rejection damages.  Faber Bros. also submitted a request for payment of an administrative expense claim for unpaid amounts that accrued postpetition.  Subsequently, as reflected in a notice of transfer of claim filed on June 28, 2010, Faber Bros.' sold its prepetition and postpetition claims and has no further claims in this case.

26340/0454-6837394v1

2. Faber Bros. has instructed counsel to withdraw its appearance in this case and to do no further work in this matter on behalf of Faber Bros. Accordingly, case exists to enter an order withdrawing the appearances of G. David Dean and Cole Schotz on behalf of Faber Bros.

WHEREFORE, G. David Dean and Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting this Motion; and (ii) withdrawing the appearances of G. David Dean and Cole Schotz on behalf of Faber Bros.

Respectfully Submitted,

Dated: August 11, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ G. David Dean*
G. David Dean
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972
410-230-0667 (fax)
ddean@coleschotz.com

Counsel for Faber Bros., Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2010, a copy of the foregoing Motion to Withdraw as Counsel to Faber Bros., Inc. Pursuant to Bankruptcy Rule 2090-1(G), along with a notice of motion and proposed order, was served by first-class mail to the following:

| | |
|---|---|
| Faber Bros., Inc.<br>c/o Mark Gabrellian<br>Gabbrellian Associates<br>95 Route 17 South<br>Paramus, NJ 07652 | Office of the U.S. Trustee<br>701 E. Brood Street, Suite 4304<br>Richmond, VA 23219-1888<br>Attn: Robert B. Van Arsdale |
| Circuit City Stores, Inc.<br>4951 Lake Brook Drive, 5th Floor<br>Glen Allen, VA 23060<br>Attn: Michelle Mosier | Skadden, Arps, Slate, Meagher & Flom, LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899-0636<br>Attn: Gregg M. Galardi |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>155 North Wacker Drive<br>Chicago, IL 60606<br>Attn: Chris L. Dickerson | McGuireWoods, LLP<br>901 E. Cary Street<br>Richmond, VA 23219<br>Attn: Douglas M. Foley |
| Pachulski Stang Ziehl & Jones, LLP<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067-4100<br>Attn: Jeffrey N. Pomerantz | Tavenner & Beran PLC<br>20 North 8th Street<br>Richmond, VA 23219<br>Attn:  Paula S. Beran<br>           Lynn L. Tavenner |

Dated: August 11, 2010        */s/ G. David Dean*
                                                G. David Dean

26340/0454-6837394v1