G. Davd Dean
COLE, SCHOTZ, MEISEL,
  FORMAN & LEONARD, P.A.
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972

*Counsel for Faber Bros., Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:**<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>                  **Debtors.** | Case No. 08-35653-KRH<br>**Chapter 11**<br>**(Jointly Administered)**<br><br>Date:  September 8, 2010 at 10:00 a.m.<br>Objection Deadline: September 1, 2010<br>Time:  10:00 a.m.<br>Hon. Kevin Huennekens |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR FABER
BROS., INC. PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT on August 11, 2010, G. David Dean and Cole, Schotz, Meisel, Forman & Leonard, P.A. filed a Notice of Motion to Withdraw as Counsel for Faber Bros., Inc. Pursuant to Local Bankruptcy Rule 2090-1(G) (the "Motion").  On September 8, 2010 at 10:00 a.m. or as soon thereafter as this matter may be hearing in Room 5000 of the Eastern District of Virginia, the Honorable Kevin R. Huennekens presiding, located at 701 East Broad Street, Richmond VA 21219, G. David Dean of Cole, Schotz, Meisel, Forman & Leonard, P.A. will move to withdraw as counsel for Faber Bros., Inc., for the reasons set forth in the Motion.

    PLEASE ALSO TAKE NOTICE THAT pursuant to "Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules

26340/0454-6837394v1

2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures," **you are hereby required to file and serve an opposition or objection to the relief being requested in the Motion by September 1, 2010. Unless a written response and supporting memorandum are filed and served by September 1, 2010, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

Dated:  August 11, 2010

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  */s/ G. David Dean*
G. David Dean
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972
410-230-0667 (fax)
ddean@coleschotz.com

Counsel for Faber Bros., Inc.

26340/0454-6837394v1