IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 08-35653 |
| | § | |
| CIRCUIT CITY STORES, INC., ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |

## MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(E)(2)

Reid Whitten (the "Movant"), a member in good standing of the Bar of the Commonwealth of Virginia who is admitted to practice before the United States Bankruptcy Court for the Eastern District of Virginia (the "Court"), and counsel with Fulbright & Jaworski L.L.P., hereby moves this Court (the "Motion") to enter an order, the proposed form of which is attached hereto as Exhibit "A," authorizing Cassandra Ann Sepanik of Thompson and Knight, LLP ("TK") to appear *pro hac vice* before this Court to represent Bank of America, as successor by merger to LaSalle Bank National Association f/k/a LaSalle National Bank, as trustee for Corporate Credit-Backed Pass-Through Certificates, Series 1997-CTL-1 and Corporate Lease-Backed Certificates Series 1999-CLF1 (collectively, the "C1 Trust"), acting by and through Midland Loan Services, Inc. ("Midland"), a Delaware corporation, as special servicer pursuant to those certain Pooling and Servicing Agreements dated January 15, 1997 and August 15, 1999, in the above-captioned Chapter 11 bankruptcy case pursuant to Rule 2090-1(E)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Bankruptcy Rules"). In support of the Motion, the Movant states as follows:

1. Cassandra Ann Sepanik is an attorney with TK. Ms. Sepanik practices principally in the area of creditor's rights. Ms. Sepanik is admitted, practicing, and in good standing as a member of the Bar of the State of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Southern District of Texas, and the United States District Court for the Eastern District of Texas. There are no disciplinary proceedings pending against Ms. Sepanik.

2. The Movant requests that this Court grant this Motion so that Ms. Sepanik may appear and be heard at hearings, and to otherwise participate, in this Chapter 11 case commenced by Circuit City Stores, Inc., et al. (the "Debtors").

3. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in the Motion, Movant requests waiver of the requirement that all motions be accompanied by written memoranda of law.

4. Pursuant to Local Bankruptcy Rule 9013-1(L), and because the Motion does not present contested issues, Movant requests that the Court rule upon the Motion without an oral hearing.

WHEREFORE, the Movant respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) authorizing Ms. Sepanik to appear *pro hac vice* in association with the Movant as attorneys for C1 Trust and (ii) granting such other and further relief as is just and proper.

Submitted: August 6, 2010

By: /s/ Reid S. Whitten
Reid S Whitten
VSB No. 75563
FULBRIGHT & JAWORSKI L.L.P
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623

Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com

LOCAL COUNSEL FOR BANK OF AMERICA, AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION F/K/A LASALLE NATIONAL BANK, AS TRUSTEE FOR CORPORATE CREDIT-BACKED PASS-THROUGH CERTIFICATES, SERIES 1997-CTL-L AND CORPORATE LEASE-BACKED CERTIFICATES SERIES 1999-CLF1, ACTING BY AND THROUGH MIDLAND LOAN SERVICES, INC., A DELAWARE CORPORATION, AS SPECIAL SERVICER PURSUANT TO THOSE CERTAIN POOLING AND SERVICING AGREEMENTS DATED JANUARY 15, 1997 AND AUGUST 15, 1999

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 13th day of August 2010, served a copy of the foregoing to be sent to those on the annexed Service List electronically to the parties set forth on the Court's ECF Service List, in this case.

## SERVICE LIST

Daniel F. Blanks, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
Proposed Counsel for the Debtors
9000 World Trade Center
101 W. Main Street
Norfolk, Virginia 23510

Dion W. Hayes, Esq.
Joseph S. Sheerin, Esq.
Sarah Becket Boehm, Esq.
McGuire Woods LLP
Proposed Counsel for the Debtors
One James Center
901 East Cary Street
Richmond, Virginia 23219

Greg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Proposed Counsel for the Debtors
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Proposed Counsel for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606

Lynn L. Tavenner, Esq.
Paula S. Beran, Esq.
Tavenner & Beran, PLC
Proposed Counsel for the Official Committee of Unsecured Creditors
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219

Jeffrey N. Pomerantz, Esq.
Pachulski Stang Ziehl & Jones LLP
Proposed Counsel for the Official Committee of Unsecured Creditors
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067-4100

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl & Jones LLP
Proposed Counsel for the Official Committee of Unsecured Creditors
780 Third Avenue, 36th Floor
New York, New York 10017-2024

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, Virginia 23219

By:_____
Reid S. Whitten - VSB No. 75563
FULBRIGHT & JAWORSKI L.L.P
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
Fax: (202) 662-4643
rwhitten@fulbright.com