**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| **Circuit City Stores, Inc., et al.,** | ) ) | Case No. 08-35653 (KRH) |
|  | ) | **(Chapter 11)** |
| **Debtors.** | ) ) | **(Jointly Administered)** |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman, LLP ("PWSP") and the undersigned attorneys, having appeared in the above-referenced case on behalf of National Retail Properties, Inc. ("NRP"), have withdrawn as counsel for NRP.

Please remove PWSP and the undersigned counsel from all notice lists and the mailing matrices in the above-referenced case.

Please send all future notices and papers relating to NRP to:

> National Retail Properties, Inc.
> Attn: David Byrnes, Esq.
> 450 South Orange Ave., Suite 900
> Orlando, FL 32801

Dated: August 13, 2010    Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN, LLP

By:    /s/ Jerry Hall
Patrick J. Potter
patrick.potter@pillsburylaw.com
Jerry Hall
jerry.hall@pillsburylaw.com
2300 N Street, N.W.
Washington, D.C. 20037-1128
Tel: (202) 663-8000
Fax: (202) 663-8007

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2010, a true and correct copy of the Notice of Withdrawal was properly served electronically via CM/ECF on all parties having registered with the Court's ECF program in this case and by regular U.S Mail, postage pre-paid to:

> National Retail Properties, Inc.
> Attn: David Byrnes, Esq.
> 450 South Orange Ave., Suite 900
> Orlando, FL 32801

> /s/ Jerry Hall
> Jerry Hall
> jerry.hall@pillsburylaw.com
> 2300 N Street, N.W.
> Washington, D.C. 20037-1128
> Tel:  (202) 663-8000
> Fax:  (202) 663-8007