# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
Richmond Division    FILED

In re   Circuit City Stores, Inc.                    Case No. 08-35653-KRH

Adv. Proceeding No. _____
2010 AUG 13  A 10: 02

Debtor(s)

## TRANSMITTAL OF RECORD ON APPEAL TO DISTRICT COURT
RICHMOND, VIRGINIA

Pursuant to 28 U.S.C. 158, Notice of Appeal was filed herein on  6/9/10--corrected notice 6/23/10

The parties included in the Appeal to the District Court:
    APPELLANT(S):  Robert Gentry        Jack Hernandez
                   Joseph Skaf
                   Jonathan Card
    ATTORNEY:      Matthew Righetti of Righetti Law Firm
                   456 Montgomery Street, Suiet 1400
                   San Francisco, CA 94104
    APPELLEE (S):  Circuit City Store, Inc.


    ATTORNEY:      Douglas Foley of McGuire Woods
                   One James Center, 901 E. Cary Street
                   Richmond, VA 23219

Brief Description of Judgment/Order Appealed:  Order Denying Motion to Approve
docket entry # 7665

Date Judgment/Order Entered:  5/28/2010

1. Filing Fees:   A. Notice of Appeal - Filing Fee $5.00     (X) Paid    ( ) Not Paid
                  B. Appeal Docket Fee - $250.00              (X) Paid    ( ) Not Paid    ( ) Deferred. See attached Request
2. (X) Notice of Appeal, Order/Judgment, True Copy Teste of Docket Record, and Designation(s) [if any]
3. ( ) No Designation of Record on Appeal filed (See Certification Below)
4. ( ) Copies of items designated by Appellant/Appellee have/have not been submitted pursuant to FRBP 8006 and LBR 8006-1.

                                            WILLIAM C. REDDEN, Clerk of the Court
Date: August 13, 2010                       By: /s/ S. French                  , Deputy Clerk

### CERTIFICATION TO APPELLATE COURT
It is hereby certified that the designation of record required by Federal Rule of Bankruptcy Procedure 8006 and Local Bankruptcy Rule 8006-1 has not been filed within 14 days after the filing of the notice of appeal.

                                            WILLIAM C. REDDEN, Clerk of the Court
                                            By: _____, Deputy Clerk

District Clerk - Please complete and return second copy.
DISTRICT COURT CASE NUMBER  3:10cv567    Date  8/13/10

cc: Attorney for Appellant(s)
    Attorney for Appellee(s)                                  [apptrans ver. 12/09]