**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

August 10, 2010

RICHMOND DIVISION
FILED AUG 1 6 2010
CLERK
US BANKRUPTCY COURT

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA  90245

Re:  In re: Circuit City Stores, Inc., et al., Debtors // To: Maytag Services, LLC

Case No.  08-35653

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Maytag Services, LLC. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517081052

FedEx Tracking# 792203686246

cc:  United States Bankruptcy Court - Eastern District
     701 E. Broad Street,
     Suite 4000,
     Richmond, VA  23219-3515