```
Gregg M. Galardi, Esq.              Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.             Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &     MCGUIREWOODS LLP
FLOM, LLP                           One James Center
One Rodney Square                   901 E. Cary Street
PO Box 636                          Richmond, Virginia 23219
Wilmington, Delaware 19899-0636     (804) 775-1000
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**SECOND SUPPLEMENTAL ORDER ON DEBTORS' SIXTIETH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO
LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (MISCELLANEOUS
CLAIMS); AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability Miscellaneous Claims); and (III) No Liability (Subcontractor Claims)) (the "Objection"); and it appearing

that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Sixtieth Omnibus Objection (Docket No. 6368) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.  Notwithstanding the Initial Order, the Claim identified on Exhibit A as attached hereto and incorporated herein is reduced as set forth on Exhibit A for all purposes in these bankruptcy cases.

2.  Notwithstanding the Initial Order, the Objection is withdrawn without prejudice as to the claims identified on Exhibit B (as attached hereto and incorporated herein); provided, further, that the Debtors' rights and abilities to object to the claims on Exhibit B on any available grounds and bases applicable law permits are hereby preserved in

their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

3. The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

5. The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
       _Aug 13 2010_, 2010

       /s/ Kevin R. Huennekens
       HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

       Entered on docket: August 16, 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

     - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley
Douglas M. Foley

\15381240

In re Circuit City Stores, Inc, et al.  
Case No. 08-35653 (KRH)

**EXHIBIT A**

Debtors' Sixtieth Omnibus Objection to Claims Second  
Supplemental Order On (Reduction Of Certain No Liability  
Miscellaneous Claims) - Modified

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 13035<br>Date Filed: 05/13/2009<br>Docketed Total: $799.99<br>Filing Creditor Name and Address:<br>PATRICIA JOHNSON<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698 | Claim Holder Name and Address     Case Number: 08-35653<br>PATRICIA JOHNSON           Docketed Total: $799.99<br>2680 BELL HURST DR<br>DUNEDIN, FL 34698<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                    $799.99 | Case Number: 08-35653<br>Modified Total: $550.00<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                    $550.00 |

**Total Claims To Be Modified: 1**

**Total Amount As Docketed:** $799.99

**Total Amount As Modified:** $550.00

\*     "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 8297    Filed 08/18/10    Entered 08/19/10 00:56:27    Desc
Imaged Certificate of Service    Page 6 of 7

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims Second Supplemental Order On (Disallowance Of Certain No Liability Miscellaneous Claims) - Withdrawn

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BRUCE SENATOR<br>BRUCE SENATOR F 99302<br>CALIFORNIA MENS COLONY<br>PO BOX 8103<br>SAN LUIS OBISPO, CA 93403-8103 | 13082 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $150.00<br><br><br><br><br>$150.00 | 05/29/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD<br>ATTN NINA MOJIRI AZAD OR MARY PETERS<br>1666 K STREET NW<br>BALTIMORE, MD 20006 | 14216 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$4,700.00<br><br><br><br>$4,700.00 | 07/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:** 2    $4,850.00

\*   "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1              Date Rcvd: Aug 16, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 18, 2010.
aty          +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2010**                        **Signature:**  _Joseph Speetjens_