B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES INC,**                              Case No. **08-35653**
**(Related Docket No. [5540] )**

### AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **1965 RETAIL LLC** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC
ONE UNIVERSITY PLAZA, SUITE 312
HACKENSACK, NJ 07601**

Court Claim # (if known): 12791
Amount of Claim: **Unliquidated**
Date Claim Filed: 04/30/2009

Phone: **(201) 968-0001**                                        Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Michael Handler                                         Date:  8/19/2010
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**566531**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES INC,**  Case No. **08-35653**
**(Related Docket No. [5540] )**

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 12791 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **8/19/2010**.

| | |
|---|---|
| **LIQUIDITY SOLUTIONS, INC.** | **1965 RETAIL LLC** |
| Name of Alleged Transferee | Name of Transferor |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| **One University Plaza, Suite 312** | **1965 RETAIL** |
| **Hackensack, NJ 07601** | **Attn Chief Financial Officers** |
| | **C/O MILLENNIUM PARTNERS** |
| | **1995 Broadway Third Fl** |
| | **NEW YORK, NY 10023** |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                                       **CLERK OF THE COURT**

                                                                    **566531**

## TRANSFER NOTICE

1965 Retail LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Circuit City Stores, Inc. ("Debtor"), in the aggregate amount of $7,358,425 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Virginia (Richmond), administered as Case No. 08-35653.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of November, 2009.

*[handwritten: Unliquidated. SUS]*

| 1965 RETAIL LLC, | WITNESS |
| --- | --- |
| a New York limited liability company | |
| By: /s/ *[signature]* | By: /s/ *[signature]* |
| (Signature) | (Signature) |
| Mario J. Palumbo, Vice President | Michelle Ginsberg |
| (Print Name and Title) | (Print Name of Witness) |

LEGAL_US_E # 85427896.4

*[handwritten: 566531]*