UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CIRCUIT CITY STORES, INC., | ) Case No.: 08-35653 |
| | ) |
| Debtors. | ) Judge Kevin R. Huennekens |
| | ) |
| | ) Jointly Administered |
| | ) |
| | ) TRANSFER OF CLAIM |
| | ) BANKRUPTCY RULE 3001(E)(2) |

PLEASE TAKE NOTICE that the claim(s) of FRO LLC IX (underlying creditor or "Transferor"), against the above captioned Debtor in the amount of $1,396,114.76, as set forth in proof of claim number 8614 filed 1/29/2009 and all claims of Transferor associated with such claim have been sold, transferred and assigned (absolutely and not for security) to United States Debt Recovery V LP, ("USDR"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights associated with the claim. Transferor hereby waives notice as described by Bankruptcy Rule 3001(e)(2).

I, the undersigned Transferor of the above described claims, hereby assign and transfer my claims and all rights there under to USDR upon terms as set forth in the offer letter received. The clerk of the court is authorized to change the address and holder of this claim from Transferor to that of the Transferee, USDR below.

**TRANSFEROR:** FRO LLC IX

Print Name _Seth O Glassman_ Title:_____

Signature: _R_ O G_ Date: _8/14/2010_

Corrected Address (if req.)_____

Phone:_____   E-Mail:_____

**TRANSFEREE:**
United States Debt Recovery V LP
940 Southwood Bl, Suite 101,
Incline Village NV 89451

Signature: _____
Nathan E. Jones, Managing Director

# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Case No.: 08-35653 (KRH) <br> ) <br> ) Jointly Administered <br> ) |
| **CIRCUIT CITY STORES, INC. et al.** | ) Chapter 11 <br> ) |
| Debtors. | ) **TRANSFER OF CLAIM** <br> ) **BANKRUPTCY RULE 3001(E)(2)** <br> ) |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO B.R.B.P RULE 3001(E)(2)

**Name of Proposed Transferor:**
FRO LLC IX
Arent Fox LLP
c o Christopher J Giaimo
1050 Connecticut Ave NW
Washington, DC 20036-5303

**Name of Transferee:**
United States Debt Recovery V, LP
940 Southwood Bl, Suite 101
Incline Village NV 89451

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST OBJECT WITHIN 20 DAYS OF THE DATE OF THIS NOTICE BY:

**FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

United States Bankruptcy Court
Eastern District of Virginia
310 United States Courthouse Annex 1100 East Main St
Richmond, VA 23219-3538

**SEND A COPY OF YOUR OBJECTION TO THE PROPOSED TRANSFEREE:**

If your objection is not timely filed, the transferee will be substituted on the Court records as the claimant.

FOR CLERK'S OFFICE ONLY:
This notice was filed to the first party, by first class mail, postage prepaid on _____
INTERNAL CONTROL NO._____
Copy (check)  Claims Agent_____  Transferee_____
Debtor's Attorney_____

_____
Deputy Clerk