Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

- and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
              Debtors.        : Jointly Administered
- - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 23, 2010 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on August
23, 2010 beginning at 2:00 p.m. Eastern.

I.    **RESOLVED/WITHDRAWN MATTERS**

1.    Madcow International Group Limited's Memorandum of
      Points and Authorities in Support of Motion for Entry
      of an Order Granting Allowance and Compelling Payment
      of Administrative Expense Claim (Docket No. 5196)

      Related
      Documents:

      a.    Notice of Motion and Hearing for Motion for Entry
            of an Order Granting Allowance and Compelling
            Payment of Administrative Expense Claim, by Mad
            Cow International Group Limited (Docket No. 5197)

      b.    Notice of Settlement Agreement and Stipulation by
            and Among the Debtors and Madcow International
            Group Ltd. (Docket No. 8189)

      Objection
      Deadline:        October 27, 2009 at 4:00 p.m., extended
                       for the Debtors until July 30, 2010.

      Objections/
      Responses
      Filed:           None

      Status:          This matter has been resolved by
                       Settlement Agreement and Stipulation
                       (Docket No. 8189).

2.    Madcow International Group Limited's Motion for
      Allowance of Payment of 503(b)(9) Administrative
      Expense Claim (Docket No. 6039)

      Related
      Documents:

      a.    Notice of Settlement Agreement and Stipulation by
            and Among the Debtors and Madcow International
            Group Ltd. (Docket No. 8189)

      Objection
      Deadline:        January 7, 2010 at 4:00 p.m., extended
                       for the Debtors until July 30, 2010.

Objections/
Responses
Filed:          None

Status:         This matter has been resolved by
                Settlement Agreement and Stipulation
                (Docket No. 8189).

3.    Debtors' Objection to Claim of New York State
      Department of Taxation and Finance (Claim No. 12586)
      (Docket No. 7235)

      Objection
      Deadline:       May 13, 2010 at 4:00 p.m., extended for
                      New York State Department of Tax and
                      Finance until June 17, 2010

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been resolved.  A Notice
                      of Proposed Settlement Agreement and
                      Stipulation has been filed at Docket No.
                      8290.  The deadline for filing
                      objections to the proposed agreement is
                      August 30, 2010.

**II.   CONTINUED MATTERS**

4.    Debtors' Objection to Claim 1283 of Quebecor World
      (USA) Inc. (Docket No. 7875)

      Related
      Documents:

      a.    Order Authorizing Debtors to File Exhibit Under
            Seal (Docket No. 8193)

      Objection
      Deadline:       July 15, 2010 at 4:00 p.m., extended for
                      Quebecor World (USA) Inc. until August
                      27, 2010 at 4:00 p.m.

      Objections/

3

```
Responses
Filed:           None at the time of filing this agenda

Status:          This matter adjourned to August 31, 2010
                 at 10:00 a.m.
```

## III. OMNIBUS CLAIM OBJECTIONS MATTERS

```
5.    Debtors' Seventh Omnibus Objection to Certain Late
      Claims (Docket No. 3506)

      Related
      Documents:

      a.    Order On Debtors' Seventh Omnibus Objection To
            Certain Late Claims (Docket No. 4169)

      b.    Supplemental Order On Debtors' Seventh Omnibus
            Objection To Certain Late Claims (Docket No. 6587)

      c.    Notice of Hearing on the Merits on Debtors'
            Seventh Omnibus Objection to Claim No. 10699 Filed
            by Dino Bazdar and Response Thereto (Docket No.
            7927)

      d.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors and Michael
            and Barbara Lay Resolving the Debtors' Seventh
            Omnibus Objection to Claim Nos. 10817 and 10841
            (Docket No. 7984)

      e.    Debtors' Supplemental Brief in Support of Omnibus
            Objections to Late Claims Filed by Dino Basdar and
            Lyle Alonso Epps (Docket No. 8086)

      f.    Second Supplemental Order On Debtors' Seventh
            Omnibus Objection To Certain Late Claims (Docket
            No. 8196)

      Objection
      Deadline:        June 29, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.
```

Status:            An order has been entered partially
                   sustaining the objection.  A
                   supplemental order has been entered
                   withdrawing the objection to certain
                   claims.  A status hearing solely with
                   respect to the one remaining claimant,
                   Renukaben S. Naik, is adjourned to
                   September 27, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

6.   Debtors' Eighth Omnibus Objection to Certain Late
     Claims (Docket No. 3507)

     Related
     Documents:

     a.    Order On Debtors' Eighth Omnibus Objection To
           Certain Late Claims (Docket No. 4170)

     b.    Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6080)

     c.    Supplemental Order on Debtors' Eighth Omnibus
           Objection to Certain Late Claims (Docket No. 6109)

     d.    Second Supplemental Order on Debtors' Eighth
           Omnibus Objection to Certain Late Claims (Docket
           No. 6354)

     e.    Fourth Supplemental Order on Debtors' Eighth
           Omnibus Objection to Certain Late Claims (Docket
           No. 6588)

     f.    Notice of Proposed Settlement Agreement and
           Stipulation by and among the Debtors and John P.
           Raleigh Resolving the Debtors' Eighth Omnibus
           Objection to Claim No. 11391 (Docket No. 7523)

     Objection
     Deadline:          June 29, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

Status:        Orders have been entered partially
               sustaining the objection.  A
               supplemental order has been entered
               withdrawing the objection to certain
               claims.  For those three claims for
               which the objection is still pending,
               this matter is adjourned to September
               27, 2010 at 2:00 p.m.  See attached
               Exhibit A.

7.   Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

     Related
     Documents:

     a.   Amended Exhibit C to Debtors' Ninth Omnibus
          Objection to Certain (i) Late Claims (ii) Late
          503(b)(9) Claims (Docket No. 3512)

     b.   Order On Debtors' Ninth Omnibus Objection To
          Certain (I) Late Claims And (II) Late 503(B)(9)
          Claims (Docket No. 4171)

     c.   Supplemental Order on Debtors' Ninth Omnibus
          Objection to Certain (I) Late Claims and (II) Late
          503(b)(9) Claims (Docket No. 6131)

     d.   Second Supplemental Order on Debtors' Ninth
          Omnibus Objection to Certain (I) Late Claims and
          (II) Late 503(b)(9) Claims (Docket No. 6373)

     e.   Third Supplemental Order on Debtors' Ninth Omnibus
          Objection to Certain (I) Late Claims and (II) Late
          503(b)(9) Claims (Docket No. 6593)

     f.   Notice of Proposed Settlement Agreement and
          Stipulation Resolving the Debtors' Ninth Omnibus
          Objection to Claim No. 11571 and Regarding Claim
          No. 13129 (Docket No. 7629)

     g.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors and C&A
          Consulting Resolving the Debtors' Ninth Omnibus

Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

j.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

Objection
Deadline:         June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially sustaining the objection.  A supplemental order has been entered withdrawing the objection to certain claims.  For those three claims for which the objection is still pending, this matter is adjourned to September 27, 2010 at 2:00 p.m.  See attached Exhibit A.

8.   Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 3703)

Related
Documents:

a.    Order on Debtors' Nineteenth Omnibus Objection to Claims (Reclassification of Certain Misclassified Claims to General Unsecured, Non-Priority Claims) (Docket No. 4449)

b.   Supplemental Order on Debtors' Nineteenth Omnibus
     Objection to Claims (Reclassification of Certain
     Misclassified Claims to General Unsecured, Non-
     Priority Claims) (Docket No. 4736)

c.   Supplemental Order on Debtors' Nineteenth Omnibus
     Objection to Claims (Reclassification of Certain
     Misclassified Claims to General Unsecured, Non-
     Priority Claims) (Docket No. 4758)

d.   Second Supplemental Order on Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) (Docket No. 6299)

e.   Debtors' Supplement to the Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) with Respect to the Class
     Claim of Robert Gentry (Docket No. 6642)

f.   Debtors' Supplement to the Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) with Respect to the Class
     Claim of Jack Hernandez (Docket No. 6661)

g.   Memorandum Opinion (Docket No. 6693)

h.   Order Granting Motion for Summary Judgment (Docket
     No. 6694)

i.   Third Supplemental Order on Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) (Docket No. 6868)

j.   Fourth Supplemental Order on Debtors' Nineteenth
     Omnibus Objection to Claims (Reclassification of
     Certain Misclassified Claims to General Unsecured,
     Non-Priority Claims) (Docket No. 7114)

k.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors, Motorola,
     Inc. and General Instrument Corp. d/b/a The Home &

Networks Mobility Business of Motorola, Inc.
(Docket No. 8027)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 three claims for which the objection is
                 still pending, this matter is adjourned
                 to September 27, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

9.    Debtors' Twentieth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases (Docket No. 3704)

      Related
      Documents:

      a.    Order On Debtors' Twentieth Omnibus Objection To
            Claims (Reclassified To Unsecured Claims Of
            Certain Claims Filed As 503 (B) (9) Claims For
            Goods Received By The Debtors Not Within Twenty
            Days Of The Commencement Of The Case (Docket No.
            4576)

      b.    Supplemental Order on Debtors' Twentieth Omnibus
            Objection To Claims (Reclassified To Unsecured
            Claims Of Certain Claims Filed As 503 (B) (9)
            Claims For Goods Received By The Debtors Not
            Within Twenty Days Of The Commencement Of The Case
            (Docket No. 6560)

      c.    Second Supplemental Order on Debtors' Twentieth
            Omnibus Objection To Claims (Reclassified To
            Unsecured Claims Of Certain Claims Filed As 503
            (B) (9) Claims For Goods Received By The Debtors
            Not Within Twenty Days Of The Commencement Of The

Case (Docket No. 6953)

d.   Third Supplemental Order on Debtors' Twentieth
     Omnibus Objection To Claims (Reclassified To
     Unsecured Claims Of Certain Claims Filed As 503
     (B)(9) Claims For Goods Received By The Debtors
     Not Within Twenty Days Of The Commencement Of The
     Case (Docket No. 7354)

e.   Notice of Proposed Settlement Agreement and
     Stipulation by and among the Debtors, Averatec,
     Inc./Trigem USA, Inc., and ASM Capital, L.P.
     (Docket No. 7784)

f.   Notice of Proposed Settlement Agreement and
     Stipulation by and among the Debtors, Alliance
     Entertainment LLC, now known as Source Interlink
     Distribution, LLC, and Source Interlink Media, LLC
     Resolving Debtors' Omnibus Objections to Claims
     and Other Related Matters (Docket No. 7825)

Objection
Deadline:       July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         Orders have been entered partially
                sustaining the objection.  For the one
                claim for which the objection is still
                pending, this matter is adjourned to
                September 27, 2010 at 2:00 p.m.  See
                attached Exhibit A.

10.  Debtors' Twenty-Second Omnibus Objection to Claims
     (Disallowance of Certain Claims Filed Against the Wrong
     Debtor) (Docket No. 3710)

     Related
     Documents:

     a.   Order On Debtors' Twenty-Second Omnibus Objection
          To Claims (Disallowance Of Certain Claims Filed
          Against The Wrong Debtor) (Docket No. 4577)

     b.    Supplemental Order On Debtors' Twenty-Second
Omnibus Objection To Claims (Disallowance Of
Certain Claims Filed Against The Wrong Debtor)
(Docket No. 6369)

Objection
Deadline:      July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:       An order has been entered partially
sustaining the objection.  For the one
claim for which the objection is still
pending, this matter is adjourned to
September 27, 2010 at 2:00 p.m.  See
attached <u>Exhibit A</u>.

11.   Debtors' Twenty-Third Omnibus Objection to Claims
(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 3711)

Related
Documents:

     a.    Order on Debtors' Twenty-Third Omnibus Objection
to Claims (Modification of Certain Duplicate
503(b)(9) Claims) (Docket No. 4465)

     b.    Supplemental Order on Debtors' Twenty-Third
Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims) (Docket No.
6295)

     c.    Corrected Supplemental Order on Debtors' Twenty-
Third Omnibus Objection to Claims (Modification of
Certain Duplicate 503(b)(9) Claims) (Docket No.
6869)

     d.    Supplemental Order Resolving the Debtors' Fourth,
Twenty-Third, and Forty-Second Omnibus Objections
with Respect to Mitsubishi Digital Electronics
America, Inc. (Docket No. 6871)

    e.    Second Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 7319)

    f.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters (Docket No. 7825)

    g.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

Objection
Deadline:    July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached Exhibit A.

Status:    An order has been entered partially sustaining the objection. For those two claims for which the objection is still pending, this matter is adjourned to September 27, 2010 at 2:00 p.m. See attached Exhibit A.

12.    Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 4583)

    Related
Documents:

    a.    Notice of Objection and Hearing (Docket No. 4584)

    b.    Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 5191)

       c.     Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6460)

       d.     Second Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 6562)

       e.     Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Thirtieth Omnibus Objection to Claim 9451 (Docket No. 7156)

       f.     Third Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7293)

       g.     Fourth Supplemental Order on Debtors' Thirtieth Omnibus Objection to Claims (Disallowance of Certain Claims for Wages and Compensation) (Docket No. 7667)

Objection
Deadline:       September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:       See attached <u>Exhibit A</u>.

Status:       Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to September 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

13.   Debtors' Thirty-First Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 4585)

    Related
    Documents:

a.    Order on Debtors' Thirty-First Omnibus Objection
      to Claims (Disallowance of Certain Legal Claims)
      (Docket No. 5294)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An Order has been entered partially
                   sustaining the objection.  The claim of
                   PNY Technologies will proceed in
                   accordance with the scheduling order in
                   Adversary Proceeding No. 10-03056.
                   Other than the foregoing, for those
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   September 27, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

14.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Third Omnibus Objection
           to Claims (Modification and/or Reclassification of
           Certain Claims) (Docket No. 5192)

     b.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 9293 filed
           by Cyndi Ann Haines and Response Thereto (Docket
           No. 6551)

     c.    Notice of Hearing on the Merits on Debtors'
           Thirty-third Omnibus Objection to Claim 7295 Filed
           by Amore Construction Company and Response Thereto
           (Docket No. 6553)

     d.    Supplemental Order on Debtors' Thirty-Third

Omnibus Objection to Claims (Modification and/or
Reclassification of Certain Claims) (Docket No.
6852)

e.    Second Supplemental Order on Debtors' Thirty-Third
Omnibus Objection to Claims (Modification and/or
Reclassification of Certain Claims) (Docket No.
7637

f.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Bell'O
International Corp. Resolving the Debtors' Thirty-
Third Omnibus Objection to Claim 7435 (Docket No.
7741)

g.    Notice of Proposed Settlement and Stipulation by
and Among the Debtors and Sharpe Partners, LLC
Resolving the Debtors' Thirty-Third Omnibus
Objection to Claim 6257 (Docket No. 7996)

h.    Notice of Proposed Settlement and Stipulation by
and Among the Debtors and Lexmark International,
Inc. Resolving the Debtors' Thirty-Third Omnibus
Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
sustaining the objection.  A
supplemental order has been submitted
reclassifying certain claims.  For the
one claim for which the objection is
still pending, this matter is adjourned
to September 27, 2010 at 2:00 p.m.  See
attached Exhibit A.

15.  Debtors' Thirty-Fourth Omnibus Objection to Claims
(Modification of Certain Duplicate 503(b)(9) Claims)
(Docket No. 4598)

Related
Documents:

a.    Order On Debtors' Thirty-Fourth Omnibus Objection
      To Claims (Modification Of Certain Duplicate
      503(b)(9) Claims)(Docket No. 5385)

b.    Supplemental Order On Debtors' Thirty-Fourth
      Omnibus Objection To Claims (Modification Of
      Certain Duplicate 503(b)(9) Claims)(Docket No.
      6502)

c.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, Alliance
      Entertainment LLC, now known as Source Interlink
      Distribution, LLC, and Source Interlink Media, LLC
      Resolving Debtors' Omnibus Objections to Claims
      and Other Related Matters (Docket No. 7825)

d.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Motorola,
      Inc. and General Instrument Corp. d/b/a The Home &
      Networks Mobility Business of Motorola, Inc.
      (Docket No. 8027)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  For the one
                   claim for which the objection is still
                   pending, this matter is adjourned to
                   September 27, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

16.  Debtors' Thirty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Claims Relating to Short Term
     Incentive Plan) (Docket No. 4600)

     Related
     Documents:

    a.   Order on Debtors' Thirty-Sixth Omnibus Objection to Claims (Disallowance of Certain Claims Relating to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:     September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:     See attached <u>Exhibit A</u>.

Status:     An order has been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to September 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

17.   Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 4613)

Related
Documents:

    a.   Order on Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 5397)

    b.   Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7343)

    c.   Memorandum of Law In Support of Debtors' Motion for Partial Summary Judgment on the Debtors' Thirty-Seventh Omnibus Objection to Claims (Reduction of Certain Personal Property Tax Claims) (Docket No. 7344)

    d.   Notice of Motion and Hearing (Docket No. 7345)

    e.   Notice of Rescheduled Hearing On Debtors' Motion For And Memorandum Of Law In Support Of The

Debtors' Motion For Partial Summary Judgment On
The Thirty-Seventh Omnibus Objection To Claims
(Reduction Of Certain Personal Property Tax
Claims) (Docket No. 7550)

f.    Notice of Presentment Of Agreed Order By And Among
The Debtors And Certain Taxing Authorities With
Respect To The Thirty-Seventh Omnibus Objection
(Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain
Taxing Authorities with Respect to the Thirty-
Seventh Omnibus Objection and Related Pleadings
(Docket No. 7800)

h.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Kitsap
County Treasurer Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13337
(Docket No. 7983)

i.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and City of
Chesapeake Resolving the Debtors' Thirty-Seventh
Omnibus Objection to Claim No. 11842 (Docket No.
8015)

j.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and the
Escambia County Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Gaston
County, North Carolina Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
Nos. 1836 and 13350 (Docket No. 8167)

l.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Allen
County, Indiana Treasurer Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No.
13395 (Docket No. 8174)

m.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and Harris
      County, Texas Resolving the Debtors' Thirty-
      Seventh Omnibus Objection to Claim No. 14429
      (Docket No. 8181)

n.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and Travis
      County, Texas Regarding Claim Nos. 10531 and
      14423 (Docket No. 8184)

o.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and Loudon
      County Resolving the Debtors' Thirty-Seventh
      Omnibus Objection to Claim No. 13686 (Docket No.
      8187)

p.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and
      Lewisville Independent School District Resolving
      the Debtors' Thirty-Seventh Omnibus Objection to
      Claim No. 13579 and Resolving Claim No. 1840
      (Docket No. 8204)

Objection
Deadline:        May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  An agreed
                 order has been entered resolving certain
                 claims.  The claims of Gaston County,
                 North Carolina Tax Collector, Allen
                 County, Indiana, Harris County, Texas,
                 Travis County, Texas, Loudon County
                 Virginia, and Lewisville Independent
                 School District have been resolved by
                 Settlement Agreement and Stipulation.
                 Other than the foregoing, for those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 September 27, 2010 at 2:00 p.m.  See

attached <u>Exhibit A</u>.

18.   Debtors' Forty-Ninth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5212)

      Related
      Documents:

      a.   Memorandum Opinion (Docket No. 5963)

      b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
           Fiftieth Omnibus Objections (Docket No. 5964)

      c.   Supplemental Order on Debtors' Forty-Ninth Omnibus
           Objection to Certain Administrative Expenses and
           503(b)(9) Claims and Motion for (I) Authority to
           Setoff Against Such Expenses and Claims and (II) a
           Waiver of the Requirement that the First Hearing
           on Any Response Proceed as a Status Conference
           (Docket No. 6126)

      d.   Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors, FCMA, LLC,
           and VonWin Capital Management, L.P. (Docket No.
           7702)

      e.   Notice of Proposed Settlement Agreement and
           Stipulation by and among the Debtors, VonWin
           Capital Management, LP, and Imagination
           Entertainment (Docket No. 7833)

      f.   Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors, On Corp.
           USA, Inc., On Corp., Korea Export Insurance
           Corporation, and Scoggin Worldwide Fund, Ltd.
           Resolving Debtors' Forty-Ninth Omnibus Objection
           to Claim No. 14446 and Other Matters (Docket No.
           8247)

      Objection
      Deadline:      November 4, 2009 at 4:00 p.m.

20

```
        Objections/
        Responses
        Filed:            See attached Exhibit A.

        Status:           Orders have been entered partially
                          sustaining the objection.  The claim of
                          On Corp. USA, Inc., On Corp., Korea
                          Export Insurance Corporation, and
                          Scoggin Worldwide Fund, Ltd. has been
                          resolved by Settlement Agreement and
                          Stipulation (Docket No. 8247).  Other
                          than the foregoing, for the one claim
                          for which the objection is still
                          pending, this matter is adjourned to
                          September 27, 2010 at 2:00 p.m.  See
                          attached Exhibit A.
```

19.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
          Fiftieth Omnibus Objections (Docket No. 5964)

     c.   Supplemental Order on Debtors' Fiftieth Omnibus
          Objection to Certain Administrative Expenses and
          Motion for (I) Authority to Setoff Against Such
          Expenses and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6127)

     d.   Second Supplemental Order on Debtors' Fiftieth
          Omnibus Objection to Certain Administrative
          Expenses and Motion for (I) Authority to Setoff
          Against Such Expenses and (II) a Waiver of the
          Requirement that the First Hearing on Any Response
          Proceed as a Status Conference (Docket No. 6664)

    e.    Third Supplemental Order On Debtors' Fiftieth Omnibus Objection To Certain Administrative Expenses and Motion For (I) Authority To Setoff Against Such Expenses and (II) A Waiver Of The Requirement That The First Hearing On Any Response Proceed As A Status Conference (Docket No. 3800)

    f.    Notice of Proposed Settlement Agreement and Stipulation by an Among the Debtors and Fujitsu Ten Corp. of America (Docket No. 7643)

    g.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, VonWin Capital Management, LP, and Imagination Entertainment (Docket No. 7833)

Objection
Deadline:    November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached <u>Exhibit A</u>.

Status:    Orders have been entered partially sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to September 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

20.  Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims)) (Docket No. 5879)

    Related
    Documents:

    a.    Order on Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (i) No Liability (Legal Claims); (ii) No Liability (Miscellaneous Claims); and (iii) No Liability (Subcontractor Claims) (Docket No. 6368)

   b.    Supplemental Order on Debtors' Sixtieth Omnibus
         Objection to Claims (Disallowance of Certain (i)
         No Liability (Legal Claims); (ii) No Liability
         (Miscellaneous Claims); and (iii) No Liability
         (Subcontractor Claims) (Docket No. 6585)

   c.    Notice of Hearing on the Merits on Debtors'
         Sixtieth Omnibus Objection to Claim No. 14123
         Filed by Phillip Lee Steele and Response Thereto
         (Docket No. 8205)

   d.    Second Supplemental Order on Debtors' Sixtieth
         Omnibus Objection to Claims (Disallowance of
         Certain (I) No Liability (Legal Claims); (II) No
         Liability (Miscellaneous Claims); and (III) No
         Liability (Subcontractor Claims) (Docket No. 8285)

   Objection
   Deadline:      December 14, 2009 at 4:00 p.m.

   Objections/
   Responses
   Filed:         See attached Exhibit A.

   Status:        Orders have been entered partially
                  sustaining the objection.  The objection
                  with respect to the claim of Phillip Lee
                  Steele has been resolved and an order
                  will be submitted disallowing his
                  administrative claim.  Other than the
                  foregoing, for those claims for which
                  the objection is still pending, this
                  matter is adjourned to September 27,
                  2010 at 2:00 p.m. See attached Exhibit
                  A.

21.  Debtors' Seventieth Omnibus Objection to Claims
     (Disallowance of Certain (I) No Liability (Legal
     Claims); (II) No Liability (Satisfied Claims); (III) No
     Liability (Human Resources Claims); and (IV) No
     Liability (Miscellaneous Claims)) (Docket No. 7013)

     Related
     Documents:

a.   Order on Debtors' Seventieth Omnibus Objection to
     Claims (Disallowance of Certain (I) No Liability
     (Legal Claims); (II) No Liability (Satisfied
     Claims); (III) No Liability (Human Resources
     Claims); and (IV) No Liability (Miscellaneous
     Claims)) (Docket No. 7457)

b.   Supplemental Order on Debtors' Seventieth Omnibus
     Objection to Claims (Disallowance of Certain (I)
     No Liability (Legal Claims); (II) No Liability
     (Satisfied Claims); (III) No Liability (Human
     Resources Claims); and (IV) No Liability
     (Miscellaneous Claims)) (Docket No. 7674)

c.   Notice of Proposed Settlement Agreement and
     Stipulation by and Between the Debtors and
     Universal Display and Fixtures Company (Docket No.
     8002)

Objection
Deadline:       April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         An order has been entered partially
                sustaining the objection.  For those
                claims for which the objection is still
                pending, this matter is adjourned to
                September 27, 2010 at 2:00 p.m.  See
                attached Exhibit A.

22.  Debtors' Seventy-Fourth Omnibus Objection to Claims
     (Reclassification of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 7447)

     Related
     Documents:

     a.   Order on Debtors' Seventy-Fourth Omnibus Objection
          to Claims (Reclassification of Certain Alleged
          Administrative Expenses on Account of Employee

Obligations) (Docket No. 7856)

Deadline:          June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>

Status:            An order has been entered partially
                   sustaining the objection.  For those
                   three claims for which the objection is
                   still pending, this matter is adjourned
                   to September 27, 2010 at 2:00 p.m.  See
                   attached <u>Exhibit A</u>.

23.  Debtors' Seventy-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Misclassified Administrative
     Claims) (Docket No. 7460)

     Related
     Documents:

     a.    Order on Debtors' Seventy-Sixth Omnibus Objection
           to Claims (Disallowance of Certain Misclassified
           Administrative Claims) (Docket No. 7858)

     b.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors, the Equal
           Employment Opportunity Commission, Jamal Booker
           and Christopher Snow Resolving the Debtors'
           Seventy-Sixth and Seventy-Eighth Omnibus
           Objections to Claim No. 14453 and Regarding Claim
           Nos. 12921, 4230 and 4238 (Docket No. 8138)

     Objection
     Deadline:          June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached <u>Exhibit A</u>

     Status:            An order has been entered partially
                        sustaining the objection.  The claims of
                        the Employment Opportunity Commission,
                        Jamal Booker, and Christopher Snow have

been resolved by Settlement Agreement
and Stipulation (Docket No. 8138).
Other than the foregoing, for those two
claims for which the objection is still
pending, this matter is adjourned to
September 27, 2010 at 2:00 p.m.  See
attached Exhibit A.

24.   Debtors' Seventy-Eighth Omnibus Objection to Claims
      (Disallowance of Certain Late Claims) (Docket No. 7463)

      Related
      Documents:

      a.   Notice of Motion and Hearing

      b.   Order on Debtors' Seventy-Eighth Omnibus Objection
           to Claims (Disallowance of Certain Late Claims)
           (Docket No. 7860)

      c.   Supplemental Order on Debtors' Seventy-Eighth
           Omnibus Objection to Claims (Disallowance of
           Certain Late Claims) (Docket No. 7942)

      d.   Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors, the Equal
           Employment Opportunity Commission, Jamal Booker
           and Christopher Snow Resolving the Debtors'
           Seventy-Sixth and Seventy-Eighth Omnibus
           Objections to Claim No. 14453 and Regarding Claim
           Nos. 12921, 4230 and 4238 (Docket No. 8138)

      Objection
      Deadline:      June 1, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:         See attached Exhibit A.

      Status:        Orders have been entered partially
                     sustaining the objection.  The claims of
                     the Employment Opportunity Commission,
                     Jamal Booker, and Christopher Snow have
                     been resolved by Settlement Agreement
                     and Stipulation (Docket No. 8138).

Other than the foregoing, for the one
claim for which the objection is still
pending, this matter is adjourned to
September 27, 2010 at 2:00 p.m.  See
attached Exhibit A.

25.  Debtors' Seventy-Ninth Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     7874)

     Related
     Documents:

     a.   Order on Debtors' Seventy-Ninth Omnibus Objection
          to Claims (Disallowance of Certain Legal Claims)
          (Docket No. 8199)

     Objection
     Deadline:      July 15, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A.

     Status:        An order has been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    September 27, 2010 at 2:00 p.m.  See
                    attached Exhibit A

IV.  **ADVERSARY PROCEEDINGS**

26.  Motion of Mitsubishi Digital Electronics America, Inc.
     to Dismiss Count VI of the Complaint for Failure to
     State a Claim on which Relief can be Granted (Docket
     No. 16) (Circuit City Stores, Inc. v. Mitsubishi
     Electronics America, Inc., et al., Adversary No. 10-
     3068 (KRH))

     Related
     Documents:

     a.   Memorandum of Law in Support of Motion of
          Mitsubishi Digital Electronics America, Inc. to
          Dismiss Count VI of the Complaint for Failure to

State a Claim on Which Relief can be Granted
(Docket No. 17)

Response
Deadline:        July 19, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.    Memorandum of Law in Opposition to Motion of
      Mitsubishi Digital Electronics America, Inc. to
      Dismiss Count VI of the Complaint for Failure to
      State a Claim on which Relief can be Granted
      (Docket No. 23)

b.    Reply Brief in Support of Motion of Mitsubishi
      Digital Electronics America, Inc. to Dismiss Count
      VI of the Complaint for Failure to State a Claim
      on Which Relief Can Be Granted (Docket No. 28)

Status:          This matter is adjourned to August 31,
                 2010 at 10:00 a.m.

27.   Debtors' Motion for Partial Summary Judgment with
      Respect to Circuit City Stores, Inc.'s Objection to
      Claim Nos. 132 and 12300 and Complaint against
      Mitsubishi Digital Electronics America, Inc. and the
      Insurance Company of the State of Pennsylvania (Docket
      No. 30) (Circuit City Stores, Inc. v. Mitsubishi
      Electronics America, Inc., et al., Adversary No. 10-
      3068 (KRH))

      Related
      Documents:

      a.    Debtors' Memorandum of Law in Support of Motion
            for Partial Summary Judgment with Respect to
            Circuit City Stores, Inc.'s Objection to Claims
            No. 132 and No. 12300 and Complaint Against
            Mitsubishi Digital Electronics America, Inc. and
            the Insurance Company of the State of Pennsylvania
            (Docket No. 31)

      Response

Deadline:          August 16, 2010 at 4:00 p.m., extended
                   for Mitsubishi Digital Electronics
                   America, Inc. until August 24, 2010 at
                   4:00 p.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter is adjourned to August 31,
                   2010 at 10:00 a.m.


Dated: August 20, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia        FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                       - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                       - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession

\15936980

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 7 | Renukaben S. Naik | 3812 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the August 23, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Arboretum of South Barrington, LLC | 4092 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 20 | Audiovox Corporation | 4107 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Eisner, Roy | 4821 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Satchidananda Mims | 4833 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 34 | Audiovox Corporation | 4895 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 37 | Boulder County, Colorado | n/a | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Palm Beach County Tax Collector | 4883 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Hernando County, Florida | 4885 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Lee County Tax Collector | 4888 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Pinellas County, Florida | 4892 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Osceola County, Florida | 4893 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Okaloosa County Florida Tax Collector, Chris Hughes | 4920 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Orange County Florida Tax Collector, Honorable Earl K. Wood | 4976 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Manatee County, Florida by Ken Burton, Jr., Tax Collector | 4993 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Brevard County Florida Tax Collector | 5009 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Snohomish County Treasurer | 5028 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Wake County Revenue Director | 5037 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Charles County, Maryland | 5066 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Prince George County, Maryland | 5067 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Desoto County, Mississippi | 5092 | This matter has been resolved in principle, subject to completion of settlement documentation. The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Arlington ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Ada County, Idaho | 5110 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 50 | Audiovox Corporation | 5476 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 60 | Phillip Lee Steele | 4152 6065 6448 | This matter has been resolved.  An order will be submitted sustaining the objection and disallowing the administrative claim. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Richard Kreuger | 7241 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 70 | Satchidananda Mims a/k/a Satchi Mims | 7318 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 76 | Lei, Yu-Liang | 7584 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

12

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 76 | City of Avondale, Arizona | 7771 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| | | | |
| 79 | Thomas, Anna | 7955 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Foster, William | 7999 | The status hearing on this response will go forward on September 27, 2010 at 2:00 p.m. |
| 79 | Eisner, Joanne | 8003 | The status hearing on this response will go forward on September 27, 2010 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 8016 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 8017 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 8018 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Evans, Joe | 8030 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 8031 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 8032 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Fouskey, James | 8033 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 79 | Gibson, Thomas H. | 8034 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Martinez, Anthony | 8035 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Lopresti, Mary | 8036 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Murphy, Leedell | 8037 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 8041 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Perez, Jesse | 8052 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Rollins, James | 8054 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 8055 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 8056 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Grande, Richard | 8088 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 79 | Granito, Diane | n/a | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

\15482960