**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| Circuit City Stores, Inc.<br><br>Debtor(s) | Chapter 11<br>Case No. 08-3-5653 KRH |

**PRINCE GEORGE'S COUNTY'S
NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

    Please take notice that Prince George's County appears in this matter by their undersigned counsel, in accordance with 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. §§ 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that the undersigned attorneys be placed on the mailing matrix filed by the Debtor(s) in this case and that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned attorneys at the address set forth below:

Douglas C. Meister
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-13 85

    Please take further notice that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise which effect or seek to affect in any way any rights or interests of Prince George's County.

    Please take further notice that, as provided in Bankruptcy Rule 30 17(a), Prince George's County requests that the undersigned be provided with copies of any and all disclosure statements and plans or reorganization.

                                                     MEYERS, RODBELL & ROSENBAUM, P.A.

                                                     By: /s/Douglas C. Meister
                                                         Douglas C. Meister
                                                         VSB No. 44947
                                                         Meyers, Rodbell & Rosenbaum, P.A.
                                                         6801 Kenilworth Avenue, Suite 400
                                                         Riverdale, Maryland 20737-1385
                                                         301-699-5800

Douglas C. Meister, VSB No. 44947
Meyers, Rodbell & Rosenbaum, P.A.
680l Kenilworth Avenue, Suite 400
Riverdale Park, Maryland   20737
Telephone:  (301) 699-5800
Attorney for Prince George's County, Maryland

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2010, a copy of the foregoing Prince George's County's Notice of Appearance and Request for Notice and Service of Papers was mailed by first-class mail, postage prepaid to:

Gregg Galardi, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP

One Rodney Square
P.O. Box 636
Wilmington, DE 19899-

/s/Douglas C. Meister
Douglas C. Meister