**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.

*Attorneys for Empire HealthChoice Assurance, Inc.,*
*d/b/a Empire Blue Cross Blue Shield*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
CIRCUIT CITY STORES, INC., *et al.,*                           :    Case No. 08-35653-KRH
                                                               :
                            Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------x

## AMENDED NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that Empire HealthChoice Assurance, Inc., d/b/a Empire Blue Cross Blue Shield, pursuant to Federal Rule of Bankruptcy Procedure 3006, hereby withdraws Proof of claim No. 13598, filed on June 22, 2009, and Proof of Claim No. 14967, filed on March 30, 2010.

Dated: New York, New York
       August 19, 2010

**MORRISON COHEN LLP**
*Attorneys for Empire HealthChoice Assurance, Inc.,*
*d/b/a Empire Blue Cross Blue Shield*

  */s/ Michael R. Dal Lago*
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, New York 10022
(212) 735-8600

#2399766 v1 \015243 \0064