**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

-------------------------------------------------------------- x

| | |
|---|---|
| : | Chapter 11 |
| In re: | : |
| | : Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : |
| et al., | : |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |

-------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Melissa Loomis, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 19, 2010, copies of the following document were served via electronic mail upon the parties set forth on the service lists attached hereto as **Exhibit A**, via facsimile upon the parties set forth on the service lists attached hereto as **Exhibit B**, and via overnight mail upon the parties set forth on the service lists attached hereto as **Exhibit C** and **Exhibit D**:

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

1. Notice of Settlement Agreement and Stipulation by and Among the Debtors and TracFone Wireless, Inc. (Docket No.8303)

Dated:  August 20, 2010

*Melissa Loomis*

Melissa Loomis

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on August 20, 2010, by Melissa Loomis, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

# EXHIBIT A

**Exhibit A**

Core Group Service List

| NAME | ATTENTION | EMAIL |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | cgibbs@akingump.com |
|  | Sarah Link Schultz | sschultz@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq |  | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
|  | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Attorney General of Indiana | Gregory F Zoeller LeGrand L Clark | legrand.clark@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Baker & McKenzie LLP | Junghye June Yeum Esq | June.Yeum@bakermckenzie.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
|  | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
|  | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski & | trepczynski@offitkurman.com |
|  | Martin J Yeager | myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore | jmoore@bmpllp.com |
|  |  | sdavis@bmpllp.com |
|  | Sarah Davis | bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Stacey Suncine Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
|  | Julie H Rome Banks Esq | julie@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
|  | John Lucian Esq | Lucian@blankrome.com |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
|  | Jeremy B Root Esq | jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Brian T Hanlon |  | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
|  | Andria M Beckham | abeckham@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel.com |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Bryan Cave LLP | PJ Meitl | pj.meitl@bryancave.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
|  | Shawn M Christianson Esq | schristianson@buchalter.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
|  | Catherine J Weinberg | cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| Cole Schotz Meisel Forman & Leonard PA | G David Dean Esq | ddean@coleschotz.com |
| | Karen C Bifferato Esq | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Contrarian Capital Management LLC | Kimberly Gianis | kgianis@contrariancapital.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| | Michael St Patrick Baxter | |
| | Dennis B Auerbach | |
| Covington & Burling LLP | Joshua D McKarcher | jmckarcher@cov.com |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| | Christopher A Provost | |
| | Stephen T Loden | |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman | mehoffman@duanemorris.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| | Gay Richey | |
| Envision Peripherals Inc | Sr Credit Manager | gay@epius.com |
| | Byron Z Moldo | bmoldo@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | kmiller@ecjlaw.com |
| | Michael S Kogan | mkogan@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |
| Frank Gecker LLP | Joseph D Frank | |
| | Jeremy C Kleinman | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| Friedlander Misler PLLC | Robert E Greenberg Esq | |
| | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorrence@fulbright.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn.fvchg1@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| Goulston & Storrs PC | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| Greenberg Traurig LLP | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| Greer Herz & Adams LLP | Frederick Black | |
| | Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| Hirschler Fleischer PC | Michael P Falzone Esq | mfalzone@hf-law.com |
| | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| | Robert S Westermann | rwestermann@hf-law.com |
| Hodgson Russ LLP | Garry M Graber Esq | Ggraber@HodgsonRuss.com |
| Hofheimer Gartlir & Gross LLP | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| | Nicholas B Malito Esq | nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Hong Kong Export Credit Insurance Corporation | Ada So | tonysck@hkecic.com |
| Honigman Miller Schwartz and Cohn LLP | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| | Joseph R Sgroi Esq | jsgroi@honigman.com |
| Hunton & Williams LLP | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| | Jason W Harbour | jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |
| | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| | David M Poitras PC | dpoitras@jmbm.com |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | crd@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| | | marc.barreca@klgates.com |
| K&L Gates LLP | Marc Barreca | bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| Katten Muchin Rosenman LLP | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| | Ann K Crenshaw Esq | |
| Kaufman & Canoles | Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | James S Carr Esq | |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| | James A Pardo Jr | jpardo@kslaw.com |
| | Thaddeus D Wilson | thadwilson@kslaw.com |
| King & Spalding LLP | John F Isbell | jisbell@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | jkrumbein@krumbeinlaw.com |
| Kupelian Ormond & Magy PC | David M Blau Esq | dmb@kompc.com |
| | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| Kutak Rock LLP | Jeremy S Williams | jeremy.williams@kutakrock.com |
| Landau Gottfried & Berger LLP | Peter J Gurfein | pgurfein@lgbfirm.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| | Stephen E Leach Esq | sleach@ltblaw.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| LeClairyan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| Lehnardt & Lehnhardt LLC | Detlef G Lehnardt<br>Stephen K Lehnardt | skleh@lehnardt-law.com |
| Leitess Leitess Friedberg & Fedder PC | Jeremy S Friedberg Esq<br>Gordon S Young Esq | jeremy.friedberg@llff.com<br>gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| Lionel J Postic PC | Lionel J Postic Esq | lpostic@mindspring.com<br>aarusso@mindspring.com |
| Loudoun County Attorney | John R Roberts<br>Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Luce Forward | Jess R Bressi Esq | jbressi@luce.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| Madison County Alabama Tax Collector | Lynda Hall | taxcol@co.madison.al.us<br>swells@co.madison.al.us |
| Magee Foster Goldstein & Sayers PC | A Carter Magee Jr<br>W Joel Charboneau | cmagee@mfgs.com<br>jcharboneau@mfgs.com |
| Magruder Cook Carmody & Koutsouftikis | Anne M Magruder Esq<br>Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| McCarter & English LLP | Clement J Farley<br>Angela Sheffler Abreu | cfarley@mccarter.com<br>aabreu@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| McDonough Holland & Allen PC | Mary E Olden Esq<br>Andre K Campbell Esq | molden@mhalaw.com<br>acampbell@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| McKenna Long & Aldridge LLP | John G McJunkin Esq<br>J David Folds Esq | jmcjunkin@mckennalong.com<br>jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | John G McJunkin Esq<br>J David Folds | jmcjunkin@mckennalong.com<br>dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | alberto@miamidade.gov<br>MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| Missouri Attorney General Office | Chris Koster<br>Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| | Richard C Ogden Esq | rco@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@lawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| | Terri L Gardner | terri.gardner@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Greg Taube | greg.taube@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Louis E Dolan | ldolan@nixonpeabody.com |
| | Dennis J Drebsky | |
| Nixon Peabody LLP | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| | Anne Secker Esq | |
| Noland Hamerly Etienne & Hoss PC | Lisa K Omori | asecker@nheh.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
| | Frederick J Levy Esq | flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@taylorurns.com |
| | Scott A Stengel Esq | sstengel@orrick.com |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | jguy@orrick.com |
| | Jeremy Dacks | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@cvmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Paul Hastings Janofsky & Walker LLP | James E Anklam | jamesanklam@paulhastings.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | | eagle.sara@pbgc.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| | | arlbank@pbfcm.com |
| | Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Yolanda Humphrey | yhumphrey@pbfcm.com |
| | Stephen W Spence Esq | sws@pgslaw.com |
| Phillips Goldman & Spence PA | Scott L Adkins Esq | sla@pgslaw.com |
| | German Yusufov | terri.roberts@pcao.pima.gov |
| Pima County Attorney Civil Division | Terri A Roberts | german.yusufov@pcao.pima.gov |
| | James E Bird | jbird@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | ahatch@polsinelli.com |
| | Robert Somma Esq | rsomma@pbl.com |
| Posternak Blankstein & Lund LLP | Laura A Otenti Esq | lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| | Brian Sirower Esq | bsirower@quarles.com |
| Quarles & Brady LLP | Lori L Winkelman Esq | lwinkelm@quarles.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| | Kurt F Gwynne Esq | kgwynne@reedsmith.com |
| Reed Smith LLP | Kathleen A Murphy Esq | kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| | Matthew Righetti | matt@righettilaw.com |
| Righetti Law Firm PC | Michael Righetti | mike@righettilaw.com |
| | Matthew V Spero Esq | |
| Rivkin Radler LLP | Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| | Peter E Strniste | pstrniste@rc.com |
| Robinson & Cole | Patrick M Birney | pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| | | plaurin@rutterhobbs.com |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | Jking@rutterhobbs.com |
| Saiber LLC | Nancy A Washington Esq | naw@saiber.com |
| | C Thomas Ebel Esq | ppearl@sandsanderson.com |
| | William A Gray Esq | lhudson@sandsanderson.com |
| | Peter M Pearl Esq | bgray@sandsanderson.com |
| Sands Anderson Marks & Miller PC | Lisa Taylor Hudson Esq | tebel@sandsanderson.com |
| Sands Anderson PC | Philip C Baxa Esq | pbaxa@sandsanderson.com |
| | Christopher R Belmonte Esq | cbelmonte@ssbb.com |
| | Pamela A Bosswick Esq | pbosswick@ssbb.com |
| Satterlee Stephens Burke & Burke LLP | Abigail Snow Esq | asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| | Lawrence S Burnat Esq | lburnat@swfllp.com |
| Schreeder Wheeler & Flint LLP | J Carole Thompson Hord Esq | chord@swfllp.com |
| | Michael L Cook | michael.cook@srz.com |
| | David M Hillman | david.hillman@srz.com |
| Schulte Roth & Zabel LLP | Meghan M Breen | meghan.breen@srz.com |
| Seyfarth Shaw LLP | David C Christian II | dchristian@seyfarth.com |
| | Rhett Petcher Esq | rpetcher@seyfarth.com |
| Seyfarth Shaw LLP | Alexander Jackins | ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| | | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen Richard E Braun | braunre@doj.state.wi.us |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble Katherine M Sutcliffe Becker Darrell W Clark Esq Tracey M Ohm Esq | jdibble@stinson.com kbecker@stinson.com dclark@stinson.com tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson and Knight LLP | Cassandra Sepanik Katharine Battaia | Cassandra.Sepanik@tklaw.com Katharine.Battaia@tklaw.com |
| Thompson McMullan PC | Robert A Dybing | rdybing@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Venable LLP | Lawrence A Katz Kristen E Burgers | lakatz@venable.com keburgers@venable.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | bwallander@velaw.com adegeyter@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | mmitchell@vorys.com sbanerjee@vorys.com kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq Joseph W Gelb Esq | gary.holtzer@weil.com joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | dcarlisle@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| White & Case LLP | Peter J Carney | |
| | William Sloan Coats | |
| | Julieta L Lerner | jlerner@whitecase.com |
| Whiteford Taylor & Preston LLP | Bradford F Englander | |
| | Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| | H Jason Gold Esq | jgold@wileyrein.com |
| | Dylan G Trache Esq | dtrache@wileyrein.com |
| | Rebecca L Saitta Esq | rsaitta@wileyrein.com |
| | Valerie P Morrison Esq | vmorrison@wileyrein.com |
| Wiley Rein LLP | Dylan G Trache Esq | dtrache@wileyrein.com |
| Williams Mullen | William H Schwarzschild III | tschwarz@williamsmullen.com |
| | W Alexander Burnett | aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| | Laura Day DelCotto Esq | ldelcotto@wisedel.com |
| Wise DelCotto PLLC | Allison Fridy Arbuckle Esq | aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| | Brian D Womac | Stacey@brianwomac.com |
| Womac & Associates | Stacy Kremling | brianwomac@aol.com |
| | Jeffrey L Tarkenton | jtarkenton@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Todd D Ross | toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| | Neil P Goldman Esq | |
| Young Goldman & Van Beek PC | John P Van Beek Esq | ngoldman@ygvb.com |

# EXHIBIT B

**Exhibit B**

Core Group Service List

| NAME | ATTENTION | FAX |
|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9370 |

**Exhibit B**

Rule 2002 List

| Name | Notice Name | Fax |
|---|---|---|
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente<br>Robert K Coulter | 804-916-3939 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Pasadena Independent School District | Dexter D Joyner | 281-991-6012 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |

# **EXHIBIT C**

**Exhibit C**

Core Group Service List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/ REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

**Exhibit C**
Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Draper & Goldberg PLLC | James E Clarke & L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

# <u>EXHIBIT D</u>

**Exhibit D**

Special Party

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| TracFone Wireless Inc | c o Cynthia A Jacobs Esq | Senior Vice President Legal | 9700 NW 112 Ave | Miami | FL | 33178 |