Form 210A (10/06)

# United States Bankruptcy Court

__EASTERN__ District Of __VIRGINIA__

In re __CIRUIT CITY STORES, INC__,   Case No. __08-35653__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __VONWIN CAPITAL MANAGEMENT, LP__ | __PuntoAparte Communications, Inc__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ATTENTION: ROGER VON SPIEGEL
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Court Claim # (if known): __Sched F__
Amount of Claim: __204.80__
Date Claim Filed: _____

Phone: __212-889-1601__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: __212-889-1601__
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  __/s/ Roger Von Spiegel__   Date: __August 20, 2010__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re:

Ch-11 Circuit City Stores, Inc.

Debtor

Case No. 08-35653

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of PuntoAparte Communications, Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Claim Amount | Claim No |
|---|---|
| $ 204.80 | Schedule F |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:
Name:
Title:
Date:

ASSIGNOR: PuntoAparte Communications, Inc.
Address:   Orlando J Salichs President
           PO Box 906636
           San Juan, PR 00906-6636

Signature: [signature] "as approved by
Name: Jocianne Rivera  Orlando Salichs
Title: Assistant Controller  on August 19"
Date: 8/19/2010

In Re: CIRCUIT CITY STORES, INC. Debtor, Case No.08-35653                                                                    Entity # 1

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED, NATURE OF LIEN AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO | CONTINGENT, UNLIQUIDATED, DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1182732 - 10170607<br>PUNTOAPARTE COMMUNICATIONS INC<br>PO BOX 9066636<br>SAN JUAN PR 00906-6636 | EXPENSE PAYABLE | | $204.80 |
| 2689893 - 10206148<br>PUOLOS, IVY<br>2836 LAVIERE ST<br>JACKSONVILLE FL 32205 | POTENTIAL REFUND CLAIM | Disputed | $89.99 |
| 2667540 - 10180048<br>PURA, V<br>18 OFELIA CIR<br>BROWNSVILLE TX 78521-5826 | POTENTIAL REFUND CLAIM | Disputed | $36.79 |
| 1484700 - 10040940<br>PURAN, ANDREW<br>ADDRESS ON FILE | HOURLY EMPLOYEE CLAIMS<br>POTENTIAL CLAIMS ARRISING FROM EMPLOYMENT | Contingent,<br>Unliquidated | Unknown |
| 2665133 - 10180432<br>PURCELL, JENNIFER A<br>398 W WILSON ST APT E212<br>COSTA MESA CA 92627-5688 | POTENTIAL REFUND CLAIM | Disputed | $0.04 |
| 2743931 - 10176943<br>PURCHASE ORTHOPAEDIC ASSOC<br>P O BOX 7745<br>PADUCAH KY 42002 | POTENTIAL REFUND CLAIM | Disputed | $176.80 |
| 1212095 - 10171452<br>PURCHASE POWER<br>PO BOX 856042<br>LOUISVILLE KY 40285-6042 | EXPENSE PAYABLE | | $133.87 |
| 2331113 - 10091650<br>PURDIE, DERRICK<br>2104 OAK TOP DR<br>GASTON SC 29053 | POTENTIAL CLAIM<br>CLAIM NUMBER -<br>20050300544-0001 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |