**Garry M. Graber**
Partner
Direct Dial: 716.848.1273
ggraber@hodgsonruss.com

**HodgsonRuss**
ATTORNEYS

August 19, 2010

RICHMOND DIVISION
FILED AUG 23 2010
CLERK
US BANKRUPTCY COURT

Corrections Department
U. S. Bankruptcy Court for the
Eastern District of Virginia
701 East Broad Street
Richmond, Virginia 23219-1888

Re:    In re: Circuit City Stores, Inc.
       Chapter 11 Case No. 08-35653-KRH

Please remove my email address from the electronic service list associated with the Circuit City Stores, Inc. Chapter 11 bankruptcy proceeding referenced above. The email address to be removed is as follows: **ggraber@hodgsonruss.com**.

Please call if you have any questions or comments. Thank you.

Respectfully submitted,

Garry M. Graber /ral
Garry M. Graber
Partner

GMG/ral