Case - Phillip Lee Steele
08-35653
Claim #14909

I would like to withdraw claim 14909.

RICHMOND DIVISION
FILED AUG 2 4 2010
CLERK
US BANKRUPTCY COURT

My new address is: 1905 James Street Apt A
Durham, NC 27707