**EXHIBIT 2**

ORIGINAL FILED

OCT 31 2008

LOS ANGELES
SUPERIOR COURT

SUPERIOR COURT IN THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| MARIA G. MONCAYO, an individual, and LUELLA SMITH, an individual, individually and on behalf of all other similarly situated former employees of CIRCUIT CITY in California,<br><br>Plaintiffs,<br><br>vs.<br><br>CIRCUIT CITY INC., a Virginia corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. BC 368973<br><br>Assigned for all purposes to the Honorable Victoria Chaney, Dept. 324<br><br>(Related to Case Numbers BC 369011 & BC 376860)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT filed concurrently and separately herewith<br><br>Date:      September 4, 2008<br>Time:      2:00 p.m.<br>Dept.:     324<br><br>Trial Date:   None |

The Court, having fully reviewed Plaintiffs' Application for Preliminary Approval of Class Action Settlement, the supporting Memorandum of Points and Authorities, and all exhibits, including the Joint Stipulation of Settlement Agreement and Release of Class Action Claims ("Stipulation of Settlement"), the Notice of Proposed Class Action Settlement ("Class Notice), the Claim Form, the Request for Exclusion, stipulations, notices, and the argument of counsel, and in recognition of the Court's duty to make a preliminary determination as to the fairness, reasonableness, and adequacy of any proposed class action settlement, and, if determined to be

- 1 -
[PROPOSED] ORDER

*Moncayo et al. v. Circuit City Inc.*

fair, reasonable, and adequate, to provide proper notice to Class Members in accordance with California law and due process, and to thereafter conduct a final approval hearing;

THE COURT MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1. All defined terms in this Order shall have the same meaning as those set forth in the Stipulation of Settlement;

2. The Court preliminarily approves the Stipulation of Settlement, and the settlement terms and procedures described therein, as presumptively fair and within the range of reasonableness of a class action settlement of this type, and as fair, just, and adequate;

3. The Court preliminarily approves the settlement amount as fair and reasonable to Class Members, when balanced against the risks and possible outcome of further litigation relating to class certification, liability and damages;

4. Counsel have conducted significant investigation, research, and discovery so that the parties are able to reasonably evaluate their respective positions;

5. Settlement at this time will avoid substantial costs, delay and risks presented by continued prosecution of the litigation;

6. The proposed settlement was reached as a result of intensive, serious, and non-collusive negotiations, including two extensive mediations before mediator Antonio Piazza, Esq., who is highly experienced in employment litigation and in complex class litigation;

7. Solely for the purposes of the proposed settlement, the Court does hereby provisionally certify the settlement class as defined in paragraph 6 of the Stipulation;

8. The Court preliminarily approves Manuel Miller and Martin I. Aarons of the Law Offices of Manuel Miller as Class Counsel, and Maria Moncayo and Luella Smith as Class Representatives;

9. The Court approves the Class Notice attached as Exhibit A to the Stipulation of Settlement, as well as the Claim Form and the Request for Exclusion Form attached as Exhibits B and C, respectively, and finds that distribution of the Class Notice in the manner set forth in this Order meets the requirements of California law and due process, and is the best notice

1 practicable under the circumstances and shall constitute sufficient notice to all class members to
2 be sent out to the proposed class members;

3     10.    A Final Fairness and Good Faith Determination Hearing shall be held before the
4 undersigned in Department 324 of the Los Angeles County Superior Court, Central Civil West
5 Courthouse, 600 South Commonwealth Avenue, Los Angeles, California 90005 on
6 _1-14-2009_, 2008 at _2:00 pm_ a.m. The purpose of this hearing is to make a
7 final determination whether the proposed settlement is fair, reasonable, and adequate and should
8 be approved by the Court, and to determine the amount of attorneys' fees and costs that should
9 be awarded to Class Counsel;

10     11.    All counsel, by and through the Claims Administrator, shall supervise and
11 administer the notice and claims procedure as set forth in the Stipulation of Settlement;

12     12.    All Class Members who do not submit a timely request to be excluded from the
13 settlement shall be bound by all determinations and judgments in the Stipulation, whether
14 favorable or unfavorable to the settlement class, and shall be deemed to have been given a full
15 general release of any and all Released Claims against Defendant and its successors,
16 predecessors, assigns, and related entities, and to have waived the provisions of California Civil
17 Code section 1542 with respect to Released Claims;

18     13.    Any Class Member who wishes to participate in the proposed settlement shall
19 submit a completed Claim Form provided by the Claims Administrator that substantially
20 conforms to the Claim Form attached as Exhibit B to the Stipulation of Settlement;

21     14.    Pending the Court's final determination of whether this proposed settlement
22 should be granted final approval, no Class Member, either directly or representatively, or in any
23 other capacity, shall commence or prosecute any action or proceeding asserting any of the
24 Released Claims, as defined in the Stipulation of Settlement, with the exception of any individual
25 lawsuits filed on behalf of individually named plaintiffs prior to the date of this Order;

26     15.    Any member of the settlement class may appear at the Fairness and Good Faith
27 Determination Hearing in person or by counsel, and may be heard to the extent allowed by the
28 Court, in support of or in opposition to the Court's determination of the good faith, fairness,

[PROPOSED] ORDER

*Moncayo et al. v. Circuit City Inc.*

1  reasonableness and adequacy of the proposed settlement, the requested attorneys' fees and
2  reimbursement of litigation expenses, the proposed enhancement payments to the Class
3  Representatives, and any Order of Final Approval and Judgment regarding such settlement,
4  provided however, that no person, except Class Counsel and counsel for Defendant, shall be
5  heard in opposition to such matters unless such person has complied with the conditions set forth
6  in paragraph 21 of the Class Notice, which requires that any Class Member who wishes to object to
7  the Settlement must file with the Court and serve on counsel for the parties a written statement objecting
8  to the Settlement within forty-five (45) days after the date the Class Notice is first mailed.
9      ACCORDINGLY, GOOD CAUSE APPEARING, PLAINTIFFS' APPLICATION
10 FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY
11 GRANTED. THE COURT ACCEPTS AND INCORPORATES THE STIPULATION OF
12 SETTLEMENT REGARDING PROVISIONAL CERTIFICATION OF THE CLASS FOR
13 SETTLEMENT PURPOSES ONLY.

Dated: 10/3/2008

_Victoria Gerrard Chaney_
JUDGE OF THE SUPERIOR COURT

- 4 -
[PROPOSED] ORDER

*Moncayo et al. v. Circuit City Inc.*