**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al. | Case No. 08-35653 (KRH) |
| Debtors. | Jointly Administered |

**LIMITED REPLY TO OBJECTION WITH RIGHT TO AMEND**

    Creditor iGate Global Solutions, Limited ("iGate") hereby objects to Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims).  This limited objection with right to amend is made with the agreement of the Debtors to allow iGate to file an amended Reply to Objection no later than August 30, 2010.

    Despite having filed with this court a request for notice to be sent to counsel for iGate, Jonathan Storper of Hanson Bridgett LLP, so that Mr. Storper would receive notice of all motions, counsel received no notice in the mail and actual notice only 3 business days prior to the due date of Tuesday, August 24, 2010.

    Further, iGate may have claims that may be post petition general unsecured or administrative expenses and reserves the right to seek to object to this motion or amend

Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com
*Counsel for iGate Global Solutions, Limited*

- 2 -

its filed claims in some appropriate manner as a result of an internal review currently underway.

Dated: August 24, 2010

Respectfully submitted,

By:  /s/ Robert R. Musick
Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com

Jonathan S. Storper, California Bar No. 127846
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366

Attorneys for Creditor
iGate Global Solutions, Limited

- 3 -

## CERTIFICATE OF SERVICE

      I certify that on August 24, 2010, the foregoing pleading was filed electronically on the Court's CM/ECF system and was served on all parties entitled to notice thereof.


   /s/ Robert R. Musick
Robert R. Musick, VSB No. 48601
ThompsonMcMullan, P.C.
100 Shockoe Slip
Richmond, VA 23219
804.649.7545
804.780.1813 Fax
bmusick@t-mlaw.com
*Counsel for iGate Global Solutions, Limited*