**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC. et al.,<br>Debtors,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

**AFFIDAVIT OF JONATHAN S. STORPER IN SUPPORT OF IGATE GLOBAL SOLUTIONS, LIMITED's LIMITED REPLY TO OBJECTION WITH RIGHT TO AMEND**

I, Jonathan S. Storper, declare that:

1. I am an attorney admitted to practice in California and represent iGate Global Solutions, Limited.

2. I did not receive notice of the Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims), despite having requested so in the proof of claim for iGate filed previously with this court, until 3 business days prior to the due date for this Reply.

3. On August 23, 2010, I spoke with Sunny Sidu, Esq.,of Skadden Arps, counsel for Debtors, who agreed that iGate could file a limited "place holder" Reply to Objection on August 24, 2010 and then amend and file that Reply to Objection no later than August 30, 2010.

4. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

2548577.2

Executed on August 24, 2010 at San Francisco, California.

Dated: August 24, 2010        By: _____
                                  Jonathan S. Storper, Esq.