

BK08199PG2581

RESOLUTION NO. (1998) 893
00006

PRESENTED FOR REGISTRATION
98 NOV 19 AM 9:39
LAURA M RIDDICK
REGISTER OF DEEDS
WAKE COUNTY

A RESOLUTION ORDERING THE CLOSING ALL OF CARMAX TRAIL AS DESCRIBED HEREIN

WHEREAS, a petition has been filed with the City of Raleigh for the closing of right-of-way described below; and

WHEREAS, pursuant to Article 15 of Chapter 160A of the General Statutes of North Carolina, a resolution was adopted by the City Council declaring its intent to close said portion of said street, a public hearing was called and advertised, and notice of public hearing was posted along said street, as required by law; and

WHEREAS, from facts and information gathered at the public hearing, it appears to the satisfaction of the City Council that the closing of said street is not contrary to the public interest and that no individual owning property in the vicinity of said street will thereby be deprived of reasonable means of ingress and egress to this property;

NOW, THEREFORE, BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF RALEIGH:

Section 1. That the described right-of-way of Carmax Trail be closed permanently as follows:

STC-7-98/ CARMAX TRAIL, all of an unimproved right-of-way one block north of Glenwood Avenue, and one east off Ebenezer Church Road, as part of the site plan approval of Carmax Auto Dealership (PA-4-94). Further described as being all of the right-of-way as recorded on a map entitled "Right-of-Way Dedication Map for Acme Commercial Corporation", Book of Maps 1994, Page 410, Wake County Registry.

Conditions:

1. A plat be prepared by the Petitioner for recording, showing the following information:
   a. Boundary of the right-of-way to be closed.
   b. All new property lines and recombined properties.
   c. Reference of City Council Action.
2. The plat be reviewed and approved by the Raleigh Planning Department for recording at the office of the Register of Deeds; and
3. The Petitioner record the plat at the Register of Deeds Office.
4. If the recording of the street closing plat described in Condition 1 is not filed with the Wake County Register of Deeds on or before August 4, 1999, then this street closing resolution will automatically be recinded and be null and void.

EXCEPTION NO. 16

BOOK8190PAGE2588

Resolution (1998) 893
page 2

Section 2. That this resolution be registered in the Wake County Register of Deeds office.

Adopted:    August 4, 1998.

Effective:  Ten working days following plat recordation.

Distribution:   City Council
                City Manager
                All Dept. Heads
                Petitioner
                Abutting property owners



BK8190PG2583

## City Of Raleigh
### North Carolina

STATE OF NORTH CAROLINA)
COUNTY OF WAKE)

CERTIFICATION

I, Gail G. Smith, City Clerk & Treasurer of the City of Raleigh, North Carolina, do hereby certify that the attached is a true and exact copy of Resolution 1998-893 adopted on August 4, 1998.

IN WITNESS WHEREOF, I have unto set my hand and have caused the Seal of the City of Raleigh to be affixed this 10th day of November, 1998.

Gail G. Smith
City Clerk & Treasurer

OFFICES · 222 WEST HARGETT STREET · POST OFFICE BOX 590 · RALEIGH, NORTH CAROLINA 27602
Recycled Paper