**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On August 2, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit B** via First Class Mail.

Dated:  August 6, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 6th day of August, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Vanessa R Quinones_



VANESSA RAE QUINONES
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Manufacturers and Traders Trust Company as Trustee | Attn Deborah J Piazza Esq | c o Hodgson Russ LLP | 60 E 42nd St 37th Fl | New York | NY | 10165 | 12712 | $644,731.85 | 8175 |
| Transferee | CC Investors Trust 1995-1 | Attn Arina Meeuwsen | 5500 Interstate N Pkwy Ste 600 | | Atlanta | GA | 30328 | 12712 | $644,731.85 | 8175 |
| Notice Party | Manufacturers and Traders Trust Company as Trustee | | One M&T Plz | | Buffalo | NY | 14203 | 12712 | $644,731.85 | 8175 |
| Transferor | Manufacturers and Traders Trust Company as Trustee | Attn Nancy L George VP | One M&T Plz | | Buffalo | NY | 14203 | 13882 | $43,973.56 | 8176 |
| Transferee | CC Investors Trust 1995-1 | Attn Arina Meeuwsen | 5500 Interstate N Pkwy Ste 600 | | Atlanta | GA | 30328 | 13882 | $43,973.56 | 8176 |
| Notice Party | Hodgson Russ LLP | Attn Deborah J Piazza Esq | Counsel to Manufacturers and Traders Trust Company as Trustee | 60 E 42nd St 37th Fl | New York | NY | 10165 | 13882 | $43,973.56 | 8176 |
| Transferor | Sitoa Corporation | Linda Leung | 981 Industrial Rd Ste C | | San Carlos | CA | 94070 | 13265 | $72,010.95 | 8180 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | 13265 | $72,010.95 | 8180 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____
In re                                                    )         Chapter 11
                                                         )
    Circuit City Stores, Inc.                )         Case No. 08-35653 (KRH)
                                                         )         (Jointly Administered)
                                                         )
Debtor_____ )

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
             Transferor Address

Please note that your claim number ____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                            **By:**    _____/s/_____
                                            **Joseph Johnson**

**cc:**  Notice Party (if applicable)