**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

|  |  |
|---|---|
| ------------------------------------------------- x | |
| | : Chapter 11 |
| In re: | : |
| | : Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : |
| et al., | : |
| | : Jointly Administered |
| Debtors.[1] | : |
| | : |
| ------------------------------------------------- x | |

**AFFIDAVIT OF SERVICE**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On or before July 28, 2010, the parties set forth on the service list attached hereto as

**Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a

customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form,

attached  hereto as **Exhibit B** via First Class Mail.

Furthermore, on or before July 28, 2010, the parties set forth on the service list attached

hereto as **Exhibit C** were served with a copy of the document(s) referenced on **Exhibit C** along with

a customized Notice of Filing of Partial Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4)

form, attached hereto as **Exhibit D** via First Class Mail.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Furthermore, on or before July 28, 2010, the parties set forth on the service list attached

hereto as **Exhibit E** were served with a copy of the document(s) referenced on **Exhibit E** along with

a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit F** via First

Class Mail.

Dated:  August 4, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of August, 2010, by
Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

> MICHELLE CRUZ
> Commission # 1875517
> Notary Public - California
> Los Angeles County
> My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Optoma | Elton Li | 715 Sycamore Dr | | Milpitas | CA | 95035 | 7214 | $745,962.76 | 8090 |
| Transferee | Dover Master Fund II LP | Attn Vladimir Jelisavcic | c o Longacre Management LLC | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 7214 | $745,962.76 | 8090 |
| Transferor | EMC Insurance Companies | | PO Box 712 | | Des Moines | IA | 50306 | 14717 | $9,275.92 | 8169 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 14717 | $9,275.92 | 8169 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
| In re | ) |  |
| Circuit City Stores, Inc. | ) | Case No. 08-35653 (KRH) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtor _____ | ) |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY**
**PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:     Transferor
>          Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

> Transferee
> Transferee Address

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
|---|---|
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee.  If you file an objection, a hearing may be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

**By:**     _____/s/_____
            **Joseph Johnson**

**cc:**  Notice Party (if applicable)

# EXHIBIT C

**Exhibit C**
**Rule 3001(e)(2) or 3001(e)(4) Partial**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Claim Amount | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Sharpe Partners LLC | Attn Kathy L Sharpe CEO | 61 Broadway Ste 2305 | | New York | NY | 10006 | 6257 | $245,100.00 | $157,978.75 | 8139 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | 6257 | $245,100.00 | $157,978.75 | 8139 |
| Transferor | Sharpe Partners LLC | Attn Kathy L Sharpe CEO | 61 Broadway Ste 2305 | | New York | NY | 10006 | 6257 | $245,100.00 | $157,978.75 | 8140 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel Managing Director | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | 6257 | $245,100.00 | $157,978.75 | 8140 |
| Transferor | 19th Street Investors Inc | John Ortega CEO | Retail Property Group | 101 Plaza Real S Ste 200 | Boca Raton | FL | 33432 | 12259 | $2,724,220.47 | $2,636,827.75 | 8155 |
| Transferee | Retail Property Group Inc | | 101 Plaza Real S Ste 200 | | Boca Raton | FL | 33432 | 12259 | $2,724,220.47 | $2,636,827.75 | 8155 |
| Notice Party | 19th Street Investors Inc | John D Demmy Esq | Stevens & Lee PC | 620 Freedom Business Center Ste 200 | King of Prussia | PA | 19406 | 12259 | $2,724,220.47 | $2,636,827.75 | 8155 |
| Transferor | 19th Street Investors Inc | John Ortega CEO | Retail Property Group | 101 Plaza Real S Ste 200 | Boca Raton | FL | 33432 | 12259 | $2,724,220.47 | $87,392.72 | 8156 |
| Transferee | Retail Property Group Inc | | 101 Plaza Real S Ste 200 | | Boca Raton | FL | 33432 | 12259 | $2,724,220.47 | $87,392.72 | 8156 |
| Notice Party | 19th Street Investors Inc | John D Demmy Esq | Stevens & Lee PC | 620 Freedom Business Center Ste 200 | King of Prussia | PA | 19406 | 12259 | $2,724,220.47 | $87,392.72 | 8156 |

# EXHIBIT D

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

| | ) | Chapter 11 |
|---|---|---|
| In re | ) | |
|     Circuit City Stores, Inc. | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor_____ | ) | |

**NOTICE: FILING OF PARTIAL TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (e)(4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:    Transferor
>        Transferor Address

Please note that your claim number _____ in the amount of _____ has been partially transferred in the amount of _____ (**unless previously expunged by court order**) to:

>        Transferee
>        Transferee Address

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee.  If you file an objection, a hearing may be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                        **By:**         **_____/s/_____**

                                      **Joseph Johnson**

**cc:** Notice Party (if applicable)

# EXHIBIT E

**Exhibit E**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | Optoma | Elton Li | 715 Sycamore Dr | | Milpitas | CA | 95035 | 8091 |
| Transferee | Dover Master Fund II LP | Attn Vladimir Jelisavcic | c o Longacre Management LLC | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 8091 |
| Transferor | Optoma Technology Inc | Elton Li | 715 Sycamore Dr | | Milpitas | CA | 95035 | 8092 |
| Transferee | Dover Master Fund II LP | Attn Vladimir Jelisavcic | c o Longacre Management LLC | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 8092 |
| Transferor | Optoma Technology Inc | Elton Li | 715 Sycamore Dr | | Milpitas | CA | 95035 | 8093 |
| Transferee | Dover Master Fund II LP | Attn Vladimir Jelisavcic | c o Longacre Management LLC | 810 Seventh Ave 33rd Fl | New York | NY | 10019 | 8093 |

# EXHIBIT F

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

TO:          Transferee
             Transferee Address

CC:          Transferor
             Transferor Address

             Notice Party (if applicable)

FROM:        Joseph Johnson
DATE:
RE:          Notice of Rejection of Notice of Transfer

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

_____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

_____    The NOT asserts that it transfers a scheduled liability which has been superseded by a subsequently filed proof of claim.

_____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.