**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
------------------------------------------------------------ x
                                                             :   Chapter 11
In re:                                                       :
                                                             :   Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                                   :
et al.,                                                      :
                                                             :   Jointly Administered
                    Debtors.[1]                              :
                                                             :
------------------------------------------------------------ x
```

**AFFIDAVIT OF SERVICE**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On or before July 20, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit B** via First Class Mail.

Dated: August 4, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 4th day of August, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | IBM Corporation | c o IBM Corporation | Bankruptcy Coordinator | 13800 Diplomat Dr | Dallas | TX | 75234 | | 12500 | $2,893,320.41 | 7958 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | | 12500 | $2,893,320.41 | 7958 |
| Notice Party | IBM Corporation | | 1 New Orchard Rd | | Armonk | NY | 10504 | | 12500 | $2,893,320.41 | 7958 |
| Transferor | IBM Corporation | c o IBM Corporation | Bankruptcy Coordinator | 13800 Diplomat Dr | Dallas | TX | 75234 | | 14563 | $44,966,364.00 | 7958 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | | 14563 | $44,966,364.00 | 7958 |
| Notice Party | IBM Corporation | | 1 New Orchard Rd | | Armonk | NY | 10504 | | 14563 | $44,966,364.00 | 7958 |
| Transferor | IBM Corporation | c o IBM Corporation | Bankruptcy Coordinator | 13800 Diplomat Dr | Dallas | TX | 75234 | | 14818 | $19,136,033.51 | 7958 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | | 14818 | $19,136,033.51 | 7958 |
| Notice Party | IBM Corporation | | 1 New Orchard Rd | | Armonk | NY | 10504 | | 14818 | $19,136,033.51 | 7958 |
| Transferor | Bldg 2007 Retail LLC and Netarc LLC | Terry Marcus | Bldg Management Co | 417 5th Ave Fl 4 | New York | NY | 10016 | | 14052 | $40,655.36 | 8024 |
| Transferee | Jefferies Leveraged Credit Products LLc | | One Station Pl Three N | | Stamford | CT | 06902 | | 14052 | $40,655.36 | 8024 |
| Notice Party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz 111 Ste 705 | Jersey City | NJ | 07311 | | 14052 | $40,655.36 | 8024 |
| Transferor | Bldg 2007 Retail LLC and Netarc LLC | Terry Marcus | Bldg Management Co | 417 5th Ave Fl 4 | New York | NY | 10016 | | 12574 | $803,528.00 | 8025 |
| Transferor | Jefferies Leveraged Credit Products LLc | | One Station Pl Three N | | Stamford | CT | 06902 | | 12574 | $803,528.00 | 8025 |
| Notice Party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz 111 Ste 705 | Jersey City | NJ | 07311 | | 12574 | $803,528.00 | 8025 |
| Transferor | Newmen Technology Co Ltd | Attn Fish Chou | No 1 Newmen Rd | Tongsheng Village | Longhua | Shenzhen | 518109 | China | 983 | $4,200.00 | 8028 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | | 983 | $4,200.00 | 8028 |
| Transferor | Newmen Technology Co Ltd | Attn Fish Chou | No 1 Newmen Rd | Tongsheng Village | Longhua | Shenzhen | 518109 | China | 1726 | $62,646.80 | 8028 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | | 1726 | $62,646.80 | 8028 |
| Transferor | Rancon Realty Fund IV | Ronald K Brown Jr | Law Offices of Ronald K Brown Jr APC | 901 Dove St Ste 120 | Newport Beach | CA | 92660 | | 12121 | $1,112,594.70 | 8038 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | | 12121 | $1,112,594.70 | 8038 |
| Transferor | Hoprock Limonite LLC | Attn Lisa Fenning | Dewey & LeBoeuf LLP | 333 S Grand Ave Ste 2600 | Los Angeles | CA | 90071 | | 10186 | $891,243.74 | 8039 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | | 10186 | $891,243.74 | 8039 |
| | Rockwood Capital LLC | Attn Andrew Blanchard | 2 Embarcadero Ctr Ste 2360 | | San Francisco | CA | 94111 | | 10186 | $891,243.74 | 8039 |
| Transferor | Artitalia Group Inc | Attn Laura Vardaro | 11755 Boul Rodolfe Forget | | Montreal | QC | H1E 7J8 | Canada | 1789 | $268,486.66 | 8053 |
| Transferee | Export Development Canada | | 151 Oconnor St | | Ottawa | ON | K1A 1K3 | Canada | 1789 | $268,486.66 | 8053 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
|     Circuit City Stores, Inc. | ) ) ) ) | Case No. 08-35653 (KRH) (Jointly Administered) |
| Debtor_____ | ) | |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
              Transferor Address

Please note that your claim number ____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                **By:**    _____/s/_____
                                       **Joseph Johnson**

**cc:** Notice Party (if applicable)