# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

------------------------------------------------------------x
: 
In re:                                                     :   Chapter 11 Case No.
                                                           :
CIRCUIT CITY STORES, INC., *et al.*,                       :   08-35653 (KRH)
                                                           :
                     Debtors.          :   (Jointly Administered)
                                                           :
------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr.P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Credit Suisse Loan Funding LLC__ | __Credit Suisse International__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    Credit Suisse Loan Funding LLC
    11 Madison Avenue, 5th Floor
    New York, NY 10010
    Email: Gil.Golan@credit-susse.com
    Facsimile: 212-743-4953
    Attention: Gil Golan

Court Claim # (if known): 128
Amount of Claim: $4,905,048.57
Amount of Claim to be Transferred: $4,905,048.57
Date Claim Filed: November 20, 2008

Name and Address of Transferor:

Credit Suisse Loan Funding LLC
11 Madison Avenue, 5th Floor
New York, NY 10010
Email: Gil.Golan@credit-susse.com
Facsimile: 212-743-4953
Attention: Gil Golan

Name and Address where transferee payments should be sent (if different from above): N/A

**\*\*PLEASE SEE ATTACHED DOCUMENTS\*\***

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CREDIT SUISSE LOAN FUNDING LLC

By: _[signature]_ Ronald Gotz        Date: August 13, 2010
    Transferee/Transferee's Agent
    Authorized Signatory

By: _[signature]_ Ian Landow          Date: August 13, 2010
    Transferee/Transferee's Agent
    Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

#128

DEADLINE FOR
FILING 503(b)(9)
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

## Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., et al., Claims Processing c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al. Case Nos. 08-35653 through 08-35670 Chapter 11 Jointly Administered |
|---|---|

**NOTE:** Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*

Onkyo USA Corporation
Attn: Matthew Attanasio
18 Park Way
Upper Saddle River, NJ 07458

Telephone: 201-785-2604
Fax: 201-785-2650

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

**Debtor against which claim is asserted:** *(Check one box below:)*

☑ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)
☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**Name and address where notices should be sent** (if different from above)

Telephone:
Fax:

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 120030

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ____

**1. BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case.   Value of Goods: $4,905,048.57

**2. DATE OF SHIPMENT:** See Attached   **METHOD OF SHIPMENT:** Truck   **DATE OF RECEIPT:** See Attached
**NAME OF CARRIER:** Avery   **PLACE OF DELIVERY:** Carson, CA and Keasby, NJ

**3. TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $4,905,048.57
☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**4. BRIEF DESCRIPTION OF CLAIM:** Sale of Onkyo brand consumer electronics and parts
Describe goods sold: Onkyo brand consumer electronics and parts   Attach support for your claim.

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**FOR COURT USE ONLY**

RECEIVED
NOV 20 2008
KURTZMAN CARSON CONSULTANTS

**Date:** 11/18/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

[signature] Matthew Attanasio
Credit Manager



November 19, 2008


Circuit City Stores, Inc. ; et al.., Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue,
El Segundo, CA  90245


RE: Administrative Claim 503(b)(9)

Dear Administrator,

Enclosed, is Onkyo USA's Administrative Claim filing pursuant to section 503(b)(9) of the US Bankruptcy Court Eastern District of Virginia, Richmond Division. Attached, to the claim is Exhibit A, identifying the items included in the Administrative Claim as well as copies of all of the invoices.

Enclosed also, is the Reclamation Claim letter and Exhibit A filed on 11/17/08 and express mailed to your office.

Lastly, I have included a self addressed stamped envelope with a copy of this Administrative form attached to it. Please mail this document upon completion of the processing for this claim.

Matthew Attanasio
Credit Manager
enc.

Onkyo USA Corp.
18 Park Way
Upper Saddle River, NJ  07458
Phone: 201 785 2604
Fax: 201 934 5804

**Exhibit A**         **Administrative Claim**

Open Invoices and Circuit's receiving date for product

| Invoice # | P.O. # | Inv. Date | Received Date | Balance $ |
|---|---|---|---|---|
| 1114832 | 2170020 | 10/21/2008 | 10/21/2008 | 16,575.00 |
| 535410 | 2503290 | 10/21/2008 | 10/21/2008 | 7.27 |
| 535411 | 2514055 | 10/21/2008 | 10/21/2008 | 108.53 |
| 535412 | 2515778 | 10/21/2008 | 10/21/2008 | 8.37 |
| 535413 | 2518939 | 10/21/2008 | 10/21/2008 | 35.71 |
| 535414 | 2522310 | 10/21/2008 | 10/21/2008 | 34.97 |
| 535415 | 2524144 | 10/21/2008 | 10/21/2008 | 113.12 |
| 535416 | 2524664 | 10/21/2008 | 10/21/2008 | 36.20 |
| 535417 | 2525056 | 10/21/2008 | 10/21/2008 | 0.24 |
| 535418 | 2525083 | 10/21/2008 | 10/21/2008 | 9.34 |
| 535419 | 2525190 | 10/21/2008 | 10/21/2008 | 91.49 |
| 535420 | 2525166 | 10/21/2008 | 10/21/2008 | 42.99 |
| 535421 | 2525420 | 10/21/2008 | 10/21/2008 | 389.44 |
| 535422 | 2525599 | 10/21/2008 | 10/21/2008 | 6.02 |
| 535423 | 2525668 | 10/21/2008 | 10/21/2008 | 157.71 |
| 535424 | 2525718 | 10/21/2008 | 10/21/2008 | 74.63 |
| 1114847 | 2159560 | 10/22/2008 | 10/22/2008 | 1,919.50 |
| 1114951 | 2170018 | 10/22/2008 | 10/22/2008 | 31,025.00 |
| 1114954 | 2170018 | 10/22/2008 | 10/22/2008 | 5,278.00 |
| 1114959 | 2170018 | 10/22/2008 | 10/22/2008 | 45,743.00 |
| 1114879 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114880 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114881 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114882 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114883 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114898 | 2170019 | 10/22/2008 | 10/22/2008 | 73,680.00 |
| 1114950 | 2170019 | 10/22/2008 | 10/22/2008 | 2,975.00 |
| 1114956 | 2170019 | 10/22/2008 | 10/22/2008 | 27,937.00 |
| 1114850 | 2170020 | 10/22/2008 | 10/22/2008 | 25,375.00 |
| 1114960 | 2170024 | 10/22/2008 | 10/22/2008 | 23,156.00 |
| 1114958 | 2170025 | 10/22/2008 | 10/22/2008 | 123,296.00 |
| 1114848 | 2170026 | 10/22/2008 | 10/22/2008 | 95,958.00 |
| 1114851 | 2171716 | 10/22/2008 | 10/22/2008 | 4,350.00 |
| 1114957 | 2171716 | 10/22/2008 | 10/22/2008 | 3,675.00 |
| 1114955 | 2172120 | 10/22/2008 | 10/22/2008 | 13,050.00 |
| 1114849 | 2172121 | 10/22/2008 | 10/22/2008 | 15,080.00 |
| 1115174 | 2170017 | 10/24/2008 | 10/24/2008 | 17,425.00 |
| 1115177 | 2170017 | 10/24/2008 | 10/24/2008 | 17,458.00 |
| 1115195 | 2170017 | 10/24/2008 | 10/24/2008 | 52,190.00 |
| 1115182 | 2170022 | 10/24/2008 | 10/24/2008 | 41,102.00 |
| 1115175 | 2170023 | 10/24/2008 | 10/24/2008 | 11,520.00 |
| 1115183 | 2170023 | 10/24/2008 | 10/24/2008 | 82,786.00 |
| 1115166 | 2170024 | 10/24/2008 | 10/24/2008 | 33,640.00 |
| 1115180 | 2172117 | 10/24/2008 | 10/24/2008 | 11,600.00 |
| 1115181 | 2172118 | 10/24/2008 | 10/24/2008 | 13,630.00 |
| 1115179 | 2172119 | 10/24/2008 | 10/24/2008 | 11,600.00 |
| 1115987 | KO/CM581 | 10/24/2008 | 10/24/2008 | 180.00 |

| | | | | |
|---|---|---|---|---:|
| 1115358 | 2170016 | 10/27/2008 | 10/27/2008 | 32,277.00 |
| 1115356 | 2170021 | 10/27/2008 | 10/27/2008 | 92,516.00 |
| 1115357 | 2172116 | 10/27/2008 | 10/27/2008 | 22,040.00 |
| 1115366 | 2173535 | 10/27/2008 | 10/27/2008 | 12,383.00 |
| 1115370 | 2173540 | 10/27/2008 | 10/27/2008 | 17,864.00 |
| 1115371 | 2173546 | 10/27/2008 | 10/27/2008 | 33,396.00 |
| 1115367 | 2173547 | 10/27/2008 | 10/27/2008 | 11,970.00 |
| 1115372 | 2173548 | 10/27/2008 | 10/27/2008 | 3,402.00 |
| 1115365 | 2173549 | 10/27/2008 | 10/27/2008 | 5,166.00 |
| 1115368 | 2173550 | 10/27/2008 | 10/27/2008 | 2,520.00 |
| 1115369 | 2173551 | 10/27/2008 | 10/27/2008 | 2,142.00 |
| 1115359 | 2175740 | 10/27/2008 | 10/27/2008 | 14,500.00 |
| 535795 | 2485582 | 10/27/2008 | 10/27/2008 | 4.67 |
| 535796 | 2508377 | 10/27/2008 | 10/27/2008 | 29.00 |
| 535797 | 2520281 | 10/27/2008 | 10/27/2008 | 12.58 |
| 535798 | 2520281 | 10/27/2008 | 10/27/2008 | 12.58 |
| 535799 | 2521176 | 10/27/2008 | 10/27/2008 | 4.62 |
| 535800 | 2521396 | 10/27/2008 | 10/27/2008 | 13.77 |
| 535801 | 2523597 | 10/27/2008 | 10/27/2008 | 29.36 |
| 535802 | 2523711 | 10/27/2008 | 10/27/2008 | 29.36 |
| 535803 | 2524484 | 10/27/2008 | 10/27/2008 | 14.85 |
| 535804 | 2524746 | 10/27/2008 | 10/27/2008 | 25.64 |
| 535805 | 2525148 | 10/27/2008 | 10/27/2008 | 44.74 |
| 535806 | 2525420 | 10/27/2008 | 10/27/2008 | 4.62 |
| 535807 | 2525608 | 10/27/2008 | 10/27/2008 | 47.28 |
| 535808 | 2525896 | 10/27/2008 | 10/27/2008 | 7.97 |
| 535809 | 2525898 | 10/27/2008 | 10/27/2008 | 7.97 |
| 535810 | 2525897 | 10/27/2008 | 10/27/2008 | 14.60 |
| 535811 | 2526018 | 10/27/2008 | 10/27/2008 | 13.38 |
| 535812 | 2526034 | 10/27/2008 | 10/27/2008 | 13.27 |
| 535813 | 2526156 | 10/27/2008 | 10/27/2008 | 9.34 |
| 535814 | 2526167 | 10/27/2008 | 10/27/2008 | 23.04 |
| 535815 | 2526161 | 10/27/2008 | 10/27/2008 | 8.06 |
| 535816 | 2526350 | 10/27/2008 | 10/27/2008 | 12.61 |
| 535817 | 2526501 | 10/27/2008 | 10/27/2008 | 86.21 |
| 535818 | 25265481 | 10/27/2008 | 10/27/2008 | 26.42 |
| 535819 | 2526450 | 10/27/2008 | 10/27/2008 | 20.72 |
| 535820 | 2526643 | 10/27/2008 | 10/27/2008 | 6.32 |
| 535821 | 2526646 | 10/27/2008 | 10/27/2008 | 6.62 |
| 535822 | 2526805 | 10/27/2008 | 10/27/2008 | 25.09 |
| 535823 | 2526865 | 10/27/2008 | 10/27/2008 | 15.00 |
| 535824 | 2211359 | 10/27/2008 | 10/27/2008 | 5.34 |
| 535825 | 2527058 | 10/27/2008 | 10/27/2008 | 5.65 |
| 535826 | 2526900 | 10/27/2008 | 10/27/2008 | 2.12 |
| 535827 | 2526961 | 10/27/2008 | 10/27/2008 | 6.09 |
| 535828 | 2526916 | 10/27/2008 | 10/27/2008 | 5.11 |
| 535829 | 2526898 | 10/27/2008 | 10/27/2008 | 20.01 |
| 535830 | 2526958 | 10/27/2008 | 10/27/2008 | 15.09 |
| 535831 | 2527154 | 10/27/2008 | 10/27/2008 | 86.90 |
| 535832 | 2527103 | 10/27/2008 | 10/27/2008 | 94.42 |
| 535833 | 2527125 | 10/27/2008 | 10/27/2008 | 245.84 |
| 535834 | 2527416 | 10/27/2008 | 10/27/2008 | 15.19 |

| | | | | |
|---|---|---|---|---:|
| 535835 | 2527459 | 10/27/2008 | 10/27/2008 | 6.28 |
| 535836 | 2527429 | 10/27/2008 | 10/27/2008 | 16.57 |
| 535837 | 2527549 | 10/27/2008 | 10/27/2008 | 13.79 |
| 535838 | 2527568 | 10/27/2008 | 10/27/2008 | 5.90 |
| 535839 | 2527562 | 10/27/2008 | 10/27/2008 | 93.13 |
| 535840 | 2527681 | 10/27/2008 | 10/27/2008 | 24.09 |
| 535841 | 2527784 | 10/27/2008 | 10/27/2008 | 19.27 |
| 535842 | 2527840 | 10/27/2008 | 10/27/2008 | 18.54 |
| 535843 | 2527845 | 10/27/2008 | 10/27/2008 | 5.34 |
| 535844 | 2528163 | 10/27/2008 | 10/27/2008 | 90.55 |
| 535845 | 2528120 | 10/27/2008 | 10/27/2008 | 13.38 |
| 535846 | 2528769 | 10/27/2008 | 10/27/2008 | 5.54 |
| 535847 | 2528777 | 10/27/2008 | 10/27/2008 | 21.25 |
| 535848 | 2529023 | 10/27/2008 | 10/27/2008 | 12.04 |
| 535849 | 2529099 | 10/27/2008 | 10/27/2008 | 35.56 |
| 535850 | 2529097 | 10/27/2008 | 10/27/2008 | 67.00 |
| 535851 | 2529028 | 10/27/2008 | 10/27/2008 | 25.97 |
| 535852 | 2529027 | 10/27/2008 | 10/27/2008 | 22.57 |
| 535853 | 2529067 | 10/27/2008 | 10/27/2008 | 40.33 |
| 1115616 | 2173535 | 10/29/2008 | 10/29/2008 | 40,375.00 |
| 1115607 | 2173540 | 10/29/2008 | 10/29/2008 | 73,680.00 |
| 1115614 | 2173540 | 10/29/2008 | 10/29/2008 | 73,680.00 |
| 1115917 | 2166568 | 10/30/2008 | 10/30/2008 | 5,481.00 |
| 1115853 | 2173540 | 10/30/2008 | 10/30/2008 | 32,725.00 |
| 1115850 | 2173546 | 10/30/2008 | 10/30/2008 | 84,240.00 |
| 1115851 | 2173546 | 10/30/2008 | 10/30/2008 | 34,584.00 |
| 1115852 | 2173546 | 10/30/2008 | 10/30/2008 | 59,052.00 |
| 1116034 | 2159556 | 10/31/2008 | 10/31/2008 | 2,268.50 |
| 1115992 | 2166568 | 10/31/2008 | 10/31/2008 | 24,563.00 |
| 1116068 | 2166569 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1116033 | 2170028 | 10/31/2008 | 10/31/2008 | 2,016.00 |
| 1115990 | 2173535 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1115991 | 2173535 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1115993 | 2173535 | 10/31/2008 | 10/31/2008 | 42,316.00 |
| 1116021 | 2173536 | 10/31/2008 | 10/31/2008 | 63,549.00 |
| 1116029 | 2173536 | 10/31/2008 | 10/31/2008 | 21,910.00 |
| 1116031 | 2173537 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1116032 | 2173537 | 10/31/2008 | 10/31/2008 | 50,537.00 |
| 1116093 | 2173537 | 10/31/2008 | 10/31/2008 | 4,872.00 |
| 1116066 | 2173538 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1116096 | 2173538 | 10/31/2008 | 10/31/2008 | 76,750.00 |
| 1116061 | 2173539 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1116065 | 2173539 | 10/31/2008 | 10/31/2008 | 87,277.00 |
| 1116067 | 2173539 | 10/31/2008 | 10/31/2008 | 73,680.00 |
| 1116077 | 2173539 | 10/31/2008 | 10/31/2008 | 32,300.00 |
| 1116094 | 2173539 | 10/31/2008 | 10/31/2008 | 13,398.00 |
| 1115994 | 2173540 | 10/31/2008 | 10/31/2008 | 18,113.00 |
| 1116013 | 2173541 | 10/31/2008 | 10/31/2008 | 129,420.00 |
| 1116014 | 2173541 | 10/31/2008 | 10/31/2008 | 73,370.00 |
| 1116015 | 2173541 | 10/31/2008 | 10/31/2008 | 83,688.00 |
| 1116016 | 2173541 | 10/31/2008 | 10/31/2008 | 62,678.00 |
| 1116027 | 2173542 | 10/31/2008 | 10/31/2008 | 98,538.00 |

| | | | | |
|---|---|---|---|---:|
| 1116030 | 2173542 | 10/31/2008 | 10/31/2008 | 37,890.00 |
| 1116028 | 2173543 | 10/31/2008 | 10/31/2008 | 101,718.00 |
| 1116097 | 2173543 | 10/31/2008 | 10/31/2008 | 50,540.00 |
| 1116078 | 2173545 | 10/31/2008 | 10/31/2008 | 23,208.00 |
| 1116079 | 2173545 | 10/31/2008 | 10/31/2008 | 133,170.00 |
| 1116099 | 2173545 | 10/31/2008 | 10/31/2008 | 72,336.00 |
| 1116098 | 2173546 | 10/31/2008 | 10/31/2008 | 1,056.00 |
| 536037 | 2512136 | 10/31/2008 | 10/31/2008 | 4.66 |
| 536038 | 2518646 | 10/31/2008 | 10/31/2008 | 0.07 |
| 536039 | 2520205 | 10/31/2008 | 10/31/2008 | 0.14 |
| 536040 | 2520240 | 10/31/2008 | 10/31/2008 | 0.07 |
| 536041 | 2520839 | 10/31/2008 | 10/31/2008 | 0.14 |
| 536042 | 2527562 | 10/31/2008 | 10/31/2008 | 4.98 |
| 536043 | 2530024 | 10/31/2008 | 10/31/2008 | 19.73 |
| 536044 | 2529955 | 10/31/2008 | 10/31/2008 | 39.02 |
| 536045 | 2529955 | 10/31/2008 | 10/31/2008 | 18.26 |
| 536046 | 2530006 | 10/31/2008 | 10/31/2008 | 92.02 |
| 536047 | 2530304 | 10/31/2008 | 10/31/2008 | 67.16 |
| 536048 | 2530313 | 10/31/2008 | 10/31/2008 | 20.77 |
| 536049 | 2530297 | 10/31/2008 | 10/31/2008 | 5.27 |
| 536050 | 2530288 | 10/31/2008 | 10/31/2008 | 5.50 |
| 536051 | 2530199 | 10/31/2008 | 10/31/2008 | 103.84 |
| 536052 | 2530393 | 10/31/2008 | 10/31/2008 | 26.67 |
| 536053 | 2530774 | 10/31/2008 | 10/31/2008 | 14.40 |
| 536054 | 2530792 | 10/31/2008 | 10/31/2008 | 5.32 |
| 536055 | 2530785 | 10/31/2008 | 10/31/2008 | 47.26 |
| 536056 | 2530608 | 10/31/2008 | 10/31/2008 | 4.89 |
| 536057 | 2530684 | 10/31/2008 | 10/31/2008 | 22.44 |
| 536058 | 2530658 | 10/31/2008 | 10/31/2008 | 214.27 |
| 536059 | 2530460 | 10/31/2008 | 10/31/2008 | 148.60 |
| 536060 | 2530513 | 10/31/2008 | 10/31/2008 | 116.99 |
| 1116162 | 2173544 | 11/3/2008 | 11/3/2008 | 135,846.00 |
| 1116163 | 2173544 | 11/3/2008 | 11/3/2008 | 45,870.00 |
| 536263 | 2449985 | 11/4/2008 | 11/4/2008 | 7.88 |
| 536264 | 2466498 | 11/4/2008 | 11/4/2008 | 13.65 |
| 536265 | 2473441 | 11/4/2008 | 11/4/2008 | 12.47 |
| 536266 | 2493554 | 11/4/2008 | 11/4/2008 | 5.47 |
| 536267 | 2506555 | 11/4/2008 | 11/4/2008 | 0.48 |
| 536268 | 2507565 | 11/4/2008 | 11/4/2008 | 13.75 |
| 536269 | 2513242 | 11/4/2008 | 11/4/2008 | 5.33 |
| 536270 | 251178 | 11/4/2008 | 11/4/2008 | 21.01 |
| 536271 | 2521627 | 11/4/2008 | 11/4/2008 | 0.52 |
| 536272 | 2521817 | 11/4/2008 | 11/4/2008 | 0.06 |
| 536273 | 2524203 | 11/4/2008 | 11/4/2008 | 0.48 |
| 536274 | 2525608 | 11/4/2008 | 11/4/2008 | 25.64 |
| 536275 | 2529028 | 11/4/2008 | 11/4/2008 | 30.18 |
| 536276 | 2530304 | 11/4/2008 | 11/4/2008 | 0.52 |
| 536277 | 2530313 | 11/4/2008 | 11/4/2008 | 0.52 |
| 536278 | 2531221 | 11/4/2008 | 11/4/2008 | 412.64 |
| 536279 | 2531262 | 11/4/2008 | 11/4/2008 | 5.74 |
| 536280 | 2531214 | 11/4/2008 | 11/4/2008 | 14.48 |
| 536281 | 2531377 | 11/4/2008 | 11/4/2008 | 7.60 |

| | | | | |
|---|---|---|---|---:|
| 536282 | 2531322 | 11/4/2008 | 11/4/2008 | 15.57 |
| 536283 | 2531321 | 11/4/2008 | 11/4/2008 | 1.83 |
| 536284 | 2531382 | 11/4/2008 | 11/4/2008 | 23.26 |
| 536285 | 2531415 | 11/4/2008 | 11/4/2008 | 107.99 |
| 536286 | 2531461 | 11/4/2008 | 11/4/2008 | 9.80 |
| 536287 | 2525896 | 11/4/2008 | 11/4/2008 | 39.27 |
| 536288 | 2531750 | 11/4/2008 | 11/4/2008 | 7.31 |
| 536289 | 2531742 | 11/4/2008 | 11/4/2008 | 4.14 |
| 536290 | 2531696 | 11/4/2008 | 11/4/2008 | 114.49 |
| 536291 | 2531953 | 11/4/2008 | 11/4/2008 | 31.14 |
| 536292 | 2531947 | 11/4/2008 | 11/4/2008 | 43.02 |
| 536293 | 2531941 | 11/4/2008 | 11/4/2008 | 37.53 |
| 536294 | 2532470 | 11/4/2008 | 11/4/2008 | 6.19 |
| 536295 | 2532464 | 11/4/2008 | 11/4/2008 | 42.10 |
| 536296 | 2532457 | 11/4/2008 | 11/4/2008 | 5.29 |
| 536297 | 2532452 | 11/4/2008 | 11/4/2008 | 5.39 |
| 536298 | 2532408 | 11/4/2008 | 11/4/2008 | 26.72 |
| 536299 | 2532103 | 11/4/2008 | 11/4/2008 | 26.19 |
| 536300 | 2532102 | 11/4/2008 | 11/4/2008 | 26.19 |
| 536301 | 2532151 | 11/4/2008 | 11/4/2008 | 29.68 |
| 536302 | 2532674 | 11/4/2008 | 11/4/2008 | 205.29 |
| 1116313 | 2180156 | 11/5/2008 | 11/5/2008 | 5,525.00 |
| 1116296 | 2180159 | 11/5/2008 | 11/5/2008 | 73,680.00 |
| 1116316 | 2180159 | 11/5/2008 | 11/5/2008 | 32,744.00 |
| 1116295 | 2180160 | 11/5/2008 | 11/5/2008 | 70,610.00 |
| 1116308 | 2180160 | 11/5/2008 | 11/5/2008 | 73,680.00 |
| 1116309 | 2180160 | 11/5/2008 | 11/5/2008 | 73,680.00 |
| 1116310 | 2180160 | 11/5/2008 | 11/5/2008 | 57,891.00 |
| 1116319 | 2180161 | 11/5/2008 | 11/5/2008 | 16,150.00 |
| 1116314 | 2180162 | 11/5/2008 | 11/5/2008 | 79,866.00 |
| 1116317 | 2180165 | 11/5/2008 | 11/5/2008 | 156,297.50 |
| 1116307 | 2180166 | 11/5/2008 | 11/5/2008 | 45,900.00 |
| 1116311 | 2180166 | 11/5/2008 | 11/5/2008 | 277,888.50 |
| 1116320 | 2180167 | 11/5/2008 | 11/5/2008 | 92,540.00 |
| 1116312 | 2180168 | 11/5/2008 | 11/5/2008 | 6,174.00 |
| 1116315 | 2180171 | 11/5/2008 | 11/5/2008 | 4,662.00 |
| 1116318 | 2180172 | 11/5/2008 | 11/5/2008 | 2,268.00 |
| 536504 | 2530549 | 11/10/2008 | 11/10/2008 | 22.53 |
| 536505 | 2530550 | 11/10/2008 | 11/10/2008 | 80.37 |
| 536506 | 2533238 | 11/10/2008 | 11/10/2008 | 21.22 |
| 536507 | 2533230 | 11/10/2008 | 11/10/2008 | 4.62 |
| 536508 | 2533018 | 11/10/2008 | 11/10/2008 | 6.62 |
| 536509 | 2533056 | 11/10/2008 | 11/10/2008 | 41.08 |
| 536510 | 2533470 | 11/10/2008 | 11/10/2008 | 49.99 |
| 536511 | 2533632 | 11/10/2008 | 11/10/2008 | 50.26 |
| 536512 | 2533699 | 11/10/2008 | 11/10/2008 | 30.38 |
| 536513 | 2533742 | 11/10/2008 | 11/10/2008 | 73.20 |
| 536514 | 2533579 | 11/10/2008 | 11/10/2008 | 7.04 |
| 536515 | 2533773 | 11/10/2008 | 11/10/2008 | 30.39 |
| 536516 | 2533888 | 11/10/2008 | 11/10/2008 | 7.57 |
| 536517 | 2534182 | 11/10/2008 | 11/10/2008 | 55.11 |
| 536518 | 2534340 | 11/10/2008 | 11/10/2008 | 28.75 |

| | | | | |
|---|---|---|---|---:|
| 536519 | 2534448 | 11/10/2008 | 11/10/2008 | 51.03 |
| 536520 | 2534531 | 11/10/2008 | 11/10/2008 | 6.03 |
| 536521 | 2534526 | 11/10/2008 | 11/10/2008 | 40.51 |
| 536522 | 2534777 | 11/10/2008 | 11/10/2008 | 36.13 |
| 536523 | 2535051 | 11/10/2008 | 11/10/2008 | 36.52 |
| 536524 | 2534820 | 11/10/2008 | 11/10/2008 | 24.76 |
| 536525 | 2535095 | 11/10/2008 | 11/10/2008 | 117.80 |
| 536526 | 2535169 | 11/10/2008 | 11/10/2008 | 5.70 |
| 536527 | 2535144 | 11/10/2008 | 11/10/2008 | 17.10 |
| | | | | 4,905,048.57 |

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse International ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Loan Funding LLC ("Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's administrative expense claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Circuit City Stores, Inc. (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, In re: Circuit City Stores, Inc., et al., Chapter 11 Case No. 08-35653 (KRH) (Jointly Administered), pending in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), in the original amount of $4,905,048.57 as modified by, reduced to and allowed in the amount of $3,688,376.86 pursuant to the Settlement and Stipulation by and among the Debtors and Onkyo USA Corporation resolving the Debtor's Fourth Omnibus Objection to Claims 128, 958 and 2295 dated January 19, 2010 and the Settlement Agreement and Stipulation By and Among the Debtors, Onkyo USA Corporation and National Union Fire Insurance Company of Pittsburgh, PA, dated as of May 5, 2010 (the "Claim") with a claim number of 128.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of August, 2010.

ASSIGNOR:                                    ASSIGNEE:

CREDIT SUISSE INTERNATIONAL                  CREDIT SUISSE LOAN FUNDING LLC

By: _____                          By: _____
Name: Joyce Lim                              Name: Robert Healey
Title: Authorized Signatory                  Title: Authorized Signatory

By: _____                          By: _____
Name: Barry Dixon                            Name: Douglas DiBella
Title: Authorized Signatory                  Title: Authorized Signatory

NYC 3 410903

-4-