Gordon S. Woodward, Esquire (VSB No. 42449)
Schnader Harrison Segal & Lewis LLP
750 9th Street, N.W.
Washington, D.C. 20006
Phone: 202-419-4215
Facsimile: 202-419-3454

Attorneys for Commerce Technologies, Inc.

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *et al.*, | Case No. 08-35653-KRH <br> Jointly Administered <br> Judge Kevin R. Huennekens |
| Debtors. | |

## CERTIFICATE OF SERVICE

      I, Gordon S. Woodward, herby certify that on August 25, 2010, I caused a true and correct copy of the Response of Commerce Technologies, Inc. to Debtors' Eightieth Omnibus Objection to Claims, to be served upon the persons listed on the attached service list via first class mail, postage prepaid.

Dated: August 25, 2010        By:   /s/ Gordon S. Woodward
                                                        Gordon S. Woodward

## SERVICE LIST

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2000
Chicago, IL 60606

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Robert B. Van Arsdale
Office of the United States Trustee
Richmond, Virginia Office
701 East Broad Street, Suite 4304
Richmond, VA 23219-1888

Brad R. Godshall
Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica blvd, 11th Floor
Los Angeles, CA 90067-4100

John A. Morris
Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219