Lawrence M. Schwab, Esq. - Bar No. 085600
Gaye Nell Heck, Esq. -Bar No. 170804
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Attorneys for Nextag, Inc.
Creditor and Interested Party

RICHMOND DIVISION
FILED
AUG 2 6 2010
CLERK
US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re

CIRCUIT CITY STORES, INC., et. al.,

Debtors.

) Chapter 11
)
) Case No. 08-35653-KRH
)
) **Jointly Administered**
)
) **NOTICE OF APPEARANCE AND**
) **REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that Nextag, Inc., a creditor and interested party in the above-entitled bankruptcy case, hereby enters its appearance by and through its counsel, Bialson, Bergen & Schwab.

**PLEASE TAKE FURTHER NOTICE** that Nextag, Inc. hereby requests that all notices, pleadings, documents, and correspondence required to be served on creditors, any creditors' committees, and any other parties-in-interest pursuant to Bankruptcy Rule 2002, and otherwise, whether sent by the Court, the debtor, or any other party in the case, be served on its counsel, Bialson, Bergen & Schwab, and that the following be added to the Court's master mailing list:

Lawrence M. Schwab, Esq.
Gaye Nell Heck, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Tel:  (650) 857-9500
Fax: (650) 494-2738
Email: Gaye@bbslaw.com

Dated: August 25, 2010

BIALSON, BERGEN & SCHWAB

By: /s/ Gaye Nell Heck
Gaye Nell Heck, Esq.
Attorneys for Nextag, Inc.

W:\N0101\006\ReqSpNotice Circuit City.wpd

**ORIGINAL**

**BIALSON, BERGEN & SCHWAB**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CALIFORNIA 94306

TELEPHONE
(650) 857-9500

FACSIMILE
(650) 494-2738

E-MAIL: atty@bbslaw.com

SEYMOUR BERGEN
(1923-2003)

ANNETTE G. BIALSON
RETIRED

August 25, 2010

*Via Federal Express*

Clerk of Court
U.S. Bankruptcy Court
701 East Broad Street, Suite 4000
Richmond, VA 23219

Re:   *In re Circuit City Stores, Inc., et. al.*
      **Case No. 08-35653-KRH**

Dear Sir or Madam,

Enclosed please find an original and two copies of **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**. Please file the original and return a filed-stamped copy to our office in the enclosed self-addressed, stamped envelope.

If you have any questions, please feel free to contact me by telephone at (650) 857-9500 or by e-mail at Yessenia@bbslaw.com.

Sincerely,

BIALSON BERGEN & SCHWAB

Yessenia Rojas
Paralegal

Enclosure