IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., ) | Jointly Administered |
| et al., ) | |
| ) | **NOTICE OF TRANSFER OF** |
| ) | **CLAIM OTHER THAN FOR** |
| ) | **SECURITY** |
| Debtors. ) | |
| ) | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the claims of **Crown CCI, LLC**, (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim Nos. 12356 asserting a general unsecured claim in the amount of $1,864,939.00 has been transferred other than for security to **WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership** (the "Transferee") by final judgment of foreclosure.

The undersigned hereby submits this Notice as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **Crown CCI, LLC** to **WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership.** The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the addresses on Claim Nos. 12356 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
Crown CCI, LLC
c/o Paul S. Bliley, Jr., Esq.
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320

**TRANSFEREE:**
WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership
c/o Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

MIAMI 2254013.1 7249631413

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed at Miami Beach, Florida.

**WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership**

By: LNR Partners, LLC, its Manager

By: _____

Name: *Randolph I. Wolpert*

Title: *Vice President*