FILED
AUG 26 2010
CLERK
US BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-35653-KRH<br>Jointly Administered<br><br>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**<br><br>Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the claim of **CC KINGSPORT 98, LLC** (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 12167 in the amount of $488,508.27 have been transferred and assigned other than for security to **CMAT 1999-C2 IDLE HOUR ROAD, LLC** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **CC KINGSPORT 98, L.L.C.** to **CMAT 1999-C2 IDLE HOUR ROAD, LLC.** The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the addresses for notices and for paymens on Claim No. 12167 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**CC KINGSPORT 98, LLC**
**c/o Niclas A. Ferland, Esq.**
**LeClairRyan, a Professional Corporation**
**555 Long Wharf Drive, 8th Floor**
**New Haven, Connecticut 06511**

**TRANSFEREE:**
**CMAT 1999-C2 IDLE HOUR ROAD, LLC**
**c/o Mindy A. Mora, Esq.**
**Bilzin Sumberg Baena Price & Axelrod LLP**
**200 South Biscayne Blvd., Suite 2500**
**Miami, Florida 33131**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on _____ at Miami Beach, Florida.

**CMAT 1999-C2 IDLE HOUR ROAD, LLC**

By: LNR Partners, Inc., its Manager

By: _____

Name: \_\_\_\_\_Randolph J. Wolpert\_\_\_\_\_
Vice President
Title: _____

## ASSIGNMENT OF CLAIMS

**CC KINGSPORT 98, L.L.C.**, a Delaware limited liability company ("Assignor") for good and valuable consideration, hereby absolutely and unconditionally assigns to **CMAT 1999-C2 IDLE HOUR ROAD, LLC**, a Delaware limited liability company ("Assignee") all of its interest in (1) those certain claims filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 13133, filed on April 1, 2009, which evidences a claim in the amount of $2,663.84, which has been partially satisfied and is now in the amount of $1,348.21, and Claim No. 12167, filed on March 30, 2009, which evidences a claim in the amount of $488,502.27, copies of such claims being attached hereto as Exhibit A; (2) any and all other claims which Assignor has against CCS in any and all respects. Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this 3rd day of August, 2009.

**CC KINGSPORT 98, L.L.C.**, a Delaware limited liability company

By: _____
William L. Tooley, Manager

B 10 (Official Form 10) (12/07)

# UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA — PROOF OF CLAIM

**Debtor against which claim is asserted:** (Check only one box below)

- [x] Circuit City Stores, Inc. (Case No. 08-35653)
- [ ] Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- [ ] InterTAN, Inc. (Case No. 08-35655)
- [ ] Ventoux International, Inc. (Case No. 08-35656)
- [ ] Circuit City Purchasing Company, LLC (Case No. 08-35657)
- [ ] CC Aviation, LLC (Case No. 08-35658)
- [ ] CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- [ ] Circuit City Stores PR, LLC (Case No. 08-35660)
- [ ] Circuit City Properties, LLC (Case No. 08-35661)
- [ ] Orbyx Electronics, LLC (Case No. 08-35662)
- [ ] Kinzer Technology, LLC (Case No. 08-35663)
- [ ] Courchevel, LLC (Case No. 08-35664)
- [ ] Mayland MN, LLC (Case No. 08-35665)
- [ ] Abbott Advertising Agency, Inc. (Case No. 08-35666)
- [ ] Patapsco Designs, Inc. (Case No. 08-35667)
- [ ] Sky Venture Corporation (Case No. 08-35668)
- [ ] XSStuff, LLC (Case No. 08-35669)
- [ ] PRAHS, Inc. (Case No. 08-35670)

**NOTE:** This form should not be used to make a claim for administrative expenses arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503(a).

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
CC Kingsport 98, LLC

- [x] Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**

c/o Niclas A. Ferland, Esq.
LeClairRyan, A Professional Corporation
555 Long Wharf Drive, 8th Floor
New Haven, Connecticut 06511

Telephone number: 203-672-3211

Court Claim Number: _____ (If known)
Filed on: January 28, 2009

**Name and address where payment should be sent** (if different from above):

Tooley Investment Company, LLC
11150 Santa Monica Blvd., Suite 230
Los Angeles, CA 90025

Telephone number: (310) 575-9750

- [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
- [ ] Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $488,508.27

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

- [x] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest and charges.

**2. Basis for Claim:** Lease Rejection Damages – 11 USC § 502(b)(6)
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** Store # 3252

3a. Debtor may have scheduled account as: _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)

Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate: ___%

Amount of arrearage and other charges as of time case filed included in secured claim, if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
- ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

Amount entitled to priority: $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain.

**Date:** March 27, 2009

**Signature:** /s/ Niclas A. Ferland
Niclas A. Ferland, Esq., Counsel to the Creditor

FOR COURT USE ONLY
[RECEIVED stamp: MAR ?? 2009]

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## RESERVATION OF CERTAIN RIGHTS AND EXPLANATION
## OF THE SUPPORTING DOCUMENTATION ATTACHED HERETO

1. The claim is based upon certain prepetition and/or lease rejection claims regarding a lease of nonresidential real property (the "Lease"), filed in accordance with 11 U.S.C. §502(b)(6) (the "Claim") and orders of this Court.

2. Attached hereto are summary and detail spreadsheets detailing the Claim by the Creditor against the Debtor.

3. A copy of the Lease should be in the possession of the Debtor. A copy of the Lease will be made available for inspection and/or copying at the office of counsel to the Creditor: Niclas A. Ferland, Esq., LeClairRyan, PC, 555 Long Wharf Drive, 8th Floor, New Haven, Connecticut 06511; 203.672.3211.

4. The Creditor reserves the right to amend this Claim from time to time to reflect additional charges, adjustments and the like, due and payable pursuant to the Lease, as the same become quantified, known or available.

5. The Creditor has authorized Niclas A. Ferland, Esq. to sign the claim form on behalf of the Creditor.

Prepetition Claim    11 USC 502(b)(6)(B)

Landlord:  CC Kingsport 98, LLC

Tenant:   Circuit City Stores, Inc.

| | | |
|---|---|---|
| Oct 2008 rent | $ 21,575.00 | |
| 11/1/08-11/09/08 rent | $ 6,472.50 | |
| 11/1/2008-11/09/08 Taxes | $ 7,940.77 | Full year taxes:  $ 9,260.00 |
| Total | $ 35,988.27 | |

Lease Rejection Damages

Landlord  CC Kingsport 98 LLC
Tenant    Circuit City Stores, Inc.

| Exp Date | Remaining Months | Annual Rental | Monthly Rental | Annual Taxes | Monthly Taxes | Monthly Total | Annual Total | 15% of Balance of Term |
|---|---|---|---|---|---|---|---|---|
| 5/31/2020 | 135.00 | 258,900.00 | 21,575.00 | 9,260.00 | 771.67 | 22,346.67 | 268,160.00 | 452,520.00 |

```
          TOTAL CLAIM

       452,520.00  502(b)(6)(A)
        35,988.27  502(b)(6)(B)
        488,508.27    TOTAL
```

Case 08-35653-KRH    Doc 8373    Filed 08/26/10    Entered 08/27/10 13:38:54    Desc Main
Document      Page 7 of 8

Creditor Data--CC Kingsport 98 LLC                                                                 Page 1 of 1

## Creditor Data for Claim Number 12167

| Creditor Name: CC Kingsport 98 LLC<br>Creditor Notice Name: c o Niclas A Ferland Esq | Date Claim Filed: 3/30/2009<br>KCC Claim #: 12167<br>Amend/Replace? Amend  A/R Date: 1/28/2009 |
|---|---|
| Debtor Name: Circuit City Stores, Inc<br>Case Number: 08-35653 | |
| Claim Nature: General Unsecured<br>Amount of Claim: $488,508.27 | Creditor Info Altered? N |
| Schedule:<br>Schedule Amt: | |