| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

```
            IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                        : Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    : Case No. 08-35653
et al.,                       :
                              :
           Debtors.           : Jointly Administered
- - - - - - - - - - - - - - - x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
AUGUST 31, 2010 AT 10:00 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Kevin Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, VA 23219-1888, on August 31, 2010 beginning at 10:00 a.m. Eastern.

**I.  CONTINUED MATTERS**

1.  Site A, LLC's Second Amended Motion to Allow Late Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 5405)

    b.  Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

    c.  Notice of Motion and Hearing (Docket No. 7236)

    Objection
    Deadline:       October 27, 2009 at 5:00 p.m., extended for the Debtors until September 20, 2010 at 5:00 p.m.

    Objections/
    Responses
    Filed:          None at the time of filing this agenda

    Status:         This matter is adjourned to September 27, 2010 at 2:00 p.m.

2.  Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation (Docket No. 7679)

    Related Documents:

    a.  Notice of Motion and Hearing (Docket No. 7682)

    Objection
    Deadline:       July 15, 2010 at 4:00 p.m., extended for the Debtors until September 20, 2010 at 4:00 p.m.

    Objections/
    Responses

       Filed:              None at the time of filing this agenda

       Status:            This matter is adjourned to September 27, 2010 at 2:00 p.m.

3.    Debtors' Objection to Claim 1283 of Quebecor World (USA) Inc. (Docket No. 7875)

    Related Documents:

    a.    Order Authorizing Debtors to File Exhibit Under Seal (Docket No. 8193)

    Objection Deadline:    July 15, 2010 at 4:00 p.m., extended for Quebecor World (USA) Inc. until September 20, 2010 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda

    Status:    This matter is adjourned to September 27, 2010 at 2:00 p.m.

**II.  UNCONTESTED MATTERS**

4.    Motion for Order under Bankruptcy Code Sections 105 and 363(b) Approving Termination of Certain Employee Benefit Programs and Amendment of 401(k) Plan (Docket No. 8258)

    Objection Deadline:    August 24, 2010 at 4:00 p.m.

    Objections/Responses Filed:    None at the time of filing this agenda

    Status:    This matter is going forward.

**III.  OMNIBUS CLAIM OBJECTIONS MATTERS**

5.    Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5016)

3

Related Documents:

a. Order on Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 5785)

b. Supplemental Order on Debtors' Forty-Third Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 6595)

c. Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Forty-Third Omnibus Objection to Claim No. 14291 (Docket No. 7937)

d. Notice of Hearing on the Merits on Debtors' Forty-Third Omnibus Objection to Claim No. 14567 Filed by Tennessee Department of Treasury, Unclaimed Property and Response Thereto (Docket No. 7949)

e. Debtors' Supplemental Brief in Support of Their Forty-Third Omnibus Objection to the Late Claim Filed by the Tennessee Department of Treasury- Unclaimed Property (Docket No. 8312)

Objection Deadline:    October 27, 2009 at 4:00 p.m.

Objections/ Responses Filed:

a. Response of the Tennessee Department of Treasury, Division of Unclaimed Property, to the Debtors' Forty-Third Omnibus Objection to Claims and Request for Hearing (Docket No. 5371)

Status: Orders have been entered partially sustaining the objection. A hearing on the merits solely with respect to the one remaining claimant, Tennessee Department of Treasury is going forward.

6. Debtors' Eightieth Omnibus Objection to Claims

4

      (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

      Objection
      Deadline:      August 24, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:      See <u>Exhibit A</u>.

      Status:      The status hearing is going forward with respect to those claims for which a response was filed. During the status hearing the Debtors will advise the Court that the status hearing will be adjourned to September 27, 2010 at 2:00 p.m. with respect to those claims for which a response was filed. **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.** The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was filed. See attached <u>Exhibit A</u>.

7.    Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (Docket No. 8187)

      Objection
      Deadline:      August 24, 2010 at 4:00 p.m.

      Objections/
      Responses
      Filed:      See <u>Exhibit A</u>.

      Status:      The status hearing is going forward with respect to those claims for which a response was filed. During the status

        hearing the Debtors will advise the Court that the status hearing will be adjourned to September 27, 2010 at 2:00 p.m. with respect to those claims for which a responses was filed.  **Those parties who filed a response do not need to appear at the hearing. Such parties' rights will not be affected at this hearing.**  The claim of Convergys Customer Management Group Inc. has been resolved by Settlement Agreement and Stipulation (Docket No. 8374).  The Debtors will submit a revised form of order granting the relief sought in the objection with respect to those claims for which no response was filed.  See attached <u>Exhibit A</u>.

**IV.   ADVERSARY PROCEEDINGS**

8. Motion of Mitsubishi Digital Electronics America, Inc. to Dismiss Count VI of the Complaint for Failure to State a Claim on which Relief can be Granted (Docket No. 16) (<u>Circuit City Stores, Inc. v. Mitsubishi Electronics America, Inc., et al.</u>, Adversary No. 10-3068 (KRH))

    Related Documents:

    a.   Memorandum of Law in Support of Motion of Mitsubishi Digital Electronics America, Inc. to Dismiss Count VI of the Complaint for Failure to State a Claim on Which Relief can be Granted (Docket No. 17)

    Response Deadline:      July 19, 2010 at 4:00 p.m.

    Objections/ Responses Filed:

    a.   Memorandum of Law in Opposition to Motion of Mitsubishi Digital Electronics America, Inc. to

        Dismiss Count VI of the Complaint for Failure to State a Claim on which Relief can be Granted (Docket No. 23)

    b.    Reply Brief in Support of Motion of Mitsubishi Digital Electronics America, Inc. to Dismiss Count VI of the Complaint for Failure to State a Claim on Which Relief Can Be Granted (Docket No. 28)

    Status:    This matter is going forward.

9.    Debtors' Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claim Nos. 132 and 12300 and Complaint against Mitsubishi Digital Electronics America, Inc. and the Insurance Company of the State of Pennsylvania (Docket No. 30) (<u>Circuit City Stores, Inc. v. Mitsubishi Electronics America, Inc., et al.</u>, Adversary No. 10-3068 (KRH))

    Related Documents:

    a.    Debtors' Memorandum of Law in Support of Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint Against Mitsubishi Digital Electronics America, Inc. and the Insurance Company of the State of Pennsylvania (Docket No. 31)

    Response Deadline:    August 16, 2010 at 4:00 p.m., extended for Mitsubishi Digital Electronics America, Inc. until August 24, 2010 at 4:00 p.m.

    Objections/ Responses Filed:

    a.    Response and Memorandum in Law in Opposition to Debtors' Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint

7

        Against Mitsubishi Digital Electronics America, Inc. and the Insurance Company of the State of Pennsylvania (Docket No. 39)

b.   Response of the Insurance Company of the State of Pennsylvania to Debtors' Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint Against the Insurance Company of the State of Pennsylvania (Docket No. 40)

c.   Amended Response and Memorandum in Law in Opposition to Debtors' Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint Against Mitsubishi Digital Electronics America, Inc. and the Insurance Company of the State of Pennsylvania (Docket No. 41)

d.   Amended Response of the Insurance Company of the State of Pennsylvania to Debtors' Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint Against the Insurance Company of the State of Pennsylvania (Docket No. 42)

e.   Debtors' Reply Brief in Support of Motion for Partial Summary Judgment with Respect to Circuit City Stores, Inc.'s Objection to Claims No. 132 and No. 12300 and Complaint Against the Insurance Company of the State of Pennsylvania (Docket No. 43)

Status:     This matter is going forward.

Dated: August 27, 2010    SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia     FLOM LLP
Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

- and -

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

- and -

MCGUIREWOODS LLP


__/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\16443204.1

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 43 | Tennessee Department of Treasury, Unclaimed Property | 5371 | **This matter will go forward on the merits on August 31, 2010 at 10:00 a.m.** |
| 80 | Moncayo Settlement Class | 8341 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 80 | Export Development Canada | 8345 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 80 | Commerce Technologies Inc. | 8357 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 81 | iGate Global Solutions, Limited | 8342 | The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |
| 81 | Export Development Canada | 8345 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the August 31, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 81 | Convergys Customer Management Group Inc. | n/a | A Settlement Agreement and Stipulation (Docket No. 8374) has been filed.  If no objections are received by September 3, 2010, this matter will be resolved.  At this time, the status hearing on this response is adjourned to September 27, 2010 at 2:00 p.m. |

\16304863.2