| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| LAW OFFICES OF ROBERT E. LUNA, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee, Foster, Goldstein & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mfgs.com |
| | jcharboneau@mfgs.com |

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | § | CASE NO. 08-35653-KRH-11 |
| | § | |
| | § | Jointly Administered |
| Debtors. | § | |

**WITHDRAWAL OF OBJECTION OF LEWISVILLE INDEPENDENT SCHOOL DISTRICT TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS**

TO THE HONORABLE JUDGE OF SAID COURT:

Lewisville Independent School District ("LISD") hereby withdraws its Objection of Lewisville Independent School District to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5645) filed November 12, 2009 and, in support thereof, would show the Court the following:

1. LISD's objections to the Plan have been resolved.

WHEREFORE, PREMISES CONSIDERED, LISD respectfully withdraws its Objection to Confirmation.

Date: August 30, 2010.

1

Respectfully submitted,

/s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau, Esq. (VSB#68025)
Magee, Foster, Goldstein & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
Phone: 540-343-9800

/s/ Andrea Sheehan
Andrea Sheehan
Texas Bar No. 24002935
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738  Facsimile

ATTORNEY FOR LEWISVILLE INDEPENDENT
SCHOOL DISTRICT

## **CERTIFICATE OF SERVICE**

I hereby certify that I have forwarded a true and correct copy of the attached Withdrawal of Objection to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims to the parties listed below U.S. First Class Mail this 30th day of August, 2010.

/s/ Andrea Sheehan
ANDREA SHEEHAN

Chambers: Honorable Kevin Huennekens
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Circuit City Stores, Inc.
(Attn: Michelle Mosier)
4951 Lake Brook Drive
Suite #500
Glen Allen, VA 23060

Skadden, Arps, Slate, Meagher & Flom LLP
(Attn: Gregg M. Galardi and Ian S. Fredericks)
One Rodney Square
10th and King Streets, 7th Floor
Wilmington, DE 19801

Skadden, Arps, Slate, Meagher & Flom LLP
(Attn: Chris L. Dickerson and Jessica S. Kumar)
155 N. Wacker Drive
Chicago, IL 60606

McGuireWoods LLP
(Attn: Douglas M. Foley and Sarah B. Boehm)
One James Center
901 E. Cary Street
Richmond, VA 23219

Pachulski Stang Ziehl & Jones, LLP
(Attn: Jeffrey N. Pomerantz and Stanley E. Goldich)
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Pachulski Stang Ziehl & Jones, LLP
(Attn: Robert J. Feinstein)
780 Third Avenue, 36th Floor
New York, NY 10017

Tavenner & Beran, PLC
(Attn: Lynn L. Tavenner and Paula S. Beran)
20 N. Eighth Street, Second Floor
Richmond, VA 23219

United States Trustee
(Attn: Robert B. Van Arsdale)
701 East Broad Street, Suite 4304
Richmond, VA 23219

U:\A CLIENTS\Lewisville Independent School District et al. 7868\03-response to 37th objection\Circuit City wdrwl obj to confirm plan.DOC