Gina Baker Hantel
Senior Counsel
Office of the Tennessee Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 532-8928
Facsimile: (615) 741-3334
Gina.Hantel@ag.tn.gov

Counsel for the State of Tennessee
Department of Treasury, Division of
Unclaimed Property

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653 (KRH) |
| et al., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF MARTHA S. DAVIS SUPPORTING
ALLOWANCE OF LATE FILED CLAIM OF TENNESSEE DEPARTMENT
OF TREASURY, UNCLAIMED PROPERTY DIVISION

I, Martha S. Davis, having been duly sworn, state upon oath the following:

1. I am presently employed as Senior Counsel for the Tennessee Attorney General's Office, and am the supervising attorney for the Bankruptcy Division representing the State of Tennessee in this case.

2. Our division currently employs 10 attorneys and 17 support staff employees.

3. As of August 27, 2010, our division has 15,184 active cases that are shared amongst the 10 attorneys.

4. Our office received the Tennessee Department of Treasury, Unclaimed Property

claim on or about April 19, 2009. It was filed with the Court on or about August 20, 2009, the day on which it was discovered.

5. During that time period, from April 2009 through August 2009, our division opened 42,151 pieces of paper mail. Last year, from January 2009 through December 2009, there were 102,610 pieces of mail. This year, from January 2010 through August 2010, we have opened 64,534 pieces.

6. In addition to the heavy load of paper mail, the attorneys received 219,026 pieces of electronic mail from May 2009 through December 2009. The email figure for January through July 2010 is 80,800.

7. From January 1, 2009- December 31, 2009, our division filed 4,162 claims on behalf of various state agencies. Of these, 589 were out of state claims. Only one of these came from the Department of Treasury.

8. This year, from January 1, 2010- July 31, 1010, our division has filed 2,271 claims, 338 of which are out of state, and none of which are for the Department of Treasury.

FURTHER AFFIANT SAITH NOT.

*Martha S. Davis* (BPR #014813)
MARTHA S. DAVIS
Senior Counsel
Office of the Tennessee Attorney General
Bankruptcy Division
P. O. Box 20207
Nashville, TN 37202
615- 532-5681

STATE OF TENNESSEE            )
                              )
COUNTY OF DAVIDSON            )

  Sworn and subscribed before me this the __30__ day of August, 2010.

_Nancy L. Rosenau_
NOTARY PUBLIC

My Commission Expires:

My Commission Expires JAN. 9, 2012

[Notary Seal: State of Tennessee Notary Public, Davidson County]