# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **CIRCUIT CITY STORES, INC., et al.,** | ) | No. 08-35653 KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF MOTION TO APPEAR BY TELEPHONE

The Tennessee Department of Treasury – Unclaimed Property Division (or "Creditor"), through undersigned Counsel, gives notice of withdrawal of its Motion To Appear By Telephone. Instead, Counsel for Creditor will appear in court at the hearing on August 31, 2010.

Respectfully submitted,

ROBERT E. COOPER, JR.
Tennessee Attorney General

/s/ Gina Baker Hantel
Gina Baker Hantel (TN BPR # 018019)
Assistant Attorney General
Bankruptcy Division
P.O. Box 20207
Nashville, TN  37202-0207
PH: 615-532-2504
FX: 615-741-3334

## CERTIFICATE OF SERVICE

I certify that on August 30, 2010, a copy of the foregoing was served upon all parties of record who receive notice electronically via the Court's CM/ECF system.

/s/ Gina Baker Hantel
Gina Baker Hantel