Document      Page 1 of 3

Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel for Apex Digital, Inc.*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| Circuit City Stores, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

**ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY
RULE 2090-1(G) TO WITHDRAW AS COUNSEL FOR APEX DIGITAL, INC.**

THIS MATTER came before the Court upon the *Motion Pursuant to Local Bankruptcy Rule 2090-1(G) to Withdraw as Counsel for Apex Digital, Inc.* (the "**Motion**") filed by Covington & Burling LLP ("**Covington**") and Michael St. Patrick Baxter, Dennis Auerbach, and Joshua D. McKarcher.  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Covington and Messrs. Baxter, Auerbach, and McKarcher be authorized to withdraw as counsel for Apex Digital, Inc. in this case.  Therefore, it is hereby

ORDERED as follows:

1. The Motion is granted.

2. The appearance of Covington & Burling LLP, Michael St. Patrick Baxter, Dennis Auerbach, Joshua D. McKarcher is withdrawn.

Date:_____          _____
                                     United States Bankruptcy Judge

                                     ENTERED ON DOCKET:_____

WE ASK FOR THIS:

/s/   Joshua D. McKarcher_____
Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel for Apex Digital, Inc.*

2

## LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION

   I hereby certify that the foregoing was served upon Apex Digital, Inc. by electronic mail and first-class mail at the below address on August 26, 2010.

                /s/   Joshua D. McKarcher
                Joshua D. McKarcher (VSB No. 77061)
                COVINGTON & BURLING LLP
                1201 Pennsylvania Avenue, N.W.
                Washington, DC  20004-2401
                (202) 662-5223 (phone)
                (202) 778-5223 (fax)

Vincent Chan
Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789