

David M. Poitras P.C.
Caroline R. Djang
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Tel: (310) 203-8080
Fax: (310) 203-0567

*Counsel for THQ, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In Re: | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

### WITHDRAWAL OF JOINDER OF THQ, INC. TO MOTIONS OF PIONEER ELECTRONICS, INC. AND SAMSUNG ELECTRONICS AMERICA, INC. FOR AN ORDER REQUIRING A CONFIRMATION DEPOSIT PURSUANT TO BANKRUPTCY RULE 3020(a)

1. THQ, Inc. ("THQ") has asserted a request for payment of administrative expenses from the Debtors pursuant to 11 U.S.C. § 503(b)(9).

2. THQ filed a joinder (the "Joinder") to the motions of Pioneer Electronics, Inc. [Docket No. 5461] and Samsung Electronics America, Inc. [Docket No. 5614] for an order requiring a confirmation deposit pursuant to Federal Rule of Bankruptcy Procedure 3020(a) on November 13, 2009 [Docket No. 5663].

3. In light of the fact that the Debtors' Second Amended Plan provides for the establishment of an Administrative Claims Reserve (Article V.E.6.), THQ hereby withdraws its Joinder.

Dated: August 26, 2010

David M. Poitras
Caroline R. Djang
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Tel: (310) 203-8080
Fax: (310) 203-0567

*Counsel for THQ, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to this Court's **Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management, and Administrative Procedures,** a true and exact copy of the foregoing withdrawal was served on August 27, 2010, by electronic mail on the below listed parties and e-mail addresses and through the ECF system, which in turn will generate an electronic notice of filing to all parties registered to receive electronic notice from the Court.

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636
E-mail: gregg.galardi@skadden.com;
Ian.Fredericks@skadden.com; proiect.circuitcity@skadden.com

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
McGuire Woods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
E-mail: dhayes@mcguirewoods.com; dfoley@mcguirewoods.com;
circuitcityservice@mcquirewoods.com

Chris L. Dickerson, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, IL 60606
E-mail: chris.dickerson@skadden.com

*Counsel for the Debtors*

Robert B. Van Arsdale, Esq.
Office of the U. S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
E-mail: Robert.B.Van.Arsdale@usdoj.gov

*Office of the United States Trustee*


Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd, 11th Floor
Los Angeles, CA 90067-4100
E-mail: bgodshall@pszjlaw.com

*Counsel to Official Committee of Unsecured Creditors*

Dated: August 27, 2010

/s/   Claudean Brandon

3