# WyomingTribuneEagle 

702 W. Lincolnway • Cheyenne, WY 82001-4359 • Phone: 307-634-3361 • Fax: 307-633-3191 • www.wyomingnews.com

August 30, 2010

```
RICHMOND DIVISION
   F                F
   I                I
   L   AUG 31 2010  L
   E                E
   D     CLERK      D
      US BANKRUPTCY COURT
```

US Bankruptcy Court
Eastern District of Virginia Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA 23219

Kurtzman Carson Consultants LLC
Circuit City Stores, Inc. Notice of Transfers
2335 Alaska Ave.
El Segundo, CA 90245

Re:    Circuit City Stores, Inc.
       Case #08-35653 (KRH)

On August 10, 2010 a Notice of Transfer of the Claim Other Than for Security was completed, transferring the interest held by Wyoming Tribune-Eagle, 702 W. Lincolnway, Cheyenne, WY to the transferee, Blue Heron Micro Opportunities Fund LLP, PO Box 14610, Surfside Beach, SC 29587.

This letter is notice that Wyoming Tribune-Eagle is filing an objection to said transfer. A Notice of Claims Purchase Agreement was signed by a representative of Wyoming Tribune-Eagle on August 6, 2010. As of the writing of this objection payment for the transfer has not been received.

The agreed upon fee for Claim #1055 in the amount of $2,663.97 has not been received by the transferor. It is for this reason Wyoming Tribune-Eagle is objecting to the transfer, and would ask that the Wyoming Tribune-Eagle, the transferor, retain the claim in the Circuit City Stores bankruptcy.

Sincerely,

L.D. Catalano
Controller

cc:    Blue Heron Micro Opportunities Fund, LLP
       Claims Processing Dept.

United States Bankruptcy Court
*Eastern District of Virginia Richmond Division*

|  |  |
|---|---|
| In re ) | Chapter 11 |
| Circuit City Stores, Inc. ) | Case No. 08-35653 (KRH) |
| ) | (Jointly Administered) |
| Debtor ) |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

 To: Wyoming Tribune Eagle
 702 W Lincoln Way
 Cheyenne, WY 82001

*Please note that your claim number 1055 in the amount of $2,663.97 has been transferred (**unless previously expunged by court order**) to:*

 Blue Heron Micro Opportunities Fund LLP
 Attn Claims Processing Dept
 PO Box 14610
 Surfside Beach, SC 29587

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

 US Bankruptcy Court Kurtzman Carson Consultants LLC
 Eastern District of Virginia Richmond Circuit City Stores, Inc. Notice of Transfers
 Division 2335 Alaska Ave
 701 East Broad Street, Suite 4000 El Segundo, CA 90245
 Richmond, VA 23219

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 8/10/2010

 By: /s/
 **Joseph Johnson**

cc:

Docket #8260  Date Filed: 8/10/2010

# United States Bankruptcy Court

Eastern District of Virginia

In re:  **Circuit City Stores, Inc., et al.**                                Case No. **08-35653**

Court ID (Court use only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>**Blue Heron Micro Opportunities Fund, LLP** | Name of Transferor<br>**Wyoming Tribune Eagle** |
| Name and Address where notices to transferee should be sent:<br><br>**Blue Heron Micro Opportunities Fund, LLP**<br>**P.O. Box 14610**<br>**Surfside Beach, SC 29587**<br>**Attn: Claims Processing Dept.**<br><br>Phone:<br>(803) 810-0855 | Court Record Address of Transferor<br>(Court Use Only) |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #:_____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br>**Wyoming Tribune Eagle**<br>**702 W. Lincoln Way**<br>**Cheyenne, WY 82001-4397** |
| | Claim Amount:     **$2,663.97** |
| Phone: *Same as Above* | Phone: |
| Last Four Digits of Account #:_____ | Last Four Digits of Account #: |
| | Court Claim # (if known):  **1055** |
| | Date Claim Filed:  **12/15/2008** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/David P. Tonner                                                                     Date:     **8/10/2010**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____



0835653100810000000000007

210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No.          was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 08/10/2010 (date).

**Name and Address of Alleged Transferor:**

Wyoming Tribune Eagle
702 W. Lincoln Way
Cheyenne, WY 82001-4397

**Name and Address of Transferee:**

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/13/10

William C. Redden
**CLERK OF THE COURT**

055444

7240505499019

## NOTICE OF CLAIMS PURCHASE AGREEMENT

WYOMING TRIBUNE EAGLE, a(n) Wyoming Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto BLUE HERON MICRO OPPORTUNITIES FUND LLP, a Delaware limited liability partnership, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $2,663.97 (proof of claim amount, defined as the "Claim") against Circuit City Stores Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Eastern District of Virginia, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-35653 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the ____ day of _____, 2010.

WITNESS _____
(Signature)

_____
(Print Name and Title of Witness)

_____
(Company Name)

_____
(Signature of Corporate Officer)

_____
(Print Name and Title of Corporate Officer)

BLUE HERON MICRO OPPORTUNITIES FUND LLP

WITNESS _____
(Signature)

_____
(Signature of Fund Representative)

**Exhibit "A"**

210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-35653-KRH
Chapter 11

In re: Debtor(s) (including Name and Address)

Circuit City Stores, Inc.
9950 Mayland Drive
Richmond VA 23233

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 08/10/2010 (date).

**Name and Address of Alleged Transferor:**

Wyoming Tribune Eagle
702 W. Lincoln Way
Cheyenne, WY 82001-4397

**Name and Address of Transferee:**

Blue Heron Micro Opportunities Fund, LLP
P.O. Box 14610
Surfside Beach, SC 29587

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/13/10

William C. Redden
**CLERK OF THE COURT**

055444                                    7240505499019