UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:                                          *

CIRCUIT CITY STORES, INC., et al.,    *    Case No: 08-35653-KRH
                                                    Chapter 11
    Debtors,                               *

*    *    *    *    *    *    *    *    *    *    *

### CLAIMANT MARLON MONDRAGON'S
### MOTION FOR CONTINUANCE OF OBJECTION TO PLAN

Claimant Marlon Mondragon ("Claimant" or "Movant"), by and through his undersigned attorneys, respectfully moves for a continuance of the date for Confirmation of the Consolidated Debtors Second Amended Joint Plan of Liquidation and hearing of the Claimant's Objection thereto to the September 27th hearing date.

Claimant has moved for leave to file a class claim and for reconsideration of the denial of Claimant's Class Action Adversary Proceeding Complaint (the "Motions"). Claimant also filed an Objection to the initial plan, which is currently pending.

These Motions and the Objection have been adjourned by agreement of the parties to September 27, 2010 at which time Claimant's Counsel intends to appear to argue said Motions and Objections.

On August 24, 2010, for the first time, Counsel for Claimant received notice of the intention of Joint Debtors to move for confirmation of the Second Amended Joint Plan of Liquidation (the "Plan") on September 8, 2010. See attached "Notice of Hearing on Confirmation of the Plan," annexed hereto as Exhibit "A." Inasmuch as Counsel for

1

Claimant had an agreed upon date (September 27, 2010) for argument of these Motions and Objections, Counsel for Claimant scheduled hearings upon several other matters for September 8, 2010.

Thereafter, Marc Busman of Busman & Busman, Co-Counsel for Claimant, had multiple conversations with Jessica S. Kumar of Skadden, Arps, Slate, Meagher & Flom, LLP, one of the Attorneys for the Joint Debtors to request that the Plan Confirmation be adjourned/continued to September 27, 2010, the same date as that for the other matters (e.g., Motions and Objection) that the Claimant had previously scheduled by agreement with Joint Debtors' Counsel.  Co-Counsel for the Joint Debtors contacted Co-Counsel for Claimant on Monday, August 30, 2010, and informed him they would not agree to adjourn the Plan confirmation to September 27, 2010.

WHEREFORE, the Claimant respectfully requests that the proposed confirmation of the Plan be adjourned to the September 27, 2010 hearing date.

Dated:  September 1, 2010                     Respectfully submitted,

                                              BUSMAN & BUSMAN, P.C.


                                               /s/ Marc A. Busman
                                              Marc A. Busman
                                              P.O. Box 7514
                                              Fairfax Station, VA 22039
                                              703-503-8088
                                              703-425-8487 (facsimile)

                                              KANTROWITZ, GOLDHAMER
                                              & GRAIFMAN, P.C.
                                              Randy J. Perlmutter
                                              Gary S. Graifman
                                              747 Chestnut Ridge Road

2

                    Chestnut Ridge, NY 10977
                    Tel: (845) 356-2570
                    Fax: (845) 356-4335

MASON LLP
Gary E. Mason
Nicholas A. Migliaccio
1625 Massachusetts Ave., NW
Ste. 605
Washington, DC 20036
Tel: 202-429-2290
Fax: 202-429-2294

*Counsel for the Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2010, a copy of the foregoing Motion was filed and served via the Court's Electronic Case Filing System on all parties receiving such notice.

/s/ Marc A. Busman
Marc A. Busman