# EXHIBIT A

PRF 32477-1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

---

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al., | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) |

---

## NOTICE OF HEARING ON CONFIRMATION OF THE PLAN

**PLEASE TAKE NOTICE** that on August 4, 2010, the debtors and debtors in possession in the above-captioned cases (the "Debtors") and the statutory committee of unsecured creditors (the "Creditors' Committee" and together with the Debtors, the "Plan Proponents") announced in open court that the hearing to consider confirmation of the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Confirmation Hearing") was further adjourned to September 8, 2010 at 10:00 a.m. (Eastern).

**PLEASE TAKE FURTHER NOTICE** that the on August 9, 2010, the Plan Proponents filed the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (as may be further amended or modified, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing is currently scheduled for **September 8, 2010 at 10:00 a.m. (Eastern)** or as soon thereafter as counsel can be heard, before the Honorable Kevin Huennekens, United States Bankruptcy Court for the Eastern District of Virginia, 701 East Broad Street, Room 5000, Richmond, Virginia 23219. The Confirmation Hearing may be adjourned from time to time by announcing the adjournment in

open court or by filing a further notice. The Plan may be further modified, if necessary, under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, without further notice to parties in interest.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, and any exhibits thereto, are publicly available along with the docket and other case information by accessing the Voting Agent's website at http://www.kccllc.net/circuitcity.

Dated: August 23, 2010

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>Stanley E. Goldich, Esq.<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, California 90067-4100 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 |
| – and – | – and – |
| PACHULSKI STANG ZIEHL & JONES LLP<br>Robert J. Feinstein, Esq.<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Chris L. Dickerson, Esq.<br>155 North Wacker Drive<br>Chicago, Illinois 60606<br>(312) 407-0700 |
| – and – | – and – |
| TAVENNER & BERAN, PLC | MCGUIREWOODS LLP |
| /s/ Lynn L. Tavenner<br>Lynn L. Tavenner, Esq. (VSB No. 30083)<br>Paula S. Beran, Esq. (VSB No. 34679)<br>20 North Eighth Street<br>Second Floor<br>Richmond, Virginia 23219<br>(804) 783-8300 | /s/ Douglas M. Foley<br>Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |
| Counsel for the Creditors' Committee | Counsel for Debtors and Debtors in Possession |

2