Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC  20004-2401
(202) 662-5223

*Co-Counsel for Apex Digital, Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| In re | Case No. 08-35653 (KRH) |
| Circuit City Stores, Inc., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

### ORDER GRANTING MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G) TO WITHDRAW AS COUNSEL FOR APEX DIGITAL, INC.

THIS MATTER came before the Court upon the *Motion Pursuant to Local Bankruptcy Rule 2090-1(G) to Withdraw as Counsel for Apex Digital, Inc.* (the "**Motion**") filed by Covington & Burling LLP ("**Covington**") and Michael St. Patrick Baxter, Dennis Auerbach, and Joshua D. McKarcher.  After review of the Motion and statements therein, the Court finds that adequate notice of the Motion has been provided, no other or further notice is necessary or required, and it is appropriate that Covington and Messrs. Baxter, Auerbach, and McKarcher be authorized to withdraw as counsel for Apex Digital, Inc. in this case. Therefore, it is hereby

ORDERED as follows:

1

1.      The Motion is granted.

2.      The appearance of Covington & Burling LLP, Michael St. Patrick Baxter, Dennis Auerbach, Joshua D. McKarcher is withdrawn.

Date:___Aug 30 2010_____

/s/ Kevin Huennekens
_____
United States Bankruptcy Judge

ENTERED ON DOCKET:___August 31 2010_____

WE ASK FOR THIS:

/s/   Joshua D. McKarcher_____
Michael St. Patrick Baxter
Dennis Auerbach
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)
jmckarcher@cov.com

*Co-Counsel for Apex Digital, Inc.*

2

**LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

I hereby certify that the foregoing was served upon Apex Digital, Inc. by electronic mail and first-class mail at the below address on August 26, 2010.

/s/   Joshua D. McKarcher
Joshua D. McKarcher (VSB No. 77061)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401
(202) 662-5223 (phone)
(202) 778-5223 (fax)

Vincent Chan
Apex Digital, Inc.
301 Brea Canyon Road
Walnut, CA 91789

# CERTIFICATE OF NOTICE

```
District/off: 0422-7        User: frenchs           Page 1 of 1           Date Rcvd: Aug 31, 2010
Case: 08-35653              Form ID: pdforder       Total Noticed: 1

The following entities were noticed by first class mail on Sep 02, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                    **Signature:**     _Joseph Speetjens_