## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., <u>et al.</u>, | Case No. 08-35653 (KRH) |
| Debtors. | (Jointly Administered) Hrg. Date: September 27, 2010 at 2:00 p.m. (ET) Obj. Due: September 20, 2010 at 5:00 p.m. (ET) |

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES IN CONNECTION WITH TRANSITION SERVICES PROVIDED BY CROWE HORWATH, LLP IN ANTICIPATION OF ALFRED SIEGEL'S APPOINTMENT AS LIQUIDATING TRUSTEE UNDER SECOND AMENDED PLAN  FOR THE <u>PRE-RETENTION PERIOD JULY 1, 2009 THROUGH FEBRUARY 28, 2010</u>

| | |
|---|---|
| Names of Applicant: | Crowe Horwath LLP |
| Period for which Compensation and Expense Reimbursement is | July 1, 2009 – February 28, 2010 |
| Amount of Compensation sought as actual, reasonable and necessary: | $275,329.00 |
| Amount of Expense reimbursement sought as actual, reasonable and necessary | $24,533.05 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., et al.,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>(Jointly Administered)<br>Hrg. Date:  September 27, 2010 at 2:00 p.m. (ET)<br>Obj. Due:  September 20, 2010 at 5:00 p.m. (ET) |

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES IN CONNECTION WITH TRANSITION SERVICES PROVIDED BY CROWE HORWATH, LLP IN ANTICIPATION OF ALFRED SIEGEL'S APPOINTMENT AS LIQUIDATING TRUSTEE UNDER SECOND AMENDED PLAN  FOR THE PRE-RETENTION PERIOD JULY 1, 2009 THROUGH FEBRUARY 28, 2010

### INDEX

EXHIBIT A          Summary of Hours by Category

EXHIBIT B          Summary of Hours and Fees by Professional

EXHIBIT C          Out of Pocket Expenses

EXHIBIT D          Complete Accounting of Time Expended by Day by Professional by Category

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **CIRCUIT CITY STORES, INC., et al.,** | **Case No. 08-35653 (KRH)** |
| **Debtors.** | **(Jointly Administered)**<br>Hrg. Date: September 27, 2010 at 2:00 p.m. (ET)<br>Obj. Due September 20, 2010 at 5:00 p.m. (ET) |

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES IN CONNECTION WITH TRANSITION SERVICES PROVIDED BY CROWE HORWATH, LLP IN ANTICIPATION OF ALFRED SIEGEL'S APPOINTMENT AS LIQUIDATING TRUSTEE UNDER SECOND AMENDED PLAN FOR THE PRE-RETENTION PERIOD JULY 1, 2009 THROUGH FEBRUARY 28, 2010

Crowe Horwath, LLP, on behalf of itself and its partner Alfred H. Siegel ("Siegel" and together with Crowe Horwath, LLP "Crowe"), the anticipated liquidating trustee under the Second Amended Joint Plan Of Liquidation Of Circuit City Stores, Inc. And Its Affiliated Debtors And Debtors In Possession And Its Official Committee Of Creditors Holding General Unsecured Claims (the "Plan") file this Application, pursuant to section 503(b) of title 11 of the United States Code (the "Bankruptcy Code"), for the allowance of an administrative expense for compensation and reimbursement for actual and necessary expenses incurred for the period beginning July 1, 2009 through February 28, 2010 (the "Compensation Period"), in the amount of $299,862.05 (the "Compensation Amount"), and respectfully represents:

### Background

1.      On November 10, 2008 ('the Petition Date), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession

pursuant to Bankruptcy Code sections 1107 and 1108.  On November 12, 2008, the

Office of the United States Trustee for the Eastern District of Virginia appointed a

statutory committee of unsecured creditors (the "Creditors' Committee").

2.    On January 16, 2009, the Court authorized the Debtors, among

other things, to conduct going out of business sales at the Debtors' remaining 567 stores

pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a

joint venture, as agent (the "Agent").  On January 17, 2009, the Agent commenced going

out of business sales pursuant to the Agency Agreement at the Debtors remaining stores.

3.    On September 29, 2009, the Debtors and the Creditors' Committee

(together, the "Plan Proponents") filed the First Amended Joint Plan of Liquidation of

Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its

Official Committee of Creditors Holding General Unsecured Claims (the "First

Amended Plan").  The associated disclosure statement (the "Disclosure Statement") was

approved on September 24, 2009.

4.    The First Amended Plan provided for the creation of a liquidating

trust (the "Liquidating Trust") to hold, administer and distribute the assets of the Debtors

after the Effective Date (as defined in the First Amended Plan).

5.    The First Amended Plan further provided that Siegel, a partner

with Crowe, will be the initial trustee of the Liquidating Trust (the "Liquidating

Trustee").

6.    The First Amended Plan further provided that "the Liquidating

Trustee shall be entitled to payment of reasonable fees and expense incurred prior to the

Effective Date in an amount to be agreed to by the Plan Proponents and approved by the

Bankruptcy Court in the Confirmation Order."

7.      Between July 1, 2009 and February 29, 2010 (the "Pre-Retention Period"), Mr. Siegel and Crowe Horwath provided certain services and incurred certain expenses in connection with the First Amended Plan, on account of which Crowe Horwath has invoiced the Debtors for fees in the amount of $275,329 (the "Fees") and expenses in the amount of $24,533.05 (the "Expenses").

8.      On March 11, 2010, the Bankruptcy Court entered the Order Under Bankruptcy Code Sections 105(a) and 363 Authorizing Debtors to Retain and Employ Alfred H. Siegel of Crowe Horwath LLP as Chief Restructuring Officer to the Debtors (D.I. 6795) appointing Alfred H. Siegel as Chief Restructuring Officer. Mr. Siegel resigned as Chief Restructuring Officer on June 28, 2010

9.      On August 9, 2010, the Plan Proponents filed the Plan. Siegel is also the proposed Liquidating Trustee under the Plan. Confirmation of the Plan is scheduled for September 8, 2010.

## SUMMARY OF APPLICATION

10.      By this Application, Crowe requests allowance of an administrative expense on account of compensation for services rendered and actual and necessary expenses incurred in these cases for the period beginning July 1, 2009 through February 28, 2010, and in connection therewith, requests allowance of an administrative expense of compensation in the amount of $275,329.00 for professional fees and reimbursement of $24,533.05 for necessary and actual out-of-pocket expenses. The Plan Proponents support Crowe's request.

11.      Crowe's request for compensation is broken down as follows:

| Period Covered | Hours | Requested | | Payments Received | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| July 1, 2009 through February 28, 2010 | 600.45 | $275,329.00 | $24,533.05 | $___0___ . __ | $___0__ __ | $275,329.00 | $24,533.05 |
| Grand Total | 600.45 | $275,329.00 | $24,533.05 | $___0___ | $___0__ | $275,329.00 | $24,533.05 |

## SUMMARY OF SERVICES DURING THE COMPENSATION PERIOD

12.    This Application is Crowe's first and only request for payment of an administrative expense in these cases for for services that were performed prior to Mr. Siegel's retention as CRO.    During the Compensation Period, Crowe provided professional services to the Plan Proponents in connection with the terms of the Plan and to ensure a smooth and orderly transition to his role proposed role as Liquidating Trustee.

13.    Set forth below is a summary of the services Crowe rendered to the Debtors during the Compensation Period.

i.    Review plan and disclosure statement, documents regarding claims, accounts receivable, reporting issues;

ii.    Review of financial documents, Bylaws and schedules;

iii.    Meetings with Debtor and Creditor counsel, Circuit City staff regarding numerous items such as review of systems, financial data, employee retention, transition issues;

iv.    Review documents in connection with Canada and French issues, claims and tax matters;

v.    Analyze IRS matters, ordering of assessments and interest netting;

vi.    Analyze bankruptcy tax issues regarding plan reorganization and assist Circuit City personnel with issues related to IRS audits and tax refunds;

vii.    Various revisions to both disclosure statement and liquidating trust; and

viii.   Review of open issues and refundable positions in response to creditor committee request for information.

14.    In connection with preparing this application, Crowe performed various activities, including compiling and reviewing detailed time entries, compiling and reviewing detailed expenses incurred, preparing detailed and summary schedules of fees and expenses incurred, and drafting the narratives and schedules included in this Application.

15.    A summary of the hours, fees and out of pocket expenses incurred by professional and category is annexed hereto as Exhibit A, Exhibit B and Exhibit C, respectively, and described in detail in the time records annexed hereto as Exhibit D. Crowe maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of business.

16.    The fees applied for herein are based on the usual and customary fees Crowe charges to accounting clients and are commensurate with the usual and customary rates charged for services performed.

17.    During the Compensation Period, time expended by professionals at Crowe based on hourly rates ranging from $95.00 to $580.00 per hour for a total of $275,329.00. The number of hours expended by Crowe was 600.45.

18.     Crowe respectfully submits that the amounts applied for herein for professional services rendered in these cases during the Compensation Period are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases. Moreover, the time and labor expended by Crowe during the Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, Crowe has made every effort to maximize the benefit to the Debtors' estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.   Thus, Crowe respectfully submits that these services: (a) were actual, necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

## SUMMARY OF ACTUAL AND NECESSARY
## EXPENSES DURING THE COMPENSATION PERIOD

19.     Attached hereto as Exhibit C and incorporated herein by reference, is a detailed description of the actual and necessary expenses incurred by Crowe in connection with provided services during the Compensation Period.  As set forth in Exhibit C, Crowe seeks reimbursement of actual and necessary expenses incurred by Crowe during the Compensation Period in the aggregate amount of $24,533.05.  Crowe submits that these expenses are reasonable and necessary in light of the size and complexity of the Debtors' cases.

20.    Based on the foregoing, Crowe submits that it has satisfied Bankruptcy Code section 503(b) and, with the support of the Plan Proponents, requests an allowed administrative expenses claim in the amount of $299,862.05.

## CONCLUSION

WHEREFORE, Crowe respectfully request that the Court allow an administrative expense claim pursuant to Bankruptcy Code section 503(b) in the amount of $299,862.05, $275,329.00 of which is compensation for professional services rendered and $24,533.05 of which is reimbursement for actual and necessary expenses Crowe incurred in rendering such services.

Respectfully submitted,

CROWE HORWATH LLP

_____
Alfred H. Siegel

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### By Category of Work Performed

| Category Of Work | | Time | Charges |
|---|---|---|---|
| Business Analysis | | 390.00 | 169,044.50 |
| Tax Issues | | 210.45 | 106,284.50 |
| | Total Professional Fees | 600.45 | 275,329.00 |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Fees and Time by Month

| Month | Time | Charges |
|---|---|---|
| July 2009 | 118.15 | 60,528.00 |
| August 2009 | 59.70 | 30,695.50 |
| September 2009 | 92.80 | 43,746.00 |
| October 2009 | 62.30 | 28,418.00 |
| November 2009 | 200.10 | 77,840.00 |
| December 2009 | 20.00 | 9,815.00 |
| January 2010 | 26.90 | 13,370.00 |
| February 2010 | 20.50 | 10,916.50 |
| | 600.45 | 275,329.00 |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

## Professional Fees and Time by Employee

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Agler, David | 120.05 | 580.00 | 69,629.00 |
| Gottlieb, David | 122.30 | 473.65 | 57,927.50 |
| Irving, Lisa | 8.00 | 100.00 | 800.00 |
| Milner, Keenen | 34.60 | 209.31 | 7,242.00 |
| Roberts, James | 1.50 | 420.00 | 630.00 |
| Shaffer, Marc | 4.20 | 425.00 | 1,785.00 |
| Siegel, Alfred | 182.10 | 504.09 | 91,795.00 |
| Smith, Pamela | 11.30 | 95.00 | 1,073.50 |
| Teeple, Joshua | 37.60 | 249.49 | 9,381.00 |
| Tomlinson, Sue | 78.80 | 445.00 | 35,066.00 |
| | 600.45 | | 275,329.00 |

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

## Out of Pocket Expenses

**Out-of-Pocket Expenses**

| | |
|---|---:|
| Auto Expense/$.50 (1/1/10) | 481.81 |
| Ground Travel | 949.05 |
| Meals | 1,971.34 |
| Lodging - Room Charge and Taxes | 4,349.57 |
| Airfare | 16,724.71 |
| Overnight Delivery Recovery | 56.57 |
| Total Out-of-Pocket Expenses | 24,533.05 |

EXHIBIT C PAGE 1 OF 1

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 07/06/2009 | 4.90 | 550.00 | 2,695.00 |
| Review plan and disclsoure statement for Circuit City/meet and discuss issues with Agler | | | | |
| Siegel, Alfred | 07/09/2009 | 7.90 | 550.00 | 4,345.00 |
| Meeting at pachulski office to review responsibilities and duties as liquidating trustee for the circuit city matter/read plan and disclosure statement and numerous documents | | | | |
| Gottlieb, David | 07/09/2009 | 4.10 | 550.00 | 2,255.00 |
| Meeting with R. Pachuslki, J. Pomerantz, A. Siegel, M. Atkinson re case issues. | | | | |
| Siegel, Alfred | 07/20/2009 | 3.20 | 550.00 | 1,760.00 |
| Continue to review numerous documents and analysis | | | | |
| Siegel, Alfred | 07/21/2009 | 0.80 | 550.00 | 440.00 |
| Discussions with tax professionals regarding various tax implications of plan/review related research | | | | |
| Siegel, Alfred | 07/22/2009 | 0.30 | 550.00 | 165.00 |
| Discussions with counsel regarding meeting in Richmond | | | | |
| Smith, Pamela | 07/24/2009 | 1.20 | 95.00 | 114.00 |
| Copying and organization of tax documents | | | | |
| Siegel, Alfred | 07/24/2009 | 5.40 | 550.00 | 2,970.00 |
| Meeting wth david Agler regarding tax issues/review previously filed federal returns/ review plan and dscl stmt as to tax and related matters / review other documents | | | | |
| Gottlieb, David | 07/28/2009 | 4.40 | 550.00 | 2,420.00 |
| Conference call with J. Pomerantz, Al Siegel, D. Agler, meet with Siegel re issues, review plan, related documents and tax information. | | | | |
| Siegel, Alfred | 07/28/2009 | 7.20 | 550.00 | 3,960.00 |
| Review consolidated tax returns and financial information / various calls to skadden and pachulski / meet with agler regarding plan tax issues / conference call with pomerantz re tax and other matters | | | | |
| Siegel, Alfred | 07/29/2009 | 1.20 | 550.00 | 660.00 |
| Calls and correspondence with Debtor counsel, creditor counsel and accountants regarding meeting in Richmond | | | | |
| Siegel, Alfred | 07/30/2009 | 6.70 | 550.00 | 3,685.00 |
| In Richmond Virginia to meet with Circuit city management and counsel / continue review and analysis of Debtor data | | | | |
| Gottlieb, David | 07/30/2009 | 5.40 | 550.00 | 2,970.00 |
| Meeting with DIP, Counsel, FA's,Jeff Pomerantz and Al Siegel including review of documents, pleadings etc. | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 07/30/2009 | 3.70 | 275.00 | 1,017.50 |
| Non working travel | | | | |
| Gottlieb, David | 07/30/2009 | 4.80 | 275.00 | 1,320.00 |
| Non working travel | | | | |
| Siegel, Alfred | 07/31/2009 | 5.00 | 275.00 | 1,375.00 |
| Non working travel | | | | |
| Gottlieb, David | 07/31/2009 | 4.70 | 275.00 | 1,292.50 |
| Non working travel | | | | |
| Gottlieb, David | 07/31/2009 | 5.10 | 550.00 | 2,805.00 |
| Meetings / Work on memo re: systems, accounting/tax needs/transactions | | | | |
| Siegel, Alfred | 07/31/2009 | 5.60 | 550.00 | 3,080.00 |
| Meeting with Creditor and debtor Counsel, Debtor representatives and proposed accountant regarding confirmation issues/work on turnover plan | | | | |
| Gottlieb, David | 08/04/2009 | 2.30 | 550.00 | 1,265.00 |
| Review latest redline draft plan / calls to counsel | | | | |
| Gottlieb, David | 08/20/2009 | 1.30 | 550.00 | 715.00 |
| Review plan revisions. | | | | |
| Siegel, Alfred | 08/20/2009 | 2.20 | 550.00 | 1,210.00 |
| Review of plan material as well as other correspondence and analyses | | | | |
| Gottlieb, David | 08/24/2009 | 0.80 | 550.00 | 440.00 |
| Review correspondence between D. Agler and Skadden and attached changes to plan and disclosure statement. | | | | |
| Gottlieb, David | 09/02/2009 | 1.20 | 550.00 | 660.00 |
| Read draft liquidating./ meet with Siegel | | | | |
| Siegel, Alfred | 09/02/2009 | 2.90 | 550.00 | 1,595.00 |
| Review latest draft trust agreement/meet with gottlieb and call to counsel regarding Sept mtg | | | | |
| Gottlieb, David | 09/04/2009 | 0.30 | 550.00 | 165.00 |
| Telephone conference re meeting in Washington. | | | | |
| Siegel, Alfred | 09/04/2009 | 2.50 | 550.00 | 1,375.00 |
| Calls to counsel/discuss issues regarding in person meeting/review documents | | | | |
| Gottlieb, David | 09/16/2009 | 2.30 | 550.00 | 1,265.00 |
| Read correspondences and attachments, prepare for meeting. | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 09/17/2009 | 3.80 | 550.00 | 2,090.00 |
| Prepare for meeting / meeting and teleconference at Pachulski. | | | | |
| Siegel, Alfred | 09/17/2009 | 1.30 | 550.00 | 715.00 |
| Review materials provided by protivity | | | | |
| Siegel, Alfred | 09/17/2009 | 3.70 | 550.00 | 2,035.00 |
| Conference with counsel and creditors regarding status of case/follow up discussions as to plan through confirmation date | | | | |
| Siegel, Alfred | 09/18/2009 | 1.60 | 550.00 | 880.00 |
| Discussions with Michelle Mosier regarding planning for turnover/follow up calls and correspondence to David Gottlieb and Jeff Pomerantz | | | | |
| Gottlieb, David | 09/18/2009 | 0.60 | 525.00 | 315.00 |
| Calls to/from Siegel re turnover | | | | |
| Siegel, Alfred | 09/21/2009 | 2.10 | 550.00 | 1,155.00 |
| Planning meeting with David Gottlieb / review relevant material | | | | |
| Gottlieb, David | 09/21/2009 | 2.00 | 550.00 | 1,100.00 |
| Prepare for meetings in Washington DC. | | | | |
| Siegel, Alfred | 09/22/2009 | 4.60 | 550.00 | 2,530.00 |
| Review documents / in prep for meeting with Debtors reps and counsel | | | | |
| Gottlieb, David | 09/22/2009 | 2.30 | 550.00 | 1,265.00 |
| Preparation for meeting in D.C. | | | | |
| Siegel, Alfred | 09/22/2009 | 4.70 | 275.00 | 1,292.50 |
| Non working travel | | | | |
| Gottlieb, David | 09/22/2009 | 6.80 | 275.00 | 1,870.00 |
| Non working travel | | | | |
| Gottlieb, David | 09/23/2009 | 9.20 | 550.00 | 5,060.00 |
| Meetings in Washington and review of documents. | | | | |
| Siegel, Alfred | 09/23/2009 | 9.40 | 550.00 | 5,170.00 |
| Meeting in D.C. with Circuit City reps - debtor employees, FTI and Skadden as well as proposed accountants and creditor counsel - discuss various issues | | | | |
| Siegel, Alfred | 09/24/2009 | 3.80 | 550.00 | 2,090.00 |
| Prepare memos on transition / review additional financial data | | | | |
| Gottlieb, David | 09/24/2009 | 3.70 | 550.00 | 2,035.00 |
| Review of documents and other materials provided by Debtor | | | | |

{00476695.DOC \ 1}EXHIBIT D PAGE 3 OF 17

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 09/24/2009 | 6.20 | 275.00 | 1,705.00 |
| Non working travel | | | | |
| Gottlieb, David | 09/24/2009 | 6.00 | 275.00 | 1,650.00 |
| Non working travel | | | | |
| Gottlieb, David | 10/02/2009 | 2.10 | 550.00 | 1,155.00 |
| Review update plan, trust agreement, etc. | | | | |
| Siegel, Alfred | 10/05/2009 | 1.20 | 550.00 | 660.00 |
| Discussions with counsel and others regarding oversight committee and other issues | | | | |
| Irving, Lisa | 10/06/2009 | 4.80 | 100.00 | 480.00 |
| Assemble documents for Trustee review | | | | |
| Irving, Lisa | 10/08/2009 | 0.60 | 100.00 | 60.00 |
| Discuss bonding needs with Trustee and bonding company. Provide add'l info as necessary. | | | | |
| Irving, Lisa | 10/08/2009 | 0.30 | 100.00 | 30.00 |
| Discuss banking issues with Trustee and with potential programmer. | | | | |
| Gottlieb, David | 10/13/2009 | 0.70 | 550.00 | 385.00 |
| Meeting with Al Siegel re litigation issues. | | | | |
| Siegel, Alfred | 10/13/2009 | 2.40 | 550.00 | 1,320.00 |
| Lunch meeting with Gottlieb regarding flat screen litigation issue/calls to counsel regarding same | | | | |
| Siegel, Alfred | 10/29/2009 | 2.20 | 550.00 | 1,210.00 |
| Various calls and meetings regarding tax issues and transition matters | | | | |
| Gottlieb, David | 10/30/2009 | 1.50 | 550.00 | 825.00 |
| Meet with Al Siegel, conference call with Michelle Mosier re case issues. | | | | |
| Gottlieb, David | 10/30/2009 | 0.60 | 550.00 | 330.00 |
| Review tax memorandum. | | | | |
| Siegel, Alfred | 10/30/2009 | 1.40 | 550.00 | 770.00 |
| Conference call with Michelle Mosier/follow up with Gottlieb re planning | | | | |
| Siegel, Alfred | 11/02/2009 | 3.70 | 550.00 | 2,035.00 |
| Review draft liquidating agreement/calls to counsel regarding agreement and valuation issues/meet with Gottlieb regarding planning for Richmond visit and tax refund issues/related discusions with Tomlinson and Agler | | | | |

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 11/02/2009 | 2.20 | 550.00 | 1,210.00 |
| Meeting with Al Siegel re tax issues, read documents; conference call with S. Tomlinson, A. Agler and Al Siegel. | | | | |
| Gottlieb, David | 11/04/2009 | 3.00 | 550.00 | 1,650.00 |
| Review correspondences and analyses re: tax issues, etc./conference call with D. Agler, S. Tomlinson, A. Siegel and Jeff Pomerantz. | | | | |
| Siegel, Alfred | 11/04/2009 | 2.20 | 550.00 | 1,210.00 |
| Various calls and meetings to discuss terms of trust agreement, internal revenue refund problems and canadian tax issues | | | | |
| Siegel, Alfred | 11/05/2009 | 1.40 | 550.00 | 770.00 |
| Calls and doc review regarding canadian tax issues | | | | |
| Siegel, Alfred | 11/06/2009 | 0.80 | 550.00 | 440.00 |
| Discussions regarding postponement of effective date/various projects etc | | | | |
| Siegel, Alfred | 11/10/2009 | 2.40 | 550.00 | 1,320.00 |
| Calls with Creditor Comm Counsel and Debtor reps regarding status of liquidating trust, Canadian tax issues and employee status going forward. Review material on both Canada and IRS refund matters | | | | |
| Gottlieb, David | 11/10/2009 | 0.50 | 550.00 | 275.00 |
| Conference call with J. Pomerantz and A. Siegel regarding various issues. | | | | |
| Siegel, Alfred | 11/12/2009 | 2.20 | 550.00 | 1,210.00 |
| Conference calls and meetings with Comm Counsel and accountants regarding CRO/Liquidating Trustee issues/planning for transition/employee related concerns etc | | | | |
| Gottlieb, David | 11/12/2009 | 1.40 | 550.00 | 770.00 |
| Conference call re CRO and other issues. | | | | |
| Siegel, Alfred | 11/13/2009 | 1.20 | 550.00 | 660.00 |
| Various discussions regarding CRO and Liquidating trustee issues/prepare draft engagement letter for counsel review | | | | |
| Milner, Keenen | 11/18/2009 | 3.30 | 255.00 | 841.50 |
| Discussions with Circuit staff and prep. for system review. | | | | |
| Teeple, Joshua | 11/18/2009 | 3.30 | 295.00 | 973.50 |
| Prepare for meeting with wind down team/review material on DP systems | | | | |
| Siegel, Alfred | 11/18/2009 | 5.60 | 275.00 | 1,540.00 |
| Non working travel | | | | |
| Siegel, Alfred | 11/18/2009 | 4.30 | 550.00 | 2,365.00 |
| Review documents and analysis prepatory to meeting at Circuit | | | | |

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 11/18/2009 | 4.30 | 550.00 | 2,365.00 |
| Review files and preparation for meeting with DIP personnel. | | | | |
| Gottlieb, David | 11/18/2009 | 5.70 | 275.00 | 1,567.50 |
| Non working travel | | | | |
| Milner, Keenen | 11/18/2009 | 8.10 | 127.50 | 1,032.75 |
| Non working travel | | | | |
| Teeple, Joshua | 11/18/2009 | 7.90 | 147.50 | 1,165.25 |
| Non working travel | | | | |
| Teeple, Joshua | 11/19/2009 | 11.70 | 295.00 | 3,451.50 |
| Meet with CC wind down team regarding location and extent of computer systems and records. | | | | |
| Milner, Keenen | 11/19/2009 | 11.90 | 255.00 | 3,034.50 |
| Meeting and interviews regarding systems and documentation. | | | | |
| Gottlieb, David | 11/19/2009 | 11.20 | 550.00 | 6,160.00 |
| Meetings with DIP personnel and review of systems and compensation structure. | | | | |
| Siegel, Alfred | 11/19/2009 | 10.90 | 550.00 | 5,995.00 |
| Review analysis and financial data/meetings with Debtor officers and professionals | | | | |
| Siegel, Alfred | 11/20/2009 | 4.80 | 550.00 | 2,640.00 |
| Meetings with Debtor and debtor employees at Richmond offices | | | | |
| Gottlieb, David | 11/20/2009 | 4.60 | 550.00 | 2,530.00 |
| Meeting with DIP personnel, review schedules prepared by debtor | | | | |
| Milner, Keenen | 11/20/2009 | 7.00 | 255.00 | 1,785.00 |
| Meeting and interviews regarding systems. | | | | |
| Teeple, Joshua | 11/20/2009 | 6.80 | 295.00 | 2,006.00 |
| At Circuit City administrative offices to meet with staff / analysis of IT/accounting/memo/infrastructure. | | | | |
| Milner, Keenen | 11/20/2009 | 4.30 | 127.50 | 548.25 |
| Non working travel | | | | |
| Siegel, Alfred | 11/20/2009 | 5.20 | 275.00 | 1,430.00 |
| Non working travel | | | | |
| Teeple, Joshua | 11/20/2009 | 3.70 | 147.50 | 545.75 |
| Non working travel | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 11/20/2009 | 5.90 | 275.00 | 1,622.50 |
| Non working travel | | | | |
| Teeple, Joshua | 11/23/2009 | 4.20 | 295.00 | 1,239.00 |
| Review various documents from Virginia visit. Work with Milner to finalize memo on same. | | | | |
| Gottlieb, David | 12/04/2009 | 1.40 | 550.00 | 770.00 |
| Read conference submission re IRS sale leaseback issues, memo from Milner re: systems, etc. | | | | |
| Siegel, Alfred | 12/10/2009 | 1.60 | 550.00 | 880.00 |
| Calls to/from Greg Galardi regarding CRO issues. Meeting with David Gottlieb to discuss | | | | |
| Gottlieb, David | 12/10/2009 | 0.90 | 550.00 | 495.00 |
| With Siegel/meeting re CRO issues | | | | |
| Siegel, Alfred | 12/16/2009 | 2.20 | 550.00 | 1,210.00 |
| Prepare for and participate in conference call with Board of Directors | | | | |
| Gottlieb, David | 12/16/2009 | 1.10 | 550.00 | 605.00 |
| Meet with Al Siegel re conference call and conference with Board of Directors. | | | | |
| Siegel, Alfred | 12/21/2009 | 1.30 | 550.00 | 715.00 |
| Various correspondence and calls to Galardi, Marcum et al regarding CRO | | | | |
| Siegel, Alfred | 12/22/2009 | 1.70 | 550.00 | 935.00 |
| On going discussions with counsel and partners regarding CRO issues/work on engagement letter | | | | |
| Irving, Lisa | 12/30/2009 | 1.00 | 100.00 | 100.00 |
| Discuss and make revisions to CRO engagement letter | | | | |
| Siegel, Alfred | 12/30/2009 | 1.80 | 550.00 | 990.00 |
| Work on engagement letter/D&O issues | | | | |
| Siegel, Alfred | 01/04/2010 | 2.80 | 550.00 | 1,540.00 |
| Work on engagement letter as CRO/corr to Circuit/discussion with Crowe regarding wording/rewrites | | | | |
| Irving, Lisa | 01/04/2010 | 1.00 | 100.00 | 100.00 |
| Discussion with Siegel and further revisions to engagement letter. | | | | |
| Shaffer, Marc | 01/07/2010 | 1.00 | 425.00 | 425.00 |
| Review EL draft and discuss insurance coverage of CRO role w/ FBauters | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

#### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Shaffer, Marc | 01/08/2010 | 2.00 | 425.00 | 850.00 |
| EL draft edits, discuss insurance coverage of CRO role w/ FBauters, insurance company questions to AS | | | | |
| Gottlieb, David | 01/08/2010 | 1.30 | 550.00 | 715.00 |
| Lunch meeting with Siegel regarding engagement letter | | | | |
| Irving, Lisa | 01/08/2010 | 0.30 | 100.00 | 30.00 |
| Ffurther revisions to CRO engagement letter per Marc Shaffer | | | | |
| Siegel, Alfred | 01/08/2010 | 4.50 | 550.00 | 2,475.00 |
| Work on CRO engagement letter/discussions with Crowe personnel and Gottlieb regarding transaction | | | | |
| Siegel, Alfred | 01/13/2010 | 1.30 | 550.00 | 715.00 |
| Review of pleadings and correspondence/discussions as to CRO | | | | |
| Siegel, Alfred | 01/14/2010 | 1.20 | 550.00 | 660.00 |
| Meeting with Gottlieb regarding case status | | | | |
| Gottlieb, David | 01/14/2010 | 1.90 | 550.00 | 1,045.00 |
| Review correspondence and documents and attached CRO engagement letter and correspondence/meet with Siegel | | | | |
| Shaffer, Marc | 01/18/2010 | 0.70 | 425.00 | 297.50 |
| Review revised EL draft & send comments to AS | | | | |
| Siegel, Alfred | 01/19/2010 | 3.20 | 550.00 | 1,760.00 |
| Numerous calls to galardi. mosier et al regarding issues concerning the CRO engagement letter/review revisions with Crowe/discuss with Galaradi/follow up | | | | |
| Siegel, Alfred | 01/26/2010 | 2.20 | 550.00 | 1,210.00 |
| Numerous discussions and e mails with Gottlieb, debtors and debtors counsel regarding employee retention, CRO engagement letter and other matters/review of related correspondence | | | | |
| Shaffer, Marc | 01/28/2010 | 0.30 | 425.00 | 127.50 |
| Review new, revised EL draft | | | | |
| Shaffer, Marc | 01/29/2010 | 0.20 | 425.00 | 85.00 |
| Final review of EL | | | | |
| Siegel, Alfred | 02/10/2010 | 2.50 | 550.00 | 1,375.00 |
| Numerous discussions and e mails regarding mosier position/marcum deal/CRO and other related matters | | | | |

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Business Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 02/17/2010 | 1.80 | 550.00 | 990.00 |
| Various calls, emails and document review relating to CRO and marcum deals. discuss potential staffing requirements with gottlieb | | | | |
| Gottlieb, David | 02/17/2010 | 0.90 | 550.00 | 495.00 |
| Discussions with Siegel re turnover staffing | | | | |
| Siegel, Alfred | 02/22/2010 | 1.20 | 550.00 | 660.00 |
| Discussions regarding tax refund, estate financial condition and CRO deal | | | | |
| Siegel, Alfred | 02/23/2010 | 1.80 | 550.00 | 990.00 |
| Review various draft documents pertaining to application, order etc for CRO engagement/discussion with Chicago office regarding liability issue/requests revisions | | | | |
| Siegel, Alfred | 02/24/2010 | 2.20 | 550.00 | 1,210.00 |
| Continued review of documents vis a vis CRO/Marcum/discussions with Chicago office etc | | | | |
| Total Business Analysis | | 390.00 | | 169,044.50 |

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 07/06/2009 | 2.30 | 580.00 | 1,334.00 |
| Conference with Mr. Siegel regarding liquidating trust and associated tax issues | | | | |
| Agler, David | 07/06/2009 | 1.70 | 580.00 | 986.00 |
| Analysis of tax issues regarding plan and disclosure statement. | | | | |
| Agler, David | 07/07/2009 | 4.30 | 580.00 | 2,494.00 |
| Analysis and research of tax issues regarding plan of reorganization. | | | | |
| Agler, David | 07/15/2009 | 2.30 | 580.00 | 1,334.00 |
| Analysis of revised plan and tax issues in connection with liquidating trust. | | | | |
| Agler, David | 07/16/2009 | 2.40 | 580.00 | 1,392.00 |
| Continued analysis of revised plan and bankruptcy tax issues. | | | | |
| Agler, David | 07/16/2009 | 0.40 | 580.00 | 232.00 |
| Telephone conference with Mr. Levy (Skadden Arps). | | | | |
| Agler, David | 07/20/2009 | 2.60 | 580.00 | 1,508.00 |
| Preparation and telephone conference with Mr. McDonald, Mr. Vaughn, Mr. Levy and Ms. Ralph re tax issues in connection with plan of reorganization and liquidating turst, and analysis of tax issues regarding plan. | | | | |
| Agler, David | 07/21/2009 | 0.75 | 580.00 | 435.00 |
| Meeting with Siegel re tax issue | | | | |
| Agler, David | 07/23/2009 | 2.80 | 580.00 | 1,624.00 |
| Analysis of liquidating trust; analysis of federal tax returns and bankruptcy plan tax issues. | | | | |
| Agler, David | 07/24/2009 | 5.20 | 580.00 | 3,016.00 |
| Preparation and meeting with Al Siegel, and analysis of tax information and draft trust agreement. | | | | |
| Agler, David | 07/26/2009 | 4.90 | 580.00 | 2,842.00 |
| Analysis of bankruptcy tax issues re proposed plan. | | | | |
| Agler, David | 07/27/2009 | 2.20 | 580.00 | 1,276.00 |
| Analysis of tax returns and tax issues regarding plan. | | | | |
| Agler, David | 07/28/2009 | 4.70 | 580.00 | 2,726.00 |
| Analysis of tax issues re proposed plan of reorganization; telephone conference and meeting with Mr. Siegel et al | | | | |
| Agler, David | 08/04/2009 | 1.90 | 580.00 | 1,102.00 |
| Analysis of tax issues re proposed plan or reorganization; analysis of revised plan documents. | | | | |

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 08/05/2009 | 1.10 | 580.00 | 638.00 |
| Analysis of revised plan. | | | | |
| Agler, David | 08/06/2009 | 5.80 | 580.00 | 3,364.00 |
| Analysis of revised plan; analysis of tax issues re plan; draft revisions to plan and to liquidating trust. | | | | |
| Agler, David | 08/07/2009 | 6.10 | 580.00 | 3,538.00 |
| Analysis of Plan; analysis of tax issues re Plan; draft revisions to Plan and liquidating trust. | | | | |
| Agler, David | 08/10/2009 | 2.80 | 580.00 | 1,624.00 |
| Analysis of Plan and draft revisions re liquidating trust. | | | | |
| Agler, David | 08/11/2009 | 2.40 | 580.00 | 1,392.00 |
| Draft plan revisions; draft revisions to liquidating trust. | | | | |
| Agler, David | 08/12/2009 | 1.30 | 580.00 | 754.00 |
| Draft revisions to Plan and liquidating trust. | | | | |
| Smith, Pamela | 08/12/2009 | 0.80 | 95.00 | 76.00 |
| Revisions to draft inserts to plan documents. | | | | |
| Smith, Pamela | 08/13/2009 | 1.20 | 95.00 | 114.00 |
| Revisions to inserts to plan documents, per David Agler.  PDF and email to Mr. Pomerantz. | | | | |
| Agler, David | 08/13/2009 | 2.40 | 580.00 | 1,392.00 |
| Draft revisions to Plan and liquidating trust; telephone conference with counsel | | | | |
| Agler, David | 08/17/2009 | 0.60 | 580.00 | 348.00 |
| Telephone conference with Mr. Pomerantz. | | | | |
| Agler, David | 08/18/2009 | 2.10 | 580.00 | 1,218.00 |
| Analysis of Disclosure Statement and Plan; analysis of tax issues; preparation of revisions to tax section. | | | | |
| Agler, David | 08/19/2009 | 3.40 | 580.00 | 1,972.00 |
| Analysis of Disclosure Statement; draft revisions to Disclosure Statement Tax Section; analysis of tax issues re Plan. | | | | |
| Agler, David | 08/20/2009 | 0.40 | 580.00 | 232.00 |
| Telephone conference with Mr. Pomerantz. | | | | |
| Smith, Pamela | 08/20/2009 | 5.00 | 95.00 | 475.00 |
| Preparaton of disclosure statement language for David Agler; email to Mr. Pomerantz. | | | | |

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 08/20/2009 | 3.40 | 580.00 | 1,972.00 |
| Analysis of Disclosure Statement; draft revisions to Disclosure Statement. | | | | |
| Agler, David | 08/21/2009 | 1.40 | 580.00 | 812.00 |
| Telephone conference re revisions to Disclosure Statement; telephone conference with Mr. Levy and Ms. Ralph; telephone conference with Ms. Ralph re further revisions to tax section of Disclosure Statement. | | | | |
| Tomlinson, Sue | 08/21/2009 | 1.20 | 445.00 | 534.00 |
| Assist and consultation with Mr. Agler regarding tax section of Disclosure Statement | | | | |
| Agler, David | 08/21/2009 | 2.40 | 580.00 | 1,392.00 |
| Review revisions to Disclosure Statement tax section; analysis of revised plan document. | | | | |
| Tomlinson, Sue | 08/22/2009 | 1.30 | 445.00 | 578.50 |
| Assist Mr. Agler with Plan and Disclosure statement language | | | | |
| Agler, David | 08/22/2009 | 0.40 | 580.00 | 232.00 |
| Telephone conferences re tax issues | | | | |
| Agler, David | 08/22/2009 | 2.90 | 580.00 | 1,682.00 |
| Review and revise Disclosure Statement; prepare comments to Disclosure Statement revisions; draft emails to Mr. Levy; review Disclosure Statement tax section revisions. | | | | |
| Agler, David | 08/24/2009 | 0.90 | 580.00 | 522.00 |
| Telephone conference regarding proposed revisions to tax section; telephone conference with Mr. Levy re additional proposed revisions. | | | | |
| Agler, David | 08/24/2009 | 1.90 | 580.00 | 1,102.00 |
| Review revised Plan. | | | | |
| Agler, David | 09/01/2009 | 1.10 | 580.00 | 638.00 |
| Analysis of Plan and draft liquidating trust agreement. | | | | |
| Agler, David | 09/03/2009 | 1.40 | 580.00 | 812.00 |
| Analysis of Plan; preparation of comments regarding liquidating trust. | | | | |
| Agler, David | 09/09/2009 | 1.40 | 580.00 | 812.00 |
| Prepare comments re liquidating trust. | | | | |
| Agler, David | 09/13/2009 | 2.90 | 580.00 | 1,682.00 |
| Analysis of Plan, and draft proposed comments re liquidating trust. | | | | |
| Smith, Pamela | 09/14/2009 | 2.30 | 95.00 | 218.50 |
| Preparation of revisions to Liquidating Trust Agreement, per David Agler; redline Agreement | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 09/14/2009 | 1.70 | 580.00 | 986.00 |
| Draft revisions to Liquidating Trust Agreement. | | | | |
| Agler, David | 09/14/2009 | 0.40 | 580.00 | 232.00 |
| Telephone conference regarding trust tax issues | | | | |
| Agler, David | 09/17/2009 | 0.60 | 580.00 | 348.00 |
| Analysis of Plan and liquidating trust; analysis of revised draft of trust. | | | | |
| Tomlinson, Sue | 10/12/2009 | 5.20 | 445.00 | 2,314.00 |
| Review and consultation with Mr. Agler regarding tax claims including interest netting issues. Review factual pattern re Sale Leaseback Issue and Interest Netting issues related to two separate audits of three years each. Review interest netting rules. | | | | |
| Agler, David | 10/12/2009 | 2.80 | 580.00 | 1,624.00 |
| Analysis of Plan and liquidating trust; analysis of revised draft of trust / meet with Sue Tomlinson | | | | |
| Tomlinson, Sue | 10/13/2009 | 0.90 | 445.00 | 400.50 |
| Review of information available for evaluation of tax refunds/claims | | | | |
| Tomlinson, Sue | 10/14/2009 | 2.20 | 445.00 | 979.00 |
| Review of information available in preparation for call. Determination of documentation needed for evaluation of tax refunds/claims. Research regarding interest netting, posting of NOLs, ordering of posting in the IRM, etc. | | | | |
| Agler, David | 10/14/2009 | 2.30 | 580.00 | 1,334.00 |
| Analysis of tax refund claim issues. | | | | |
| Tomlinson, Sue | 10/15/2009 | 1.10 | 445.00 | 489.50 |
| Conference call with Jeff McDonald and Michelle Mosier, David Agler, Jeff Pomerantz and CCSI legal counsel regarding IRS and State tax refund claims/TAM, etc. | | | | |
| Tomlinson, Sue | 10/15/2009 | 0.40 | 445.00 | 178.00 |
| Conference call with David Agler and Jeff Pomerantz regarding IRS and State tax refund claims/TAM, etc. | | | | |
| Tomlinson, Sue | 10/15/2009 | 0.60 | 445.00 | 267.00 |
| Conference call with David Agler regarding IRS and State tax refund claims/TAM, etc. determination of documentation needed for evaluation | | | | |
| Tomlinson, Sue | 10/15/2009 | 1.40 | 445.00 | 623.00 |
| Review of information available in preparation for call with Circuit City personnel involved in IRS audits. Determination of documentation needed for evaluation of tax refunds/claims | | | | |

**Circuit City Liquidating Trust**
Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

# Crowe Horwath LLP

## For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 10/15/2009 | 2.30 | 580.00 | 1,334.00 |
| Analysis of tax issues re tax refund claims; consult with Sue Tomlinson; participation in telephone conference regarding tax refund claims. | | | | |
| Tomlinson, Sue | 10/16/2009 | 2.30 | 445.00 | 1,023.50 |
| Review of information available in preparation for call with Circuit City personnel involved in IRS audits. Prepare listing of documents, time lines, etc. | | | | |
| Agler, David | 10/18/2009 | 1.10 | 580.00 | 638.00 |
| Analysis of issues regarding tax refund claims. | | | | |
| Tomlinson, Sue | 10/19/2009 | 1.80 | 445.00 | 801.00 |
| SEC research regarding IRS audit activities, Sale leaseback activites, assessment of IRS refunds. | | | | |
| Tomlinson, Sue | 10/20/2009 | 1.80 | 445.00 | 801.00 |
| Review SEC filings for IRS audit disclosures or FIN 48 disclosure to acquire more details re issues/concerns. | | | | |
| Agler, David | 10/20/2009 | 0.80 | 580.00 | 464.00 |
| Telephone conference with Sue Tomlinson re tax refund issues. | | | | |
| Tomlinson, Sue | 10/21/2009 | 1.20 | 445.00 | 534.00 |
| Review summary of tax issues, additions to document list, continued review of SEC filings. Discussion regarding memorandum needed re likelihood of tax refunds. | | | | |
| Tomlinson, Sue | 10/21/2009 | 0.80 | 445.00 | 356.00 |
| Phone with David Agler regarding additions to document list, changes by Skadden in Creditor Trust language | | | | |
| Tomlinson, Sue | 10/22/2009 | 0.70 | 445.00 | 311.50 |
| Phone with Jeff McDonald and Michelle Mosier regarding proposed negative response to TAM | | | | |
| Tomlinson, Sue | 10/22/2009 | 0.30 | 445.00 | 133.50 |
| Phone regarding proposed negative response to TAM | | | | |
| Tomlinson, Sue | 10/22/2009 | 0.70 | 445.00 | 311.50 |
| Print out of documents from Jeff McDonald in response to questions, Preliminary review of documents to revise document list | | | | |
| Agler, David | 10/22/2009 | 1.00 | 580.00 | 580.00 |
| Review of liquidating trust agreement; email communication to Jeff Pomerantz. | | | | |
| Tomlinson, Sue | 10/23/2009 | 3.10 | 445.00 | 1,379.50 |
| Review of documents regarding IRS case, analysis of issues and positions of both. | | | | |

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 10/26/2009 | 5.40 | 445.00 | 2,403.00 |
| Review of documents provided regarding IRS audits, TAM, etc. Preparation of memorandum regarding the tax issues and complexity involved in Tax Receivable. | | | | |
| Tomlinson, Sue | 10/29/2009 | 1.70 | 445.00 | 756.50 |
| Continued review of documents re IRS audit issues | | | | |
| Tomlinson, Sue | 10/30/2009 | 2.60 | 445.00 | 1,157.00 |
| Revisions to document listing, review IRS 886-A regarding various individual transactions, review case law re same. | | | | |
| Tomlinson, Sue | 11/02/2009 | 7.30 | 445.00 | 3,248.50 |
| Phone with Mr. Siegel, David Agler and Mr. Gottlieb regarding status of tax issues and control of case. Review of documents, SEC filings, law, etc. to determine additional documents needed on case. Preparation of questions for response by CCSI employees currently involved in the audit and audit history. | | | | |
| Agler, David | 11/02/2009 | 3.80 | 580.00 | 2,204.00 |
| Telephone conference with Mr. Pomerantz, Mr. Siegel, Mr. Gottlieb and Ms. Tomlinson; analysis of bankruptcy tax issues including tax refund and audit issues. | | | | |
| Tomlinson, Sue | 11/03/2009 | 3.90 | 445.00 | 1,735.50 |
| Research regarding TAM request procedures, appeal rights, etc. Research regarding jurisdiction of bankruptcy court for refund claims and audit refunds. Research regarding sale-leaseback transactions, case law, etc. | | | | |
| Tomlinson, Sue | 11/03/2009 | 0.80 | 445.00 | 356.00 |
| Phone conference with Jeff, Jim and Michelle regarding status of TAM request and anticipated adverse response. | | | | |
| Tomlinson, Sue | 11/04/2009 | 3.80 | 445.00 | 1,691.00 |
| Research regarding TAM request procedures, appeal rights, 505(b) issues, etc. | | | | |
| Agler, David | 11/04/2009 | 2.30 | 580.00 | 1,334.00 |
| Teleconference with Mr. Pomerantz, Ms. Tomlinson, Mr. Siegel, and Mr. Gottlieb and analysis of tax issues re refund claim. | | | | |
| Tomlinson, Sue | 11/05/2009 | 1.50 | 445.00 | 667.50 |
| Telephonic conference with debtor and creditor groups regarding Canadian tax issues | | | | |
| Tomlinson, Sue | 11/05/2009 | 0.90 | 445.00 | 400.50 |
| Various telephonic conference with Jeff Pomerantz, Mark Pearlman and Jim Roberts regarding Canadian tax issues | | | | |
| Tomlinson, Sue | 11/05/2009 | 0.80 | 445.00 | 356.00 |
| Various 'debrief' telephonic conference with Jeff Pomerantz, Mark Pearlman and others regarding Canadian tax issues | | | | |

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 11/05/2009 | 1.10 | 445.00 | 489.50 |
| Review of tax issues re NOL carrybacks, status of IRS TAM conference and review of structure regarding Canadian tax issues | | | | |
| Smith, Pamela | 11/05/2009 | 0.80 | 95.00 | 76.00 |
| T/C w/ D. Agler in S.F. re information for telecon for 11/5/09; and per D. Agler's instructions two t/c's with S. Tomlinson; return phone msg to Mark Pearlman (Crowe Canadian Affiliate) re 10:00 a.m. PST telecon; two t/c msgs to Al Siegel conveying info. | | | | |
| Roberts, James | 11/05/2009 | 1.50 | 420.00 | 630.00 |
| Conference call between representatives of creditors committee, company, Pomerantz, Mark Pearlman, Ash Gupta, Susan Tomlinson, Jim Roberts, attorney's, and PWC regarding repatriation of earnings from Canada to U.S. and potential Canadian withholding | | | | |
| Tomlinson, Sue | 11/05/2009 | 1.60 | 445.00 | 712.00 |
| Continued work on IRS matters, research regarding appeals and alternative procedures to oral TAM hearing | | | | |
| Tomlinson, Sue | 11/06/2009 | 2.60 | 445.00 | 1,157.00 |
| Phone conference with Mr. McDonald regarding decision to attend oral hearing re land-owned properties versus land-leased. Discussion of strategy regarding Appeals, etc. Review of new law regarding 5 year carryback impact of IRS audit, estimated tax receivable, etc. | | | | |
| Tomlinson, Sue | 11/09/2009 | 0.80 | 445.00 | 356.00 |
| Review with David Agler regarding status of IRS matters and Canadian tax issues. | | | | |
| Agler, David | 11/09/2009 | 3.10 | 580.00 | 1,798.00 |
| Analysis and consult with Ms. Tomlinson and Mr. Roberts re U.S. and Canadian tax issues, including refund/audit issues. | | | | |
| Agler, David | 11/10/2009 | 1.70 | 580.00 | 986.00 |
| Analysis of tax issues re plan of reorganization, including tax refund and audit issues. | | | | |
| Agler, David | 11/10/2009 | 1.20 | 580.00 | 696.00 |
| Telephone conference with Mr. Pomerantz re NOL tax legislation; telephone conference with Mr. Pomerantz, Mr. Pearlman and Mr. Gupta. | | | | |
| Agler, David | 11/11/2009 | 2.80 | 580.00 | 1,624.00 |
| Analysis of tax issues re plan of reorganization and liquidating trust. | | | | |
| Tomlinson, Sue | 11/19/2009 | 0.80 | 445.00 | 356.00 |
| Phone conference with Jeff, Michelle and David Gottlieb regarding TAM hearing with IRS, NOL carryback, etc. | | | | |
| Tomlinson, Sue | 11/20/2009 | 1.30 | 445.00 | 578.50 |
| Revised NOL rules and application to CCSI. Review necessary procedures. | | | | |

{00476695.DOC \ 1}EXHIBIT D PAGE 16 OF 17

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 06/16/10
Invoice: 1671401

## Crowe Horwath LLP

### For the period 07/01/09 through 02/28/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 12/04/2009 | 0.70 | 445.00 | 311.50 |
| Review of email and attached submissions to IRS on sale leaseback claims, NOLs etc. | | | | |
| Tomlinson, Sue | 12/07/2009 | 2.20 | 445.00 | 979.00 |
| Review of post-conference submission. Review of NOL issues. | | | | |
| Tomlinson, Sue | 12/08/2009 | 1.80 | 445.00 | 801.00 |
| Review of post-conference submission. Review of state tax issues | | | | |
| Tomlinson, Sue | 12/11/2009 | 1.10 | 445.00 | 489.50 |
| Review and update regarding IRS matters. | | | | |
| Tomlinson, Sue | 12/17/2009 | 1.20 | 445.00 | 534.00 |
| Review of 125M refund filed on Form 1139 | | | | |
| Tomlinson, Sue | 01/18/2010 | 1.40 | 445.00 | 623.00 |
| Review memorandum regarding Sec 382 issues and COD issues with regard to NOL carryback. Discussion with Mr. MacDonald regarding status of Canada issue, status of IRS TAM and NOL processing. | | | | |
| Tomlinson, Sue | 01/22/2010 | 1.60 | 445.00 | 712.00 |
| IRS matters, review of Skadden memo to IRS re IRC §108 and §382 issues in response to IRS concerns. Preparation of memo re same | | | | |
| Agler, David | 02/22/2010 | 3.40 | 580.00 | 1,972.00 |
| Analysis and consult with Susan Tomlinson regarding tax return preparation issues; participation in teleconference with Mr. Pomerantz and other counsel. | | | | |
| Tomlinson, Sue | 02/22/2010 | 3.40 | 445.00 | 1,513.00 |
| Review of documents re IRS matters, 1139 regarding tax refund request, etc. Consultation with Mr. Agler re same. Phone conference with Mr. Agler, Mr. Pomerantz and Mr. Siegel re same. | | | | |
| Agler, David | 02/24/2010 | 1.80 | 580.00 | 1,044.00 |
| Analysis of tax liability determination issues. | | | | |
| Tomlinson, Sue | 02/24/2010 | 1.10 | 445.00 | 489.50 |
| Continued follow-up with Jeff McDonald and Michelle Mosier re IRS matters | | | | |
| Tomlinson, Sue | 02/24/2010 | 0.40 | 445.00 | 178.00 |
| Analysis of tax liability determination issues. | | | | |
| Total Tax Issues | | 210.45 | | 106,284.50 |