**Exhibit C**

# LIQUIDATION ANALYSIS

This analysis has been prepared by management based on the Company's best estimates and knowledge of events as of 7/31/10. Although the estimates and assumptions that were made in preparing the analysis are considered reasonable by management, they are inherently subject to significant uncertainties and contingencies. Accordingly, there can be no assurance that the estimates shown below will be realized. Actual results may therefore vary materially from those presented. This analysis assumes conversion of case as of 7/31/10.

| $ in 000's | Note | Chapter 7 Estimated Proceeds Available to be Distributed under Ch 7 | |
|---|---|---|---|
| | | Low | High |
| **A. ESTIMATED PROCEEDS FROM SALE OF ASSETS** | | | |
| Cash and cash equivalents | 1 | 468,200 | 468,200 |
| Accounts receivable, net | 2 | - | 7,500 |
| Income tax receivables | 3 | 32,000 | 64,000 |
| Prepaid expenses and other current assets | 4 | 5,400 | 32,800 |
| Net PP&E | 5 | 2,700 | 2,700 |
| Canadian distribution | 6 | - | 100,000 |
| Estate causes of action | 7 | 10,000 | 20,000 |
| Other assets | 8 | 3,000 | 13,500 |
| Total Estimated Proceeds from Sale of Assets | | 521,300 | 708,700 |
| **B. WIND DOWN EXPENSES** | | | |
| Estimated professional fees | 9 | 8,400 | 4,400 |
| Estimated Chapter 7 trustee fees | 10 | 15,600 | 21,300 |
| Estimated operating expenses | 11 | 2,500 | 1,600 |
| Total Wind Down Expenses | | 26,500 | 27,300 |
| **NET ESTIMATED PROCEEDS BEFORE DISTRIBUTION** | | **494,800** | **681,400** |
| **C. SECURED CLAIMS** | 12 | 7,000 | 5,000 |
| *% Recovery for Secured Claims* | | *100%* | *100%* |
| **AMOUNT AVAILABLE FOR ADMINISTRATIVE CLAIMS** | | **487,800** | **676,400** |
| **D. CHAPTER 7 PRIORITY CLAIMS** | 13 | | |
| 503(b)(9) | 14 | 148,000 | 59,000 |
| Other 503 pre-conversion admin | | 85,000 | 46,000 |
| Other priority | 15 | 73,000 | 30,000 |
| Total Administrative Claims | | 306,000 | 135,000 |
| *% Recovery for Chapter 7 Priority Claims* | | *100%* | *100%* |
| **AMOUNT AVAILABLE FOR UNSECURED CLAIMS** | | **181,800** | **541,400** |
| **E. UNSECURED CLAIMS** | 16 | 2,000,000 | 1,800,000 |
| *% Recovery for Unsecured Claims* | | *9%* | *30%* |

**Assumptions**

The following notes describe the significant assumptions that were applied to individual assets within the broader asset categories.

*Note 1*

The Debtors' estimated cash and cash equivalents as of 7/24/10 are $468.2 million.

*Note 2*

The Debtors' accounts receivable represent vendor receivables and warranty recovery. These receivables are those that are not being satisfied through setoff. Through 7/31/10, the Company has collected $63.7 million in vendor receivables.

*Note 3*

The Debtors' income tax receivables consist of income tax refunds relating to the NOL Carryback extension, state tax refunds, interest netting and sales leaseback refunds.

*Note 4*

The Debtors' prepaid and other current assets consist of recoupment cash proceeds relating to drawn letters of credit and $1.0 million in escrow accounts.

*Note 5*

The estimate for property and equipment relates to the pending sale of the DR1 property in Richmond, VA.

*Note 6*

The Debtors' estimated amount of Canadian distribution relate to proceeds from the sale of the Canadian subsidiary to Bell Canada.

*Note 7*

The estimate of recoveries from estate causes of action is based upon a preliminary analysis of potential recoveries on preference actions taking into account various defenses available to recipients of pre-filing payments as well as the costs and expenses associated with prosecuting such preference actions

*Note 8*

The Debtors' other assets consist of estimated proceeds from litigation rights settlement and earnout from sale of intellectual property.

*Note 9*

Estimated professional fees represent the costs for financial advisors, attorneys and other professionals post-conversion.

*Note 10*

Chapter 7 trustee fees are estimated at 3% of the all moneys disbursed to parties in interest.

*Note 11*

Operating expenses assume a wind down period of approximately twelve months following the appointment or election of a Chapter 7 trustee. These costs are post-conversion admin costs.

*Note 12*

Estimates for the secured claims include alleged liens against the Company. Estimated secured claims however, do not include claims that are secured by an alleged right of setoff.

*Note 13*

Estimates for chapter 7 priority claims include estimated pre-conversion post-petition accounts payable, 503(b)(9) claims, and miscellaneous liabilities. Claim amounts are estimates only and are subject to change.

*Note 14*
       The range for 503(b)(9) priority claims takes into account disputed claim amounts and 503(b)(9) priority claim amounts that may be reduced by setoff of receivables.

*Note 15*
       Estimates for other priority claims primarily consist of estimated tax-related and employee related priority claims.  Pursuant to Section 726(a)(1), included in the estimate are certain late filed priority claims.

*Note 16*
       The unsecured claim estimate is comprised of known pre-petition liabilities on the Company's books as well as estimated lease rejection claims.  Lease rejection claims are calculated as the greater of (i) one year's rent or (ii) 15% of the remaining term of the lease not to exceed three years.  All unsecured claim amounts are estimates only and the amounts may be materially different after a claims reconciliation process is completed.