# EXHIBIT D-2

## Resolved and Withdrawn Objections to Confirmation

| AGENDA ITEM | DOCKET NO(S). | OBJECTOR | STATUS |
|---|---|---|---|
| | 5023 | Steve Saunders | Resolved |
| | 5026 | Karen L. Craig | Resolved |
| | 5168 / 5221, 6662 (1st amended), 7472 (2nd amended) | Texas Comptroller of Public Accounts | Resolved |
| | 5526 / 5637 | Prince George's County, Maryland | Resolved (D.I. 8445) |
| | 5527 / 5638 | Charles County, Maryland | Resolved (D.I. 8446) |
| | 5596 / 5708 | State of Connecticut, Department of Revenue Services | Resolved |
| | 5603 / 5624 | Florida Tax Collector for County of Palm Beach, et al. | Resolved |
| | 5609 | Commonwealth of Virginia Department of Taxation | Resolved |
| | 5617 / 5728 | Maricopa County, Arizona Treasurer | Resolved |
| | 5631 / 5694 | Arlington ISD | Resolved as to Arlington ISD only |
| | 5644 / 5711 | Lewisville Independent School District | Withdrawn (D.I. 8387) |
| | 5645 / 5701 | Nancy and Charles Booth | Withdrawn (D.I. 7638) |
| | 5652 / 5730 | LG Electronics USA, Inc. | Resolved |
| | 5657 / 5743 | Commissioner of Massachusetts Department of Revenue | Resolved |
| | 5659 / 5732 | Envision Peripherals, Inc. | Resolved |
| | 5661 | US Customs and Border Patrol | Resolved (D.I. 8450) |
| | 5664 / 5725 | US Internal Revenue Service | Resolved |
| | 5667 / 5737 | Paramount Home Entertainment, Inc. | Resolved |
| | 5671 / 5741 | Monterey County, Placer County, Riverside County, and San Bernadino County, California | Resolved |
| | 5672 | Travis County, Texas | Resolved |
| | 5677 | THQ, Inc. | Resolved |
| | 5679 | DeSoto County, Mississippi | Resolved |
| | 5681 / 5826 | Samsung America Electronics | Resolved (D.I. 7666) |

| AGENDA ITEM | DOCKET NO(S). | OBJECTOR | STATUS |
|---|---|---|---|
| | 5682 | Henrico County, Virginia | Resolved |
| | 5683 | Apex Digital, Inc. | Resolved |
| | 5685 | Florida Tax Collector for Miami-Dade County | Resolved |
| | 5689 | DIRECTV, Inc. | Resolved |
| | 5691 | Bell County, et al. | Resolved (D.I. 7800) |
| | 5692 | Bethesda Softworks LLC | Resolved (D.I. 8424) |
| | 5707 | Bexar County, et al. | Resolved (D.I. 7800) |
| | 5712 | Lee County, Mississippi Tax Collector | Resolved |
| | 5717 | Vonage Marketing, LLC | Resolved |
| | 5720 | Nyko Technologies, Inc. | Resolved |
| | 5726 | Slam Brands, Inc. | Withdrawn (D.I. 7394) |
| | 5727 | Take-Two Interactive Software, Inc. | Resolved |
| | 5729 | Stillwater Designs and Audio, Inc. | Resolved |
| | 5731 / 5835 | Schimenti Construction Co., LLC | Resolved (D.I. ___) |
| | 5736 | Chatham County, Georgia Tax Commissioner | Resolved |
| | 5738 | Paramount Home Entertainment, Inc. | Resolved |
| | 5739 | Southpeak Interactive, LLC | Resolved |
| | 5690 | Olympus Corp., Olympus Imaging America Inc. | Resolved |
| | 5740 | Cokem International, Inc. | Resolved |
| | 5742 | Onkyo USA Corp. | Resolved |
| | 5746 | BISSELL Homecare, Inc. | Resolved |
| | 5747 | FM Facility Maintenance, LLC | Withdrawn (D.I. 6820) |
| | 5750 | Source Interlink Distribution, LLC and Source Interlink Media, LLC, f/k/a Alliance Entertainment LLC | Withdrawn (D.I. 7825) |
| | 5756 | Twentieth Century Fox Home Entertainment, LLC and TeleDynamics LLP | Resolved |
| | 5758 | Toshiba America Consumer Products, LLC and Toshiba America Information Systems, Inc. | Resolved |
| | 5759 | Warner Home Video | Resolved |
| | 5876 / 5877 | Lexmark International, Inc. | Resolved |