Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

           IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                     RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       : Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   : Case No. 08-35653
et al.,                      :
                             :
            Debtors.         : Jointly Administered
- - - - - - - - - - - - - - x

     **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
        SEPTEMBER 8, 2010 AT 10:00 A.M. (EASTERN)**

**PLEASE NOTE:    THE CONFIRMATION HEARING IS LISTED AS
                  GOING FORWARD.**

          Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
September 8, 2010 beginning at 10:00 a.m. Eastern.

**I.   UNCONTESTED MATTERS**

1.   Debtors Motion for Order under Bankruptcy Code Sections
     105 and 363 and 265 and Bankruptcy Rule 2002 (A)
     Authorizing Seller to Enter into Agreement for Sale of
     Certain Real Property in Sarasota, Florida Subject to
     Higher or Otherwise Better Bids, (B) Approving Bidding
     Procedures in Connection Therewith, (C) Approving Sale
     Free and Clear of All Interests, (D) Approving
     Assumption, Assignment and Sale of Certain Unexpired
     Lease on Non-Residential Real Property Free and Clear
     of All Interests, and (E) Granting Related Relief
     (Docket No. 8295)

     Objection
     Deadline:       September 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

2.   Motion to Withdraw as Counsel to Faber Bros., Inc.
     Pursuant to Local Bankruptcy Rule 2090-1(G) (Docket No.
     8264)

     Objection
     Deadline:       September 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

**II.  CONFIRMATION MATTERS**

3.   Motion Of The Debtors Pursuant To 11 U.S.C. § 105 And
     Local Bankruptcy Rule 9013-1(m) For An Order Setting An
     Expedited Hearing (Docket No. 8452)

     Related
     Documents:

     a.   Debtors' Motion For Order Shortening Notice Period

2

And Limiting Notice Of (I) Debtors' Motion,
Pursuant To Bankruptcy Code Section 105 And
Bankruptcy Rule 9019, For Order Approving
Settlement Agreement And Stipulation By And Among
The Debtors And The Post-Petition Directors And
Officers Of Intertan, Inc. And Ventoux
International, Inc.; And (II) Consent Motion Of
The Debtors For Entry Of Order Resolving The
United States Customs And Border Protection's
Objection To Confirmation (Docket No. 8451)

b.    Debtors' Motion, Pursuant To Bankruptcy Code
      Section 105 And Bankruptcy Rule 9019, For Order
      Approving Settlement Agreement And Stipulation By
      And Among The Debtors And The Post-Petition
      Directors And Officers Of Intertan, Inc. And
      Ventoux International, Inc. (Docket No. 8449)

c.    Consent Motion Of The Debtors For Entry Of Order
      Resolving The United States Customs And Border
      Protection's Objection To Confirmation (Docket No.
      8450)

Objection
Deadline:        September 8, 2010 at 10:00 a.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is going forward.

4.    Debtors' Motion For Order Shortening Notice Period And
      Limiting Notice Of (I) Debtors' Motion, Pursuant To
      Bankruptcy Code Section 105 And Bankruptcy Rule 9019,
      For Order Approving Settlement Agreement And
      Stipulation By And Among The Debtors And The Post-
      Petition Directors And Officers Of Intertan, Inc. And
      Ventoux International, Inc.; And (Ii) Consent Motion Of
      The Debtors For Entry Of Order Resolving The United
      States Customs And Border Protection's Objection To
      Confirmation (Docket No. 8451)

      Related
      Documents:

      a.    Motion Of The Debtors Pursuant To 11 U.S.C. § 105 And Local Bankruptcy Rule 9013-1(m) For An Order Setting An Expedited Hearing (Docket No. 8452)

      b.    Debtors' Motion, Pursuant To Bankruptcy Code Section 105 And Bankruptcy Rule 9019, For Order Approving Settlement Agreement And Stipulation By And Among The Debtors And The Post-Petition Directors And Officers Of Intertan, Inc. And Ventoux International, Inc. (Docket No. 8449)

      c.    Consent Motion Of The Debtors For Entry Of Order Resolving The United States Customs And Border Protection's Objection To Confirmation (Docket No. 8450)

Objection
Deadline:      September 8, 2010 at 10:00 a.m.

Objections/
Responses
Filed:      None at the time of filing this agenda

Status:      This matter is going forward.

5.    Consent Motion Of The Debtors For Entry Of Order Resolving The United States Customs And Border Protection's Objection To Confirmation (Docket No. 8450)

    Related
Documents:

      a.    Motion Of The Debtors Pursuant To 11 U.S.C. § 105 And Local Bankruptcy Rule 9013-1(m) For An Order Setting An Expedited Hearing (Docket No. 8452)

      b.    Debtors' Motion For Order Shortening Notice Period And Limiting Notice Of (I) Debtors' Motion, Pursuant To Bankruptcy Code Section 105 And Bankruptcy Rule 9019, For Order Approving Settlement Agreement And Stipulation By And Among The Debtors And The Post-Petition Directors And Officers Of Intertan, Inc. And Ventoux

4

International, Inc.; And (Ii) Consent Motion Of
The Debtors For Entry Of Order Resolving The
United States Customs And Border Protection's
Objection To Confirmation (Docket No. 8451)

Objection
Deadline:          September 8, 2010 at 10:00 a.m.

Objections/
Responses
Filed:             None at the time of filing this agenda

Status:            This matter is going forward.

6.    Debtors' Motion, Pursuant To Bankruptcy Code Section
      105 And Bankruptcy Rule 9019, For Order Approving
      Settlement Agreement And Stipulation By And Among The
      Debtors And The Post-Petition Directors And Officers Of
      Intertan, Inc. And Ventoux International, Inc. (Docket
      No. 8449)

      Related
      Documents:

      a.    Motion Of The Debtors Pursuant To 11 U.S.C. § 105
            And Local Bankruptcy Rule 9013-1(m) For An Order
            Setting An Expedited Hearing (Docket No. 8452)

      b.    Debtors' Motion For Order Shortening Notice Period
            And Limiting Notice Of (I) Debtors' Motion,
            Pursuant To Bankruptcy Code Section 105 And
            Bankruptcy Rule 9019, For Order Approving
            Settlement Agreement And Stipulation By And Among
            The Debtors And The Post-Petition Directors And
            Officers Of Intertan, Inc. And Ventoux
            International, Inc.; And (Ii) Consent Motion Of
            The Debtors For Entry Of Order Resolving The
            United States Customs And Border Protection's
            Objection To Confirmation (Docket No. 8451)

      Objection
      Deadline:          September 8, 2010 at 10:00 a.m.

      Objections/
      Responses

Filed:          None at the time of filing this agenda

Status:         This matter is going forward.

7.  Claimant Marlon Mondragon's Motion for Continuance of
    Objection to Plan (Docket No. 8433)

    Objection
    Deadline:       N/A

    Objections/
    Responses
    Filed:

    a.   Debtors' Objection to Claimant Marlon Mondragon's
         Motion for Continuance of Objection to Plan and
         Request to Adjourn The Confirmation Hearing
         Scheduled For September 8, 2010 (Docket No. 8448)

    Status:         This matter is going forward.

8.  Motion for Order Under 11 U.S.C. Sections 105, 362 and
    541 and Fed. R. Bankr. P. 3001 and 3002 Establishing
    Notice, Hearing, and Sell-Down Procedures for Trading
    in Equity Securities and Claims Against the Debtors'
    Estates (Docket No. 20)

    Related
    Documents:

    a.   Interim Order Under 11 U.S.C. 105, 362 And 541 And
         Fed. R. Bankr. P. 3001 And 3002 Establishing
         Notice, Hearing, And Sell-Down Procedures For
         Trading In Equity Securities And Claims Against
         The Debtors Estates And Setting Hearing (Docket
         No. 135)

    Objection
    Deadline:       November 22, 2008 at 4:00 p.m.

    Objections/
    Responses
    Filed:

  a. Informal Response of the Securities Exchange Commission

  b. Informal Response of the Official Committee of Unsecured Creditors

  Status:  This matter is going forward.

9. Motion of Pioneer Electronics Under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit (Docket No. 5461)

  Related Documents:

  a. Notice of Motion and Hearing (Docket No. 5463)

  b. Samsung Electronics America, Inc.'s Motion Under Fed. R. Bankr. P. 3020(a) for Order Requiring Confirmation Deposit and Joinder to Motion of Pioneer Electronics for Same (Docket No. 5614)

  c. Joinder of Apex Digital Inc. and THQ, Inc. to Motions of Pioneer Electronics, Inc. and Samsung Electronics America, Inc. for an Order Requiring Confirmation Deposit Pursuant to Bankruptcy Rule 3020(a) (Docket No. 5663)

   Related Document:

    i. THQ, Inc. Withdrawal of Joinder (Docket No. 8410)

  d. Joinder Of Paramount Home Entertainment Inc. To Motions Of Pioneer Electronics And Samsung Electronics America, Inc. For Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5668)

  e. Joinder Of Bethesda Softworks LLC to Motions Of Pioneer Electronics And Samsung Electronics America, Inc. For Order Requiring Confirmation Deposit Under Fed. R. Bankr. P. 3020(a) (Docket No. 5695)

f.   Amended Notice Of Hearing (Docket No. 5703)

g.   Joinder of Cokem International, Inc. to Motions of
     Pioneer Electronics and Samsung Electronics
     America, Inc. for Order Requiring Confirmation
     Deposit Under Fed. R. Bankr. P. 3020(a) (Docket
     No. 5734)

h.   Joinder of Onkyo USA Corporation to Motions of
     Pioneer Electronics, Inc. and Samsung Electronics
     America, Inc. for an Order Requiring a
     Confirmation Deposit Pursuant to Rule 3020 of the
     Federal Rules of Bankruptcy Procedure, or, in the
     Alternative, Objection to Confirmation of Chapter
     11 Plan of Liquidation (Docket No. 5742)

     Related
     Document:

          i.   Debtors' Response to the Joinder of
               Onkyo USA Corporation to Motions of
               Pioneer Electronics, Inc. and Samsung
               Electronics America, Inc. for an Order
               Requiring a Confirmation Deposit
               Pursuant to Rule 3020 of the Federal
               Rules of Bankruptcy Procedure, or, in
               the Alternative, Objection to
               Confirmation of Chapter 11 Plan of
               Liquidation (Docket No. 7321)

i.   Joinder of BISSELL Homecare, Inc. to Motions of
     Pioneer Electronics, Inc. and Samsung Electronics
     America, Inc. for an Order Requiring a
     Confirmation Deposit Pursuant to Bankruptcy Rule
     3020(a) (Docket No. 5752)

j.   Second Amended Notice of Hearing (Docket No. 5987)

Objection
Deadline:         November 16, 2009 at 4:00 p.m., extended
                  for the Debtors to a date and time to be
                  determined

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been resolved.

10.   Second Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee of
      Creditors Holding General Unsecured Claims (Docket No.
      8252)

      Related
      Documents:

      a.   Disclosure Statement with Respect to First Amended
           Joint Plan of Liquidation of Circuit City Stores,
           Inc. and Its Affiliated Debtors and Debtors in
           Possession and Its Official Committee of Creditors
           Holding General Unsecured Claims (Docket No. 5030)

      b.   Notice of (1) Approval of Disclosure Statement;
           (2) Hearing on Confirmation of Plan; (3) Deadline
           and Procedures for Filing Objections to
           Confirmation of Plan; (4) Treatment of Certain
           Unliquidated or Disputed Claims for Notice, Voting
           and Distribution Purposes; (5) Deadline and
           Procedures for Temporary Allowance of Certain
           Claims for Voting Purposes; (6) Record Date; (7)
           Voting Deadline for Receipt of Ballots; and (8)
           Proposed Release, Injunction and Exculpation in
           the Plan (Docket No. 5121)

      c.   First Amended Joint Plan of Liquidation of Circuit
           City Stores, Inc. and Its Affiliated Debtors and
           Debtors in Possession and its Official Committee
           of Creditors Holding General Unsecured Claims
           (Docket No. 5124)

      d.   Notice of Filing Plan Exhibits (Docket No. 5548)

      e.   Supplemental Disclosure with Respect to Second
           Amended Joint Plan of Liquidation of Circuit City
           Stores, Inc. and Its Affiliated Debtors and
           Debtors in Possession and Its Official Committee

9

of Creditors Holding General Unsecured Claims and
and Notice of Deadline to Object to
Confirmation (Docket No. 8253)

f.   Notice of Continued Hearing on Confirmation of the
     Plan (Docket No. 8328)

g.   Notice of Filing of Proposed Findings of Fact,
     Conclusions of Law and Order Confirming Modified
     Second Amended Joint Plan of Liquidation of
     Circuit City Stores, Inc. and its Affiliated
     Debtors and Debtors in Possession and its Official
     Committee of Creditors Holding General Unsecured
     Claims (Docket No. 8453)

h.   Memorandum In Support Of Second Amended Joint Plan
     Of Liquidation Of Circuit City Stores, Inc. And
     Its Affiliated Debtors And Debtors In Possession
     And Its Official Committee Of Creditors Holding
     General Unsecured Claims (Docket No. 8462)

Objection
Deadline:        November 16, 2009 at 4:00 p.m.,
                 extended until August 30, 2010 at 4:00
                 p.m. for the Second Amended Plan

Objections/
Responses
Filed:

a.   Steven Saunders Objection to Confirmation of First
     Amended Joint Plan of Reorganization (Docket No.
     5023)

     **Status:    This objection has been resolved.**

b.   Karen L. Craig Objection to Confirmation of First
     Amended Joint Plan of Reorganization (Docket No.
     5026)

     **Status:    This objection has been resolved.**

c.   Treasurer of Douglas County Colorado's Objections
     to Confirmation of the August 24, 2009 Joint Plan
     of Liquidation (Docket Nos. 5145, 5163, 5684)

> **Status:**    **This objection has been amended by Docket No. 8409 (Tab mmm).**

d.   Texas Comptroller's Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket Nos. 5168, 5221)

> **Status:**    **This objection has been amended by Docket Nos. 6662 and 7474 (Tabs jjj and kkk).**

e.   Bruce Senator Objections to the "Plan" for Claim 13082 (Docket No. 5331)

> **Status:**    **This objection is going forward.**

f.   Prince George's County, Maryland Objection to Debtor's First Amended Joint Plan of Liquidation (Docket Nos. 5526, 5589, 5637)

> **Status:**    **This objection has been resolved by settlement agreement (Docket No. 8445).**

g.   Charles County, Maryland Objection to Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5527, 5590, 5638)

> **Status:**    **This objection has been resolved by settlement agreement (Docket No. 8446).**

h.   State of Connecticut, Department of Revenue Services Objection of the to the Debtors' Joint First Amended Plan of Reorganization (Docket No. 5596, 5708)

> **Status:**    **This objection has been resolved.**

i.   The Florida Tax Collectors for the Counties of Palm Beach, Hernando, Highlands, Lee, Indian River, Bay, Okaloosa, Brevard, Polk, Manatee, Orange, Marion, Pinnellas and Osceola Counties Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket No. 5603, 5624)

**Status:    This objection has been resolved.**

j.    Commonwealth of Virginia Department of Taxation's
      Objection to Confirmation (Docket No. 5609)

      **Status:    This objection has been resolved.**

k.    Maricopa County Treasurer's Objection to First
      Amended Joint Plan of Liquidation of Circuit City
      Stores, Inc. and Its Affiliated Debtors and
      Debtors in Possession and Its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5627, 5728)

      **Status:    This objection has been resolved.**

l.    Certain Texas Taxing Authorities Objection to
      Confirmation of Circuit City Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and
      Its Official Committee of Creditors Holding
      General Unsecured Claims' First Amended Joint Plan
      of Liquidation Dated September 24, 2009 (Docket
      No. 5631, 5694)

      **Status:    This objection has been resolved solely
                    with respect to Arlington ISD.  The
                    remainder of this objection is going
                    forward.**

m.    Lewisville Independent School District Objection
      to Confirmation of the First Amended Joint Plan of
      Liquidation of Circuit City Stores, Inc. and Its
      Affiliated Debtors and Debtors in Possession and
      Its Official Committee of Creditors Holding
      General Unsecured Claims (Docket No. 5644, 5711)

      Related
      Document:

            i.    Withdrawal of Objection of Lewisville
                  Independent School District to
                  Confirmation of the First Amended Joint
                  Plan of Liquidation (Docket No. 8387)

      **Status:    This objection has been withdrawn.**

12

n.   Nancy and Charles Booth Objection to Confirmation
     of the First Amended Joint Plan of Liquidation of
     Circuit City Stores Inc. and Its Affiliated
     Debtors and Debtors in Possession and Its Official
     Committee of Creditors Holding General Unsecured
     Claims (Docket No. 5645, 5701)

     Related
     Document:

          i.   Order Withdrawing Objection of Nancy and
               Charles Booth to Confirmation of the
               First Amended Joint Plan of Liquidation
               of Circuit City Stores Inc., et al.
               (Docket No. 7638)

     **Status:   This objection has been withdrawn.**

o.   Ryan, Inc. f/k/a Ryan & Company, Inc. Objection to
     Confirmation of the First Amended Joint Plan of
     Liquidation of Circuit City Stores Inc and Its
     Affiliated Debtors and Debtors in Possession and
     Its Official Committee of Creditors Holding
     General Unsecured Claims (Docket No. 5647)

     **Status:   This objection is going forward.**

p.   LG Electronics USA, Inc. Objection to Confirmation
     of Chapter 11 Plan of Liquidation (Docket No.
     5652, 5730)

     Related
     Documents:

          i.   Debtors' Response to the Objection of LG
               Electronics USA, Inc. to Confirmation of
               Chapter 11 Plan of Liquidation (Docket
               No. 7320)

          ii.  Order with Respect to the Objection of
               LG Electronics USA, Inc. to Confirmation
               of Chapter 11 Plan of Liquidation
               (Docket No. 7600)

13

**Status:**      **This objection has been resolved by settlement agreement (Docket No. 7814).**

q.    Eastman Kodak Company Objection to Confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5655)

**Status:**      **This objection has been amended by Docket No. 8388 (Tab lll).**

r.    Commissioner of Massachusetts Department of Revenue Objection to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5657, 5743)

**Status:**      **This objection has been resolved.**

s.    Envision Peripherals, Inc. Objection to Confirmation of Chapter 11 Plan of Liquidation (Docket No. 5659, 5732)

**Status:**      **This objection has been resolved.**

t.    United States Customs and Border Protection Objection to Confirmation of Chapter 11 Plan (Docket No. 5661)

**Status:**      **If the Court grants the relief requested by matter number 5, this objection will be resolved.**

u.    United States of America, Internal Revenue Objection to Confirmation of First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5664, 5725)

14

Status:    This objection has been resolved.

v.    Pima County's Objection To The First Amended Plan
      Of Liquidation Of Circuit City Stores, Inc. And
      Its Affiliated Debtors And Debtors In Possession
      And Its Official Committee Of Creditors Holding
      General Unsecured Claims (Docket No. 5665)

      Status:    This objection is going forward.

w.    Paramount Home Entertainment Inc. Objection to
      First Amended Joint Plan of Liquidation of Circuit
      City Stores, Inc. and its Affiliated Debtors and
      Debtors in Possession and its Official Committee
      of Creditors Holding General Unsecured Claims
      (Docket No. 5667, 5737)

      Status:    This objection has been resolved.

x.    Monterey County, Placer County, Riverside County
      And San Bernardino County, California,
      Collectively The California Taxing Authorities
      Objection To Confirmation Of Circuit City Stores
      And Its Affiliated Debtors Et Al In Its First
      Amended Joint Plan Of Liquidation (Docket No.
      5671, 5741)

      Status:    This objection has been resolved.

y.    Travis County Texas Objection to Confirmation
      (Docket No. 5672)

      Status:    This objection has been resolved.

z.    THQ, Inc. Limited Objection To First Amended Joint
      Plan Of Liquidation (Docket No. 5677)

      Status:    This objection has been resolved.

aa.   DeSoto County, Mississippi Objection to the
      Debtors' Joint First Amended Plan of Liquidation
      (Docket No. 5679)

      Status:    This objection has been resolved.

bb.  Samsung America Electronics, Inc.'s Objection to
Confirmation of the Debtors' First Amended Joint
Plan of Liquidation (Docket No. 5681, 5826)

   **Status:     This objection has been resolved.**

cc.  Henrico County, Virginia Limited Objection to
Debtors' First Amended Joint Plan of Liquidation
(Docket Nos. 5682, 5838)

   **Status:     This objection has been resolved by
              settlement agreement (Docket No. 7591).**

dd.  Joinder of Apex Digital, Inc. to Objections of LG
Electronics USA, Inc. and Eastman Kodak Company to
Confirmation of Debtors' Chapter 11 Plan of
Liquidation (Docket No. 5683)

   **Status:     This objection has been resolved.**

ee.  Florida Tax Collector for Miami-Dade County
Objection to Confirmation of the Debtors' First
Amended Joint Plan of Liquidation (Docket Nos.
5685, 5868)

   **Status:     This objection has been resolved.**

ff.  Vincent E. Rhynes Objection to Confirmation of the
Debtors' First Amended Joint Plan of Liquidation,
(Docket No. 5686)

   **Status:     This objection is going forward.**

gg.  DIRECTV, Inc.'s Limited Objection to Confirmation
of the Debtors' Plan (Docket No. 5689, 5789)

   **Status:     This objection has been resolved.**

hh.  Joinder Of Olympus Corporation And Olympus Imaging
America Inc. In Objections Of LG Electronics USA
Inc., Eastman Kodak Company And Samsung America
Electronics, Inc. Objection To Confirmation Of The
Debtors' First Amended Joint Plan Of Liquidation
(Docket No. 5690)

**Status:    This objection has been resolved.**

ii.  Texas Ad Valoram Tax Claimants (Tax Appraisal
District of Bell County, County of Brazos, County
of Comal, County of Denton, Longview ISD, City of
Waco, Waco Independent School District, Midland
Central Appraisal District, Taylor Central
Appraisal District, County of Williamson)
Objection To Confirmation Of The Debtors' First
Amended Joint Plan Of Liquidation (Docket No.
5691)

   **Status:    This objection has been resolved by
             settlement agreement (Docket No. 7800).**

jj.  Bethesda Softworks LLC Response and Objection to
the First Amended Joint Plan of Liquidation of
Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors in Possession and its Official
Committee of Creditors Holding General Unsecured
Claims (Docket No. 5692, 5901)

   **Status:    This objection has been resolved by
             settlement agreement (Docket No. 8424).**

kk.  Village of Mount Pleasant, Racine, Wisconsin
Objection to Discharge (Docket No. 5702)

   **Status:    This objection is going forward.**

ll.  Local Texas Tax Authorities (Bexar County, Cameron
County, Cedar Hill, Cypress Fairbanks ISD, Dallas
County, Deer Park ISD, El Paso, Fort Bend County,
Frisco, Galveston County, Grayson County, Gregg
County, Harris County, Irving ISD, Jefferson
County, Judson ISD, Katy ISD, McAllen, McAllen
ISD, McLennan County, Montgomery County, Nueces
County, Rockwall CAD, Rockwall County, Round Rock
ISD, Smith County, South Texas College, South
Texas ISD, Sugarland, Tarrant County, and Tom
Green CAD) and City of Memphis Objection to
Confirmation of Plan (Docket No. 5707)

   **Status:    This objection has been resolved by
             settlement agreement (Docket No. 7800).**

mm.   Lee County, Mississippi Tax Collector Objection to
      the Debtors' Joint First Amended Plan of
      Reorganization (Docket No. 5712)

      **Status:    This objection has been resolved.**

nn.   Safeco Insurance Company Of America Limited
      Objection To Confirmation Of The First Amended
      Joint Plan (Docket No. 5714, 5946)

      **Status:    This objection is going forward.**

oo.   Joinder Of Mitsubishi Digital Electronics America,
      Inc. To Objections Of Samsung America Electronics,
      Inc., LG Electronics USA, Inc. And Eastman Kodak
      Company To Confirmation Of Debtors' First Amended
      Joint Plan Of Liquidation (Docket No. 5716)

      **Status:    This objection is going forward.**

pp.   Joinder of Vonage Marketing Inc. to Objection to
      Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket No. 5717, 5782)

      **Status:    This objection has been resolved.**

qq.   Joinder of Nyko Technologies, Inc. to Objection to
      Confirmation of the Debtors First Amended Joint
      Plan of Liquidation Filed by Samsung America
      Electronics, Inc. (Docket No. 5720, 5786)

      **Status:    This objection has been resolved.**

rr.   Joinder Of Slam Brands, Inc. To Objections Of LG
      Electronics USA, Inc. And Eastman Kodak Company To
      Confirmation Of Debtors Chapter 11 Plan Of
      Liquidation (Docket No. 5726)

      **Status:    This objection has been withdrawn.**

ss.   Joinder Of Take-Two Interactive Software, Inc. In
      Objections Of LG Electronics USA Inc., Eastman
      Kodak Company And Samsung America Electronics,

630987.01-Wilmington Server 1A - MSW

Inc. To Confirmation Of The Debtors' First Amended
Joint Plan Of Liquidation (Docket No. 5727)

**Status:    This objection has been resolved.**

tt.  Joinder of Stillwater Designs and Audio, Inc. to
Objection to Confirmation of the Debtors First
Amended Joint Plan of Liquidation Filed by Samsung
America Electronics, Inc. (Docket No. 5729, 5787)

**Status:    This objection has been resolved.**

uu.  Schimenti Construction Company, LLC Objection To
First Amended Joint Plan Of Liquidation (Docket
Nos. 5731, 5835)

**Status:    This objection has been resolved.**

vv.  Chatham County, Georgia Tax Commissioner's
Objections to Confirmation to the Debtor's First
Joint Amended Plan of Reorganization (Docket No.
5736)

**Status:    This objection has been resolved.**

ww.  Joinder Of Paramount Home Entertainment Inc. To
Objections To Confirmation Of Debtors' Chapter 11
Plan Of LG Electronics USA, Inc.; Eastman Kodak
Company; Envision Peripherals; And THQ, Inc.
(Docket No. 5738)

**Status:    This objection has been resolved.**

xx.  Joinder of SouthPeak Interactive, LLC to Objection
to Confirmation of the Debtors First Amended Joint
Plan of Liquidation Filed by Samsung America
Electronics, Inc. (Docket No. 5739, 5784)

**Status:    This objection has been resolved.**

yy.  Joinder of Cokem International, Inc. to Objections
of LG Electronics USA, Inc. and Paramount Home
Entertainment Inc. to Confirmation of Debtors'
Chapter 11 Plan of Liquidation (Docket No. 5740)

**Status:    This objection has been resolved.**

zz.    Marlon Mondragon Objection to Confirmation of Plan
(Docket No. 5745)

**Status:    This objection is going forward.**

aaa.    BISSELL Homecare, Inc. Objection of to First
Amended Joint Plan of Liquidation of Circuit City
Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee
of Creditors Holding General Unsecured Claims
(Docket No. 5746)

**Status:    This objection has been resolved.**

bbb.    FM Facility Maintenance Inc., f/k/a IPT, LLC
Objection to Confirmation of Plan (Docket Nos.
5747, 5836)

**Status:    This objection has been resolved.**

ccc.    Alliance Entertainment Corporation, Source
Interlink Media, LLC Limited Objection of to
Confirmation of Plan (Docket No. 5750)

**Status:    This objection has been resolved.**

ddd.    Twentieth Century Fox Home Entertainment, LLC and
TeleDynamics LLP Joinder to Objections to
Confirmation of Debtors' First Amended Plan of
Liquidation (Docket No. 5756)

**Status:    This objection has been resolved.**

eee.    Joinder of Toshiba America Consumer Products,
L.L.C., Toshiba America Information Systems, Inc.
to Objections of Paramount Home Entertainment,
Inc. and Samsung America Electronics, Inc. (Docket
No. 5758)

**Status:    This objection has been resolved.**

fff.    Joinder of Warner Home Video, a Division of Warner
Bros. Home Entertainment Inc., to Objections to

First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5759)

**Status:     This objection is going forward.**

ggg. Joinder of Paramount Home Entertainment Inc. to Objections to Confirmation of Debtors' Chapter 11 Plan of Samsung America Electronics, Inc., BISSELL Homecare, Inc., and FM Facility Maintenance Inc. (Docket No. 5816)

**Status:     This objection has been resolved.**

hhh. Lexmark International, Inc. Objection of to Confirmation of Debtors' First Amended Joint Plan of Liquidation (Docket Nos. 5876, 5877)

**Status:     This objection has been resolved.**

iii. Macerich Company, RREEF Management Company, Cousins Properties Incorporated, Watt Management Company, The Prudential Insurance Company of America, Portland Investment Company, Foursquare Properties Inc., and KNP Objection to the Plan of Liquidation for Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 5941)

**Status:     This objection is going forward.**

jjj. Texas Comptrollers' Amended Objection to Confirmation of First Amended Joint Plan of Reorganization (Docket No. 6662)

**Status:     This objection has been amended by Docket No. 7474 (Tab kkk).**

kkk.  Texas Comptroller's Second Amended Objection to
      Confirmation of First Amended Joint Plan of
      Reorganization (Docket No. 7472)

      **Status:    This objection has been resolved.**

lll.  Eastman Kodak Company Objection to Confirmation of
      Second Amended Joint Plan of Reorganization
      (Docket No. 8388)

      **Status:    This objection is going forward.**

mmm.  Douglas County Treasurer, Colorado Objection to
      Confirmation of Second Amended Joint Plan of
      Reorganization (Docket No. 8409)

      **Status:    This objection is going forward.**

nnn.  Marlon Mondragon Objection to Confirmation of Plan
      (Docket No. 8432)

      **Status:    This objection is going forward.**


**General Status:**      **Confirmation with respect to the
                         Second Amended Plan is going
                         forward.**

Dated: September 3, 2010    SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia      FLOM LLP
                              Gregg M. Galardi, Esq.
                              Ian S. Fredericks, Esq.
                              P.O. Box 636
                              Wilmington, Delaware 19899-0636
                              (302) 651-3000

                                    - and -

                              SKADDEN, ARPS, SLATE, MEAGHER &
                                FLOM LLP
                              Chris L. Dickerson, Esq.
                              155 N. Wacker Drive, Suite 2700
                              Chicago, Illinois 60606-2700
                              (312) 407-0700

                                    - and -

                              MCGUIREWOODS LLP


                              /s/ Douglas M. Foley       .
                              Douglas M. Foley (VSB No. 34364)
                              Sarah B. Boehm (VSB No. 45201)
                              One James Center
                              901 E. Cary Street
                              Richmond, Virginia 23219
                              (804) 775-1000

                              Counsel for Debtors and Debtors
                              in Possession