| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>One Rodney Square<br>PO Box 636<br>Wilmington, Delaware 19899-0636<br>(302) 651-3000 | Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-7120
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - -x
In re:                        :  Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :  Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :  Jointly Administered
- - - - - - - - - - - - - - -x
```

**THIRD SUPPLEMENTAL ORDER ON DEBTORS' SIXTIETH
OMNIBUS OBJECTION TO CLAIMS (DISALLOWANCE OF CERTAIN (I) NO
LIABILITY (LEGAL CLAIMS); (II) NO LIABILITY (MISCELLANEOUS
CLAIMS); AND (III) NO LIABILITY (SUBCONTRACTOR CLAIMS))**

THIS MATTER having come before the Court on the Debtors' Sixtieth Omnibus Objection to Claims (Disallowance of Certain (I) No Liability (Legal Claims); (II) No Liability Miscellaneous Claims); and (III) No Liability (Subcontractor Claims)) (the "Objection"); and it appearing

that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain claimants filed responses to the Objection; and the Court having entered the Order on Debtors' Sixtieth Omnibus Objection (Docket No. 6368) (the "Initial Order"); and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   Notwithstanding the Initial Order, the Claim identified on <u>Exhibit A</u> as attached hereto and incorporated herein is disallowed for all purposes in these bankruptcy cases.

2.   The Debtors' rights to object to any claim, including (without limitation) the Claims, on any grounds that applicable law permits are not waived and are expressly reserved.

3.   This Court shall retain jurisdiction with respect to all matters arising from or related to this Order.

4.  The Debtors shall serve a copy of this Order on the claimant included on the exhibit to this Order on or before seven (7) days from the entry of this Order.

Dated: Richmond, Virginia
       <u>  Sep 1 2010          </u>, 2010

                     /s/ Kevin R. Huennekens
                     HONORABLE KEVIN R. HUENNEKENS
                     UNITED STATES BANKRUPTCY JUDGE

                     Entered on docket:  Sep 1 2010

```
WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606-1720
(312) 407-0700

    - and -


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession
```

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

>                   /s/ Douglas M. Foley
>                   Douglas M. Foley

\16279518

Case 08-35653-KRH    Doc 8466    Filed 09/03/10    Entered 09/04/10 00:50:39    Desc
Imaged Certificate of Service    Page 5 of 6

In re: Circuit City Stores, Inc, et al.  
Case No. 08-35653-KRH

Debtors' Sixtieth Omnibus Objection to Claims Third Supplemental Order (Disallowance Of Certain No Liability Miscellaneous Claims) - Ordered

**EXHIBIT A**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| STEELE, PHILLIP LEE<br>1208 DAWKINS ST B<br>DURHAM, NC 27707 | 14123 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br>$3,189.00<br><br><br><br>$3,189.00 | 06/30/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:    1                        $3,189.00

\*    "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7           User: frenchs              Page 1 of 1                    Date Rcvd: Sep 01, 2010
Case: 08-35653                 Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Sep 03, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,    & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**                         **Signature:** _Joseph Speetjens_