UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED SEP 3 2010 FILED
CLERK
US BANKRUPTCY COURT

PARAMOUNT HOME ENTERTAINMENT INC.,

Appellant,

v.

CIRCUIT CITY STORES, INC., et al.,

Appellees.

Action No. 3:10-CV-316

**ORDER**

This matter is before the Court on Paramount Home Entertainment Inc.'s appeal of the Bankruptcy Court's decision granting summary judgment in favor of Debtors (Dock. No. 1). For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the appeal and AFFIRMS the decision of the Bankruptcy Court.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
James R. Spencer
Chief United States District Judge

ENTERED this __3rd__ day of September 2010