IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
                                    RICHMOND DIVISION
                                    F I L E D
                                    SEP 3 2010
                                    CLERK
                                    US BANKRUPTCY COURT
```

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-35653-KRH |
| CIRCUIT CITY STORES, INC., | ) | Jointly Administered |
| et al., | ) | |
| | ) | **NOTICE OF TRANSFER OF** |
| | ) | **CLAIM OTHER THAN FOR** |
| | ) | **SECURITY** |
| Debtors. | ) | |
| | ) | Bankruptcy Rule 3001(e)(2) |

PLEASE TAKE NOTICE that the claim of **CC PHILADELPHIA 98, LLC**, (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 12078 in the amount of $1,443,520.29 has been transferred and assigned other than for security to **CMAT 1999-C2 BUSTLETON AVENUE LIMITED PARTNERSHIP** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **CC PHILADELPHIA 98, LLC** to **CMAT 1999-C2 BUSTLETON AVENUE LIMITED PARTNERSHIP**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim No. 12078 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**CC PHILADELPHIA 98, LLC**
c/o Simon Marciano, Esq.
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202

**TRANSFEREE:**
**CMAT 1999-C2 BUSTLETON AVENUE LIMITED PARTNERSHIP**
c/o Mindy A. Mora, Esq.
Bilzin Sumberg Baena Price & Axelrod LLP
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131

MIAMI 2254462.1 7249631413

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed at Miami Beach, Florida.

**CMAT 1999-C2 BUSTLETON AVENUE LIMITED PARTNERSHIP**

By: LNR Partners, LLC, its Manager

　　By: _____

　　Name: _____

　　Title: _____

## ASSIGNMENT OF CLAIM

      **CC PHILADELPHIA 98, L.L.C.**, a Delaware limited liability company ("Assignor") for good and valuable consideration, hereby absolutely and unconditionally assigns to **CMAT 1999-C2 BUSTLETON AVENUE LIMITED PARTNERSHIP**, a Delaware limited partnership ("Assignee") all of its interest in (1) that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 5059, filed on ___January 21___ 2009, which evidences a claim in the amount of $67,122.22, a copy of which is attached hereto as **Exhibit A**; and (2) any and all other claims which Assignor has against CCS in any and all respects. Assignor agrees that, in the event Assignor receives any payments or distributions with respect to any such claims after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

      IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this ___5th___ day of ___May___, 2009.

                      **CC PHILADELPHIA 98, L.L.C.**, a Delaware limited liability company

                      By:   Lucknow G.P., Inc., a Maryland corporation, Manager

                          By: _____
                               Robert P. Legg, Vice President

MIAMI 1801333.1 7249631394