**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.*, | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | Jointly Administered |

**WITHDRAWAL OF OBJECTION OF ENVISION PERIPHERALS, INC. TO**
**CONFIRMATION OF CHAPTER 11 PLAN OF LIQUIDATION**

ENVISION PERIPHERALS, INC. ("EPI") hereby withdraws its objection to confirmation of the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc., which was filed on November 13, 2009 (Docket Entry No. 5659).

Respectfully submitted,

ENVISION PERIPHERALS, INC.

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
703.905.2800


By:   /s/ Valerie P. Morrison
      Valerie P. Morrison, Va. Bar No. 24565
      Dylan G. Trache, Va. Bar No. 45939

Counsel to Envision Peripherals, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 7, 2010, the foregoing Withdrawal was sent by overnight mail, to:

>Circuit City Stores, Inc.
>Attn: Michelle Mosier
>4951 Lake Brook Drive, Suite # 500
>Glen Allen, VA 23060

and by electronic mail and first class mail, postage prepaid, to:

>Gregg M. Galardi
>Ian S. Fredericks
>Skadden Arps Slate Meagher & Flom, LLP
>One Rodney Square
>10th and King Streets, 7th Floor
>Wilmington, DE 19801
>Gregg.galardi@skadden.com
>Ian.fredericks@skadden.com

>Chris L. Dickerson
>Skadden Arps Slate Meagher & Flom, LLP
>155 North Wacker Drive
>Chicago, Illinois 60606
>Chris.dickerson@skadden.com

>Douglas M. Foley
>Sarah B. Boehm
>McGuireWoods LLP
>One James Center
>901 E. Cary Street
>Richmond, VA 23219
>dfoley@mcguirewoods.com
>sboehm@mcguirewoods.com

>Jeffrey N. Pomerantz
>Stanley E. Goldich
>Pachulski Stang Ziehl & Jones LLP
>10100 Santa Monica Boulevard, 11th Floor
>Los Angeles, CA 90067
>jpomerantz@pszjlaw.com
>sgoldich@pszjlaw.com

-3-

Robert J. Feinstein
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 36th Floor
New York, NY 10017
rfeinstein@pszjlaw.com

Lynn L. Tavenner
Paula S. Beran
Tavenner & Beran, PLC
20 N. Eighth Street, Second Floor
Richmond, VA 23219
ltavenner@tb-lawfirm.com
pberan@tb-lawfirm.com

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
Robert.b.van.arsdale@usdoj.gov


  /s/ Valerie P. Morrison
Valerie P. Morrison

13186863.2