# United States Bankruptcy Court
### Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.    Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

**Wilbur Co, J**
Name of Transferor

Name and Address where notices to transferee should be sent

Name and Current Address of Transferor

**Contrarian Funds, LLC**
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attn: Alisa Mumola
Phone 203-862-8211

**Wilbur Co, J**
PO Box 413066
Kansas City, MO 64141

**Claim No. 490 for $30,851.73**
**Scheduled Amount $30,756.51 against Case No. 08-35657**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____September 7,  2010_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

J. WILBUR COMPANY, a **Missouri** corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated **8/18** 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **19** day of **August** 2010.

**(Assignor)**
J. WILBUR COMPANY

By: _[signature]_
Name: ELAINE WILBUR
Title: PRESIDENT

**(Assignee)**
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _[signature]_
Name: _____
Title: JANICE M. STANTON
MEMBER

**(Assignor)**
**WITNESS:**

By: _[signature]_
Name: Melissa G. White
Title: Bank Officer / Notary Public

MELISSA G. WHITE
Notary Public - Notary Seal
STATE OF MISSOURI - JACKSON COUNTY
My Commission Expires: Oct. 21, 2012
Commission # 08619789

## Schedule A
## J. Wilbur Company

| Debtor | Case Number | Claim No. | Proof of Claim Amt | Scheduled Amount |
|---|---|---|---|---|
| Circuit City Purchasing Company, LLC | 08-35657 | 490 | 30,851.73 | 30,756.51 |

Initials:
Seller [signature]
Buyer