**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC., | : |  |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Joseph D. Johnson, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

*(Intentionally Left Blank)*

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

On or before August 12, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit B** via First Class Mail.

Dated: August 13, 2010

_____
Joseph D. Johnson

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of August, 2010, by Joseph D. Johnson, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Cofal Partners LP | Attn R Joel Coslov | 1116 Oliver Bldg | 535 Smithfield St | Pittsburgh | PA | 15222 | 12372 | $589,494.90 | 8240 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | 12372 | $589,494.90 | 8240 |
| Transferor | BBD Rosedale LLC | Mr Chad Morrow | Sher Garner Law Firm | 909 Poydras St 28th Fl | New Orleans | LA | 70112 | 12520 | $776,107.04 | 8245 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 12520 | $776,107.04 | 8245 |
| Notice Party | BBD Rosedale LLC | | PO Box 5902 | | Metairie | LA | 70009 | 12520 | $776,107.04 | 8245 |
| Transferor | BBD Rosedale LLC | Mr Chad Morrow | Sher Garner Law Firm | 909 Poydras St 28th Fl | New Orleans | LA | 70112 | 13812 | $54,907.37 | 8246 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 13812 | $54,907.37 | 8246 |
| Notice Party | BBD Rosedale LLC | | PO Box 5902 | | Metairie | LA | 70009 | 13812 | $54,907.37 | 8246 |
| Transferor | Sherwood Properties LLC | c o Walter W Kelley Esq | PO Box 70879 | | Albany | GA | 31708 | 12490 | $20,297.03 | 8254 |
| Transferee | Corre Opportunities Fund LP | Attn Claims Processing Bankruptcy | 1370 Ave of the Americas 29th Fl | | New York | NY | 10019 | 12490 | $20,297.03 | 8254 |
| Notice Party | Sherwood Properties LLC | c o Walden & Kirkland Inc | PO Box 1787 | | Albany | GA | 31702 | 12490 | $20,297.03 | 8254 |
| Transferor | Sherwood Properties LLC | Walter W Kelley | Attorney for Sherwood Properties LLC | PO Box 70879 | Albany | GA | 31708 | 1226 | $64,637.43 | 8255 |
| Transferee | Corre Opportunities Fund LP | Attn Claims Processing Bankruptcy | 1370 Ave of the Americas 29th Fl | | New York | NY | 10019 | 1226 | $64,637.43 | 8255 |
| Transferor | Sherwood Properties LLC | c o Walter W Kelley Esq | PO Box 70879 | | Albany | GA | 31708 | 12487 | $65,038.00 | 8256 |
| Transferee | Corre Opportunities Fund LP | Attn Claims Processing Bankruptcy | 1370 Ave of the Americas 29th Fl | | New York | NY | 10019 | 12487 | $65,038.00 | 8256 |
| Notice Party | Sherwood Properties LLC | c o Walden & Kirkland Inc | PO Box 1787 | | Albany | GA | 31702 | 12487 | $65,038.00 | 8256 |
| Transferor | Sherwood Properties LLC | c o Walter W Kelley Esq | PO Box 70879 | | Albany | GA | 31708 | 12489 | $417,303.79 | 8257 |
| Transferee | Corre Opportunities Fund LP | Attn Claims Processing Bankruptcy | 1370 Ave of the Americas 29th Fl | | New York | NY | 10019 | 12489 | $417,303.79 | 8257 |
| Notice Party | Sherwood Properties LLC | c o Walden & Kirkland Inc | PO Box 1787 | | Albany | GA | 31702 | 12489 | $417,303.79 | 8257 |
| Transferor | Epsilon Interactive Inc | | 16 W 20th St | | New York | NY | 10011 | 7203 | $653,119.64 | 8259 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 7203 | $653,119.64 | 8259 |
| Notice Party | ADS Alliance Data Systems Inc | Attn Molly Suttles | 17655 Waterview Pkwy | | Dallas | TX | 75252 | 7203 | $653,119.64 | 8259 |
| Transferor | Wyoming Tribune Eagle | | 702 W Lincoln Way | | Cheyenne | WY | 82001 | 1055 | $2,663.97 | 8260 |
| Transferee | Blue Heron Micro Opportunities Fund LLP | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | 1055 | $2,663.97 | 8260 |
| Transferor | Kelley, Walter W | Attorney for Sherwood Properties LLC | PO Box 70879 | | Albany | GA | 31708 | 7589 | $61,610.44 | 8262 |
| Transferee | Corre Opportunities Fund LP | Attn Claims Processing Bankruptcy | 1370 Ave of the Americas 29th Fl | | New York | NY | 10019 | 7589 | $61,610.44 | 8262 |
| Notice Party | Sherwood Properties LLC | c o Walden & Kirkland Inc | PO Box 1787 | | Albany | GA | 31702 | 12489 | $417,303.79 | 8262 |
| Transferor | Millstein Industries LLC | Joshua M Farber Esq | Meyer Unkovic & Scott LLP | 1300 Oliver Building | Pittsburgh | PA | 15222 | 8935 | $594,727.74 | 8268 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 8935 | $594,727.74 | 8268 |
| Transferor | Enid Two LLC | c o Nancy Isaacson Esq | 75 Livingston Ave | | Roseland | NJ | 07068 | 12819 | $1,075,762.00 | 8270 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | 12819 | $1,075,762.00 | 8270 |

Page 1 of 1

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

|  |  |  |
|---|---|---|
| In re |  ) | Chapter 11 |
|       Circuit City Stores, Inc. |  ) | Case No. 08-35653 (KRH) |
|  |  ) | (Jointly Administered) |
|  |  ) |  |
| Debtor |  ) |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   Transferor
          Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

          Transferee
          Transferee Address

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee.  If you file an objection, a hearing may be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                                    **By:**        _____/s/_____
                                                   **Joseph Johnson**


**cc:**  Notice Party (if applicable)