## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>    CIRCUIT CITY STORES, INC. et al.<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **SBLM Architects PC**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
SBLM Architects PC
151 W 26th Street
New York, NY 10001

New Address
SBLM Architects PC
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.



SBLM Architects PC
By: _____
Title: PRESIDENT
Date: SEPT. 8th, 2010