# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

Chapter 11

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**                       **Richmond Times Dispatch**
Name of Transferee                               Name of Transferor

Name and Address where notices to transferee     Name and Current Address of Transferor
should be sent

**Contrarian Funds, LLC**                        **Richmond Times Dispatch**
411 West Putnam Ave., Ste. 425                   **Richmond Newspapers**
Greenwich, CT 06830                              PO Box 27775
Attn: Alisa Mumola                               Richmond, VA 23261-775
Phone 203-862-8211

**Claim No. 1088 for $82,962.51**
**Scheduled Amount $72,399.35 against Case No. 08-35653**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____          Date: _____September 8,  2010_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

RICHMOND NEWSPAPERS DBA RICHMOND TIMES DISPATCH, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated ~~August~~ 5, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Virginia, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _7th_ day of ~~August~~ 2010.
                              Sept.

(Assignor)                              (Assignee)
RICHMOND NEWSPAPERS                      CONTRARIAN FUNDS, LLC
DBA RICHMOND TIMES DISPATCH              By: Contrarian Capital Management, L.L.C.,
                                         as manager

By: _Sheila Lloyd_ 9/7/10               By: _____

Name: _Sheila Lloyd_                    Name: _____

Title: _A/R Manager_                    Title: __MICHAEL J RESTIFO__
                                               __CFO/MEMBER__

(Assignor)
WITNESS:

By: _Janet Williams_

Name: _Janet Williams_

Title: _Credit Coordinator_

## Schedule A
## RICHMOND NEWSPAPER DBA
## RICHMOND TIMES DISPATCH

| Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|
| Circuit City Stores, Inc. | 08-35653 | 72,399.35 | 82,962.51 | 1088 |

**Initials:**
Seller
Buyer