THE STATE JOURNAL REGISTER    **TRANSFER NOTICE**

_____ ("Assignor"), transfers and assigns unto LIQUIDITY SOLUTIONS, INC. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIMS between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Circuit City Stores, Inc., et al. (the "Debtor"), in the aggregate amount of $30,228.91, representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Eastern District of Virginia, jointly administered as Case No. 08-35653.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of August, 2010

GateHouse Media Illinois Holdings II, Inc.    . LIQUIDITY SOLUTIONS, INC.
d/b/a The State Journal-Register

_____                     _____
(Signature)                                    . (Signature)

Melinda Janik / Chief Financial Officer        Michael Handler
(Print Name and Title)                         (Print Name and Title)

8