G. David Dean
COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972

*Counsel for Faber Bros., Inc.*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **In re:** | |
| **CIRCUIT CITY STORES, INC., et al.,** | **Case No. 08-35653-KRH** |
| **Debtors.** | **Chapter 11** |
| | **(Jointly Administered)** |

### ORDER WITHDRAWING APPEARANCES OF G. DAVID DEAN AND COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. AS COUNSEL FOR FABER BROS., INC. PURSUANT TO LOCAL BANKRUPTCY <u>RULE 2090-1(G)</u>

This matter came before the Court on the Motion to Withdraw as Counsel to Faber Bros.,

Inc. Pursuant to Bankruptcy Rule 2090-1(G) (the "Motion").  Based upon the Court's

consideration of any submissions of the parties,

IT IS HEREBY ORDERED:

1.    The Motion is **GRANTED**.

2.    The appearances of G. David Dean and Cole, Schotz, Meisel, Forman & Leonard,

P.A. on behalf of Faber Bros., Inc. are hereby withdrawn.

Dated:  Richmond, Virginia

_____, 2010

_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

26340/0454-6837394v1

WE ASK FOR THIS RELIEF:

/s/ G. David Dean_____
G. David Dean (Va. Bar No. 50971)
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
300 East Lombard St., Suite 2000
Baltimore, Maryland  21202
410-528-2972
410-230-0667 Facsimile

Counsel for Faber Bros., Inc.

### Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties

pursuant to Local Rule 9022-1(C).


/s/ G.David Dean_
G. David Dean

2

26340/0454-6837394v1