Gregg M. Galardi, Esq.             Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.            Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &    MCGUIREWOODS LLP
FLOM, LLP                          One James Center
One Rodney Square                  901 E. Cary Street
PO Box 636                         Richmond, Virginia 23219
Wilmington, Delaware 19899-0636    (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession


              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
                       RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
           Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x


**ORDER ON DEBTORS' EIGHTIETH OMNIBUS OBJECTION TO CLAIMS
(RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS
CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS)**

        THIS MATTER having come before the Court on the

Debtors' Eightieth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Miscellaneous

Claims and Misclassified Wage Check Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C and Exhibit D
attached to the Objection be reclassified, in whole or in
part, for those reasons set forth in the Objection; and it
appearing that due and proper notice and service of the
Objection as set forth therein was good and sufficient and
that no other further notice or service of the Objection
need be given; and it further appearing that certain
Claimants filed a response to the Objection; and it
appearing that the relief requested on the Objection is in
the best interest of the Debtors, their estates and
creditors and other parties-in-interest; and after due
deliberation thereon good and sufficient cause exists for
the granting of the relief as set forth herein,

　　　IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

　　　　　1.　　The Objection is SUSTAINED as set forth
herein.

　　　　　2.　　The Claims identified on Exhibit A as
attached hereto and incorporated herein are reclassified as
set forth on Exhibit A.

　　　　　3.　　The status hearing on the Objection to the
claims identified on Exhibit B as attached hereto and
incorporated herein is hereby adjourned to September 27,
2010 at 2:00 p.m. (Eastern) or until such later time as

agreed by the parties.

4.    The Objection is withdrawn without prejudice as to the claim identified on Exhibit C as attached hereto and incorporated herein; provided, that the Debtors' rights and abilities to object to the claim on Exhibit C on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

5.    The Debtors' rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
      _____, 2010


      _____
      HONORABLE KEVIN R. HUENNEKENS
      UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                              /s/ Douglas M. Foley
                              Douglas M. Foley


                              4

Case No. 08-35653 (KRH)

Debtors' Eighth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4194**
Date Filed: 01/20/2009
Docketed Total: $73.67
Filing Creditor Name and Address:
ADAMES, SHAKYRA
92 19 195 PLACE PH
HOLLIS, NY 11423-0000

Claim Holder Name and Address
ADAMES, SHAKYRA
92 19 195 PLACE PH
HOLLIS, NY 11423-0000
Case Number: 08-35653
Docketed Total: $73.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73.67 |

Case Number: 08-35653
Modified Total: $73.67

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $73.67 | |

---

**Claim: 1585**
Date Filed: 12/15/2008
Docketed Total: $16,879.37
Filing Creditor Name and Address:
ALBERQUE, EDWARD A
4100 46TH AVE S
ST PETERSBURG, FL 33711

Claim Holder Name and Address
ALBERQUE, EDWARD A
4100 46TH AVE S
ST PETERSBURG, FL 33711
Case Number: 08-35653
Docketed Total: $16,879.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $16,879.37 |

Case Number: 08-35653
Modified Total: $16,879.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $16,879.37 | |

---

**Claim: 7649**
Date Filed: 01/27/2009
Docketed Total: $223.37
Filing Creditor Name and Address:
AUSTIN, JOSIAH
543 EAST 21 ST D1
BROOKLYN, NY 11226

Claim Holder Name and Address
AUSTIN, JOSIAH
543 EAST 21 ST D1
BROOKLYN, NY 11226
Case Number: 08-35653
Docketed Total: $223.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $223.37 |

Case Number: 08-35653
Modified Total: $223.37

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $223.37 | |

---

**Claim: 6372**
Date Filed: 01/27/2009
Docketed Total: $68.62
Filing Creditor Name and Address:
BALIDIO, MATTHEW
951009 KELAKELA ST
MILILANI, HI 96789-5991

Claim Holder Name and Address
BALIDIO, MATTHEW
951009 KELAKELA ST
MILILANI, HI 96789-5991
Case Number: 08-35654
Docketed Total: $68.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $68.62 |

Case Number: 08-35654
Modified Total: $68.62

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $68.62 | |

---

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2516**
Date Filed:   01/05/2009
Docketed Total:   $166.19
Filing Creditor Name and Address:
  BANNESTER, KATIE
  10008 GARFIELD
  REDFORD, MI 48239-0000

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANNESTER, KATIE 10008 GARFIELD REDFORD, MI 48239-0000 | | Docketed Total: | | | | **$166.19** | | | Modified Total: | | | | **$166.19** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $166.19 | | | | | | | | $166.19 | |

**Claim: 4664**
Date Filed:   01/23/2009
Docketed Total:   $156.06
Filing Creditor Name and Address:
  BECERRA, MARLENE
  108 WEST EAGLE AVE
  PHARR, TX 78577-0000

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BECERRA, MARLENE 108 WEST EAGLE AVE PHARR, TX 78577-0000 | | Docketed Total: | | | | **$156.06** | | | Modified Total: | | | | **$156.06** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $156.06 | | | | | | | | $156.06 | |

**Claim: 4112**
Date Filed:   01/20/2009
Docketed Total:   $188.41
Filing Creditor Name and Address:
  BISHOP, LAWRENCE
  472 LINKS VIEW DRIVE
  HAGERSTOWN, MD 00002-1740

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BISHOP, LAWRENCE 472 LINKS VIEW DRIVE HAGERSTOWN, MD 00002-1740 | | Docketed Total: | | | | **$188.41** | | | Modified Total: | | | | **$188.41** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $188.41 | | | | | | | | $188.41 | |

**Claim: 2412**
Date Filed:   01/02/2009
Docketed Total:   $161.17
Filing Creditor Name and Address:
  BROUGHTON, TRAVIS
  220 BRANHAM WAY
  MT WASHINGTON, KY 40047-0000

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | | Case Number: | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROUGHTON, TRAVIS 220 BRANHAM WAY MT WASHINGTON, KY 40047-0000 | | Docketed Total: | | | | **$161.17** | | | Modified Total: | | | | **$161.17** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $161.17 | | | | | | | | $161.17 | |

\*     "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 2339**<br>Date Filed: 01/02/2009<br>Docketed Total: $270.42<br>Filing Creditor Name and Address:<br> BURCHELL, STEVIE<br> 83 GLEN ABBEY<br> ABILENE, TX 79606-0000 | Claim Holder Name and Address<br><br>BURCHELL, STEVIE<br>83 GLEN ABBEY<br>ABILENE, TX 79606-0000 | Case Number: 08-35653<br>Docketed Total: **$270.42** | | | | | Case Number: 08-35653<br>Modified Total: **$270.42** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$270.42 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$270.42 | Interest |
| **Claim: 2826**<br>Date Filed: 01/06/2009<br>Docketed Total: $56.77<br>Filing Creditor Name and Address:<br> CASANAS, ANTHONY<br> 318 HOFFMAN ST<br> COLMA, CA 94014-0000 | Claim Holder Name and Address<br><br>CASANAS, ANTHONY<br>318 HOFFMAN ST<br>COLMA, CA 94014-0000 | Case Number: 08-35653<br>Docketed Total: **$56.77** | | | | | Case Number: 08-35653<br>Modified Total: **$56.77** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$56.77 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$56.77 | Interest |
| **Claim: 8971**<br>Date Filed: 01/30/2009<br>Docketed Total: $207.42<br>Filing Creditor Name and Address:<br> CHOU, DANIEL<br> 39270 SUNDALE DR<br> FREMONT, CA 94538 | Claim Holder Name and Address<br><br>CHOU, DANIEL<br>39270 SUNDALE DR<br>FREMONT, CA 94538 | Case Number: 08-35653<br>Docketed Total: **$207.42** | | | | | Case Number: 08-35653<br>Modified Total: **$207.42** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$207.42 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$207.42 | Interest |
| **Claim: 8857**<br>Date Filed: 01/30/2009<br>Docketed Total: $11.61<br>Filing Creditor Name and Address:<br> CHOU, DANIEL JOSHUA<br> 39270 SUNDALE DR<br> FREMONT, CA 94538-1917 | Claim Holder Name and Address<br><br>CHOU, DANIEL JOSHUA<br>39270 SUNDALE DR<br>FREMONT, CA 94538-1917 | Case Number: 08-35653<br>Docketed Total: **$11.61** | | | | | Case Number: 08-35653<br>Modified Total: **$11.61** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$11.61 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$11.61 | Interest |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3076**
Date Filed:   01/09/2009
Docketed Total:   $37.01
Filing Creditor Name and Address:
  COLLINS, QUEEN E
  3780 CAUBLE RD
  SALISBURY, NC 28144

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | Case Number: | | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLLINS, QUEEN E<br>3780 CAUBLE RD<br>SALISBURY, NC 28144 | | Docketed Total: | | | | **$37.01** | | Modified Total: | | | | | **$37.01** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $37.01 | | | | | | | | $37.01 | |

**Claim: 6981**
Date Filed:   01/27/2009
Docketed Total:   $31.89
Filing Creditor Name and Address:
  COLON, KYELIA
  312 HARRISON ST
  APT 3B
  HOBOKEN, NJ 07030

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | Case Number: | | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COLON, KYELIA<br>312 HARRISON ST<br>APT 3B<br>HOBOKEN, NJ 07030 | | Docketed Total: | | | | **$31.89** | | Modified Total: | | | | | **$31.89** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $31.89 | | | | | | | | $31.89 | |

**Claim: 4459**
Date Filed:   01/21/2009
Docketed Total:   $140.30
Filing Creditor Name and Address:
  CONTRANCHIS, CHAD
  5 TEMPLE RD
  WALTHAM, MA 02452

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | Case Number: | | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONTRANCHIS, CHAD<br>5 TEMPLE RD<br>WALTHAM, MA 02452 | | Docketed Total: | | | | **$140.30** | | Modified Total: | | | | | **$140.30** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $140.30 | | | | | | | | $140.30 | |

**Claim: 7113**
Date Filed:   01/28/2009
Docketed Total:   $171.08
Filing Creditor Name and Address:
  CORBETT, GWENNIFER
  3204 ERVINS PLACE DR
  CASTLE HAYNE, NC 28429-0000

| Claim Holder Name and Address | | Case Number: | | | | 08-35653 | | Case Number: | | | | | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CORBETT, GWENNIFER<br>3204 ERVINS PLACE DR<br>CASTLE HAYNE, NC 28429-0000 | | Docketed Total: | | | | **$171.08** | | Modified Total: | | | | | **$171.08** |
| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | $171.08 | | | | | | | | $171.08 | |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4234**
Date Filed: 01/21/2009
Docketed Total: $308.36
Filing Creditor Name and Address:
  CRESER, OLIVIA
  1477 RIDGE RD
  NORTH HAVEN, CT 06473-0000

Claim Holder Name and Address
  CRESER, OLIVIA
  1477 RIDGE RD
  NORTH HAVEN, CT 06473-0000

Case Number: 08-35653
Docketed Total: $308.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $308.36 | |

Case Number: 08-35653
Modified Total: $308.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $308.36 | |

---

**Claim: 4148**
Date Filed: 01/20/2009
Docketed Total: $80.56
Filing Creditor Name and Address:
  DOLLAND, LAURA
  924 W 245TH ST
  HARBOR CITY, CA 90710

Claim Holder Name and Address
  DOLLAND, LAURA
  924 W 245TH ST
  HARBOR CITY, CA 90710

Case Number: 08-35654
Docketed Total: $80.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $80.56 | |

Case Number: 08-35654
Modified Total: $80.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $80.56 | |

---

**Claim: 2035**
Date Filed: 12/30/2008
Docketed Total: $406.01
Filing Creditor Name and Address:
  FAIRFIELD, JORDAN BARRETT
  3201 LAKEWOOD RD
  SEBRING, FL 33875

Claim Holder Name and Address
  FAIRFIELD, JORDAN BARRETT
  3201 LAKEWOOD RD
  SEBRING, FL 33875

Case Number: 08-35653
Docketed Total: $406.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $406.01 | |

Case Number: 08-35653
Modified Total: $406.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $406.01 | |

---

**Claim: 9110**
Date Filed: 01/30/2009
Docketed Total: $77.31
Filing Creditor Name and Address:
  FORSBERG, BETHANY
  405 LEVERETT LN
  HIGHLAND HEIGHTS, OH
  44143-0000

Claim Holder Name and Address
  FORSBERG, BETHANY
  405 LEVERETT LN
  HIGHLAND HEIGHTS, OH 44143-0000

Case Number: 08-35653
Docketed Total: $77.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $77.31 | |

Case Number: 08-35653
Modified Total: $77.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $77.31 | |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3074<br>Date Filed: 01/09/2009<br>Docketed Total: $99.34<br>Filing Creditor Name and Address:<br>GILL, MARK<br>828 PRAIRIE SKY WAY<br>O FALLON, MO 63368 | Claim Holder Name and Address    Case Number: 08-35653<br>GILL, MARK    Docketed Total: **$99.34**<br>828 PRAIRIE SKY WAY<br>O FALLON, MO 63368<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                          $99.34 | Case Number: 08-35653<br>Modified Total: **$99.34**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                    $99.34 |
| Claim: 2917<br>Date Filed: 01/05/2009<br>Docketed Total: $383.82<br>Filing Creditor Name and Address:<br>GNEITING, ANDREW<br>508 GREENWOOD RD<br>LINTHICUM, MD 21090-0000 | Claim Holder Name and Address    Case Number: 08-35653<br>GNEITING, ANDREW    Docketed Total: **$383.82**<br>508 GREENWOOD RD<br>LINTHICUM, MD 21090-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                          $383.82 | Case Number: 08-35653<br>Modified Total: **$383.82**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                    $383.82 |
| Claim: 2994<br>Date Filed: 01/05/2009<br>Docketed Total: $32.57<br>Filing Creditor Name and Address:<br>GOLDSMITH, ZACH<br>9773 TULIP TREE CT<br>LOVELAND, OH 45140-0000 | Claim Holder Name and Address    Case Number: 08-35653<br>GOLDSMITH, ZACH    Docketed Total: **$32.57**<br>9773 TULIP TREE CT<br>LOVELAND, OH 45140-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                          $32.57 | Case Number: 08-35653<br>Modified Total: **$32.57**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                    $32.57 |
| Claim: 4652<br>Date Filed: 01/23/2009<br>Docketed Total: $91.54<br>Filing Creditor Name and Address:<br>GOMEZ, ISAAC<br>1201 E BELL<br>PHARR, TX 78577-0000 | Claim Holder Name and Address    Case Number: 08-35653<br>GOMEZ, ISAAC    Docketed Total: **$91.54**<br>1201 E BELL<br>PHARR, TX 78577-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                          $91.54 | Case Number: 08-35653<br>Modified Total: **$91.54**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                    $91.54 |

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 5858<br>Date Filed: 01/26/2009<br>Docketed Total: $247.77<br>Filing Creditor Name and Address:<br>GRIFFITH, JIMMY<br>868 MCLEOD PARC<br>PICKERINGTON, OH 43147-0000 | Claim Holder Name and Address     Case Number: 08-35653<br>GRIFFITH, JIMMY<br>868 MCLEOD PARC     Docketed Total: **$247.77**<br>PICKERINGTON, OH 43147-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>     $247.77 | Case Number: 08-35653<br>Modified Total: **$247.77**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>     $247.77 |
| Claim: 5299<br>Date Filed: 01/26/2009<br>Docketed Total: $64.60<br>Filing Creditor Name and Address:<br>HARRIS, BRITTANY<br>2593 PERNA LANE<br>VINELAND, NJ 08361-0000 | Claim Holder Name and Address     Case Number: 08-35653<br>HARRIS, BRITTANY<br>2593 PERNA LANE<br>VINELAND, NJ 08361-0000     Docketed Total: **$64.60**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>     $64.60 | Case Number: 08-35653<br>Modified Total: **$64.60**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>     $64.60 |
| Claim: 4988<br>Date Filed: 01/21/2009<br>Docketed Total: $63.02<br>Filing Creditor Name and Address:<br>HARRISON, RICHARD<br>1005 CHIPPENHAM RD<br>MECHANICSBURG, PA 17050-0000 | Claim Holder Name and Address     Case Number: 08-35653<br>HARRISON, RICHARD<br>1005 CHIPPENHAM RD<br>MECHANICSBURG, PA 17050-0000     Docketed Total: **$63.02**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>     $63.02 | Case Number: 08-35653<br>Modified Total: **$63.02**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>     $63.02 |
| Claim: 1957<br>Date Filed: 12/26/2008<br>Docketed Total: $404.45<br>Filing Creditor Name and Address:<br>HART, ALEXANDER<br>6188 COVINGTON WAY<br>GOLETA, CA 93117-0000 | Claim Holder Name and Address     Case Number: 08-35653<br>HART, ALEXANDER<br>6188 COVINGTON WAY<br>GOLETA, CA 93117-0000     Docketed Total: **$404.45**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>     $404.45 | Case Number: 08-35653<br>Modified Total: **$404.45**<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>     $404.45 |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 2074**
Date Filed: 01/02/2009
Docketed Total: $95.68
Filing Creditor Name and Address:
 HASTINGS, BRETT
 3464 FANWOOD AVE
 LONG BEACH, CA 00009-0808

| | Claim Holder Name and Address | Case Number: | 08-35654 | | | | | Case Number: | 08-35654 |
|---|---|---|---|---|---|---|---|---|---|
| | HASTINGS, BRETT<br>3464 FANWOOD AVE<br>LONG BEACH, CA 00009-0808 | Docketed Total: | **$95.68** | | | | | Modified Total: | **$95.68** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $95.68 | | | | | | $95.68 | |

**Claim: 2895**
Date Filed: 01/06/2009
Docketed Total: $11,174.23
Filing Creditor Name and Address:
 HOLYOKE GAS & ELECTRIC
 DEPARTMENT
 99 SUFFOLK ST
 HOLYOKE, MA 01040-5082

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| | HOLYOKE GAS & ELECTRIC<br>DEPARTMENT<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040 | Docketed Total: | **$11,174.23** | | | | | Modified Total: | **$11,174.23** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $11,174.23 | UNL | | | | | $842.11 | $10,332.12 | |

**Claim: 9754**
Date Filed: 01/30/2009
Docketed Total: $44.65
Filing Creditor Name and Address:
 HORNE, DEVONM
 113 SOUTH 4TH AVE
 COATESVILLE, PA 19320-0000

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| | HORNE, DEVON M<br>113 S 4TH AVE<br>COATESVILLE, PA 19320-0000 | Docketed Total: | **$44.65** | | | | | Modified Total: | **$44.65** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $44.65 | | | | | | $44.65 | | |

**Claim: 3267**
Date Filed: 01/12/2009
Docketed Total: $257.45
Filing Creditor Name and Address:
 HOUGHTALING, KRIS
 8975 FIELD ST
 NO 32
 WESTMINSTER, CO 80021-0000

| | Claim Holder Name and Address | Case Number: | 08-35653 | | | | | Case Number: | 08-35653 |
|---|---|---|---|---|---|---|---|---|---|
| | HOUGHTALING, KRIS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000 | Docketed Total: | **$257.45** | | | | | Modified Total: | **$257.45** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $257.45 | | | | | | $257.45 | |

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Sixth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3269<br>Date Filed:  01/12/2009<br>Docketed Total:    $387.79<br>Filing Creditor Name and Address:<br>  HOUGHTALING, KRISS<br>  8975 FIELD ST<br>  NO 32<br>  WESTMINSTER, CO 80021-0000 | Claim Holder Name and Address          Case Number:          08-35653<br><br>HOUGHTALING, KRISS          Docketed Total:          **$387.79**<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $387.79 | Case Number:          08-35653<br><br>Modified Total:          **$387.79**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured    Interest<br>                                                                                        $387.79 |
| Claim: 2098<br>Date Filed:  01/02/2009<br>Docketed Total:    $127.77<br>Filing Creditor Name and Address:<br>  JACKSON, PETER<br>  142 WARNER ST<br>  CINCINNATI, OH 45219-0000 | Claim Holder Name and Address          Case Number:          08-35653<br><br>JACKSON, PETER          Docketed Total:          **$127.77**<br>142 WARNER ST<br>CINCINNATI, OH 45219-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $127.77 | Case Number:          08-35653<br><br>Modified Total:          **$127.77**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured    Interest<br>                                                                                        $127.77 |
| Claim: 5616<br>Date Filed:  01/27/2009<br>Docketed Total:    $245.38<br>Filing Creditor Name and Address:<br>  JACKSON, RICHARD<br>  1035 AUBREY DR<br>  ASHLAND, TN 37015-4518 | Claim Holder Name and Address          Case Number:          08-35653<br><br>JACKSON, RICHARD          Docketed Total:          **$245.38**<br>1035 AUBREY DR<br>ASHLAND, TN 37015-4518<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $245.38 | Case Number:          08-35653<br><br>Modified Total:          **$245.38**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured    Interest<br>                                                                                        $245.38 |
| Claim: 9592<br>Date Filed:  01/30/2009<br>Docketed Total:    $0.00<br>Filing Creditor Name and Address:<br>  JAMES A COLE<br>  4927 56TH PL<br>  BLADENSBURG, MD 20710-1601 | Claim Holder Name and Address          Case Number:          08-35653<br><br>COLE, JAMES A          Docketed Total:          **UNL**<br>4927 56TH PL<br>BLADENSBURG, MD 20710-1601<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                                                          $0.00 | Case Number:          08-35653<br><br>Modified Total:          **$0.00**<br><br><br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured    Interest<br>                                                                                        $0.00 |

*     "UNL" denotes an unliquidated claim.

## EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3478**
Date Filed: 01/13/2009
Docketed Total: $153.83
Filing Creditor Name and Address:
JOHN, WALKER
PO BOX 6554
ROCK ISLAND, IL 61204

Claim Holder Name and Address
JOHN, WALKER
PO BOX 6554
ROCK ISLAND, IL 61204

Case Number: 08-35653
Docketed Total: $153.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | $153.83 | | |

Case Number: 08-35653
Modified Total: $153.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $153.83 | |

---

**Claim: 7397**
Date Filed: 01/29/2009
Docketed Total: $124.13
Filing Creditor Name and Address:
JOHNSON, MICHAEL
500 TOFTREES AVE
125
STATE COLLEGE, PA 16803-0000

Claim Holder Name and Address
JOHNSON, MICHAEL
500 TOFTREES AVE
125
STATE COLLEGE, PA 16803-0000

Case Number: 08-35653
Docketed Total: $124.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $124.13 | |

Case Number: 08-35653
Modified Total: $124.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $124.13 | |

---

**Claim: 3933**
Date Filed: 01/16/2009
Docketed Total: $95.24
Filing Creditor Name and Address:
JOHNSON, MORGAN
132 MEREDITH SQ
COLUMBIA, SC 29223-0000

Claim Holder Name and Address
JOHNSON, MORGAN
132 MEREDITH SQ
COLUMBIA, SC 29223-0000

Case Number: 08-35653
Docketed Total: $95.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $95.24 | |

Case Number: 08-35653
Modified Total: $95.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $95.24 | |

---

**Claim: 2968**
Date Filed: 01/08/2009
Docketed Total: $258.04
Filing Creditor Name and Address:
KANG, SHINMUN
40 40 CLEARVIEW EXPWY
2FL
BAYSIDE, NY 11361-0000

Claim Holder Name and Address
KANG, SHINMUN
40 40 CLEARVIEW EXPWY
2FL
BAYSIDE, NY 11361-0000

Case Number: 08-35653
Docketed Total: $258.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $258.04 | |

Case Number: 08-35653
Modified Total: $258.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $258.04 | |

---

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 9425**
Date Filed: 01/30/2009
Docketed Total: $28.45
Filing Creditor Name and Address:
KARCHER, MARY
18 OLD FENCE LN
NEWARK, DE 19702-0000

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| KARCHER, MARY 18 OLD FENCE LN NEWARK, DE 19702-0000 | | Docketed Total: | **$28.45** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $28.45 |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$28.45** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $28.45 | |

---

**Claim: 6321**
Date Filed: 01/26/2009
Docketed Total: $98.19
Filing Creditor Name and Address:
KEMP, GREGORY
52 MOUNTAIN TEA LANE
ALEXANDER, NC 28701-0000

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| KEMP, GREGORY 52 MOUNTAIN TEA LANE ALEXANDER, NC 28701-0000 | | Docketed Total: | **$98.19** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $98.19 |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$98.19** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $98.19 | |

---

**Claim: 4710**
Date Filed: 01/23/2009
Docketed Total: $233.37
Filing Creditor Name and Address:
LESCISIN, RICHARD
55 ELAND DR
NORTH FT MYERS, FL 33917-0000

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| LESCISIN, RICHARD 55 ELAND DR NORTH FT MYERS, FL 33917-0000 | | Docketed Total: | **$233.37** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $233.37 |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$233.37** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $233.37 | |

---

**Claim: 14581**
Date Filed: 07/15/2009
Docketed Total: $0.00
Filing Creditor Name and Address:
LINDA C GURR & WILLIAM W GURR
8901 HENSON RD
RICHMOND, VA 23166

| Claim Holder Name and Address | | Case Number: | 08-35653 |
|---|---|---|---|
| LINDA C GURR & WILLIAM W GURR 8901 HENSON RD RICHMOND, VA 23166 | | Docketed Total: | **UNL** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | UNL |

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | **$0.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |

---

*      "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 14853**
Date Filed:   03/15/2010
Docketed Total:   $59,200.00
Filing Creditor Name and Address:
 LINDA NGUYEN
 8414 CONCHO ST
 HOUSTON, TX 77036

Claim Holder Name and Address:   Case Number: 08-35653
LINDA NGUYEN
8414 CONCHO ST
HOUSTON, TX 77036   Docketed Total: **$59,200.00**

Case Number: 08-35653
Modified Total: **$59,200.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | $59,200.00 | | | | | | | | | | $59,200.00 |

**Claim: 9084**
Date Filed:   01/30/2009
Docketed Total:   $193.30
Filing Creditor Name and Address:
 LINDEMANN, DERRICK
 2766 IRONGATE PL
 THOUSAND OAKS, CA 91362-0000

Claim Holder Name and Address:   Case Number: 08-35654
LINDEMANN, DERRICK
2766 IRONGATE PL
THOUSAND OAKS, CA 91362-0000   Docketed Total: **$193.30**

Case Number: 08-35654
Modified Total: **$193.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $193.30 | | | | | | | | | $193.30 |

**Claim: 7116**
Date Filed:   01/28/2009
Docketed Total:   $136.19
Filing Creditor Name and Address:
 LITTLE, JOSEPH
 1542 WYOMING CT
 RENO, NV 89503

Claim Holder Name and Address:   Case Number: 08-35653
LITTLE, JOSEPH
1542 WYOMING CT
RENO, NV 89503   Docketed Total: **$136.19**

Case Number: 08-35653
Modified Total: **$136.19**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $136.19 | | | | | | | | | $136.19 |

**Claim: 2563**
Date Filed:   01/05/2009
Docketed Total:   $183.39
Filing Creditor Name and Address:
 LOFTMAN, ADAM
 154 TIMBER RIDGE DRIVE
 STATEN ISLAND, NY 10306-0000

Claim Holder Name and Address:   Case Number: 08-35653
LOFTMAN, ADAM
154 TIMBER RIDGE DRIVE
STATEN ISLAND, NY 10306-0000   Docketed Total: **$183.39**

Case Number: 08-35653
Modified Total: **$183.39**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $183.39 | | | | | | | | | $183.39 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.   Case 08-35653-KRH   Doc 8519   Filed 09/09/10   Entered 09/09/10 08:53:01   Desc Main

Case No. 08-35653 (KRH)

Document    Page 17 of 29

Debtors' Eighth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | CLAIM AS MODIFIED | |
|---|---|---|---|---|

**Claim: 2028**
Date Filed:   12/30/2008
Docketed Total:   $123.31
Filing Creditor Name and Address:
  LONG, JOHN
  5957 MARVILLE CIRLCE
  PORT ORANGE, FL 32127-0000

Claim Holder Name and Address

LONG, JOHN
5957 MARVILLE CIRLCE
PORT ORANGE, FL 32127-0000

Case Number:   08-35653
Docketed Total:   **$123.31**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $123.31 | |

Case Number:   08-35653
Modified Total:   **$123.31**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $123.31 | |

---

**Claim: 3558**
Date Filed:   01/13/2009
Docketed Total:   $144.01
Filing Creditor Name and Address:
  LOPEZ, CHRISTOPHER
  2632 CROWN CT
  UNION CITY, CA 94587-1820

Claim Holder Name and Address

LOPEZ, CHRISTOPHER
2632 CROWN CT
UNION CITY, CA 94587-1820

Case Number:   08-35653
Docketed Total:   **$144.01**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $144.01 | |

Case Number:   08-35653
Modified Total:   **$144.01**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $144.01 | |

---

**Claim: 14412**
Date Filed:   06/29/2009
Docketed Total:   $30,000.00
Filing Creditor Name and Address:
  MARC J SIEGER
  6 JOSEPH LN
  LYNNFIELD, MA 01940

Claim Holder Name and Address

MARC J SIEGER
6 JOSEPH LN
LYNNFIELD, MA 01940

Case Number:   08-35653
Docketed Total:   **$30,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $30,000.00 | | | UNL |

Case Number:   08-35653
Modified Total:   **$30,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | $23,333.33 | | | $6,666.67 | |

---

**Claim: 2436**
Date Filed:   01/05/2009
Docketed Total:   $173.69
Filing Creditor Name and Address:
  MARIN, KERRY
  11 APRIL LANE
  FREDERICKSBURG, VA 22406-0000

Claim Holder Name and Address

MARIN, KERRY
11 APRIL LANE
FREDERICKSBURG, VA 22406-0000

Case Number:   08-35653
Docketed Total:   **$173.69**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $173.69 | |

Case Number:   08-35653
Modified Total:   **$173.69**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $173.69 | |

---

*    "UNL" denotes an unliquidated claim.

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 3511**
Date Filed:  01/13/2009
Docketed Total:   $108.29
Filing Creditor Name and Address:
  MCKOY, BRITTANY
  5351 OVERDALE DRIVE
  LOS ANGELES, CA 90043-0000

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MCKOY, BRITTANY 5351 OVERDALE DRIVE LOS ANGELES, CA 90043-0000 | Docketed Total: | **$108.29** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $108.29 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$108.29** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $108.29 | |

**Claim: 8045**
Date Filed:  01/28/2009
Docketed Total:   $30.42
Filing Creditor Name and Address:
  MCMURRAY, LAQUITA
  4900 DELIVAU
  CHARLOTTE, NC 28215

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MCMURRAY, LAQUITA 4900 DELIVAU CHARLOTTE, NC 28215 | Docketed Total: | **$30.42** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30.42 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$30.42** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $30.42 | |

**Claim: 4600**
Date Filed:  01/20/2009
Docketed Total:   $67.18
Filing Creditor Name and Address:
  MORRISSEY, RYAN
  7944 TANGLEOAK LN
  CASTLE ROCK, CO 80108-0000

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| MORRISSEY, RYAN 7944 TANGLEOAK LN CASTLE ROCK, CO 80108-0000 | Docketed Total: | **$67.18** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $67.18 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$67.18** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $67.18 | |

**Claim: 4227**
Date Filed:  01/21/2009
Docketed Total:   $400.00
Filing Creditor Name and Address:
  NESBITT, KEITH JAMES
  8344 S BALTIMORE
  CHICAGO, IL 60617

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| NESBITT, KEITH JAMES 8344 S BALTIMORE CHICAGO, IL 60617 | Docketed Total: | **$400.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400.00 |

| Case Number: | 08-35653 |
|---|---|
| Modified Total: | **$400.00** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $400.00 | |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 8519    Filed 09/09/10    Entered 09/09/10 08:53:01    Debtors' 38th Omnibus Objection to Claims
Case No. 08-35653 (KRH)                           Document        Page 19 of 29        (Reclassification Of Certain Misclassified Miscellaneous
                                                                                      Claims And Misclassified Wage Check Claims) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 4454<br>Date Filed: 01/21/2009<br>Docketed Total: $116.74<br>Filing Creditor Name and Address:<br>  NOYCE, NICK<br>  9764 ALTAMONT DR<br>  SANDY, UT 84092-0000 | Claim Holder Name and Address<br><br>NOYCE, NICK<br>9764 ALTAMONT DR<br>SANDY, UT 84092-0000 | Case Number: 08-35653<br><br>Docketed Total: **$116.74** | | | | | Case Number: 08-35653<br><br>Modified Total: **$116.74** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$116.74 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$116.74 | Interest |
| Claim: 3649<br>Date Filed: 01/13/2009<br>Docketed Total: $1,105.72<br>Filing Creditor Name and Address:<br>  PANKANIN, SEAN<br>  16199 SE 48TH DR<br>  BELLEVUE, WA 98006-0000 | Claim Holder Name and Address<br><br>PANKANIN, SEAN<br>16199 SE 48TH DR<br>BELLEVUE, WA 98006-0000 | Case Number: 08-35653<br><br>Docketed Total: **$1,105.72** | | | | | Case Number: 08-35653<br><br>Modified Total: **$1,105.72** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$1,105.72 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,105.72 | Interest |
| Claim: 5552<br>Date Filed: 01/26/2009<br>Docketed Total: $216.98<br>Filing Creditor Name and Address:<br>  PASTERNAK, ARTHUR<br>  7255 BERKELEY DR<br>  LA MESA, CA 91941-0000 | Claim Holder Name and Address<br><br>PASTERNAK, ARTHUR<br>7255 BERKELEY DR<br>LA MESA, CA 91941-0000 | Case Number: 08-35654<br><br>Docketed Total: **$216.98** | | | | | Case Number: 08-35654<br><br>Modified Total: **$216.98** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$216.98 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$216.98 | Interest |
| Claim: 3984<br>Date Filed: 01/13/2009<br>Docketed Total: $87.93<br>Filing Creditor Name and Address:<br>  PEARSE, IAN<br>  2009 MEADOW VIEW DR NW<br>  ALBUQUERQUE, NM 87104-2515 | Claim Holder Name and Address<br><br>PEARSE, IAN<br>2009 MEADOW VIEW DR NW<br>ALBUQUERQUE, NM 87104-2515 | Case Number: 08-35654<br><br>Docketed Total: **$87.93** | | | | | Case Number: 08-35654<br><br>Modified Total: **$87.93** | | | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority<br>$87.93 | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$87.93 | Interest |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH    Doc 8519    Filed 09/09/10    Entered 09/09/10 08:53:01    Debtors' Fifth Omnibus Objection to Claims

Case No. 08-35653 (KRH)    Document    Page 20 of 29    (Reclassification Of Certain Misclassified Miscellaneous

Claims And Misclassified Wage Check Claims) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4249**
Date Filed: 01/21/2009
Docketed Total: $41.88
Filing Creditor Name and Address:
PETYKOWSKI, SEAN
330 S ROSE ST
PALATINE, IL 60067-0000

Claim Holder Name and Address

Case Number: 08-35653
PETYKOWSKI, SEAN
330 S ROSE ST    Docketed Total: **$41.88**
PALATINE, IL 60067-0000

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $41.88 |

Case Number: 08-35653
Modified Total: **$41.88**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $41.88 | |

---

**Claim: 10099**
Date Filed: 01/29/2009
Docketed Total: $5,536.02
Filing Creditor Name and Address:
PRAXAIR DISTRIBUTION INC
C O RMS BANKRUPTCY
RECOVERY SERVICES
PO BOX 5126
TIMONIUM, MD 21094-5126

Claim Holder Name and Address

Case Number: 08-35653
PRAXAIR DISTRIBUTION INC
C O RMS BANKRUPTCY RECOVERY    Docketed Total: **$5,536.02**
SERVICES
PO BOX 5126
TIMONIUM, MD 21094-5126

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $4,750.00 | $786.02 |

Case Number: 08-35653
Modified Total: **$5,536.02**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $5,536.02 | |

---

**Claim: 2794**
Date Filed: 01/06/2009
Docketed Total: $225.41
Filing Creditor Name and Address:
PRICER, BRITTANY
1418 OAK GROVE DR
ROSEVILLE, CA 95747-0000

Claim Holder Name and Address

Case Number: 08-35653
PRICER, BRITTANY
1418 OAK GROVE DR    Docketed Total: **$225.41**
ROSEVILLE, CA 95747-0000

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $225.41 | |

Case Number: 08-35653
Modified Total: **$225.41**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $225.41 | |

---

**Claim: 2356**
Date Filed: 01/05/2009
Docketed Total: $30.36
Filing Creditor Name and Address:
PRITCHARD, JAY
28 MAPLE VALLEY CRES
ROCHESTER, NY 00001-4623

Claim Holder Name and Address

Case Number: 08-35653
PRITCHARD, JAY
28 MAPLE VALLEY CRES    Docketed Total: **$30.36**
ROCHESTER, NY 00001-4623

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $30.36 | |

Case Number: 08-35653
Modified Total: **$30.36**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $30.36 | |

---

\*    "UNL" denotes an unliquidated claim.

Case No. 08-35653 (KRH)

Debtors' Seventh Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | | |
|---|---|---|
| Claim: 2097<br>Date Filed: 01/02/2009<br>Docketed Total: $66.76<br>Filing Creditor Name and Address:<br>PUNGTY, GEORGE<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000 | Claim Holder Name and Address   Case Number: 08-35653<br>PUNGTY, GEORGE   Docketed Total: **$66.76**<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000 | Case Number: 08-35653<br>Modified Total: **$66.76** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $66.76 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $66.76 | |

| | | | |
|---|---|---|---|
| Claim: 5106<br>Date Filed: 01/22/2009<br>Docketed Total: $115.19<br>Filing Creditor Name and Address:<br>RABUN, DEVON<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244 | Claim Holder Name and Address   Case Number: 08-35653<br>RABUN, DEVON   Docketed Total: **$115.19**<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244 | Case Number: 08-35653<br>Modified Total: **$115.19** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $115.19 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $115.19 | |

| | | |
|---|---|---|
| Claim: 2784<br>Date Filed: 01/05/2009<br>Docketed Total: $78.30<br>Filing Creditor Name and Address:<br>RAK, DAVID<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000 | Claim Holder Name and Address   Case Number: 08-35653<br>RAK, DAVID   Docketed Total: **$78.30**<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000 | Case Number: 08-35653<br>Modified Total: **$78.30** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $78.30 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $78.30 | |

| | | |
|---|---|---|
| Claim: 4025<br>Date Filed: 01/19/2009<br>Docketed Total: $123.86<br>Filing Creditor Name and Address:<br>RASMUSSEN, ADRIAN<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062 | Claim Holder Name and Address   Case Number: 08-35654<br>RASMUSSEN, ADRIAN   Docketed Total: **$123.86**<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062 | Case Number: 08-35654<br>Modified Total: **$123.86** |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $123.86 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $123.86 | |

\*   "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4149**
Date Filed:  01/20/2009
Docketed Total:    $63.30
Filing Creditor Name and Address:
  RIVERS, MONIQUE
  6204 60TH PLACE
  RIVERDALE, MD 00002-0737

Claim Holder Name and Address
RIVERS, MONIQUE
6204 60TH PLACE
RIVERDALE, MD 00002-0737
Case Number: 08-35653
Docketed Total: **$63.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $63.30 |

Case Number: 08-35653
Modified Total: **$63.30**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $63.30 | |

**Claim: 6873**
Date Filed:  01/27/2009
Docketed Total:    $250.76
Filing Creditor Name and Address:
  RODRIGUEZ, RALPH
  471 BEECHWOOD AVE
  BRIDGEPORT, CT 06604-0000

Claim Holder Name and Address
RODRIGUEZ, RALPH
471 BEECHWOOD AVE
BRIDGEPORT, CT 06604-0000
Case Number: 08-35653
Docketed Total: **$250.76**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $250.76 |

Case Number: 08-35653
Modified Total: **$250.76**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $250.76 | |

**Claim: 4283**
Date Filed:  01/20/2009
Docketed Total:    $163.81
Filing Creditor Name and Address:
  SAMPSON, DAVID
  5714 RIDGE AVE
  CINCINNATI, OH 45213-0000

Claim Holder Name and Address
SAMPSON, DAVID
5714 RIDGE AVE
CINCINNATI, OH 45213-0000
Case Number: 08-35653
Docketed Total: **$163.81**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $163.81 |

Case Number: 08-35653
Modified Total: **$163.81**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $163.81 | |

**Claim: 3388**
Date Filed:  01/12/2009
Docketed Total:    $47.25
Filing Creditor Name and Address:
  SANTOS, ANDREW
  4143 SUNRISE CREEK DR
  SAN ANTONIO, TX 78244-0000

Claim Holder Name and Address
SANTOS, ANDREW
4143 SUNRISE CREEK DR
SAN ANTONIO, TX 78244-0000
Case Number: 08-35653
Docketed Total: **$47.25**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $47.25 |

Case Number: 08-35653
Modified Total: **$47.25**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $47.25 | |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 8672**
Date Filed: 01/26/2009
Docketed Total: $62.97
Filing Creditor Name and Address:
SEARS, JUSTIN LEE
9282 CHAPS LN
PALO CEDRO, CA 96073

| | Claim Holder Name and Address | | | Case Number: | 08-35654 | | | Case Number: | 08-35654 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SEARS, JUSTIN LEE 9282 CHAPS LN PALO CEDRO, CA 96073 | | | Docketed Total: | **$62.97** | | | Modified Total: | **$62.97** | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | $62.97 | | | | | | | $62.97 | |

**Claim: 5989**
Date Filed: 01/09/2009
Docketed Total: $90.29
Filing Creditor Name and Address:
SHAUGHNESSY, COLLIN
903 FERNWOOD DRIVE
JONESBORO, AR 72401-0000

| | Claim Holder Name and Address | | | Case Number: | 08-35653 | | | Case Number: | 08-35653 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SHAUGHNESSY, COLLIN 903 FERNWOOD DRIVE JONESBORO, AR 72401-0000 | | | Docketed Total: | **$90.29** | | | Modified Total: | **$90.29** | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | $90.29 | | | | | | | $90.29 | |

**Claim: 4324**
Date Filed: 01/20/2009
Docketed Total: $92.13
Filing Creditor Name and Address:
SLAUGHTER, LEONARD
12341 SOUTH LOVELAND ST
ALSIP, IL 60803-0000

| | Claim Holder Name and Address | | | Case Number: | 08-35653 | | | Case Number: | 08-35653 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SLAUGHTER, LEONARD 12341 SOUTH LOVELAND ST ALSIP, IL 60803-0000 | | | Docketed Total: | **$92.13** | | | Modified Total: | **$92.13** | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | $92.13 | | | | | | | $92.13 | |

**Claim: 2899**
Date Filed: 01/06/2009
Docketed Total: $84.30
Filing Creditor Name and Address:
SWEET, SCOTTT
8283 118TH AVE N
LARGO, FL 33773-0000

| | Claim Holder Name and Address | | | Case Number: | 08-35653 | | | Case Number: | 08-35653 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SWEET, SCOTTT 8283 118TH AVE N LARGO, FL 33773-0000 | | | Docketed Total: | **$84.30** | | | Modified Total: | **$84.30** | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | $84.30 | | | | | | | $84.30 | |

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

---

**Claim: 3059**
Date Filed:   01/09/2009
Docketed Total:   $71.06
Filing Creditor Name and Address:
TAYLOR, TRAVIS
29520 JOHN R RD
MADISON HTS, MI 48071-2562

Claim Holder Name and Address
TAYLOR, TRAVIS
29520 JOHN R RD
MADISON HTS, MI 48071-2562

Case Number:   08-35653
Docketed Total:   **$71.06**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $71.06 |

Case Number:   08-35653
Modified Total:   **$71.06**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $71.06 | |

---

**Claim: 3379**
Date Filed:   01/12/2009
Docketed Total:   $73.13
Filing Creditor Name and Address:
TEACHOUT, BRIAN
51 E ALEXA CT
BOZEMAN, MT 59718-6610

Claim Holder Name and Address
TEACHOUT, BRIAN
51 E ALEXA CT
BOZEMAN, MT 59718-6610

Case Number:   08-35653
Docketed Total:   **$73.13**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73.13 |

Case Number:   08-35653
Modified Total:   **$73.13**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $73.13 | |

---

**Claim: 3966**
Date Filed:   01/15/2009
Docketed Total:   $154.36
Filing Creditor Name and Address:
TOAL, JOHN
281 NATHAN CT
CLIFFWOOD, NJ 07721-0000

Claim Holder Name and Address
TOAL, JOHN
281 NATHAN CT
CLIFFWOOD, NJ 07721-0000

Case Number:   08-35653
Docketed Total:   **$154.36**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $154.36 |

Case Number:   08-35653
Modified Total:   **$154.36**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $154.36 | |

---

**Claim: 6785**
Date Filed:   01/28/2009
Docketed Total:   $150.92
Filing Creditor Name and Address:
VAUGHAN, PAUL
372 S FRANKLIN ST
WILKES BARRE, PA 18766-0000

Claim Holder Name and Address
VAUGHAN, PAUL
372 S FRANKLIN ST
WILKES BARRE, PA 18766-0000

Case Number:   08-35653
Docketed Total:   **$150.92**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.92 |

Case Number:   08-35653
Modified Total:   **$150.92**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $150.92 | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al. Case 08-35653-KRH  Doc 8519  Filed 09/09/10  Entered 09/09/10 08:53:01 Desc Main
Case No. 08-35653 (KRH)
Document  Page 25 of 29
Debtors' Fifteenth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 5922**
Date Filed: 01/26/2009
Docketed Total: $61.13
Filing Creditor Name and Address:
WALKER, SHAQUANA
115 HAMMERBECK RD
SUMMERVILLE, SC 29483-0000

Claim Holder Name and Address
WALKER, SHAQUANA
115 HAMMERBECK RD
SUMMERVILLE, SC 29483-0000
Case Number: 08-35653
Docketed Total: $61.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $61.13 | |

Case Number: 08-35653
Modified Total: $61.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $61.13 | |

**Claim: 3198**
Date Filed: 01/12/2009
Docketed Total: $103.56
Filing Creditor Name and Address:
WALL, GREG
5320 NAVIGATION CT
FAIR OAKS, CA 95628-0000

Claim Holder Name and Address
WALL, GREG
5320 NAVIGATION CT
FAIR OAKS, CA 95628-0000
Case Number: 08-35653
Docketed Total: $103.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $103.56 | |

Case Number: 08-35653
Modified Total: $103.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $103.56 | |

**Claim: 2504**
Date Filed: 01/05/2009
Docketed Total: $87.00
Filing Creditor Name and Address:
WELCH, NATHAN
13547 W MONTANA PLACE
LAKEWOOD, CO 00008-0228

Claim Holder Name and Address
WELCH, NATHAN
13547 W MONTANA PLACE
LAKEWOOD, CO 00008-0228
Case Number: 08-35654
Docketed Total: $87.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $87.00 | |

Case Number: 08-35654
Modified Total: $87.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $87.00 | |

**Claim: 5308**
Date Filed: 01/23/2009
Docketed Total: $87.35
Filing Creditor Name and Address:
WILLIAMS, SHELTON
533 SHADOW VALLEY CT
LITHONIA, GA 30058-3269

Claim Holder Name and Address
WILLIAMS, SHELTON
533 SHADOW VALLEY CT
LITHONIA, GA 30058-3269
Case Number: 08-35653
Docketed Total: $87.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | $87.35 | |

Case Number: 08-35653
Modified Total: $87.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $87.35 | |

*  "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Debtors' Sixth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| | Claim Holder Name and Address | Case Number: 08-35653 | | Case Number: 08-35653 |
|---|---|---|---|---|

**Claim: 2747**
Date Filed: 01/06/2009
Docketed Total: $405.47
Filing Creditor Name and Address:
ZAPPITIELLI, PAUL
29 29 211 ST
BAYSIDE, NY 11360-0000

Claim Holder Name and Address

ZAPPITIELLI, PAUL
29 29 211 ST
BAYSIDE, NY 11360-0000

Case Number: 08-35653
Docketed Total: $405.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $405.47 |

Case Number: 08-35653
Modified Total: $405.47

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $405.47 | |

**Claim: 8325**
Date Filed: 01/29/2009
Docketed Total: $93.83
Filing Creditor Name and Address:
ZECHMAN, ASHLEY
150 REVERE RD
STEWARTSVILLE, NJ 08886-0000

Claim Holder Name and Address

ZECHMAN, ASHLEY
150 REVERE RD
STEWARTSVILLE, NJ 08886-0000

Case Number: 08-35653
Docketed Total: $93.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $93.83 |

Case Number: 08-35653
Modified Total: $93.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $93.83 | |

**Total Claims To Be Modified: 86**
**Total Amount As Docketed:**      **$135,074.46**
**Total Amount As Modified:**      **$135,074.46**

\*      "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14282**
Date Filed: 06/30/2009
Docketed Total: $67,795.07
Filing Creditor Name and Address:
  COMMERCE TECHNOLOGIES INC
  DBA COMMERCEHUB
  750 9TH ST NW STE 550
  WASHINGTON, DC 20001-4534

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB 750 9TH ST NW STE 550 WASHINGTON, DC 20001-4534 | Docketed Total: | $67,795.07 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $67,795.07 | | | UNL |

CLAIM AS MODIFIED:

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $67,795.07 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $2,701.86 | | | $65,093.21 |

---

**Claim: 14889**
Date Filed: 03/25/2010
Docketed Total: $91,000.00
Filing Creditor Name and Address:
  COMMERCE TECHNOLOGIES INC
  DBA COMMERCEHUB
  SCHNADER HARRISON SEGAL &
  LEWIS LLP
  750 9TH ST NW STE 550
  WASHINGTON, DC 20001-4524

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| COMMERCE TECHNOLOGIES INC DBA COMMERCEHUB SCHNADER HARRISON SEGAL & LEWIS LLP 750 9TH ST NW STE 550 WASHINGTON, DC 20001-4524 | Docketed Total: | $91,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $91,000.00 | | | |

CLAIM AS MODIFIED:

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $91,000.00 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $91,000.00 |

---

**Claim: 8054**
Date Filed: 01/28/2009
Docketed Total: $1,568,659.78
Filing Creditor Name and Address:
  EXPORT DEVELOPMENT
  CANADA EDC
  151 OCONNOR ST
  OTTAWA, ON K1A 1K3
  CANADA

| Claim Holder Name and Address | Case Number: | 08-35653 |
|---|---|---|
| EXPORT DEVELOPMENT CANADA EDC 151 OCONNOR ST OTTAWA, ON K1A 1K3 CANADA | Docketed Total: | $1,568,659.78 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $949,650.49 | | | $619,009.29 |

CLAIM AS MODIFIED:

| | Case Number: | 08-35653 |
|---|---|---|
| | Modified Total: | $1,568,659.78 |

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | $518,367.70 | | | $1,050,292.08 |

---

\*    "UNL" denotes an unliquidated claim.

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Claim: 8280
Date Filed: 01/29/2009
Docketed Total: $400,000.00
Filing Creditor Name and Address:
MONCAVO SETTLEMENT CLASS
WHITEFORD TAYLOR & PRESTON
LLP
3190 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042

Claim Holder Name and Address

MONCAVO SETTLEMENT CLASS
WHITEFORD TAYLOR & PRESTON
LLP
3190 FAIRVIEW PARK DR STE 300
FALLS CHURCH, VA 22042

Case Number: 08-35653
Docketed Total: $400,000.00

Case Number: 08-35653
Modified Total: $400,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $400,000.00 | | | | | | | | $400,000.00 |

**Total Claims To Be Modified: 4**
**Total Amount As Docketed:**    $2,127,454.85
**Total Amount As Modified:**    $2,127,454.85

\*    "UNL" denotes an unliquidated claim.

**In re: Circuit City Stores, Inc, et al.**
**Case No. 08-35653-KRH**

Debtors' Eighteenth Omnibus Objection to Claims (Reclassification Of
Certain Misclassified Miscellaneous Claims And Misclassified Wage Check
Claims) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TREASURER COUNTY OF LOUDOUN VIRGINIA ATTN COLLECTIONS BANKRUPTCY DIV PO BOX 347 MSC NO 31 LEESBURG, VA 20178-0347 | 13686 | Secured: Priority: Administrative: 503(b)(9): Unsecured: Reclamation: Total: | $5,662.32 $23,190.87 $28,853.19 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:       1              $28,853.19

* "UNL" denotes an unliquidated claim.