Case 08-35653-KRH    Doc 8523    Filed 09/09/10    Entered 09/10/10 00:48:31    Desc
Imaged Certificate of Service    Page 1 of 2
Case 3:10-cv-00316-JRS    Document 15    Filed 09/03/10    Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICHMOND DIVISION
FILED
SEP 3 2010
CLERK
US BANKRUPTCY COURT

PARAMOUNT HOME ENTERTAINMENT INC.,

          Appellant,

v.

CIRCUIT CITY STORES, INC., et al.,

          Appellees.

Action No. 3:10-CV-316

## ORDER

This matter is before the Court on Paramount Home Entertainment Inc.'s appeal of the Bankruptcy Court's decision granting summary judgment in favor of Debtors (Dock. No. 1). For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES the appeal and AFFIRMS the decision of the Bankruptcy Court.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

          /s/
James R. Spencer
Chief United States District Judge

ENTERED this  3rd  day of September 2010

1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7            User: frenchs              Page 1 of 1              Date Rcvd: Sep 07, 2010
Case: 08-35653                  Form ID: pdforder          Total Noticed: 1

The following entities were noticed by first class mail on Sep 09, 2010.
aty         +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636
The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 09, 2010**            **Signature:** *Joseph Speetjens*