G. David Dean
COLE, SCHOTZ, MEISEL,
   FORMAN & LEONARD, P.A.
300 East Lombard St., Suite 2000
Baltimore, MD  21202
Virginia State Bar No. 50971
410-528-2972

*Counsel for Faber Bros., Inc.*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

|  |  |
|---|---|
| **In re:**<br><br>**CIRCUIT CITY STORES, INC., et al.,**<br><br>    **Debtors.** | **Case No. 08-35653-KRH**<br>**Chapter 11**<br>**(Jointly Administered)** |

## ORDER WITHDRAWING APPEARANCES OF G. DAVID DEAN AND COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. AS COUNSEL FOR FABER BROS., INC. PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(G)

This matter came before the Court on the Motion to Withdraw as Counsel to Faber Bros., Inc. Pursuant to Bankruptcy Rule 2090-1(G) (the "Motion").  Based upon the Court's consideration of any submissions of the parties,

IT IS HEREBY ORDERED:

1.     The Motion is **GRANTED**.

2.     The appearances of G. David Dean and Cole, Schotz, Meisel, Forman & Leonard, P.A. on behalf of Faber Bros., Inc. are hereby withdrawn.

Dated:  Richmond, Virginia

     Sep 8 2010
_____, 2010

/s/ Kevin Huennekens
_____
Honorable Kevin R. Huennekens
United States Bankruptcy Judge

Entered on docket:  Sept 9 2010

26340/0454-6837394v1

WE ASK FOR THIS RELIEF:

/s/ G. David Dean_____
G. David Dean (Va. Bar No. 50971)
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
300 East Lombard St., Suite 2000
Baltimore, Maryland  21202
410-528-2972
410-230-0667 Facsimile

Counsel for Faber Bros., Inc.

### **Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties

pursuant to Local Rule 9022-1(C).


/s/ G.David Dean\_
G. David Dean

2

26340/0454-6837394v1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: frenchs          Page 1 of 1          Date Rcvd: Sep 09, 2010
Case: 08-35653               Form ID: pdforder       Total Noticed: 2
```

The following entities were noticed by first class mail on Sep 11, 2010.
aty           +G. David Dean,   Cole, Scholz, Meisel, Forman & Leonard,   300 E. Lombard St., Suite 2000,
               Baltimore, MD 21202-3233
aty           +Gregg M. Galardi,   Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
               Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2010                Signature: