Gregg M. Galardi, Esq.                    Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.                   Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &           MCGUIREWOODS LLP
FLOM, LLP                                 One James Center
One Rodney Square                         901 E. Cary Street
PO Box 636                                Richmond, Virginia 23219
Wilmington, Delaware 19899-0636           (804) 775-1000
(302) 651-3000

            - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
            Debtors.          :   Jointly Administered
- - - - - - - - - - - - - - x

## ORDER ON DEBTORS' EIGHTIETH OMNIBUS OBJECTION TO CLAIMS (RECLASSIFICATION OF CERTAIN MISCLASSIFIED MISCELLANEOUS CLAIMS AND MISCLASSIFIED WAGE CHECK CLAIMS)

THIS MATTER having come before the Court on the

Debtors' Eightieth Omnibus Objection to Claims

(Reclassification of Certain Misclassified Miscellaneous

Claims and Misclassified Wage Check Claims) (the

"Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C and Exhibit D attached to the Objection be reclassified, in whole or in part, for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested on the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1.   The Objection is SUSTAINED as set forth herein.

2.   The Claims identified on Exhibit A as attached hereto and incorporated herein are reclassified as set forth on Exhibit A.

3.   The status hearing on the Objection to the claims identified on Exhibit B as attached hereto and incorporated herein is hereby adjourned to September 27, 2010 at 2:00 p.m. (Eastern) or until such later time as

2

agreed by the parties.

4.   The Objection is withdrawn without prejudice as to the claim identified on Exhibit C as attached hereto and incorporated herein; provided, that the Debtors' rights and abilities to object to the claim on Exhibit C on any available grounds and bases applicable law permits are hereby preserved in their entirety and nothing herein shall be construed or deemed to limit or impair such rights and abilities.

5.   The Debtors' rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6.   The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7.   This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
        Sep 8 2010                 , 2010

                        /s/ Kevin Huennekens
                        _____
                        HONORABLE KEVIN R. HUENNEKENS
                        UNITED STATES BANKRUPTCY JUDGE


                        Entered on docket: Sept 9 2010

3

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

        Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                                /s/ Douglas M. Foley
                                Douglas M. Foley

4

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4194<br>Date Filed: 01/20/2009<br>Docketed Total: $73.67<br>Filing Creditor Name and Address:<br>ADAMES, SHAKYRA<br>92 19 195 PLACE PH<br>HOLLIS, NY 11423-0000 | Claim Holder Name and Address<br>Case Number: 08-35653<br>ADAMES, SHAKYRA<br>92 19 195 PLACE PH<br>HOLLIS, NY 11423-0000<br>Docketed Total: $73.67<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$73.67 | Case Number: 08-35653<br>Modified Total: $73.67<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$73.67 |
| Claim: 1585<br>Date Filed: 12/15/2008<br>Docketed Total: $16,879.37<br>Filing Creditor Name and Address:<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711 | Claim Holder Name and Address<br>Case Number: 08-35653<br>ALBERQUE, EDWARD A<br>4100 46TH AVE S<br>ST PETERSBURG, FL 33711<br>Docketed Total: $16,879.37<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$16,879.37 | Case Number: 08-35653<br>Modified Total: $16,879.37<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$16,879.37 |
| Claim: 7649<br>Date Filed: 01/27/2009<br>Docketed Total: $223.37<br>Filing Creditor Name and Address:<br>AUSTIN, JOSIAH<br>543 EAST 21 ST D1<br>BROOKLYN, NY 11226 | Claim Holder Name and Address<br>Case Number: 08-35653<br>AUSTIN, JOSIAH<br>543 EAST 21 ST D1<br>BROOKLYN, NY 11226<br>Docketed Total: $223.37<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$223.37 | Case Number: 08-35653<br>Modified Total: $223.37<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$223.37 |
| Claim: 6372<br>Date Filed: 01/27/2009<br>Docketed Total: $68.62<br>Filing Creditor Name and Address:<br>BALIDIO, MATTHEW<br>951009 KELAKELA ST<br>MILILANI, HI 96789-5991 | Claim Holder Name and Address<br>Case Number: 08-35654<br>BALIDIO, MATTHEW<br>951009 KELAKELA ST<br>MILILANI, HI 96789-5991<br>Docketed Total: $68.62<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$68.62 | Case Number: 08-35654<br>Modified Total: $68.62<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$68.62 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|

**Claim: 2516**
Date Filed: 01/05/2009
Docketed Total: $166.19
Filing Creditor Name and Address:
  BANNESTER, KATIE
  10008 GARFIELD
  REDFORD, MI 48239-0000

Claim Holder Name and Address
  BANNESTER, KATIE
  10008 GARFIELD
  REDFORD, MI 48239-0000

Case Number: 08-35653
Docketed Total: $166.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $166.19 |

Case Number: 08-35653
Modified Total: $166.19

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $166.19 | |

---

**Claim: 4664**
Date Filed: 01/23/2009
Docketed Total: $156.06
Filing Creditor Name and Address:
  BECERRA, MARLENE
  108 WEST EAGLE AVE
  PHARR, TX 78577-0000

Claim Holder Name and Address
  BECERRA, MARLENE
  108 WEST EAGLE AVE
  PHARR, TX 78577-0000

Case Number: 08-35653
Docketed Total: $156.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $156.06 |

Case Number: 08-35653
Modified Total: $156.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $156.06 | |

---

**Claim: 4112**
Date Filed: 01/20/2009
Docketed Total: $188.41
Filing Creditor Name and Address:
  BISHOP, LAWRENCE
  472 LINKS VIEW DRIVE
  HAGERSTOWN, MD 00002-1740

Claim Holder Name and Address
  BISHOP, LAWRENCE
  472 LINKS VIEW DRIVE
  HAGERSTOWN, MD 00002-1740

Case Number: 08-35653
Docketed Total: $188.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $188.41 |

Case Number: 08-35653
Modified Total: $188.41

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $188.41 | |

---

**Claim: 2412**
Date Filed: 01/02/2009
Docketed Total: $161.17
Filing Creditor Name and Address:
  BROUGHTON, TRAVIS
  220 BRANHAM WAY
  MT WASHINGTON, KY 40047-0000

Claim Holder Name and Address
  BROUGHTON, TRAVIS
  220 BRANHAM WAY
  MT WASHINGTON, KY 40047-0000

Case Number: 08-35653
Docketed Total: $161.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $161.17 |

Case Number: 08-35653
Modified Total: $161.17

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $161.17 | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 2339<br>Date Filed:   01/02/2009<br>Docketed Total:    $270.42<br>Filing Creditor Name and Address:<br>  BURCHELL, STEVIE<br>  83 GLEN ABBEY<br>  ABILENE, TX 79606-0000 | Claim Holder Name and Address<br><br>  BURCHELL, STEVIE<br>  83 GLEN ABBEY<br>  ABILENE, TX 79606-0000 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$270.42 | | Case Number:<br><br>Modified Total: | | | | 08-35653<br><br>$270.42 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$270.42 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$270.42 | Interest |
| Claim: 2826<br>Date Filed:   01/06/2009<br>Docketed Total:    $56.77<br>Filing Creditor Name and Address:<br>  CASANAS, ANTHONY<br>  318 HOFFMAN ST<br>  COLMA, CA 94014-0000 | Claim Holder Name and Address<br><br>  CASANAS, ANTHONY<br>  318 HOFFMAN ST<br>  COLMA, CA 94014-0000 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$56.77 | | Case Number:<br><br>Modified Total: | | | | 08-35653<br><br>$56.77 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$56.77 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$56.77 | Interest |
| Claim: 8971<br>Date Filed:   01/30/2009<br>Docketed Total:    $207.42<br>Filing Creditor Name and Address:<br>  CHOU, DANIEL<br>  39270 SUNDALE DR<br>  FREMONT, CA 94538 | Claim Holder Name and Address<br><br>  CHOU, DANIEL<br>  39270 SUNDALE DR<br>  FREMONT, CA 94538 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$207.42 | | Case Number:<br><br>Modified Total: | | | | 08-35653<br><br>$207.42 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$207.42 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$207.42 | Interest |
| Claim: 8857<br>Date Filed:   01/30/2009<br>Docketed Total:    $11.61<br>Filing Creditor Name and Address:<br>  CHOU, DANIEL JOSHUA<br>  39270 SUNDALE DR<br>  FREMONT, CA 94538-1917 | Claim Holder Name and Address<br><br>  CHOU, DANIEL JOSHUA<br>  39270 SUNDALE DR<br>  FREMONT, CA 94538-1917 | Case Number:<br><br>Docketed Total: | | | | 08-35653<br><br>$11.61 | | Case Number:<br><br>Modified Total: | | | | 08-35653<br><br>$11.61 | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$11.61 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$11.61 | Interest |

\*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3076**
Date Filed: 01/09/2009
Docketed Total: $37.01
Filing Creditor Name and Address:
COLLINS, QUEEN E
3780 CAUBLE RD
SALISBURY, NC 28144

Claim Holder Name and Address
COLLINS, QUEEN E
3780 CAUBLE RD
SALISBURY, NC 28144

Case Number: 08-35653
Docketed Total: $37.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $37.01 |

Case Number: 08-35653
Modified Total: $37.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $37.01 | |

---

**Claim: 6981**
Date Filed: 01/27/2009
Docketed Total: $31.89
Filing Creditor Name and Address:
COLON, KYELIA
312 HARRISON ST
APT 3B
HOBOKEN, NJ 07030

Claim Holder Name and Address
COLON, KYELIA
312 HARRISON ST
APT 3B
HOBOKEN, NJ 07030

Case Number: 08-35653
Docketed Total: $31.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $31.89 |

Case Number: 08-35653
Modified Total: $31.89

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $31.89 | |

---

**Claim: 4459**
Date Filed: 01/21/2009
Docketed Total: $140.30
Filing Creditor Name and Address:
CONTRANCHIS, CHAD
5 TEMPLE RD
WALTHAM, MA 02452

Claim Holder Name and Address
CONTRANCHIS, CHAD
5 TEMPLE RD
WALTHAM, MA 02452

Case Number: 08-35653
Docketed Total: $140.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $140.30 |

Case Number: 08-35653
Modified Total: $140.30

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $140.30 | |

---

**Claim: 7113**
Date Filed: 01/28/2009
Docketed Total: $171.08
Filing Creditor Name and Address:
CORBETT, GWENNIFER
3204 ERVINS PLACE DR
CASTLE HAYNE, NC 28429-0000

Claim Holder Name and Address
CORBETT, GWENNIFER
3204 ERVINS PLACE DR
CASTLE HAYNE, NC 28429-0000

Case Number: 08-35653
Docketed Total: $171.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $171.08 |

Case Number: 08-35653
Modified Total: $171.08

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $171.08 | |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4234**
Date Filed: 01/21/2009
Docketed Total: $308.36
Filing Creditor Name and Address:
CRESER, OLIVIA
1477 RIDGE RD
NORTH HAVEN, CT 06473-0000

Claim Holder Name and Address

CRESER, OLIVIA
1477 RIDGE RD
NORTH HAVEN, CT 06473-0000

Case Number: 08-35653

Docketed Total: $308.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $308.36 |

Case Number: 08-35653

Modified Total: $308.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $308.36 | |

---

**Claim: 4148**
Date Filed: 01/20/2009
Docketed Total: $80.56
Filing Creditor Name and Address:
DOLLAND, LAURA
924 W 245TH ST
HARBOR CITY, CA 90710

Claim Holder Name and Address

DOLLAND, LAURA
924 W 245TH ST
HARBOR CITY, CA 90710

Case Number: 08-35654

Docketed Total: $80.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $80.56 |

Case Number: 08-35654

Modified Total: $80.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $80.56 | |

---

**Claim: 2035**
Date Filed: 12/30/2008
Docketed Total: $406.01
Filing Creditor Name and Address:
FAIRFIELD, JORDAN BARRETT
3201 LAKEWOOD RD
SEBRING, FL 33875

Claim Holder Name and Address

FAIRFIELD, JORDAN BARRETT
3201 LAKEWOOD RD
SEBRING, FL 33875

Case Number: 08-35653

Docketed Total: $406.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $406.01 |

Case Number: 08-35653

Modified Total: $406.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $406.01 | |

---

**Claim: 9110**
Date Filed: 01/30/2009
Docketed Total: $77.31
Filing Creditor Name and Address:
FORSBERG, BETHANY
405 LEVERETT LN
HIGHLAND HEIGHTS, OH
44143-0000

Claim Holder Name and Address

FORSBERG, BETHANY
405 LEVERETT LN
HIGHLAND HEIGHTS, OH 44143-0000

Case Number: 08-35653

Docketed Total: $77.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $77.31 |

Case Number: 08-35653

Modified Total: $77.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $77.31 | |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3074**
Date Filed:   01/09/2009
Docketed Total:   $99.34
Filing Creditor Name and Address:
  GILL, MARK
  828 PRAIRIE SKY WAY
  O FALLON, MO 63368

Claim Holder Name and Address
GILL, MARK
828 PRAIRIE SKY WAY
O FALLON, MO 63368

Case Number:   08-35653
Docketed Total:   **$99.34**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $99.34 |

Case Number:   08-35653
Modified Total:   **$99.34**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $99.34 | |

---

**Claim: 2917**
Date Filed:   01/05/2009
Docketed Total:   $383.82
Filing Creditor Name and Address:
  GNEITING, ANDREW
  508 GREENWOOD RD
  LINTHICUM, MD 21090-0000

Claim Holder Name and Address
GNEITING, ANDREW
508 GREENWOOD RD
LINTHICUM, MD 21090-0000

Case Number:   08-35653
Docketed Total:   **$383.82**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $383.82 |

Case Number:   08-35653
Modified Total:   **$383.82**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $383.82 | |

---

**Claim: 2994**
Date Filed:   01/05/2009
Docketed Total:   $32.57
Filing Creditor Name and Address:
  GOLDSMITH, ZACH
  9773 TULIP TREE CT
  LOVELAND, OH 45140-0000

Claim Holder Name and Address
GOLDSMITH, ZACH
9773 TULIP TREE CT
LOVELAND, OH 45140-0000

Case Number:   08-35653
Docketed Total:   **$32.57**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $32.57 |

Case Number:   08-35653
Modified Total:   **$32.57**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $32.57 | |

---

**Claim: 4652**
Date Filed:   01/23/2009
Docketed Total:   $91.54
Filing Creditor Name and Address:
  GOMEZ, ISAAC
  1201 E BELL
  PHARR, TX 78577-0000

Claim Holder Name and Address
GOMEZ, ISAAC
1201 E BELL
PHARR, TX 78577-0000

Case Number:   08-35653
Docketed Total:   **$91.54**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $91.54 |

Case Number:   08-35653
Modified Total:   **$91.54**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $91.54 | |

---

*      "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered**

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 5858**
Date Filed: 01/26/2009
Docketed Total: $247.77
Filing Creditor Name and Address:
GRIFFITH, JIMMY
868 MCLEOD PARC
PICKERINGTON, OH 43147-0000

Claim Holder Name and Address
GRIFFITH, JIMMY
868 MCLEOD PARC
PICKERINGTON, OH 43147-0000

Case Number: 08-35653
Docketed Total: $247.77

Case Number: 08-35653
Modified Total: $247.77

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $247.77 | | | | | | | $247.77 |

**Claim: 5299**
Date Filed: 01/26/2009
Docketed Total: $64.60
Filing Creditor Name and Address:
HARRIS, BRITTANY
2593 PERNA LANE
VINELAND, NJ 08361-0000

Claim Holder Name and Address
HARRIS, BRITTANY
2593 PERNA LANE
VINELAND, NJ 08361-0000

Case Number: 08-35653
Docketed Total: $64.60

Case Number: 08-35653
Modified Total: $64.60

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $64.60 | | | | | | | $64.60 |

**Claim: 4988**
Date Filed: 01/21/2009
Docketed Total: $63.02
Filing Creditor Name and Address:
HARRISON, RICHARD
1005 CHIPPENHAM RD
MECHANICSBURG, PA 17050-0000

Claim Holder Name and Address
HARRISON, RICHARD
1005 CHIPPENHAM RD
MECHANICSBURG, PA 17050-0000

Case Number: 08-35653
Docketed Total: $63.02

Case Number: 08-35653
Modified Total: $63.02

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $63.02 | | | | | | | $63.02 |

**Claim: 1957**
Date Filed: 12/26/2008
Docketed Total: $404.45
Filing Creditor Name and Address:
HART, ALEXANDER
6188 COVINGTON WAY
GOLETA, CA 93117-0000

Claim Holder Name and Address
HART, ALEXANDER
6188 COVINGTON WAY
GOLETA, CA 93117-0000

Case Number: 08-35653
Docketed Total: $404.45

Case Number: 08-35653
Modified Total: $404.45

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $404.45 | | | | | | | $404.45 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | CLAIM AS MODIFIED | | |
|---|---|---|---|---|---|---|
| Claim: 2074<br>Date Filed: 01/02/2009<br>Docketed Total: $95.68<br>Filing Creditor Name and Address:<br>HASTINGS, BRETT<br>3464 FANWOOD AVE<br>LONG BEACH, CA 00009-0808 | Claim Holder Name and Address<br>HASTINGS, BRETT<br>3464 FANWOOD AVE<br>LONG BEACH, CA 00009-0808 | Case Number: 08-35654<br>Docketed Total: $95.68 | | Case Number: 08-35654<br>Modified Total: $95.68 | | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$95.68 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured Interest<br>$95.68 | | |
| Claim: 2895<br>Date Filed: 01/06/2009<br>Docketed Total: $11,174.23<br>Filing Creditor Name and Address:<br>HOLYOKE GAS & ELECTRIC<br>DEPARTMENT<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040-5082 | Claim Holder Name and Address<br>HOLYOKE GAS & ELECTRIC<br>DEPARTMENT<br>99 SUFFOLK ST<br>HOLYOKE, MA 01040 | Case Number: 08-35653<br>Docketed Total: $11,174.23 | | Case Number: 08-35653<br>Modified Total: $11,174.23 | | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$11,174.23 UNL | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured Interest<br>$842.11 $10,332.12 | | |
| Claim: 9754<br>Date Filed: 01/30/2009<br>Docketed Total: $44.65<br>Filing Creditor Name and Address:<br>HORNE, DEVONM<br>113 SOUTH 4TH AVE<br>COATESVILLE, PA 19320-0000 | Claim Holder Name and Address<br>HORNE, DEVON M<br>113 S 4TH AVE<br>COATESVILLE, PA 19320-0000 | Case Number: 08-35653<br>Docketed Total: $44.65 | | Case Number: 08-35653<br>Modified Total: $44.65 | | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$44.65 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured Interest<br>$44.65 | | |
| Claim: 3267<br>Date Filed: 01/12/2009<br>Docketed Total: $257.45<br>Filing Creditor Name and Address:<br>HOUGHTALING, KRIS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000 | Claim Holder Name and Address<br>HOUGHTALING, KRIS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000 | Case Number: 08-35653<br>Docketed Total: $257.45 | | Case Number: 08-35653<br>Modified Total: $257.45 | | |
| | 503(b)(9) Reclamation Admin Secured Priority Unsecured<br>$257.45 | | | 503(b)(9) Reclamation Admin Secured Priority Unsecured Interest<br>$257.45 | | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3269<br>Date Filed:  01/12/2009<br>Docketed Total:  $387.79<br>Filing Creditor Name and Address:<br> HOUGHTALING, KRISS<br> 8975 FIELD ST<br> NO 32<br> WESTMINSTER, CO 80021-0000 | Claim Holder Name and Address    Case Number:  08-35653<br><br>HOUGHTALING, KRISS<br>8975 FIELD ST<br>NO 32<br>WESTMINSTER, CO 80021-0000    Docketed Total:  $387.79<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $387.79 | Case Number:  08-35653<br><br>Modified Total:  $387.79<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                                          $387.79 |
| Claim: 2098<br>Date Filed:  01/02/2009<br>Docketed Total:  $127.77<br>Filing Creditor Name and Address:<br> JACKSON, PETER<br> 142 WARNER ST<br> CINCINNATI, OH 45219-0000 | Claim Holder Name and Address    Case Number:  08-35653<br><br>JACKSON, PETER<br>142 WARNER ST<br>CINCINNATI, OH 45219-0000    Docketed Total:  $127.77<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $127.77 | Case Number:  08-35653<br><br>Modified Total:  $127.77<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                                          $127.77 |
| Claim: 5616<br>Date Filed:  01/27/2009<br>Docketed Total:  $245.38<br>Filing Creditor Name and Address:<br> JACKSON, RICHARD<br> 1035 AUBREY DR<br> ASHLAND, TN 37015-4518 | Claim Holder Name and Address    Case Number:  08-35653<br><br>JACKSON, RICHARD<br>1035 AUBREY DR<br>ASHLAND, TN 37015-4518    Docketed Total:  $245.38<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $245.38 | Case Number:  08-35653<br><br>Modified Total:  $245.38<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                                          $245.38 |
| Claim: 9592<br>Date Filed:  01/30/2009<br>Docketed Total:  $0.00<br>Filing Creditor Name and Address:<br> JAMES A COLE<br> 4927 56TH PL<br> BLADENSBURG, MD 20710-1601 | Claim Holder Name and Address    Case Number:  08-35653<br><br>COLE, JAMES A<br>4927 56TH PL<br>BLADENSBURG, MD 20710-1601    Docketed Total:  UNL<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>                                                                    $0.00 | Case Number:  08-35653<br><br>Modified Total:  $0.00<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                                          $0.00 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3478**
Date Filed:  01/13/2009
Docketed Total:  $153.83
Filing Creditor Name and Address:
  JOHN, WALKER
  PO BOX 6554
  ROCK ISLAND, IL 61204

Claim Holder Name and Address
  JOHN, WALKER
  PO BOX 6554
  ROCK ISLAND, IL 61204

Case Number: 08-35653
Docketed Total: $153.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  | $153.83 |  |  |

Case Number: 08-35653
Modified Total: $153.83

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $153.83 |  |

---

**Claim: 7397**
Date Filed:  01/29/2009
Docketed Total:  $124.13
Filing Creditor Name and Address:
  JOHNSON, MICHAEL
  500 TOFTREES AVE
  125
  STATE COLLEGE, PA 16803-0000

Claim Holder Name and Address
  JOHNSON, MICHAEL
  500 TOFTREES AVE
  125
  STATE COLLEGE, PA 16803-0000

Case Number: 08-35653
Docketed Total: $124.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $124.13 |  |

Case Number: 08-35653
Modified Total: $124.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $124.13 |  |

---

**Claim: 3933**
Date Filed:  01/16/2009
Docketed Total:  $95.24
Filing Creditor Name and Address:
  JOHNSON, MORGAN
  132 MEREDITH SQ
  COLUMBIA, SC 29223-0000

Claim Holder Name and Address
  JOHNSON, MORGAN
  132 MEREDITH SQ
  COLUMBIA, SC 29223-0000

Case Number: 08-35653
Docketed Total: $95.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $95.24 |  |

Case Number: 08-35653
Modified Total: $95.24

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $95.24 |  |

---

**Claim: 2968**
Date Filed:  01/08/2009
Docketed Total:  $258.04
Filing Creditor Name and Address:
  KANG, SHINMUN
  40 40 CLEARVIEW EXPWY
  2FL
  BAYSIDE, NY 11361-0000

Claim Holder Name and Address
  KANG, SHINMUN
  40 40 CLEARVIEW EXPWY
  2FL
  BAYSIDE, NY 11361-0000

Case Number: 08-35653
Docketed Total: $258.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  | $258.04 |  |

Case Number: 08-35653
Modified Total: $258.04

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $258.04 |  |

---

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 9425<br>Date Filed:  01/30/2009<br>Docketed Total:     $28.45<br>Filing Creditor Name and Address:<br>  KARCHER, MARY<br>  18 OLD FENCE LN<br>  NEWARK, DE 19702-0000 | Claim Holder Name and Address      Case Number:     08-35653<br><br>  KARCHER, MARY<br>  18 OLD FENCE LN      Docketed Total:     **$28.45**<br>  NEWARK, DE 19702-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                      $28.45 | Case Number:     08-35653<br><br>Modified Total:     **$28.45**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                 $28.45 |
| Claim: 6321<br>Date Filed:  01/26/2009<br>Docketed Total:     $98.19<br>Filing Creditor Name and Address:<br>  KEMP, GREGORY<br>  52 MOUNTAIN TEA LANE<br>  ALEXANDER, NC 28701-0000 | Claim Holder Name and Address      Case Number:     08-35653<br><br>  KEMP, GREGORY<br>  52 MOUNTAIN TEA LANE      Docketed Total:     **$98.19**<br>  ALEXANDER, NC 28701-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                      $98.19 | Case Number:     08-35653<br><br>Modified Total:     **$98.19**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                 $98.19 |
| Claim: 4710<br>Date Filed:  01/23/2009<br>Docketed Total:     $233.37<br>Filing Creditor Name and Address:<br>  LESCISIN, RICHARD<br>  55 ELAND DR<br>  NORTH FT MYERS, FL 33917-0000 | Claim Holder Name and Address      Case Number:     08-35653<br><br>  LESCISIN, RICHARD<br>  55 ELAND DR      Docketed Total:     **$233.37**<br>  NORTH FT MYERS, FL 33917-0000<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                      $233.37 | Case Number:     08-35653<br><br>Modified Total:     **$233.37**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                 $233.37 |
| Claim: 14581<br>Date Filed:  07/15/2009<br>Docketed Total:     $0.00<br>Filing Creditor Name and Address:<br>  LINDA C GURR & WILLIAM W<br>  GURR<br>  8901 HENSON RD<br>  RICHMOND, VA 23236 | Claim Holder Name and Address      Case Number:     08-35653<br><br>  LINDA C GURR & WILLIAM W GURR<br>  8901 HENSON RD      Docketed Total:     **UNL**<br>  RICHMOND, VA 23236<br><br>503(b)(9)    Reclamation    Admin    Secured    Priority    Unsecured<br>                                      UNL | Case Number:     08-35653<br><br>Modified Total:     **$0.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>                                                 $0.00 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 14853<br>Date Filed:    03/15/2010<br>Docketed Total:    $59,200.00<br>Filing Creditor Name and Address:<br>LINDA NGUYEN<br>8414 CONCHO ST<br>HOUSTON, TX 77036 | Claim Holder Name and Address:  Case Number:  08-35653<br>LINDA NGUYEN  Docketed Total:  **$59,200.00**<br>8414 CONCHO ST<br>HOUSTON, TX 77036<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$59,200.00 | Case Number:  08-35653<br>Modified Total:  **$59,200.00**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$59,200.00 |
| Claim: 9084<br>Date Filed:    01/30/2009<br>Docketed Total:    $193.30<br>Filing Creditor Name and Address:<br>LINDEMANN, DERRICK<br>2766 IRONGATE PL<br>THOUSAND OAKS, CA 91362-0000 | Claim Holder Name and Address:  Case Number:  08-35654<br>LINDEMANN, DERRICK  Docketed Total:  **$193.30**<br>2766 IRONGATE PL<br>THOUSAND OAKS, CA 91362-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$193.30 | Case Number:  08-35654<br>Modified Total:  **$193.30**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$193.30 |
| Claim: 7116<br>Date Filed:    01/28/2009<br>Docketed Total:    $136.19<br>Filing Creditor Name and Address:<br>LITTLE, JOSEPH<br>1542 WYOMING CT<br>RENO, NV 89503 | Claim Holder Name and Address:  Case Number:  08-35653<br>LITTLE, JOSEPH  Docketed Total:  **$136.19**<br>1542 WYOMING CT<br>RENO, NV 89503<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$136.19 | Case Number:  08-35653<br>Modified Total:  **$136.19**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$136.19 |
| Claim: 2563<br>Date Filed:    01/05/2009<br>Docketed Total:    $183.39<br>Filing Creditor Name and Address:<br>LOFTMAN, ADAM<br>154 TIMBER RIDGE DRIVE<br>STATEN ISLAND, NY 10306-0000 | Claim Holder Name and Address:  Case Number:  08-35653<br>LOFTMAN, ADAM  Docketed Total:  **$183.39**<br>154 TIMBER RIDGE DRIVE<br>STATEN ISLAND, NY 10306-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$183.39 | Case Number:  08-35653<br>Modified Total:  **$183.39**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$183.39 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 2028**
Date Filed: 12/30/2008
Docketed Total: $123.31
Filing Creditor Name and Address:
  LONG, JOHN
  5957 MARVILLE CIRLCE
  PORT ORANGE, FL 32127-0000

Claim Holder Name and Address
  LONG, JOHN
  5957 MARVILLE CIRLCE
  PORT ORANGE, FL 32127-0000
Case Number: 08-35653
Docketed Total: $123.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $123.31 |

Case Number: 08-35653
Modified Total: $123.31

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $123.31 |  |

**Claim: 3558**
Date Filed: 01/13/2009
Docketed Total: $144.01
Filing Creditor Name and Address:
  LOPEZ, CHRISTOPHER
  2632 CROWN CT
  UNION CITY, CA 94587-1820

Claim Holder Name and Address
  LOPEZ, CHRISTOPHER
  2632 CROWN CT
  UNION CITY, CA 94587-1820
Case Number: 08-35653
Docketed Total: $144.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $144.01 |

Case Number: 08-35653
Modified Total: $144.01

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $144.01 |  |

**Claim: 14412**
Date Filed: 06/29/2009
Docketed Total: $30,000.00
Filing Creditor Name and Address:
  MARC J SIEGER
  6 JOSEPH LN
  LYNNFIELD, MA 01940

Claim Holder Name and Address
  MARC J SIEGER
  6 JOSEPH LN
  LYNNFIELD, MA 01940
Case Number: 08-35653
Docketed Total: $30,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  | $30,000.00 |  |  | UNL |

Case Number: 08-35653
Modified Total: $30,000.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  | $23,333.33 |  |  | $6,666.67 |  |

**Claim: 2436**
Date Filed: 01/05/2009
Docketed Total: $173.69
Filing Creditor Name and Address:
  MARIN, KERRY
  11 APRIL LANE
  FREDERICKSBURG, VA 22406-0000

Claim Holder Name and Address
  MARIN, KERRY
  11 APRIL LANE
  FREDERICKSBURG, VA 22406-0000
Case Number: 08-35653
Docketed Total: $173.69

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  | $173.69 |

Case Number: 08-35653
Modified Total: $173.69

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
|  |  |  |  |  | $173.69 |  |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3511**

Date Filed: 01/13/2009
Docketed Total: $108.29
Filing Creditor Name and Address:
MCKOY, BRITTANY
5351 OVERDALE DRIVE
LOS ANGELES, CA 90043-0000

Claim Holder Name and Address
MCKOY, BRITTANY
5351 OVERDALE DRIVE
LOS ANGELES, CA 90043-0000
Case Number: 08-35653
Docketed Total: $108.29

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $108.29 |

Case Number: 08-35653
Modified Total: $108.29

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $108.29 | |

**Claim: 8045**

Date Filed: 01/28/2009
Docketed Total: $30.42
Filing Creditor Name and Address:
MCMURRAY, LAQUITA
4900 DELIVAU
CHARLOTTE, NC 28215

Claim Holder Name and Address
MCMURRAY, LAQUITA
4900 DELIVAU
CHARLOTTE, NC 28215
Case Number: 08-35653
Docketed Total: $30.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $30.42 |

Case Number: 08-35653
Modified Total: $30.42

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $30.42 | |

**Claim: 4600**

Date Filed: 01/20/2009
Docketed Total: $67.18
Filing Creditor Name and Address:
MORRISSEY, RYAN
7944 TANGLEOAK LN
CASTLE ROCK, CO 80108-0000

Claim Holder Name and Address
MORRISSEY, RYAN
7944 TANGLEOAK LN
CASTLE ROCK, CO 80108-0000
Case Number: 08-35653
Docketed Total: $67.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $67.18 |

Case Number: 08-35653
Modified Total: $67.18

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $67.18 | |

**Claim: 4227**

Date Filed: 01/21/2009
Docketed Total: $400.00
Filing Creditor Name and Address:
NESBITT, KEITH JAMES
8344 S BALTIMORE
CHICAGO, IL 60617

Claim Holder Name and Address
NESBITT, KEITH JAMES
8344 S BALTIMORE
CHICAGO, IL 60617
Case Number: 08-35653
Docketed Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400.00 |

Case Number: 08-35653
Modified Total: $400.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $400.00 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 4454<br>Date Filed: 01/21/2009<br>Docketed Total: $116.74<br>Filing Creditor Name and Address:<br>NOYCE, NICK<br>9764 ALTAMONT DR<br>SANDY, UT 84092-0000 | Claim Holder Name and Address<br>NOYCE, NICK<br>9764 ALTAMONT DR<br>SANDY, UT 84092-0000 | | | Case Number:<br>Docketed Total: | | 08-35653<br>**$116.74** | | | | Case Number:<br>Modified Total: | | 08-35653<br>**$116.74** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$116.74 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest<br>$116.74 |
| Claim: 3649<br>Date Filed: 01/13/2009<br>Docketed Total: $1,105.72<br>Filing Creditor Name and Address:<br>PANKANIN, SEAN<br>16199 SE 48TH DR<br>BELLEVUE, WA 98006-0000 | Claim Holder Name and Address<br>PANKANIN, SEAN<br>16199 SE 48TH DR<br>BELLEVUE, WA 98006-0000 | | | Case Number:<br>Docketed Total: | | 08-35653<br>**$1,105.72** | | | | Case Number:<br>Modified Total: | | 08-35653<br>**$1,105.72** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,105.72 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest<br>$1,105.72 |
| Claim: 5552<br>Date Filed: 01/26/2009<br>Docketed Total: $216.98<br>Filing Creditor Name and Address:<br>PASTERNAK, ARTHUR<br>7255 BERKELEY DR<br>LA MESA, CA 91941-0000 | Claim Holder Name and Address<br>PASTERNAK, ARTHUR<br>7255 BERKELEY DR<br>LA MESA, CA 91941-0000 | | | Case Number:<br>Docketed Total: | | 08-35654<br>**$216.98** | | | | Case Number:<br>Modified Total: | | 08-35654<br>**$216.98** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$216.98 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest<br>$216.98 |
| Claim: 3984<br>Date Filed: 01/13/2009<br>Docketed Total: $87.93<br>Filing Creditor Name and Address:<br>PEARSE, IAN<br>2009 MEADOW VIEW DR NW<br>ALBUQUERQUE, NM 87104-2515 | Claim Holder Name and Address<br>PEARSE, IAN<br>2009 MEADOW VIEW DR NW<br>ALBUQUERQUE, NM 87104-2515 | | | Case Number:<br>Docketed Total: | | 08-35654<br>**$87.93** | | | | Case Number:<br>Modified Total: | | 08-35654<br>**$87.93** | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$87.93 | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest<br>$87.93 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

EXHIBIT A

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 4249**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 4249** | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | Case Number: | | | | 08-35653 |
| Date Filed: 01/21/2009 | | | | | | | | | | | | |
| Docketed Total: $41.88 | PETYKOWSKI, SEAN | | Docketed Total: | **$41.88** | | | | Modified Total: | | | | **$41.88** |
| Filing Creditor Name and Address: | 330 S ROSE ST | | | | | | | | | | | |
| PETYKOWSKI, SEAN | PALATINE, IL 60067-0000 | | | | | | | | | | | |
| 330 S ROSE ST | | | | | | | | | | | | |
| PALATINE, IL 60067-0000 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | | $41.88 | | | | | | | $41.88 |

**Claim: 10099**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 10099** | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | Case Number: | | | | 08-35653 |
| Date Filed: 01/29/2009 | | | | | | | | | | | | |
| Docketed Total: $5,536.02 | PRAXAIR DISTRIBUTION INC | | Docketed Total: | **$5,536.02** | | | | Modified Total: | | | | **$5,536.02** |
| Filing Creditor Name and Address: | C O RMS BANKRUPTCY RECOVERY | | | | | | | | | | | |
| PRAXAIR DISTRIBUTION INC | SERVICES | | | | | | | | | | | |
| C O RMS BANKRUPTCY | PO BOX 5126 | | | | | | | | | | | |
| RECOVERY SERVICES | TIMONIUM, MD 21094-5126 | | | | | | | | | | | |
| PO BOX 5126 | | | | | | | | | | | | |
| TIMONIUM, MD 21094-5126 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | $4,750.00 | $786.02 | | | | | | | $5,536.02 |

**Claim: 2794**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 2794** | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | Case Number: | | | | 08-35653 |
| Date Filed: 01/06/2009 | | | | | | | | | | | | |
| Docketed Total: $225.41 | PRICER, BRITTANY | | Docketed Total: | **$225.41** | | | | Modified Total: | | | | **$225.41** |
| Filing Creditor Name and Address: | 1418 OAK GROVE DR | | | | | | | | | | | |
| PRICER, BRITTANY | ROSEVILLE, CA 95747-0000 | | | | | | | | | | | |
| 1418 OAK GROVE DR | | | | | | | | | | | | |
| ROSEVILLE, CA 95747-0000 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | | $225.41 | | | | | | | $225.41 |

**Claim: 2356**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim: 2356** | Claim Holder Name and Address | | Case Number: | 08-35653 | | | | Case Number: | | | | 08-35653 |
| Date Filed: 01/05/2009 | | | | | | | | | | | | |
| Docketed Total: $30.36 | PRITCHARD, JAY | | Docketed Total: | **$30.36** | | | | Modified Total: | | | | **$30.36** |
| Filing Creditor Name and Address: | 28 MAPLE VALLEY CRES | | | | | | | | | | | |
| PRITCHARD, JAY | ROCHESTER, NY 00001-4623 | | | | | | | | | | | |
| 28 MAPLE VALLEY CRES | | | | | | | | | | | | |
| ROCHESTER, NY 00001-4623 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
| | | | | | | $30.36 | | | | | | | $30.36 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2097<br>Date Filed:  01/02/2009<br>Docketed Total:  $66.76<br>Filing Creditor Name and Address:<br>PUNGTY, GEORGE<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000 | Claim Holder Name and Address  Case Number: 08-35653<br><br>PUNGTY, GEORGE  Docketed Total: **$66.76**<br>14650 LONGWORTH AVE<br>NORWALK, CA 90650-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$66.76 | Case Number: 08-35653<br><br>Modified Total: **$66.76**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$66.76 |
| Claim: 5106<br>Date Filed:  01/22/2009<br>Docketed Total:  $115.19<br>Filing Creditor Name and Address:<br>RABUN, DEVON<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244 | Claim Holder Name and Address  Case Number: 08-35653<br><br>RABUN, DEVON  Docketed Total: **$115.19**<br>27 BRADFORD CIR<br>HILLSBOROUGH, NH 03244<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$115.19 | Case Number: 08-35653<br><br>Modified Total: **$115.19**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$115.19 |
| Claim: 2784<br>Date Filed:  01/05/2009<br>Docketed Total:  $78.30<br>Filing Creditor Name and Address:<br>RAK, DAVID<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000 | Claim Holder Name and Address  Case Number: 08-35653<br><br>RAK, DAVID  Docketed Total: **$78.30**<br>302 LANEWOOD DRIVE<br>GREENVILLE, SC 29607-0000<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$78.30 | Case Number: 08-35653<br><br>Modified Total: **$78.30**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$78.30 |
| Claim: 4025<br>Date Filed:  01/19/2009<br>Docketed Total:  $123.86<br>Filing Creditor Name and Address:<br>RASMUSSEN, ADRIAN<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062 | Claim Holder Name and Address  Case Number: 08-35654<br><br>RASMUSSEN, ADRIAN  Docketed Total: **$123.86**<br>805 BROADWAY ST<br>SANTA CRUZ, CA 95062<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured<br>$123.86 | Case Number: 08-35654<br><br>Modified Total: **$123.86**<br><br>503(b)(9)  Reclamation  Admin  Secured  Priority  Unsecured  Interest<br>$123.86 |

*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 4149<br>Date Filed:   01/20/2009<br>Docketed Total:   $63.30<br>Filing Creditor Name and Address:<br>  RIVERS, MONIQUE<br>  6204 60TH PLACE<br>  RIVERDALE, MD 00002-0737 | Claim Holder Name and Address     Case Number:   08-35653<br><br>  RIVERS, MONIQUE                  Docketed Total:   **$63.30**<br>  6204 60TH PLACE<br>  RIVERDALE, MD 00002-0737<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $63.30 | Case Number:   08-35653<br><br>Modified Total:   **$63.30**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                            $63.30 |
| Claim: 6873<br>Date Filed:   01/27/2009<br>Docketed Total:   $250.76<br>Filing Creditor Name and Address:<br>  RODRIGUEZ, RALPH<br>  471 BEECHWOOD AVE<br>  BRIDGEPORT, CT 06604-0000 | Claim Holder Name and Address     Case Number:   08-35653<br><br>  RODRIGUEZ, RALPH                 Docketed Total:   **$250.76**<br>  471 BEECHWOOD AVE<br>  BRIDGEPORT, CT 06604-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $250.76 | Case Number:   08-35653<br><br>Modified Total:   **$250.76**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                            $250.76 |
| Claim: 4283<br>Date Filed:   01/20/2009<br>Docketed Total:   $163.81<br>Filing Creditor Name and Address:<br>  SAMPSON, DAVID<br>  5714 RIDGE AVE<br>  CINCINNATI, OH 45213-0000 | Claim Holder Name and Address     Case Number:   08-35653<br><br>  SAMPSON, DAVID                   Docketed Total:   **$163.81**<br>  5714 RIDGE AVE<br>  CINCINNATI, OH 45213-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $163.81 | Case Number:   08-35653<br><br>Modified Total:   **$163.81**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                            $163.81 |
| Claim: 3388<br>Date Filed:   01/12/2009<br>Docketed Total:   $47.25<br>Filing Creditor Name and Address:<br>  SANTOS, ANDREW<br>  4143 SUNRISE CREEK DR<br>  SAN ANTONIO, TX 78244-0000 | Claim Holder Name and Address     Case Number:   08-35653<br><br>  SANTOS, ANDREW                   Docketed Total:   **$47.25**<br>  4143 SUNRISE CREEK DR<br>  SAN ANTONIO, TX 78244-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                    $47.25 | Case Number:   08-35653<br><br>Modified Total:   **$47.25**<br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                            $47.25 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims<br>(Reclassification Of Certain Misclassified Miscellaneous<br>Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 8672<br>Date Filed: 01/26/2009<br>Docketed Total: $62.97<br>Filing Creditor Name and Address:<br>SEARS, JUSTIN LEE<br>9282 CHAPS LN<br>PALO CEDRO, CA 96073 | Claim Holder Name and Address     Case Number:   08-35654<br>SEARS, JUSTIN LEE     Docketed Total:   **$62.97**<br>9282 CHAPS LN<br>PALO CEDRO, CA 96073 | Case Number:   08-35654<br>Modified Total:   **$62.97** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>      $62.97 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>      $62.97 |
| Claim: 5989<br>Date Filed: 01/09/2009<br>Docketed Total: $90.29<br>Filing Creditor Name and Address:<br>SHAUGHNESSY, COLLIN<br>903 FERNWOOD DRIVE<br>JONESBORO, AR 72401-0000 | Claim Holder Name and Address     Case Number:   08-35653<br>SHAUGHNESSY, COLLIN     Docketed Total:   **$90.29**<br>903 FERNWOOD DRIVE<br>JONESBORO, AR 72401-0000 | Case Number:   08-35653<br>Modified Total:   **$90.29** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>      $90.29 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>      $90.29 |
| Claim: 4324<br>Date Filed: 01/20/2009<br>Docketed Total: $92.13<br>Filing Creditor Name and Address:<br>SLAUGHTER, LEONARD<br>12341 SOUTH LOVELAND ST<br>ALSIP, IL 60803-0000 | Claim Holder Name and Address     Case Number:   08-35653<br>SLAUGHTER, LEONARD     Docketed Total:   **$92.13**<br>12341 SOUTH LOVELAND ST<br>ALSIP, IL 60803-0000 | Case Number:   08-35653<br>Modified Total:   **$92.13** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>      $92.13 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>      $92.13 |
| Claim: 2899<br>Date Filed: 01/06/2009<br>Docketed Total: $84.30<br>Filing Creditor Name and Address:<br>SWEET, SCOTT<br>8283 118TH AVE N<br>LARGO, FL 33773-0000 | Claim Holder Name and Address     Case Number:   08-35653<br>SWEET, SCOTT     Docketed Total:   **$84.30**<br>8283 118TH AVE N<br>LARGO, FL 33773-0000 | Case Number:   08-35653<br>Modified Total:   **$84.30** |
| | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>      $84.30 | 503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>      $84.30 |

\*   "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 3059**
Date Filed:   01/09/2009
Docketed Total:   $71.06
Filing Creditor Name and Address:
   TAYLOR, TRAVIS
   29520 JOHN R RD
   MADISON HTS, MI 48071-2562

Claim Holder Name and Address
   TAYLOR, TRAVIS
   29520 JOHN R RD
   MADISON HTS, MI 48071-2562

Case Number:   08-35653
Docketed Total:   $71.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $71.06 |

Case Number:   08-35653
Modified Total:   $71.06

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $71.06 | |

**Claim: 3379**
Date Filed:   01/12/2009
Docketed Total:   $73.13
Filing Creditor Name and Address:
   TEACHOUT, BRIAN
   51 E ALEXA CT
   BOZEMAN, MT 59718-6610

Claim Holder Name and Address
   TEACHOUT, BRIAN
   51 E ALEXA CT
   BOZEMAN, MT 59718-6610

Case Number:   08-35653
Docketed Total:   $73.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $73.13 |

Case Number:   08-35653
Modified Total:   $73.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $73.13 | |

**Claim: 3966**
Date Filed:   01/15/2009
Docketed Total:   $154.36
Filing Creditor Name and Address:
   TOAL, JOHN
   281 NATHAN CT
   CLIFFWOOD, NJ 07721-0000

Claim Holder Name and Address
   TOAL, JOHN
   281 NATHAN CT
   CLIFFWOOD, NJ 07721-0000

Case Number:   08-35653
Docketed Total:   $154.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $154.36 |

Case Number:   08-35653
Modified Total:   $154.36

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $154.36 | |

**Claim: 6785**
Date Filed:   01/28/2009
Docketed Total:   $150.92
Filing Creditor Name and Address:
   VAUGHAN, PAUL
   372 S FRANKLIN ST
   WILKES BARRE, PA 18766-0000

Claim Holder Name and Address
   VAUGHAN, PAUL
   372 S FRANKLIN ST
   WILKES BARRE, PA 18766-0000

Case Number:   08-35653
Docketed Total:   $150.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $150.92 |

Case Number:   08-35653
Modified Total:   $150.92

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $150.92 | |

*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Claim: 5922**
Date Filed: 01/26/2009
Docketed Total: $61.13
Filing Creditor Name and Address:
WALKER, SHAQUANA
115 HAMMERBECK RD
SUMMERVILLE, SC 29483-0000

Claim Holder Name and Address
WALKER, SHAQUANA
115 HAMMERBECK RD
SUMMERVILLE, SC 29483-0000

Case Number: 08-35653
Docketed Total: $61.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $61.13 |

Case Number: 08-35653
Modified Total: $61.13

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $61.13 | |

**Claim: 3198**
Date Filed: 01/12/2009
Docketed Total: $103.56
Filing Creditor Name and Address:
WALL, GREG
5320 NAVIGATION CT
FAIR OAKS, CA 95628-0000

Claim Holder Name and Address
WALL, GREG
5320 NAVIGATION CT
FAIR OAKS, CA 95628-0000

Case Number: 08-35653
Docketed Total: $103.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $103.56 |

Case Number: 08-35653
Modified Total: $103.56

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $103.56 | |

**Claim: 2504**
Date Filed: 01/05/2009
Docketed Total: $87.00
Filing Creditor Name and Address:
WELCH, NATHAN
13547 W MONTANA PLACE
LAKEWOOD, CO 00008-0228

Claim Holder Name and Address
WELCH, NATHAN
13547 W MONTANA PLACE
LAKEWOOD, CO 00008-0228

Case Number: 08-35654
Docketed Total: $87.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $87.00 |

Case Number: 08-35654
Modified Total: $87.00

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $87.00 | |

**Claim: 5308**
Date Filed: 01/23/2009
Docketed Total: $87.35
Filing Creditor Name and Address:
WILLIAMS, SHELTON
533 SHADOW VALLEY CT
LITHONIA, GA 30058-3269

Claim Holder Name and Address
WILLIAMS, SHELTON
533 SHADOW VALLEY CT
LITHONIA, GA 30058-3269

Case Number: 08-35653
Docketed Total: $87.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $87.35 |

Case Number: 08-35653
Modified Total: $87.35

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | Interest |
|---|---|---|---|---|---|---|
| | | | | | $87.35 | |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) - Ordered

**EXHIBIT A**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2747<br>Date Filed:   01/06/2009<br>Docketed Total:     $405.47<br>Filing Creditor Name and Address:<br>  ZAPPITIELLI, PAUL<br>  29 29 211 ST<br>  BAYSIDE, NY 11360-0000 | Claim Holder Name and Address          Case Number:          08-35653<br><br>  ZAPPITIELLI, PAUL          Docketed Total:          $405.47<br>  29 29 211 ST<br>  BAYSIDE, NY 11360-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                      $405.47 | Case Number:          08-35653<br><br>Modified Total:          $405.47<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                                              $405.47 |
| Claim: 8325<br>Date Filed:   01/29/2009<br>Docketed Total:     $93.83<br>Filing Creditor Name and Address:<br>  ZECHMAN, ASHLEY<br>  150 REVERE RD<br>  STEWARTSVILLE, NJ 08886-0000 | Claim Holder Name and Address          Case Number:          08-35653<br><br>  ZECHMAN, ASHLEY          Docketed Total:          $93.83<br>  150 REVERE RD<br>  STEWARTSVILLE, NJ 08886-0000<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                                      $93.83 | Case Number:          08-35653<br><br>Modified Total:          $93.83<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured   Interest<br>                                                                              $93.83 |
|  |  | Total Claims To Be Modified: 86<br>Total Amount As Docketed:        $135,074.46<br>Total Amount As Modified:        $135,074.46 |

\*     "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) -
Adjourned

**EXHIBIT B**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

**Claim: 14282**
Date Filed:   06/30/2009
Docketed Total:    $67,795.07
Filing Creditor Name and Address:
  COMMERCE TECHNOLOGIES INC
  DBA COMMERCEHUB
  750 9TH ST NW STE 550
  WASHINGTON, DC 20001-4534

Claim Holder Name and Address
COMMERCE TECHNOLOGIES INC
DBA COMMERCEHUB
750 9TH ST NW STE 550
WASHINGTON, DC 20001-4534

Case Number:    08-35653
Docketed Total:    **$67,795.07**

Case Number:    08-35653
Modified Total:    **$67,795.07**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $67,795.07 | | | UNL | | | | $2,701.86 | | | $65,093.21 |

---

**Claim: 14889**
Date Filed:   03/25/2010
Docketed Total:    $91,000.00
Filing Creditor Name and Address:
  COMMERCE TECHNOLOGIES INC
  DBA COMMERCEHUB
  SCHNADER HARRISON SEGAL &
  LEWIS LLP
  750 9TH ST NW STE 550
  WASHINGTON, DC 20001-4524

Claim Holder Name and Address
COMMERCE TECHNOLOGIES INC
DBA COMMERCEHUB
SCHNADER HARRISON SEGAL &
LEWIS LLP
750 9TH ST NW STE 550
WASHINGTON, DC 20001-4524

Case Number:    08-35653
Docketed Total:    **$91,000.00**

Case Number:    08-35653
Modified Total:    **$91,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $91,000.00 | | | | | | | | | | $91,000.00 |

---

**Claim: 8054**
Date Filed:   01/28/2009
Docketed Total:    $1,568,659.78
Filing Creditor Name and Address:
  EXPORT DEVELOPMENT
  CANADA EDC
  151 OCONNOR ST
  OTTAWA, ON K1A 1K3
  CANADA

Claim Holder Name and Address
EXPORT DEVELOPMENT CANADA
EDC
151 OCONNOR ST
OTTAWA, ON K1A 1K3
CANADA

Case Number:    08-35653
Docketed Total:    **$1,568,659.78**

Case Number:    08-35653
Modified Total:    **$1,568,659.78**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured | | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $949,650.49 | | | $619,009.29 | | | | $518,367.70 | | | $1,050,292.08 |

\*    "UNL" denotes an unliquidated claim.

In re Circuit City Stores, Inc, et al.

Case No. 08-35653 (KRH)

**EXHIBIT B**

Debtors' Eightieth Omnibus Objection to Claims
(Reclassification Of Certain Misclassified Miscellaneous
Claims And Misclassified Wage Check Claims) -
Adjourned

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|

Claim: 8280
Date Filed:   01/29/2009
Docketed Total:      $400,000.00
Filing Creditor Name and Address:
   MONCAVO SETTLEMENT CLASS
   WHITEFORD TAYLOR & PRESTON
   LLP
   3190 FAIRVIEW PARK DR STE 300
   FALLS CHURCH, VA 22042

Claim Holder Name and Address               Case Number:                08-35653

   MONCAVO SETTLEMENT CLASS
   WHITEFORD TAYLOR & PRESTON
   LLP
   3190 FAIRVIEW PARK DR STE 300     Docketed Total:          **$400,000.00**
   FALLS CHURCH, VA 22042

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400,000.00 |

Case Number:                08-35653

Modified Total:          **$400,000.00**

| 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured |
|---|---|---|---|---|---|
| | | | | | $400,000.00 |

**Total Claims To Be Modified: 4**
**Total Amount As Docketed:**          **$2,127,454.85**
**Total Amount As Modified:**          **$2,127,454.85**

\*      "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc., et al.    Debtors' Thirty-Fifth Omnibus Objection to Claims (Reclassification Of
Case No. 08-35653-KRH    Certain Misclassified Miscellaneous Claims And Misclassified Wage Check
Claims) - Withdrawn

**EXHIBIT C**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| TREASURER COUNTY OF LOUDOUN VIRGINIA ATTN COLLECTIONS BANKRUPTCY DIV PO BOX 347 MSC NO 31 LEESBURG, VA 20178-0347 | 13686 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $5,662.32<br><br>$23,190.87<br><br><br><br>$28,853.19 | 06/01/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

Total:        1                    $28,853.19

* "UNL" denotes an unliquidated claim.

Page 1 of 1

# CERTIFICATE OF NOTICE

```
District/off: 0422-7         User: frenchs          Page 1 of 1            Date Rcvd: Sep 09, 2010
Case: 08-35653               Form ID: pdforder      Total Noticed: 1

The following entities were noticed by first class mail on Sep 11, 2010.
aty          +Gregg M. Galardi,    Skadden Arps Slate Meagher,   & Flom LLP, One Rodney Sq.,   PO Box 636,
              Wilmington, DE 19899-0636

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2010                    Signature:    _Joseph Speetjens_