IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:                              :
                                    :    CHAPTER 11
CIRCUIT CITY STORES, INC.           :
       Debtor                       :    CASE NO. 08-35653
                                    :
CAROLE KAYLOR                       :
       Movant                       :
   v.                               :
CIRCUIT CITY STORES, INC.           :
       Respondent                   :



### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Movant, Carole Kaylor.


Dated: September 9, 2010           Respectfully submitted,

                                    WAGNER & FINN

                            By:    _____
                                    Thomas P. Finn, Esquire
                                    Counsel for Movant, Carole Kaylor
                                    153 Lakemont Park Boulevard
                                    Altoona, PA  16602
                                    Telephone: (814) 944-4700
                                    Facsimile: (814) 944-3705
                                    Email: tfinn@wagfinn.com
                                    Pa. Attorney I.D. No. 61960

## CERTIFICATE OF SERVICE

I, Thomas Finn, hereby certify that on the 9th day of September, 2010, I caused a true and correct copy of the Entry of Appearance to be served upon the parties listed below via first class mail:

> Daniel Blanks, Esquire
> McGuire Woods, LLP
> 101 West Main Street
> 9000 World Trade Center
> Norfolk, VA 23510

*[signature]*
_____