IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC. | |
| Debtor | CASE NO. 08-35653 |
| CAROLE KAYLOR | |
| Movant | |
| v. | |
| CIRCUIT CITY STORES, INC. | |
| Respondent | |



RICHMOND DIVISION
FILED SEP 1 3 2010
CLERK
US BANKRUPTCY COURT

## MOTION FOR ADMISSION PRO HAC VICE

NOW, comes Thomas P. Finn, Esquire, and files the foregoing Motion for Admission Pro Hac Vice averring as follows:

1) The undersigned has been admitted to practice law in the State of Pennsylvania and before the Pennsylvania Supreme Court since 1991. The undersigned is a member of the Bar of Pennsylvania in good standing. The undersigned's Pennsylvania I.D. No. is 61960.

2) The undersigned is also admitted to practice in the United States District Court for the Western District of Pennsylvania and is a member of the Bar in good standing in that Court.

3) The undersigned is admitted to practice before the United States Court of Appeals for the Third Circuit and is a member in good standing in that Bar.

4) The undersigned has been representing Movant, Carole Kaylor, relative to a slip and fall claim which occurred in Blair County, Pennsylvania, after the filing of this Bankruptcy Action and after the Claim Bar date.

5) This matter is now before this Honorable Court due to a Chapter 11

Bankruptcy Petition filed by the debtor in this matter. The undersigned is seeking admission to practice before this Court solely for the purpose of requesting relief from the Automatic Stay so that Movant can pursue her claim in Blair County Court of Common Pleas Pennsylvania solely to the extent of payment by Debtor's liability insurance carrier.

WHEREFORE, Thomas P. Finn, Esquire respectfully request this Motion for Admission Pro Hac Vice be granted and that he be permitted to represent Carole Kaylor before this Court solely for this particular case.

Respectfully submitted,

WAGNER & FINN

By: _____
Thomas P. Finn, Esquire
Counsel for Movant, Carole Kaylor
153 Lakemont Park Boulevard
Altoona, PA   16602
Telephone:  (814) 944-4700
Facsimile:  (814)944-3705
Email:  tfinn@wagfinn.com
Pa. Attorney I.D. No. 61960

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

IN RE:                                              :
                                                    :    CHAPTER 11
CIRCUIT CITY STORES, INC.                           :
      Debtor                                        :    CASE NO. 08-35653
                                                    :
CAROLE KAYLOR                                       :
      Movant                                        :
      v.                                            :
CIRCUIT CITY STORES, INC.                           :
      Respondent                                    :

## ORDER

AND NOW, this _____ day of _____, 2010, Thomas P. Finn, Esquire's Motion for Admission Pro Hac Vice is granted.

BY THE COURT:

_____

## CERTIFICATE OF SERVICE

I, Thomas Finn, hereby certify that on the 9th day of September, 2010, I caused a true and correct copy of the Motion for Admission Pro Hac Vice to be served upon the parties listed below via first class mail:

Daniel Blanks, Esquire
McGuire Woods, LLP
101 West Main Street
9000 World Trade Center
Norfolk, VA  23510