# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**

**In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH
**Chapter** 11

**IN RE:**

*8546* – Motion to Appear Pro Hac Vice filed by Thomas Paul Finn of Wagner & Finn on behalf of Carole Kaylor. (French, Suzanne)

*8547* – Inquiry/General Checksheet Issued to Thomas P. Finn regarding Motion ; Counsel filing papers, suits or pleadings, or making an appearance, must be a member of the Bar of this Court or have a member of the Bar of this Court join in the pleading by endorsement [LBR2090–1(F)]and All pleadings, motions and other papers required to be served upon a party shall be accompanied by a proof of service signed by counsel certifying that copies were served and detailing date and manner of service. If less than all parties were served, proof of service shall name parties served. [LBR 2002–1(G)] (Re: related document(s)[8546] Motion to Appear Pro Hac Vice filed by Carole Kaylor) (French, Suzanne)

**INQUIRY:**

__  Your request for a certified copy of an order has been received. Please submit certification fee in the amount of $ 9, plus 50 ¢¢ per page to photocopy order, payable to "Clerk, U. S. Bankruptcy Court."

__  The information you seek may involve legal questions upon which the Clerk cannot give advice. [28 U.S.C. 955]

__  Your inquiry has been received. Please submit a search fee in the amount of $26, payable to "Clerk, U.S. Bankruptcy Court" **for each name or item searched**.

__  Your request for photocopies has been received. Photocopies are provided by an on–site or an off–site copy service. Your check payable to the Clerk is returned. Please contact the appropriate vendor directly:
**Richmond:** Contact the Clerk´´s Office directly at 701 East Broad St., Suite 4000, Richmond, VA 23219 or (804) 916–2400

__  The name and address of the Trustee or (Attorney for Debtor) in this case is:
[Name and Address of Trustee or Attorney for Debtor]

__  This case was closed on _____ . [If appropriate: The file has been transferred to the Archives. If you wish the file retrieved, please submit fee in the amount of $45, payable to "Clerk, U. S. Bankruptcy Court", or you may contact the Clerk's Office for additional options.]

__  The following papers are returned to you:

__

Date:   September 13, 2010                          CLERK, UNITED STATES BANKRUPTCY COURT

                                                    By /s/ Suzanne French, Deputy Clerk
[iginquiryvDec2009.jsp]                             Direct Dial Telephone No. Your telephone number