# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

| | |
|---|---|
| **In re:** | **Case Number**   08−35653−KRH |
| Circuit City Stores, Inc. | **Chapter**   11 |
| | **Judge**   Kevin R. Huennekens |
| Debtor(s) | |

**To:**   Thomas P. Finn

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005−1, the documents submitted by you

*8546* – Motion to Appear Pro Hac Vice filed by Thomas Paul Finn of Wagner & Finn on behalf of Carole Kaylor. (French, Suzanne)

contain certain deficiencies as set forth below. Failure to correct the deficiencies, or to request a hearing, within **fourteen (14) days from** the date hereof may result in the pleading or other paper **being stricken from the record or, if a petition or complaint is deficient, the case or adversary proceeding being dismissed.**

### REPRESENTATION AND APPEARANCES:
- ___ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- ___ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090−1. [See LBR 9010−1]
- ___ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005−1(C)(5) and 9022−1(A)]
- **X** a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090−1(E)(2)(a)]

### REQUIREMENT OF FORM:
- ___ **Legibility:** not in compliance with LBR 5005−1(C)(1)
- ___ **Caption, Official Forms:** [See LBR 5005−1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains. *If applicable,* ___ Case name and number do not match on paper submitted.
- ___ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
    - ___ *if corporation,* not signed by counsel. [See LBR 5005−1(C)(4)]
    - ___ *if amendment to petition, lists or schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
    - ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non−Attorney User.]
- ___ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ___ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry  or redocket to attach the correct document.
- ___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.

### VOLUNTARY PETITIONS:
- ___ Not accompanied by a properly completed Voluntary Petition and/or required summary of schedules (2−pages), statements, schedules, lists and exhibits in substantial compliance with the Official Forms which are available on the Court's web site at www.vaeb.uscourts.gov.
- ___ More than one entity listed as the debtor *(only husband and wife may file a joint voluntary petition).*
- ___ Not verified by signature of attorney for debtor(s).
- ___ Not verified by unsworn declaration with signature of all debtors.
- ___ **If corporate debtor:** not accompanied by corporate resolution authorizing filing **and/or** not signed by attorney. [See LBR 1074−1]
- ___ **If Chapter 11:** not accompanied by List of Twenty Largest Unsecured Claims. [See LBR 1007−1(H)]
- ___ **If publicly traded chapter 11:** not accompanied by Exhibit A (attached to petition).
- ___ **If submitted in electronically filed case,** a correct petition not attached at case opening. [See LBR 5005−1(C) and (D)]

Date:   September 13, 2010                    Clerk, United States Bankruptcy Court

[ntcdef_filingvApril2010.jsp]                 By /s/ Suzanne French, Deputy Clerk
                                              Direct Dial Telephone No. 804−916−2419