# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**  **In re:** Circuit City Stores, Inc.

**Case Number** 08–35653–KRH
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*8551* – Motion for Relief from Stay Re: for negligence filed by Thomas Paul Finn of Wagner & Finn on behalf of Carole Kaylor. (French, Suzanne)

**REQUIREMENTS OF FORM/PROCESS:**

___ Not accompanied by "Request for Waiver to File by Computer Diskette or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by computer diskette or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

___ Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

___

**MOTION FOR EXPEDITED HEARING [LBR 9013–1(N)]:**

___ Not accompanied by Certification Regarding Request for Expedited Hearing*.

___

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

**X** Not accompanied by proof of service indicating service of motion upon parties required to be served.

___ Notice as required by LBR 4001(a)–1(C) not clearly stated or conspicuously provided in motion.

___ Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

___

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

**X** Official Form 20A* – Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

___ Official Form 20B* – Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

___ Date, time and/or location omitted or incorrect in Notice of Hearing.

___ Notice of Hearing/Response not properly linked to Motion/Application/Objection

___

*A copy of the above–referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   September 13, 2010             CLERK, UNITED STATES BANKRUPTCY COURT

[igmotionvDec2009.jsp]                 By /s/ Suzanne French, Deputy Clerk
                                       Direct Dial Telephone No. 804–916–2419