IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| CIRCUIT CITY STORES, INC. | |
|     Debtor | CASE NO. 08-35653 |
| CAROLE KAYLOR | |
|     Movant | |
| v. | |
| CIRCUIT CITY STORES, INC. | |
|     Respondent | |

### ENTRY OF APPEARANCE

Please enter my appearance on behalf of Movant, Carole Kaylor.

Dated: September 9, 2010

WAGNER & FINN

BY:   /s/ Thomas P. Finn
Thomas P. Finn (No. 61960)
153 Lakemont Park Blvd.
Altoona, PA. 16602
Telephone: (814) 944-4700
Facsimile: (814) 944-3705
Counsel for Carole Kaylor

## CERTIFICATE OF SERVICE

I, Thomas Finn, hereby certify that on the 9th day of September, 2010, I caused a true and correct copy of the Entry of Appearance to be served upon the parties listed below via ECF filing:

Daniel Blanks, Esquire on behalf of Debtor Circuit City Stores, Inc.
dblanks@mcquirewoods.com


/s/ Thomas P. Finn