Gregg M. Galardi, Esq.                Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.               Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &       MCGUIREWOODS LLP
FLOM, LLP                             One James Center
One Rodney Square                     901 E. Cary Street
PO Box 636                            Richmond, Virginia 23219
Wilmington, Delaware 19899-0636       (804) 775-1000
(302) 651-3000

          – and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :   Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :   Case No. 08-35653 (KRH)
et al.,                      :
                             :
             Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**SEVENTH INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES
RENDERED FROM MAY 1, 2010 THROUGH JULY 31, 2010**

McGuireWoods LLP ("MW"), in its capacity as co-counsel

to the debtors and debtors in possession in the above-

captioned jointly administered cases (collectively, the

"Debtors"),[1] submits the following as its Seventh Interim

Application for Compensation and Reimbursement of Expenses

for Services Rendered from May 1, 2010 through July 31, 2010

(the "Application") pursuant to 11 U.S.C. §§ 330, 331 and

503(b) and Federal Rule of Bankruptcy Procedure 2016.  MW

certifies that the Debtors have received a copy of this

Application, but have not completed their review.  In

addition, MW certifies that a copy of this Application has

been served on the Office of the United States Trustee and

counsel for the Official Committee of Unsecured Creditors.

For its Application, MW seeks the entry of an order,

substantially in the form attached hereto as <u>Exhibit A</u>,

granting interim approval of compensation in the amount of

$909,294.50 and reimbursement of expenses in the amount of

$15,590.24 for services rendered by MW from May 1, 2010

through July 31, 2010 (the "Application Period").  In

_____

[1] The Debtors and the last four digits of their respective taxpayer
identification numbers are as follows: Circuit City Stores, Inc. (3875),
Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875),
Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC
(5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia,
Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC
(2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs,
Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC
(9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics,
LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for
Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard,
Westminster, Colorado 80031.  For all other Debtors, the address was 9950
Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook
Drive, Glen Allen, Virginia 23060.

support of the Application, MW respectfully represents as follows:

## JURISDICTION

1.    This Court has jurisdiction to consider this Application under 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b).  Venue of these cases and this Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2.    The bases for the relief requested herein are sections 330, 331 and 503(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") 2016.

## BACKGROUND

3.    On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code.

4.    The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

5.    On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the

"Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

6.    On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent.  On January 17, 2009, the agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors' remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

7.    On September 29, 2009, the Debtors and the Creditors' Committee (collectively, the "Plan Proponents") filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "First Amended Plan").  The associated disclosure statement (the "Disclosure Statement") was approved on September 24, 2009.  Confirmation of the First Amended Plan was originally scheduled for November 23, 2009, but has been adjourned from time to time.

8.    On June 2, 2010, the Debtors filed the Debtors' Motion for Order Directing Mediation with Respect to First

4

Amended Joint Plan of Liquidation of Circuit City Stores,

Inc. and Its Affiliated Debtors and Debtors in Possession

and Its Official Committee of Creditors Holding General

Unsecured Claims (the "Mediation Motion") (Docket No. 7687),

pursuant to which the Debtors requested that the Bankruptcy

Court order the Debtors and the Creditors' Committee to

mediate their differences with respect to the First Amended

Plan.

9.   The Creditors' Committee supported the Mediation

Motion and, following a hearing on June 24, 2010, the

Bankruptcy Court entered an order granting the Mediation

Motion (the "Mediation Order") (Docket No. 7912).

10.   Pursuant to the Mediation Order, mediation

commenced on July 14, 2010 before the Honorable Frank J.

Santoro.   Following extensive negotiations during the

mediation, the Plan Proponents reached an agreement on the

outstanding issues.

11.   On August 9, 2010, the Debtors and the Creditors'

Committee filed the Supplemental Disclosure with Respect to

Second Amended Joint Plan of Circuit City Stores, Inc. and

its Affiliated Debtors and Debtors in Possession and its

Official Committee of Creditors Holding General Unsecured

Claims and Notice of Deadline to Object to Confirmation (the

"Supplement") and the Second Amended Joint Plan of
Liquidation of Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors In Possession and its Official Committee
of Creditors Holding General Unsecured Claims (the "Plan").

12.   On September 14, 2010, the Court entered its
Findings of Fact, Conclusions of Law and Order Confirming
Modified Second Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and Debtors in
Possession and its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 8555).

13.   Generally, the Plan provides for the liquidation
of the Debtors under chapter 11 of the Bankruptcy Code.

### MCGUIREWOODS LLP'S EMPLOYMENT

14.   On November 18, 2008, MW filed an Application to
Employ and Retain McGuireWoods LLP as Counsel for the
Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (Docket No.
191) (the "Employment Application").

15.   On December 8, 2008, the Court entered an order
authorizing the employment of MW as counsel to the Debtors
(Docket No. 791) (the "Employment Order").

16.   By this Application, MW is seeking, inter alia,
interim approval of its compensation and reimbursement of
expenses pursuant to the Employment Order and pursuant to

sections 330, 331 and 503(b) of the Bankruptcy Code for the period of May 1, 2010 through July 31, 2010.

17.  MW charges legal fees on an hourly basis at its attorneys' and paraprofessionals' hourly rates, which rates are set in accordance with the attorney's or paraprofessional's seniority and experience and are adjusted from time to time.  MW also charges the Debtors for its actual out-of-pocket expenses incurred including, but not limited to, photocopying, long distance telephone calls, messenger services, computer research, travel expenses, overnight mail and court fees.  MW's fee structure and expense reimbursement policies were disclosed in MW's Employment Application, to which no party objected and this Court approved.  See Docket Nos. 191, 791.

18.  The names of all MW attorneys and paraprofessionals who have worked on this matter and their respective hourly rates are set forth on Exhibit B hereto.

19.  MW currently holds a retainer from the Debtors in the amount of $348,568.07.

20.  To the best of MW's knowledge, and upon information and belief, the Debtors have paid or will pay undisputed postpetition operating expenses in the ordinary course.

21.   To the best of MW's knowledge, and upon
information and belief, the Debtors have sufficient funds on
hand to pay the compensation and reimbursement of expenses
requested herein.

22.   To the best of MW's knowledge, and upon
information and belief, the Debtors have filed with the
United States Trustee all monthly operating reports
presently due, and have paid all quarterly fees to the
United States Trustee that are presently due.

### FEE PROCEDURES AND MONTHLY FEE STATEMENTS

23.   On December 9, 2008, this Court entered an Order
under Bankruptcy Code Sections 105(a) and 331 Establishing
Procedures for Interim Compensation (Docket No. 830) (the
"Interim Compensation Order"), which approved the interim
compensation procedures attached thereto (the "Interim
Compensation Procedures").   Pursuant to paragraph (d) of the
Interim Compensation Procedures, interim applications for
compensation and reimbursement of expenses must be filed on
or before September 14, 2010.   Moreover, in accordance with
paragraphs (a) and (d) of the Interim Compensation
Procedures, MW will serve a copy of this Application upon
the Notice Parties (as defined therein).   Moreover, notice

of the Application will be served on the parties as required by the Case Management Order (Docket No. 130).

24.   Pursuant to the Interim Compensation Procedures, approximately on or after the tenth (10th) day of each month following the month for which compensation was sought, MW submitted a monthly statement to the Notice Parties (as defined in the Interim Compensation Procedures).  The parties had twenty (20) days to review any such statement. If there were no objections, at the expiration of the twenty (20) day period, the Debtors were ordered to promptly pay eighty-five percent (85%) of the fees and one hundred percent (100%) of the expenses identified in each monthly statement.  MW submitted monthly statements for each month during the Application Period and no objections were received.  Accordingly, MW has been paid eighty-five percent (85%) of its total requested fees and one hundred percent (100%) of its expenses during the Application Period.  A chart summarizing these payments and the monthly statements is attached hereto as Exhibit C.

### REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

25.   MW has played an important role in advising the Debtors and handling the day to day administration of the Debtors' chapter 11 cases.  As a result of its efforts

during the Application Period, MW now seeks interim

allowance of $909,294.50 in fees calculated at the

applicable guideline hourly billing rates of the firm's

personnel who have worked on the cases, and $15,590.24 in

expenses actually and necessarily incurred by MW while

providing services to the Debtors during the Application

Period.

        26.   In staffing this case, in budgeting and incurring

charges and disbursements, and in preparing and submitting

this Application, MW has been mindful of the need to be

efficient while providing full and vigorous representation

to the Debtors.  MW also has been especially cognizant of

the standards established by this Court for compensation of

professionals and reimbursement of charges and

disbursements.  As described in detail herein, MW believes

that the requests made in this Application comply with this

Court's standards in the context of the unique circumstances

surrounding these large and complex chapter 11 cases.

<u>**SUMMARY OF SERVICES PROVIDED DURING THE APPLICATION PERIOD**</u>

**A.    General Case Administration.**

        27.   <u>Description</u>.  MW assisted with, <u>inter alia</u>, the

review, analysis and preparation of correspondence,

documents, pleadings and notices; handled the day to day

administration of the Debtors' chapter 11 cases; prepared

and maintained a case calendar, hearing planners and omnibus

hearing agendas used by the Debtors and their professionals

in these chapter 11 cases; prepared for and participated in

all court hearings in these chapter 11 cases; regularly

participated in meetings and telephone conferences with

officers and employees of the Debtors and the Debtors'

financial and other advisors regarding the foregoing as well

as other operational, organizational and strategic issues

arising in the cases; regularly participated in meetings and

telephone conferences with professionals for the Committee,

creditors and other parties in interest regarding the

foregoing and various other issues arising in these cases;

assisted the Debtors with the service of relevant documents

on appropriate parties, and the organization of information

and document requests from various parties; handled all

electronic case filing and related issues; regularly

communicated with the Clerk's office, Chambers and the U.S.

Trustee's office regarding various case administration

issues; handled the internal coordination of motions,

responses, objections and other related matters; coordinated

the establishment and maintenance of a MW's telephone

hotline to assist in responding to the numerous inquiries

from creditors and other parties in interest that these
cases have generated; and responded to garnishment requests.

28.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in the
administration and prosecution of these complex chapter 11
cases.

29.  Status.  These and other general case
administration matters will continue until the chapter 11
cases are closed.

30.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 181.7 hours during the Application Period for a
total of $61,059.50.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**B.   Restructuring and General Strategy.**

31.  Description.  MW assisted with, inter alia, the
preparation of materials in connection with board meetings;
participated in board meetings regarding confirmation and
post-confirmation matters; analyzed documents regarding
bylaws and post-confirmation governance matters; handled
issues in connection with mediation; and participated in
conferences and telephone conferences and meetings with the

Debtors and the Creditors' Committee regarding confirmation
and post-confirmation matters.

32.   <u>Necessity and Benefit to the Estates</u>.   These
services were necessary to assist the Debtors in the
administration and prosecution of these complex chapter 11
cases.

33.   <u>Status</u>.   These matters will continue as the need
arises.

34.   <u>Hours Spent and Compensation Requested</u>.   In
connection with the foregoing matters, MW's professionals
expended 65.7 hours during the Application Period for a
total of $38,599.50.   The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**C.     Monthly Operating Reports.**

35.   <u>Description</u>.   MW assisted the Debtors and their
professionals with, <u>inter alia</u>, the preparation of and
filing of the Debtors' Monthly Operating Reports.

36.   <u>Necessity and Benefit to the Estates</u>.   These
services were necessary to assist the Debtors with
compliance with the Bankruptcy Code, local bankruptcy rules
and the United States Trustee's guidelines.

37.   Status.   These matters will continue as the need arises.

38.   Hours Spent and Compensation Requested.   In connection with the foregoing matters, MW's professionals expended 2.1 hours during the Application Period for a total of $935.50.   The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as Exhibit E.

**D.   Professional Retention/Fee Applications.**

39.   Description.   Pursuant to the requirements of the Interim Compensation Order, MW has prepared detailed monthly fee statements for distribution to the Notice Parties and handled inquires from all of the professionals regarding monthly fee statements.   Moreover, MW assisted with, inter alia, various issues pertaining to the retention and payment of various professionals employed by the Debtors and the Committee in connection with the Debtors' bankruptcy cases, including bankruptcy counsel, special counsel, accountants, financial advisors and ordinary course professionals; reviewed, analyzed, drafted and filed interim fee applications and notices on behalf of all of the Debtors' professionals; drafted and filed a supplemental declaration in support of MW's employment; coordinated the employment of

professionals and filed pleadings on behalf of the Debtors'

professionals, including ordinary course professionals,

according to the procedures established by this Court; and

communicated with the Office of the United States Trustee

regarding the foregoing.

40.  <u>Necessity and Benefit to the Estates</u>.  These

services were necessary to comply with the Bankruptcy Code,

the Interim Compensation Order and the United States

Trustee's guidelines.  Additionally, access to qualified

professionals is critical to the Debtors' chapter 11 cases.

41.  <u>Status</u>.  These matters will continue as the need

arises.

42.  <u>Hours Spent and Compensation Requested</u>.  In

connection with the foregoing matters, MW's professionals

expended 33.3 hours during the Application Period for a

total of $15,926.00.  The complete narrative, time detail of

the hours incurred and the value of the matter by

professional is attached hereto as <u>Exhibit E</u>.

**E.   Creditors Committee**

43.  <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>,

responding to document requests from the Creditors'

Committee; participated in negotiations regarding the Plan;

and analyzed issues regarding post-confirmation board
membership.

44.  Necessity and Benefit to the Estates.  These
matters will continue as the need arises.

45.  Status.  These and other related matters will
continue until a chapter 11 plan is confirmed.

46.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 1.7 hours during the Application Period for a total
of $1,020.00.  The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as Exhibit E.

**F.   Automatic Stay.**

47.  Description.  MW assisted with, inter alia, the
review, analysis and preparation of correspondence,
documents, pleadings and notices relating to motions for
relief from the automatic stay; drafted correspondence and
participated in meetings and telephone conferences regarding
violations of the automatic stay and responses to subpoenas;
and conducted research regarding various issues related to
automatic stay matters.

48.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in enforcing

the automatic stay, reducing the administrative burden on the Debtors' management and reducing expenses incurred by the Debtors' bankruptcy estates by resolving potential automatic stay related matters.

49.  <u>Status</u>.  These and other automatic stay related matters will continue until a chapter 11 plan is confirmed.

50.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 6.0 hours during the Application Period for a total of $ $2,442.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**G.    Executory Contracts.**

51.  <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>, the review and analysis of various executory contracts; researched, drafted, analyzed and filed pleadings regarding the rejection of certain executory contracts and Ryan's motion to reconsider; and regularly participated in meetings and telephone conferences with the Debtors, their professionals and opposing counsel regarding the foregoing.

52.  <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors in developing

and implementing a strategy regarding various executory
contracts.

53. <u>Status</u>.  These matters will continue as the need
arises.

54. <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 34.8 hours during the Application Period for a
total of $15,628.50.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E.</u>

**H.   Litigation.**

55. <u>Description</u>.  MW historically represented the
Debtors in various litigation matters.  MW also assisted
with, <u>inter alia</u>, the strategy and negotiations regarding
responding to third party subpoenas; researched, drafted and
filed complaints and other pleadings in multiple adversary
proceedings and district court appeals; drafted and
responded to discovery in connection with the foregoing;
corresponded with litigation parties regarding the
foregoing, demand letters, settlements and related matters;
and analyzed strategies and participated in meetings
regarding adversary proceedings and district court appeals.

56. <u>Necessity and Benefit to the Estates</u>.   These services were necessary to assist the Debtors with various litigation matters.

57. <u>Status</u>.   These matters will continue as the need arises.

58. <u>Hours Spent and Compensation Requested</u>.   In connection with the foregoing matters, MW's professionals expended 272.0 hours during the Application Period for a total of $114,298.00.   The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**I.   Avoidance/Preference Matters.**

59. <u>Description</u>.   MW assisted with, <u>inter</u> <u>alia</u>, the analysis, and preparation of various preference complaints and demand letters; reviewed preference analyses and researched and drafted pleadings and discovery; and regularly participated in meetings and teleconferences with the Debtors, the Debtors' professionals and defendants/demand letter recipients regarding the foregoing.

60. <u>Necessity and Benefit to the Estates</u>.   These services were necessary to assist the Debtors in developing and implementing a strategy for recovering money for the estate.

61.  <u>Status</u>.  These matters will continue as the need arises.

62.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 86.3 hours during the Application Period for a total of $30,447.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**J.    First Sterling Corp.**

63.  <u>Description</u>.  MW assisted with, inter alia, the collection of documents in response to a legal hold request.

64.  <u>Necessity and Benefit to the Estates</u>.  These services were necessary to respond to a legal hold.

65.  <u>Status</u>.  These matters will continue as the need arises.

66.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 0.9 hours during the Application Period for a total of $416.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**K.    Vendor Matters.**

67.    Description.  MW assisted with, inter alia, the
review, analysis and responses to correspondence received
from various vendors and their counsel regarding demand
letters and collection of accounts receivable; and
participated in meetings and telephone conferences with the
Debtors, the Debtors' professionals and counsel for various
vendors regarding the foregoing.

68.    Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in developing
and implementing a strategy for recovering money from
vendors and resolving various vendor related issues.

69.    Status.  These matters will continue as the need
arises.

70.    Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 3.1 hours during the Application Period for a total
of $1,860.00.  The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as Exhibit E.

**L.    Real Estate.**

71.    Description.  MW historically represented the
Debtors on various real estate matters and continues to

handle matters related thereto.  MW also assisted with,

inter alia, the review, analysis and drafting of

correspondence, documents and pleadings regarding

disposition of real property leases and the sale of

property; drafted and filed multiple pleadings and notices

regarding the sale of real property; and participated in

meetings and telephone conferences with the Debtors and

their professionals, landlords and their counsel, and other

parties in interest regarding the foregoing.

72.  Necessity and Benefit to the Estates.  These

services were necessary to assist the Debtors in various

real estate and related matters.

73.  Status.  These matters will continue as the need

arises.

74.  Hours Spent and Compensation Requested.  In

connection with the foregoing matters, MW's professionals

expended 153.0 hours during the Application Period for a

total of $50,253.00.  The complete narrative, time detail of

the hours incurred and the value of the matter by

professional is attached hereto as Exhibit E.

**M.   Tax Matters.**

75.  Description.  MW historically represented the

Debtors in connection with various tax matters, including an

IRS audit, tax audit appeals and related tax matters, which
are ongoing.  MW also assisted with, <u>inter alia</u>, the review,
analysis and preparation of correspondence, documents and
pleadings regarding various tax matters and tax claims;
participated in the analysis and researched issues regarding
the Debtors' strategies regarding overall tax procedures and
protocols for tax issues that impact the Debtors' estates;
analyzed tax claims and objections thereto; and participated
in meetings and telephone conferences with the Debtors and
various taxing authorities regarding the foregoing.

76.  <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors in connection
with resolving tax related issues.

77.  <u>Status</u>.  These matters will continue as the need
arises.

78.  <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 206.7 hours during the Application Period for a
total of $104,200.00.  The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**N.   Claims Administration.**

79.   <u>Description</u>.   MW assisted with, <u>inter</u> <u>alia</u>, the
review and analysis of and responses to numerous claimants'
communications; researched, analyzed, drafted and filed
multiple omnibus objections to claims and reviewed and
analyzed claims regarding the foregoing; analyzed responses
to omnibus claim objections, negotiated resolutions to
omnibus claim objections, responded to and drafted
discovery, and drafted and filed and pleadings in connection
therewith; drafted and maintained a summary of the status of
all adjourned claims; participated in hearings regarding
claim-related matters; and participated in multiple
telephone conferences and meetings with Debtors and their
professionals regarding the foregoing.

80.   <u>Necessity and Benefit to the Estates</u>.   These
services were necessary to assist the Debtors in developing
and implementing a claims resolution strategy and responding
to claimants regarding claims related issues.

81.   <u>Status</u>.   These matters will continue as the need
arises.

82.   <u>Hours Spent and Compensation Requested</u>.   In
connection with the foregoing matters, MW's professionals
expended 928.8 hours during the Application Period for a

total of $373,801.00.  The complete narrative, time detail

of the hours incurred and the value of the matter by

professional is attached hereto as <u>Exhibit E</u>.

**O.    Disclosure Statement and Plan.**

83.  <u>Description</u>.  MW assisted with the, <u>inter alia</u>,

the drafting and filing of notices of continued hearing on

confirmation of the plan; analyzed documents, prepared for

and participated in mediation; analyzed and revised

pleadings and communicated with counsel regarding plan

documents; and participated in communications with the

Debtors, counsel for the Creditors' Committee and other

professionals and creditors regarding the foregoing.

84.  <u>Necessity and Benefit to the Estates</u>.  These

services were necessary to assist the Debtors in developing

a plan of liquidation and disclosure statement.

85.  <u>Status</u>.  These matters will continue as the need

arises.

86.  <u>Hours Spent and Compensation Requested</u>.  In

connection with the foregoing matters, MW's professionals

expended 125.1 hours during the Application Period for a

total of $69,257.00.  The complete narrative, time detail of

the hours incurred and the value of the matter by

professional is attached hereto as <u>Exhibit E</u>.

**P.    Employee Benefits/Pensions.**

87.    <u>Description</u>.  MW historically represented the
Debtors in connection with various employee benefit and
pension matters.  MW also assisted with, <u>inter</u> <u>alia</u>, the
review and analysis of pleadings regarding the termination
of the Debtors' supplemental 401(k) plan and turnover of
those funds.

88.    <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors with various
employee benefit and pension matters.

89.    <u>Status</u>.  These matters will continue as the need
arises.

90.    <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 0.3 hours during the Application Period for a total
of $148.50.  The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as <u>Exhibit E</u>.

**Q.    Intellectual Property Matters.**

91.    <u>Description</u>.  MW has historically represented the
Debtors in connection with various trademark and
intellectual property matters.  In addition, MW analyzed

issues and corresponded with the Debtors regarding the
renewal or abandonment of various trademarks.

92.   <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors with various
intellectual property matters.

93.   <u>Status</u>.  These matters will continue as the need
arises.

94.   <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 2.7 hours during the Application Period for a total
of $920.00.  The complete narrative, time detail of the
hours incurred and the value of the matter by professional
is attached hereto as <u>Exhibit E</u>.

**R.    Asset Sales.**

95.   <u>Description</u>.  MW assisted with the analysis of
miscellaneous asset sales; and analyzed pleadings regarding
the foregoing.

96.   <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors with various
asset sales.

97.   <u>Status</u>.  These matters will continue as the need
arises.

98.  Hours Spent and Compensation Requested.  In connection with the foregoing matters, MW's professionals expended 2.1 hours during the Application Period for a total of $804.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as Exhibit E.

**S.    Schimenti Construction Litigation.**

99.  Description.  MW assisted with the, inter alia, the research, analysis, drafting and filing of a motion to dismiss; prepared for and participated in hearings; analyzed documents and pleadings and handled issues regarding Schimenti's district court appeal; and corresponded with the Debtors and defendant's counsel regarding the foregoing.

100. Necessity and Benefit to the Estates.  These services were necessary to assist the Debtors in prosecuring litigation filed against Schimenti as well as defending the Debtors in litigation filed by Schimenti against the Debtors.

101. Status.  These matters will continue as the need arises.

102. Hours Spent and Compensation Requested.  In connection with the foregoing matters, MW's professionals expended 71.6 hours during the Application Period for a

total of $27,278.00.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

## APPLICABLE LEGAL STANDARD

103. The Bankruptcy Code sets forth the legal standards
for awarding compensation to professionals employed by the
debtor.  The format for fee applications is set forth in the
U.S. Trustee's Guidelines for Reviewing Applications for
Compensation and Reimbursement of Expenses Filed under
section 330 of the Bankruptcy Code (the "Guidelines").

104. Under section 330 of the Bankruptcy Code, the
Court may award counsel to the Debtors reasonable
compensation for actual, necessary services rendered by such
attorneys and paraprofessionals employed by such attorneys
based on the nature, extent and value of the services
rendered, time spent on such services and the cost of
comparable services other than in a bankruptcy case.
Furthermore, the Court may award reimbursement for actual,
necessary expenses.

105. The expenses incurred by MW, as set forth herein,
are reasonable and necessary charges for items including,
but not limited to, photocopying, long distance telephone
calls, messenger services, computer research, travel

expenses, overnight mail and court fees.  Photocopy charges
are assessed at ten cents ($.10) per page, which MW believes
to be competitive for professional firms in this geographic
area.  Some larger copy and mailing projects may have been
performed at an outside copy center at a lower per page
rate.  In all cases, MW has passed through the costs of the
outsourced copy or mailing projects to the estate without
markup.  MW incurred messenger service charges when such
delivery was more economical or when prompt delivery was
necessary in a given circumstance.

106. Under the "lodestar" approach, the Court should
consider the number of hours of service reasonably devoted
to the case multiplied by the attorney's reasonable rates.
Courts frequently consider the specific "lodestar" factors
enumerated in Johnson v. Georgia Highway Express, Inc., 488
F.2d 714 (5th Cir. 1974).  These lodestar factors were
adopted by the Fourth Circuit in Barber v. Kimbrells, Inc.,
577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934
(1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th
Cir. 1981), where the Fourth Circuit held that the district
court should employ the lodestar approach, and then adjust
the fee on the basis of the remaining Johnson factors in the
case.  The following are the Johnson factors:

(a)  the time and labor required;

(b)  the novelty and difficulty of the questions;

(c)  the skill requisite to perform the legal service properly;

(d)  the preclusion of other employment by the attorney due to acceptance of the case;

(e)  the customary fee;

(f)  whether the fee is fixed or contingent;

(g)  time limitations imposed by the client or the circumstances;

(h)  the amount involved and the results obtained;

(i)  the experience, reputation and ability of the attorneys;

(j)  the "undesirability" of the case;

(k)  the nature and length of the professional relationship with the client; and

(*l*)  awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

107. MW believes that the services rendered to the Debtors and the out-of-pocket expenses incurred therewith were both necessary and reasonable in view of the Debtors' obligations in these cases, and the size and complexity of these cases.

108. Moreover, MW has worked closely with the Debtors'
other professionals to be very efficient and avoid the
duplication of services in these chapter 11 cases.

109. MW is the largest law firm in the Commonwealth of
Virginia and among the largest law firms in the country, and
has substantial expertise in bankruptcy, business law, tax,
commercial litigation and other substantive areas, which has
allowed MW to effectively and efficiently address issues
arising in a national bankruptcy case.  Further, the rates
charged by MW are significantly less than rates charged by
other law firms in comparable national chapter 11 cases and
MW's rates are consistent with rates charged to other
clients in non bankruptcy matters.[2]  MW has efficiently
assisted the Debtors by employing a streamlined case
management structure that generally consists of a core team
with various other attorneys and paraprofessionals assigned
to other discrete tasks to avoid the performance of
duplicative or unnecessary work.  MW believes the fees
requested herein satisfy the Johnson factors as set forth
above.

---

[2] Douglas M. Foley is board certified by the American Board of
Certification as a specialist in the field of Business Bankruptcy Law.
See 11 U.S.C. § 330(a)(3)(E).

## SUMMARY OF EXHIBITS

110. A proposed order approving the Application is attached hereto as Exhibit A.

111. Attached hereto as Exhibit B is a list of all attorneys and paraprofessionals who have worked on these cases, by name, year of admission (where applicable), hourly rate, hours expended on these cases, and total fees incurred.

112. Pursuant to the Interim Compensation Order, MW has received eighty-five percent (85%) of its monthly fees and one hundred percent (100%) of its monthly disbursements for services rendered in May, June and July 2010.  In total, MW has received $772,900.33 in fees and $15,590.24 in disbursements during the Application Period.  See Exhibit C attached hereto for a statement of those payments.

113. A summary of all actual and necessary expense disbursements is attached hereto as Exhibit D.

114. A chronological itemization of time categorized by task performed is attached hereto as Exhibit E.  MW has made every effort to place all time entries in the proper service category; however, it should be noted that in some circumstances an entry could have been properly placed in more than one of the service categories.  In such

circumstances, MW has used its best efforts to place the time entry in the service category that represents the primary purpose of the services rendered.  Time entries do not appear in more than one service category.

## NOTICE

115. Pursuant to the Interim Compensation Order, MW has served copies of the Application on the Notice Parties (as defined therein).  In addition, MW has served notice of the hearing on the Application on the parties required by the Case Management Order.  MW submits that no other or further notice need be given.

## WAIVER OF MEMORANDUM OF LAW

116. Pursuant to Local Bankruptcy Rule 9013-1(G), and because there are no novel issues of law presented in this Application, the Debtors request that this Court waive the requirement that all motions be accompanied by a written memorandum of law.

## NO PRIOR REQUEST

117. No prior request for the relief sought herein has been made to this Court in these bankruptcy cases.  This is MW's seventh interim application for compensation and reimbursement of expenses.

WHEREFORE, MW respectfully requests that this Court enter an order, substantially in the form attached hereto as Exhibit A, (i) approving the compensation and reimbursement of expenses requested herein on an interim basis, (ii) authorizing and directing the Debtors to pay such amounts, and (iii) granting MW such other and further relief as is just and proper.

Dated: September 14, 2010
       Richmond, Virginia

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
         - and -
Chris L. Dickerson, Esq.
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

MCGUIREWOODS LLP

/s/ Douglas M. Foley          .
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors in Possession

## <u>EXHIBIT A</u>

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                  RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      :    Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :    Case No. 08-35653 (KRH)
<u>et al.</u>,                     :
                            :
         Debtors.           :    Jointly Administered
- - - - - - - - - - - - - - x

**ORDER GRANTING SEVENTH INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES
<u>RENDERED FROM MAY 1, 2010 THROUGH JULY 31, 2010</u>**

Upon consideration of the Seventh Interim Application

for Compensation and Reimbursement of Expenses of

McGuireWoods LLP, Co-counsel to the Debtors, for Services

Rendered from May 1, 2010 through July 31, 2010 (the

"Application"); and the Court having reviewed the Application and the Court having determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable.

2.    The Application is hereby approved in its entirety, and compensation for the Application Period in the total amount of $909,294.50 is hereby approved, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP the unpaid portion of such compensation.

3.    The reimbursement of expenses for the Application Period in the total amount of $15,590.24 is hereby approved, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP any unpaid portion of such reimbursements.

4.   This Court will retain jurisdiction with respect
to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

_____, 2010


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley

\17323500

<u>EXHIBIT B</u>

## Summary of Timekeepers

In re Circuit City Stores, Inc., <u>et al</u>.
Case No. 08-35653 (Jointly Adminstered)

Name of Applicant:  McGuireWoods LLP
Role: Co-counsel to the Debtors

| First Interim Application: | Fourth Interim Application: | Seventh Interim Application: |
|---|---|---|
| Fees Approved: $896,193.25 | Fees Approved: $857,682.00 | Fees Requested: $ 909,294.50 |
| Expenses Approved: $37,355.52 | Expenses Approved: $24,808.40 | Expenses Requested: $15,590.24 |

| Second Interim Application: | Fifth Interim Application: |
|---|---|
| Fees Approved: $706,661.50 | Fees Approved: $715,884.50 |
| Expenses Approved: $9,794.66 | Expenses Approved: $20,263.11 |

| Third Interim Application: | Sixth Interim Application: |
|---|---|
| Fees Approved: $757,717.00 | Fees Approved: $886,018.50 |
| Expenses Approved: $25,549.27 | Expenses Approved: $16,496.35 |

### Summary of Timekeepers

| Attorneys | Year Admitted | 2010 Rate | 2010 Hours | Amount |
|---|---|---|---|---|
| Ashcroft, Erin Q. | 2007 | $330.00 | 114.4 | $ 37,752.00 |
| Bell, Craig D. | 1983 | $570.00 | 90.7 | $ 51,699.00 |
| Blanks, Daniel F. | 2002 | $415.00 | 452.8 | $ 187,912.00 |
| Boehm, Sarah B. | 2000 | $495.00 | 406.4 | $ 201,168.00 |
| Foley, Douglas M. | 1992 | $600.00 | 343.0 | $ 205,800.00 |
| Gunlock, Matthew T. | 2006 | $320.00 | 126.5 | $ 40,480.00 |
| Owens, LaTisha S. | 1997 | $510.00 | 2.0 | $ 1,020.00 |
| Pittman, Edmund S. | 1992 | $485.00 | 0.9 | $ 436.50 |
| Smith, Douglas B. | 2006 | $320.00 | 2.5 | $ 800.00 |
| Stark, Bryan A. | 2007 | $335.00 | 397.0 | $ 132,995.00 |
| **ATTORNEY TOTALS:** | | | 1936.2 | $ 860,062.50 |

**EXHIBIT B**

## Summary of Timekeepers

| Paraprofessionals and Contract Attorneys | 2010 Rate | 2010 Hours | | Amount |
|---|---|---|---|---|
| Lois E. Sisk | $200.00 | 0.3 | $ | 102.00 |
| Martha Lynn Wigton | $240.00 | 7.9 | $ | 1,896.00 |
| Linda J. Neilson | $200.00 | 197.9 | $ | 39,580.00 |
| Karen B. Cain | $215.00 | 35.6 | $ | 7,654.00 |
| **PARAPROFESSIONAL TOTALS:** | | **241.7** | **$** | **49,232.00** |
| **TOTALS:** | | **2177.9** | **$** | **909,294.50** |

**BLENDED HOURLY RATE:**        **$       417.51**

**EXHIBIT C**

Summary of Monthly Fee Statements

| Period Covered | Total Fees Incurred | Total Fees Requested Pursuant to Interim Compensation Order | Fees Paid | Holdback | Total Expenses Incurred | Total Expenses Requested Pursuant to Interim Compensation Order | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|---|---|
| May 1, 2010 May 31, 2010 | $256,343.00 | $217,891.55 | $217,891.55 | $38,451.45 | $3,634.72 | $3,634.72 | $3,634.72 | $0.00 |
| June 1, 2010 June 30, 2010 | $345,867.00 | $293,986.95 | $293,986.95 | $51,880.05 | $2,858.77 | $2,858.77 | $2,858.77 | $0.00 |
| July 1, 2010 July 31, 2010 | $307,084.50 | $261,021.83 | $261,021.83 | $46,062.68 | $9,096.75 | $9,096.75 | $9,096.75 | $0.00 |
| **TOTALS:** | **$909,294.50** | **$772,900.33** | **$772,900.33** | **$136,394.18** | **$15,590.24** | **$15,590.24** | **$15,590.24** | **$0.00** |

**Exhibit D**

**Summary of Expenses**

| **Disbursement** | **Amount** |
|---|---|
| Copy Charges | $1,629.40 |
| Overnight Delivery | $561.70 |
| Telephone and Teleconference Charges | $1,022.31 |
| Computer Research | $173.60 |
| Working Meals | $1,435.66 |
| Travel | $9,745.77 |
| Court Costs | $1,021.80 |
| **TOTAL:** | **$15,590.24** |

**Exhibit E-1**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

June 8, 2010

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202**

INVOICE NO. 91258456

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:               $132,902.77
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
     Current Fees:              $256,343.00
     Current Disbursements:       $3,634.72
     **Current Invoice Total:**                     $259,977.72

Total Balance Due:                                 $392,880.49

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

          McGuireWoods LLP
          Attn: Accounts Receivable
          901 E. Cary Street
          Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

June 8, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 05/31/10

INVOICE NO.  91258456                              TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.          2055557-0010
    Circuit City Contact     Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

05/05/10  Begin review of agenda for hearing items on May
          11th
          Douglas M. Foley    .60 hours at  600.00 per hour.          $360.00

05/05/10  Work on omnibus hearing agenda (1.1); work on
          omnibus objection response chart for tracking
          updates (1.8)
          Karen B. Cain    2.90 hours at  215.00 per hour.            $623.50

05/06/10  Telephone conferences with party regarding
          purchase of IP assets and e-mails with debtors'
          professionals regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.          $207.50

05/06/10  Draft letter to police officer in Pennsylvania
          regarding donation of stolen Circuit City
          merchandise
          Bryan A. Stark    .20 hours at  335.00 per hour.            $67.00

Circuit City Stores Inc
File Number: 2055557                                      Page    2
Invoice No. 91258456                                      June 8, 2010

05/07/10  Revise, finalize and file agenda for upcoming
          omnibus hearing and multiple calls and e-mails
          regarding status of various matters
          Sarah B. Boehm   1.40 hours at  495.00 per hour.        $693.00

05/07/10  Review agenda and revise same and e-mails and
          telephone conferences with parties regarding
          same
          Daniel F. Blanks    .50 hours at  415.00 per hour.      $207.50

05/07/10  Prepare revisions to omnibus hearing agenda
          (2.3); e-mail to and from professionals
          regarding agenda revisions (.7); prepare
          omnibus hearing binders (1.6)
          Karen B. Cain   5.60 hours at  215.00 per hour.       $1,204.00

05/10/10  Review materials and pleadings in preparation
          for omnibus hearings on May 11th and review
          agenda regarding same
          Douglas M. Foley   2.20 hours at  600.00 per hour.    $1,320.00

05/10/10  Prepare for omnibus hearing and meeting with
          committee professionals, review documents and
          multiple calls and e-mails regarding same
          Sarah B. Boehm   1.20 hours at  495.00 per hour.        $594.00

05/10/10  Review and prepare suggestion of bankruptcy
          Linda J. Neilson    .50 hours at  200.00 per hour.      $100.00

05/11/10  Prepare for and participate in omnibus hearing
          and review pleadings for matters on agenda
          Douglas M. Foley   2.30 hours at  600.00 per hour.    $1,380.00

05/11/10  Prepare for and participate in omnibus hearing
          and finalize and submit multiple orders
          regarding same
          Sarah B. Boehm   2.30 hours at  495.00 per hour.      $1,138.50

05/11/10  Review, analyze and file affidavits of service
          Bryan A. Stark   2.50 hours at  335.00 per hour.        $837.50

05/11/10  Work on professionals' hearing binders (1.7);
          prepare exhibits for court review (.6); prepare
          meeting exhibits (2.4)
          Karen B. Cain   4.70 hours at  215.00 per hour.       $1,010.50

05/12/10  Prepare for and participate in telephone call
          regarding case status
          Bryan A. Stark    .60 hours at  335.00 per hour.        $201.00

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91258456                                    June 8, 2010

05/13/10  Correspond with debtor regarding construction
          plans
          Bryan A. Stark    .20 hours at  335.00 per hour.        $67.00

05/17/10  Review and prepare responses to subpoenas and
          suggestion in bankruptcy (1.2); review and
          revise 5/20/10 hearing agenda and exhibits for
          filing (2.2)
          Linda J. Neilson   3.40 hours at  200.00 per hour.     $680.00

05/20/10  Prepare for and participate in omnibus hearing
          regarding adjourned matters and review
          pleadings regarding same (.9); finalize and
          submit order establishing LG reserve and
          e-mails regarding same (.4)
          Sarah B. Boehm   1.30 hours at  495.00 per hour.       $643.50

05/20/10  Prepare for and participate in May 20th hearing
          and e-mails and telephone conference with
          parties regarding same and review and analyze
          items regarding same and conferences regarding
          same
          Daniel F. Blanks   2.10 hours at  415.00 per hour.     $871.50

05/20/10  Review, organize and prepare responses to
          garnishments and subpoena
          Linda J. Neilson   2.70 hours at  200.00 per hour.     $540.00

05/21/10  Handle issues and multiple e-mails regarding
          board minutes and document database (.4);
          multiple calls to creditors and counsel
          regarding claims trading offers (.5)
          Sarah B. Boehm    .90 hours at  495.00 per hour.       $445.50

05/24/10  Correspondence to local governments regarding
          restitution checks and debtor in possession
          Daniel F. Blanks    .80 hours at  415.00 per hour.     $332.00

05/25/10  Review and prepare responses to subpoena and
          garnishment requests
          Linda J. Neilson   1.20 hours at  200.00 per hour.     $240.00

05/26/10  Review status of various matters pending before
          next omnibus hearing and upcoming claim
          objections and responses to adversary
          proceeding complaints and deadlines for various
          appeals
          Douglas M. Foley    .90 hours at  600.00 per hour.     $540.00

05/26/10  Finalize and file KCC affidavits of service
          Sarah B. Boehm    .30 hours at  495.00 per hour.       $148.50

Circuit City Stores Inc
File Number: 2055557                              Page    4
Invoice No. 91258456                             June 8, 2010

---

05/26/10  Review motion to file under seal and e-mail
          same to debtor's professional
          Bryan A. Stark     .40 hours at  335.00 per hour.        $134.00

05/26/10  Review, organize and respond to subpoenas and
          requests for garnishments
          Linda J. Neilson   2.70 hours at  200.00 per hour.       $540.00

05/27/10  Finalize and file KCC affidavits of service and
          e-mails regarding same
          Sarah B. Boehm     .30 hours at  495.00 per hour.        $148.50

05/27/10  Telephone call regarding store plans (.4);
          correspond with debtor regarding same (.2)
          Bryan A. Stark     .60 hours at  335.00 per hour.        $201.00

05/27/10  Review and organize requests for garnishments
          and subpoenas
          Linda J. Neilson   1.60 hours at  200.00 per hour.       $320.00

05/28/10  Telephone call with debtors' professionals
          regarding ongoing projects
          Bryan A. Stark     .40 hours at  335.00 per hour.        $134.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 6.0 | $3,600.00 |
| Sarah B. Boehm | $495.00 | 7.7 | $3,811.50 |
| Daniel F. Blanks | $415.00 | 3.9 | $1,618.50 |
| Bryan A. Stark | $335.00 | 4.9 | $1,641.50 |
| Karen B. Cain | $215.00 | 13.2 | $2,838.00 |
| Linda J. Neilson | $200.00 | 12.1 | $2,420.00 |
| TOTAL FEES | | 47.8 | $15,929.50 |

**Re: Restructuring and General Strategy**
     **Our File No.**            2055557-0020
     **Circuit City Contact**    Katie Bradshaw
     **McGuireWoods Contact**    Douglas M. Foley

05/04/10  Review board materials, including wind down and
          tax update and amendments to post confirmation
          governing documents for oversite committee and
          trust
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

Circuit City Stores Inc
File Number: 2055557                              Page   5
Invoice No. 91258456                             June 8, 2010

05/05/10  Prepare for and participate in board call
          regarding issues coming up for plan
          confirmation wind down analysis and post
          confirmation governance issues
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

05/10/10  Review materials for meetings with creditors
          committee and CRO relating to plan confirmation
          issues and post confirmation protocol (1.9);
          meetings with client and debtors' professionals
          in preparation for omnibus hearing on May 11th
          and meeting with creditors committee, creditors
          committee professionals and CRO (.9)
          Douglas M. Foley   2.80 hours at  600.00 per hour.      $1,680.00

05/11/10  Meetings with client and co-counsel regarding
          status of plan confirmation issues and
          liquidating trust agreement and bylaws
          Douglas M. Foley   1.10 hours at  600.00 per hour.        $660.00

05/11/10  Prepare for and participate in meeting with
          committee professionals
          Sarah B. Boehm   3.80 hours at  495.00 per hour.        $1,881.00

05/12/10  Several e-mails and telephone conferences with
          client and co-counsel regarding issues relating
          to post confirmation governance and employee
          issues
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

05/13/10  E-mails and telephone conferences with client
          and co-counsel regarding status of resolution
          of tax issues and potential claims under
          insurance policies
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

05/17/10  E-mails regarding post confirmation governance
          issues and status of same with committee (.7);
          prepare for and participate in board meeting
          (1.0)
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

05/18/10  E-mails regarding board governance issues and
          post confirmation trust agreement and bylaws
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

05/19/10  E-mails regarding status of corporate
          governance issues post confirmation
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91258456

Page   6
June 8, 2010

05/26/10  Review e-mails regarding corporate governance
          issues and review black lines of bylaws and
          trust agreement and analyze issues regarding
          same and strategy going forward
          Douglas M. Foley   1.90 hours at   600.00 per hour.      $1,140.00

05/27/10  Prepare for and participate in telephone
          conference with board relating to amendments
          and plat lines of trust agreement, bylaws and
          black line of plan of reorganization
          Douglas M. Foley   2.50 hours at   600.00 per hour.      $1,500.00

05/28/10  Prepare for and participate in telephone
          conference with board relating to post
          confirmation governance issues and resolution
          of outstanding disputes with creditor's
          committee
          Douglas M. Foley   1.60 hours at   600.00 per hour.       $960.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 16.9 | $10,140.00 |
| Sarah B. Boehm | $495.00 | 3.8 | $1,881.00 |
| TOTAL FEES | | 20.7 | $12,021.00 |

Re: Monthly Operating Reports
    Our File No.              2055557-0060
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

05/17/10  Finalize and file monthly operating report and
          multiple e-mails regarding same
          Sarah B. Boehm   .40 hours at   495.00 per hour.         $198.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.4 | $198.00 |
| TOTAL FEES | | 0.4 | $198.00 |

Re: Professional Retention/Fee Applications
    Our File No.              2055557-0070
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

05/03/10  Multiple e-mails regarding monthly fee
          statement for CRO
          Sarah B. Boehm   .20 hours at   495.00 per hour.          $99.00

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91258456                                   June 8, 2010

05/05/10  E-mails regarding distribution of monthly fee
          statements for CRO and Crowe Horwath
          Sarah B. Boehm    .20 hours at  495.00 per hour.        $99.00

05/12/10  E-mails regarding finalization of monthly fee
          statement
          Douglas M. Foley   .40 hours at  600.00 per hour.      $240.00

05/12/10  Finalize monthly fee statement and draft
          correspondence regarding same (.5); distribute
          monthly fee statements for other professionals
          and e-mails regarding same (.2)
          Sarah B. Boehm    .70 hours at  495.00 per hour.      $346.50

05/13/10  Analyze documents and e-mails regarding monthly
          fee statements and e-mails regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.      $148.50

05/14/10  E-mails regarding monthly fee statements and
          related issues
          Sarah B. Boehm    .20 hours at  495.00 per hour.        $99.00

05/17/10  Revise, finalize and submit Ernst&Young third
          supplemental employment order and e-mails
          regarding same (.3); review monthly fee
          statements and e-mails regarding same (.2)
          Sarah B. Boehm    .50 hours at  495.00 per hour.      $247.50

05/18/10  Research and analyze issues regarding interim
          compensation procedures and e-mails regarding
          same
          Sarah B. Boehm    .50 hours at  495.00 per hour.      $247.50

05/19/10  Analyze issues and e-mails regarding monthly
          payments to various professionals
          Sarah B. Boehm    .40 hours at  495.00 per hour.      $198.00

05/20/10  Analyze issues regarding interim compensation
          procedures and monthly fee statements and
          e-mails regarding same
          Sarah B. Boehm    .70 hours at  495.00 per hour.      $346.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.4 | $240.00 |
| Sarah B. Boehm | $495.00 | 3.7 | $1,831.50 |
| TOTAL FEES | | 4.1 | $2,071.50 |

Re: Creditors Committee
    Our File No.         2055557-0080
    Circuit City Contact   Katie Bradshaw

Circuit City Stores Inc
File Number: 2055557                                    Page    8
Invoice No. 91258456                                   June 8, 2010

**McGuireWoods Contact      Douglas M. Foley**

05/12/10  E-mails regarding responses to subpoenas for
          insurance policies and board activity
          Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| TOTAL FEES | | 0.3 | $180.00 |

**Re: Automatic Stay**
     Our File No.            2055557-0090
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

05/18/10  Correspondence regarding subpoenas and other
          documentation regarding same and automatic stay
          Daniel F. Blanks    .60 hours at  415.00 per hour.        $249.00

05/25/10  E-mails with client and others regarding
          subpoenas and other information
          Daniel F. Blanks   1.50 hours at  415.00 per hour.        $622.50

05/27/10  Correspondence regarding subpoenas and
          garnishments
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $415.00 | 2.9 | $1,203.50 |
| TOTAL FEES | | 2.9 | $1,203.50 |

**Re: Litigation**
     Our File No.            2055557-0150
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

05/03/10  Several e-mails and review drafts of agreements
          relating to settlement of claims relating to
          502(d) appeal (1.3); review documents relating
          to settlement with Slam Brands, Inc. and
          e-mails regarding same (.4)
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

Circuit City Stores Inc
File Number: 2055557                                    Page  9
Invoice No. 91258456                                   June 8, 2010

05/03/10  Analyze issues and settlement proposals and
          multiple e-mails regarding status of appeals
          (.8); draft, finalize and file notice and
          motion to shorten notice and motion for
          expedited regarding Mitsubishi settlement and
          multiple calls and e-mails regarding same (2.8)
          Sarah B. Boehm   3.60 hours at  495.00 per hour.        $1,782.00

05/03/10  Correspond with debtors' professionals and
          debtors regarding preference complaints (.5);
          update complaint form with comments (.4)
          Bryan A. Stark   .90 hours at  335.00 per hour.          $301.50

05/04/10  E-mails with counsel for Creative Labs
          regarding status of discovery and potential
          settlement
          Douglas M. Foley   .30 hours at  600.00 per hour.        $180.00

05/04/10  Analyze issues and pleadings regarding staying
          appeal deadlines and settlement of various
          appeals and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   .60 hours at  495.00 per hour.          $297.00

05/04/10  E-mails with Audiovox regarding preference and
          AR defenses and analyze issues regarding same
          and review materials regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.        $332.00

05/04/10  Review and analyze contracts, correspondence
          and other compiled information relating to
          potential preference defendants (3.5); draft
          preference complaint (.8); correspond with
          debtor regarding same and status of preference
          complaints (.5); review pre-trial order to
          calendar dates (.3)
          Bryan A. Stark   5.10 hours at  335.00 per hour.        $1,708.50

05/05/10  Review and analyze documentation regarding
          preference lawsuits (2.1); correspond with
          debtors' professionals regarding same (.3);
          review and research issues and update draft
          complaint (1.1)
          Bryan A. Stark   3.50 hours at  335.00 per hour.        $1,172.50

05/05/10  Review Ryan Inc. complaint
          Erin Q. Ashcroft   .70 hours at  330.00 per hour.        $231.00

Circuit City Stores Inc
File Number: 2055557                                    Page  10
Invoice No. 91258456                                    June 8, 2010

05/06/10  Prepare for and participate in telephone
          conference regarding litigation strategy and
          status
          Sarah B. Boehm    .60 hours at  495.00 per hour.              $297.00

05/06/10  E-mails with debtors' professionals and client
          regarding subpoenas regarding employees files
          and related issues
          Daniel F. Blanks    .80 hours at  415.00 per hour.           $332.00

05/06/10  Review Ryan complaint
          Erin Q. Ashcroft    .40 hours at  330.00 per hour.           $132.00

05/07/10  E-mails and telephone conferences with
          potential special counsel relating to
          anti-trust litigation and strategy (.9);
          e-mails with opposing counsel regarding Sharp
          Electronics complaint (.2); review draft of
          Active discovery (.4)
          Douglas M. Foley   1.50 hours at  600.00 per hour.           $900.00

05/07/10  Telephone conference with G. Epps regarding
          Signature Home motion for default judgment and
          related issues and multiple e-mails regarding
          same (.3); analyze and revise discovery and
          multiple e-mails regarding same (.8)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.             $544.50

05/07/10  Revise preference complaint (.5); correspond
          with debtors' professionals and defendant's
          counsel regarding outstanding issues in
          adversary proceedings (.4); correspond with
          court and serve summons and complaint on
          defendant's counsel who agreed to accept
          service (.4)
          Bryan A. Stark   1.30 hours at  335.00 per hour.             $435.50

05/09/10  Draft motion to dismiss Ryan complaint
          Erin Q. Ashcroft   3.60 hours at  330.00 per hour.         $1,188.00

05/10/10  Analyze issues and potential settlement of
          Creative Labs adversary proceeding
          Douglas M. Foley    .40 hours at  600.00 per hour.           $240.00

05/10/10  Meeting with debtor's professionals regarding
          Ryan hearing and 12(b)(6) motion (.2); revise
          12(b)(6) motion (.5)
          Erin Q. Ashcroft    .70 hours at  330.00 per hour.           $231.00

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91258456                                   June 8, 2010

05/11/10  Review proposals and participate in meeting
          with professionals regarding monetizing LCD
          flat panel litigation claims and timing of same
          Douglas M. Foley   2.40 hours at  600.00 per hour.      $1,440.00

05/11/10  Prepare for and participate in interviews with
          professionals regarding LCD flat panel
          antitrust litigation
          Sarah B. Boehm   2.80 hours at  495.00 per hour.        $1,386.00

05/11/10  E-mails with client and opposing counsel
          regarding final settlement, passing of
          deadlines and wiring instructions
          Daniel F. Blanks   .80 hours at  415.00 per hour.        $332.00

05/11/10  Review amended Ryan complaint (.2); research
          regarding time to file after amended complaint
          (.2); meeting with debtors professionals
          regarding affect of amended complaint (.2)
          Erin Q. Ashcroft   .60 hours at  330.00 per hour.        $198.00

05/12/10  Analyze designations regarding LG appeal and
          e-mails regarding same (.4); prepare for and
          participate in telephone conference regarding
          pending and future litigation matters (.8)
          Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

05/12/10  Draft settlement agreement resolving adversary
          proceeding
          Bryan A. Stark   1.00 hours at  335.00 per hour.         $335.00

05/12/10  Draft Ryan 12(b)(6) motion
          Erin Q. Ashcroft   .90 hours at  330.00 per hour.        $297.00

05/13/10  Finalize and file appellee designation
          regarding LG and review correspondence
          regarding same (.4); analyze InterTan documents
          and e-mails regarding same (.8)
          Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

05/13/10  E-mails with parties regarding discovery
          regarding adversary proceedings and related
          issues
          Daniel F. Blanks   .70 hours at  415.00 per hour.        $290.50

05/13/10  Review correspondence, research issues and
          draft settlement regarding adversary proceeding
          Bryan A. Stark   2.10 hours at  335.00 per hour.         $703.50

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91258456                                   June 8, 2010

05/14/10 Analyze pleadings and e-mails regarding
         Schimenti appeal (.3); analyze objections and
         subpoena and e-mails regarding same (.4);
         analyze issues and e-mails regarding pending
         and future litigation (.8)
         Sarah B. Boehm   1.50 hours at  495.00 per hour.        $742.50

05/14/10 Review contract and finalize draft settlement
         agreement
         Bryan A. Stark   1.20 hours at  335.00 per hour.        $402.00

05/17/10 Analyze documents regarding InterTan and
         multiple calls and e-mails regarding same
         (2.5); review and revise settlement agreement
         regarding adversary proceeding complaint and
         e-mails regarding same (.3)
         Sarah B. Boehm   2.80 hours at  495.00 per hour.      $1,386.00

05/17/10 Finalize and serve discovery to Active and
         analyze issues regarding same
         Daniel F. Blanks    .90 hours at  415.00 per hour.     $373.50

05/17/10 Correspond with debtors' professionals
         regarding settlement agreement (.4); research
         and review settlement language and redraft
         agreement (1.9)
         Bryan A. Stark   2.30 hours at  335.00 per hour.       $770.50

05/17/10 Review transcript from 4/29 hearing (.6); draft
         Ryan 12b6 (.5)
         Erin Q. Ashcroft   1.10 hours at  330.00 per hour.     $363.00

05/18/10 E-mails regarding status of various adversary
         proceedings answers and motions to dismiss and
         service of summons
         Douglas M. Foley    .70 hours at  600.00 per hour.     $420.00

05/18/10 Correspond with debtors' professionals
         regarding settlement agreement (.4); review and
         revise settlement agreement (1.3)
         Bryan A. Stark   1.70 hours at  335.00 per hour.       $569.50

05/18/10 Review transcript from 4/29 (.3); draft Ryan
         12b6 motion (.7)
         Erin Q. Ashcroft   1.00 hours at  330.00 per hour.     $330.00

05/19/10 Draft Ryan motion to dismiss
         Erin Q. Ashcroft   1.20 hours at  330.00 per hour.     $396.00

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91258456                                   June 8, 2010

05/20/10  Conference regarding pending and future
          litigation and related issues and strategy
          Sarah B. Boehm   1.20 hours at  495.00 per hour.        $594.00

05/20/10  Review and analyze defendant's preference
          analysis and responses to accounts receivable
          claims
          Bryan A. Stark   .60 hours at  335.00 per hour.         $201.00

05/20/10  Research regarding Texas law, injunctive relief
          and continue to draft motion to dismiss
          Erin Q. Ashcroft   1.60 hours at  330.00 per hour.      $528.00

05/21/10  Prepare for and participate in telephone
          conference with counsel for LG and law clerk
          regarding further extension of briefing
          deadline and status report regarding dismissal
          of other appeals and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   1.10 hours at  495.00 per hour.        $544.50

05/21/10  Meet with debtors professionals regarding
          injunctive relief (.2); draft Ryan motion to
          dismiss (2.1); research regarding new
          injunction standard (.4)
          Erin Q. Ashcroft   2.70 hours at  330.00 per hour.      $891.00

05/24/10  Analyze and revise pleadings regarding motion
          to dismiss and memorandum of law regarding USDR
          appeal and e-mails regarding same
          Sarah B. Boehm   .60 hours at  495.00 per hour.         $297.00

05/24/10  Review and analyze preference chart and other
          information regarding adversary proceeding
          Bryan A. Stark   1.00 hours at  335.00 per hour.        $335.00

05/25/10  E-mails and telephone conference with opposing
          counsel regarding Creative Labs adversary
          proceeding
          Douglas M. Foley   .40 hours at  600.00 per hour.       $240.00

05/25/10  Multiple calls with district court clerk's
          office regarding motions to dismiss
          consolidated appeals, revise and file USDR
          motion and e-mails regarding same (.8); analyze
          Ryan appeal notice and e-mails regarding same
          (.3)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.        $544.50

Circuit City Stores Inc
File Number: 2055557                                      Page   14
Invoice No. 91258456                                     June 8, 2010

05/26/10   Prepare for and participate in litigation
           status call regarding strategy and upcoming
           preference complaints
           Sarah B. Boehm      .70 hours at  495.00 per hour.        $346.50

05/27/10   Telephone conference with and e-mail to clerk's
           office regarding status of multiple appeals and
           analyze issues regarding same (.4); analyze and
           revise pleadings regarding Schimenti adversary
           proceeding and telephone conference regarding
           strategy regarding same (.9); review pleadings
           regarding dismissing Onkyo appeal and e-mails
           regarding same (.3)
           Sarah B. Boehm   1.60 hours at  495.00 per hour.          $792.00

05/27/10   Revise Ryan motion to dismiss and analyze
           issues regarding injunction standard
           Erin Q. Ashcroft   3.00 hours at  330.00 per hour.        $990.00

05/28/10   Analyze pleadings and e-mails regarding motions
           to dismiss
           Sarah B. Boehm      .30 hours at  495.00 per hour.        $148.50

05/28/10   Research issues regarding timing of responses
           in district court
           Bryan A. Stark      .80 hours at  335.00 per hour.        $268.00

05/28/10   Draft and revise Ryan motion to dismiss
           Erin Q. Ashcroft   2.00 hours at  330.00 per hour.        $660.00

05/31/10   Research injunctive relief as a cause of action
           Erin Q. Ashcroft    .50 hours at  330.00 per hour.        $165.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 7.4 | $4,440.00 |
| Sarah B. Boehm | $495.00 | 22.0 | $10,890.00 |
| Daniel F. Blanks | $415.00 | 4.0 | $1,660.00 |
| Bryan A. Stark | $335.00 | 21.5 | $7,202.50 |
| Erin Q. Ashcroft | $330.00 | 20.0 | $6,600.00 |
| TOTAL FEES | | 74.9 | $30,792.50 |

**Re: First Sterling Corp.**
   **Our File No.**        **2055557-0152**

05/10/10   Analyze document preservation notice regarding      .80
           Union Square lease litigation, handle issues
           and multiple e-mails regarding same
              Sarah B. Boehm

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91258456                                   June 8, 2010

05/11/10 Search for documents regarding legal hold         .10
         Linda J. Neilson

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.8 | $396.00 |
| Linda J. Neilson | $200.00 | 0.1 | $20.00 |
| TOTAL FEES | | 0.9 | $416.00 |

**Re: Vendor Matters**
     **Our File No.**              2055557-0170
     **Circuit City Contact**      Katie Bradshaw
     **McGuireWoods Contact**      Douglas M. Foley

05/14/10 E-mails with client regarding status of
         responses to various demand letters to vendors
         and response to same
         Douglas M. Foley   .40 hours at  600.00 per hour.        $240.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.4 | $240.00 |
| TOTAL FEES | | 0.4 | $240.00 |

**Re: Real Estate**
     **Our File No.**              2055557-0180
     **Circuit City Contact**      Katie Bradshaw
     **McGuireWoods Contact**      Douglas M. Foley

05/04/10 HQ Sale - Review e-mails from D. Miller and M.
         Pruitt
         Edmund S. Pittman   .10 hours at  485.00 per hour.       $48.50

05/04/10 DR1 - E-mail correspondence with D. Miller
         (.1); review letter of intent (.5)
         Matthew T. Gunlock   .60 hours at  320.00 per hour.      $192.00

05/05/10 Research lease rejection and other issues
         (1.2); correspond with counsel to landlord
         regarding same (.4); correspond with debtors
         and counsel to landlord regarding building
         plans at former store location (.5)
         Bryan A. Stark  2.10 hours at  335.00 per hour.          $703.50

05/06/10 E-mails regarding sub-tenant and ground lease
         on DR1
         Douglas M. Foley   .20 hours at  600.00 per hour.        $120.00

Circuit City Stores Inc
File Number: 2055557                          Page  16
Invoice No. 91258456                         June 8, 2010

05/06/10 DR1 - E-mail correspondence with D. Miller
         (.3); conference call with K. Grant and D.
         Miller (.4); prepare draft purchase agreement
         (2.3); review letter of intent in connection
         with preparation of purchase agreement (.4);
         review ground lease (.3)
         Matthew T. Gunlock   3.70 hours at  320.00 per hour.   $1,184.00

05/06/10 Correspond with counsel and debtor regarding
         renovations plan to Phoenix store
         Bryan A. Stark   .40 hours at  335.00 per hour.        $134.00

05/07/10 DR1 - E-mail correspondence with bankruptcy
         counsel (.2); e-mail correspondence with D.
         Miller (.1); revise purchase agreement (.8);
         transmit purchase agreement to prospective
         purchaser (.1)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.   $384.00

05/10/10 Conference with M. Gunlock regarding sale of
         Deep Run III (.1); review e-mails from M.
         Gunlock regarding same (.2)
         Edmund S. Pittman   .30 hours at  485.00 per hour.     $145.50

05/10/10 Florence, SC - E-mail correspondence with D.
         Miller and bankruptcy counsel regarding
         purchase agreement
         Matthew T. Gunlock   .30 hours at  320.00 per hour.    $96.00

05/11/10 Florence, SC - Prepare draft of purchase
         agreement (2.0); transmit purchase agreement to
         D. Miller (.1)
         Matthew T. Gunlock   2.10 hours at  320.00 per hour.   $672.00

05/12/10 DR1 - E-mail correspondence with bankruptcy
         counsel
         Matthew T. Gunlock   .20 hours at  320.00 per hour.    $64.00

05/17/10 E-mails with parties regarding possible owned
         real estate in North Carolina and analyze
         strategies regarding same and review items
         regarding same
         Daniel F. Blanks   1.10 hours at  415.00 per hour.     $456.50

05/17/10 Florence, SC - E-mail correspondence with D.
         Miller regarding purchase agreement (.3);
         review license agreement regarding assignments
         (.3); transmit purchase agreement to K.
         Wurtenberger (.3)
         Matthew T. Gunlock   .90 hours at  320.00 per hour.    $288.00

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91258456                                    June 8, 2010

05/17/10 DR1 - E-mail correspondence with bankruptcy
         counsel regarding purchase agreement
         Matthew T. Gunlock    .70 hours at  320.00 per hour.     $224.00

05/17/10 Whitehall, PA - E-mail correspondence regarding
         deposit matters (.2); review letter regarding
         deposit matters (.2)
         Matthew T. Gunlock    .40 hours at  320.00 per hour.     $128.00

05/18/10 Sale of Deep Run I - Conference with M. Gunlock
         (.1); review e-mails from M. Gunlock (.1)
         Edmund S. Pittman    .20 hours at  485.00 per hour.      $97.00

05/18/10 DR1 - E-mail correspondence with purchaser, D.
         Miller and bankruptcy counsel (.8); review
         purchaser's comments to purchase agreement
         (1.0); telephone call with D. Miller regarding
         purchase agreement (.2)
         Matthew T. Gunlock   2.00 hours at  320.00 per hour.     $640.00

05/18/10 Florence, SC - Telephone call with D. Miller
         regarding purchase agreement
         Matthew T. Gunlock    .30 hours at  320.00 per hour.     $96.00

05/19/10 DR1 - Telephone call with D. Miller (.3);
         review purchaser's comments to purchase
         agreement (.8); revise purchase agreement (.6)
         Matthew T. Gunlock   1.70 hours at  320.00 per hour.     $544.00

05/19/10 Florence, SC - Telephone call with D. Miller
         (.2); telephone call and e-mail correspondence
         with K. Wurtenberger (.3); telephone call and
         e-mail correspondence with bankruptcy counsel
         (.6); revise purchase agreement (.4)
         Matthew T. Gunlock   1.50 hours at  320.00 per hour.     $480.00

05/19/10 Whitehall, PA - Correspondence regarding
         deposit matters
         Matthew T. Gunlock    .20 hours at  320.00 per hour.     $64.00

05/20/10 Florence, SC - E-mail correspondence with
         purchaser (.3); review license agreement
         regarding assignments (.2); revise purchase
         agreement in connection with communications
         from bankruptcy counsel (.4)
         Matthew T. Gunlock    .90 hours at  320.00 per hour.     $288.00

05/21/10 Florence, SC - Telephone call with D. Miller
         regarding purchase agreement
         Matthew T. Gunlock    .20 hours at  320.00 per hour.     $64.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91258456                                    June 8, 2010

05/21/10 DR1 - Telephone call and e-mail correspondence
         with D. Miller regarding purchase agreement
         Matthew T. Gunlock    .50 hours at  320.00 per hour.      $160.00

05/24/10 DR1 - Revise purchase agreement and transmit to
         purchaser
         Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

05/25/10 Deep Run I - Review e-mail from M. Gunlock and
         conference with M. Gunlock regarding revised
         purchase contract
         Edmund S. Pittman     .10 hours at  485.00 per hour.       $48.50

05/25/10 E-mails with client and potential buyer
         regarding available real estate and analyze
         issues regarding same
         Daniel F. Blanks     .90 hours at  415.00 per hour.       $373.50

05/26/10 E-mails regarding potential sale of DR1 and
         potential buyers and e-mails with counsel
         regarding same
         Douglas M. Foley     .50 hours at  600.00 per hour.       $300.00

05/26/10 E-mails regarding possible sale of real estate
         Daniel F. Blanks     .50 hours at  415.00 per hour.       $207.50

05/27/10 Deep Run I - Review e-mails from M. Gunlock and
         D. Miller regarding bid procedures
         Edmund S. Pittman     .20 hours at  485.00 per hour.       $97.00

05/27/10 DR1 - E-mail correspondence with D. Miller and
         bankruptcy counsel regarding purchase agreement
         (.6); review purchase agreement regarding
         preparation of sale motion and order (.4)
         Matthew T. Gunlock   1.00 hours at  320.00 per hour.      $320.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 0.7 | $420.00 |
| Edmund S. Pittman | $485.00 | 0.9 | $436.50 |
| Daniel F. Blanks | $415.00 | 2.5 | $1,037.50 |
| Bryan A. Stark | $335.00 | 2.5 | $837.50 |
| Matthew T. Gunlock | $320.00 | 19.8 | $6,336.00 |
| TOTAL FEES | | 26.4 | $9,067.50 |

Re: Tax Matters
    Our File No.           2055557-0240
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                          Page  19
Invoice No. 91258456                                         June 8, 2010

05/03/10  Review Omni 37 brief on summary judgment
          relating to Section 505 issue
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

05/03/10  Review and analyze motion of Texas to compel
          payment of taxes and research issues regarding
          Texas tax law and other issues and draft
          response regarding same
          Daniel F. Blanks   4.20 hours at  415.00 per hour.      $1,743.00

05/04/10  Review and analyze issues relating to Texas
          franchise tax issue and response to motion to
          compel and review and revise pleadings
          regarding same (1.3); e-mails regarding
          extension of time for New York state tax and
          finance department in response to omnibus
          objection to claims (.3)
          Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

05/04/10  Continue to draft, revise and file response to
          Texas motion to compel payment of taxes and
          continue to review and analyze items regarding
          same and research issues regarding same and
          conferences with D. Foley regarding same
          Daniel F. Blanks   2.30 hours at  415.00 per hour.        $954.50

05/05/10  E-mails regarding resolution of various
          priority tax claims and omnibus Objection 37
          Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

05/05/10  Multiple telephone conferences and e-mails with
          taxing authorities regarding resolution of tax
          claims and Omni 37 and related issues and
          review and analyze claims, documents,
          pleadings, charts and other materials regarding
          same and research issues regarding same
          Daniel F. Blanks   1.70 hours at  415.00 per hour.        $705.50

05/06/10  Analyze issues relating to Texas franchise tax
          and potential resolution of same and telephone
          conference with opposing counsel regarding same
          in preparation for hearing on May 11th (2.9);
          e-mails regarding status of resolution of
          Henrico County claims and omnibus Objection 37
          (.4)
          Douglas M. Foley   3.30 hours at  600.00 per hour.      $1,980.00

05/06/10  Attention to state tax claims
          Craig D. Bell   1.80 hours at  570.00 per hour.         $1,026.00

Circuit City Stores Inc
File Number: 2055557                                    Page   20
Invoice No. 91258456                                   June 8, 2010

05/06/10  Review and analyze tax claims and charts
          regarding tax claims and analyze issues
          regarding same and multiple telephone
          conferences and e-mails with parties regarding
          same
          Daniel F. Blanks   2.40 hours at  415.00 per hour.          $996.00

05/07/10  Numerous e-mails regarding finalization of
          settlement of Texas comptroller franchise tax
          issue and e-mails with client and opposing
          counsel regarding same
          Douglas M. Foley   1.70 hours at  600.00 per hour.        $1,020.00

05/07/10  Attention to Henrico County real property and
          TPP tax claims
          Craig D. Bell   2.40 hours at  570.00 per hour.           $1,368.00

05/07/10  Analyze claims and pleadings and multiple calls
          and e-mails with tax claimants regarding
          resolutions of tax claims included in Omni 37
          and motion for partial summary judgment (.9);
          analyze issues and e-mails regarding unclaimed
          property claimant (.3)
          Sarah B. Boehm   1.20 hours at  495.00 per hour.           $594.00

05/07/10  Draft stipulation resolving issues regarding
          Texas and research issues regarding same and
          conferences with debtors' professionals
          regarding same and multiple telephone
          conferences and e-mails with taxing authorities
          regarding settling tax claims and related
          issues
          Daniel F. Blanks   3.50 hours at  415.00 per hour.        $1,452.50

05/10/10  Attention to Henrico County property tax claim
          and issues (1.6); review and respond to client
          e-mails (.2)
          Craig D. Bell   1.80 hours at  570.00 per hour.           $1,026.00

05/10/10  Continue tax claim resolutions regarding Omni
          37, analyze documents, draft stipulations and
          multiple calls and e-mails regarding same
          Sarah B. Boehm   1.60 hours at  495.00 per hour.           $792.00

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91258456                                    June 8, 2010

05/10/10   Prepare for and participate in telephone
           conference with debtors' professionals and
           client regarding tax issues and strategies
           (.7); e-mails with debtors' professionals and
           opposing counsel regarding Omnibus 37 and
           related claims and resolving items regarding
           same (4.2)
           Daniel F. Blanks   4.90 hours at  415.00 per hour.      $2,033.50

05/11/10   Telephone conferences and meetings with
           creditors committee's professionals and
           debtors' professionals regarding status of
           Canadian tax issues and timing of resolution of
           same (1.2); e-mails and telephone conferences
           regarding resolution of DeSoto County tax
           claims (.5)
           Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

05/11/10   Draft responses and objections to DeSoto
           discovery and telephone conferences with
           counsel regarding same and resolution of claims
           regarding same (1.6); continue resolution of
           tax claims and e-mails and telephone
           conferences with parties regarding same (1.1)
           Daniel F. Blanks   2.70 hours at  415.00 per hour.      $1,120.50

05/12/10   Several e-mails regarding resolution of claims
           objected to under omnibus Objection 37,
           including DeSoto County, Fredericksburg and
           Henrico and review documents regarding same
           Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

05/12/10   Prepare for and participate in telephone
           conference with counsel for multiple taxing
           authorities regarding potential settlement of
           Omni 37 and motion for summary judgment (1.5);
           continue tax claim resolutions, analyze claims
           and pleadings, revise stipulation and multiple
           calls and e-mails regarding same (1.7)
           Sarah B. Boehm   3.20 hours at  495.00 per hour.        $1,584.00

05/12/10   Continue resolution of tax claims and multiple
           e-mails and telephone conferences regarding
           same and draft stipulations and review and
           analyze claims, charts, pleadings, and other
           documentation regarding same and research
           issues regarding same
           Daniel F. Blanks   3.50 hours at  415.00 per hour.      $1,452.50

Circuit City Stores Inc
File Number: 2055557                              Page   22
Invoice No. 91258456                             June 8, 2010

05/13/10   Telephone conferences and e-mails regarding
           Canadian and French tax issues and
           ramifications of same regarding possible claims
           Douglas M. Foley   1.20 hours at  600.00 per hour.          $720.00

05/13/10   Continue Omni 37 resolutions regarding motion
           for summary judgment, analyze documents and
           objections and multiple calls and e-mails
           regarding same (1.6); draft, finalize and file
           notice of adjourned hearing regarding motion
           for summary judgment on Omni 37 and multiple
           e-mails regarding same (.6)
           Sarah B. Boehm   2.20 hours at  495.00 per hour.          $1,089.00

05/13/10   Continue resolution of taxes and e-mails and
           telephone conferences with taxing authorities
           regarding resolution of claims and review and
           analyze claims, pleadings, charts, and other
           material regarding same
           Daniel F. Blanks   2.60 hours at  415.00 per hour.        $1,079.00

05/14/10   Analyze issues relating to business personal
           property taxes and omnibus Objection 37 and
           analyze issues regarding same with client and
           co-counsel
           Douglas M. Foley   1.30 hours at  600.00 per hour.          $780.00

05/14/10   Respond to client e-mails on state tax matter
           Craig D. Bell    .50 hours at  570.00 per hour.             $285.00

05/14/10   Continue claim resolutions regarding Omni 37
           tax claims and motion for summary judgment,
           analyze documents and multiple calls and
           e-mails regarding same
           Sarah B. Boehm    .90 hours at  495.00 per hour.            $445.50

05/14/10   Prepare for and participate in telephone
           conference regarding Texas and e-mails
           regarding same
           Daniel F. Blanks    .40 hours at  415.00 per hour.          $166.00

05/16/10   E-mails and analysis regarding resolution of
           various responses to Omnibus 37 tax claim
           objection
           Douglas M. Foley    .90 hours at  600.00 per hour.          $540.00

Circuit City Stores Inc
File Number: 2055557                              Page  23
Invoice No. 91258456                             June 8, 2010

05/16/10  E-mails with D. Foley regarding taxes under
          objection and related issues regarding
          strategies regarding resolution and review and
          analyze claims, charts and other items
          regarding same
          Daniel F. Blanks    1.40 hours at  415.00 per hour.        $581.00

05/17/10  Multiple telephone conferences and e-mails with
          parties regarding tax claims, strategies for
          resolution and related issues and review and
          analyze claims, pleadings, charts, and other
          materials regarding same and analyze payment of
          certain other taxes and strategies regarding
          same
          Daniel F. Blanks    2.10 hours at  415.00 per hour.        $871.50

05/18/10  Review issues relating to omnibus Objection 37
          and resolution of same and issues relating to
          Texas tax claims
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

05/18/10  Attention to Texas state tax claim and
          preliminary analysis of same
          Craig D. Bell   3.80 hours at  570.00 per hour.         $2,166.00

05/18/10  Draft and revise stipulations regarding tax
          claims and research issues regarding same and
          continue resolution of tax claims and multiple
          telephone conferences with parties regarding
          same
          Daniel F. Blanks    2.20 hours at  415.00 per hour.        $913.00

05/19/10  E-mails regarding status of tying up resolution
          of Canadian and French tax issues
          Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

05/19/10  Review client e-mail and SLB TAM from IRS
          Craig D. Bell    .90 hours at  570.00 per hour.          $513.00

05/19/10  Analysis of Texas state tax issue (2.4); review
          multiple e-mails from client and client's
          accounting firm (.9)
          Craig D. Bell   3.30 hours at  570.00 per hour.         $1,881.00

05/19/10  Continue resolution of tax claims and draft
          stipulations regarding same and strategies
          regarding Henrico and Texas and other issues
          Daniel F. Blanks   3.60 hours at  415.00 per hour.       $1,494.00

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91258456                                   June 8, 2010

| Date | Description | Amount |
|---|---|---|
| 05/20/10 | E-mails regarding status of payment on Texas tax claims and resolution of same<br>Douglas M. Foley    .30 hours at  600.00 per hour. | $180.00 |
| 05/20/10 | Conference call with client representative and their accountants regarding state tax claims (.6); attention to same (.5); review analysis and relevant legal authorities pertaining to close of IRS audit and SLB issue (2.6)<br>Craig D. Bell   3.70 hours at  570.00 per hour. | $2,109.00 |
| 05/21/10 | E-mails and telephone conferences with parties regarding tax stipulations and resolutions regarding same and analyze strategies and issues regarding same<br>Daniel F. Blanks   2.40 hours at  415.00 per hour. | $996.00 |
| 05/24/10 | Multiple telephone conferences and e-mails with debtors' professionals and taxing authorities regarding objections to tax claims and other items and resolution of tax issues<br>Daniel F. Blanks   2.30 hours at  415.00 per hour. | $954.50 |
| 05/25/10 | Review SLB audit documents and workpapers to determine availability of records to support refund claim (2.3); review IRS RARs and rebuttals (1.9)<br>Craig D. Bell   4.20 hours at  570.00 per hour. | $2,394.00 |
| 05/26/10 | Analyze issues relating to resolution of Omni 37 tax claim objections and legal strategy relating to summary judgment motion (.9); e-mails regarding Texas tax claims and penalty and interests calculation and analyze same (.4)<br>Douglas M. Foley   1.30 hours at  600.00 per hour. | $780.00 |
| 05/26/10 | Analysis of IRS audit positions and TAM positions on SLB issue for tax refund claim<br>Craig D. Bell   3.60 hours at  570.00 per hour. | $2,052.00 |
| 05/27/10 | Detailed review of SLB transaction documents to evaluate federal tax refund sought by client<br>Craig D. Bell   3.70 hours at  570.00 per hour. | $2,109.00 |
| 05/28/10 | Continue evaluation of SLB tax refund claim for client<br>Craig D. Bell   3.80 hours at  570.00 per hour. | $2,166.00 |
| 05/29/10 | Continue draft response to Ryan's adversary proceeding<br>Daniel F. Blanks   2.30 hours at  415.00 per hour. | $954.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page   25
Invoice No. 91258456                                   June 8, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 17.8 | $10,680.00 |
| Craig D. Bell | $570.00 | 33.5 | $19,095.00 |
| Sarah B. Boehm | $495.00 | 9.1 | $4,504.50 |
| Daniel F. Blanks | $415.00 | 44.5 | $18,467.50 |
| TOTAL FEES | | 104.9 | $52,747.00 |

**Re: Claims Administration**
       Our File No.               2055557-0250
       Circuit City Contact       Katie Bradshaw
       McGuireWoods Contact       Douglas M. Foley

05/03/10  E-mails regarding status of late claim
          resolutions (.3); e-mails regarding USDR
          settlement (.3)
          Douglas M. Foley    .60 hours at  600.00 per hour.         $360.00

05/03/10  Revise, finalize and submit claim orders and
          multiple e-mails regarding same (.7); revise,
          finalize and file stipulations regarding Slam
          Brands and USDR and EMS regarding same (.7);
          continue claim objection resolutions, analyze
          documents and pleadings, review correspondence
          and adjourn chart and multiple calls and
          e-mails regarding same (2.9)
          Sarah B. Boehm   4.30 hours at  495.00 per hour.        $2,128.50

05/03/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same and
          research issues regarding same (3.3); draft and
          revise and file motions to shorten and expedite
          issues with District Court appeals and related
          issues and e-mails with debtors' professionals
          regarding same (1.5)
          Daniel F. Blanks   4.80 hours at  415.00 per hour.      $1,992.00

05/03/10  Correspond with party regarding purchase of
          claim from creditor (.4); review and analyze
          creditors' proofs of claim and correspond with
          the debtors' professionals regarding the same
          (.8); review docket for objections to
          settlement agreements (.2); research registered
          agents and serve summons of adversary
          proceeding (1.1); correspond with the debtors'
          professionals regarding the same (.6); review,
          finalize and file settlement agreements and

Circuit City Stores Inc
File Number: 2055557                                          Page  26
Invoice No. 91258456                                         June 8, 2010

 

          correspond with the debtors' professionals
          regarding the same (.6); review settlement
          agreements regarding status of appeals and
          adversary proceedings and correspond with the
          debtors' professionals regarding the same (.7)
          Bryan A. Stark   4.40 hours at  335.00 per hour.        $1,474.00

05/03/10 Research regarding consequential damages and
          injury to business prospects
          Erin Q. Ashcroft   2.40 hours at  330.00 per hour.       $792.00

05/03/10 Work on pending and resolved charts (1.2);
          review responses, stipulations and settlement
          agreements (1.1)
          Karen B. Cain   2.30 hours at  215.00 per hour.         $494.50

05/04/10 Several telephone conferences and e-mails
          regarding appeals relating to 502(d) issue and
          review pleadings regarding extension of
          briefing schedule regarding same (.9); e-mails
          regarding resolution of late claim motions and
          strategy relating to same including Sennheiser
          (.6); e-mails regarding new omnibus claim
          objection filings and drafting pleadings
          regarding same (.7)
          Douglas M. Foley   2.20 hours at  600.00 per hour.     $1,320.00

05/04/10 Analyze and revise response regarding Texas
          administrative expense request and multiple
          e-mails regarding same (.3); analyze issues and
          e-mails regarding Omni 70 and upcoming omnibus
          objections (.8)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.       $544.50

05/04/10 Prepare for conference call with debtors'
          professionals regarding seventieth omnibus
          objection to claims and strategies regarding
          same and continue resolution of claims and
          multiple telephone conferences and e-mails with
          debtors' professionals, creditors, and other
          parties regarding same and draft, revise, and
          file stipulations regarding same and develop
          strategies regarding same
          Daniel F. Blanks   6.30 hours at  415.00 per hour.    $2,614.50

Circuit City Stores Inc
File Number: 2055557                              Page  27
Invoice No. 91258456                             June 8, 2010

05/04/10  Analyze proof of claim and correspond with
          party regarding transfer of the same (.5);
          correspond with the debtors' professionals
          regarding the same (.2); research and draft
          consent motion for extension of time for
          appeals in the district court (2.0); correspond
          with the debtors' professionals regarding the
          same (.7)
          Bryan A. Stark   3.40 hours at  335.00 per hour.        $1,139.00

05/04/10  Meetings with debtors professionals regarding
          consequential damages exclusions and response
          to complaint and research regarding collateral
          damages
          Erin Q. Ashcroft   3.80 hours at  330.00 per hour.      $1,254.00

05/04/10  Analyze court filings for responses to and
          settlements of omnibus objections (1.9); work
          on pending and resolved tracking charts (1.2)
          Karen B. Cain   3.10 hours at  215.00 per hour.          $666.50

05/05/10  Numerous e-mails with client and co-counsel
          regarding status of various creditor
          reconciliation issues and potential error
          claims and set-off claims (1.4); e-mails
          regarding and review of documents relating to
          extension of time to file opening briefs on
          appeal of 502(d) issue (.4)
          Douglas M. Foley   1.80 hours at  600.00 per hour.     $1,080.00

05/05/10  Analyze issues and documents and multiple calls
          and e-mails regarding claim objection matters
          and upcoming status hearing.
          Sarah B. Boehm   1.40 hours at  495.00 per hour.        $693.00

05/05/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and draft and revise
          stipulations and other documents regarding same
          and research issues regarding same
          Daniel F. Blanks   1.90 hours at  415.00 per hour.      $788.50

05/05/10  Review, finalize and file notices of settlement
          and arrange for service of the same (.7);
          correspond with the debtors' professionals and
          creditors' counsel regarding the same (.4);
          finalize and file motion to extend time in
          district court appeal (.6); correspond with the
          debtors' professionals and chambers regarding
          the same (.4)
          Bryan A. Stark   2.10 hours at  335.00 per hour.        $703.50

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91258456                                    June 8, 2010

05/05/10  Draft objections to Chase Bank claim
          Erin Q. Ashcroft   2.10 hours at   330.00 per hour.        $693.00

05/06/10  Draft, revise, finalize and file multiple
          omnibus claim objections, exhibits and notices,
          analyze claims and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   5.10 hours at   495.00 per hour.        $2,524.50

05/06/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same and
          research issues regarding same and draft and
          file stipulations regarding same
          Daniel F. Blanks   4.70 hours at   415.00 per hour.      $1,950.50

05/06/10  Review omnibus objections and forward copies to
          the debtors' professionals (.5); prepare for
          and participate in telephone call regarding
          claims and other matters (.7); review, analyze
          and provide comments on various omnibus
          objections (1.4); draft notices of omnibus
          objections (.8); correspond with the debtors'
          professionals regarding omnibus objections and
          filing of the same (1.2); finalize omnibus
          objections and prepare for filing (.8)
          Bryan A. Stark   5.40 hours at   335.00 per hour.        $1,809.00

05/06/10  Draft objections to Chase Bank amended claim
          Erin Q. Ashcroft   2.20 hours at   330.00 per hour.        $726.00

05/06/10  Analyze claim responses and omnibus objection
          orders (1.4); work on tracking charts of
          resolved and pending claims (2.3)
          Karen B. Cain   3.70 hours at   215.00 per hour.           $795.50

05/07/10  Review drafts of pleadings for numerous
          additional omnibus objections 71, 72, 73, 74
          and 75 and e-mails with debtors' professionals
          regarding same
          Douglas M. Foley   2.60 hours at   600.00 per hour.      $1,560.00

05/07/10  Draft, revise, finalize and file multiple
          omnibus objections and notices and multiple
          calls and e-mails regarding same (2.7);
          continue claim objection matters, review
          pleadings and adjourn chart and multiple calls
          and e-mails regarding same (1.1)
          Sarah B. Boehm   3.80 hours at   495.00 per hour.        $1,881.00

Circuit City Stores Inc
File Number: 2055557                                    Page   29
Invoice No. 91258456                                    June 8, 2010

05/07/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   3.30 hours at  415.00 per hour.    $1,369.50

05/07/10  Review and analyze omnibus objections and
          prepare for filing (.9); draft notices of
          omnibus objections and prepare for filing (.6);
          correspond with the debtors' professionals
          regarding omnibus objections and other issue
          (.7)
          Bryan A. Stark   2.40 hours at  335.00 per hour.       $804.00

05/07/10  Research regarding elements for injunctive
          relief (.4); e-mail with debtor's professionals
          regarding Ryan deposition (.3); draft
          objections to Chase Bank amended claim (2.3);
          research regarding enforceability of liability
          limitations in NY (.9); meet with  regarding
          stipulations (.4)
          Erin Q. Ashcroft   4.30 hours at  330.00 per hour.    $1,419.00

05/07/10  Analyze omnibus objection orders (.6); work on
          charts of pending and resolved claims (1.3)
          Karen B. Cain   1.90 hours at  215.00 per hour.        $408.50

05/08/10  Work on resolved and pending charts of
          responses
          Karen B. Cain   1.10 hours at  215.00 per hour.        $236.50

05/09/10  Draft Shasta stipulation
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.     $330.00

05/10/10  Analyze and revise adjourned claims chart and
          multiple calls and e-mails regarding status of
          various claim matters and exhibit to agenda
          (1.4); draft and revise multiple claim orders
          and multiple calls and e-mails regarding same
          and resolution of certain claims (.8); continue
          claim objection resolutions, analyze pleadings
          and review and revise stipulations and notices
          and multiple calls and e-mails regarding same
          (2.6)
          Sarah B. Boehm   4.80 hours at  495.00 per hour.      $2,376.00

Circuit City Stores Inc
File Number: 2055557                              Page  30
Invoice No. 91258456                             June 8, 2010

05/10/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants regarding same and review and analyze
          claims, pleadings, documents, charts, and other
          information regarding same and research issues
          regarding same
          Daniel F. Blanks   3.70 hours at  415.00 per hour.        $1,535.50

05/10/10  Review claims filed by various creditors and
          correspond with purchaser and the debtors'
          professionals regarding the same (.7); review
          docket for objections to notices of settlement
          (.2); review and finalize stipulation with
          creditor and file notice of the same (.5);
          review and analyze claims chart for updates and
          correspond with the debtors' professionals
          regarding the same (.6)
          Bryan A. Stark   2.00 hours at  335.00 per hour.           $670.00

05/10/10  Draft Fredericksburg stipulation
          Erin Q. Ashcroft   1.30 hours at  330.00 per hour.         $429.00

05/10/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   2.70 hours at  200.00 per hour.         $540.00

05/11/10  Review materials and prepare for and
          participate in meeting with creditors committee
          and debtors' professionals regarding status of
          resolution of pending claim objections, forth
          coming claim objections and collection of
          accounts receivable
          Douglas M. Foley   2.30 hours at  600.00 per hour.       $1,380.00

05/11/10  Finalize and submit multiple claim orders and
          e-mails regarding same (.6); multiple e-mails
          regarding resolution of multiple claims and
          upcoming status hearings (.4)
          Sarah B. Boehm   1.00 hours at  495.00 per hour.           $495.00

05/11/10  Draft response to Site A and research issues
          regarding same and review and analyze claims,
          pleadings, documents and other materials
          regarding same (.80); continue resolution of
          claims and multiple telephone conferences and
          e-mails with parties regarding same and review
          and analyze claims, pleadings, and other items
          regarding same (1.3)
          Daniel F. Blanks   2.10 hours at  415.00 per hour.         $871.50

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91258456                                    June 8, 2010

05/11/10  Review and analyze local rules for extensions
          of time regarding deadlines in the district
          court (.5); correspond with the debtors'
          professionals regarding the same (.3); draft
          consent motion to extend deadlines and order
          granting the same regarding motions to dismiss
          and other briefing in bankruptcy appeals in the
          district court (1.7); prepare exhibits for the
          same (.5); correspond with the debtors'
          professionals regarding comments, updates, and
          timing for filing of consent motion (.6)
          Bryan A. Stark   3.60 hours at  335.00 per hour.      $1,206.00

05/11/10  Review and revise tracking charts for omnibus
          objections (2.9); research and draft Exhibit A
          to 5/20/10 hearing agenda (3.2)
          Linda J. Neilson   6.10 hours at  200.00 per hour.    $1,220.00

05/12/10  E-mails regarding status of resolution of late
          claim motions and late claim objections
          Douglas M. Foley   .70 hours at  600.00 per hour.       $420.00

05/12/10  Analyze and revise exhibit to agenda regarding
          status of all adjourned claims, review charts
          and multiple calls and e-mails regarding same
          (1.2); revise, finalize and submit claim order
          and e-mails regarding same (.3); continue claim
          objection matters, review documents and
          correspondence and multiple calls and e-mails
          regarding same (2.3)
          Sarah B. Boehm   3.80 hours at  495.00 per hour.      $1,881.00

05/12/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, and other items regarding same and
          research issues regarding same (3.3); continue
          review late claim and research informal proof
          of claim (.5)
          Daniel F. Blanks   3.80 hours at  415.00 per hour.   $1,577.00

05/12/10  Research issues regarding claims premised on
          personal injury litigation (2.8)
          Bryan A. Stark   2.80 hours at  335.00 per hour.       $938.00

05/12/10  Prepare tracking chart and binder for responses
          to Motion for Summary Judgment on 37th omnibus
          objection (1.6); review and revise Exhibit A to
          hearing agenda (1.4); review and revise
          tracking charts for omnibus objections (1.9)
          Linda J. Neilson   4.90 hours at  200.00 per hour.     $980.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91258456

Page  32
June 8, 2010

05/13/10  E-mails regarding settlements relating to
          various claims including landlord claims and
          review documents regarding same (.7); e-mails
          regarding Paramount appeal on reclamation issue
          (.3); conference with counsel for Sennheiser
          regarding resolution of late claim motion for
          503(b)(9) claim and general unsecured claim
          (.9)
          Douglas M. Foley   1.90 hours at  600.00 per hour.        $1,140.00

05/13/10  Analyze and revise exhibit to agenda regarding
          status of all adjourned claims, review
          pleadings and charts and multiple e-mails
          regarding same (.9); finalize and file Samsung
          settlement and e-mails regarding same (.4);
          continue claim objection resolutions, analyze
          issues and documents, review charts and
          multiple calls and e-mails regarding same (1.6)
          Sarah B. Boehm   2.90 hours at  495.00 per hour.          $1,435.50

05/13/10  Continue resolution of claims and telephone
          conferences and e-mails with parties regarding
          same and review and analyze claims, pleadings,
          and other documents regarding same and analyze
          strategies regarding same
          Daniel F. Blanks   1.50 hours at  415.00 per hour.          $622.50

05/13/10  Correspond with the debtor regarding omnibus
          objection and discovery issue regarding the
          same (.5); research issue related to discovery
          and contract (.7); review and analyze notice of
          settlement agreement and correspond with the
          debtors' professionals regarding the same (.5);
          finalize and file notice of settlement
          agreement (.4)
          Bryan A. Stark   2.10 hours at  335.00 per hour.          $703.50

05/13/10  Prepare tracking chart and binder for responses
          to Motion for Summary Judgment on 37th omnibus
          objection (.9); review and revise Exhibit A to
          hearing agenda (.9); review and revise tracking
          charts for omnibus objections (1.2)
          Linda J. Neilson   3.00 hours at  200.00 per hour.          $600.00

05/14/10  E-mails regarding finalization and review of
          Weilder class settlement claim (.4); e-mails
          regarding resolution of objections based upon
          late claim filing and excusable neglect (.4)
          Douglas M. Foley    .80 hours at  600.00 per hour.          $480.00

Circuit City Stores Inc
File Number: 2055557                           Page  33
Invoice No. 91258456                          June 8, 2010


05/14/10  Draft notice, finalize and file settlement
          agreement regarding Fredericksburg and multiple
          e-mails regarding same and Weidler settlement
          (1.0); revise agenda and exhibit regarding
          claims status and multiple calls and e-mails
          regarding same (1.9); continue claim objection
          resolutions, research, analyze objections and
          correspondence, multiple calls and e-mails
          regarding same (2.5)
          Sarah B. Boehm   5.40 hours at  495.00 per hour.       $2,673.00

05/14/10  Review, analyze and provide comments on notice
          of settlement (.4); correspond with the
          debtors' professionals regarding outstanding
          omnibus objections (.4); review and analyze
          correspondence and correspond with creditor
          counsel regarding settlements (.5)
          Bryan A. Stark   1.30 hours at  335.00 per hour.        $435.50

05/14/10  Prepare Exhibit B to 5/20/10 hearing agenda
          regarding 37th omnibus objection responses
          (2.2); review and revise Exhibit A to hearing
          agenda (.8); review and revise tracking charts
          for omnibus objections (1.4)
          Linda J. Neilson   4.40 hours at  200.00 per hour.      $880.00

05/17/10  E-mails with client, creditors and debtors'
          professionals regarding status of hearing on
          May 20 and claims resolution settlements and
          procedures and analyze issues regarding same
          Douglas M. Foley   2.30 hours at  600.00 per hour.     $1,380.00

05/17/10  Revise, finalize and file settlement agreement
          and notice and multiple e-mails regarding same
          (.5); revise, finalize and file agenda and
          exhibits regarding adjourned claims and
          multiple calls and e-mails regarding status of
          various matters, analyze issues and pleadings
          regarding same (2.3); continue claim objection
          resolutions, draft and revise orders, analyze
          documents, and multiple calls and e-mails
          regarding same (2.6)
          Sarah B. Boehm   5.40 hours at  495.00 per hour.       $2,673.00

05/17/10  Continue resolution of claims and multiple
          telephone conversation and e-mails with parties
          regarding same and review and analyze
          documents, claims, pleadings, charts, and other
          materials regarding same and research issues
          regarding same
          Daniel F. Blanks   3.90 hours at  415.00 per hour.     $1,618.50

Circuit City Stores Inc
File Number: 2055557                          Page  34
Invoice No. 91258456                         June 8, 2010

05/17/10  Review and analyze proof of claim, omnibus
          objection, and response thereto (.5);
          correspond with claimant and debtors'
          professionals regarding resolution to omnibus
          objection (.6)
          Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

05/18/10  Analyze claim orders and e-mails regarding same
          and updating adjourned chart (.3); continue
          claim objection resolutions, analyze documents
          and multiple calls and e-mails regarding same
          (2.2); analyze issues regarding Paramount
          appeal (.3)
          Sarah B. Boehm   2.80 hours at  495.00 per hour.      $1,386.00

05/18/10  Resolution of claims and multiple telephone
          conferences and e-mails with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same and
          research issues regarding same
          Daniel F. Blanks   4.90 hours at  415.00 per hour.    $2,033.50

05/18/10  Draft notice of stipulation, finalize
          stipulation and file with court (.8); review
          omnibus objection and correspondence with
          creditors' counsel regarding the same (.4);
          correspond with claimant counsel regarding
          settlement of omnibus objection (.4)
          Bryan A. Stark   1.60 hours at  335.00 per hour.        $536.00

05/18/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   2.30 hours at  200.00 per hour.      $460.00

05/19/10  Continue claim objection resolutions, analyze
          documents and adjourn chart regarding late
          claims and multiple calls and e-mails regarding
          same (2.6); analyze adjourned claims and chart
          regarding same and prepare for omnibus hearing
          regarding claims status (.9)
          Sarah B. Boehm   3.50 hours at  495.00 per hour.      $1,732.50

05/19/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and analyze claims, pleadings,
          charts, and other materials regarding same and
          research issues regarding same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.    $1,909.00

Circuit City Stores Inc
File Number: 2055557                                      Page   35
Invoice No. 91258456                                     June 8, 2010

05/19/10  Review and analyze draft notices of settlement
          and settlement agreements (1.1); correspond
          with the debtors' professionals regarding
          comments on the same (.5); finalize, file and
          arrange for service for the same (.8)
          Bryan A. Stark   2.40 hours at  335.00 per hour.        $804.00

05/19/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.90 hours at  200.00 per hour.      $380.00

05/20/10  E-mails and review drafts of settlement
          agreements with various landlord claimants and
          analyze issues regarding same
          Douglas M. Foley    .30 hours at  600.00 per hour.      $180.00

05/20/10  Prepare for and participate in omnibus hearing
          regarding omnibus claim objections and multiple
          calls and e-mails regarding same (2.5);
          continue claim objection resolutions, draft and
          submit orders and multiple calls and e-mails
          regarding same (.8); conference regarding
          future claim objections (.7)
          Sarah B. Boehm   4.00 hours at  495.00 per hour.      $1,980.00

05/20/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.    $2,158.00

05/20/10  Review docket for objections to settlement
          agreements
          Bryan A. Stark    .20 hours at  335.00 per hour.        $67.00

05/20/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .50 hours at  200.00 per hour.      $100.00

05/21/10  Continue claim objection resolutions, analyze
          documents, draft orders, revise and circulate
          stipulations, review and revise adjourn chart,
          analyze late claims and strategy, and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   4.70 hours at  495.00 per hour.      $2,326.50

Circuit City Stores Inc
File Number: 2055557                                    Page  36
Invoice No. 91258456                                   June 8, 2010

05/21/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and analyze strategies regarding
          same and draft, file and negotiate stipulations
          regarding same and research issues regarding
          same
          Daniel F. Blanks   4.30 hours at  415.00 per hour.      $1,784.50

05/21/10  Review and analyze documentation and
          correspondence and correspond with the debtors'
          professionals regarding status of negotiations
          (1.4); analyze status of negotiations and
          telephone calls and negotiate with claimant
          regarding omnibus objection (2.1)
          Bryan A. Stark   3.50 hours at  335.00 per hour.       $1,172.50

05/24/10  E-mails regarding finalization and stipulations
          resolving various claims and motions and review
          same
          Douglas M. Foley   .80 hours at  600.00 per hour.       $480.00

05/24/10  Continue claim objection resolutions, draft,
          finalize and file Sennheiser stipulation and
          notice, analyze late claims, multiple calls and
          e-mails regarding same (2.2); review claim
          orders and adjourn chart and multiple e-mails
          regarding same (.7); multiple calls and e-mails
          regarding status of various claim matters and
          upcoming claim objections (1.2)
          Sarah B. Boehm   4.10 hours at  495.00 per hour.       $2,029.50

05/24/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze charts,
          claims, and other documentation regarding same
          and research issues regarding same and draft
          and revise claim objections and other items
          regarding same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.     $2,158.00

05/24/10  Review and analyze draft consent motion
          dismissing appeal (.4); correspond with the
          debtors' professionals and claimant counsel
          regarding district court procedures and
          comments on consent motion (1.1); draft
          memorandum in support of consent motion and
          update consent motion according to the same
          (1.8); finalize and file consent motion and
          memorandum in support and arrange for service
          (.7); review proof of claim regarding

Circuit City Stores Inc
File Number: 2055557                                      Page  37
Invoice No. 91258456                                      June 8, 2010

settlement agreement and correspond with the
debtors' professionals regarding the same (.4);
correspond with claimant counsel regarding
settlement agreement (.4)
Bryan A. Stark   4.80 hours at  335.00 per hour.          $1,608.00

05/24/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.70 hours at  200.00 per hour.   $340.00

05/25/10  E-mails regarding finalization of various
          stipulations resolving certain claims and
          motions and review same
          Douglas M. Foley   .90 hours at  600.00 per hour.   $540.00

05/25/10  Continue claim objection resolutions, analyze
          documents, review pleadings for filing, draft
          orders and stipulations, multiple calls and
          e-mails regarding same (1.8); analyze and
          revise Chase claim objection, analyze documents
          and cases regarding same and telephone
          conference regarding same (1.1)
          Sarah B. Boehm   2.90 hours at  495.00 per hour.   $1,435.50

05/25/10  Continue research multiple issues regarding
          Chase and review and analyze items regarding
          same (1.9); continue resolution of claims and
          review and analyze claims, pleadings, charts,
          and other materials regarding same and research
          issues regarding same and draft stipulations
          regarding same (3.4)
          Daniel F. Blanks   5.30 hours at  415.00 per hour.   $2,199.50

05/25/10  Review and analyze motions to dismiss,
          memoranda in support, consent orders granting,
          local rules, and provide comments and edits
          (1.0); correspond with the debtors'
          professionals regarding consolidated appeals
          and filing of motions to dismiss (.5);
          correspond with creditors' counsel regarding
          stipulation regarding omnibus objection (.4);
          review and analyze responses, proofs of claim,
          and other filings regarding the same (.7);
          review, finalize and file notice of stipulation
          and arrange for service (.7)
          Bryan A. Stark   3.30 hours at  335.00 per hour.   $1,105.50

05/25/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.60 hours at  200.00 per hour.   $320.00

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91258456                                    June 8, 2010

05/26/10  Prepare for and participate in claims status
          call regarding strategy and upcoming claim
          objections (.7); continue claim objection
          resolutions, draft orders and stipulations,
          finalize and file stipulation and notice,
          revise adjourned claims chart, analyze claims
          and pleadings, multiple calls and e-mails
          regarding same (3.7)
          Sarah B. Boehm   4.40 hours at  495.00 per hour.        $2,178.00

05/26/10  Continue resolution of claims and review and
          analyze claims, pleadings, charts, and other
          materials regarding same and research issues
          regarding same and draft stipulations regarding
          same and research analyses regarding same
          Daniel F. Blanks   7.10 hours at  415.00 per hour.      $2,946.50

05/26/10  Review correspondence file for executed
          stipulation (.4); correspond with the debtors'
          professionals regarding the same (.3); review
          and analyze draft settlement, file notice of
          the same and arrange for service (.6); draft
          notice of stipulation, file the same and
          arrange for service (.9); review docket for
          responses to notices of settlement (.2); review
          omnibus objection and accompanying
          documentation regarding legal claims (.7);
          correspond with the debtor and debtors'
          professionals regarding the same (.4); review
          filings and draft settlement agreement (.7)
          Bryan A. Stark   4.20 hours at  335.00 per hour.        $1,407.00

05/26/10  Retrieve and circulate Checkpoint proof of
          claims (.2); review and revise tracking charts
          for omnibus objections (1.6)
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

05/27/10  Review status of Fuji Films 503(b)(9) claims
          and telephone conference with counsel regarding
          same (.7); e-mails with client regarding status
          of updated set off analysis (.6); e-mails
          regarding status of resolution of LG claims
          (.3)
          Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

05/27/10  Review responses to omnibus objections and
          e-mails regarding adjourned chart updates (.9);
          continue claim objection resolutions, analyze
          pleadings and claims, revise order, multiple
          calls and e-mails regarding same (2.9)
          Sarah B. Boehm   3.80 hours at  495.00 per hour.        $1,881.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91258456                                   June 8, 2010

05/27/10  Continue resolution of claims and review and
          analyze claims, pleadings, charts, and other
          materials regarding same and research issues
          regarding same and draft stipulations regarding
          same and draft settlement analyses regarding
          same and analyze issues regarding same
          Daniel F. Blanks   6.30 hours at  415.00 per hour.     $2,614.50

05/27/10  Correspond with the debtors and debtors'
          professionals regarding objections to legal
          claims (.4); finalize, file and arrange for
          service consent motions to dismiss appeals
          (1.7); correspond with the debtors'
          professionals regarding the same (.4);
          correspond with the debtors' professionals
          regarding discovery responses (.2); telephone
          call with claimant regarding claim and other
          issues (.6); correspond with the debtors'
          professionals regarding claims and distribution
          (.3)
          Bryan A. Stark   3.60 hours at  335.00 per hour.       $1,206.00

05/28/10  Review and revise stipulations resolving
          various claims including Oncorp, Keic, Scroggin
          relating to omnibus objection claims number 39
          and e-mails with debtor's regarding same
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

05/28/10  Continue claim objection resolutions, analyze
          and revise stipulation, finalize and submit
          claim orders, review stipulations for filing,
          analyze opinion regarding class claims, analyze
          and revise adjourned claims chart and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   3.90 hours at  495.00 per hour.       $1,930.50

05/28/10  E-mails with parties regarding stipulations and
          claims settlements and continue resolution of
          claims and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          Daniel F. Blanks   5.80 hours at  415.00 per hour.     $2,407.00

Circuit City Stores Inc
File Number: 2055557                                  Page   40
Invoice No. 91258456                                 June 8, 2010

05/28/10 Review and analyze the Court's memorandum
         opinion on class claims (.4); research issues
         and draft settlement agreement regarding the
         forty-ninth omnibus objection (2.1); finalize
         and submit order approving settlement agreement
         (.4); correspond with the debtors'
         professionals and the court regarding the same
         (.3)
         Bryan A. Stark   3.20 hours at  335.00 per hour.          $1,072.00

05/31/10 Continue resolution of claims and analyze
         claims, pleadings, charts, and other materials
         regarding same
         Daniel F. Blanks   1.10 hours at  415.00 per hour.          $456.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 19.7 | $11,820.00 |
| Sarah B. Boehm | $495.00 | 73.1 | $36,184.50 |
| Daniel F. Blanks | $415.00 | 85.8 | $35,607.00 |
| Bryan A. Stark | $335.00 | 57.4 | $19,229.00 |
| Erin Q. Ashcroft | $330.00 | 17.1 | $5,643.00 |
| Karen B. Cain | $215.00 | 12.1 | $2,601.50 |
| Linda J. Neilson | $200.00 | 30.9 | $6,180.00 |
| **TOTAL FEES** | | **296.1** | **$117,265.00** |

**Re: Disclosure Statement and Plan**
     **Our File No.**                2055557-0270
     **Circuit City Contact**        Katie Bradshaw
     **McGuireWoods Contact**        Douglas M. Foley

05/03/10 Revise, finalize and file notice of continued
         confirmation hearing and e-mails regarding same
         Sarah B. Boehm   .30 hours at  495.00 per hour.          $148.50

05/19/10 Analyze pleadings and e-mails regarding LG
         order establishing reserves
         Sarah B. Boehm   .40 hours at  495.00 per hour.          $198.00

05/20/10 Draft, revise, finalize and file notice of
         continued hearing regarding confirmation and
         multiple e-mails regarding same
         Sarah B. Boehm   .50 hours at  495.00 per hour.          $247.50

05/21/10 E-mails regarding revisions to bylaws and
         liquidating trust agreement and analyze issues
         regarding same
         Douglas M. Foley   1.30 hours at  600.00 per hour.          $780.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91258456

Page  41
June 8, 2010

05/23/10  Review and revise bylaws and trust agreement
          and e-mails regarding status of post
          confirmation governance issues
          Douglas M. Foley   1.50 hours at  600.00 per hour.        $900.00

05/27/10  Numerous e-mails with committee's professionals
          and debtors' professionals regarding status of
          joint plan and resolution of post confirmation
          of governance issues and analyze same
          Douglas M. Foley   1.70 hours at 600.00 per hour.     $1,020.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 4.5 | $2,700.00 |
| Sarah B. Boehm | $495.00 | 1.2 | $594.00 |
| TOTAL FEES | | 5.7 | $3,294.00 |

**Re: Employee Benefits/Pensions**
          Our File No.            2055557-0280
          Circuit City Contact    Katie Bradshaw
          McGuireWoods Contact    Douglas M. Foley

05/04/10  Analyze issues regarding service of
          supplemental 401k asset sale and e-mails
          regarding same
          Sarah B. Boehm     .30 hours at  495.00 per hour.       $148.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.3 | $148.50 |
| TOTAL FEES | | 0.3 | $148.50 |

**Re: Intellectual Property Matters**
          Our File No.            2055557-0310
          Circuit City Contact    Katie Bradshaw
          McGuireWoods Contact    Douglas M. Foley

05/04/10  E-mails with Ecuadorian agent regarding 800.COM
          registrations
          Douglas B. Smith   .20 hours at  320.00 per hour.        $64.00

05/04/10  Send follow-up correspondence to Systemax
          regarding transfer of circuitcity.info
          Douglas B. Smith   .20 hours at  320.00 per hour.        $64.00

Circuit City Stores Inc
File Number: 2055557                                    Page  42
Invoice No. 91258456                                    June 8, 2010

05/05/10 E-mails regarding finalization of Systemax
         transaction and domain name issues
         Douglas M. Foley    .20 hours at  600.00 per hour.      $120.00

05/05/10 E-mails with L. Paul of Systemax regarding
         change in ownership of circuitcity.info and
         prepare change in ownership letter to be sent
         to Catalog.com
         Douglas B. Smith    .70 hours at  320.00 per hour.      $224.00

05/13/10 E-mails with J. Peyton regarding transfer of
         circuitcity.info
         Douglas B. Smith    .20 hours at  320.00 per hour.       $64.00

05/17/10 Obtain username and password for
         circuitcity.info, finalize and send letter
         Douglas B. Smith    .30 hours at  320.00 per hour.       $96.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.2 | $120.00 |
| Douglas B. Smith | $320.00 | 1.6 | $512.00 |
| TOTAL FEES | | 1.8 | $632.00 |

**Re: Schimenti Construction Litigation**
    **Our File No.        2055557-0323**

05/03/10 Review and analyze issues relating to Schimenti      1.40
         complaint and motion to dismiss and review
         preference exposure regarding same
             Douglas M. Foley

05/07/10 E-mails with counsel relating to Schimenti            .20
         complaints and potential procedural
         consolidation
             Douglas M. Foley

05/13/10 Review and analyze correspondence, pleadings          .80
         and complaint and research issues regarding
         motion to dismiss
             Bryan A. Stark

05/18/10 Research motion to dismiss issues and draft          3.10
         motion to dismiss complaint
             Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557                                    Page  43
Invoice No. 91258456                                    June 8, 2010

05/19/10  Review and analyze Schimenti contracts (1.1);      2.30
          research 12(b)(6) issues (.6); e-mail debtor
          regarding documents (.1); draft motion to
          dismiss (.5)
             Bryan A. Stark

05/20/10  Correspond with debtor regarding Schimenti         3.90
          contracts and support for motion to dismiss
          (.7); research issues regarding Rule 12(b)(6)
          (1.7); draft motion to dismiss (1.5)
             Bryan A. Stark

05/24/10  Research injunction issues (.6); draft motion      1.20
          to dismiss (.6)
             Bryan A. Stark

05/26/10  Research and draft 12(b)(6) motion to dismiss      3.10
          (2.7); correspond with debtors' professionals
          regarding research (.4)
             Bryan A. Stark

05/27/10  E-mails and analysis regarding motion to           1.20
          dismiss and memorandum in support thereof
             Douglas M. Foley

05/27/10  Research outstanding issues, review and revise     3.10
          motion to dismiss (2.3); correspond with
          debtors' professionals regarding draft and
          regarding standards for motion to dismiss (.8)
             Bryan A. Stark

05/28/10  Review and revise Rule 12(b)(6) motion and         1.70
          memorandum in support thereof and e-mails with
          debtor's professionals and client regarding
          same
             Douglas M. Foley

05/28/10  Research Rule 12(b)(6) issues regarding various    3.90
          causes of action (1.7); correspond with
          debtors' professionals regarding draft motion
          (.4); review, revise and update motion to
          dismiss (1.8)
             Bryan A. Stark

05/31/10  Review comments on draft motion and review         .80
          complaint (.6); e-mail regarding same (.2)
             Bryan A. Stark

| Timekeeper        | Rate/HR  | Hours | Fees      |
|-------------------|----------|-------|-----------|
| Douglas M. Foley  | $600.00  | 4.5   | $2,700.00 |
| Bryan A. Stark    | $335.00  | 22.2  | $7,437.00 |

Circuit City Stores Inc
File Number: 2055557                          Page  44
Invoice No. 91258456                          June 8, 2010

|  | TOTAL FEES | 26.7 | $10,137.00 |

Disbursements and Other Expenses:

| Date | Description | Amount |
|---|---|---|
|  | Copy Charges | $230.40 |
|  | Pacer Research | $75.28 |
|  | Long Distance Telephone Charges | $76.60 |
| 04/28/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 04/28/2010 | $20.91 |
| 04/29/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 04/29/2010 | $35.27 |
| 04/29/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 04/29/2010 | $46.38 |
| 05/06/10 | FedEx Standard Overnight to Berwyn, PA - Tracking #:  447957298085 | $11.23 |
| 05/10/10 | BIZPORT - LOGISTICS - Routine bike delivery on 4/27/10 to Tavernor and Baron | $6.00 |
| 05/13/10 | DOUGLAS M. FOLEY - Attend hearing and meetings with client 5/09; hotel, mileage | $628.92 |
| 05/13/10 | FedEx Standard Overnight to Fort Lauderdale, FL - Tracking #:  793539777310 | $10.73 |
| 05/14/10 | BRYAN A. STARK - Filing fee 5/10 | $250.00 |
| 05/17/10 | FedEx First Overnight to Wilmington, DE - Tracking #:  798670827926 | $51.16 |
| 05/18/10 | FedEx First Overnight to Wilmington, DE - Tracking #:  793552595744 | $51.16 |
| 05/19/10 | LASERSHIP INC - Delivery from McGuireWoods to US Bankruptcy Court 4-20-10 | $6.79 |
| 05/19/10 | LASERSHIP INC - Delivery from McGuireWoods to USDC 4-9-10 | $5.32 |
| 05/20/10 | LASERSHIP INC - Delivery from McGuireWoods to US Bankruptcy Court 4-27-10 | $9.49 |
| 05/20/10 | LASERSHIP INC - Delivery from McGuireWoods to US Bankruptcy Court 5-14-10 | $5.34 |
| 05/21/10 | BIZPORT - LOGISTICS - Routine bike delivery on 5/11/10 to Tavernor And Baron | $6.00 |
| 05/21/10 | BIZPORT - LOGISTICS - Routine bike delivery on 5/11/10 to US Bankruptcy Court | $10.50 |
| 05/21/10 | DOUGLAS M. FOLEY - Attend conference call with client 5/13 | $66.04 |
| 05/25/10 | RESTAURANTEUR, INC. - Luncheon ordered 5/11/10 | $290.22 |
| 05/25/10 | RESTAURANTEUR, INC. - Luncheon ordered 4/29/10 | $86.58 |
| 05/25/10 | RESTAURANTEUR, INC. - Luncheon ordered 5/20/10 | $131.54 |
| 05/25/10 | RESTAURANTEUR, INC. - Breakfast trays ordered 5/11/10 | $122.10 |
| 05/25/10 | BIZPORT - LOGISTICS - Delivery from Mercer Trigiani to MW on 4/21/10 | $16.00 |
| 05/25/10 | DANIEL F. BLANKS - Attend omni hearing and client meetings 5/19 - 5/20; hotel, meals, mileage | $345.26 |

Circuit City Stores Inc
File Number: 2055557                                      Page  45
Invoice No. 91258456                                     June 8, 2010

05/26/10  SARAH B. BOEHM - Van services used for client        $725.00
          hearings 5/11 and 5/20
05/26/10  J&J COURT TRANSCRIBERS INC - Professional            $250.75
          Services - Federal Court 14-Day On 4/29/2010
05/26/10  J&J COURT TRANSCRIBERS INC - Professional             $63.75
          Services - Federal Court 14- Day on 5/11/2010
                    TOTAL EXPENSES                            $3,634.72


          Summary of Fees and Expenses:

                Total Fees for all Matters:        $256,343.00

                Total Expenses for all Matters:      $3,634.72

                Total for this Invoice:            $259,977.72

**Exhibit E-2**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

July 12, 2010

**REMITTANCE COPY**
**PLEASE RETURN WITH PAYMENT**
**DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202**

INVOICE NO. 91267086

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $171,354.22
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                    $345,867.00
    Current Disbursements:          $2,858.77
    **Current Invoice Total:**                   $348,725.77

Total Balance Due:                                      $520,079.99

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# |McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**


July 12, 2010


Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

                                        Bill Through: 06/30/10


<u>INVOICE NO.  91267086</u>                    <u>TAX ID NO. 54-0505857</u>


    FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

**Re: General Case Administration**
      **Our File No.          2055557-0010**
      **Circuit City Contact   Katie Bradshaw**
      **McGuireWoods Contact   Douglas M. Foley**


06/01/10  Analyze and revise agenda and multiple calls
          and e-mails regarding status of various matters
          Sarah B. Boehm     .60 hours at  495.00 per hour.       $297.00

06/02/10  Review agenda and conference with debtors'
          professionals regarding status of matters and
          related issues
          Daniel F. Blanks     .50 hours at  415.00 per hour.     $207.50

06/02/10  Prepare for and participate in telephone call
          with debtors' professionals regarding June 8,
          2010 omnibus hearing and other matters (.8);
          resolve certain follow-up issues (.3); review
          draft versions of omnibus hearing agenda and
          versions of Exhibit A thereto (.5)
          Bryan A. Stark    1.60 hours at  335.00 per hour.       $536.00

06/02/10  Review and revise exhibits to 6/8/10 hearing
          agenda and discussions regarding same
          Linda J. Neilson   1.50 hours at  200.00 per hour.      $300.00

Circuit City Stores Inc
File Number: 2055557                                    Page    2
Invoice No. 91267086                                    July 12, 2010

06/03/10  Review and revise agenda for June 8, 2010 and
          Exhibit A relating thereto, including claim
          resolution matters and new claim objections
          going forward (1.2); e-mails and telephone
          conferences with chambers regarding status of
          hearings for June 8, 2010 and mediation motion
          (.6)
          Douglas M. Foley   1.80 hours at  600.00 per hour.        $1,080.00

06/03/10  Review and provide comments to draft agenda and
          exhibits thereto (.6); correspond with debtors'
          professionals regarding same (.4); correspond
          with debtor regarding building plans (.2)
          Bryan A. Stark   1.20 hours at  335.00 per hour.            $402.00

06/03/10  Review and revise exhibits to 6/8/10 hearing
          agenda for filing on 6/4/10 (2.1); review,
          organize and prepare responses to garnishments
          requests and subpoenas (1.9)
          Linda J. Neilson   4.00 hours at  200.00 per hour.          $800.00

06/04/10  Review and finalize agenda for hearing on June
          8th and e-mails with committee professionals
          and debtors professionals regarding same
          Douglas M. Foley   1.60 hours at  600.00 per hour.          $960.00

06/04/10  Review and provide comments on draft agenda and
          exhibits (.8); review, finalize and file same
          (.5); correspond with debtor regarding store
          plans and other issues (.4)
          Bryan A. Stark   1.70 hours at  335.00 per hour.            $569.50

06/04/10  Review, revise and prepare 6/8/2010 hearing
          agenda and exhibits (2.0); prepare documents
          for 6/8/10 hearing (1.8)
          Linda J. Neilson   3.80 hours at  200.00 per hour.          $760.00

06/06/10  Review agenda and pleadings for hearing on June
          8th and prepare for same
          Douglas M. Foley   2.20 hours at  600.00 per hour.        $1,320.00

06/07/10  Review pleadings and agenda and prepare for
          omnibus hearing on June 8th regarding various
          matters
          Douglas M. Foley   2.40 hours at  600.00 per hour.        $1,440.00

06/07/10  Review, organize and prepare responses to
          garnishments requests
          Linda J. Neilson   1.10 hours at  200.00 per hour.          $220.00

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91267086                                   July 12, 2010

06/08/10  Prepare for and review pleadings and attend
          omnibus hearings scheduled for June 8th
          Douglas M. Foley   2.70 hours at  600.00 per hour.      $1,620.00

06/08/10  Participate in omnibus hearing and e-mails and
          telephone conferences with parties regarding
          same and review agenda and other items
          regarding same
          Daniel F. Blanks    .80 hours at  415.00 per hour.       $332.00

06/08/10  Assist in preparation for omnibus hearing
          Bryan A. Stark   1.30 hours at  335.00 per hour.         $435.50

06/08/10  Research DIVX (.4); review and prepare
          responses to garnishments and subpoena (1.7)
          Linda J. Neilson   2.10 hours at  200.00 per hour.       $420.00

06/08/10  Work on hearing binders for professionals
          Karen B. Cain   1.20 hours at  215.00 per hour.          $258.00

06/09/10  Meet with the debtors and debtors'
          professionals regarding various administration
          issues
          Bryan A. Stark    .70 hours at  335.00 per hour.         $234.50

06/09/10  Review and organize responses to garnishments
          Linda J. Neilson   1.00 hours at  200.00 per hour.       $200.00

06/10/10  Review, organize and prepare responses to
          garnishment requests (2.4); review draft 6/16
          hearing agenda (.7)
          Linda J. Neilson   3.10 hours at  200.00 per hour.       $620.00

06/11/10  E-mails regarding status of hearing agenda for
          June 16th and review same
          Douglas M. Foley    .70 hours at  600.00 per hour.       $420.00

06/11/10  Review and provide comments on draft agenda
          Bryan A. Stark    .30 hours at  335.00 per hour.         $100.50

06/11/10  Prepare and circulate 6/16/10 hearing agenda
          Linda J. Neilson    .40 hours at  200.00 per hour.        $80.00

06/14/10  Correspondence regarding agenda for 6/16
          hearing (.1); review, organize and prepare
          responses to garnishments (2.5)
          Linda J. Neilson   2.60 hours at  200.00 per hour.       $520.00

Circuit City Stores Inc
File Number: 2055557                                      Page   4
Invoice No. 91267086                                      July 12, 2010

06/15/10  Telephone conferences and e-mails with
          chamber's personnel relating to scheduling
          hearing on June 16th and status update relating
          to same and e-mails with debtors' professionals
          and committee professionals regarding same
          Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

06/15/10  Correspondence regarding hearing agenda for
          6/16 (.2); review, organize and prepare
          responses to garnishments (1.1)
          Linda J. Neilson   1.30 hours at  200.00 per hour.        $260.00

06/16/10  Prepare for, attend hearing and e-mails and
          telephone conferences with parties regarding
          same
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

06/16/10  Review agenda and Exhibit A thereto and provide
          comments on same
          Bryan A. Stark    .40 hours at  335.00 per hour.          $134.00

06/16/10  Draft Exhibit A for 6/24/10 hearing agenda
          regarding omnibus objections claimants (2.0);
          review and prepare responses to garnishments
          (1.1)
          Linda J. Neilson   3.10 hours at  200.00 per hour.        $620.00

06/17/10  Review and comment on draft Exhibit A to agenda
          Bryan A. Stark    .20 hours at  335.00 per hour.           $67.00

06/17/10  Review, revise and circulate 6/24/10 hearing
          agenda and exhibit (1.3); review and organize
          requests for garnishment (1.5)
          Linda J. Neilson   2.80 hours at  200.00 per hour.        $560.00

06/18/10  Review draft agenda and Exhibit A and provide
          updates
          Bryan A. Stark    .40 hours at  335.00 per hour.          $134.00

06/18/10  Review and prepare responses to subpoena and
          garnishments (1.2); review and revise 6/24/10
          hearing agenda and Exhibit A (1.6); review,
          organize and prepare documents for production
          in Active litigation (1.0)
          Linda J. Neilson   3.80 hours at  200.00 per hour.        $760.00

06/21/10  Review, revise and file proposed hearing agenda
          and e-mails with parties regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. 91267086                                    July 12, 2010

06/21/10  Review final version of agenda and exhibits
          thereto (.4); correspond with counsel to
          creditor regarding agenda (.3)
          Bryan A. Stark    .70 hours at   335.00 per hour.          $234.50

06/21/10  Review, revise and prepare 6/24/2010 agenda and
          exhibit for filing (2.2); review and prepare
          responses to garnishment requests (.9)
          Linda J. Neilson  3.10 hours at  200.00 per hour.          $620.00

06/22/10  Prepare documents for 6/24/10 hearing (.5);
          review and prepare responses to garnishments
          and subpoena (2.0)
          Linda J. Neilson  2.50 hours at  200.00 per hour.          $500.00

06/23/10  Review, organize and prepare responses to
          garnishments
          Linda J. Neilson  1.20 hours at  200.00 per hour.          $240.00

06/24/10  Prepare for and attend omnibus hearing and
          analyze issues regarding same and meetings with
          client and co-counsel regarding same
          Douglas M. Foley  2.90 hours at  600.00 per hour.        $1,740.00

06/24/10  Prepare for and attend telephonic hearing
          regarding omnibus hearing and e-mails and
          telephone conferences with parties regarding
          same
          Daniel F. Blanks  1.40 hours at  415.00 per hour.          $581.00

06/24/10  File affidavits of service (.8); participate in
          omnibus hearing (.6); arrange for copies of
          objection to motion to be delivered to
          courtroom in preparation for omnibus hearing
          (.2)
          Bryan A. Stark   1.60 hours at  335.00 per hour.           $536.00

06/24/10  Work on hearing binders for professionals (.8);
          prepare documents for court (.6)
          Karen B. Cain   1.40 hours at  215.00 per hour.            $301.00

06/28/10  E-mails with G. Fathergill regarding September
          omnibus hearing dates and multiple e-mails with
          professionals regarding scheduling same
          Sarah B. Boehm    .40 hours at  495.00 per hour.           $198.00

06/29/10  Draft, finalize and file notice of additional
          omnibus hearing dates and e-mails regarding
          same
          Sarah B. Boehm    .30 hours at  495.00 per hour.           $148.50

Circuit City Stores Inc
File Number: 2055557                                    Page   6
Invoice No. 91267086                                    July 12, 2010

06/29/10 E-mail to and from court reporter regarding
         omnibus hearings (.4); e-mail to and from
         professionals regarding status of transcripts
         (.2)
         Karen B. Cain     .60 hours at  215.00 per hour.        $129.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 15.0 | $9,000.00 |
| Sarah B. Boehm | $495.00 | 1.3 | $643.50 |
| Daniel F. Blanks | $415.00 | 4.6 | $1,909.00 |
| Bryan A. Stark | $335.00 | 10.1 | $3,383.50 |
| Karen B. Cain | $215.00 | 3.2 | $688.00 |
| Linda J. Neilson | $200.00 | 37.4 | $7,480.00 |
| TOTAL FEES | | 71.6 | $23,104.00 |

**Re: Restructuring and General Strategy**
   **Our File No.**          **2055557-0020**
   **Circuit City Contact**  **Katie Bradshaw**
   **McGuireWoods Contact**  **Douglas M. Foley**


06/01/10 E-mails and review materials regarding
         preparation and participation in board meeting
         and analyze issues relating to joint plan and
         governance issues (.3); e-mails regarding 8K
         disclosure issues and analyze same (2.3);
         conference call with debtors' professionals and
         client regarding strategy relating to committee
         governance issues (.9)
         Douglas M. Foley   3.50 hours at  600.00 per hour.      $2,100.00

06/02/10 E-mails regarding possible 8K disclosures
         relating to board member resignation and
         competing plan
         Douglas M. Foley    .40 hours at  600.00 per hour.       $240.00

06/03/10 Several e-mails, telephone conferences and
         analysis relating to omnibus hearing scheduled
         for June 8th and preparation for same,
         including issues relating to committee disputes
         as to plan of liquidation and mediation
         protocol (1.9); e-mails regarding disclosure of
         resignation of board member and potential SEC
         disclosure and 8K filing requirements (.4);
         numerous e-mails regarding status of potential
         resolution of disputes with committee relating
         to joint planning and governance issues (.7)
         Douglas M. Foley   3.00 hours at  600.00 per hour.      $1,800.00

Circuit City Stores Inc
File Number: 2055557                                          Page   7
Invoice No. 91267086                                        July 12, 2010

06/06/10  E-mails with debtors' professionals and board
          members regarding status of negotiations and
          potential settlement of disputes with committee
          relating to joint plan
          Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

06/07/10  E-mails regarding status of potential
          resolution of joint plan issues with committee
          and participation in board call regarding same
          and review revised documents regarding same
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

06/08/10  E-mails regarding disclosures required for
          resignation of board member and amendments to
          bylaws (.6); e-mails with committee counsel
          regarding edits and drafts to liquidate trust
          agreement and bylaws and e-mails with client
          and debtors' professionals regarding same (.8);
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

06/08/10  Determine number of board members required to
          approve matters based on current governing
          documents and e-mail client concerning same
          (.3); draft resolutions reducing size of board
          (.4); revise bylaws to reflect reduction in
          size of board (.4)
          LaTisha S. Owens   1.10 hours at  510.00 per hour.        $561.00

06/09/10  E-mails regarding and review of board minutes
          from previous meetings
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

06/09/10  Finalize resolution and bylaw amendments and
          forward same to client
          LaTisha S. Owens    .30 hours at  510.00 per hour.        $153.00

06/11/10  E-mails regarding outstanding Board of Director
          resolutions for meeting on June 15th and
          e-mails with client regarding same (.8);
          numerous e-mails with debtors' professionals
          and committees' professionals regarding status
          of resolution of joint plan issues, including
          amendments to liquidating trust agreement and
          bylaws and other outstanding issues relating to
          Canada (1.6)
          Douglas M. Foley   2.40 hours at  600.00 per hour.      $1,440.00

06/11/10  Analyze issues and e-mails regarding board
          resolutions
          Sarah B. Boehm     .20 hours at  495.00 per hour.         $99.00

Circuit City Stores Inc
File Number: 2055557                                          Page    8
Invoice No. 91267086                                         July 12, 2010

06/14/10  Review redlines of changes to joint plan,
          liquidating trust agreement and bylaws as well
          as board resolutions and amended Circuit City
          bylaws and numerous e-mails with debtors'
          professionals and committees' professionals
          regarding same
          Douglas M. Foley    3.70 hours at  600.00 per hour.      $2,220.00

06/14/10  Respond to questions concerning approval of
          actions by board
          LaTisha S. Owens    .20 hours at  510.00 per hour.         $102.00

06/15/10  Several e-mails regarding finalization of board
          resolutions on various matters and review
          documents and agenda relating to plan
          liquidating trust agreement and bylaws in
          preparation for and participation in board of
          directors meeting/telephone conference
          Douglas M. Foley    2.90 hours at  600.00 per hour.      $1,740.00

06/15/10  Revise 401(k) and welfare plan resolutions for
          board consideration
          LaTisha S. Owens    .40 hours at  510.00 per hour.         $204.00

06/15/10  Prepare for and participate in telephone
          conference regarding Board of Directors update
          regarding plan confirmation issues and analyze
          documents regarding same
          Sarah B. Boehm    1.30 hours at  495.00 per hour.         $643.50

06/16/10  Review and analyze redline versions of plan
          disclosure statement, plan bylaws and
          liquidating trust agreement, and prepare for
          and participate in telephone conference with
          professionals, and prepare for hearing
          regarding same and pending mediation motion
          Douglas M. Foley    4.20 hours at  600.00 per hour.      $2,520.00

06/16/10  Prepare for and participate in telephone
          conference regarding confirmation issues and
          strategy
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

06/17/10  E-mails regarding amendments to bylaws to
          shrink size of board and bylaws relating to
          employee benefits plans
          Douglas M. Foley    .30 hours at  600.00 per hour.         $180.00

06/18/10  E-mails regarding finalization of board minutes
          and approval of various resolutions
          Douglas M. Foley    .30 hours at  600.00 per hour.         $180.00

Circuit City Stores Inc
File Number: 2055557                                          Page   9
Invoice No. 91267086                                         July 12, 2010

06/22/10  Prepare for and participate in Board of
          Directors call regarding upcoming hearing
          relating to claim mediation and analyze issues
          regarding same
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

06/23/10  Numerous e-mails with co-counsel and client
          regarding plan issues and fiduciary duties, and
          prepare for and participate in board calls
          regarding same (3.7); several e-mails with
          court staff regarding status of hearings on
          June 24th and projected length of same (.2)
          Douglas M. Foley   3.90 hours at  600.00 per hour.      $2,340.00

06/24/10  Several e-mails regarding outcome of hearing,
          and preparation for mediation and coordinating
          schedules regarding same
          Douglas M. Foley   1.70 hours at  600.00 per hour.      $1,020.00

06/25/10  Several e-mails regarding status of scheduling
          mediation session and e-mails with board
          members, co-counsel and committee counsel
          regarding same
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

06/28/10  Several e-mails regarding status of CRO and
          scheduling of mediation and protocol regarding
          same and review latest version of redline
          documents regarding same
          Douglas M. Foley   2.70 hours at  600.00 per hour.      $1,620.00

06/29/10  Review materials relating to board call for
          June 30th and analyze issues regarding same,
          including preparation and strategy for
          mediation session
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

06/30/10  Review materials and prepare for board call
          regarding mediation and claims water fall and
          status of wind down team
          Douglas M. Foley   2.70 hours at  600.00 per hour.      $1,620.00

| Timekeeper       | Rate/HR  | Hours | Fees        |
|------------------|----------|-------|-------------|
| Douglas M. Foley | $600.00  | 40.7  | $24,420.00  |
| LaTisha S. Owens | $510.00  | 2.0   | $1,020.00   |
| Sarah B. Boehm   | $495.00  | 2.3   | $1,138.50   |
| TOTAL FEES       |          | 45.0  | $26,578.50  |

Re: Monthly Operating Reports
    Our File No.          2055557-0060

Circuit City Stores Inc
File Number: 2055557                                      Page  10
Invoice No. 91267086                                     July 12, 2010

---

**Circuit City Contact        Katie Bradshaw**
**McGuireWoods Contact      Douglas M. Foley**


06/15/10  Review and file monthly operating report
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

06/29/10  Telephone call from R. Van Arsdale regarding
          monthly disbursement information and e-mails
          regarding same
          Sarah B. Boehm   .40 hours at  495.00 per hour.           $198.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 0.4 | $198.00 |
| Daniel F. Blanks | $415.00 | 0.8 | $332.00 |
| TOTAL FEES | | 1.2 | $530.00 |


**Re: Professional Retention/Fee Applications**
     **Our File No.              2055557-0070**
     **Circuit City Contact     Katie Bradshaw**
     **McGuireWoods Contact     Douglas M. Foley**


06/01/10  E-mails with debtors' professionals and
          committee professionals regarding timing of
          submission of fee applications, including CRO
          (.3); review and revise pleading relating to
          opposition to motion to lift Gowlings fee cap
          (1.3)
          Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

06/01/10  Analyze interim compensation procedures and
          multiple e-mails regarding interim fee
          applications and related matters (.9); finalize
          and file objection regarding Gowlings and
          multiple e-mails regarding same (.5)
          Sarah B. Boehm   1.40 hours at  495.00 per hour.          $693.00

06/02/10  E-mails regarding interim fee applications
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

06/03/10  Analyze and revise monthly fee statement
          Sarah B. Boehm   1.20 hours at  495.00 per hour.          $594.00

06/04/10  Analyze issues and e-mails regarding interim
          fee applications (.3); analyze pleading and
          e-mails regarding objection to committee's tax
          professionals (.4)
          Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

Circuit City Stores Inc
File Number: 2055557                                    Page  11
Invoice No. 91267086                                   July 12, 2010

06/04/10  Review and analyze objection to motion to
          retain special French counsel (.8); correspond
          with debtors' professionals regarding same
          (.5); finalize and file (.4)
          Bryan A. Stark   1.70 hours at  335.00 per hour.          $569.50

06/07/10  E-mails regarding interim fee applications
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

06/08/10  Analyze issues and e-mails regarding interim
          fee applications
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

06/09/10  Analyze issues and e-mails regarding interim
          fee applications
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

06/10/10  Finalize monthly fee statement and draft
          correspondence regarding same (.6); analyze
          issues and e-mails regarding interim fee
          applications (.6); draft and revise fee
          application and analyze monthly fee statements
          regarding same (1.3)
          Sarah B. Boehm   2.50 hours at  495.00 per hour.        $1,237.50

06/11/10  Draft and revise McGuireWoods' sixth interim
          fee application and related exhibits and
          multiple e-mails regarding same (2.1); analyze
          pleadings and issues regarding Crowe Horwath
          and multiple calls and e-mails regarding same
          (.5); e-mails with various professionals
          regarding interim fee applications (.4)
          Sarah B. Boehm   3.00 hours at  495.00 per hour.        $1,485.00

06/11/10  Review and analyze interim application for
          compensation for debtors' professionals (.7);
          finalize and prepare for filing by filing
          deadline (.4); correspond with debtors'
          professionals regarding interim fee
          applications (.3)
          Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

06/14/10  Review McGuireWoods fee application and revise
          same and numerous e-mails with debtors'
          professionals and committees' professionals
          regarding filing of same
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

Circuit City Stores Inc
File Number: 2055557                                    Page  12
Invoice No. 91267086                                    July 12, 2010

06/14/10  Revise, finalize and file McGuireWoods' interim
          fee application and multiple fee applications
          for debtors' professionals, draft and file
          notices regarding same and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   4.20 hours at  495.00 per hour.        $2,079.00

06/14/10  Review and analyze professional fee retention
          applications, notices thereof, and assist in
          preparation for filing
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

06/15/10  E-mails with client regarding certain ordinary
          course professionals and follow-up regarding
          same
          Daniel F. Blanks   .50 hours at  415.00 per hour.         $207.50

06/16/10  Analyze issues and e-mails regarding monthly
          fee statements for other professionals
          Sarah B. Boehm   .20 hours at  495.00 per hour.            $99.00

06/24/10  E-mails with ordinary course professional
          regarding updating affidavit with additional
          disclosures (.2); analyze interim compensation
          procedures and e-mails regarding Gowling's fees
          (.3)
          Sarah B. Boehm   .50 hours at  495.00 per hour.           $247.50

06/25/10  Analyze issues and e-mails regarding Gowlings
          (.3); finalize and file OCP affidavit and
          e-mails regarding same (.4)
          Sarah B. Boehm   .70 hours at  495.00 per hour.           $346.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 2.9 | $1,740.00 |
| Sarah B. Boehm | $495.00 | 15.8 | $7,821.00 |
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| Bryan A. Stark | $335.00 | 5.4 | $1,809.00 |
| TOTAL FEES | | 24.6 | $11,577.50 |

Re: Creditors Committee
    Our File No.            2055557-0080
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                     Page  13
Invoice No. 91267086                                    July 12, 2010

06/15/10  Numerous e-mails with creditors committee
          professionals and debtors' professionals
          regarding negotiations on resolution of joint
          plan issues
          Douglas M. Foley   1.20 hours at  600.00 per hour.      $720.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 1.2 | $720.00 |
| TOTAL FEES | | 1.2 | $720.00 |

**Re: Automatic Stay**
   **Our File No.**            **2055557-0090**
   **Circuit City Contact**    **Katie Bradshaw**
   **McGuireWoods Contact**    **Douglas M. Foley**

06/14/10  Correspondence with subpoena parties and client
          regarding subpoenas and other information
          regarding pending criminal lawsuits
          Daniel F. Blanks   1.20 hours at  415.00 per hour.      $498.00

06/17/10  Review motion for relief from stay
          Bryan A. Stark    .30 hours at  335.00 per hour.       $100.50

06/22/10  E-mails with parties regarding case and current
          status of matters and stay
          Daniel F. Blanks   .50 hours at  415.00 per hour.      $207.50

06/24/10  Correspondence regarding subpoenas and other
          related items
          Daniel F. Blanks   .80 hours at  415.00 per hour.      $332.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 2.5 | $1,037.50 |
| Bryan A. Stark | $335.00 | 0.3 | $100.50 |
| TOTAL FEES | | 2.8 | $1,138.00 |

**Re: Executory Contracts**
   **Our File No.**            **2055557-0140**
   **Circuit City Contact**    **Katie Bradshaw**
   **McGuireWoods Contact**    **Douglas M. Foley**

06/04/10  Review, analyze and revise Rule 12(b)(6) motion
          and memorandum of law in support thereof
          relating to Ryan & Co. complaint
          Douglas M. Foley   1.90 hours at  600.00 per hour.    $1,140.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page  14
July 12, 2010

06/04/10  Draft and revise motion to dismiss for Ryan &
          Co. and research multiple issues regarding same
          Daniel F. Blanks   2.50 hours at  415.00 per hour.      $1,037.50

06/08/10  Review and analyze Ryan & Co. appeal and draft
          appellee brief and research issues regarding
          same (3.3); e-mails with tax department
          regarding appeal in Hawaii (.3)
          Daniel F. Blanks   3.60 hours at  415.00 per hour.      $1,494.00

06/09/10  Analyze issues relating to Ryan & Co. adversary
          proceeding and appeal, including status of
          Hawaii appellate court case affecting tax
          issues and review motion and memorandum to
          dismiss regarding same
          Douglas M. Foley    1.90 hours at  600.00 per hour.     $1,140.00

06/09/10  Conferences and e-mails regarding Ryan & Co.
          and Hawaii appeal and related issues
          Daniel F. Blanks   1.20 hours at  415.00 per hour.       $498.00

06/10/10  Continue draft, revise and file motion to
          dismiss Ryan & Co.'s complaint and other
          related issues and research issues regarding
          same
          Daniel F. Blanks   3.60 hours at  415.00 per hour.      $1,494.00

06/22/10  Review appeal regarding Ryan & Co. and analyze
          strategies regarding same
          Daniel F. Blanks    .70 hours at  415.00 per hour.       $290.50

06/30/10  Prepare documents for hearing on motion to
          dismiss in Ryan & Co. AP
          Linda J. Neilson   1.30 hours at  200.00 per hour.       $260.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 3.8 | $2,280.00 |
| Daniel F. Blanks | $415.00 | 11.6 | $4,814.00 |
| Linda J. Neilson | $200.00 | 1.3 | $260.00 |
| TOTAL FEES | | 16.7 | $7,354.00 |

Re: Litigation
    Our File No.            2055557-0150
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91267086                                    July 12, 2010

06/02/10 Analyze Schimenti motion to dismiss and e-mails
         regarding same
         Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

06/02/10 Review discovery for Active and analyze issues
         regarding same
         Daniel F. Blanks    .90 hours at  415.00 per hour.       $373.50

06/03/10 Several e-mails and telephone conferences with
         debtors' professionals and committee
         professionals regarding mediation motion and
         review and revise same for filing (1.3);
         e-mails regarding extension of briefing
         schedule with respect to LG to allow for
         documentation of settlement (.6)
         Douglas M. Foley   1.90 hours at  600.00 per hour.     $1,140.00

06/04/10 Telephone conference with counsel and Chambers
         regarding LG appeal and further extension of
         time due to settlement and draft, finalize and
         file pleadings regarding same (1.6); analyze
         and revise motion to dismiss regarding Ryan
         complaint and e-mails regarding same (.6)
         Sarah B. Boehm   2.20 hours at  495.00 per hour.       $1,089.00

06/04/10 Review discovery regarding Active and e-mails
         with debtors regarding same and analyze issues
         regarding same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.       $539.50

06/07/10 Review schedules and other information
         regarding lawsuit regarding DIVXX and e-mails
         with parties regarding same
         Daniel F. Blanks   1.50 hours at  415.00 per hour.       $622.50

06/08/10 E-mails with opposing counsel regarding status
         of adversary proceedings and pre-trial
         conferences and potential settlement of same,
         including Signature default motion
         Douglas M. Foley    .90 hours at  600.00 per hour.       $540.00

06/08/10 Finalize and file appellate pleadings regarding
         Paramount and multiple e-mails regarding same
         (1.7); prepare for and participate in
         conference with debtor and debtors'
         professionals regarding various litigation
         matters (1.6); e-mails regarding status of LG
         settlement and extension of time (.3)
         Sarah B. Boehm   3.60 hours at  495.00 per hour.       $1,782.00

Circuit City Stores Inc
File Number: 2055557                                        Page  16
Invoice No. 91267086                                        July 12, 2010

06/08/10  Review and analyze Active file and research
          issues regarding same
          Daniel F. Blanks    .60 hours at  415.00 per hour.         $249.00

06/08/10  Review and analyze preference chart, complaint
          and proof of claim and meet with debtors'
          professionals in anticipation of omnibus
          hearing date
          Bryan A. Stark   1.70 hours at  335.00 per hour.           $569.50

06/09/10  Review status charts relating to litigation
          claims and whether Circuit City is plaintiff
          (.4); review memorandum opinion relating to
          Ryan (.3); review departure memorandum from D.
          Miller regarding various matters (.4); e-mails
          with opposing counsel regarding continuance of
          trial on PNY Technologies (.3)
          Douglas M. Foley   1.40 hours at  600.00 per hour.         $840.00

06/09/10  Prepare for and participate in meeting
          regarding litigation matters
          Sarah B. Boehm   3.40 hours at  495.00 per hour.         $1,683.00

06/09/10  Meetings with client regarding litigation and
          review and analyze issues and documents
          regarding same and develop strategies regarding
          same
          Daniel F. Blanks   3.50 hours at  415.00 per hour.       $1,452.50

06/09/10  Prepare for and meet regarding outstanding
          litigation issues (3.4); follow-up on issues
          from meeting (.3); correspond with defendant's
          counsel regarding scheduling order (.3)
          Bryan A. Stark   4.00 hours at  335.00 per hour.         $1,340.00

06/10/10  Review settlement with U.S. Signs
          Douglas M. Foley    .30 hours at  600.00 per hour.         $180.00

06/10/10  Analyze and revise motion to dismiss and
          memorandum of law regarding Ryan and analyze
          issues regarding same (.6); multiple calls with
          counsel and law clerk regarding LG extension
          and status of settlement (.8); analyze issues
          and e-mails regarding various litigation
          matters (.8)
          Sarah B. Boehm   2.20 hours at  495.00 per hour.         $1,089.00

06/10/10  Review departure memorandum for changes and
          updates regarding litigation matters
          Bryan A. Stark    .50 hours at  335.00 per hour.           $167.50

Circuit City Stores Inc
File Number: 2055557                                        Page  17
Invoice No. 91267086                                        July 12, 2010

06/11/10  Analyze order and e-mails regarding order
          extending deadlines regarding LG appeal (.2);
          analyze LG stipulation and e-mails regarding
          same (.4)
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

06/14/10  E-mails relating to status of pending adversary
          proceedings and adjournments of motions to
          dismiss
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

06/14/10  Analyze documents and e-mails from counsel
          regarding Signature adversary proceeding and
          telephone call from counsel regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

06/14/10  E-mails with counsel regarding Active
          litigation and review and analyze claims,
          documents and other materials regarding same
          Daniel F. Blanks   1.60 hours at  415.00 per hour.        $664.00

06/15/10  Draft objections to Active discovery and
          e-mails with Active regarding adversary
          proceeding and related issues
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

06/15/10  Correspond with debtors' professionals
          regarding stipulation of substitution of
          counsel in Ninth Circuit case (.7); review and
          update draft stipulation of counsel (.4)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

06/16/10  E-mails regarding status of trial date on PNY
          Technologies and Bethlehem sinkhole litigation
          (.4); e-mails regarding substitution of counsel
          pleadings relating to Unical matter (.2)
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

06/16/10  Analyze correspondence regarding preferences
          and e-mails regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

06/16/10  Continue draft objections to discovery and
          review items regarding same and review and
          analyze documents regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

06/16/10  Finalize and coordinate stipulation to
          substitute counsel regarding appeal (1.1);
          telephone calls with Ninth Circuit Court of
          Appeals and debtors' professionals regarding
          substitution of counsel form (.6); assist in

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91267086                                    July 12, 2010

        completion of form and questions regarding same
        (.4); research regarding stipulation and agreed
        order for judgment (.9); correspond with
        debtors' professionals regarding same (.3);
        correspond with debtors' professionals and
        counsel to defendant regarding trial date and
        other issues (.6)
        Bryan A. Stark   3.90 hours at  335.00 per hour.        $1,306.50

06/17/10 Analyze and revise discovery and e-mails
        regarding same
        Sarah B. Boehm    .80 hours at  495.00 per hour.         $396.00

06/17/10 Continue draft and revise objections to Active
        discovery and review items regarding same and
        analyze strategies regarding same
        Daniel F. Blanks   3.20 hours at  415.00 per hour.      $1,328.00

06/18/10 E-mails regarding status of potential
        settlements and resolutions of various claims
        and analyze issues regarding same
        Douglas M. Foley    .50 hours at  600.00 per hour.       $300.00

06/18/10 Review and analyze documents and discovery for
        Active and analyze issues regarding same and
        research issues regarding same
        Daniel F. Blanks   2.00 hours at  415.00 per hour.       $830.00

06/18/10 Draft form letter regarding outstanding account
        receivable and forward to debtor for review
        Bryan A. Stark    .50 hours at  335.00 per hour.         $167.50

06/21/10 Review documents and other items and conference
        with client regarding Active and strategies
        Daniel F. Blanks    .80 hours at  415.00 per hour.       $332.00

06/21/10 Review correspondence regarding demand letter
        and e-mail recipient regarding same (.3);
        correspond with law clerk regarding filings and
        arrange for courtesy copies of filings to be
        delivered to court (.6)
        Bryan A. Stark    .90 hours at  335.00 per hour.         $301.50

06/22/10 Review status of potential settlement of
        Avenues adversary proceeding
        Douglas M. Foley    .30 hours at  600.00 per hour.       $180.00

Circuit City Stores Inc
File Number: 2055557                                          Page  19
Invoice No. 91267086                                         July 12, 2010

06/22/10  Correspond with clerk's office regarding
          various outstanding issues (.5); review and
          analyze e-mails and files regarding submission
          of orders (.4); draft orders granting motions
          to file under seal regarding various adversary
          complaints (.7)
          Bryan A. Stark   1.60 hours at  335.00 per hour.        $536.00

06/23/10  Several e-mails regarding status of resolution
          of various adversary proceedings, including
          Onkyo, National Union Fire Insurance and Apex,
          and review stipulations regarding same (.9);
          review initial disclosures relating to
          Schimenti lawsuit (.4)
          Douglas M. Foley   1.30 hours at  600.00 per hour.      $780.00

06/23/10  Draft discovery responses to Active and review
          and analyze documents regarding same
          Daniel F. Blanks   2.10 hours at  415.00 per hour.      $871.50

06/23/10  Draft stipulation and consent order dismissing
          adversary proceeding (1.0); correspond with
          defendants, debtors' professionals and clerk's
          office regarding dismissal of adversary
          proceedings (.8); finalize and submit
          stipulation and consent order dismissing
          adversary proceedings (.4); review and provide
          comments on consent motion for judgment and
          related filings (.6)
          Bryan A. Stark   2.80 hours at  335.00 per hour.        $938.00

06/24/10  Review, finalize and file consent motion for
          judgment in PNY adversary proceeding (.7);
          review draft pre-trial disclosures and
          correspond with debtors' professionals
          regarding same (.6); correspond with debtor and
          debtors' professionals regarding settlement of
          Signatures adversary proceeding (.4); draft
          e-mail summarizing debtors' position and
          offering settlement regarding same (.4); review
          and summarize response to settlement offer and
          analyze possible steps ahead for debtor (.5)
          Bryan A. Stark   2.60 hours at  335.00 per hour.        $871.00

06/25/10  E-mails regarding pending adversary proceedings
          and exchange of potential settlement offers
          relating to accounts receivable collections and
          preference matters
          Douglas M. Foley   1.60 hours at  600.00 per hour.      $960.00

Circuit City Stores Inc
File Number: 2055557                                          Page   20
Invoice No. 91267086                                         July 12, 2010

06/25/10  Continue review and analyze documents and
          prepare discovery responses
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

06/25/10  Correspond with debtors' professionals
          regarding settlement offer in Signature
          adversary proceeding
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

06/28/10  E-mails regarding Avenues adversary complaint
          and potential offers and resolution of same
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

06/28/10  Analyze various litigation matters and calendar
          dates regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

06/29/10  E-mails regarding status of various adversary
          proceedings regarding collection of accounts
          receivables and recovery of avoidance actions
          and evaluation of potential settlement offers
          and counter offers regarding same
          Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

06/29/10  Telephone call from and e-mail to A. Meyers
          regarding no objection to LG settlement and
          e-mails with counsel regarding dismissal of
          appeal (.3); finalize and file certificate of
          no objection regarding LG and e-mails regarding
          same (.3)
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

06/29/10  Draft discovery responses and review and
          analyze documents and prepare strategies
          regarding litigation
          Daniel F. Blanks   2.50 hours at  415.00 per hour.      $1,037.50

06/29/10  Review and analyze Sharp initial disclosures
          and review scheduling order (.5); review
          documents provided regarding accounts
          receivable and compare preference charts (1.8)
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

06/30/10  Review discovery materials regarding pending
          adversary proceedings and analyze issues
          regarding same
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page   21
July 12, 2010

06/30/10  Revise, finalize and file LG consent motion to
          dismiss appeal and related pleadings and
          e-mails regarding same
          Sarah B. Boehm   .40 hours at  495.00 per hour.          $198.00

06/30/10  Draft discovery responses and answers for
          Active and review and analyze documents and
          other items regarding same and e-mails with
          client and other parties regarding same (3.3);
          prepare for and participate in telephone
          conference with FTI regarding expert report and
          related issues (.9)
          Daniel F. Blanks   4.20 hours at  415.00 per hour.      $1,743.00

06/30/10  Review and analyze draft Rule 26 disclosures
          and forward same for review and approval
          Bryan A. Stark   .60 hours at  335.00 per hour.          $201.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 13.1 | $7,860.00 |
| Sarah B. Boehm | $495.00 | 15.2 | $7,524.00 |
| Daniel F. Blanks | $415.00 | 27.5 | $11,412.50 |
| Bryan A. Stark | $335.00 | 23.0 | $7,705.00 |
| TOTAL FEES | | 78.8 | $34,501.50 |

**Re: Circuit City - Avoidance/Preference Issues**
    **Our File No.         2055557-0151**

04/26/10  E-mails with FTI and client regarding status of          .40
          commencement of various preference suits
          relating to vendors without claims
            Douglas M. Foley

04/27/10  Continue analysis of potential preference suits          2.20
          relating to vendors that do not have claims and
          review spreadsheet and preference exposure
          analysis regarding same (1.6); e-mails with
          client regarding analysis of vendors without
          claims and preference and AR exposure (.6)
            Douglas M. Foley

04/28/10  Meeting with client regarding vendors without          1.90
          claims and preference exposure and AR analysis
          and commencement of preference suits
            Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                      Page  22
Invoice No. 91267086                                     July 12, 2010

04/29/10 E-mails with debtors' professionals regarding          .30
         preparation of adversary proceedings and timing
         of same
            Douglas M. Foley

05/04/10 E-mails regarding status of drafting preference        .40
         complaints for creditors that do not have
         proofs of claim and analysis of accounts
         receivable claims regarding same
            Douglas M. Foley

05/06/10 Research issues and analyze documentation             1.10
         regarding preference complaint (.7); update
         draft preference complaint (.4)
            Bryan A. Stark

05/10/10 Correspond with recipient of preference demand        5.20
         letter and debtor regarding preference (.4);
         correspond with debtors and debtors'
         professionals regarding issues relating to
         preference litigation (1.1); research service
         and other issues relating to defendant (.7);
         review, revise and finalize adversary
         proceeding complaint (1.6); draft motion to
         file under seal (.8); finalize and file
         preference complaint and motion to file under
         seal (.6)
            Bryan A. Stark

05/11/10 Review and analyze contract with merchant and         2.70
         research other merchant issues (1.3);
         correspond with merchant and debtor regarding
         incorrect address and merchant (.3); review and
         analyze demand letters and formulate procedures
         going forward (.8); correspond with debtor
         regarding same (.3)
            Bryan A. Stark

05/12/10 Research California entity regarding return of         1.80
         demand letter (.6); review and analyze demand
         letters sent out by debtor (.8); correspond
         with debtor regarding same (.4)
            Bryan A. Stark

05/13/10 Review, analyze and correspond with creditors          .80
         regarding demand letters and correspond with
         debtor regarding same (.4); review service
         information for creditors (.4)
            Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557                                    Page   23
Invoice No. 91267086                                   July 12, 2010


05/14/10  Review responses to preference demand letters      1.50
          and correspond with creditors regarding same
             Bryan A. Stark

05/17/10  Correspond with defendant regarding motion to      4.00
          seal (.4); correspond with recipients of demand
          letters regarding demands (.7); review letters
          and research issues regarding same (.6);
          correspond with debtor and regarding demand
          letter responses (.7); review and analyze
          preference response, research issues and draft
          e-mail response to same (1.6)
             Bryan A. Stark

05/19/10  Analyze creditor responses to demand letters       2.60
          and demand letters (1.2); correspond with
          debtor and debtors' professionals regarding
          same (.6); correspond with demand letter
          recipients regarding demands, payments and
          responses thereto (.8)
             Bryan A. Stark

05/20/10  Review and analyze preference chart regarding       .90
          party's response to demand letter (.4);
          telephone calls with demand letter recipients
          regarding preference and avoidance actions (.5)
             Bryan A. Stark

05/21/10  Review and analyze demand letters and support      2.20
          for same and correspond with demand letters
          recipients regarding demands and responses
          thereto (1.6); correspond with debtor regarding
          settlement offers (.6)
             Bryan A. Stark

05/24/10  Correspond with debtor regarding settlement         .50
          offer (.3); review notes regarding same (.2)
             Bryan A. Stark

05/25/10  Review correspondence and analyze back up          2.50
          documents requested by preference letter
          recipient (.9); e-mail with counsel demand
          letter recipient regarding further information
          requested (.2); correspond with debtor
          regarding demand follow-up (.4); review demand
          letters and responses and correspond with
          demand letter recipients or counsel for same
          regarding preferences (1.0)
             Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91267086                                   July 12, 2010

05/26/10  Correspond with debtor regarding responses to        1.00
          demand letters (.3); follow-up with creditors
          regarding same (.4); compile outstanding
          letters and responses (.3)
             Bryan A. Stark

05/28/10  Review and analyze adversary complaint and           2.10
          support for preferences (.6); correspond with
          counsel to defendant regarding resolution,
          settlement and answer to complaint (.4); review
          and analyze responses and defenses asserted to
          preference demand letters and correspond with
          debtor regarding same (1.1)
             Bryan A. Stark

06/03/10  E-mails with creditor's counsel regarding             .60
          status of response to demand letters
             Douglas M. Foley

06/04/10  Review demand letters and analyze responses          2.10
          regarding defenses (.9); research issues
          relating to same (.8); correspond with debtors'
          professionals and debtors regarding settlements
          (.4)
             Bryan A. Stark

06/07/10  Correspond with debtors' professionals              3.90
          regarding preference count to complaint (.3);
          review preference analysis in preparation for
          omnibus hearing (.9); correspond with counsel
          to recipients of demand letters regarding
          defenses and settlement (.4); review and
          analyze charts regarding demand letter and
          correspond with debtor and debtors'
          professionals regarding offers and settlements
          (2.3)
             Bryan A. Stark

06/08/10  Review preference charts and payment support         1.60
          for demand letters and correspond with debtor
          regarding settlements (1.2); telephone call
          with counsel to demand letter recipient (.4)
             Bryan A. Stark

06/10/10  Review correspondence from demand letter            1.30
          recipients and debtors' support for demands
          (.8); review preference chart regarding
          transfers for preference adversary proceeding
          (.5)
             Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91267086                                   July 12, 2010

06/11/10  Review and analyze responses to demand letters        .40
          and forward same to debtor for review (.4)
            Bryan A. Stark

06/14/10  Review and analyze documentation provided in         1.60
          support of adversary proceeding defense (.4);
          correspond with debtors' professionals
          regarding same (.4); correspond with counsel to
          demand letter recipient and debtors regarding
          settlement (.5); review correspondence and send
          e-mail to demand letter recipient (.3)
            Bryan A. Stark

06/15/10  Review and analyze documentation and support        4.40
          regarding preference complaint (1.0); telephone
          call with counsel to defendant regarding
          complaint (.7); follow-up with debtors and
          additional information needed from defendant
          (1.3); follow-up with debtors regarding
          responses to demand letters (.7); review and
          analyze case law regarding new value defense
          (.7)
            Bryan A. Stark

06/16/10  Correspond with debtor regarding Avenues             1.60
          adversary proceeding and analyze documentation
          regarding same (.6); review and analyze
          debtors' support and forward to Avenues counsel
          (.7); draft form letter regarding preference
          demand letters (.3)
            Bryan A. Stark

06/17/10  Review documentation and research preference         1.50
          issues regarding Avenues preference action
          (1.0); correspond with debtors and debtors'
          professionals regarding settlement offer (.3);
          correspond with debtors' professionals
          regarding Signature preference count (.2)
            Bryan A. Stark

06/18/10  Review correspondence and follow-up with             1.70
          debtors regarding outstanding issues (.5);
          correspond with counsel to defendant regarding
          settlement discussions (.4); review support and
          summarize discussions for debtor and debtors'
          professionals (.8)
            Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91267086                                    July 12, 2010

06/21/10 Review documentation and correspondence          1.10
         regarding accounts receivable and preference
         counts (.7); correspond with counsel to
         defendant regarding same (.4)
            Bryan A. Stark

06/22/10 Correspond with counsel to defendant and         3.50
         negotiate settlement to adversary proceeding
         (.6); summarize discussion and e-mail to debtor
         an analysis of preference and breach of
         contract counts of complaint (1.2); prepare for
         and meet with counsel to Signature regarding
         preference count, defenses thereto and motion
         for default judgment (1.7)
            Bryan A. Stark

06/23/10 Review preference chart and response to demand   1.70
         letter and summarize findings in e-mail to
         debtor (.8); summarize meeting with Signature
         counsel and e-mail to debtor and follow-up
         regarding same (.9)
            Bryan A. Stark

06/24/10 Review preference chart and correspondence with   .60
         defendant and correspond with debtors and
         debtors' professionals regarding settlement
         offers and negotiations in adversary proceeding
            Bryan A. Stark

06/25/10 Respond and counter-offer for settlement in       .30
         Avenues adversary proceeding
            Bryan A. Stark

06/28/10 Transmit settlement offer to debtors and         2.20
         discuss same with debtors and debtors'
         professionals (.5); prepare for and participate
         in telephone call with counsel to defendant
         regarding settlement (.6); follow-up with
         debtors regarding call (.3); review response to
         demand letter, research issues presented and
         correspond with debtor regarding same (.8)
            Bryan A. Stark

06/29/10 Review preference chart relating to demand       1.90
         letters (.4); correspond with debtor and
         debtors' professionals regarding settlement of
         adversary proceedings (.3); research issues
         regarding release of claims and waiver of
         502(h) claims (1.2)
            Bryan A. Stark

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page  27
July 12, 2010

06/30/10  Correspond with debtor and debtors'            1.30
          professionals and counteroffer to settle
          adversary proceeding (.4); review demand
          letters in files, correspondence, and databases
          for information regarding TomTom demand letter
          or responses thereto and review and analyze
          stipulation with TomTom (.6); correspond with
          debtors' professionals regarding demand letter
          responses and outstanding issues (.3)
              Bryan A. Stark

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 5.8 | $3,480.00 |
| Bryan A. Stark | $335.00 | 61.6 | $20,636.00 |
| TOTAL FEES | | 67.4 | $24,116.00 |

**Re: Vendor Matters**
      **Our File No.**              **2055557-0170**
      **Circuit City Contact**      **Katie Bradshaw**
      **McGuireWoods Contact**      **Douglas M. Foley**

06/03/10  Review pleadings relating to various appeals,
          including Paramount and analyze issues
          regarding same
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

06/15/10  E-mails relating to collection of accounts
          receivable with client and debtors'
          professionals and status of resolution of same,
          including avenues
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

06/17/10  Numerous e-mails regarding status of potential
          resolution of A/R claims against various
          vendors, including avenues and settlement
          strategy
          Douglas M. Foley    .50 hours at  600.00 per hour.        $300.00

06/30/10  E-mails regarding potential resolution of AR
          claim against Belkin and e-mails with client
          regarding same
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 2.7 | $1,620.00 |
| TOTAL FEES | | 2.7 | $1,620.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page   28
July 12, 2010

Re: Real Estate
     Our File No.              2055557-0180
     Circuit City Contact      Katie Bradshaw
     McGuireWoods Contact      Douglas M. Foley

06/01/10  DR1 - E-mail correspondence with bankruptcy
          counsel (.5); review bid procedures (.5)
          Matthew T. Gunlock   1.00 hours at  320.00 per hour.       $320.00

06/02/10  Telephone conference with counsel regarding
          possible sale of real estate
          Daniel F. Blanks    .40 hours at  415.00 per hour.         $166.00

06/02/10  DR1 - E-mail correspondence with bankruptcy
          counsel (.7); review draft of sale motion and
          sale order (.8); e-mail correspondence with
          purchaser (.2); review comments to purchase
          agreement (.8)
          Matthew T. Gunlock   2.50 hours at  320.00 per hour.       $800.00

06/03/10  DR1 - E-mail correspondence with bankruptcy
          counsel (.7); review revised bid procedures
          (.7); e-mail correspondence with D. Miller
          regarding purchase agreement (.2)
          Matthew T. Gunlock   1.60 hours at  320.00 per hour.       $512.00

06/04/10  E-mails regarding DR1 subtenants and payment of
          taxes
          Douglas M. Foley    .40 hours at  600.00 per hour.         $240.00

06/04/10  DR1 - Telephone call with D. Miller regarding
          purchase agreement (.3); e-mail correspondence
          with bankruptcy counsel (.7); review
          purchaser's comments to purchase agreement (.5)
          Matthew T. Gunlock   1.50 hours at  320.00 per hour.       $480.00

06/04/10  Florence, SC - Telephone call with D. Miller
          regarding purchase agreement
          Matthew T. Gunlock    .30 hours at  320.00 per hour.        $96.00

06/04/10  Sarasota, FL - Telephone call and e-mail
          correspondence with D. Miller regarding
          proposed sale
          Matthew T. Gunlock    .50 hours at  320.00 per hour.       $160.00

06/07/10  Sarasota, FL - E-mail correspondence with D.
          Miller (.4); review materials in connection
          with proposed sale of property (1.2)
          Matthew T. Gunlock   1.60 hours at  320.00 per hour.       $512.00

Circuit City Stores Inc
File Number: 2055557                                      Page  29
Invoice No. 91267086                                     July 12, 2010

06/07/10 DR1 - Revise purchase agreement and transmit
         same to purchaser (1.6); e-mail correspondence
         with bankruptcy counsel (.1)
         Matthew T. Gunlock   1.70 hours at  320.00 per hour.        $544.00

06/07/10 Florence, SC - Telephone call and e-mail
         correspondence with purchaser's counsel
         Matthew T. Gunlock   .50 hours at  320.00 per hour.         $160.00

06/07/10 Review and analyze motion to abandon real
         property (.6); draft notice for same and file
         documents with  bankruptcy court (.4);
         correspond with debtors' professionals
         regarding same (.2)
         Bryan A. Stark   1.20 hours at  335.00 per hour.            $402.00

06/08/10 E-mails with party inquiring regarding purchase
         of real estate in North Carolina
         Daniel F. Blanks    .30 hours at  415.00 per hour.          $124.50

06/09/10 Florence, SC - Telephone call and e-mail
         correspondence with purchaser's counsel (.6);
         e-mail correspondence with bankruptcy counsel
         regarding purchase agreement (.3); revise
         purchase agreement and transmit same (.7);
         e-mail correspondence with K. Bradshaw (.1)
         Matthew T. Gunlock   1.70 hours at  320.00 per hour.        $544.00

06/09/10 Sarasota, FL - Review materials regarding
         property and terms of prospective purchaser's
         offer
         Matthew T. Gunlock   1.30 hours at  320.00 per hour.        $416.00

06/10/10 Florence, SC - E-mail correspondence with K.
         Bradshaw regarding purchase agreement (.6);
         revise purchase agreement (.5); transmit
         revised purchase agreement to purchaser's
         counsel (.2); e-mail correspondence with
         purchaser's counsel regarding purchase
         agreement (.6); transmit execution version of
         purchase agreement to Circuit City (.1); review
         executed signature page (.1)
         Matthew T. Gunlock   2.10 hours at  320.00 per hour.        $672.00

06/10/10 DR1 - E-mail correspondence with purchaser
         (.3); review comments to purchase agreement
         (.5); review comments to bid procedures (.5);
         e-mail correspondence with bankruptcy counsel
         regarding purchase agreement (.8); telephone
         call with bankruptcy counsel (.2)
         Matthew T. Gunlock   2.30 hours at  320.00 per hour.        $736.00

Circuit City Stores Inc
File Number: 2055557                                    Page   30
Invoice No. 91267086                                    July 12, 2010

06/10/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel regarding property sale
          Matthew T. Gunlock   .30 hours at  320.00 per hour.        $96.00

06/11/10  E-mails with creditor's counsel regarding
          landlord claims and client regarding status of
          ground lease at DR1
          Douglas M. Foley   .80 hours at  600.00 per hour.        $480.00

06/11/10  Sarasota, FL - Prepare draft of purchase
          agreement (2.8); e-mail correspondence with K.
          Bradshaw regarding purchase agreement (.5);
          revise purchase agreement (.3); transmit draft
          purchase agreement to prospective purchaser
          (.1); e-mail correspondence with bankruptcy
          counsel (.2); review background materials
          regarding property in connection with
          preparation of purchase agreement (.8)
          Matthew T. Gunlock   4.70 hours at  320.00 per hour.   $1,504.00

06/11/10  Florence, SC - Telephone call and e-mail
          correspondence with purchaser's counsel
          regarding purchase agreement
          Matthew T. Gunlock   .50 hours at  320.00 per hour.       $160.00

06/14/10  Sarasota, FL - E-mail correspondence with J.
          Avallone
          Matthew T. Gunlock   .20 hours at  320.00 per hour.        $64.00

06/14/10  Florence, SC - E-mail correspondence with
          purchaser's counsel (.5); review purchaser
          agreement in connection with deposit (.2)
          Matthew T. Gunlock   .70 hours at  320.00 per hour.       $224.00

06/15/10  E-mails and telephone conferences with parties
          regarding real estate in North Carolina and
          analyze documents regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

06/15/10  DR1 - E-mail correspondence with bankruptcy
          counsel (.8); review comments to bid procedures
          (.8); e-mail correspondence with K. Bradshaw
          (.3); e-mail correspondence with purchaser
          (.3); revise purchase agreement (.8); review
          revised sale motion and sale order (.7)
          Matthew T. Gunlock   3.70 hours at  320.00 per hour.   $1,184.00

06/15/10  Raleigh, NC - Conference with bankruptcy
          counsel
          Matthew T. Gunlock   .30 hours at  320.00 per hour.        $96.00

Circuit City Stores Inc
File Number: 2055557                                    Page   31
Invoice No. 91267086                                   July 12, 2010


06/15/10  Florence, SC - E-mail correspondence with
          purchaser's counsel (.5); transmit signature
          pages to purchase agreement (.1); e-mail
          correspondence with escrow agent (.1)
          Matthew T. Gunlock   .70 hours at 320.00 per hour.        $224.00

06/16/10  Review documents and pleadings regarding real
          estate and e-mails with client regarding same
          Daniel F. Blanks   .50 hours at  415.00 per hour.         $207.50

06/16/10  Florence, SC - E-mail correspondence with
          purchaser's counsel (.3); review proposed legal
          description (.3); review miscellaneous assets
          order regarding closing process (.5); review
          purchase agreement regarding closing
          deliverables (.3)
          Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

06/17/10  Sarasota, FL - E-mail correspondence with
          prospective purchaser (.2); review purchaser's
          comments to purchase agreement (.7)
          Matthew T. Gunlock   .90 hours at  320.00 per hour.       $288.00

06/18/10  E-mails regarding status of DR1 and real estate
          questions and potential bidding process
          regarding same
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

06/18/10  DR1 - E-mail correspondence with purchaser
          (.3); revise purchase agreement (.7); review
          purchaser's comments to bankruptcy materials
          and purchase agreement (.7); e-mail
          correspondence with bankruptcy counsel (.7);
          telephone call with K. Bradshaw (.2); telephone
          call with purchaser (.3)
          Matthew T. Gunlock   2.90 hours at  320.00 per hour.      $928.00

06/18/10  Sarasota, FL - Review comments from purchaser
          to purchase agreement (.6); e-mail
          correspondence with bankruptcy counsel
          regarding purchaser's comments (.4); e-mail
          correspondence with K. Bradshaw (.2)
          Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

06/21/10  DR1 - Telephone call and e-mail correspondence
          with K. Bradshaw (.6); telephone call with
          purchaser (.6); review revised purchase
          agreement and coordinate signature pages
          thereto (.5); telephone call and e-mail

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91267086                                   July 12, 2010

 

        correspondence with escrow agent (.3); revise
purchase agreement and transmit execution
version of same (.5); review final form of sale
motion, sale order and bid procedures (.3);
prepare legal description for purchase
agreement (.5); review company-provided
materials regarding property description (.4)
Matthew T. Gunlock   3.70 hours at  320.00 per hour.   $1,184.00

06/21/10 Sarasota, FL - E-mail correspondence with
purchaser's broker regarding purchase agreement
(.5); review property description (.6); review
purchase agreement regarding property
description (.3)
Matthew T. Gunlock   1.40 hours at  320.00 per hour.    $448.00

06/21/10 Florence, SC - Telephone call and e-mail
correspondence with escrow agent regarding
deposit
Matthew T. Gunlock    .30 hours at  320.00 per hour.     $96.00

06/22/10 Multiple e-mails and telephone conferences with
parties regarding sale of real estate and
related issues and review spinoff documents
regarding same
Daniel F. Blanks   1.50 hours at  415.00 per hour.     $622.50

06/22/10 Sarasota, FL - E-mail correspondence with title
company (.6); review title materials (.8);
review comments to purchase agreement (.3)
Matthew T. Gunlock   1.70 hours at  320.00 per hour.    $544.00

06/22/10 DR1 - E-mail correspondence with K. Bradshaw
(.2); telephone call and e-mail correspondence
with purchaser (.3); e-mail correspondence with
escrow agent (.2); review purchase agreement
regarding closing matters (.4)
Matthew T. Gunlock   1.10 hours at  320.00 per hour.    $352.00

06/22/10 Florence, SC - E-mail correspondence with
escrow agent (.3); review purchase agreement
regarding closing (.5); review miscellaneous
assets order regarding notices to creditors
committee (.3)
Matthew T. Gunlock   1.10 hours at  320.00 per hour.    $352.00

Circuit City Stores Inc
File Number: 2055557                                Page  33
Invoice No. 91267086                               July 12, 2010

06/23/10 DR1 - Telephone call and e-mail correspondence
         with escrow agent (.5); e-mail correspondence
         with bankruptcy counsel (.5); compile and
         transmit fully-executed purchase agreement to
         working group and purchaser (.3)
         Matthew T. Gunlock   1.30 hours at  320.00 per hour.      $416.00

06/23/10 Florence, SC - E-mail correspondence with
         bankruptcy counsel (.5); review closing
         checklist and closing documents (1.0); prepare
         markups of closing documents (.8); coordinate
         preparation of closing documents (.5)
         Matthew T. Gunlock   2.80 hours at  320.00 per hour.      $896.00

06/23/10 Sarasota, FL - E-mail correspondence with
         purchaser's counsel
         Matthew T. Gunlock    .30 hours at  320.00 per hour.       $96.00

06/23/10 Florence, SC - Review purchase agreement (.3);
         access Florence County, SC website for
         information regarding recording and form of
         deed and telephone call with K. Winburne of
         Clerk's office regarding same (.5); prepare
         closing agenda and closing documents (1.9)
         Martha Lynn Wigton   2.70 hours at  240.00 per hour.      $648.00

06/24/10 Sarasota, FL - E-mail correspondence with
         purchaser's counsel (.5); e-mail correspondence
         regarding comments to closing documents (.6);
         review title materials (.6)
         Matthew T. Gunlock   1.60 hours at  320.00 per hour.      $512.00

06/24/10 DR1 - Coordinate preparation of closing
         documents
         Matthew T. Gunlock    .50 hours at  320.00 per hour.      $160:00

06/24/10 DR1 - Examine purchase and sale agreement and
         prepare closing agenda
         Martha Lynn Wigton   1.00 hours at  240.00 per hour.      $240.00

06/25/10 Florence, SC - E-mail correspondence with
         purchaser's counsel and working group (.4);
         review title commitment (.8); e-mail
         correspondence with J. Avallone (.2); e-mail
         correspondence with K. Bradshaw (.2);
         coordinate transmittal of draft closing
         documents (.6); review revised closing
         documents (.6)
         Matthew T. Gunlock   2.80 hours at  320.00 per hour.      $896.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

06/28/10  Florence, SC - E-mail correspondence with
          bankruptcy counsel (.3); review property
          materials in connection with preparing
          description of property (.6)
          Matthew T. Gunlock     .90 hours at  320.00 per hour.      $288.00

06/28/10  Sarasota, FL - E-mail correspondence with
          purchaser's counsel
          Matthew T. Gunlock     .20 hours at  320.00 per hour.       $64.00

06/28/10  Compile information regarding status of
          remaining real estate assets and e-mail status
          to debtor
          Bryan A. Stark    1.20 hours at  335.00 per hour.          $402.00

06/29/10  Florence, SC - Review revised closing documents
          Matthew T. Gunlock     .40 hours at  320.00 per hour.      $128.00

06/29/10  Sarasota, FL - Telephone call with purchaser's
          counsel (.5); revise purchase agreement (1.2);
          e-mail correspondence with bankruptcy counsel
          in connection with purchase agreement (.5)
          Matthew T. Gunlock    2.20 hours at  320.00 per hour.      $704.00

06/30/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel (.2); revise purchase
          agreement (.5); transmit revised purchase
          agreement to purchaser's counsel (.2)
          Matthew T. Gunlock     .90 hours at  320.00 per hour.      $288.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 1.6 | $960.00 |
| Daniel F. Blanks | $415.00 | 4.1 | $1,701.50 |
| Bryan A. Stark | $335.00 | 2.4 | $804.00 |
| Matthew T. Gunlock | $320.00 | 59.3 | $18,976.00 |
| Martha Lynn Wigton | $240.00 | 3.7 | $888.00 |
| TOTAL FEES | | 71.1 | $23,329.50 |

**Re: Tax Matters**
      Our File No.           2055557-0240
      Circuit City Contact   Katie Bradshaw
      McGuireWoods Contact   Douglas M. Foley

06/01/10  Numerous e-mails regarding status of resolution
          of various tax claims relating to omnibus
          Objection 37 and analyze issues regarding same
          and timing of payment
          Douglas M. Foley   1.20 hours at  600.00 per hour.         $720.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page  35
July 12, 2010

06/01/10  Continue resolution of tax claims and review
          and analyze tax claims and strategies regarding
          same
          Daniel F. Blanks    1.70 hours at  415.00 per hour.        $705.50

06/02/10  Continue review of SLB transaction document
          binders
          Craig D. Bell    1.40 hours at  570.00 per hour.          $798.00

06/03/10  E-mails regarding status of Texas tax
          settlements and potential objection by
          committee
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

06/03/10  Review IRS audit transaction documents on SLB
          tax issue
          Craig D. Bell    1.80 hours at  570.00 per hour.        $1,026.00

06/03/10  E-mails with counsel for taxing authorities
          regarding settlements and e-mails and telephone
          conferences with committee and debtors'
          professionals regarding same and strategies
          regarding same
          Daniel F. Blanks    3.40 hours at  415.00 per hour.     $1,411.00

06/04/10  Review tax penalty notice and correspondence
          from IRS (.3); review audit and file documents
          relating to same (.8); telephone call with
          client tax representative (.3); attention to
          several procedural matters raised by client
          (2.0)
          Craig D. Bell    3.40 hours at  570.00 per hour.        $1,938.00

06/04/10  E-mails with committee and debtors'
          professionals regarding tax stipulations and
          resolution of administrative claim issues
          (1.2); continue resolution of tax claims and
          e-mails and telephone conferences with parties
          regarding same (.7)
          Daniel F. Blanks    1.90 hours at  415.00 per hour.       $788.50

06/06/10  Review status of responses to Omnibus 37
          objection on tax claims and status of pending
          resolutions of same
          Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

06/07/10  E-mails regarding status of resolution of
          various tax claims and potential objections to
          same
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                                          Page   36
Invoice No. 91267086                                         July 12, 2010

06/07/10  Attention to IRS procedural and tax issues
          raised by client on pending IRS audit for tax
          years 2004-2009
          Craig D. Bell   3.90 hours at  570.00 per hour.        $2,223.00

06/07/10  Multiple telephone conferences and e-mails with
          taxing authorities regarding settlement of tax
          issues and claims
          Daniel F. Blanks   1.40 hours at  415.00 per hour.       $581.00

06/08/10  Review IRS documents relating to employment tax
          penalty raised by IRS
          Craig D. Bell   .90 hours at  570.00 per hour.           $513.00

06/08/10  Continue resolution of tax claims and draft
          stipulations regarding same and e-mails with
          taxing authorities regarding resolution and
          related issues
          Daniel F. Blanks   2.30 hours at  415.00 per hour.       $954.50

06/10/10  Attention to IRS procedural issues and appeals
          office jurisdiction raised by client
          Craig D. Bell   3.40 hours at  570.00 per hour.        $1,938.00

06/10/10  E-mails and telephone conferences with parties
          regarding tax settlements and other issues
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

06/11/10  Review relevant tax authorities pertaining to
          IRS positions in tax on SLB issue (1.4); review
          TAM impact on appeals officers (1.3)
          Craig D. Bell   2.70 hours at  570.00 per hour.        $1,539.00

06/11/10  Continue resolution of tax claims and e-mails
          with parties regarding settlement and related
          issues
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

06/14/10  Attention to IRS appeals procedural issues and
          SLB audit documents
          Craig D. Bell   2.70 hours at  570.00 per hour.        $1,539.00

06/15/10  Continue analysis on adverse IRS TAM decision
          on SLB transaction
          Craig D. Bell   2.40 hours at  570.00 per hour.        $1,368.00

06/16/10  Continue analysis on SLB tax issues to support
          possible refund claim
          Craig D. Bell   3.20 hours at  570.00 per hour.        $1,824.00

Circuit City Stores Inc
File Number: 2055557                                Page  37
Invoice No. 91267086                                July 12, 2010

| | | |
|---|---|---|
| 06/17/10 | Continue review and analysis of SLB transaction documents and IRS position on same<br>Craig D. Bell   2.90 hours at   570.00 per hour. | $1,653.00 |
| 06/17/10 | Continue resolution of tax claims and disputes and analyze issues regarding same and e-mails with committee regarding same<br>Daniel F. Blanks   1.60 hours at   415.00 per hour. | $664.00 |
| 06/21/10 | Attention to IRS positions on SLB transactions<br>Craig D. Bell   1.70 hours at   570.00 per hour. | $969.00 |
| 06/22/10 | Continue analysis on SLB tax issues<br>Craig D. Bell   1.80 hours at   570.00 per hour. | $1,026.00 |
| 06/24/10 | E-mails and telephone conferences regarding resolution of tax issues<br>Daniel F. Blanks   1.30 hours at   415.00 per hour. | $539.50 |
| 06/28/10 | Attention to SLB tax issues<br>Craig D. Bell   2.00 hours at   570.00 per hour. | $1,140.00 |
| 06/28/10 | Review and analyze certain tax issues and strategies<br>Daniel F. Blanks    .90 hours at   415.00 per hour. | $373.50 |
| 06/29/10 | Multiple telephone conferences and e-mails with parties regarding tax issues and claims and analyze issues regarding same and review and analyze claims, pleadings, charts and other materials regarding same<br>Daniel F. Blanks   2.20 hours at   415.00 per hour. | $913.00 |
| 06/30/10 | E-mails regarding tax claims and resolution of same and analyze strategies regarding tax resolutions<br>Daniel F. Blanks    .80 hours at   415.00 per hour. | $332.00 |
| 06/30/10 | Telephone conference and e-mail with county and city treasurers regarding settlement (1.8); draft stipulations for settled tax claims (1.1); e-mail with debtors professionals and Gaston City treasurer regarding personal property tax claims (.5)<br>Erin Q. Ashcroft   3.40 hours at   330.00 per hour. | $1,122.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 3.0 | $1,800.00 |
| Craig D. Bell | $570.00 | 34.2 | $19,494.00 |
| Daniel F. Blanks | $415.00 | 19.7 | $8,175.50 |
| Erin Q. Ashcroft | $330.00 | 3.4 | $1,122.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page   38
Invoice No. 91267086                                   July 12, 2010


                    TOTAL FEES              60.3      $30,591.50


**Re: Claims Administration**
     **Our File No.**            **2055557-0250**
     **Circuit City Contact**    **Katie Bradshaw**
     **McGuireWoods Contact**    **Douglas M. Foley**


06/01/10  Analyze responses to new omnibus objections and
          multiple calls and e-mails regarding same
          (1.3); continue claim objection resolutions
          including omni thirty-seven, review
          stipulations and multiple calls and e-mails
          regarding same (2.6)
          Sarah B. Boehm   3.90 hours at  495.00 per hour.        $1,930.50

06/01/10  Continue resolution of claims and multiple
          telephone conferences and e-mails regarding
          same and review and analyze claims, pleadings,
          charts and other items regarding same and
          research issues regarding same
          Daniel F. Blanks   4.20 hours at  415.00 per hour.      $1,743.00

06/01/10  Finalize draft settlement agreement and forward
          to counsel for review (1.0); draft stipulation
          regarding taxing authorities (1.6); correspond
          with debtors' professionals regarding same
          (.7); research issues relating to litigation
          claims and objections (1.2)
          Bryan A. Stark   4.50 hours at  335.00 per hour.        $1,507.50

06/01/10  Review and revise tracking charts for omnibus
          objections (2.6); retrieve and circulate
          Checkpoint claims (.2)
          Linda J. Neilson   2.80 hours at  200.00 per hour.        $560.00

06/02/10  Review and revise several stipulations
          resolving various claims, including tax and
          priority claims
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

06/02/10  Analyze and revise agenda and exhibits
          regarding various claim matters and multiple
          calls and e-mails regarding same (.8); analyze
          and revise adjourned claims chart and e-mails
          regarding same (.4); continue claim objection
          resolutions, analyze stipulations and claims
          and multiple calls and e-mails regarding same
          (1.2)
          Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91267086                                   July 12, 2010

06/02/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts and other materials regarding
          same and research issues regarding same
          Daniel F. Blanks   7.20 hours at  415.00 per hour.      $2,988.00

06/02/10  Review, finalize and file consent motion to
          dismiss Apex appeal (.8); correspond with
          debtors' professionals regarding same (.2);
          review claims and responses and revise taxing
          authorities stipulation (2.0); correspond with
          debtors' professionals regarding same (.3)
          Bryan A. Stark   3.30 hours at  335.00 per hour.        $1,105.50

06/02/10  Review and revise tracking charts for omnibus
          objections and discussions regarding claims
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

06/03/10  E-mails with client regarding preparation for
          meeting to discuss omnibus objection to
          litigation claims
          Douglas M. Foley   .60 hours at  600.00 per hour.         $360.00

06/03/10  Continue to analyze and revise agenda and
          exhibits regarding various claim matters and
          multiple calls and e-mails regarding same (.8);
          continue claim objection resolutions, finalize
          and file stipulation, analyze claims and
          pleadings, revise chart and multiple calls and
          e-mails regarding same (1.7)
          Sarah B. Boehm   2.50 hours at  495.00 per hour.        $1,237.50

06/03/10  Continue resolution of claims and review and
          analyze claims, pleadings, charts, preference
          analyses, documents, and other materials
          regarding same and multiple telephone
          conferences and e-mails with parties regarding
          same and research issues regarding same
          Daniel F. Blanks   4.80 hours at  415.00 per hour.      $1,992.00

Circuit City Stores Inc
File Number: 2055557                                        Page  40
Invoice No. 91267086                                        July 12, 2010

06/03/10  Research issues regarding appeals and motions
          to reconsider (2.1); correspond with debtors'
          professionals regarding draft settlements and
          omnibus objections (.8); review and analyze
          proofs of claims for breakdown of claim amount
          (.7); review and revise draft stipulation
          (1.7); review docket for objections to
          stipulations (.2); finalize and file notice of
          presentment of consent order resolving omnibus
          objection and arrange for service of same (.6)
          Bryan A. Stark   6.10 hours at  335.00 per hour.        $2,043.50

06/03/10  Meeting with debtors professionals regarding
          personal injury claims
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.        $99.00

06/04/10  Continue to analyze and revise agenda and
          exhibits regarding claim matters and multiple
          calls and e-mails regarding same (1.2); analyze
          claim stipulations for filing and e-mails
          regarding same (.3); continue claim objection
          matters, analyze documents and charts and
          multiple calls and e-mails regarding same (.6)
          Sarah B. Boehm   2.10 hours at  495.00 per hour.        $1,039.50

06/04/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and analyze and review multiple
          documents, pleadings, charts, and other
          materials regarding same and research issues
          regarding same
          Daniel F. Blanks   2.60 hours at  415.00 per hour.     $1,079.00

06/04/10  Telephone call with debtors' professionals
          regarding resolution of omnibus objections
          (.2); review information regarding accounts
          receivables and correspond with creditors'
          counsel regarding same (.6); review, finalize
          and file notices of stipulation resolving
          omnibus objection (.8); correspond with court
          and debtors' professionals regarding consent
          order resolving omnibus objection and related
          issues (.8); correspond with creditors' counsel
          regarding negotiation of omnibus objection and
          accounts receivable (.4)
          Bryan A. Stark   2.80 hours at  335.00 per hour.         $938.00

06/04/10  Research and prepare stipulation for DeSoto
          claims
          Linda J. Neilson   1.70 hours at  200.00 per hour.       $340.00

Circuit City Stores Inc
File Number: 2055557                                  Page  41
Invoice No. 91267086                                  July 12, 2010

06/07/10  Review status of unresolved claim objection
          chart and preparation for status hearing on
          claims for June 8th omnibus hearing date
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

06/07/10  Analyze responses to omnibus objections and
          prepare for claim status hearing and multiple
          calls and e-mails regarding same (1.3);
          continue claim objection resolutions, analyze
          charts and multiple calls and e-mails regarding
          status of various matters (1.1)
          Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

06/07/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   5.10 hours at  415.00 per hour.      $2,116.50

06/07/10  Correspond with creditor's counsel and debtors'
          professionals regarding resolution of omnibus
          objection (.4); review claims chart and
          correspond with debtors' professionals
          regarding resolution of responses to seventieth
          omnibus objection (.3); review consent order
          and agenda and correspond with debtors'
          professionals regarding discrepancies (1.0);
          review and analyze research regarding personal
          injury claims and objections to the same (1.2)
          Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

06/07/10  Research and draft Harris County stipulation
          (.9); review and revise tracking charts for
          omnibus objections (1.5)
          Linda J. Neilson   2.40 hours at  200.00 per hour.        $480.00

06/08/10  E-mails with creditor's counsel regarding
          status and finalization of various claims,
          settlement stipulations and review same
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

06/08/10  Prepare for and participate in omnibus hearing
          regarding claim status and analyze responses
          regarding same (2.1); prepare for and
          participate in conference with debtor and
          debtors' professionals regarding claim matters
          (2.1); analyze stipulations for filing and
          e-mails regarding same (.3)
          Sarah B. Boehm   4.50 hours at  495.00 per hour.        $2,227.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page   42
July 12, 2010

06/08/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other information
          regarding same and research issues regarding
          same
          Daniel F. Blanks    2.20 hours at   415.00 per hour.          $913.00

06/08/10  Review and analyze appellate reclamation brief
          (.8); correspond with debtors' professionals
          regarding appellate brief, appellate rules, and
          filing (.6); review mail for discovery
          responses and correspond with debtors'
          professionals regarding same (.4); correspond
          with counsel to creditor and debtors'
          professional regarding landlord claim (.3);
          correspond with claimants' counsel regarding
          draft stipulation (.3); finalize and file
          motion to authorize debtors to pay allowed
          administrative claims and arrange for service
          of same (.7); draft notice for same and file
          (.4); finalize and file notices of settlement
          agreements (.5)
          Bryan A. Stark    4.00 hours at   335.00 per hour.        $1,340.00

06/08/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson     .70 hours at   200.00 per hour.        $140.00

06/09/10  E-mails with creditor's counsel regarding
          status of potential settlements of outstanding
          claim objections (1.4) prepare for and attend
          meetings with client regarding status of
          various claim objections and resolutions and
          gathering information relating to litigation
          claims (4.9)
          Douglas M. Foley    6.30 hours at   600.00 per hour.      $3,780.00

06/09/10  Prepare for and participate in meeting
          regarding claim matters (3.4); continue claim
          objection resolutions and multiple e-mails
          regarding same (.9)
          Sarah B. Boehm    4.30 hours at   495.00 per hour.        $2,128.50

06/09/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks    1.60 hours at   415.00 per hour.          $664.00

Circuit City Stores Inc
File Number: 2055557                                    Page   43
Invoice No. 91267086                                   July 12, 2010

06/09/10  Prepare for and meet regarding claims issues
          (1.2); finalize and file notice of stipulation
          and arrange for service (.5)
          Bryan A. Stark   1.70 hours at  335.00 per hour.        $569.50

06/09/10  Attend meeting with debtor's professionals
          regarding administration of remaining
          litigation claims (2.7); analyze personal
          injury claims (1.0)
          Erin Q. Ashcroft   3.70 hours at  330.00 per hour.    $1,221.00

06/09/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   .80 hours at  200.00 per hour.       $160.00

06/10/10  Numerous e-mails with creditor's counsel
          regarding status of resolution of various
          claims, including landlord claims (.9); e-mails
          with creditor's counsel regarding status of LG
          stipulation and finalization of same (.4)
          Douglas M. Foley   1.30 hours at  600.00 per hour.      $780.00

06/10/10  Continue claim objection resolutions, revise
          charts, analyze pleadings and multiple calls
          and e-mails regarding same (2.1); analyze
          responses to objections and e-mails regarding
          claim objection orders (.9)
          Sarah B. Boehm   3.00 hours at  495.00 per hour.      $1,485.00

06/10/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other items regarding
          same and research issues regarding same
          Daniel F. Blanks   4.40 hours at  415.00 per hour.    $1,826.00

06/10/10  Review, finalize and file notices of
          stipulation regarding omnibus objections (1.3);
          prepare and submit consent order on
          thirty-seventh omnibus objection (.4); review
          and analyze memorandum in support of summary
          judgment on omnibus objection (.7)
          Bryan A. Stark   2.40 hours at  335.00 per hour.        $804.00

Circuit City Stores Inc
File Number: 2055557                                    Page  44
Invoice No. 91267086                                   July 12, 2010

06/11/10  Draft and revise multiple claim objection
          orders and analyze exhibits and adjourn chart
          regarding same (1.6); multiple calls regarding
          payment of administrative claims (.4); continue
          claim objection resolutions and multiple calls
          and e-mails regarding same (.5); telephone
          conference regarding upcoming omnibus
          objections and claims review (.2)
          Sarah B. Boehm   2.70 hours at  495.00 per hour.        $1,336.50

06/11/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and review claims for objection and other
          issues
          Daniel F. Blanks   6.10 hours at  415.00 per hour.      $2,531.50

06/11/10  Review docket for objections to settlements
          (.2); telephone call with creditors' counsel
          regarding draft stipulation regarding omnibus
          objection and outstanding issues (.4); e-mail
          with counsel to creditors and creditors
          regarding same (.3); review proof of claim and
          credit allowances for allocation of setoff (.8)
          Bryan A. Stark   1.70 hours at  335.00 per hour.          $569.50

06/11/10  Review and revise tracking charts for omnibus
          objections responses
          Linda J. Neilson   1.70 hours at  200.00 per hour.        $340.00

06/14/10  Analyze issues relating to various stipulations
          resolving claims and status of various
          adversary proceedings and A/R collection
          matters and e-mails with client and debtors'
          professionals regarding same
          Douglas M. Foley   1.80 hours at  600.00 per hour.      $1,080.00

06/14/10  Finalize and file LG stipulation and multiple
          e-mails regarding same (.5); draft, revise,
          finalize and submit multiple omnibus objection
          claim orders and multiple calls and e-mails
          regarding same (1.2); analyze and revise
          adjourned claims status chart and e-mails
          regarding same (.6); multiple calls and e-mails
          regarding various claim matters (.5)
          Sarah B. Boehm   2.80 hours at  495.00 per hour.        $1,386.00

Circuit City Stores Inc
File Number: 2055557                                      Page  45
Invoice No. 91267086                                     July 12, 2010

06/14/10  Review and analyze orders for omnibus claims
          objections and review and analyze claims,
          charts, dockets and other materials regarding
          same and revise and submit same (1.8); continue
          resolution of claims and multiple telephone
          conferences and e-mails with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same and
          research issues regarding same (2.6); research
          issues regarding preference issues and new
          value defenses and other related issues (1.5)
          Daniel F. Blanks   5.90 hours at  415.00 per hour.      $2,448.50

06/14/10  Telephone call with counsel to creditor
          regarding settlement of forty-ninth omnibus
          objection (.8); correspond with debtors'
          professionals regarding future omnibus
          objections and review of claims included in
          same (.5); review, finalize and file notice of
          settlement (.7); review settlements regarding
          stipulation with Georgia and correspond with
          debtors' professionals regarding same (.4);
          review bankruptcy rules and draft stipulation
          of dismissal of appeal (.8); correspond with
          debtors' professionals regarding status of
          settlements for omnibus objections (.4);
          summarize and e-mail settlement offer to
          debtors (.6)
          Bryan A. Stark   4.20 hours at  335.00 per hour.       $1,407.00

06/14/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.60 hours at  200.00 per hour.       $320.00

06/15/10  E-mails regarding finalization filing of
          several stipulations resolving creditor claims
          and e-mails with debtors' professionals
          regarding same (1.3); e-mails and telephone
          conference with debtors' professionals
          regarding status of litigation claims and
          resolution of same (.8)
          Douglas M. Foley   2.10 hours at  600.00 per hour.     $1,260.00

06/15/10  Continue claim objection resolutions, analyze
          issues and documents and multiple calls and
          e-mails regarding various claim matters (1.8);
          analyze issues and multiple calls and e-mails
          regarding upcoming omnibus objections and
          claims review regarding same (.8)
          Sarah B. Boehm   2.60 hours at  495.00 per hour.       $1,287.00

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91267086                                   July 12, 2010

06/15/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.      $1,909.00

06/15/10  Draft settlement agreement regarding
          forty-ninth omnibus objection to claims (1.6);
          draft stipulation of dismissal and e-mail to
          counsel for review (.7); review, finalize and
          file notice of settlement (.6)
          Bryan A. Stark   2.90 hours at  335.00 per hour.         $971.50

06/15/10  Meeting with debtors professionals regarding
          analysis of litigation claims (.6); review AP
          proceeding (.4)
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.       $330.00

06/15/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.70 hours at  200.00 per hour.       $340.00

06/16/10  E-mail regarding status chart for unresolved
          objected-to claims and formulation of strategy
          regarding same
          Douglas M. Foley   1.40 hours at  600.00 per hour.       $840.00

06/16/10  Prepare for and participate in telephone
          conference regarding claims status, analyze and
          revise agenda and exhibit regarding adjourned
          claims status and multiple calls and e-mails
          regarding same (1.7); continue claim objection
          resolutions, analyze documents and claims and
          multiple calls and e-mails regarding same (1.2)
          Sarah B. Boehm   2.90 hours at  495.00 per hour.       $1,435.50

06/16/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   5.70 hours at  415.00 per hour.     $2,365.50

06/16/10  Review docket for objections to settlement
          agreements
          Bryan A. Stark    .20 hours at  335.00 per hour.         $67.00

Circuit City Stores Inc
File Number: 2055557                                    Page  47
Invoice No. 91267086                                   July 12, 2010

06/16/10  Telephone conferences with J. Liberi regarding
          pending litigation claims (.4;) review CC
          Investors amended proof of claim and pleadings
          (.2); conference call with debtors
          professionals regarding litigation claims (.4)
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.        $330.00

06/16/10  Review and revise tracking chart for omnibus
          objections
          Linda J. Neilson   1.10 hours at  200.00 per hour.        $220.00

06/17/10  Begin analyzing strategy relating to resolution
          of remaining unresolved litigation claims,
          including future objections
          Douglas M. Foley   2.90 hours at  600.00 per hour.      $1,740.00

06/17/10  Prepare for and participate in claims meeting
          and analyze and revise chart and exhibit to
          agenda regarding same (1.8); continue claim
          objection resolutions, analyze claims and
          pleadings, multiple calls and e-mails regarding
          same and scheduling late claims to go forward
          on merits (4.1)
          Sarah B. Boehm   5.90 hours at  495.00 per hour.       $2,920.50

06/17/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze issues
          regarding same and review and analyze
          documents, pleadings, charts, and other items
          regarding same and draft stipulations regarding
          same (3.6); research issues regarding late
          claims and review items regarding same (.7)
          Daniel F. Blanks   4.30 hours at  415.00 per hour.     $1,784.50

06/17/10  Prepare for and participate in claims
          conference call (1.6); review and analyze
          proofs of claim for inclusion in omnibus
          objection (1.8); draft omnibus objection to
          legal claims and notice thereof (1.3);
          correspond with debtors' professionals
          regarding omnibus objection and review of
          claims to be included therein (.6); review
          updated stipulation of dismissal and correspond
          with debtors' professionals regarding same
          (.2); review, finalize and file notice of
          settlement and arrange for service (.5)
          Bryan A. Stark   6.00 hours at  335.00 per hour.       $2,010.00

Circuit City Stores Inc
File Number: 2055557                                          Page  48
Invoice No. 91267086                                         July 12, 2010

06/17/10  Meeting with debtors professionals to discuss
          claim objections (1.0); analyze claim
          objections (.3)
          Erin Q. Ashcroft   1.30 hours at  330.00 per hour.        $429.00

06/17/10  Review and revise tracking charts to omnibus
          objections
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

06/18/10  E-mails with client regarding new claim
          objections and inclusion of various litigation
          claims
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

06/18/10  Continue claim objection resolutions and
          multiple e-mails regarding same
          Sarah B. Boehm     .70 hours at  495.00 per hour.         $346.50

06/18/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same, review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same and
          other pleadings regarding same
          Daniel F. Blanks   6.10 hours at  415.00 per hour.      $2,531.50

06/18/10  Review proofs of claim to be included in
          omnibus objection and draft e-mail regarding
          potential issues (2.5); correspond with counsel
          to creditor regarding omnibus objection (.4);
          summarize and e-mail offer to settle to debtors
          (.4); draft settlement agreement (1.0)
          Bryan A. Stark   4.30 hours at  335.00 per hour.        $1,440.50

06/18/10  Review and revise tracking chart for omnibus
          objections
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

06/20/10  Review proofs of claim regarding litigation
          claim objection
          Erin Q. Ashcroft   5.00 hours at  330.00 per hour.      $1,650.00

06/21/10  Review drafts of objections to various claims,
          including Quebecor, and proposed stipulations
          resolving various other claims and finalization
          of objections to litigation claims
          Douglas M. Foley   2.30 hours at  600.00 per hour.      $1,380.00

Circuit City Stores Inc
File Number: 2055557                                        Page  49
Invoice No. 91267086                                        July 12, 2010

06/21/10  Analyze claim objections and related pleadings
          for filing and multiple calls and e-mails
          regarding same (1.4); analyze and revise agenda
          and exhibit regarding claim status hearings and
          multiple calls and e-mails regarding same (.8);
          continue claim objection resolutions, multiple
          calls to claimants and counsel regarding status
          hearing and going forward on merits, analyze
          claims and documents regarding same (2.1);
          analyze entered claim orders and e-mails
          regarding same (.3)
          Sarah B. Boehm   4.60 hours at  495.00 per hour.        $2,277.00

06/21/10  Continue resolution of claims and multiple
          telephone conference with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other information regarding same
          and research issues regarding same and analyze
          strategies regarding same
          Daniel F. Blanks   2.90 hours at  415.00 per hour.      $1,203.50

06/21/10  Review comments and update draft of omnibus
          objection to legal liability claims (.6);
          review documentation regarding asserted
          defenses to accounts receivable and correspond
          with debtor regarding same (.7); correspond
          with debtors and debtors' professionals
          regarding omnibus objections to claims and
          objection to Quebecor claim (.6); review and
          analyze exhibits to omnibus objection (.7);
          draft notices of objection and notice of motion
          to file under seal for objection to Quebecor
          claim (.7); review, analyze, finalize and file
          objection to Quebecor claim, motion to seal
          exhibits thereto, and seventy-ninth omnibus
          objection to claims (1.1)
          Bryan A. Stark   4.40 hours at  335.00 per hour.        $1,474.00

06/21/10  Review proof of claim for omni objections
          seventy-nine (.9); e-mail debtors professionals
          regarding summary of claims review (.2)
          Erin Q. Ashcroft   1.20 hours at  330.00 per hour.       $396.00

06/21/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.50 hours at  200.00 per hour.       $300.00

06/22/10  Continue claim objection resolutions, analyze
          claims and documents and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   1.80 hours at  495.00 per hour.         $891.00

Circuit City Stores Inc
File Number: 2055557                                        Page   50
Invoice No. 91267086                                       July 12, 2010

06/22/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and multiple telephone
          conferences and e-mails regarding same and
          research issues regarding same
          Daniel F. Blanks    5.90 hours at  415.00 per hour.      $2,448.50

06/22/10  Review local rules and filings regarding notice
          for agreed motions (.7); correspond with
          debtors' professionals regarding same (.3);
          compile under seal documents and draft letters
          for delivery to court, clerk's office,
          creditors' committee and United States trustee
          (.7); review outstanding settlement offers and
          status of same and correspond with counsel to
          claimants subject to objections (.6)
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

06/22/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    1.30 hours at  200.00 per hour.       $260.00

06/23/10  Analyze claims and prepare for status hearings
          on omnibus objections and multiple calls and
          e-mails regarding same (1.6); continue claim
          objection resolutions, analyze pleadings, and
          multiple calls and e-mails regarding same
          (3.6); prepare for and participate in telephone
          conference regarding adjourned claims status
          and strategy and revise adjourned claims chart
          regarding same (1.7); revise, finalize and
          submit omnibus objection claim orders and
          e-mails regarding same (.7)
          Sarah B. Boehm   7.60 hours at  495.00 per hour.        $3,762.00

06/23/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same (5.1); prepare for and participate in
          claims meetings regarding resolution and update
          claims charts regarding same (1.3); draft
          discovery regarding claims (.9)
          Daniel F. Blanks   7.30 hours at  415.00 per hour.      $3,029.50

06/23/10  Review objection chart for updates of
          objections (.5); prepare for and participate in
          claims telephone call (1.2); follow-up on
          issues from conference call (.4)
          Bryan A. Stark   2.10 hours at  335.00 per hour.         $703.50

Circuit City Stores Inc
File Number: 2055557                                     Page  51
Invoice No. 91267086                                     July 12, 2010

06/23/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.40 hours at  200.00 per hour.      $280.00

06/24/10  Review several stipulations, including IBM
          stipulation and other issues relating to
          resolved claims, and e-mails with client and
          debtor's professionals regarding same
          Douglas M. Foley   1.90 hours at  600.00 per hour.    $1,140.00

06/24/10  Prepare for and participate in omnibus hearing
          regarding claims status (2.1); continue claim
          objection resolutions, analyze documents and
          multiple calls and e-mails regarding same (2.2)
          Sarah B. Boehm   4.30 hours at  495.00 per hour.      $2,128.50

06/24/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft and revise stipulations
          regarding same
          Daniel F. Blanks   4.80 hours at  415.00 per hour.    $1,992.00

06/24/10  Correspond with counsel to claimant regarding
          seventy-ninth omnibus objection and basis of
          litigation claim (.4); review, prepare and file
          notice of stipulation (1.0)
          Bryan A. Stark   1.40 hours at  335.00 per hour.        $469.00

06/24/10  Analyze issues regarding review of claim,
          stipulation and discovery
          Erin Q. Ashcroft    .70 hours at  330.00 per hour.      $231.00

06/25/10  Numerous e-mails with creditors and creditors
          counsel regarding status of claim objections
          and setting matters for hearing on merits for
          July 22nd hearing date (2.9); e-mails regarding
          IBM stipulation and finalize same (.2); e-mails
          regarding Fugi films claim resolution (.2)
          Douglas M. Foley   3.30 hours at  600.00 per hour.    $1,980.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91267086

Page   52
July 12, 2010

06/25/10 Analyze late claims and responses and begin
         draft supplemental objection and brief
         regarding excusable neglect, update adjourned
         chart and multiple calls and e-mails regarding
         late claims (4.9); continue claim objection
         resolutions, analyze claims and pleadings,
         update adjourn chart and multiple calls and
         e-mails regarding same (2.1)
         Sarah B. Boehm   7.00 hours at  495.00 per hour.          $3,465.00

06/25/10 Draft and revise discovery for claimants (.9);
         continue resolution of claims and multiple
         telephone conferences and e-mails with parties
         regarding same and review and analyze claims,
         pleadings, charts, and other materials
         regarding same and research issues regarding
         same and draft and revise stipulations
         regarding same (3.6)
         Daniel F. Blanks   4.50 hours at  415.00 per hour.        $1,867.50

06/25/10 Draft discovery requests for litigation claims
         Erin Q. Ashcroft   2.70 hours at  330.00 per hour.          $891.00

06/27/10 Analyze issues and e-mails regarding status of
         various claim matters
         Sarah B. Boehm   .40 hours at  495.00 per hour.             $198.00

06/28/10 Numerous e-mails regarding status of resolution
         of various claim objections and updated claim
         objection resolution chart regarding same
         Douglas M. Foley   1.70 hours at  600.00 per hour.        $1,020.00

06/28/10 Continue analysis of late claims and responses
         and draft and revise supplemental objection and
         brief regarding excusable neglect, update
         adjourned chart, finalize and file notice of
         hearing on merits regarding late claimant and
         multiple calls and e-mails regarding late
         claims (3.7); continue claim objection
         resolutions, analyze claims and pleadings,
         draft tax stipulation resolving various claims,
         update adjourn chart and multiple calls and
         e-mails regarding same (2.1); analyze issues
         and e-mails regarding various litigation claims
         and discovery (.8)
         Sarah B. Boehm   6.60 hours at  495.00 per hour.          $3,267.00

Circuit City Stores Inc
File Number: 2055557                                      Page  53
Invoice No. 91267086                                     July 12, 2010

06/28/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft and revise stipulations
          regarding same
          Daniel F. Blanks   6.60 hours at  415.00 per hour.     $2,739.00

06/28/10  Meeting with debtors professionals to discuss
          discovery requests and settlement of claims and
          draft discovery for omni thirty-one litigation
          claims
          Erin Q. Ashcroft   2.80 hours at  330.00 per hour.      $924.00

06/28/10  Review and revise tracking charts for omnibus
          objections (1.2); review and prepare
          stipulations for omnibus objection thirty-seven
          claimants (1.5)
          Linda J. Neilson   2.70 hours at  200.00 per hour.      $540.00

06/29/10  Review unresolved claim objection summary chart
          and meeting with debtors' professionals and
          client regarding status of same and matters
          going forward for litigation on July 22nd
          (1.9); e-mails with client regarding status of
          various claim settlements and communication
          with business people (.6)
          Douglas M. Foley   2.50 hours at  600.00 per hour.     $1,500.00

06/29/10  Continue claim objection resolutions, draft,
          finalize and file stipulations resolving
          claims, multiple calls and e-mails with
          claimants and counsel regarding litigation
          claims and late claims (3.8); prepare for and
          participate in telephone conference regarding
          claims resolution, status and strategy and
          update adjourned chart regarding same (1.6);
          research scheduled and filed claims and
          telephone conference with K. Hogan regarding
          Philips (.4)
          Sarah B. Boehm   5.80 hours at  495.00 per hour.       $2,871.00

Circuit City Stores Inc
File Number: 2055557                                         Page  54
Invoice No. 91267086                                        July 12, 2010

06/29/10  Prepare and participate in claims meetings and
          conferences and continue resolution of claims
          and multiple telephone conferences and e-mails
          with parties regarding same and review and
          analyze claims, pleadings, charts, and other
          materials regarding same and research issues
          regarding same and draft and revise
          stipulations regarding same
          Daniel F. Blanks   2.70 hours at  415.00 per hour.        $1,120.50

06/29/10  Review status of negotiations of stipulations
          (.6); prepare for and participate in conference
          call on omnibus objections (1.1); correspond
          with debtors' professionals and draft notice of
          hearing regarding omnibus objection (.8);
          review, finalize and file certificate of no
          objection (.3)
          Bryan A. Stark   2.80 hours at  335.00 per hour.          $938.00

06/29/10  Participate in claims review meeting to discuss
          status of claims (1.0); telephone conferences
          with omni thirty-seven property tax claimants
          regarding settlement and stipulation (1.4)
          Erin Q. Ashcroft   2.40 hours at  330.00 per hour.        $792.00

06/29/10  Review, revise and circulate tracking charts
          for omnibus objections (2.7); research and
          draft stipulations for responses to
          thirty-seventh omnibus objection (2.1);
          research and retrieve cases cited in motion to
          dismiss in adversary proceedings for Ryan and
          Schimenti (1.1)
          Linda J. Neilson   5.90 hours at  200.00 per hour.        $1,180.00

06/30/10  Review unresolved claim objections chart and
          stipulations relating to various settlements,
          including Town Square late claim
          Douglas M. Foley   1.80 hours at  600.00 per hour.        $1,080.00

06/30/10  Continue claim objection resolutions, analyze
          claims and documents, analyze and revise
          adjourned claims chart and multiple calls and
          e-mails regarding same (3.7); e-mails regarding
          entered claims orders (.2); revise, finalize
          and file multiple claim stipulations and
          notices thereof and e-mails regarding same
          (.8); analyze litigation claims, analyze and
          revise discovery and review issues and strategy
          regarding various litigation claims (1.2)
          Sarah B. Boehm   5.90 hours at  495.00 per hour.          $2,920.50

Circuit City Stores Inc
File Number: 2055557                                    Page  55
Invoice No. 91267086                                    July 12, 2010

06/30/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft and revise stipulations
          regarding same
          Daniel F. Blanks    4.10 hours at  415.00 per hour.        $1,701.50

06/30/10  Review docket for objections to settlement
          agreements (.3); review and analyze stipulation
          with South Carolina and draft notice of
          stipulation for same (1.2); finalize and file
          notices of stipulations and notices of hearings
          on merits and arrange for service of same (1.4)
          Bryan A. Stark   2.90 hours at  335.00 per hour.            $971.50

06/30/10  Review and revise tracking chart for omnibus
          objections (.6); research and prepare
          stipulations for claimants on omnibus objection
          thirty-seven (2.6)
          Linda J. Neilson   3.20 hours at  200.00 per hour.          $640.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 34.4 | $20,640.00 |
| Sarah B. Boehm | $495.00 | 86.7 | $42,916.50 |
| Daniel F. Blanks | $415.00 | 103.6 | $42,994.00 |
| Bryan A. Stark | $335.00 | 62.9 | $21,071.50 |
| Erin Q. Ashcroft | $330.00 | 22.1 | $7,293.00 |
| Linda J. Neilson | $200.00 | 35.9 | $7,180.00 |
|  | TOTAL FEES | 345.6 | $142,095.00 |

**Re: Disclosure Statement and Plan**
   **Our File No.            2055557-0270**
   **Circuit City Contact    Katie Bradshaw**
   **McGuireWoods Contact     Douglas M. Foley**

06/02/10  Review materials filed by committee relating to
          alternative solo plan and revisions to bylaws
          and trust agreement and analyze issues
          regarding same and e-mails and telephone
          conference with debtors' professionals and
          client regarding same (2.9); e-mails and
          conference call with debtor's professionals and
          client regarding strategy relating to committee
          plan filing and review and revise motion for
          mediation and related pleadings for filing

Circuit City Stores Inc
File Number: 2055557                                  Page  56
Invoice No. 91267086                                 July 12, 2010
_____

```
            (2.4)
            Douglas M. Foley   5.30 hours at   600.00 per hour.     $3,180.00

06/02/10  Draft motion to shorten notice and motion for
            expedited regarding motion to mediate plan
            disputes, analyze pleadings and multiple calls
            and e-mails regarding same (1.4); analyze
            committee plan, bylaws and trust agreement and
            multiple calls and e-mails regarding same (.9)
            Sarah B. Boehm    2.30 hours at   495.00 per hour.     $1,138.50

06/02/10  Review and finalize motion to direct mediation
            (.6); revise and finalize motion to expedite,
            motion to shorten, notice of motions, and draft
            order granting mediation motion (1.0);
            correspond with debtors' professionals
            regarding same (.3); finalize and file all
            motions and arrange for service (.6)
            Bryan A. Stark   2.50 hours at   335.00 per hour.       $837.50

06/03/10  Analyze issues and e-mails regarding mediation
            motion and committee plan
            Sarah B. Boehm    .80 hours at   495.00 per hour.       $396.00

06/03/10  Finalize and submit order on expedited motion
            Bryan A. Stark    .30 hours at   335.00 per hour.       $100.50

06/08/10  Begin and continue review of edits to plan and
            disclosure statement and conference and meeting
            with debtors' professionals and client
            regarding same
            Douglas M. Foley   1.70 hours at   600.00 per hour.    $1,020.00

06/11/10  Analyze agenda and e-mails regarding adjourned
            confirmation hearing and mediation motion
            status
            Sarah B. Boehm    .40 hours at   495.00 per hour.       $198.00

06/13/10  Analyze issues and e-mails regarding various
            plan issues and potential mediation
            Sarah B. Boehm    .40 hours at   495.00 per hour.       $198.00

06/14/10  Analyze e-mails and issues regarding plan
            revisions and possible mediation
            Sarah B. Boehm    .40 hours at   495.00 per hour.       $198.00

06/15/10  Analyze issues and e-mails regarding plan
            confirmation status hearing and mediation
            motion
            Sarah B. Boehm   1.40 hours at   495.00 per hour.       $693.00
```

Circuit City Stores Inc
File Number: 2055557                                          Page  57
Invoice No. 91267086                                         July 12, 2010

06/16/10  Prepare for and participate in status hearing
          on confirmation and handle issues regarding
          same
          Sarah B. Boehm   2.70 hours at  495.00 per hour.        $1,336.50

06/18/10  Continue review of redlines to joint plan,
          bylaws and liquidating trust agreement
          Douglas M. Foley   1.50 hours at  600.00 per hour.        $900.00

06/22/10  Analyze plan documents and blacklines and
          e-mails regarding same
          Sarah B. Boehm   .60 hours at  495.00 per hour.           $297.00

06/23/10  E-mails with client and co-counsel regarding
          structure of plan
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

06/24/10  Prepare for and participate in status hearing
          regarding confirmation and mediation and
          multiple calls and e-mails regarding same
          Sarah B. Boehm   1.80 hours at  495.00 per hour.          $891.00

06/27/10  Analyze issues and e-mails regarding mediation
          and plan issues
          Sarah B. Boehm   .30 hours at  495.00 per hour.           $148.50

06/28/10  E-mails regarding mediation and related plan
          issues
          Sarah B. Boehm   .40 hours at  495.00 per hour.           $198.00

06/29/10  E-mails and telephone conference with chambers
          and opposing counsel and client and co-counsel
          regarding scheduling of mediation on plan
          disputes and e-mails regarding same
          Douglas M. Foley   2.40 hours at  600.00 per hour.      $1,440.00

06/29/10  E-mails regarding scheduling mediation and
          related matters and analyze issues regarding
          same
          Sarah B. Boehm   .60 hours at  495.00 per hour.           $297.00

| Timekeeper        | Rate/HR  | Hours | Fees       |
|-------------------|----------|-------|------------|
| Douglas M. Foley  | $600.00  | 11.3  | $6,780.00  |
| Sarah B. Boehm    | $495.00  | 12.1  | $5,989.50  |
| Bryan A. Stark    | $335.00  | 2.8   | $938.00    |
|                   |          |       |            |
| TOTAL FEES        |          | 26.2  | $13,707.50 |

Re: Intellectual Property Matters
    Our File No.          2055557-0310
    Circuit City Contact  Katie Bradshaw

Circuit City Stores Inc
File Number: 2055557                                    Page  58
Invoice No. 91267086                                    July 12, 2010

**McGuireWoods Contact      Douglas M. Foley**

06/22/10 Send correspondence to K. Bradshaw regarding
         renewal of 800.COM
         Douglas B. Smith    .30 hours at  320.00 per hour.        $96.00

06/23/10 E-mails with D. Foley regarding status of
         800.COM marks
         Douglas B. Smith    .20 hours at  320.00 per hour.        $64.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $320.00 | 0.5 | $160.00 |
| TOTAL FEES | | 0.5 | $160.00 |

**Re: Schimenti Construction Litigation**
     **Our File No.        2055557-0323**

06/01/10 Draft memorandum in support of motion to              2.80
         dismiss complaint and revise motion to dismiss
         (1.6); research issues related to conversion
         claim for relief (.7); correspond with debtors'
         professionals regarding motion (.5)
         Bryan A. Stark

06/02/10 Review and revise Rule 12(b) motion and                .80
         memorandum
         Douglas M. Foley

06/02/10 Research outstanding issues relating to              1.60
         Schimenti 12(b)(6) motion to dismiss (.6);
         finalize and file motion to dismiss Schimenti
         complaint and memorandum in support (1.0)
         Bryan A. Stark

06/03/10 E-mails with counsel for Schimenti regarding          .40
         continuation of hearing on motion to dismiss
         Douglas M. Foley

06/04/10 Review, analyze and revise motion and                2.10
         memorandum of law in support of dismissal of
         complaint alleging constructive trust
         Douglas M. Foley

06/10/10 E-mails regarding litigation and partial              .30
         resolution of claims
         Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                              Page  59
Invoice No. 91267086                             July 12, 2010

06/14/10  Analyze issues regarding partial resolution of        .30
          claims
              Douglas M. Foley

06/14/10  Review docket and analyze notice of appeal and        .60
          correspond with debtors' professionals
          regarding same
              Bryan A. Stark

06/23/10  Draft and serve initial disclosures in               1.40
          adversary proceeding (.7); correspond with
          debtors and debtors' professionals regarding
          same (.4); review and analyze defendant's
          initial disclosures (.3)
              Bryan A. Stark

06/30/10  Prepare documents for hearing on motion to           1.30
          dismiss
              Linda J. Neilson

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 3.9 | $2,340.00 |
| Bryan A. Stark | $335.00 | 6.4 | $2,144.00 |
| Linda J. Neilson | $200.00 | 1.3 | $260.00 |
| TOTAL FEES | | 11.6 | $4,744.00 |

Disbursements and Other Expenses:

| | |
|---|---|
| Copy Charges | $452.90 |
| Pacer Research | $44.00 |
| Long Distance Telephone Charges | $115.20 |
| 05/11/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 05/11/2010 | $6.94 |
| 05/11/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 05/11/2010 | $49.31 |
| 05/20/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 05/20/2010 | $10.75 |
| 05/24/10 GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 05/24/2010 | $4.85 |
| 05/27/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 05/27/2010 | $3.81 |
| 05/27/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 05/27/2010 | $10.46 |
| 06/08/10 GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 06/08/2010 | $89.65 |
| 06/09/10 BIZPORT - LOGISTICS - Delivery from McGuireWoods to US District Court on 5/25/10 | $6.00 |
| 06/11/10 SARAH B. BOEHM - Van Service to court - 6/8/10 | $382.50 |
| 06/11/10 FedEx Priority Overnight to Phoenix, AZ - Tracking #:  793630577169 | $12.24 |

Circuit City Stores Inc
File Number: 2055557                                    Page   60
Invoice No. 91267086                                    July 12, 2010

| | | |
|---|---|---:|
| 06/14/10 | RESTAURANTEUR INC - Luncheon ordered 6/8/10 | $198.14 |
| 06/15/10 | DANIEL F. BLANKS - Attend client meeting 6/09 | $93.33 |
| 06/15/10 | DOUGLAS M. FOLEY - Attend omni hearing and client meeting 6/06; hotel, meals, mileage | $681.18 |
| 06/16/10 | FedEx Standard Overnight to Glen Allen, VA - Tracking #:  792185998988 | $13.31 |
| 06/22/10 | DOUGLAS M. FOLEY - Attend client meetings and omni hearing 6/15; hotel, meals, mileage | $347.70 |
| 06/25/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  790718269441 | $18.10 |
| 06/27/10 | RESTAURANTEUR INC - Lunch ordered 6/24/10 | $202.58 |
| 06/30/10 | LASERSHIP INC - Delivery to Tavenner & Beran, PLC (Lynn L. Tavenner) from McGuireWoods on 6/22/10 | $5.32 |
| 06/30/10 | J&J COURT TRANSCRIBERS INC - Professional Services - Federal Court 14-Day On 6/8/2010 | $110.50 |
| | TOTAL EXPENSES | $2,858.77 |

Summary of Fees and Expenses:

| | |
|---|---:|
| Total Fees for all Matters: | $345,867.00 |
| Total Expenses for all Matters: | $2,858.77 |
| Total for this Invoice: | $348,725.77 |

**Exhibit E-3**

# McGuireWoods

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

August 19, 2010

REMITTANCE COPY
**PLEASE RETURN WITH PAYMENT**
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91280081

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                    $90,331.49
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                    $307,084.50
    Current Disbursements:             $9,096.75
    **Current Invoice Total:**                    $316,181.25

Total Balance Due:                                    $406,512.74

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

    McGuireWoods LLP
    Attn: Accounts Receivable
    901 E. Cary Street
    Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

**Douglas M. Foley**
(804) 775-1150

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

August 19, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 07/31/10

INVOICE NO.  91280081                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: **General Case Administration**
    **Our File No.**          2055557-0010
    **Circuit City Contact**  Katie Bradshaw
    **McGuireWoods Contact**  Douglas M. Foley

07/01/10  Research property agreements (1.1); conference
          with professionals regarding same (.4)
          Karen B. Cain    1.50 hours at  215.00 per hour.          $322.50

07/02/10  Telephone conferences with parties regarding
          bankruptcy cases and related issues and review
          documents regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

07/06/10  Draft, revise, finalize and file motion and
          notice regarding removal of actions and e-mails
          regarding same
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

07/07/10  Analyze and revise agenda and multiple e-mails
          regarding status of various matters scheduled
          for July 12th omnibus hearing
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

07/08/10  Analyze agenda and multiple e-mails regarding
          status of matters scheduled for omnibus hearing
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

Circuit City Stores Inc
File Number: 2055557                                  Page    2
Invoice No. 91280081                                 August 19, 2010

07/08/10  Review and revise July 12th hearing agenda
          (.8); revise Exhibit A to hearing agenda (1.2)
          Linda J. Neilson    2.00 hours at  200.00 per hour.        $400.00

07/09/10  Review and revise agenda and e-mails with
          opposing counsel and co-counsel regarding
          status of various matters
          Douglas M. Foley    1.60 hours at  600.00 per hour.        $960.00

07/09/10  Analyze and revise agenda and multiple e-mails
          regarding filing same
          Sarah B. Boehm     .40 hours at  495.00 per hour.          $198.00

07/09/10  Review and provide comments on omnibus hearing
          agenda (.4); correspond with debtors'
          professionals regarding same (.4); finalize,
          file and arrange for service of same (.3)
          Bryan A. Stark    1.10 hours at  335.00 per hour.          $368.50

07/09/10  Review, revise and circulate July 12th hearing
          agenda and exhibits for filing
          Linda J. Neilson    1.90 hours at  200.00 per hour.        $380.00

07/12/10  Review agenda and pleadings relating to matters
          on for Omnibus hearing on July 12th and
          meetings with client and debtors' professionals
          regarding same
          Douglas M. Foley    3.70 hours at  600.00 per hour.      $2,220.00

07/12/10  Prepare for and participate in omnibus hearing
          regarding various matters, analyze pleadings
          and multiple conferences regarding same
          Sarah B. Boehm    3.80 hours at  495.00 per hour.        $1,881.00

07/12/10  Prepare for and attend July 12th omnibus
          hearing and review and analyze issues and
          documents regarding same (1.0); e-mails with
          debtors' professionals regarding mediation and
          contact with mediator (.4)
          Daniel F. Blanks    1.40 hours at  415.00 per hour.        $581.00

07/12/10  Participate in omnibus hearing via
          teleconference
          Bryan A. Stark     .70 hours at  335.00 per hour.          $234.50

07/12/10  Review, organize and prepare responses to
          subpoena and garnishment requests
          Linda J. Neilson    1.50 hours at  200.00 per hour.        $300.00

Circuit City Stores Inc
File Number: 2055557                              Page   3
Invoice No. 91280081                             August 19, 2010
_____

07/14/10  Review draft of agenda for matters on July 22nd
          and begin reviewing pleadings and status of
          claims regarding same
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

07/14/10  Review, revise and circulate July 22nd hearing
          agenda and Exhibit A
          Linda J. Neilson   1.90 hours at  200.00 per hour.        $380.00

07/15/10  E-mails with parties regarding status of
          matters and agenda
          Daniel F. Blanks   .50 hours at  415.00 per hour.         $207.50

07/15/10  Review and revise Exhibit A to July 12th
          hearing agenda (1.8); review, organize and
          prepare responses to garnishment requests (1.1)
          Linda J. Neilson   2.90 hours at  200.00 per hour.        $580.00

07/16/10  Analyze issues and e-mail regarding restitution
          payments
          Sarah B. Boehm   .20 hours at  495.00 per hour.            $99.00

07/16/10  Review and organize garnishment request
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

07/19/10  Review and revise agenda for July 22nd hearing
          and e-mails with debtors' professionals
          regarding same
          Douglas M. Foley   .50 hours at  600.00 per hour.         $300.00

07/19/10  Review and analyze various drafts of agenda for
          omnibus hearing and provide comments on same
          (1.3); correspond with debtors' professionals
          regarding updates to agenda (.5); finalize and
          file agenda and arrange for service of same
          (.4)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

07/19/10  Review and revise July 21st hearing agenda and
          exhibit for filing
          Linda J. Neilson   3.60 hours at  200.00 per hour.        $720.00

07/20/10  Review unfilled affidavits of service and
          correspond with debtors' professionals
          regarding same
          Bryan A. Stark   .40 hours at  335.00 per hour.           $134.00

07/20/10  Prepare documents for July 22nd hearing
          Linda J. Neilson   2.20 hours at  200.00 per hour.        $440.00

Circuit City Stores Inc
File Number: 2055557                                    Page   4
Invoice No. 91280081                                  August 19, 2010

07/21/10  Review agenda and prepare for hearing on July
          22nd
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

07/21/10  Work on omnibus hearing binders for
          professionals
          Karen B. Cain     .90 hours at  215.00 per hour.          $193.50

07/22/10  Prepare for and participate in omnibus hearing
          for Circuit City
          Douglas M. Foley   4.40 hours at  600.00 per hour.      $2,640.00

07/22/10  Revise and submit multiple orders regarding
          omnibus hearing matters and e-mails with
          clerk's office regarding same
          Sarah B. Boehm     .70 hours at  495.00 per hour.        $346.50

07/22/10  Prepare for and participate in telephone
          omnibus hearing and e-mails and telephone
          conferences with parties regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.       $207.50

07/22/10  Prepare for and participate in telephonic
          omnibus hearing (.4); review and file
          affidavits of service (.7)
          Bryan A. Stark   1.10 hours at  335.00 per hour.         $368.50

07/22/10  Review and organize requests for garnishments
          Linda J. Neilson   1.10 hours at  200.00 per hour.       $220.00

07/22/10  Prepare argument and omnibus hearing binders
          (1.9); assist with omnibus hearing and
          preparations (2.8)
          Karen B. Cain   4.70 hours at  215.00 per hour.        $1,010.50

07/23/10  Draft, finalize and file notice of rescheduled
          omnibus hearing and e-mails regarding same and
          updating KCC website (.4); e-mails regarding
          various orders (.3)
          Sarah B. Boehm     .70 hours at  495.00 per hour.        $346.50

07/23/10  Review and organize requests for garnishments
          Linda J. Neilson   1.30 hours at  200.00 per hour.       $260.00

07/27/10  Review and organize requests for garnishments
          Linda J. Neilson    .60 hours at  200.00 per hour.       $120.00

07/29/10  Analyze and revise agenda and multiple calls
          and e-mails regarding status of various matters
          for omnibus hearing
          Sarah B. Boehm     .40 hours at  495.00 per hour.        $198.00

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. 91280081                                   August 19, 2010

07/29/10 Review and revise draft August 4th hearing
         agenda (.8); review, organize and prepare
         responses to garnishments (1.0)
         Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

07/30/10 Revise, finalize and file omnibus hearing
         agenda and multiple calls and e-mails regarding
         status of various matters (.9); analyze issues
         and multiple e-mails regarding restitution
         settlement (.3)
         Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

07/30/10 Review and analyze omnibus hearing agenda and
         provide comments on same
         Bryan A. Stark    .80 hours at  335.00 per hour.         $268.00

07/30/10 Review and revise August 4th hearing agenda for
         filing (.7); prepare documents for hearing
         (.8); prepare response to subpoena (.4)
         Linda J. Neilson   1.90 hours at  200.00 per hour.        $380.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 13.4 | $8,040.00 |
| Sarah B. Boehm | $495.00 | 8.9 | $4,405.50 |
| Daniel F. Blanks | $415.00 | 2.9 | $1,203.50 |
| Bryan A. Stark | $335.00 | 6.3 | $2,110.50 |
| Karen B. Cain | $215.00 | 7.1 | $1,526.50 |
| Linda J. Neilson | $200.00 | 23.7 | $4,740.00 |
| TOTAL FEES | | 62.3 | $22,026.00 |

Re: Monthly Operating Reports
    Our File No.          2055557-0060
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

07/15/10 Review and file monthly operating report and
         e-mails with client regarding same
         Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

Re: Professional Retention/Fee Applications
    Our File No.          2055557-0070
    Circuit City Contact  Katie Bradshaw
    McGuireWoods Contact  Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                      Page    6
Invoice No. 91280081                                     August 19, 2010

07/01/10  Analyze issues and e-mails regarding KPMG
          audits
          Sarah B. Boehm    .40 hours at  495.00 per hour.        $198.00

07/06/10  Analyze and revise monthly fee statement (1.1);
          e-mails regarding status of monthly fee
          statements from other professionals (.2);
          analyze issues and e-mails regarding expanding
          scope of KPMG retention (.3)
          Sarah B. Boehm   1.60 hours at  495.00 per hour.       $792.00

07/07/10  Analyze issues regarding no objections to
          interim fee applications and e-mails regarding
          same
          Sarah B. Boehm    .40 hours at  495.00 per hour.        $198.00

07/11/10  Telephone conference regarding hearing on
          interim fee applications
          Sarah B. Boehm    .20 hours at  495.00 per hour.         $99.00

07/12/10  Prepare for and participate in omnibus hearing
          regarding interim fee applications (1.5); draft
          correspondence, finalize and e-mail monthly fee
          statement (.5)
          Sarah B. Boehm   2.00 hours at  495.00 per hour.        $990.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 4.6 | $2,277.00 |
| TOTAL FEES | | 4.6 | $2,277.00 |

**Re: Creditors Committee**
    **Our File No.**              2055557-0080
    **Circuit City Contact**      Katie Bradshaw
    **McGuireWoods Contact**      Douglas M. Foley

07/23/10  E-mails regarding C. Jones participation as
          ex-officio non voting member of board of
          directors of Circuit City
          Douglas M. Foley   .20 hours at  600.00 per hour.       $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.2 | $120.00 |
| TOTAL FEES | | 0.2 | $120.00 |

Circuit City Stores Inc
File Number: 2055557                                  Page    7
Invoice No. 91280081                                 August 19, 2010

**Re: Automatic Stay**
      Our File No.            2055557-0090
      Circuit City Contact    Katie Bradshaw
      McGuireWoods Contact    Douglas M. Foley

07/01/10 Review and analyze motion for relief
         Bryan A. Stark    .30 hours at  335.00 per hour.          $100.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Bryan A. Stark | $335.00 | 0.3 | $100.50 |
| TOTAL FEES | | 0.3 | $100.50 |

**Re: Executory Contracts**
      Our File No.            2055557-0140
      Circuit City Contact    Katie Bradshaw
      McGuireWoods Contact    Douglas M. Foley

07/01/10 Review and analyze Ryan's response and research
         issues regarding same
         Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

07/06/10 Analyze issues regarding Ryan motion to dismiss
         and reply in support, review pleadings and
         e-mails regarding same
         Sarah B. Boehm    .60 hours at  495.00 per hour.         $297.00

07/07/10 Draft reply to motion to dismiss Ryan complaint
         and analyze issues regarding same and research
         issues regarding same
         Daniel F. Blanks   2.50 hours at  415.00 per hour.     $1,037.50

07/08/10 Analyze and revise Ryan reply and e-mails
         regarding same
         Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

07/08/10 Continue draft and revise reply to Ryan and
         research issues regarding same and file same
         Daniel F. Blanks   1.80 hours at  415.00 per hour.       $747.00

07/09/10 Review and revise reply brief for Ryan
         regarding motion to dismiss
         Douglas M. Foley   1.40 hours at  600.00 per hour.       $840.00

07/09/10 Analyze and revise Ryan reply and e-mails
         regarding filing same
         Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91280081                                    August 19, 2010

07/09/10  Revise reply brief and telephone conference
          with debtors' professionals regarding same
          Daniel F. Blanks    .60 hours at  415.00 per hour.        $249.00

07/11/10  Telephone conference regarding hearing on Ryan
          motion to dismiss
          Sarah B. Boehm     .20 hours at  495.00 per hour.          $99.00

07/12/10  Prepare for and attend hearings on motion to
          dismiss adversary proceeding by Ryan and
          analyze issues regarding same
          Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

07/12/10  Review pleadings, documents and other materials
          regarding Ryan and motion to dismiss and
          research multiple issues regarding same and
          review items and prepare arguments regarding
          same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.      $2,158.00

07/15/10  E-mails and telephone conference with J. Morris
          regarding status of Ryan complaint and
          potential settlement
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

07/16/10  Analyze issues and plan language regarding Ryan
          and e-mails regarding same
          Sarah B. Boehm     .20 hours at  495.00 per hour.          $99.00

07/20/10  Analyze issues regarding Ryan motion to dismiss
          and plan language regarding same
          Sarah B. Boehm     .30 hours at  495.00 per hour.         $148.50

07/22/10  E-mails with debtors' professionals regarding
          order granting debtors' motion to dismiss and
          related items and review plan and other items
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

07/23/10  Analyze issues and e-mails regarding Ryan
          dismissal and order regarding same
          Sarah B. Boehm     .20 hours at  495.00 per hour.          $99.00

07/28/10  Analyze and revise order regarding Ryan motion
          to dismiss and e-mails regarding Ryan extension
          of time regarding district court appeal
          briefing schedule
          Sarah B. Boehm     .30 hours at  495.00 per hour.         $148.50

07/28/10  Revise and submit Ryan order
          Daniel F. Blanks    .40 hours at  415.00 per hour.        $166.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91280081

Page    9
August 19, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 3.0 | $1,800.00 |
| Sarah B. Boehm | $495.00 | 2.6 | $1,287.00 |
| Daniel F. Blanks | $415.00 | 12.5 | $5,187.50 |
| TOTAL FEES | | 18.1 | $8,274.50 |

**Re: Litigation**
**Our File No.**              **2055557-0150**
**Circuit City Contact**      **Katie Bradshaw**
**McGuireWoods Contact**      **Douglas M. Foley**


07/01/10  Analyze issues relating to Ryan motion to
          dismiss and responsive pleadings in preparation
          for hearings on July 12th and analyze issues
          regarding same (1.4); e-mails regarding
          contours of settlement agreement with Creative
          Labs and e-mails with client regarding same
          (.6)
          Douglas M. Foley   2.00 hours at  600.00 per hour.      $1,200.00

07/01/10  Telephone call from probation officer regarding
          restitution payments and related issues (.2);
          review correspondence regarding restitution
          check and e-mails regarding same (.3); analyze
          and revise discovery regarding Active and
          multiple calls regarding same (.9)
          Sarah B. Boehm   1.40 hours at  495.00 per hour.        $693.00

07/01/10  Draft responses and review and analyze
          documents and charts regarding discovery for
          Active and multiple telephone conferences and
          e-mails with parties regarding same
          Daniel F. Blanks   4.90 hours at  415.00 per hour.      $2,033.50

07/01/10  Research conversion of motion to dismiss issues
          (1.4); correspond with party regarding demand
          letter and request for more information (.4);
          forward information to debtors regarding same
          (.2); review initial disclosures and correspond
          with debtors' professionals regarding same (.4)
          Bryan A. Stark   2.40 hours at  335.00 per hour.        $804.00

07/01/10  Meeting with debtors professionals regarding
          Active Media disclosures and document
          production
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.      $99.00

Circuit City Stores Inc
File Number: 2055557                                              Page  10
Invoice No. 91280081                                             August 19, 2010

| Date | Description | Amount |
|---|---|---|
| 07/01/10 | Prepare production of documents in Active adversary proceeding<br>Linda J. Neilson   1.40 hours at  200.00 per hour. | $280.00 |
| 07/02/10 | E-mails with client and debtors' professionals regarding status of various demand letters and collection of accounts receivable and follow-up regarding same (1.2); continue review of Ryan pleadings relating to motion to dismiss (.6); e-mails regarding discovery and responses relating to Active Media (.6)<br>Douglas M. Foley   2.40 hours at  600.00 per hour. | $1,440.00 |
| 07/02/10 | Analyze issues and e-mail from district court law clerk regarding LG dismissal<br>Sarah B. Boehm   .20 hours at  495.00 per hour. | $99.00 |
| 07/05/10 | Telephone conferences and e-mails with client and debtors' professionals regarding Active litigation and review documents and analyze strategies regarding adversary proceeding<br>Daniel F. Blanks   .40 hours at  415.00 per hour. | $166.00 |
| 07/06/10 | Analyze potential settlement ramifications and stipulation provisions related to Creative Labs<br>Douglas M. Foley   .70 hours at  600.00 per hour. | $420.00 |
| 07/06/10 | Prepare for and participate in telephone conference with client and others regarding Active discovery, production and answers to discovery and strategies regarding same and analysis regarding same and review documents regarding same<br>Daniel F. Blanks   1.90 hours at  415.00 per hour. | $788.50 |
| 07/06/10 | Review correspondence and analyze draft settlement agreement (.8); revise and update settlement agreement (.8); correspond with debtors' professionals and debtor regarding status of litigation and settlement (.6)<br>Bryan A. Stark   2.20 hours at  335.00 per hour. | $737.00 |
| 07/06/10 | Telephone conference with debtors professionals regarding Active Media discovery response (1.0); revise Active discovery responses and prepare documents for production (1.1)<br>Erin Q. Ashcroft   2.10 hours at  330.00 per hour. | $693.00 |

Circuit City Stores Inc
File Number: 2055557                              Page  11
Invoice No. 91280081                             August 19, 2010

07/06/10  Prepare documents for production regarding
          Active Media discovery (1.2); prepare letter
          regarding same (.2)
          Linda J. Neilson   1.40 hours at  200.00 per hour.        $280.00

07/07/10  Review, finalize and file Gentry appellee
          designations and e-mails regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

07/07/10  Review and analyze expert report for Active and
          analyze issues regarding same and e-mails with
          Active regarding depositions and other related
          issues
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

07/07/10  Meeting with debtors professionals regarding
          Active deadlines and settlement language
          Erin Q. Ashcroft    .40 hours at  330.00 per hour.        $132.00

07/07/10  Organize Active Media files for production of
          documents
          Linda J. Neilson   1.30 hours at  200.00 per hour.        $260.00

07/08/10  Review pleading relating to Ryan and review and
          revise reply brief regarding motion to dismiss
          regarding same (1.7); numerous e-mails
          regarding status of potential settlement for
          various pending adversary proceedings,
          including Creative Labs and analyze issues
          regarding same (1.7); review draft expert
          report for Active Media matter and analyze
          issues relating to discovery issues (1.3)
          Douglas M. Foley   4.70 hours at  600.00 per hour.      $2,820.00

07/08/10  Analyze issues regarding copies of appellee
          designations for clerk's office and multiple
          calls and e-mails regarding same (.3); analyze
          status of various litigation matters and
          e-mails regarding same (.5)
          Sarah B. Boehm    .80 hours at  495.00 per hour.         $396.00

Circuit City Stores Inc
File Number: 2055557                                        Page  12
Invoice No. 91280081                                       August 19, 2010

07/08/10  Research motion to dismiss conversion issue and
          draft language for reply to motion to dismiss
          (.6); review and analyze same and forward for
          comments (.5); update settlement agreement to
          Creative Labs complaint and correspond with
          debtors' professionals and defendant's counsel
          regarding same (.4); review courtesy copy of
          additional items on appeal for delivery to
          chambers and correspond with debtors'
          professionals regarding same (.6)
          Bryan A. Stark   2.10 hours at  335.00 per hour.        $703.50

07/09/10  Finalize appellee designations for clerk's
          office and multiple calls and e-mails regarding
          same (.3); analyze issues and e-mails regarding
          Mitsubishi adversary proceeding (.3)
          Sarah B. Boehm   .60 hours at  495.00 per hour.         $297.00

07/09/10  Correspond with clerk's office and debtors'
          professionals regarding appellee designations
          for appeal (.4); review copy of additional
          items on appeal for delivery to chambers,
          resolve issues relating to same and correspond
          with debtors' professionals regarding same
          (.5); review and analyze Ryan, Inc. reply in
          support of motion to dismiss and discuss same
          with debtors' professionals (.8); finalize and
          file same (.4); correspond with debtors'
          professionals and counsel to defendant
          regarding status of adversary proceeding and
          motion to dismiss (.4)
          Bryan A. Stark   2.50 hours at  335.00 per hour.        $837.50

07/11/10  Prepare for motions to dismiss and hearing and
          items on agenda relating to adversary
          proceedings for July 12th
          Douglas M. Foley   1.80 hours at  600.00 per hour.    $1,080.00

07/12/10  Review expert report for Active and telephone
          conference with debtors' professionals
          regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.      $581.00

07/13/10  Analyze issues regarding preferences and new
          value defense and e-mails regarding same
          Sarah B. Boehm   .40 hours at  495.00 per hour.         $198.00

07/13/10  Review and analyze expert reports and
          strategies regarding same
          Daniel F. Blanks   .60 hours at  415.00 per hour.       $249.00

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91280081                                   August 19, 2010

07/14/10  Review docket and pleadings and correspond with
          debtors' professionals regarding deadlines in
          adversary proceedings (.4); review
          documentation provided for support for accounts
          receivable in adversary proceeding (.7)
          Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

07/15/10  Review expert report and analyze issues
          Daniel F. Blanks   1.50 hours at  415.00 per hour.      $622.50

07/15/10  Review information provided by defendant
          regarding accounts receivable and other
          information (.7); cross-reference documents
          provided against debtors' comments (.4)
          Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

07/16/10  Analyze issues regarding to Creative Labs and
          Signature adversary proceedings
          Douglas M. Foley   .80 hours at  600.00 per hour.       $480.00

07/16/10  Draft deposition notices and other items
          regarding Active and review and analyze
          documents regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.      $498.00

07/16/10  Review documentation regarding receivables and
          correspond with debtor regarding same
          Bryan A. Stark   .80 hours at  335.00 per hour.         $268.00

07/17/10  E-mails and discussions regarding settlement of
          various litigation matters, including Signature
          default motion
          Douglas M. Foley   .40 hours at  600.00 per hour.       $240.00

07/19/10  E-mails regarding potential cause of action
          relating to class action litigation (.5);
          e-mails regarding response to Mitsubishi's
          motion to dismiss and analyze issues regarding
          same for hearing on July 22nd for a pre-trial
          conference status hearing on July 22nd (.5);
          e-mails regarding status of Ryan matter and
          potential language for plan confirmation order
          (.4)
          Douglas M. Foley   1.40 hours at  600.00 per hour.      $840.00

07/19/10  Telephone conference regarding potential class
          action litigation, research and review
          pleadings and e-mails regarding same
          Sarah B. Boehm   1.10 hours at  495.00 per hour.        $544.50

Circuit City Stores Inc
File Number: 2055557                          Page  14
Invoice No. 91280081                          August 19, 2010

07/19/10 Continue e-mails and telephone conferences
         regarding depositions and related items
         Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

07/19/10 Correspond with counsel regarding Ninth Circuit
         appeal (.3); review and analyze response to
         defendant's motion to dismiss (.7); finalize
         and file response to motion to dismiss (.4)
         Bryan A. Stark   1.40 hours at   335.00 per hour.         $469.00

07/19/10 Prepare notices of deposition in Active
         litigation
         Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

07/20/10 Review materials relating to Ryan's lawsuit
         against AMD and how it may effect issues
         relating to Hawaii tax appeal (.6); e-mails
         with opposing counsel regarding settlement of
         Creative Labs (.3)
         Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

07/20/10 Analyze issues regarding various litigation
         matters and discovery
         Sarah B. Boehm   .70 hours at  495.00 per hour.           $346.50

07/20/10 Correspond with counsel to defendant and
         debtors' professionals regarding settlement of
         adversary proceeding (.4); finalize settlement
         agreement and forward to counsel for execution
         (.5)
         Bryan A. Stark    .90 hours at  335.00 per hour.          $301.50

07/21/10 E-mails regarding status of discovery matters
         in Sharp adversary proceeding and e-mails with
         client regarding same
         Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

07/21/10 Continue review of documents for Active and
         analyze strategies regarding same and
         deposition and litigation strategies regarding
         same
         Daniel F. Blanks   5.00 hours at  415.00 per hour.      $2,075.00

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91280081                                   August 19, 2010

07/21/10  Correspond with debtors' professionals and
          creditor's counsel regarding settlement,
          execution and other issues (.5); draft,
          finalize and file notice of settlement
          regarding Creative Labs adversary proceeding
          (1.2); review and analyze debtors' responses
          and support regarding Sharp adversary
          proceeding (.7)
          Bryan A. Stark   2.40 hours at  335.00 per hour.          $804.00

07/22/10  Continue review and analyze documents and
          analyze and develop strategies regarding Active
          litigation and research issues regarding same
          Daniel F. Blanks   3.30 hours at  415.00 per hour.      $1,369.50

07/23/10  E-mails regarding status of Sharp adversary
          proceeding and discovery matters (.3); e-mails
          regarding status of Active Media discovery
          matters and disputes (.4)
          Douglas M. Foley    .70 hours at  600.00 per hour.       $420.00

07/23/10  Review documents regarding Active and e-mails
          and telephone conferences with parties
          regarding same and issues regarding depositions
          Daniel F. Blanks   4.40 hours at  415.00 per hour.      $1,826.00

07/23/10  Draft stipulation and consent order dismissing
          LG adversary proceeding (1.3); correspond with
          debtors' professionals and LG counsel regarding
          same (.4); finalize and submit same (.3); draft
          status report for Unical Ninth Circuit appeal
          (.4); correspond with debtors' professionals
          regarding finalizing and filing same (.7);
          review debtors' comments on accounts receivable
          claims and correspond with debtor and debtor's
          professionals regarding same (1.2)
          Bryan A. Stark   4.30 hours at  335.00 per hour.        $1,440.50

07/25/10  Analyze issues regarding Active litigation and
          telephone conference with D. Blanks regarding
          same
          Sarah B. Boehm    .60 hours at  495.00 per hour.         $297.00

07/25/10  Review discovery documents, analyze issues
          regarding same and prepare strategies regarding
          same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

Circuit City Stores Inc
File Number: 2055557                                    Page  16
Invoice No. 91280081                              August 19, 2010

07/26/10 E-mails regarding Mitsubishi matter and motions
         and briefs relating to dismissal of Count VI
         and review same (.7); analyze issues and
         summary of Active Media counts and discovery
         issue and strategy going forward with respect
         to depositions and document review (.7)
         Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

07/26/10 Review and analyze documents, correspondence
         and other materials regarding Active litigation
         and analyze strategies and e-mails regarding
         same
         Daniel F. Blanks   4.70 hours at  415.00 per hour.      $1,950.50

07/26/10 Review scheduling order, accounts receivable
         issues and preference analysis regarding Sharp
         adversary proceeding
         Bryan A. Stark   .80 hours at  335.00 per hour.          $268.00

07/26/10 Prepare documents for depositions and
         discussions with client regarding Active
         Linda J. Neilson   2.20 hours at  200.00 per hour.       $440.00

07/27/10 Numerous e-mails and telephone conferences with
         opposing counsel, client and debtors'
         professionals regarding status of litigation,
         adversary proceedings and trials, including
         Schimenti, Active Media and Sharp Electronics
         (2.3); e-mails regarding Mitsubishi reply brief
         on motion to dismiss (.4)
         Douglas M. Foley   2.70 hours at  600.00 per hour.     $1,620.00

07/27/10 Prepare for and participate in conference
         regarding Active litigation and analyze
         documents regarding same (2.1); analyze
         pleadings and e-mails regarding Mitsubishi (.4)
         Sarah B. Boehm   2.50 hours at  495.00 per hour.       $1,237.50

07/27/10 Review and analyze documents regarding Active
         discovery and analyze strategies regarding same
         and conferences with client regarding same
         Daniel F. Blanks   6.40 hours at  415.00 per hour.     $2,656.00

Circuit City Stores Inc
File Number: 2055557                                        Page   17
Invoice No. 91280081                                       August 19, 2010

07/27/10  Research deposition and subpoena issue (.7);
          correspond with debtors' professionals
          regarding same (.4); correspond with debtor,
          debtors' professionals, and Sharp counsel
          regarding Sharp adversary proceeding and issues
          related thereto (.4); review, analyze, finalize
          and file debtors' response to Mitsubishi
          counterclaim (.7)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

07/27/10  Review and revise Active Media depositions
          Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

07/28/10  Analyze issues regarding Active litigation and
          upcoming depositions and conference with D.
          Blanks regarding same
          Sarah B. Boehm    .60 hours at  495.00 per hour.          $297.00

07/28/10  Continue review and analyze documents and
          e-mails and telephone conferences with debtors'
          professionals regarding Active, research issues
          regarding same and prepare litigation regarding
          same
          Daniel F. Blanks   2.90 hours at  415.00 per hour.      $1,203.50

07/28/10  Meeting with debtors professionals regarding
          Active Media production of documents
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.        $165.00

07/28/10  Prepare documents for depositions (Active)
          (1.8); review and prepare supplemental
          production of documents (.8)
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

07/29/10  Analyze issues regarding Active litigation and
          deposition preparation
          Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

07/29/10  Multiple telephone conferences and e-mails with
          debtors' professionals, client and Active
          regarding depositions and other related items
          and review items and documents regarding same
          and analyze strategies regarding same
          Daniel F. Blanks   3.30 hours at  415.00 per hour.      $1,369.50

07/30/10  Multiple telephone conferences and e-mails with
          debtors' professionals and counsel for Active
          regarding Active discovery and other related
          issues and analyze strategies regarding same
          Daniel F. Blanks   2.80 hours at  415.00 per hour.      $1,162.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91280081                                   August 19, 2010

07/30/10  Prepare second supplemental production of
          documents in Active Media litigation and
          correspondence regarding same
          Linda J. Neilson   .50 hours at  200.00 per hour.        $100.00

07/31/10  Continue drafting and revising deposition
          outlines and review items regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.       $498.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 20.3 | $12,180.00 |
| Sarah B. Boehm | $495.00 | 10.0 | $4,950.00 |
| Daniel F. Blanks | $415.00 | 49.2 | $20,418.00 |
| Bryan A. Stark | $335.00 | 24.2 | $8,107.00 |
| Erin Q. Ashcroft | $330.00 | 3.3 | $1,089.00 |
| Linda J. Neilson | $200.00 | 11.3 | $2,260.00 |
| TOTAL FEES | | 118.3 | $49,004.00 |

**Re: Circuit City - Avoidance/Preference Issues**
   **Our File No.        2055557-0151**

07/01/10  Review and analyze correspondence, documents
          and complaint regarding Avenues proceeding
          (.6); correspond with and answer questions from
          defendant's counsel regarding same and
          resolution of adversary proceeding (.8);
          correspond with recipient of demand letter and
          debtor regarding wrong party (.5)
          Bryan A. Stark   1.90 hours at  335.00 per hour.         $636.50

07/07/10  Review and update settlement agreement settling
          adversary proceeding
          Bryan A. Stark   .30 hours at  335.00 per hour.          $100.50

07/08/10  Finalize settlement agreement resolving
          adversary proceeding and forward for review
          Bryan A. Stark   .50 hours at  335.00 per hour.          $167.50

07/09/10  Correspond with debtors' professionals and
          counsel to defendant regarding status of
          preference adversary proceeding and issues
          relating to same (.8); finalize draft
          settlement agreement and forward to counsel for
          defendant for review (.5)
          Bryan A. Stark   1.30 hours at  335.00 per hour.         $435.50

Circuit City Stores Inc
File Number: 2055557                                    Page  19
Invoice No. 91280081                                    August 19, 2010

07/13/10  Correspond with debtors' professionals
          regarding responses to demand letters (.4);
          review draft settlement agreement and update
          with comments from defendant's counsel and
          e-mail for review (.8)
          Bryan A. Stark   1.20 hours at  335.00 per hour.              $402.00

07/14/10  Telephone call with counsel to defendant and
          discuss edits and issues with draft settlement
          agreement (.4); review and analyze comments and
          review and research issues regarding same
          (1.1); telephone calls with recipients of
          demand letters and correspond with debtor
          regarding same (.7)
          Bryan A. Stark   2.20 hours at  335.00 per hour.              $737.00

07/16/10  Review and analyze defendants' response and
          documentation regarding preference analysis and
          research specific issues regarding same (1.6);
          follow-up correspondence with defendants'
          counsel regarding same (.3); correspond with
          debtors' professionals regarding same (.3)
          Bryan A. Stark   2.20 hours at  335.00 per hour.              $737.00

07/19/10  Review and analyze preference data, background
          data, legal research, and other information
          regarding preference complaint (.8); correspond
          with counsel to defendant regarding same (.4)
          Bryan A. Stark   1.20 hours at  335.00 per hour.              $402.00

07/20/10  Review Signature preference analysis and
          correspond with defendant's counsel regarding
          same
          Bryan A. Stark    .60 hours at  335.00 per hour.              $201.00

07/21/10  Correspond with debtors' professionals and
          creditor's counsel regarding settlement,
          execution and other issues (.4); draft,
          finalize and file notice of settlement
          regarding Creative Labs adversary proceeding
          (1.2); review and analyze various issues
          related to Signature preference complaint (.6)
          Bryan A. Stark   2.20 hours at  335.00 per hour.              $737.00

07/22/10  Correspond with debtors' professionals
          regarding further preference information (.4);
          review and analyze same (.4); forward same to
          and correspond with defendant's counsel (.4)
          Bryan A. Stark   1.20 hours at  335.00 per hour.              $402.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91280081

Page  20
August 19, 2010

07/23/10  Review updated preference analysis, summarize
          issues and e-mail to defendant's counsel
          Bryan A. Stark   1.00 hours at  335.00 per hour.          $335.00

07/28/10  E-mail update regarding preference lawsuits
          (.2); correspond with debtors and debtors'
          professionals regarding status of demand
          letters (.3); correspond with counsel to
          Signature regarding settlement offers and
          discussion of same (.4); review Signature
          preference analysis and correspond with
          debtors' professionals regarding same (.5)
          Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

07/29/10  Telephone call regarding Signature preference
          action
          Bryan A. Stark    .40 hours at  335.00 per hour.          $134.00

07/30/10  Correspond with counsel to Signature regarding
          offers to settle and other issues (.6); review
          offer for settlement and preference analysis
          and advise debtors accordingly (.7)
          Bryan A. Stark   1.30 hours at  335.00 per hour.          $435.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Bryan A. Stark | $335.00 | 18.9 | $6,331.50 |
| TOTAL FEES | | 18.9 | $6,331.50 |

Re: Real Estate
    Our File No.            2055557-0180
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

07/01/10  Sarasota, FL - E-mail correspondence with
          client regarding signature pages and final
          purchase agreement (.2); e-mail correspondence
          with bankruptcy counsel (.2); revise purchase
          agreement (.9)
          Matthew T. Gunlock   1.30 hours at  320.00 per hour.      $416.00

07/06/10  Florence, SC - E-mail correspondence with
          purchaser's counsel and title company in
          connection with closing matters (.3);
          coordinate closing matters/deliverables (1.9)
          Matthew T. Gunlock   2.20 hours at  320.00 per hour.      $704.00

Circuit City Stores Inc
File Number: 2055557                                    Page   21
Invoice No. 91280081                                   August 19, 2010

07/07/10  Draft memorandum regarding sale of property in
          Raleigh and e-mails with debtors' professionals
          regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

07/07/10  DR1 - Prepare letter to purchaser (.2); e-mail
          correspondence with purchaser's counsel (.1)
          Matthew T. Gunlock    .30 hours at  320.00 per hour.       $96.00

07/07/10  Florence, SC:  coordinate execution and
          delivery of closing documents (1.8); e-mail
          correspondence with bankruptcy counsel (.7);
          analyze real estate tax matters (.8); e-mail
          correspondence with title company (.4);
          telephone call and e-mail correspondence with
          escrow agent (.2); review and revise seller's
          affidavit (.8); review deed stamp affidavit
          (.6); prepare amendment to purchase agreement
          (1.0)
          Matthew T. Gunlock   6.90 hours at  320.00 per hour.    $2,208.00

07/07/10  Florence, SC - Multiple telephone calls and
          e-mails with title agent regarding closing
          issues (.7); markup seller's affidavit (1.2);
          e-mail to K. Bradshaw forwarding closing
          documents for execution (.2)
          Martha Lynn Wigton   2.10 hours at  240.00 per hour.      $504.00

07/08/10  Florence, SC - Prepare execution versions of
          closing documents (.5); e-mail to title company
          regarding real estate tax matters (.7);
          conference with K. Bradshaw for execution of
          closing documents (.8); e-mail correspondence
          with escrow agent (.2); review executed
          amendment to purchase agreement (.1); e-mail
          correspondence with purchaser's counsel (.3);
          e-mail correspondence with bankruptcy counsel
          (.5); analyze real estate tax issues (.8)
          Matthew T. Gunlock   3.90 hours at  320.00 per hour.    $1,248.00

07/08/10  DR1 - E-mail correspondence with bankruptcy
          counsel
          Matthew T. Gunlock    .20 hours at  320.00 per hour.       $64.00

07/08/10  Florence, SC - Notarize documents for closing
          Lois E. Sisk    .30 hours at  340.00 per hour.            $102.00

07/08/10  Florence, SC - Telephone call with local title
          agent regarding confirmation of delinquent tax
          totals
          Martha Lynn Wigton    .10 hours at  240.00 per hour.       $24.00

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91280081                                    August 19, 2010

07/09/10 Florence, SC - E-mail correspondence with
         purchaser's counsel (.3); review closing costs
         and prepare summary of same in connection with
         preparation of settlement statement (1.2);
         e-mail correspondence with bankruptcy counsel
         (.2); revise closing documents in connection
         with real estate tax matters (.9); prepare
         escrow instruction letter (.5)
         Matthew T. Gunlock   3.10 hours at  320.00 per hour.       $992.00

07/12/10 Florence, SC - Transmit closing documents to
         title company (.6); prepare cover letter to
         title company (.3); e-mail correspondence with
         title company (.2); prepare escrow letter (.2)
         Matthew T. Gunlock   1.30 hours at  320.00 per hour.       $416.00

07/13/10 DR1 - Review pleadings relating to sale process
         of DR1 and e-mails with debtors' professionals
         regarding same
         Douglas M. Foley    .40 hours at  600.00 per hour.         $240.00

07/13/10 Florence, SC - E-mail correspondence with title
         company regarding closing documents and closing
         process (.8); revise closing documents (.7);
         revise amendment to purchase agreement (.4);
         transmit final escrow letter (.2); e-mail
         correspondence with purchaser's counsel (.3)
         Matthew T. Gunlock   2.40 hours at  320.00 per hour.       $768.00

07/13/10 Draft notice of motion and notice of hearing
         regarding sale motion (.3); review, finalize
         and file motion to sell real estate and notice
         of same (.9)
         Bryan A. Stark   1.20 hours at  335.00 per hour.           $402.00

07/13/10 Florence, SC - Telephone call with title agent
         regarding owner's affidavit; finalize closing
         documents to be forwarded to title agent
         Martha Lynn Wigton    .30 hours at  240.00 per hour.        $72.00

07/14/10 Florence, SC - E-mail correspondence with title
         company and purchaser's counsel (1.3); review
         draft settlement statement and provide comments
         thereto (.4); review license agreement in
         connection with preparation of settlement
         statement (.3); review revised settlement
         statement (.3); coordinate closing matters (.8)
         Matthew T. Gunlock   3.10 hours at  320.00 per hour.       $992.00

Circuit City Stores Inc
File Number: 2055557                                    Page  23
Invoice No. 91280081                                   August 19, 2010
_____

07/14/10  Florence, SC: Receive and examine settlement
          statement
          Martha Lynn Wigton    .30 hours at  240.00 per hour.      $72.00

07/15/10  Florence, SC - E-mail correspondence with title
          company regarding closing (.4); e-mail
          correspondence with purchaser's counsel
          regarding revised settlement statement (.5);
          review revised settlement statement (.3);
          coordinate execution of settlement statement
          and closing matters (1.8); telephone call and
          e-mail correspondence with K. Bradshaw (.4);
          e-mail correspondence with J. Avallone (.1);
          review further revised settlement statement
          (.2)
          Matthew T. Gunlock   3.70 hours at  320.00 per hour.   $1,184.00

07/15/10  Sarasota, FL - E-mail correspondence with J.
          Avallone
          Matthew T. Gunlock    .20 hours at  320.00 per hour.      $64.00

07/15/10  Florence, SC:  Receive, review and comment on
          draft settlement statement
          Martha Lynn Wigton    .40 hours at  240.00 per hour.      $96.00

07/16/10  Florence, SC - Telephone call and e-mail
          correspondence with purchaser's counsel (1.0);
          telephone call and e-mail correspondence with
          title company (.8); telephone call with K.
          Bradshaw (.2); telephone call and e-mail
          correspondence with J. Avallone (.3); review
          revised invoice (.1); coordinate closing (1.3);
          e-mail correspondence with K. Bradshaw (.1)
          Matthew T. Gunlock   3.80 hours at  320.00 per hour.   $1,216.00

07/19/10  DR1 - Review and revise closing documents
          (1.6); review purchase agreement regarding
          auction process (.6)
          Matthew T. Gunlock   2.20 hours at  320.00 per hour.     $704.00

07/20/10  DR1- E-mails with R. Westermann regarding
          inquiries as to DR1 real estate and protocol
          relating to same
          Douglas M. Foley     .40 hours at  600.00 per hour.      $240.00

07/20/10  DR1 - E-mail correspondence with bankruptcy
          counsel regarding auction matters (.3); review
          sale motion and notice in connection with
          auction matters (1.1); review and revise
          closing documents (1.8)
          Matthew T. Gunlock   3.20 hours at  320.00 per hour.   $1,024.00

Circuit City Stores Inc
File Number: 2055557                          Page  24
Invoice No. 91280081                         August 19, 2010

07/22/10 DR1 - Review sale motion in connection with
         auction process (.8); review purchase agreement
         regarding closing timeline and deliverables
         (.6)
         Matthew T. Gunlock   1.40 hours at  320.00 per hour.        $448.00

07/23/10 DR1 - Multiple calls and e-mails regarding sale
         of DR1
         Sarah B. Boehm    .40 hours at  495.00 per hour.           $198.00

07/23/10 DR1 - E-mail correspondence and telephone call
         with bankruptcy counsel regarding auction
         Matthew T. Gunlock   .30 hours at  320.00 per hour.         $96.00

07/23/10 Sarasota, FL - E-mail correspondence with
         bankruptcy counsel (.2); review purchase
         agreement and sign license agreement in
         connection with sale motion (.5)
         Matthew T. Gunlock   .70 hours at  320.00 per hour.        $224.00

07/26/10 DR1 - Telephone call with K. Bradshaw (.3);
         e-mail correspondence with bankruptcy counsel
         (.2); e-mail correspondence regarding
         assignment of leases (.5); review and mark up
         assignment of leases (.8)
         Matthew T. Gunlock   1.80 hours at  320.00 per hour.       $576.00

07/26/10 Florence, SC - Telephone call with K. Bradshaw
         (.2); e-mail correspondence with J. Avallone
         (.1); e-mail correspondence with bankruptcy
         counsel (.1)
         Matthew T. Gunlock   .40 hours at  320.00 per hour.        $128.00

07/26/10 Sarasota, FL - Telephone call with K. Bradshaw
         (.1); review purchase agreement (.6)
         Matthew T. Gunlock   .70 hours at  320.00 per hour.        $224.00

07/26/10 DRI - Draft assignment of leases
         Martha Lynn Wigton   .50 hours at  240.00 per hour.        $120.00

07/27/10 DR1 - Review form of assignment of leases
         Matthew T. Gunlock   .30 hours at  320.00 per hour.         $96.00

07/27/10 Florence, SC - E-mail correspondence with K.
         Bradshaw (.1); e-mail correspondence with
         bankruptcy counsel (.1)
         Matthew T. Gunlock   .20 hours at  320.00 per hour.         $64.00

07/28/10 DR1 - E-mail correspondence with bankruptcy
         counsel (.1); review closing checklist (.2)
         Matthew T. Gunlock   .30 hours at  320.00 per hour.         $96.00

Circuit City Stores Inc
File Number: 2055557                                    Page   25
Invoice No. 91280081                                   August 19, 2010

07/29/10 DR1 - Review revised closing documents and
         prepare markup of same (.6); review sale motion
         in connection with preparation of markups (.3)
         Matthew T. Gunlock   .90 hours at  320.00 per hour.        $288.00

07/30/10 E-mails with parties regarding sale/transfer of
         lot of property in Raleigh
         Daniel F. Blanks    .70 hours at  415.00 per hour.         $290.50

07/30/10 Sarasota, FL - E-mail correspondence with
         purchaser's counsel (.4); telephone call and
         e-mail correspondence with K. Bradshaw (.2);
         e-mail correspondence with bankruptcy counsel
         (.1); review purchase agreement regarding
         feasibility period (.3); prepare amendment to
         purchase agreement (1.6)
         Matthew T. Gunlock   2.60 hours at  320.00 per hour.       $832.00

07/30/10 Analyze sale motion (.2); revise closing
         documents (.3)
         Martha Lynn Wigton    .50 hours at  240.00 per hour.       $120.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 0.8 | $480.00 |
| Sarah B. Boehm | $495.00 | 0.4 | $198.00 |
| Daniel F. Blanks | $415.00 | 1.2 | $498.00 |
| Lois E. Sisk | $340.00 | 0.3 | $102.00 |
| Bryan A. Stark | $335.00 | 1.2 | $402.00 |
| Matthew T. Gunlock | $320.00 | 47.4 | $15,168.00 |
| Martha Lynn Wigton | $240.00 | 4.2 | $1,008.00 |
| TOTAL FEES | | 55.5 | $17,856.00 |

Re: Tax Matters
     Our File No.              2055557-0240
     Circuit City Contact      Katie Bradshaw
     McGuireWoods Contact      Douglas M. Foley

07/01/10 Resolve tax claims and draft stipulations
         regarding same and analyze issues regarding
         same
         Daniel F. Blanks    .90 hours at  415.00 per hour.         $373.50

07/02/10 Attention to SLB tax refund matter
         Craig D. Bell   1.80 hours at  570.00 per hour.          $1,026.00

07/06/10 Analysis and research on IRS TAM advice
         pertaining to SLB transactions
         Craig D. Bell   2.80 hours at  570.00 per hour.          $1,596.00

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91280081                                   August 19, 2010

07/07/10  Review client SLB transaction binders
          Craig D. Bell   3.30 hours at  570.00 per hour.        $1,881.00

07/07/10  Continue resolution of tax claims and review,
          analyze and revise stipulations regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.      $373.50

07/08/10  Continue evaluation of audit and transaction
          files on SLB tax refund issue
          Craig D. Bell   3.80 hours at  570.00 per hour.        $2,166.00

07/08/10  Continue draft stipulations and resolve tax
          claims and telephone conferences with parties
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.      $373.50

07/09/10  Review and analysis IRS legal positions and
          theories supporting denial of SLB transactions
          as sales for tax purposes
          Craig D. Bell   3.70 hours at  570.00 per hour.        $2,109.00

07/12/10  Research on tax treatment on tenant improvement
          allowances for impact on IRS SLB tax position
          Craig D. Bell   2.70 hours at  570.00 per hour.        $1,539.00

07/13/10  Continue analysis on IRS position on TIA in SLB
          transactions
          Craig D. Bell   2.20 hours at  570.00 per hour.        $1,254.00

07/14/10  Continue resolution of tax claims and review
          items and stipulations regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.      $747.00

07/16/10  Review tax claims and draft stipulations for
          taxing authorities regarding same and research
          issues regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.      $747.00

07/19/10  Review items for tax appeal issues and e-mails
          with debtors' professionals regarding same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.      $456.50

07/20/10  Telephone conference with client regarding tax
          issues and possible appeals and related issues
          and analyze issues regarding same (.7);
          continue revise and file stipulations and
          analyze issues regarding same regarding tax
          claims (1.2)
          Daniel F. Blanks   1.90 hours at  415.00 per hour.      $788.50

Circuit City Stores Inc
File Number: 2055557                                    Page   27
Invoice No. 91280081                                    August 19, 2010

07/21/10 Continue resolution of tax claims and
         resolution of tax issues regarding same and
         analyze strategies regarding same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

07/22/10 Analyze tax strategies and e-mails and
         telephone conferences with taxing authorities
         and client regarding same and draft and revise
         stipulations regarding settlements and
         telephone conferences with committee regarding
         tax settlements
         Daniel F. Blanks    2.20 hours at  415.00 per hour.       $913.00

07/23/10 Continue resolution of tax claims and draft
         stipulations and other items regarding same and
         analyze strategies regarding same and e-mails
         and telephone conferences with committee
         regarding same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

07/26/10 Review new IRS CCA on interest netting rules
         for impact on clients overpayment and under
         payment tax years
         Craig D. Bell   .50 hours at  570.00 per hour.            $285.00

07/26/10 Continue to address tax issues and multiple
         e-mails and telephone conferences and e-mails
         with parties regarding same and draft
         stipulations and research issues regarding same
         Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

07/27/10 E-mails regarding status of Hawaii taxed refund
         claim and resolution of various tax claims
         Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

07/27/10 Review client e-mails and documents pertaining
         to tax interest rate netting issue
         Craig D. Bell   2.20 hours at  570.00 per hour.         $1,254.00

07/27/10 E-mails and telephone conferences with parties
         regarding tax stipulations and resolution of
         tax issues and related issues and draft and
         revise and review and analyze stipulations,
         claims proposals and other items regarding same
         Daniel F. Blanks   1.80 hours at  415.00 per hour.        $747.00

07/28/10 E-mails with committee regarding payment of
         certain 2008 taxes, draft and revise
         stipulations regarding same and file same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91280081

Page   28
August 19, 2010

07/29/10 Continue resolution of tax claims and review
and analyze documents and charts regarding same
Daniel F. Blanks    .00 hours at  .00 per hour.          $.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 0.4 | $240.00 |
| Craig D. Bell | $570.00 | 23.0 | $13,110.00 |
| Daniel F. Blanks | $415.00 | 18.1 | $7,511.50 |
| TOTAL FEES | | 41.5 | $20,861.50 |

**Re: Claims Administration**
     Our File No.            2055557-0250
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

07/01/10 Continue claim objection resolutions, analyze
claims and pleadings, multiple calls and
e-mails with claimants' counsel regarding
settlement offers, update adjourned claims
chart and draft and revise supplemental brief
regarding excusable neglect for hearing on
merits of late claims
Sarah B. Boehm   6.20 hours at  495.00 per hour.     $3,069.00

07/01/10 Continue resolution of claims and multiple
telephone conferences and e-mails with parties
regarding same and review and analyze claims,
pleadings, charts, and other materials
regarding same and research issues regarding
same
Daniel F. Blanks   2.30 hours at  415.00 per hour.    $954.50

07/01/10 Correspond with debtors' professionals
regarding certificates of no objection (.2);
review and analyze the same (.3); review docket
for objections to stipulations (.2); analyze
e-mails and previous omnibus objections and
correspond with debtors' professionals
regarding future omnibus objections (1.2);
finalize and file notice of hearing on the
merits (.4)
Bryan A. Stark   2.30 hours at  335.00 per hour.     $770.50

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91280081                                   August 19, 2010

07/01/10  Draft and revise stipulations for settled tax
          claims (.8); e-mail with Kitsap City treasurer
          regarding stipulation and settlement (.3);
          telephone conference with taxing authorities
          regarding settlement (1.0); meeting with with
          debtors professionals regarding tax claims
          settlement (.4)
          Erin Q. Ashcroft   2.50 hours at  330.00 per hour.        $825.00

07/01/10  Prepare stipulations for claimants in
          thirty-seventh omnibus objection (3.4); review
          and revise tracking chart for omnibus
          objections (.7)
          Linda J. Neilson   4.10 hours at  200.00 per hour.        $820.00

07/02/10  E-mails regarding finalization of Graphic
          Solutions stipulated facts
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

07/02/10  Draft notice of hearing, revise, finalize and
          file same and stipulated facts, motion to seal
          exhibits and supplemental objection regarding
          Graphic and multiple e-mails regarding same
          (1.8); e-mails regarding status of various
          litigation claims (.3); e-mails regarding tax
          claims (.2)
          Sarah B. Boehm   2.30 hours at  495.00 per hour.        $1,138.50

07/02/10  Review proof of claim and research contact
          information for resolution (.5); correspond
          with the debtors' professionals regarding the
          same (.2)
          Bryan A. Stark    .70 hours at  335.00 per hour.          $234.50

07/02/10  Telephone conference with Sedgwick regarding
          Claim 7105 settlement for workers compensation
          claim (.8); telephone conference with Metro
          regarding settlement (.3); letter to Metro
          regarding release of funds (.6)
          Erin Q. Ashcroft   1.70 hours at  330.00 per hour.        $561.00

07/02/10  Research and prepare stipulations for claimants
          in thirty-seventh omnibus objection (4.7);
          review and revise tracking chart for omnibus
          objections (.3)
          Linda J. Neilson   5.00 hours at  200.00 per hour.      $1,000.00

07/05/10  Analyze issues and e-mails regarding status of
          various claim matters
          Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

Circuit City Stores Inc
File Number: 2055557                                    Page   30
Invoice No. 91280081                                   August 19, 2010

07/06/10  Finalize and file claim stipulations and
          e-mails regarding same (.7); continue claim
          objection resolutions, analyze issues and
          proposed revisions to stipulations, analyze
          issues regarding tax claims and resolutions,
          multiple calls and e-mails with counsel and
          update adjourned chart regarding same (4.0)
          Sarah B. Boehm   4.70 hours at  495.00 per hour.        $2,326.50

07/06/10  Correspond with counsel to creditors and
          transferees of claims regarding status of
          settlement agreement (.5); compile stipulation
          of facts and exhibits filed under seal relating
          to the same, draft cover letters to parties to
          receive under seal exhibits and prepare for
          sending tomorrow (1.5); review and analyze
          spreadsheet of claims to be included in
          potential objection (1.4)
          Bryan A. Stark   3.40 hours at  335.00 per hour.        $1,139.00

07/06/10  Telephone conference with C. Belely regarding
          settlement of personal property tax claims
          Erin Q. Ashcroft    .20 hours at  330.00 per hour.         $66.00

07/06/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    1.50 hours at  200.00 per hour.        $300.00

07/07/10  Continue claim objection resolutions, analyze
          pleadings, draft and revise stipulations,
          finalize and file Lay and Kitsap stipulations
          and notices, update adjourned claims chart and
          multiple calls and e-mails regarding same
          Sarah B. Boehm   6.40 hours at  495.00 per hour.        $3,168.00

07/07/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and draft and revise
          stipulations regarding same and review and
          analyze documents, pleadings and charts
          regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.        $747.00

07/07/10  Review and analyze draft settlement agreements
          and provide comments on the same (.5);
          summarize claims issues and correspond with
          counsel to creditor regarding the same (.7)
          Bryan A. Stark   1.20 hours at  335.00 per hour.         $402.00

Circuit City Stores Inc
File Number: 2055557                                    Page  31
Invoice No. 91280081                                   August 19, 2010

07/07/10  Draft notice of Kitsap stipulation and e-mail
          with debtors professionals regarding filing
          stipulation (.5); e-mail with taxing
          authorities regarding settlement of omnibus
          thirty-seven (.5)
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.          $330.00

07/07/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.10 hours at  200.00 per hour.          $220.00

07/08/10  Continue claim objection resolutions, analyze
          pleadings and stipulations and multiple calls
          and e-mails regarding same
          Sarah B. Boehm   2.30 hours at   495.00 per hour.         $1,138.50

07/08/10  Resolution of claims and telephone conferences
          and e-mails with parties regarding same and
          draft and revise stipulations regarding same
          and review and analyze documents, pleadings and
          charts regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.          $332.00

07/08/10  Correspond with the debtors' professionals
          regarding various issues on filed and
          to-be-filed omnibus objections (.8); review
          docket for objections to stipulations (.2)
          Bryan A. Stark   1.00 hours at  335.00 per hour.           $335.00

07/08/10  Research and draft stipulations for claimants
          in thirty-seventh omnibus objection and prepare
          tracking chart regarding same
          Linda J. Neilson   1.20 hours at  200.00 per hour.         $240.00

07/09/10  Continue claim objection resolutions, analyze
          and revise claim stipulation, analyze and
          revise adjourned claims chart, review pleadings
          for filing and multiple e-mails regarding same
          Sarah B. Boehm   2.30 hours at  495.00 per hour.         $1,138.50

07/09/10  Finalize and file notices of settlement and
          arrange for service of the same (.8);
          correspond with the debtors' professionals
          regarding form of upcoming omnibus objections
          (.3); review and provide copies of the same
          (.4); review filed settlement agreements and
          answer questions regarding the same (.4)
          Bryan A. Stark   1.90 hours at  335.00 per hour.           $636.50

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91280081                                   August 19, 2010

07/09/10  E-mail with taxing authorities regarding
          settlement agreements (.3); draft and revise
          stipulation for Chesapeake City (.7)
          Erin Q. Ashcroft    1.00 hours at  330.00 per hour.          $330.00

07/09/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.           $180.00

07/12/10  E-mails regarding resolution of various claims
          and status of various stipulations and upcoming
          hearings on omnibus claim objections
          Douglas M. Foley    1.50 hours at  600.00 per hour.          $900.00

07/12/10  Continue claim objection resolutions, analyze
          and revise stipulations and review pleadings
          and multiple calls and e-mails regarding same
          Sarah B. Boehm    1.40 hours at  495.00 per hour.            $693.00

07/12/10  Telephone conferences with parties regarding
          claims and related issues
          Daniel F. Blanks    .80 hours at  415.00 per hour.           $332.00

07/12/10  Conference calls with SouthPeak and counsel to
          SouthPeak regarding accounts receivable and
          preferential transfer setoff (1.1); review and
          analyze documentation and preference charts
          regarding omnibus objections and setoff of
          preferential transfers (.4)
          Bryan A. Stark    1.50 hours at  335.00 per hour.            $502.50

07/12/10  E-mail with debtors professionals regarding
          omnibus thirty-seven claims remaining (.2);
          e-mail with taxing authorities regarding
          settlements (.4); revise omnibus thirty-seven
          notice (.2)
          Erin Q. Ashcroft    .80 hours at  330.00 per hour.           $264.00

07/12/10  Review and calculate remaining amount of claims
          for thirty-seventh omnibus objection (1.0);
          review and revise tracking charts for omnibus
          objections (1.3); review, research and draft
          stipulations for thirty-seventh omnibus
          objection claimants (2.1)
          Linda J. Neilson    4.40 hours at  200.00 per hour.          $880.00

Circuit City Stores Inc
File Number: 2055557                                    Page  33
Invoice No. 91280081                                    August 19, 2010

07/13/10  Review pleadings relating to late claims and
          responses to seventy-ninth omnibus objection
          and analyze issues regarding same (1.4); review
          settlements with Motorola and General
          Instrument relating to 503(b)(9) claims (.4)
          Douglas M. Foley   1.80 hours at  600.00 per hour.      $1,080.00

07/13/10  Continue claim objection resolutions, draft
          stipulations and analyze pleadings and claims,
          review claim pleadings for filing, update
          adjourned claims chart and review status of
          multiple claim matters, research, draft and
          revise brief regarding late claims and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   7.10 hours at  495.00 per hour.        $3,514.50

07/13/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same
          Daniel F. Blanks   3.70 hours at  415.00 per hour.      $1,535.50

07/13/10  Review docket for objections to notices of
          settlement (.2); review accounts receivable
          information and correspond with the debtors
          regarding the same and resolution of omnibus
          objection (.5); review, finalize and file
          notice of settlement agreement and arrange for
          service of the same (.5); review draft omnibus
          objections and provide comments on the same
          (.8)
          Bryan A. Stark   2.00 hours at  335.00 per hour.          $670.00

07/13/10  Review Eisner response to objections and
          meeting with debtors professionals regarding
          same (.3); e-mail with taxing authorities
          regarding settlement (.2)
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.        $165.00

07/13/10  Review, retrieve and organize responses to
          seventy-ninth omnibus objection (1.8); review
          and revise tracking charts for omnibus
          objections (1.3)
          Linda J. Neilson   3.10 hours at  200.00 per hour.        $620.00

Circuit City Stores Inc
File Number: 2055557                                    Page  34
Invoice No. 91280081                                   August 19, 2010

07/14/10   Continue claim objection resolutions, draft and
           revise claim stipulations, research, draft and
           revise late claim brief and multiple calls and
           e-mails regarding same and status of various
           claim matters
           Sarah B. Boehm   1.30 hours at  495.00 per hour.          $643.50

07/14/10   Continue resolution of claims and multiple
           telephone conferences and e-mails with parties
           regarding same and review and analyze claims,
           pleadings, stipulations and other items
           regarding same
           Daniel F. Blanks   2.40 hours at  415.00 per hour.        $996.00

07/14/10   Review and analyze draft settlement agreement
           and provide comments on the same
           Bryan A. Stark   .30 hours at  335.00 per hour.           $100.50

07/14/10   E-mail with taxing authorities regarding
           settlement of omnibus thirty-seven claims
           (1.5); meeting with debtors professionals
           regarding Chase objection to claim (.2)
           Erin Q. Ashcroft   1.70 hours at  330.00 per hour.        $561.00

07/14/10   Review and revise tracking chart for omnibus
           objection seventy-nine ( 1.0); review, research
           and prepare stipulations for remaining
           claimants in thirty-seventh omnibus objections
           (1.1)
           Linda J. Neilson   2.10 hours at  200.00 per hour.        $420.00

07/15/10   Continue claim objection resolutions, analyze
           issues and claim stipulations and multiple
           e-mails regarding same (.9); analyze agenda
           regarding claim status and e-mails regarding
           same (.4)
           Sarah B. Boehm   1.30 hours at  495.00 per hour.          $643.50

07/15/10   Continue resolution of claims and multiple
           telephone conferences and e-mails with parties
           regarding same and review and analyze claims,
           pleadings, charts, and other materials
           regarding same (4.1); e-mails and telephone
           conferences with parties regarding late claim
           motions and analyze issues regarding same (.8)
           Daniel F. Blanks   4.90 hours at  415.00 per hour.      $2,033.50

Circuit City Stores Inc
File Number: 2055557                                         Page  35
Invoice No. 91280081                                        August 19, 2010

07/15/10  Review charts and analysis relating to claims
          to be included in omnibus objections (1.7);
          review and analyze draft omnibus objections
          (.6); prepare for and participate in conference
          call regarding omnibus objection issues and
          claims to be included therein (1.5); correspond
          with the debtor regarding omnibus objections to
          be filed (.3)
          Bryan A. Stark   4.10 hours at  335.00 per hour.          $1,373.50

07/15/10  E-mail and telephone conferences with taxing
          authorities regarding resolution of tax claims
          (2.5); draft Gaston County and Ada County
          stipulations
          Erin Q. Ashcroft   3.80 hours at  330.00 per hour.        $1,254.00

07/15/10  Review, research and prepare stipulations for
          remaining claimants for thirty-seventh omnibus
          objection (1.6); revise tracking chart
          regarding same (.6); review and revise tracking
          charts for omnibus objections (1.1)
          Linda J. Neilson   3.30 hours at  200.00 per hour.          $660.00

07/16/10  Several e-mails with debtors' professionals and
          client and opposing client regarding status of
          various claim settlements and filing
          stipulations
          Douglas M. Foley   .80 hours at  600.00 per hour.           $480.00

07/16/10  Continue claim objection resolutions, analyze
          claims and pleadings, review and revise
          adjourned claims chart, draft, revise, finalize
          and file notice and stipulation, and multiple
          calls and e-mails regarding same (4.1); analyze
          and revise agenda and exhibit regarding claims
          status and multiple e-mails regarding same
          (1.2)
          Sarah B. Boehm   5.30 hours at  495.00 per hour.          $2,623.50

07/16/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and and analyze
          claims, pleadings, charts, and other items
          regarding same and research issues regarding
          same
          Daniel F. Blanks   5.30 hours at  415.00 per hour.        $2,199.50

Circuit City Stores Inc
File Number: 2055557                          Page  36
Invoice No. 91280081                         August 19, 2010

07/16/10  Review, analyze, and provide comments on
          supplemental brief in support of late claims
          objection (.5); review settlement agreements
          and draft notices of stipulation and assist in
          filing with the court (.6)
          Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

07/16/10  Meeting with debtors professionals regarding
          omnibus seventy-nine responses and
          consequential damages research (.9); telephone
          conferences and e-mail with taxing authorities
          regarding settlement agreements (1.1); draft
          stipulations and notices for settlement with
          taxing authorities and file same (1.3); review
          omnibus seventy-nine responses (2.3)
          Erin Q. Ashcroft   5.60 hours at  330.00 per hour.    $1,848.00

07/16/10  Review and revise tracking chart for omnibus
          objections (.4); retrieve and organize
          responses to seventy-ninth omnibus objection
          (2.1); review and revise Exhibit A to 7/22
          hearing agenda (1.0)
          Linda J. Neilson   3.50 hours at  200.00 per hour.      $700.00

07/18/10  Revise responses to latest omnibus objection
          and prepare for meetings regarding claims and
          review agenda for July 22nd hearings
          Douglas M. Foley   1.70 hours at  600.00 per hour.    $1,020.00

07/18/10  Continue resolution of claims and e-mails with
          parties regarding same and review stipulations
          and proposals regarding same
          Daniel F. Blanks    .80 hours at  415.00 per hour.      $332.00

07/18/10  Review omnibus objections seventy-nine
          responses
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.      $330.00

07/19/10  Review status chart regarding claim objections
          and numerous stipulations regarding claim
          resolutions and meeting with debtors'
          professionals and telephone conferences with
          client regarding same (3.9); review responses
          to omnibus seventy-nine relating to personal
          injury and wrongful death claims (.5)
          Douglas M. Foley   4.40 hours at  600.00 per hour.    $2,640.00

07/19/10  Analyze and revise adjourned claims chart,
          prepare for and participate in claims status
          telephone conference and e-mails regarding same
          (1.5); analyze and revise agenda and exhibit
          regarding claims status and claim objections

Circuit City Stores Inc
File Number: 2055557                                        Page  37
Invoice No. 91280081                                       August 19, 2010

       going forward on merits and multiple calls and
       e-mails regarding same (1.9); draft, revise,
       finalize and file supplemental brief regarding
       late claims going forward and excusable neglect
       (1.7); continue claim objection resolutions,
       review settlements, and multiple calls and
       e-mails regarding same and upcoming status
       hearing (1.9)
       Sarah B. Boehm   7.00 hours at  495.00 per hour.        $3,465.00

07/19/10  Continue resolution of claims and multiple
       telephone conferences and e-mails with parties
       regarding same and review and analyze claims,
       pleadings, charts, and other materials
       regarding same and draft stipulations regarding
       same and research issues regarding same (4.9);
       update claims chart and prepare for and
       participate in claims meeting regarding same
       (1.2)
       Daniel F. Blanks   6.10 hours at  415.00 per hour.     $2,531.50

07/19/10  Review draft omnibus objections to claims and
       forward to the debtors' professionals for
       comments (.5); prepare for and participate in
       claims telephone conference (1.0)
       Bryan A. Stark   1.50 hours at  335.00 per hour.         $502.50

07/19/10  Meeting with debtors professionals to review
       status of claims (1.0); telephone conferences
       with taxing authorities regarding resolution of
       omnibus thirty-seven claims (1.5); draft
       stipulations for Allen County and Ada County
       (.7); review omnibus 70 responses (.5)
       Erin Q. Ashcroft   3.70 hours at  330.00 per hour.     $1,221.00

07/19/10  Review and revise tracking charts for omnibus
       objections (1.9; claims meeting (1.0)
       Linda J. Neilson   2.90 hours at  200.00 per hour.       $580.00

07/20/10  Review updated claims projection tracking chart
       and e-mails with clients, debtors'
       professionals and creditors' committee in
       preparation for July 22nd hearing
       Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

Circuit City Stores Inc
File Number: 2055557                                          Page  38
Invoice No. 91280081                                      August 19, 2010

07/20/10  Continue claim objection resolutions, analyze
          documents and claims, draft summary regarding
          tax claim settlements (4.2); analyze claims and
          strategy regarding class claims and litigation
          claims (.9); analyze pleadings and claims and
          prepare for hearing regarding excusable neglect
          and omnibus seventy-nine (1.3)
          Sarah B. Boehm   6.40 hours at  495.00 per hour.        $3,168.00

07/20/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same
          Daniel F. Blanks   3.80 hours at  415.00 per hour.      $1,577.00

07/20/10  Review and analyze draft exhibits to omnibus
          objections (.8); summarize outstanding issues
          in e-mail to the debtors' professionals (.5);
          correspond with the debtors' professionals
          regarding upcoming omnibus objections (.3);
          review and analyze proofs of claims relating to
          claimant and omnibus objections to the same
          (.7); draft letter to claimant (.4)
          Bryan A. Stark   2.70 hours at  335.00 per hour.          $904.50

07/20/10  Research regarding consequential damages and
          intentions of parties (1.3); telephone
          conference and e-mail with taxing authorities
          regarding settlement of omnibus thirty-seven
          claims (.9); revise Alicea discovery (.7)
          Erin Q. Ashcroft   2.90 hours at  330.00 per hour.        $957.00

07/20/10  Prepare stipulation for thirty-seventh omnibus
          objection claimant Loudoun County (.5); review
          and revise tracking charts for omnibus
          objections (.6)
          Linda J. Neilson   1.10 hours at  200.00 per hour.        $220.00

07/21/10  Prepare for hearings on July 22nd and review
          pleadings regarding same (2.6); review reply
          brief relating to Graphic Communications claim
          objection and e-mails with debtors'
          professionals regarding same and potential
          issues (.9); numerous e-mails with client,
          creditors counsel and debtors' professionals
          relating to resolution and status of various
          claim objections (1.8); review updated claims
          tracking chart for omnibus claims objections
          with unresolved claims (.4)
          Douglas M. Foley   5.70 hours at  600.00 per hour.      $3,420.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91280081                                   August 19, 2010

07/21/10 Analyze issues regarding tax claims, summarize
         settlements and multiple calls and e-mails with
         committee counsel regarding same (1.2);
         continue claim objection resolutions, analyze
         documents and claims, update adjourned claims
         chart, review stipulations, finalize and file
         Graphic reply and multiple calls and e-mails
         regarding same (4.3); prepare for omnibus
         hearing regarding claim matters and review
         responses to omnibus seventy-nine (1.4)
         Sarah B. Boehm   6.90 hours at  495.00 per hour.        $3,415.50

07/21/10 Continue resolution of claims and multiple
         telephone conferences and e-mails with parties
         regarding same and review and analyze claims,
         pleadings, charts, and other materials
         regarding same
         Daniel F. Blanks   3.50 hours at  415.00 per hour.     $1,452.50

07/21/10 Correspond with the debtors' professionals
         regarding issues with certain claim (.2);
         review docket for responses to notices of
         settlement (.1); review and analyze updated
         exhibits to future omnibus objections (.6)
         Bryan A. Stark    .90 hours at  335.00 per hour.        $301.50

07/21/10 Telephone conferences with creditors for
         personal injury claims (.7); revise discovery
         requests for personal injury claims (1.3);
         telephone conference and e-mail with taxing
         authorities (.6)
         Erin Q. Ashcroft   2.60 hours at  330.00 per hour.      $858.00

07/21/10 Review and revise tracking charts for omnibus
         objections
         Linda J. Neilson   1.30 hours at  200.00 per hour.      $260.00

07/22/10 Prepare for and participate in omnibus hearing
         regarding claims status omnibus seventy-nine
         and excusable neglect hearing on merits
         regarding Bazdar and Epps, draft and revise
         orders and multiple calls and e-mails regarding
         same (4.8); analyze issues and multiple
         telephone conferences regarding tax claim
         settlements and related issues regarding
         committee approval and requests for information
         (.8); continue claim objection resolutions,
         draft, revise, finalize and file stipulation
         and notice and multiple calls and e-mails
         regarding same (1.9)
         Sarah B. Boehm   7.50 hours at  495.00 per hour.        $3,712.50

Circuit City Stores Inc
File Number: 2055557                                   Page   40
Invoice No. 91280081                                  August 19, 2010

07/22/10  Continue resolution of claims and multiple
          telephone conferences with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same and
          research and draft discovery regarding same
          Daniel F. Blanks   2.40 hours at  415.00 per hour.      $996.00

07/22/10  Correspond with creditor's counsel regarding
          outstanding omnibus objection (.3); correspond
          with various creditors' counsel regarding
          status of settlement relating to omnibus
          objection (.4); research issues related to the
          same (.6)
          Bryan A. Stark   1.30 hours at  335.00 per hour.        $435.50

07/22/10  Analyze Alicea class action case and prepare
          discovery request (2.5); draft Alicea
          objections and research regarding consequential
          damages and interaction of parties (2.5);
          e-mail with taxing authorities (.5)
          Erin Q. Ashcroft   5.50 hours at  330.00 per hour.    $1,815.00

07/22/10  Review and revise tracking charts for omnibus
          objections and create chart for just
          seventy-ninth omnibus objection
          Linda J. Neilson   1.40 hours at  200.00 per hour.      $280.00

07/23/10  E-mails regarding status of unresolved claim
          objection chart and updating same and protocol
          for resolving claims prior to August 4 omnibus
          hearing date
          Douglas M. Foley   2.50 hours at  600.00 per hour.    $1,500.00

07/23/10  Draft, revise, finalize and submit multiple
          claim orders and e-mails regarding same (.9);
          continue claim objection resolutions, including
          late claims and tax claims, analyze
          stipulations, and multiple calls and e-mails
          regarding same (2.6)
          Sarah B. Boehm   3.50 hours at  495.00 per hour.      $1,732.50

07/23/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze
          documents, pleadings, charts, and other
          materials regarding same and research issues
          regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.      $581.00

Circuit City Stores Inc
File Number: 2055557                                Page  41
Invoice No. 91280081                                August 19, 2010

07/23/10  Correspond with creditor's counsel regarding
          status of settlement agreement (.4); telephone
          call to counsel for administrative claimant
          (.3); draft letter regarding settlement to send
          to creditor (.8)
          Bryan A. Stark   1.50 hours at  335.00 per hour.        $502.50

07/23/10  Telephone conferences with taxing authorities
          regarding omnibus thirty-seven (.5); research
          regarding consequential damages and revise
          Chase objections (1.0); revise Alicia discovery
          requests (.9); draft letter regarding request
          for admissions in Isaac v. Gully (.2)
          Erin Q. Ashcroft   2.60 hours at  330.00 per hour.      $858.00

07/25/10  Analyze issues and strategy regarding multiple
          claim matters, review adjourned claims chart
          and e-mails regarding same
          Sarah B. Boehm   .90 hours at  495.00 per hour.         $445.50

07/25/10  Continue resolution of claims and revise
          stipulations regarding same and e-mails with
          parties regarding same
          Daniel F. Blanks    .70 hours at  415.00 per hour.      $290.50

07/25/10  Draft Chase objections
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.       $99.00

07/26/10  Review status and updates to unresolved claim
          objection tracking chart and e-mails with
          debtors' professional and client and creditors
          counsel regarding same
          Douglas M. Foley   1.80 hours at  600.00 per hour.    $1,080.00

07/26/10  Analyze adjourned claims chart and e-mails
          regarding status of multiple claim matters,
          analyze late response regarding omnibus
          seventy-nine, continue claim objection
          resolutions, analyze documents and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   3.80 hours at  495.00 per hour.      $1,881.00

07/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.    $1,411.00

Circuit City Stores Inc
File Number: 2055557                                    Page  42
Invoice No. 91280081                                    August 19, 2010

07/26/10  Review chart and update accordingly (1.2);
          review updated materials for future omnibus
          objections to claims (1.1); follow-up with
          creditors regarding offers to settle and draft
          settlements (.4)
          Bryan A. Stark   2.70 hours at  335.00 per hour.          $904.50

07/26/10  Draft Gaston City stipulation (.4); e-mail with
          taxing authorities (.3); revise discovery
          request in Alicia matter (.3); file stipulation
          notice and prepare documents for filing (.5)
          Erin Q. Ashcroft   1.50 hours at  330.00 per hour.        $495.00

07/26/10  Review and revise omnibus objections tracking
          charts and correspondence regarding same (1.6);
          discussions regarding status of each claim
          (1.0)
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

07/27/10  E-mails regarding status of updated claims
          resolution tracking chart and review same
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

07/27/10  Continue claim objection resolutions, analyze
          issues regarding Belkin AR and contracts,
          review tax stipulations and multiple e-mails
          regarding same (2.9); multiple calls and
          e-mails regarding omnibus seventy-nine order
          and exhibits (.4)
          Sarah B. Boehm   3.30 hours at  495.00 per hour.        $1,633.50

07/27/10  Continue resolution of claims and e-mails and
          telephone conferences with parties regarding
          same
          Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

07/27/10  Draft letter to creditor regarding settlement
          agreement (1.4); correspond with counsel to
          related creditor regarding the same (.2)
          Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

07/27/10  Telephone conference and e-mail with taxing
          authorities regarding 2008 and 2009 tax claims
          (.7); revise stipulations (1.7)
          Erin Q. Ashcroft   2.40 hours at  330.00 per hour.        $792.00

07/27/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

Circuit City Stores Inc
File Number: 2055557                          Page  43
Invoice No. 91280081                         August 19, 2010


07/28/10 Analyze issues regarding various tax claim
         settlements, review stipulations and multiple
         calls and e-mails regarding same (.4); continue
         claim objection resolutions, analyze documents
         and adjourned chart, e-mails regarding revised
         exhibits for omnibus seventy-nine and multiple
         calls and e-mails regarding same (1.2)
         Sarah B. Boehm   1.60 hours at  495.00 per hour.          $792.00

07/28/10 Continue resolution of claims and multiple
         telephone conferences and e-mails with parties
         regarding same and review and analyze multiple
         documents, pleadings, charts, and other
         materials regarding same and research issues
         regarding same and draft, revise and file
         stipulations regarding same
         Daniel F. Blanks   2.10 hours at  415.00 per hour.        $871.50

07/28/10 Correspond with the debtor and counsel to
         creditor regarding demand letter and other
         issues (.6); telephone call regarding status of
         objection to claim of Stillwater Designs (.4)
         Bryan A. Stark   1.00 hours at  335.00 per hour.          $335.00

07/28/10 Revise stipulations and telephone conferences
         with taxing authorities regarding settlement of
         claims (.5); meeting with debtors professionals
         regarding Chase objections (.8); draft notice
         of stipulation and file (.9)
         Erin Q. Ashcroft   2.20 hours at  330.00 per hour.        $726.00

07/28/10 Review and revise tracking charts for omnibus
         objections
         Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

07/29/10 Continue claim objection resolutions including
         tax claims, revise and submit claim order,
         review and revise stipulations, analyze
         documents and multiple calls and e-mails
         regarding same
         Sarah B. Boehm   3.20 hours at  495.00 per hour.        $1,584.00

07/29/10 Continue resolution of claims and revise
         stipulations regarding same
         Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

07/29/10 Draft Harris County stipulation, notice and
         file (.7); revise chase complaint (.3); e-mail
         with taxing authorities regarding omnibus
         thirty-seven resolutions (.5)
         Erin Q. Ashcroft   1.50 hours at  330.00 per hour.        $495.00

Circuit City Stores Inc
File Number: 2055557                                      Page  44
Invoice No. 91280081                                     August 19, 2010

07/29/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

07/30/10  Continue claim objection resolutions, draft,
          revise, finalize and file tax stipulations and
          notices and multiple calls and e-mails
          regarding same, analyze and revise adjourned
          claims chart and multiple calls and e-mails
          regarding claim matters
          Sarah B. Boehm   3.40 hours at  495.00 per hour.       $1,683.00

07/30/10  Continue resolution of claims and e-mails and
          telephone conferences with parties regarding
          same and draft and revise stipulations
          regarding same and settlements
          Daniel F. Blanks   1.40 hours at  415.00 per hour.       $581.00

07/30/10  Draft notices of omnibus objections (.4);
          review final exhibits for completion (.5);
          review, finalize, and file 80th and 81st
          omnibus objections to claims (1.3)
          Bryan A. Stark   2.20 hours at  335.00 per hour.         $737.00

07/30/10  Meeting with debtors professionals regarding
          claims (.3); e-mail with taxing authorities
          regarding filing of stipulations and resolution
          of omnibus thirty-seven (.3); review
          supplemental production of documents in Active
          (.3); draft stipulations for Snohomish and Wake
          counties (2.6)
          Erin Q. Ashcroft   3.50 hours at  330.00 per hour.     $1,155.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 22.7 | $13,620.00 |
| Sarah B. Boehm | $495.00 | 88.8 | $43,956.00 |
| Daniel F. Blanks | $415.00 | 49.9 | $20,708.50 |
| Bryan A. Stark | $335.00 | 34.9 | $11,691.50 |
| Erin Q. Ashcroft | $330.00 | 48.5 | $16,005.00 |
| Linda J. Neilson | $200.00 | 42.3 | $8,460.00 |
| TOTAL FEES | | 287.1 | $114,441.00 |

Re: Disclosure Statement and Plan
     Our File No.            2055557-0270
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91280081                                   August 19, 2010

07/01/10  Analyze issues and e-mails regarding mediation
          statement and transcripts
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

07/07/10  Review preliminary draft of mediation statement
          and analyze issues regarding same and telephone
          conference and e-mails with debtors'
          professionals regarding strategy going forward
          Douglas M. Foley  1.90 hours at  600.00 per hour.       $1,140.00

07/11/10  Analyze issues relating to mediation and review
          and revise mediation statement and e-mails with
          client and debtors' professionals regarding
          same
          Douglas M. Foley  3.70 hours at  600.00 per hour.       $2,220.00

07/11/10  Analyze draft of confidential mediation
          statement and multiple e-mails regarding same
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

07/12/10  Review, analyze and finalize mediation
          statement and prepare for and participate in
          board meeting regarding same in preparation for
          mediation and analyze issues with debtors'
          professionals and client regarding same
          Douglas M. Foley  2.90 hours at  600.00 per hour.       $1,740.00

07/12/10  Finalize and submit confidential mediation
          statement and multiple e-mails regarding same
          Sarah B. Boehm    .50 hours at  495.00 per hour.          $247.50

07/13/10  Meetings with debtors' professionals and client
          regarding preparation for mediation session
          relating to plan disputes with creditors
          committee and review materials regarding same
          Douglas M. Foley  7.30 hours at  600.00 per hour.       $4,380.00

07/13/10  Prepare for mediation regarding plan issues and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    .90 hours at  495.00 per hour.          $445.50

07/14/10  Prepare for and participate in meetings
          negotiations and client strategy sessions
          relating to mediation of plan disputes with
          creditors committee
          Douglas M. Foley  9.70 hours at  600.00 per hour.       $5,820.00

07/14/10  Prepare for and participate in mediation
          regarding plan issues and participate in
          post-mediation meetings
          Sarah B. Boehm   13.70 hours at  495.00 per hour.       $6,781.50

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91280081                                    August 19, 2010

07/15/10  Prepare for and participated in meetings and
          mediation sessions and negotiations regarding
          plan disputes with creditors' committee
          Douglas M. Foley  13.80 hours at  600.00 per hour.    $8,280.00

07/15/10  Prepare for and participate in mediation
          regarding plan issues and participate in
          post-mediation meetings
          Sarah B. Boehm  14.40 hours at  495.00 per hour.      $7,128.00

07/16/10  Multiple conferences, telephone calls and
          e-mails regarding mediation, term sheet and
          related plan matters
          Sarah B. Boehm   1.30 hours at  495.00 per hour.       $643.50

07/20/10  E-mails with co-counsel and committee counsel
          regarding InterTAN and Ventoux relating to plan
          issues and confirmation orders
          Douglas M. Foley   .90 hours at  600.00 per hour.      $540.00

07/21/10  Review e-mails regarding updated documents for
          board consideration and strategy going forward
          with respect to confirmation and hearings on
          status of mediation on July 22nd
          Douglas M. Foley   2.30 hours at  600.00 per hour.    $1,380.00

07/21/10  Analyze plan, plan documents and multiple calls
          and e-mails regarding same
          Sarah B. Boehm   .90 hours at  495.00 per hour.        $445.50

07/22/10  E-mails regarding and review documents relating
          to amended plan and disclosure statement and
          related documents
          Douglas M. Foley   1.90 hours at  600.00 per hour.    $1,140.00

07/23/10  Review amendments to plan and disclosure
          statement and related documents, including
          confirmation order and e-mails with debtors'
          professionals and committee professionals
          regarding same
          Douglas M. Foley   3.90 hours at  600.00 per hour.    $2,340.00

07/27/10  Continue review of redlines of plan documents,
          disclosure documents and post confirmation
          corporate governance structure documents and
          analyze issues regarding same
          Douglas M. Foley   1.40 hours at  600.00 per hour.     $840.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91280081

Page  47
August 19, 2010

07/28/10  Begin review of revised plan documents and post
          confirmation governance documents and motions
          to limit notice of further disclosure
          Douglas M. Foley   1.90 hours at  600.00 per hour.        $1,140.00

07/29/10  Review and revise documentation regarding
          supplemental disclosure plan and related post
          confirmation governance documents and e-mails
          regarding same (2.9); review motion to shorten
          and limit notice of supplemental plan
          disclosures (.6)
          Douglas M. Foley   3.50 hours at  600.00 per hour.        $2,100.00

07/29/10  Draft, revise, finalize and file motion for
          expedited, motion to limit notice regarding
          plan documents and notice of hearing and
          multiple calls and e-mails regarding same
          (1.8); analyze e-mails regarding status of
          various plan documents (.3)
          Sarah B. Boehm   2.10 hours at  495.00 per hour.          $1,039.50

07/30/10  Review redline documents from committee
          regarding changes to supplemental disclosures
          and post confirmation governance documentation
          and analyze regarding same and participated in
          telephone conference with committee
          professionals regarding same
          Douglas M. Foley   3.20 hours at  600.00 per hour.        $1,920.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 58.3 | $34,980.00 |
| Sarah B. Boehm | $495.00 | 34.9 | $17,275.50 |
| TOTAL FEES | | 93.2 | $52,255.50 |

**Re: Intellectual Property Matters**
       Our File No.        2055557-0310
       Circuit City Contact    Katie Bradshaw
       McGuireWoods Contact    Douglas M. Foley

07/06/10  E-mails with agent in Ecuador regarding
          remaining 800.COM marks and send response
          indicating that agent should allow marks to
          lapse
          Douglas B. Smith   .20 hours at  320.00 per hour.           $64.00

07/12/10  E-mails with K. Bradshaw regarding the domain
          name rapidsatellite.com
          Douglas B. Smith   .20 hours at  320.00 per hour.           $64.00

Circuit City Stores Inc
File Number: 2055557                              Page  48
Invoice No. 91280081                             August 19, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas B. Smith | $320.00 | 0.4 | $128.00 |
| TOTAL FEES | | 0.4 | $128.00 |

**Re: Asset Sales**
   Our File No.             2055557-0321
   Circuit City Contact     Katie Bradshaw
   McGuireWoods Contact     Douglas M. Foley


07/26/10 E-mails regarding potential sale of IP address
         and procedure for same
         Douglas M. Foley    .20 hours at  600.00 per hour.        $120.00

07/26/10 Analyze issues regarding miscellaneous asset
         sales and e-mails regarding domain name
         Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

07/26/10 Review and analyze various pleadings regarding
         sale of assets (1.4); e-mail debtors'
         professionals regarding same (.2)
         Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.2 | $120.00 |
| Sarah B. Boehm | $495.00 | 0.3 | $148.50 |
| Bryan A. Stark | $335.00 | 1.6 | $536.00 |
| TOTAL FEES | | 2.1 | $804.50 |


**Re: Schimenti Construction Litigation**
   Our File No.             2055557-0323


07/02/10 Begin review of pleadings regarding motion to
         dismiss and preparation for hearings on July
         12th
         Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

07/06/10 Review and analyze response to motion to
         dismiss and review cases cited
         Bryan A. Stark   1.30 hours at  335.00 per hour.          $435.50

07/06/10 Prepare documents for hearing
         Linda J. Neilson   1.60 hours at  200.00 per hour.        $320.00

Circuit City Stores Inc
File Number: 2055557                                    Page  49
Invoice No. 91280081                                    August 19, 2010

07/07/10   Review and analyze response to debtors' motion
           to dismiss (.7); research case law and review
           cases cited in response to motion to dismiss
           and shepardize same (4.0); draft reply in
           support (.6)
           Bryan A. Stark    5.30 hours at  335.00 per hour.        $1,775.50

07/08/10   Review pleading and review and revise reply
           brief regarding motion to dismiss regarding
           same
           Douglas M. Foley    1.70 hours at  600.00 per hour.      $1,020.00

07/08/10   Research case law regarding issues in motion to
           dismiss pleadings (2.2); draft reply in support
           of motion to dismiss (3.6)
           Bryan A. Stark    5.80 hours at  335.00 per hour.        $1,943.00

07/09/10   Review and revise reply briefs regarding motion
           to dismiss
           Douglas M. Foley    1.40 hours at  600.00 per hour.        $840.00

07/09/10   Research issues, incorporate comments, update
           and finalize reply in support of motion to
           dismiss (2.0); correspond with debtors'
           professionals regarding same and service of
           same (.3)
           Bryan A. Stark    2.30 hours at  335.00 per hour.          $770.50

07/12/10   Prepare for and attend hearings on motion to
           dismiss adversary proceeding and analyze issues
           regarding same
           Douglas M. Foley    1.10 hours at  600.00 per hour.        $660.00

07/12/10   Review pleadings regarding motion to dismiss,
           contracts, payment applications and case law
           and assist in preparation for hearing on motion
           to dismiss (2.2); correspond with debtors'
           professionals regarding hearing and order
           granting motion to dismiss (.4)
           Bryan A. Stark    2.60 hours at  335.00 per hour.          $871.00

07/13/10   Review and analyze settlement agreement and
           notice resolving Schimenti appeal and proof of
           claim (.5); finalize, file and arrange for
           service of same (.3)
           Bryan A. Stark     .80 hours at  335.00 per hour.          $268.00

Circuit City Stores Inc
File Number: 2055557                                      Page  50
Invoice No. 91280081                                      August 19, 2010

07/16/10 Draft order granting motion to dismiss and
         forward to counsel for review (.7); review and
         analyze preference analysis and correspond with
         debtors' professionals regarding same (.8)
         Bryan A. Stark   1.50 hours at  335.00 per hour.        $502.50

07/21/10 Correspond with Schimenti counsel regarding
         order on motion to dismiss (.3); review, revise
         and submit order on motion to dismiss (.4)
         Bryan A. Stark    .70 hours at  335.00 per hour.        $234.50

07/22/10 Draft motion to dismiss, memorandum in support,
         and consent order regarding Schimenti appeal
         (2.1); correspond with debtors' professionals
         regarding same (.2); forward same to Schimenti
         counsel (.1); correspond with debtors'
         professionals regarding Schimenti preference
         count (.4)
         Bryan A. Stark   2.80 hours at  335.00 per hour.        $938.00

07/26/10 Telephone conference with opposing counsel
         regarding status of discovery matters and
         expert reports and potential analysis of
         preference exposure and potential settlement
         Douglas M. Foley    .70 hours at  600.00 per hour.      $420.00

07/26/10 Review pleadings and expert disclosures for
         filing of expert disclosures (1.2); correspond
         with debtors' professionals regarding same
         (.2); correspond with debtors' professionals
         regarding preference analysis (.4); review
         preference analysis and research issues
         regarding same (.8)
         Bryan A. Stark   2.60 hours at  335.00 per hour.        $871.00

07/28/10 Arrange for execution of consent order
         dismissing appeal (.3); correspond with
         Schimenti counsel regarding extension of
         deadlines (.2)
         Bryan A. Stark    .50 hours at  335.00 per hour.        $167.50

| Timekeeper       | Rate/HR   | Hours | Fees        |
|------------------|-----------|-------|-------------|
| Douglas M. Foley | $600.00   | 5.5   | $3,300.00   |
| Bryan A. Stark   | $335.00   | 26.2  | $8,777.00   |
| Linda J. Neilson | $200.00   | 1.6   | $320.00     |
|                  | TOTAL FEES| 33.3  | $12,397.00  |

Disbursements and Other Expenses:
     Copy Charges                                       $846.10

Circuit City Stores Inc
File Number: 2055557                                    Page   51
Invoice No. 91280081                                   August 19, 2010

| Date | Description | Amount |
|---|---|---|
| | Pacer Research | $54.32 |
| | Long Distance Telephone Charges | $84.60 |
| 06/16/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 06/16/2010 | $19.79 |
| 06/21/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 06/21/2010 | $9.22 |
| 06/24/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 06/24/2010 | $90.76 |
| 06/29/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 06/29/2010 | $6.18 |
| 07/01/10 | FedEx Priority Overnight to Glen Allen, VA - Tracking #:  791600890423 | $11.07 |
| 07/01/10 | FedEx Priority Overnight to Glen Allen, VA - Tracking #:  791270894490 | $11.07 |
| 07/02/10 | DOUGLAS M. FOLEY - Travel to Richmond to attend Circuit City hearings 6/24; hotel, mileage | $294.44 |
| 07/02/10 | SARAH B. BOEHM - Van services to and from court 6/24 | $286.85 |
| 07/02/10 | DOUGLAS M. FOLEY - Attend meeting regarding claims 6/28; hotel, mileage, parking | $363.44 |
| 07/06/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 07/06/2010 | $2.57 |
| 07/06/10 | AMERICAN EXPRESS CO - KORNSTEIN/DON  Date: 07/06/2010 Ticket #0525291148 | $27.00 |
| 07/06/10 | AMERICAN EXPRESS CO - KORNSTEIN/DON R Travel Roundtrip from: NORFOLK VA to NEW YORK-LAGUARDIA NY Date: 07/15/2010 Ticket #7900142951 | $144.20 |
| 07/06/10 | FedEx Standard Overnight to New York City, NY - Tracking #:  792201100895 | $13.11 |
| 07/06/10 | FedEx Priority Overnight to Washington, DC - Tracking #:  791601086219 | $11.63 |
| 07/06/10 | AMERICAN EXPRESS CO - KORNSTEIN/DON Travel Roundtrip from: RENO NV to NORFOLK VA Date: 07/13/2010 Ticket #7900142948 | $2,031.31 |
| 07/06/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 07/06/2010 | $7.90 |
| 07/07/10 | FedEx Standard Overnight to Glen Allen, VA - Tracking #:  791601171220 | $7.84 |
| 07/07/10 | FedEx Priority Overnight to Richmond, VA - Tracking #:  793703339426 | $7.84 |
| 07/07/10 | J&J COURT TRANSCRIBERS INC - Professional Services - Federal Court 14- day on 6/16/10 | $38.25 |
| 07/07/10 | FedEx Standard Overnight to Glen Allen, VA - Tracking #:  791271178995 | $7.84 |
| 07/09/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to US Bankruptcy Court on 6/22/10 | $6.00 |
| 07/09/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to US District Court on 6/22/10 | $6.00 |
| 07/09/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to Office of the US Trustee on 6/22/10 | $6.00 |

Circuit City Stores Inc
File Number: 2055557                                   Page  52
Invoice No. 91280081                                  August 19, 2010

| | | |
|---|---|---|
| 07/09/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to US Bankruptcy Court on 6/22/10 | $6.00 |
| 07/12/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 07/12/2010 | $52.93 |
| 07/12/10 | J&J COURT TRANSCRIBERS INC - Professional Services - Federal Court Daily on 6/24/10 | $308.55 |
| 07/13/10 | FedEx Priority Overnight to Florence, SC - Tracking #:  793720466870 | $9.00 |
| 07/13/10 | LASERSHIP INC - Delivery to Tavenner Beran PLC (Lynn Tavenner) from McGuireWoods (Bryan Stark) on 7/7/10 | $5.32 |
| 07/13/10 | RESTAURANTEUR INC - Lunch ordered 7/12/10 | $138.20 |
| 07/15/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to US District Court on 7/7/10 | $6.00 |
| 07/15/10 | BIZPORT - LOGISTICS - Delivery from McGuireWoods to US Bankruptcy Court on 7/9/10 | $6.00 |
| 07/15/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 07/15/2010 | $28.04 |
| 07/16/10 | DOUGLAS M. FOLEY - Attend dinner meeting to discuss omni hearing, attend hearing and additional meetings 7/11; hotel, meal, parking, mileage | $337.49 |
| 07/16/10 | DOUGLAS M. FOLEY - Attend dinner meeting with I. Fredericks to discuss mediation 7/12; meal | $128.10 |
| 07/16/10 | FedEx 2Day to Incline Village, NV - Tracking #: 790228266873 | $23.69 |
| 07/16/10 | FedEx 2Day to Wilmington, DE - Tracking #: 790228274985 | $22.69 |
| 07/16/10 | FedEx Standard Overnight to Glen Allen, VA - Tracking #:  791601901030 | $7.84 |
| 07/16/10 | FedEx Standard Overnight to New York City, NY - Tracking #:  791901903568 | $8.64 |
| 07/16/10 | FedEx 2Day to Wilmington, DE - Tracking #: 792201924699 | $23.23 |
| 07/16/10 | FedEx 2Day to Nashville, TN - Tracking #: 791271885367 | $8.78 |
| 07/16/10 | FedEx 2Day to Wilmington, DE - Tracking #: 792201924850 | $21.60 |
| 07/16/10 | FedEx 2Day to New York City, NY - Tracking #: 790352293863 | $11.53 |
| 07/16/10 | FedEx 2Day to Wilmington, DE - Tracking #: 790952292624 | $16.74 |
| 07/19/10 | IKON OFFICE SOLUTIONS - IKON OT - Copy/Scanning project for Sarah Boehm | $100.00 |
| 07/20/10 | DANIEL F. BLANKS - Attend Omni hearing 7/11; hotel, meals, mileage | $295.89 |
| 07/20/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 07/20/2010 | $16.16 |
| 07/20/10 | SARAH B. BOEHM - Attend mediation in Norfolk 7/14 - 7/15; hotel, mileage | $291.32 |
| 07/20/10 | SARAH B. BOEHM - Van services to and from court 7/12 | $334.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  53
Invoice No. 91280081                                   August 19, 2010

| Date | Description | Amount |
|---|---|---|
| 07/22/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 07/22/2010 | $167.99 |
| 07/22/10 | RESTAURANTEUR INC - Lunch ordered 7/22/10 | $138.20 |
| 07/23/10 | CITY TREASURER OF NORFOLK - parking for two day mediation held July 14 & 15, 2010 | $174.00 |
| 07/23/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  791272384065 | $18.59 |
| 07/23/10 | DOUGLAS M. FOLEY - Attend meetings to discuss mediation strategy 7/13 - 7/14; meals | $1,647.00 |
| 07/27/10 | DOUGLAS M. FOLEY - Attend client meeting and Omni hearing 7/21; hotel, mileage, parking | $314.44 |
| 07/28/10 | FedEx Standard Overnight to New York City, NY - Tracking #:  790953279623 | $8.64 |
| 07/28/10 | FedEx Standard Overnight to Washington, DC - Tracking #:  791902772628 | $7.84 |
| 07/30/10 | FedEx Standard Overnight to Washington, DC - Tracking #:  790229466853 | $7.84 |
| 07/30/10 | FedEx Standard Overnight to New York City, NY - Tracking #:  790953481158 | $8.64 |
| | TOTAL EXPENSES | $9,096.75 |

Summary of Fees and Expenses:

    Total Fees for all Matters:    $307,084.50

    Total Expenses for all Matters:    $9,096.75

    Total for this Invoice:    $316,181.25