## EXHIBIT C

**(Statements)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

FIRM/AFFILIATE OFFICES

BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

June 16, 2010

Alfred H. Siegel
Chief Restructuring Officer
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Al:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through May 31, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $653,144 consisting of $640,688 for professional fees and $12,456 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($223,249), Litigation (General) ($144,485) and Insurance ($71,148). We have written off the amount of $39,488 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Alfred H. Siegel
June 16, 2010
Page 2


The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to July 6, 2010, you are authorized to pay to our firm the total amount of $557,041, which consists of the amount of $544,585 with respect to the fee request, (net of the 15% fee holdback amount of $96,103) and the total charge and disbursement amount of $12,456. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of February 1, 2010 through April 30, 2010.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
      Linda Edwards

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

## AND AFFILIATES

Circuit City Stores, Inc. (DIP)
9950 Mayland Drive
Richmond, Virginia  23233

June 10, 2010
Bill No.:  1319242

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1319242 |

Invoice # 1319242
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through May 31, 2010

For General Corporate Advice ................... $      26,570
Less Fee Accommodation.......................... (          0)
                                                      26,570

Charges and Disbursements
Computer Legal Research ..............     $      54
Telecommunications ...................            150

       Total Disbursements ...................      204

                                       $      26,774

For Asset Analysis and Recovery ............... $       7,696
Less Fee Accommodation.......................... (          0)
                                                       7,696

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2010)
June 10, 2010 - Summary Page 2


### Charges and Disbursements

Total Disbursements ........................... _____ 0

$         7,696

For Asset Dispositions (Real Property) ......... $      3,222
Less Fee Accommodation........................... (_____0)

3,222


### Charges and Disbursements

Total Disbursements ........................... _____ 0

$         3,222

For Business Operations / Strategic Planning ... $      4,388
Less Fee Accommodation........................... (_____0)

4,388


### Charges and Disbursements

Total Disbursements ........................... _____ 0

$         4,388

For Case Administration ......................... $     24,903
Less Fee Accommodation........................... (_____239)

24,664


### Charges and Disbursements
Courier, Express
Delivery and Postage ................     $        663
Telecommunications ...................              209
Outside Research Services ............              307
Reproduction and Document Preparation              422
Travel Expenses ......................            5,242

Total Disbursements ...................  _____6,843

$        31,507

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2010)
June 10, 2010 - Summary Page 3


For Claims Admin. (General) ................... $        224,658
Less Fee Accommodation.......................... (         4,557)
                                                         220,101


    Charges and Disbursements
    Computer Legal Research .............     $       147
    Courier, Express
    Delivery and Postage  ...............              49
    Telecommunications ..................              27
    Electronic Document Management .......         1,879
    Travel Expenses .....................         1,046

       Total Disbursements ...................          3,148

                                                $        223,249



For Claims Admin. (Reclamation/Trust Funds) .... $         4,388
Less Fee Accommodation.......................... (             0)
                                                           4,388


    Charges and Disbursements
  Total Disbursements ...........................              0

                                                $          4,388



For Creditor Meetings / Statutory Committees ... $        19,305
Less Fee Accommodation.......................... (             0)
                                                          19,305


    Charges and Disbursements
  Total Disbursements ...........................              0

                                                $         19,305

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement (May, 2010)
June 10, 2010 - Summary Page 4


For Insurance ................................. $         74,807
Less Fee Accommodation .......................... (          3,659)
                                                          71,148


    <u>Charges and Disbursements</u>
    Courier, Express
    Delivery and Postage ...............  $          118
    Reproduction and Document Preparation               1

      Total Disbursements ...................               119

                                               $          71,267



For Leases (Real Property) ..................... $          1,028
Less Fee Accommodation .......................... (            114)
                                                             914


    <u>Charges and Disbursements</u>
    Total Disbursements ...........................               0

                                               $            914



For Litigation (General) ....................... $          145,747
Less Fee Accommodation .......................... (          3,260)
                                                          142,487


    <u>Charges and Disbursements</u>
    Computer Legal Research .............  $          1,311
    Courier, Express
    Delivery and Postage ...............              88
    Electronic Document Management .......             478
    Reproduction and Document Preparation             121

      Total Disbursements ...................             1,998

                                               $          144,485

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement (May, 2010)
June 10, 2010 - Summary Page 5

For Nonworking Travel Time .....................$        18,542
Less Fee Accommodation........................... (         9,352)
                                                          9,190

        Charges and Disbursements
  Total Disbursements ...........................              0

                                        $                 9,190

For Reorganization Plan / Plan Sponsors ........$        35,576
Less Fee Accommodation........................... (           595)
                                                         34,981

        Charges and Disbursements
  Total Disbursements ...........................              0

                                        $                34,981

For Retention / Fee Matters (SASM&F) ..........$         4,206
Less Fee Accommodation........................... (             0)
                                                          4,206

        Charges and Disbursements
  Total Disbursements ...........................              0

                                        $                 4,206

For Retention / Fee Matters / Objections (Others)        11,856
..............................................$
Less Fee Accommodation........................... (             0)
                                                         11,856

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2010)
June 10, 2010 - Summary Page 6

### Charges and Disbursements

Total Disbursements ............................             0

$     11,856

For Secured Claims ............................ $      748
Less Fee Accommodation .........................  (      0)
      748

### Charges and Disbursements

Total Disbursements ............................        0

$      748

For Tax Matters ............................... $  63,702
Less Fee Accommodation .........................  (  10,373)
  53,329

### Charges and Disbursements

Computer Legal Research .............  $   100
Outside Research Services ...........     44

Total Disbursements ...................     144

$  53,473

For Utilities ................................. $   1,495
Less Fee Accommodation .........................  (    0)
   1,495

### Charges and Disbursements

Total Disbursements ............................      0

$   1,495

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (May, 2010)
June 10, 2010 - Summary Page 7

Total Fees ..................................... $       640,688

Total Charges and Disbursements ..................       12,456

Grand Total ................................... $       653,144

Less 15% Holdback .............................. (       96,103)

Current Amount Payable by Administrative Order .. $       557,041

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700
FAX: (312) 407-0411
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

July 14, 2010

Katie Bradshaw
Vice President and Controller
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:   In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Katie:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through June 30, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $783,872 consisting of $763,089 for professional fees and $20,783 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($251,655), Reorganization Plan/Plan Sponsors ($118,213) and Tax Matters ($109,570). We have written off the amount of $47,238 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Alfred H. Siegel
July 14 2010
Page 2


     The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to August 2, 2010, you are authorized to pay to our firm the total amount of $669,409, which consists of the amount of $648,626 with respect to the fee request, (net of the 15% fee holdback amount of $114,463) and the total charge and disbursement amount of $20,783. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of May 1, 2010 through July 31, 2010.

     Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
     Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)                    July 13, 2010
9950 Mayland Drive                        Bill No.:   1322134
Richmond, Virginia   23233

                                        TIN:   13-1777230

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1322134 |

Invoice # 1322134
     Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through June 30, 2010

For General Corporate Advice ................... $        53,829
Less Fee Accommodation ........................... (        5,101)
                                                          48,728

Charges and Disbursements
Computer Legal Research ............   $      1,251
Telecommunications ..................          212

     Total Disbursements ..................          1,463

                                        $        50,191

For Asset Analysis and Recovery ............... $         5,672
Less Fee Accommodation ........................... (        1,399)
                                                           4,273

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 2


<u>Charges and Disbursements</u>
  Total Disbursements ........................... 0

                                           $      4,273


For Asset Dispositions (Real Property) ........ $    15,244
Less Fee Accommodation ........................... (    1,360)
                                              13,884

  <u>Charges and Disbursements</u>
    Computer Legal Research .............. $    60

      Total Disbursements ................... 60

                                           $     13,944



For Automatic Stay (Relief Actions) ........... $      173
Less Fee Accommodation ........................... (      0)
                                              173


  <u>Charges and Disbursements</u>
  Total Disbursements ........................... 0

                                           $      173


For Business Operations / Strategic Planning ... $    11,603
Less Fee Accommodation ........................... (      0)
                                              11,603

  <u>Charges and Disbursements</u>
  Total Disbursements ........................... 0

                                           $     11,603

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 3


For Case Administration ........................ $       25,739
Less Fee Accommodation ..........................  (_____0)
                                                         25,739

       Charges and Disbursements
       Computer Legal Research .............    $     1,665
       Courier, Express
       Delivery and Postage  ...............             22
       Telecommunications ...................            17
       Electronic Document Management .......             6
       Reproduction and Document Preparation            851
       Travel Expenses ......................         7,784

          Total Disbursements ..................       10,345

                                                $       36,084



For Claims Admin. (General) ................... $      255,366
Less Fee Accommodation .......................... (      7,595)
                                                       247,771

       Charges and Disbursements
       Computer Legal Research .............    $     2,957
       Courier, Express
       Delivery and Postage  ...............             15
       Telecommunications ...................            21
       Electronic Document Management .......           822
       Reproduction and Document Preparation             69

          Total Disbursements ..................        3,884

                                                $      251,655



For Claims Admin. (Reclamation/Trust Funds) .... $     69,751
Less Fee Accommodation .......................... (      4,025)
                                                        65,726

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 4


    <u>Charges and Disbursements</u>
    Computer Legal Research . . . . . . . . . . . . .    $        2,901

        Total Disbursements . . . . . . . . . . . . . . . . .            2,901

                                            $        68,627


For Creditor Meetings / Statutory Committees ... $        2,048
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (              0)
                                                      2,048


    <u>Charges and Disbursements</u>
  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . .              0

                                            $        2,048


For Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $        7,772
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (          3,184)
                                                    4,588


    <u>Charges and Disbursements</u>
  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . .              0

                                            $        4,588


For Investigations and Reviews . . . . . . . . . . . . . . . . $        4,575
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (              0)
                                                    4,575


    <u>Charges and Disbursements</u>
  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . .              0

                                            $        4,575

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 5


For Litigation (General) ...................... $        78,377
Less Fee Accommodation.......................... (         4,003)
                                                        74,374

    Charges and Disbursements
    Computer Legal Research .............     $      829
    Courier, Express
    Delivery and Postage  ...............             70
    Outside Research Services ...........            102
    Reproduction and Document Preparation             33

    Total Disbursements ...................          1,034

                                                $       75,408


For Litigation (Insurance Recovery) ........... $         1,170
Less Fee Accommodation.......................... (             0)
                                                          1,170

    Charges and Disbursements
    Telecommunications ..................     $       25

    Total Disbursements ...................             25

                                                $        1,195


For Liquidation / Feasibility ................. $         3,658
Less Fee Accommodation.......................... (             0)
                                                          3,658

    Charges and Disbursements
    Total Disbursements ...........................         0

                                                $        3,658

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 6


For Nonworking Travel Time ..................... $         22,007
Less Fee Accommodation........................... (        11,085)
                                                           10,922


    Charges  and  Disbursements
  Total Disbursements ...........................                0

                                               $          10,922


For Regulatory and SEC Matters ................ $            559
Less Fee Accommodation........................... (             0)
                                                              559


    Charges  and  Disbursements
  Total Disbursements ...........................                0

                                               $             559

For Reorganization Plan / Plan Sponsors ....... $        119,531
Less Fee Accommodation........................... (         2,294)
                                                          117,237


    Charges  and  Disbursements
    Computer Legal Research ..............      $        976

      Total Disbursements ...................              976

                                               $         118,213


For Retention / Fee Matters (SASM&F) .......... $          9,256
Less Fee Accommodation........................... (         1,614)
                                                            7,642


    Charges  and  Disbursements
  Total Disbursements ...........................                0

                                               $           7,642

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement (June, 2010)
July 13, 2010 - Summary Page 7


For Retention / Fee Matters / Objections (Others)          7,444
.............................................. $
Less Fee Accommodation .......................... (          340)
                                                           7,104


    Charges and Disbursements
 Total Disbursements ............................          0

                                                  $        7,104


For Secured Claims ............................. $          115
Less Fee Accommodation.......................... (           0)
                                                            115


    Charges and Disbursements
 Total Disbursements ............................          0

                                                  $          115


For Tax Matters ................................ $       112,888
Less Fee Accommodation.......................... (         3,413)
                                                         109,475

   Charges and Disbursements
 Computer Legal Research ............. $          95

    Total Disbursements ..................          95

                                                  $      109,570


For Utilities .................................. $        1,725
Less Fee Accommodation.......................... (           0)
                                                           1,725

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (June, 2010)
July 13, 2010 - Summary Page 8


#### Charges and Disbursements

Total Disbursements ............................. _____ 0

$     1,725


Total Fees ..................................... $    763,089

Total Charges and Disbursements ................. _____ 20,783

Grand Total ................................... $    783,872

Less 15% Holdback .............................. (    114,463)

Current Amount Payable by Administrative Order .. $    669,409

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

FIRM/AFFILIATE OFFICES

BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

August 11, 2010

Katie Bradshaw
Vice President and Controller
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

<p style="margin-left:2em">RE:    In re Circuit City Stores, Inc.,<br>
             Case No. 08-35653 <u>(KRH)</u><br>
             <u>Jointly Administered</u></p>

Dear Katie:

       Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through July 31, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

       The fee request is in the aggregate amount of $536,032, consisting of $518,849 for professional fees and $17,183 for charges and disbursements. The principal charges during the Fee Period were for Reorganization Plan/Plan Sponsors ($227,332) Claims Administration (General) ($107,818), and Litigation (General) ($85,358). We have written off the amount of $32,571 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Katie Bradshaw
August 11, 2010
Page 2


       The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request.  Thus, if the fee request is acceptable to you and no timely objections are made prior to August 30, 2010, you are authorized to pay to our firm the total amount of $458,205, which consists of the amount of $441,022 with respect to the fee request, (net of the 15% fee holdback amount of $77,827) and the total charge and disbursement amount of $17,183.  Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of May 1, 2010 through July 31, 2010.

       Should you have any questions or comments, please do not hesitate to call me at your convenience.

       Very truly yours,

       Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
      Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
## AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    August 9, 2010
9950 Mayland Drive                                 Bill No.:  1325644
Richmond, Virginia  23233

                                                   TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY  10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1325644 |

Invoice # 1325644
     Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through July 31, 2010

For General Corporate Advice  ..................$        5,990
Less Fee Accommodation .......................... (           0)
                                                         5,990

     Charges and Disbursements
     Computer Legal Research .............  $        1,081
     Courier, Express
     Delivery and Postage  ...............          121
     Telecommunications ...................           76
     Reproduction and Document Preparation          134

          Total Disbursements...................          1,412

                                                          7,402

For Asset Analysis and Recovery ...............$        3,696
Less Fee Accommodation .......................... (           0)
                                                         3,696

     Charges and Disbursements
     Computer Legal Research .............  $        2,086

          Total Disbursements...................          2,086

                                            $            5,782

For Asset Dispositions (Real Property) .........$          4,030
Less Fee Accommodation .......................... (            0)
                                                           4,030


### Charges and Disbursements
Total Disbursements.............................      _____  0

                                                $          4,030


For Business Operations / Strategic Planning ...$          1,950
Less Fee Accommodation .......................... (            0)
                                                           1,950


### Charges and Disbursements
Total Disbursements.............................      _____  0

                                                $          1,950


For Case Administration .........................$         30,099
Less Fee Accommodation .......................... (        5,688)
                                                          24,411

#### Charges and Disbursements
Computer Legal Research .............     $        585
Courier, Express
Delivery and Postage  ................              676
Telecommunications ...................              184
Outside Research Services ...........              676
Electronic Document Management .......              388
Reproduction and Document Preparation              647
Travel Expenses ......................            4,194
            Total Disbursements...................      _____ 7,350

                                                $         31,761


For Claims Admin. (General) ...................$         111,195
Less Fee Accommodation .......................... (        3,994)
                                                         107,201

#### Charges and Disbursements
Computer Legal Research .............     $         54

```
Delivery and Postage .................      123
Telecommunications ...................       14
Outside Research Services ............       87
Electronic Document Management .......      317
Reproduction and Document Preparation        22

    Total Disbursements...................  _____  617

                                        $     107,818



For Employee Matters (General) .................$     9,792
Less Fee Accommodation ........................... (    1,455)
                                                      8,337


    Charges and Disbursements
    Total Disbursements........................ _____  0

                                        $      8,337

For Insurance ...................................$    1,784
Less Fee Accommodation ........................... (        0)
                                                     1,784


    Charges and Disbursements
    Total Disbursements........................... _____  0

                                        $      1,784

For Litigation (General) .......................$    82,256
Less Fee Accommodation ........................... (      115)
                                                     82,141

    Charges and Disbursements
    Computer Legal Research .............    $    2,375
    Courier, Express
    Delivery and Postage ................           7
    Filing/Court Fees ...................         180
    Outside Research Services ...........          57
    Electronic Document Management .......         71
    Reproduction and Document Preparation          11
    Travel Expenses .....................         516

        Total Disbursements................... _____  3,217

                                        $      85,358
```

```
For Liquidation / Feasibility .................$          665
Less Fee Accommodation ........................... (_____0)
                                                          665


        Charges and Disbursements
  Total Disbursements.............................  _____0

                                              $           665


For Nonworking Travel Time .....................$      26,609
Less Fee Accommodation ........................... (   13,386)
                                                       13,223


        Charges and Disbursements
  Total Disbursements.............................  _____0

                                              $        13,223


For Reorganization Plan / Plan Sponsors ........$     226,877
Less Fee Accommodation ........................... (    1,993)
                                                      224,884

        Charges and Disbursements
  Computer Legal Research .............    $     1,178
  Travel Expenses .....................          1,270

        Total Disbursements...................  _____2,448

                                              $       227,332



For Retention / Fee Matters (SASM&F) ..........$       2,365
Less Fee Accommodation ........................... (_____0)
                                                       2,365


        Charges and Disbursements
  Total Disbursements.............................  _____0

                                              $         2,365
```

For Retention Fee Matters .... (objections totaled) .... $ 4,009
Less Fee Accommodation .......................... ( 0)
                                                     4,009


      Charges and Disbursements
  Total Disbursements........................... 0

                                     $ 4,009


For Secured Claims ........................... $ 2,473
Less Fee Accommodation .......................... ( 0)
                                                     2,473


      Charges and Disbursements
  Total Disbursements........................... 0

                                     $ 2,473


For Tax Matters ............................. $ 36,550
Less Fee Accommodation .......................... ( 5,838)
                                                     30,712

      Charges and Disbursements
  Outside Research Services ........... $ 53

      Total Disbursements................... 53

                                     $ 30,765


For Utilities ............................. $ 978
Less Fee Accommodation .......................... ( 0)
                                                     978


      Charges and Disbursements
  Total Disbursements........................... 0

                                     $ 978

Total Charges and Disbursements . . . . . . . . . . . . . . . . .   17,183

Grand Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $       536,032

Less 15% Holdback . . . . . . . . . . . . . . . . . . . . . . . . . . . . (       77,827)

Current Amount Payable by Administrative Order . . $       458,205