**EXHIBIT D-1**

**(Detail of Time Billed)**

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/10/10
General Corporate Advice                                     Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/04/10 | 0.30 | EMAILS RE: BOARD MATERIALS. |
| GALARDI GM | 05/05/10 | 1.60 | PREPARE FOR AND ATTEND BOARD MEETING. |
| GALARDI GM | 05/09/10 | 0.60 | CALL WITH A. KANE RE: 5/17 BOARD MEETING. |
| GALARDI GM | 05/12/10 | 0.20 | ADDRESS BOARD MEETING ISSUES. |
| GALARDI GM | 05/15/10 | 0.30 | EMAILS RE: 5/17 BOARD MEETING AND MATERIALS FOR BOARD. |
| GALARDI GM | 05/17/10 | 1.40 | PREPARE FOR AND ATTEND TELEPHONIC BOARD CALL. |
| GALARDI GM | 05/20/10 | 0.30 | EMAILS WITH BOARD MEMBERS RE: STATUS. |
| GALARDI GM | 05/26/10 | 1.40 | CALLS AND EMAILS WITH BOARD MEMBERS RE: STATUS OF COMMITTEE PLAN AND POSITION. |
| GALARDI GM | 05/27/10 | 1.80 | PREPARE FOR AND ATTEND BOARD MEETING. |
| GALARDI GM | 05/28/10 | 3.20 | REVIEW AND REVISE BOARD PRESENTATION (.9); ATTEND BOARD CALL (1.6); CALLS WITH BOARD MEMBERS (.4); FOLLOW-UP RE: NEXT BOARD CALL AND FURTHER MATERIALS (.3). |
| GALARDI GM | 05/31/10 | 0.60 | BEGIN WORKING ON BOARD MATERIALS. |
|  |  | 11.70 |  |
| **Total Partner** |  | **11.70** |  |
| FREDERICKS IS | 05/04/10 | 1.80 | PARTICIPATE IN CONFERENCE CALL WITH K. BRADSHAW AND D. MILLER REGARDING BOARD PRESENTATION DECK AND REVIEW AND REVISE SAME (1.8). |
| FREDERICKS IS | 05/05/10 | 1.80 | REVIEW MATERIALS RELATED TO UPCOMING BOARD CALL AND PARTICIPATE IN BOARD CALL (1.8). |
| FREDERICKS IS | 05/13/10 | 1.30 | PREPARE MATERIALS FOR UPCOMING BOARD CALL AND CORRESPONDENCE TO AND FROM D. MILLER REGARDING SAME (1.3). |
| FREDERICKS IS | 05/27/10 | 8.90 | CORRESPONDENCE TO CC BOARD MEMBERS RE: COMMITTEE RELATED ISSUES (1.2); PREPARE FOR AND PARTICIPATE IN BOARD CALL AND FOLLOW-UP CALLS (1.7); PREPARE KEY CONSIDERATIONS OUTLINE FOR BOARD AND RESEARCH RELATED THERETO (5.2); TELEPHONE CALL FROM J. MARCUM RE: SAME (.8). |

1                                                                           B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/28/10 | 4.80 | REVIEW AND REVISE BOARD MATERIALS REGARDING NEGOTIATIONS WITH THE COMMITTEE (2.1); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH BOARD MEMBERS REGARDING SAME AND VARIOUS FOLLOW-UP CALLS (2.7). |
| FREDERICKS IS | 05/30/10 | 4.20 | DRAFT SUPPLEMENTAL MEMORANDUM TO BOARD ADDRESSING ADDITIONAL CONSIDERATIONS WITH RESPECT TO NEGOTIATIONS WITH THE COMMITTEE (4.2). |
| | | 22.80 | |
| **Total Associate** | | 22.80 | |
| **TOTAL TIME** | | <u>34.50</u> | |

Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Asset Analysis and Recovery                              Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/04/10 | 0.70 | EMAILS RE: LCD LTIGIATION CLAIMS (.3); CALL WITH COMMITTEE AND CRO RE: SAME (.4). |
| GALARDI GM | 05/05/10 | 0.30 | EMAILS RE: LCD MEETINGS/INTERVIEWS. |
| GALARDI GM | 05/17/10 | 0.70 | CALL WITH MONITOR RE: NOTICE OF CIRCUMSTANCES AND RELATED MATTERS IN CANADA. |
|  |  | 1.70 |  |
| **Total Partner** |  | **1.70** |  |
| KUMAR JS | 05/12/10 | 2.20 | RESEARCH RE BAR DATE IN CANADIAN CASES (2.2). |
| KUMAR JS | 05/14/10 | 3.60 | WORKING ON DRAFT OF CLAIM TO BE FILED IN CANADIAN CASES AND LEGAL RESEARCH RE SAME (3.6). |
| KUMAR JS | 05/15/10 | 5.70 | PREPARING PROOF OF CLAIM TO BE FILED IN CANADIAN CASE AND LEGAL RESEARCH RE SAME (5.7). |
|  |  | 11.50 |  |
| **Total Associate** |  | **11.50** |  |
| **TOTAL TIME** |  | **13.20** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Asset Dispositions (Real Property)                       Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 05/06/10 | 0.40 | TELECONFERENCE WITH D. MILLER AND M. GUNLOCK REGARDING DR1 LAND SALE. (.4). |
| GRANT K | 05/12/10 | 0.70 | EMAILS WITH M. PRUITT (.3) AND TELECONFERENCE WITH J. LEININGER (.4) REGARDING DR1 SALE. |
| GRANT K | 05/17/10 | 0.50 | TELECONFERENCE WITH M. PRUITT AND J. DELANEY REGARDING DR1 SALE. (.5). |
|  |  | **1.60** |  |
| LAZAROFF KA | 05/11/10 | 1.40 | UPDATE REAL PROPERTY DISPOSITION CHART (.8); REVISE DR1 SALE MOTION (.3); PREPARE SALE NOTICE FOR SOUTH CAROLINA PROPERTY VIA MISCELLANEOUS ASSET SALE (.3). |
| LAZAROFF KA | 05/18/10 | 0.40 | REVIEW PURCHASER COMMENTS TO DR1 PSA. |
| LAZAROFF KA | 05/19/10 | 1.00 | RESEARCH REGARDING PROCEDURAL REQUIREMENTS FOR ASSIGNMENT OF LEASE. |
| LAZAROFF KA | 05/26/10 | 0.60 | RESEARCH REGARDING REQUIREMENTS FOR ABANDONMENT OF REAL PROPERTY AND BEGIN PREPARING MOTION FOR ABANDONMENT OF MARION PROPERTY. |
| LAZAROFF KA | 05/27/10 | 1.00 | REVIEW AND REVISE BID PROCEDURES FOR DR 1. |
|  |  | **4.40** |  |
| **Total Associate** |  | **6.00** |  |
| **TOTAL TIME** |  | **6.00** |  |

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 06/10/10
Business Operations / Strategic Planning                Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/03/10 | 0.80 | REVIEW LATEST CANADIAN AMALGAMATION PROPOSAL (.8). |
| GALARDI GM | 05/06/10 | 2.20 | CALLS RE: INTERTAN CANADA ISSUES. |
| GALARDI GM | 05/07/10 | 0.40 | CALL WITH COMMITTEE COUNSEL RE: CANADIAN UPDATE. |
| GALARDI GM | 05/12/10 | 0.70 | EMAIL EXCHANGES WITH CRO RE: OPEN EMPLOYEE ISSUES. |
| GALARDI GM | 05/14/10 | 0.40 | CALL WITH MONITOR RE: INSURANCE CLAIM ISSUES AND RELATED MATTERS. |
| | | 4.50 | |
| **Total Partner** | | **4.50** | |
| **TOTAL TIME** | | **4.50** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/10/10
Case Administration                                          Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/20/10 | 0.40 | CALL RE: HEARING AND COMMITTEE REQUEST FOR STATUS CONFERENCE. |
|  |  | **0.40** |  |
| **Total Partner** |  | **0.40** |  |
| BAKER SK | 05/10/10 | 1.60 | SUMMARIZE RECENT SETTLEMENTS FOR CREDITORS COMMITTEE (1.6). |
|  |  | **1.60** |  |
| BUGAY JJ | 05/05/10 | 0.60 | BEGIN TO DRAFT PROJECT UPDATE MEMO (.6). |
| BUGAY JJ | 05/07/10 | 2.30 | DRAFT PROJECT UPDATE MEMO AS OF EARLY MAY (2.3). |
| BUGAY JJ | 05/10/10 | 3.00 | REVISE PROJECT STATUS MEMO (1.3); DRAFT STATUS SUMMARY FOR ADVERSARY PROCEEDINGS, REMAINING ASSETS, AND LITIGATION DESCRIBED ON STATEMENT OF FINANCIAL INTERESTS (1.7). |
|  |  | **5.90** |  |
| FREDERICKS IS | 05/03/10 | 1.20 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.2). |
| FREDERICKS IS | 05/05/10 | 1.40 | REVIEW AND REVISE PROPSOED AGENDA FOR MAY 11 HEARING (.6) AND REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.8). |
| FREDERICKS IS | 05/11/10 | 1.20 | PREPARE FOR, ATTEND, AND PARTICIPATE IN OMNIBUS HEARING (1.2). |
| FREDERICKS IS | 05/12/10 | 1.60 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.6). |
| FREDERICKS IS | 05/14/10 | 1.70 | REVIEW AND REVISE 5/20/10 AGENDA AND MULTIPLE CORRESPONDENCE RE: SAME (1.7). |
| FREDERICKS IS | 05/20/10 | 1.40 | PREPARE FOR AND PARTICIPATE IN OMNIBUS HEARING (1.4). |
| FREDERICKS IS | 05/21/10 | 1.30 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.3). |
| FREDERICKS IS | 05/24/10 | 1.40 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.4). |
|  |  | **11.20** |  |
| KORKIS C | 05/10/10 | 0.30 | UPDATED CIRCUIT CITY PROJECT MEMO. |
|  |  | **0.30** |  |
| KUMAR JS | 05/05/10 | 0.90 | SENDING UPDATE OF CURRENT PROJECTS FOR INCLUSION IN MEMO TO CRO (.9). |
|  |  | **0.90** |  |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 05/05/10 | 0.90 | UPDATE PROJECT STATUS MEMO. |
| | | **0.90** | |
| SIDHU SS | 05/03/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF/RESPONSE TO PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 05/05/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 05/10/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 05/13/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 05/26/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 05/27/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | **1.60** | |
| VINE J | 05/05/10 | 0.30 | UPDATING STATUS MEMO FOR DEBTOR OFFICERS (.3). |
| | | **0.30** | |
| **Total Associate** | | **22.70** | |
| HEANEY CM | 05/03/10 | 2.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 5-11 AGENDA (.6); EDIT/REVISE 5-11 AGENDA (1.2). |
| HEANEY CM | 05/04/10 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 5-11 AGENDA (1.1). |
| HEANEY CM | 05/05/10 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILE AND 5-11 HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 5-11 AGENDA (.2); EDIT/REVISE HEARING AGENDA (.9). |
| HEANEY CM | 05/06/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE SERVICE OF AGENDA (.1). |
| HEANEY CM | 05/07/10 | 0.70 | REVIEW DOCKET RE: UDPATES TO CASE FILES (.3); COORDINATE WITH THRID PARTIES RE: ADDITONAL COMMENTS TO 5-11 AGENDA (.4). |
| HEANEY CM | 05/11/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.4). |
| HEANEY CM | 05/12/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW 5-20 HEARING AGENDA FOR EDIT/REVISION (.6). |
| HEANEY CM | 05/13/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); EDIT/REVISE 5-20 HEARING AGENDA (.7). |

| | | | |
|---|---|---|---|
| HEANEY CM | 05/14/10 | 2.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); COORDINATE WITH THIRD PARTIES RE: EDITS TO 5-20 AGENDA (.6); EDIT/REVISE 5-20 AGENDA (1.7). |
| HEANEY CM | 05/17/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 5-20 HEARING AGENDA (.3); ASSIST ATTORNEYS WITH PREPARATION OF AGENDA (.6); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 05/19/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CALENDAR FOR STATUS UPDATES TO HEARING MATTERS (.3). |
| HEANEY CM | 05/20/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3). |
| HEANEY CM | 05/21/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN; REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); REVIEW UPDATES TO CASE CALENDAR FOR HEARING MATTERS (.2). |
| HEANEY CM | 05/24/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 05/25/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2); REVIEW CALENDAR FOR UPDATES TO 6-8 AGENDA (.3). |
| HEANEY CM | 05/26/10 | 0.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2). |
| HEANEY CM | 05/27/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 6-8 HEARING AGENDA (.2); EDIT/REVISE 6-8 HEARING AGENDA (1.1). |
| | | **18.40** | |
| LAMANNA WK | 05/03/10 | 0.80 | EDIT/REVISE 5/11/10 HEARING AGENDA (0.5); RESEARCH CERTAIN CRITICAL DATES (0.3). |
| LAMANNA WK | 05/05/10 | 0.10 | SET UP NEW CASE FILE FOR CLIENT RECORDS. |
| LAMANNA WK | 05/06/10 | 1.70 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (0.1); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (1.6). |
| LAMANNA WK | 05/07/10 | 2.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (2.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |

| | | | |
|---|---|---|---|
| LAMANNA WK | 05/11/10 | 4.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE (1.3); DRAFT 5/20/10 HEARING AGENDA (3.0). |
| LAMANNA WK | 05/12/10 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE (.8); SET UP NEW ADVERSARY PROCEEDING AND APPEAL CASE (0.3); EDIT/REVISE HEARING AGENDA (0.2). |
| LAMANNA WK | 05/13/10 | 1.80 | REVIEW REVIW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEAL (1.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 05/20/10 | 1.50 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE. |
| LAMANNA WK | 05/21/10 | 1.30 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 05/24/10 | 0.60 | EDIT/REVISE HEARING AGENDA. |
| LAMANNA WK | 05/25/10 | 0.90 | CONTINUE TO EDIT/REVISE 6/8/10 HEARING AGENDA. |
| LAMANNA WK | 05/26/10 | 0.20 | EDIT/REVISE 6/8/10 HEARING AGENDA. |
| LAMANNA WK | 05/27/10 | 3.20 | REVIEW COURT DOCKETS IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS AND CALENDAR CRITICAL DATES (1.4); EDIT/REVISE 6/8/10 HEARING AGENDA (1.8). |
| LAMANNA WK | 05/28/10 | 0.90 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES (0.5); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); EDIT/REVISE 6/8/10 HEARING AGENDA (0.2). |
| | | **20.90** | |
| **Total Legal Assistant** | | **39.30** | |
| **TOTAL TIME** | | **62.40** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Claims Admin. (General)                                  Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/04/10 | 0.40 | ADDRESS CLAIMS ORDER RE: GETRY CLASS PROOF OF CLAIM (.2); BRIEFLY REVIEW CLASS CLAIM SETTLEMENT (.2). |
| GALARDI GM | 05/06/10 | 0.20 | BRIEFLY REVIEW CLASS CLAIMS SETTLEMENT. |
| GALARDI GM | 05/10/10 | 0.40 | DISCUSS OUTSTANDING CLAIMS MATTERS WITH K. BRADSHAW. |
| GALARDI GM | 05/13/10 | 0.40 | REVIEW RESEARCH RE: INTEREST ON CLAIMS. |
| GALARDI GM | 05/24/10 | 0.30 | EMAILS RE: CLAIMS AND AMALGAMATION. |
|  |  | **1.70** |  |
| **Total Partner** |  | **1.70** |  |
| BAKER SK | 05/02/10 | 6.30 | REVIEW APPELLANTS' 502(D) APPEAL BRIEF AND BEGIN DRAFT OF RESPONSE BRIEF (6.3). |
| BAKER SK | 05/03/10 | 8.70 | FINALIZE USDR SETTLEMENT AGREEMENT FOR FILING (.5); FINALIZE MITSUBISHI CONSENT ORDER AND SETTLEMENT AGREEMENT FOR FILING (.6) TELEPHONE CALL WITH M. WINSCHUL REGARDING FCMA DISCOVERY (.2); REVIEW DOCUMENTS IN SUPPORT OF TAKE TWO DEMAND LETTER (.9); DRAFT CORRESPONDENCE TO T. WILSON REGARDING MITSUBISHI DOCUMENTS (.3); DRAFT APPELLATE BRIEF REGARDING 502(D). (6.2). |
| BAKER SK | 05/04/10 | 8.40 | DRAFT NOTICE OF ONKYO SETTLEMENT (.7); REVISE ONKYO SETTLEMENT AGREEMENT (1.6); REVIEW STIPULATIONS AND ORDERS REGARDING MODIFICATIONS TO CLAIMS REGISTER AND CLAIMS WATERFALL (.5); DRAFT APPELLATE BRIEF REGARDING 502(D) (5.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 05/05/10 | 5.00 | REVISE ONKYO NOTICE OF SETTLEMENT (.3); REVISE LENOVO STIPULATION AND SETTLEMENT AGREEMENT (1.3); REVIEW CORRESPONDENCE FROM M. STOVER REGARDING SANDISK CLAIMS (.1); DRAFT CORRESPONDENCE TO S. UHLAND REGARDING SANDISK DEMAND LETTER (.2); TELEPHONE CALL WITH D. CRANSHAW REGARDING INDUSTRIAPLEX PROOF OF CLAIM (.2); TELEPHONE CALL WITH COUNSEL FOR SIMPLETECH REGARDING DEMAND LETTER (.2); TELEPHONE CALL WITH COUNSEL FOR KINSTON REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR ARCHOS REGARDING SETTLEMENT AGREEMENT(.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR HISENSE REGARDING RECEIVABLES (.2); DRAFT RESPONSE TO HISENSE REGARDING RECEIVABLES (.4); REVIEW DOCUMENTS TO BE PRODUCED TO SANDISK (.9); REVIEW DOCUMENTS TO BE PRODUCED TO BELTRONICS (.7); REVIEW CORRESPONDENCE FROM N. MCCULLOUGH REGARDING SDR STATUS CONFERENCE (.1). |
| BAKER SK | 05/06/10 | 8.60 | DRAFT PROPOSED STIPULATION AND SETTLEMENT AGREEMENT REGARDING FUJITSU TEN CORP OF AMERICAS CLAIMS (3.3); TELEPHONE CALL WITH P. TAMPOSIE REGARDING VENDOR DEMAND LETTER (.2); REVIEW DEALER AGREEMENTS BETWEEN CIRCUIT CITY AND MITSUBISHI (.7); TELEPHONE CALL WITH A. ORTEGO REGARDING PURCHASE OF BANKRUPTCY CLAIMS (.2); RESEARCH CIRCUIT CITY CLAIM FILED IN THE JUST FOR FEE BANKRUPTCY CASE (1.2); REVIEW DOCUMENTS TO BE PRODUCED TO KLIPSCH AUDIO (.8); REVIEW DOCUMENTS TO BE PRODUCED TO KINSTON TECHNOLOGY (.9); REVIEW DOCUMENTS TO BE PRODUCED TO PINNACLE SYSTEMS (.8); CONFERENCE CALL REGARDING MITSUBISHI PREFERENCE ANALYSIS (.3); REVIEW CORRESPONDENCE REGARDING GENIUS PRODUCTS CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING SYLVANIA LIGHTING SERVICES CLAIMS (.2). |
| BAKER SK | 05/07/10 | 6.30 | REVISE LENOVO STIPULATION (.8); REVIEW PREFERENCE DATES FOR MONSTER CABLE AND MONSTER LLC (2.6); DRAFT MEMO REGARDING AVERTEC RECEIVABLES (1.3); REVIEW CORRESPONDENCE FROM COUNSEL FOR MIO TECH REGARDING DEMAND LETTER AND DRAFT RESPONSE (.2); TELEPHONE CALL WITH COUNSEL FOR THQ REGARDING RECEIVABLES (.2); REVIEW STIPULATIONS REGARDING MODIFICATION TO CLAIMS REGISTER AND CLAIMS WATERFALL (1.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 05/10/10 | 3.80 | DRAFT GAMER GRAFFIX NOTICE OF SETTLEMENT AGREEMENT (.7); REVIEW CORRESPONDENCE REGARDING FUJITSU SETTLEMENT AGREEMENT (.2); TELEPHONE CALL WITH REPRESENTATIVE OF VISIONTEK REGARDING DEMAND LETTER (.2); REVISE FUJITSU SETTLEMENT AGREEMENT (1.2); REVIEW DOCUMENTS TO BE PRODUCED TO MONSTER CABLE PRODUCTS AND MONSTER LLC (1.4); REVIEW CORRESPONDENCE FROM G. KLEINER REGARDING MONSTER DEMAND LETTER (.1). |
| BAKER SK | 05/11/10 | 8.40 | REVIEW AND RESPOND TO CORRESPONDENCE FROM BOSE REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE TO D. CRANSHAW REGARDING INDUSTRAIPLEX PROOF OF CLAIM (.2); TELEPHONE CALL WITH D. PARKS REGARDING INDUSTRIAPLEX CLAIMS (.2); FINALIZE LENOVO SETTLEMENT AGREEMENT FOR FILING (.6); REVIEW ADDITIONAL DOCUMENTS PROVIDED BY INDUSTRIAPLEX IN SUPPORT OF CLAIMS (1.3); TELEPHONE CALL WITH P. GREENBURG REGARDING PREMIER RESOURCES CLAIMS (.2); REVIEW DOCUMENTS TO BE PRODUCED TO SIMPLETECH (.8); REVISE VENDOR DEMAND LETTERS (2.6); BEGIN DRAFT OF ALLIANCE SETTLEMENT AGREEMENT (2.3). |
| BAKER SK | 05/12/10 | 8.10 | REVISE SAMSUNG SETTLEMENT AGREEMENT (1.3); REVIEW GAMER GRAFFIX PREFERENCE ANALYSIS (.7); DRAFT MOTION OF SAMSUNG SETTLEMENT (.5); TELEPHONE CALL WITH A. SILES REGARDING VISIONTEK DEMAND LETTER (.2); TELEPHONE CALL WITH ARGO PARTNERS REGARDING PURCHASING LIGHTING CLAIM (.2); REVISE FUJITSU AGREEMENT AND DRAFT CORRESPONDENCE TO COUNSEL FOR FUJITSU (.7); TELEPHONE CALL WITH M. WINSCHUL REGARDING FEMA RECEIVABLES (.2); DRAFT PROPOSED SETTLEMENT AGREEMENT WITH ALLIANCE (4.3). |
| BAKER SK | 05/13/10 | 7.60 | REVIEW DOCUMENTS TO BE PRODUCED TO OPTOMA (.8); REVIEW ORDER GRANTING MITSUBISHI SETTLEMENT (.3); REVIEW AND REVISE EXHIBIT TO HEARING AGENDA (.3); REVISE SAMSUNG SETTLEMENT AGREEMENT (.8); REVIEW DOCUMENTS TO BE PRODUCED TO VISIONTEK (.7); CONTINUE DRAFT OF ALLIANCE AND SOURCE SETTLEMENT AGREEMENT (4.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 05/14/10 | 7.80 | REVISE IMAGINATION AGREEMENT AND DRAFT CORRESPONDENCE TO T. AJMERA REGARDING SAME (.7); REVIEW CORRESPONDENCE REGARDING PARROT DEMAND LETTER (.1); DRAFT CONSENT MOTION AND ORDER DISMISSING MITSUBISHI APPEAL (2.3); DRAFT SOURCE INTERLINK SETTLEMENT AGREEMENT (2.5); TELEPHONE CALL WITH K. BARKSDALE REGARDING ACTIONTEC CLAIMS (.3); REVIEW RECENT ORDERS AND STIPULATIONS REGARDING MODIFICATION OF CLAIMS REGISTER AND WATERFALL (1.2); DRAFT ACTIONTEC SETTLEMENT AGREEMENT (.7). |
| BAKER SK | 05/17/10 | 7.40 | DRAFT CORRESPONDENCE TO A. SILES REGARDING CLAIM RECONCILIATION (.1); TELEPHONE CALL WITH K. BARKSDALE REGARDING ALTEC LANSING CLAIMS (.2); REVISE MITSUBISHI CONSENT MOTION (.4); DRAFT ACTIONTEC SETTLEMENT AGREEMENT (2.2); REVIEW AND REVISE SYLVANIA LIGHTING AGREEMENT (1.3); REVIEW RESPONSES TO VENDOR DEMAND LETTERS AND DOCUMENTS TO BE PRODUCED IN SUPPORT OF SAME (3.2). |
| BAKER SK | 05/18/10 | 5.40 | REVIEW CORRESPONDENCE FROM R. EASTON REGARDING TRANS US INC. CLAIMS (.2); RESEARCH REGARDING WARNER DEMAND LETTERS CLAIMS AND RECEIVABLES (1.3); TELEPHONE CALL WITH REPRESENTATIVE OF CANTON ELECTRONICS REGARDING DEMAND LETTER (.3); REVISE ARCHOS SETTLEMENT AGREEMENT (.9); TELEPHONE CALL WITH K. BARKSDALE REGARDING CANTON ELECTRONICS (.2); REVIEW DOCUMENTS TO BE PRODUCED TO PARROT, INC. (.8); REVIEW DOCUMENTS TO BE PRODUCED TO ENERGIZER BATTERY CO (1.2); REVIEW DOCUMENTS TO BE PRODUCED TO MIZCO (.4); DRAFT CORRESPONDENCE TO ACTIONTEC REGARDING PROPOSED SETTLEMENT AGREEMENT (.1). |
| BAKER SK | 05/19/10 | 8.10 | DRAFT CORRESPONDENCE REGARDING GAMER GRAFFIX SETTLEMENT (.1); REVIEW CORRESPONDENCE AND DOCUMENTS FROM AMERIWOOD REGARDING DEMAND LETTERS (1.1); REVIEW CORRESPONDENCE FROM J. DALBERG REGARDING WARNER HOME VIDEO CLAIMS (.1); REVIEW CORRESPONDENCE REGARDING BELKIN DEMAND LETTER AND DRAFT RESPONSE (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING MICROSOFT SETTLEMENT (.2); DRAFT MEMO SUMMARIZING MS SETTLEMENT TERMS (1.7); DRAFT SETTLEMENT AGREEMENT BETWEEN DEBTOR AND MICROSOFT (4.2); REVIEW ORDERS AND STIPULATION REGARDING MODIFICATIONS TO CLAIMS REGISTER WATERFALL (.5). |
| BAKER SK | 05/20/10 | 2.00 | DRAFT CONSENT MOTIONS TO DISMISS APPEALS (1.8); TELEPHONE CALL WITH J. WAXMAN REGARDING AVERTEC CLAIMS (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 05/21/10 | 4.40 | DRAFT AVERTEC SETTLEMENT AGREEMENT (2.7); TELEPHONE CALL WITH H. FERGUSON REGARDING MICROSOFT CLAIMS (.2); REVIEW DOCUMENTS TO BE PRODUCED TO BELKIN (.8); REVIEW CORRESPONDENCE FROM HISENSE REGARDING DEMAND LETTER AND DRAFT RESPONSE TO SAME (.2); REVISE MOTIONS TO DISMISS APPEALS (.5). |
| BAKER SK | 05/22/10 | 1.50 | REVIEW AND REVISE VENDOR DEMAND LETTERS (1.5). |
| BAKER SK | 05/23/10 | 2.30 | DRAFT SETTLEMENT AGREEMENT BETWEEN DEBTORS AND FCMA (2.3). |
| BAKER SK | 05/24/10 | 7.20 | DRAFT ORDER TO APPROVE SAMSUNG SETTLEMENT (.7); REVIEW ORDERS AND STIPULATION REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.3); REVISE FCMA SETTLEMENT AGREEMENT (.6); TELEPHONE CALL WITH COUNSEL FOR HISENSE REGARDING PRODUCTION OF DOCUMENTS (.2); REVISE ALLIANCE SETTLEMENT AGREEMENT (1.7); REVISE FUJITSU AGREEMENT (.8); DRAFT SUMMARY OF ALLIANCE AGREEMENT FOR CREDITORS COMMITTEE (.6); REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO MIOTECH (1.1). |
| BAKER SK | 05/25/10 | 4.40 | REVISE APEX MOTION TO DISMISS APPEAL (.8); REVISE FUJITSU SETTLEMENT AGREEMENT (1.1); DRAFT CORRESPONDENCE TO VARIOUS CREDITORS REGARDING FOLLOW-UP ON VENDOR DEMAND LETTERS (.9); REVISE TOSHIBA VENDOR DEMAND LETTERS (.3); DRAFT NOTICE OF FUJITSU SETTLEMENT (.4); REVISE SUMMARY OF ALLIANCES SETTLEMENT (.3); REVIEW ADDITIONAL DOCUMENTS TO BE PROVIDED TO HISENSE (.6). |
| BAKER SK | 05/26/10 | 8.10 | REVISE CONSENT MOTIONS AND ORDERS TO DISMISS APPEALS (1.1); DRAFT CERTIFICATE OF NO OBJECTION TO LENOVO SETTLEMENT (.5); REVIEW ORDERS AND STIPULATIONS REGARDING MODIFICATION TO CLAIMS WATERFALL (.9); REVISE FCMA AGREEMENT (.8); REVISE MITSUBISHI CONSENT MOTION TO DISMISS APPEAL (.9); TELEPHONE CALL WITH COUNSEL FOR VISIONTEK REGARDING DEMAND LETTER (.2); BEGIN DRAFT OF UNIDEN SETTLEMENT AGREEMENT (2.6); DRAFT CORRESPONDENCE TO COUNSEL FROM INDUSTRIAPLEX REGARDING RECONCILIATION OF CLAIM (.3); REVIEW MEMORANDUM OPINION AND ORDER REGARDING CONSIGNMENT AND 503(B)(9) (.4) ; DRAFT CORRESPONDENCE TO APEX REGARDING MOTION TO DISMISS APPEAL (.2); DRAFT CORRESPONDENCE TO ONKYO REGARDING MOTION TO DISMISS APPEAL (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 05/27/10 | 6.50 | REVISE ONKYO CONSENT MOTION AND MEMORANDUM OF LAW IN SUPPORT (.3); REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO MITSUBISHI (.9); TELEPHONE CALL WITH G. SHUSTER REGARDING BOSE CORPORATION (.2); DRAFT SETTLEMENT SUMMARY MEMOS (1.8); REVISE MICROSOFT SETTLEMENT AGREEMENT (.5); REVISE MITSUBISHI MOTION TO DISMISS APPEAL AND PREPARE FOR FILING (.4); REVISE UNIDEN SETTLEMENT AGREEMENT (2.4). |
| BAKER SK | 05/28/10 | 6.30 | TELEPHONE CONFERENCE WITH CLIENT REGARDING UNIDEN SETTLEMENT (.3); REVIEW DOCUMENTS AND DRAFT PROPOSED SETTLEMENT AGREEMENT BETWEEN DEBTORS AND LG ELECTRONICS (4.2); DRAFT CORRESPONDENCE TO VARIOUS VENDOR CLAIMANTS REGARDING STATUS OF RESPONSES TO DEMAND LETTERS (1.8). |
| | | **142.60** | |
| DANGELO PS | 05/03/10 | 0.70 | FINALIZED STIP AGREEMENT RESOLVING OMNIBUS OBJECTION TO MISCLASSIFIED CLAIM. |
| DANGELO PS | 05/04/10 | 0.10 | REVIEWED DOCUMENT AND SENT TO RESOLVE POTENTIAL OBJECTION TO STIP AGREEMENT. |
| DANGELO PS | 05/06/10 | 0.30 | WORKED ON RESOLVING ISSUES RELATED TO RECEIVABLES AND SET-OFFS FOR PENDING OMNIBUS OBJECTION. |
| DANGELO PS | 05/07/10 | 0.60 | REVIEWED HEARING AGENDA (0.1). DRAFTED SECTIONS FOR UPDATED PROGRESS MEMO CIRCUIT CITY (0.5). |
| DANGELO PS | 05/13/10 | 0.10 | REVIEWED HEARING AGENDA. |
| DANGELO PS | 05/14/10 | 1.20 | DRAFTED STIP AGREEMENT AND NOTICE TO RESOLVE OBJECTION TO MISCLASSIFIED CLAIM. |
| DANGELO PS | 05/17/10 | 0.10 | REVIEWED PREFERENCE ANALYSIS FOR MISCLASSIFIED CLAIM. |
| DANGELO PS | 05/18/10 | 0.50 | WORKED ON RESOLVING SET-OFF AND ACCOUNTS RECEIVABLE ISSUE. |
| DANGELO PS | 05/19/10 | 0.70 | WORKED ON RESOLVING SET-OFF ISSUES RELATED TO ALLEGED SECURED CLAIM. (0.5) WORKED ON STIPULATION AGREEMENT RELATED TO SECURED CLAIM. (0.2). |
| DANGELO PS | 05/20/10 | 0.90 | WORKED ON RESOLVING OBJECTIONS TO SECURED CLAIMS. |
| DANGELO PS | 05/24/10 | 0.50 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO SECURED CLAIMS. |
| DANGELO PS | 05/26/10 | 0.40 | WORKED ON RESOLVING OMNIBUS OBJECTIONS TO ALLEGED SECURED CLAIMS. |