## <u>EXHIBIT D-2</u>

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| DANGELO PS | 05/27/10 | 1.90 | CALL WITH LEXMARK AND CIRCUITY CITY. (0.5) DRAFTED STIP AGREEMENT AND NOTICE. (1.2) REVIEWED DOCUMENTATION FOR LEXMARK TO PREPARE FOR CALL. (0.2). |
| DANGELO PS | 05/28/10 | 0.10 | UPDATE ON STATUS OF STIPULATION AGREEMENT RESOLVING MISCLASSIFIED CLAIM. |
| | | **8.10** | |
| FREDERICKS IS | 05/03/10 | 2.90 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: ALLIANCE SETTLEMENT (1.1); REVIEW AND REVISE UPDATED DRAFT OF STIPULATED FACTS W/ RESPECT TO GRAPHIC (.4); REVIEW OUTSIDE OF 20 DAY CLAIMS AND UPDATE BASIS FOR OBJECTION (1.4). |
| FREDERICKS IS | 05/04/10 | 3.30 | CORRESPONDENCE FROM COUNSEL TO THE COMMITTEE RE: VARIOUS PROPOSED CLAIM SETTLEMENTS; LOCATE INFORMATION; AND CORRESPONDENCE RE: SAME (.7); TELEPHONE CALL FROM COUNSEL TO NY DEPT FINANCE RE: TAX CLAIM OBJECTION AND CORRESPONDENCE RE: SAME (.5); REVIEW MATERIALS PROVIDED BY WESTERN DIGITAL IN RESPONSE TO DEMAND LETTER AND CORRESPONDENCE AND TELEPHONE CALL RE: SAME (1.1). |
| FREDERICKS IS | 05/05/10 | 2.70 | REVIEW VARIOUS UPCOMING CLAIM OBJECTION SPREADSHEETS AND RELATED CLAIMS, REVISE BASES FOR OBJECTION, AND ADDRESS QUESTIONS/ISSUES (2.7). |
| FREDERICKS IS | 05/06/10 | 3.00 | REVIEW CLAIM SPREADSHEETS TO PREPARE FOR CONFERENCE CALL W/ CC RE: UPCOMING CLAIM OBJECTION AND PARTICIPATE IN CONFERENCE CALL RE: SAME (1.7); PARTICIPATE IN CONFERENCE CALL RE: STIPULATED FACTS FOR GRAPHIC CLAIM OBJECTION (.3); TELEPHONE CALL FROM K. BRADSHAW RE: GENERAL CLAIM ISSUES/STRATEGY (.6); REVIEW AND REVISE PROPOSED SUMMARY OF FUJITSU CLAIMS AND WORK W/ FTI RE PREFERENCE ANALYSIS (.4). |
| FREDERICKS IS | 05/07/10 | 2.20 | PARTICIPATE IN TWO CONFERENCE CALLS W/ COUNSEL TO WESTERN DIGITAL RE: CLAIM AND RECEIVABLE ISSUES (1.4); TELEPHONE CALL W/ COUNSEL TO NAMSUNG RE: SETTLEMENT (.8). |
| FREDERICKS IS | 05/13/10 | 2.60 | REVIEW REVISED VERSION OF SAMSUNG AGREEMENT AND TELEPHONE CALL RE: SAME (.2); REVIEW RESPONSES TO OMNI 37, CONDUCT RESEARCH RE: SAME, AND MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (2.4). |
| FREDERICKS IS | 05/14/10 | 1.80 | TELEPHONE CALL W/ PERFORMANCE PRINTING RE: CLAIM RESOLUTION (.6); AND REVIEW AND REVISE MULTIPLE SETTLEMENT AGREEMENTS (1.2). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/18/10 | 0.80 | REVIEW MATERIALS RELATED TO MICROSOFT SETTLEMENT AND MULTIPLE CORRESPONDENCE RE: SAME (.8). |
| FREDERICKS IS | 05/19/10 | 1.80 | REVIEW CORRESPONDENCE AND ATTACHMENTS FROM CC RE: LG AND MULTIPLE TELEPHONE CALLS W/ B. FOSE RE: SAME (1.2); REVIEW AND REVISE SUMMARY OF MICROSOFT SETTLEMENT AND CORRESPONDENCE TO COUNSEL TO THE COMMITTEE RE: SAME (.6). |
| FREDERICKS IS | 05/20/10 | 2.70 | REVIEW VARIOUS MATERIALS RELATED TO LG CLAIM RECONCILIATION AND TELEPHONE CALLS AND CORRESPONDENCE W/ B. FOSE RE: SAME (1.2); MEETING W/ K. BRADSHAW AND D. MILLER RE: VARIOUS CLAIM ISSUES (1.5). |
| FREDERICKS IS | 05/21/10 | 2.70 | REVIEW CORRESPONDENCE FROM AND MULTIPLE TELEPHONE CALLS W/ K. BRADSHAW, B. FOSE, H. FERGUSON RE: VARIOUS CLAIM RELATED MATTERS (2.7). |
| FREDERICKS IS | 05/24/10 | 4.50 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND MULTIPLE CORRESPONDENCE RE: SAME (2.6); REVIEW AND REVISE SAMSUNG ORDER AND CORRESPONDENCE TO COUNSEL TO SAMSUNG RE: SAME (.2); REVIEW COMPREHENSIVE CORRESPONDENCE FROM COUNSEL TO MITSUBISHI AND TELEPHONE CALLS W/ CC RE: SAME (1.7). |
| FREDERICKS IS | 05/25/10 | 3.70 | TELEPHONE CALL RE: ALLIANCE SETTLEMENT AND REVIEW AND REVISE SETTLEMENT SUMMARY FOR DISTRIBUTION TO THE COMMITTEE (.7); REVIEW REVISIONS TO FUJITSU AGREEMENT AND MULTIPLE CORRESPONDENCE RE: SAME (.4); REVIEW AND REVISE OBJECTION TO QUEBECOR CLAIM (2.6). |
| FREDERICKS IS | 05/26/10 | 3.80 | REVIEW AND REVISE UPDATED DRAFT OF QUEBECOR OBJECTION AND CONDUCT RESEARCH RE: SAME (3.1); REVIEW AND REVISE DRAFT ALLIANCE SETTLEMENT AGREEMENT (.7). |
| FREDERICKS IS | 05/27/10 | 3.20 | PARTICIPATE IN CONFERENCE CALL W/ CC RE: CLAIMS (.8); PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ C. JONES RE: SETTLEMENT OF FUJI (.5); REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS (1.6); REVIEW AND RESPOND TO CORRESPONDENCE RE: FUJITSU SETTLEMENT (.3). |
| | | **41.70** | |
| GRANT K | 05/03/10 | 2.80 | CONTINUED WORK ON RECONCILIATION OF LANDLORD CLAIMS (1.3); TELECONFERENCE AND EMAILS WITH K. BRADSHAW AND D. SCRANTON (.3) AND VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.2). |
| GRANT K | 05/04/10 | 1.60 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.6). |

B43E

| GRANT K | 05/05/10 | 1.80 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS. (1.8). |
| GRANT K | 05/06/10 | 2.40 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (2.4). |
| GRANT K | 05/07/10 | 0.70 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS. (.7). |
| GRANT K | 05/10/10 | 1.60 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.6). |
| GRANT K | 05/11/10 | 1.10 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.1). |
| GRANT K | 05/13/10 | 2.10 | REVIEWED DRAFT SETTLEMENT STIPULATIONS, AND CONTINUED WORK RECONCILING LANDLORD CLAIMS. (2.1). |
| GRANT K | 05/17/10 | 1.20 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.2). |
| | | **15.30** | |
| HERRMANN DD | 05/05/10 | 0.50 | REVIEW COMMUNICATIONS RE US SIGNS AND PROVIDE UPDATE TO ISF. |
| HERRMANN DD | 05/07/10 | 1.30 | PREPARE FOR AND CALL WITH COUNSEL TO TRANSFEREE RE RESOLUTION. |
| HERRMANN DD | 05/10/10 | 4.30 | PREPARE SUMMARY OF OUTSTANDING ISSUES (.4); CONTINUE ANALYSIS OF FCMA CLAIMS AND PREPARE NEGOTIATION STRATEGY (3.9). |
| HERRMANN DD | 05/13/10 | 1.70 | REVIEW FCMA DOCUMENTS IN PREPARATION FOR CALL WITH COUNSEL TO TRANSFEREE (1.2); CALL WITH COUNSEL TO TRANSFEREE (.5). |
| HERRMANN DD | 05/20/10 | 5.60 | REVIEW AVERATEC FILE RE CLAIMS AND CLAIM OBJECTION (4.2); NEGOTIATE CONSENUAL RESOLUTION (1.4). |
| HERRMANN DD | 05/21/10 | 4.90 | COMMUINICATE WITH CC RE FCMA CLAIM (.3); REVIEW FILES RE FCMA CLAIMS AND RELATED ISSUES (1.9); COMMUNICATE RE FCMA CLAIM (1.5); REVIEW AND COMMENT ON AVERATEC STIPULATION (1.2). |
| HERRMANN DD | 05/24/10 | 2.10 | COMMUNICATE RE FCMA CLAIM RESOLUTION (.7); REVIEW AND REVISE FCMA SETTLMENT AGREEMENT (1.1); COMMUNICATE RE AVERATEC SETTLEMENT (.3). |
| HERRMANN DD | 05/25/10 | 0.80 | WORK ON FCMA STIPULATION. |
| HERRMANN DD | 05/26/10 | 5.40 | REVIEW PNY CLAIM AND RELATED DOCUMENTS, CONTRACTS, PLEADINGS, ETC. (3.3); WORK ON FCMA SETTLEMENT (2.1). |
| HERRMANN DD | 05/27/10 | 5.30 | CONTINUE TO REVIEW PNY CLAIM AND RELATED DOCUMENTS, CONTRACTS, PLEADINGS, ETC. (4.8); COMMUNICATE RE FCMA (.5). |

B43E

**31.90**

| HUFFMAN AC | 05/04/10 | 4.20 | DRAFT SUBSTANTIVE RESPONSES TO US SIGNS' INTERROGATORIES (4.2). |
| HUFFMAN AC | 05/05/10 | 6.90 | REVIEW AVERATEC DISCOVERY (.1); CONTINUE DRAFTING RESPONSES TO US SIGNS INTERROGATORIES (6.8). |
| HUFFMAN AC | 05/06/10 | 3.70 | REVIEW US SIGNS CORRESPONDENCE FOR PURPOSES OF SETTLEMENT (1.1); REVIEW FCMA FILE (2.6). |
| HUFFMAN AC | 05/07/10 | 5.70 | REVIEW AVERATEC DISCOVERY IN PREPARATION FOR SETTLEMENT CALL (.3); REVIEW FCMA CLAIMS AND DRAFT MEMO RE SETTLEMENT (5.4). |
| HUFFMAN AC | 05/10/10 | 3.10 | REVIEW FCMA AGREEMENTS (1.4); DRAFT FCMA DISPUTE OUTLINE (.7); CONFERENCE W/ DOUG HERRMAN RE SAME (.6); REVIEW VONWIN RESPONSE (.4). |
| HUFFMAN AC | 05/11/10 | 0.90 | REVIEW AVERATEC CLAIMS IN PREPARATION FOR CALL WITH COUNSEL (.9). |
| HUFFMAN AC | 05/13/10 | 1.10 | PREPARE FOR CON CALL WITH VONWIN RE FCMA (.7); CON CALL WITH D. HERRMANN AND VONWIN (.4). |
| HUFFMAN AC | 05/14/10 | 0.60 | REVIEW STATUS OF 503(B)(9) CLAIMS(.4); ATTEND TO EMAILS RE SAME (.2). |
| HUFFMAN AC | 05/18/10 | 0.10 | ATTEND TO E-MAILS RE US SIGNS SETTLEMENT (.1). |
| HUFFMAN AC | 05/20/10 | 1.10 | PREPARE FOR AND ATTEND TO CON CALL WITH VONWIN RE FCMA ADMIN CLAIM (.5); PREPARE FOR AND ATTEND CON CALL WITH MORRIS JAMES RE AVERATEC ADMIN CLAIM (.6). |
| HUFFMAN AC | 05/26/10 | 0.70 | REVIEW PNY CLAIM OBJECTION (.7). |
| HUFFMAN AC | 05/27/10 | 4.40 | REVIEW PNY CLAIM AND MASTER AGREEMENT (2.3); REVIEW CORRESPONDENCE RE SAME (.3); REVIEW CC ADVERSARY CLAIM AGAINST PNY(1.6); MEETING WITH DDH RE SAME (.8). |
| HUFFMAN AC | 05/28/10 | 1.90 | REVIEW PNY FILINGS AND PREFERENCE ANALYSIS (1.9). |

**34.40**

| KORKIS C | 05/03/10 | 5.90 | PREPARED OMNI OBJECTIONS FOR LATE, NO LIABILITY, AND RECLASSIFICATION ADMIN CLAIMS. |
| KORKIS C | 05/04/10 | 6.30 | PREPARED OMNI OBJECTIONS FOR MISCLASSIFIED, LATE, AND NO LIABILITY ADMINISTRATIVE CLAIMS. |
| KORKIS C | 05/05/10 | 2.10 | PREPARED OMNI OBJECTIONS FOR MISCLASSIFIED, LATE, AND NO LIABILITY ADMIN CLAIMS. |

B43E

| KORKIS C | 05/06/10 | 5.90 | PREPARED OMNI OBJECTIONS FOR MISCLASSIFIED, LATE, AND NO LIABILITY ADMINISTRATIVE CLAIMS. |
|----------|----------|------|------|
| KORKIS C | 05/07/10 | 1.30 | PREPARED OMNI OBJECTIONS FOR MISCLASSIFIED, LATE, AND NO LIABILITY ADMINISTRATIVE CLAIMS. |
| KORKIS C | 05/12/10 | 0.80 | REVIEWED INSURANCE FOR D&O LIABILITY COVERAGE. |
| KORKIS C | 05/14/10 | 0.10 | RESPONDED TO ISSUE RE CLAIM OF SBC GLOBAL SERVICES, WHICH WAS INCLUDED ON OMNI 78. |

**22.40**

| KUMAR JS | 05/03/10 | 5.70 | FOLLOWING UP RE MOTIONS FOR LATE-FILED CLAIMS (.3). REVIEWING CLAIMS OF IBM AND EMAILING AND CALL WITH COMPANY RE SAME (1.1). REVISING OMNIBUS OBJECTIONS RE CERTAIN EMPLOYEE CLAIMS AND LEGAL RESEARCH RE SAME (3.4). REVIEWING CHART OF ADMINSITRATIVE CLAIMS FOR OBJECTION (.9). |
|----------|----------|------|------|
| KUMAR JS | 05/04/10 | 2.50 | REVISING AND REVIEWING VARIOUS OMNIBUS OBJECTIONS TO CLAIMS (2.5). |
| KUMAR JS | 05/05/10 | 3.30 | REVIEWING AND REVISING VARIOUS OMNIBUS OBJECTIONS TO CLAIMS (3.3). |
| KUMAR JS | 05/06/10 | 4.60 | REVIEWING, REVISING AND FINALIZING CERTAIN OMNIBUS OBJECTIONS TO CLAIMS AND RELATED EXHIBITS (4.6). |
| KUMAR JS | 05/07/10 | 2.10 | REVISING OMNIBUS OBJECTIONS TO CLAIMS (2.1). |
| KUMAR JS | 05/10/10 | 0.20 | EMAILING COUNSEL RE LATE CLAIM MOTION OF TOWNE SQUARE (.2). |
| KUMAR JS | 05/11/10 | 4.50 | DRAFTING PROPOSED STIPULATION WITH TOWNE SQUARE (3.1). DRAFTING RESPONSE TO RECONSIDERATION/7023 MOTION OF MONDRAGON (1.4). |
| KUMAR JS | 05/12/10 | 1.70 | DRAFTING RESPONSE TO RECONSIDERATION/7023 MOTION OF MONDRAGON (1.7). |
| KUMAR JS | 05/13/10 | 4.10 | REVIEWING RESPONSES TO 37TH OMNI SUMMARY JUDGMENT MOTION AND BEGINNING DRAFT RESPONSE (3.7). COMMENTS TO AGENDA OF ADJOURNED CLAIMS (.4). |
| KUMAR JS | 05/14/10 | 6.10 | DRAFTING REPLY RE 37TH OMNIBUS SUMMARY JUDGMENT MOTION (6.1). |
| KUMAR JS | 05/24/10 | 0.90 | DRAFTING TERMS OF PROPOSED SETTLEMENT WITH IBM (.9). |

**35.70**

| LAZAROFF KA | 05/03/10 | 3.10 | ATTENTION TO COMPANY INQUIRY REGARDING EMPLOYMENT OF MERCER CONSULTING (1); REVISE PRINCE GEORGE LANDLORD STIPULATION (.2); REVIEW AND REVISE SIMON GLOBAL CLAIMS RECONCILIATION CHART (1.5); TELECONFERENCE WITH THE COMPANY REGARDING SIMON CLAIMS RECONCILIATION (.5) THEN GLOBAL LANDLORD CLAIMS STRATEGIES AND SETTLEMENT PROPOSAL (.3); TELECONFERENCE AND CORRESPONDENCE WITH ASSIGNEE OF LOFTUS LANDLORD CLAIMS (.3); ATTENTION TO CITY OF TAYLOR TAX ISSUE (.3). |
|---|---|---|---|
| LAZAROFF KA | 05/04/10 | 0.80 | DRAFT FIRST INDUSTRIAL AND HARTMAN SETTLEMENT PROPOSAL AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 05/05/10 | 4.60 | DRAFT COUSINS LANDLORD CLAIM SETTLEMENT AND REVISE THE SAME (.8); DRAFT LANDLORD SETTLEMENT NOTICES AND PREPARE FIRST INDUSTRIAL SETTLEMENT DOCUMENTS FOR FILING (.9); REVIEW LANDLORD CLAIMS AND RECONCILIATIONS (1.2) AND BEGIN DRAFTING LETTERS REGARDING THE SAME (1.5). |
| LAZAROFF KA | 05/06/10 | 4.60 | RESEARCH REGARDING AMENDING CLAIMS WITH LEASE REJECTION DAMAGES (2) AND DRAFT AND REVISE LETTER TO VAN NESS REGARDING THE SAME (2.2).; CORRESPONDENCE WITH HARTMAN COUNSEL REGARDING SETTLEMENT PROPOSAL (.1); REVIEW TIA AND MECHANICS' LIENS ISSUES IN BARRINGTON CLAIMS (.3). |
| LAZAROFF KA | 05/10/10 | 0.30 | PREPARE PRINCE GEORGE'S LANDLORD SETTLEMENT NOTICE AND STIPULATION FOR FILING. |
| LAZAROFF KA | 05/11/10 | 2.60 | REVIEW DOCUMENTS, DRAFT AND REVISE LANDLORD CLAIMS RECONCILIATION LETTER FOR ARBORETUM OF SOUTH BARRINGTON (1.8); TELECONFERENCE AND FOLLOW-UP WITH COUNSEL FOR JWC LOFTUS REGARDING LANDLORD CLAIMS SETTLEMENT ISSUES (.6); UPDATE LANDLORD SETTLEMENT STATUS SIMMARY (.2). |
| LAZAROFF KA | 05/12/10 | 0.30 | REVISE COUSINS LANDLORD SETTLEMENT STIPULATION AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 05/13/10 | 0.80 | ATTENTION TO INLAND LANDLORD CLAIMS INQUIRY (.2); CORRESPONDENCE REGARDING AND DRAFTING OF HARTMAN LANDLORD CLAIMS SETTLEMENT (.6). |
| LAZAROFF KA | 05/17/10 | 0.50 | DISCUSS LANDLORD CLAIM LETTERS AND POTENTIAL SETTLEMENTS WITH THE COMPANY AND REVISE DOCUMENTS RELATING TO THE SAME. |

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 05/19/10 | 1.00 | PREPARE DOCUMENTS FOR AND ASSIST WITH FILING AND SERVICE OF COUSINS SETTLEMENT NOTICE (.3); REVISE LANDLORD CLAIMS RECONCILIATIONS LETTERS (.2); CORRESPONDENCE RELATED TO AND FINALIZING HARTMAN SETTLEMENT AND DOCUMENTS (.5). |
| LAZAROFF KA | 05/24/10 | 2.00 | DRAFT LANDLORD CLAIM RECONCILIATION LETTER (1.1); UPDATE LANDLORD CLAIMS SETTLEMENT CHART (.9). |
| LAZAROFF KA | 05/25/10 | 0.80 | REVIEW AND REVISE LANDLORD CLAIMS RECONCILIATION LETTER. |
| LAZAROFF KA | 05/26/10 | 0.40 | REVISE AND REVISE LANDLORD LETTERS AND ATTENTION TO RESPONSES REGARDING THE SAME (.3); REVIEW GGP REPLY TO SETTLEMENT PROPOSAL (.1). |
| | | **21.80** | |
| LIBERI JM | 05/14/10 | 0.90 | REVIEW DOCUMENTS RE: TAX MATTERS (0.9). |
| | | **0.90** | |
| SIDHU SS | 05/03/10 | 0.30 | UPDATE ANALYSIS OF AMENDED AND DUPLICATIVE CLAIMS FOR PURPOSES OF FUTURE OBJECTIONS. |
| SIDHU SS | 05/04/10 | 1.40 | REVIEW DEBTORS' RESPONSE TO ANALYSIS OF DUPLICATIVE AND AMENDED CLAIMS FOR FUTURE OBJECTIONS (.2); REVIEW RESPONSES TO 70TH OMNIBUS OBJECTION (.3); CONFERENCE CALL WITH DEBTORS REGARDING RESPONSES TO 70TH OMNIBUS OBJECTION (.7); DRAFT LETTER RESPONDING TO CLAIMANT RESPONSE TO 70TH OMNIBUS OBJECTION (.2). |
| SIDHU SS | 05/05/10 | 0.40 | DRAFT LETTER RESPONDING TO CLAIMAINT RESPONSE REGARDING 70TH OMNIBUS OBJECTION (.4). |
| SIDHU SS | 05/14/10 | 1.60 | REVIEW AND ANALYZE CLAIMS SUBJECT TO 37TH OMNIBUS OBJECTION AND DRAFT COMPARISON OF CLAIMED AMOUNTS TO MODIFIED AMOUNTS. |
| SIDHU SS | 05/26/10 | 0.60 | REVIEW AND ANALYZE RESPONSES TO 70TH OMNIBUS OBJECTION AND UPDATE TABLE REGARDING SAME. |
| | | **4.30** | |
| VINE J | 05/20/10 | 2.00 | DRAFT US SIGNS SETTLEMENT (2). |
| | | **2.00** | |
| **Total Associate** | | **361.10** | |
| ANGELICA CL | 05/03/10 | 2.10 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/04/10 | 0.50 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/05/10 | 0.40 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |

B43E

| ANGELICA CL | 05/06/10 | 1.90 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/07/10 | 0.50 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/10/10 | 1.40 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION; MAINTAIN IMAGEBASE. |
| ANGELICA CL | 05/11/10 | 0.50 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/12/10 | 1.40 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/13/10 | 2.80 | COMMUNICATE W/ W. TERRY AND R. TESCHKY REGARDING CIRCUIT CITY NATIVE FILE EXPORTS; ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/14/10 | 1.60 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/17/10 | 1.40 | MAINTAIN IMAGEBASE; ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/18/10 | 1.60 | COMMUNICATE W/ R. TESCHKY REGARDING CIRCUIT CITY PRODUCTION MATERIALS; ASSIST W/ ASSEMBLY OF DOC PRODUCTION; MAINTAIN IMAGEBASE. |
| ANGELICA CL | 05/20/10 | 0.80 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/24/10 | 1.40 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/25/10 | 1.80 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/26/10 | 0.90 | ASSIST W/ ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 05/27/10 | 0.30 | MAINTAIN IMAGEBASE; ASSEMBLE FOR ATTORNEY REVIEW THE MITSUBISHI MEDIA FOR DUPLICATION. |
| | | **21.30** | |
| HEANEY CM | 05/03/10 | 0.30 | REVIEW APPEALS DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 05/04/10 | 0.60 | REVIEW APPEAL DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 05/05/10 | 0.90 | REVIEW APPEAL DOCKETS RE: UPDATES TO CASE FILES (.3); REVIEW LG DESIGNATIONS FOR PREPARATION OF COUNTER-DESIGNATIONS (.4); COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEETS (.2). |
| HEANEY CM | 05/06/10 | 3.10 | REVIEW APPEAL DOCKETS RE: UPDATES TO CASE FILES (.3); REVIEW LG DESIGNATIONS AND PREPARE DOCUMENTS FOR COUNTER-DESIGNATIONS (2.6); COORDINATE WITH THIRD PARTIES RE: TELEPHONIC APPEARANCES SHEETS (.2). |

B43E

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 05/07/10 | 3.80 | | REVIEW APPEALS DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CLAIMS REGISTER AND COURT DOCKET RE: BACKGROUND INFORMATION FOR ASM CAPITAL (.6); REVIEW LG DESIGNATIONS AND PREPARE COUNTER DESIGNATIONS (2.2); REVIEW APEX DESIGNATIONS (.7) . |
| HEANEY CM | 05/10/10 | 2.80 | | REVIEW DOCKET AND DRAFT, EDIT/REVISE COUNTER DESIGNATIONS TO LG APPEAL (2.8). |
| HEANEY CM | 05/11/10 | 1.40 | | REVIEW DOCKET RE: UPDATES TO APEX COUNTER-DESIGNATION (.6); REVIEW AND UPDATE COUNTER-DESIGNATIONS FOR LG (.8). |
| HEANEY CM | 05/12/10 | 0.90 | | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH CLAIMS ISSUES (.4); COORDINATE WITH THIRD PARTIES RE: FILE OF LG DESIGNATIONS (.1); REVIEW LG DESIGNATIONS FOR ADDITIONAL DOCUMENTS (.4). |
| HEANEY CM | 05/14/10 | 0.90 | | REVIEW APPEALS DOCKETS RE: UPDATES TO CASE FILE (.3); UPDATE CALENDAR RE: DEADLINES FOR BRIEFING SCHEDULED TO APPEALS (.3); REVIEW APEX DOCUMENTS FOR COUNTER-DESIGNATIONS (.3). |
| HEANEY CM | 05/17/10 | 3.90 | | REVIEW VARIOUS INSURANCE POLICIES FOR BACKGROUND INFORMATION FOR PREPARATION OF D&O NOTIFICATION LETTERS (3.9). |
| HEANEY CM | 05/19/10 | 0.60 | | REVIEW DOCKET AND CASE FILES RE: STATUS AND DEADLINES FOR VARIOUS DISTRICT COURT APPEALS (.6). |
| HEANEY CM | 05/20/10 | 0.30 | | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEAL CASE FILES (.3). |
| HEANEY CM | 05/21/10 | 0.40 | | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO VARIOUS APPEALS MATTERS (.4). |
| HEANEY CM | 05/25/10 | 0.40 | | REVIEW DISTRICT COURT APPEALS DOCUMENTS RE: UPDATES TO CASE FILES AND CALENDAR (.4). |
| HEANEY CM | 05/26/10 | 1.90 | | REVIEW SCHIMENTI NOTICE OF APPEAL AND BACKGROUND DOCUMENTS FOR PREPARATION OF COUNTER-DESIGNATIONS (1.2); ASSIST ATTORNEYS WITH PREPARATION OF PARAMOUNT BRIEFING (.7). |
| HEANEY CM | 05/27/10 | 1.40 | | REVIEW DISTRICT COURT DOCKET RE: UPDATES TO VARIOUS APPEALS MATTERS (.3); ASSIST ATTORNEYS WITH PREPARATION OF ANSWERING BRIEF IN PARAMOUNT APPEAL (1.1). |
| | | **23.60** | | |
| **Total Legal Assistant** | | **44.90** | | |

B43E

| DELACRUZ SP | 05/04/10 | 0.60 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT.  NATIVE FILE LOAD. |
|---|---|---|---|
| DELACRUZ SP | 05/12/10 | 1.00 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT.  NATIVE FILE LOAD; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GEN LIT. NATIVE FILE EXPORT. |
| DELACRUZ SP | 05/14/10 | 1.50 | CONVERT DATA IN CIRCUIT CITY/REVIEW - GEN LIT.  NATIVE FILE LOAD; DATA PROCESSING IN CIRCUIT CITY/REVIEW - GEN LIT.  NATIVE FILE EXPORT. |
| DELACRUZ SP | 05/17/10 | 1.20 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT.  LOAD CLIENT NATIVE FILES IN REVIEW DATABASE IN PREPARATION FOR PROD; LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT. LOAD CLIENT NATIVE FILES IN REVIEW DATABASE IN PREPARATION FOR PROD. |
| DELACRUZ SP | 05/18/10 | 0.50 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT.  EXPORT NATIVE FILES FOR PRODUCTION. |
| DELACRUZ SP | 05/24/10 | 0.60 | LOAD DATA INTO CIRCUIT CITY/REVIEW - GEN LIT. LOAD CLIENT NATIVE FILES TO REVIEW - GEN LIT DATABASE FOR REVIEW. |
| | | 5.40 | |

**Total Legal Assistant Specialist**     5.40

**TOTAL TIME**     <u>413.10</u>

25

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Claims Admin. (Reclamation/Trust Funds)                  Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 03/17/10 | 0.30 | REVIEW PARAMOUNT CLAIMS FOR SETTLEMENT PURPOSES (.3). |
| | | 0.30 | |
| **Total Partner** | | 0.30 | |
| KUMAR JS | 05/26/10 | 6.90 | REVIEWING PARAMOUNT'S OPENING BRIEF RE RECLAMATION APPEAL AND BEGIN DRAFTING REPLY BRIEF (6.9). |
| KUMAR JS | 05/28/10 | 0.90 | CALL RE REPLY TO PARAMOUNT RECLAMATION APPEAL (.9). |
| | | 7.80 | |
| **Total Associate** | | 7.80 | |
| **TOTAL TIME** | | **8.10** | |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 06/10/10
Creditor Meetings / Statutory Committees                          Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 05/04/10 | 0.20 | ADDRESS INITIAL AGENDA FOR 5/12 MEETING WITH COMMITTEE. |
| GALARDI GM | 05/05/10 | 0.80 | CALL WITH COMMITTEE COUNSEL RE: BOARD MEETING AND ISSUES RE: PLAN. |
| GALARDI GM | 05/10/10 | 0.80 | WORK ON MATERIALS AND PRESENTATION FOR 5/11 MEETING WITH CREDITORS RE: PLAN AND OTHER MATTERS. |
| GALARDI GM | 05/11/10 | 6.20 | MEETING WITH COMMITTEE RE: PLAN, FLAT PANEL LITIGATION PRESENTATIONS AND OTHER MATTERS; EMAILS RE: COMMITTEE MEETING UPDATES WITH CRO AND BOARD MEMBERS. |
| | | 8.00 | |
| **Total Partner** | | 8.00 | |
| FREDERICKS IS | 05/05/10 | 0.90 | PARTICIPATE IN CONFERENCE CALL W/ COUNSEL TO THE COMMITTEE RE: VARIOUS CASE RELATED ISSUES (.5) AND FOLLOW-UP TELEPHONE CALL RE: SAME (.4). |
| FREDERICKS IS | 05/06/10 | 0.80 | PREPARE DRAFT AGENDA FOR MAY 11 MEETING W/ COMMITTEE AND PARTICIPATE IN CONFERENCE CALL W/ A. SIEGEL RE: SAME (.8). |
| FREDERICKS IS | 05/10/10 | 5.20 | FINALIZE AGENDA AND REVIEW AND FINALIZE RELATED EXHIBITS/DOCUMENTS IN PREPARATION FOR MEETING W/ COUNSEL TO THE CREDITORS' COMMITTEE, CORRESPONDENCE TO AND FROM A. SIEGEL RE: SAME; AND REVIEW PITCH MATERIALS PROVIDED BY SUSSMAN GODFREY (5.2). |
| FREDERICKS IS | 05/11/10 | 10.40 | CONTINUE TO PREPARE FOR AND PARTICIPATE IN MEETINGS W/ COUNSEL TO THE CREDITORS' COMMITTEE, INCLUDING PITCHES BY VARIOUS ANTITRUST FIRMS, AND FOLLOW-UP MEETINGS W/ CRO AND DEBTORS' PROFESSIONALS (10.4). |
| | | 17.30 | |
| **Total Associate** | | 17.30 | |
| **TOTAL TIME** | | **25.30** | |

B43E

Circuit City Stores, Inc. (DIP)                    Bill Date: 06/10/10
Insurance                                          Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 05/03/10 | 1.40 | CONTINUE ADDRESSING AMERICA HOME POLICIES AND POSSIBLE CLAIMS (.6); BEGIN REVIEWING TRAVELERS INFORMATION AND EMAILS WITH COMMITTEE RE: SAME (.8). |
| GALARDI GM | 05/06/10 | 0.50 | CALLS AND EMAILS WITH P. ANDERSON RE; OLD REPUBLIC STATUS AND STIPULATION (.3); EMAILS WITH M. PAULSON RE: TRAVELERS ISSUES (.2). |
| GALARDI GM | 05/07/10 | 0.40 | WORK ON ISSUES RE: AMERICAN HOME CLAIMS AND RELATED MATTERS. |
| GALARDI GM | 05/08/10 | 2.10 | BEGIN REVIEWING INSURANCE POLICIES AND OTHER DOCUMENTS RE: INTERTAN, INC. ISSUES. |
| GALARDI GM | 05/09/10 | 1.30 | CONTINUE REVIEWING INSURANCE POLICIES (1.3). |
| GALARDI GM | 05/10/10 | 5.50 | CONTINUE WORKING ON POSSIBLE INSURANCE CLAIM RE: INTERTAN, INC. |
| GALARDI GM | 05/11/10 | 2.10 | CONTINUE TO WORK ON D&O/INTERTAN INSURANCE ISSUES AND POSSIBLE CLAIMS BASED ON FRENCH TAX ISSUES. |
| GALARDI GM | 05/12/10 | 1.20 | CALL WITH CANADIAN COUNSEL RE: NOTICE OF CIRCUMSTANCES AND CREDITORS COMMITTEE MEETING (.6); REVIEW AND COMMENT ON EMAILS RE: COMMITTEE SUBPOENA AND DOCUMENTS (.3); CALL WITH ROB FEINSTEIN RE: D&O ISSUES (.3). |
| GALARDI GM | 05/13/10 | 0.80 | CALL WITH P. ANDERSON RE: OLD REPUBLIC RECONCILIATION. |
| GALARDI GM | 05/14/10 | 2.20 | CALLS WITH COMMITTEE RE: INSURANCE ISSUES AND FOLLOW-UP WITH MONITOR (.4); WORK ON ISSUES RE: POSSIBLE NOTICE OF CIRCUMSTANCES AND FACT GATHERING RE: SAME (1.8). |
| GALARDI GM | 05/16/10 | 0.20 | REVIEW AND RESPOND TO EMAIL FROM COMMITTEE RE: TRAVELERS. |
| GALARDI GM | 05/17/10 | 2.20 | REVIEW AND PROVIDE COMMENTS ON NOTICE OF CIRCUMSTANCES (.6); CONTINUE TO INVESTIGATE FRENCH TAX ISSUE (.7); EMAILS WITH COMMITTEE COUNSEL RE: SAME (.3); CALLS AND EMAILS RE: TRAVELERS STATUS (.6). |
| GALARDI GM | 05/18/10 | 1.50 | CONTINUE TO ADDRESS INSURANCE ISSUES RE: AMERICAN HOME (.4); FOLLOW-UP RE: TRAVELERS (.2); REVIEW AND RESPOND TO COMMITTEE NOTICE RE: FRENCH TAX INSURANCE CLAIM (.5); FOLLOW-UP RE: NOTICE OF CIRCUMSNTANCES, DISCOVERY AND RELATED MATTERS (.4). |

B43E

| | | | |
|---|---|---|---|
| GALARDI GM | 05/21/10 | 0.20 | FOLLOW-UP RE: TRAVELERS SETTLEMENT AND INFORMATION REQUEST. |
| GALARDI GM | 05/24/10 | 0.10 | EMAILS RE: TRAVELERS (.1). |
| | | **21.70** | |
| REYNOLDS T | 05/12/10 | 0.40 | CALL RE FRENCH SUB AND INSURANCE ISSUES. |
| REYNOLDS T | 05/16/10 | 3.10 | REVIEW D&O POLICIES AND EMAILS RE SAME. |
| REYNOLDS T | 05/17/10 | 2.60 | CALLS RE INSURANCE; REVIEW POLICY LANGUAGE; REVIEW LETTER. |
| REYNOLDS T | 05/18/10 | 1.60 | FOLLOW UP ON LETTER RE FRENCH ISSUES. |
| REYNOLDS T | 05/21/10 | 0.40 | REVIEW CURRENT POLICIES. |
| | | **8.10** | |
| **Total Partner** | | **29.80** | |
| BAKER SK | 05/14/10 | 0.30 | DRAFT CORRESPONDENCE TO D. SHEARER REGARDING SETTLMENT OF INSURANCE LITIGATION (.3). |
| | | **0.30** | |
| BUGAY JJ | 05/07/10 | 0.60 | BEGIN TO REVIEW MATERIALS RE: FRENCH SUBSIDIARY DISSOLUTION (.6). |
| BUGAY JJ | 05/08/10 | 3.70 | RESEARCH AND DRAFT TIMELINE OF EVENTS RE: INTERTAN FRANCE SNC (3.7). |
| BUGAY JJ | 05/12/10 | 1.90 | REVISE FRENCH SUBSIDIARY CHRONOLOGY (1.9). |
| | | **6.20** | |
| FREDERICKS IS | 05/03/10 | 1.20 | REVIEW MATERIALS RELATED TO AMERICAN HOME ASSURANCE AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (1.2). |
| FREDERICKS IS | 05/06/10 | 0.40 | REVIEW MATERIALS AND PARTICIPATE IN CONFERENCE CALL RE: TRAVELERS INSURANCE MATTERS (.4). |
| FREDERICKS IS | 05/07/10 | 5.20 | REVIEW DOCUMENTS RELATED TO NOTICE OF CIRCUMSTANCES AND RELATED INSURANCE ISSUES (5.2). |
| FREDERICKS IS | 05/13/10 | 4.20 | REVIEW INSURANCE POLICIES AND RELATED DOCUMENTS IN CONNECTION WITH CANADIAN ISSUES (4.2). |
| FREDERICKS IS | 05/17/10 | 11.40 | REVIEW VARIOUS INSURANCE POLICIES AND DOCUMENTS RE: INTERTAN COMPLAINT AND NOTICE OF CIRCUMSTANCES; REVIEW AND REVISE MULTIPLE DRAFTS OF NOTICE OF CIRCUMSTANCES; PARTICIPATE IN CONFERENCE CALLS AND REVIEW CORRESPONDENCE RE: SAME; AND RESEARCH RELATED TO NOTICE AND SERVICE ISSUES (11.4). |

B43E

| FREDERICKS IS | 05/18/10 | 8.30 | CONTINUE TO REVIEW AND REVISE NOTICE TO INSURERS; RESEARCH RELATED TO NOTICE AND ADDITIONAL ADDRESSES; WORK W/ VARIOUS PERSONNELL TO ENSURE PROPER SERVICE; REVIEW COMMITTEE'S NOTICE AND UPDATE NOTICE RE: SAME; MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (8.3). |
| FREDERICKS IS | 05/19/10 | 2.40 | REVIEW AND REVISE ADDITIONAL NOTICE OF CIRCUMSTANCES AND REVIEW RELEVANT INSURANCE POLICIES RE: SAME (2.4). |
| FREDERICKS IS | 05/27/10 | 1.20 | REVIEW RESEARCH RELATED TO INSURANCE ISSUES (1.2). |
| | | **34.30** | |
| SIDHU SS | 05/14/10 | 4.60 | CONFER REGARDING INTERTAN TAX ISSUES COMPLAINT (.4); REVIEW DOCUMENTATION AND MEMORANDA REGARDING FACTS UNDERLYING INTERTAN TAX ISSUES FOR PURPOSE OF DRAFTING COMPLAINT (2.7); RESEARCH LEGAL ISSUES FOR PURPOSES OF DRAFTING COUNTS IN INTERTAN TAX ISSUES COMPLAINT AND RESEARCH APPLICABLE PRECEDENTS (1.5). |
| SIDHU SS | 05/15/10 | 4.70 | REVIEW DOCUMENTS AND MEMORANDA REGARDING INTERTAN TAX ISSUES FOR PURPOSES OF DRAFTING INTERTAN TAX ISSUES COMPLAINT (.9); DRAFT COMPLAINT REGARDING INTERTAN TAX ISSUES (3.8). |
| SIDHU SS | 05/16/10 | 1.80 | RESEARCH DELAWARE CORPORATE LAW ISSUES FOR PURPOSES OF DRAFTING INTERTAN TAX ISSUES COMPLAINT AND DRAFT SUMMARIES THEREOF. |
| SIDHU SS | 05/17/10 | 8.20 | REVISE INTERTAN TAX ISSUES COMPLAINT (2.5); REVIEW INTERTAN CERTIFICATE OF INCORPORATION FOR PROVISIONS RELEVANT TO COMPLAINT (.2); RESEARCH APPLICABLE PRECEDENT REGARDING NOTICES OF CIRCUMSTANCES FOR PURPOSE OF DRAFTING SAME (.3); DRAFT NOTICES OF CIRCUMSTANCES REGARDING SAME (.4); REVIEW DIRECTOR AND OFFICER INSURANCE POLICIES FOR PURPOSES OF DRAFTING NOTICES OF CIRCUMSTANCES (.7); REVISE NOTICES OF CIRCUMSTANCES (1.1); CONFER REGARDING REVISIONS TO NOTICES OF CIRCUMSTANCES AND ADDITIONAL NECESSARY INFORMATION (1.7); CONFER REGARDING REVISIONS TO INTERTAN TAX ISSUES COMPLAINT (.1); REVISE INTERTAN TAX ISSUS COMPLAINT (.6); REVIEW INTERTAN AND INTERTAN CANADA CORPORATE AND BOARD DOCUMENTS FOR PURPOSES OF DETERMINING INSURED DIRECTORS AND OFFICERS AND COMPILE LIST OF SAME (.6). |

B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 05/18/10 | 3.50 | REVIEW INTERTAN BOARD AND CORPORATE DOCUMENTS FOR CONTACT INFORMATION OF INSURED DIRECTORS AND OFFICERS (.8); DRAFT LIST OF APPLICABLE INSURED DIRECTORS AND OFFICERS AND LETTERS OF TRANSMITTAL FOR PURPOSES OF MAILING NOTICES OF CIRCUMSTANCES (.2); DRAFT ADDITIONAL NOTICES OF CIRCUMSTANCES REGARDING INTERTAN TAX ISSUES WITH REGARD TO CIRCUIT CITY STORES, VENTOUX, TOURMALET, AND OTHER ENTITIES (.4); REVIEW INSURANCE POLICIES OF AFOREMENTIONED ENTITIES FOR PURPOSES OF DRAFTING NOTICES OF CIRCUMSTANCES (.7); COORDINATE SUBMISSION OF NOTICES OF CIRCUMSTANCES (.2). |
| SIDHU SS | 05/27/10 | 1.60 | REVIEW CIRCUIT CITY D&O POLICIES FROM 2005-2008 FOR PURPOSES OF DRAFTING NOTICE OF CIRCUMSTANCE (1.6). |
| | | 24.40 | |
| VINE J | 05/17/10 | 1.90 | REVIEW INTERTAN, INC. BOARD MATERIALS (1.9). |
| VINE J | 05/27/10 | 2.70 | REVIEW CIRCUIT CITY BOARD & COMMITTEE MINUTES RE INTERTAN CA OR FR TAX ISSUES (2.7). |
| VINE J | 05/28/10 | 6.40 | REVIEW CIRCUIT CITY BOARD & COMMITTEE MINUTES FOR INTERTAN FOREIGN TAX ISSUE (6.4). |
| | | 11.00 | |
| **Total Associate** | | 76.20 | |
| HEANEY CM | 05/18/10 | 3.60 | EDIT/REVISE SERVICE INFORMATION IN CONNECTION WITH D&O LETTERS TO INSURANCE ISSUES (1.2); ASSIST ATTORNEY WITH VARIOUS INSURANCE ISSUES (2.4). |
| HEANEY CM | 05/19/10 | 1.40 | REVIEW ADDITIONAL BACKGROUND INFORMATION TO ASSIST ATTORNEYS WITH VARIOUS INSURANCE ISSUES (1.4). |
| | | 5.00 | |
| **Total Legal Assistant** | | 5.00 | |
| **TOTAL TIME** | | **111.00** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Leases (Real Property)**

**Bill Date:** 06/10/10
**Bill Number:** 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 05/19/10 | 0.30 | FOLLOW-UP RE: LANDLORD SETTLEMENT ISSUES (.3). |
| | | 0.30 | |
| **Total Partner** | | **0.30** | |
| LAZAROFF KA | 05/11/10 | 0.50 | ATTENTION TO LEASE DOCUMENT REQUESTS. |
| | | 0.50 | |
| SIDHU SS | 05/07/10 | 0.90 | DRAFT DOCUMENT RETENTION LETTERS REGARDING OTR SUBLEASES. |
| | | 0.90 | |
| **Total Associate** | | **1.40** | |
| **TOTAL TIME** | | **1.70** | |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Litigation (General)                                     Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 05/13/10 | 0.70 | DRAFT ORDER DISMISSING MITSUBISHI APPROVAL (.7). |
| BAKER SK | 05/18/10 | 2.30 | DRAFT SETTLEMENT AGREEMENT REGARDING INSURANCE LITIGATION (2.3). |
| | | **3.00** | |
| BUGAY JJ | 05/01/10 | 5.80 | BEGIN TO RESEARCH AND DRAFT MOTION TO DISMISS 503(B)(9) CLAIMANT APPEALS (5.8). |
| BUGAY JJ | 05/02/10 | 2.80 | CONTINUE TO RESEARCH AND DRAFT MOTION TO DISMISS 503(B)(9) APPEALS (2.8). |
| BUGAY JJ | 05/03/10 | 0.60 | VARIOUS COMMUNICATIONS RE: QUEBECOR OBJECTION, GRAPHIC COMMUNICATIONS STIPULATION, AND MOTION TO DISMISS 503(B)(9) APPEAL (.6). |
| BUGAY JJ | 05/04/10 | 4.70 | CONTINUE TO RESEARCH AND REVISE MOTION TO DISMISS 503(B)(9) APPEAL (4.7). |
| BUGAY JJ | 05/05/10 | 0.60 | REVISE GRAPHIC STIPULATION (.6). |
| BUGAY JJ | 05/06/10 | 0.60 | CALL RE: GRAPHIC STIPULATION (.3); REVISE GRAPHIC STIPULATION (.3). |
| BUGAY JJ | 05/10/10 | 0.90 | REVISE GRAPHIC STIPULATION (.9). |
| BUGAY JJ | 05/12/10 | 3.50 | REVISE GRAPHIC STIPULATION (.2); RESEARCH ISSUES RELATED TO INTEREST ON ADMINISTRATIVE EXPENSES (3.3). |
| BUGAY JJ | 05/13/10 | 0.60 | CALL W/ H. FERGUSON RE: GRAPHIC STIPULATION (.2); REVISE GRAPHIC STIPULATION (.4). |
| BUGAY JJ | 05/17/10 | 8.10 | WORK ON MOTION TO DISMISS SCHIMENTI APPEAL AS NON-FINAL (1.2); WORK ON OPPOSITION TO SCHIMENTI MOTION FOR LEAVE TO APPEAL (6.9). |
| BUGAY JJ | 05/18/10 | 3.10 | WORK ON MOTION TO DISMISS AS NON-FINAL (3.1). |
| BUGAY JJ | 05/19/10 | 6.90 | REVIEW DOCUMENTS IN CONNECTION WITH SPANSION JAPAN REJECTION DAMAGES PRODUCTION REQUEST; RESEARCH ISSUES RE: CAPS ON LEASE GUARANTY CLAIMS (1.3); WRITE MEMO RE: SAME (.4). |
| BUGAY JJ | 05/20/10 | 1.90 | WORK ON MOTION TO DISMISS LG APPEAL (1.9). |
| BUGAY JJ | 05/21/10 | 3.10 | WORK ON MOTION TO DISMISS LG APPEAL (3.1). |
| BUGAY JJ | 05/24/10 | 3.10 | WORK ON OBJECTION TO CLAIMS OF QUEBECOR (3.1). |

B43E

| | | | |
|---|---|---|---|
| BUGAY JJ | 05/26/10 | 6.20 | RESEARCH VARIOUS ISSUES RELATED TO CONFIRMATION OF PLANS (3.3); DRAFT MEMO RE: SAME (.4); REVISE QUEBECOR OBJECTION (2.5). |
| BUGAY JJ | 05/27/10 | 4.20 | WORK ON QUEBECOR OBJECTION (3.8); WORK ON PARAMOUNT APPELLATE BRIEF RESPONSE (.4). |
| BUGAY JJ | 05/28/10 | 2.40 | WORK ON PARAMOUNT APPEAL RESPONSE BRIEF (2.4). |
| | | **59.10** | |
| FREDERICKS IS | 05/03/10 | 4.30 | REVIEW AND REVISE DRAFTS OF ONKYO, MITSUBISHI AND USDR STIPULATIONS AND DRAFT SUMMARIES OF SAME FOR COMMITTEE, MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL RE: SAME, MULTIPLE TELEPHONE CALLS RE: SAME, AND WORK W/ FTI AND CC TO RECONCILE CERTAIN DISPUTES (3.1); REVIEW GAFFNEY MOTION RELATED TO INCENTIVE TASKS, WORK W/ FTI TO LOCATE MATERIALS RELATED THERETO, AND CORRESPONDENCE TO COMMITTEE RE: SAME (1.2). |
| FREDERICKS IS | 05/04/10 | 4.10 | REVIEW AND REVISE MOTION TO DISMISS APPEAL AND CONFERENCE RE: SAME (1.4); REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE FROM COUNSEL TO THE VARIOUS LITIGANTS IN THE APPEAL AND REVIEW AND REVISE CERTAIN SETTLEMENT AGREEMENTS (2.1); TELEPHONE CALL TO CHAMBERS RE: EXTENSION OF BRIEFING SCHEDULE AND CORRESPONDENCE FROM AND TO VARIOUS APPELLANTS RE: SAME (.6). |
| FREDERICKS IS | 05/05/10 | 2.30 | REVIEW MEMORANDUM RELATED TO LCD LITIGATION AND PARTICIPATE IN CONFERENCE CALL RE: SAME (.9); MUTLIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: FINALIZING ONKYO SETTLEMENT AND REVISE AND FINALIZE SAME (1.4). |
| FREDERICKS IS | 05/06/10 | 1.30 | REVIEW CORRESPONDENCE AND ATTACHMENTS INFORMALLY PROVIDED BY MITSUBISHI TO ATTEMPT TO RESOLVE THE UNDERLYING LITIGATION AND MULTIPLE CORRESPONDENCE TO AND FROM CC RE: SAME (1.3). |
| FREDERICKS IS | 05/12/10 | 4.40 | REVIEW INSURANCE MATERIALS AND OTHER INFORMATION RELATED TO POSSIBLE LITIGATION (4.4). |
| FREDERICKS IS | 05/14/10 | 6.90 | REVIEW BOARD MINUTES IN CONNECTION W/ COMMITTEE SUBPOENA (2.7); PARTICIPATE IN MULTIPLE CONFERENCE CALLS RE: CLAIMS AND CAUSES OF ACTION AND REVIEW VARIOUS CORRESPONDENCE AND DOCUMENTS RE: SAME (4.2). |
| FREDERICKS IS | 05/20/10 | 2.80 | REVIEW AND REVISE MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS LG APPEAL (2.8). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/21/10 | 2.90 | CONTINUE TO REVIEW AND REVISE MOTION TO DISMISS LG APPEAL AND CORRESPONDENCE TO D. TRACHE RE: SAME (2.4); TELEPHONE CALLS W/ D. TRACHE RE: POTENTIAL RESOLUTION AND TELEPHONE CALL TO CHAMBERS RE: EXTENSION OF BRIEFING SCHEDULE (.5). |
| FREDERICKS IS | 05/24/10 | 1.20 | REVIEW AND REVISE AND WORK W/ OPPOSING COUNSEL RE: VARIOUS MOTIONS TO DISMISS APPEALS (1.2). |
| FREDERICKS IS | 05/25/10 | 1.40 | REVIEW PARAMOUNT OPENING BRIEF AND CONFERENCE CALL RE: SAME (1.4). |
| FREDERICKS IS | 05/26/10 | 0.60 | REVIEW AND REVISE MOTION TO DISMISS LG APPEAL AND FINALIZE DRAFT (.6). |
| | | **32.20** | |
| HERRMANN DD | 05/07/10 | 2.60 | REVIEW DEMAND LETTER FROM FIRST STERLING (.3); COMMUNICATE WITH ISF RE POTENTIAL LITIGATION HOLD (.2); IDENTIFY CUSTODIANS OF POTENTIALLY RESPONSIVE DOCUMENTS (1.3); PREPARE NEXT STEPS EMAIL FOR ISF AND JML(.8). |
| HERRMANN DD | 05/10/10 | 0.90 | REVIEW SUBPOENA FROM UCC AND DISCUSS COLLECTION AND RESPONSE. |
| HERRMANN DD | 05/21/10 | 1.10 | RESEARCH RE PRIVILEGE ISSUES. |
| | | **4.60** | |
| LAZAROFF KA | 05/18/10 | 0.30 | ATTENTION TO TAX LIABILITIES ON SUBJECT PROPERTY IN PREPARATION FOR SETTLEMENT CONFERENCE WITH CC INVESTORS. |
| LAZAROFF KA | 05/19/10 | 1.20 | ATTENTION TO CC INVESTORS CLAIMS ISSUES. |
| LAZAROFF KA | 05/21/10 | 0.50 | TELECONFERENCE AND CORRESPONDENCE WITH THE COMPANY REGARDING CC INVESTORS TAX ISSUES. |
| LAZAROFF KA | 05/24/10 | 0.20 | ATTENTION TO CC INVESTORS CLAIMS ISSUES. |
| | | **2.20** | |
| LIBERI JM | 05/03/10 | 3.20 | DRAFT/REVISE NOTICE OF SETTLEMENT RE: SLAM BRANDS (0.3); REVIEW PROPOSED REPLIES TO CREDITOR RESPONSES TO 70TH OMNIBUS OBJECTION (0.5); RESPOND TO CREDITORS' COMMITTEE INFORMATION REQUESTS (0.5); REVIEW DOCUMENTS AND PREPARE FOR CONFERENCE CALL RE: CLAIMS MATTERS (1.1); CONFERENCE CALL RE: CLAIMS MATTERS (0.8). |

B43E