**EXHIBIT D-3**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| LIBERI JM | 05/04/10 | 1.70 | REVIEW DOCUMENTS AND INFORMATION RE: RESPONSES TO US SIGNS DISCOVERY REQUESTS (0.6); CORRESPOND WITH COUNSEL TO MINER FLEET SEEKING ADDITIONAL INFORMATION RE: ASSERTED CLAIMS (0.3); REVIEW ADDITIONAL DATA PROVIDED RE: CLAIMS (0.4); REVIEW CORRESPONDENCE FROM INSURERS RE: POTENTIAL CLAIMS (0.4). |
| LIBERI JM | 05/10/10 | 9.20 | REVIEW SUBPOENA SERVED ON DEBTORS BY UNSECURED CREDITORS' COMMITTEE (0.4); BEGIN COORDINATING SUBPOENA RESPONSES (1.4); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: UNIVERSAL FIXTURES (0.5); COMMUNICATE WITH COUNSEL FOR UNIVERSAL FIXTURES (0.2); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: SEGA (0.5); COMMUNICATE WITH COUNSEL FOR SEGA (0.2); REVIEW DATA PROVIDED BY COUNSEL FOR MINER FLEET RE: CLAIMS ISSUES (0.4); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: MINER FLEET (0.4); COMMUNICATE WITH COUNSEL FOR MINER FLEET (0.2); REVIEW STATUS OF RESPONSES TO 70TH OMNIBUS OBJECTION RE: REVISED PROPOSED ORDER (0.4); REVIEW LETTER FROM COUNSEL RE: LITIGATION HOLD MATTERS (0.4); REVIEW BACKGROUND RE: PENDING LITIGATION (0.8); COMMUNICATE WITH LITIGATION TECHNOLOGY PERSONNEL RE: COMMENCING LITIGATION HOLD (0.5); DRAFT LITIGATION HOLD COMMUNICATIONS AND FOLLOW UP WITH CUSTODIANS (2.9). |
| LIBERI JM | 05/11/10 | 7.50 | COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS MATTERS (0.3); REVIEW AND CONFIRM INFORMATION PROVIDED BY COUNSEL FOR MOTOROLA (0.6); REVIEW RESPONSES TO 70TH OMNIBUS OBJECTION RE: HUMAN RESOURCES MATTERS (0.4); RESEARCH EMPLOYEE CLAIMS AND RESPONSES TO OMNIBUS OBJECTIONS (0.9); REVIEW DOCUMENTS RE: RESPONSE TO CREDITORS' COMMITTEE SUBPOENA (2.8); COORDINATE COLLECTION, REVIEW AND PRODUCTION OF DOCUMENTS TO CREDITORS' COMMITTEE (2.2); DRAFT CORRESPONDENCE RE: DOCUMENT PRODUCTION (0.3). |

| | | | |
|---|---|---|---|
| LIBERI JM | 05/12/10 | 9.40 | DRAFT AND SERVE RESPONSES AND OBJECTIONS TO UNSECURED CREDITORS' COMMITTEE SUBPOENA (2.2); REVIEW DOCUMENTS IN RESPONSE TO COMMITTEE SUBPOENA (3.4); COORDINATE COLLECTION, REVIEW AND PRODUCTION OF DOCUMENTS (1.3); REVIEW NEW SUBPOENA SERVED UPON DEBTORS BY UNSECURED CREDITORS' COMMITTEE (0.3); BEGIN COORDINATING RESPONSES TO NEW SUBPOENA (0.8); REVIEW NOTICE OF STATUS CONFERENCE RE: CALIFORNIA EMPLOYMENT LITIGATION (0.3); REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.3); REVIEW PREFERENCE ANALYSES RE: POTENTIAL PREFERENCE PAYMENT TARGETS (0.8). |
| LIBERI JM | 05/13/10 | 6.90 | COORDINATE COLLECTION, REVIEW AND PRODUCTION OF DOCUMENTS IN RESPONSE TO COMMITTEE SUBPOENAS (2.3); REVIEW DOCUMENTS RE: COMMITTEE DOCUMENT PRODUCTION (3.4); REVIEW STATUS OF CREDITOR RESPONSES TO OMNIBUS OBJECTIONS (0.7); REVIEW CASE CALENDAR RE: FILING DEADLINES (0.2); REVIEW DRAFT DEMAND LETTERS (0.3). |
| LIBERI JM | 05/14/10 | 7.60 | COORDINATE COLLECTION, REVIEW AND PRODUCTION OF DOCUMENTS RE: COMMITTEE SUBPOENAS (2.1); REVIEW DOCUMENTS RE: COMMITTEE PRODUCTION (2.8); CONFERENCE CALL RE: PRODUCTION MATTERS (0.5); COMMUNICATE WITH COUNSEL FOR GENERAL INSTRUMENT RE: SETTLEMENT MATTERS (0.3); REVISE DRAFT SETTLEMENT AGREEMENT RE: GENERAL INSTRUMENT (0.6); RESEARCH INSURANCE POLICY ISSUES (0.6); DRAFT AND SERVE RESPONSES TO COMMITTEE SUBPOENA (0.7). |
| LIBERI JM | 05/15/10 | 4.20 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENAS (1.5); COMMUNICATE WITH COMMITTEE COUNSEL RE: SUBPOENA REQUESTS (0.3); REVIEW BACKGROUND DOCUMENTS RE: POTENTIAL CLAIMS FOR COMPLAINT (2.4). |
| LIBERI JM | 05/16/10 | 4.40 | REVIEW BACKGROUND DOCUMENTS RE: COMPLAINT (0.5); RESEARCH POTENTIAL CLAIMS AND CAUSES OF ACTION RE: COMPLAINT (2.3); BEGIN REVIEW AND REVISIONS OF DRAFT COMPLAINT (1.6). |
| LIBERI JM | 05/17/10 | 8.20 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENAS (1.5); REVIEW AND REVISE DRAFT COMPLAINT (3.8); RESEARCH POTENTIAL CLAIMS RE: COMPLAINT (1.4); REVIEW NOTICE OF FACTS AND CIRCUMSTANCES RE: POTENTIAL INSURANCE CLAIMS (0.5); REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.4); REVIEW DOCUMENTS RE: LOCATION OF CONTACT ADDRESSES FOR SERVICE PURPOSES (0.6). |

| | | | |
|---|---|---|---|
| LIBERI JM | 05/18/10 | 9.60 | REVIEW AND REVISE DRAFT COMPLAINT (1.8); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY MATTERS (0.4); ANALYZE POTENTIAL CLAIMS RE: INSURANCE ISSUES (1.7); REVIEW DOCUMENTS AND ANALYZE CLAIMS ASSETED BY CC INVESTORS (1.4); ATTEMPT TO CONFIRM ALLEGATIONS OF CC INVESTORS RE: TAX MATTERS AND CONSTRUCTION COSTS (1.8); REVIEW DOCUMENTS RE: TAX MATTERS (1.7); REVIEW AND COMMENT ON DRAFT LETTERS (0.8). |
| LIBERI JM | 05/19/10 | 5.40 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENAS (0.6); COORDINATE REVIEW AND PRODUCTION OF DOCUMENTS (0.5); DRAFT TRANSMITTAL LETTER RE: DOCUMENT PRODUCTIONS (0.2); REVISE DRAFT SETTLEMENT AGREEMENT RE: UNIV. FIXTURE AND DISPLAY (0.4); COMMUNICATE WITH COUNSEL FOR UNIV. FIXTURE RE: SETTLEMENT MATTERS (0.2); COMMUNICATE WITH COUNSEL FOR US SIGNS RE: HEARING AND SETTLEMENT MATTERS (0.3); WORK ON DOCUMENT DATABASE ISSUES (0.6); RESEARCH ALLEGATIONS MADE IN RESPONSES TO OMNIBUS OBJECTIONS (1.1); REVIEW CREDITOR DISCOVERY SERVED UPON DEBTORS (0.7); REVIEW PREFERENCE ANALYSES RE: POTENTIAL LITIGATION TARGETS (0.8). |
| LIBERI JM | 05/20/10 | 6.00 | REVIEW CORRESPONDENCE RE: PENDING LITIGATION AND NOTICE TO DEBTORS RE: FUTURE DISCOVERY (0.4); REVIEW BACKGROUND RE: CLAIMS AND MATTERS AT ISSUE IN PENDING LITIGATION (0.6); RESEARCH CUSTODIANS POTENTIALLY SUBJECT TO LITIGATION HOLD (0.8); DRAFT CORRESPONDENCE RE: LITIGATION HOLD (0.6); REVIEW CORRESPONDENCE FROM CUSTODIANS RE: RECORDS AND DOCUMENTS (1.7); CONSIDER GROUNDS FOR OBJECTION TO TAX CLAIMS (0.8); FOLLOW UP ON DEBTORS' REQUESTS FOR FURTHER INFORMATION IN SUPPORT OF UNSUPPORTED CLAIMS (1.1). |
| LIBERI JM | 05/21/10 | 6.10 | REVIEW AND ORGANIZE RECORDS RECEIVED IN RESPONSE TO DOCUMENT PRODUCTION REQUESTS (2.4); WORK ON PRODUCTION DATABASE ISSUES (0.8); FOLLOW UP WITH CUSTODIANS RE: LITIGATION HOLD ISSUES (0.7); REVIEW DOCUMENTS RECEIVED FROM DEBTORS' FINANCIAL INSTITUTIONS RE: PRIOR PAYMENT MATTERS (1.3); REVIEW CORRESPONDENCE FROM INSURERS RE: POTENTIAL CLAIMS AND CAUSES OF ACTION (0.4); RESEARCH ALLEGATIONS IN CORRESPONDENCE FROM INSURERS (0.5). |

| | | | |
|---|---|---|---|
| LIBERI JM | 05/24/10 | 6.00 | DRAFT CONTESTED MATTER STATUS UPDATES FOR CORRESPONDENCE RE: INSURANCE MATTERS (1.8); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS AND SETTLEMENT MATTERS (0.4); RESEARCH TREATMENT OF ASSERTED CLAIMS POTENTIALLY COVERED BY INSURANCE POLICIES (2.4); REVIEW FACTS AND CIRCUMSTANCES RE: CLAIMS ASSERTED BY CC INVESTORS ALLEGEDLY RELATING TO PROPERTY REPAIRS (0.9); FOLLOW UP WITH CUSTODIANS RE: LITIGATION HOLD MATTERS (0.5). |
| LIBERI JM | 05/25/10 | 2.60 | REVIEW PREFERENCE ANALYSES RE: POTENTIAL PREFERENCE TARGETS (0.8); COMMUNICATE WITH COUNSEL FOR MINER FLEET RE: CLAIMS SETTLEMENT (0.4); REVISE DRAFT SETTLEMENT AGREEMENT RE: MINER FLEET (0.5); DRAFT NOTICE OF SETTLEMENT (0.4); CORRESPOND WITH DEBTORS RE: PROPOSED SETTLEMENT (0.2); FINALIZE AND FILE SETTLEMENT RE: MINER FLEET (0.3). |
| LIBERI JM | 05/26/10 | 4.90 | FOLLOW UP WITH CUSTODIANS RE: LITIGATION HOLD REQUESTS (0.7); CONSIDER RESPONSES TO 70TH OMNIBUS OBJECTION AND POTENTIAL CONSENSUAL RESOLUTIONS (1.5); REVIEW CORRESPONDENCE FROM INSURERS RE: POTENTIAL CLAIMS (0.5); REVIEW CASE CALENDAR RE: RESPONSE DEADLINES (0.2); BEGIN PREPARING INITIAL DISCLOSURES RE: CC INVESTORS ADVERSARY PROCEEDING (1.4); CONSULT DEBTORS RE: INITIAL DISCLOSURE ISSUES (0.6). |
| LIBERI JM | 05/27/10 | 5.20 | REVIEW STATUS OF SETTLEMENT DISCUSSIONS RE: PENDING MATTERS (0.6); FOLLOW UP ON DEBTOR DEMAND LETTERS RE: RECEIVABLES (1.4); REVIEW DOCUMENTS RE: BOARD ISSUES (2.8); REVIEW DRAFT DEMAND LETTERS (0.4). |
| LIBERI JM | 05/28/10 | 2.70 | REVIEW DOCUMENTS RE: BOARD MATTERS AND RELATED ISSUES (2.4); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY PROCEEDING MATTERS (0.3). |
| | | 110.80 | |
| SIDHU SS | 05/03/10 | 1.10 | REVIEW DOCUMENTATION REGARDING CLAIM OF WEIDLER CLASS AND APPLICABLE PRECEDENT FOR PURPOSES OF DRAFTING SETTLEMENT AGREEMENT; RESEARCH FOR PURPOSES OF ANALYZING CLAIMS OF SAP (.5); REVIEW DOCUMENTATION REGARDING CLAIMS OF ETON FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.2). |

B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 05/04/10 | 2.20 | DRAFT SETTLEMENT REGARDING CLAIMS OF WEIDLER CLASS (.9); DRAFT ADVERSARY COMPLAINT REGARDING ETON CLAIMS (.7); RESEARCH BANKRUPTCY CODE AND RULES FOR PURPOSES OF ANALYZING CLAIMS OF SAP (.6). |
| SIDHU SS | 05/06/10 | 1.80 | DRAFT ADVERSARY COMPLAINT REGARDING CLAIMS OF MICROSOFT CORPORATION (1.8). |
| SIDHU SS | 05/07/10 | 0.40 | REVIEW AND REVISE SETTLEMENT REGARDING CLAIMS OF WEIDLER CLASS. |
| SIDHU SS | 05/10/10 | 0.30 | REVISE ADVERSARY COMPLAINT REGARDING MICROSOFT CLAIMS (.2); REVIEW ADVERSARY COMPLAINT REGARDING ETON CLAIMS (.1). |
| SIDHU SS | 05/12/10 | 0.70 | REVISE WEIDLER SETTLEMENT AGREEMENT AND DRAFT NOTICE OF SETTLEMENT (.7). |
| SIDHU SS | 05/14/10 | 0.50 | REVIEW AND REVISE WEIDLER SETTLEMENT DRAFT AND NOTICE DRAFT (.3); REVIEW MICROSOFT CLAIMS, DOCUMENTATION, AND ENTITY STRUCTURE FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.2). |
| SIDHU SS | 05/18/10 | 0.10 | REVISE MICROSOFT ADVERSARY COMPLAINT (.1). |
| SIDHU SS | 05/19/10 | 7.00 | REVIEW CIRCUIT CITY STORES AND AFFILIATES INSURANCE POLICIES FOR PURPOSES OF DRAFTING NOTICE OF CIRCUMSTANCES (1.5); REVIEW MEMORANDUM REGARDING FRENCH TAX ISSUES FOR PURPOSES OF DRAFTING NOTICE OF CIRCUMSTANCES (.1); REVIEW CIRCUIT CITY STORES AND AFFILIATES CORPORATE RECORDS AND FILINGS TO DETERMINE DIRECTORS AND OFFICERS RELEVANT TO NOTICE OF CIRCUMSTANCES (2.9); DRAFT OBJECTION REGARDING GOWLINGS MOTION TO LIFT FEE CAP (1.3); DRAFT AND REVISE NOTICE OF CIRCUMSTANCES REGARDING CIRCUIT CITY STORES AND AFFILIATES (.9); CONFER REGARDING REVISIONS TO NOTICE OF CIRCUMSTANCES (.3). |
| SIDHU SS | 05/31/10 | 1.20 | REVIEW AND REVISE OBJECTION TO GOWLINGS MOTION TO LIFT FEE CAP. |
| | | 15.30 | |
| **Total Associate** | | **227.20** | |
| INGRAM CH | 05/11/10 | 1.30 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: CALL RE PRODUCTION NEEDED (.2); CONF W/LA RE ASSISTING ON SAME (.2); WORK ON PRODUCTION PREPARATION (.9). |
| INGRAM CH | 05/14/10 | 1.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: PRODUCTION PREPARATION AND/OE CREATION FOR DO AND TAN PRODUCTIONS. |

| | | | |
|---|---|---|---|
| INGRAM CH | 05/17/10 | 0.30 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: PREPARE FILES FOR INCLUSION TO PRODUCTION DATABASE. |
| INGRAM CH | 05/18/10 | 0.80 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: UPDATE PRODUCTION DATABASE W/DO AND TAN PRODUCTIONS. |
| INGRAM CH | 05/19/10 | 0.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: ADDITION OF MORE FILES RECEIVED TO REVIEW DATABASE FOR TAN PRODUCTION PREPARATION AND CONFER W/LEGAL ASSISTANTS ON SAME. |
| INGRAM CH | 05/24/10 | 0.50 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: CORRESPOND W/M FRIEL RE RECENT CASE PRODUCTIONS; UPDATE PRODUCTION DATABASE RE TAN DOCUMENTS. |
| | | 5.30 | |
| **Total Client Specialist** | | **5.30** | |
| FRIEL ML | 05/13/10 | 1.70 | DISCUSSIONS WITH LEGAL TECHNOLOGY DEPARTMENT REGARDING PRODUCTION OF DOCUMENTS RELATING TO 2 SUBPOENAS (0.6); COORDINATE THE LOADING OF PDF DOCUMENTS INTO THE REVIEW DATABASE IN ANTICIPATION OF PRODUCTION (0.6); SEARCH IN REVIEW AND PRODUCTION DATABASES FOR DOCUMENTS INCLUDED IN FIRST PRODUCTION REGARDING CC DO PRODUCTION (0.5). |
| FRIEL ML | 05/14/10 | 4.10 | REVIEW AND COPY ORIGINAL CORPORATE MINUTE BOOKS IN PREPARATION FOR DOCUMENT PRODUCTION (1.2); COORDINATE COPIES OF ADDITIONAL MATERIALS BY OFFICE SERVICES (0.2); SCAN PAPER DOCUMENTS INTO DATABASE (1.2); COMMUNICATIONS WITH LEGAL TECHNOLOGY REGARDING DOCUMENT PRODUCTION (0.5); DISCUSSIONS WITH J. LIBERI REGARDING STATUS AND PROCESS OF DOCUMENT PRODUCTION (0.3); REVIEW DOCUMENT PRODUCTION CD AND PREPARE PACKAGE FOR DELIVERY VIA OVERNIGHT MAIL (0.7). |
| FRIEL ML | 05/17/10 | 0.50 | COORDINATE WITH WITH LEGAL TECHNOLOGY REGARDING THE LOADING OF PRODUCTIONS INTO DATABASE AND MONITOR SAME. |
| FRIEL ML | 05/18/10 | 0.90 | COMMUNICATE WITH LEGAL TECHNOLOGY REGARDING STATUS OF LOADING OF PRODUCTIONS INTO PRODUCTION DATABASE (0.2); PREPARE SKADTECH TICKET REGARDING ADDITIONAL DOCUMENTS TO BE PRODUCED (0.4); COMMUNICATE SAME (0.3). |
| FRIEL ML | 05/19/10 | 1.10 | COMMUNICATE WITH LEGAL TECHNOLOGY REGARDING PRODUCTION OF ADDITIONAL DOCUMENTS (0.4); PREPARE SKADTECH TICKETS REGARDING THE BATES NUMBERING AND PRODUCTION TO CD OF DOCUMENTS TO BE PRODUCED (0.7). |

| | | | |
|---|---|---|---|
| FRIEL ML | 05/24/10 | 0.70 | COMMUNICATE WITH LEGAL TECHNOLOGY DEPARTMENT REGARDING THE UPLOADING OF RECENT PRODUCTIONS INTO THE PRODUCTION DATABASE (0.3); PERFORMING SEARCHES REGARDING SAME (0.4). |
| FRIEL ML | 05/25/10 | 0.20 | COMMUNICATE WITH ATTORNEY REGARDING THE DOCUMENTS WHICH WERE LOADED INTO THE PRODUCTION DATABASE. |
| | | **9.20** | |
| HEANEY CM | 05/07/10 | 0.40 | ASSIST WITH PREPARATION FOR LITIGATION HOLDER LETTERS IN RESPONSE TO SUBPOENA (.4). |
| HEANEY CM | 05/20/10 | 2.90 | PREPARE BACKGROUND DOCUMENTS IN CONNECTION WITH LITIGATION HOLD LETTER RESPONDING TO SUBPOENA (2.9). |
| HEANEY CM | 05/21/10 | 0.70 | REVIEW LIST OF PARTIES FOR LITIGATION HOLD LETTER FOR ACCURACY (.4); ASSIST ATTORNEYS WITH PREPARATION OF LETTER (.3). |
| HEANEY CM | 05/24/10 | 2.30 | REVIEW ORGANIZE AND CATALOG RESPONSES TO LIGITATION HOLD MEMORANDUM (.9); UPDATE AND ORGANIZE CHART OF PARTIES TO MEMORANDUM (1.4). |
| HEANEY CM | 05/25/10 | 0.80 | REVIEW ORGANIZE AND CATALOG RESPONSES TO LITIGATION HOLD MEMORANDUM (.8). |
| HEANEY CM | 05/26/10 | 0.30 | REVIEW ORGANIZE AND CATALOG RESPONSES TO LITIGATION HOLD MEMORANDUM (.3). |
| | | **7.40** | |
| LAMANNA WK | 05/10/10 | 1.90 | RESEARCH ON/IN CASE/DEAL DOCUMENTS RE STATUS OF ADVERSARY PROCEEDINGS (0.5); DRAFT TABLE OF PENDING ADVERSARY PROCEEDINGS (1.4). |
| | | **1.90** | |
| MORTON LS | 05/11/10 | 3.50 | COMPILE ELECTRONIC DOCUMENTS FOR PRODUCTION TO CD (2.9); DISTRIBUTE CDS TO ATTORNEY AND REQUESTOR (.6). |
| MORTON LS | 05/19/10 | 0.90 | ASSIST WITH DOCUMENT PRODUCTION AND DELIVERY OF DOCUMENTS (.9). |
| MORTON LS | 05/24/10 | 0.70 | REVIEW EMAILS AND DOCUMENTS AND SET-UP RETENTION FOLDER (.7). |
| | | **5.10** | |
| **Total Legal Assistant** | | **23.60** | |
| **TOTAL TIME** | | **256.10** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Nonworking Travel Time                                   Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/10/10 | 1.90 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 05/12/10 | 2.00 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| | | **3.90** | |
| **Total Partner** | | **3.90** | |
| FREDERICKS IS | 05/10/10 | 1.60 | TRAVEL FROM WILMINGTON, DELAWARE TO RICHMOND, VIRGINIA (3.2). |
| FREDERICKS IS | 05/12/10 | 2.30 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE. |
| FREDERICKS IS | 05/19/10 | 2.20 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (4.4). |
| FREDERICKS IS | 05/20/10 | 2.00 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (4.1). |
| | | **8.10** | |
| **Total Associate** | | **8.10** | |
| **TOTAL TIME** | | **12.00** | |

Circuit City Stores, Inc. (DIP)                                BILL Date: 06/10/10
Reorganization Plan / Plan Sponsors                            Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/04/10 | 0.30 | REVIEW EXTENDED EMAIL RE: FEASIBILITY. |
| GALARDI GM | 05/07/10 | 1.10 | CALL WITH R. PACHULSKI RE: OPEN ISSUES (.4); FOLLOW-UP CALL RE: SAME (.3); WORK ON STRATEGY RE: CONFIRMATION, BYLAWS AND RELATED ISSUES (.4). |
| GALARDI GM | 05/18/10 | 1.40 | EMAILS AND CALLS WITH COMMITTEE COUNSEL RE: PLAN STRUCTURE ISSUES (.9); CALLS AND EMAILS RE: PLAN STRUCTURE WITH COMPANY AND DIRECTORS (.5). |
| GALARDI GM | 05/19/10 | 1.40 | REVIEW AND ANALYZE RESEARCH RE: SUCCESSOR ISSUES AND RELATED MATTERS (1.1); EMAILS WITH R. PACHULSKI RE: PLAN GOVERANCES ISSUES (.3). |
| GALARDI GM | 05/20/10 | 0.90 | REVIEW AND FOLLOW-UP ON EMAILS RE: LANDLORD PLAN SETTLEMENT (.2); BEGIN REVIEWING AND ANALYZING REVISED BY LAWS AND TRUST AGREEMENT (.7). |
| GALARDI GM | 05/21/10 | 3.80 | WORK ON JOINT PLAN ISSUES RE: BYLAWS, TRUST AGREEMENT AND ALTERNATIVE STRUCTURES. |
| GALARDI GM | 05/27/10 | 2.20 | REVIEW REVISE AND COMMENT ON PROPOSED BYLAWS, TRUST AGREEMENT (1.3); ANALYZE ISSUE WITH COMMITTEE PLAN FOR BOARD (.9). |
|  |  | **11.10** |  |
| **Total Partner** |  | **11.10** |  |
| BAKER SK | 05/12/10 | 0.20 | DRAFT CORRESPONDENCE TO J. STAHLER REGARDING CONFIRMATION HEARING (.2). |
|  |  | **0.20** |  |
| BUGAY JJ | 05/27/10 | 7.40 | REVIEW COMMITTEE'S PROPOSED LIQUIDATING TRUST AGREEEMENT, PLAN, AND BYLAWS (.4); PREPARE FOR MEETING RE: SAME (.3); ATTEND MEETING RE: SAME (1.8); PERFORM LEGAL RESEARCH CONCERNING SAME (4.9). |
|  |  | **7.40** |  |
| FREDERICKS IS | 05/06/10 | 0.80 | REVIEW PLAN OBJECTION AND RESOLUTION SUMMARY AND COMMENT ON SAME (.8). |
| FREDERICKS IS | 05/07/10 | 0.70 | PREPARE FOR AND PARTICIPATE CONFERENCE CALL W/ COUNSEL TO THE COMMITTEE RE: PLAN RESOLUTIONS AND RELATED ISSUES (.7). |

| Name | Date | Hours | Description |
|---|---|---|---|
| FREDERICKS IS | 05/19/10 | 0.80 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE RELATED TO CONFIRMATION AND OBJECTIONS THERETO AND RESEARCH RELATED TO LANDLORD OBJECTIONS (.8). |
| FREDERICKS IS | 05/20/10 | 0.30 | CONDUCT INITIAL REVIEW OF REVISED LTA AND OC BYLAWS (.3). |
| FREDERICKS IS | 05/21/10 | 1.50 | REVIEW CORRESPONDENCE FROM COUNSEL TO THE COMMITTEE AND TELEPHONE CALLS RE: SAME (.8); CONTINUE TO REVIEW REVISED BYLAWS AND TRUST AGREEMENT AND IDENTIFY OPEN ISSUES (.7). |
| FREDERICKS IS | 05/25/10 | 1.70 | WORK ON ISSUES RELATED TO LIQUIDATING TRUST AGREEMENT AND BYLAWS (1.7). |
| FREDERICKS IS | 05/26/10 | 2.70 | CONTINUE TO WORK ON ISSUES RELATED TO DISPUTES WITH THE COMMITTEE, INCLUDING REVIEWING RELEVANT MATERIALS AND PREPARING INFORMATION FOR BOARD CALL AND TELEPHONE CALLS (2.7). |
| FREDERICKS IS | 05/27/10 | 2.90 | PREPARE FOR AND PARTICIPATE IN STRATEGY CONFERENCE RE: CONFIRMATION (2.9). |
| | | **11.40** | |
| GRANT K | 05/12/10 | 0.80 | EMAILS AND DISCUSSIONS REGARDING CANADIAN PLAN ISSUES. (.8). |
| | | **0.80** | |
| KUMAR JS | 05/03/10 | 2.40 | UPDATING CHART OF CONFIRMATION OBJECTIONS AND REVISING PLAN (1.3). LEGAL RESEARCH RE FEASIBILITY IN LIQUIDATING CASES (1.1). |
| KUMAR JS | 05/04/10 | 2.90 | LEGAL RESEARCH RE FEASIBILITY REQUIREMENT IN LIQUIDATING CASES (2.9). |
| KUMAR JS | 05/06/10 | 0.30 | REVIEWING SUMMARY OF CONFIRMATION OBJECTIONS (.3). |
| KUMAR JS | 05/10/10 | 3.60 | REVISING SUMMARY OF CONFIRMATION OBJECTIONS AND CREATING SUMMARY OF OBJECTIONS (3.6). |
| KUMAR JS | 05/25/10 | 5.40 | REVISING OVERSIGHT COMMITTEE BYLAWS AND LIQUIDATING TRUST AGREEMENT AND RESEARCH RE RELATED ISSUES (5.4). |
| KUMAR JS | 05/26/10 | 0.90 | REVISING LIQUIDATING TRUST AGREEMENT AND OVERSIGHT COMMITTEE BYLAWS (.9). |
| KUMAR JS | 05/27/10 | 5.10 | CALL RE POTENTIAL STAND ALONE PLAN BY DEBTORS AND BEGIN DRAFTING SAME (4.4). REVISING LIQUIDATING TRUST AGREEMENT (.7). |
| KUMAR JS | 05/28/10 | 3.80 | DRAFTING DEBTORS' STAND ALONE PLAN (3.8). |
| | | **24.40** | |
| **Total Associate** | | **44.20** | |

**TOTAL TIME** <u>55.30</u>

B43E

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 06/10/10
Retention / Fee Matters (SASM&F)                          Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/14/10 | 0.40 | REVIEW MONTHLY INVOICE. |
| | | 0.40 | |
| **Total Partner** | | **0.40** | |
| GRANT K | 05/07/10 | 3.90 | REVIEWED AND REVISED APRIL STATEMENT OF FEES AND EXPENSES. (3.9). |
| | | 3.90 | |
| LAZAROFF KA | 05/25/10 | 1.50 | PREPARE EXHIBITS FOR 6TH SKADDEN FEE APPLICATION. |
| LAZAROFF KA | 05/26/10 | 0.90 | BEGIN DRAFTING 6TH FEE APPLICATION. |
| | | 2.40 | |
| **Total Associate** | | **6.30** | |
| **TOTAL TIME** | | **6.70** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/10/10
Retention / Fee Matters / Objections (Others)                Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/03/10 | 0.40 | ADDRESS ISSUES ON CROWE BILL. |
| GALARDI GM | 05/12/10 | 0.40 | REVIEW COMMITTEE MOTION RE: GOWLINGS CAP. |
| GALARDI GM | 05/20/10 | 0.50 | CALL WITH S. BORDERS RE: STATUS OF FTI/COMMITTEE DISPUTE (.4); REVIEW EMAILS RE: CROWE FEES (.1). |
| | | **1.30** | |
| **Total Partner** | | **1.30** | |
| FREDERICKS IS | 05/03/10 | 0.60 | TELEPHONE CALL FROM J. MARCUM RE: CONSULTING SERVICES INVOICE; REVIEW INVOICE AND CORRSPONDENCE TO NOTICE PARTIES RE: SAME (.6). |
| FREDERICKS IS | 05/04/10 | 0.20 | REVIEW INVOICE SUBMITTED BY M. MOSIER AND CORRESPONDENCE TO NOTICE PARTIES RE: SAME (.2). |
| FREDERICKS IS | 05/13/10 | 0.80 | REVIEW RESEARCH RELATED TO GOWLINGS' MOTION TO EXCEED FEE CAP AND CONFERENCE RE: SAME (.8). |
| FREDERICKS IS | 05/25/10 | 1.30 | REVIEW AND REVISE OBJECTION TO GOWLINGS' MOTION (1.3). |
| FREDERICKS IS | 05/26/10 | 1.10 | REVIEW AND REVISE UPDATED DRAFT OF GOWLINGS' OBJECTION (1.1). |
| FREDERICKS IS | 05/30/10 | 1.50 | FURTHER REVIEW AND REVISE GOWLINGS' OBJECTION (1.5). |
| | | **5.50** | |
| SIDHU SS | 05/12/10 | 3.10 | RESEARCH ISSUES REGARDING RETROACTIVE RETENTION OF COUNSEL FOR PURPOSES OF RESPONSE TO MOTION TO LIFT FEE CAP (3.1). |
| SIDHU SS | 05/13/10 | 2.40 | REVIEW GOWLING MOTIONS TO LIFT FEE CAP AND DRAFT OBJECTION IN RESPONSE. |
| SIDHU SS | 05/14/10 | 2.90 | RESEARCH ISSUES REGARDING RETROACTIVE RETENTION FOR PURPOSES OF DRAFTING OBJECTION TO REMOVAL OF FEE CAP (1.5); DRAFT OBJECTION TO GOWLINGS MOTION TO REMOVE FEE CAP (1.4)0. |
| SIDHU SS | 05/18/10 | 1.10 | RESEARCH CASE LAW DISCUSSING COURT APPROVAL OF RETAINED PROFESSIONALS FOR PURPOSES OF RESPONSE TO MOTION TO LIFT FEE CAP (.4); DRAFT OBJECTION TO GOWLINGS MOTION TO LIFT FEE CAP (.7). |

| | | | |
|---|---|---|---|
| SIDHU SS | 05/25/10 | 3.50 | CONFER REGARDING REVISIONS TO OBJECTION TO GOWLING MOTION TO LIFT FEE CAP (.2); REVISE OBJECTION TO GOWLING MOTION (3.3). |
| SIDHU SS | 05/26/10 | 3.50 | CONFER REGARDING REVISIONS TO GOWLINGS MOTION TO LIFT FEE CAP (.6); REVISE OBJECTION TO GOWLINGS MOTION TO LIFT FEE CAP (2.1); REVIEW ARSENE TAXAND MOTION FOR RETENTION FOR PURPOSES OF DRAFTING OBJECTION THERETO (.2); RESEARCH LAW REGARDING RETENTION ISSUES FOR PURPOSES OF DRAFTING OBJECTION TO ARSENE TAXAND RETENTION (.6). |
| | | 16.50 | |
| **Total Associate** | | 22.00 | |
| **TOTAL TIME** | | **23.30** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Secured Claims                                           Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/05/10 | 0.20 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING UTILITY BOND CLAIMS (.2). |
| BAKER SK | 05/17/10 | 0.60 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING DRAFT CANCELLATION NOTICES (.6). |
| BAKER SK | 05/24/10 | 0.50 | DRAFT CORRESPONDENCE TO A. SIGEL AND K. BRADSHAW REGARDING SURETY BOND CLAIMS (.2); DRAFT CORRESPONDENCE TO M. STOVER REGARDING SURETY BOND CLAIMS (.3). |
|  |  | 1.30 |  |
| **Total Associate** |  | 1.30 |  |
| **TOTAL TIME** |  | <u>1.30</u> |  |

Circuit City Stores, Inc. (DIP)                              Bill Date: 06/10/10
Tax Matters                                                  Bill Number: 1319242

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/13/10 | 1.40 | REVIEW CLAIMS OBJECTION AND RESPONSE BY NUMEROUS TAXING AUTHORITIES (.9); CALLS WITH B. WELLER RE: POSSIBLE RESOLUTION AND UPCOMING HEARING (.5). |
| GALARDI GM | 05/14/10 | 1.70 | CONTINUE WORKING ON ISSUES RE: ADMINISTRATIVE TAX CLAIMS AND 37TH OMNIBUS OBJECTION (.7); CALLS WITH STATE TAX COUNSEL (.4); REVIEW AND ANALYZE FRENCH TRANSACTION SLIDES (.6). |
| GALARDI GM | 05/19/10 | 0.40 | EMAILS RE: TAX SETTLEMENT ISSUES. |
| GALARDI GM | 05/21/10 | 0.90 | FOLLOW-UP RE: TAX SETTLEMENTS; REVIEW AND RESPOND TO EMAILS FROM B. WELLER RE: SETTLEMENT STATUS (.1). |
| GALARDI GM | 05/24/10 | 0.20 | REVIEW EMAILS RE: TAX CLAIMS AND SETTLEMENT REQUESTS. |
|  |  | **4.60** |  |
| **Total Partner** |  | **4.60** |  |
| BUGAY JJ | 05/06/10 | 1.20 | COMPLETE FINAL DRAFT OF VIRGINIA TAX OBJECTION (.8); EMAILS WITH COMPANY RE: FINAL SALES/USE TAX AMOUNTS (.4). |
|  |  | **1.20** |  |
| FREDERICKS IS | 05/06/10 | 1.80 | REVIEW AND REVISE PROPSOED SETTLEMENT AGREEMENT RE: SOUTH CAROLINA AND CORRESPONDENCE AND CONFERENCE RE: SAME (.3); PARTICIPATE IN CONFERENCE CALL W/ PWC RE: UPDATE ON CANADIAN TAX MATTERS AND FOLLOW-UP TELEPHONE CALL RE: SAME (1.2). |
| FREDERICKS IS | 05/07/10 | 1.70 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: CANADIAN AND FRENCH TAX MATTERS AND RELATED CANADIAN ISSUES AND PARTICIPATE IN FOLLOW-UP CALLS RE: SAME (1.7). |
| FREDERICKS IS | 05/10/10 | 0.40 | TELEPHONE CALL RE: IRS TAX UPDATE (.4). |
| FREDERICKS IS | 05/14/10 | 1.40 | REVIEW IRS SALE/LEASEBACK LEASE DOCUMENTS AND TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (1.4). |
| FREDERICKS IS | 05/21/10 | 0.70 | REVIEW MATERIALS RELATED TO OMNI 37 SETTLEMENTS AND TELEPHONE CALL W/ J. MCDONALD RE: SAME (.7). |
| FREDERICKS IS | 05/24/10 | 2.30 | REVIEW MATERIALS PROVIDE BY COUNSEL TO VARIOUS TEXAS TAXING AUTHORITIES AND REVIEW MATERIALS PROVIDED BY CC AND CONFERENCE CALL RE: SAME (1.7); TELEPHONE CALL RE: CANADIAN TAX MATTERS (.6). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 05/26/10 | 1.40 | REVIEW MATERIALS RELATED TO VARIOUS TAX CLAIMS WORK W/ CC RE: RESOLVING TAX CLAIMS (1.4). |
| | | **9.70** | |
| LIBERI JM | 05/13/10 | 0.90 | RESEARCH TAX CLAIM OBJECTION MATTERS (0.9). |
| LIBERI JM | 05/25/10 | 2.20 | RESEARCH GROUNDS FOR OBJECTION TO TAXING AUTHORITY CLAIMS (2.2). |
| LIBERI JM | 05/26/10 | 1.60 | REVIEW AND REVISE DRAFT OBJECTION TO TAX CLAIMS (1.6). |
| | | **4.70** | |
| MARSTON JP | 05/10/10 | 2.50 | DRAFT OUTLINE RE: IRS APPEAL (2.1); DISCUSS CASE WITH J. BREWSTER (.4). |
| MARSTON JP | 05/11/10 | 0.20 | CORRESPOND WITH OTHERS RE: IRS APPEAL MATTER (.2). |
| MARSTON JP | 05/12/10 | 3.20 | WORK ON IRS APPEAL. |
| MARSTON JP | 05/13/10 | 6.50 | WORK ON IRS APPEAL (6.5). |
| MARSTON JP | 05/14/10 | 5.10 | WORK ON IRS APPEAL (5.1). |
| MARSTON JP | 05/17/10 | 4.70 | WORK ON IRS APPEAL (4.7). |
| MARSTON JP | 05/18/10 | 5.30 | WORK ON IRS APPEAL (5.3). |
| MARSTON JP | 05/19/10 | 3.80 | WORK ON IRS APPEAL (3.8). |
| MARSTON JP | 05/20/10 | 6.60 | WORK ON IRS APPEAL (6.6). |
| MARSTON JP | 05/21/10 | 1.60 | WORK ON IRS APPEAL (1.6). |
| MARSTON JP | 05/24/10 | 0.50 | WORK ON IRS APPEAL (.2); CALL WITH J. MCDONALD (.3). |
| MARSTON JP | 05/25/10 | 3.70 | WORK ON IRS APPEAL (3.7). |
| MARSTON JP | 05/26/10 | 3.30 | WORK ON IRS APPEAL (3.3). |
| MARSTON JP | 05/27/10 | 5.30 | WORK ON IRS APPEAL (5.3). |
| MARSTON JP | 05/28/10 | 0.20 | CORRESPONDENCE RE: IRS APPEAL (.2). |
| | | **52.50** | |
| SIDHU SS | 05/06/10 | 0.40 | REVIEW AND REVISE SETTLEMENT REGARDING SOUTH CAROLINA TAX CLAIMS (.4). |
| SIDHU SS | 05/27/10 | 4.30 | REVISE OBJECTION TO GOWLINGS MOTION TO LIFT FEE CAPS (2.6); DRAFT OBJECTION TO ARSENE TAXAND MOTION FOR RETENTION (1.7). |
| | | **4.70** | |
| VINE J | 05/11/10 | 3.10 | REVISE MASS. TAX OBJECTION (3.1). |
| VINE J | 05/12/10 | 1.20 | REVISE MASS. TAX OBJECTION (1.2). |
| | | **4.30** | |

```
Total Associate            77.10

TOTAL TIME                 81.70
```

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 06/10/10
Utilities                                                    Bill Number: 1319242
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 05/04/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES (.4). |
| BAKER SK | 05/10/10 | 0.50 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITY COMPANIES REGARDING FINAL ACCOUNT BALANCES (.5). |
| BAKER SK | 05/18/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES (.4). |
| BAKER SK | 05/20/10 | 0.20 | TELEPHONE CALL WITH REP OF CITY OF TORRANTS REGARDING UTILITIES (.2). |
| BAKER SK | 05/21/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITY COMPANIES REGARDING FINAL ACCOUNT BALANCES (.4). |
| BAKER SK | 05/25/10 | 0.70 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES (.7). |
| | | 2.60 | |
| **Total Associate** | | 2.60 | |
| **TOTAL TIME** | | **2.60** | |
| | | | |
| **CLIENT TOTAL** | | **1,118.80** | |