**EXHIBIT D-4**

**(Detail of Time Billed)**

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 07/13/10
General Corporate Advice                                 Bill Number: 1322134
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 05/25/10 | 0.30 | EMAILS WITH BOARD MEMBERS AND OFFICERS RE: UPCOMING BOARD MEETING AND TROPICS. |
| GALARDI GM | 06/01/10 | 3.10 | REVIEW REVISE AND FINALIZE SUPPLEMENTAL MATERIALS FOR BOARD CALL (2.2); BOARD CALL RE: OUTSTANDING ISSUES WITH COMMITTEE AND STRATEGY (.9). |
| GALARDI GM | 06/05/10 | 0.20 | EMAILS WITH BOARD MEMBERS RE: COMMITTEE STATUS AND BOARD CALL (.2). |
| GALARDI GM | 06/07/10 | 1.40 | PREPARE FOR AND ATTEND BOARD MEETING (1.1); REVIEW RESEARCH RE: INDEMNIFICATION ISSUES (.3). |
| GALARDI GM | 06/15/10 | 0.30 | UPDATE RE: BOARD MEETING. |
| GALARDI GM | 06/16/10 | 0.60 | DRAFT AND SEND EMAIL TO BOARD RE: COURT HEARING AND STATUS OF COMMITTEE NEGOTIATIONS. |
| GALARDI GM | 06/18/10 | 0.90 | BOARD CALL RE: STATUS AND ISSUES WITH COMMITTEE. |
| GALARDI GM | 06/21/10 | 1.10 | REVIEW CERTAIN MINUTES (.6); CALL WITH ELLIOT WAHLE (.5). |
| GALARDI GM | 06/22/10 | 2.30 | REVIEW AND BEGIN COMMENTING ON BOARD MEMO RE: PLAN AND RELATED ISSUES (1.4); BOARD CALL RE: PLAN AND RELATED ISSUES (.9). |
| GALARDI GM | 06/23/10 | 4.90 | REVIEW, REVISE AND FINALIZE BOARD MEMO RE: PLAN AND RELATED ISSUE (3.2); BOARD CALL WITH CC BOARD (.8); BOARD CALL WITH INTERTAN AND VENTOUX BOARDS (.9). |
| GALARDI GM | 06/25/10 | 0.70 | CALL WITH J. MARCUM AND D. KORNSTEIN RE: STATUS AND OTHER ISSUES (.7). |
| GALARDI GM | 06/27/10 | 0.90 | BOARD CALL RE: STATUS AND NEXT STEPS. |
| GALARDI GM | 06/29/10 | 0.10 | EMAILS WITH DIRECTOR COUNSEL (.1). |
| GALARDI GM | 06/30/10 | 1.60 | PREPARE FOR AND ATTEND BOARD MEETING. |
| | | **18.40** | |
| **Total Partner** | | **18.40** | |
| FREDERICKS IS | 06/01/10 | 2.10 | PREPARE FOR AND PARTICIPATE IN CALL WITH BOARD OF DIRECTORS (2.1). |
| FREDERICKS IS | 06/04/10 | 5.80 | REVIEW AND REVISE VARIOUS DRAFT MEETING MINUTES (2.7); REVIEW AND REVISE CC BYLAWS AND CHARTER RE: LIMITATION OF LIABILITY AND RESEARCH RELATED THERETO (3.1). |

| Name | Date | Hours | Description |
|---|---|---|---|
| FREDERICKS IS | 06/15/10 | 4.50 | CORRESPONDENCE TO AND FROM BOARD MEMBERS RE: REVISE PLAN AND RELATED DOCUMENTS (.5); REVIEW PLAN AND RELATED DOCUMENTS AND DRAFT SUMMARY OF KEY ISSUES/COMPROMISES W/ THE COMMITTEE (1.8); PREPARE FOR AND CONDUCT BOARD CALL AND FOLLOW-UP CALLS RE: SAME (2.2). |
| FREDERICKS IS | 06/21/10 | 6.30 | REVIEW AND REVISE VARIOUS BOARD MINUTES AND DRAFT BOARD MINUTES FOR RECENT BOARD MEETINGS (3.4); REVIEW AND REVISE MEMORANDUM RELATED TO VARIOUS BOARD CONSIDERATIONS (2.9). |
| FREDERICKS IS | 06/22/10 | 11.30 | CONTINUE TO DRAFT MEMORANDUM TO BOARD (9.7); PREPARE FOR AND PARTICIPATE IN BOARD CALL (1.6). |
| FREDERICKS IS | 06/23/10 | 6.60 | REVIEW, REVISE, EDIT AND UPDATE MEMO TO CC, VENTOUX AND INTERTAN BOARDS AND CONDUCT RESEARCH RE: SAME (4.1); PREPARE FOR AND PARTICIPATE IN CC BOARD CALL AND FOLLOW-UP CALLS RE: SAME (1.8); PARTICIPATE IN VENTOUX AND INTERTAN BOARD CALL (.7). |
| FREDERICKS IS | 06/29/10 | 2.30 | REVIEW AND REVISE BOARD PRESENTATION FOR UPCOMING BOARD CALL AND TELEPHONE CALL W/ K. BRADSHAW RE: SAME (2.3). |
|  |  | **38.90** |  |
| KUMAR JS | 06/22/10 | 2.60 | LEGAL RESEARCH RE MEMO TO BOARD (2.6). |
| KUMAR JS | 06/23/10 | 2.80 | LEGAL RESEARCH FOR BOARD MEMO (2.8). |
| KUMAR JS | 06/25/10 | 0.80 | RESPONDING TO AUDIT REQUEST LETTER (.8). |
| KUMAR JS | 06/28/10 | 0.60 | FINALIZING AND SENDING AUDIT LETTER RESPONSE (.6). |
|  |  | **6.80** |  |
| VINE J | 06/01/10 | 1.50 | REVISE CC BOARD AND COMMITTEE MINUTES MEMO (1.5). |
| VINE J | 06/02/10 | 1.50 | REVISE CC BOARD & COMMITTEE MINUTE REVIEW MEMO (1.5). |
|  |  | **3.00** |  |
| **Total Associate** |  | **48.70** |  |
| CAMPANA MD | 06/28/10 | 0.30 | CONTINUED WORK ON AUDIT RESPONSE LETTER. |
|  |  | **0.30** |  |
| **Total Legal Assistant** |  | **0.30** |  |
| **TOTAL TIME** |  | **67.40** |  |

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 07/13/10 |
| Asset Analysis and Recovery | | | Bill Number: 1322134 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 06/22/10 | 1.30 | RESEARCH REGARDING CIRCUIT CITY'S CLAIM IN SYNTAX BRILLIAN CASE (1.3). |
| | | **1.30** | |
| FREDERICKS IS | 06/14/10 | 3.20 | CONTINUE RESEARCH RELATED TO 503(B)/NEW VALUE DEFENSE AND WORK W/ FTI AND CC RE: UPDATED ANALYSIS RE: SAME (3.2). |
| FREDERICKS IS | 06/16/10 | 2.10 | INVESTIGATE AND CONDUCT RESEARCH RE: POTENTIAL CAUSES OF ACTION (2.1). |
| | | **5.30** | |
| **Total Associate** | | **6.60** | |
| **TOTAL TIME** | | **6.60** | |

3

B43E

```
Circuit City Stores, Inc. (DIP)                                Bill Date: 07/13/10
Asset Dispositions (Real Property)                             Bill Number: 1322134
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 06/01/10 | 1.40 | REVIEWED AND REVISED MARION ABANDONMENT MOTION (.5) AND EMAILS REGARDING SAME (.2); CONTINUED WORK ON BID PROCEDURES FOR DR1 SALE. (.7). |
| GRANT K | 06/02/10 | 2.60 | REVIEWED AND REVISED DR1 SALE MOTION AND ORDER, EMAILS REGARDING SAME (2.3); EMAILS WITH COMMITTEE COUNSEL REGARDING D. MILLER REGARDING MIRION ABANDONMENT. (.3). |
| GRANT K | 06/04/10 | 1.20 | CONTINUED WORK ON DR1 BID PROCEDURES AND SALE MOTION AND ORDER. (1.2). |
| GRANT K | 06/07/10 | 1.50 | DISCUSSIONS REGARDING MARION ABANDONMENT (.3); REVISED DRAFT OF DR1 SALE DOCUMENTS. (1.2). |
| GRANT K | 06/09/10 | 0.40 | EMAILS WITH REAL ESTATE COUNSEL REGARDING FLORENCE SALE. (.4). |
| GRANT K | 06/10/10 | 0.90 | DISCUSSIONS WITH M. PRUITT AND J. LEININGER REGARDING HEADQUARTERS SALE (.5); REVIEWED REVISED DEAL DOCUMENTS REGARDING SAME. (.3). |
| GRANT K | 06/11/10 | 0.90 | REVIEWED CONTRACT FOR SALE OF FLORENCE PROPERTY AND EMAILS REGARDING SAME (.4); REVIEWED PURCHASER COMMENTS TO SALE ORDER FOR HEADQUARTERS PROPERTY, AND DISCUSSIONS WITH M. PRUITT REGARDING SAME. (.5). |
| GRANT K | 06/14/10 | 0.30 | EMAILS WITH M. PRUITT REGARDING DR1 LAND SALE. (.3). |
| GRANT K | 06/15/10 | 2.00 | CONTINUED DISCUSSIONS WITH M. PRUITT AND J. LEININGER REGARDING DR1 LAND SALE (.6); REVISION AND REVIEW OF PLEADINGS AND DEAL DOCUMENTS REGARDING SAME. (1.4). |
| GRANT K | 06/18/10 | 1.00 | DISCUSSIONS WITH M. PRUITT REGARDING DR1 SALE (.3); REVIEWED AND REVISED PLEADINGS AND DEAL DOCUMENTS REGARDING SAME (.3); REVIEWED PURCHASER COMMENTS TO SARASOTA CONTRACT AND EMAILS WITH M. GUNLOCK REGARDING SAME. (.4). |
| GRANT K | 06/25/10 | 0.30 | DISCUSSIONS REGARDING ABANDONMENT OF MARION PROPERTY. (.3). |
|  |  | **12.50** |  |
| LAZAROFF KA | 06/01/10 | 4.00 | REVIEW AND REVISE DR1 BIDDING PROCEDURES AND SALE MOTION (2.6); DRAFT MARION ABANDONMENT MOTION AND ORDER (1.4). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 06/02/10 | 2.90 | CONTINUE DRAFTING AND REVISING DR1 SALE MOTION AND ORDER (2.6); REVIEW AND REVISE MARION ABANDONMENT MOTION (.3). |
| LAZAROFF KA | 06/03/10 | 0.50 | ATTENTION TO DR1 SALE ISSUES. |
| LAZAROFF KA | 06/07/10 | 0.30 | ATTENTION TO MARION ABANDONMENT ISSUES RAISED BY UCC AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 06/08/10 | 0.40 | TELECONFERENCE AND OTHER ATTENTION TO MARION ABANDONMENT ISSUES (.2); CORRESPONDENCE REGARDING SALE OF FLORENCE, SC PROPERTY (.2). |
| LAZAROFF KA | 06/10/10 | 0.40 | REVIEW AND REVISE DR1 BID PROCEDURES. |
| LAZAROFF KA | 06/11/10 | 0.20 | REVIEW AND REVISE DR1 SALE ORDER. |
| LAZAROFF KA | 06/14/10 | 0.30 | REVIEW SARASOTA PURCHASE AGREEMENT (.2); REVISE DR1 BID PROCEDURES (.1). |
| LAZAROFF KA | 06/15/10 | 1.40 | UPDATE AND REVISE DR1 SALE MOTION, ORDER AND BID PROCEDURES. |
| LAZAROFF KA | 06/18/10 | 0.30 | REVISE DR1 SALE MOTION, ORDER AND BID PROCEDURES. |
| LAZAROFF KA | 06/28/10 | 0.20 | DRAFT SUMMARY OF FLORENCE, SC SALE FOR CREDITORS' COMMITTEE. |
| LAZAROFF KA | 06/29/10 | 0.10 | ATTENTION TO SARASOTA, FL SALE ISSUES. |
| LAZAROFF KA | 06/30/10 | 0.10 | TELECONFERENCE WITH CITY OF MARION REGARDING ABANDONMENT OF PROPERTY. |
| | | 11.10 | |
| **Total Associate** | | **23.60** | |
| **TOTAL TIME** | | <u>**23.60**</u> | |

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 07/13/10
Automatic Stay (Relief Actions)                         Bill Number: 1322134


NAME                  DATE        HOURS  DESCRIPTION

BAKER SK              06/10/10    0.30   REVIEW G. MCCALL MOTION TO LIFT STAY
                                         (.3).

                                  0.30

Total Associate                   0.30

TOTAL TIME                        0.30
                                  ====
```

```
                                                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                        Bill Date: 07/13/10
Business Operations / Strategic Planning               Bill Number: 1322134


NAME            DATE        HOURS    DESCRIPTION

GALARDI GM      06/01/10     0.40    FOLLOW-UP RE: CANADIAN BAR DATE AND CC
                                     CLAIMS.

GALARDI GM      06/03/10     1.70    WORK ON CANADIAN AMALGAMATION ISSUES
                                     AND RELATED PLAN MATTERS AND
                                     CONFIRMATION TIMING (.6); CALLS WITH
                                     CANADIAN ADVISERS RE: SAME (.6); REVIEW
                                     EXTENDED EMAIL RE: TAX ISSUES ON
                                     PROPOSED CRA RULING (.5).

GALARDI GM      06/07/10     0.80    CALL RE: CANADIAN TAX RESTRUCTURING.

GALARDI GM      06/11/10     1.30    WORK ON AMALGAMATION AND TAX ISSUES
                                     (.7); CALLS AND EMAILS WITH COMMITTEE
                                     RE: SAME (.6).

GALARDI GM      06/15/10     0.90    NUMEROUS CALLS AND EMAILS WITH
                                     COMMITTEE RE: CANADIAN AMALGAMATION
                                     (.6); FOLLOW-UP RE: SAME (.3).

GALARDI GM      06/16/10     1.60    CALL WITH CANADIAN COUNSEL RE: CRA
                                     RULING (.7); REVIEW EMAILS AND OTHER
                                     MATERIALS RE: PROPOSED CRA RULING (.6);
                                     EMAILS AND CALLS WITH COMMITTEE RE: CRA
                                     RULING (.3).

GALARDI GM      06/17/10     0.60    REVIEW, REVISE AND FINALIZE CRA REVISED
                                     RULING (.2); CALLS AND EMAILS RE: SAME
                                     (.4).

GALARDI GM      06/23/10     1.40    CALL WITH CANADIAN COUNSEL RE: STATUS
                                     AND OPEN ISSUES (.3); FOLLOW-UP CALL
                                     WITH MONITOR RE: STATUS AND APPROACH TO
                                     FRENCH TAX ISSUES (.6); CALL WITH PWC
                                     RE: SAME (.5).

GALARDI GM      06/25/10     2.20    CALLS RE: ACQUISITION OF CONTROL AND
                                     RELATED MATTERS (.6); CALL WITH FRENCH
                                     COUNSEL RE: STRATEGY (.7); CALL WITH
                                     CANADIAN COUNSEL RE: ISSUES AND
                                     STRATEGY (.4); CALL WITH MONITOR (.5).

GALARDI GM      06/28/10     0.60    CALL WITH SKADDEN FRENCH COUNSEL RE: TAX
                                     STRATEGY.

GALARDI GM      06/29/10     0.40    REVIEW EXTENSIVE EMAIL FROM SKADDEN
                                     FRENCH COUNSEL RE: TAX ISSUES AND
                                     STRATEGY.

                            11.90

Total Partner               11.90

TOTAL TIME                  11.90
```

7                                                                                          B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 07/13/10
Case Administration                                                Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 06/08/10 | 1.40 | REVIEW MOTION TO PAY ADMIN CLAIMS (.6); REVIEW AND ADDRESS COMMITTEE COMMENTS (.3); ATTEND AND REPRESENT COMPANY AT OMNIBUS HEARING RE: VARIOUS MATTERS (.5). |
| GALARDI GM | 06/23/10 | 0.40 | BEGIN PREPARING FOR HEARING (.4). |
|  |  | **1.80** |  |
| **Total Partner** |  | **1.80** |  |
| BAKER SK | 06/08/10 | 0.70 | MONITOR HEARING (.7). |
| BAKER SK | 06/11/10 | 0.20 | REVIEW DRAFT HEARING AGENDA (.2). |
| BAKER SK | 06/16/10 | 0.20 | REVIEW DRAFT OF HEARING AGENDA (.2). |
|  |  | **1.10** |  |
| FREDERICKS IS | 06/08/10 | 2.10 | PREPARE FOR AND PARTICIPATE IN OMNIBUS HEARING AND FOLLOW-UP DISCUSSIONS RE: SAME (1.4); REVIEW AND RESPOND TO MULTIPLE CASE RELATED CORRESPONDENCE (.7). |
| FREDERICKS IS | 06/09/10 | 1.90 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE AND TELEPHONE CALLS (1.9). |
| FREDERICKS IS | 06/10/10 | 1.70 | CONFERENCE CALL WITH K. BRADSHAW AND B. FOSE RE: VARIOUS CASE RELATED MATTERS (1.7). |
| FREDERICKS IS | 06/16/10 | 1.60 | PREPARE FOR AND PARTICIPATE IN CONFERENCE WITH COMMITTEE RE: HEARING AND PREPARE AND PARTICIPATE IN HEARING AND FOLLOW-UP CALL WITH D. FOLEY RE: SAME (1.6). |
| FREDERICKS IS | 06/24/10 | 4.50 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.9); PREPARE FOR AND ATTEND CONTESTED OMNIBUS HEARING AND FOLLOW-UP DISCUSSIONS RE: SAME (2.6). |
|  |  | **11.80** |  |
| KUMAR JS | 06/30/10 | 0.30 | RESPONDING TO INQUIRIES FROM VARIOUS PARTIES IN INTEREST RE CASE ADMINISTRATION ISSUES (.3). |
|  |  | **0.30** |  |
| LAZAROFF KA | 06/17/10 | 0.30 | CONNECTIONS AND DISCLOSURE RESEARCH. |
| LAZAROFF KA | 06/24/10 | 0.20 | CONNECTIONS AND DISCLOSURE RESEARCH. |
|  |  | **0.50** |  |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 06/21/10 | 0.70 | REVIEW AND COMMENT ON DRAFT AGENDA (0.4); REVIEW STATUS OF MATTERS SCHEDULED FOR HEARING (0.3). |
| | | **0.70** | |
| SIDHU SS | 06/02/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 06/04/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 06/11/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 06/22/10 | 0.30 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | **0.90** | |
| **Total Associate** | | **15.30** | |
| HEANEY CM | 06/01/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: AGENDA (.1); EDIT/REVISE HEARING AGENDA (1.2). |
| HEANEY CM | 06/02/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES AND COMMENTS TO 6-8 HEARING AGENDA (.3); OBTAIN; REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); EDIT/REVISE 6-8 HEARING AGENDA (.7). |
| HEANEY CM | 06/03/10 | 3.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES TO HEARING AGENDA (.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); EDIT/REVISE 6-8 HEARING AGENDA (1.6); OBTAIN AND ORGANIZE PLEADINGS FOR HEARING BINDERS (1.1). |
| HEANEY CM | 06/04/10 | 2.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); EDIT/REVISE 6-8 HEARING AGENDA (.4); ORGANIZE AND PREPARE PLEADINGS FOR HEARING BINDERS (1.6); REVISE BINDERS (.2); ORGANIZE, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANEY CM | 06/07/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); OBTAIN AND DISTRIBUTE ADDITIONAL DOCUMENTS FOR HEARING PREPARATION (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANEY CM | 06/08/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN AND DISTRIBUTE PLEADINGS FOR DISTRIBUTION ON THIRD PARTIES (.2); REVIEW CALENDAR RE: UPDATES FOR 6-24 HEARING MATTERS (.4). |

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 06/09/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2); EDIT/REVISE 6-16 HEARING AGENDA (.9); COORDINATE WITH THIRD PARTIES RE COMMENTS TO AGENDA (.2). | |
| HEANEY CM | 06/10/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN AND ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 6-16 HEARING AGENDA (.1); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). | |
| HEANEY CM | 06/11/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 6-16 HEARING AGENDA (.2); REVIEW DOCUMENTS FOR HEARING BINDERS (.4). | |
| HEANEY CM | 06/21/10 | 1.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: UPDATES TO HEARING AGENDA (.2); REVIEW DOCUMENTS FOR HEARING BINDERS (.4); REVIEW CALENDARS FOR UPDATES HEARING DATES AND CONTINUATION OF MATTERS (.4). | |
| HEANEY CM | 06/22/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); PREPARE DOCUMENTS FOR HEARING HEARING BINDERS (1.1); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2); COORDINATE WITH THIRD PARTIES RE: HEARING PREPARATION (.2). | |
| HEANEY CM | 06/23/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). | |
| HEANEY CM | 06/24/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3; REVIEW HEARING MATTERS FOR UPDATES TO CALENDARS (.4); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). | |
| HEANEY CM | 06/25/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). | |
| HEANEY CM | 06/28/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 7-12 HEARING AGENDA (.1). | |
| HEANEY CM | 06/29/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.2); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 7-12 HEARING AGENDA (.4); EDIT/REVISE AGENDA. | |
| HEANEY CM | 06/30/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 7-12 HEARING AGENDA (1.1); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO AGENDA (.4). | |

**21.70**

B43E

| | | | |
|---|---|---|---|
| LAMANNA WK | 06/02/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 06/04/10 | 1.50 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (1.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/08/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 06/09/10 | 6.50 | DRAFT 6/16/10 HEARING AGENDA (0.5); BEGIN DRAFT OF 6/24/10 HEARING AGENDA (3.3); REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (2.5); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/14/10 | 1.30 | EDIT/REVISE 6/24/10 HEARING AGENDA AND DISTRIBUTE. |
| LAMANNA WK | 06/16/10 | 1.60 | EDIT/REVISE 6/23/10 HEARING AGENDA INCLUDING REVIEW OF UPDATED COURT DOCKETS (1.5); TELCON WITH L. NIELSON RE: AGENDA PREPARATION (0.1). |
| LAMANNA WK | 06/17/10 | 1.70 | CONTINUE TO EDIT/REVISE 6/23/10 HEARING AGENDA. |
| LAMANNA WK | 06/18/10 | 3.70 | EDIT/REVISE 6/23/10 HEARING AGENDA AND EXHIBIT (1.5); MEET WITH I. FREDERICKS RE: AGENDA EDITS (0.2); DISTRIBUTE SAME (0.2); REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES (1.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/23/10 | 1.40 | BEGIN DRAFT OF 7/12/10 AND 7/22/10 HEARING AGENDAS; REVIEW COURT DOCKET IN MAIN CASE AND CALENDAR CRITICAL DATES. |
| LAMANNA WK | 06/24/10 | 3.80 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (3.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 06/28/10 | 1.50 | CONTINUE TO DRAFT 7/12/10 HEARING AGENDA. |
| LAMANNA WK | 06/29/10 | 3.40 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (2.4); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); REVIEW ADVERSARY PROCEEDINGS AND UPDATE STATUS CHART (0.5); EDIT/REVISE 7/12/10 HEARING AGENDA (0.8). |
| | | 26.60 | |
| **Total Legal Assistant** | | 48.30 | |
| **TOTAL TIME** | | <u>**65.40**</u> | |

**Circuit City Stores, Inc. (DIP)**  
**Claims Admin. (General)**

Bill Date: 07/13/10  
Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 06/07/10 | 0.10 | EMAILS RE: AMERICAN HOME CLAIMS. |
| GALARDI GM | 06/24/10 | 0.60 | PREPARE FOR AND REPRESENT COMPANY AT HEARING ON ADMIN CLAIM MOTION (.6). |
| GALARDI GM | 06/28/10 | 0.30 | ADDRESS ISSUES RE: PAYMENT OF PRIORITY AND OTHER CLAIMS PRIOR TO EFFECTIVE DATE (.3). |
| | | 1.00 | |
| **Total Partner** | | **1.00** | |
| BAKER SK | 06/01/10 | 8.10 | DRAFT CORRESPONDENCE TO I. CHAN REGARDING ACTIONTEC AGREEMENT (.2); TELEPHONE CALL WITH K. BARKSDALE REGARDING ACTIONTEC CLAIMS (.2); TELEPHONE CALL WITH S. O'BRIEN REGARDING DEBTORS' 76TH OMNIBUS OBJECTION (.2); TELEPHONE CALL WITH T. SAVENKO REGARDING VARIOUS ISSUES (.2); REVISE ACTIONTEC AGREEMENT (.4); TELEPHONE CALL WITH E. DAVIS REGARDING MAD CATZ LETTER (.2); REVIEW SETTLEMENT PROPOSAL FOR FUJI FILM (.3); REVIEW AND REVISE VENDOR DEMAND LETTER (6.4). |
| BAKER SK | 06/02/10 | 6.80 | TELEPHONE CALL WITH COUNSEL FOR KENSINGTON REGARDING SET OFF (.2); REVISE MICROSOFT SETTLEMENT AGREEMENT (.7); DRAFT CORRESPONDENCE REGARDING APEX SETTLEMENT (.2); REVIEW METRA ELECTRONICS MOTION FOR ALLOWANCE OF LATE FILED CLAIMS (.2); TELEPHONE CALL WITH W. PETERSON REGARDING MAD CATZ DEMAND LETTER (.2); DRAFT MEMORANDUM REGARDING RECENT SETTLEMENTS (1.4); FINALIZE APEX CONSENT MOTION FOR FILING (.4); REVIEW RECENT ORDERS AND STIPULATIONS REGARDING CHANGES TO CLAIMS REGISTER AND CLAIMS WATERFALL (1.3); TELEPHONE CALL REGARDING MITSUBISHI RECEIVABLES (.2); REVIEW CORRESPONDENCE REGARDING FUJI FILM CLAIM RECONCILIATION (.2); REVIEW DOCUMENTS TO BE PRODUCED TO VARIOUS TOSHIBA ENTITIES (1.3); DRAFT CORRESPONDENCE TO COUNSEL FOR TOSHIBA REGARDING DEMAND LETTER AND DOCUMENTS (.2); REVIEW CORRESPONDENCE REGARDING SANDISK DEMAND LETTER (.1); REVIEW JVC DEMAND LETTER (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/03/10 | 7.90 | REVIEW RECENT ORDERS REGARDING MODIFICATION TO CLAIMS WATERFALL (.6); REVISE LG SETTLEMENT AGREEMENT (1.3); TELEPHONE CALL WITH K. BARKSDALE REGARDING AMCOR CLAIMS (.2); TELEPHONE CALL WITH L. NEMEROV REGARDING PREFERENCE ANALYSIS (.2); REVIEW CORRESPONDENCE REGARDING AMERIWOOD DEMAND LETTER AND RESPOND TO SAME (.4); TELEPHONE CAL WITH COUNSEL FOR MONSTER REGARDING CLAIMS RECONCILIATION (.1); REVISE VENDOR DEMAND LETTERS (2.4); REVIEW PREFERENCE ANALYSIS FROM MAD CATZ (1.2); REVISE ACTIONTEC SETTLEMENT AGREEMENT AND DRAFT CORRESPONDENCE REGARDING SAME (.6); TELEPHONE CALL WITH COUNSEL FOR KODAK REGARDING DEMAND LETTER (.2); REVIEW IMAGINATION ENTERTAINMENT PREFERENCE DATE (.3); REVIEW AND REVISE SYLVANIA LIGHTING STIPULATION (.4). |
| BAKER SK | 06/04/10 | 8.10 | REVIEW CORRESPONDENCE REGARDING DRAFT LG SETTLEMENT AGREEMENT (.2); DRAFT NOTICE OF FCMA SETTLEMENT AND PREPARE AGREEMENT FOR FILING (.7); TELEPHONE CALL WITH A. ORTEGO REGARDING CIRCUIT CITY BANKRUPTCY CLAIMS (.1); REVISE RECENT SETTLEMENT AGREEMENTS AND ORDERS REGARDING MODIFICATIONS TO CLAIMS REGISTER AND CLAIMS WATERFALL (1.8); TELEPHONE CALL WITH B. FOSE REGARDING PIONEER DEMAND LETTER AND CLAIMS (.3); TELEPHONE CALL WITH M. WINSCHUL REGARDING PUNTO APARTE COMMUNICATIONS CLAIMS (.2); TELEPHONE CALL WITH COUNSEL FOR BOSE REGARDING PREFERENCE CLAIMS (.1); PREPARE ACTIONTEC SETTLEMENT AND NOTICE FOR FILING (.4); REVISE IMAGINATION ENTERTAINMENT SETTLEMENT AGREEMENT (.4); REVISE VENDOR DEMAND LETTERS (3.1); REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO PIONEER (.8). |
| BAKER SK | 06/07/10 | 2.70 | REVIEW DOCUMENTS PROVIDED BY INDUSTRIAPLEX IN SUPPORT OF CLAIMS (.7); COMPLETE REVIEW OF ADDITIONAL DOCUMENTS TO BE PRODUCED TO PIONEER AND DRAFT CORRESPONDENCE TO COUNSEL REGARDING SAME (.8); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (1.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/08/10 | 3.40 | REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING IMAGINATION ENTERTAINMENT AGREEMENT (.2); DRAFT CORRESPONDENCE TO T. AJMERJA REGARDING IMAGINATION ENTERTAINMENT AGREEMENT (1.); REVIEW CORRESPONDENCE FROM COUNSEL FOR SYLVANIA REGARDING CLAIMS RESOLUTION (.1); REVIEW ALLOWANCES CHANGES TO PROPOSED SETTLEMENT AGREEMENT (.8); TELEPHONE CALL WITH COUNSEL FOR LOGITECH REGARDING DEMAND LETTER (.3); DRAFT CORRESPONDENCE TO MAD CATZ REGARDING PREFERENCE EXPOSURE (.6); REVIEW CORRESPONDENCE FROM COUNSEL FOR LINKSYS REGARDING CLAIMS RECONCILIATION (.1); REVIEW AMERIWOOD PREFERENCE ANALYSIS (1.2). |
| BAKER SK | 06/09/10 | 5.40 | TELEPHONE CALL WITH L. NIELSON REGARDING DEBTORS' 50TH OMNI (.2); REVISE VENDOR DEMAND LETTERS (1.2); REVISE AVARTEC SETTLEMENT AGREEMENT (1.6); REVISE SYLVANIA SETTLEMENT AGREEMENT (.2); REVIEW AVERTEC NOTICE OF CLAIM TRANSFER (.2); REVIEW CORRESPONDENCE FROM T. AJMERA REGARDING IMAGINATION ENTERTAINMENT AGREEMENT (.1); REVISE DRAFT OF ALLIANCE SETTLEMENT AGREEMENT (.7); REVIEW SETTLEMENT OFFER FROM KINSTON TECHNOLOGIES (1.2). |
| BAKER SK | 06/10/10 | 5.80 | REVIEW FINAL AVERATEC AGREEMENT, DRAFT NOTICE AND PREPARE FOR FILING (.7); REVIEW CORRESPONDENCE FROM B. FOSE REGARDING ALLIANCE STIPULATION (.1); CONFERENCE CALL REGARDING MONSTER CLAIM RECONCILIATION (1.1); TELEPHONE CALL WITH K. MCDANIELS REGARDING LOGITECH (.2); FINALIZE MICROSOFT STIPULATION AND NOTICE FOR FILING (.7); TELEPHONE CALL WITH REPRESENTATIVE OF HAIN CAPITAL REGARDING CLAIM RECONCILIATION (.2); REVIEW CORRESPONDENCE REGARDING SIMPLETECH LETTER (.2); REVIEW DOCUMENTS PRODUCED BY KINSTON TECHNOLOGY (1.2); REVIEW PROPOSED CHANGES TO LG AGREEMENT (.6); TELEPHONE CALL WITH COUNSEL FOR KENSINGTON REGARDING DEMAND LETTER (.2); REVISE DEMAND LETTER STATUS MEMORANDUM (.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/11/10 | 5.60 | DRAFT CORRESPONDENCE REGARDING KINGSTON DEMAND LETTER (.1); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING IMAGINATION ENTERTAINMENT AGREEMENT (.2); REVISE LEXMARK SETTLEMENT AGREEMENT (1.1); REVIEW CORRESPONDENCE FROM F. DOSUNMU REGARDING KOSHER MEALS (.1); REVISE LG STIPULATION (.6); REVIEW RECENT ORDERS AND STIPULATIONS REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.8); REVIEW ORDERS DISMISSING APPEALS OF 502(D) OPINION (.1); RESEARCH REGARDING PINNACLE CONSIGNMENT CLAIMS (.6). |
| BAKER SK | 06/14/10 | 1.50 | REVIEW UNIDEN AGREEMENT (.4); REVISE LG AGREEMENT AND PREPARE FOR FILING (.4); FINALIZE ALLIANCE AGREEMENT FOR FILING AND DRAFT NOTICE (.7). |
| BAKER SK | 06/15/10 | 2.10 | REVIEW CORRESPONDENCE REGARDING JVC DEMAND LETTER (.1); REVIEW CORRESPONDENCE FROM L. NEMEROV REGARDING EXPORT DEVELOPMENT CANADA AND DRAFT RESPONSE THERETO (.3); CONFERENCE CALL REGARDING VENDOR DEMAND LETTERS AND PREFERENCES (.8); TELEPHONE CALL REGARDING JVC CLAIMS (.1); REVIEW CORRESPONDENCE REGARDING ITOUCHLESS CLAIMS (.1); FINALIZE IMAGINATION ENTERTAINMENT STIPULATION AND NOTICE FOR FILING (.4); TELEPHONE CALL WITH M. WINSCHUL REGARDING VARIOUS CLAIMS ISSUES (.2); TELEPHONE CALL WITH COUNSEL FOR ACCO REGARDING DEMAND LETTER (.1). |
| BAKER SK | 06/16/10 | 7.60 | REVIEW CORRESPONDENCE FROM J. TRENT REGARDING AMCOR CLAIMS AND RESPOND THERETO (.2); REVIEW RECENT ORDERS AND STIPULATIONS AND DRAFT CORRESPONDENCE REGARDING CLAIMS MODIFICATIONS FOR CLAIMS REGISTER AND CLAIMS WATERFALL (1.4); REVIEW DOCUMENTS IN SUPPORT PUNTO APARTE CLAIMS (1.1); REVIEW PINNACLE RESPONSE TO VENDOR DEMAND LETTER (.3); RESEARCH REGARDING CONSIGNMENT GOODS (1.6); REVIEW ADDITIONAL DOCUMENTS IN SUPPORT OF PINNACLE RECEIVABLES (1.2); DRAFT RESPONSE TO J. LERNER REGARDING PINNACLES DEMAND LETTER (.7); REVIEW AMCOR PREFERENCE DATA (.7); REVIEW CORRESPONDENCE FROM M. WEIS REGARDING SYLVANIA LIGHTING AGREEMENT (.1); REVIEW ALLIANCE PREFERENCE ANALYSIS (.3). |
| BAKER SK | 06/17/10 | 1.70 | REVIEW ADDITIONAL DOCUMENTS TO BE PRODCUED TO KINSTON (1.1); BEGIN DRAFT OF RESPONSE TO KINSTON SETTLEMENT PROPOSAL (.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/18/10 | 3.70 | REVIEW AMERIWOOD PREFERENCE ANALYSIS (1.4); REVIEW CORRESPONDENCE REGARDING ALLIANCE PREFERENCE ANALYSIS (.2); REVISE DRAFT SETTLEMENT AGREEMENT REGARDING J. LOTT (.7); REVISE REPLY TO PINNACLE DEMAND LETTER (.8); CONTINUE DRAFT RESPONSE TO KINSTON SETTLEMENT PROPOSAL (.6). |
| BAKER SK | 06/21/10 | 5.40 | DRAFT CORRESPONDENCE REGARDING AMERIWOOD PREFERENCE ANALYSIS (.2); REVISE REPLY TO PINNACLES DEMAND LETTER (.3); TELEPHONE CALL WITH COUNSEL FOR MIO TECH REGARDING SETTLEMENT NEGOTIATIONS (.2); DRAFT MEMO REGARDING MIO TECH SETTLEMENT NEGOTIATIONS (.4); CALL WITH COUNSEL FOR VONAGE REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE REGARDING VONAGE DEMAND LETTERS (.2); DRAT CORRESPONDENCE REGARDING LINKSYS PREFERENCE CLAIMS (.2); REVIEW DOCUMENTS IN SUPPORT OF MONSTER LLC RECEIVABLES (1.4); BEGIN REPLY TO MONSTER DEMAND LETTER REGARDING SETTLEMENT NEGOTIATIONS (2.3). |
| BAKER SK | 06/22/10 | 5.10 | TELEPHONE CALL WITH J. COHEN REGARDING MONTHLY OPERATING REPORT (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR VIZIO REGARDING DEMAND LETTER (.1); REVIEW RECENT ORDERS REGARDING MODIFICATIONS OF CLAIMS REGISTER AND CLAIMS WATERFALL (2.6); REVISE REPLY TO MONSTER DEMAND LETTER (2.2). |
| BAKER SK | 06/23/10 | 7.80 | REVIEW CORRESPONDENCE FROM COUNSEL FOR HITACHI REGARDING DEMAND LETTER AND DRAFT RESPONSES TO SAME (.2); TELEPHONE CALL WITH J. COHEN REGARDING MONTHLY OPERATING REPORT (.1); DRAFT CORRESPONDENCE REGARDING AMERIWOOD PREFERENCE DATES (.2); DRAFT ETON SETTLEMENT AGREEMENT (2.7); TELEPHONE CALL WITH J. YANG REGARDING ACCO BRANDS DEMAND LETTER (.2); TELEPHONE CALL WITH MIO TECH REGARDING CLAIM DEDUCTION AND PREFERENCES (.2); TELEPHONE CALL WITH W. PETERSON REGARDING MAD CATZ PREFERENCE CLAIMS (.2); REVIEW MAD CATZ PREFERENCE ANALYSIS (.6); REVIEW DOCUMENTS PRODUCED BY PUERTO APARTE IN SUPPORT OF CLAIMS (1.1); DRAT SETTLEMENT AGREEMENT BETWEEN DEBTORS AND TRACFONE (2.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/24/10 | 6.90 | REVIEW CORRESPONDENCE FOR HITACHI REGARDING DEMAND LETTER AND DRAFT RESPONSE TO SAME (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING MAD CATZ DEMAND LETTER (.3); DRAFT CORRESPONDENCE REGARDING ADDITIONAL SUPPORT FOR PUNOT APARTE CLAIMS (.2); REVIEW COMMERCE TECHNOLOGIES CLAIM (.4); REVIEW DOCUMENTS TO BE PRODUCED TO VIZIO (.8); DRAFT CORRESPONDENCE TO COUNSEL REGARDING VIZIO DOCUMENTS (.2); DRAT VISIONTEK SETTLEMENT AGREEMENT (2.3); TELEPHONE CALL WITH COUNSEL FOR VIZIO REGARDING DOCUMENTS IN SUPPORT OF DEMAND LETTER (.1); REVIEW VISIONTEK LETTER REGARDING SUPPLIER CONTENT (.3); REVIEW EXHIBIT TO REDUCE MODIFY OBJECTION (.4); REVIEW MONSTER CABLE DOCUMENTS IN SUPPORT OF RECEIVABLES (1.5); REVIEW CORRESPONDENCE REGARDING OPTOMA SETTLEMENT (.2). |
| BAKER SK | 06/25/10 | 4.60 | TELEPHONE CALL WITH M. BROWN REGARDING EMPLOYEE AND EQUITY CLAIMS (.2); DRAFT CORRESPONDENCE TO J. COHEN REGARDING MONTHLY OPERATING REPORT (.2); REVIEW CORRESPONDENCE REGARDING VISIONTEK CONTRACT (.2); REVIEW DOCUMENTS TO BE PROVIDED TO HITACHI REGARDING CLAIMS RECONCILIATION (1.2); TELEPHONE CALL WITH D. BLANKS REGARDING SIMPLETECH (.2); TELEPHONE CALL REGARDING OPTIMA SETTLEMENT (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR GARMIN (.2); REVIEW AND REVISE OPTOMA SETTLEMENT AGREEMENT (2.2). |
| BAKER SK | 06/28/10 | 9.20 | REVISE OPTOMA SETTLEMENT AGREEMENT (1.2); TELEPHONE CALL REGARDING VISIONTEK AGREEMENT (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR VISIONTEK REGARDING PROPOSED SETTLEMENT AGREEMENT (.2); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATION TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.2); TELEPHONE CALL REGARDING DLINK DEMAND LETTER (.2); TELEPHONE CALL REGARDING BELKIN PROOFS OF CLAIM (.2); DRAFT LG MOTION TO DISMISS APPEAL (1.1); REVISE ETON SETTLEMENT AGREEMENT (.7); REVISE ETON SETTLEMENT AGREEMENT (.7); REVISE TRACFONE SETTLEMENT AGREEMENT (.8); DRAFT CORRESPONDENCE TO D. TRACHE REGARDING DISMISSAL OF APPEAL (.2); REVIEW ACCO SETTLEMENT PROPOSAL AND DOCUMENTS IN SUPPORT (1.5). |

| | | | |
|---|---|---|---|
| BAKER SK | 06/29/10 | 7.50 | REVISE DRAFT LETTER REGARDING MONSTER RECEIVABLES AND CLAIMS DEDUCTIONS (1.2); REVISE DRAFT REPLY TO KINSTON SETTLEMENT PROPOSAL (.4); TELEPHONE CALL WITH P. BILLOWS REGARDING LANDLORD CLAIMS (.2); DRAFT CERTIFICATE TO NO OBJECTION TO LG SETTLEMENT (.3); DRAFT EMAIL TO J. COHEN REGARDING MONTHLY OPERATING REPORTS (.3); TELEPHONE CALL WITH M. TAORMINA REGARDING EMPLOYEE QUESTIONS (.2); DRAFT CORRESPONDENCE TO A. PICTRANTONIRZ EMPLOYEE QUESTIONS (.1); DRAFT CORRESPONDENCE TO DEMAND LETTER RECIPIENTS REGARDING STATUS OF INFORMAL DISCOVERY AND CLAIM RECONCILIATION (4.8). |
| BAKER SK | 06/30/10 | 5.90 | REVIEW ETON AGREEMENT AND PREPARE NOTICE FOR FILING (.7); DRAFT SUMMARY OF MONSTER CLAIMS AND RECEIVABLES (.6); TELEPHONE CALL WITH J. STREMCHA REGARDING STATUS OF CLAIM (.1); REVIEW RECENT ORDERS AND STIPULATIONS REGARDING MODIFICATION TO CLAIMS FOR CLAIMS WATERFALL AND CLAIMS REGISTER (2.2); DRAFT MEMORANDUM REGARDING STATUS OF DISCOVERY AND CLAIMS RECONCILIATIONS WITH VARIOUS VENDOR CLAIMANTS (2.3). |
| | | **122.80** | |
| DOSUNMU FS | 06/21/10 | 2.80 | WORK WITH THE COMPANY TO REVIEW AND RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (2.8). |
| DOSUNMU FS | 06/22/10 | 3.60 | WORK WITH COUNSEL FOR LANDLORD TO RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (1.2); WORK WITH COMPANY TO RECONCILE VARIOUS ADMINISTRATIVE CLAIMS (2.4). |
| DOSUNMU FS | 06/24/10 | 1.60 | REVIEW AND REVISE SETTLEMENT STIPULATIONS FOR VARIOUS ADMINISTRATIVE CLAIMS (1.6). |
| | | **8.00** | |
| FREDERICKS IS | 06/02/10 | 0.80 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RE: SHARPE PARTNERS' CLAIM (.8). |
| FREDERICKS IS | 06/03/10 | 1.70 | PARTICIPATE IN MULTIPLE TELEPHONE CALLS WITH K. BRADSHAW AND B. FOSE RE: VARIOUS CLAIM AND SETTLEMENT MATTERS (1.7). |
| FREDERICKS IS | 06/04/10 | 1.10 | REVIEW AND REVISE SETTLEMENT AGREEMENT W/ LG AND CORRESPONDENCE RE: SAME (.6); TELEPHONE CALL TO DISTRICT COURT RE: EXTENSION OF DEADLINE TO FILE BRIEFS AND MOTION TO DISMISS (.2); REVIEW AND REVISE MOTION TO EXTEND TIME TO FILE BRIEFS AND MOTION TO DISMISS (.3). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 06/08/10 | 1.60 | REVIEW, REVISE AND FINALIZE MOTION TO PAY ADMIN CLAIMS (1.2) AND CORRESPONDENCE TO AND FROM COMMITTEE AND CONFERENCE W/ K. BRADSHAW RE: SAME (.4). |
| FREDERICKS IS | 06/09/10 | 2.40 | REVIEW AND REVISE MULTIPLE DEMAND LETTERS RE: CLAIMS AND RECEIVABLES (1.3); MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: CLAIM RESOLUTIONS AND RELATED ISSUES (1.1). |
| FREDERICKS IS | 06/10/10 | 2.60 | CONFERENCE CALL W/ SHARPE PARTNERS AND COUNSEL AND MULTIPLE CORRESPONDENCE RE: SAME (1.2); REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE RE: SAME (1.4). |
| FREDERICKS IS | 06/11/10 | 0.70 | REVIEW AND REVISE MULTIPLE SETTLEMENT AGREEMENTS (.7). |
| FREDERICKS IS | 06/14/10 | 2.30 | MULTIPLE TELEPHONE CALLS W/ K. BRADSHAW RE: VARIOUS CLAIM RELATED ISSUES (1.2); REVIEW VARIOUS STIPULATIONS AND REVISE SAME (1.1). |
| FREDERICKS IS | 06/15/10 | 1.20 | FURTHER REVIEW AND REVISE QUEBECOR OBJECTION (1.2). |
| FREDERICKS IS | 06/18/10 | 2.80 | CORRESPONDENCE FROM AND TO COUNSEL TO THE COMMITTEE RE: QUESTIONS REGARDING VARIOUS SETTLEMENTS AND RESEARCH RELATED TO SAME (2.1); REVIEW SIDE LETTER WITH LG AND WORK WITH CC RE: SAME (.7). |
| FREDERICKS IS | 06/24/10 | 0.30 | REVIEW CORRESPONDENCE RELATED TO UPCOMING CLAIM OBJECTIONS (.3). |
| FREDERICKS IS | 06/25/10 | 1.80 | REVIEW AND RESPOND TO VARIOUS CLAIM RELATED CORRESPONDENCE AND TELEPHONE CALLS AND TELEPHONE CALL W/ K. BRADSHAW RE: SAME (1.8). |
| | | **19.30** | |
| GRANT K | 06/01/10 | 1.10 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.1). |
| GRANT K | 06/03/10 | 1.40 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.4). |
| GRANT K | 06/04/10 | 1.40 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.4). |
| GRANT K | 06/07/10 | 1.60 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.6). |
| GRANT K | 06/08/10 | 1.40 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.4). |