## EXHIBIT D-5

**(Detail of Time Billed)**

| GRANT K | 06/09/10 | 1.20 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.2). |
|---------|----------|------|---|
| GRANT K | 06/10/10 | 1.60 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.6). |
| GRANT K | 06/14/10 | 1.40 | REVIEWED AND REVISED STIPULATIONS AND SETTLEMENT PROPOSALS REGARDING LANDLORD CLAIMS. (1.4). |
| GRANT K | 06/15/10 | 1.30 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.3). |
| GRANT K | 06/16/10 | 0.60 | WORKED ON ISSUES REGARDING GGP CLAIMS. (.6). |
| GRANT K | 06/17/10 | 1.40 | REVIEWED AND REVISED STIPULATIONS RESOLVING LANDLORD CLAIMS. (1.4). |
| GRANT K | 06/21/10 | 0.90 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS; DISCUSSIONS AND EMAILS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.9). |
| GRANT K | 06/24/10 | 0.40 | DISCUSSIONS REGARDING LANDLORD ADMINISTRATIVE CLAIMS. (.4). |
| GRANT K | 06/29/10 | 1.30 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME (.6); REVIEWED AND REVISED DRAFT GGP STIPULATION. (.7). |
| GRANT K | 06/30/10 | 0.60 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.6). |
| | | **17.60** | |
| HERRMANN DD | 06/01/10 | 4.90 | REVIEW SHARPE PARTNERS CLAIM AND RELATED ISSUES (1.3); REVIEW PNY CLAIM AND RELATED DOCUMENTATION (3.6). |
| HERRMANN DD | 06/02/10 | 3.10 | COMMUNICATE WITH M. WINSCHUH RE FCMA (.6); FINALIZE SETTLEMENT WITH FCMA (.9); COMMUNICATE WITH AVERATEC RE SETTLEMENT AND DISCOVERY (.6); PREPARE FOR AND PARTICIPATE IN CALL WITH M. WINSHUH RE SHARPE PARTNERS (1.0). |
| HERRMANN DD | 06/03/10 | 3.70 | ATTEND TO AVERATEC SETTLEMENT AND RELATED ISSUES (.4); FINALIZE FCMA SETTLEMENT AND REVIEW DOCUMENTS FOR FILING (.5); REVIEW PNY COMPLAINT AND AGREEMENTS (2.8). |
| HERRMANN DD | 06/07/10 | 4.90 | REVIEW PNY CHRON AND RELATED DOCUMENTS (3.2); DRAFT STRATEGY OUTLINE W/R/T PNY CLAIMS (1.7). |

B43E

| | | | |
|---|---|---|---|
| HERRMANN DD | 06/08/10 | 6.10 | COMMUNICATE RE AVERATEC RESPONSES TO DISCOVERY (.2); COMMUNICATE WITH COUNSEL TO ASM RE DISCOVERY RESPONSES AND RESPONSE TO PROPOSED SETTLEMENT (.7); DEVELOP PLAN RE NEXT STEPS FOR AVERATEC CLAIM (4.8); REVIEW MEMO RE SOL FOR PNY CLAIMS (.4). |
| HERRMANN DD | 06/09/10 | 8.10 | CONTINUE TO DEVELOP NEXT STEPS PLAN RE AVERATEC CLAIM (2.8); COMMUNICATE WITH COUNSEL TO ASM RE SETTLEMENT PROPOSAL AND MEET AND CONFER RE PAST DUE DISCOVERY (1.9); COMMUNICATE WITH COUNSEL TO AVERATEC RE SETTLEMENT PROPOSAL AND MEET AND CONFER RE PAST DUE DISCOVERY (2.5); COMMUNICATE RE AVERATEC STIPULATION AND NOTICE ISSUES (.9). |
| HERRMANN DD | 06/10/10 | 5.80 | REVISE AND EDIT MOTION TO COMPEL RE AVERATEC DISCOVERY (1.1); COMMUNICATE WITH COUNSEL TO AVERATEC AND COUNSEL TO ASM RE SETTLEMENT AGREEMENT (.6); COMMUNICATE RE SAME (.2); REVIEW AND ANALYZE PNY ANSWER COMPARED TO COMPLAINT/OBJECTION (3.4); COMMUNICATE WITH SSIDHU RE MOTION FOR JUDGEMENT ON THE PLEADINGS (.5). |
| HERRMANN DD | 06/11/10 | 0.20 | REVIEW EMAILS AND RESPOND RE PNY (.2). |
| HERRMANN DD | 06/14/10 | 6.60 | REVIEW MEMO AND RELATED DOCUMENTS RE PNY COMPLAINT (4.2); COMMUNICATE RE POTENTIAL SETTLEMENTS W/R/T TO PNY (1.4). |
| HERRMANN DD | 06/15/10 | 1.50 | REVIEW AND REVISE PNY MOTION FOR JUDGEMENT ON PLEADINGS/CONSENT MOTION. |
| HERRMANN DD | 06/16/10 | 5.10 | WORK ON PNY MOTION AND ORDER. |
| HERRMANN DD | 06/17/10 | 5.10 | WORK ON PNY MOTION AND STIPULATION (4.7); COMMUNICATE RE SAME (.4). |
| HERRMANN DD | 06/22/10 | 1.80 | COMMUNICATE WITH COUNSEL TO PNY RE SETTLEMENT ISSUES AND JUDGEMENT RE COUNT IX (.2); WORK ON CONSENT MOTION RE COUNT IX AND NOTICE ISSUES (1.6). |
| HERRMANN DD | 06/23/10 | 1.70 | ATTEND TO PNY CONSENT MOTION NOTICE ISSUES. |
| HERRMANN DD | 06/28/10 | 0.80 | REVIEW ANTOR MEDIA POC (.5); CALL WITH J. SUDER RE SAME (.3). |
| HERRMANN DD | 06/29/10 | 1.60 | REVIEW ANTOR MEDIA FILE AND CORRESPOND RE SAME (.4); RESEARCH REEXAMINATION OF PATENT ISSUES RE ANTOR MEDIA (.7); RESEARCH PRECEDENCE RE RULE 26(F) DISCLOSURE RE PNY (.5). |
| HERRMANN DD | 06/30/10 | 6.80 | CONTINUE RESEARCH RE CASE STATUS RE ANTOR MEDIA (1.3); REVIEW DOCUMENTS RE PNY (3.6); DRAFT RULE 26 DISCLOSURE RE PNY ADVERSARY AND COMMUNICATE RE SAME (1.9). |

B43E

**67.80**

| | | | |
|---|---|---|---|
| HUFFMAN AC | 06/01/10 | 7.60 | ANALYZE PNY CLAIMS AND DRAFT OUTLINE RE SAME (6.9); MEETINGS RE SAME (.7). |
| HUFFMAN AC | 06/02/10 | 1.70 | REVIEW PNY RECORDS RE FLASH AGREEMENT AND INVOICES. |
| HUFFMAN AC | 06/03/10 | 2.90 | REVIEW PNY RESPONSE TO 31ST OBJECTION (1.1); REVIEW CONTRACTS GOVERNING RELATIONSHIP (1.0); CONTINUE ISSUE OUTLINE (.8). |
| HUFFMAN AC | 06/04/10 | 3.90 | RESEARCH PNY CAUSES OF ACTION (1.1); CONTINUE DRAFT OUTLINE (2.6); COMMUNICATIONS RE SUMMARY OF AGREEMENTS (.2). |
| HUFFMAN AC | 06/07/10 | 4.40 | REVIEW PNY LITIGATION CLAIM 1723 (1.5); COMPILE AND DISTRIBUTE LITIGATION MATERIALS (.8); CONFERENCE RE SAME (.9); REVIEW AND ANALYZE PNY ANSWER (1.2). |
| HUFFMAN AC | 06/08/10 | 1.10 | REVIEW AVERATEC CLAIM (.2); DISCUSS STRATEGIES RE AVERATEC'S FAILURE TO ANSWER DISCOVERY (.9). |
| HUFFMAN AC | 06/09/10 | 1.80 | CALL WITH ASM COUNSEL JEFF WAXMAN RE AVERATEC (.2); ASSIST ON DRAFT AVERATEC MOTION TO COMPEL (1.4); REVIEW CORRESPONDENCE RE AVERATEC STIPULATION (.2). |
| HUFFMAN AC | 06/10/10 | 2.40 | DISCUSS STRATEGY RE PNY (.4); REVISE OUTLINE AND REVIEW PNY ANSWER (1.5); REVIEW AVERATEC STIP (.5). |
| HUFFMAN AC | 06/14/10 | 0.60 | REVIEW PNY ANSWER AND SUMMARY (.4); DISCUSS POTENTIAL PNY DISCOVERY RE LITIGATION CLAIM (.2). |

**26.40**

| | | | |
|---|---|---|---|
| KUMAR JS | 06/02/10 | 0.60 | EMAILS AND CALLS RE PROPOSED SETTLEMENT WITH IBM (.6). |
| KUMAR JS | 06/03/10 | 5.60 | DRAFTING 9019 MOTION, NOTICE AND AGREED ORDER WITH RESPECT TO SETTLEMENT OF 37TH OMNIBUS OBJECTION WITH TAXING AUTHORITIES (5.2). EMAILING COMPANY RE SETTLEMENT WITH IBM (.4). |
| KUMAR JS | 06/04/10 | 0.90 | REVISING PROPOSED STIPULATION WITH TOWNE SQUARE AND SENDING TO COMPANY FOR REVIEW (.9). |
| KUMAR JS | 06/07/10 | 0.20 | EMAILS AND FOLLOW UP RE IBM SETTLEMENT (.2). |
| KUMAR JS | 06/09/10 | 0.90 | FOLLOWING UP WITH COMPANY RE MATTERS RELATING TO POTENTIAL SETTLEMENT WITH IBM AND TOWNE SQUARE AND EMAILING IBM AND TOWNE SQUARE RE SAME (.9). |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 06/10/10 | 5.60 | DRAFTING OBJECTION TO RECONSIDERATION/RULE 7023 MOTION OF MONDRAGON (5.4); RESPONDING TO INQUIRIES FROM TOWNE SQUARE RE SETTLEMENT (.2). |
| KUMAR JS | 06/11/10 | 5.20 | DRAFTING RESPONSE TO MONDRAGON MOTION FOR RECONSIDERATION/ RULE 7023 (4.8). REVIEWING AND DISCUSSING IBM PREFERENCE ANALYSIS (.4). |
| KUMAR JS | 06/14/10 | 2.70 | EMAILS WITH COMPANY RE IBM'S PREFERENCE ANALYSIS AND REVIEWING SAME (.9). DRAFTING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (1.8). |
| KUMAR JS | 06/15/10 | 1.10 | DRAFTING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (1.1). |
| KUMAR JS | 06/16/10 | 2.80 | DRAFTING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (2.2). CALL RE IBM PREFERENCE ANALYSIS AND PREPARATION RE SAME (.6). |
| KUMAR JS | 06/17/10 | 1.40 | FOLLOWING UP WITH IBM'S COUNSEL RE CLAIM AMOUNT (.3).  DRAFTING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (1.1). |
| KUMAR JS | 06/18/10 | 4.10 | DRAFTING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (4.1). |
| KUMAR JS | 06/21/10 | 7.50 | REVISING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (3.9). DRAFTING STIPULATION RESOLVING CLAIMS WITH IBM (3.6). |
| KUMAR JS | 06/22/10 | 1.90 | REVISING IBM STIPULATION AND EMAILING COMPANY AND IBM RE SAME (1.9). |
| KUMAR JS | 06/23/10 | 0.70 | FINALIZING IBM STIPULATION FOR FILING (.7). |
| KUMAR JS | 06/24/10 | 0.30 | FILING IBM STIPULATION (.3). |
| KUMAR JS | 06/25/10 | 0.40 | REVIEWING TOWNE SQUARE SETTLEMENT AGREEMENT AND SENDING TO COMPANY FOR SIGN OFF (.4). |
| KUMAR JS | 06/28/10 | 0.70 | CONTACTING COUNSEL TO MONDRAGON RE ADJOURNING HEARING ON MOTION FOR RECONSIDERATION (.7). |
| KUMAR JS | 06/29/10 | 0.60 | CONTACTING COUNSEL TO MONDRAGON RE ADJOURNING HEARING ON MOTION FOR RECONSIDERATION (.3).  CONTACTING COUNSEL TO TOWNE SQUARE RE AUTHORIZATION TO FILE SETTLEMENT AGREEMENT (.3). |
| KUMAR JS | 06/30/10 | 0.30 | FINALIZING AND FILING SETTLEMENT AGREEMENT WITH TOWNE SQUARE (.3). |
| | | **43.50** | |
| LAZAROFF KA | 06/01/10 | 0.20 | ATTENTION TO BECKER LANDLORD CLAIMS SETTLEMENT. |

B43E

| LAZAROFF KA | 06/02/10 | 2.40 | ATTENTION TO GGP CLAIMS SETTLEMENT (1.3); ATTENTION TO INLAND CLAIMS SETTLEMENT AND ISSUES WITH 19TH OMNI OBJECTION (.7); CORRESPONDENCE WITH LANDLORD COUNSEL REGARDING CLAIMS RECONCILIATION LETTERS (.4). |
| --- | --- | --- | --- |
| LAZAROFF KA | 06/03/10 | 0.60 | REVISE LANDLORD CLAIMS RECONCILIATION LETTER (.1); REVIEW GGP SETTLEMENT ISSUES (.5). |
| LAZAROFF KA | 06/04/10 | 0.30 | CORRESPONDENCE REGARDING LANDLORD CLAIMS RECONCILIATIONS AND SETTLEMENTS. |
| LAZAROFF KA | 06/07/10 | 0.90 | RESEARCH REGARDING OBJECTION TO SIMON CLAIMS (2); TELECONFERENCE AND CORRESPONDENCE REGARDING AND REVIEW OF BECKER LANDLORD CLAIMS. |
| LAZAROFF KA | 06/08/10 | 6.70 | REVIEW INLAND CLAIMS (1.3); CORRESPONDENCE AND TELECONFERENCES WITH COUNSEL REGARDING DDR CLAIMS RECONCILIATION (.3); DRAFT BECKER LANDLORD CLAIMS STIPULATION AND DRAFT EMAIL TO UCC REGARDING DETAILS OF SETTLEMENT AND TO COUNSEL FOR BECKER (1.5); DRAFT AND REVISE AMERICAN NATIONAL LANDLORD CLAIMS STIPULATION, NOTICE AND EMAIL TO UCC REGARDING THE SAME (1.8); PREPARE LANDLORD CLAIMS DOCUMENTS FOR UCC (.3); CORRESPONDENCE REGARDING AND REVIEW OF SIMON RESPONSE TO SETTLEMENT PROPOSAL (1.5). |
| LAZAROFF KA | 06/09/10 | 3.00 | CONTINUE RESEARCH FOR SIMON CLAIMS OBJECTION (2.5); TELECONFERENCES AND CORRESPONDENCE REGARDING BECKER AND AMERICAN NATIONAL LANDLORD CLAIMS SETTLEMENTS (.5). |
| LAZAROFF KA | 06/10/10 | 2.60 | REVIEW INLAND CLAIMS AND DRAFT RECONCILIATION LETTER (2.5); FOLLOW-UP ON OTHER LANDLORD CLAIMS ISSUES (.1). |
| LAZAROFF KA | 06/11/10 | 3.10 | CONTINUE REVIEWING INLAND CLAIMS, TELECONFERENCE WITH CC REGARDING THE SAME AND REVISE CLAIMS RECONCILIATION LETTER (1.5); REVIEW OF AND TELECONFERENCE WITH CC REGARDING SIMON SETTLEMENT REPLY (1.6). |
| LAZAROFF KA | 06/14/10 | 3.30 | DRAFT STIPULATION WITH GGP AND PREPARE EXHIBITS TO THE SAME (1.7); REVIEW AND REVISE SIMON SETTLEMENT REPLY (.5); REVIEW CLAIMS AND DRAFT LANDLORD CLAIMS RECONCILIATION LETTER (.9); DISCUSS GGP CLAIMS ISSUES (.2). |
| LAZAROFF KA | 06/15/10 | 1.70 | DRAFT SIMON STIPULATION AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 06/16/10 | 0.30 | ATTENTION TO DDR CLAIMS ISSUES (.1); REVIEW AND REVISE SIMON STIPULATION (.2). |

24

B43E

| | | | |
|---|---|---|---|
| LAZAROFF KA | 06/17/10 | 1.30 | ATTENTION TO DDR CLAIMS ISSUES (.1); REVIEW AND REVISE SIMON SETTLEMENT, DRAFT NOTICE OF SETTLEMENT AND CORRESPONDENCE TO CREDITORS' COMMITTEE REGARDING THE SAME (1.2). |
| LAZAROFF KA | 06/18/10 | 0.20 | ATTENTION TO SIMON CLAIMS SETTLEMENT ISSUES. |
| LAZAROFF KA | 06/21/10 | 2.70 | REVIEW, RECONCILE AND SUMMARIZE LANDLORD CLAIMS (2); REVIEW AND SUMMARIZE LANDLORD STUB RENT CLAIMS (.7). |
| LAZAROFF KA | 06/22/10 | 6.50 | REVIEW LANDLORD CLAIMS AND CORRESPONDENCE AND TELECONFERENCES WITH CC AND OTHER SKADDEN ATTORNEYS REGARDING THE SAME (6); DRAFT FORM LANDLORD CLAIM AGREEMENTS (.5). |
| LAZAROFF KA | 06/24/10 | 5.40 | REVIEW AND RECONCILE LANDLORD CLAIMS, CORRESPONDENCE REGARDING THE SAME AND DRAFT CLAIMS RECONCILIATIONS LETTERS (4); DRAFT STIPULATIONS FOR LANDLORD CLAIMS (1.4). |
| LAZAROFF KA | 06/29/10 | 0.70 | CORRESPONDENCE REGARDING AND UPDATE CHART OF LANDLORD LETTER STATUS (.3); REVIEW AND REVISE GGP STIPULATION (.3); CORRESPONDENCE REGARDING DDR CLAIMS RECONCILIATION (.1). |
| LAZAROFF KA | 06/30/10 | 1.50 | ATTENTION TO AMERICAN NATIONAL LANDLORD SETTLEMENT DOCUMENTS, SUMMARIZE SETTLEMENT FOR CREDITORS' COMMITTEE AND COORDINATE FILING AND SERVICE (.6); REVIEW AND SUMMARIZE ARBORETUM LANDLORD LETTER RESPONSE (.8); REVISE LANDLORD LETTER (.1). |
| | | **43.40** | |
| LIBERI JM | 06/07/10 | 3.20 | REVIEW AND REVISE DRAFT MOTION RE: PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS (3.2). |
| LIBERI JM | 06/09/10 | 3.80 | REVIEW CLAIMS RE: GROUNDS FOR OMNIBUS OBJECTIONS (1.6); REVIEW CASE LAW RE: PRIORITY CLAIMS ISSUES (1.1); REVIEW CLAIMS RECONCILIATION DATA (0.5); REVIEW SETOFF DATA RE: PENDING CLAIMS (0.6). |
| LIBERI JM | 06/17/10 | 2.10 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION (1.7); REVIEW HUMAN RESOURCES CLAIMS ISSUES (0.4). |
| LIBERI JM | 06/28/10 | 1.10 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OMNIBUS OBJECTION (0.6); COMMUNICATE WITH COUNSEL FOR CREDITORS RE: CLAIMS RECONCILIATION AND PAYMENT MATTERS (0.5). |
| LIBERI JM | 06/30/10 | 1.90 | REVIEW CLAIMS RE: GROUNDS FOR OBJECTION (0.8); REVIEW DRAFT OMNIBUS OBJECTIONS (1.1). |

B43E

12.10

| SIDHU SS | 06/07/10 | 6.40 | REVIEW REMAINING CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION FOR POTENTIAL SETTLEMENTS AND STATUS THEREOF (1.4); DRAFT MOTION TO ALLOW EARLY PAYMENT OF ADMINISTRATIVE EXPENSES AND PROPOSED ORDER REGARDING SAME (3.4); REVIEW AND REVISE SAME (1.6). |
|---|---|---|---|
| SIDHU SS | 06/08/10 | 0.10 | UPDATE SUMMARY TRACKING 70TH OMNIBUS RESPONSES WITH INFORMATION ABOUT POTENTIAL SETTLEMENTS. |
| SIDHU SS | 06/09/10 | 0.10 | CONFER WITH CLAIMANT COUNSEL REGARDING POTENTIAL SETTLEMENT OF 70TH OMNIBUS OBJECTION. |
| SIDHU SS | 06/10/10 | 5.80 | CONFER REGARDING REVIEW OF FUTURE OBJECTIONS TO HR CLAIMS (.4); REVIEW DEBTORS' FUTURE OBJECTIONS TO HR CLAIMS FOR PURPOSES OF VALIDITY (2.1); RESEARCH APPLICABLE WAGE PRIORITY LAW FOR HR CLAIM FUTURE OBJECTION ISSUES (.6); REVIEW DEBTORS' FUTURE REDUCE AND RECLASSIFICATION OBJECTIONS FOR PURPOSES OF VALIDITY (2.7). |
| SIDHU SS | 06/11/10 | 3.60 | REVIEW DEBTORS' LIST OF FUTURE REDUCE AND RECLASSIFICATION OBJECTIONS FOR VALIDITY (3.4); CONFER REGARDING SAME (.2). |
| SIDHU SS | 06/17/10 | 2.40 | CONDUCT LEGAL REVIEW OF DEBTORS' PROPOSED FUTURE REDUCTION AND RECLASSIFICATION CLAIMS OBJECTIONS (.6); CONFER REGARDING SAME (1.3); DRAFT INQUIRIES TO DEBTORS REGARDING ISSUES WITH PROPOSED OBJECTIONS (.5). |
| SIDHU SS | 06/18/10 | 4.60 | RESEARCH 507A8 TAX PRIORITY ISSUES FOR PURPOSES OF LEGAL REVIEW OF DEBTORS' PROPOSED FUTURE OBJECTIONS TO RECLASSIFY CLAIMS (2.3); CONFER REGARDING LEGAL REVIEW OF PROPOSED FUTURE OBJECTIONS (.9); DRAFT INQUIRIES TO DEBTORS REGARDING ISSUES WITH REGARD TO PROPOSED FUTURE OBJECTIONS (1.4). |
| SIDHU SS | 06/21/10 | 0.60 | RESEARCH LAW APPLICABLE TO DEBTORS' ASSERTED REDUCE AND RECLASS CLAIM OBJECTIONS FOR PURPOSES OF ANALYZING SAME (.2); DRAFT INQUIRIES AND CORRESPONDENCE TO DEBTORS REGARDING ASSERTED OBJECTIONS (.4). |
| SIDHU SS | 06/22/10 | 0.20 | REVIEW DEBTOR'S RESPONSES TO INQUIRIES REGARDING ASSERTED REDUCE AND RECLASS CLAIM OBJECTIONS. |
| SIDHU SS | 06/23/10 | 0.60 | REVIEW CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION AND CONFER REGARDING POTENTIAL SETTLEMENT OF 70TH OMNIBUS OBJECTION (.4); CONFER WITH CLAIMANTS REGARDING POTENTIAL SETTLEMENT OF SAME (.2). |

B43E

| SIDHU SS | 06/24/10 | 3.90 | REVIEW 70TH OMNIBUS OBJECTION CLAIMS, ANALYZE SAME, AND DRAFT FINDINGS FOR PURPOSES OF POTENTIAL SETTLEMENT DISCUSSIONS (1.0); CONFER REGARDING FINDINGS AND POTENTIAL SETTLEMENT DISCUSSIONS (.9); CONFER WITH CLAIMANTS REGARDING POTENTIAL SETTLEMENT (.3); DRAFT SETTLEMENT AGREEMENT REGARDING SM WILSON CLAIM SUBJECT TO 70TH OMNIBUS OBJECTION (.6); REVIEW DEBTORS' RESPONSES TO INQUIRIES REGARDING ASSERTED REDUCE AND RECLASS CLAIM OBJECTIONS (.9); CONDUCT LEGAL REVIEW OF ADDITIONAL PROPOSED REDUCE AND RECLASS CLAIM OBJECTION (.1); DRAFT CORRESPONDENCE TO DEBTORS REGARDING PROPOSED REDUCE AND RECLASS CLAIM OBJECTIONS (.1). |
| SIDHU SS | 06/28/10 | 7.60 | CONFER REGARDING CLAIMS REVIEW AS TO VALIDITY OF CLAIMS AS TO DEBTOR CLAIMS ARE FILED AGAINST (.2); REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST (6.9); REVIEW DEBTORS' RESPONSES TO INQUIRIES REGARDING POTENTIAL REDUCE AND RECLASS CLAIM OBJECTIONS (.5). |
| SIDHU SS | 06/29/10 | 7.20 | REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST (2.9); CONFER REGARDING SAME (.2); DRAFT SUMMARIES SUPPORTING REDUCE AND RECLASSIFY CLAIMS OBJECTIONS (3.8); DRAFT OMNIBUS OBJECTION TEXT FOR REDUCE AND RECLASSIFY CLAIMS OBJECTIONS (.3). |
| SIDHU SS | 06/30/10 | 7.30 | DRAFT OMNIBUS OBJECTION REGARDING REDUCE AND RECLASSIFY CLAIMS OBJECTIONS (.9); REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST (6.4). |
| | | **50.40** | |
| VINE J | 06/14/10 | 1.60 | DRAFT AMERICAN HOME ASSURANCE CLAIM STIPULATION FOR INTERTAN (1.6). |
| VINE J | 06/29/10 | 3.30 | ANALYZE CLAIMS OF CC STORES WEST COAST (3.3). |
| VINE J | 06/30/10 | 2.80 | REVIEW AND ANALYZE CC WEST COAST CLAIMS SUMMARY (2.8). |
| | | **7.70** | |
| **Total Associate** | | **419.00** | |
| TERRY WC | 06/21/10 | 1.70 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: REVIEW/QC DATA LOADS; COORDINATE PRODUCTION PROCESSING. |
| TERRY WC | 06/22/10 | 0.40 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: REVIEW/QC PRODUCTION MATERIALS. |

B43E

| TERRY WC | 06/23/10 | 1.80 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: COORDINATE LOADING OF FILES TO DATABASE AND PROCESSING FOR PRODUCTION. |
|---|---|---|---|
| TERRY WC | 06/24/10 | 2.10 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: QC DATA LOADS AND COORDINATE PROCESSING OF ELECTRONIC FILES AND PRODUCTIONS. |
| TERRY WC | 06/25/10 | 0.90 | ASSIST CASE TEAM WITH ELECTRONIC DISCOVERY PROJECT RE: REVIEW / QC PRODUCTIONS. |
| | | 6.90 | |
| **Total Client Specialist** | | **6.90** | |
| ANGELICA CL | 06/01/10 | 0.50 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 06/02/10 | 0.90 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/03/10 | 0.30 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/04/10 | 1.10 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/07/10 | 0.50 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/08/10 | 0.10 | MAINTAIN IMAGEBASE. |
| ANGELICA CL | 06/16/10 | 0.60 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/17/10 | 2.60 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION; ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/18/10 | 2.00 | ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| ANGELICA CL | 06/21/10 | 0.40 | COMMUNICATE WITH R. TESCHKY REGARDING CIRCUIT CITY PRODUCTION MATERIALS; ASSIST WITH ASSEMBLY OF DOC PRODUCTION. |
| | | 9.00 | |
| HEANEY CM | 06/01/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: STATUS AND UPDATES TO CASE FILES (.3). |
| HEANEY CM | 06/02/10 | 0.20 | REVIEW DISTRICT COURT DOCKETS RE: STATUS AND UPDATES TO APPEALS MATTERS (.2). |
| HEANEY CM | 06/03/10 | 0.40 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEALS MATTERS (.3); DISTRIBUTE PLEADINGS (.1). |
| HEANEY CM | 06/04/10 | 0.70 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEAL CASES (.3); ASSIST ATTORNEYS WITH REPLY BRIEF (.4). |
| HEANEY CM | 06/07/10 | 1.60 | REVIEW DISTRICT COURT APPEALS DOCKETS RE: UPDATES TO CASE FILES (.3); ASSIST ATTORNEYS WITH PREPARATION OF PARAMOUNT REPLY BRIEF (1.3). |

B43E

| | | | |
|---|---|---|---|
| HEANEY CM | 06/08/10 | 7.60 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEAL MATTERS (.4); ASSIST ATTORNEYS WITH PREPARATION OF PARAMOUNT BRIEF (4.6); ORGANIZE AND PREPARE DOCUMENTS FOR APPENDIX TO BRIEF (2.6). |
| HEANEY CM | 06/09/10 | 0.70 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEAL MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE FORTY-EIGHTH OMNIBUS OBJECTION AND RELATED BRIEF TO BE USED AS PRECEDENT (.4). |
| HEANEY CM | 06/10/10 | 2.10 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO APPEAL MATTERS (.3); REVIEW RYAN INC. DESIGNATIONS FOR BACKGROUND DOCUMENTS (.8); REVIEW SCHIMENTI CONSTRUCTION MOTION FOR LEAVE TO APPEAL AND TRANSMITTAL OF MOTION TO DISTRICT COURT (.4); REVIEW PARAMOUNT BRIEFS FOR PREPARATION OF CASE BOOK FOR TRIAL (.6). |
| HEANEY CM | 06/11/10 | 3.30 | REVIEW DISTRICT COURT DOCKETS RE: STATUS OF APPEALS (.3); REVIEW ORDERS DISMISSING APPEAL (.3); REVIEW APPEALS BRIEF AND OBTAIN CASE LAW (2.7). |
| HEANEY CM | 06/21/10 | 0.40 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO APPEALS MATTERS (.4). |
| HEANEY CM | 06/22/10 | 1.80 | REVIEW DISTRICT COURT DOCKET RE: UPDATES TO APPEAL MATTERS (.4); OBTAIN AND REVIEW PARAMOUNT APPEAL REPLY BRIEF (.7); REVIEW CASE LAW CITATIONS FOR TRIAL PREPARATION (.7). |
| HEANEY CM | 06/23/10 | 1.60 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO APPEAL MATTERS (.4); CONTINUED REVIEW OF PARAMOUNT REPLY BRIEF AND CASE CITATIONS (1.2). |
| HEANEY CM | 06/24/10 | 2.10 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEAL MATTERS (.3); REVIEW GENETRY DESIGNATIONS IN PREPARATION FOR COUNTER DESIGNATIONS (1.8). |
| HEANEY CM | 06/25/10 | 1.60 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEALS MATTERS (.2); REVIEW GENTRY DESIGNATIONS FOR PREPARATION OF COUNTER-DESIGNATION (1.4). |
| HEANEY CM | 06/28/10 | 0.70 | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH COUNTER DESIGNATIONS FOR GENTRY APPEAL (.7). |
| HEANEY CM | 06/29/10 | 0.90 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEALS MATTERS (.3); REVIEW BACKGROUND DOCUMENTS FOR COUNTER-DESIGNATIONS TO GENTRY APPEAL (.6). |
| HEANEY CM | 06/30/10 | 0.90 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO APPEAL MATTERS (.3); RESEARCH BACKGROUND INFORMATION CONCERNING STATUS FOR CREDITORS CLAIM (.6). |

B43E

```
                                       26.90

Total Legal Assistant              35.90

TOTAL TIME                         462.80
                                   ───────
```

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 07/13/10
Claims Admin. (Reclamation/Trust Funds)                  Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/08/10 | 2.40 | REVIEW AND REVISE PARAMOUNT ANSWERING BRIEF. |
| GALARDI GM | 06/22/10 | 0.60 | REVIEW PARAMOUNT REPLY BRIEF. |
| | | 3.00 | |
| **Total Partner** | | **3.00** | |
| BUGAY JJ | 06/01/10 | 9.20 | WORK ON PARAMOUNT REPLY BRIEF (9.2). |
| BUGAY JJ | 06/02/10 | 9.70 | WORK ON PARAMOUNT REPLY BRIEF (5.1); WORK ON MOTION FOR ORDER DIRECTING MEDIATION BETWEEN DEBTOR AND CREDITOR COMMITTEE (4.6). |
| BUGAY JJ | 06/03/10 | 3.90 | WORK ON PARAMOUNT REPLY BRIEF (3.9). |
| BUGAY JJ | 06/07/10 | 15.80 | WORK ON PARAMOUNT REPLY BRIEF (15.8). |
| BUGAY JJ | 06/08/10 | 12.20 | WORK ON PARAMOUNT REPLY BRIEF (12.2). |
| BUGAY JJ | 06/22/10 | 0.60 | REVIEW AND ANALYZE PARAMOUNT REPLY BRIEF (.6). |
| | | 51.40 | |
| FREDERICKS IS | 06/02/10 | 2.70 | REVIEW AND REVISE PARAMOUNT BRIEF AND CONFERENCE RE: SAME (2.7). |
| FREDERICKS IS | 06/03/10 | 2.10 | REVIEW, REVISE AND UPDATE MOTION TO DISMISS 502D APPEAL (2.1). |
| FREDERICKS IS | 06/07/10 | 11.30 | CONDUCT RESEARCH RELATED TO AND REVIEW, REVISE AND DRAFT BRIEF IN PARAMOUNT APPEAL (7.9) AND MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (3.4). |
| FREDERICKS IS | 06/08/10 | 13.60 | CONTINUE TO CONDUCT RESEARCH RELATED TO AND CONTINUE TO DRAFT, REVIEW AND REVISE PARAMOUNT BRIEF AND RELATED FILINGS (APPENDIX AND ADDITIONAL RECORD ON APPEAL) AND FINALIZE ALL DOCUMENTS FOR FILING (11.6). |
| | | 29.70 | |
| HERRMANN DD | 06/18/10 | 2.80 | ANALYSIS RE 503(B)(9) PREFERENCE CLAIM/STIPULATIONS. |
| HERRMANN DD | 06/19/10 | 1.60 | CONTINUE ANALYSIS RE 503(B)(9) PREFERENCE CLAIM/STIPULATIONS. |
| HERRMANN DD | 06/21/10 | 5.30 | CONTINUE ANALYSIS RE 503(B)(9) PREFERENCE CLAIM/STIPULATIONS. |
| HERRMANN DD | 06/22/10 | 1.90 | CONTINUE RESEARCHING PREFERENCE WAIVER ISSUES. |
| | | 11.60 | |

B43E

| | | | |
|---|---|---|---|
| VINE J | 06/17/10 | 4.30 | RESEARCH NEW VALUE DEFENSE IN RECLAMATION CASES (4.3). |
| VINE J | 06/18/10 | 9.40 | RESEARCH NEW VALUE DEFENSE AND RECLAMATION CLAIMS (6.4). |
| VINE J | 06/21/10 | 7.20 | RESEARCH AND DRAFT MEMO ON RECLAMATION & SECTION 547 PAYMENTS (7.2). |
| VINE J | 06/22/10 | 2.90 | REVISE MEMO & RESEARCH POST-PETITION REPAYMENTS UNDER 547(C)(4) (2.9). |
| VINE J | 06/23/10 | 4.80 | FINALIZE RESEARCH ON RECLAMATION CLAIMS AFFECTING THE NEW VALUE DEFENSE AND CIRCUIT COURT OPINIONS AND DRAFT MEMO RE: SAME (4.8). |
| VINE J | 06/24/10 | 4.90 | REVIEW AND REVISE RECLAMATION, NEW VALUE DEFENSE & 503(B)(9) MEMO (4.9). |
| VINE J | 06/25/10 | 0.20 | REVIEW AND REVISE RECLAMATION MEMO AND REVISING MEMO (.3). |
| | | 33.70 | |

**Total Associate**                126.40

**TOTAL TIME**                <u>129.40</u>

B43E

**Circuit City Stores, Inc. (DIP)**                                    **Bill Date: 07/13/10**
**Creditor Meetings / Statutory Committees**                 **Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/01/10 | 2.10 | BEGIN REVIEWING COMMITTEE PLAN (1.3); WORK ON STRATEGY RE: SAME (.8). |
|  |  | 2.10 |  |
| Total Partner |  | 2.10 |  |
| TOTAL TIME |  | <u>2.10</u> |  |

B43E

**Circuit City Stores, Inc. (DIP)**                              Bill Date: 07/13/10
**Insurance**                                                   Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/02/10 | 0.20 | FOLLOW-UP RE: TRAVELERS CLAIM WITH TRAVELERS COUNSEL AND LOCKTON. |
| GALARDI GM | 06/14/10 | 0.10 | REVIEW AMERICAN HOME STIPULATION (.1). |
| GALARDI GM | 06/18/10 | 0.20 | CALLS WITH LOCKTON RE: TRAVELERS. |
| GALARDI GM | 06/19/10 | 0.10 | EMAIL FOLLOW-UP WITH LOCKTON RE: TRAVELERS. |
| GALARDI GM | 06/24/10 | 0.20 | FOLLOW-UP RE: INSURANCE COVERAGE AND EMAIL FROM R. FEINSTEIN. |
| | | **0.80** | |
| **Total Partner** | | **0.80** | |
| LIBERI JM | 06/22/10 | 1.10 | REVIEW CORRESPONDENCE FROM INSURERS (0.5); FOLLOW UP ON INSURER INFORMATION REQUESTS (0.6). |
| LIBERI JM | 06/25/10 | 0.30 | REVIEW CORRESPONDENCE RE: INSURANCE POLICY MATTERS (0.3). |
| | | **1.40** | |
| SIDHU SS | 06/02/10 | 5.90 | REVIEW ADDITIONAL D&O POLICIES FOR RELEVANT INFORMATION REGARDING NOTICE OF CIRCUMSTANCES AND RECORD SAME (4.9); REVISE NOTICE OF CIRCUMSTANCES TO INCLUDE ADDITIONAL POLICIES AND TERMS (1.0). |
| SIDHU SS | 06/09/10 | 0.30 | REVIEW CIRCUIT CITY D&O POLICIES FOR RELEVANT INFORMATION REGARDING NOTICE OF CIRCUMSTANCES AND RECORD SAME. |
| SIDHU SS | 06/16/10 | 0.40 | REVIEW CIRCUIT CITY AND SUBSIDIARIES' CORPORATE DOCUMENTS FOR DIRECTORS AND OFFICERS RELEVANT TO NOTICE OF CIRCUMSTANCES (.4). |
| SIDHU SS | 06/21/10 | 0.20 | REVIEW RESPONSES TO INTERTAN NOTICE OF CIRCUMSTANCES. |
| | | **6.80** | |
| **Total Associate** | | **8.20** | |
| **TOTAL TIME** | | **9.00** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Investigations and Reviews**

**Bill Date: 07/13/10**
**Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/04/10 | 2.10 | CONTINUE ANALYZING POTENTIAL CLAIMS AGAINST DIRECTORS AND OFFICERS, INCLUDING REVIEW OF APPLICABLE CORPORATE DOCUMENTS (2.1). |
| | | 2.10 | |
| **Total Partner** | | **2.10** | |
| FREDERICKS IS | 06/25/10 | 3.80 | REVIEW VARIOUS D&O INSURANCE CONTRACTS AND MULTIPLE CORRESPONDENCE FROM COUNSEL TO THE COMMITTEE RE: SAME (3.8). |
| | | 3.80 | |
| **Total Associate** | | **3.80** | |
| **TOTAL TIME** | | **5.90** | |

B43E

**Circuit City Stores, Inc. (DIP)**                                   **Bill Date: 07/13/10**
**Litigation (General)**                                              **Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BUGAY JJ | 06/11/10 | 0.40 | WORK ON QUEBECOR OBJECTION (.4). |
| BUGAY JJ | 06/14/10 | 7.70 | RESEARCH ISSUES RELATED TO NEW VALUE DEFENSE (4.8); BEGIN TO DRAFT MITSUBISHI SUMMARY JUDGMENT MOTION (2.1); WORK ON QUEBECOR OBJECTION (.8). |
| BUGAY JJ | 06/15/10 | 3.10 | WORK ON QUEBECOR OBJECTION. |
| BUGAY JJ | 06/16/10 | 5.80 | WORK ON MITSUBISHI MOTION FOR SUMMARY JUDGMENT (5.8). |
| BUGAY JJ | 06/17/10 | 0.80 | WORK ON MITSUBISHI MOTION FOR SUMMARY JUDGMENT (.8). |
| BUGAY JJ | 06/21/10 | 5.80 | WORK ON QUEBECOR OBJECTION (4.9); WORK ON ACCOMPANYING MOTION TO SEAL (.9). |
| BUGAY JJ | 06/24/10 | 3.40 | WORK ON GRAPHIC STIPULATION REVISION (1.6); WORK ON OPTOMA SETTLEMENT AGREEMENT (1.8). |
| BUGAY JJ | 06/25/10 | 5.90 | WORK ON MOTION FOR PARTIAL SUMMARY JUDGMENT RE: MITSUBISHI (5.9). |
| BUGAY JJ | 06/27/10 | 4.80 | WORK ON MOTION FOR SUMMARY JUDGMENT RE: MITSUBISHI (4.8). |
| BUGAY JJ | 06/28/10 | 0.70 | WORK ON SUMMARY JUDGMENT MOTION RE: MITSUBISHI (.4); WORK ON OPTOMA SETTLEMENT AGREEMENT (.3). |
| BUGAY JJ | 06/29/10 | 6.60 | WORK ON MITSUBISHI MOTION FOR SUMMARY JUDGMENT (4.8); WORK ON GRAPHIC FACTS STIPULATION (.3); BEGIN TO DRAFT PNY REQUEST FOR PRODUCTION OF DOCUMENTS (1.1); PERFORM RESEARCH RE: ANTOR MEDIA CLAIM (.4). |
| BUGAY JJ | 06/30/10 | 4.90 | WORK ON GRAPHIC STIPULATION (.3); CONTINUE TO DRAFT DISCOVERY REQUESTS RE: PNY ADVERSARY PROCEEDING (3.3); WORK ON MITSUBISHI SUMMARY JUDGMENT MEMO (1.3). |
| | | **49.90** | |
| FREDERICKS IS | 06/10/10 | 5.20 | CONDUCT RESEARCH RELATED TO NEW VALUE DEFENSE AND TELEPHONE CALL AND CORRESPONDENCE RE: SAME (5.2). |
| FREDERICKS IS | 06/11/10 | 2.40 | REVIEW PREFERENCE ANALYSES FOR VARIOUS CLAIMANTS AND MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (2.3); CORRESPONDENCE FROM AND TO H. FERGUSON RE: SAME (.1). |
| FREDERICKS IS | 06/14/10 | 0.70 | REVIEW PNY ANSWER AND CONFERENCE RE: LITIGATION STRATEGY (.7). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 06/18/10 | 2.60 | RESEARCH RELATED TO NEW VALUE DEFENSE ISSUES (2.4); CORRESPONDENCE TO COUNSEL TO MITSUBISHI CONCERNING ANSWER DEADLINE AND PRE-TRIAL CONFERENCE (.2). |
| FREDERICKS IS | 06/29/10 | 1.40 | REVIEW AND REVISE MEMORANDUM OF LAW RE: SUMMARY JUDGMENT IN MITSUBISHI ACTION AND CONFERENCE RE: SAME (1.4). |
| | | 12.30 | |
| LAZAROFF KA | 06/15/10 | 4.50 | BEGIN DRAFTING COMPLAINT/CLAIMS OBJECTION REGARDING LANDLORD ISSUE (4.5). |
| LAZAROFF KA | 06/18/10 | 0.50 | CONNECTIONS AND DISCLOSURE RESEARCH. |
| | | 5.00 | |
| LIBERI JM | 06/01/10 | 4.10 | REVIEW DOCUMENTS RE: LITIGATION AND LIABILITY MATTERS (2.2); RESEARCH PROCEEDINGS HISTORY RE: EMPLOYMENT CLASS ACTION CLAIMS PENDING IN CALIFORNIA (0.6); COMMUNICATE WITH LOCAL COUNSEL FOR DEBTORS RE: EMPLOYMENT LITIGATION MATTERS (0.4); REVIEW RESPONSES TO OMNIBUS OBJECTIONS AND CONSIDER POTENTIAL CONSENSUAL RESOLUTIONS (0.9). |
| LIBERI JM | 06/03/10 | 3.20 | REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.4); REVIEW STATUS OF MATTERS SCHEDULED FOR HEARING (0.3); INVESTIGATE STATUS OF NEGOTIATIONS RE: PENDING OMNIBUS OBJECTION RESPONSES (0.5); COMMUNICATE WITH CREDITORS RE: RESOLUTIONS TO PENDING OMNIBUS OBJECTIONS (0.8); REVIEW CORRESPONDENCE RE: D&O MATTERS (0.3); REVIEW DRAFT SETTLEMENT AGREEMENTS (0.9). |
| LIBERI JM | 06/04/10 | 6.70 | REVIEW RESEARCH RE: FIDUCIARY DUTIES OF DIRECTORS UNDER VIRGINIA LAW (0.9); REVIEW RESEARCH AND ARTICLES RE: PARENT-SUBSIDIARY FIDUCIARY DUTIES AND LIABILITIES (2.4); REVIEW DRAFT DEMAND LETTERS AND CORRESPONDENCE WITH CREDITORS (0.8); FOLLOW UP ON INFORMATION REQUESTS TO CREDITORS RE: RECONCILIATION ISSUES (1.3); CONFERENCE CALL WITH COUNSEL FOR CC INVESTORS RE: ADVERSARY PROCEEDING DISCOVERY AND SETTLEMENT MATTERS (0.5); REVIEW CHARTER, ARTICLES OF INCORPORATION AND BY-LAWS RE: DEBTOR ENTITIES (0.8). |
| LIBERI JM | 06/07/10 | 4.70 | REVIEW PREFERENCE DATA RE: POTENTIAL SETTLEMENT COUNTER PARTIES (2.6); RESEARCH CASE LAW RE: TIMING OF PAYMENT OF ADMINISTRATIVE EXPENSES (2.1). |

B43E

| | | | |
|---|---|---|---|
| LIBERI JM | 06/08/10 | 5.30 | COMMUNICATE WITH COUNSEL FOR CARIBBEAN DISPLAY RE: CLAIMS ISSUES (0.3); REVIEW CLAIMS DETAIL AND RECONCILIATION ISSUES RE: CARIBBEAN DISPLAY (0.6); COMMUNICATE WITH COUNSEL FOR MARBLETAGE RE: CLAIMS RECONCILIATION ISSUES (0.4); REVIEW CLAIMS AND PREFERENCE DATA RE: KODAK ISSUES (1.3); FOLLOW UP WITH COUNSEL FOR US SIGNS RE: SETTLEMENT MATTERS (0.3); REVIEW DEBTORS CORPORATE DOCUMENTS AND INSURANCE POLICIES (2.4). |
| LIBERI JM | 06/09/10 | 0.40 | REVIEW MOTION TO RECONSIDER (0.4). |
| LIBERI JM | 06/10/10 | 3.70 | REVIEW PREFERENCE DATA RE: DISPUTED CLAIMS (1.3); COMMUNICATE WITH COUNSEL FOR ACER RE: PREFERENCE AND CLAIM RECONCILIATION (0.3); REVIEW CLAIM RECONCILIATION DETAIL RE: ACER (0.4); CORRESPOND WITH COUNSEL FROM US SIGNS RE: SETTLEMENT MATTERS (0.4); FINALIZE US SIGNDS SETTLEMENT AGREEMENT (0.3) REVISE NOTICE OF SETTLEMENT RE: US SIGNS (0.3); REVIEW CORRESPONDENCE FROM LOCAL COUNSEL HANDLING STAYED EMPLOYMENT LITIGATION ACTIONS (0.4); REVIEW CORRESPONDENCE FROM CALIFORNIA COURT RE: STAYED EMPLOYMENT LITIGATION MATTERS (0.3). |
| LIBERI JM | 06/11/10 | 1.70 | CORRESPOND WITH COMMITTEE COUNSEL RE: PROPOSED SETTLEMENTS (0.2); REVIEW DOCKET RE: RESPONSES TO PROPOSED SETTLEMENTS (0.3); REVIEW RESPONSES TO OMNIBUS CLAIMS OBJECTION AND CONSIDER POTENTIAL RESOLUTIONS (0.7); REVIEW CLAIM RECONCILIATION INFORMATION RE: DISPUTED CLAIMS (0.5). |
| LIBERI JM | 06/16/10 | 1.70 | REVIEW DOCUMENTS AND INFORMATION RE: POTENTIAL RESOLUTION TO CC INVESTORS ADVERSARY PROCEEDING (1.1); REVIEW STATUS OF PENDING OMNIBUS OBJECTION RESPONSES AND NEGOTIATIONS (0.6). |
| LIBERI JM | 06/17/10 | 1.50 | COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT ISSUES (0.3); REVIEW AND COMMENT ON MARK-UP OF DRAFT SETTLEMENT AGREEMENT RE: SEGA (0.4); RESEARCH CASE LAW RE: DIRECTOR LIABILITY ISSUES (0.8). |
| LIBERI JM | 06/18/10 | 0.90 | COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: CLAIMS RESOLUTION AND SETTLEMENT MATTERS (0.3); REVIEW STATUS OF PENDING OMNIBUS OBJECTION RESPONSES (0.6). |
| LIBERI JM | 06/21/10 | 1.40 | REVIEW DRAFT DISCOVERY REQUESTS (1.4). |

B43E

| LIBERI JM | 06/22/10 | 2.20 | FOLLOW UP ON DEBTORS' CONTINUING INFORMATION REQUESTS TO CREDITORS RE: CLAIM RECONCILIATION DATA (1.1); REVIEW STATUS OF SETTLEMENT NEGOTIATIONS (0.4); REVIEW INFORMATION PROVIDED BY COUNSEL FOR CC INVESTORS RE: DISPUTED CLAIMS RECONCILIATION (0.7). |
|---|---|---|---|
| LIBERI JM | 06/23/10 | 4.10 | REVIEW CORRESPONDENCE AND CLAIMS INFORMATION RE: SM WILSON (0.5); REVIEW CORRESPONDENCE AND CLAIMS INFORMATION RE: Z-LINE (0.5); REVIEW DRAFT OMNIBUS OBJECTION (0.7); REVIEW PREFERENCE DATA RE: SETTLEMENT MATTERS (1.2); REVIEW CLAIMS RECONCILIATION INFORMATION PROVIDED BY COUNSEL FOR GATEWAY (0.4); REVIEW CONTRACTS RE: DISPUTED CLAIMS (0.8). |
| LIBERI JM | 06/24/10 | 5.30 | COMMUNICATE WITH COUNSEL FOR GENERAL INSTRUMENTS RE: SETTLEMENT MATTERS (0.3); REVISE DRAFT SETTLEMENT AGREEMENT RE: GENERAL INSTRUMENT (0.4); RESEARCH ISSUES RE: INTETAN CANADA BANKRUPTCY PROCEEDINGS (1.1); REVISE DRAFT OBJECTION TO CLAIMS (0.8); REVIEW DEMAND LETTERS RE: DEBTOR RECEIVABLES AND SETOFFS (0.4); REVIEW DRAFT DISCOVERY ISSUES (0.7); REVIEW CASE CALENDAR RE: FILING DEADLINES FOR PENDING MATTERS (0.2); REVIEW NEW VALUE DEFENSE ISSUES (0.8); CONSIDER INITIAL DISCLOSURES RE: ADVERSARY PROCEEDINGS (0.6). |
| LIBERI JM | 06/25/10 | 1.10 | REVIEW DOCKET RE: RESPONSES TO SETTLEMENTS (0.3); COMMUNICATE WITH COUNSEL FOR UNIVERSAL DISPLAY RE: SETTLEMENT MATTERS (0.2); COMMUNICATE WITH COUNSEL FOR MARBLEGATE RE: SETTLEMENT MATTERS (0.2); REVIEW RECONCILIATION DETAIL AND RELATED INFORMATION RE: KODAK CLAIMS (0.4). |
| LIBERI JM | 06/29/10 | 2.70 | REVIEW DRAFT DISCOVERY PAPERS (0.8); COMMUNICATE WITH COUNSEL FOR PLAINTIFF IN ADVERSARY PROCEEDING (0.3); REVIEW DOCUMENTS PROVIDED BY COUNSEL FOR CC INVESTORS RE: ADVERSARY MATTERS (1.6). |
| LIBERI JM | 06/30/10 | 1.00 | CONSIDER DISCOVERY AND PLEADINGS ISSUES (0.6); FOLLOW UP RE: DEBTORS' INFORMATION REQUESTS TO CREDITORS RE: CLAIMS RECONCILIATION (0.4). |
| | | **51.70** | |
| SIDHU SS | 06/11/10 | 2.70 | REVIEW PNY ANSWER TO ADVERSARY COMPLAINT, ANALYZE ADMISSIONS AND DENIALS, AND DRAFT ANALYSIS FOR PURPOSES OF POTENTIAL JUDGMENT ON PLEADINGS. |

B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 06/14/10 | 3.80 | RESEARCH CASE LAW REGARDING MOTION FOR JUDGMENT ON THE PLEADINGS FOR APPLICABLE STANDARD IN ADVERSARY PROCEEDINGS (.6); DRAFT MOTION FOR JUDGMENT ON PLEADINGS WITH REGARD TO PNY ADVERSARY PROCEEDING (2.2); CONFER REGARDING JUDGMENT ON THE PLEADINGS WITH REGARD TO PNY ADVERSARY PROCEEDING (.1); DRAFT CONSENSUAL ORDER GRANTING JUDGMENT ON THE PLEADINGS WITH REGARD TO PNY ADVERSARY PROCEEDING (.9). |
| SIDHU SS | 06/16/10 | 1.30 | RESEARCH BREACH OF FIDUCIARY OF DUTY CASE LAW (.1); REVISE CONSENSUAL ORDER FOR JUDGMENT ON THE PLEADINGS WITH REGARD TO PNY ADVERSARY PROCEEDING INTO CONSENT MOTION FOR AGREED ORDER REGARDING JUDGMENT ON THE PLEADINGS (1.2). |
| SIDHU SS | 06/22/10 | 0.60 | CONFER REGARDING FILING REQUIREMENTS FOR CONSENT MOTION IN PNY ADVERSARY PROCEEDING (.2); DRAFT NOTICE OF CONSENT MOTION IN PNY ADVERSARY PROCEEDING AND RESEARCH APPLICABLE RULES AND PRECEDENT (.4). |
| SIDHU SS | 06/23/10 | 2.10 | CONFER REGARDING FILING OF PNY ADVERSARY PROCEEDING CONSENT MOTION AND NOTICE OF SAME (.5); RESEARCH RULES APPLICABLE TO SAME, DRAFT NOTICE, AND REVISE/UPDATE SAME (1.4); FINALIZE AND COORDINATE FILING OF CONSENT MOTION AND NOTICE (.2). |
| | | 10.50 | |
| **Total Associate** | | **129.40** | |
| HEANEY CM | 06/01/10 | 1.40 | REVIEW ORGANIZE AND CATALOG LITIGATION HOLD RESPONSES (.2); REVIEW COURT DOCKETS AND CASE FILES RE: PLEADINGS TO BE USED AS PRECEDENT IN CONNECTION WITH REPLY BRIEF (1.2). |
| HEANEY CM | 06/02/10 | 0.20 | REVIEW ORGANIZE AND CATALOG LITIGATION HOLD RESPONSES (.2). |
| HEANEY CM | 06/04/10 | 0.60 | REVIEW RESPONSES TO LITIGATION HOLD MEMORANDUM (.6). |
| HEANEY CM | 06/07/10 | 2.30 | REVIEW ALL RESPONSES TO LITIGATION HOLD LETTER AND REORGANIZE INDEX (2.3). |
| HEANEY CM | 06/09/10 | 1.80 | REVIEW COURT DOCKETS AND CASE FILES FOR MOTION TO COMPEL TO BE USED AS PRECEDENT (1.8). |
| HEANEY CM | 06/10/10 | 1.20 | REVIEW COURT DOCKETS AND CASE FILES RE: CONTINUED RESEARCH TO MOTIONS TO COMPEL (1.2). |
| HEANEY CM | 06/21/10 | 0.70 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF OBJECTIONS AND MOTION FOR FILING (.7). |

B43E