**EXHIBIT D-6**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| HEANEY CM | 06/23/10 | 0.40 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF FILINGS NOTICE IN CONNECTION WITH PNY MATTERS (.4). |
| | | 8.60 | |
| LAMANNA WK | 06/16/10 | 2.40 | OBTAIN AND REVIEW PRECEDENT FOR CONSENT OR AGREED ORDER IN AN ADVERSARY PROCEEDING. |
| | | 2.40 | |
| **Total Legal Assistant** | | 11.00 | |
| **TOTAL TIME** | | **140.40** | |

B43E

**Circuit City Stores, Inc. (DIP)**　　　　　　　　　　　　　　**Bill Date: 07/13/10**
**Litigation (Insurance Recovery)**　　　　　　　　　　　　　**Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/04/10 | 0.70 | CALL RE: TRAVELERS CLAIMS AND RECOVERY ON LC PROCEEDS WITH E. WAXMAN (.4); FOLLOW-UP WITH LOCKTON RE: SAME (.3). |
| GALARDI GM | 06/16/10 | 0.30 | CALLS WITH WAXMAN AND PAULSON RE: TRAVELERS EXCESS PROCEEDS. |
| GALARDI GM | 06/18/10 | 0.20 | CALL WITH LOCKTON RE: TRAVELERS PROPOSAL. |
| | | **1.20** | |
| **Total Partner** | | **1.20** | |
| **TOTAL TIME** | | **1.20** | |

B43E

**Circuit City Stores, Inc. (DIP)**          **Bill Date: 07/13/10**
**Liquidation / Feasibility**               **Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 06/28/10 | 4.10 | REVIEW UPDATED LIQUIDATION ANALYSIS AND CLAIM WATERFALL, RESEARCH RELATED TO VARIOUS MATTERS, AND CONFERENCE CALL W/ FTI RE: SAME (4.1). |
| FREDERICKS IS | 06/29/10 | 1.40 | REVIEW REVISED LIQUIDATION ANALYSIS AND CLAIM WATERFALL AND CONFERENCE CALL W/ FTI RE: SAME (1.4). |
| | | 5.50 | |
| **Total Associate** | | 5.50 | |
| **TOTAL TIME** | | **5.50** | |

B43E

**Circuit City Stores, Inc. (DIP)**
**Nonworking Travel Time**

Bill Date: 07/13/10
Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/07/10 | 2.40 | NON-WORKING TRAVEL FROM NYC TO RICHMOND FOR HEARING ON VARIOUS MATTERS. |
| GALARDI GM | 06/23/10 | 2.20 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 06/24/10 | 2.10 | NON-WORKING RETURN TRAVEL FROM RICHMOND TO WILMINGTON. |
| | | 6.70 | |
| **Total Partner** | | **6.70** | |
| FREDERICKS IS | 06/07/10 | 1.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (3.2). |
| FREDERICKS IS | 06/08/10 | 1.50 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (3.1). |
| FREDERICKS IS | 06/23/10 | 1.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (3.2). |
| FREDERICKS IS | 06/24/10 | 1.90 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (3.8). |
| | | 6.60 | |
| **Total Associate** | | **6.60** | |
| **TOTAL TIME** | | **13.30** | |

B43E

**Circuit City Stores, Inc. (DIP)**                    **Bill Date: 07/13/10**
**Regulatory and SEC Matters**                         **Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/02/10 | 0.20 | REVIEW AND RESPOND TO EMAIL RE: 8K EVENT. |
| GALARDI GM | 06/04/10 | 0.10 | REVIEW 8K (.1). |
| | | **0.30** | |
| **Total Partner** | | **0.30** | |
| FREDERICKS IS | 06/04/10 | 0.40 | REVIEW AND REVISE FORM 8K RE: RESIGNATION AND TELEPHONE CALL WITH CC AND CORRESPONDENCE RE: SAME (.4). |
| | | **0.40** | |
| **Total Associate** | | **0.40** | |
| **TOTAL TIME** | | **0.70** | |

B43E

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 05/29/10 | 0.80 | CALL WITH R. PACHULSKI RE: PLAN AND OUTSTANDING ISSUES (.8). |
| GALARDI GM | 06/01/10 | 1.10 | BEGIN SKETCHING ALTERNATIVE PLAN FOR BOARD (1.1). |
| GALARDI GM | 06/02/10 | 1.40 | REVIEW AND COMMENT ON MOTION FOR MEDIATION (1.1); EMAILS RE: SAME (.3). |
| GALARDI GM | 06/03/10 | 2.20 | CALLS AND EMAILS WITH R. PACHULSKI RE: MEDIATION, COMMITTEE POSITIONS, BOARD ISSUES AND RELATED MATTERS (1.2); WORK ON STRATEGY FOR MEDIATION AND POSSIBLE ALTERNATIVE PLAN (.7); CALLS AND EMAILS WITH D. FOLEY RE: MEDIATION LOGISTICS (.3). |
| GALARDI GM | 06/04/10 | 1.90 | REVIEW COMMITTEE RESPONSE TO MEDIATION MOTION (.4); CALL WITH R. PACHULSKI RE: OPEN ISSUES AND METHOD FOR RESOLUTION OF PLAN MATTERS AND OTHER OUTSTANDING ISSUES SUCH AS PROFESSIONALS (1.3); FOLLOW-UP RE: PACHULSKI CALL AND RELATED MATTERS (.2). |
| GALARDI GM | 06/05/10 | 0.60 | EMAIL WITH R. PACHULSKI RE: FRIDAY CALL AND POSSIBLE RESOLUTION OF ISSUES (.6). |
| GALARDI GM | 06/06/10 | 0.90 | FOLLOW-UP CALLS WITH COMMITTEE COUNSEL RE: PLAN ISSUES AND DELEGATION OF POST-EFFECTIVE TASKS (.9). |
| GALARDI GM | 06/07/10 | 1.10 | REVIEW AND COMMENT ON BYLAWS (.7); REVIEW AND COMMENT ON LTA AGREEMENT (.4). |
| GALARDI GM | 06/09/10 | 1.20 | CALL WITH COMMITTEE RE: PLAN ISSUES (.8); FOLLOW-UP RE: SAME AND STRATEGY (.4). |
| GALARDI GM | 06/11/10 | 2.40 | WORK ON NUMEROUS MATTERS RE: PLAN AND RELATED DOCUMENTS, INCLUDING DRAFTING SKADDEN TASKS (2.4). |
| GALARDI GM | 06/12/10 | 2.10 | CALLS AND EMAILS WITH COMMITTEE COUNSEL RE: PLAN RELATED ISSUES (1.2); WORK ON DOCUMENT RELATED TO PLAN TO ADDRESS COMPANY POSITION (.9). |
| GALARDI GM | 06/13/10 | 0.70 | BRIEFLY REVIEW PROPOSED JOINT PLAN (.7). |
| GALARDI GM | 06/14/10 | 0.70 | CALLS AND EMAILS RE: PLAN REVISIONS AND COMMENTS FROM COMMITTEE COUNSEL (.4); BRIEFLY REVIEW COMMENTS TO BYLAWS (.3). |
| GALARDI GM | 06/15/10 | 0.60 | CALLS AND EMAILS WITH COMMITTEE RE: PROPOSED PLAN TERMS, MEDIATION AND ADJOURNMENT (.6). |

B43E

| | | | | |
|---|---|---|---|---|
| GALARDI GM | 06/16/10 | 4.30 | CALL WITH COMMITTEE RE: HEARING AND ISSUES (.4); TELEPHONIC HEARING WITH COURT RE: CONFIRMATION STATUS AND MEDIATION (.4); BEGIN REVIEWING FULL PROPOSED JOINT PLAN AND COMMENTING THEREON (2.8); REVIEW RESEARCH AND CASES RE: PRIVILEGE AND RELATED MATTERS (.7). | |
| GALARDI GM | 06/17/10 | 4.70 | FINALIZE REVIEW AND COMMENTS RE: COMPANY PROPOSED PLAN AND RELATED DOCUMENTS. | |
| GALARDI GM | 06/18/10 | 1.90 | REVIEW AND COMMENT ON COMMITTEE EMAILS RE: PROPOSED PLAN AND VARIOUS ISSUES (.6); FOLLOW-UP ANALYSIS RE: CRITICAL PROVISIONS AND RISKS (.7); BEGIN OUTLINING BOARD MEMO OF RISKS AND ISSUES WITH COMPANY PLAN (.6). | |
| GALARDI GM | 06/21/10 | 2.70 | CALLS AND EMAILS WITH COMMITTEE'S COUNSEL RE: PROPOSED PLAN ISSUES AND RELATED DOCUMENTS (.9); WORK ON ISSUES RELATED TO PLAN DISPUTES AND REVIEW RESEARCH RE: SAME (1.8). | |
| GALARDI GM | 06/22/10 | 1.20 | REVIEW COMMENTS TO PLAN FROM COMMITTEE (1.2). | |
| GALARDI GM | 06/23/10 | 1.60 | CALLS AND EMAILS WITH R. PACHULSKI AND COMMITTEE COUNSEL RE: OPEN PLAN AND OTHER ISSUES (.7); CALL WITH COMMITTEE RE: INTERTAN/VENTOUX ISSUES (.9). | |
| GALARDI GM | 06/24/10 | 2.90 | PREPARE FOR AND ATTEND HEARING ON MEDIATION/CONFIRMATION (1.2); FOLLOW-UP RE: MEDIATION STATEMENT AND STRATEGY (.6); BEGIN WORKING ON SUBSTANTIVE CONSOLIDATION AND OTHER ISSUES (1.1). | |
| GALARDI GM | 06/25/10 | 0.60 | EMAILS WITH COMMITTEE RE: MEDIATION AND PLAN PROVISIONS. | |
| GALARDI GM | 06/29/10 | 2.20 | WORK ON ISSUES RE: MEDIATION STATEMENT AND PLAN (.6); EMAILS RE: SAME AND BOARD PARTICIPATION (.3); BEGIN REVIEWING REVISED SUBSTANTIVE CONSOLIDATION ANALYSIS (.4); REVIEW AND RESPOND TO EMAILS RE: MEDIATION (.3); CONTINUE WORKING ON OUTLINE FOR MEDIATION STATEMENT (.6). | |
| GALARDI GM | 06/30/10 | 0.40 | WORK ON ISSUES AND OUTLINE FOR MEDIATION STATEMENT. | |
| | | **40.20** | | |
| **Total Partner** | | **40.20** | | |
| BAKER SK | 06/02/10 | 1.30 | REVIEW PLAN FILED BY CREDITOR'S COMMITTEE (1.3). | |
| BAKER SK | 06/09/10 | 0.20 | TELEPHONE CALL WITH J. STAHLER REGARDING PLAN OF LIQUIDATION (.2). | |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 06/17/10 | 0.10 | REVIEW CORRESPONDENCE FROM J. WRIGHT REGARDING CONFIRMATION MATTERS (.1). |
| BAKER SK | 06/24/10 | 0.30 | REVIEW CORRESPONDENCE FROM CYBERPOWER REGARDING CONFIRMATION OF PLAIN (.1); DRAFT RESPONSE TO J. STAHLER REGARDING CONFIRMATION OF PLAN (.2). |
| | | **1.90** | |
| FREDERICKS IS | 06/02/10 | 6.50 | REVIEW COMMITTEE'S PROPOSED PLAN, RELATED DOCUMENTS AND REDLINES AND MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (3.4); REVIEW AND REVISE MULTIPLE DRAFTS OF MOTION TO COMPEL MEDIATION, CONDUCT RELATED RESEARCH AND TELEPHONE CALLS RE: SAME (3.1). |
| FREDERICKS IS | 06/07/10 | 3.70 | REVIEW AND REVISE PLAN OF LIQUIDATION, LT AGREEMENT, AND BYLAWS AND MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (3.7). |
| FREDERICKS IS | 06/09/10 | 2.30 | PREPARE FOR AND PARTICIPATE IN MULTIPLE CONFERENCE CALLS W/ COUNSEL TO THE COMMITTEE AND FOLLOW-UP CALL RE: SAME (2.3). |
| FREDERICKS IS | 06/11/10 | 1.90 | REVIEW REVISE BYLAWS PROVIDED BY THE COMMITTEE AND REVISE SAME (.8); DRAFT SCOPE OF SERVICES FOR PROPOSED ENGAGEMENT LETTER (1.1). |
| FREDERICKS IS | 06/14/10 | 3.90 | REVIEW UPDATED PLAN DOCUMENTS BASED ON CALLS W/ COUNSEL TO THE COMMITTEE AND CONFERENCE CALLS RE: SAME (2.7); MULTIPLE CORRESPONDENCE TO AND FROM AND TELEPHONE CALL W/ COUNSEL TO THE COMMITTEE RE: PLAN NEGOTIATIONS (.8); MULTIPLE CORRESPONDENCE TO AND FROM BOARD MEMBERS RE: SAME (.4). |
| FREDERICKS IS | 06/15/10 | 5.40 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: VARIOUS PLAN AND CANADIAN PLAN RELATED TAX ISSUES AND REVIEW ADDITIONAL CORRESPONDENCE BETWEEN COUNSEL RE: SAME (3.7); REVIEW PROPOSED CRA RULING AND TELEPHONE CALL W/ PWC RE: SAME (1.2); PARTICIPATE IN INTERTAN CANADA CRA RULING CALL (.5). |
| FREDERICKS IS | 06/16/10 | 5.60 | REVIEW PLAN RELATED DOCUMENTS AND REVISIONS (1.2); MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: SAME (.2); REVIEW AND REVISE MULTIPLE DRAFTS OF THE PLAN AND MULTIPLE TELEPHONE CALLS RE: SAME (1.8); REVIEW AND REVISE CONFIRMATION ORDER (1.4). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 06/17/10 | 13.70 | REVIEW, REVISE AND UPDATE CONFIRMATION ORDER AND PLAN TO INCORPORATE SUBSTANTIVE CHANGES RE: INTERTAN AND VENTOUX AND OTHER SUBSTANTIVE AND NON-SUBSTANTIVE COMMENTS AND TELEPHONE CALLS, CONFERENCES, AND CORRESPONDENCE RE: SAME (13.7). |
| FREDERICKS IS | 06/18/10 | 2.70 | IDENTIFY AND SUMMARIZE LIST OF ISSUES RELATED TO CONFIRMATION OF INTERTAN AND VENTOUX (1.2); CONFERENCE RE: VARIOUS CONFIRMATION MATTERS (.8); REVIEW INTERCOMPANY CLAIMS AT INTERTAN AND VENTOUX FOR PURPOSES OF CONFIRMATION ANALYSIS AND CORRESPONDENCE TO AND FROM COMMITTEE RE: SAME (.7). |
| FREDERICKS IS | 06/21/10 | 3.70 | REVIEW REVISED PLAN AND RELATED DOCUMENTS PROVIDED BY THE COMMITTEE AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (3.7). |
| FREDERICKS IS | 06/23/10 | 2.40 | MULTIPLE CORRESPONDENCE RE: CRA RULING ISSUES AND PLAN RELATED ISSUES (.6); TELEPHONE CALL W/ PWC RE: CRA RULING ISSUES (.7); CONFERENCE CALL W/ COMMITTEE RE: PLAN AND CRA RULING ISSUES (1.1). |
| FREDERICKS IS | 06/24/10 | 1.30 | MULTIPLE CONFERENCE CALLS RE: CONFIRMATION AND CANADIAN ISSUES (1.3). |
| FREDERICKS IS | 06/25/10 | 1.70 | PARTICIPATE IN CONFERENCE CALL W/ FTI RE: SUB CON ANALYSIS (.8); PARTICIPATE CONFERENCE CALL W/ CANADIAN PARTIES IN INTEREST RE: CONFIRMATION UPDATE (.9). |
| FREDERICKS IS | 06/28/10 | 2.70 | DRAFT OUTLINE FOR MEDIATION STATEMENT AND RESEARCH RE: SAME (2.7). |
| FREDERICKS IS | 06/29/10 | 3.10 | CONTINUE TO DRAFT MEDIATION STATEMENT OUTLINE (3.1). |
| FREDERICKS IS | 06/30/10 | 11.40 | CONTINUE TO DRAFT AND FINALIZE MEDIATION STATEMENT OUTLINE AND BEGIN DRAFTING MEDIATION STATEMENT (11.4). |
| | | **72.00** | |
| GRANT K | 06/02/10 | 0.40 | DISCUSSIONS REGARDING PLAN ISSUES. (.4). |
| | | **0.40** | |
| KUMAR JS | 06/02/10 | 5.10 | DRAFTING DEBTORS' STAND ALONE PLAN AND RELATED DOCUMENTS (5.1). |
| KUMAR JS | 06/03/10 | 1.80 | DRAFTING DEBTORS' STAND ALONE PLAN AND RELATED DOCUMENTS (1.8). |
| KUMAR JS | 06/04/10 | 3.60 | DRAFTING DEBTORS' STAND ALONE PLAN AND RELATED DOCUMENTS (3.6). |
| KUMAR JS | 06/06/10 | 2.30 | DRAFTING REVISED VERSIONS OF PLAN, LIQUIDATING TRUST AGREEMENT AND OVERSIGHT COMMITTEE BYLAWS (2.3). |

B43E

| | | | |
|---|---|---|---|
| KUMAR JS | 06/07/10 | 6.10 | REVISING JOINT PLAN OF LIQUIDATION AND RELATED PLAN DOCUMENTS (6.1). |
| KUMAR JS | 06/09/10 | 2.10 | CALLS WITH CREDITORS' COMMITTEE RE PLAN AND RELATED MATTERS AND PREPARATION RE SAME (2.1). |
| KUMAR JS | 06/10/10 | 0.20 | RESPONDING TO INQUIRY RE CONFIRMATION OBJECTIONS (.2). |
| KUMAR JS | 06/11/10 | 0.60 | REVIEWING AND DISCUSSING PLAN DOCUMENTS (.6). |
| KUMAR JS | 06/12/10 | 3.90 | CALLS WITH COMMITTEE RE JOINT PLAN OF LIQUIDATION AND RELATED DOCUMENTS AND REVISING PLAN DOCUMENTS (3.9). |
| KUMAR JS | 06/13/10 | 3.60 | REVISING JOINT PLAN OF LIQUIDATION (3.6). |
| KUMAR JS | 06/14/10 | 3.20 | REVISING JOINT PLAN OF LIQUIDATION AND RELATED DOCUMENTS TO SEND TO CREDITORS' COMMITTEE (3.2). |
| KUMAR JS | 06/16/10 | 3.90 | REVISING JOINT PLAN OF LIQUIDATION AND CONFIRMATION ORDER (3.9). |
| KUMAR JS | 06/17/10 | 6.60 | REVISING JOINT PLAN OF LIQUIDATION AND CONFIRMATION ORDER (6.6). |
| KUMAR JS | 06/21/10 | 1.70 | REVIEWING PLAN DOCUMENTS FROM COMMITTEE AND SUMMARIZING FOR INTERNAL AND BOARD USE (1.7). |
| KUMAR JS | 06/22/10 | 2.90 | PREPARING BOARD SUMMARY OF PLAN DOCUMENTS FROM COMMITTEE (2.9). |
| KUMAR JS | 06/23/10 | 0.40 | SENDING PLAN DOCUMENTS TO CANADIAN COUNSEL FOR REVIEW (.4). |
| KUMAR JS | 06/25/10 | 1.40 | REVIEWING PLAN AND EMAILS IN CONNECTION WITH MEDIATION (1.4). |
| | | **49.40** | |
| **Total Associate** | | **123.70** | |
| HEANEY CM | 06/08/10 | 0.60 | REVIEW DCOKETS RE: BACKGROUND MATERIAL IN CONNECTION WITH AMENDED PLAN (.6). |
| HEANEY CM | 06/28/10 | 4.20 | RESEARCH ON/IN ISSUES REGARDING PLAN MATTERS (4.2). |
| HEANEY CM | 06/29/10 | 3.20 | RESEARCH ON/IN ISSUES CONCERNING PLAN MATTERS (3.2). |
| HEANEY CM | 06/30/10 | 1.70 | REVIEW BACKGROUND INFORMATION CONCERNING PLAN ISSUES (1.7). |
| | | **9.70** | |
| **Total Legal Assistant** | | **9.70** | |
| **TOTAL TIME** | | **173.60** | |

B43E

**Circuit City Stores, Inc. (DIP)**                              **Bill Date: 07/13/10**
**Retention / Fee Matters (SASM&F)**                             **Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 06/14/10 | 2.50 | REVIEWED AND REVISED MAY STATEMENT OF FEES AND EXPENSES. (2.5). |
| GRANT K | 06/15/10 | 0.60 | FINALIZED MAY STATEMENT OF FEES AND EXPENSES; CORRESPONDENCE REGARDING SAME. (.6). |
|  |  | **3.10** |  |
| KUMAR JS | 06/17/10 | 0.10 | SERVING MAY FEE REQUEST (.1). |
|  |  | **0.10** |  |
| LAZAROFF KA | 06/04/10 | 7.50 | DRAFT SKADDEN FEE APPLICATION. |
| LAZAROFF KA | 06/07/10 | 3.30 | CONTINUE DRAFTING AND REVIEW AND REVISE SKADDEN FEE APPLICATION. |
| LAZAROFF KA | 06/14/10 | 0.50 | REVIEW AND REVISE SKADDEN FEE APPLICATION. |
|  |  | **11.30** |  |
| **Total Associate** |  | **14.50** |  |
| **TOTAL TIME** |  | **14.50** |  |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 07/13/10
Retention / Fee Matters / Objections (Others)            Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/01/10 | 0.80 | REVIEW AND COMMENT ON OBJECTION TO GOWLINGS (.8). |
| GALARDI GM | 06/02/10 | 0.30 | EMAILS WITH AL RE: FURTHER DISCLOSURE (.3). |
| GALARDI GM | 06/03/10 | 0.30 | REVIEW AND COMMENT ON OBJECTION TO ARSENE RETENTION (.3). |
| GALARDI GM | 06/04/10 | 0.60 | PROVIDE FURTHER COMMENTS ON ARSENE OBJECTION (.4). |
| GALARDI GM | 06/07/10 | 0.40 | EMAILS WITH COMMITTEE RE: PROFESSIONAL FEE ISSUES. |
| GALARDI GM | 06/14/10 | 0.10 | REVIEW AND COMMENT ON EMAIL RE: MOSIER (.1). |
| GALARDI GM | 06/24/10 | 1.30 | EMAILS RE: SETTLEMENT OF PROFESSIONAL MATTERS WITH COMMITTEE (.5); PREPARE FOR AND REPRESENT COMPANY AT HEARING ON GOWLINGS AND ARSENSE (8). |
| GALARDI GM | 06/28/10 | 0.60 | CALLS AND EMAILS RE: CRO RESIGNATION WITH COMMITTEE AND BOARD MEMBERS. |
| | | **4.40** | |
| **Total Partner** | | **4.40** | |
| SIDHU SS | 06/01/10 | 0.60 | REVIEW AND REVISE OBJECTION TO LIFTING GOWLINGS FEE CAP. |
| SIDHU SS | 06/03/10 | 1.40 | REVISE LIMITED OBJECTION REGARDING ARSENE TAXAND RETENTION (1.3); CONFER REGARDING SAME (.1). |
| SIDHU SS | 06/04/10 | 4.70 | REVIEW DOCUMENTS REGARDING INTERTAN FOR PURPOSES OF REVISING LIMITED OBJECTION TO RETENTION OF ARSENE TAXAND (.3); REVISE LIMITED OBJECTION TO RETENTION OF ARSENE TAXAND (4.4). |
| | | **6.70** | |
| **Total Associate** | | **6.70** | |
| **TOTAL TIME** | | **11.10** | |

B43E

Circuit City Stores, Inc. (DIP)                               Bill Date: 07/13/10
Secured Claims                                                Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 06/29/10 | 0.20 | REVIEW CORRESPONDENCE REGARDING LAFAYETTE UTILITIES SYSTEMS BOND CLAIM (.2). |
|  |  | **0.20** |  |
| **Total Associate** |  | **0.20** |  |
| **TOTAL TIME** |  | **0.20** |  |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 07/13/10
Tax Matters                                                        Bill Number: 1322134

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BREWSTER JJ | 06/01/10 | 3.40 | REVIEW TAX MEMO PREPARED BY KPMG (2.0); OUTLINE ARGUMENTS FOR APPEALS PROTEST (.8); REVIEW AND OUTLINE EXPLANATIONS FOR ADJUSTMENTS PROPOSED BY IRS (.6). |
| BREWSTER JJ | 06/02/10 | 2.00 | ANALYZE TAX ISSUES (.5); REVIEW AND RESPOND TO QUESTION FROM CLIENT (.6); TELEPHONE CONFERENCE WITH J. MCDONALD AND J. MARSTON RE: IRS REVENUE AGENT'S REPORT (.9). |
| BREWSTER JJ | 06/14/10 | 0.90 | REVIEW APPEALS PROTEST (.9). |
| BREWSTER JJ | 06/23/10 | 2.50 | REVIEW CLIENT SPREADSHEETS (.6); TELEPHONE CONFERENCE WITH J. MCDONALD RE: SAME (.4); REVIEW CORRESPONDENCE FROM IRS (.9); REVIEW COMPUTATION OF TAX REFUND (.6). |
| BREWSTER JJ | 06/30/10 | 0.40 | REVIEW PROTEST (.2); CONFER WITH J. MARSTON RE: SAME (.2). |
| | | 9.20 | |
| DEROUIN P | 06/11/10 | 1.00 | CORRESPONDENCE REGARDING FRENCH LIQUIDATION (1.0). |
| DEROUIN P | 06/28/10 | 1.50 | CONFERENCE CALL + REVIEW AOC (1.5). |
| DEROUIN P | 06/29/10 | 4.00 | RESEARCH AND DRAFT MEMORANDUM ON FRENCH CORPORATE AND TAX (4.0). |
| DEROUIN P | 06/30/10 | 1.00 | ONGOING ANALYSIS REGARDING FRENCH TAX ISSUES (1.0). |
| | | 7.50 | |
| GALARDI GM | 05/25/10 | 0.40 | REVIEW B. WELLER SPREADSHEET RE: TAX CLAIMS. |
| GALARDI GM | 05/26/10 | 0.40 | FOLLOW-UP RE: RESOLUTION OF TAX CLAIMS (.4). |
| GALARDI GM | 05/27/10 | 0.30 | REVIEW AND ANALYZE EMAILS RE: TAX CLAIMS WITH WELLER AND REED. |
| GALARDI GM | 06/01/10 | 0.40 | REVIEW AND COMMENT ON EMAILS WITH COMMITTEE RE: PAYMENT OF TAX CLAIMS (.4). |
| GALARDI GM | 06/02/10 | 1.20 | EMAILS RE: TEXAS TAX CLAIMS HEARING (.4); FOLLOW-UP WITH COMMITTEE RE: SAME AND OBJECTION (.3); BEGIN DEVELOPING STRATEGY AND EVIDENCE FOR HEARING ON TEXAS TAX CLAIMS (.5). |
| GALARDI GM | 06/03/10 | 0.40 | CALLS AND EMAILS WITH WELLER RE: HEARING AND COMMITTEE POSITION (.3); FOLLOW-UP RE: SAME (.1). |

B43E

| | | | |
|---|---|---|---|
| GALARDI GM | 06/04/10 | 0.70 | CALL WITH TEXAS COUNSEL RE: CLAIMS AND HEARING STATUS (.3); FOLLOW-UP EMAILS WITH COMMITTEE AND OTHERS RE: SAME (.4). |
| GALARDI GM | 06/06/10 | 0.10 | EMAIL TO TEXAS COUNSEL RE: SECURED CLAIMS HEARING (.1). |
| GALARDI GM | 06/07/10 | 0.10 | EMAILS WITH TEXAS COUNSEL RE: SETTLEMENT, HEARING AND STEPS FORWARD. |
| GALARDI GM | 06/08/10 | 0.60 | PREPARE FOR AND REPRESENT COMPANY ON HEARING RE: TAX CLAIMS (.6). |
| GALARDI GM | 06/09/10 | 0.60 | FOLLOW-UP RE: US TAX ISSUES ON REVISED CRA RULING. |
| GALARDI GM | 06/12/10 | 0.30 | EMAILS RE: AMT TAX ISSUES AND STRATEGY (.3). |
| | | **5.50** | |
| LEVY DF | 06/03/10 | 2.70 | ANALYSIS OF MULTIPLE TAX ISSUES STEMMING FROM THE ALTERNATE CANADIAN STRUCTURE POSED BY THE UCC. (1.3) CONFERENCE CALLS WITH EY TEAM AND CANADIAN PWC TEAM REGARDING MULTIPLE CANADIAN AND US TAX STRUCTURING ISSUES RELATING TO THE PROPOSED POSTPONEMENT OF THE TOURMALET/INTERTAN AMALGAMATION AND CONTINUE EXISTENCE OF VENTOUX (1.4). |
| LEVY DF | 06/07/10 | 2.60 | MULTIPLE CONFERENCE CALLS WITH CIRCUIT CITY, EY, PWC, UCC AND UCC TAX TEAMS REGARDING US TAX EXPOSURE ASSOCIATED WITH THE UCC'S PROPOSED CANADIAN AMALGAMATION PLAN. (1.8) RESEARCH REGARDING AND ANALYSIS OF TECHNICAL ISSUES RELATED TO FOREIGN EXCHANGE GAIN AND INBOUND REORGANIZATION GAIN ATTRIBUTABLE TO THE UCC'S ALTERNATE CANADIAN STRUCTURING PLAN.(.8). |
| LEVY DF | 06/09/10 | 3.90 | DEVELOP STRATEGIES TO ADDRESS US TAX EXPOSURE ASSOCIATED WITH UCC'S ALTERNATE EXIT PLAN. (1.2) CONFERENCE CALL W/PWC TEAM REGARDING CANADIAN IMPLICATIONS OF ALTERNATE STRUCTURING PLAN. (0.8) CONFERENCE CALL WITH EY TEAM REGARDING MODELING ISSUES, US TAX ISSUES ASSOCIATED WITH UCC'S ALTERNATE EXIT PLAN AND TECHNICAL US TAX ISSUES. (1.1) RESEARCH REGARDING AND ANALYSIS OF TAX EXPOSURE ISSUES RELATED TO THE UCC'S ALTERNATE PLAN, INCLUDING DECONSOLIDATION AND FOREIGN CURRENCY GAIN EXPOSURE. (.8). |

B43E

| | | | |
|---|---|---|---|
| LEVY DF | 06/10/10 | 3.10 | MULTIPLE CONFERENCE CALLS WITH UCC, EY, PWC AND CC TEAMS REGARDING MODELING THE EFFECTS OF THE UCC'S ALTERNATE STRUCTURE, TECHNICAL ISSUES AFFECTING THE MODELING, TIMING OF THE ALTERNATE STRUCTURE, AND IMPLICATIONS FOR THE BENEFICIARIES OF THE LIQUIDATING TRUST (2.7) DEVELOP ALTERNATE EXIT STRUCTURE AND DETERMINE THE EFFECT OF SUCH STRUCTURE ON CC AND THE LIQUIDATING TRUST. (1.4). |
| LEVY DF | 06/11/10 | 4.60 | DRAFT CONFIRMATION RELATED DOCUMENTS. (0.4) DRAFT AND EDIT CANADIAN RULING REQUEST. (1.2) DEVELOP ALTERNATE STRATEGY FOR PLAN CONFIRMATION IN LIGHT OF CANADIAN DELAY. (0.8) CONFERENCE CALLS WITH EY, CC, AND UCC TEAMS MULTIPLE TIMES REGARDING TAX EXPOSURE ASSOCIATED WITH UCC PROPOSED TRANSACTION. (1.4) ANALYSIS OF EXPOSURE MODELS AND TECHNICAL ISSUES EMBEDDED IN THE EXPOSURE MODELS (0.8). |
| LEVY DF | 06/12/10 | 1.10 | CONFERENCE WITH EY TEAM REGARDING MODELING, FOREIGN CURRENCY EXCHANGE GAIN ASSUMPTIONS, ALTERNATIVE MINIMUM TAX, AND OTHER ISSUES RELATED TO FORECASTING THE POTENTIAL US TAX EXPOSURE ASSOCIATED WITH THE UCC PROPOSED TRANSACTION. |
| LEVY DF | 06/14/10 | 1.40 | MULTIPLE CONFERENCE CALLS WITH EY, PWC, CC AND UNSECURED CREDITORS' COMMITTEE TEAMS REGARDING INCREMENTAL TAX EXPOSURE ASSOCIATED WITH UCC ALTERNATE STRUCTURE, MODELING AND ALTERNATE TAX STRUCTURING PLANS. (1.4). |
| LEVY DF | 06/15/10 | 2.50 | DRAFT CANADIAN RULING REQUEST (0.7) CONFERENCE WITH PWC TEAM REGARDING CANADIAN STRUCTURING ISSUES. (0.4) CONFERENCE WITH EY AND CC TEAMS REGARDING MODELING ISSUES AND IMPACT ON TAX EXPOSURE ANALYSIS (0.8) CONFERENCE CALL REGARDING TAX EXPOSURE ASSOCIATED WITH UCC PROPOSED STRUCTURE AND COMPARISON WITH EXISTING TAX EXPOSURE. (0.6). |
| LEVY DF | 06/16/10 | 1.80 | ANALYSIS OF CANADIAN LIQUIDATION AND NOVA SCOTIA CONTINUATION ISSUES. (0.6) CONFERENCE CALL WITH UCC, PWC AND EY TEAMS REGARDING TIMING OF CANADIAN CONTINUATION AND US LIQUIDATION OF INTERTAN CANADA AND IMPACT ON TAX ANALYSIS (0.8) CONFERENCE REGARDING POST-EXIT TAX EXPOSURE AT VENTOUX AND NOL USAGE AT CC UNDER UCC PROPOSED PLAN. (0.4). |

B43E

| | | | |
|---|---|---|---|
| LEVY DF | 06/17/10 | 1.40 | CONFERENCE WITH A. GUPTA REGARDING CRA ISSUES. (0.6) CONFERENCE WITH PWC, EY AND CC TEAMS REGARDING MODELING, FOREIGN EXCHANGE GAIN CALCULATIONS, CONSOLIDATED RETURN LOSS LIMITATION AND GAIN TIMING ISSUES AND RELATED ISSUES. (0.8). |
| LEVY DF | 06/21/10 | 0.70 | CONFERENCE CALL REGARDING CANADIAN STRUCTURING AND INTERTAN USA LIQUIDATION ISSUES. |
| LEVY DF | 06/23/10 | 0.80 | ANALYSIS OF UPDATED PROPOSAL BY UCC'S CANADIAN COUNSEL. (0.4)  CONFERENCE REGARDING UPDATED UCC STRUCTURING PROPOSAL. (0.4). |
| LEVY DF | 06/28/10 | 1.60 | ANALYSIS OF FRENCH TAX ISSUES AND TAX EXPOSURE, INCLUDING REVIEW OF MEMORANDUM REGARDING FRENCH TAX ISSUES AND INTERCOMPANY LIABILITIES. (0.6) CONFERENCE CALL REGARDING FRENCH TAX ISSUES. (0.6) CONFERENCE CALL REGARDING CANADIAN RESTRUCTURING AND ADDITIONAL PROPOSALS MADE BY UCC. (0.4). |
| LEVY DF | 06/30/10 | 1.20 | CONFERENCE CALL REGARDING CANADIAN RESTRUCTURING AND FRENCH TAX EXPOSURE. (0.6) ANALYSIS OF FRENCH EXPOSURE AND RELATED ISSUES. (0.6). |
| | | 29.40 | |
| **Total Partner** | | 51.60 | |
| BUGAY JJ | 06/24/10 | 3.20 | WORK ON VIRGINIA TAX SETTLEMENT OFFER (3.2). |
| BUGAY JJ | 06/29/10 | 0.70 | PERFORM RESEARCH RE: VIRGINIA TAX AUTHORITY SETTLEMENT OFFER (.7). |
| BUGAY JJ | 06/30/10 | 0.80 | SETTLEMENT OFFER (.8). |
| | | 4.70 | |
| FREDERICKS IS | 06/02/10 | 1.60 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE AND CERTAIN TAXING AUTHORITIES RE: SETTLEMENT OF 2009 PERSONAL PROPERTY TAX CLAIMS  AND RESEARCH RELATED THERETO (1.6). |
| FREDERICKS IS | 06/03/10 | 5.60 | PARTICIPATE IN MULTIPLE CALLS RE: CANADIAN CRA MATTERS (1.4); REVIEW UPDATED CANADIAN REVENUE RULING AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (.8); WORK ON ISSUES RELATED TO TAX SETTLEMENT AND COMMITTEE OBJECTION (3.4). |
| FREDERICKS IS | 06/04/10 | 0.80 | MULTIPLE CORRESPONDENCE RE: FRENCH TAX ISSUE AND COMPILE DOCUMENTS FOR FRENCH COUNSEL REVIEW (.8). |
| FREDERICKS IS | 06/16/10 | 1.50 | CONFERENCE CALL RE: US TAX ISSUES (.6); PARTICIPATE IN CONFERENCE CALL W/ PWC AND OSLER RE: CRA RULING (.9). |

B43E

| FREDERICKS IS | 06/18/10 | 0.80 | REVIEW AND REVISE NY STATE TAX STIPULATION (.8). |
| FREDERICKS IS | 06/24/10 | 0.40 | TELEPHONE CALL RE: NEW YORK TAX STIPULATION (.4). |
| FREDERICKS IS | 06/25/10 | 1.20 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ PWC RE: CANADIAN TAX ISSUES (1.2). |
| FREDERICKS IS | 06/28/10 | 1.30 | REVIEW GIDE MEMORANDA AND CONFERENCE CALL RE: FRENCH TAX ISSUES (1.3). |
| FREDERICKS IS | 06/29/10 | 2.10 | TELEPHONE CALL W/ J. MCDONALD RE: FRENCH TAX ISSUE AND REVIEW MATERIALS RELATED TO FRENCH TAX ISSUES (2.1). |
| | | **15.30** | |
| GRANT K | 06/03/10 | 1.80 | ANALYSIS REGARDING PAYMENT OF PERSONAL PROPERTY TAXES AND EMAILS REGARDING SAME. (1.8). |
| | | **1.80** | |
| LIBERI JM | 06/04/10 | 0.60 | REVISE DRAFT OBJECTION RE: TAX CLAIMS ISSUES (0.6). |
| LIBERI JM | 06/09/10 | 1.40 | REVIEW CASE LAW AND ARTICLES RE: TAX CLAIM ISSUES (1.4). |
| LIBERI JM | 06/22/10 | 1.80 | RESEARCH TAX PRIORITY AND TAXABLE YEAR ISSUES (1.8). |
| LIBERI JM | 06/25/10 | 0.80 | REVIEW AND REVISE TAX CLAIMS OBJECTION (0.8). |
| LIBERI JM | 06/30/10 | 0.70 | REVIEW AND REVISE DRAFT OBJECTION RE: TAX CLAIMS ISSUES (0.7). |
| | | **5.30** | |
| MARSTON JP | 06/01/10 | 0.60 | WORK ON IRS APPEAL (.6). |
| MARSTON JP | 06/02/10 | 5.10 | WORK ON IRS APPEAL (4.2); CONFERENCE CALL WITH CLIENT (.9). |
| MARSTON JP | 06/09/10 | 0.80 | WORK ON IRS APPEAL (.3); REVIEW CORRESPONDENCE FROM J. MCDONALD (.5). |
| MARSTON JP | 06/10/10 | 4.10 | DISCUSS CASE WITH OTHERS (.7); WORK ON IRS APPEAL (3.4). |
| MARSTON JP | 06/11/10 | 6.30 | WORK ON IRS APPEAL (6.3). |
| MARSTON JP | 06/13/10 | 1.20 | WORK ON IRS APPEAL (1.2). |
| MARSTON JP | 06/14/10 | 8.50 | WORK ON IRS APPEAL (8.5). |
| MARSTON JP | 06/15/10 | 3.50 | WORK ON IRS APPEAL (3.5). |
| MARSTON JP | 06/17/10 | 1.40 | CORRESPOND WITH OTHERS REGARDING IRS APPEAL (.6); PERFORM RESEARCH (.8). |
| MARSTON JP | 06/21/10 | 0.70 | WORK ON IRS APPEAL (.7). |
| MARSTON JP | 06/22/10 | 5.70 | WORK ON IRS APPEAL (5.2); PREPARE FOR CALL WITH J. MCDONALD (.5). |

B43E

| MARSTON JP | 06/23/10 | 6.60 | PREPARE FOR AND PARTICIPATE IN CALL WITH J. MCDONALD (1.7); DISCUSS CASE WITH J. BREWSTER AND D. ROBISON (.5); PERFORM RESEARCH (4.4). |
|---|---|---|---|
| MARSTON JP | 06/24/10 | 7.30 | WORK ON IRS APPEAL (7.3). |
| MARSTON JP | 06/25/10 | 2.60 | WORK ON IRS APPEAL (2.6). |
| MARSTON JP | 06/28/10 | 2.20 | WORK ON IRS APPEAL (2.2). |
| MARSTON JP | 06/29/10 | 5.30 | WORK ON IRS APPEAL (5.3). |
| MARSTON JP | 06/30/10 | 0.50 | CORRESPOND WITH OTHERS RE: IRS APPEAL (.5). |
| | | **62.40** | |
| SIDHU SS | 06/04/10 | 0.90 | REVIEW REVISED PRICEWATERHOUSE MEMORANDUM REGARDING OBJECTION TO NJ TAX CLAIMS (.6); REVISE OBJECTION TO NJ TAX CLAIMS (.3). |
| SIDHU SS | 06/07/10 | 2.50 | REVIEW REVISED PRICEWATERHOUSE MEMORANDUM REGARDING NJ TAX CLAIM OBJECTIONS (.4); REVISE NJ TAX OBJECTION TO INCORPORATE ADDITIONAL LEGAL ARGUMENTS (2.1). |
| SIDHU SS | 06/14/10 | 0.50 | REVIEW AND REVISE OBJECTION TO NJ TAX CLAIMS. |
| | | **3.90** | |
| VINE J | 06/14/10 | 1.70 | DRAFT NY STATE TAX SETTLEMENT (1.7). |
| VINE J | 06/24/10 | 0.50 | RESPONDING TO PWC INQUIRY RE: MASS. TAX OBJECTION (.2); MEETING RE: MASS. TAX OBJECTION (.3). |
| VINE J | 06/25/10 | 3.50 | REVISE MASS. TAX. OBJ. (3.5). |
| | | **5.70** | |
| **Total Associate** | | **99.10** | |
| **TOTAL TIME** | | **150.70** | |

B43E

**Circuit City Stores, Inc. (DIP)**　　　　　　　　　　　**Bill Date: 07/13/10**
**Utilities**　　　　　　　　　　　　　　　　　　　　　**Bill Number: 1322134**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 06/11/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING UNPAID ACCOUNT BALANCES (.4). |
| BAKER SK | 06/14/10 | 0.10 | TELEPHONE CALL REGARDING LOUISVILLE WATER ACCOUNTS (.1). |
| BAKER SK | 06/15/10 | 0.20 | TELEPHONE CALL WITH REPRESENTATIVE OF COMED REGARDING POST-PETITION UTILITY ACCOUNTS (.2). |
| BAKER SK | 06/16/10 | 0.50 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES AND COLLECTIONS NOTICES (.5). |
| BAKER SK | 06/17/10 | 0.70 | TELEPHONE CALL REGARDING UTILITY ACCOUNT BALANCES (.1); RESEARCH REGARDING UTILITY CLAIMS AND PRIORITY ORDER 507(A)(8)(.7). |
| BAKER SK | 06/21/10 | 0.50 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING COLLECTIONS NOTICES AND FINAL ACCOUNT BALANCES (.5). |
| BAKER SK | 06/25/10 | 0.40 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING COLLECTION NOTICES (.4). |
| BAKER SK | 06/30/10 | 0.20 | TELEPHONE CALL REGARDING COMED CLAIMS (.2). |
| | | 3.00 | |

**Total Associate**　　　　3.00

**TOTAL TIME**　　　　　　<u>3.00</u>

**CLIENT TOTAL**　　　　<u>1,298.60</u>

B43E