**EXHIBIT D-7**

**(Detail of Time Billed)**

```
Circuit City Stores, Inc. (DIP)                            Bill Date: 08/09/10
General Corporate Advice                                   Bill Number: 1325644
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 07/12/10 | 1.30 | BOARD MEETINGS. |
| GALARDI GM | 07/13/10 | 1.10 | SUBSIDIARY BOARD CALL. |
| GALARDI GM | 07/21/10 | 0.80 | BOARD CALL RE: PLAN DOCUMENTS AND STATUS. |
| | | 3.20 | |
| **Total Partner** | | **3.20** | |
| FREDERICKS IS | 07/12/10 | 0.50 | PARTICIPATE IN BOARD CALL (.5). |
| FREDERICKS IS | 07/21/10 | 0.50 | PARTICIPATE IN BOARD CALL (.5). |
| | | 1.00 | |
| KUMAR JS | 07/13/10 | 4.20 | COMPILING RELEVANT MATERIALS FROM BOARD MEMO RE CONFIRMATION ISSUES AND LEGAL RESEARCH ON CALIFORNIA FIDICUARY DUTY LAW RE SAME (4.2). |
| | | 4.20 | |
| **Total Associate** | | **5.20** | |
| **TOTAL TIME** | | **8.40** | |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/09/10 |
| Asset Analysis and Recovery | | | Bill Number: 1325644 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| VINE J | 07/07/10 | 6.10 | RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION (6.1). |
| VINE J | 07/08/10 | 2.70 | RESEARCH RE: POTENTIAL ESTATE CAUSES OF ACTION (2.7). |
| | | 8.80 | |
| **Total Associate** | | **8.80** | |
| **TOTAL TIME** | | **8.80** | |

2                                                                                                B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 08/09/10
Asset Dispositions (Real Property)                                 Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 07/07/10 | 0.30 | DISCUSSIONS REGARDING FLORENCE SALE. (.3). |
| GRANT K | 07/08/10 | 0.40 | EMAILS REGARDING DR1 SALE. (.4). |
| GRANT K | 07/09/10 | 0.40 | EMAILS WITH J. LEININGER AND TELECONFERENCE WITH M. PRUITT REGARDING DR1 SALE. (.4). |
| GRANT K | 07/13/10 | 0.40 | DISCUSSIONS AND EMAILS WITH M. PRUITT REGARDING DR1 SALE. (.4). |
| GRANT K | 07/14/10 | 0.60 | TELECONFERENCE WITH M. PRUITT AND EMAILS WITH COMMITTEE REGARDING DR1 SALE. (.6). |
| GRANT K | 07/23/10 | 0.40 | DISCUSSIONS WITH INTERESTED PARTIES REGARDING DR1 SALE. (.4). |
| GRANT K | 07/26/10 | 0.30 | DISCUSSIONS REGARDING DR1 SALE. (.3). |
| GRANT K | 07/27/10 | 0.50 | DISCUSSIONS REGARDING INTERESTED PARTIES REGARDING DR1 SALE. (.5). |
| GRANT K | 07/28/10 | 0.70 | EMAILS AND DISCUSSIONS REGARDING DR1 SALE. (.7). |
|  |  | **4.00** |  |
| LAZAROFF KA | 07/07/10 | 0.90 | REVIEW AND REVISE DR1 SALE DOCUMENTS (.2); PREPARE SUMMARY OF DR1 SALE FOR THE COMMITTEE AND GATHER INFORMATION TO PREPARE FOR FILING (.7). |
| LAZAROFF KA | 07/09/10 | 0.50 | PREPARE DR1 SALE PAPERS FOR FILING AND SERVICE. |
| LAZAROFF KA | 07/23/10 | 1.30 | DRAFT SARASOTA SALE MOTION AND ORDER (.7); CORRESPONDENCE REGARDING DR1 SALE (.1); ATTENTION TO SAN MATEO INSURANCE CLAIM ISSUES (.5). |
|  |  | **2.70** |  |
| **Total Associate** |  | **6.70** |  |
| **TOTAL TIME** |  | **6.70** |  |

3                                                                            B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                             Bill Date: 08/09/10
Business Operations / Strategic Planning                    Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 07/02/10 | 0.60 | REVIEW MEMO RE: FRANCE TAX ISSUE AND COURSE OF ACTION. |
| GALARDI GM | 07/06/10 | 0.80 | CALL RE: FRENCH TAX STRATEGY (.8). |
| GALARDI GM | 07/27/10 | 0.60 | REVIEW AND FOLLOW-UP RE: EMAILS ON FRENCH TAX. |
|  |  | 2.00 |  |
| **Total Partner** |  | **2.00** |  |
| **TOTAL TIME** |  | <u>**2.00**</u> |  |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 08/09/10
Case Administration                                          Bill Number: 1325644
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 07/12/10 | 0.40 | CALL RE OMNIBUS HEARING. |
| GALARDI GM | 07/22/10 | 0.60 | ATTEND HEARING ON MISCELLANEOUS MATTERS. |
|  |  | **1.00** |  |
| **Total Partner** |  | **1.00** |  |
| BAKER SK | 07/29/10 | 0.30 | REVIEW DRAFT HEARING AGENDA (.3). |
| BAKER SK | 07/30/10 | 0.30 | REVIEW UPDATED CIRCUIT CITY CASE CALENDAR (.3). |
|  |  | **0.60** |  |
| BUGAY JJ | 07/01/10 | 2.80 | WORK ON SUMMARY RE: COMMITTEE FILINGS (2.8). |
| BUGAY JJ | 07/09/10 | 0.90 | EDIT SUMMARY RE: COMMITTEE OBJECTIONS TO RELIEF SOUGHT BY DEBTORS (.9). |
| BUGAY JJ | 07/13/10 | 0.30 | REVIEW CIRCUIT CITY ENTITIES' CHARTERS (.3). |
|  |  | **4.00** |  |
| FREDERICKS IS | 07/06/10 | 1.30 | TELEPHONE CALL FROM K. BRADSHAW RE: GENERAL UPDATE ON VARIOUS CASE MATTERS (1.3). |
| FREDERICKS IS | 07/12/10 | 1.80 | ATTEND OMNIBUS HEARING AND CONFER WITH CLIENT POST-HEARING (1.8). |
| FREDERICKS IS | 07/22/10 | 4.70 | PREPARE FOR AND PARTICIPATE IN CONTESTED OMNIBUS HEARING AND SUBSEQUENT CHAMBER'S CONFERENCE (4.7). |
| FREDERICKS IS | 07/23/10 | 2.20 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (2.2). |
| FREDERICKS IS | 07/27/10 | 2.90 | TELEPHONE CALL FROM K. BRADSHAW RE: VARIOUS CASE RELATED ISSUES (1.2); REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| FREDERICKS IS | 07/28/10 | 1.10 | TELEPHONE CALL WITH K. BRADSHAW RE: VARIOUS CASE RELATED MATTERS (1.1). |
| FREDERICKS IS | 07/29/10 | 2.10 | TELEPHONE CALL WITH K. BRADSHAW RE: VARIOUS CASE RELATED MATTERS (2.1). |
| FREDERICKS IS | 07/30/10 | 0.70 | TELEPHONE CALL WITH K. BRADSHAW RE: VARIOUS CASE RELATED MATTERS (.7). |
|  |  | **16.80** |  |
| SIDHU SS | 07/06/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |

| | | | |
|---|---|---|---|
| SIDHU SS | 07/14/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 07/15/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 07/23/10 | 0.40 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 07/28/10 | 0.20 | REVIEW STATUS OF CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION AND COMPILE STATUS UPDATES REGARDING SAME. |
| SIDHU SS | 07/29/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | 1.20 | |
| **Total Associate** | | **22.60** | |
| HEANEY CM | 07/01/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 07/06/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES COMMENTS TO 7-12 HEARING AGENDA (.4). |
| HEANEY CM | 07/07/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 07/08/10 | 0.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF 7-12 HEARING AGENDA (.1); REVIEW AGENDA FOR UPDATES (.3); REVIEW CALENDARS AND DOCKET RE: MATTERS FOR 7-22 HEARING (.2). |
| HEANEY CM | 07/12/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); OBTAIN, REVIEW AND ORGANIZE PLEADINGS FOR HEARING PREPARATION (.6); REVIEW CASE CALENDARS RE: UPDATES TO ADDITIONAL HEARING MATTERS AND DATES (.3). |
| HEANEY CM | 07/13/10 | 1.80 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); REVIEW, EDIT/REVISE HEARING AGENDA (.9) COORDINATE WITH THIRD PARTIES RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 07/14/10 | 2.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.6); COORDINATE WITH THIRD PARTIES RE: UPDATES TO 7-22 HEARING AGENDA (.2); EDIT/REVISE 7-22 HEARING AGENDA (1.6). |
| HEANEY CM | 07/15/10 | 1.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE 7-22 HEARING AGENDA (1.6). |

| | | | |
|---|---|---|---|
| HEANEY CM | 07/16/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); EDIT/REVISE HEARING AGENDA (.3); COORDINATE WITH THIRD PARTIES RE: SERVICE PARTIES FOR HEARING AGENDA (.1). |
| HEANEY CM | 07/19/10 | 1.70 | REVIEW CASE CALENDAR RE UPDATES TO 8-4 HEARING AGENDA (.4); EDIT/REVISE 7-22 HEARING AGENDA (.8); COORDINATE WITH THIRD PARTIES RE: UPDATES TO AND SERVICE OF 7-22 HEARING AGENDA (.3); OBTAIN AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANEY CM | 07/20/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); OBTAIN, REVIEW, ORGANIZE AND PREPARE DOCUMENTS FOR HEARING BINDERS (.9). |
| HEANEY CM | 07/21/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW CASE CALENDAR RE: STATUS UPDATES TO 8-4 AND 8-23 HEARING (.4). |
| HEANEY CM | 07/22/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); REVIEW DOCKETS RE: STATUS UPDATES TO HEARING AGENDA (.3). |
| HEANEY CM | 07/26/10 | 0.80 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND 8-4 HEARING MATTERS (.4); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4). |
| HEANEY CM | 07/27/10 | 1.10 | EDIT/REVISE 8-4 HEARING AGENDA (.2); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO HEARING MATTERS (.4); REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); REVIEW CASE CALENDAR FOR UPDATES TO 8-23 AGENDA (.3). |
| HEANEY CM | 07/28/10 | 0.90 | COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 8-4 HEARING AGENDA (.3); EDIT/REVISE AGENDA (.4); REVIEW DOCKET RE: UPDATES TO CASE FILES (.2). |
| HEANEY CM | 07/29/10 | 1.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); EDIT/REVISE HEARING AGENDA (.8); COORDINATE WITH THIRD PARTIES RE: UPDATES TO HEARING AGENDA (.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 07/30/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTER (.3); REVIEW AGENDA FOR ADDITIONAL COMMENTS (.3). |
| | | **19.40** | |
| LAMANNA WK | 07/06/10 | 1.80 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 07/12/10 | 4.90 | DRAFT 7/22/10 HEARING AGENDA (4.0); REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.9). |

| | | | |
|---|---|---|---|
| LAMANNA WK | 07/13/10 | 1.20 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (1.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 07/15/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 07/20/10 | 0.10 | UPDATE COURT DOCKET. |
| LAMANNA WK | 07/21/10 | 0.10 | REVIEW COURT DOCUMENTS. |
| LAMANNA WK | 07/22/10 | 2.50 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS; PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM. |
| LAMANNA WK | 07/23/10 | 1.30 | DRAFT AUGUST 4, 2010 HEARING AGENDA. |
| LAMANNA WK | 07/30/10 | 1.60 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (1.0); SET UP NEW APPEAL CASE (0.2); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (0.2). |
| | | 13.60 | |
| **Total Legal Assistant** | | **33.00** | |
| **TOTAL TIME** | | **56.60** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 08/09/10 |
| Claims Admin. (General) | | | Bill Number: 1325644 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 07/22/10 | 2.40 | PREPARE FOR HEARING ON 503(B)(9)/RECEIPT HEARING (1.7); ATTEND AND REPRESENT COMPANY AT HEARING ON SAME (.7). |
|  |  | 2.40 |  |
| **Total Partner** |  | **2.40** |  |
| BAKER SK | 07/01/10 | 3.90 | TELEPHONE CALL WITH J. STRANCHA REGARDING STATUS OF CLAIM (.2); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS OF CLAIMS WATERFALL AND CLAIMS REGISTER (.5); REVIEW CORRESPONDENCE FROM A. BURNETT REGARDING NYKO RECEIVABLES (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR DISCO REGARDING PREFERENCE CLAIMS (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR MONSTER REGARDING CLAIM RECONCILIATION (.2); REVISE MONSTER LETTER REGARDING CLAIMS RECONCILIATION (.6); DRAFT CORRESPONDENCE TO G. KLEINER REGARDING MONSTER CLAIMS RECONCILIATION (.2); REVISE VENDOR DEMAND LETTERS (.7); CONTACT VARIOUS COUNSEL REGARDING STATUS OF INFORMAL DISCOVERY FOR VENDOR DEMAND LETTERS (1.1). |
| BAKER SK | 07/06/10 | 8.10 | REVIEW CREDIT SUISSE'S CHANGES TO SYLVANIA LIGHTING AGREEMENT (.6); DRAFT CORRESPONDENCE TO COUNSEL FOR SYLVANIA AND CREDIT SUISSE REGARDING SETTLEMENT AGREEMENT (.2); PREPARE OPTOMA AGREEMENT AND NOTICE FOR FILING (.5); REVIEW CORRESPONDENCE FROM A. FEINMESSER REGARDING CREDIT SUISSE AGREEMENT (.1); REVIEW CORRESPONDENCE FROM COUNSEL FOR BELTRONICS REGARDING SETTLEMENT DECISIONS (.1); REVIEW CORRESPONDENCE FROM COUNSEL FOR MONSTER REGARDING SETOFF AGAINST 503(B)(9) CLAIMS (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR MIZCO REGARDING DEMAND LETTER (.1); DRAFT CORRESPONDENCE REGARDING HISENSE PREFERENCE DATA (.1); REVIEW CORRESPONDENCE REGARDING TRACFONE AGREEMENT (.1); REVIEW CORRESPONDENCE FROM COUNSEL FOR TOSHIBA REGARDING PREFERENCE CLAIMS (.1); TELEPHONE CALL WITH M. KARNO REGARDING ADMINISTRATIVE EXPENSE REQUEST BAR DATE (.2); DRAFT CORRESPONDENCE TO M. KARNO REGARDING ADMINISTRATIVE BAR DATES (.2); DRAFT TAX MEMO (5.6). |

| | | | |
|---|---|---|---|
| BAKER SK | 07/07/10 | 0.90 | REVIEW CORRESPONDENCE REGARDING J. LOTT AGREEMENT (.1); DRAFT CORRESPONDENCE TO J. YOUNG REGARDING ACCO DEMAND LETTER (.1); REVIEW HISENSE PREFERENCE DATES (.7). |
| BAKER SK | 07/08/10 | 9.10 | TELEPHONE CALL WITH J. PORTER REGARDING KODAK 503(B)(9) CLAIM (.2); REVIEW CORRESPONDENCE FROM J. TRENT REGARDING AMCOR CLAIMS (.1); DRAFT CORRESPONDENCE REGARDING SYNTAX DEMAND LETTER (.2); TELEPHONE CALL WITH F. LAMB REGARDING CLAIM RECONCILIATION (.20; REVIEW DOCUMENTS IN PREPARATION OF TOSHIBA CALL (1.6); CONFERENCE CALL WITH COUNSEL FOR TOSHIBA REGARDING CLAIMS RECONCILIATION (.4); REVIEW CORRESPONDENCE FROM R. FRANKLIN REGARDING NETGAR CLAIMS AND DRAFT RESPONSE THERETO (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR TOSHIBA REGARDING RECEIVABLES (.2). DRAFT CORRESPONDENCE TO COUNSEL FOR VISIONTEK REGARDING DRAFT SETTLEMENT AGREEMENT (.1); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS OF CLAIMS REGISTER AND CLAIMS WATERFALL (.7); TELEPHONE CALL WITH J. GARCIA REGARDING GENIUS PRODUCTS CLAIMS (.2); REVIEW DOCUMENTS IN SUPPORT OF NETGEAR SETTLEMENT PROPOSAL (1.30); REVIEW CORRESPONDENCE REGARDING MOTOROLA SETTLEMENT (.1); REVIEW CORRESPONDENCE REGARDING PANASONIC CLAIMS (.1); DRAFT TAX MEMORANDUM REGARDING KNOWLEDGE BASE (3.5). |
| BAKER SK | 07/09/10 | 5.60 | REVIEW CORRESPONDENCE FROM COUNSEL FOR VISIONTEK REGARDING  SETTLEMENT AGREEMENT (.1); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING UPDATED CLAIMS REGISTER AND CLAIMS WATERFALL (.6); REVIEW CORRESPONDENCE FROM B. FOSE REGARDING ACCO CLAIMS RECONCILIATION (.2); REVISE MADCOW AGREEMENT (2.2); REVIEW DOCUMENTS TO BE PRODUCED TO GARMIN REGARDING DEMAND LETTER (1.3); DRAFT CORRESPONDENCE TO L. BIGNS REGARDING GARMIN CLAIMS (.2); REVIEW DOCUMENTS TO BE PRODUCED TO SYNTAX BRILLIAN REGARDING DEMAND LETTER (.6); DRAFT CORRESPONDENCE TO E. MELTUER REGARDING SYNTAX BRILLIAN CLAIMS (.1); REVIEW DRAFT HEARING AGENDA (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 07/12/10 | 4.50 | TELEPHONE CALL WITH H. FERGUSON REGARDING MADCOW SETTLEMENT AND NAVARRE CLAIMS (.3); TELEPHONE CALL WITH J. PORTER REGARDING KODAK CLAIMS RECONCILIATION (.1); DRAFT CORRESPONDENCE TO J. YOUNG REGARDING ACCO CLAIMS RECONCILIATION (.2); REVISE MADCOW SETTLEMENT AGREEMENT (2.3); REVIEW CORRESPONDENCE FROM D. PARKS REGARDING INDUSTRIAPLEX CLAIM RECONCILIATION (.1); REVIEW CORRESPONDENCE FROM A. FEINMANN REGARDING SYLVANIA STIPULATION (.1); DRAFT CORRESPONDENCE TO M. WEISS REGARDING SYLVANIA STIPULATION (.1) REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO ACCO BRANDS (1.3). |
| BAKER SK | 07/13/10 | 3.60 | DRAFT VENDOR DEMAND LETTERS (1.2); REVIEW RECENT STIPULATIONS REGARDING MODIFICATION OF CLAIMS WATERFALL AND CLAIMS REGISTER (.6); DRAFT CORRESPONDENCE TO COUNSEL FOR PUNTE APARTE REGARDING SUPPORT FOR CLAIM (.2); REVIEW PREFERENCE ANALYSIS FOR SHPPING.COM(.2); REVISE MADCOW AGREEMENT (.5); REVISE SCHIMENT AGREEMENT AND PREPARE FOR FILING (.6); REVIEW CORRESPONDENCE FROM KLIPSCH AUDIO REGARDING DEMAND LETTER (.2); REVIEW CORRESPONDENCE FROM G. KLEINER REGARDING MONSTER CLAIMS (.1). |
| BAKER SK | 07/14/10 | 0.50 | REVIEW CORRESPONDENCE FROM H. FERGUSON REGARDING MADCOW AGREEMENT (.1); REVISE MADCOW AGREEMENT (.2); TELEPHONE CALL REGARDING SET OFF OPINION (.2). |
| BAKER SK | 07/15/10 | 2.40 | DRAFT CORRESPONDENCE TO MAD CATZ REGARDING DEMAND LETTERS (.2); REVIEW DOCUMENTS TO BE PRODUCED TO LOWEPRO USA (.7); DRAFT CORRESPONDENCE TO COUNSEL FOR LOWEPRO USA REGARDING DEMAND LETTER (.2); REVIEW DOCUMENTS TO BE PRODUCED TO GENIUS PRODUCTS (1.1); DRAFT CORRESPONDENCE TO COUNSEL FRO GENIUS PRODUCTS REGARDING DEMAND LETTER (.2). |
| BAKER SK | 07/19/10 | 1.20 | REVIEW RECENT STIPULATIONS AND DRAFT EMAIL REGARDING CHANGES TO CLAIMS REGISTER AND CLAIMS WATERFALL (1.1); TELEPHONE CALL WITH C. BODELL REGARDING LOWEPRO DOCUMENTS (.1). |

| | | | |
|---|---|---|---|
| BAKER SK | 07/21/10 | 5.10 | TELEPHONE CALL WITH O. SALICHS REGARDING PUNTO APARTE PROOF OF CLAIMS (.3); TELEPHONE CALL WITH B. STARK REGARDING SMY ELECTRONICS ADMINISTRATIVE CLAIM (.2); REVIEW DOCUMENTS PROVIDED BY ACCO BRANDS IN SUPPORT OF RESPONSE TO DEMAND LETTER (.7); REVIEW INDUSTRIAPLEX CLAIMS AND DRAFT CORRESPONDENCE TO COUNSEL REGARDING SAME (.4); REVIEW CLAIM FILED BY EXPRESS PERSONNEL (.2); TELEPHONE CALL WITH COUNSEL FOR EXPRESS PERSONNEL (.1); REVIEW OMNIBUS OBJECTION RESPONSE CHART (.2); REVIEW RECENT STIPULATION AND SETTLEMENT AGREEMENTS REGARDING MODIFICATION OF CLAIMS WATERFALL AND CLAIMS REGISTER (.7); DRAFT SETTLEMENT AGREEMENT REGARDING WEISSMEN PERSONAL INJURY ARTICLES (2.3). |
| BAKER SK | 07/22/10 | 1.60 | REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO KENSIGNTON/ACCO (1.4); DRAFT CORRESPONDENCE TO COUNSEL FOR KENSINGTON/ACCO (.2). |
| BAKER SK | 07/23/10 | 3.90 | TELEPHONE CALL WITH B. LINES OF SYNTAX BRILLIANCE REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE TO B. LINES OF SYNTAX BRILLIANCE (.1); REVIEW TRANSFONES PROPOSAL REVISIONS TO SETTLEMENT AGREEMENT (.7); DRAFT CORRESPONDENCE REGARDING TRANSFONES PROPOSAL REVISIONS TO SETTLEMENT AGREEMENT (.7); REVIEW VISIONTEK'S PROPOSAL CHARGES TO SETTLEMENT AGREEMENT (.5); REVISE VISIONTEK AGREEMENT (.6); TELEPHONE CALL WITH COUNSEL REGARDING MIZCO DEMAND LETTER (.2); REVIEW PROGRESSIVE INSURANCE COMPANY'S RESPONSE TO DEBTORS' 79TH OMNIBUS OBJECTION (.4); REVIEW CORRESPONDENCE FROM C. BODELL REGARDING VENDOR DEMAND LETTERS (.2); REVIEW ADDITIONAL AMERIWOOD PREFERENCE DOCUMENTS (.2); REVIEW CORRESPONDENCE FROM M. WEIRS REGARDING SYLVANIA AGREEMENT (.1). |
| BAKER SK | 07/26/10 | 2.10 | REVIEW LOWEPRO ANALYSIS OF RAW PREFERENCE DATA (.7); REVIEW CORRESPONDENCE REGARDING PUNTO APARTE CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING SITOA CORPORATION CLAIMS (.1); REVIEW RESPONSES TO DEBTORS' 78TH OMNIBUS OBJECTION TO CLAIMS (.3); REVIEW CORRESPONDENCE REGARDING SITOA CLAIMS (.1); UPDATE OMNIBUS OBJECTION STATUS CHART (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 07/27/10 | 4.60 | DRAFT CORRESPONDENCE REGARDING CHINESE EXPORT CLAIMS (.2); TELEPHONE CALL WITH COUNSEL FOR COMCAST REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE REGARDING COMCAST DEMAND LETTER (.1); REVIEW CORRESPONDENCE REGARDING PUNTO APARTE CLAIMS (.1); DRAFT CORRESPONDENCE REGARDING INDUSTRIAPLEX CLAIMS (.2); DRAFT SETTLEMENT OFFER REGARDING H. SENSE CLAIMS (1.3); REVIEW CORRESPONDENCE FROM M. WINSCHUL REGARDING SITOA CLAIMS (.1).  REVIEW VENDOR DEMAND LETTERS REGARDING STATUS OF VARIOUS SETTLEMENT NEGOTIATIONS (2.4). |
| BAKER SK | 07/28/10 | 6.80 | REVIEW INDUSTRIAPLEX CLAIM SUMMARY AND DRAFT CORRESPONDENCE TO COUNSEL REGARDING SAME (.5); CONFERENCE CALL REGARDING PUNTO APARTE CLAIMS (.8); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTRY (2.2); REVIEW AND REVISE DRAFT LETTERS TO NAVARRO (.4); REVIEW CORRESPONDENCE FROM SIMPLETECH REGARDING DEMAND LETTER (.4); REVIEW CORRESPONDENCE REGARDING COMMERCE HUB CLAIM (.1); BEGIN REVIEW OF NETGEAR'S PREFERENCE ANALYSIS (.8); RESEARCH REGARDING RECOUPMENT (1.6). |
| BAKER SK | 07/29/10 | 5.00 | REVIEW CORRESPONDENCE REGARDING CLAIM EXPERT DEMAND LETTER (.1); REVIEW PUNTO APARTE PREFERENCE ANALYSIS (.7); TELEPHONE CALL WITH M. BOTICA REGARDING VISION TEK AGREEMENT (.1) REVIEW CORRESPONDENCE REGARDING MADCOW SETTLEMENT AND DRAFT REPLY STATUS (.3); PREPARE VISIONTEK NOTICE AND AGREEMENT FOR FILING (.8); TELEPHONE CALL WITH M. WINSCHUL REGARDING PUNTO APARTE CLAIMS (.2); REVIEW DOCUMENTS PRODUCED BY SIMPLETECH (.6); RESEARCH REGARDING RECOUPMENT DEFENSE IN CONNECTION WITH VENDOR DEMAND LETTERS (2.2). |
| BAKER SK | 07/30/10 | 5.50 | DRAFT RESPONSE TO NETGEAR'S OFFER TO SETTLE ISSUES SET FORTH IN DEMAND LETTER (1.6); REVIEW CORRESPONDENCE FROM A. FEINMESSER REGARDING SYLVANIA AGREEMENT (.2); RESEARCH REGARDING DEFENSE TO PREFERENCE CLAIM (2.7); REVIEW JACK OF ALL GAMES RESPONSE TO DEMAND LETTER (.6); REVIEW CORRESPONDENCE REGARDING MADCOW AGREEMENT (.2);  DRAFT CORRESPONDENCE REGARDING TAKE TWO INTERACTIVE DEMAND LETTER (.2). |
| | | 74.40 | |

| | | | |
|---|---|---|---|
| DANGELO PS | 07/06/10 | 2.10 | WORKED ON RESOLVING THIRTY-THIRD OMNIBUS OBJECTION/SHARPE PARTNERS (1.3). WORKED ON RESOLVING TWENTY-THIRD OMNIBUS OBJECTION/DIGITAL INNOVATIONS (0.5). WORKED ON RESOLVING THIRTY-THIRD OMNIBUS OBJECTION/LEXMARK INTERNATIONAL (0.3). |
| DANGELO PS | 07/07/10 | 0.50 | WORKED ON RESOLVING THIRTY-THIRD OMNIBUS OBJECTION TO LEXMARK CLAIM (0.1). WORKED ON RESOLVING PREFERENCE ISSUES WITH RESPECT TO DIGITAL INNOVATIONS CLAIM (0.4). |
| DANGELO PS | 07/08/10 | 0.50 | FINALIZED STIPULATION AGREEMENT WITH SHARPE PARTNERS RESOLVING THE THIRTY-THIRD OMNIBUS OBJECTION. |
| DANGELO PS | 07/19/10 | 0.80 | FINALIZED AND SENT LEXMARK STIPULATION AGREEMENT AND NOTICE FOR FILING TO RESOLVE THE THIRTY-THIRD OMNIBUS OBJECTION. |
| DANGELO PS | 07/21/10 | 0.20 | REVIEWED RESPONSE SUMMARY AND UPDATE ON DIGITAL INNOVATIONS STIPULATION AGREEMENT TO RESOLVE TWENTY-THIRD OMNIBUS OBJECTION (0.2). |
| DANGELO PS | 07/26/10 | 1.20 | UPDATED CLAIMS SUMMARY (0.2). PROVIDED UPDATE ON DIGITAL INNOVATIONS STIPULATION AGREEMENT TO RESOLVE THE TWENTY-THIRD OMNIBUS OBJECTION (0.1). WORKED ON RESOLVING SIXTIETH OMNIBUS OBJECTION TO P. STEELE'S CLAIM (0.9). |
| DANGELO PS | 07/27/10 | 1.00 | WORKED ON RESOLVING SIXTIETH OMNIBUS OBJECTION TO P. STEELE'S CLAIM. |
| | | **6.30** | |
| FREDERICKS IS | 07/02/10 | 2.70 | REVIEW, REVISE AND FINALIZE OBJECTION TO GRAPHIC'S 503(B)(9) CLAIM (2.7). |
| FREDERICKS IS | 07/08/10 | 1.30 | PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO TOSHIBA REGARDING CLAIM AND RECEIVABLE RECONCILIATION (.6); ATTENTION TO ISSUES RELATED TO UPCOMING OBJECTIONS (.7). |
| FREDERICKS IS | 07/21/10 | 7.40 | REVIEW AND REVISE MULTIPLE DRAFTS OF REPLY TO GRAPHIC'S RESPONSE RE: GOODS/RECEIVED (7.4). |
| FREDERICKS IS | 07/29/10 | 1.50 | REVIEW AND REVISE GRAPHIC PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (.8); CONFERENCE CALL WITH MCGUIREWOODS AND COUNSEL TO QUEBECOR (.7). |
| | | **12.90** | |
| GRANT K | 07/01/10 | 1.40 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME (.6); REVIEWED AND REVISED PROPOSED SETTLEMENT STIPULATIONS REGARDING SAME. (.8). |

14

B43E

| | | | |
|---|---|---|---|
| GRANT K | 07/02/10 | 0.70 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME (.7). |
| GRANT K | 07/06/10 | 0.70 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.7). |
| GRANT K | 07/07/10 | 0.80 | CONTINUED WORK ON RECONCILING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.8). |
| GRANT K | 07/19/10 | 1.40 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORDS COUNSEL REGARDING SAME. (1.4). |
| GRANT K | 07/20/10 | 1.30 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.3). |
| GRANT K | 07/21/10 | 2.10 | REVIEWED SETTLEMENT STIPULATIONS AND PROPOSALS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME (1.8); DISCUSSION WITH D. SCRANTON REGARDING SAME. (.3). |
| GRANT K | 07/22/10 | 0.80 | REVIEWED SETTLEMENT STIPULATIONS AND PROPOSALS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.8). |
| GRANT K | 07/23/10 | 0.60 | CONTINUED WORK ON LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS COUNSEL REGARDING SAME. (.6). |
| GRANT K | 07/27/10 | 1.40 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.4). |
| GRANT K | 07/29/10 | 1.60 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.6). |
| | | **12.80** | |
| HERRMANN DD | 07/07/10 | 3.50 | WORK ON ANTOR MEDIA CLAIM ISSUES INCLUDING REVIEWING DOCUMENTS AND RESEARCH RE STATUS OF PATENT. |
| HERRMANN DD | 07/12/10 | 2.70 | REVIEW FILE AND RESEARCH RE ANTOR MEDIA CLAIM (1.5); DRAFT EMAIL TO CLIENT RE SAME(.4); CALL WITH COUNSEL TO ANTOR MEDIA (.8). |
| HERRMANN DD | 07/16/10 | 0.40 | COMMUNICATE RE SHARPE PARTNERS SETTLEMENT. |
| HERRMANN DD | 07/20/10 | 3.60 | CALL WITH CHUCK ALLEN RE ANTOR MEDIA LITIGATION (.6); REVIEW ANTOR MEDIA FILES AND RESEARCH ISSUES RE SAME (1.8); REVIEW DOCKET RE ASSUMPTION OF POTENTIAL INDEMNIFICATION PARTIES (1.2). |

| | | | |
|---|---|---|---|
| HERRMANN DD | 07/28/10 | 1.40 | CALL WITH K. BRADSHAW RE ANTOR MEDIA (.4); REVIEW ANTOR MEDIA DOCS IN PREPARATION FOR CALL WITH COUNSEL (.9); COMMUNICATE WITH COUNSEL TO ANTOR MEDIA (.1). |
| HERRMANN DD | 07/30/10 | 0.20 | COMMUNICATE WITH K. BRADSHAW RE ANTOR MEDIA. |
| | | 11.80 | |
| LAZAROFF KA | 07/01/10 | 2.10 | ATTENTION TO GGP CLAIMS SETTLEMENT (.6); TELECONFERENCE WITH THE COMPANY REGARDING GGP, INLAND AND OTHER LANDLORD CLAIMS RECONCILIATION ISSUES (.5) AND REVISE DOCUMENTS ACCORDINGLY (.8); SUMMARIZE TRIANGLE CLAIMS ISSUES (.2). |
| LAZAROFF KA | 07/07/10 | 1.10 | SUMMARIZE GGP CLAIMS SETTLEMENT FOR CREDITORS' COMMITTEE AND OTHER CORRESPONDENCE RELATING TO THE SAME. |
| LAZAROFF KA | 07/09/10 | 1.60 | REVIEW AND RECONCILE DDR CLAIMS. |
| LAZAROFF KA | 07/12/10 | 2.00 | CONTINUE TO REVIEW AND RECONCILE DDR CLAIMS. |
| LAZAROFF KA | 07/13/10 | 2.60 | REVIEW AND RECONCILE DDR CLAIMS AND REVISE SUMMARY RESPONSE CHART REGARDING THE SAME. |
| LAZAROFF KA | 07/16/10 | 0.20 | REVIEW AND SUMMARIZE REGENCY RESPONSE TO LANDLORD CLAIMS RECONCILIATION LETTER. |
| LAZAROFF KA | 07/19/10 | 0.70 | DISCUSS DDR CLAIMS WITH COMPANY AND REVIEW AND REVISE DDR CLAIM RECONCILIATION SUMMARY ACCORDINGLY (.5); CORRESPONDENCE WITH OTHER SKADDEN ATTORNEYS REGARDING TRIANGLE AND DDR SETTLEMENTS (.2). |
| LAZAROFF KA | 07/20/10 | 4.20 | REVIEW, REVISE AND ADDITIONAL CORRESPONDENCE REGARDING DDR CLAIMS SETTLEMENT (2.5); DEVELOP AND DRAFT TRIANGLE SETTLEMENT PROPOSAL SUMMARY (.6); REVIEW GGP CHANGES TO PROPOSED STIPULATION (.3); ATTENTION TO LANDLORD LETTERS AND RESPONSES TO THE SAME, UPDATING SUMMARY CHART (.8). |
| LAZAROFF KA | 07/21/10 | 0.80 | CORRESPONDENCE REGARDING AND REVIEW AND REVISE TRIANGLE, GGP AND DDR CLAIMS SETTLEMENTS. |
| LAZAROFF KA | 07/22/10 | 0.40 | REVIEW AND REVISE AND CORRESPONDENCE REGARDING DDR SETTLEMENT. |
| LAZAROFF KA | 07/23/10 | 0.10 | ATTENTION TO SUEMAR LANDLORD RESPONSE (.1). |
| LAZAROFF KA | 07/27/10 | 0.20 | ATTENTION TO TRIANGLE LANDLORD CLAIM SETTLEMENT ISSUES. |
| | | 16.00 | |

| | | | |
|---|---|---|---|
| LIBERI JM | 07/01/10 | 1.70 | REVIEW WAGE CLAIMS ISSUES (0.8); REVIEW IMPROPERLY FILED ADMINISTRATIVE CLAIMS RE: GROUNDS FOR RECALSSIFICATION (0.9). |
| LIBERI JM | 07/08/10 | 0.90 | REVIEW DRAFT EXHIBITS RE: OMNIBUS OBJECTIONS (0.4); REVIEW DESCRIPTIONS RE: GROUNDS FOR OBJECTION (0.5). |
| LIBERI JM | 07/09/10 | 1.10 | REVIEW DRAFT OMNIBUS OBJECTION PAPERS (0.5); CONSIDER GROUNDS FOR OBJECTION TO CERTAIN PRIORITY CLAIMS (0.6). |
| LIBERI JM | 07/29/10 | 0.90 | REVIEW CLAIMS RE: POTENTIAL GROUNDS FOR OBJECTION AND RECLASSIFICATION (0.5); REVIEW DRAFT OMNIBUS OBJECTION EXHIBITS (0.4). |
| LIBERI JM | 07/30/10 | 3.10 | REVIEW DRAFT OMNIBUS OBJECTIONS (0.8); REVIEW AND COMMENT ON DRAFT EXHIBITS TO OBJECTIONS (1.4); ANALYZE GROUNDS FOR OBJECTION TO CERTAIN CLAIMS (0.9). |
| | | **7.70** | |
| SIDHU SS | 07/01/10 | 6.10 | REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST (4.9); CONFER REGARDING DEBTOR RESPONSES TO LEGAL REVIEW OF PROPOSED REDUCE, RECLASS, AND DISALLOW OBJECTIONS (.4); DRAFT FURTHER INQUIRIES TO DEBTORS WITH REGARD TO LEGAL REVIEW OF PROPOSED REDUCE, RECLASS, AND DISALLOW OBJECTIONS (.8). |
| SIDHU SS | 07/02/10 | 1.10 | REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST. |
| SIDHU SS | 07/06/10 | 3.40 | REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIMS FILED AGAINST (3.1); CONFER REGARDING SAME (.3). |
| SIDHU SS | 07/07/10 | 4.50 | REVIEW CLAIMS FOR VALIDITY AS TO DEBTOR CLAIM FILED AGAINST (2.2); CONSOLIDATE SUMMARY OF REMAINING SECURED CLAIMS (2.3). |
| SIDHU SS | 07/08/10 | 2.30 | CONFER REGARDING REDUCE, DISALLOW, AND RECLASSIFICATION OMNIBUS OBJECTIONS (.1); REVIEW DEBTOR RESPONSES TO LEGAL REVIEW INQUIRIES REGARDING REDUCE, DISALLOW, AND RECLASS OBJECTIONS (.9); DRAFT OBJECTION SUMMARIES FOR PURPOSES OF EXHIBITS IN AFOREMENTIONED OMNIBUS OBJECTIONS (1.3). |
| SIDHU SS | 07/12/10 | 0.90 | REVISE LEGAL REVIEWS OF REDUCE/RECLASS/DISALLOW OBJECTIONS IN RESPONSE TO DEBTOR RESPONSE TO INFORMATION REQUESTS (.4); REVISE DRAFTS OF OMNIBUS OBJECTIONS FOR AFOREMENTIONED OBJECTIONS (.5). |

| | | | |
|---|---|---|---|
| SIDHU SS | 07/13/10 | 4.10 | REVIEW DEBTOR RESPONSES TO LEGAL REVIEW INQUIRIES REGARDING REDUCE/RECLASS/DISALLOW OBJECTIONS (.2); CONFER REGARDING REVIEW OF DEBTOR RESPONSES TO LEGAL REVIEW INQUIRIES REGARDING REDUCE/RECLASS/DISALLOW OBJECTIONS (.8); REVISE OBJECTION SUMMARIES WITH REGARD TO REDUCE/RECLASS/DISALLOW OBJECTIONS (1.9); CONSOLIDATE OBJECTION SUMMARIES AND PREPARE EXHIBITS FOR OMNIBUS OBJECTIONS (1.0); REVISE OMNIBUS OBJECTION DRAFTS (.2). |
| SIDHU SS | 07/14/10 | 0.40 | REVIEW PROPOSED REVISIONS TO OMNIBUS OBJECTION DRAFTS AND REVISE OMNIBUS OBJECTIONS TO INCORPORATE SAME (.4). |
| SIDHU SS | 07/15/10 | 3.50 | REVIEW FTI DRAFTS OF OMNIBUS OBJECTION EXHIBITS (1.4); CONFER REGARDING SAME, DRAFTS OF OMNIBUS OBJECTIONS, AND FILING OF SAME (.8); REVISE OMNIBUS OBJECTION EXHIBITS (.2); CONTACT CLAIMANT COUNSEL FOR ADDITIONAL INFORMATION REGARDING CLAIM SUBJECT TO AFOREMENTIONED OMNIBUS OBJECTION (.1); REVIEW CLAIMS SUBJECT TO AFOREMENTIONED OMNIBUS OBJECTION FOR POTENTIAL AMENDMENT ISSUES (.9). |
| SIDHU SS | 07/16/10 | 0.30 | REVIEW FTI REVISED OMNIBUS OBJECTION EXHIBITS (.3). |
| SIDHU SS | 07/21/10 | 0.30 | REVIEW AND REVISE 80TH AND 81ST OMNIBUS EXHIBITS. |
| SIDHU SS | 07/23/10 | 0.20 | REVIEW CLAIMS AND CONFER WITH CLAIMANT COUNSEL REGARDING POTENTIAL SETTLEMENT OF CLAIMS. |
| SIDHU SS | 07/27/10 | 0.80 | CONFER REGARDING SETTLEMENT OF CLAIMS (.2); REVIEW CLAIMS AND DRAFT SETTLEMENT AGREEMENT REGARDING SAME (.6). |
| SIDHU SS | 07/28/10 | 1.50 | CONFER REGARDING FILING OF 80TH AND 81ST OMNIBUS OBJECTIONS (.4); REVISE EXHIBITS TO 80TH AND 81ST OMNIBUS OBJECTIONS AND FOLLOW UP WITH DEBTORS REGARDING CLAIMS SUBJECT TO OBJECTIONS (.8); REVIEW CLAIMS AND CONTACT CLAIMANTS AND CLAIMANTS' COUNSEL REGARDING POTENTIAL SETTLEMENT OF CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION (.3). |
| SIDHU SS | 07/29/10 | 1.50 | CONFER REGARDING FILING OF 80TH AND 81ST OMNIBUS OBJECTIONS (.2); REVIEW AND REVISE 80TH AND 81ST OMNIBUS OBJECTIONS, ACCOMPANYING PROPOSED ORDERS, AND EXHIBITS (1.1); COORDINATE FILING OF 80TH AND 81ST OMNIBUS OBJECTIONS (.2). |

B43E