**<u>EXHIBIT D-8</u>**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| SIDHU SS | 07/30/10 | 0.90 | REVIEW AND REVISE DRAFTS OF 80TH AND 81ST OMNIBUS OBJECTIONS, PROPOSED ORDERS, AND EXHIBITS, REVISE FINAL DRAFTS AFTER REVISIONS, AND COORDINATE FILING OF SAME. |
| | | **31.80** | |
| VINE J | 07/01/10 | 7.70 | REVIEW AND ANALYZE CCSWC CLAIMS FOR PROPER DEBTOR ASSERTIONS (7.7). |
| VINE J | 07/02/10 | 1.70 | REVIEW AND ANALYZE CLAIMS AGAINST CCSWC (1.7). |
| VINE J | 07/06/10 | 2.60 | FINALIZE CCSWC CLAIMS REVIEW (2.2); ADD LETTERS TO CLAIMS ANALYSIS FOR FTI REVIEW (.4). |
| VINE J | 07/07/10 | 0.20 | FINALIZE CLAIMS CHART (.2). |
| | | **12.20** | |
| **Total Associate** | | **185.90** | |
| HEANEY CM | 07/06/10 | 2.60 | REVIEW DOCKET RE: ADDITIONAL DOCUMENTS FOR COUNTER-DESIGNATION TO GENTRY APPEAL (2.6). |
| HEANEY CM | 07/07/10 | 1.60 | DRAFT EDIT/REVISE COUNTER-DESIGNATIONS IN CONNECTION WITH GENTRY APPEAL (.7); REVIEW DOCKETS RE: ADDITIONAL PLEADINGS FOR COUNTER-DESIGNATIONS (.9). |
| HEANEY CM | 07/08/10 | 0.40 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES FOR APPEAL MATTERS (.4). |
| HEANEY CM | 07/12/10 | 0.90 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO APPEALS MATTERS (.3); OBTAIN, REVIEW AND DISTRIBUTE BACKGROUND DOCUMENTS TO MITSUBISHI MATTER TO BE USED AS PRECEDENT (.6). |
| HEANEY CM | 07/13/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO VARIOUS APPEAL MATTERS (.3). |
| HEANEY CM | 07/14/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO VARIOUS APPEALS MATTERS (.3). |
| HEANEY CM | 07/16/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO APPEALS MATTERS (.3). |
| HEANEY CM | 07/19/10 | 0.70 | REVIEW SCHIMENTI MEMORANDUM AND OPINION (.4); REVIEW VARIOUS APPEALS DOCKETS FOR ADDITIONAL UPDATES (.3). |
| HEANEY CM | 07/20/10 | 0.40 | REVIEW COURT DOCKETS RE: STATUS UPDATES TO ADVERSARY CASES (.4). |
| HEANEY CM | 07/21/10 | 0.30 | REVIEW DISTRICT COURT DOCKETS RE: UPDATES TO VARIOUS APPEALS MATTERS (.3). |
| HEANEY CM | 07/22/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO VARIOUS ADVERSARY DOCKETS FOR HEARING AGENDA UPDATES (.4). |

B43E

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 07/23/10 | 0.30 | REVIEW VARIOUS APPEALS DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 07/26/10 | 0.70 | REVIEW ADVERSARY MATTERS FOR STATUS UPDATES TO CASE FILES (.4); REVIEW DISTRICT COURT DOCKETS RE: STATUS UPDATES TO VARIOUS APPEALS MATTERS (.3). |
| HEANEY CM | 07/29/10 | 0.40 | REVIEW VARIOUS APPEALS AND ADVERSARY DOCKETS RE: STATUS UPDATES FOR HEARING MATTERS (.4). |
| | | 9.60 | |

**Total Legal Assistant**          9.60

**TOTAL TIME**                <u>197.90</u>

B43E

**Circuit City Stores, Inc. (DIP)**
**Employee Matters (General)**

**Bill Date: 08/09/10**
**Bill Number: 1325644**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 07/28/10 | 0.60 | REVIEW AND REVISE MOTION TO TERMINATE AND AMEND EMPLOYEE PLANS (.6). |
| FREDERICKS IS | 07/29/10 | 1.20 | REVIEW AND REVISE MOTION TO TERMINATE CERTAIN EMPLOYEE BENEFIT PLANS AND TELEPHONE CALL RE: SAME (1.2). |
| | | **1.80** | |
| KUMAR JS | 07/06/10 | 4.20 | DRAFTING MOTION TO TERMINATE BENEFIT PROGRAMS AND AMEND 401(K) PLAN (4.2). |
| KUMAR JS | 07/07/10 | 2.20 | DRAFTING MOTION TO TERMINATE BENEFIT PROGRAMS AND AMEND 401(K) PLAN (2.2). |
| KUMAR JS | 07/08/10 | 2.30 | DRAFTING MOTION TO TERMINATE BENEFIT PROGRAMS AND AMEND 401(K) PLAN (2.3). |
| KUMAR JS | 07/09/10 | 2.80 | DRAFTING ORDER RE MOTION TO TERMINATE BENEFIT PROGRAMS AND AMEND 401(K) PLAN (2.8). |
| KUMAR JS | 07/29/10 | 2.10 | REVISING MOTION AND ORDER RE TERMINATING BENEFIT PROGRAMS AND AMENDING 401(K) PLAN (2.1). |
| | | **13.60** | |
| **Total Associate** | | **15.40** | |
| **TOTAL TIME** | | **15.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**                                    Bill Date: 08/09/10
**Insurance**                                                          Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 06/30/10 | 0.20 | REVIEW AND RESPOND TO EMAILS FROM LOCKTON (.2). |
| GALARDI GM | 07/06/10 | 0.10 | ADDRESS EMAILS RE: TRAVELERS STATUS FROM COMMITTEE. |
| GALARDI GM | 07/13/10 | 0.40 | CALLS AND EMAILS WITH M. PAULSEN RE INSURANCE RECOVERY UPDATE. |
| GALARDI GM | 07/20/10 | 0.70 | CALL WITH LOCKTON RE: NUMEROUS MATTERS AND PROPOSAL. |
| GALARDI GM | 07/22/10 | 0.30 | CALL RE: INSURANCE COMPENSATION. |
|  |  | 1.70 |  |
| **Total Partner** |  | **1.70** |  |
| SIDHU SS | 07/01/10 | 0.20 | CONTACT CLAIMANTS REVIEW DEBTOR DIRECTOR AND OFFICER POLICIES FOR RELEVANT INFORMATION FOR NOTICES OF CIRCUMSTANCES AND REVISE NOTICE TO REFLECT SAME (.2). |
| SIDHU SS | 07/06/10 | 0.10 | UPDATE NOTICE OF CIRCUMSTANCES TO REFLECT UPDATED DIRECTOR AND OFFICER POLICY INFORMATION. |
|  |  | 0.30 |  |
| **Total Associate** |  | **0.30** |  |
| **TOTAL TIME** |  | **2.00** |  |

B43E

Circuit City Stores, Inc. (DIP)                         Bill Date: 08/09/10
Litigation (General)                                    Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 07/27/10 | 0.90 | DRAFT WEISSMAN SETTLEMENT AGREEMENT (.7); DRAFT CORRESPONDENCE TO D. SHEARER REGARDING WEISSMAN COMPLAINT AND SETTLEMENT AGREEMENT (.2). |
| BAKER SK | 07/28/10 | 0.40 | REVISE WEISSMAN NOTICE AND PREPARE FOR FILING (.4). |
| | | 1.30 | |
| BUGAY JJ | 07/01/10 | 4.30 | WORK ON GRAPHIC STIPULATION OF FACTS (1.2); WORK ON GRAPHIC OBJECTION (2.4); WORK ON RELATED MOTION TO FILE EXHIBITS UNDER SEAL (.7). |
| BUGAY JJ | 07/02/10 | 2.40 | WORK ON GRAPHIC OBJECTION (2.4). |
| BUGAY JJ | 07/07/10 | 1.10 | WORK ON REPLY IN SUPPORT OF SUPPLEMENTAL OBJECTION TO CLAIM OF GRAPHIC COMMUNICATIONS (1.1). |
| BUGAY JJ | 07/08/10 | 8.20 | WORK ON MADCOW SETTLEMENT (2.4); WORK ON MITSUBISHI SUMMARY JUDGMENT MEMO (5.8). |
| BUGAY JJ | 07/09/10 | 1.90 | WORK ON MADCOW SETTLEMENT AGREEMENT (1.7); WORK ON MITSUBISHI MOTION FOR SUMMARY JUDGMENT (.2). |
| BUGAY JJ | 07/12/10 | 9.70 | RESEARCH AND DRAFT OPPOSITION TO MOTION TO DISMISS COUNT VI OF COMPLAINT AGAINST MITSUBISHI; RESEARCH ISSUES RE: VALUE OF ANTOR MEDIA'S CLAIM (3.1); VARIOUS COMMUNICATIONS WITH D. HERRMAN RE: SAME (.8). |
| BUGAY JJ | 07/13/10 | 4.40 | CONTINUE TO RESEARCH AND DRAFT OPPOSITION TO MITSUBISHI MOTION TO DISMISS COUNT VI OF COMPLAINT. |
| BUGAY JJ | 07/16/10 | 2.40 | DRAFT REPLY TO GRAPHIC OBJECTION. |
| BUGAY JJ | 07/21/10 | 8.80 | RESEARCH, ANALYZE AND REVISE GRAPHIC REPLY (8.8). |
| BUGAY JJ | 07/24/10 | 2.10 | DRAFT ANSWER TO MITSUBISHI COUNTERCLAIMS (2.1). |
| BUGAY JJ | 07/26/10 | 0.60 | REVIEW AND REVISE DRAFT ANSWER TO MITSUBISHI'S COUNTERCLAIMS (.6). |
| BUGAY JJ | 07/27/10 | 4.10 | REVISE VIRGINIA TAX OBJECTION SETTLEMENT OFFER (.7); REVISE MITSUBISHI MOTION FOR SUMMARY JUDGMENT RE: NEW VALUE DEFENSE (3.4). |
| BUGAY JJ | 07/28/10 | 4.30 | WORK ON VIRGINIA TAX CLAIM SETTLEMENT (.7); REVISE MITSUBISHI MOTION FOR SUMMARY JUDGMENT RE: NEW VALUE DEFENSE (3.6). |

B43E

| | | | |
|---|---|---|---|
| BUGAY JJ | 07/30/10 | 0.30 | REVIEW AND REVISE MITSUBISHI MOTION FOR SUMMARY JUDGMENT (.3). |
| | | **54.60** | |
| FREDERICKS IS | 07/27/10 | 7.20 | (MITSUBISHI) REVIEW AND REVISE AND DRAFT NEW SECTIONS OF MEMORANDUM OF LAW IN SUPPORT OF SUMMARY JUDGMENT RE: 547(C)(4)/503(B)(9) AND RESEARCH RE: SAME (7.2). |
| FREDERICKS IS | 07/28/10 | 5.20 | REVIEW, REVISE AND UPDATE MEMORANDUM OF LAW RE: SUMMARY JUDGMENT OF 547/503 ISSUE (MITSUBISHI) (2.3); CONFERENCE CALL WITH CC RE: VARIOUS LITIGATION MATTERS (1.7); TELEPHONE CALL WITH MCGUIREWOODS RE: SAME (1.2). |
| | | **12.40** | |
| HERRMANN DD | 07/01/10 | 2.30 | CONTINUE TO WORK ON AND FINALIZE RULE 26 DISCLOSURES IN PNY. |
| HERRMANN DD | 07/06/10 | 6.60 | REVIEW BACKGROUND INFORMATION RE MOTION FOR LATE FILING IN KOBRA CASES (3.1); STRATEGIZE RE NEXT STEPS (1.0); BEGIN PREPARING DISCOVERY RE SAME (2.5). |
| HERRMANN DD | 07/07/10 | 5.10 | CONTINUE TO WORK ON KOBRA PROPERTIES DISCOVERY REQUESTS. |
| HERRMANN DD | 07/08/10 | 4.90 | FINALIZE KOBRA PROPERTIES DISCOVERY REQUESTS. |
| HERRMANN DD | 07/23/10 | 0.60 | COMMUNICATE RE MITSUBISHI ANSWER. |
| HERRMANN DD | 07/27/10 | 0.80 | WORK ON KOBRA PROPERTIES DISCOVERY MATTERS. |
| | | **20.30** | |
| KIM CW | 07/16/10 | 7.00 | RESEARCH AND DRAFT RIDER RE: UNJUST ENRICHMENT (7.0). |
| | | **7.00** | |
| LIBERI JM | 07/01/10 | 2.70 | REVIEW COMMUNICATIONS WITH COUNSEL FOR SM WILSON RE: SETTLEMENT ISSUES (0.2); REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT (0.3); REVIEW COMMENTS OF COUNSEL FOR MOTOROLA TO DRAFT SETTLEMENT AGREEMENT (0.4); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: SAME (0.3); RESEARCH APPELLATE PROCEDURE ISSUES (0.7); RESEARCH SETOFF ISSUES (0.8). |
| LIBERI JM | 07/02/10 | 2.80 | REVIEW SETTLEMENT COMMENTS RE: SEGA MATTERS (0.3); REVIEW KODAK COMMUNICATIONS AND CLAIMS INFORMATION PROVIDED BY COUNSEL (0.6); REVIEW INITIAL DISCLOSURE ISSUES RE: CC INVESTORS ADVERSARY PROCEEDING (0.5); CONSIDER GROUNDS FOR OBJECTION TO CC INVESTORS' CLAIMS OUTSIDE OF ADVERSARY PROCEEDING (1.4). |

B43E

| LIBERI JM | 07/07/10 | 1.40 | COMMUNICATE WITH COUNSEL FOR UNIVERSAL DISPLAY RE: SETTLEMENT MATTERS (0.3); REVISE SETTLEMENT AGREEMENT RE: UNIVERSAL DISPLAY (0.8); DRAFT NOTICE OF SETTLEMENT RE: UNIVERSAL DISPLAY (0.3). |
| --- | --- | --- | --- |
| LIBERI JM | 07/09/10 | 0.90 | COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: SETTLEMENT MATTERS (0.2); REVIEW COMMUNICATIONS FROM COUNSEL FOR CREDITORS' COMMITTEE RE: FILED SETTLEMENT PAPERS (0.2); FOLLOW UP RE: SETTLEMENT QUESTIONS (0.2); REVIEW DRAFT HEARING AGENDA AND PROVIDE STATUS UPDATES (0.3). |
| LIBERI JM | 07/12/10 | 4.50 | REVIEW BYLAWS AND ARTICLES OF INCORPORATION RE: DEBTOR ENTITIES AND AFFILIATES (1.4); WORK ON DIRECTORS AND OFFICERS INSURANCE ISSUES (0.6); COMMUNICATE WITH COUNSEL FOR CREDITORS' COMMITTEE RE: SETTLEMENT MATTERS (0.2); FOLLOW UP WITH CREDITORS RE: INSUFFICIENT CLAIMS SUPPORT INQUIRIES (0.7); REVIEW PREFERENCE AND NEW VALUE DEFENSE ISSUES (1.6). |
| LIBERI JM | 07/13/10 | 4.80 | REVIEW MITSUBISHI COMPLAINT, ANSWER AND MOTION TO DISMISS (0.9): CONSIDER POTENTIAL RESPONSES TO MOTION TO DISMISS (0.7); FOLLOW UP ON CORPORATE COMPLIANCE ISSUES (0.6); FOLLOW UP ON STATUS CONFERENCES SCHEDULED IN CALIFORNIA CLASS ACTION LITIGATIONS (0.6); COMMUNICATE WITH COUNSEL FOR MOTOROLA RE: FINALIZING SETTLEMENT PAPERS (0.3); FINALIZE SETTLEMENT PAPERS FOR FILING (0.4); DRAFT NOTICE OF SETTLEMENT FOR FILING (0.3); REVIEW INFORMATION RE: CLAIMS FILED BY COMMERCE TECHNOLOGIES (0.4); CONSIDER RECOUPMENT ISSUES (0.6). |
| LIBERI JM | 07/16/10 | 6.80 | REVIEW MITSUBISHI ANSWER AND MOTION TO DISMISS (0.8); RESEARCH UNJUST ENRICHMENT AND BREACH OF CONTRACT ISSUES (1.4); DRAFT RESPONSE TO MITSUBISHI'S MOTION TO DISMISS (4.6). |
| LIBERI JM | 07/20/10 | 2.40 | PREPARE FOR AND ATTEND STATUS CONFERENCE RE: CALIFORNIA CLASS ACTION LITIGATION (0.8); RESEARCH 503(B)(9) AND SETOFF/NEW VALUE ISSUES (1.1); REVIEW AND COMMENT ON DRAFT OBJECTION TO CLAIMS (0.5). |
| LIBERI JM | 07/22/10 | 1.70 | REVIEW CASE CALENDAR RE: PENDING RESPONSE DEADLINES (0.4); CONSIDER DISCOVERY ISSUES RE: MITSUBISHI LITIGATION (0.5); REVIEW TRACKING CHART RE: STATUS OF OMNIBUS CLAIMS OBJECTIONS (0.5); PROVIDE STATUS UPDATES RE: SETTLEMENT PROGRESSION ON CLAIMS OBJECTION MATTERS (0.3). |

B43E

| | | | | |
|---|---|---|---|---|
| LIBERI JM | 07/23/10 | 0.80 | COMMUNICATE WITH COUNSEL FOR R. KRUGER RE: ADMINISTRATIVE CLAIM ISSUES (0.2); REVIEW R. KRUGER CLAIMS AND SUPPORT RE: SAME (0.3); COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT ISSUES (0.3). | |
| LIBERI JM | 07/26/10 | 5.20 | REVIEW MITSUBISHI ANSWER, COUNTERCLAIMS AND RELATED DOCUMENTS (1.2); RESEARCH CASE LAW RE: UNJUST ENRICHMENT, BREACH OF CONTRACT, SETOFF AND RECOUPMENT CLAIMS (0.9); REVIEW AND REVISE DRAFT ANSWER TO MITSUBISHI COUNTERCLAIMS (1.5); CONSIDER POTENTIAL MOTION TO DISMISS COUNTERCLAIMS (0.4); COMMUNICATE WITH DEBTORS PERSONNEL RE: MITSUBISHI ADVERSARY PROCEEDING MATTERS (0.7); REVIEW RECENT RESPONSES RE: OMNIBUS CLAIMS OBJECTIONS (0.5). | |
| LIBERI JM | 07/27/10 | 2.20 | REVIEW AND REVISE ANSWER AND AFFIRMATIVE DEFENSES TO MITSUBISHI COUNTERCLAIMS (0.4); REVIEW AND COMMENT ON PROPOSED SETTLEMENT OF OMNIBUS CLAIMS OBJECTION MATTERS (1.1); COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT MATTERS (0.3); REVIEW DRAFT SETTLEMENT REVISIONS PROPOSED BY SEGA (0.4). | |
| LIBERI JM | 07/28/10 | 1.70 | RESEARCH LEASE DAMAGES AND TAX ALLOCATION MATTERS (0.8); REVIEW COMMUNICATIONS WITH COUNSEL FOR CREDITORS' COMMITTEE RE: SETTLEMENT MATTERS (0.2); REVIEW DRAFT SETTLEMENT PROPOSALS RE: OMNIBUS OBJECTION MATTERS (0.7). | |
| LIBERI JM | 07/29/10 | 4.10 | REVIEW AND COMMENT ON DRAFT AGENDA (0.4); RESEARCH CASE LAW RE: TERMINATION OF LEASE REMEDIES/DAMAGES ON ACCOUNT OF SALE OF PROPERTY (1.8); RESEARCH ISSUES RE: DETERMINATION OF CLAIMS ARISING PRE- VERSUS POST-PETITION (0.5); REVIEW SETTLEMENT COMMUNICATIONS DATA PROVIDED BY CC INVESTORS' COUNSEL (0.8); REVIEW COMMUNICATIONS FROM COUNSEL FOR CREDITOR TRUST RE: SETTLEMENT MATTERS (0.2); CONSIDER RESPONSES TO OMNIBUS OBJECTIONS (0.4). | |
| | | 42.00 | | |
| SIDHU SS | 07/01/10 | 0.80 | REVIEW DRAFT OF SM WILSON SETTLEMENT (.3); CONTACT CLAIMANTS REGARDING POTENTIAL SETTLEMENT OF CLAIMS OBJECTIONS (.2); CONFER REGARDING SAME (.3). | |
| SIDHU SS | 07/02/10 | 0.30 | REVIEW PREFERENCE ANALYSIS REGARDING SM WILSON CLAIMS FOR PURPOSES OF POTENTIAL SETTLEMENT DISCUSSIONS AND CONFER REGARDING SAME. | |

B43E

| | | | | |
|---|---|---|---|---|
| SIDHU SS | 07/09/10 | 1.10 | REVIEW UNIVERSAL DISPLAY SETTLEMENT MATERIALS, DRAFT NOTICE REGARDING SETTLEMENT, AND CONSOLIDATE MATERIALS FOR FILING. |
| SIDHU SS | 07/15/10 | 0.10 | REVIEW PNY ADVERSARY PROCEEDING CALENDAR FOR APPLICABLE DEADLINES. |
| SIDHU SS | 07/22/10 | 1.60 | REVIEW INTERTAN AND VENTOUX BOARD MINUTES FOR RELEVANT DIRECTORS AND OFFICERS FOR PURPOSES OF DRAFTING SETTLEMENT. |
| | | **3.90** | |
| VINE J | 07/06/10 | 4.00 | RESEARCH ALLOWANCE LATE FILED CLAIMS UNDER 9TH CIR. LAW RE: KOBRA PROPERTIES BANKRUPTCY CASE (4). |
| VINE J | 07/07/10 | 3.00 | FINALIZE MEMO ON NINTH CIRCUIT NOTICE & KNOWLEDGE REQUIREMENT BARRING PROOF OF CLAIM (3). |
| VINE J | 07/21/10 | 0.30 | REVIEW AND REVISE GRAPHIC OBJECTION. (.3). |
| | | **7.30** | |
| **Total Associate** | | **148.80** | |
| HEANEY CM | 07/01/10 | 0.30 | PREPARE NOTICE OF DISCOVERY FOR SERVICE ON THIRD PARTIES (.3). |
| HEANEY CM | 07/02/10 | 0.60 | DRAFT EDIT/REVISE REMOVAL MOTION (.6). |
| HEANEY CM | 07/06/10 | 0.80 | DRAFT EDIT/REVISE REMOVAL MOTION AND ORDER FOR FILING (.8). |
| HEANEY CM | 07/08/10 | 0.40 | RESEARCH ON/IN CASE LAW TO BE USED AS PRECEDENT FOR PLEADINGS (.4). |
| HEANEY CM | 07/13/10 | 0.30 | REVIEW CALENDARS FOR DEADLINES IN CONNECTION WITH GENTRY CALIFORNIA LIMITATION MATTER (.3). |
| HEANEY CM | 07/14/10 | 0.20 | COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEET IN CONNECTION WITH GENTRY MATTER (.2). |
| | | **2.60** | |
| **Total Legal Assistant** | | **2.60** | |
| **TOTAL TIME** | | **151.40** | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**　　　　　　　　　　**Bill Date: 08/09/10**
**Liquidation / Feasibility**　　　　　　　　　　　　**Bill Number: 1325644**

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| FREDERICKS IS | 07/29/10 | 0.60 | REVIEW LIQUIDATION ANALYSIS AND TELEPHONE CALL WITH FTI RE: SAME (.6). |
| FREDERICKS IS | 07/30/10 | 0.40 | REVIEW PRIOR DS LIQUIDATION ANALYSIS AND CONFERENCE CALL WITH FTI RE: UPDATES (.4). |
| | | 1.00 | |
| Total Associate | | 1.00 | |
| TOTAL TIME | | <u>1.00</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

**Circuit City Stores, Inc. (DIP)**
**Nonworking Travel Time**

Bill Date: 08/09/10
Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 07/13/10 | 1.70 | NON WORKING TRAVEL FROM WILMINGTON TO NORFOLK. |
| GALARDI GM | 07/16/10 | 1.70 | NON- WORKING TRAVEL FROM NORFOLK TO WILMINGTON. |
| GALARDI GM | 07/22/10 | 3.00 | NON-WORKING TRAVEL TO RICHMOND (1.1); NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON (1.9). |
| | | 6.40 | |
| **Total Partner** | | 6.40 | |
| FREDERICKS IS | 07/12/10 | 2.70 | TRAVEL FROM WILMINGTON DELAWARE TO RICHMOND VA (1.6); TRAVEL FROM RICHMOND VA TO NORFOLK VA (1.1). |
| FREDERICKS IS | 07/16/10 | 2.10 | TRAVEL FROM NORFOLK VA TO WILMINGTON DE (2.1). |
| FREDERICKS IS | 07/21/10 | 3.70 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (FLIGHT CANCELLED AFTER BEING DELAYED AND NO ALTERNATE FLIGHTS OR TRAIN AVAILABLE - TRAVEL (WAS BY CAR) (3.7). |
| FREDERICKS IS | 07/22/10 | 2.00 | TRAVEL FROM RICHMOND, VA TO WILMINGTON, DE (2.0). |
| | | 10.50 | |
| **Total Associate** | | 10.50 | |
| **TOTAL TIME** | | **16.90** | |

B43E

Circuit City Stores, Inc. (DIP)                          Bill Date: 08/09/10
Reorganization Plan / Plan Sponsors                      Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 07/08/10 | 1.10 | REVIEW AND PROVIDE VERY INITIAL COMMENTS ON MEDIATION STATEMENT. |
| GALARDI GM | 07/09/10 | 2.30 | EMAILS RE: PLAN, PROFESSIONAL FEES ISSUES AND MEDIATION STATEMENT (.9); CONTINUE REVIEW AND COMMENTING ON MEDIATION STATEMENT (1.4). |
| GALARDI GM | 07/10/10 | 2.10 | CALL AND EMAILS RE MEDIATION STATEMENT AND RELATED MATTERS (1.3); BEGIN MAKING FURTHER REVISIONS TO THE MEDIATION STATEMENT (.8). |
| GALARDI GM | 07/11/10 | 6.60 | REVIEW, REVISE AND FINALIZE DRAFT MEDIATION STATEMENT (5.7); CALLS AND EMAILS WITH BOARD MEMBERS RE: SAME (.9). |
| GALARDI GM | 07/12/10 | 3.70 | REVIEW REVISE AND FINALIZE MEDIATION STATEMENT PER COMMENTS (2.4); BEGIN OUTLINING POWER POINT FOR MEDIATION (.4);CALLS AND EMAILS WITH BOARD MEMBERS AND OTHERS RE: MEDIATION DETAILS AND STATEMENT (.9). |
| GALARDI GM | 07/13/10 | 1.90 | CONTINUE TO WORK ON POWER POINT FOR MEDIATOR (1.2); MEETING WITH D. FOLEY RE: MEDIATOR AND MEDIATION STRATEGY (.7). |
| GALARDI GM | 07/14/10 | 8.40 | COMPLETE POWER POINT (.7); COMPLETE PREPARATION WITH BOARDS FOR MEDIATION (1.1); PARTICIPATE IN MEDIATION (5.8); DE-BRIEF WITH BOARD RE: MEDIATION (.8). |
| GALARDI GM | 07/15/10 | 13.00 | PRE-MEETING WITH BOARDS RE: MEDIATION STRATEGY (.9); PARTICIPATE IN MEDIATION AND DRAFT/REVISE MEDIATION TERM SHEET (11.4);POST-MEDIATION DE-BRIEF WITH CLIENT (.7). |
| GALARDI GM | 07/16/10 | 1.90 | FOLLOW-UP RE: MEDIATION TERMS SHEET AND NEXT STEPS (.6); OUTLINE VARIOUS CHANGES NEEDED TO DOCUMENTS FOR CONSENSUAL PLAN (1.3). |
| GALARDI GM | 07/20/10 | 1.60 | BEGIN REVIEWING REVISED DRAFTS OF PLAN AND RELATED DOCUMENTS. |
| GALARDI GM | 07/22/10 | 3.20 | ATTEND IN CHAMBERS CONFERENCE RE: PLAN MEDIATION (.5); REVIEW AND COMMENT ON DRAFT REVISED PLAN, TRUST AGREEMENTS AND SUPPLEMENT DISCLOSURE (2.7). |
| GALARDI GM | 07/26/10 | 1.30 | CALLS AND EMAILS RE: REVISED DOCUMENTS (.9); BEGIN ANALYZING PLANS AND DOCUMENTS FOR REVISIONS AND ISSUES (1.3). |
| GALARDI GM | 07/28/10 | 0.40 | REVIEW AND RESPOND TO EMAILS FROM COMMITTEE RE: DOCUMENTS AND MEETINGS. |

B43E

| | | | |
|---|---|---|---|
| GALARDI GM | 07/29/10 | 3.10 | WORK ON ADDITIONAL DOCUMENTS RE: SETTLEMENT AND OTHER MATTERS (1.6); WORK ON SUBSTANTIVE CONSOLIDATION ANALYSIS AND LIQUIDATION ANALYSIS (.8); FOLLOW-UP RE: VARIOUS ANCILLARY PLAN MATTERS (.4); REVIEW AND COMMENT ON NOTICE MOTION (.3). |
| GALARDI GM | 07/30/10 | 6.10 | REVIEW AND ANALYZE COMMITTEE COMMENTS TO PLAN AND RELATED DOCUMENTS (1.4); CALL WITH COMMITTEE COUNSEL RE: OPEN ISSUES AND COMMENTS (.8); FOLLOW-UP WITH BOARD RE: SAME (.2) CALL WITH J. MARCUM RE: ISSUES AND STATUS (.4); EXTENDED CALLS WITH FTI AND COMPANY RE: SUBSTANTIVE CONSOLIDATION ANALYSIS (3.5). |
| GALARDI GM | 07/31/10 | 0.40 | REVIEW AND COMMENT ON RELEASE LANGUAGE PROVIDED BY COMMITTEE (.4). |
| | | 57.10 | |
| **Total Partner** | | **57.10** | |
| BAKER SK | 07/19/10 | 2.30 | RESEARCH REGARDING 9010 MOTION OF FRENCH AND CANADIAN TAX ISSUES AND PLAN OF LIQUIDATION (2.3). |
| BAKER SK | 07/20/10 | 8.70 | DRAFT 9019 MOTION REGARDING FRENCH TAX LIABILITY (2.4); DRAFT SETTLEMENT AGREEMENT REGARDING FRENCH TAX LIABILITY (3.5); REVISE SECOND AMENDED PLAN OF REORGANIZATION (1.7); PREPARE BINDER OF PLAN DOCUMENTS FOR BOARD MEMBERS (1.1). |
| BAKER SK | 07/21/10 | 3.80 | DRAFT 9019 MOTION REGARDING FRENCH TAX LIABILITY (1.5); REVISE SETTLEMENT AGREEMENT REGARDING FRENCH TAX LIABILITY (.8); DRAFT 9019 MOTION REGARDING FRENCH TAX LIABILITY (1.5). |
| BAKER SK | 07/22/10 | 1.20 | REVISE INTER TAN SETTLEMENT AGREEMENT (1.2). |
| BAKER SK | 07/23/10 | 0.30 | REVIEW CORRESPONDENCE FROM J. STAHLER REGARDING CONFIRMATION HEARING (.1); DRAFT RESPONSE TO J. STAHLER REGARDING STATUS OF CONFIRMATION (.2). |
| | | 16.30 | |
| FREDERICKS IS | 07/01/10 | 14.70 | CONTINUE TO DRAFT MEDIATION STATEMENT (14.7). |
| FREDERICKS IS | 07/02/10 | 6.20 | CONTINUE TO DRAFT MEDIATION STATEMENT (6.2). |
| FREDERICKS IS | 07/06/10 | 12.70 | CONTINUE TO DRAFT MEDIATION STATEMENT (12.7). |
| FREDERICKS IS | 07/07/10 | 14.40 | CONTINUE TO DRAFT MEDIATION STATEMENT AND CONDUCT RELATED RESEARCH (14.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| FREDERICKS IS | 07/08/10 | 8.30 | CONTINUE TO DRAFT MEDIATION STATEMENT AND INCORPORATE INITIAL COMMENTS (8.3). |
| FREDERICKS IS | 07/09/10 | 10.40 | CONTINUE TO REVIEW, REVISE AND UPDATE MEDIATION STATEMENT (10.4). |
| FREDERICKS IS | 07/10/10 | 7.20 | TELEPHONE CALL RE: MEDIATION STATEMENT AND REVIEW AND REVISE SAME TO INCORPORATE COMMENTS (7.2). |
| FREDERICKS IS | 07/11/10 | 3.80 | CONTINUE TO REVIEW AND REVISE MEDIATION STATEMENT (3.8). |
| FREDERICKS IS | 07/12/10 | 4.10 | MULTIPLE TELEPHONE CALLS WITH CC RE: MEDIATION STATEMENT AND REVIEW, REVISE, AND FINALIZE SAME (4.1). |
| FREDERICKS IS | 07/13/10 | 13.70 | PREPARE FOR MEDIATION, INCLUDING DRAFTING POWER POINT PRESENTATION AND OTHER DOCUMENTS (13.7). |
| FREDERICKS IS | 07/14/10 | 12.40 | CONTINUE TO PREPARE FOR AND PARTICIPATE IN MEDIATION (12.4). |
| FREDERICKS IS | 07/15/10 | 12.80 | PREPARE FOR SECOND DAY OF MEDIATION AND CONTINUE TO PARTICIPATE IN MEDIATION (12.8). |
| FREDERICKS IS | 07/19/10 | 11.30 | REVIEW AND REVISE 2ND AMENDED PLAN, REVISED LTA AND OC BYLAWS, SUPPLEMENTAL DISCLOSURE DOCUMENT, AND RELATED PLAN DOCUMENTS AND TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (11.3). |
| FREDERICKS IS | 07/21/10 | 2.60 | FURTHER REVIEW AND REVISE VARIOUS SECOND AMENDED PLAN RELATED DOCUMENTS (2.6). |
| FREDERICKS IS | 07/22/10 | 6.30 | FURTHER REVIEW AND REVISE THE PLAN RELATED DOCUMENTS AND TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (6.3). |
| FREDERICKS IS | 07/27/10 | 0.70 | REVIEW AND REVISE MOTION TO APPROVE NOTICE OF PLAN OF DOCUMENTS (.7). |
| FREDERICKS IS | 07/28/10 | 1.40 | REVIEW AND REVISE MOTION TO APPROVE NOTICE OF REVISED PLAN DOCUMENTS (1.4). |
| FREDERICKS IS | 07/29/10 | 2.70 | REVIEW COMMITTEE'S CHANGES TO PLAN AND RELATED DOCUMENTS AND MULTIPLE TELEPHONE CALLS RE: SAME (2.1); REVIEW AND REVISE MOTION RE: NOTICE AND SERVICE OF PLAN DOCUMENTS (.6). |
| FREDERICKS IS | 07/30/10 | 7.20 | PREPARE FOR AND PARTICIPATE IN MULTIPLE CALLS RE: SUBSTANTIVE CONSOLIDATION WITH FT AND CC AND MULTIPLE FOLLOW-UP CALLS AND EMAILS WITH CC AND FTI RE: SAME (4.6); PREPARE FOR AND PARTICIPATE IN CALL WITH COMMITTEE RE: PLAN MODIFICATIONS (1.2) DRAFT SUMMARY OF ISSUES FOR BOARD AND TELEPHONE CALL WITH J. MARCUM RE: SAME (1.4). |

152.90

B43E

| | | | |
|---|---|---|---|
| GRANT K | 07/19/10 | 2.90 | REVIEWED AND REVISED PLAN AND RELATED DOCUMENTS. (2.9). |
| GRANT K | 07/20/10 | 3.40 | CONTINUED REVIEW AND REVISION OF PLAN AND RELATED DOCUMENTS. (3.4). |
| GRANT K | 07/21/10 | 3.80 | REVIEWED AND REVISED LITIGATION TRUST AGREEMENT (2.7) AND OTHER PLAN DOCUMENTS, AND DISCUSSIONS REGARDING SAME.  (1.1). |
| GRANT K | 07/29/10 | 0.70 | CONTINUED REVIEW OF PLAN DOCUMENTS AND DISCUSSIONS REGARDING SAME. (.7). |
| | | **10.80** | |
| KUMAR JS | 07/16/10 | 8.30 | REVISING PLAN, BYLAWS, LIQUIDATING TRUST AGREEMENT AND CONFIRMATION ORDER PER MEDIATION TERM SHEET AND DRAFTING SUPPLEMENTAL DISCLOSURE STATEMENT (8.3). |
| KUMAR JS | 07/18/10 | 6.30 | REVISING PLAN, BYLAWS, LIQUIDATING TRUST AGREEMENT AND CONFIRMATION ORDER PER MEDIATION TERM SHEET AND DRAFTING SUPPLEMENTAL DISCLOSURE STATEMENT (6.3). |
| KUMAR JS | 07/19/10 | 5.30 | REVISING PLAN AND RELATED DOCUMENTS AND DRAFTING SUPPLEMENTAL DISCLOSURE PER MEDIATION TERM SHEET (5.3). |
| KUMAR JS | 07/20/10 | 3.60 | REVISING PLAN AND RELATED DOCUMENTS AND DRAFTING SECOND AMENDED DISCLOSURE STATEMENT AND LITIGATION TRUST AGREEMENT, PER MEDIATION TERM SHEET (3.6). |
| KUMAR JS | 07/21/10 | 6.70 | REVISING PLAN AND RELATED DOCUMENTS, PER MEDIATION TERM SHEET (6.7). |
| KUMAR JS | 07/22/10 | 8.30 | REVISING AND FINALIZING PLAN DOCUMENTS TO SEND TO COMMITTEE (8.3). |
| KUMAR JS | 07/23/10 | 3.20 | DRAFTING MOTION TO APPROVE LIMITED NOTICE OF PLAN DOCUMENTS (3.2). |
| KUMAR JS | 07/26/10 | 7.10 | DRAFTING MOTION TO APPROVE LIMITED NOTICE OF PLAN DOCUMENTS (4.8). REVISING CONFIRMATION BRIEF (2.3). |
| KUMAR JS | 07/27/10 | 5.70 | REVISING MOTION AND DRAFTING ORDER APPROVING LIMITED NOTICE OF PLAN DOCUMENTS (3.9). REVISING CONFIRMATION BRIEF (1.8). |
| KUMAR JS | 07/28/10 | 5.70 | REVISING MOTION AND ORDER APPROVING LIMITED SERVICE OF PLAN DOCUMENTS AND SENDING TO COMMITTEE FOR REVIEW (2.1). REVISING CONFIRMATION BRIEF (3.6). |
| KUMAR JS | 07/29/10 | 2.20 | EMAILS AND CALLS WITH KCC RE SERVICE OF PLAN DOCUMENTS (.8).  REVIEWING AND SUMMARIZING PLAN DOCUMENTS FROM COMMITTEE (1.4). |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| | | | |
|---|---|---|---|
| KUMAR JS | 07/30/10 | 4.50 | CALL WITH COMMITTEE RE PLAN DOCUMENTS AND PREPARATION AND FOLLOW UP RE SAME (2.6).  REVISING CONFIRMATION BRIEF (1.9). |
| KUMAR JS | 07/31/10 | 2.80 | REVISING PLAN DOCUMENTS TO INCORPORATE COMMITTEE CHANGES AND OTHER REVISIONS (2.8). |
| | | **69.70** | |
| SIDHU SS | 07/07/10 | 3.20 | RESEARCH RELATED TO COMMITTEE PLAN. |
| SIDHU SS | 07/08/10 | 3.60 | RESEARCH RELATED TO COMMITTEE PLAN. |
| | | **6.80** | |
| VINE J | 07/15/10 | 0.30 | REVIEW MEDIATION FILINGS (.4). |
| | | **0.30** | |
| **Total Associate** | | **256.80** | |
| FRIEL ML | 07/02/10 | 3.00 | RESEARCH ON/IN PLAN ISSUES. |
| FRIEL ML | 07/06/10 | 2.00 | RESEARCH ON/IN PLAN ISSUES. |
| | | **5.00** | |
| HEANEY CM | 07/01/10 | 4.30 | RESEARCH ON/IN ISSUES CONCERNING PLAN MATTERS (4.3). |
| HEANEY CM | 07/02/10 | 5.20 | RESEARCH ON/IN ISSUES CONCERNING PLAN MATTERS (5.2). |
| HEANEY CM | 07/06/10 | 0.70 | RESEARCH ON/IN ISSUES REGARDING PLAN ISSUES (.7). |
| HEANEY CM | 07/07/10 | 2.10 | RESEARCH ON/IN ISSUES CONCERNING PLAN MATTERS (.4); ORGANIZE AND PREPARE BACKGROUND DOCUMENTS IN CONNECTION WITH PLAN MATTERS (1.7). |
| HEANEY CM | 07/08/10 | 2.80 | UPDATE BACKGROUND DOCUMENTS IN CONNECTION WITH RESEARCH CONCERNING PLAN ISSUES (.9); RESEARCH ISSUES CONCERNING PLAN MATTERS (1.9). |
| HEANEY CM | 07/12/10 | 1.30 | RESEARCH ON/IN BACKGROUND DOCUMENTS IN CONNECTION WITH PLAN ISSUES (1.3). |
| HEANEY CM | 07/13/10 | 0.90 | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH VARIOUS PLAN ISSUES (.6); PREPARE, ORGANIZE AND DISTRIBUTE CORPORATE BYLAWS (.3). |
| HEANEY CM | 07/14/10 | 0.90 | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH PLAN ISSUES (.9). |
| HEANEY CM | 07/23/10 | 1.10 | PREPARE UPDATED PLAN DOCUMENTS FOR DISTRIBUTION ON THIRD PARTIES (1.1). |
| | | **19.30** | |
| LAMANNA WK | 07/08/10 | 2.10 | RESEARCH ISSUES CONCERNING PLAN MATTERS. |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| LAMANNA WK | 07/09/10 | 4.50 | RESEARCH ISSUES CONCERNING PLAN MATTERS. |
|---|---|---|---|
| | | **6.60** | |
| MORTON LS | 07/02/10 | 3.70 | RESEARCH PLAN ISSUES (3.7). |
| MORTON LS | 07/06/10 | 3.50 | RESEARCH PLAN ISSUES (3.5). |
| | | **7.20** | |
| **Total Legal Assistant** | | **38.10** | |
| **TOTAL TIME** | | <u>**352.00**</u> | |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                              Bill Date: 08/09/10
Retention / Fee Matters (SASM&F)                          Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GRANT K | 07/09/10 | 2.70 | REVIEWED AND REVISED JUNE STATEMENT OF FEES AND EXPENSES.  (2.7). |
| GRANT K | 07/13/10 | 0.70 | FINALIZED JUNE STATEMENT OF FEES AND EXPENSES; CORRESPONDENCE REGARDING SAME. (.7). |
| | | 3.40 | |
| KUMAR JS | 07/14/10 | 0.10 | SENDING JUNE FEE APPLICATION TO NOTICE PARTIES (.1). |
| | | 0.10 | |
| Total Associate | | 3.50 | |
| TOTAL TIME | | <u>3.50</u> | |

36

B43E

Circuit City Stores, Inc. (DIP)                                 Bill Date: 08/09/10
Retention / Fee Matters / Objections (Others)                  Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 07/06/10 | 0.30 | ADDRESS EMAILS RE: FEE ISSUES. |
| GALARDI GM | 07/29/10 | 0.20 | BEGIN WORKING ON PROFESSIONAL FEE ISSUES/ORDERS/SETTLEMENTS. |
| | | 0.50 | |
| **Total Partner** | | 0.50 | |
| FREDERICKS IS | 07/29/10 | 1.60 | REVIEW AND REVISE ORDERS RE: FTI AND CROWE AND CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: SAME (1.6). |
| | | 1.60 | |
| KUMAR JS | 07/29/10 | 4.60 | DRAFTING AGREED ORDERS RE PAYMENT OF COMPLETION FEE TO FTI AND PAYMENT OF PRE-RETENTION FEES TO AL SIEGEL (4.6). |
| | | 4.60 | |
| VINE J | 07/29/10 | 0.10 | REVISE FTI FEE MOTION (.1). |
| | | 0.10 | |
| **Total Associate** | | 6.30 | |
| **TOTAL TIME** | | **6.80** | |

B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 08/09/10
Secured Claims                                              Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 07/23/10 | 1.80 | REVIEW NOTICE TO BOND OBLIGORS REGARDING CANCELLATION OF SURETY BONDS (1.8). |
| BAKER SK | 07/30/10 | 2.50 | REVIEW RECENT BOND CLAIMS (2.5). |
| | | 4.30 | |
| Total Associate | | 4.30 | |
| TOTAL TIME | | <u>4.30</u> | |

B43E

GOLDEN-FILED-09/14/10, ENTERED 09/14/10 13:32 FILED-Desc

Circuit City Stores, Inc. (DIP)                                    Bill Date: 08/09/10
Tax Matters                                                        Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| DEROUIN P | 07/02/10 | 4.00 | RESEARCH AND MEMORANDUM FRENCH TAX (4.0). |
| DEROUIN P | 07/05/10 | 1.00 | CALL JACQUOT (1.0). |
| DEROUIN P | 07/06/10 | 4.00 | CALL GIDE (.3); CONFERENCE CALL (1.2); RESEARCHES & E-MAILS (2.5). |
| DEROUIN P | 07/09/10 | 4.00 | MEETING GIDE (1.5); DRAFTING SNC'S DECISIONS (2.5). |
| DEROUIN P | 07/12/10 | 4.00 | DRAFT SNC MINUTES (4.0). |
| DEROUIN P | 07/15/10 | 1.00 | CALLS GIDE, GALARDI JACQUOT (1.0). |
| DEROUIN P | 07/16/10 | 1.00 | MAILS WITH GIDE (1.0). |
| DEROUIN P | 07/21/10 | 0.50 | REVISE MINUTES (.5). |
| | | **19.50** | |
| GALARDI GM | 07/20/10 | 0.10 | REVIEW AND RESPOND TO TAX CLAIM SETTLEMENTS. |
| | | **0.10** | |
| **Total Partner** | | **19.60** | |
| FREDERICKS IS | 07/06/10 | 0.80 | CONFERENCE CALL WITH CANADIAN DEBTORS AND FRENCH TAX COUNSEL RE: FRENCH TAX ISSUE (.8). |
| | | **0.80** | |
| LAZAROFF KA | 07/06/10 | 1.80 | SUMMARIZE ARBORETURM LANDLORD CLAIM ISSUES (.8); REVIEW TRIANGLE CLAIMS ISSUES AND DRAFT SETTLEMENT PROPOSAL (.8); ATTENTION TO STIPULATION WITH TEXAS TAXING AUTHORITIES (.2). |
| | | **1.80** | |
| LIBERI JM | 07/02/10 | 0.40 | WORK ON TAX CLAIM RECONCILIATION MATTERS (0.4). |
| LIBERI JM | 07/12/10 | 0.60 | REVISE DRAFT TAX CLAIM OBJECTION (0.6). |
| | | **1.00** | |
| MARSTON JP | 07/01/10 | 0.70 | DISCUSS IRS APPEAL WITH J. BREWSTER. |
| MARSTON JP | 07/02/10 | 0.50 | WORK ON IRS APPEAL (.5). |
| MARSTON JP | 07/08/10 | 0.70 | WORK ON IRS APPEAL (.7). |
| MARSTON JP | 07/27/10 | 0.40 | DISCUSS IRS APPEAL WITH J. BREWSTER (.4). |
| MARSTON JP | 07/28/10 | 3.40 | WORK ON IRS APPEAL (3.4). |
| MARSTON JP | 07/29/10 | 2.70 | WORK ON IRS APPEAL. |

B43E

8.40

**Total Associate**                        12.00

| GARNIER E | 07/12/10 | 6.00 | ANALYZE BACKGROUND MATERIALS RE LIQUIDATION / COMMINGLING OF ASSETS OF INTERTAN FRANCE SNC WITH 587225 ONTARIO LTD; DRAFTED AND TRANSLATED MINUTES RE LIQUIDATION / COMMINGLING OF ASSETS OF INTERTAN FRANCE SNC. |
| GARNIER E | 07/16/10 | 1.00 | ANALYZED CURRENT BYLAWS OF INTERTAN FRANCE SNC. |
| GARNIER E | 07/19/10 | 2.00 | REVIEW/ REVISE EMAILS FROM GIDE RE COMMINGLING OF ASSETS / EMAIL RE SAME. |
| GARNIER E | 07/20/10 | 1.50 | ASSIST WITH DRAFTING OF MINUTES RE COMMINGLING OF ASSETS. |
| GARNIER E | 07/21/10 | 1.50 | ASSIST WITH DRAFTING OF MINUTES RE COMMINGLING OF ASSETS. |

12.00

**Total Legal Assistant**                  12.00

**TOTAL TIME**                             <u>43.60</u>

B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 08/09/10
Utilities                                                    Bill Number: 1325644

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 07/23/10 | 1.00 | TELEPHONE CALL WITH CITY OF NILES, OHIO REGARDING UTILITIES (.2); RESEARCH UTILITIES AT LOCATION 6385 (.6); TELEPHONE CALL WITH K. BRADSHAW REGARDING UTILITIES (.2). |
| BAKER SK | 07/26/10 | 0.70 | REVIEW CORRESPONDENCE REGARDING RECONCILIATION OF AMERICAN POWER CLAIMS (.1); REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING COLLECTION OF ACCOUNT BALANCES (.6). |
|  |  | 1.70 |  |
| Total Associate |  | 1.70 |  |
| TOTAL TIME |  | <u>1.70</u> |  |

CLIENT TOTAL              <u>879.00</u>

B43E