**EXHIBIT E-1**

**(Detail of Expenses)**

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
General Corporate Advice                                 Bill Number: 1319242
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 05/21/10 | Fredericks IS | 54.00 |
| | | **TOTAL LEXIS/NEXIS** | **$54.00** |
| Vendor Hosted Teleconferencing | 05/05/10 | Teleconferencing Services, LLC | 48.05 |
| Vendor Hosted Teleconferencing | 05/05/10 | Teleconferencing Services, LLC | 10.13 |
| Vendor Hosted Teleconferencing | 05/06/10 | Teleconferencing Services, LLC | 9.88 |
| Vendor Hosted Teleconferencing | 05/17/10 | Teleconferencing Services, LLC | 39.42 |
| Vendor Hosted Teleconferencing | 05/27/10 | Teleconferencing Services, LLC | 42.52 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$150.00** |
| | | **TOTAL MATTER** | **$204.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 06/10/10 |
|---|---|---|---|
| Case Administration | | | Bill Number: 1319242 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 05/10/10 | Fredericks IS | 974.34 |
| Air/Rail Travel - vendor feed | 05/10/10 | Galardi GM | 1,544.31 |
| Air/Rail Travel - vendor feed | 05/19/10 | Galardi GM | -1,499.31 |
| Air/Rail Travel - vendor feed | 05/19/10 | Fredericks IS | 974.34 |
| Air/Rail Travel - vendor feed | 05/19/10 | Galardi GM | -44.99 |
| Air/Rail Travel - vendor feed | 05/19/10 | Galardi GM | 1,544.31 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$3,493.00** |
| In-house Reproduction | 05/18/10 | Copy Center, D | 147.88 |
| In-house Reproduction | 05/21/10 | Copy Center, D | 274.12 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$422.00** |
| Postage | 05/18/10 | Office Admin, D | 48.43 |
| Postage | 05/19/10 | Sasm&F Delaware | 215.57 |
| | | **TOTAL POSTAGE** | **$264.00** |
| Vendor Hosted Teleconferencing | 05/03/10 | Teleconferencing Services, LLC | 5.19 |
| Vendor Hosted Teleconferencing | 05/06/10 | Courtcall, LLC | 79.97 |
| Vendor Hosted Teleconferencing | 05/06/10 | Courtcall, LLC | 79.98 |
| Vendor Hosted Teleconferencing | 05/07/10 | Teleconferencing Services, LLC | 8.65 |
| Vendor Hosted Teleconferencing | 05/11/10 | Teleconferencing Services, LLC | 6.69 |
| Vendor Hosted Teleconferencing | 05/11/10 | Teleconferencing Services, LLC | 1.49 |
| Vendor Hosted Teleconferencing | 05/12/10 | Teleconferencing Services, LLC | 6.81 |
| Vendor Hosted Teleconferencing | 05/13/10 | Teleconferencing Services, LLC | 1.67 |
| Vendor Hosted Teleconferencing | 05/14/10 | Teleconferencing Services, LLC | 9.22 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 05/24/10 | Teleconferencing Services, LLC | 8.52 |
| Vendor Hosted Teleconferencing | 05/27/10 | Teleconferencing Services, LLC | 0.81 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$209.00** |
| Out-of-Town Travel | 04/05/10 | Fredericks IS | 63.07 |
| Out-of-Town Travel | 04/05/10 | Fredericks IS | 236.16 |
| Out-of-Town Travel | 04/14/10 | Fredericks IS | 36.00 |
| Out-of-Town Travel | 04/15/10 | Fredericks IS | 16.99 |
| Out-of-Town Travel | 04/15/10 | Fredericks IS | 33.00 |
| Out-of-Town Travel | 04/15/10 | Fredericks IS | 191.99 |
| Out-of-Town Travel | 04/16/10 | Fredericks IS | 80.00 |
| Out-of-Town Travel | 04/16/10 | Fredericks IS | 33.00 |
| Out-of-Town Travel | 04/16/10 | Fredericks IS | 80.00 |
| Out-of-Town Travel | 04/21/10 | Fredericks IS | 35.00 |
| Out-of-Town Travel | 04/21/10 | Fredericks IS | 238.09 |
| Out-of-Town Travel | 04/21/10 | Fredericks IS | 33.00 |
| Out-of-Town Travel | 04/22/10 | Fredericks IS | 30.00 |
| Out-of-Town Travel | 04/28/10 | Fredericks IS | 274.30 |
| Out-of-Town Travel | 04/29/10 | Fredericks IS | 37.00 |
| Out-of-Town Travel | 04/29/10 | Boston Coach Corp. | 111.40 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,529.00** |
| Messengers/ Courier | 05/14/10 | Federal Express Corp. | 17.51 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.81 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |

B43E

Exhibit E (Part 1)    Page 5 of 16

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 8.28 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 6.50 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 10.42 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 22.85 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 22.85 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| Messengers/ Courier | 05/18/10 | Federal Express Corp. | 11.86 |
| | | **TOTAL MESSENGERS/ COURIER** | **$399.00** |
| Out-of-Town Meals | 04/05/10 | Fredericks IS | 8.99 |
| Out-of-Town Meals | 04/05/10 | Fredericks IS | 64.49 |
| Out-of-Town Meals | 04/06/10 | Fredericks IS | 22.99 |
| Out-of-Town Meals | 04/16/10 | Fredericks IS | 6.35 |
| Out-of-Town Meals | 04/22/10 | Fredericks IS | 18.99 |
| Out-of-Town Meals | 04/28/10 | Fredericks IS | 39.45 |
| Out-of-Town Meals | 04/29/10 | Fredericks IS | 30.60 |
| Out-of-Town Meals | 04/29/10 | Fredericks IS | 11.55 |
| Out-of-Town Meals | 04/30/10 | Fredericks IS | 16.59 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$220.00** |
| Outside Re-search/Internet Services | 04/07/10 | Pacer Service Center | 307.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL OUTSIDE RESEARCH/INTERNET SERVICES | $307.00 |
| | | TOTAL MATTER | $6,843.00 |

B43E

Circuit City Stores, Inc. (DIP)  
Claims Admin. (General)

Bill Date: 06/10/10  
Bill Number: 1319242

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 05/10/10 | Office Admin, D | 3.11 |
| Postage | 05/10/10 | Office Admin, D | 0.44 |
| Postage | 05/10/10 | Office Admin, D | 0.45 |
| | | **TOTAL POSTAGE** | **$4.00** |
| Lexis/Nexis | 05/05/10 | Kumar JS | 30.45 |
| Lexis/Nexis | 05/12/10 | Vine J | 18.80 |
| Lexis/Nexis | 05/13/10 | Kumar JS | 97.75 |
| | | **TOTAL LEXIS/NEXIS** | **$147.00** |
| Vendor Hosted Teleconferencing | 05/04/10 | Teleconferencing Services, LLC | 10.48 |
| Vendor Hosted Teleconferencing | 05/06/10 | Teleconferencing Services, LLC | 7.13 |
| Vendor Hosted Teleconferencing | 05/27/10 | Teleconferencing Services, LLC | 9.39 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$27.00** |
| Out-of-Town Travel | 04/19/10 | Buker Limousine | 106.94 |
| Out-of-Town Travel | 04/28/10 | Galardi GM | 32.99 |
| Out-of-Town Travel | 04/29/10 | Galardi GM | 258.76 |
| Out-of-Town Travel | 04/29/10 | Galardi GM | 35.00 |
| Out-of-Town Travel | 05/07/10 | Galardi GM | 27.00 |
| Out-of-Town Travel | 05/10/10 | Galardi GM | 38.00 |
| Out-of-Town Travel | 05/12/10 | Galardi GM | 472.31 |
| Out-of-Town Travel | 05/12/10 | Galardi GM | 35.00 |
| Out-of-Town Travel | 05/12/10 | Galardi GM | 40.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,046.00** |
| Messengers/ Courier | 05/03/10 | Federal Express Corp. | 11.83 |
| Messengers/ Courier | 05/05/10 | Federal Express Corp. | 12.92 |
| Messengers/ Courier | 05/10/10 | Federal Express Corp. | 7.11 |
| Messengers/ Courier | 05/27/10 | Federal Express Corp. | 13.14 |
| | | **TOTAL MESSENGERS/ COURIER** | **$45.00** |
| OCR Processing | 04/27/10 | Romero E | 0.45 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| OCR Processing | 04/27/10 | Poon MY | 6.69 |
| OCR Processing | 04/28/10 | Teschky RJ | 0.35 |
| OCR Processing | 04/28/10 | Teschky RJ | 1.86 |
| OCR Processing | 04/29/10 | Poon MY | 3.57 |
| OCR Processing | 05/03/10 | Teschky RJ | 5.88 |
| OCR Processing | 05/03/10 | Teschky RJ | 4.22 |
| OCR Processing | 05/03/10 | Teschky RJ | 3.97 |
| OCR Processing | 05/05/10 | Teschky RJ | 4.42 |
| OCR Processing | 05/06/10 | Teschky RJ | 4.27 |
| OCR Processing | 05/10/10 | Teschky RJ | 5.73 |
| OCR Processing | 05/11/10 | Teschky RJ | 0.78 |
| OCR Processing | 05/12/10 | Teschky RJ | 1.01 |
| OCR Processing | 05/13/10 | Teschky RJ | 0.60 |
| OCR Processing | 05/14/10 | Teschky RJ | 4.17 |
| OCR Processing | 05/18/10 | Teschky RJ | 7.54 |
| OCR Processing | 05/20/10 | Teschky RJ | 10.61 |
| OCR Processing | 05/25/10 | Teschky RJ | 1.56 |
| OCR Processing | 05/25/10 | Teschky RJ | 0.05 |
| OCR Processing | 05/26/10 | Teschky RJ | 3.27 |
| | | **TOTAL OCR PROCESSING** | **$71.00** |
| CD Creation | 04/27/10 | Angelica CL | 57.00 |
| CD Creation | 04/28/10 | Teschky RJ | 57.00 |
| CD Creation | 04/28/10 | Teschky RJ | 57.00 |
| CD Creation | 04/28/10 | Teschky RJ | 38.00 |
| CD Creation | 04/29/10 | Angelica CL | 57.00 |
| CD Creation | 04/30/10 | Teschky RJ | 57.00 |
| CD Creation | 04/30/10 | Teschky RJ | 57.00 |
| CD Creation | 05/03/10 | Teschky RJ | 57.00 |
| CD Creation | 05/03/10 | Teschky RJ | 57.00 |
| CD Creation | 05/05/10 | Teschky RJ | 57.00 |
| CD Creation | 05/05/10 | Teschky RJ | 57.00 |
| CD Creation | 05/06/10 | Teschky RJ | 57.00 |
| CD Creation | 05/06/10 | Teschky RJ | 57.00 |
| CD Creation | 05/06/10 | Teschky RJ | 57.00 |
| CD Creation | 05/10/10 | Teschky RJ | 57.00 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CD Creation | 05/10/10 | Teschky RJ | 57.00 |
| CD Creation | 05/11/10 | Teschky RJ | 57.00 |
| CD Creation | 05/12/10 | Teschky RJ | 57.00 |
| CD Creation | 05/13/10 | Teschky RJ | 57.00 |
| CD Creation | 05/14/10 | Teschky RJ | 57.00 |
| CD Creation | 05/14/10 | Teschky RJ | 57.00 |
| CD Creation | 05/14/10 | Teschky RJ | 38.00 |
| CD Creation | 05/18/10 | Teschky RJ | 57.00 |
| CD Creation | 05/18/10 | Teschky RJ | 57.00 |
| CD Creation | 05/18/10 | Teschky RJ | 57.00 |
| CD Creation | 05/20/10 | Teschky RJ | 57.00 |
| CD Creation | 05/24/10 | Teschky RJ | 38.00 |
| CD Creation | 05/25/10 | Teschky RJ | 38.00 |
| CD Creation | 05/26/10 | Teschky RJ | 57.00 |
| CD Creation | 05/27/10 | Teschky RJ | 38.00 |
|  |  | **TOTAL CD CREATION** | **$1,615.00** |
| Electronic Database Export (TIF Process) | 04/26/10 | Teschky RJ | 0.45 |
| Electronic Database Export (TIF Process) | 04/27/10 | Poon MY | 6.62 |
| Electronic Database Export (TIF Process) | 04/28/10 | Teschky RJ | 1.84 |
| Electronic Database Export (TIF Process) | 04/29/10 | Wu D | 3.53 |
| Electronic Database Export (TIF Process) | 04/30/10 | Teschky RJ | 4.18 |
| Electronic Database Export (TIF Process) | 05/03/10 | Teschky RJ | 3.93 |
| Electronic Database Export (TIF Process) | 05/04/10 | Teschky RJ | 4.38 |
| Electronic Database Export (TIF Process) | 05/05/10 | Teschky RJ | 4.23 |
| Electronic Database Export (TIF Process) | 05/07/10 | Teschky RJ | 5.67 |
| Electronic Database Export (TIF Process) | 05/10/10 | Teschky RJ | 0.75 |
| Electronic Database Export (TIF Process) | 05/12/10 | Teschky RJ | 1.00 |
| Electronic Database Export (TIF Process) | 05/13/10 | Teschky RJ | 0.60 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Electronic Database Export (TIF Process) | 05/13/10 | Teschky RJ | 1.79 |
| Electronic Database Export (TIF Process) | 05/13/10 | Teschky RJ | 2.34 |
| Electronic Database Export (TIF Process) | 05/18/10 | Teschky RJ | 7.46 |
| Electronic Database Export (TIF Process) | 05/20/10 | Teschky RJ | 10.50 |
| Electronic Database Export (TIF Process) | 05/24/10 | Teschky RJ | 1.09 |
| Electronic Database Export (TIF Process) | 05/25/10 | Teschky RJ | 0.05 |
| Electronic Database Export (TIF Process) | 05/26/10 | Teschky RJ | 2.59 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$63.00** |
| File Conversion (Multi-page to Single-page) | 04/28/10 | Teschky RJ | 0.14 |
| File Conversion (Multi-page to Single-page) | 04/30/10 | Teschky RJ | 2.40 |
| File Conversion (Multi-page to Single-page) | 05/24/10 | Teschky RJ | 0.18 |
| File Conversion (Multi-page to Single-page) | 05/26/10 | Teschky RJ | 0.28 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$3.00** |
| Production Export (with Bates and Legends) | 04/27/10 | Van Winkle, III WB | 0.72 |
| Production Export (with Bates and Legends) | 04/28/10 | Teschky RJ | 0.40 |
| Production Export (with Bates and Legends) | 04/28/10 | Teschky RJ | 10.24 |
| Production Export (with Bates and Legends) | 04/28/10 | Teschky RJ | 0.56 |
| Production Export (with Bates and Legends) | 04/29/10 | Romero E | 2.96 |
| Production Export (with Bates and Legends) | 04/29/10 | Poon MY | 5.12 |
| Production Export (with Bates and Legends) | 04/29/10 | Poon MY | 0.56 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 05/03/10 | Teschky RJ | 16.09 |
| Production Export (with Bates and Legends) | 05/03/10 | Teschky RJ | 6.32 |
| Production Export (with Bates and Legends) | 05/05/10 | Teschky RJ | 0.72 |
| Production Export (with Bates and Legends) | 05/05/10 | Teschky RJ | 6.32 |
| Production Export (with Bates and Legends) | 05/06/10 | Teschky RJ | 3.28 |
| Production Export (with Bates and Legends) | 05/06/10 | Teschky RJ | 1.36 |
| Production Export (with Bates and Legends) | 05/06/10 | Teschky RJ | 2.16 |
| Production Export (with Bates and Legends) | 05/10/10 | Teschky RJ | 6.24 |
| Production Export (with Bates and Legends) | 05/10/10 | Teschky RJ | 2.88 |
| Production Export (with Bates and Legends) | 05/11/10 | Teschky RJ | 1.20 |
| Production Export (with Bates and Legends) | 05/12/10 | Teschky RJ | 1.60 |
| Production Export (with Bates and Legends) | 05/13/10 | Teschky RJ | 0.96 |
| Production Export (with Bates and Legends) | 05/14/10 | Teschky RJ | 3.36 |
| Production Export (with Bates and Legends) | 05/14/10 | Teschky RJ | 0.40 |
| Production Export (with Bates and Legends) | 05/14/10 | Teschky RJ | 2.88 |
| Production Export (with Bates and Legends) | 05/18/10 | Teschky RJ | 8.64 |
| Production Export (with Bates and Legends) | 05/18/10 | Teschky RJ | 2.64 |
| Production Export (with Bates and Legends) | 05/18/10 | Teschky RJ | 0.74 |
| Production Export (with Bates and Legends) | 05/20/10 | Teschky RJ | 16.89 |
| Production Export (with Bates and Legends) | 05/24/10 | Teschky RJ | 2.48 |
| Production Export (with Bates and Legends) | 05/25/10 | Teschky RJ | 0.08 |
| Production Export (with Bates and Legends) | 05/26/10 | Teschky RJ | 5.20 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$113.00** |
| Loading Images/Data | 04/27/10 | Winogrodzki J | 0.09 |
| Loading Images/Data | 04/27/10 | Delacruz SP | 1.32 |
| Loading Images/Data | 04/28/10 | Guo D | 0.07 |
| Loading Images/Data | 04/28/10 | Guo D | 0.37 |
| Loading Images/Data | 04/29/10 | Winogrodzki J | 0.70 |
| Loading Images/Data | 05/03/10 | Ansari M | 1.16 |
| Loading Images/Data | 05/03/10 | Winogrodzki J | 0.83 |
| Loading Images/Data | 05/03/10 | Guo D | 0.78 |
| Loading Images/Data | 05/05/10 | Guo D | 0.87 |
| Loading Images/Data | 05/06/10 | Rodriguez AF | 0.84 |
| Loading Images/Data | 05/10/10 | Guo D | 1.13 |
| Loading Images/Data | 05/10/10 | Rodriguez AF | 0.15 |
| Loading Images/Data | 05/12/10 | Winogrodzki J | 0.20 |
| Loading Images/Data | 05/13/10 | Delacruz SP | 0.12 |
| Loading Images/Data | 05/14/10 | Delacruz SP | 0.36 |
| Loading Images/Data | 05/14/10 | Delacruz SP | 0.46 |
| Loading Images/Data | 05/18/10 | Delacruz SP | 1.49 |
| Loading Images/Data | 05/20/10 | Winogrodzki J | 2.09 |
| Loading Images/Data | 05/24/10 | Winogrodzki J | 0.09 |
| Loading Images/Data | 05/24/10 | Delacruz SP | 0.22 |
| Loading Images/Data | 05/25/10 | Winogrodzki J | 0.01 |
| Loading Images/Data | 05/26/10 | Delacruz SP | 0.52 |
| Loading Images/Data | 05/26/10 | Delacruz SP | 0.13 |
| | | **TOTAL LOADING IMAGES/DATA** | **$14.00** |
| | | **TOTAL MATTER** | **$3,148.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 06/10/10
Insurance                                                 Bill Number: 1319242
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 05/22/10 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| Messengers/ Courier | 05/18/10 | Zap Courier Service | 118.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$118.00** |
| | | **TOTAL MATTER** | **$119.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 06/10/10
Litigation (General)                                     Bill Number: 1319242
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 05/14/10 | Copy Center, D | 1.80 |
| In-house Reproduction | 05/18/10 | Copy Center, D | 97.82 |
| In-house Reproduction | 05/21/10 | Copy Center, D | 21.18 |
| In-house Reproduction | 05/25/10 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$121.00** |
| Lexis/Nexis | 05/04/10 | Sidhu SS | 129.32 |
| Lexis/Nexis | 05/12/10 | Sidhu SS | 331.77 |
| Lexis/Nexis | 05/13/10 | Sidhu SS | 54.36 |
| Lexis/Nexis | 05/16/10 | Liberi JM | 66.36 |
| Lexis/Nexis | 05/16/10 | Sidhu SS | 573.61 |
| Lexis/Nexis | 05/17/10 | Sidhu SS | 26.25 |
| Lexis/Nexis | 05/18/10 | Sidhu SS | 110.59 |
| Lexis/Nexis | 05/30/10 | Sidhu SS | 18.74 |
| | | **TOTAL LEXIS/NEXIS** | **$1,311.00** |
| Messengers/ Courier | 05/01/10 | Tristate Courier | 6.47 |
| Messengers/ Courier | 05/11/10 | Federal Express Corp. | 6.48 |
| Messengers/ Courier | 05/14/10 | Federal Express Corp. | 22.70 |
| Messengers/ Courier | 05/14/10 | Federal Express Corp. | 22.70 |
| Messengers/ Courier | 05/19/10 | Federal Express Corp. | 6.48 |
| Messengers/ Courier | 05/26/10 | Federal Express Corp. | 23.17 |
| | | **TOTAL MESSENGERS/ COURIER** | **$88.00** |
| CD Creation | 05/13/10 | Musselman PR | 57.00 |
| CD Creation | 05/14/10 | Musselman PR | 57.00 |
| CD Creation | 05/14/10 | Musselman PR | 57.00 |
| CD Creation | 05/19/10 | Musselman PR | 57.00 |
| | | **TOTAL CD CREATION** | **$228.00** |
| File Conversion (Multi-page to Single-page) | 05/13/10 | Musselman PR | 13.66 |
| File Conversion (Multi-page to Single-page) | 05/14/10 | Musselman PR | 2.21 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| File Conversion (Multi-page to Single-page) | 05/14/10 | Musselman PR | 5.92 |
| File Conversion (Multi-page to Single-page) | 05/19/10 | Musselman PR | 15.21 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$37.00** |
| Production Export (with Bates and Legends) | 05/13/10 | Musselman PR | 55.08 |
| Production Export (with Bates and Legends) | 05/14/10 | Musselman PR | 8.89 |
| Production Export (with Bates and Legends) | 05/14/10 | Musselman PR | 68.70 |
| Production Export (with Bates and Legends) | 05/19/10 | Musselman PR | 61.33 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$194.00** |
| Loading Images/Data | 05/13/10 | Musselman PR | 7.02 |
| Loading Images/Data | 05/14/10 | Musselman PR | 1.13 |
| Loading Images/Data | 05/14/10 | Musselman PR | 3.04 |
| Loading Images/Data | 05/19/10 | Musselman PR | 7.81 |
| | | **TOTAL LOADING IMAGES/DATA** | **$19.00** |
| | | **TOTAL MATTER** | **$1,998.00** |

B43E

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 06/10/10 |
| Tax Matters | | | Bill Number: 1319242 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 05/21/10 | Office Admin, D | 100.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$100.00** |
| Outside Research/Internet Services | 04/01/10 | Reed Elsevier Inc. | 10.00 |
| Outside Research/Internet Services | 05/17/10 | Skardel, Inc. | 34.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$44.00** |
| | | **TOTAL MATTER** | **$144.00** |
| | | **TOTAL CLIENT** | **$12,456.00** |

B43E