**EXHIBIT E-2**

**(Detail of Expenses)**

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 07/13/10  
Bill Number: 1322134

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
| --- | --- | --- | --- |
| Lexis/Nexis | 06/01/10 | Fredericks IS | 123.00 |
| | | **TOTAL LEXIS/NEXIS** | **$123.00** |
| Westlaw | 05/15/10 | Kumar JS | 29.62 |
| Westlaw | 06/22/10 | Kumar JS | 466.05 |
| Westlaw | 06/23/10 | Kumar JS | 632.33 |
| | | **TOTAL WESTLAW** | **$1,128.00** |
| Vendor Hosted Teleconferencing | 05/28/10 | Teleconferencing Services, LLC | 45.05 |
| Vendor Hosted Teleconferencing | 06/01/10 | Teleconferencing Services, LLC | 20.29 |
| Vendor Hosted Teleconferencing | 06/03/10 | Teleconferencing Services, LLC | 7.90 |
| Vendor Hosted Teleconferencing | 06/07/10 | Teleconferencing Services, LLC | 7.26 |
| Vendor Hosted Teleconferencing | 06/07/10 | Teleconferencing Services, LLC | 11.24 |
| Vendor Hosted Teleconferencing | 06/18/10 | Teleconferencing Services, LLC | 11.93 |
| Vendor Hosted Teleconferencing | 06/22/10 | Teleconferencing Services, LLC | 28.00 |
| Vendor Hosted Teleconferencing | 06/23/10 | Teleconferencing Services, LLC | 2.06 |
| Vendor Hosted Teleconferencing | 06/23/10 | Teleconferencing Services, LLC | 25.27 |
| Vendor Hosted Teleconferencing | 06/23/10 | Teleconferencing Services, LLC | 14.58 |
| Vendor Hosted Teleconferencing | 06/25/10 | Teleconferencing Services, LLC | 14.33 |
| Vendor Hosted Teleconferencing | 06/25/10 | Teleconferencing Services, LLC | 6.23 |
| Vendor Hosted Teleconferencing | 06/27/10 | Teleconferencing Services, LLC | 17.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$212.00** |
| | | **TOTAL MATTER** | **$1,463.00** |

B43E

Circuit City Stores, Inc. (DIP)                                         Bill Date: 07/13/10
Asset Dispositions (Real Property)                                      Bill Number: 1322134

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/19/10 | Lazaroff KA | 60.00 |
| | | TOTAL WESTLAW | $60.00 |
| | | TOTAL MATTER | $60.00 |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 07/13/10
Case Administration                                      Bill Number: 1322134
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 06/07/10 | Galardi GM | 1,139.43 |
| Air/Rail Travel - vendor feed | 06/07/10 | Galardi GM | -1,094.43 |
| Air/Rail Travel - vendor feed | 06/07/10 | Galardi GM | 389.71 |
| Air/Rail Travel - vendor feed | 06/07/10 | Fredericks IS | 974.43 |
| Air/Rail Travel - vendor feed | 06/07/10 | Galardi GM | -45.00 |
| Air/Rail Travel - vendor feed | 06/09/10 | Galardi GM | 839.42 |
| Air/Rail Travel - vendor feed | 06/09/10 | Galardi GM | -839.42 |
| Air/Rail Travel - vendor feed | 06/23/10 | Galardi GM | 1,529.44 |
| Air/Rail Travel - vendor feed | 06/23/10 | Galardi GM | 45.00 |
| Air/Rail Travel - vendor feed | 06/23/10 | Fredericks IS | 1,004.42 |
| Air/Rail Travel - vendor feed | 06/24/10 | Fredericks IS | 195.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$4,138.00** |
| In-house Reproduction | 06/04/10 | Copy Center, D | 37.94 |
| In-house Reproduction | 06/08/10 | Copy Center, D | 63.06 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$101.00** |
| Lexis/Nexis | 06/08/10 | Heaney CM | 159.36 |
| Lexis/Nexis | 06/09/10 | Heaney CM | 82.33 |
| Lexis/Nexis | 06/11/10 | Heaney CM | 1,276.31 |
| | | **TOTAL LEXIS/NEXIS** | **$1,518.00** |
| Westlaw | 06/08/10 | Heaney CM | 110.50 |
| Westlaw | 06/11/10 | Heaney CM | 36.50 |
| | | **TOTAL WESTLAW** | **$147.00** |
| Telephone - Local | 06/10/10 | Vendor Refunds | -64.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL TELEPHONE - LOCAL** | **$-64.00** |
| Reproduction - color | 06/03/10 | Copy Center, D | 750.00 |
| | | **TOTAL REPRODUCTION - COLOR** | **$750.00** |
| Vendor Hosted Teleconferencing | 06/02/10 | Teleconferencing Services, LLC | 3.45 |
| Vendor Hosted Teleconferencing | 06/10/10 | Teleconferencing Services, LLC | 4.94 |
| Vendor Hosted Teleconferencing | 06/14/10 | Teleconferencing Services, LLC | 2.88 |
| Vendor Hosted Teleconferencing | 06/15/10 | Teleconferencing Services, LLC | 10.11 |
| Vendor Hosted Teleconferencing | 06/16/10 | Teleconferencing Services, LLC | 10.34 |
| Vendor Hosted Teleconferencing | 06/28/10 | Teleconferencing Services, LLC | 9.97 |
| Vendor Hosted Teleconferencing | 06/28/10 | Teleconferencing Services, LLC | 4.31 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$46.00** |
| Telephone - Long Distance | 05/18/10 | Fredericks IS | 35.00 |
| | | **TOTAL TELEPHONE - LONG DISTANCE** | **$35.00** |
| Air/Rail Travel (external) | 05/12/10 | Fredericks IS | 149.96 |
| Air/Rail Travel (external) | 06/21/10 | Galardi GM | 1,529.04 |
| | | **TOTAL AIR/RAIL TRAVEL (EXTERNAL)** | **$1,679.00** |
| Out-of-Town Travel | 05/10/10 | Fredericks IS | 472.47 |
| Out-of-Town Travel | 05/10/10 | Galardi GM | 40.01 |
| Out-of-Town Travel | 05/12/10 | Fredericks IS | 56.94 |
| Out-of-Town Travel | 05/19/10 | Fredericks IS | 258.84 |
| Out-of-Town Travel | 05/19/10 | Boston Coach Corp. | 99.03 |
| Out-of-Town Travel | 05/19/10 | Boston Coach Corp. | 146.04 |
| Out-of-Town Travel | 05/20/10 | Boston Coach Corp. | 108.43 |
| Out-of-Town Travel | 06/08/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 06/08/10 | Galardi GM | 236.23 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 06/09/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 06/23/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 06/24/10 | Galardi GM | 233.97 |
| Out-of-Town Travel | 06/24/10 | Galardi GM | 35.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,792.00** |
| Messengers/ Courier | 06/04/10 | Federal Express Corp. | 10.37 |
| Messengers/ Courier | 06/17/10 | Federal Express Corp. | 11.63 |
| | | **TOTAL MESSENGERS/ COURIER** | **$22.00** |
| Out-of-Town Meals | 05/10/10 | Fredericks IS | 9.98 |
| Out-of-Town Meals | 05/12/10 | Fredericks IS | 37.95 |
| Out-of-Town Meals | 05/19/10 | Fredericks IS | 40.02 |
| Out-of-Town Meals | 05/19/10 | Fredericks IS | 8.93 |
| Out-of-Town Meals | 06/07/10 | Galardi GM | 24.05 |
| Out-of-Town Meals | 06/08/10 | Galardi GM | 54.07 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$175.00** |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.47 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.95 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 1.18 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.55 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.71 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.47 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.71 |
| Print Images to Paper (from Electronic Media) | 06/07/10 | Simpson C | 0.24 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA) | $6.00 |
| | | TOTAL MATTER | $10,345.00 |

B43E

| | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES | |
|---|---|---|---|

Circuit City Stores, Inc. (DIP)  
Claims Admin. (General)

Bill Date: 07/13/10  
Bill Number: 1322134

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 06/19/10 | Network, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$1.00** |
| In-house Reproduction | 06/02/10 | Copy Center, D | 0.69 |
| In-house Reproduction | 06/06/10 | Copy Center, D | 1.40 |
| In-house Reproduction | 06/08/10 | Copy Center, D | 64.81 |
| In-house Reproduction | 06/23/10 | Copy Center, D | 0.10 |
| In-house Reproduction | 06/30/10 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$68.00** |
| Lexis/Nexis | 06/10/10 | Sidhu SS | 79.43 |
| Lexis/Nexis | 06/18/10 | Sidhu SS | 450.57 |
| | | **TOTAL LEXIS/NEXIS** | **$530.00** |
| Westlaw | 05/02/10 | Baker SK | 170.75 |
| Westlaw | 05/03/10 | Kumar JS | 241.09 |
| Westlaw | 05/03/10 | Baker SK | 60.67 |
| Westlaw | 05/04/10 | Korkis C | 28.17 |
| Westlaw | 05/04/10 | Baker SK | 27.98 |
| Westlaw | 05/05/10 | Kumar JS | 34.64 |
| Westlaw | 05/06/10 | Lazaroff KA | 108.20 |
| Westlaw | 05/14/10 | Kumar JS | 512.75 |
| Westlaw | 06/03/10 | Kumar JS | 86.18 |
| Westlaw | 06/04/10 | Huffman AC | 413.15 |
| Westlaw | 06/07/10 | Lazaroff KA | 102.68 |
| Westlaw | 06/08/10 | Lazaroff KA | 90.68 |
| Westlaw | 06/10/10 | Kumar JS | 302.92 |
| Westlaw | 06/11/10 | Kumar JS | 84.56 |
| Westlaw | 06/18/10 | Kumar JS | 24.20 |
| Westlaw | 06/21/10 | Kumar JS | 42.43 |
| Westlaw | 06/21/10 | Baker SK | 35.30 |
| Westlaw | 06/24/10 | Kumar JS | 60.65 |
| | | **TOTAL WESTLAW** | **$2,427.00** |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 06/10/10 | Teleconferencing Services, LLC | 15.01 |
| Vendor Hosted Teleconferencing | 06/16/10 | Teleconferencing Services, LLC | 5.99 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$21.00** |
| Messengers/ Courier | 06/29/10 | Federal Express Corp. | 15.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$15.00** |
| OCR Processing | 06/02/10 | Teschky RJ | 6.27 |
| OCR Processing | 06/04/10 | Teschky RJ | 0.95 |
| OCR Processing | 06/07/10 | Teschky RJ | 5.42 |
| OCR Processing | 06/17/10 | Teschky RJ | 38.20 |
| OCR Processing | 06/17/10 | Teschky RJ | 0.90 |
| OCR Processing | 06/21/10 | Teschky RJ | 2.29 |
| OCR Processing | 06/21/10 | Teschky RJ | 19.15 |
| OCR Processing | 06/24/10 | Teschky RJ | 3.18 |
| OCR Processing | 06/24/10 | Burch BA | 1.64 |
| | | **TOTAL OCR PROCESSING** | **$78.00** |
| CD Creation | 06/02/10 | Teschky RJ | 57.00 |
| CD Creation | 06/02/10 | Teschky RJ | 57.00 |
| CD Creation | 06/04/10 | Teschky RJ | 38.00 |
| CD Creation | 06/07/10 | Teschky RJ | 38.00 |
| CD Creation | 06/17/10 | Teschky RJ | 57.00 |
| CD Creation | 06/17/10 | Teschky RJ | 38.00 |
| CD Creation | 06/18/10 | Teschky RJ | 19.00 |
| CD Creation | 06/21/10 | Teschky RJ | 57.00 |
| CD Creation | 06/21/10 | Teschky RJ | 57.00 |
| CD Creation | 06/24/10 | Teschky RJ | 57.00 |
| CD Creation | 06/25/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$532.00** |
| Electronic Database Export (TIF Process) | 06/02/10 | Teschky RJ | 6.27 |
| Electronic Database Export (TIF Process) | 06/17/10 | Teschky RJ | 38.23 |
| Electronic Database Export (TIF Process) | 06/21/10 | Teschky RJ | 19.16 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Electronic Database Export (TIF Process) | 06/24/10 | Teschky RJ | 2.24 |
| Electronic Database Export (TIF Process) | 06/24/10 | Teschky RJ | 1.10 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$67.00** |
| File Conversion (Multi-page to Single-page) | 06/04/10 | Teschky RJ | 0.34 |
| File Conversion (Multi-page to Single-page) | 06/04/10 | Teschky RJ | 1.96 |
| File Conversion (Multi-page to Single-page) | 06/17/10 | Teschky RJ | 0.32 |
| File Conversion (Multi-page to Single-page) | 06/21/10 | Teschky RJ | 0.83 |
| File Conversion (Multi-page to Single-page) | 06/24/10 | Teschky RJ | 0.35 |
| File Conversion (Multi-page to Single-page) | 06/24/10 | Teschky RJ | 0.20 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$4.00** |
| Production Export (with Bates and Legends) | 06/02/10 | Teschky RJ | 3.67 |
| Production Export (with Bates and Legends) | 06/02/10 | Teschky RJ | 6.38 |
| Production Export (with Bates and Legends) | 06/04/10 | Teschky RJ | 1.51 |
| Production Export (with Bates and Legends) | 06/07/10 | Teschky RJ | 8.69 |
| Production Export (with Bates and Legends) | 06/17/10 | Teschky RJ | 2.07 |
| Production Export (with Bates and Legends) | 06/17/10 | Teschky RJ | 60.59 |
| Production Export (with Bates and Legends) | 06/21/10 | Teschky RJ | 25.19 |
| Production Export (with Bates and Legends) | 06/21/10 | Teschky RJ | 9.17 |
| Production Export (with Bates and Legends) | 06/24/10 | Teschky RJ | 5.10 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Production Export (with Bates and Legends) | 06/24/10 | Burch BA | 2.63 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$125.00** |
| Loading Images/Data | 06/02/10 | Winogrodzki J | 1.29 |
| Loading Images/Data | 06/04/10 | Rodriguez AF | 0.19 |
| Loading Images/Data | 06/06/10 | Delacruz SP | 1.11 |
| Loading Images/Data | 06/17/10 | Winogrodzki J | 7.84 |
| Loading Images/Data | 06/17/10 | Winogrodzki J | 0.18 |
| Loading Images/Data | 06/21/10 | Teschky RJ | 0.47 |
| Loading Images/Data | 06/21/10 | Winogrodzki J | 3.93 |
| Loading Images/Data | 06/24/10 | Winogrodzki J | 0.46 |
| Loading Images/Data | 06/24/10 | Delacruz SP | 0.20 |
| Loading Images/Data | 06/24/10 | Delacruz SP | 0.22 |
| Loading Images/Data | 06/24/10 | Teschky RJ | 0.11 |
| | | **TOTAL LOADING IMAGES/DATA** | **$16.00** |
| | | **TOTAL MATTER** | **$3,884.00** |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 07/13/10
Claims Admin. (Reclamation/Trust Funds)                  Bill Number: 1322134
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Lexis/Nexis | 06/17/10 | Vine J | 1,061.92 |
| Lexis/Nexis | 06/18/10 | Vine J | 828.89 |
| Lexis/Nexis | 06/21/10 | Vine J | 1,010.19 |
| | | **TOTAL LEXIS/NEXIS** | **$2,901.00** |
| | | **TOTAL MATTER** | **$2,901.00** |

B43E

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 07/13/10 |
| Litigation (General) | | | Bill Number: 1322134 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 06/25/10 | Copy Center, D | 33.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$33.00** |
| Lexis/Nexis | 06/07/10 | Liberi JM | 200.11 |
| Lexis/Nexis | 06/14/10 | Bugay JJ | 66.70 |
| Lexis/Nexis | 06/14/10 | Sidhu SS | 272.46 |
| Lexis/Nexis | 06/16/10 | Liberi JM | 66.34 |
| Lexis/Nexis | 06/16/10 | Sidhu SS | 56.97 |
| Lexis/Nexis | 06/24/10 | Bugay JJ | 39.73 |
| Lexis/Nexis | 06/25/10 | Bugay JJ | 18.73 |
| Lexis/Nexis | 06/30/10 | Bugay JJ | 38.96 |
| | | **TOTAL LEXIS/NEXIS** | **$760.00** |
| Westlaw | 06/21/10 | Bugay JJ | 58.91 |
| Westlaw | 06/24/10 | Bugay JJ | 10.09 |
| | | **TOTAL WESTLAW** | **$69.00** |
| Messengers/ Courier | 05/27/10 | Federal Express Corp. | 23.34 |
| Messengers/ Courier | 05/31/10 | Federal Express Corp. | 23.33 |
| Messengers/ Courier | 06/04/10 | Federal Express Corp. | 23.33 |
| | | **TOTAL MESSENGERS/ COURIER** | **$70.00** |
| Outside Research/Internet Services | 06/09/10 | National Registered Agents, Inc. | 12.06 |
| Outside Research/Internet Services | 06/10/10 | CT Corporation System | 89.94 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$102.00** |
| | | **TOTAL MATTER** | **$1,034.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 07/13/10 |
|---|---|---|---|
| Litigation (Insurance Recovery) | | | Bill Number: 1322134 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 06/07/10 | Teleconferencing Services, LLC | 10.64 |
| Vendor Hosted Teleconferencing | 06/25/10 | Teleconferencing Services, LLC | 14.36 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$25.00** |
| . | | **TOTAL MATTER** | **$25.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)                                    Bill Date: 07/13/10
Reorganization Plan / Plan Sponsors                                Bill Number: 1322134

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 05/03/10 | Kumar JS | 56.37 |
| Westlaw | 05/04/10 | Kumar JS | 308.25 |
| Westlaw | 05/25/10 | Kumar JS | 611.38 |
| | | **TOTAL WESTLAW** | **$976.00** |
| | | **TOTAL MATTER** | **$976.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 07/13/10 |
|---|---|---|---|
| Tax Matters | | | Bill Number: 1322134 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 06/07/10 | Sidhu SS | 95.00 |
| | | TOTAL LEXIS/NEXIS | $95.00 |
| | | TOTAL MATTER | $95.00 |
| | | TOTAL CLIENT | $20,783.00 |

B43E