# **EXHIBIT E-3**

**(Detail of Expenses)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 08/09/10  
Bill Number: 1325644

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/14/10 | Copy Center, D | 134.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$134.00** |
| Lexis/Nexis | 07/06/10 | Fredericks IS | 99.18 |
| Lexis/Nexis | 07/07/10 | Fredericks IS | 677.72 |
| Lexis/Nexis | 07/08/10 | Fredericks IS | 160.86 |
| Lexis/Nexis | 07/21/10 | Fredericks IS | 133.87 |
| Lexis/Nexis | 07/26/10 | Fredericks IS | 9.37 |
| | | **TOTAL LEXIS/NEXIS** | **$1,081.00** |
| Vendor Hosted Teleconferencing | 07/12/10 | Teleconferencing Services, LLC | 11.83 |
| Vendor Hosted Teleconferencing | 07/21/10 | Teleconferencing Services, LLC | 17.57 |
| Vendor Hosted Teleconferencing | 07/30/10 | Teleconferencing Services, LLC | 30.84 |
| Vendor Hosted Teleconferencing | 07/30/10 | Teleconferencing Services, LLC | 15.76 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$76.00** |
| Messengers/ Courier | 07/13/10 | Federal Express Corp. | 121.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$121.00** |
| | | **TOTAL MATTER** | **$1,412.00** |

B43E

Circuit City Stores, Inc. (DIP)                                          Bill Date: 08/09/10
Asset Analysis and Recovery                                              Bill Number: 1325644

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 07/07/10 | Vine J | 1,673.06 |
| Lexis/Nexis | 07/08/10 | Vine J | 412.94 |
| | | **TOTAL LEXIS/NEXIS** | **$2,086.00** |
| | | **TOTAL MATTER** | **$2,086.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                             Bill Date: 08/09/10
Case Administration                                         Bill Number: 1325644
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Air/Rail Travel - vendor feed | 04/05/10 | Galardi GM | -1,223.81 |
| Air/Rail Travel - vendor feed | 06/23/10 | Galardi GM | -1,529.66 |
| Air/Rail Travel - vendor feed | 07/12/10 | Fredericks IS | 1,430.15 |
| Air/Rail Travel - vendor feed | 07/12/10 | Fredericks IS | 47.01 |
| Air/Rail Travel - vendor feed | 07/13/10 | Galardi GM | 550.09 |
| Air/Rail Travel - vendor feed | 07/14/10 | Galardi GM | 580.00 |
| Air/Rail Travel - vendor feed | 07/21/10 | Fredericks IS | 894.55 |
| Air/Rail Travel - vendor feed | 07/22/10 | Galardi GM | 1,584.67 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$2,333.00** |
| In-house Reproduction | 07/02/10 | Copy Center, D | 0.30 |
| In-house Reproduction | 07/09/10 | Copy Center, D | 527.21 |
| In-house Reproduction | 07/13/10 | Copy Center, D | 117.09 |
| In-house Reproduction | 07/27/10 | Copy Center, D | 2.40 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$647.00** |
| Postage | 07/01/10 | Office Admin, D | 2.00 |
| | | **TOTAL POSTAGE** | **$2.00** |
| Lexis/Nexis | 07/01/10 | Heaney CM | 56.25 |
| Lexis/Nexis | 07/08/10 | Heaney CM | 404.75 |
| | | **TOTAL LEXIS/NEXIS** | **$461.00** |
| Westlaw | 07/22/10 | Fredericks IS | 124.00 |
| | | **TOTAL WESTLAW** | **$124.00** |
| Vendor Hosted Teleconferencing | 07/06/10 | Teleconferencing Services, LLC | 0.42 |
| Vendor Hosted Teleconferencing | 07/13/10 | Teleconferencing Services, LLC | 12.58 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$13.00** |
| Out-of-Town Travel | 06/23/10 | Fredericks IS | 258.86 |
| Out-of-Town Travel | 06/24/10 | Fredericks IS | 37.01 |
| Out-of-Town Travel | 06/24/10 | Galardi GM | 23.01 |
| Out-of-Town Travel | 07/12/10 | Fredericks IS | 624.53 |
| Out-of-Town Travel | 07/13/10 | Fredericks IS | 66.78 |
| Out-of-Town Travel | 07/15/10 | Fredericks IS | 225.94 |
| Out-of-Town Travel | 07/16/10 | Fredericks IS | 55.01 |
| Out-of-Town Travel | 07/21/10 | Fredericks IS | 258.86 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$1,550.00** |
| Messengers/ Courier | 07/01/10 | Federal Express Corp. | 7.13 |
| Messengers/ Courier | 07/01/10 | Federal Express Corp. | 7.13 |
| Messengers/ Courier | 07/09/10 | Federal Express Corp. | 30.39 |
| Messengers/ Courier | 07/09/10 | Federal Express Corp. | 14.27 |
| Messengers/ Courier | 07/09/10 | Federal Express Corp. | 23.66 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 98.92 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 98.92 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 98.93 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 48.03 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 60.18 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 53.65 |
| Messengers/ Courier | 07/12/10 | Federal Express Corp. | 63.95 |
| Messengers/ Courier | 07/14/10 | Federal Express Corp. | 14.59 |
| Messengers/ Courier | 07/20/10 | Federal Express Corp. | 10.36 |
| Messengers/ Courier | 07/23/10 | Federal Express Corp. | 29.79 |
| Messengers/ Courier | 07/23/10 | Federal Express Corp. | 7.62 |
| Messengers/ Courier | 07/23/10 | Federal Express Corp. | 6.48 |
| | | **TOTAL MESSENGERS/ COURIER** | **$674.00** |
| Out-of-Town Meals | 06/23/10 | Fredericks IS | 57.95 |
| Out-of-Town Meals | 06/24/10 | Fredericks IS | 25.53 |
| Out-of-Town Meals | 06/24/10 | Fredericks IS | 27.00 |
| Out-of-Town Meals | 07/12/10 | Fredericks IS | 32.00 |
| Out-of-Town Meals | 07/12/10 | Fredericks IS | 11.62 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 07/13/10 | Fredericks IS | 22.22 |
| Out-of-Town Meals | 07/15/10 | Fredericks IS | 15.00 |
| Out-of-Town Meals | 07/16/10 | Fredericks IS | 31.97 |
| Out-of-Town Meals | 07/21/10 | Fredericks IS | 9.36 |
| Out-of-Town Meals | 07/21/10 | Fredericks IS | 35.53 |
| Out-of-Town Meals | 07/22/10 | Fredericks IS | 11.81 |
| Out-of-Town Meals | 07/22/10 | Fredericks IS | 6.35 |
| Out-of-Town Meals | 07/22/10 | Fredericks IS | 24.66 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$311.00** |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 100.13 |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 559.54 |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 16.33 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$676.00** |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.08 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.96 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.73 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.81 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.72 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 0.40 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.57 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 13.22 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.89 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.56 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.44 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 7.77 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 12.26 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 9.61 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.28 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.20 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.36 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.73 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.33 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.76 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.73 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.96 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.97 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.81 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.57 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 7.29 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.72 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 5.29 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.92 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 8.89 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.79 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.49 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.52 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 0.96 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.33 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.04 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.81 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 2.08 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 4.97 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 8.57 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 6.49 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 1.60 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.12 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 3.04 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 12.50 |
| Print Images to Paper (from Electronic Media) | 07/08/10 | Mc Clendon AD | 9.29 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.57 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 10.73 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 3.60 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 4.09 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.40 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.57 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 10.73 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 3.60 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 4.09 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.72 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.57 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 10.73 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 3.60 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 4.09 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 0.40 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.36 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 7.13 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 21.79 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 1.76 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 1.36 |

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 7.13 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 21.79 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 1.76 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 0.64 |
| Print Images to Paper (from Electronic Media) | 07/22/10 | Ndumu TA | 1.36 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$388.00** |
| Wireless - Mobile/Cellular/Pager | 06/07/10 | Fredericks IS | 171.00 |
| | | **TOTAL WIRELESS - MOBILE/CELLULAR/PAGER** | **$171.00** |
| | | **TOTAL MATTER** | **$7,350.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Claims Admin. (General)

Bill Date: 08/09/10  
Bill Number: 1325644

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 07/02/10 | Copy Center, D | 0.92 |
| In-house Reproduction | 07/04/10 | Copy Center, D | 0.81 |
| In-house Reproduction | 07/11/10 | Copy Center, D | 18.84 |
| In-house Reproduction | 07/21/10 | Copy Center, D | 0.41 |
| In-house Reproduction | 07/25/10 | Copy Center, D | 0.81 |
| In-house Reproduction | 07/28/10 | Copy Center, D | 0.21 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$22.00** |
| Postage | 07/09/10 | Office Admin, D | 1.04 |
| Postage | 07/09/10 | Office Admin, D | 0.52 |
| Postage | 07/09/10 | Office Admin, D | 1.44 |
| | | **TOTAL POSTAGE** | **$3.00** |
| Westlaw | 07/30/10 | Baker SK | 54.00 |
| | | **TOTAL WESTLAW** | **$54.00** |
| Vendor Hosted Teleconferencing | 07/08/10 | Teleconferencing Services, LLC | 4.24 |
| Vendor Hosted Teleconferencing | 07/28/10 | Teleconferencing Services, LLC | 9.76 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$14.00** |
| Messengers/ Courier | 07/01/10 | Federal Express Corp. | 7.20 |
| Messengers/ Courier | 07/01/10 | Federal Express Corp. | 15.83 |
| Messengers/ Courier | 07/08/10 | Federal Express Corp. | 14.45 |
| Messengers/ Courier | 07/20/10 | Federal Express Corp. | 13.07 |
| Messengers/ Courier | 07/20/10 | Federal Express Corp. | 23.36 |
| Messengers/ Courier | 07/29/10 | Federal Express Corp. | 46.09 |
| | | **TOTAL MESSENGERS/ COURIER** | **$120.00** |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 72.14 |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 4.23 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Re-search/Internet Services | 07/07/10 | Pacer Service Center | 10.63 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$87.00** |
| OCR Processing | 07/09/10 | Teschky RJ | 5.10 |
| OCR Processing | 07/14/10 | Teschky RJ | 14.90 |
| | | **TOTAL OCR PROCESSING** | **$20.00** |
| CD Creation | 07/09/10 | Teschky RJ | 57.00 |
| CD Creation | 07/09/10 | Teschky RJ | 57.00 |
| CD Creation | 07/14/10 | Teschky RJ | 57.00 |
| CD Creation | 07/14/10 | Teschky RJ | 57.00 |
| CD Creation | 07/16/10 | Teschky RJ | 19.00 |
| | | **TOTAL CD CREATION** | **$247.00** |
| Electronic Database Export (TIF Process) | 07/08/10 | Teschky RJ | 5.10 |
| Electronic Database Export (TIF Process) | 07/14/10 | Teschky RJ | 14.90 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$20.00** |
| Production Export (with Bates and Legends) | 07/09/10 | Teschky RJ | 7.97 |
| Production Export (with Bates and Legends) | 07/09/10 | Teschky RJ | 0.32 |
| Production Export (with Bates and Legends) | 07/14/10 | Teschky RJ | 16.82 |
| Production Export (with Bates and Legends) | 07/14/10 | Teschky RJ | 0.89 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$26.00** |
| Loading Images/Data | 07/09/10 | Guo D | 1.02 |
| Loading Images/Data | 07/14/10 | Winogrodzki J | 2.98 |
| | | **TOTAL LOADING IMAGES/DATA** | **$4.00** |
| | | **TOTAL MATTER** | **$617.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Litigation (General)

Bill Date: 08/09/10  
Bill Number: 1325644

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 07/23/10 | Office Admin, D | 200.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$200.00** |
| In-house Reproduction | 07/16/10 | Copy Center, D | 11.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$11.00** |
| Lexis/Nexis | 07/06/10 | Vine J | 439.32 |
| Lexis/Nexis | 07/07/10 | Vine J | 482.64 |
| Lexis/Nexis | 07/12/10 | Bugay JJ | 18.74 |
| Lexis/Nexis | 07/13/10 | Bugay JJ | 74.98 |
| Lexis/Nexis | 07/15/10 | Liberi JM | 75.01 |
| Lexis/Nexis | 07/16/10 | Liberi JM | 426.21 |
| Lexis/Nexis | 07/16/10 | Kim CW | 204.73 |
| Lexis/Nexis | 07/23/10 | Liberi JM | 9.37 |
| | | **TOTAL LEXIS/NEXIS** | **$1,731.00** |
| Westlaw | 07/08/10 | Bugay JJ | 52.90 |
| Westlaw | 07/16/10 | Kim CW | 310.74 |
| Westlaw | 07/22/10 | Bugay JJ | 80.36 |
| | | **TOTAL WESTLAW** | **$444.00** |
| Out-of-Town Travel | 07/13/10 | Walsh CM | 429.02 |
| Out-of-Town Travel | 07/13/10 | Walsh CM | 26.99 |
| Out-of-Town Travel | 07/13/10 | Walsh CM | 59.99 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$516.00** |
| Filing/Court Fees | 07/12/10 | Skardel, Inc. | 54.00 |
| Filing/Court Fees | 07/12/10 | Skardel, Inc. | 126.00 |
| | | **TOTAL FILING/COURT FEES** | **$180.00** |
| Messengers/ Courier | 07/15/10 | Federal Express Corp. | 7.00 |
| | | **TOTAL MESSENGERS/ COURIER** | **$7.00** |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 23.36 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 33.64 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$57.00** |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.95 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.79 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.43 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.35 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.63 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.14 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.71 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.99 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.67 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.95 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.79 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.43 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.35 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.63 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.14 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.73 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.99 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.67 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.95 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.79 |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.43 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.35 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.63 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 6.14 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 2.71 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.99 |
| Print Images to Paper (from Electronic Media) | 07/12/10 | Ndumu TA | 1.67 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$71.00** |
| | | **TOTAL MATTER** | **$3,217.00** |

B43E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 08/09/10  
Bill Number: 1325644

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 07/13/10 | Walsh CM | 1,270.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,270.00** |
| Lexis/Nexis | 07/07/10 | Sidhu SS | 494.43 |
| Lexis/Nexis | 07/08/10 | Sidhu SS | 104.57 |
| | | **TOTAL LEXIS/NEXIS** | **$599.00** |
| Westlaw | 07/08/10 | Sidhu SS | 20.28 |
| Westlaw | 07/13/10 | Kumar JS | 499.94 |
| Westlaw | 07/27/10 | Kumar JS | 58.78 |
| | | **TOTAL WESTLAW** | **$579.00** |
| | | **TOTAL MATTER** | **$2,448.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 08/09/10
Tax Matters                                                  Bill Number: 1325644
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 06/30/10 | Infogreffe | 25.26 |
| Outside Research/Internet Services | 07/07/10 | Pacer Service Center | 27.74 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$53.00** |
| | | **TOTAL MATTER** | **$53.00** |
| | | **TOTAL CLIENT** | **$17,183.00** |

B43E