**Hearing Date: October 27, 2010 at 2:00 p.m.**
**Objection Deadline: October 20, 2010 at 4:00 p.m.**

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

          - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON SEVENTH INTERIM FEE APPLICATION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MAY 1, 2010 THROUGH AND INCLUDING JULY 31, 2010**

**PLEASE TAKE NOTICE** that on September 14, 2010, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), co-counsel to the Debtors, filed its Seventh Interim Application for Compensation and Reimbursement of Expenses (the "Application") for Services Rendered from May 1, 2010 through July 31, 2010 (the "Application Period"). In the Application, Skadden seeks interim approval of compensation in the amount of $1,922,626 and reimbursement of expenses in the amount of $50,422 for services rendered to the Debtors and costs incurred by Skadden during the Application Period.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Application is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order") no later than seven (7) calendar days before the scheduled hearing date, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to approve the Application, or if you want the Court to consider your views on the Application, then you or you attorney must:

[X]   File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before October 20, 2010 at 4:00 p.m. (Eastern Time).**

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219

[X]   Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin R.
      Huennekens, United States Bankruptcy Judge, **at 2:00
      p.m. (Eastern Time) on October 27, 2010** at the United
      States Bankruptcy Court, Room 5000, 701 East Broad
      Street, Richmond, Virginia 23219.  **If you or your
      attorney do not attend the hearing, the Court may
      grant the relief requested in the Application**.

      If you or your attorney do not take these steps, the Court
may decide that you do not oppose the relief sought in the
Application and may enter an order granting the relief
requested.

Dated: September 14, 2010   SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia   FLOM, LLP
                            Gregg M. Galardi, Esq.
                            Ian S. Fredericks, Esq.
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000

                                   - and -

                            SKADDEN, ARPS, SLATE, MEAGHER &
                            FLOM, LLP
                            Chris L. Dickerson, Esq.
                            155 North Wacker Drive
                            Chicago, Illinois 60606
                            (312) 407-0700

                                   - and -

                            MCGUIREWOODS LLP

                            /s/ Douglas M. Foley         .
                            Douglas M. Foley (VSB No. 34364)
                            Sarah B. Boehm (VSB No. 45201)
                            One James Center
                            901 E. Cary Street
                            Richmond, Virginia 23219
                            (804) 775-1000

                            Counsel for Debtors and Debtors in
                            Possession

\17858370

3