BRUCE SENATOR
F-99302
P. O. Box 950
Folsom, CA. 95763
Pro se



UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND

IN RE
Circuit City Stores,
~~Debtors~~ ~~Petitioner~~,

Case no. 08-35653

v.

NOTICE OF CHANGE OF ADDRESS

Bruce Senator,
Claimant ~~Respondent~~.

TO: THE HONORABLE COURT IN THE ABOVE ENTITLED CAUSE.

**PLEASE TAKE NOTICE**: That petitioner currently has a pending cause in this court, and that petitioner has been transferred and his new LEGAL ADDRESS is:

BRUCE SENATOR
F-99302
P. O. BOX 950
Folsom, CA. 95763

VERIFICATION

I am the petitioner in the above cause of action, have read the statements herein, and declare under penalty of perjury that these statement are true and correct.

DATE: SEPT. 9, 2010    RESPECTFULLY SUBMITTED,

Bruce Senator

BRUCE SENATOR
F-99302
P.O. BOX 950
FOLSOM, CA. 95763
Pro se


THIS HONORABLE COURT IN THE STATE OF CALIFORNIA

IN RE:
Circuit City Stores,
~~Petitioner~~,                Case no. 08-35653

v.                             **PROOF OF SERVICE BY MAIL**

BRUCE SENATOR,
~~Respondent~~.  /

   I am a citizen of the United States and a resident in the state of California. I'm currently incarcerated in a California State Prison. I'm over the age of 18 years, and a party to the within action.

   I served the following document to each of the persons named below at the address shown by placing a true copy in a sealed envelope with postage fully prepaid, in the U.S. Mail at the Institutional mailroom.

**DOCUMENT:**

**NOTICE OF CHANGE OF ADDRESS**

**PARTIES SERVED:**

Gregg M. Galardi, Skadden, Arps, Slate, Meagher, Flom   One Rodney Square
P.O. Box 636                    Wilmington, DE 19899-0636

Chris L. Dickerson   Skadden, Arps, Slate, Meagher, Flom
155 N. Wacker Dr    Chicago, IL 60606-1720

Douglas M. Foley   McGuireWoods LLP
901 E. Cary St.    Richmond, VA 23219

I declare under penalty of perjury the above statements are true and correct. Executed on the 9th day of Sepn, 20 10.

By:  BRUCE SENATOR           SIGNED:  Bruce Senator
     (print your name)