Paul S. Bliley, Jr. – VSB No. 13973
WILLIAMS, MULLEN
Two James Center, 16th Floor
1021 East Cary Street
Post Office Box 1320
Richmond, Virginia 23218-1320
Phone: 804.783.6489
FAX: 804.783.6507
pbliley@williamsmullen.com
Counsel for Crown CCI, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:   CIRCUIT CITY STORES, INC., et al.    )
                                               ) Case No. 08-35653-KRH
             Debtors.                          ) Jointly Administered
                                               ) Chapter 11 Proceedings

### OBJECTION TO TRANSFER OF CLAIM

Comes now Crown CCI, LLC ("Crown"), an unsecured creditor herein and for its Objection to the transfer of claim number 12356 states as follows:

1. That Crown CCI, LLC is a general unsecured creditor in the Circuit City case, having a claim resulting as of its status as a Landlord of a Circuit City location.

2. Crown CCI, LLC filed an unsecured Proof of Claim designated as Claim Number 12356 in the amount of $1,864,939.00 herein.

3. On August 26, 2010 WBCMT 2005-C21South Ocean Gate Avenue Limited Partnership filed a Notice that it had acquired the above-referenced claim from Crown CCI, LLC.

4. By Notice dated September 2, 2010, Notice was mailed to counsel for Crown CCI, LLC advising counsel for Crown CCI the transfer of this claim. The Notice further provided that if the transferor objected to the transfer of the claim that an Objection must be filed within twenty-one (21) days of the date of the Notice.

5.  Crown CCI, LLC objects to the transfer of this claim. Crown CCI has no record that it transferred this claim to WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership, and therefore objects to the transfer of the claim.

**WHEREFORE**, Crown CCI, LLC objects to the transfer of Claim Number 12356 in the amount of $1,864,939.00 to WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership, and that it may have such other and further relief as may be appropriate under the circumstances.

Dated: September 14, 2010                CROWN CCI, LLC


                                         By /s/ Paul S. Bliley, Jr.
                                                Of Counsel

Paul S. Bliley, Jr., VSB # 13973
WILLIAMS MULLEN
P.O. Box 1320
Richmond, VA 23218-1320
Phone: (804) 420-6448
Fax:    (804) 420-6507
pbliley@williamsmullen.com
Counsel for Crown CCI, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2010, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Bankruptcy Court for the Eastern District of Virginia, Richmond Division, using the CM/ECF system, which thereby caused the above to be served electronically on all registered users of the ECF system that have filed notices of

appearance in this matter, and was mailed, by U.S. Mail, first class, postage prepaid, to all persons on the attached Service List.

## SERVICE LIST

WBCMT 2005-C21 South Ocean Gate Avenue Limited Partnership
c/o Mindy A. Mora
Bilzin Sumberg Baena Price & Axelrod LLP
200 S Biscayne Blvd. Suite 2500
Miami, FL  33131

Douglas M. Foley, Esquire
McGuireWoods LLP
9000 World Trade Center
101 W. Main Street
Norfolk, VA  23510

Dion W. Hayes, Esquire
McGuireWoods LLP
One James Center, 901 E. Cary St.
Richmond, VA  23219

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps Slate Meagher & Flom, LLC
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Chris L. Dickerson, Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606

*Counsel for the Debtors*

Robert Van Arsdale, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

*Office of the U.S. Trustee for the Eastern District of Virginia, Richmond Division*

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067

Robert J. Fleinstein, Esquire
Pachulski Stang Ziehl & Jones, LLP
780 Third Avenue, 26th Floor
New York, NY 10017

*Counsel for the Creditor's Committee*

Lynn L. Tavenner, Esquire
Paula S. Beran, Esquire
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, VA 23219

*Counsel for the Official Committee of Unsecured Creditors*

David S. Berman, Esquire
Riemer & Braudstein, LLP
Three Center Plaza, 6th Floor
Boston, Massachusetts 02108

*Counsel to Prepetition Lenders/Counsel to Postpetition Lenders*

                /s/ Paul S. Bliley, Jr.
                  Paul S. Bliley, Jr.

8171510_2.DOC