**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : | |
| | : | Jointly Administered |
| Debtors.[1] | : | |

**AFFIDAVIT OF SERVICE**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On August 23, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or (3) form, attached hereto as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Furthermore, on August 23, 2010, the parties set forth on the service list attached hereto as **Exhibit C** were served with a copy of the document(s) referenced on **Exhibit C** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit D** via First Class Mail.

Dated: September 7, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of September, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Party Description | Name | Notice Name | Address 1 | City | State | Zip | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | Chattanooga Publishing Co Inc | Retail Advertising | PO Box 190 | Chattanooga | TN | 37401 | $31,238.40 | 8293 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | New York | NY | 10019 | $31,238.40 | 8293 |
| Transferor | Metro Signs Inc | | 23544 Hoover Rd | Warren | MI | 48089 | $1,860.00 | 8302 |
| Transferee | Blue Heron Micro Opportunities Fund LP | Attn Claims Processing Dept | PO Box 14610 | Surfside Beach | SC | 29587 | $1,860.00 | 8302 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

In re                )      Chapter 11
                   )
   Circuit City Stores, Inc.     )      Case No. 08-35653 (KRH)
                   )      (Jointly Administered)
                   )
Debtor                )

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1) or (3)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

   To:  Transferor
        Transferor Address

Please note that the liability to you listed in the amount of _____ in the Schedules of Assets and Liabilities in the above referenced case has been transferred (**unless previously expunged by court order**) to:

       Transferee
       Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                **By:**   _____/s/_____
                             **Joseph Johnson**

cc: Notice Party (if applicable)

# EXHIBIT C

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Howells Heating & AC | | PO Box 2048 | | Ashland | VA | 23005 | 3186 | $14,739.00 | 8288 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 3186 | $14,739.00 | 8288 |
| Notice Party | William B Cave Its Attorney | Hopson Habenicht and Cave | 5601 Ironbridge Pkwy Ste 102 | | Chester | VA | 23831 | 3186 | $14,739.00 | 8288 |
| Transferor | Chattanooga Free Press | Marty Flanders | 400 E 11th St | | Chattanooga | TN | 37421 | 4595 | $31,328.40 | 8292 |
| Transferee | Longacre Opportunity Offshore Fund Ltd | Attn Vladimir Jelisavcic | 810 Seventh Ave 33rd Fl | | New York | NY | 10019 | 4595 | $31,328.40 | 8292 |
| Transferor | Chattanooga Publishing Co Inc | Retail Advertising | PO Box 190 | | Chattanooga | TN | 37401 | 757 | $15,168.96 | 8294 |
| Transferee | Longacre Opportunity Offshore Fund Ltd | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | New York | NY | 10019 | 757 | $15,168.96 | 8294 |
| Transferor | Wisconsin Electric Power Company | Attn Bankruptcy Dept | WE Energies | 333 W Everett St Rm A130 | Milwaukee | WI | 53203 | 14747 | $30,784.75 | 8298 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 14747 | $30,784.75 | 8298 |
| Transferor | 1965 Retail | Attn Chief Financial Officer | c o Millennium Partners | 1995 Broadway 3rd Fl | New York | NY | 10023 | 12791 | Unliquidated | 8299 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | Hackensack | NJ | 07601 | 12791 | Unliquidated | 8299 |
| Notice Party | Paul Hastings Janofsky & Walker LLP | Harvey A Strickon | Park Avenue Tower | 75 E 55th St 1st Fl | New York | NY | 10022 | 12791 | Unliquidated | 8299 |
| Transferor | Birch Rea Partners | | 40 Williams St Ste 130 | | Wellesley | MA | 02481 | 5537 | $6,000.00 | 8330 |
| Transferee | Blue Heron Micro Opportunities Fund LLP | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | 5537 | $6,000.00 | 8330 |
| Transferor | FRO LLC IX | Arent Fox LLP | c o Christopher J Giaimo | 1050 Connecticut Ave NW | Washington | DC | 20036 | 8614 | $1,396,114.76 | 8301 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | Incline Village | NV | 89451 | 8614 | $1,396,114.76 | 8301 |
| Notice Party | FRO LLC IX | c o Jim Hastings | 305 Piping Rock Dr | | Silver Spring | MD | 20905 | 8614 | $1,396,114.76 | 8301 |

# EXHIBIT D

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

In re                              )          Chapter 11

    Circuit City Stores, Inc.       )          Case No. 08-35653 (KRH)
                                )          (Jointly Administered)

Debtor

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:     Transferor
                     Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

                Transferee
                Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                                    **By:**      _____/s/_____
                                                        **Joseph Johnson**

**cc:** Notice Party (if applicable)