**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | Case No. 08-35653 (KRH) |
| Debtors.[1] | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before September 4, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or (3) form, attached hereto as **Exhibit B** via First Class Mail.

Furthermore, on or before September 4, 2010, the parties set forth on the service list attached hereto as **Exhibit C** were served with a copy of the document(s) referenced on **Exhibit C** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit D** via First Class Mail.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

      Furthermore, on or before September 4, 2010, the parties set forth on the service list attached hereto as **Exhibit E** were served with a copy of the document(s) referenced on **Exhibit E** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit F** via First Class Mail.

Dated: September 7, 2010

                                                         Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of September, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

ELIZABETH MARIE BARNETT
Commission # 1867869
Notary Public - California
Los Angeles County
My Comm Expires Oct 10, 2013

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Party Description | Name | Address 1 | City | State | Zip | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|
| Transferor | The Winchester Star | 2 N Kent St | Winchester | VA | 22601 | $7,539.18 | 8394 |
| Transferee | Argo Partners | 12 W 37th St 9th Fl | New York | NY | 10018 | $7,539.18 | 8394 |
| Transferor | Daily News Record | PO Box 193 | Harrisonburg | VA | 22803 | $7,670.72 | 8395 |
| Transferee | Argo Partners | 12 W 37th St 9th Fl | New York | NY | 10018 | $7,670.72 | 8395 |
| Transferor | Roberto Bustillo Hernandez | PO Box 194145 | San Juan | PR | 00919 | $6,165.90 | 8406 |
| Transferee | Argo Partners | 12 W 37th St 9th Fl | New York | NY | 10018 | $6,165.90 | 8406 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
|     Circuit City Stores, Inc. | ) | Case No. 08-35653 (KRH) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtor | ) |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1) or (3)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
            Transferor Address

Please note that the liability to you listed in the amount of _____ in the Schedules of Assets and Liabilities in the above referenced case has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

        **By:**    _____/s/_____
                      **Joseph Johnson**

cc:  Notice Party (if applicable)

# EXHIBIT C

Exhibit C
Rule 3001(e)(2) or 3001(e)(4)

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Compuvest Corporation | | 3600 Lind Ave SW Ste 130 | | | Renton | VA | 98055 | | 13071 | $30,634.14 | 8324 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 13071 | $30,634.14 | 8324 |
| Transferor | PuntoAparte Communications Inc | | PO Box 9066636 | | | San Juan | PR | 00906 | | 11417 | $162,566.36 | 8326 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 11417 | $162,566.36 | 8326 |
| Transferor | PuntoAparte Communications Inc | Orlando J Salichs Pres | PO Box 9066636 | | | San Juan | PR | 00906 | | 13276 | $197,424.70 | 8327 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 13276 | $197,424.70 | 8327 |
| Transferor | Onkyo USA Corporation | c o Matthew Attanasio | 18 Park Way | | | Upper Saddle River | NJ | 07458 | | 2295 | $1,722,471.37 | 8343 |
| Transferee | Credit Suisse International | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 2295 | $1,722,471.37 | 8343 |
| Transferor | Onkyo USA Corporation | Attn Matthew Attanasio | 18 Park Way | | | Upper Saddle River | NJ | 07458 | | 128 | $3,927,287.70 | 8344 |
| Transferee | Credit Suisse International | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 128 | $3,927,287.70 | 8344 |
| Transferor | Weiser Security Services Inc | | PO Box 51720 | | | New Orleans | LA | 70151 | | 12242 | $17,082.35 | 8346 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 12242 | $17,082.35 | 8346 |
| Notice Party | Weiser Security Services Inc | | 1900 Canal St 2nd Fl | | | New Orleans | LA | 70112 | | 12242 | $17,082.35 | 8346 |
| Transferor | Credit Suisse International | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 128 | $3,927,287.70 | 8354 |
| Transferee | Credit Suisse Loan Funding LLC | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 128 | $3,927,287.70 | 8354 |
| Transferor | Credit Suisse International | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 2295 | $1,722,471.37 | 8355 |
| Transferee | Credit Suisse Loan Funding LLC | Attn Gil Golan | 11 Madison Ave 5th Fl | | | New York | NY | 10010 | | 2295 | $1,722,471.37 | 8355 |
| Transferor | ICT Group Inc | Sally E Howe | 100 Brandywine Blvd | | | Newtown | PA | 18940 | | 3031 | $265,217.60 | 8360 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 3031 | $265,217.60 | 8360 |
| Transferor | BPP OH LLC | John C La Liberte Esq | Sherin and Lodgen LLP | 101 Federal St | | Boston | MA | 02110 | | 12981 | $797,263.37 | 8367 |
| Transferee | CGCMT 2006 C5 Glenway Avenue LLC | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 12981 | $797,263.37 | 8367 |
| Transferor | BPP Conn LLC Previously Filed as WEC 95B Manchester Limited Partnership | John C La Liberte Esq | Sherin and Lodgen LLP | 101 Federal St | | Boston | MA | 02110 | | 12937 | $1,148,434.66 | 8368 |
| Transferee | CCMS 2005 CD1 Hale Road LLC | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 12937 | $1,148,434.66 | 8368 |
| Transferor | BPP VA LLC | John C La Liberte Esq | Sherin and Lodgen LLP | 101 Federal St | | Boston | MA | 02110 | | 13076 | $932,010.73 | 8369 |
| Transferee | DMARC 2006 CD2 Davidson Place LLC | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 13076 | $932,010.73 | 8369 |
| Transferor | BPP NY LLC | John C La Liberte Esq | Sherin and Lodgen LLP | 101 Federal St | | Boston | MA | 02110 | | 12417 | $1,208,585.08 | 8370 |
| Transferee | DMARC 2006 CD2 Poughkeepsie LLC | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 12417 | $1,208,585.08 | 8370 |
| Transferor | Crown CCI LLC | Paul S Bliley Jr Esq | Williams Mullen | PO Box 1320 | | Richmond | VA | 23218 | | 12356 | $1,864,939.00 | 8371 |
| Transferee | WBCMT 2005 C21 South Ocean Gate Avenue Limited Partnership | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 12356 | $1,864,939.00 | 8371 |
| Transferor | Crown CCI LLC | Paul S Bliley Jr Esq | Williams Mullen | PO Box 1320 | | Richmond | VA | 23218 | | 13467 | $68,381.33 | 8372 |
| Transferee | WBCMT 2005 C21 South Ocean Gate Avenue Limited Partnership | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 13467 | $68,381.33 | 8372 |
| Notice Party | Williams Mullen | Paul S Bliley Jr Esq | Two James Ctr | 1021 E Cary St | PO Box 1320 | Richmond | VA | 23218 | | 13467 | $68,381.33 | 8372 |
| Transferor | CC Kingsport 98 LLC | c o Niclas A Ferland Esq | LeClairRyan | 555 Long Wharf Dr 8th Fl | | New Haven | CT | 06511 | | 12167 | $488,508.27 | 8373 |
| Transferee | CMAT 1999 C2 Idle Hour Road LLC | c o Mindy A Mora | Bilzin Sumberg Baena Price & Axelrod LLP | 200 S Biscayne Blvd Ste 2500 | | Miami | FL | 33131 | | 12167 | $488,508.27 | 8373 |
| Notice Party | Tooley Investment Company LLC | | 11150 Santa Monica Blvd Ste 230 | | | Los Angeles | CA | 90025 | | 12167 | $488,508.27 | 8373 |
| Transferor | Congressional North Associates LP | Craig M Palik Esq | 6411 Ivy Ln Ste 200 | | | Greenbelt | MD | 20770 | | 14561 | $1,150,212.97 | 8375 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 14561 | $1,150,212.97 | 8375 |
| Notice Party | Congressional North Associates Limited Partnership | | 2701 Tower Oaks Blvd Ste 200 | | | Rockville | MD | 20852 | | 14561 | $1,150,212.97 | 8375 |
| Transferor | Congressional North Associates Limited Partnership | c o Cohen Companies | 2701 Tower Oaks Blvd Ste 200 | | | Rockville | MD | 20852 | | 7539 | $20,184.06 Expunged | 8376 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 7539 | $20,184.06 Expunged | 8376 |
| Notice Party | Craig M Palik Esq | McNamee Hosea et al | 6411 Ivy Ln Ste 200 | | | Greenbelt | MD | 20770 | | 7539 | $20,184.06 Expunged | 8376 |
| Transferor | Congressional North Associates Limited Partnership | McNamee Hosea et al | Craig M Palik Esq | 6411 Ivy Ln Ste 200 | | Greenbelt | MD | 20770 | | 13174 | $62,030.77 Expunged | 8377 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 13174 | $62,030.77 Expunged | 8377 |
| Notice Party | Congressional North Associates Limited Partnership | | 2701 Tower Oaks Blvd Ste 200 | | | Rockville | MD | 20852 | | 13174 | $62,030.77 Expunged | 8377 |
| Transferor | Congressional North Associates Limited Partnership | Craig M Palik Esq | 6411 Ivy Ln Ste 200 | | | Greenbelt | MD | 20770 | | 12799 | $1,135,278.33 Expunged | 8378 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 12799 | $1,135,278.33 Expunged | 8378 |
| Notice Party | Congressional North Associates Limited Partnership | c o Cohen Companies | 2701 Tower Oaks Blvd Ste 200 | | | Rockville | MD | 20852 | | 12799 | $1,135,278.33 Expunged | 8378 |
| Transferor | Hamilton Security & Investigations | | 4925 Stonefalls Ctr Ste C | | | O'Fallon | IL | 62269 | | 250 | $19,505.50 | 8393 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 250 | $19,505.50 | 8393 |
| Notice Party | Hamilton Security & Investigations | | 12764 Big Rock Way | | | Trenton | IL | 62293 | | 250 | $19,505.50 | 8393 |
| Notice Party | Hamilton Security & Investigations | | PO Box 23238 | | | Belleville | IL | 62223 | | 250 | $19,505.50 | 8393 |
| Transferor | La Crosse Technology Ltd | Manda Shah | 2809 Losey Blvd S | | | La Crosse | WI | 54601 | | 13604 | $79,274.00 | 8414 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 13604 | $79,274.00 | 8414 |

**Exhibit C**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Muebles Laurier LTEE Laurier Furnitude LTD | | 153 Boul Laurier No 100 | | | Laurier Station | QC | G0S 1N0 | Canada | 1729 | $67,841.48 | 8418 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 1729 | $67,841.48 | 8418 |
| Transferor | Broadway Neon Sign Corp dba Broadshar National Sign and Lighting | Carl Paparella VP and Gen Counsel | 2150 5th Ave | | | Ronkonkoma | NY | 11779 | | 10476 | $42,140.61 | 8419 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 10476 | $42,140.61 | 8419 |
| Transferor | TULSA WORLD | | PO Box 22129 | | | Tulsa | OK | 74121 | | 1419 | $21,568.93 | 8423 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 1419 | $21,568.93 | 8423 |
| Notice Party | Tulsa World | | PO Box 1770 | | | Tulsa | OK | 74102 | | 1419 | $21,568.93 | 8423 |
| Notice Party | Tulsa World | World Publishing | 315 S Boulder Ave | | | Tulsa | OK | 74102 | | 1419 | $21,568.93 | 8423 |
| Transferor | TULSA WORLD | | PO Box 1770 | | | Tulsa | OK | 74102 | | 5733 | $62,348.55 | 8423 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 5733 | $62,348.55 | 8423 |
| Notice Party | Tulsa World | World Publishing | 315 S Boulder Ave | | | Tulsa | OK | 74102 | | 5733 | $62,348.55 | 8423 |
| Transferor | Signature Home Furnishings | Marco Lin | 14104 Arbor Pl | | | Cerritos | CA | 90703 | | 778 | $18,640.58 | 8437 |
| Transferee | United States Debt Recovery LLC | | 940 Southwood Bl Ste 101 | | | Incline Village | NV | 89451 | | 778 | $18,640.58 | 8437 |

# EXHIBIT D

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

In re

    Circuit City Stores, Inc.

Debtor

)
)
)
)
)
)
)

Chapter 11

Case No. 08-35653 (KRH)
(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
             Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                        **By:**                   /s/_____
                                                  **Joseph Johnson**

**cc:** Notice Party (if applicable)

# EXHIBIT E

**Exhibit E**
**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | PuntoAparte Communications Inc | | PO Box 9066636 | | San Juan | PR | 00906 | 8325 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | New York | NY | 10016 | 8325 |
| Transferor | WPVI Television LLC | Tanya Menton VP Counsel | ABC Inc | 77 W 66th St 15th Fl | New York | NY | 10023 | 8396 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 8396 |

# EXHIBIT F

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee |
| | Transferee Address |
| CC: | Transferor |
| | Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

\_\_\_\_    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

\_\_\_\_    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

\_\_\_\_    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

\_\_\_\_    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

\_\_\_\_    The NOT asserts that it transfers a scheduled liability which has been superseded by a subsequently filed proof of claim.

\_\_\_\_    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.