## NOTICE OF CLAIMS PURCHASE AGREEMENT

**CITY OF TAYLOR MI**, a(n) _____ (State of Incorporation), _____ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Archon Bay Capital LLC**, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of **$138.64** (proof of claim amount, defined as the "Claim") against **Circuit City Stores Inc** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **Eastern District of Virginia**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **08-35653** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the 14th day of Sept, 2010.

_City of Taylor Water_
(Company Name)

Witness: _Denise R. Pitoniak_                    _David E. Mackie_
(Signature)                                       (Signature of Corporate Officer)

_Denise R. Pitoniak, Billing Supervisor_          _David E. Mackie, Executive Dir DPW_
(Print Name and Title of Witness)                (Print Name and Title of Corporate Officer)

**Archon Bay Capital LLC**

Witness: _____                  _____
(Signature)                                       (Archon Bay Capital LLC)

Exhibit "A"