# Wagner & Finn
### Attorneys at Law

Michael J. Wagner
Thomas P. Finn

153 Lakemont Park Blvd.
Altoona, PA 16602
(814) 944-4700
(814) 944-3705 Fax
www.wagfinn.com

*Please reply to Altoona Office*

Ebensburg Office:
103 S. Center St. - 2nd Floor
Ebensburg, PA 15931
(814) 472-7833

September 15, 2010



RICHMOND DIVISION
FILED SEP 20 2010
CLERK
US BANKRUPTCY COURT

U.S. Bankruptcy Court
ATTN: Ms. Suzanne French
701 East Broad Street, Suite 4000
Richmond, VA 23219

      In re:  **Circuit City Stores, Inc./Carole Kaylor**
               **Case No. 08-35653-KRH**

Dear Ms. French:

     I am writing this letter as a follow-up to our September 14, 2010 phone conversation relative to the above-referenced matter. Please mark the following items which I previously forwarded as formally withdrawn:

1. Entry of Appearance;
2. Motion for Admission Pro Hac Vice; and
3. Motion to Terminate Automatic Stay of Bankruptcy.

Thank you for your attention to this matter.

                                Sincerely,

                                Thomas P. Finn

TPF/cam