# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

In re

CIRCUIT CITY STORES, INC. et al

Debtors

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Carrolton Arms, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Carrolton Arms
1330 Goldsmith
Plymouth, MI 48170

New Address
Carrolton Arms
c/o Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

Carrollton Arms
By: _____
Title: Manager
Date: 9-20-10