Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

              - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                         : Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     : Case No. 08-35653
et al.,                        :
                               :
          Debtors.             : Jointly Administered
- - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
SEPTEMBER 27, 2010 AT 2:00 P.M. (EASTERN)**

      Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
September 27, 2010 beginning at 2:00 p.m. Eastern.

**I.   CONTINUED MATTERS**

1.   Site A, LLC's Second Amended Motion to Allow Late
     Filing of Proof of Claim, or in the Alternative, Motion
     to File Late Proof of Claim as an Amendment to Informal
     Proof of Claim (Docket No. 7155)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 5405)

     b.   Amended Motion to Allow Late Filing of Proof of
          Claim, by Site A, LLC (Docket Nos. 5310, 5404)

     c.   Notice of Motion and Hearing (Docket No. 7236)

     Objection
     Deadline:     October 27, 2009 at 5:00 p.m., extended
                   for the Debtors until October 20, 2010

     Objections/
     Responses
     Filed:        None at the time of filing this agenda

     Status:       This matter is adjourned to October 27,
                   2010 at 2:00 p.m.

2.   Motion for Allowance of the Late Filed Administrative
     Expense Claim of Metra Electronics Corporation (Docket
     No. 7679)

     Related
     Documents:

     a.   Notice of Motion and Hearing (Docket No. 7682)

     Objection
     Deadline:     July 15, 2010 at 4:00 p.m., extended for
                   the Debtors until October 20, 2010

     Objections/
     Responses
     Filed:        None at the time of filing this agenda

Status:          This matter is adjourned to October 27,
                 2010 at 2:00 p.m.

3.   Debtors' Objection to Claim 1283 of Quebecor World
     (USA) Inc. (Docket No. 7875)

     Related
     Documents:

     a.   Order Authorizing Debtors to File Exhibit Under
          Seal (Docket No. 8193)

     Objection
     Deadline:        July 15, 2010 at 4:00 p.m., extended for
                      Quebecor World (USA) Inc. until October
                      20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None at the time of filing this agenda

     Status:          This matter is adjourned to October 27,
                      2010 at 2:00 p.m.

**II.   UNCONTESTED MATTERS**

4.   Application for Payment of Administrative Expenses in
     Connection with Transition Services Provided by Crowe
     Horwath, LLP in Anticipation of Alfred Siegel's
     Appointment as Liquidating Trustee Under Second Amended
     Plan for the Pre-Retention Period July 1, 2009 Through
     February 28, 2010 (Docket No. 8461)

     Objection
     Deadline:        September 20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:           None

     Status:          This matter is going forward.

**III.   CONTESTED MATTERS**

5.   Claimant Marlon Mondragon's Motion for Reconsideration
     and to Permit the Filing of a Class Proof of Claim with

Supporting Memorandum (Docket No. 7253)

Related
Documents:

a.   Order On Debtors' Twenty-Second Omnibus Objection
     To Claims (Disallowance Of Certain Claims Filed
     Against The Wrong Debtor) (Docket No. 4577)

b.   Notice of Motion and Hearing (Docket No. 7782)

Objection
Deadline:       September 20, 2010 at 4:00 p.m.

Objections/
Responses
Filed:

a.   Debtors' Objection to Claimant Marlon Mondragon's
     Motion for Reconsideration and to Permit the
     Filing of a Class Action Proof of Claim (Docket
     No. 8621)

b.   Claimant Marlon Mondragon's Reply to Debtors'
     Objection to Motion to File Class Proof of Claim
     (Docket No. 8642)

Status:        This matter is going forward.

**IV.  OMNIBUS CLAIM OBJECTIONS MATTERS**

6.   Debtors' Seventh Omnibus Objection to Certain Late
     Claims (Docket No. 3506)

Related
Documents:

a.   Order on Debtors' Seventh Omnibus Objection to
     Certain Late Claims (Docket No. 4169)

b.   Supplemental Order on Debtors' Seventh Omnibus
     Objection to Certain Late Claims (Docket No. 6587)

c.   Notice of Hearing on the Merits on Debtors'
     Seventh Omnibus Objection to Claim No. 10699 Filed
     by Dino Bazdar and Response Thereto (Docket No.

7927)

d.      Notice of Proposed Settlement Agreement and
        Stipulation by and Among the Debtors and Michael
        and Barbara Lay Resolving the Debtors' Seventh
        Omnibus Objection to Claim Nos. 10817 and 10841
        (Docket No. 7984)

e.      Debtors' Supplemental Brief in Support of Omnibus
        Objections to Late Claims Filed by Dino Basdar and
        Lyle Alonso Epps (Docket No. 8086)

f.      Second Supplemental Order on Debtors' Seventh
        Omnibus Objection to Certain Late Claims (Docket
        No. 8196)

g.      Notice of Proposed Settlement Agreement and
        Stipulation by and Among the Debtors and Renukaben
        Naik Resolving the Debtors' Seventh Omnibus
        Objection to Claim No. 10692 (Docket No. 8397)

Objection
Deadline:           June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             This matter is resolved.  An order has
                    been entered partially sustaining the
                    objection.  A supplemental order has
                    been entered withdrawing the objection
                    to certain claims.  The claim of
                    Renukaben Naik has been resolved by
                    Settlement Agreement and Stipulation
                    (Docket No. 8397).

7.      Debtors' Eighth Omnibus Objection to Certain Late
        Claims (Docket No. 3507)

        Related
        Documents:

        a.      Order on Debtors' Eighth Omnibus Objection To
                Certain Late Claims (Docket No. 4170)

    b.    Supplemental Order on Debtors' Eighth Omnibus
Objection to Certain Late Claims (Docket No. 6080)

    c.    Supplemental Order on Debtors' Eighth Omnibus
Objection to Certain Late Claims (Docket No. 6109)

    d.    Second Supplemental Order on Debtors' Eighth
Omnibus Objection to Certain Late Claims (Docket
No. 6354)

    e.    Fourth Supplemental Order on Debtors' Eighth
Omnibus Objection to Certain Late Claims (Docket
No. 6588)

    f.    Notice of Proposed Settlement Agreement and
Stipulation by and among the Debtors and John P.
Raleigh Resolving the Debtors' Eighth Omnibus
Objection to Claim No. 11391 (Docket No. 7523)

Objection
Deadline:    June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached Exhibit A.

Status:    Orders have been entered partially
sustaining the objection.  A
supplemental order has been entered
withdrawing the objection to certain
claims.  For the three claims for which
the objection is still pending, this
matter is adjourned to October 27, 2010
at 2:00 p.m.  See attached Exhibit A.

8.    Debtors' Ninth Omnibus Objection to Certain (i) Late
Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

    Related
Documents:

    a.    Amended Exhibit C to Debtors' Ninth Omnibus
Objection to Certain (i) Late Claims (ii) Late
503(b)(9) Claims (Docket No. 3512)

b.    Order On Debtors' Ninth Omnibus Objection To Certain (I) Late Claims And (II) Late 503(B)(9) Claims (Docket No. 4171)

c.    Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6131)

d.    Second Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6373)

e.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 6593)

f.    Notice of Proposed Settlement Agreement and Stipulation Resolving the Debtors' Ninth Omnibus Objection to Claim No. 11571 and Regarding Claim No. 13129 (Docket No. 7629)

g.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and C&A Consulting Resolving the Debtors' Ninth Omnibus Objection to Claim No. 12042 and Regarding Claim No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth Omnibus Objection to Claim No. 12951 Filed by Lyle Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus Objections to late Claims Filed by Dino Bazdar and Lyle Alonzo Epps (Docket No. 8086)

j.    Third Supplemental Order on Debtors' Ninth Omnibus Objection to Certain (I) Late Claims and (II) Late 503(b)(9) Claims (Docket No. 8198)

Objection
Deadline:      June 29, 2009 at 4:00 p.m.

Objections/
Responses

Filed:              See attached Exhibit A.

Status:             Orders have been entered partially
                    sustaining the objection.  A
                    supplemental order has been entered
                    withdrawing the objection to certain
                    claims.  For the three claims for which
                    the objection is still pending, this
                    matter is adjourned to October 27, 2010
                    at 2:00 p.m.  See attached Exhibit A.

9.   Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.    Order on Debtors' Nineteenth Omnibus Objection to
           Claims (Reclassification of Certain Misclassified
           Claims to General Unsecured, Non-Priority Claims)
           (Docket No. 4449)

     b.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4736)

     c.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4758)

     d.    Second Supplemental Order on Debtors' Nineteenth
           Omnibus Objection to Claims (Reclassification of
           Certain Misclassified Claims to General Unsecured,
           Non-Priority Claims) (Docket No. 6299)

     e.    Debtors' Supplement to the Debtors' Nineteenth
           Omnibus Objection to Claims (Reclassification of
           Certain Misclassified Claims to General Unsecured,
           Non-Priority Claims) with Respect to the Class
           Claim of Robert Gentry (Docket No. 6642)

f.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Jack Hernandez (Docket No. 6661)

g.    Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket
      No. 6694)

i.    Third Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6868)

j.    Fourth Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 7114)

k.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Motorola,
      Inc. and General Instrument Corp. d/b/a The Home &
      Networks Mobility Business of Motorola, Inc.
      (Docket No. 8027)

l.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and Arboretum
      of South Barrington Resolving a Certain Claim
      (Docket No. 8361)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For the two
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 October 27, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

10.   Debtors' Twentieth Omnibus Objection to Claims
      (Reclassification to Unsecured Claims of Certain Claims
      Filed as 503(b)(9) Claims for Goods Received by the
      Debtors Not Within Twenty Days of the Commencement of
      the Cases (Docket No. 3704)

      Related
      Documents:

      a.    Order on Debtors' Twentieth Omnibus Objection to
            Claims (Reclassified To Unsecured Claims Of
            Certain Claims Filed As 503 (B) (9) Claims For
            Goods Received By The Debtors Not Within Twenty
            Days Of The Commencement Of The Case (Docket No.
            4576)

      b.    Supplemental Order on Debtors' Twentieth Omnibus
            Objection to Claims (Reclassified To Unsecured
            Claims of Certain Claims Filed As 503 (B) (9)
            Claims For Goods Received By the Debtors Not
            Within Twenty Days of the Commencement of the Case
            (Docket No. 6560)

      c.    Second Supplemental Order on Debtors' Twentieth
            Omnibus Objection to Claims (Reclassified To
            Unsecured Claims of Certain Claims Filed As 503
            (B) (9) Claims For Goods Received By the Debtors
            Not Within Twenty Days of the Commencement of the
            Case (Docket No. 6953)

      d.    Third Supplemental Order on Debtors' Twentieth
            Omnibus Objection to Claims (Reclassified To
            Unsecured Claims of Certain Claims Filed As 503
            (B) (9) Claims For Goods Received By the Debtors
            Not Within Twenty Days of the Commencement of the
            Case (Docket No. 7354)

      e.    Notice of Proposed Settlement Agreement and
            Stipulation by and among the Debtors, Averatec,
            Inc./Trigem USA, Inc., and ASM Capital, L.P.
            (Docket No. 7784)

      f.    Notice of Proposed Settlement Agreement and
            Stipulation by and among the Debtors, Alliance

Entertainment LLC, now known as Source Interlink
Distribution, LLC, and Source Interlink Media, LLC
Resolving Debtors' Omnibus Objections to Claims
and Other Related Matters (Docket No. 7825)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached <u>Exhibit A</u>.

Status:            Orders have been entered partially
                   sustaining the objection.  With respect
                   to Audiovox Corporation, the one
                   remaining claimant, this matter is
                   resolved in principle, subject to
                   settlement documentation.  Accordingly,
                   this matter is adjourned to October 27,
                   2010 at 2:00 p.m. pending settlement
                   documentation.  See attached <u>Exhibit A</u>.

11.   Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

      a.    Order on Debtors' Twenty-Second Omnibus Objection
            to Claims (Disallowance Of Certain Claims Filed
            Against The Wrong Debtor) (Docket No. 4577)

      b.    Supplemental Order on Debtors' Twenty-Second
            Omnibus Objection to Claims (Disallowance of
            Certain Claims Filed Against the Wrong Debtor)
            (Docket No. 6369)

      Objection
      Deadline:          July 16, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:             See attached <u>Exhibit A</u>.

Status:            An order has been entered partially
                   sustaining the objection.  For the one
                   claim for which the objection is still
                   pending, this matter is adjourned to
                   October 27, 2010 at 2:00 p.m.  See
                   attached <u>Exhibit A</u>.

12.  Debtors' Twenty-Third Omnibus Objection to Claims
     (Modification of Certain Duplicate 503(b)(9) Claims)
     (Docket No. 3711)

     Related
     Documents:

     a.    Order on Debtors' Twenty-Third Omnibus Objection
           to Claims (Modification of Certain Duplicate
           503(b)(9) Claims) (Docket No. 4465)

     b.    Supplemental Order on Debtors' Twenty-Third
           Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6295)

     c.    Corrected Supplemental Order on Debtors' Twenty-
           Third Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6869)

     d.    Supplemental Order Resolving the Debtors' Fourth,
           Twenty-Third, and Forty-Second Omnibus Objections
           with Respect to Mitsubishi Digital Electronics
           America, Inc. (Docket No. 6871)

     e.    Second Supplemental Order on Debtors' Twenty-Third
           Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           7319)

     f.    Notice of Proposed Settlement Agreement and
           Stipulation by and among the Debtors, Alliance
           Entertainment LLC, now known as Source Interlink
           Distribution, LLC, and Source Interlink Media, LLC
           Resolving Debtors' Omnibus Objections to Claims
           and Other Related Matters (Docket No. 7825)

g.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Motorola,
      Inc. and General Instrument Corp. d/b/a The Home &
      Networks Mobility Business of Motorola, Inc.
      (Docket No. 8027)

Objection
Deadline:        July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  For the two
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 October 27, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

13.   Debtors' Thirtieth Omnibus Objection to Claims
      (Disallowance of Certain Claims for Wages and
      Compensation) (Docket No. 4583)

      Related
      Documents:

      a.    Notice of Objection and Hearing (Docket No. 4584)

      b.    Order on Debtors' Thirtieth Omnibus Objection to
            Claims (Disallowance of Certain Claims for Wages
            and Compensation) (Docket No. 5191)

      c.    Supplemental Order on Debtors' Thirtieth Omnibus
            Objection to Claims (Disallowance of Certain
            Claims for Wages and Compensation) (Docket No.
            6460)

      d.    Second Supplemental Order on Debtors' Thirtieth
            Omnibus Objection to Claims (Disallowance of
            Certain Claims for Wages and Compensation) (Docket
            No. 6562)

      e.    Notice of Proposed Settlement Agreement and
            Stipulation Resolving the Debtors' Thirtieth

Omnibus Objection to Claim 9451 (Docket No. 7156)

f.    Third Supplemental Order on Debtors' Thirtieth
      Omnibus Objection to Claims (Disallowance of
      Certain Claims for Wages and Compensation) (Docket
      No. 7293)

g.    Fourth Supplemental Order on Debtors' Thirtieth
      Omnibus Objection to Claims (Disallowance of
      Certain Claims for Wages and Compensation) (Docket
      No. 7667)

Objection
Deadline:      September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:         See attached Exhibit A.

Status:        Orders have been entered partially
               sustaining the objection.  For those
               claims for which the objection is still
               pending, this matter is adjourned to
               October 27, 2010 at 2:00 p.m.  See
               attached Exhibit A.

14.   Debtors' Thirty-First Omnibus Objection to Claims
      (Disallowance of Certain Legal Claims) (Docket No.
      4585)

      Related
      Documents:

      a.    Order on Debtors' Thirty-First Omnibus Objection
            to Claims (Disallowance of Certain Legal Claims)
            (Docket No. 5294)

      b.    Notice of Proposed Settlement Agreement and
            Stipulation by and Among the Debtors and
            Satchidananda Mims a/k/a Satchi Mims Resolving the
            Debtors' Thirty-First Omnibus Objection to Claim
            No. 5469 and the Debtors' Seventieth Omnibus
            Objection to Claim No. 5708 (Docket No. 8358)

      Objection

Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An Order has been entered partially
                   sustaining the objection.  The claim of
                   PNY Technologies will proceed in
                   accordance with the scheduling order in
                   Adversary Proceeding No. 10-03056.  The
                   claim of Satchidananda Mims has been
                   resolved by Settlement Agreement and
                   Stipulation (Docket No. 8358).  Other
                   than the foregoing, for those claims for
                   which the objection is still pending,
                   this matter is adjourned to October 27,
                   2010 at 2:00 p.m.  See attached Exhibit
                   A.

15.   Debtors' Thirty-Third Omnibus Objection to Claims
      (Modification and/or Reclassification of Certain
      Claims) (Docket Nos. 4588, 4590)

      Related
      Documents:

      a.    Order on Debtors' Thirty-Third Omnibus Objection
            to Claims (Modification and/or Reclassification of
            Certain Claims) (Docket No. 5192)

      b.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 9293 filed
            by Cyndi Ann Haines and Response Thereto (Docket
            No. 6551)

      c.    Notice of Hearing on the Merits on Debtors'
            Thirty-third Omnibus Objection to Claim 7295 Filed
            by Amore Construction Company and Response Thereto
            (Docket No. 6553)

      d.    Supplemental Order on Debtors' Thirty-Third
            Omnibus Objection to Claims (Modification and/or
            Reclassification of Certain Claims) (Docket No.
            6852)

    e.    Second Supplemental Order on Debtors' Thirty-Third Omnibus Objection to Claims (Modification and/or Reclassification of Certain Claims) (Docket No. 7637

    f.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Bell'O International Corp. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7435 (Docket No. 7741)

    g.    Notice of Proposed Settlement and Stipulation by and Among the Debtors and Sharpe Partners, LLC Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 6257 (Docket No. 7996)

    h.    Notice of Proposed Settlement and Stipulation by and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:    September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:    See attached <u>Exhibit A</u>.

Status:    An order has been entered partially sustaining the objection.  A supplemental order has been submitted reclassifying certain claims.  For the one claim for which the objection is still pending, this matter is adjourned to October 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A</u>.

16.    Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

Related
Documents:

a.   Order On Debtors' Thirty-Fourth Omnibus Objection
     To Claims (Modification Of Certain Duplicate
     503(b)(9) Claims)(Docket No. 5385)

b.   Supplemental Order On Debtors' Thirty-Fourth
     Omnibus Objection To Claims (Modification Of
     Certain Duplicate 503(b)(9) Claims)(Docket No.
     6502)

c.   Notice of Proposed Settlement Agreement and
     Stipulation by and among the Debtors, Alliance
     Entertainment LLC, now known as Source Interlink
     Distribution, LLC, and Source Interlink Media, LLC
     Resolving Debtors' Omnibus Objections to Claims
     and Other Related Matters (Docket No. 7825)

d.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors, Motorola,
     Inc. and General Instrument Corp. d/b/a The Home &
     Networks Mobility Business of Motorola, Inc.
     (Docket No. 8027)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          Orders have been entered partially
                 sustaining the objection.  With respect
                 to Audiovox Corporation, the one
                 remaining claimant, this matter is
                 resolved in principle, subject to
                 settlement documentation.  Accordingly,
                 this matter is adjourned to October 27,
                 2010 at 2:00 p.m. pending settlement
                 documentation.  See attached <u>Exhibit A</u>.

17.  Debtors' Thirty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Claims Relating to Short Term
     Incentive Plan) (Docket No. 4600)

     Related
     Documents:

17

a.   Order on Debtors' Thirty-Sixth Omnibus Objection
     to Claims (Disallowance of Certain Claims Relating
     to Short Term Incentive Plan) (Docket No. 5193)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 October 27, 2010 at 2:00 p.m.  See
                 attached <u>Exhibit A</u>.

18.  Debtors' Thirty-Seventh Omnibus Objection to Claims
     (Reduction of Certain Personal Property Tax Claims)
     (Docket No. 4613)

     Related
     Documents:

     a.   Order on Debtors' Thirty-Seventh Omnibus Objection
          to Claims (Reduction of Certain Personal Property
          Tax Claims) (Docket No. 5397)

     b.   Debtors' Motion for Partial Summary Judgment on
          the Debtors' Thirty-Seventh Omnibus Objection to
          Claims (Reduction of Certain Personal Property Tax
          Claims) (Docket No. 7343)

     c.   Memorandum of Law In Support of Debtors' Motion
          for Partial Summary Judgment on the Debtors'
          Thirty-Seventh Omnibus Objection to Claims
          (Reduction of Certain Personal Property Tax
          Claims) (Docket No. 7344)

     d.   Notice of Motion and Hearing (Docket No. 7345)

     e.   Notice of Rescheduled Hearing On Debtors' Motion
          For And Memorandum Of Law In Support Of The

Debtors' Motion For Partial Summary Judgment On The Thirty-Seventh Omnibus Objection To Claims (Reduction Of Certain Personal Property Tax Claims) (Docket No. 7550)

f.    Notice of Presentment of Agreed Order by and Among the Debtors and Certain Taxing Authorities With Respect To The Thirty-Seventh Omnibus Objection (Docket No. 7695)

g.    Agreed Order by and Among the Debtors and Certain Taxing Authorities with Respect to the Thirty-Seventh Omnibus Objection and Related Pleadings (Docket No. 7800)

h.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Kitsap County Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13337 (Docket No. 7983)

i.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and City of Chesapeake Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 11842 (Docket No. 8015)

j.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and the Escambia County Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Gaston County, North Carolina Tax Collector Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim Nos. 1836 and 13350 (Docket No. 8167)

l.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Allen County, Indiana Treasurer Resolving the Debtors' Thirty-Seventh Omnibus Objection to Claim No. 13395 (Docket No. 8174)

m.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Harris
     County, Texas Resolving the Debtors' Thirty-
     Seventh Omnibus Objection to Claim No. 14429
     (Docket No. 8181)

n.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Travis
     County, Texas Regarding Claim Nos. 10531 and
     14423 (Docket No. 8184)

o.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Loudon
     County Resolving the Debtors' Thirty-Seventh
     Omnibus Objection to Claim No. 13686 (Docket No.
     8187)

p.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and
     Lewisville Independent School District Resolving
     the Debtors' Thirty-Seventh Omnibus Objection to
     Claim No. 13579 and Resolving Claim No. 1840
     (Docket No. 8204)

q.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Boulder
     County, Colorado Treasurer Resolving the Debtors'
     Thirty-Seventh Omnibus Objection to Claim No.
     10419 (Docket No. 8359)

r.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Ada
     County, Idaho Resolving the Debtors' Thirty-
     Seventh Omnibus Objection to Claim No.
     14430 (Docket No. 8407)

s.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Arlington
     Independent School District, Texas Resolving the
     Debtors' Thirty-Seventh Omnibus Objection to Claim
     No. 6535 and Resolving Claim No. 124 (Docket No.
     8413)

t.   Certificate of No Objection with Respect to the
     Settlement Agreement and Stipulation by and Among

20

the Debtors and Desoto County, Mississippi
Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 13944 and Related Matters
(Docket No. 8417)

u.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Brevard
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13320 (Docket No. 8438)

v.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Hernando
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13385 (Docket No. 8439)

w.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Palm
Beach County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 3882 and Relating to Claim No. 14744 (Docket
No. 8440)

x.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Osceola
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
Nos. 13064 and 13162 (Docket No. 8441)

y.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Prince
George's County, Maryland Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No.
13465 and Resolving Claim Nos. 12431 and 13466
(Docket No. 8445)

z.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Charles
County, Maryland Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13576 and
Resolving Claim No. 1835 (Docket No. 8446)

aa.  Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Wake

County, North Carolina Revenue Department
Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 13627 and Resolving Claim
No. 1795 (Docket No. 8447)

bb.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Manatee
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13325 (Docket No. 8454)

cc.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Okaloosa
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13315 (Docket No. 8455)

dd.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Pinellas
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13309 (Docket No. 8456)

ee.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Orange
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13316 (Docket No. 8457)

ff.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Snohomish
County Treasurer Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 11646 and
Resolving Claim No. 1547 (Docket No. 8487)

Objection
Deadline:          May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  An agreed
                   order has been entered resolving certain

claims.  The claims of Boulder County,
Colorado Treasurer, Ada County, Idaho,
Arlington Independent School District,
Desoto County, Mississippi, Brevard
County, Florida Tax Collector, Hernando
County, Florida Tax Collector, Palm
Beach County, Florida Tax Collector,
Osceola County, Florida Tax Collector,
Prince George's County, Maryland,
Charles County, Maryland, Wake County,
North Carolina Revenue Department,
Manatee County, Florida Tax Collector,
Okaloosa  County, Florida Tax Collector,
Pinellas County, Florida Tax Collector,
Orange County, Florida Tax Collector,
and Snohomish County Treasurer have been
resolved by Settlement Agreement and
Stipulation.  Other than the foregoing,
for those claims for which the objection
is still pending, this matter is
adjourned to October 27, 2010 at 2:00
p.m.  See attached Exhibit A.

19.   Debtors' Forty-Ninth Omnibus Objection to Certain
      Administrative Expenses and 503(b)(9) Claims and Motion
      for (I) Authority to Setoff Against Such Expenses and
      Claims and (II) a Waiver of the Requirement that the
      First Hearing on Any Response Proceed as a Status
      Conference (Docket No. 5212)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
            Fiftieth Omnibus Objections (Docket No. 5964)

      c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
            Objection to Certain Administrative Expenses and
            503(b)(9) Claims and Motion for (I) Authority to
            Setoff Against Such Expenses and Claims and (II) a
            Waiver of the Requirement that the First Hearing
            on Any Response Proceed as a Status Conference
            (Docket No. 6126)

d.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, FCMA, LLC,
      and VonWin Capital Management, L.P. (Docket No.
      7702)

e.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, VonWin
      Capital Management, LP, and Imagination
      Entertainment (Docket No. 7833)

f.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, On Corp.
      USA, Inc., On Corp., Korea Export Insurance
      Corporation, and Scoggin Worldwide Fund, Ltd.
      Resolving Debtors' Forty-Ninth Omnibus Objection
      to Claim No. 14446 and Other Matters (Docket No.
      8247)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For the one
                 claim for which the objection is still
                 pending, this matter is adjourned to
                 October 27, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

20.   Debtors' Fiftieth Omnibus Objection to Certain
      Administrative Expenses and Motion for (I) Authority to
      Setoff Against Such Expenses and (II) a Waiver of the
      Requirement that the First Hearing on Any Response
      Proceed as a Status Conference (Docket No. 5213)

      Related
      Documents:

      a.    Memorandum Opinion (Docket No. 5963)

      b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and

Fiftieth Omnibus Objections (Docket No. 5964)

c.   Supplemental Order on Debtors' Fiftieth Omnibus
     Objection to Certain Administrative Expenses and
     Motion for (I) Authority to Setoff Against Such
     Expenses and (II) a Waiver of the Requirement that
     the First Hearing on Any Response Proceed as a
     Status Conference (Docket No. 6127)

d.   Second Supplemental Order on Debtors' Fiftieth
     Omnibus Objection to Certain Administrative
     Expenses and Motion for (I) Authority to Setoff
     Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 6664)

e.   Third Supplemental Order On Debtors' Fiftieth
     Omnibus Objection To Certain Administrative
     Expenses and Motion For (I) Authority To Setoff
     Against Such Expenses and (II) A Waiver Of The
     Requirement That The First Hearing On Any Response
     Proceed As A Status Conference (Docket No. 3800)

f.   Notice of Proposed Settlement Agreement and
     Stipulation by an Among the Debtors and Fujitsu
     Ten Corp. of America (Docket No. 7643)

g.   Notice of Proposed Settlement Agreement and
     Stipulation by and among the Debtors, VonWin
     Capital Management, LP, and Imagination
     Entertainment (Docket No. 7833)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For the three
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 October 27, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

21.   Debtors' Sixtieth Omnibus Objection to Claims
      (Disallowance of Certain (i) No Liability (Legal
      Claims); (ii) No Liability (Miscellaneous Claims); and
      (iii) No Liability (Subcontractor Claims)) (Docket No.
      5879)

      Related
      Documents:

      a.   Order on Debtors' Sixtieth Omnibus Objection to
           Claims (Disallowance of Certain (i) No Liability
           (Legal Claims); (ii) No Liability (Miscellaneous
           Claims); and (iii) No Liability (Subcontractor
           Claims) (Docket No. 6368)

      b.   Supplemental Order on Debtors' Sixtieth Omnibus
           Objection to Claims (Disallowance of Certain (i)
           No Liability (Legal Claims); (ii) No Liability
           (Miscellaneous Claims); and (iii) No Liability
           (Subcontractor Claims) (Docket No. 6585)

      c.   Notice of Hearing on the Merits on Debtors'
           Sixtieth Omnibus Objection to Claim No. 14123
           Filed by Phillip Lee Steele and Response Thereto
           (Docket No. 8205)

      d.   Second Supplemental Order on Debtors' Sixtieth
           Omnibus Objection to Claims (Disallowance of
           Certain (I) No Liability (Legal Claims); (II) No
           Liability (Miscellaneous Claims); and (III) No
           Liability (Subcontractor Claims) (Docket No. 8285)

      e.   Third Supplemental Order on Debtors' Sixtieth
           Omnibus Objection to Claims (Disallowance of
           Certain (I) No Liability (Legal Claims); (II) No
           Liability (Miscellaneous Claims); and (III) No
           Liability (Subcontractor Claims) (Docket No. 8421)

      Objection
      Deadline:        December 14, 2009 at 4:00 p.m.

      Objections/
      Responses
      Filed:           See attached Exhibit A.

26

Status:        Orders have been entered partially
               sustaining the objection.  For those
               claims for which the objection is still
               pending, this matter is adjourned to
               October 27, 2010 at 2:00 p.m.  See
               attached Exhibit A.

22.  Debtors' Seventieth Omnibus Objection to Claims
     (Disallowance of Certain (I) No Liability (Legal
     Claims); (II) No Liability (Satisfied Claims); (III) No
     Liability (Human Resources Claims); and (IV) No
     Liability (Miscellaneous Claims)) (Docket No. 7013)

     Related
     Documents:

     a.    Order on Debtors' Seventieth Omnibus Objection to
           Claims (Disallowance of Certain (I) No Liability
           (Legal Claims); (II) No Liability (Satisfied
           Claims); (III) No Liability (Human Resources
           Claims); and (IV) No Liability (Miscellaneous
           Claims)) (Docket No. 7457)

     b.    Supplemental Order on Debtors' Seventieth Omnibus
           Objection to Claims (Disallowance of Certain (I)
           No Liability (Legal Claims); (II) No Liability
           (Satisfied Claims); (III) No Liability (Human
           Resources Claims); and (IV) No Liability
           (Miscellaneous Claims)) (Docket No. 7674)

     c.    Notice of Proposed Settlement Agreement and
           Stipulation by and Between the Debtors and
           Universal Display and Fixtures Company (Docket No.
           8002)

     d.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and
           Satchidananda Mims a/k/a Satchi Mims Resolving the
           Debtors' Thirty-First Omnibus Objection to Claim
           No. 5469 and the Debtors' Seventeenth Omnibus
           Objection to Claim No. 5708 (Docket No. 8358)

     e.    Notice of Proposed Settlement Agreement and
           Stipulation by and Between the Debtors and Richard

Kreuger (Docket No. 8435)

Objection
Deadline:          April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  The claim of
                   Richard Kreuger has been resolved by
                   Settlement Agreement and Stipulation
                   (Docket No. 8435).  Other than the
                   foregoing, for those claims for which
                   the objection is still pending, this
                   matter is adjourned to October 27, 2010
                   at 2:00 p.m.  See attached Exhibit A.

23.  Debtors' Seventy-Fourth Omnibus Objection to Claims
     (Reclassification of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 7447)

     Related
     Documents:

     a.    Order on Debtors' Seventy-Fourth Omnibus Objection
           to Claims (Reclassification of Certain Alleged
           Administrative Expenses on Account of Employee
           Obligations) (Docket No. 7856)

     Deadline:          June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        October 27, 2010 at 2:00 p.m.  See
                        attached Exhibit A.

24.  Debtors' Seventy-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Misclassified Administrative
     Claims) (Docket No. 7460)

     Related
     Documents:

     a.   Order on Debtors' Seventy-Sixth Omnibus Objection
          to Claims (Disallowance of Certain Misclassified
          Administrative Claims) (Docket No. 7858)

     b.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors, the Equal
          Employment Opportunity Commission, Jamal Booker
          and Christopher Snow Resolving the Debtors'
          Seventy-Sixth and Seventy-Eighth Omnibus
          Objections to Claim No. 14453 and Regarding Claim
          Nos. 12921, 4230 and 4238 (Docket No. 8138)

     Objection
     Deadline:      June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached Exhibit A

     Status:        An order has been entered partially
                    sustaining the objection.  For the two
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    October 27, 2010 at 2:00 p.m.  See
                    attached Exhibit A.

25.  Debtors' Seventy-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 7463)

     Related
     Documents:

     a.   Notice of Motion and Hearing

     b.   Order on Debtors' Seventy-Eighth Omnibus Objection
          to Claims (Disallowance of Certain Late Claims)
          (Docket No. 7860)

     c.    Supplemental Order on Debtors' Seventy-Eighth Omnibus Objection to Claims (Disallowance of Certain Late Claims) (Docket No. 7942)

     d.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, the Equal Employment Opportunity Commission, Jamal Booker and Christopher Snow Resolving the Debtors' Seventy-Sixth and Seventy-Eighth Omnibus Objections to Claim No. 14453 and Regarding Claim Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline:         June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:         Orders have been entered partially sustaining the objection.  For the one claim for which the objection is still pending, this matter is adjourned to October 27, 2010 at 2:00 p.m.  See attached Exhibit A.

26.   Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 7874)

    Related
    Documents:

     a.    Order on Debtors' Seventy-Ninth Omnibus Objection to Claims (Disallowance of Certain Legal Claims) (Docket No. 8199)

Objection
Deadline:         July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:         An order has been entered partially

sustaining the objection.  For those claims for which the objection is still pending, this matter is adjourned to October 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A.</u>

27.  Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

Related
Documents:

a.  Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8519)

b.  Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and Eighty-First Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

Objection
Deadline:        August 24, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached <u>Exhibit A</u>.

Status:          An order has been entered partially sustaining the objection.  The claim of Export Development Canada has been resolved by Settlement Agreement and Stipulation (Docket No. 8522).  Other than the foregoing, for the two claims for which the objection is still pending, this matter is adjourned to October 27, 2010 at 2:00 p.m.  See attached <u>Exhibit A.</u>

28.  Debtors' Eighty-First Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and

Disallowance of Certain Invalid Claims) (Docket No. 8186)

Related
Documents:

a.    Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Convergys Customer Management Group Inc. and Convergys Learning Solutions Resolving the Debtors' Eighty-First Omnibus Objection to Claim No. 7184 and Regarding Claim No. 1092 (Docket No. 8374)

b.    Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and Eighty-First Omnibus Objections to Claim 8054 and Resolving Claim 7960 (Docket No. 8522)

Objection
Deadline:       August 24, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          See attached Exhibit A.

Status:         An order has been entered partially sustaining the objection.  The claim of Convergys Customer Management Group Inc. and Convergys Learning Solutions has been resolved by Settlement Agreement and Stipulation (Docket No. 8374).  The claim of Export Development Canada has been resolved by Settlement Agreement and Stipulation.  Other than the foregoing, for the one claim for which the objection is still pending, this matter is adjourned to October 27, 2010 at 2:00 p.m.  See attached Exhibit A.

**V.    ADVERSARY PROCEEDINGS**

29.   Complaint (Docket No. 1) (<u>Carmax Auto Superstores, Inc.
      v. Circuit City Stores, Inc.</u>, Adversary No. 10-3138
      (KRH))

      Answer Due:      September 24, 2010, extended for the
                       Debtors until October 27, 2010

      Objections/
      Responses
      Filed:          None at the time of filing this agenda

      Status:         This matter has been resolved in
                      principle, subject to completion of
                      settlement documentation.  This matter
                      is adjourned to October 27, 2010 at 2:00
                      p.m. pending completion of settlement
                      documentation.

```
Dated: September 24, 2010      SKADDEN, ARPS, SLATE, MEAGHER &
       Richmond, Virginia          FLOM LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                      - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                                   FLOM LLP
                               Chris L. Dickerson, Esq.
                               155 N. Wacker Drive, Suite 2700
                               Chicago, Illinois 60606-2700
                               (312) 407-0700

                                      - and -

                               MCGUIREWOODS LLP


                               /s/ Douglas M. Foley            .
                               Douglas M. Foley (VSB No. 34364)
                               Sarah B. Boehm (VSB No. 45201)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession
```

\18689744.1

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the September 27, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 20 | Audiovox Corporation | 4107 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 23 | Digital Innovations, LLC | 4132 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Eisner, Roy | 4821 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Marion County, Florida | 4891 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 50 | Digital Innovations, LLC on behalf of Vonwin Capital Management, LP | 5474 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | Audiovox Corporation | 5476 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
|  |  |  |  |
| 76 | Lei, Yu-Liang | 7584 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 7771 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 79 | Thomas, Anna | 7955 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Foster, William | 7999 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Eisner, Joanne | 8003 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 8016 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 8017 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 8018 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Evans, Joe | 8030 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 8031 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 8032 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Fouskey, James | 8033 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 8034 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Martinez, Anthony | 8035 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 79 | Lopresti, Mary | 8036 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Murphy, Leedell | 8037 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 8041 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Perez, Jesse | 8052 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Rollins, James | 8054 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 8055 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 8056 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Grande, Richard | 8088 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 79 | Granito, Diane | n/a | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 80 | Moncayo Settlement Class | 8341 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| 80 | Commerce Technologies Inc. | 8357 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |
| | | | |
| 81 | iGate Global Solutions, Limited | 8342 | The status hearing on this response is adjourned to October 27, 2010 at 2:00 p.m. |

\18272097.1