# NOTICE OF CLAIMS PURCHASE AGREEMENT

**NORTHERN CALIFORNIA CONTRACTORS**, a(n) _CA_ (State of Incorporation) _Corp_ (Entity Type), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Archon Bay Capital LLC**, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $8382.09 (proof of claim amount, defined as the "Claim") against Circuit City Stores, Inc. (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **Eastern District of Virginia**, or any other court with jurisdiction over the Proceedings (the "Court"), Administrative Case Number 08-35653 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claim Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the 21st day of Sept, 2010.

Witness: _[signature]_
(Signature)

DAVID LEWIS, OFFICE MGR
(Print Name and Title of Witness)

_[signature]_
(Print Name)

_[signature]_
(Signature of Corporate Officer)

John Weir, President
(Print Name and Title of Corporate Officer)

Archon Bay Capital LLC

Witness: _____
(Signature)

_[signature]_
(Archon Bay Capital LLC)

Exhibit "A"