**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 23, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or (3) form, attached hereto as **Exhibit B** via First Class Mail.

Furthermore, on September 23, 2010, the parties set forth on the service list attached hereto as **Exhibit C** were served with a copy of the document(s) referenced on **Exhibit C** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit D** via First Class Mail.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Furthermore, on September 23, 2010, the parties set forth on the service list attached hereto as **Exhibit E** were served with a copy of the document(s) referenced on **Exhibit E** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit F** via First Class Mail.

Dated: September 24, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of September, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

```
MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014
```

# EXHIBIT A

Exhibit A
Rule 3001(e)(1) or 3001(e)(3)

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|
| Transferor | Meadowbrook Village Ltd Ptnrsp | c o Citizens National Bank | PO Box 486 | | Wexford | PA | 15090 | $17,616.24 | 8601 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | $17,616.24 | 8601 |
| Notice Party | Meadowbrook Village Ltd Ptnrsp | | 8150 Perry Hwy Ste 105 | | Pittsburgh | PA | 15237 | $17,616.24 | 8601 |
| Transferor | Belen A Abriles Arce | | J 11 San Patricio Ave Apt No 9 | San Patricio Chalets | Guaynabo | PR | 00968 | $4,185.00 | 8603 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | $4,185.00 | 8603 |
| Transferor | Bay Counties Pitcock Petroleum | | PO Box 23684 | | Pleasant Hill | CA | 94523 | $1,339.17 | 8614 |
| Transferee | Archon Bay Capital Partners LLC | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | $1,339.17 | 8614 |
| Transferor | City of Taylor MI | | PO Box 298 | | Taylor | MI | 48180 | $138.64 | 8615 |
| Transferee | Archon Bay Capital Partners LLC | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | $138.64 | 8615 |
| Transferor | Hampton Mental Health Assoc | | 2208 Executive Dr Ste C | | Hampton | VA | 23666 | $3,000.00 | 8616 |
| Transferee | Archon Bay Capital Partners LLC | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | $3,000.00 | 8616 |
| Transferor | ICI Dulux Paint Centers | | PO Box 905066 | | Charlotte | NC | 28290 | $177.32 | 8617 |
| Transferee | Archon Bay Capital Partners LLC | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | $177.32 | 8617 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____
|                                   ) | Chapter 11
In re                              )
    Circuit City Stores, Inc.      ) | Case No. 08-35653 (KRH)
                                    ) | (Jointly Administered)
                                    )
Debtor                             )

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1) or (3)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
            Transferor Address

Please note that the liability to you listed in the amount of _____ in the Schedules of Assets and Liabilities in the above referenced case has been transferred (**unless previously expunged by court order**) to:

    Transferee
    Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                    **By:**            _____/s/_____
                                  **Joseph Johnson**

cc: Notice Party (if applicable)

# EXHIBIT C

Exhibit C
Rule 3001(e)(2) or 3001(e)(4)

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Daily Journal | | PO Box 909 | | Tupelo | MS | 38802 | 3424 | $5,011.80 | 8581 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 3424 | $5,011.80 | 8581 |
| Transferor | Daily Oklahoman | Mark Wilmes | PO Box 25125 | | Oklahoma City | OK | 73125 | 4005 | $53,074.98 | 8582 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 4005 | $53,074.98 | 8582 |
| Notice Party | Daily Oklahoman | c o G Rudy Hiersche Jr | 105 N Hudson Ste 300 | | Oklahoma City | OK | 73102 | 4005 | $53,074.98 | 8582 |
| Transferor | WPVI Television LLC | Tanya Menton VP Counsel | ABC Inc | 77 W 66th St 15th Fl | New York | NY | 10023 | 6850 | $21,930.00 | 8583 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 6850 | $21,930.00 | 8583 |
| Notice Party | WPVI TV | ABC Inc | 14285 Collection Ctr Dr | | Chicago | IL | 60693 | 6850 | $21,930.00 | 8583 |
| Transferor | Wells Fargo Bank NA Successor to Wells Fargo Bank Minnesota NA | David A Rigazio | 161 Concord Exchange N | MAC N9100 030 | South St Paul | MN | 55075 | 3475 | $7,312.19 | 8584 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 3475 | $7,312.19 | 8584 |
| Notice Party | Wells Fargo Bank NA | | 101 N Phillips Ave | | Sioux Falls | SD | 57104 | 3475 | $7,312.19 | 8584 |
| Notice Party | Wells Fargo Shareowner Svcs | | PO Box 64875 | | St Paul | MN | 55164 | 3475 | $7,312.19 | 8584 |
| Transferor | Topline Appliance Depot Inc | | 965 N Cocoa Blvd | | Cocoa | FL | 32922 | 613 | $17,514.88 | 8602 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | New York | NY | 10018 | 613 | $17,514.88 | 8602 |
| Notice Party | Topline Appliance Depot Inc | | 2730 W New Haven Ave | | Melbourne | FL | 32904 | 613 | $17,514.88 | 8602 |
| Transferor | MRV Wanamaker LC | | 3501 SW Fairlawn Rd Ste 200 | | Topeka | KS | 66614 | 9282 | $627,207.65 | 8623 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | Stamford | CT | 06902 | 9282 | $627,207.65 | 8623 |
| Notice Party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz III Ste 705 | Jersey City | NJ | 07311 | 9282 | $627,207.65 | 8623 |

# EXHIBIT D

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____
In re                                                                )          Chapter 11
                                                                         )
    Circuit City Stores, Inc.                       )          Case No. 08-35653 (KRH)
                                                                         )          (Jointly Administered)
                                                                         )
Debtor_____  )

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:    Transferor
            Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

        Transferee
        Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

| | |
|---|---|
| United States Bankruptcy Court | Kurtzman Carson Consultants LLC |
| Eastern District of Virginia | Circuit City Stores, Inc. |
| Richmond Division | Transfers Objection |
| 701 East Broad Street, Suite 4000 | 2335 Alaska Ave |
| Richmond, VA 23219 | El Segundo, CA 90245 |

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                           **By:**    _____/s/_____
                                         **Joseph Johnson**

**cc:**  Notice Party (if applicable)

# **EXHIBIT E**

**Exhibit E**

**Rule 3001(e)(1) - 3001(e)(4) Rejected**

| Party Description | Name | Address 1 | City | State | Zip | Docket Number |
|---|---|---|---|---|---|---|
| Transferor | Carrera Arquitectos PSC | Acuarela 100 Ste 301 | Guaynobo | PR | 00969 | 8618 |
| Transferee | Argo Partners | 12 W 37th St 9th Fl | New York | NY | 10018 | 8618 |

# EXHIBIT F

# **<u>NOTICE OF REJECTION OF NOTICE OF TRANSFER</u>**

|        |                                     |
|--------|-------------------------------------|
| TO:    | Transferee                          |
|        | Transferee Address                  |
| CC:    | Transferor                          |
|        | Transferor Address                  |
|        | Notice Party (if applicable)        |
| FROM:  | Joseph Johnson                      |
| DATE:  |                                     |
| RE:    | Notice of Rejection of Notice of Transfer |

---

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____    The NOT asserts that it transfers a scheduled liability which has been superseded by a subsequently filed proof of claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.