Gregg M. Galardi, Esq.          Douglas M. Foley (VSB No. 34364)
Ian S. Fredericks, Esq.         Sarah B. Boehm (VSB No. 45201)
SKADDEN, ARPS, SLATE, MEAGHER &  MCGUIREWOODS LLP
FLOM, LLP                       One James Center
One Rodney Square               901 E. Cary Street
PO Box 636                      Richmond, Virginia 23219
Wilmington, Delaware 19899-0636 (804) 775-1000
(302) 651-3000

            - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :   Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :   Case No. 08-35653 (KRH)
et al.,                        :
                               :
            Debtors.           :   Jointly Administered
- - - - - - - - - - - - - - - x

**ORDER GRANTING DEBTORS' MOTION FOR
AN ORDER UNDER 11 U.S.C. § 105(a) AND FED. R.
BANKR. P. 9006(b) FURTHER EXTENDING THE TIME PERIOD
WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO
28 U.S.C. § 1452 AND FED. R. BANKR. P. 9027**

Upon the motion (the "Motion")[1] of the Debtors

for entry of an order under Bankruptcy Code section

105(a) and Bankruptcy Rule 9006(b) further extending the

time period within which the Debtors may remove actions

pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027;

and this Court having fully considered the record before

it; and it appearing that notice of the Motion was good

and sufficient under the circumstances; and it appearing

that the relief requested by the Motion is in the best

interests of the Debtors' estates, their creditors, and

other parties in interest; and after due deliberation

thereon; and good and sufficient cause appearing

therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Motion is GRANTED.

2.    The time period within which the Debtors

may remove actions pending as of the Petition Date under

28 U.S.C. § 1452 and Bankruptcy Rule 9027 is hereby

further extended through the later of (a) January 26,

---

[1]    Each capitalized term not otherwise defined herein shall have
the meaning ascribed to it in the Motion.

2011, or (b) 30 days after entry of an order terminating

the automatic stay with respect to any particular action

sought to be removed.

       3.    Entry of this Order is without prejudice

to the Debtors' right to seek from this Court further

extensions of the time period to remove actions.

       4.    This Court shall retain jurisdiction with

respect to any dispute concerning the relief granted

hereunder.

Dated:  Richmond, Virginia
        _____, 2010


                                _____
                               UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

        - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

        - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


   **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

     Pursuant to Local Bankruptcy Rule 9022-1(C), I
hereby certify that the foregoing proposed order has
been endorsed by or served upon all necessary parties.

                         /s/ Douglas M. Foley
                         Douglas M. Foley


                         4