## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

------------------------------------------------- x
|   | : | Chapter 11 |
In re: | : |
| : | Case No. 08-35653 (KRH) |
CIRCUIT CITY STORES, INC., | : |
et al., | : |
| : | Jointly Administered |
Debtors.[1] | : |
------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On September 27, 2010, I caused to be served the document listed below upon the parties listed on **Exhibit A** hereto via postage pre-paid U.S. mail:

(Personalized) Class 3 Election Letter (attached hereto as **Exhibit B**)

Dated: September 30, 2010

_____
Evan Gershbein

State of California,
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on September 30, 2010, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

# EXHIBIT A

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number/ Schedule F Amount |
|---|---|---|---|---|---|---|---|---|---|
| ABRANTES, JOHN DAVID | JOHN ABRANTES | 11651 DECLARATION DR | | | RANCHO CUCAMONGA | CA | 91730-8228 | | 5396 |
| ABRANTES, JOHN DAVID | JOHN ABRANTES | 11651 DECLARATION DR | | | RANCHO CUCAMONGA | CA | 91730-8228 | | 5419 |
| ANDRUS, MIKE J | | 4194 EAST NIBLEY CIRCLE | | | IDAHO FALLS | ID | 83401 | | 6185 |
| AREVALO, RUBEN | | 808 SOUTH CAROL AVE | | | MCHENRY | IL | 60050-8374 | | 3397 |
| AUTOMATED BUILDING COMPONENTS | | 17680 HANSOM CT | | | SOUTH BEND | IN | 466351013 | | 1041 |
| COLUMBIA PLAZA SHOPPING CENTER | | PO BOX 801178 | C/O WALTERS ACQUISITIONS INC | | KANSAS CITY | MO | 64180 | | $39,972.51 |
| COMPETITRACK INC | | PO BOX 826209 | | | PHILADELPHIA | PA | 19182 | | 1176 |
| COMPETITRACK INC | | PO BOX 826209 | | | PHILADELPHIA | PA | 19182 | | $1,500.00 |
| DAILY DEMOCRAT | | PO BOX 730 | | | WOODLAND | CA | 95776 | | $1,116.12 |
| FISH, JOHN C | | 1323 LACEBARK ST | | | TREVOSE | PA | 19053-4517 | | 3645 |
| GUTMAN, J THOMAS | | 205 W 95TH ST 2D | | | NEW YORK | NY | 10025 | | 5689 |
| GUTMAN, J THOMAS | | 205 W 95TH ST 2D | | | NEW YORK | NY | 10025 | | 5689 |
| HARDYMON, JAMES F | | 333 W VINE ST SUITE 300 | | | LEXINGTON | KY | 40507-1626 | | $1,500.00 |
| HARDYMON, JAMES F | | 333 WEST VINE ST | SUITE 300 | | LEXINGTON | KY | 40507-1622 | | $1,500.00 |
| HERALD & REVIEW | | PO BOX 311 | | | DECATUR | IL | 62525 | | $8,802.06 |
| KANE, ALAN | | 35 TALBOT CT | | | SHORT HILLS | NJ | 07078 | | 6827 |
| KANE, ALAN | | 35 TALBOT CT | | | SHORT HILLS | NJ | 07078 | | 7003 |
| KANE, ALAN | | 35 TALBOT CT | | | SHORT HILLS | NJ | 07078 | | 7006 |
| KANE, ALAN | | 35 TALBOT COURT | | | SHORT HILLS | NJ | 07078 | | $1,500.00 |
| KANE, ALAN | | 35 TALBOT CT | | | SHORT HILLS | NJ | 07078 | | $1,652.00 |
| KAREL, DAVID MICHAEL | | 28336 N DESERT NATIVE ST | | | QUEEN CREEK | AZ | 85143-6847 | | 2942 |
| KENNEDY, STEPHEN J | | PO BOX 1147 | | | MOAB | UT | 84532-1147 | | 7796 |
| LA CIENEGA SAWYER LTD | C/O RUBIN PACHULSKI PROPERTIES | 9601 WILSHIRE BLVD STE 260 | | | BEVERLY HILLS | CA | 90210 | | 9698 |
| Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 12242 |
| Maczka, Lukasz | | 2914 N Allen Ave | | | Chicago | IL | 60618-6702 | | 5707 |
| McDaniel Fire Systems | Thomas I Osborn | 1055 Joliet Rd | | | Valparaiso | IN | 46385 | | 594 |
| MCDANIEL FIRE SYSTEMS | | 39493 TREASURY CENTER | | | CHICAGO | IL | 60694 | | $1,410.00 |
| MILLER, FRED A | | 9870 COWDEN ST | | | PHILADELPHIA | PA | 19115-2308 | | 5217 |
| MONTAGE INC | | 3050 CENTRE POINTE DR STE 50 | | | ROSEVILLE | MN | 55113 | | 2576 |
| MONTAGE INC | | NW5803 | PO BOX 1450 | | MINNEAPOLIS | MN | 55485 | | 3193 |
| MONTAGE INC | | NW 5803 | PO BOX 1450 | | MINNEAPOLIS | MN | 55485 | | $2,450.00 |
| MONTAGE INC | | NW5803 | PO BOX 1450 | | MINNEAPOLIS | MN | 55485 | | $2,922.78 |
| MULTI SITE ENERGY ADVISORS | | 7955 SPALDING HILLS DR | | | ATLANTA | GA | 30350 | | $5,000.00 |
| MULTIBAND SUBSCRIBER SERVICES | | 9449 SCIENCE CENTER DR | | | NEW HOPE | MN | 55428-3623 | | $2,720.00 |
| NATIONAL ARBITRATION & MEDIATION INC | | 990 STEWART AVE 1ST FL | | | GARDEN CITY | NY | 11530-4882 | | 4119 |
| OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION | RON WELLS  INSPECTOR  NC  DOL | 1101 MAIL SERVICE CENTER | | | RALEIGH | NC | 27699-1100 | | $2,860.00 |
| OGDEN NEWSPAPERS INC | | 1500 MAIN ST | INTELLIGENCER NEWS REGIST | | WHEELING | WV | 26003-2826 | | 3768 |
| READING EAGLE COMPANY | | PO BOX 582 | | | READING | PA | 19603-0582 | | 2187 |
| RYAN & DAWSON | | 770 S POST OAK LN STE 550 | | | HOUSTON | TX | 77056 | | $2,364.00 |
| Stoll, Michael P | | 121 Cross Creek Dr | | | Chapel Hill | NC | 27514-1498 | | 5700 |
| STR SOFTWARE COMPANY | | 11505 ALLECINGIE PARKWAY | | | RICHMOND | VA | 23235-4301 | | 2998 |
| Temple Inland | Attn Danny McDonald | Legal Dept | 1300 S Mopac 3rd Fl | | Austin | TX | 78746-6933 | | 2100 |
| TEMPLEINLAND | ATTN DANNY MCDONALD | 1300 SOUTH MOPAC EXPRESSWAY | 3RD FLOOR | | AUSTIN | TX | 78746-6933 | | 1185 |
| TEMPLEINLAND | ATTN DANNY MCDONALD | 1300 SOUTH MOPAC EXPRESSWAY | 3RD FLOOR | | AUSTIN | TX | 78746-6933 | | 1185 |
| TEMPLEINLAND | ATTN DANNY MCDONALD | LEGAL DEPT | 1300 S MOPAC 3RD FL | | AUSTIN | TX | 78746-6933 | | $82,377.37 |
| Ware Disposal Inc | | PO Box 8089 | | | Newport Beach | CA | 92658 | | 5625 |
| WARREN, EARY N | | 1923 SW 22ND CT | | | CAPE CORAL | FL | 33991-3075 | | 8974 |
| WEBB, LESLIE E | | 9164 ODEY DR | | | MECHANICSVILLE | VA | 23116 | | 8760 |
| WEBB, LESLIE E | | 9164 ODEY DR | | | MECHANICSVILLE | VA | 23116-2690 | | 9179 |
| WHPT | | 11300 4TH ST N | STE 318 | | ST PETERSBURG | FL | 33716-2941 | | 586 |
| WHPT | | 11300 4TH ST N | STE 318 | | ST PETERSBURG | FL | 33716 | | $2,800.00 |
| WILLCOX, CARY L | | 1367 SW 8TH ST | | | BOCA RATON | FL | 33486-8403 | | 8740 |

In re Circuit City Stores, Inc.
Case No. 08-35653 (KRH)

9/28/2010 9:33 AM
Class 3 Election Letter Service List.xlsx

Class 3 Election Letter Service List

| Name | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Claim Number/ Schedule F Amount |
|------|--------------------|----------|----------|----------|------|-------|-----|---------|---------------------------------|
| WSVN | | 1401 79TH ST CAUSEWAY | | | MIAMI | FL | 33141 | | 2606 |
| WSVN | | PO BOX 1118 | | | MIAMI | FL | 33238-1118 | | $14,407.50 |

# EXHIBIT B

**Circuit City Stores, Inc.**
P.O. Box 5695
Glen Allen, VA  23058-5695

September 27, 2010

***Via First Class Mail***
[Claimant Name]
[Claimant Address]

RE:    *In re Circuit City Stores, Inc., et al.*, Ch. 11 Case No.
       08-35653 (KRH) (Bankr. E.D. Va. 2008)

Dear [_____]:

As you should be aware, on November 10, 2008 (the "Petition Date"),
Circuit City Stores, Inc. ("Circuit City") and certain of its subsidiaries (collectively,
the "Debtors") filed voluntary bankruptcy cases (the "Chapter 11 Cases") in the
United States Bankruptcy Court for the Eastern District of Virginia  (the
"Bankruptcy Court").

On September 14, 2009, Bankruptcy Court entered an order (Docket
No. 8555, the "Confirmation Order") confirming the Modified Second Amended
Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and
Debtors in Possession and its Official Committee of Creditors Holding General
Unsecured Claims attached thereto (the "Plan").[1]  The Plan was proposed jointly by
the Debtors and the statutory committee of unsecured creditors (the "Creditors'
Committee" and together with the Debtors, the "Plan Proponents").  On August 9,
2010, the Plan Proponents filed the Supplemental Disclosure With Respect to
Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its
Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors
Holding General Unsecured Claims and Notice of Deadline to Object to
Confirmation (Docket No. 8253, the "Supplement").

The Plan, the Confirmation Order and the Supplement, together with
the docket of the Debtors' chapter 11 cases and other case information, may be
accessed through the Debtors' case information website at
www.kccllc.net/circuitcity.

---

[1]    Unless otherwise defined herein, capitalized terms have the meanings ascribed to them in the
       Plan.

Page 2

The Supplement sets out the Plan Proponents' updated estimates of recoveries to creditors under the Plan, including to General Unsecured Creditors.  In particular, the Plan Proponents now estimate that, under the Plan, Holders of General Unsecured Claims in Class 4 will recover between 10% and 32% of the Allowed amount of their Claims, an increase over the recoveries originally predicted in the Disclosure Statement.[2]  Holders of Class 3 Convenience Claims, including Holders who opted in to Class 3 on their Ballots, will continue to receive a recovery of 10% of the Allowed amount of their Claims.

You have been identified as a Holder of a General Unsecured Claim who elected, on your Class 4 Ballot, to opt-in to Class 3.  As a result of this election, under the Plan, your Claim will be reduced to $1000 and you will receive a payment of 10% of this amount, or $100, subject to the Debtors' or the Liquidating Trustee's right to object to your Claim on any grounds governing law permits.

In light of the increase in estimated recoveries to Holders of Class 4 Claims, the Plan Proponents hereby offer you the opportunity to revoke your election into Class 3 and, thus, to remain in Class 4 and receive the recovery provided to that Class once your Claim is Allowed.

Should you choose to revoke your election, the Debtors and the Liquidating Trust continue to reserve all rights to object to your Claim on any grounds governing law permits.  And, there is no assurance that if you revoke your election and your Claim is treated as a Class 4 Claim, that your recovery on account of your Claim, if and when Allowed, will be greater than the recovery you would receive as a Holder of a Claim in Class 3.

If you would like to revoke your election, please fill in the requested information and sign below and return this letter to

Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, VA 23058-5695
Attn: Convenience Claim Election

- and -

Kurtzman Carson Consultants LLC
Attn: Circuit City Stores, Inc., et al.
2335 Alaska Avenue
El Segundo, CA 90245

---

[2]    Estimates of recoveries are inherently uncertain and there is no guarantee that actual recoveries will fall within the predicted range of recoveries.

Page 3

by mail no later than **October 29, 2010**.

Very truly yours,

CIRCUIT CITY STORES, INC., <u>et al</u>.

<u>/s/ Katie Bradshaw</u>_____
Katie Bradshaw
Vice President & Controller

**Certification.**  By signing this letter, I hereby certify that:

(a)   I am the Holder of [Claim number _____/ claim listed on Schedule F in the amount of $_____], as of the date hereof.

(b)   I have full power and authority to revoke the election into Class 3;

(c)   I wish to revoke my election of [Claim number _____/ my claim listed on Schedule F in the amount of $_____] into Class 3 and remain in Class 4 under the Plan; and

(d)   I understand that my decision to revoke my election into Class 3 is without prejudice to the Debtors' or the Liquidating Trust's right to object to my Claim on any grounds governing law permits, and I further understand that there is no guarantee that I will receive a greater recovery as a Holder of a Claim in Class 4.

Name Of Voter:_____
(Print Or Type)

Signature:_____

Name and Title Of  Signatory _____
(If Other Than Voter)

Date Signed:_____