UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re
CIRCUIT CITY STORES, INC. et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that JOHN D. BRUSH & CO. INC. DBA SENTRY GROUP, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
John D. Brush & Co. Inc.
DBA Sentry Group
900 Linden Avenue
Rochester, NY 14625-2700
-and-
P.O. Box 911303
Dallas, TX 75391-1303

New Address
John D. Brush & Co. Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

JOHN D. BRUSH & CO. INC.
DBA Sentry Group

By: _____
Title: _____
Date: 9/21/2010