UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC.
Debtor.

Chapter: 11
Case No: 08-35653 krh

## WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Richard E. Braun hereby withdraws his appearance on behalf of the State of Wisconsin and its Office of the State Treasurer in the above-captioned matter.

Dated this 5th day of October, 2010.

J.B. VAN HOLLEN
Attorney General

*[signature]*

RICHARD E. BRAUN
Assistant Attorney General
State Bar #1012419
Attorneys for State of Wisconsin

Richard E. Braun, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Telephone: 608/264-6201
Fax: 608/267-2223
braunre@doj.state.wi.us

## CERTIFICATE OF SERVICE

I certify that on October 5, 2010, I caused a copy of the foregoing withdrawal of appearance to be electronically filed with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notification of the filing to be served on all registered users of the ECF system who have filed notices of appearances in this case.

*/s/ Richard E. Braun*
RICHARD E. BRAUN
State Bar #1012419