UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.<br>Debtor. | Chapter: 11<br>Case No: 08-35653 krh |

LIMITED NOTICE OF APPEARANCE
Bankruptcy Rules 2002(g) and 9010(b)

TO:   Daniel F. Blanks
      McGuire Woods LLP
      9000 World Trade Center
      101 W. Main Street
      Norfolk, VA  23510

   PLEASE TAKE NOTICE that Attorney General J.B. Van Hollen and Assistant Attorney General Anne C. Murphy, enter this limited appearance on behalf of the State of Wisconsin, specifically for its Office of the State Treasurer, a party in interest in the above-entitled case, and request that copies of all future pleadings and notices be served upon the State at the address noted below.

   **THIS LIMITED APPEARANCE IS FILED ONLY AS A REQUEST FOR INFORMATION AND SHALL NOT BE CONSTRUED AS A WAIVER OF THE STATE'S IMMUNITY OR ITS CONSENT TO JURISDICTION HEREIN.**

Dated this 5th day of October, 2010.

                    J.B. VAN HOLLEN
                    Attorney General

                    /s/ Anne C. Murphy

                    ANNE C. MURPHY
                    Assistant Attorney General
                    State Bar #1031600
                    Attorneys for State of Wisconsin

Anne C. Murphy, AAG
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin  53707-7857
Telephone:  608/2646-9224
Fax:  608/267-2223
murphyac@doj.state.wi.us