# LUCE FORWARD

ATTORNEYS AT LAW • FOUNDED 1873

LUCE, FORWARD, HAMILTON & SCRIPPS LLP

2050 Main Street
Suite 600
Irvine, CA 92614
949.732.3700
www.luce.com

JESS R. BRESSI, PARTNER
DIRECT DIAL NUMBER 949.241.8967
DIRECT FAX NUMBER 949.251.5862
EMAIL ADDRESS jbressi@luce.com



September 28, 2010

38323.2

VIA U.S. MAIL

Clerk of the Court
United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

Re:   In re: Circuit City Stores, Inc.
      U.S.B.C., Eastern Dist. of Virginia, Case No. 08-35653-KRH

Dear Case Administrator:

On April 29, 2010, I wrote to you requesting the change of my address and law firm name. I note that my address has changed on the docket for me personally, however, my old address is still listed for the two parties I represent.

Please complete a change for the following two parties to the above-referenced case:

1. RJ Ventures LLC
2. K&G Dearborn LLC

Currently, these parties are listed under the following address:

**Old Address**:
Jess R. Bressi, Esq.
Cox, Castle & Nicholson, LLP
19800 MacArthur Blvd., Suite 500
Irvine, CA 92612-2480

SAN DIEGO   •   SAN FRANCISCO   •   LOS ANGELES   •   CARMEL VALLEY/DEL MAR   •   ORANGE COUNTY   •   RANCHO SANTA FE



**LUCE FORWARD**
ATTORNEYS AT LAW • FOUNDED 1873
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

Clerk of the Court
September 28, 2010
Page 2


The new address is:

> **New Address**:
> Jess R. Bressi, Esq.
> Luce, Forward, Hamilton & Scripps LLP
> 2050 Main Street, Suite 600
> Irvine, CA 92614
> Telephone: 949/241-8967
> Facsimile: 949/251-5862
> Email: jbressi@luce.com

If you have any questions, please do not hesitate to contact me. Thank you for your assistance.

Very truly yours,

Jess R. Bressi
of
LUCE, FORWARD, HAMILTON & SCRIPPS LLP

JRB/ab

501025438.1