# RGGL

*RappaportGlassGreene LevineLLP*

**RICHMOND DIVISION**
**FILED OCT 5 2010**
**CLERK US BANKRUPTCY COURT**

Charles J. Rappaport
Michael G. Glass
Michael R. Greene
Michael S. Levine
Matthew J. Zullo
James L. Forde

James L. Forde

September 30, 2010

Hon. Kevin R. Huennekens
United States Bankruptcy Judge
U.S. Courthouse Annex
701 East Broad Street, Suite 4000
Richmond, Virginia 23219-1888

Re:   Creditor: Clementine Tinsley
      Debtor: Circuit City
      Date of Accident: November 6, 2008
      Case No.: 08-36553 (KRH)
      RGGL File No.: 1148JLF

Dear Honorable Sir:

Please be advised that we are trial counsel to Kornblau & Kornblau and we currently represent Mrs. Tinsley for injuries she sustained at Circuit City on the above date. Please be so kind as to direct all future communication regarding this matter to our office.

Thank you for your cooperation in this matter.

Very truly yours,

RAPPAPORT, GLASS, GREENE & LEVINE, LLP

Sue Reyes
Paralegal

cc:   Gregg M. Galardi, Esq.
      Ian S. Fredericks, Esq.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      One Rodney Square
      P.O. Box 636
      Wilmington, Delaware 19899-0636

      Douglas M. Foley
      Sarah B. Boehm
      McGuire Woods, LLP
      One James Center
      901 East Cary Street
      Richmond, Virginia 23219

733 Third Avenue • 12th Floor • New York, NY 10017
T 212.921.5200  F 212.921.5367  E rappmail@rapplaw.com  www.rapplaw.com


RappaportGlassGreene ·Levine LLP

(Page two) 1148JLF 09/30/2010

    Chris L. Dickerson, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP.
    155 North Wacker Drive
    Chicago, Illinois 60606-7120

    Kornblau & Kornblau
    16 Court Street, Suite 1210
    Brooklyn, New York 11241