# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al | Case No. 08-35653 |
| Debtors | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **E&A Northeast Limited Partnership,** a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
E&A Northeast Limited Partnership
21 Custom House Street, Suite #450
Boston, MA  02110

New Address
E&A Northeast Limited Partnership
c/o Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

E&A Northeast Limited Partnership
c/o Christine Lynch
Goulston & Storrs
400 Atlantic Avenue
Boston, MA  02110-3333

I declare under penalty of perjury that the foregoing is true and correct.

E&A Northeast Limited Partnership
By: E&A Northeast LLC, its general partner
By: _____
Title: Vice President, Legal and Attorney-in-Fact
Date: 10/8/10