**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

```
------------------------------------------------------- x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                    :
et al.,                                       :
                                              :    Jointly Administered
                    Debtors.¹                 :
                                              :
------------------------------------------------------- x
```

**AFFIDAVIT OF SERVICE**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On October 8, 2010, the parties set forth on the service list attached hereto as **Exhibit A**

were served with a copy of the document(s) referenced on **Exhibit A** along with a customized

Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) or (3) form, attached  hereto

as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1]   The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Furthermore, on October 8, 2010, the parties set forth on the service list attached hereto as

**Exhibit C** were served with a copy of the document(s) referenced on **Exhibit C** along with a

customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form,

attached hereto as **Exhibit D** via First Class Mail.


Dated:  October 11, 2010

Christie K. Pham


State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 11th day of October, 2010, by
Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who
appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(1) or 3001(e)(3)**

| Party Description | Name | Notice Name | Address | City | State | Zip | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|
| Transferor | Sentry Group Inc | | PO Box 911303 | Dallas | TX | 75391 | $214,042.55 | 8677 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | Greenwich | CT | 06830 | $214,042.55 | 8677 |
| Notice Party | John D Brush & Co Inc dba Sentry Group | | 900 Linden Ave | Rochester | NY | 14625 | $214,042.55 | 8677 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____

|  |  |  |  |
|---|---|---|---|
| In re |  | ) | Chapter 11 |
|  | Circuit City Stores, Inc. | ) |  |
|  |  | ) | Case No. 08-35653 (KRH) |
|  |  | ) | (Jointly Administered) |
|  |  | ) |  |
| Debtor |  | ) |  |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1) or (3)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    Transferor
Transferor Address

Please note that the liability to you listed in the amount of _____ in the Schedules of Assets and Liabilities in the above referenced case has been transferred (**unless previously expunged by court order**) to:

Transferee
Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

United States Bankruptcy Court          Kurtzman Carson Consultants LLC
Eastern District of Virginia                 Circuit City Stores, Inc.
Richmond Division                             Transfers Objection
701 East Broad Street, Suite 4000       2335 Alaska Ave
Richmond, VA 23219                         El Segundo, CA 90245

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                                        **By:** _____/s/_____
                                                        **Joseph Johnson**

cc: Notice Party (if applicable)

# EXHIBIT C

Exhibit C
Rule 3001(e)(2) or 3001(e)(4)

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | John D Brush & Co Inc dba Sentry Group | | 900 Linden Ave | | Rochester | NY | 14625 | 535 | $203,301.24 | 8677 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | Greenwich | CT | 06830 | 535 | $203,301.24 | 8677 |
| Transferor | Manatee County Florida | Robert M Eschenfelder Asst County Atty | PO Box 1000 | | Bradenton | FL | 34206 | 5573 | $312.81 | 8682 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | Surfside Beach | SC | 29587 | 5573 | $312.81 | 8682 |
| Transferor | Brandywine Grande C LP | c o Niclas A Ferland Esq | LeClair Ryan APC | 555 Long Wharf Dr 8th Fl | New Haven | CT | 06511 | 12168 | $1,189,992.94 | 8710 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | Stamford | CT | 06902 | 12168 | $1,189,992.94 | 8710 |

# EXHIBIT D

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

| | | |
|---|---|---|
| _____ | ) | Chapter 11 |
| In re | ) | |
|      Circuit City Stores, Inc. | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtor _____ | ) | |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    Transferor
       Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

       Transferee
       Transferee Address

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

United States Bankruptcy Court          Kurtzman Carson Consultants LLC
Eastern District of Virginia            Circuit City Stores, Inc.
Richmond Division                       Transfers Objection
701 East Broad Street, Suite 4000       2335 Alaska Ave
Richmond, VA 23219                      El Segundo, CA 90245

Send a copy of your objection to the transferee.  If you file an objection, a hearing may be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                    **By:**    _____/s/_____
                                    **Joseph Johnson**

**cc:** Notice Party (if applicable)