# CARRANO & CARRANO, LLC
### ATTORNEYS AT LAW
### 270 QUINNIPIAC AVENUE
### NORTH HAVEN, CONNECTICUT 06473
### Phone 203-787-4844     Fax 203-787-4213

Frank A. Carrano
Christi M. Carrano

```
RICHMOND DIVISION
F                    F
I                    I
L    OCT 1 2 2010    L
E                    E
D                    D
       CLERK
  US BANKRUPTCY COURT
```

October 5, 2010

United States Bankruptcy Court
Eastern District of Virigina
ATTN: Jenni Jafarbay, Deputy Clerk
701 East Broad Street, Room 4000
Richmond, VA 23219

  RE: **In re: Circuit City Stores, Inc., et al.**
    **Case Number: 08-35653 (KRH)**
    **My Client: William Foster**

Dear Ms. Jafarbay:

  Please be advised that my office represents William Foster in a claim against Circuit City. On June 30, 2010, my office, on behalf of William Foster, filed a response to the Debtor's Omnibus Objection to Claims. It is my understanding based on correspondence received from your Court that this matter has been scheduled for a status hearing on Wednesday, October 27, 2010 at 2:00 p.m.

  Mr. Foster has been made aware that if nobody attends this hearing, his case will likely get dismissed. Unfortunately, neither myself nor Mr. Foster will be able to attend this hearing.

  Please feel free to contact me with any questions. Thank you for your cooperation.

            Sincerely,

            *[signature]*
            Christi M. Carrano

CMC/jk