UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
RICHMOND DIVISION
F                    F
I   OCT 1 2 2010     I
L                    L
E                    E
D       CLERK        D
  US BANKRUPTCY COURT
```

-----------------------------------------------------------x
                                          :
**In re:**                                :    **Chapter 11**
                                          :
**CIRCUIT CITY STORES, INC., et al.,**    :    **Case No.: 08-35653-KRH**
                                          :
     **Debtors.**                         :    **(Jointly Administered)**

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM
### NO. 3218 FILED BY SUEZ ENERGY RESOURCES NA, INC.

**PLEASE TAKE NOTICE** that I, the undersigned, am an authorized signatory for GDF SUEZ Energy Resources NA, Inc. ("GDF Suez", formerly known as Suez Energy Resources NA, Inc.) in the above-referenced matter. Pursuant to Federal Rule of Bankruptcy Procedure 3006, GDF Suez hereby withdraws Proof of Claim No. 3218 filed on January 2, 2009.

Dated: October 5, 2010

                                        **GDF SUEZ ENERGY RESOURCES NA, INC.**

                                        By: _____
                                            Jason S. Austin
                                            Vice President & General Counsel
                                            1990 Post Oak Blvd., Suite 1900
                                            Houston, TX 77056
                                            Tel: (713) 636-1742



October 5, 2010

Clerk, US Bankruptcy Court
701 East Broad Street
Richmond, VA 23219
Attn: William C. Redden

Re: Case No. 08-35653 (KRH) – *Circuit City Stores, Inc., et al (Chapter 11)*
United States Bankruptcy Court, Eastern District of Virginia, Richmond Division

Dear Sir:

GDF SUEZ Energy Resources NA, Inc. ("GDF Suez", formerly known as Suez Energy Resources NA, Inc.) submitted an Unsecured Non-priority Claim pursuant to Section 503(b)(9) in the amount of $156,711.61 on January 2, 2009. GDF Suez respectfully requests that Proof of Claim No. 3218 filed in the amount of $156,711.61 be withdrawn, and the attached Withdrawal of Proof of Claim be accepted in the above referenced bankruptcy proceeding.

If there are any questions regarding this claim please feel free to contact me at (713) 636-1742.

Respectfully,

Jason S. Austin
Vice President & General Counsel
GDF SUEZ Energy Resources NA, Inc.
1990 Post Oak Blvd., Suite 1900
Houston, TX 77056
jason.austin@gdfsuezna.com