UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

RICHMOND DIVISION
FILED
OCT 12 2010
CLERK
US BANKRUPTCY COURT

Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.

For:  ☐ Debtor
      ☐ Attorney [If Applicable:] Name: *Phillip Lee Steele*
      ☑ Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:     ☐ Husband and Wife
                        ☐ Husband Only
                        ☐ Wife Only

[If applicable] Case Name: *Circuit City Stores*
[If applicable] Case No./Adversary Proceeding No.: *08-35653*
[If applicable] Creditor Name: *Phillip Lee Steele*

☑ Street Address    ☑ Mailing Address
New Address: *1905 James Street Apt A*
             No. and Street, Apt., P. O. Box or R. D. No.

City: *Durham*    State: *NC*   Zip: *27707*

☑ Street Address    ☑ Mailing Address
Old Address: *1208 Dawkins Street Apt A*
             No. and Street, Apt., P. O. Box or R. D. No.

City: *Durham*    State: *NC*   Zip: *27707*
Telephone Number: (*919*) *246-4068*
**Please include area code**

*/s/ Phillip L. Steele*
Signature of Filer [*check filer type below*]:
☐ Attorney for Debtor
☐ Debtor [*If joint case and address is for **husband and wife**, both debtors must sign.*]
☑ Creditor
☐ Attorney

Date: *10/7/2010*
pc:   Trustee
      United States Trustee
      Creditor (for creditor's change of address)

[changead ver. 02/08]