B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In re Circuit City Stores, Inc.,                              Case No. 08-35653

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Raymond & Main Retail, LLC
Name of Transferee

Panattoni Construction, Inc.
Name of Transferor

Name and Address where notices to transferee should be sent: c/o Preferred Capital Advisors
Attn: Craig Zarro
555 Capital Mall, Suite 200
Sacramento, CA 95819

Phone: 916-669-4693
Last Four Digits of Acct #: _____

Court Claim # (if known): 6821
Amount of Claim: $711,931.20
Date Claim Filed: 01/28/2009

Phone: 949-296-2960
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Daniel A. C___     Date: 10/08/10
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Panattoni Construction, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Raymond & Main Retail, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in 11 U.S.C. § 101(5)) to the extent of $711,931.20 associated with the proof of claim number 6821 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXEUCTED THIS 8th day of October, 2010.

PANATTONI CONSTRUCTION, INC.

By: _____

Name: _____

Title: _____

RAYMOND & MAIN RETAIL, LLC

By: *See attached Signature Block*

Name: _____

Title: _____

HOUSTON\2421011.1

RAYMOND & MAIN RETAIL, LLC,
a California limited liability company

By:   OAK CAPITAL PARTNERS, LLC,
      a California limited liability company

      By:   OCPM1,
            a California limited liability company,
            Manager

            By:   AM INVESTORS II,
                  a California limited liability company,
                  Manager

                  By:   _____
                        Daniel A. Corfee, Manager

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Panattoni Construction, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Raymond & Main Retail, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in 11 U.S.C. § 101(5)) to the extent of $711,931.20 associated with the proof of claim number 6821 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXEUCTED THIS 8th day of October, 2010.

PANATTONI CONSTRUCTION, INC.

By: _____

Name: _____

Title: _____

RAYMOND & MAIN RETAIL, LLC

By: _Daniel A. C____

Name: DANIEL A. COFFEE

Title: MANAGING MEMBER

HOUSTON\2421011.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Panattoni Construction, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Raymond & Main Retail, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in 11 U.S.C. § 101(5)) to the extent of $711,931.20 associated with the proof of claim number 6821 (the "Claim") against Circuit City Stores, Inc. (the "Debtor"), Chapter 11 Case No. 08-35653 United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the Claim.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXEUCTED THIS 8th day of October, 2010.

PANATTONI CONSTRUCTION, INC.

By: _[signature]_
Name: EVAN HAMILTON
Title: VP / Secretary

RAYMOND & MAIN RETAIL, LLC

By: _____
Name: _____
Title: _____

HOUSTON\2421011.1