| | |
|---|---|
| **CASE NAME: CIRCUIT CITY STORES, INC., ET AL.**<br>**CASE NUMBER: 08-35653**<br>**JUDGE: KEVIN R. HUENNEKENS** | **ACCRUAL BASIS** |

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

# MONTHLY OPERATING REPORT

### MONTH ENDING: AUGUST 1, 2010 TO AUGUST 31, 2010

**IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.**

**RESPONSIBLE PARTY:**

| | |
|---|---|
| /s/ CATHERINE W. BRADSHAW | VICE PRESIDENT AND CONTROLLER |
| ORIGINAL SIGNATURE OF RESPONSIBLE PARTY | TITLE |
| | |
| CATHERINE W. BRADSHAW | OCTOBER 15, 2010 |
| PRINTED NAME OF RESPONSIBLE PARTY | DATE |

**PREPARER:**

| | |
|---|---|
| /s/ ANN P. PIETRANTONI | DIRECTOR, FINANCIAL REPORTING |
| ORIGINAL SIGNATURE OF PREPARER | TITLE |
| | |
| ANN P. PIETRANTONI | OCTOBER 15, 2010 |
| PRINTED NAME OF PREPARER | DATE |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-1 |
|---|---|
| CASE NUMBER: 08-35653 | |

# BALANCE SHEET

*(amounts in thousands)*

| | 8/31/2010 |
|---|---:|
| **ASSETS** | |
| **CURRENT ASSETS** | |
| Cash and cash equivalents | 456,873 |
| Restricted cash | 13,041 |
| Accounts receivable, net | 208,818 |
| Tax receivable | 57,060 |
| Prepaid expenses and other current assets | 3,997 |
| Intercompany receivables and investments in subsidiaries | 85,134 |
| **TOTAL CURRENT ASSETS** | **824,923** |
| Property and equipment | 35 |
| Accumulated depreciation | - |
| Net property and equipment | 35 |
| Other assets | 20,156 |
| **TOTAL ASSETS** | **845,114** |
| | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | |
| **CURRENT LIABILITIES** | |
| Merchandise payable | 141,714 |
| Expenses payable | 23,458 |
| Accrued expenses and other current liabilities | 19,843 |
| **TOTAL CURRENT LIABILITIES** | **185,015** |
| Deferred income taxes | 7,084 |
| **LIABILITIES NOT SUBJECT TO COMPROMISE** | **192,099** |
| **LIABILITIES SUBJECT TO COMPROMISE** | **1,467,207** |
| **TOTAL LIABILITIES** | **1,659,306** |
| **STOCKHOLDERS' EQUITY** | |
| Common stock | 435,612 |
| Additional paid-in capital | 304,915 |
| Retained deficit | (1,544,950) |
| Accumulated other comprehensive loss | (9,769) |
| **TOTAL STOCKHOLDERS' EQUITY** | **(814,192)** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **845,114** |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-2 |
|---|---|
| CASE NUMBER: 08-35653 | |

## INCOME STATEMENT

| *(Amounts in thousands)* | 8/1/2010 - 8/31/2010 |
|---|---:|
| **Net sales** | - |
| Cost of sales, buying and warehousing | - |
| **Gross profit** | - |
| Selling, general and administrative expenses | 746 |
| **Operating loss** | (746) |
| Interest income | - |
| Interest expense | - |
| Loss before reorganization items, GAAP reversals and income taxes | (746) |
| Net loss from reorganization items | (1,645) |
| Net gain from GAAP reversals | - |
| Income tax expense | - |
| **Net loss** | (2,391) |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | **ACCRUAL BASIS-2** |
|---|---|
| CASE NUMBER: 08-35653 | |

## INCOME STATEMENT

| *(Amounts in thousands)* | 11/10/2008 - 8/31/2010 |
|---|---:|
| **Net sales** | 3,200,966 |
| Cost of sales, buying and warehousing | 2,825,511 |
| **Gross profit** | 375,455 |
| Selling, general and administrative expenses | 1,098,360 |
| Asset impairment charges (1) | 756,785 |
| **Operating loss** | (1,479,690) |
| Interest income | 90 |
| Interest expense | 24,695 |
| Loss before reorganization items, GAAP reversals and income taxes | (1,504,295) |
| Net loss from reorganization items | (760,645) |
| Net gain from GAAP reversals (2) | 282,452 |
| Income tax benefit (3) | 84,547 |
| **Net loss** | (1,897,941) |

(1) The company recorded non-cash impairment charges of $756.8 million during the period between 11/10/2008 and 8/31/2010. The charges were primarily related to long-lived assets at the company's stores and the company's investment in its Canadian subsidiary.

(2) During the period between 1/1/09 and 8/31/10, the company reversed items that had been recorded solely for purposes of complying with generally accepted accounting principles. Items reversed include accrued straight-line rent, certain liabilities subject to compromise and other reserves established under GAAP. The net impact of these GAAP reversals was a non-cash gain of $282.5 million.

(3) During December 2009, the company recorded a net income tax benefit primarily resulting from the filing of a refund claim under the federal five year net operating loss carryback regulations.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

|  | 8/1/2010 - 8/31/2010 |
|---|---:|
| Operating Activities: | |
| Net loss | $ (2,391) |
| Adjustments to reconcile net loss to net cash used in operating activities: | |
| Net loss from reorganization items | 1,645 |
| Loss on disposition of property & equipment | 371 |
| Changes in operating assets and liabilities: | |
| Accounts receivable, net | 539 |
| Merchandise payable | (3) |
| Expenses payable | 134 |
| Accrued expenses, other current liabilities and income taxes | (251) |
| Net cash provided by operating activities before reorganization items | **44** |
| Cash effect of reorganization items (professional fees) | **(1,635)** |
| Net cash used in operating activities | **(1,591)** |
| | |
| Investing Activities: | |
| Proceeds from sales of property & equipment | 2,629 |
| Net cash provided by investing activities | **2,629** |
| | |
| Increase in cash and cash equivalents | **1,038** |
| Cash and cash equivalents at beginning of period | 455,835 |
| Cash and cash equivalents at end of period | $ **456,873** |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | ACCRUAL BASIS-3 |
|---|---|
| CASE NUMBER: 08-35653 | |

## CASH RECEIPTS AND DISBURSEMENTS

*(amounts in thousands)*

| | 11/10/2008 - 8/31/2010 |
|---|---:|
| Operating Activities: | |
| Net loss | (1,897,941) |
| | |
| Adjustments to reconcile net loss to net cash provided by operating activities: | |
| Net loss from reorganization items | 760,645 |
| Net gain from GAAP reversals | (282,452) |
| Depreciation expense | 44,305 |
| Amortization expense | 4 |
| Asset impairment charges | 756,785 |
| Stock-based compensation benefit | (8,447) |
| Loss on dispositions of property & equipment | 452,311 |
| Provision for deferred income taxes | 3,383 |
| Other | (9,813) |
| Changes in operating assets and liabilities: | |
| Restricted cash and cash held by BOA | (20,758) |
| Accounts receivable, net | (52,279) |
| Merchandise inventory | 1,605,958 |
| Prepaid expenses & other current assets | 87,613 |
| Other assets | 17,705 |
| Merchandise payable | (1,365) |
| Expenses payable | (22,943) |
| Accrued expenses, other current liabilities and income taxes | (114,822) |
| Intercompany receivables | 6,132 |
| Other long-term liabilities | (231,876) |
| Net cash provided by operating activities before reorganization items | **1,092,145** |
| Cash effect of reorganization items (professional fees & settlement of receivables) | **(5,399)** |
| Net cash provided by operating activities | **1,086,746** |
| | |
| Investing Activities: | |
| Purchases of property and equipment | (748) |
| Dividend received from captive insurance subsidiary | 8,952 |
| Proceeds from sales of available for sale securities | 1,140 |
| Proceeds from sales of property & equipment | 76,532 |
| Net cash provided by investing activities | **85,876** |
| | |
| Financing Activities: | |
| Proceeds from DIP borrowings | 2,961,203 |
| Principal payments on DIP borrowings | (3,691,794) |
| Principal payments on other short-term borrowings | (198) |
| Proceeds from long-term debt | 401 |
| Principal payments on long-term debt | (1,983) |
| Change in overdraft balances | (4,710) |
| Net cash used in financing activities before reorganization items | **(737,081)** |
| Cash effect of reorganization items (debt issuance costs) | **(26,682)** |
| Net cash used in financing activities | **(763,763)** |
| | |
| Increase in cash and cash equivalents | 408,859 |
| Cash and cash equivalents at beginning of period | 48,014 |
| Cash and cash equivalents at end of period | $ 456,873 |

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.  ACCRUAL BASIS-4
CASE NUMBER: 08-35653

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH 6/30/2010 | MONTH 7/31/2010 | MONTH 8/31/2010 |
|---|---|---|---|---|
| 1. 0-30 | | 749,185 | - | - |
| 2. 31-60 | | - | - | - |
| 3. 61-90 | | - | - | - |
| 4. 91+ | | 220,151,057 | 212,151,410 | 209,933,513 |
| 5. TOTAL ACCOUNTS RECEIVABLE | | $ 220,900,242 | $ 212,151,410 | $ 209,933,513 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | 1,115,696 | 1,115,696 | 1,115,696 |
| 7. ACCOUNTS RECEIVABLE (NET) | | $ 219,784,546 | $ 211,035,714 | $ 208,817,817 |

**AGING OF POSTPETITION TAXES AND PAYABLES**   MONTH: 8/1/2010 - 8/31/2010

| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | $ 17,240 | | | | $ 17,240 |
| 2. STATE | 3,477 | | | 247,703 | 251,180 |
| 3. LOCAL | 148,111 | 2,222 | 2,307 | 3,873,944 | 4,026,584 |
| 4. OTHER (SEE APPENDIX A) | - | - | - | 10,678,883 | 10,678,883 |
| 5. TOTAL TAXES PAYABLE | $ 168,828 | $ 2,222 | $ 2,307 | $ 14,800,530 | $ 14,973,887 |
| 6. MERCHANDISE PAYABLE | $ - | $ - | $ - | $ 141,714,440 | $ 141,714,440 |
| EXPENSES PAYABLE | $ 575,184 | $ 666,919 | $ 167,116 | $ 22,048,581 | $ 23,457,800 |

**STATUS OF POSTPETITION TAXES**   MONTH: 8/1/2010 - 8/31/2010

| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD AND/ OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING** | $ 8,981 | $ 19,801 | $ (17,786) | $ 10,996 |
| 2. FICA-EMPLOYEE** | 2,533 | 5,632 | (5,043) | 3,122 |
| 3. FICA-EMPLOYER** | 2,533 | 5,632 | (5,043) | 3,122 |
| 4. UNEMPLOYMENT | - | | | - |
| 5. INCOME | - | | | - |
| 6. OTHER (ATTACH LIST) | - | - | - | - |
| 7. TOTAL FEDERAL TAXES | $ 14,047 | $ 31,065 | $ (27,872) | $ 17,240 |
| **STATE AND LOCAL & OTHER** | | | | |
| 8. WITHHOLDING | $ 2,851 | $ 6,293 | $ (5,667) | $ 3,477 |
| 9. SALES | 246,488 | 1,215 | - | 247,703 |
| 10. EXCISE | - | | | - |
| 11. UNEMPLOYMENT | - | | | - |
| 12. REAL PROPERTY | 31,026 | - | - | 31,026 |
| 13. PERSONAL PROPERTY | 4,115,564 | (1,659) | (118,347) | 3,995,558 |
| 14. OTHER (SEE APPENDIX A) | 10,689,209 | - | (10,326) | 10,678,883 |
| 15. TOTAL STATE & LOCAL & OTHER | $ 15,085,138 | $ 5,849 | $ (134,340) | $ 14,956,647 |
| 16. TOTAL TAXES | $ 15,099,185 | $ 36,914 | $ (162,212) | $ 14,973,887 |

\*   The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.
\*\*  Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | APPENDIX A |
|---|---|
| CASE NUMBER: 08-35653 | |

**OTHER TAXES PAYABLE**

|  | 0-30 days | 31-60 days | 61-90 days | 91+ days | Total |
|---|---|---|---|---|---|
| Business Licenses and Gross Receipts Taxes | $ - | $ - | $ - | 566,441 | 566,441 |
| Real Estate Taxes (passed through by landlord) | - | - | - | 10,112,442 | 10,112,442 |
| Other Taxes Payable | $ - | $ - | $ - | $ 10,678,883 | $10,678,883 |

**STATUS OF POSTPETITION TAXES - OTHER TAXES**

|  | Beginning Tax Liability | Amount Withheld | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Other Taxes** | | | | |
| Business Licenses and Gross Receipts Taxes | $ 576,767 | - | (10,326) | $ 566,441 |
| Real Estate Taxes (passed through by landlord) | 10,112,442 | - | - | 10,112,442 |
| Total Other Taxes | $10,689,209 | $ - | $ (10,326) | $ 10,678,883 |

| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | | | | ACCRUAL BASIS-5 |
|---|---|---|---|---|
| CASE NUMBER: 08-35653 | | | | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

|  |  | MONTH: | 8/1/2010 - 8/31/2010 | | |
|---|---|---|---|---|---|
| **BANK RECONCILIATIONS** | | | | | |
|  |  | Account #1 | Account #2 | Account #3 | |
| A. | BANK: | see APPENDIX B | | | |
| B. | ACCOUNT NUMBER: | | | | TOTAL |
| C. | PURPOSE (TYPE): | | | | |
| 1. | BALANCE PER BANK STATEMENT | | | | |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 3. | SUBTRACT: OUTSTANDING CHECKS | | | | |
| 4. | OTHER RECONCILING ITEMS | | | | |
| 5. | MONTH END BALANCE PER BOOKS | | | | $ 469,913,485 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | |

| **INVESTMENT ACCOUNTS** | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| **CASH** | |
|---|---|
| 12. CURRENCY ON HAND | $ - |
| 13. TOTAL CASH - END OF MONTH | $ 469,913,485 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CASE NAME: CIRCUIT CITY STORES, INC., ET AL. | | | | | | | | **APPENDIX B** |
| CASE NUMBER: 08-35653 | | | | | | | | |

| G/L Acct # | Account Name | Bank Acct # | Debtor | Description | Bank Balance | G/L Balance | As of Date | Reconciled as of 8/31/10 |
|---|---|---|---|---|---|---|---|---|
| 101003 | Wachovia Circuit City Master | 2055275431509 | Circuit City Stores, Inc. | Funding Account | $            - | $            - | 8/31/2010 | Y |
| 101003 | Wachovia Circuit City Main Disbursement | 2000045277427 | Circuit City Stores, Inc. | Funding Account | 4,029,882 | 4,029,882 | 8/31/2010 | Y |
| 101034 | JP Morgan Escrow | 887400844 | Circuit City Stores, Inc. | Escrow Account | 12,717,062 | 12,717,062 | 8/31/2010 | Y |
| 101035 | JP Morgan Main | 887400836 | Circuit City Stores, Inc. | Collateral Account | 453,042,005 | 453,042,005 | 8/31/2010 | Y |
| 101063 | Wachovia Sublease Lockbox | 2055303192189 | Circuit City Stores, Inc. | Depository Account | - | - | 8/31/2010 | Y |
| 101100 | Suntrust Concentration | 88001883706 | Circuit City Stores, Inc. | Funding Account | 872 | 872 | 8/31/2010 | Y |
| 101217 | Wachovia Payroll | 2079900613908 | XS Stuff, LLC | Payroll Account | 7,204 | 63,573 | 8/31/2010 | Y |
| 101248 | Wachovia Dental Plan Account | 2000048299253 | Circuit City Stores, Inc. | Depository Account | 323,681 | 323,681 | 8/31/2010 | Y |
| 101255 | Wachovia Service Payables | 2079900056044 | Circuit City Stores, Inc. | Disbursement Account | - | (1,313,590) | 8/31/2010 | Y |
| 101530 | Wachovia Ventoux International | 2000022979528 | Ventoux International | Depository Account | 1,050,000 | 1,050,000 | 8/31/2010 | Y |
| | | | | | $ 471,170,706 | $ 469,913,485 | | |

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.  
CASE NUMBER: 08-35653

ACCRUAL BASIS-6

MONTH: 8/1/2010 - 8/31/2010

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS (1) | | | |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. FTI Consulting, Inc. | | | $ 102,974 | $ 9,381,229 | $ 110,859 |
| 2. Kirkland & Ellis LLP | | | - | 291,017 | - |
| 3. KPMG LLP | | | - | 976,186 | 14,000 |
| 4. Kurtzman Carson Consultants LLC | | | 487,976 | 8,696,772 | 291,461 |
| 5. McGuire Woods, LLP | | | - | 5,496,696 | 1,015,799 |
| 6. Skadden, Arps, Slate, Meagher & Flom, LLP | | | 458,205 | 15,621,773 | 288,394 |
| 7. Ernst & Young LLP | | | 65,702 | 2,287,425 | 12,468 |
| 8. Tavenner & Beran, PLC | 8/2/2010 | 23,369 | - | 265,410 | - |
| 9. Jefferies & Company, Inc. | | | - | 658,254 | - |
| 10. Pachulski, Stang, Ziehl & Jones | 8/2/2010 | 283,151 | - | 3,040,266 | 949,911 |
| 11. Rothschild Inc. | | | - | 3,017,829 | - |
| 12. Protiviti | 8/2/2010 | 376,123 | 43,450 | 3,542,174 | 125,475 |
| 13. DJM Realty Services, LLC | | | 569 | 743,142 | 1,081 |
| 14. Lucy Thomson | | | - | 74,526 | - |
| 15. Gowling Lafleur Henderson LLP | | | 476,465 | 580,125 | 84,082 |
| 16. Crowe Horwath LLP | | | - | 104,846 | - |
| TOTAL PAYMENTS TO PROFESSIONALS | | | $ 1,635,341 | $ 54,777,670 | $ 2,893,530 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. Leases (2) | $ 6,695 | $ 6,695 | $ 11,025,698 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ 6,695 | $ 6,695 | $ 11,025,698 |

(1) Other than salary, fees and benefit payments made in the ordinary course of business and reimbursements for business expenses, no payments have been made to insiders during the reporting period.

(2) The leases line item is made up of several landlords. As such, only the total amount is reported in this schedule. The unpaid balance remaining at 8/31/2010 primarily includes some rent payments due for the period from 11/10/2008 - 11/30/2008.

CASE NAME: CIRCUIT CITY STORES, INC., ET AL.  **ACCRUAL BASIS-7**
CASE NUMBER: 08-35653

MONTH: 8/1/2010 - 8/31/2010

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | X | |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | X | |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | X | |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | X | |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

1. The company sold assets outside of the normal course of business as part of its liquidation proceedings.
8. Certain real estate taxes are passed through to the debtors from the landlords. A portion of these real estate taxes is past due.
9. Certain business license taxes that covered both prepetition and postpetition periods were due on or before 7/31/2010 but were not paid.
10. The rent for some store leases owed for the period 11/10/2008 through 11/30/2008 is past due; these payments are being held pursuant to a Court order. In addition, due to the liquidation proceedings, the debtors are currently reconciling amounts due to post-petition creditors, which has slowed creditor payments.
11. Certain property taxes that covered both prepetition and postpetition periods were paid during August 2010.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN
CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION
BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

### INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| Workers' Compensation & Employer's Liability | ACE American Insurance Company | 4/1/10 - 4/1/11 | $8,891 paid at inception |
| General Liability and Non-owned Auto Liability | First Specialty Insurance Company | 4/1/10 - 4/1/11 | $56,255 paid at inception |
| Excess Liability | RSUI Indemnity Company | 4/1/10 - 4/1/11 | $37,500 paid at inception |
| Crime/Fidelity | Starr Indemnity and Liability Company | 12/1/09 - 12/1/10 | $35,000 paid on 4/14/10 |
| D&O (Traditional) - Primary | Chartis | 12/1/09 - 12/1/10 | $125,000 paid at inception |
| D&O (Traditional) - Layer 1 | C.V. Starr & Co., Inc. | 12/1/09 - 12/1/10 | $69,000 paid at inception |
| D&O (Traditional) - Layer 2 | CNA | 12/1/09 - 12/1/10 | $55,000 paid at inception |
| D&O (Traditional) - Layer 3 | Valiant Insurance Group | 12/1/09 - 12/1/10 | $50,000 paid at inception |
| D&O (Traditional) - Layer 4 | C.V. Starr & Co., Inc. | 12/1/09 - 12/1/10 | $25,000 paid at inception |
| D&O (Traditional) - Layer 5 | Chartis | 12/1/09 - 12/1/10 | $25,000 paid at inception |
| Runoff D&O - Primary | CNA | 12/1/08 - 12/1/14 | $1,177,500 paid at inception |
| Runoff D&O - Layer 1 | Chubb Group | 12/1/08 - 12/1/14 | $487,500 paid at inception |
| Runoff D&O - Layer 2 (Year 1) | Great American Insurance Group | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 2 (Years 2 - 6) | Axis Insurance | 12/1/08 - 12/1/14 | $240,000 paid at inception |
| Runoff D&O - Layer 3 | Travelers | 12/1/08 - 12/1/14 | $822,000 paid at inception |
| Runoff D&O - Layer 4 | Axis Insurance | 12/1/08 - 12/1/14 | $698,700 paid at inception |
| Runoff D&O - Layer 5 | RSUI Group, Inc. | 12/1/08 - 12/1/14 | $589,050 paid at inception |
| Runoff D&O - Layer 6 | Arch Insurance Group | 12/1/08 - 12/1/14 | $540,000 paid at inception |
| Runoff D&O - Layer 7 (Side A DIC) | XL Insurance | 12/1/08 - 12/1/14 | $1,275,000 paid at inception |
| Runoff D&O - Layer 8 | Chubb Group | 12/1/08 - 12/1/14 | $375,000 paid at inception |
| Property - All Risk | Sentinel Insurance Co., Ltd | 8/15/10 - 8/15/11 | $944 paid at inception |