United States Bankruptcy Court
Eastern District of Virginia
Richmond Division

DEADLINE FOR
FILING 503(b)(9)
CLAIMS
5:00 P.M. Pacific Time
December 19, 2008

## Section 503(b)(9) Claim Request Form

| Circuit City Stores, Inc., et al., Claims Processing<br>c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 | Circuit City Stores, Inc., et al.<br>Case Nos. 08-35653 through 08-35670<br>Chapter 11 Jointly Administered |
|---|---|

NOTE: Pursuant to an Order of the Bankruptcy Court in the above-referenced chapter 11 cases (see Docket No. 107), to have claims allowed as administrative expense under 11 U.S.C. § 503(b)(9), this form must be served upon Circuit City Stores, Inc., et al., Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245 by December 19, 2008, the Bar Date for Section 503(b)(9) claims in the above-referenced cases. The form may be submitted in person or by regular mail, overnight mail, or hand delivery. Facsimile, email or electronic submissions will not be accepted. Requests shall be deemed filed when actually received by Kurtzman Carson Consultants LLC.

**Name and Address of Creditor:** *(The person or other entity to whom the debtor owes money or property)*

Eastman Kodak Co.
343 State Street
Rochester, NY 14650-0207
Attn: Jan McConnaughey

Telephone: 585-781-9064
Fax: 585-724-9657

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have made any demand(s) to reclaim goods sold to the debtor under 11 U.S.C. § 546(c). (attach copies of any such demand(s))

**Debtor against which claim is asserted:** *(Check one box below:)*

☒ Circuit City Stores, Inc. (Tax I.D. No. 54-0493875)
☐ Abbott Advertising, Inc. (Tax I.D. No. 54-1624659)
☐ Circuit City Stores West Coast, Inc. (Tax I.D. No. 95-4460785)
☐ CC Distribution Company of Virginia, Inc. (Tax I.D. No. 54-1712821)
☐ Circuit City Properties, LLC (Tax I.D. No. 54-0793353)
☐ Patapsco Designs, Inc. (Tax I.D. No. 52-1086796)
☐ Ventoux International, Inc. (Tax I.D. No. 20-1071838)
☐ Sky Venture Corporation (Tax I.D. No. 54-1760311)
☐ Prahs, Inc. (n/a)

**Name and address where notices should be sent** (if different from above)

Donchess Notinger & Tamposi, P.C.
547 Amherst Street, Ste 204
Nashua NH 03063

Telephone: 603-886-7266
Fax: 603-886-7922

☐ Check box if you have transferred the rights of your claim to any third party. If so please list name of transferee: _____

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ XS Stuff, LLC (Tax I.D. No. 54-2029263)
☐ Kinzer Technology, LLC (Tax I.D. No. 54-2022157)
☐ Circuit City Purchasing Company, LLC (Tax I.D. No. 20-0995170)
☐ Orbyx Electronics, LLC (Tax I.D. No. 20-1203360)
☐ InterTAN, Inc. (Tax I.D. No. 75-2130875)
☐ CC Aviation, LLC (Tax I.D. No. 20-5290841)
☐ Courchevel, LLC (n/a)
☐ Circuit City Stores PR, LLC (Tax I.D. No. 66-0695512)
☐ Mayland MN, LLC (Tax I.D. No. 20-0896116)

**ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:** 6034295

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

1. **BASIS FOR CLAIM:** Goods received by the Debtor within 20 days before the date of commencement of the case. Value of Goods: $ 3,874,428.88

2. **DATE OF SHIPMENT:** 10/16-10/29/08    **METHOD OF SHIPMENT:** Ground Delivery    **DATE OF RECEIPT:** 10/21-11/6/2008
   **NAME OF CARRIER:** FedEx and UPS    **PLACE OF DELIVERY:** see attached

3. **TOTAL AMOUNT OF SECTION 503(b)(9) CLAIM:** $ 3,874,428.88
   ☐ Check the box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

4. **BRIEF DESCRIPTION OF CLAIM:** Products delivered to debtor 20 days or less before petition date
   Describe goods sold: consumer products - see attached invoices    *Attach support for your claim.*

5. **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**FOR COURT USE ONLY**

6. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, or contracts. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary. Attachments must be printed on 8-1/2" by 11" paper.

7. **DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this claim request form.

8. **ORDINARY COURSE CERTIFICATION:** By signing this claim request form, you are certifying that the goods for which payment is sought hereby, were sold to the debtor in the ordinary course of the debtor's business as required by 11 U.S.C. § 503(b)(9).

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Date: 12/15/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Peter N. Tamposi  [signature]

# Donchess Notinger & Tamposi, P.C.

547 Amherst Street, Ste 204
Nashua NH  03063
Phone 603-886-7266
Fax 603-886-7922

www.dntpc.com

James W. Donchess*
Steven M. Notinger*
Peter N. Tamposi*
Deborah A. Notinger*
*admitted in NH & MA

jim@dntpc.com
steve@dntpc.com
peter@dntpc.com
debbie@dntpc.com

*Overnight Mail and
Certified Mail, return receipt requested*
November 25, 2008

Circuit City Stores, Inc., et al.
Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

    Re:   Reclamation Demand by Eastman Kodak Company
          In re: Circuit City Stores, Inc., et al., Case No. 08-35653 - KRH

Gentlemen:

    This office represents Eastman Kodak Company in connection with the above captioned bankruptcy.  Demand is hereby made upon you pursuant to §2-702 of the Uniform Commercial Code and §546(c) of the United States Bankruptcy Code (the "Code") for the return of all goods received by you within forty-five (45) days before the bankruptcy filing of November 10, 2008 (the "Petition Date") of Circuit City Stores, Inc., et al., (collectively the "Debtor").

    This demand specifically includes, but is not limited to, those goods identified by serial number in the invoices attached hereto, as summarized in Exhibit A.  These goods were sent to the Debtor in the ordinary course of business at a time when the Debtor was insolvent.  All goods subject to my client's right of reclamation must be protected and segregated by you and shall not be used for any purpose whatsoever except those specifically authorized following notice and a hearing by the Bankruptcy Court.  Each of the referenced goods is identified by serial number in the attached invoices.

We make this demand for reclamation without prejudice to all other rights and remedies available to my client at law or in equity, including but not limited to, its rights to an allowed administrative expense claim pursuant to §503(b)(9) of the Code for the value of goods Kodak provided to the Debtor within twenty (20) days immediately prior to the Petition Date.  Kodak will assert such a claim in the approximate amount of $4,251,629.31.

    Please contact the undersigned for instructions in connection with the return of the goods.

Very truly yours,

Peter N. Tamposi

PNT/cag
cc:  Circuit City Stores, Inc.
    9950 Mayland Drive
    Richmond, Virginia 23233
    Attn: Reginald D. Hedgebeth

    Circuit City Stores, Inc.
    9950 Mayland Drive
    Richmond, Virginia 23233
    Attn: Daniel W. Ramsey

    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Chicago, Illinois 60606
    Attn: Sarah Baker, Esq.

    McGuireWoods LLP
    One James Center
    901 E. Cary Street
    Richmond, Virginia 23219
    Attn: Sarah B. Boehm, Esq.

Exhbit A to Reclamation Demand of Eastman Kodak Company, In re: Circuit City Stores, Inc., et al., Case No. 08-35653 - KRH

Invoices for product delivered to Debtor 45 days or less prior to November 10, 2008

| Invoice Date | Invoice Number | Amount | Invoice Due Date | Delivery Date |
|---|---|---|---|---|
| 9/23/2008 | 178197778 | 769.86 | 11/25/2008 | 9/29/2008 |
| 9/26/2008 | 178211961 | 144.00 | 11/29/2008 | 10/1/2008 |
| 9/26/2008 | 178212505 | 48.00 | 11/29/2008 | 9/30/2008 |
| 9/25/2008 | 178206147 | 192,600.00 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178207307 | 408.48 | 11/30/2008 | 9/30/2008 |
| 9/25/2008 | 178207308 | 928.20 | 11/30/2008 | 9/30/2008 |
| 9/25/2008 | 178207309 | 84.00 | 11/30/2008 | 9/30/2008 |
| 9/25/2008 | 178207310 | 96,873.74 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178207311 | 10,372.32 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208711 | 796.86 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208903 | 419,940.00 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208904 | 3,535.02 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208905 | 232,563.28 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208906 | 10,372.32 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208907 | 157,500.00 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208908 | 45,602.80 | 11/30/2008 | 10/1/2008 |
| 9/25/2008 | 178208909 | 10,372.32 | 11/30/2008 | 10/1/2008 |
| 9/26/2008 | 178209762 | 420.00 | 11/30/2008 | 9/30/2008 |
| 9/26/2008 | 178209763 | 2,199.60 | 11/30/2008 | 9/30/2008 |
| 9/26/2008 | 178209764 | 467.28 | 11/30/2008 | 9/30/2008 |
| 9/26/2008 | 178209888 | 84.00 | 11/30/2008 | 10/2/2008 |
| 9/26/2008 | 178212465 | 700.92 | 11/30/2008 | 9/30/2008 |
| 9/26/2008 | 178212503 | 467.28 | 11/30/2008 | 9/30/2008 |
| 9/26/2008 | 178212504 | 233.64 | 11/30/2008 | 9/30/2008 |
| 9/27/2008 | 178213285 | 297,360.00 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213286 | 130,275.00 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213287 | 10,125.36 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213293 | 419,940.00 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213294 | 161,082.88 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213295 | 10,125.36 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213408 | 114,839.60 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213409 | 10,372.32 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213425 | 256.62 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213426 | 84.00 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213434 | 1,277.82 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213435 | 1,186.26 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213436 | 168.00 | 11/30/2008 | 10/1/2008 |
| 9/27/2008 | 178213671 | 665.10 | 11/30/2008 | 10/1/2008 |
| 9/29/2008 | 178214134 | 7,718.00 | 11/30/2008 | |
| 9/29/2008 | 178214135 | 1,258.20 | 11/30/2008 | 10/1/2008 |
| 9/29/2008 | 178214237 | 856.86 | 11/30/2008 | 10/1/2008 |
| 9/29/2008 | 178216675 | 671.10 | 11/30/2008 | 10/1/2008 |
| 9/30/2008 | 178220708 | 262,440.00 | 11/30/2008 | 10/1/2008 |
| 9/30/2008 | 178223263 | 6,913.41 | 11/30/2008 | 10/2/2008 |
| 9/29/2008 | 178216678 | 144.00 | 12/1/2008 | 10/1/2008 |
| 9/30/2008 | 178222821 | 432.00 | 12/1/2008 | 10/2/2008 |

N:\Kodak\Circuit City\Kodak Circuit City Reclamation Demand Attachment.xls

| Date | Invoice | Amount | Date 2 | Date 3 |
|---|---|---|---|---|
| 9/30/2008 | 178223171 | 48.00 | 12/1/2008 | 10/1/2008 |
| 9/30/2008 | 178223321 | 7,477.77 | 12/1/2008 | 10/3/2008 |
| 10/1/2008 | 178226319 | 240.00 | 12/1/2008 | 10/2/2008 |
| 9/30/2008 | 178223319 | 846.54 | 12/2/2008 | 10/2/2008 |
| 9/30/2008 | 178223320 | 7,901.04 | 12/2/2008 | 10/3/2008 |
| 9/30/2008 | 178223172 | 4,232.70 | 12/5/2008 | 10/06/08 & 10/14/08 |
| 9/30/2008 | 178223322 | 846.54 | 12/6/2008 | 10/6/2008 |
| 10/2/2008 | 178229497 | 1,948.20 | 12/7/2008 | 10/7/2008 |
| 10/2/2008 | 178229498 | 207.68 | 12/7/2008 | 10/7/2008 |
| 10/2/2008 | 178230088 | 83.88 | 12/7/2008 | 10/7/2008 |
| 10/2/2008 | 178230151 | 61,783.42 | 12/7/2008 | 10/7/2008 |
| 10/2/2008 | 178230152 | 34,278.08 | 12/7/2008 | 10/7/2008 |
| 10/3/2008 | 178233658 | 4,147.74 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178233659 | 124,504.66 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178233660 | 51,367.68 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178234597 | 67,789.04 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178234628 | 419.40 | 12/7/2008 | 10/7/2008 |
| 10/3/2008 | 178234629 | 504.00 | 12/7/2008 | 10/7/2008 |
| 10/3/2008 | 178234630 | 519.20 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178234631 | 1,843.44 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178234632 | 167.76 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178234633 | 84.00 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178234634 | 155.76 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178235345 | 96.00 | 12/7/2008 | 10/8/2008 |
| 10/3/2008 | 178236395 | 96,688.96 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178236397 | 233.64 | 12/7/2008 | 10/9/2008 |
| 10/3/2008 | 178236398 | 58,757.96 | 12/7/2008 | 10/9/2008 |
| 10/6/2008 | 178237916 | 700.92 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239541 | 240.00 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239614 | 1,382.58 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239615 | 251.64 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239616 | 233.64 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239617 | 1,843.44 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239618 | 168.00 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239619 | 2,894.10 | 12/7/2008 | 10/10/2008 |
| 10/6/2008 | 178239620 | 207.68 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239629 | 11,209.00 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239630 | 335.52 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239631 | 84.00 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178239632 | 311.52 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178241109 | 96.00 | 12/7/2008 | 10/8/2008 |
| 10/6/2008 | 178241110 | 96.00 | 12/7/2008 | 10/10/2008 |
| 10/6/2008 | 178241909 | 70,767.92 | 12/7/2008 | 10/9/2008 |
| 10/7/2008 | 178241930 | 3,482.64 | 12/7/2008 | 10/9/2008 |
| 10/7/2008 | 178241931 | 124,723.52 | 12/7/2008 | 10/9/2008 |
| 10/7/2008 | 178241958 | 129,258.88 | 12/7/2008 | 10/8/2008 |
| 10/7/2008 | 178242168 | 82,232.12 | 12/7/2008 | 10/8/2008 |
| 10/7/2008 | 178242425 | 124,471.70 | 12/7/2008 | 10/8/2008 |
| 10/7/2008 | 178242426 | 47,416.32 | 12/7/2008 | 10/8/2008 |
| 10/7/2008 | 178242486 | 240,563.46 | 12/7/2008 | 10/9/2008 |
| 10/7/2008 | 178242499 | 91,776.34 | 12/7/2008 | 10/8/2008 |
| 10/7/2008 | 178244339 | 288.00 | 12/7/2008 | 10/10/2008 |

| Date | Invoice | Amount | Date | Date |
|---|---|---|---|---|
| 10/7/2008 | 178245208 | 102.24 | 12/8/2008 | 10/9/2008 |
| 10/7/2008 | 178245209 | 102.24 | 12/8/2008 | 10/9/2008 |
| 10/8/2008 | 178248777 | 240.00 | 12/8/2008 | 10/9/2008 |
| 10/10/2008 | 178256577 | 240.00 | 12/13/2008 | 10/15/2008 |
| 10/10/2008 | 178256578 | 96.00 | 12/13/2008 | 10/14/2008 |
| 10/9/2008 | 178251268 | 2,047.68 | 12/14/2008 | 10/14/2008 |
| 10/9/2008 | 178251269 | 3,414.78 | 12/14/2008 | 10/14/2008 |
| 10/9/2008 | 178251270 | 259.60 | 12/14/2008 | 10/14/2008 |
| 10/9/2008 | 178251271 | 233.64 | 12/14/2008 | 10/14/2008 |
| 10/9/2008 | 178251272 | 21,555.20 | 12/14/2008 | 10/14/2008 |
| 10/10/2008 | 178254755 | 59,926.70 | 12/14/2008 | 10/15/2008 |
| 10/10/2008 | 178255000 | 1,109.04 | 12/14/2008 | 10/14/08 & 10/15/08 |
| 10/10/2008 | 178255001 | 2,409.06 | 12/14/2008 | 10/15/2008 |
| 10/10/2008 | 178255002 | 778.80 | 12/14/2008 | 10/14/08 & 10/15/08 |
| 10/10/2008 | 178255003 | 1,639.20 | 12/14/2008 | 10/16/2008 |
| 10/10/2008 | 178255004 | 173.88 | 12/14/2008 | 10/16/2008 |
| 10/10/2008 | 178255005 | 259.60 | 12/14/2008 | 10/16/2008 |
| 10/10/2008 | 178255586 | 73,721.14 | 12/14/2008 | 10/15/2008 |
| 10/10/2008 | 178255587 | 1,601.20 | 12/14/2008 | 10/16/2008 |
| 10/10/2008 | 178257063 | 180,996.70 | 12/14/2008 | 10/15/2008 |
| 10/10/2008 | 178257064 | 46,428.48 | 12/14/2008 | 10/16/2008 |
| 10/10/2008 | 178257066 | 14,514.34 | 12/14/2008 | 10/17/2008 |
| 10/13/2008 | 178260258 | 1,233.54 | 12/14/2008 | 10/16/2008 |
| 10/13/2008 | 178260350 | 519.20 | 12/14/2008 | 10/16/2008 |
| 10/13/2008 | 178260351 | 467.28 | 12/14/2008 | 10/15/2008 |
| 10/13/2008 | 178260369 | 15,436.00 | 12/14/2008 | 10/16/2008 |
| 10/13/2008 | 178260370 | 57,148.00 | 12/14/2008 | 10/15/2008 |
| 10/13/2008 | 178260371 | 599.52 | 12/14/2008 | 10/15/2008 |
| 10/13/2008 | 178260372 | 311.52 | 12/14/2008 | 10/18/2008 |
| 10/13/2008 | 178260373 | 467.28 | 12/14/2008 | 10/15/2008 |
| 10/13/2008 | 178261685 | 173.88 | 12/14/2008 | 10/18/2008 |
| 10/14/2008 | 178264127 | 13,922.36 | 12/14/2008 | 10/15/2008 |
| 10/13/2008 | 178264184 | 1,843.44 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178264410 | 2,508.54 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178264411 | 63,804.96 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178264412 | 18,028.08 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178264591 | 2,917.02 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178265287 | 87,301.18 | 12/14/2008 | 10/15/2008 |
| 10/14/2008 | 178265288 | 34,327.44 | 12/14/2008 | 10/15/2008 |
| 10/14/2008 | 178266149 | 20,543.64 | 12/14/2008 | 10/17/2008 |
| 10/14/2008 | 178266150 | 22,996.66 | 12/14/2008 | 10/16/2008 |
| 10/14/2008 | 178268188 | 19,986.96 | 12/14/2008 | 10/16/2008 |
| 10/14/2008 | 178268265 | 26,244.00 | 12/14/2008 | 10/16/2008 |
| 10/15/2008 | 178269160 | 10,523.72 | 12/14/2008 | 10/8/2008 |
| 10/15/2008 | 178272805 | 10,346.32 | 12/14/2008 | 10/9/2008 |
| 10/14/2008 | 178266148 | 480.00 | 12/15/2008 | 10/16/2008 |
| 10/14/2008 | 178266719 | 96.00 | 12/15/2008 | 10/15/2008 |
| 10/14/2008 | 178270648 | 240.00 | 12/15/2008 | 10/16/2008 |
| 10/16/2008 | 178273480 | 10,523.72 | 12/15/2008 | 10/8/2008 |
| 10/16/2008 | 178273481 | 5,736.10 | 12/15/2008 | 10/16/2008 |
| 10/16/2008 | 178273482 | 9,917.88 | 12/15/2008 | 10/10/2008 |
| 10/16/2008 | 178273483 | 10,523.72 | 12/15/2008 | 10/8/2008 |

| Date 1 | Reference | Amount | Date 2 | Date 3 |
|---|---|---|---|---|
| 10/16/2008 | 178273488 | 10,523.72 | 12/15/2008 | 10/7/2008 |
| 10/16/2008 | 178274154 | 14,859.93 | 12/15/2008 | 10/15/2008 |
| 10/16/2008 | 178274155 | 3,811.17 | 12/15/2008 | 10/17/2008 |
| 10/16/2008 | 178274156 | 4,003.71 | 12/15/2008 | 10/17/2008 |
| 10/17/2008 | 178276752 | 70,296.84 | 12/19/2008 | 10/21/2008 |
| 10/17/2008 | 178277175 | 39,305.76 | 12/19/2008 | 10/21/2008 |
| 10/17/2008 | 178277201 | 29,479.32 | 12/19/2008 | 10/21/2008 |
| 10/17/2008 | 178277202 | 55,935.12 | 12/19/2008 | 10/20/2008 |
| 10/20/2008 | 178294130 | 4,157.64 | 12/19/2008 | 10/8/2008 |
| 10/20/2008 | 178294134 | 1,847.84 | 12/19/2008 | 10/13/2008 |
| 10/20/2008 | 178294141 | 230.98 | 12/19/2008 | 10/10/2008 |
| 10/20/2008 | 178294145 | 6,005.48 | 12/19/2008 | 10/16/2008 |
| 10/20/2008 | 178294163 | 3,464.70 | 12/19/2008 | 10/9/2008 |
| 10/21/2008 | 178277849 | 192.00 | 12/20/2008 | 10/21/2008 |
| 10/21/2008 | 178294146 | 1,847.84 | 12/20/2008 | 10/7/2008 |
| 10/21/2008 | 178294147 | 4,773.69 | 12/20/2008 | 10/15/2008 |
| 10/21/2008 | 178294164 | 8,931.42 | 12/20/2008 | 10/16/2008 |
| 10/21/2008 | 178294165 | 15,552.99 | 12/20/2008 | 10/15/2008 |
| 10/16/2008 | 178273484 | 1,382.58 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273485 | 420.00 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273486 | 259.60 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273487 | 467.28 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273803 | 2,425.29 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273804 | 158,400.96 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273805 | 32,598.72 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273806 | 140,930.34 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178276386 | 540.12 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276387 | 71,187.62 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276388 | 8,315.46 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276655 | 4,147.74 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276753 | 7,393.26 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276754 | 1,092.00 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276755 | 6,005.48 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276756 | 29,566.08 | 12/21/2008 | 10/16/2008 |
| 10/17/2008 | 178276757 | 21,164.64 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178276758 | 665.10 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178276759 | 84.00 | 12/21/2008 | |
| 10/17/2008 | 178276760 | 808.43 | 12/21/2008 | |
| 10/17/2008 | 178277203 | 32,502.84 | 12/21/2008 | 10/20/2008 |
| 10/17/2008 | 178277911 | 934.56 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178277912 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178277913 | 1,833.78 | 12/21/2008 | 10/30/2008 |
| 10/17/2008 | 178277914 | 155.76 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178277915 | 44,970.88 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178277916 | 2,309.85 | 12/21/2008 | 10/30/2008 |
| 10/18/2008 | 178279740 | 58,142.38 | 12/21/2008 | 10/30/2008 |
| 10/18/2008 | 178279741 | 94,666.68 | 12/21/2008 | 10/30/2008 |
| 10/18/2008 | 178279748 | 247,102.88 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178279749 | 39,760.56 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178279890 | 258,327.72 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178280327 | 167,835.12 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280545 | 15,245.01 | 12/21/2008 | 10/22/2008 |

| Date | Number | Amount | Date | Date |
|---|---|---|---|---|
| 10/20/2008 | 178280546 | 2,712.78 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280547 | 3,888.12 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280548 | 167,984.48 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280549 | 7,655.76 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280636 | 12,511.55 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280637 | 3,115.44 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280663 | 3,695.68 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280896 | 15,436.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280897 | 168.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280898 | 311.52 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280899 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280946 | 1,639.20 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280947 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280948 | 101,031.08 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280949 | 18,768.96 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280950 | 1,586.82 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280951 | 1,228.68 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280952 | 84.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280953 | 623.04 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280954 | 175,084.10 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178282619 | 68,024.40 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178282620 | 181,846.60 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178285287 | 260,199.66 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178285576 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178285685 | 102,022.48 | 12/21/2008 | 10/23/2008 |
| 10/20/2008 | 178285686 | 187,194.00 | 12/21/2008 | 10/23/2008 |
| 10/20/2008 | 178285700 | 117,153.00 | 12/21/2008 | 10/22/2008 |
| 10/22/2008 | 178294131 | 20,326.68 | 12/21/2008 | 10/14/2008 |
| 10/22/2008 | 178294132 | 27,718.20 | 12/21/2008 | 10/13/2008 |
| 10/22/2008 | 178294133 | 27,718.20 | 12/21/2008 | 10/6/2008 |
| 10/22/2008 | 178294135 | 9,855.36 | 12/21/2008 | 10/13/2008 |
| 10/22/2008 | 178294136 | 16,938.90 | 12/21/2008 | 10/10/2008 |
| 10/22/2008 | 178294137 | 17,092.89 | 12/21/2008 | 10/3/2008 |
| 10/22/2008 | 178294138 | 16,168.95 | 12/21/2008 | 10/14/2008 |
| 10/22/2008 | 178294139 | 20,018.70 | 12/21/2008 | 10/10/2008 |
| 10/22/2008 | 178294140 | 20,018.70 | 12/21/2008 | 10/13/2008 |
| 10/22/2008 | 178294142 | 5,851.62 | 12/21/2008 | 10/15/2008 |
| 10/22/2008 | 178294143 | 9,855.36 | 12/21/2008 | 10/14/2008 |
| 10/22/2008 | 178294144 | 10,009.35 | 12/21/2008 | 10/15/2008 |
| 10/22/2008 | 178294148 | 9,239.40 | 12/21/2008 | 10/14/2008 |
| 10/22/2008 | 178294149 | 14,783.04 | 12/21/2008 | 10/3/2008 |
| 10/22/2008 | 178294150 | 14,783.04 | 12/21/2008 | 10/10/2008 |
| 10/22/2008 | 178294166 | 26,024.31 | 12/21/2008 | 10/3/2008 |
| 10/22/2008 | 178294167 | 26,024.31 | 12/21/2008 | 10/3/2008 |
| 10/22/2008 | 178282447 | 288.00 | 12/22/2008 | 10/22/2008 |
| 10/21/2008 | 178287569 | 576.00 | 12/22/2008 | 10/23/2008 |
| 10/23/2008 | 178295363 | 1,132.38 | 12/26/2008 | 10/27/2008 |
| 10/23/2008 | 178295364 | 700.92 | 12/26/2008 | 10/27/2008 |
| 10/24/2008 | 178299382 | 48.00 | 12/27/2008 | 10/28/2008 |
| 10/24/2008 | 178299651 | 288.00 | 12/27/2008 | 10/29/2008 |
| 10/23/2008 | 178294546 | 134,871.12 | 12/28/2008 | 10/29/2008 |
| 10/23/2008 | 178295347 | 1,791.06 | 12/28/2008 | 10/28/2008 |

| | | | | |
|---|---|---|---|---|
| 10/23/2008 | 178295348 | 1,240.56 | 12/28/2008 | 10/28/08 & 10/29/08 |
| 10/24/2008 | 178298143 | 3,786.36 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298144 | 2,669.40 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298145 | 6,120.97 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298447 | 162.00 | 12/28/2008 | 10/28/2008 |
| 10/24/2008 | 178298448 | 467.28 | 12/28/2008 | 10/28/08 & 10/29/08 |
| 10/24/2008 | 178298449 | 1,125.96 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298450 | 546.12 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298451 | 81.00 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298452 | 233.64 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178299381 | 2,194.31 | 12/28/2008 | 11/6/2008 |
| 10/25/2008 | 178301040 | 55,637.40 | 12/28/2008 | 11/6/2008 |
| 10/25/2008 | 178301051 | 302,173.28 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301571 | 2,917.02 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301572 | 2,356.68 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301578 | 15,436.00 | 12/28/2008 | 10/30/2008 |
| 10/25/2008 | 178301579 | 3,891.12 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301580 | 4,966.07 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301581 | 170,689.80 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301746 | 1,963.33 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301748 | 2,887.25 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302005 | 6,233.52 | 12/28/2008 | 10/28/2008 |
| 10/27/2008 | 178302039 | 81.00 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302040 | 1,168.20 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302074 | 642.24 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302075 | 233.64 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302114 | 333.00 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302586 | 10,996.56 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302587 | 192,355.26 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178303842 | 105,297.16 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302588 | 144.00 | 12/29/2008 | 10/29/2008 |
| 10/28/2008 | 178309617 | 240.00 | 12/29/2008 | 11/5/2008 |
| 10/29/2008 | 178314059 | 528.00 | 12/29/2008 | 10/30/2008 |

9,444,452.84

Exhibit A to 503(b)(9) Administrative Claim of Eastman Kodak Company, In re: Circuit City Stores, Inc., et al., Case No. 08-35653 - KRH

Invoices for product delivered to Debtor 20 days or less prior to November 10, 2008

| Invoice Date | Invoice Number | Amount | Invoice Due Date | Delivery Date |
|---|---|---|---|---|
| 10/17/2008 | 178277849 | 192.00 | 12/20/2008 | 10/21/2008 |
| 10/16/2008 | 178273484 | 1,382.58 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273485 | 420.00 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273486 | 259.60 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273487 | 467.28 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273803 | 2,425.29 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273804 | 158,400.96 | 12/21/2008 | 10/21/2008 |
| 10/16/2008 | 178273805 | 32,598.72 | 12/21/2008 | 10/22/2008 |
| 10/16/2008 | 178273806 | 140,930.34 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178276386 | 540.12 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276387 | 71,187.62 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178276388 | 8,315.46 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276655 | 4,147.74 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276753 | 7,393.26 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178276754 | 1,092.00 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276755 | 6,005.48 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178276756 | 29,566.08 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178276758 | 665.10 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178276759 | 84.00 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178276760 | 808.43 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178277911 | 934.56 | 12/21/2008 | 10/21/2008 |
| 10/17/2008 | 178277912 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/17/2008 | 178277913 | 1,833.78 | 12/21/2008 | 10/30/2008 |
| 10/17/2008 | 178277914 | 155.76 | 12/21/2008 | 10/23/2008 |
| 10/17/2008 | 178277915 | 44,970.88 | 12/21/2008 | 10/30/2008 |
| 10/17/2008 | 178277916 | 2,309.85 | 12/21/2008 | 10/30/2008 |
| 10/18/2008 | 178279740 | 58,142.38 | 12/21/2008 | 10/30/2008 |
| 10/18/2008 | 178279741 | 94,666.68 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178279748 | 247,102.88 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178279749 | 39,760.56 | 12/21/2008 | 10/22/2008 |
| 10/18/2008 | 178279890 | 258,327.72 | 12/21/2008 | 10/21/2008 |
| 10/18/2008 | 178280327 | 167,835.12 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280545 | 15,245.01 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280546 | 2,712.78 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280547 | 3,888.12 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280548 | 167,984.48 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280549 | 7,655.76 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280636 | 12,511.55 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280637 | 3,115.44 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280663 | 3,695.68 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280896 | 15,436.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280897 | 168.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280898 | 311.52 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280899 | 700.92 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280946 | 1,639.20 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280947 | 700.92 | 12/21/2008 | 10/22/2008 |

| Date | Invoice | Amount | Date 2 | Date 3 |
|---|---|---|---|---|
| 10/20/2008 | 178280948 | 101,031.08 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280949 | 18,768.96 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280950 | 1,586.82 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280951 | 1,228.68 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280952 | 84.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280953 | 623.04 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178280954 | 175,084.10 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178282619 | 68,024.40 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178282620 | 181,845.60 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178285287 | 260,199.66 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178285576 | 700.92 | 12/21/2008 | 10/23/2008 |
| 10/20/2008 | 178285685 | 102,022.48 | 12/21/2008 | 10/23/2008 |
| 10/20/2008 | 178285686 | 187,194.00 | 12/21/2008 | 10/23/2008 |
| 10/20/2008 | 178285700 | 117,153.00 | 12/21/2008 | 10/22/2008 |
| 10/20/2008 | 178282447 | 288.00 | 12/22/2008 | 10/22/2008 |
| 10/21/2008 | 178287569 | 576.00 | 12/22/2008 | 10/23/2008 |
| 10/23/2008 | 178295363 | 1,132.38 | 12/26/2008 | 10/27/2008 |
| 10/23/2008 | 178295364 | 700.92 | 12/26/2008 | 10/27/2008 |
| 10/24/2008 | 178299382 | 48.00 | 12/27/2008 | 10/28/2008 |
| 10/24/2008 | 178299651 | 288.00 | 12/27/2008 | 10/29/2008 |
| 10/23/2008 | 178294546 | 134,871.12 | 12/28/2008 | 10/29/2008 |
| 10/23/2008 | 178295347 | 1,791.06 | 12/28/2008 | 10/28/2008 |
| 10/23/2008 | 178295348 | 1,240.56 | 12/28/2008 | 10/28/08 & 10/29/08 |
| 10/24/2008 | 178298143 | 3,786.36 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298144 | 2,669.40 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298145 | 6,120.97 | 12/28/2008 | 11/3/2008 |
| 10/24/2008 | 178298447 | 162.00 | 12/28/2008 | 10/28/2008 |
| 10/24/2008 | 178298448 | 467.28 | 12/28/2008 | 10/28/08 & 10/29/08 |
| 10/24/2008 | 178298449 | 1,125.96 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298450 | 546.12 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298451 | 81.00 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178298452 | 233.64 | 12/28/2008 | 10/30/2008 |
| 10/24/2008 | 178299381 | 2,194.31 | 12/28/2008 | 11/6/2008 |
| 10/25/2008 | 178301040 | 55,637.40 | 12/28/2008 | 11/6/2008 |
| 10/25/2008 | 178301051 | 302,173.28 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301571 | 2,917.02 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301572 | 2,356.68 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301578 | 15,436.00 | 12/28/2008 | 10/30/2008 |
| 10/25/2008 | 178301579 | 3,891.12 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301580 | 4,966.07 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301581 | 170,689.80 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301746 | 1,963.33 | 12/28/2008 | 10/29/2008 |
| 10/25/2008 | 178301748 | 2,887.25 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302005 | 6,233.52 | 12/28/2008 | 10/28/2008 |
| 10/27/2008 | 178302039 | 81.00 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302040 | 1,168.20 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302074 | 642.24 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302075 | 233.64 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302114 | 333.00 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302586 | 10,996.56 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178302587 | 192,355.26 | 12/28/2008 | 10/29/2008 |
| 10/27/2008 | 178303842 | 105,297.16 | 12/28/2008 | 10/29/2008 |

\\SERVER\Users\peter\My Documents\Copy of Kodak Circuit City Administrative Claim Demand Attachment (Modified).xls
InvoicesDelivered45Days
2

| | | | | |
|---|---|---|---|---|
| 10/27/2008 | 178302588 | 144.00 | 12/29/2008 | 10/29/2008 |
| 10/28/2008 | 178309617 | 240.00 | 12/29/2008 | 11/5/2008 |
| 10/29/2008 | 178314059 | 528.00 | 12/29/2008 | 10/30/2008 |
| | | 3,874,428.88 | | |