IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., ET AL., ) | Case No. 08-35653 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

### ORDER GRANTING MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

This matter came before the Court on the Motion (the "Motion")[1] of Marblegate Asset Management, LLC, the investment manager of Marblegate Special Opportunities Master Fund LP ("Marblegate Master Fund"), for an Order, pursuant to 11 U.S.C. §§ 503(a) and (b)(9), directing the allowance and payment of Marblegate Master Fund's administrative expense claim in the amount of at least $3,878,428.88 for goods received by Circuit City Stores, Inc. within twenty (20) days prior to the filing of Circuit City Stores, Inc. bankruptcy petition (the "Petition Date").  Upon consideration of the Motion, the evidence, and all related pleadings, the Court finds as follows:

Robert S. Westermann, VSB No. 43294         Christopher A. Provost, Esq.
Sheila deLa Cruz, VSB No. 65395              Jason M. Rudd, Esq.
Hirschler Fleischer, P.C.                    Jason B. Porter, Esq.
2100 East Cary Street                        Diamond McCarthy LLP
The Edgeworth Building                       620 Eighth Avenue, 39th Floor
Richmond, Virginia 23223                     New York, New York 10018
Telephone: (804) 771-9500                    Telephone: (212) 430-5400
Facsimile: (804) 644-0957                    Facsimile: (212) 430-5499

Counsel for Marblegate Asset Management, LLC

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

1. The Court has jurisdiction over these bankruptcy cases and the Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2. Venue of these bankruptcy cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

4. Proper and adequate notice of the Motion and the hearing on the Motion has been given to all necessary parties.

5. Based on the facts presented and the relevant evidence, Marblegate Master Fund is entitled to the relief requested in the Motion and cause exists to grant the relief as provided herein.

WHEREFORE, based on these findings, and finding that cause exists, and otherwise finding it reasonable and necessary to do so, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is Granted in its entirety.

2. Marblegate Master Fund is allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b)(9) in the amount of $3,878,428.88 for goods shipped to Circuit City Stores, Inc. within twenty (20) days of the Petition Date.

3. Circuit City Stores, Inc. is directed to pay $3,878,428.88 to Marblegate Master Fund as soon as practicable, but no later than the effective date of any confirmed plan of reorganization in the Debtors' cases.

4. The Clerk is directed to send copies of this Order as entered to the parties on the Service List at the addresses set forth below.

Dated: _____
      Richmond, Virginia      _____
                                                    HONORABLE KEVIN R. HUENNEKENS
                                                    UNITED STATES BANKRUPTCY JUDGE

                                                    Entered on Docket: _____

WE ASK FOR THIS:

  /s/   Robert S. Westermann
       Counsel

| | |
|---|---|
| Robert S. Westermann, VSB No. 43294 | Christopher A. Provost, Esq. |
| Sheila deLa Cruz, VSB No. 65395 | Jason M. Rudd, Esq. |
| HIRSCHLER FLEISCHER, P.C. | Jason B. Porter, Esq. |
| 2100 East Cary Street | DIAMOND MCCARTHY LLP |
| The Edgeworth Building | 620 Eighth Avenue, 39th Floor |
| Richmond, Virginia 23223 | New York, New York 10018 |
| Telephone: (804) 771-9500 | Telephone: (212) 430-5400 |
| Facsimile: (804) 644-0957 | Facsimile: (212) 430-5499 |

Counsel for Marblegate Asset Management, LLC

## **CERTIFICATE OF ENDORSEMENT**

     I hereby certify that all necessary parties have endorsed this Order as required by Local Bankruptcy Rule 9022-1(C).

                                                    /s/   Robert S. Westermann

**Service List for Copies of Entered Order:**

Robert S. Westermann, Esq.
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223

Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219