Objection Deadline: November 9, 2010 at 5:00 p.m.
Hearing Date: November 16, 2010 at 2:00 p.m.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| CIRCUIT CITY STORES, INC., ET AL., ) | Case No. 08-35653 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that Marblegate Asset Management, LLC (the "Movant"), by counsel, has filed a Motion for Allowance and Payment of Administrative Expense Claim (the "Motion"). A true and complete copy of the Motion has been filed and served electronically using the Bankruptcy Court's CM/ECF System contemporaneously herewith.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must:

1. File with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H). If you mail your written response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before **November 9, 2010:**

Robert S. Westermann, VSB No. 43294
Sheila deLa Cruz, VSB No. 65395
Hirschler Fleischer, P.C.
2100 East Cary Street
The Edgeworth Building
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957

Christopher A. Provost, Esq.
Jason M. Rudd, Esq.
Jason B. Porter, Esq.
Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499

Counsel for Marblegate Asset Management, LLC

      William C. Redden, Clerk
      United States Bankruptcy Court
      701 East Broad Street, Suite 4000
      Richmond, Virginia 23219-1888

You must also deliver a copy of your response to all parties on the Certificate of Service below and to:

      Robert S. Westermann, Esq.
      Hirschler Fleischer, P.C.
      2100 East Cary Street
      The Edgeworth Building
      Richmond, Virginia 23223

2.     Attend the hearing scheduled for **November 16, 2010 at 2:00 p.m.** before The Honorable Kevin R. Huennekens, in Courtroom 5000, United States Bankruptcy Court, 701 East Broad Street, Richmond, Virginia 23219.

In accordance with Local Bankruptcy Rule 9013-1, unless a written response to the Motion is filed with the Clerk of Court and served as set forth herein, the Court may deem any opposition waived, treat the Motion as conceded, and issue an order granting the requested relief without further notice or hearing.

Date: October 18, 2010                   MARBLEGATE ASSET MANAGEMENT, LLC

                                              By:   /s/  Robert S. Westermann
                                                      Counsel

| | |
|---|---|
| Robert S. Westermann, VSB No. 43294 | Christopher A. Provost, Esq. |
| Sheila deLa Cruz, VSB No. 65395 | Jason M. Rudd, Esq. |
| HIRSCHLER FLEISCHER, P.C. | Jason B. Porter, Esq. |
| 2100 East Cary Street | DIAMOND MCCARTHY LLP |
| The Edgeworth Building | 620 Eighth Avenue, 39th Floor |
| Richmond, Virginia 23223 | New York, New York 10018 |
| Telephone: (804) 771-9500 | Telephone: (212) 430-5400 |
| Facsimile: (804) 644-0957 | Facsimile: (212) 430-5499 |

Counsel for Marblegate Asset Management, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, a true and complete copy of the foregoing Notice was filed and served electronically using the Bankruptcy Court's CM/ECF System and was sent by first class mail, postage prepaid, to the parties below at the addresses indicated:

Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Counsel for the Debtors

Ian S. Fredericks, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
Wilmington, Delaware 19899
Counsel for the Debtors

Robert J. Feinstein, Esq.
Pachulski, Stang, Ziehl & Jones LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Counsel for the Official Committee of Unsecured Creditors

Lynn L. Tavenner, Esq.
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia 23219
Counsel for the Official Committee of Unsecured Creditors

Robert B. Van Arsdale, Esq.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia 23219

   /s/ Robert S. Westermann