**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

-------------------------------------------------------------- x
                                              :    Chapter 11
In re:                                        :
                                              :    Case No. 08-35653 (KRH)
CIRCUIT CITY STORES, INC.,                    :
et al.,                                       :
                                              :    Jointly Administered
                                              :
              Debtors.[1]                     :
                                              :
-------------------------------------------------------------- x

<u>**AFFIDAVIT OF SERVICE**</u>

I, Michael J. Robin, being duly sworn according to law, depose and say that I am

employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent

for the Debtors in the above-captioned cases.

On October 15, 2010, copies of the following documents were served via electronic mail

upon the parties set forth on the service lists attached hereto as <u>**Exhibit A**</u>, via facsimile upon the

parties set forth on the service lists attached hereto as <u>**Exhibit B**</u>, and via overnight mail upon the

parties set forth on the service lists attached hereto as <u>**Exhibit C**</u>:

1. Notice of Proposed Settlement Agreement and Stipulation by and Among: the Debtors;
   Monster, LLC; and Monster Cable Products, Inc. (Docket No. 8738)

2. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
   and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim
   No. 6242 (Docket No. 8739)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are
as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785),
InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company,
LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821),
Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising
Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS,
Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx
Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit
City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For
all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently
is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

3.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No.
    6008 (Docket No. 8740)

4.  Notice of Proposed Settlement and Stipulation by and Among the Debtors, THQ Inc.,
    and Monarch Master Funding Ltd (Docket No. 8743)

5.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim
    No. 4767 (Docket No. 8744)

On October 15, 2010, copies of the following documents were served via overnight mail

upon the party set forth on the service list attached hereto as **Exhibit D**:

1.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No.
    6008 (Docket No. 8740)

2.  Notice of Proposed Settlement and Stipulation by and Among the Debtors, THQ Inc.,
    and Monarch Master Funding Ltd (Docket No. 8743)

3.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim
    No. 4767 (Docket No. 8744)

On October 15, 2010, copies of the following document were served via overnight mail

upon the party set forth on the service list attached hereto as **Exhibit E**:

1.  Notice of Proposed Settlement Agreement and Stipulation by and Among: the Debtors;
    Monster, LLC; and Monster Cable Products, Inc. (Docket No. 8738)

On October 15, 2010, copies of the following document were served via overnight mail

upon the parties set forth on the service list attached hereto as **Exhibit F**:

1.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Richard Grande Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim
    No. 6242 (Docket No. 8739)

On October 15, 2010, copies of the following document were served via overnight mail

upon the party set forth on the service list attached hereto as **Exhibit G**:

1.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors
    and Jesse Perez Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No.
    6008 (Docket No. 8740)

On October 15, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit H**:

1. Notice of Proposed Settlement and Stipulation by and Among the Debtors, THQ Inc., and Monarch Master Funding Ltd (Docket No. 8743)

On October 15, 2010, copies of the following document were served via overnight mail upon the parties set forth on the service list attached hereto as **Exhibit I**:

1. Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors and Diane Granito Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 4767 (Docket No. 8744)

Dated:  October 18, 2010

_____
                                    Michael J. Robin

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on October 18, 2010, by Michael J. Robin, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# <u>EXHIBIT A</u>

**Exhibit A**

Core Group Service List

| NAME | ATTENTION | EMAIL |
|---|---|---|
| FTI CONSULTING, INC. | MR. ROBERT J. DUFFY | bob.duffy@fticonsulting.com<br>steve.coulombe@fticonsulting.com |
| KIRKLAND & ELLIS LLP | ATTN LINDA K MYERS ESQ | lmyers@kirkland.com |
| KUTAK ROCK LLP | PETER J. BARRETT | peter.barrett@kutakrock.com |
| LECLAIR RYAN | ATTN BRUCE MATSON ESQ | bruce.matson@leclairryan.com |
| MCGUIREWOODS, LLP | ATTN: DION W. HAYES | dhayes@mcguirewoods.com |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY, ESQ. | kcordry@naag.org |
| OFFICE OF THE U.S. TRUSTEE | ROBERT B. VAN ARSDALE | Robert.B.Van.Arsdale@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | JEFFREY N POMERANTZ ESQ | jpomerantz@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ROBERT J FEINSTEIN ESQ | rfeinstein@pszjlaw.com |
| RIEMER & BRAUNSTEIN LLP | DAVID S. BERMAN | dberman@riemerlaw.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | GREGG M. GALARDI, ESQ. | gregg.galardi@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | IAN S. FREDERICKS, ESQ. | Ian.Fredericks@skadden.com |
| TAVENNER & BERAN PLC | LYNN L TAVENNER ESQ<br>PAULA S BERAN ESQ | ltavenner@tb-lawfirm.com<br>pberan@tb-lawfirm.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| Acxiom Corporation | C B Blackard III | cbblac@acxiom.com |
| Akerman Senterfitt | William C Crenshaw | bill.crenshaw@akerman.com |
| Akerman Senterfitt LLP | Mona M Murphy Esq | mona.murphy@akerman.com |
| Akerman Senterfitt LLP | William C Crenshaw | bill.crenshaw@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Catherine E Creely | ccreely@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Charles R Gibbs | cgibbs@akingump.com |
|  | Sarah Link Schultz | sschultz@akingump.com |
| Allen & Overy LLP | Ken Coleman | ken.coleman@allenovery.com |
| Andrew S Conway Esq |  | Aconway@taubman.com |
| Arent Fox LLP | Katie A Lane | lane.katie@arentfox.com |
| Arnall Golden Gregory LLP | Darryl S Laddin | dladdin@agg.com |
|  | Frank N White | frank.white@agg.com |
| Arnold Gallagher Saydack Percell Roberts & Potter PC | Bradley S Copeland | bcopeland@agsprp.com |
| Attorney General of Indiana | Gregory F Zoeller LeGrand L Clark | legrand.clark@atg.in.gov |
| Attorney General of New Jersey | Anne Milgram | citizens.services@lps.state.nj.us |
| Baker & McKenzie LLP | Junghye June Yeum Esq | June.Yeum@bakermckenzie.com |
| Ball Janik LLP | Justin D Leonard | jleonard@balljanik.com |
| Ballard Spahr Andrews & Ingersoll LLP | Constantinos G Panagopoulos Esq | cgp@ballardspahr.com |
|  | Charles W Chotvacs Esq | chotvacsc@ballardspahr.com |
| Ballard Spahr Andrews & Ingersoll LLP | David L Pollack Esq | pollack@ballardspahr.com |
|  | Jeffrey Meyers Esq | meyers@ballardspahr.com |
| Ballard Spahr LLP | Jenelle M Dennis | dennisj@ballardspahr.com |
| Barnes & Thornburg LLP | Michael K McCrory Esq | mmccrory@btlaw.com |
| Bartlett Hackett Feinberg PC | Frank F McGinn | ffm@bostonbusinesslaw.com |
| Bean Kinney & Korman PC | Mitchell B Weitzman Esq | Mweitzman@beankinney.com |
| Bean Kinney & Korman PC | Thomas W Repczynski & | trepczynski@offitkurman.com |
|  | Martin J Yeager | myeager@beankinney.com |
| Becket & Lee LLP | Gilbert B Weisman | notices@becket-lee.com |
| Beirne Maynard & Parsons L.L.P. | J Seth Moore | jmoore@bmpllp.com |
|  |  | sdavis@bmpllp.com |
|  | Sarah Davis | bankruptcyemail@bmpllp.com |
| Belin Lamson McCormick Zumbach Flynn | Thomas L Flynn | tlflynn@belinlaw.com |
| Bernstein Law Firm PC | Stacey Suncine | |
|  | Kirk B Burkley | kburkley@bernsteinlaw.com |
| Bewley Lassleben & Miller LLP | Ernie Zachary Park | ernie.park@bewleylaw.com |
| Bialson Bergen & Schwab | Lawrence M Schwab Esq | lschwab@bbslaw.com |
|  | Gay Nell Heck Esq | Gaye@bbslaw.com |
| Binder & Malter LLP | Michael W Malter Esq | michael@bindermalter.com |
|  | Julie H Rome Banks Esq | julie@bindermalter.com |
| Blank Rome LLP | Regina Stango Kelbon Esq | Kelbon@blankrome.com |
|  | John Lucian Esq | Lucian@blankrome.com |
| Blankingship & Keith PC | William H Casterline Jr Esq | wcasterlinejr@bklawva.com |
|  | Jeremy B Root Esq | jroot@bklawva.com |
| Borges & Associates LLC | Wanda Borges Esq | borgeslawfirm@aol.com |
| Bracewell & Giuliani LLP | William A Trey Wood III | Trey.Wood@bgllp.com |
| Brian T Hanlon |  | bhanlon@pbcgov.org |
| Bricker & Eckler LLP | Kenneth C Johnson | kjohnson@bricker.com |
|  | Andria M Beckham | abeckham@bricker.com |
| Broad and Cassel | Roy S Kobert Esq | rkobert@broadandcassel. |
| Bronwen Price | Gail B Price Esq | gail@bronwenprice.com |
| Brown Connery LLP | Donald K Ludman | dludman@brownconnery.com |
| Bryan Cave LLP | PJ Meitl | pj.meitl@bryancave.com |
| Buchalter Nemer A Professional Corporation | Craig C Chiang Esq | cchiang@buchalter.com |
|  | Shawn M Christianson Esq | schristianson@buchalter.com |
| Buckner Alani & Mirkovich | William D Buckner | wbuckner@bamlaw.net |
|  | Catherine J Weinberg | cweinberg@bamlaw.net |
| Canon USA Inc | Ruth Weinstein | rweinstein@cusa.canon.com |
| Cantor Arkema PC | David K Spiro Esq | dspiro@cantorarkema.com |
| Carlton Fields PA | John J Lamoureux Esq | jlamoureux@carltonfields.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Carmody MacDonald PC | John E Hilton | jeh@carmodymacdonald.com |
| Carroll & Carroll PLLC | Scott P Carroll Esq | lawcarroll@aol.com |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | cahn@clm.com |
| Chiariello & Chiariello | Dominic L Chiariello | dc@chiariello.com |
| | Michael D Mueller Esq | mmueller@cblaw.com |
| | Jennifer M McLemore Esq | jmclemore@cblaw.com |
| Christian & Barton LLP | Noelle M James Esq | njames@cblaw.com |
| Ciardi Ciardi & Astin PC | Albert A Ciardi III Esq | aciardi@ciardilaw.com |
| City & County of Denver | David V Cooke | david.cooke@denvergov.org |
| City of Fort Worth Sr Assistant City Attorney | Christopher B Mosley | Chris.Mosley@fortworthgov.org |
| City of Newport News VA City Attorney | Joseph M Durant | jdurant@nngov.com |
| Clement & Wheatley | Darren W Bentley Esq | bentleyd@clementwheatley.com |
| | Karen C Bifferato Esq | kbifferato@cblh.com |
| Connolly Bove Lodge & Hutz LLP | Christina M Thompson Esq | cthompson@cblh.com |
| Contrarian Capital Management LLC | Kimberly Gianis | kgianis@contrariancapital.com |
| Cook Heyward Lee Hopper & Feehan PC | David D Hopper Esq | ddhopper@chlhf.com |
| Cooley Godward Kronish LLP | Gregg S Kleiner | kleinergs@cooley.com |
| Core Properties Inc | James Donaldson | jim@coreproperties.com |
| County of Henrico Attorneys Office | Rhysa Griffith South Esq | Sou06@co.henrico.va.us |
| Culbert & Schmitt PLLC | Ann E Schmitt | aschmitt@culbert-schmitt.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| Developers Diversified Realty Corporation | Eric C Cotton Esq | ecotton@ddrc.com |
| | Christopher A Provost | |
| | Stephen T Loden | |
| Diamond McCarthy LLP | Jason B Porter | jporter@diamondmccarthy.com |
| DLA Piper LLP | Anne Braucher Esq | anne.braucher@dlapiper.com |
| DLA Piper LLP | Mark J Friedman | mark.friedman@dlapiper.com |
| | Timothy W Brink Esq | timothy.brink@dlapiper.com |
| | Forrest Lammiman | forrest.lammiman@dlapiper.com |
| DLA Piper LLP | Ann Marie Bredin Esq | ann.bredin@dlapiper.com |
| | | Peter@dntpc.com |
| Donchess Notinger & Tamposi | Peter N Tamposi | nontrustee@dntpc.com |
| Douglas A Scott PLC | Douglas Scott | BankruptcyCounsel@gmail.com |
| Duane Morris LLP | Denyse Sabagh | dsabagh@duanemorris.com |
| | Lauren Lonergan Taylor | lltaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman | mehoffman@duanemorris.com |
| | Rudolph J Di Massa Jr Esq | DiMassa@duanemorris.com |
| | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Lauren Lonergan Taylor Esq | LLTaylor@duanemorris.com |
| Duane Morris LLP | Matthew E Hoffman Esq | MEHoffman@duanemorris.com |
| | Roy M Terry Jr Esq | rterry@durrettebradshaw.com |
| | John C Smith Esq | jsmith@durrettebradshaw.com |
| Durrette Bradshaw PLC | Elizabeth L Gunn Esq | egunn@durrettebradshaw.com |
| | Rafael X Zahralddin Aravena | rxza@elliottgreenleaf.com |
| Elliott Greenleaf | Neil R Lapinski | nrl@elliottgreenleaf.com |
| Empire Blue Cross Blue Shield | Louis Benza Esq | louis.benza@empireblue.com |
| Enterprise Asset Management Inc | Lee Sudakoff | Lee.Sudakoff@eassets.com |
| | Gay Richey | |
| Envision Peripherals Inc | Sr Credit Manager | gay@epius.com |
| | Byron Z Moldo | bmoldo@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | kmiller@ecjlaw.com |
| | Michael S Kogan | mkogan@ecjlaw.com |
| Ervin Cohen & Jessup LLP | Kenneth Miller Esq | Kmiller@ecjlaw.com |
| Ewing Anderson PS | David E Eash | deash@ewinganderson.com |
| Farella Braun & Martel LLP | Gary Kaplan | gkaplan@fbm.com |
| Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | ppascuzzi@ffwplaw.com |
| Finn Dixon & Herling LLP | Henry P Baer Jr Esq | hbaer@fdh.com |
| Ford Parshall & Baker | Jordan M Humphreys | jhumphreys@fpb-law.com |
| Foster Pepper PLLC | Christopher M Alston | alstc@foster.com |
| Four Star International Trade | Wendy M Mead PC | wendymeadpc@verizon.net |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Joseph D Frank | |
| Frank Gecker LLP | Jeremy C Kleinman | jfrank@fgllp.com |
| Franklin & Prokopik PC | Andrew L Cole | acole@fandpnet.com |
| Freeborn & Peters LLP | Aaron L Hammer Esq | ahammer@freebornpeters.com |
| | Robert E Greenberg Esq | |
| Friedlander Misler PLLC | Thomas F Murphy Esq | rgreenberg@dclawfirm.com |
| Friedman Dumas & Springwater LLP | Ellen A Friedman Esq | efriedman@friedumspring.com |
| Frost Brown Todd LLC | Michael J O Grady Esq | mjogrady@fbtlaw.com |
| Fulbright & Jaworski LLP | Travis Torrence | ttorrence@fulbright.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Fullerton & Knowles PC | Richard I Hutson Esq | rhutson@fullertonlaw.com |
| Gary & Regenhardt PLLC | Linda D Regenhardt | lregenhardt@garyreg.com |
| Gibbons PC | Mark B Conlan Esq | mconlan@gibbonslaw.com |
| Glass & Reynolds | David G Reynolds Esq | dave@glassandreynolds.com |
| Gleason Dunn Walsh & O Shea | Ronald G Dunn Esq | rdunn.fvchg1@gdwo.net |
| Goodwin & Goodwin LLP | Suzanne Jett Trowbridge | sjt@goodwingoodwin.com |
| | Christine D Lynch Esq | clynch@goulstonstorrs.com |
| Goulston & Storrs PC | Peter D Bilowz Esq | pbilowz@goulstonstorrs.com |
| Greenberg Glusker Fields Claman & Machtinger LLP | Jeffrey A Krieger Esq | jkrieger@ggfirm.com |
| | Daniel J Ansell Esq | AnsellD@GTLaw.com |
| Greenberg Traurig LLP | Heath B Kushnick Esq | kushnickh@gtlaw.com |
| Greenberg Traurig LLP | Howard J Berman Esq | bermanH@gtlaw.com |
| | Frederick Black | |
| Greer Herz & Adams LLP | Tara B Annweiler | tannweiler@greerherz.com |
| Gregory Kaplan PLC | Troy Savenko Esq | tsavenko@gregkaplaw.com |
| Gust Rosenfeld PLC | Madeleine C Wanslee | mwanslee@gustlaw.com |
| Hamburg Karic Edwards & Martin LLP | J Bennett Friedman Esq | jfriedman@hkemlaw.com |
| Hamilton Beach Brands Inc | Bill Ray | bill.ray@hamiltonbeach.com |
| Hangley Aronchick Segal & Pudlin | Ashely M Chan Esq | achan@hangley.com |
| Hatch Allen & Shepherd PA | Leslie D Maxwell Esq | lmaxwell@hatchlaw.com |
| Haynes and Boone LLP | Jason Binford | jason.binford@haynesboone.com |
| Hemar Rousso & Heald LLP | Wayne R Terry | wterry@hemar-rousso.com |
| Herrick Feinstein LLP | Paul Rubin | prubin@herrick.com |
| Hewitt & O Neil LLP | Lawrence J Hilton | lhilton@hewittoneil.com |
| Hinckley Allen & Snyder LLP | Jennifer V Doran Esq | jdoran@haslaw.com |
| | Michael P Falzone Esq | mfalzone@hf-law.com |
| | Sheila deLa Cruz Esq | sdelacruz@hf-law.com |
| Hirschler Fleischer PC | Robert S Westermann | rwestermann@hf-law.com |
| | Scott R Kipnis Esq | skipnis@hgg.com |
| | Rachel N Greenberger Esq | rgreenberger@hgg.com |
| Hofheimer Gartlir & Gross LLP | Nicholas B Malito Esq | nmalito@hgg.com |
| Holland & Knight LLP | James H Rollins | jim.rollins@hklaw.com |
| Holland & Knight LLP | Richard E Lear | richard.lear@hklaw.com |
| Holme Roberts & Owen LLP | Sharon Z Weiss | sharon.weiss@hro.com |
| Hong Kong Export Credit Insurance Corporation | Ada So | ada.so@hkecic.com / tonysck@hkecic.com |
| | Seth A Drucker Esq | sdrucker@honigman.com |
| | Adam K Keith Esq | akeith@honigman.com |
| Honigman Miller Schwartz and Cohn LLP | Joseph R Sgroi Esq | jsgroi@honigman.com |
| | Benjamin C Ackerly | backerly@hunton.com |
| | JR Smith | jrsmith@hunton.com |
| | Henry Toby P Long III | hlong@hunton.com |
| | Thomas N Jamerson | tjamerson@hunton.com |
| Hunton & Williams LLP | Jason W Harbour | jharbour@hunton.com |
| Hunton & Williams LLP | J Eric Crupi | ecrupi@hunton.com |
| Hunton & Williams LLP | Michael S Held Esq | mheld@hunton.com |
| Husch Blackwell Sanders LLP | John J Cruciani Esq | john.cruciani@huschblackwell.com |
| IBM Corporation | Vicky Namken | vnamken@us.ibm.com |
| Internal Revenue Service | Attn Linda Lorello | Linda.Lorello@irs.gov |
| J Scott Douglass | | jsdlaw@msn.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | David H Cox Esq | dcox@jackscamp.com |
| Jackson & Campbell PC | John J Matteo Esq | jmatteo@jackscamp.com |
| Jackson Kelly PLLC | Mary Elisabeth Naumann | kybankruptcy@jacksonkelly.com |
| Jaspan Schlesinger LLP | Hale Yazicioglu Esq | hyazicioglu@jaspanllp.com |
| Jay T Blount | | jay.blount@dcsg.com |
| | David M Poitras PC | dpoitras@jmbm.com |
| Jeffer Mangels Butler & Marmaro LLP | Caroline R Djang | crd@jmbm.com |
| John Marshall Collins PC | John Marshall Collins Esq | johnolaw@gmail.com |
| | Jeffrey B Ellman | jbellman@jonesday.com |
| Jones Day | Brett J Berlin | bjberlin@jonesday.com |
| Jones Day | Sheila L Shadmand Esq | slshadmand@jonesday.com |
| Jorden Burt LLP | Raul A Cuervo | rac@wdc.jordenusa.com |
| K&L Gates LLP | Amy Pritchard Williams | amy.williams@klgates.com |
| K&L Gates LLP | Eric C Rusnak | eric.rusnak@klgates.com |
| | | marc.barreca@klgates.com |
| K&L Gates LLP | Marc Barreca | bankruptcyecf@klgates.com |
| Katsky Korins LLP | Steven H Newman Esq | snewman@katskykorins.com |
| | c o Brian D Huben | brian.huben@kattenlaw.com |
| | c o Thomas J Leanse | dustin.branch@kattenlaw.com |
| Katten Muchin Rosenman LLP | c o Dustin P Branch | thomas.leanse@kattenlaw.com |
| | Ann K Crenshaw Esq | |
| Kaufman & Canoles | Paul K Campsen Esq | akcrenshaw@kaufcan.com |
| Kaufman & Canoles | Paul K Campsen Esq | pkcampsen@kaufcan.com |
| | James S Carr Esq | |
| Kelley Drye & Warren LLP | Robert L LeHane Esq | KDWBankruptcyDepartment@kelleydrye.com |
| Kepley Broscious & Biggs PLC | William A Broscious Esq | wbroscious@kbbplc.com |
| Kern County Treasurer and Tax Collector Office | Angelica Leon | bankruptcy@co.kern.ca.us |
| Khang & Khang LLP | Joon M Khang | joon@khanglaw.com |
| Kilpatrick Stockton LLP | Mark D Taylor Esq | mdtaylor@kilpatrickstockton.com |
| Kilpatrick Stockton LLP | Shane G Ramsey | sramsey@kilpatrickstockton.com |
| | James A Pardo Jr | jpardo@kslaw.com |
| | Thaddeus D Wilson | thadwilson@kslaw.com |
| King & Spalding LLP | John F Isbell | jisbell@kslaw.com |
| Kitchens Kelly Gaynes PC | Heather D Dawson Esq | hdawson@kkgpc.com |
| | Michael L Tuchin | mtuchin@ktbslaw.com |
| Klee Tuchin Bogdanoff & Stern LLP | David M Stern Esq | dstern@ktbslaw.com |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Jeffrey Kurtzman Esq | jkurtzma@klehr.com |
| Krokidas & Bluestein LLP | Anthony J Cichello Esq | acichello@kb-law.com |
| Krumbein Consumer Legal Services, Inc | Jason M Krumbein Esq | jkrumbein@krumbeinlaw.com |
| Kupelian Ormond & Magy PC | David M Blau Esq | dmb@kompc.com |
| | Michael A Condyles Esq | michael.condyles@kutakrock.com |
| | Loc Pfeiffer Esq | loc.pfeiffer@kutakrock.com |
| | Peter J Barrett Esq | peter.barrett@kutakrock.com |
| | Kimberly A Pierro | kimberly.pierro@kutakrock.com |
| Kutak Rock LLP | Jeremy S Williams | jeremy.williams@kutakrock.com |
| Landau Gottfried & Berger LLP | Peter J Gurfein | pgurfein@lgbfirm.com |
| Landsberg Margulies LLP | Ian S Landsberg Esq | ilandsberg@lm-lawyers.com |
| Latham & Watkins LLP | Josef S Athanas | josef.athanas@lw.com |
| Law Office of Kenneth B Roseman & Assoc PC | Kenneth B Roseman | kenroseman@hotmail.com |
| Law Office of Robert E Luna PC | Andrea Sheehan | sheehan@txschoollaw.com |
| Law Offices of Ronald K Brown Jr | Ronald K Brown Jr | rkbgwhw@aol.com |
| Law Offices of Taylor, Leong & Chee | Kimo C Leong | kcleong@hawaii.rr.com |
| Lazer Aptheker Rosella & Yedid PC | Robin S Abramowitz | abramowitz@larypc.com |
| | Stephen E Leach Esq | sleach@ltblaw.com |
| Leach Travell Britt PC | D Marc Sarata Esq | msarata@ltblaw.com |
| LeClairRyan A Professional Corporation | Bruce H Matson | Bruce.Matson@leclairryan.com |
| LeClairan a Professional Corporation | Michael E Hastings Esq | michael.hastings@leclairryan.com |
| | Detlef G Lehnardt | |
| Lehnardt & Lehnhardt LLC | Stephen K Lehnardt | skleh@lehnardt-law.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|---|---|---|
| | Jeremy S Friedberg Esq | jeremy.friedberg@llff.com |
| Leitess Leitess Friedberg & Fedder PC | Gordon S Young Esq | gordon.young@llff.com |
| Levy Stopol & Camelo LLP | Larry Stopol Esq | lstopol@levystopol.com |
| Lieber & Lieber LLP | Barbie D Lieber | barbie@lieberlegal.com |
| Linda J Brame | | lbrame@winterslaw.com |
| Lindquist Kleissler & Company LLC | Arthur Lindquist Kleissler | arthurlindquistkleissler@msn.com |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | sanantonio.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Diane W Sanders | austin.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | houston_bankruptcy@publicans.com |
| | | lpostic@mindspring.com |
| Lionel J Postic PC | Lionel J Postic Esq | aarusso@mindspring.com |
| | John R Roberts | |
| Loudoun County Attorney | Belkys Escobar | Belkys.Escobar@loudoun.gov |
| Lowenstein Sandler PC | Vincent A D Agostino Esq | vdagostino@lowenstein.com |
| Luce Forward | Jess R Bressi Esq | jbressi@luce.com |
| Macdermid Reynolds & Glissman PC | Michael S Stiebel | mstiebel@mrglaw.com |
| | | taxcol@co.madison.al.us |
| Madison County Alabama Tax Collector | Lynda Hall | swells@co.madison.al.us |
| | A Carter Magee Jr | cmagee@mfgs.com |
| Magee Foster Goldstein & Sayers PC | W Joel Charboneau | jcharboneau@mfgs.com |
| | Anne M Magruder Esq | |
| Magruder Cook Carmody & Koutsouftikis | Leon Koutsouftikis Esq | lkouts@magruderpc.com |
| | Clement J Farley | cfarley@mccarter.com |
| McCarter & English LLP | Angela Sheffler Abreu | aabreu@mccarter.com |
| McCreary Veselka Bragg & Allen PC | Michael Reed | mreed@mvbalaw.com |
| McDermott Will & Emery LLP | Geoffrey T Raicht Esq | graicht@mwe.com |
| McDermott Will & Emery LLP | Karla L Palmer Esq | kpalmer@mwe.com |
| | Mary E Olden Esq | molden@mhalaw.com |
| McDonough Holland & Allen PC | Andre K Campbell Esq | acampbell@mhalaw.com |
| McDowell Rice Smith & Buchanan PC | Donald G Scott | dscott@mcdowellrice.com |
| McKay Burton & Thurman | Joel T Marker | joel@mbt-law.com |
| | John G McJunkin Esq | |
| McKenna Long & Aldridge LLP | J David Folds Esq | jmcjunkin@mckennalong.com |
| | John G McJunkin Esq | jmcjunkin@mckennalong.com |
| McKenna Long & Alridge LLP | J David Folds | dfolds@mckennalong.com |
| McSweeney Crump Childress & Temple PC | David R Ruby Esq | druby@mcsweeneycrump.com |
| Menter Rudin & Trivelpiece PC | Kevin M Newman Esq | knewman@menterlaw.com |
| Merced County Tax Collector | Monica Vasquez Tax Collector Clerk II | Mvasquez@co.merced.ca.us |
| Mesch Clark & Rothschild PC | Brenda Moody Whinery Esq | bwhinery@mcrazlaw.com |
| Miami Dade County Attorneys Office | Erica S Zaron | cao.bkc@miamidade.gov |
| | | alberto@miamidade.gov |
| Miami Dade County Paralegal Unity | Alberto Burnstein | MDTCBKC@miamidade.gov |
| Michael A Cardozo | Gabriela P Cacuci Esq | gcacuci@law.nyc.gov |
| Michael J Sawyer | Quincy Ctr Plaza | msawyer@stopandshop.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Michelle Leeson CFCA | | michellel@taxcollector.com |
| Micro Center Sales Corporation | Nancy Klemstine Real Estate Mgr | nklemstine@microcenter.com |
| Miller & Martin PLLC | Nicholas W Whittenburg | nwhittenburg@millermartin.com |
| Miller Canfield Paddock and Stone PLC | John L Senica | senica@millercanfield.com |
| | Chris Koster | |
| Missouri Attorney General Office | Jeff Klusmeier | Jeff.Klusmeier@ago.mo.us |
| Missouri Department of Revenue | Attn Richard M Maseles | edvaecf@dor.mo.gov |
| Mitsubishi Digital Electronics America Inc | Brian Atteberry | batteberry@mdea.com |
| Monarch Alternative Capital LP | Andrew Herenstein | Andrew.Herenstein@monarchlp.com |
| Moore & Van Allen PLLC | David B Wheeler Esq | davidwheeler@mvalaw.com |
| | Neil E Herman Esq | nherman@morganlewis.com |
| Morgan Lewis & Bockius LLP | Menachem O Zelmanovitz Esq | mzelmanovitz@morganlewis.com |
| Morris Manning & Martin LLP | David W Cranshaw Esq | dhp@mmmlaw.com |

**Exhibit A**
Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Morrison Cohen LLP | Michael R Dal Lago Esq | bankruptcy@morrisoncohen.com |
| | Richard C Ogden Esq | rco@lawokc.com |
| Mulinix Ogden Hall Andres & Ludlam PLLC | Martin A Brown Esq | martin.brown@lawokc.com |
| Mullins Riley & Scarborough LLP | Betsy Johnson Burn | betsy.burn@nelsonmullins.com |
| Munger Tolles & Olsen LLP | Seth Goldman | seth.goldman@mto.com |
| Munsch Hardt Kopf & Harr PC | Davor Rukavina Esq | drukavina@munsch.com |
| Neal Gerber Eisenberg LLP | Nicholas M Miller | nmiller@ngelaw.com |
| | Terri L Gardner | terri.gardner@nelsonmullins.com |
| Nelson Mullins Riley & Scarborough LLP | Greg Taube | greg.taube@nelsonmullins.com |
| Nicholls & Crampton PA | Kevin L Sink | ksink@nichollscrampton.com |
| | Daniel R Sovocool | dsovocool@nixonpeabody.com |
| | Louis J Cisz III | lcisz@nixonpeabody.com |
| | Gina M Fornario | gfornario@nixonpeabody.com |
| Nixon Peabody LLP | Louis E Dolan | ldolan@nixonpeabody.com |
| | Dennis J Drebsky | |
| Nixon Peabody LLP | Christopher M Desiderio | cdesiderio@nixonpeabody.com |
| | Anne Secker Esq | |
| Noland Hamerly Etienne & Hoss PC | Lisa K Omori | asecker@nheh.com |
| | Michael J Sage Esq | msage@omm.com |
| O Melveny & Myers LLP | Karyn B Zeldman Esq | kzeldman@omm.com |
| Office of Joe G Tedder CFC | Bonnie Holly | bonnieholly@polktaxes.com |
| Office of the Attorney General | Denise Mondell | Denise.Mondell@po.state.ct.us |
| Office of Unemployment Compensation Tax Services | Timothy A Bortz | tbortz@state.pa.us |
| Oklahoma County Treasurer | Tammy Jones Pro Se | tammik@oklahomacounty.org |
| Olshan Grundman Frome Rosenzweig & Wolosky LLP | Michael S Fox Esq | mfox@olshanlaw.com |
| | Frederick J Levy Esq | flevy@olshanlaw.com |
| Oppenheimer Blend Harrison & Tate Inc | Raymond W Battaglia | Rbattaglia@obht.com |
| Orange Grove Properties | Linda Taylor | linda@taylorurns.com |
| | Scott A Stengel Esq | sstengel@orrick.com |
| Orrick Herrington & Sutcliffe LLP | Jonathan P Guy Esq | jguy@orrick.com |
| | Jeremy Dacks | jdacks@osler.com |
| Osler Hoskin & Hardcourt LLP | Marc S Wasserman | mwasserman@osler.com |
| Pachulski Stang Ziehl & Jones | Stanley E Goldich | sgoldich@pszjlaw.com |
| Palmer Law Firm Inc | R Chase Palmer | cpalmerplf@gmail.com |
| Panattoni Law Firm | Fredric Albert | falbert@cvmlaw.com |
| Patton Boggs LLP | Alan M Noskow | anoskow@pattonboggs.com |
| Paul Hastings Janofsky & Walker LLP | James E Anklam | jamesanklam@paulhastings.com |
| Pennsylvania Dept of Revenue | Robert C Edmundson | redmundson@attorneygeneral.gov |
| | | eagle.sara@pbgc.gov |
| Pension Benefit Guaranty Corporation | Sara B Eagle Esq | efile@pbgc.gov |
| Pentiuk Couvreur & Kobiljak PC | Kurt M Kobiljak | kkobiljak@pck-law.com |
| Pepper Hamilton LLP | Evelyn J Meltzer | meltzere@pepperlaw.com |
| | | arlbank@pbfcm.com |
| | Elizabeth Banda Calvo | ebcalvo@pbfcm.com |
| Perdue Brandon Fielder Collins & Mott LLP | Yolanda Humphrey | yhumphrey@pbfcm.com |
| | Stephen W Spence Esq | sws@pgslaw.com |
| Phillips Goldman & Spence PA | Scott L Adkins Esq | sla@pgslaw.com |
| | German Yusufov | terri.roberts@pcao.pima.gov |
| Pima County Attorney Civil Division | Terri A Roberts | german.yusufov@pcao.pima.gov |
| | James E Bird | jbird@polsinelli.com |
| Polsinelli Shalton Flanigan Suelthaus PC | Amy E Hatch | ahatch@polsinelli.com |
| | Robert Somma Esq | rsomma@pbl.com |
| Posternak Blankstein & Lund LLP | Laura A Otenti Esq | lotenti@pbl.com |
| PriceGrabber com Inc | Katerina Canyon | katerina@pricegrabber.com |
| Primeshares | Attn Rayaan Hashmi | rh@primeshares.com |
| Procopio Cory Hargreaves & Savitch LLP | Gerald P Kennedy | gpk@procopio.com |
| | Brian Sirower Esq | bsirower@quarles.com |
| Quarles & Brady LLP | Lori L Winkelman Esq | lwinkelm@quarles.com |
| | Faye B Feinstein Esq | fbf@quarles.com |
| Quarles & Brady LLP | Christopher Combest Esq | ccombest@quarles.com |
| Querrey & Harrow Ltd | John M Brom | jbrom@querrey.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Quintrall & Associates LLP | Albert F Quintrall Esq | a.quintrall@quintrallaw.com |
| Rappaport Glass Greene & Levine LLP | James L Forde<br>Sue Reyes | rappmail@rapplaw.com |
| Ravich Meyer Kirkman McGrath Nauman & Tansey PA | Michael F McGrath Esq | mfmcgrath@ravichmeyer.com |
| Receivable Management Services | Phyllis A Hayes | Phyllis.Hayes@rmsna.com |
| Recovery Management Systems Corp | Ramesh Singh | claims@recoverycorp.com |
| Reed Smith LLP | Kurt F Gwynne Esq<br>Kathleen A Murphy Esq | kgwynne@reedsmith.com<br>kmurphy@reedsmith.com |
| Reed Smith LLP | Linda S Broyhill | lbroyhill@reedsmith.com |
| Reed Smith LLP | Travis A Sabalewski Esq | tsabalewski@reedsmith.com |
| Regency Centers | Catherine L Strauss | catherinestrauss@regencycenters.com |
| Riemer & Braunstein LLP | David S Berman | Dberman@riemerlaw.com |
| Righetti Law Firm PC | Matthew Righetti<br>Michael Righetti | matt@righettilaw.com<br>mike@righettilaw.com |
| Rivkin Radler LLP | Matthew V Spero Esq<br>Stuart I Gordon Esq | stuart.gordon@rivkin.com |
| Robinson & Cole | Peter E Strniste<br>Patrick M Birney | pstrniste@rc.com<br>pbirney@rc.com |
| Robinson Brog Leinwand Greene Genovese & Gluck PC | Fred B Ringel Esq | fbr@robinsonbrog.com |
| Robinson Diamant & Wolkowitz | Douglas D Kappler Esq | dkappler@rdwlawcorp.com |
| Romero Law Firm | Martha E Romero | romero@mromerolawfirm.com |
| Ronald M Tucker Esq | | rtucker@simon.com |
| Rosenblum & Rosenblum LLC | Alan Rosenblum Esq | alan@rosenblumllc.com |
| Ross Banks May Cron & Cavin PC | c o James V Lombardi III | jvlombardi@rossbanks.com |
| Roussos Lassiter Glanzer & Marcus PLC | Lawrence H Glanzer Esq | glanzer@rlglegal.com |
| Rutter Hobbs & Davidoff | Paul J Laurin Esq | plaurin@rutterhobbs.com<br>Jking@rutterhobbs.com |
| Saiber LLC | Vincent Papalia Esq<br>Una Young Kang Esq | vfp@saiber.com<br>uyk@saiber.com |
| Sands Anderson Marks & Miller PC | C Thomas Ebel Esq<br>William A Gray Esq<br>Peter M Pearl Esq<br>Lisa Taylor Hudson Esq | ppearl@sandsanderson.com<br>lhudson@sandsanderson.com<br>bgray@sandsanderson.com<br>tebel@sandsanderson.com |
| Sands Anderson PC | Philip C Baxa Esq | pbaxa@sandsanderson.com |
| Satterlee Stephens Burke & Burke LLP | Christopher R Belmonte Esq<br>Pamela A Bosswick Esq<br>Abigail Snow Esq | cbelmonte@ssbb.com<br>pbosswick@ssbb.com<br>asnow@ssbb.com |
| Saul Ewing LLP | Edith K Altice Esq | ealtice@saul.com |
| Saul Ewing LLP | Jeremy W Ryan Esq | jryan@saul.com |
| Schenk Annes Brookman & Tepper Ltd | Robert D Tepper Esq | rtepper@sabt.com |
| Schnader Harrison Segal & Lewis LLP | Gordon S Woodward Esq | gwoodward@schnader.com |
| Schreeder Wheeler & Flint LLP | Lawrence S Burnat Esq<br>J Carole Thompson Hord Esq | lburnat@swfllp.com<br>chord@swfllp.com |
| Schulte Roth & Zabel LLP | Michael L Cook<br>David M Hillman<br>Meghan M Breen | michael.cook@srz.com<br>david.hillman@srz.com<br>meghan.breen@srz.com |
| Seyfarth Shaw LLP | David C Christian II | dchristian@seyfarth.com |
| Seyfarth Shaw LLP | Rhett Petcher Esq<br>Alexander Jackins | rpetcher@seyfarth.com<br>ajackins@seyfarth.com |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | rdremluk@seyfarth.com |
| Sheppard Mullin Richter & Hampton LLC | Blanka Wolfe | bwolfe@sheppardmullin.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com |
| Shutts & Bowen LLP | Andrew M Brumby | abrumby@shutts.com<br>rhicks@shutts.com |
| Siegfried Bingham Levy Selzer & Gee | Gary V Fulghum | gfulghum@sblsg.com |
| Siller Wilk LP | Eric J Snyder | esnyder@sillerwilk.com |
| Smith Gambrell & Russell LLP | Brian P Hall Esq | bhall@sgrlaw.com |
| Smith Moore Leatherwood LLP | F Marion Hughes | marion.hughes@smithmoorelaw.com |
| Sonnenschein Nath & Rosenthal LLP | Sara L Chenetz Esq | schenetz@sonnenschein.com |
| Sony Electronics Inc | Lloyd B Sarakin | lloyd.sarakin@am.sony.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| Southwinds Ltd | Paul Resnick | pr@southwindsltd.com |
| Spilman Thomas & Battle PLLC | Paul M Black Esq | pblack@spilmanlaw.com |
| Spotts Fain PC | Neil E McCullagh Esq | nmccullagh@spottsfain.com |
| Squire Sanders & Dempsey LLP | G Christopher Meyer | cmeyer@ssd.com |
| State of Michigan Department of Treasury | Michael A Cox Victoria A Reardon | ReardonV@michigan.gov |
| State of Wisconsin Office of the State Treasurer | JB Van Hollen Anne C. Murphy | murphyac@doj.state.wi.us |
| Stein & Lubin LLP | Eugene Chang | echang@steinlubin.com |
| Stempel Bennett Claman & Hochberg PC | Edmond P O Brien Esq | eobrien@sbchlaw.com |
| Stevens & Lee PC | Steven J Adams Esq | sja@stevenslee.com |
| Stinson Morrison Hecker LLP | Jaime S Dibble Katherine M Sutcliffe Becker Darrell W Clark Esq Tracey M Ohm Esq | jdibble@stinson.com kbecker@stinson.com dclark@stinson.com tohm@stinson.com |
| Stites & Harbison PLLC | Ron C Bingham II | rbingham@stites.com |
| Stutman Treister & Glatt PC | Eric D Goldberg | egoldberg@stutman.com |
| Taft Stettinius & Hollister LLP | Jeffrey J Graham | jgraham@taftlaw.com |
| Taxing Authority Consulting Services PC | Mark K Ames Jeffrey Scharf | mark@taxva.com |
| Tennessee Department of Revenue | TN Attorney Generals Office | Gina.Hantel@ag.tn.gov |
| The Arapahoe County Treasurer | George Rosenberg Esq | grosenberg@co.arapahoe.co.us jholmgren@co.arapahoe.co.us |
| The Cafaro Company | Richard T Davis | rdavis@cafarocompany.com |
| The Law Offices of David A Greer PLC | David A Greer Esq | dgreer@davidgreerlaw.com |
| The Meiburger Law Firm PC | Janet M Meiburger Esq | admin@meiburgerlaw.com |
| Thomas G King | | tking@kech.com |
| Thompson and Knight LLP | Cassandra Sepanik Katharine Battaia | Cassandra.Sepanik@tklaw.com Katharine.Battaia@tklaw.com |
| Thompson McMullan PC | Robert A Dybing | rdybing@t-mlaw.com |
| Trainor Fairbrook | Nancy Hotchkiss Esq | nhotchkiss@trainorfairbrook.com |
| Travelers | Mike Lynch | mlynch2@travelers.com |
| Trout Jones Gledhill Fuhrman PA | Kimbell D Gourley | kgourley@idalaw.com |
| Troutman Sanders LLP | Bradfute W Davenport Jr | bradfute.davenport@troutmansanders.com |
| Troutman Sanders LLP | Hollace Topol Cohen Vivieon E Kelley | hollace.cohen@troutmansanders.com vivieon.kelley@troutmansanders.com |
| Troutman Sanders LLP | Michael E Lacy | michael.lacy@troutmansanders.com |
| Troutman Sanders LLP | Richard Hagerty | richard.hagerty@troutmansanders.com |
| US Securities and Exchange Commission | Susan R Sherrill Beard | sherrill-beards@sec.gov |
| Venable LLP | Lawrence A Katz Kristen E Burgers | lakatz@venable.com keburgers@venable.com |
| Vinson & Elkins LLP | David E Hawkins | dhawkins@velaw.com |
| Vinson & Elkins LLP | William L Wallander Angela B Degeyter | bwallander@velaw.com adegeyter@velaw.com |
| Vonage Holdings Inc | Angelique Electra | angelique.electra@vonage.com |
| Vorys Sater Seymour and Pease LLP | Malcolm M Mitchell Jr Suparna Banerjee Kara D Lehman | mmmitchell@vorys.com sbanerjee@vorys.com kdlehman@vorys.com |
| Vorys Sater Seymour and Pease LLP | Tiffany Strelow Cobb Esq | tscobb@vssp.com |
| Walter Wilhelm Law Group | Michael L Wilhelm Esq | mwilhelm@W2LG.com |
| Weil Gotshal & Manges LLP | Gary T Holtzer Esq Joseph W Gelb Esq | gary.holtzer@weil.com joseph.gelb@weil.com |
| Weiland Golden Smiley Wang Ekvall & Strok LLP | Lei Lei Wang Ekvall Esq | lekvall@wgllp.com |
| Weingarten Realty Investors | Jenny J Hyun Esq | jhyun@weingarten.com |
| Weiss Serota Helfman Pastoriza Cole & Boniske PL | Douglas R Gonzales | dgonzales@wsh-law.com |
| Weltman Weinberg & Reis Co LPA | Scott D Fink | ecfndoh@weltman.com |
| Weycer Kaplan Pulaski & Zuber PC | Darla Carlisle | dcarlisle@wkpz.com |
| Wharton Aldhizer & Weaver PLC | Stephan W Milo Esq | smilo@wawlaw.com |

**Exhibit A**

Rule 2002 List

| Name | Notice Name | Email |
|------|-------------|-------|
| White & Case LLP | Peter J Carney<br>William Sloan Coats<br>Julieta L Lerner | jlerner@whitecase.com |
| Whiteford Taylor & Preston LLP | Bradford F Englander<br>Brian M Nestor | benglander@wtplaw.com |
| Whiteford Taylor & Preston LLP | Kevin G Hroblak Esq | khroblak@wtplaw.com |
| Wiley Rein LLP | H Jason Gold Esq<br>Dylan G Trache Esq<br>Rebecca L Saitta Esq<br>Valerie P Morrison Esq<br>Dylan G Trache Esq | jgold@wileyrein.com<br>dtrache@wileyrein.com<br>rsaitta@wileyrein.com<br>vmorrison@wileyrein.com<br>dtrache@wileyrein.com |
| Williams Mullen | William H Schwarzschild III<br>W Alexander Burnett | tschwarz@williamsmullen.com<br>aburnett@williamsmullen.com |
| Winthrop & Weinstine PA | Christopher A Camardello | ccamardello@winthrop.com |
| Wise DelCotto PLLC | Laura Day DelCotto Esq<br>Allison Fridy Arbuckle Esq | ldelcotto@wisedel.com<br>aarbuckle@wisedel.com |
| Wolff & Samson PC | Karen L Gilman Esq | kgilman@wolffsamson.com |
| Wolff Hill McFarlin & Herron PA | David R McFarlin Esq | dmcfarlin@whmh.com |
| Wolfstone Panchot & Bloch PS Inc | Andrew Rapp | ecfdocs@wpblaw.com |
| Womac & Associates | Brian D Womac<br>Stacy Kremling | Stacey@brianwomac.com<br>brianwomac@aol.com |
| Womble Carlyle Sandridge & Rice PLLC | Jeffrey L Tarkenton<br>Todd D Ross | jtarkenton@wcsr.com<br>toross@wcsr.com |
| Womble Carlyle Sandridge & Rice PLLC | Michael Busenkell | mbusenkell@wcsr.com |
| Young Goldman & Van Beek PC | Neil P Goldman Esq<br>John P Van Beek Esq | ngoldman@ygvb.com |

# EXHIBIT B

**Exhibit B**

Core Group Service List

| NAME | ATTENTION | FAX |
|---|---|---|
| CORPORATE SALES AND USE, EMPLOYER WITHHOLDING, AND LITTER TAX | VIRGINIA DEPARTMENT OF TAXATION | 804-254-6111 |
| SECURITIES & EXCHANGE COMMISSION | ATTN: BANKRUPTCY UNIT | 202-772-9370 |

**Exhibit B**

Rule 2002 List

| Name | Notice Name | Fax |
|------|-------------|-----|
| Attorney General of the United States | Robert P McIntosh | 804-819-7417 |
| Attorney General of the US | Richard F Stein<br>Dana J Boente<br>Robert K Coulter | 804-916-3939 |
| Draper & Goldberg PLLC | Adam Hiller | 302-213-0043 |
| G&W Service Co LP | Georgette Treece | 713-227-3410 |
| Gay McCall Isaacks Gordon & Roberts PC | David McCall | 972-424-5619 |
| Locke Lord Bissell & Liddell LLP | Elizabeth C Freeman | 713-223-3717 |
| Locke Lord Bissell & Liddell LLP | Thomas G Yoxall<br>Thomas A Connop<br>Melissa S Hayward | 214-740-8800 |
| Ornelas Castillo & Ornelas PLLC | Sylvia M Ornelas<br>Mario A Castillo Jr | 956-725-4594 |
| Poyner Spruill LLP | Shannon E Hoff Esq | 704-342-5264 |

# EXHIBIT C

**Exhibit C**

Core Group Service List

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| CIRCUIT CITY STORES, LLC | | 4951 LAKE BROOK DR | | | GLEN ALLEN | VA | 23060-9279 |
| DEPARTMENT OF JUSTICE CIVIL DIVISION | ATTN: DIRECTOR | COMMERCIAL LITIGATION BRANCH | P.O. BOX 875 | BEN FRANKLIN STATION | WASHINGTON | DC | 20044 |
| OFFICE OF THE ATTORNEY GENERAL | BOB MCDONNELL | STATE OF VIRGINIA | 900 E. MAIN ST. | | RICHMOND | VA | 23219 |
| SECRETARY OF TREASURY | | 15TH & PENNSYLVANIA AVENUE, N.W. | | | WASHINGTON | DC | 20020 |
| SECURITIES & EXCHANGE COMMISSION | NATHAN FUCHS, ESQ. PATRICIA SCHRAGE, ESQ. | NEW YORK OFFICE | BRANCH/ REORGANIZATION | 3 WORLD FINANCIAL CTR STE 400 | NEW YORK | NY | 10281-1022 |

**Exhibit C**

Rule 2002 List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Broward County | Jeffrey J Newton | Government Center | 115 S Andrews Ave | Ft Lauderdale | FL | 33301 |
| Caparra Center Associates SE | Attn Penny R Stark Esq | 9861 Sunrise Lakes Blvd Ste 308 | | Sunrise | FL | 33322 |
| Chatham County Tax Commissioner | Daniel T Powers | PO Box 8321 | | Savannah | GA | 31412 |
| Draper & Goldberg PLLC | James E Clarke L Darren Goldberg | 803 Sycolin Rd Ste 301 | | Leesburg | VA | 20175 |
| Eaton Corporation | David J Persichetti | Eaton Ctr 1111 Superior Ave | | Cleveland | OH | 44114-2584 |
| Gregory Lee McCall | FCI Forrest City Low | PO Box 9000 | | Forrest City | AR | 72336 |
| Griffith McCague & Wallace PC | Judy Gawlowski | 200 Allegheny Center Mall | | Pittsburgh | PA | 15212 |
| Hamilton Chase Santa Maria LLC | Stefani Batastini Asst to Chris Larson | 828 Ballard Canyon Rd | | Solvang | CA | 93463 |
| Meyers Rodbell & Rosenbaum PA | Douglas C Meister | 6801 Kenilworth Ave Ste 400 | | Riverdale | MD | 20737-1385 |
| Millman 2000 Charitable Trust | David Bennett | 2400 Cherry Creek Dr S | Ste 7002 | Denver | CO | 80209-3261 |
| Naples Daily News | c o Receivable Management Services | PO Box 5126 | | Timonium | MD | 21094 |
| Parsons Kinghorn Harris | George B Hofmann | 111 E Broadway 11th Fl | | Salt Lake City | UT | 84111 |
| Pasadena Independent School District | Dexter D Joyner | 4701 Preston Ave | | Pasadena | TX | 77505 |
| SB Lender Trust | c o Geoffrey L Berman Lender Trustee | Development Specialists Inc | 333 S Grand Ave Ste 4070 | Los Angeles | CA | 90071 |
| Thomas W Daniels | | 1265 Scottsville Rd | | Rochester | NY | 14624 |
| UrbanCal Oakland II LLC | c o Urban Retail Properties LLC | 900 N Michigan Ave Ste 900 | | Chicago | IL | 60611 |

# <u>EXHIBIT D</u>

**Exhibit D**

Rule 2002 Failed Fax List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|----------|------|-------|-----|
| Attorney General of the US | Richard F Stein & Dana J Boente | 10th St and Constitution Ave NW | Main Justice Building Rm 5111 | Washington | DC | 20530 |

# EXHIBIT E

**Exhibit E**

Special Parties

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Cooley LLP | Gregg S Kleiner | 101 California St 5th Fl | San Francisco | CA | 94111-5800 |
| Monster Cable Products Inc | Attn Legal | 455 Valley Dr | Brisbane | CA | 94005 |

# **EXHIBIT F**

**Exhibit F**

Special Parties

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Richard Grande | | 832 Ellsworth St | Philadelphia | PA | 19147 |
| Verlin Law Offices | Jerome J Verlin Esq | 150 Monument Rd Ste 404 | Bala Cynwyd | PA | 19004 |

# EXHIBIT G

**Exhibit G**

Special Party

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Bogin Munns & Munns PA | Barry K Baker Esq | 924 Garfield St | Melbourne | FL | 32935 |

# EXHIBIT H

**Exhibit H**
Special Parties

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Monarch Master Funding Ltd | Christopher Santana | 535 Madison Ave 26th Fl | | New York | NY | 10022 |
| THQ Inc | Caroline R Djang | 1900 Avenue of the Stars 7th Fl | Jeffer Mangels Butler & Mitchell LLP | Los Angeles | CA | 90067 |

# EXHIBIT I

**Exhibit I**

Special Parties

| Name | Notice Name | Address 1 | City | State | Zip |
|------|-------------|-----------|------|-------|-----|
| Diane Granito | | 11466 Madera Rosa Way | San Diego | CA | 92124-2876 |
| Higgs Fletcher & Mack LLP | Laura L Buckley Esq | 401 W A St Ste 2600 | San Diego | CA | 92101 |
| Laureti & Associates | Anthony R Laureti Esq | 402 W Broadway Ste 860 | San Diego | CA | 92101 |