# NOTICE OF CLAIMS PURCHASE AGREEMENT

SEP 1 3 2010

**REPORTER-HERALD**, a(n) _division_ (State of Incorporation) _Colorado_, _Lehman Communications Corporation_ (EntityType), its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto **Archon Bay Capital LLC**, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $3,268.06 (proof of claim amount, defined as the "Claim") against **Circuit City Stores Inc** (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, **Eastern District of Virginia**, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number **08-35653** (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Agreement by its duly authorized representative dated the _13th_ day of _October_, 2010.

*2 claims filed one for 3268.06 Name ID 5018554 another for 2774.14 Name ID 4985988

Reporter Herald
(Company Name)

Witness: _Diana Simmons_ (Signature)
Diana Simmons, Accounting Clerk
(Print Name and Title of Witness)

_Michele Rios_ (Signature of Corporate Officer)
Michele Rios
Business Office/Credit Mgr
(Print Name and Title of Corporate Officer)

**Archon Bay Capital LLC**

Witness: _____ (Signature)

_____ (Archon Bay Capital LLC)

Exhibit "A"