# United States Bankruptcy Court
## Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.          Case No. 08-35653 (KRH)

                                                Chapter 11

                                                Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **Contrarian Funds, LLC** | **Ricmac Equities Corporation** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Ricmac Equities Corporation**<br>Attn Janet M Meiburger<br>The Meiburger Law Firm PC<br>1493 Chain Bridge Rd Ste 201<br>McLean, VA 22101 |

**Claim No. 14880 for $82,716.98 (Admin Priority)**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____          Date: _____October 20, 2010_____
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

### EVIDENCE OF TRANSFER OF ADMINISTRATIVE EXPENSE CLAIM

TO:        Clerk, United States Bankruptcy Court, Eastern District of Virginia

AND TO:    Ricmac Equities Co. LLP as successor-in-interest to Ricmac Equities Corporation

Ricmac Equities Co. LLP as successor-in-interest to Ricmac Equities Corporation, a DELAWARE corporation, located at 6 Harbour Point Drive, Northport, NY 11768 ("Seller"), for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claim of Seller against Circuit City Stores, Inc., docketed as Claim # 14880 (amends Claim #13816) (the "Claim") in the amount of $82,716.98 in the United States Bankruptcy Court, Eastern District of Virginia, Case No. 08-35653 (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Administrative Expense Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 14 day of October 2010.

(Assignor)                                    (Assignee)
RICMAC EQUITIES CO. LLP                       CONTRARIAN FUNDS, LLC
as successor-in-interest to                   Contrarian Capital Management, L.L.C., as manager
RICMAC EQUITIES CORPORATION

By: _____                 By: _____
Name: C.R. MCDANIEL                           Name: MICHAEL J. RESTIFO
Title: PRESIDENT                              Title: CFO/MEMBER