# United States Bankruptcy Court
### Eastern District of Virginia

In re CIRCUIT CITY STORES, INC. et al.            Case No. 08-35653 (KRH)

                                                                         Chapter 11

                                                                         Court ID (court use only) _____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a).  Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Ricmac Equities Corporation** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **Contrarian Funds, LLC**<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attn: Alisa Mumola<br>Phone 203-862-8211 | **Ricmac Equities Corporation**<br>Janet M Meiburger Esq<br>6 Harbour Pt Dr<br>Northport, NY 11768 |

**Claim No. 12821 for $2,206,793.70**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____            Date: _____October 20, 2010_____
      Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Eastern District of Virginia

AND TO:    Ricmac Equities Co. LLP as successor-in-interest to Ricmac Equities Corporation

_DELAWARE_ Ricmac Equities Co. LLP as successor-in-interest to Ricmac Equities Corporation, a corporation, located at 6 Harbour Point Drive, Northport, NY 11768 ("Seller"), for good and valuable consideration, the sufficiency of which is hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns, with offices at 411 West Putnam Avenue, Suite 425, Greenwich, CT 06830 ("Buyer"), all right, title and interest in and to the claim of Seller against Circuit City Stores, Inc., docketed as Claim # 12821 (the "Claim") in the United States Bankruptcy Court, Eastern District of Virginia, Case No. 08-35653 (jointly administered), including without limitation the claims of Seller relating to or arising from the rejection by Debtor of certain agreements by and between Seller and Debtor regarding the lease of real property located at 217 Bethpage Road, Hicksville, NY 11801.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _14_ day of October 2010.

(Assignor)
RICMAC EQUITIES CO. LLP
as successor-in-interest to
RICMAC EQUITIES CORPORATION
By: _[signature]_
Name: _CR McDANIEL_
Title: _PRESIDENT_

(Assignee)
CONTRARIAN FUNDS, LLC.
Contrarian Capital Management, L.L.C., as manager
By: _[signature]_
Name: _____
Title: MICHAEL J. RESTIFO
CFO/MEMBER

- 6 -