**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re                                    Chapter 11
CIRCUIT CITY STORES, INC. et al.
                                         Case No. 08-35653

        Debtors.                         (Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Ricmac Equities Corporation, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address                           New Address
Ricmac Equities Corporation              Ricmac Equities Corporation
6 Harbour Point Drive                    c/o Contrarian Capital Management, L.L.C.
Northport, New York, NY 11768            411 West Putnam Avenue – Suite 425
                                         Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

RICMAC EQUITIES CORPORATION

By: _____
Title: PRESIDENT
Date: 10/14/10