| | |
|---|---|
| Andrea Sheehan, Esq. | A. Carter Magee, Jr., Esq. |
| LAW OFFICES OF ROBERT E. LUNA, P.C. | W. Joel Charboneau, Esq. |
| 4411 N. Central Expressway | Magee Goldstein Lasky & Sayers, P.C. |
| Dallas, Texas 75205 | Post Office Box 404 |
| (214) 521-8000 | Roanoke, Virginia 24003 |
| (214) 521-1738 FAX | (540) 343-9800 |
| sheehan@txschoollaw.com | (540) 343-9898 FAX |
| | cmagee@mglspc.com |
| | jcharboneau@mglspc.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Magee Goldstein Lasky & Sayers, P.C., having appeared in this case as local counsel for Lewisville ISD, has concluded its representation of the Lewisville ISD and, therefore, withdraws its appearance and request for service of papers on behalf of Lewisville ISD. W. Joel Charboneau of the law firm of Magee Goldstein Lasky & Sayers, P.C. remains local counsel for other creditors in this case and, therefore, should not be removed from any mailing and service lists including any electronic service lists. This withdrawal does not affect any notice of appearance filed by lead counsel for the Lewisville ISD. Copies of all papers required to be served on the Lewisville ISD should continue to be served on the Lewisville ISD's lead counsel:

> Andrea Sheehan, Esq.
> LAW OFFICES OF ROBERT E. LUNA, P.C.
> 4411 N. Central Expressway
> Dallas, Texas 75205
> (214) 521-8000
> (214) 521-1738 FAX
> sheehan@txschoollaw.com

as well as on the Lewisville ISD directly as may be required by any applicable procedural rules or Orders of the Court.

Date: October 20, 2010                    Respectfully submitted,

                                              /s/ W. Joel Charboneau
                                              A. Carter Magee, Jr., Esq. (VSB #20284)
                                              W. Joel Charboneau (VSB#68025)
                                              Magee Goldstein Lasky & Sayers, P.C.
                                              Post Office Box 404
                                              Roanoke, Virginia 24003
                                              540-343-9800
                                              540-343-9898 (f)
                                              cmagee@mglspc.com
                                              jcharboneau@mglspc.com

## **CERTIFICATE OF SERVICE**

      I certify that on October 20, 2010, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

                                              /s/ W. Joel Charboneau

U:\A CLIENTS\Lewisville Independent School District et al. 7868\03-response to 37th objection\Notice of Withdrawal of Appearance.doc