

MAJESCO ENTERTAINMENT
160 RARITAN CENTER PARKWAY
EDISON, NEW JERSEY 08837
732 225 8910 TEL
732 225 8408 FAX

September 24, 2010

**NOTICE OF CHANGE OF ADDRESS**

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

    RE: Majesco Entertainment Company Proof of Claim # 8767 and Claim Scheduled in the name of Majesco Sales Inc.

Dear Mr. Martinez:

    Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

Majesco Entertainment Company
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

    You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent Epiq Systems.

Very truly yours,

Name: Adam Sultan
Title: SVP Business & Legal Affairs & GC

Cc:   Circuit City Claims Processing
      c/o Kurtzman Carson Consultants LLC
      2335 Alaska Avenue
      El Segundo, CA 90245

www.majescoentertainment.com