Form 210A (10/06)

# United States Bankruptcy Court

__EASTERN__ District Of __VIRGINA__

In re __CIRUIT CITY STORES, INC__,    Case No. __08-35653 (KRJ)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __VONWIN CAPITAL MANAGEMENT, LP__ | __INDUSTRIAPLEX, INC.__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ATTENTION: ROGER VON SPIEGEL
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Court Claim # (if known): __6438__
Amount of Claim: __$1,832,351.94__
Date Claim Filed: __1/26/2009__

Phone: __212-889-1601__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Roger Von Spiegel__    Date: __OCTOBER 20, 2010__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br><u>et. al.</u>,<br><br>DEBTORS, | CHAPTER 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of INDUSTRIAPLEX, INC, a Delaware corporation ("Assignor"), scheduled by the Debtor or asserted by Proof of Claim filed against the Debtor, including but not limited to the following:

| Allowed Claim Amount | Claim No. |
|---|---|
| $1,832,351.94 | 6438 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016
Signature: _____
Name:      Roger Von Spiegel
Title:     Managing Director
Date:      _____

ASSIGNOR: INDUSTRIAPLEX, INC.
Address:   c/o David W. Cranshaw Esq
           Morris, Manning & Martin
           1600 Atlanta Financial Center
           3343 Peachtree Rd, N.E.
           Atlanta, GA, 30326-1044
Signature: _____
Name:      Jason W Gins
Title:     CEO
Date:      10/14/2010

# Creditor Data for Claim Number 6438

Help

| Creditor: | Date Claim Filed: 1/26/2009 |
|---|---|
| Industriaplex Inc<br>c o David W Cranshaw Esq<br>Morris Manning & Martin LLP<br>3343 Peachtree Rd NE Ste 1600<br>Atlanta, GA 30326 | Claim #: 6438 |

| Notice Party(ies): |
|---|
| Industriaplex Inc<br>Attn Rich Ellis<br>11810 Wills Rd Ste 100<br>Alpharetta, GA  30009 |

**Debtor Name:** Circuit City Stores, Inc.
**Debtor Case Number:** 08-35653

|  | Schedule Amount | C* | U* | D* | Filed Claim Amount | Present Claim Amount |
|---|---|---|---|---|---|---|
| GU |  |  |  |  | $1,871,363.58 | $1,832,351.94 |
| PRI |  |  |  |  |  |  |
| SEC |  |  |  |  |  |  |
| AP |  |  |  |  |  |  |
| AS |  |  |  |  |  |  |
| TOTALS |  |  |  |  | $1,871,363.58 | $1,832,351.94 |

*C=Contingent, U=Unliquidated, D=Disputed

**Transfer History**

| Date Filed | Date Effective | Transfer Type | Transferor | Transferee | Status |
|---|---|---|---|---|---|
| No records found |

**Objection History**

| Date Created | Name | Basis | Status |
|---|---|---|---|
| No records found |

**Claim Withdrawal History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| No records found |

**Stipulation History**

| Date Filed | Docket Number | Document Name | File Size |
|---|---|---|---|
| 9/15/2010 | 8576 | Notice of Settlement Agreement and Stipulation by and Among the Debtors and Industriaplex, Inc. | 99 k |

This website is maintained for the public's convenience and for informational purposes only. Users of this website should not take or refrain from taking any action based upon content included in the website or in the results of any search made on this site without seeking legal counsel on the particular facts and circumstances at issue from a licensed attorney. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and Liabilities ("Schedules") filed in the bankruptcy case/s of the debtor/s.

Without limiting the generality of the foregoing, any failure by a debtor to designate a claim listed on the Schedules as "disputed", "contingent", or "unliquidated" does not constitute an admission that such amounts are not "disputed", "contingent", or "unliquidated". Further, each debtor reserves the right to amend their Schedules and Statements of Financial Affairs as necessary and appropriate. Debtors further reserve the right to dispute, on any grounds, or to assert offsets or defenses to, any claim reflected on their schedules or filed against a Debtor, including objecting to the amount, liability classification or priority of such claim, or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated".