From: David Younce    Fax: +1 (866) 842-0512 1101    To: Nancy Kerfeld    Fax  +1 (661) 633-2072    Page  2 of 3  9/20/2010 1 10

## NOTICE OF CLAIMS PURCHASE AGREEMENT

### (Proof of Claim # 3193)

MONTAGE INC., a[n] MinnesotaCorporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Archon Bay Capital LLC, a Delaware Limited Liability Company, its successors and assigns ("Buyer") all rights, title an interest in and to the claim(s) of Seller in the principal amount of $4,882.18 (proof of claim amount, defined as the "Claim") against Circuit City Stores Inc (the "Debtor") together with interest, if any, in the United States Bankruptcy Court, Eastern District of Virginia, or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case Number 08-35653 (defined as the "Proceedings")

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement as an unconditional sale and the Buyer herein as the valid owner of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Agreement by its duly authorized representative dated the __20th__ day of __September__ 2010.

Montage Inc.
(Company Name)

(Signature of Corporate Officer)
William Thomalla
Vice President of Operations
(Print Name and Title of Corporate Officer)

WITNESS _____
Nancy Kerfeld
Accounting Manager
(Print Name and Title of Witness)

Archon Bay Capital LLC

(Signature of Buyer Representative)

(Print Name, Blue Heron Micro Opportunities Fund LP PS)

**Exhibit "A"**