Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

                - and -

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-1720
(312) 407-0700

Counsel to the Debtors and Debtors
in Possession

               IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                          RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                      : Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  : Case No. 08-35653
et al.,                     :
                            :
               Debtors.     : Jointly Administered
- - - - - - - - - - - - - - x

        **NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
         OCTOBER 27, 2010 AT 2:00 P.M. (EASTERN)**

        Set forth below are the matters scheduled to be
heard before the Honorable Kevin Huennekens, United States
Bankruptcy Judge, in the United States Bankruptcy Court for
the Eastern District of Virginia, U.S. Courthouse, 701 East
Broad Street, Room 5000, Richmond, VA 23219-1888, on
September 27, 2010 beginning at 2:00 p.m. Eastern.


**I.   CONTINUED MATTERS**

1.    Site A, LLC's Second Amended Motion to Allow Late

Filing of Proof of Claim, or in the Alternative, Motion to File Late Proof of Claim as an Amendment to Informal Proof of Claim (Docket No. 7155)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 5405)

b.   Amended Motion to Allow Late Filing of Proof of Claim, by Site A, LLC (Docket Nos. 5310, 5404)

c.   Notice of Motion and Hearing (Docket No. 7236)

Objection
Deadline:        October 27, 2009 at 5:00 p.m., extended for the Debtors until December 14, 2010 at 5:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter is adjourned to December 21, 2010 at 2:00 p.m.

2.   Motion for Allowance of the Late Filed Administrative Expense Claim of Metra Electronics Corporation (Docket No. 7679)

Related
Documents:

a.   Notice of Motion and Hearing (Docket No. 7682)

Objection
Deadline:        July 15, 2010 at 4:00 p.m., extended for the Debtors until November 16, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           None at the time of filing this agenda

Status:          This matter has been adjourned to

2

November 23, 2010 at 2:00 p.m.

3.  Debtors' Objection to Claim 1283 of Quebecor World
    (USA) Inc. (Docket No. 7875)

    Related
    Documents:

    a.  Order Authorizing Debtors to File Exhibit Under
        Seal (Docket No. 8193)

    Objection
    Deadline:       July 15, 2010 at 4:00 p.m., extended for
                    Quebecor World (USA) Inc. until October
                    20, 2010 at 4:00 p.m.

    Objections/
    Responses
    Filed:          None at the time of filing this agenda

    Status:         This matter has been resolved in
                    principle, subject to settlement
                    documentation.  Accordingly, this matter
                    is adjourned to November 23, 2010 at
                    2:00 p.m.

**II.   MATTERS GOING FORWARD**

4.  Debtors' Motion for an Order under 11 U.S.C. Section
    105(a) and Fed. R. Bankr. P. 9006(b) Further Extending
    the Time Period Within Which the Debtors May Remove
    Actions Pursuant to 28 U.S.C. Section 1452 and Fed. R.
    Bankr. P. 9027 (Docket No. 8669)

    Related
    Documents:

    a.  Bridge Order Granting Debtors' Motion for an Order
        under 11 U.S.C. Section 105(a) and Fed. R. Bankr.
        P. 9006(b) Further Extending the Time Period
        Within Which the Debtors May Remove Actions
        Pursuant to 28 U.S.C. Section 1452 and Fed. R.
        Bankr. P. 9027 (Docket No. 8685)

    Objection
    Deadline:       October 20, 2009 at 4:00 p.m.

```
          Objections/
          Responses
          Filed:          None

          Status:         This matter is going forward.
```

**III.  OMNIBUS CLAIM OBJECTIONS MATTERS**

5.    Debtors' Eighth Omnibus Objection to Certain Late
      Claims (Docket No. 3507)

      Related
      Documents:

      a.    Order on Debtors' Eighth Omnibus Objection to
            Certain Late Claims (Docket No. 4170)

      b.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6080)

      c.    Supplemental Order on Debtors' Eighth Omnibus
            Objection to Certain Late Claims (Docket No. 6109)

      d.    Second Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket
            No. 6354)

      e.    Fourth Supplemental Order on Debtors' Eighth
            Omnibus Objection to Certain Late Claims (Docket
            No. 6588)

      f.    Notice of Proposed Settlement Agreement and
            Stipulation by and among the Debtors and John P.
            Raleigh Resolving the Debtors' Eighth Omnibus
            Objection to Claim No. 11391 (Docket No. 7523)

```
          Objection
          Deadline:       June 29, 2009 at 4:00 p.m.

          Objections/
          Responses
          Filed:          See attached Exhibit A.

          Status:         Orders have been entered partially
```

sustaining the objection.  A
supplemental order has been entered
withdrawing the objection to certain
claims.  For the three claims for which
the objection is still pending, this
matter is adjourned to November 23, 2010
at 2:00 p.m.  See attached <u>Exhibit A</u>.

6.   Debtors' Ninth Omnibus Objection to Certain (i) Late
     Claims (ii) Late 503(b)(9) Claims (Docket No. 3509)

     Related
     Documents:

     a.   Amended Exhibit C to Debtors' Ninth Omnibus
          Objection to Certain (i) Late Claims (ii) Late
          503(b)(9) Claims (Docket No. 3512)

     b.   Order On Debtors' Ninth Omnibus Objection To
          Certain (I) Late Claims And (II) Late 503(B)(9)
          Claims (Docket No. 4171)

     c.   Supplemental Order on Debtors' Ninth Omnibus
          Objection to Certain (I) Late Claims and (II) Late
          503(b)(9) Claims (Docket No. 6131)

     d.   Second Supplemental Order on Debtors' Ninth
          Omnibus Objection to Certain (I) Late Claims and
          (II) Late 503(b)(9) Claims (Docket No. 6373)

     e.   Third Supplemental Order on Debtors' Ninth Omnibus
          Objection to Certain (I) Late Claims and (II) Late
          503(b)(9) Claims (Docket No. 6593)

     f.   Notice of Proposed Settlement Agreement and
          Stipulation Resolving the Debtors' Ninth Omnibus
          Objection to Claim No. 11571 and Regarding Claim
          No. 13129 (Docket No. 7629)

     g.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors and C&A
          Consulting Resolving the Debtors' Ninth Omnibus
          Objection to Claim No. 12042 and Regarding Claim
          No. 13078 (Docket No. 7926)

h.    Notice of Hearing on the Merits on Debtors' Ninth
      Omnibus Objection to Claim No. 12951 Filed by Lyle
      Alonso Epps and Response Thereto (Docket No. 7933)

i.    Debtors' Supplemental Brief in Support of Omnibus
      Objections to late Claims Filed by Dino Bazdar and
      Lyle Alonzo Epps (Docket No. 8086)

j.    Third Supplemental Order on Debtors' Ninth Omnibus
      Objection to Certain (I) Late Claims and (II) Late
      503(b)(9) Claims (Docket No. 8198)

Objection
Deadline:        June 29, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  A
                 supplemental order has been entered
                 withdrawing the objection to certain
                 claims.  For the three claims for which
                 the objection is still pending, this
                 matter is adjourned to November 23, 2010
                 at 2:00 p.m.  See attached Exhibit A.

7.   Debtors' Nineteenth Omnibus Objection to Claims
     (Reclassification of Certain Misclassified Claims to
     General Unsecured, Non-Priority Claims) (Docket No.
     3703)

     Related
     Documents:

     a.    Order on Debtors' Nineteenth Omnibus Objection to
           Claims (Reclassification of Certain Misclassified
           Claims to General Unsecured, Non-Priority Claims)
           (Docket No. 4449)

     b.    Supplemental Order on Debtors' Nineteenth Omnibus
           Objection to Claims (Reclassification of Certain
           Misclassified Claims to General Unsecured, Non-
           Priority Claims) (Docket No. 4736)

6

c.    Supplemental Order on Debtors' Nineteenth Omnibus
      Objection to Claims (Reclassification of Certain
      Misclassified Claims to General Unsecured, Non-
      Priority Claims) (Docket No. 4758)

d.    Second Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6299)

e.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Robert Gentry (Docket No. 6642)

f.    Debtors' Supplement to the Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) with Respect to the Class
      Claim of Jack Hernandez (Docket No. 6661)

g.    Memorandum Opinion (Docket No. 6693)

h.    Order Granting Motion for Summary Judgment (Docket
      No. 6694)

i.    Third Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 6868)

j.    Fourth Supplemental Order on Debtors' Nineteenth
      Omnibus Objection to Claims (Reclassification of
      Certain Misclassified Claims to General Unsecured,
      Non-Priority Claims) (Docket No. 7114)

k.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Motorola,
      Inc. and General Instrument Corp. d/b/a The Home &
      Networks Mobility Business of Motorola, Inc.
      (Docket No. 8027)

l.    Notice of Proposed Settlement Agreement and

Stipulation by and Among the Debtors and Arboretum
of South Barrington Resolving a Certain Claim
(Docket No. 8361)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially
                   sustaining the objection.  For the two
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   November 23, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

8.   Debtors' Twentieth Omnibus Objection to Claims
     (Reclassification to Unsecured Claims of Certain Claims
     Filed as 503(b)(9) Claims for Goods Received by the
     Debtors Not Within Twenty Days of the Commencement of
     the Cases (Docket No. 3704)

     Related
     Documents:

     a.   Order on Debtors' Twentieth Omnibus Objection to
          Claims (Reclassified to Unsecured Claims of
          Certain Claims Filed as 503 (B) (9) Claims for
          Goods Received by the Debtors Not Within Twenty
          Days of the Commencement of the Case (Docket No.
          4576)

     b.   Supplemental Order on Debtors' Twentieth Omnibus
          Objection to Claims (Reclassified to Unsecured
          Claims of Certain Claims Filed as 503 (B) (9)
          Claims for Goods Received by the Debtors Not
          Within Twenty Days of the Commencement of the Case
          (Docket No. 6560)

     c.   Second Supplemental Order on Debtors' Twentieth
          Omnibus Objection to Claims (Reclassified to
          Unsecured Claims of Certain Claims Filed as 503
          (B) (9) Claims for Goods Received by the Debtors

Not Within Twenty Days of the Commencement of the
Case (Docket No. 6953)

d.    Third Supplemental Order on Debtors' Twentieth
      Omnibus Objection to Claims (Reclassified to
      Unsecured Claims of Certain Claims Filed as 503
      (B)(9) Claims for Goods Received by the Debtors
      Not Within Twenty Days of the Commencement of the
      Case (Docket No. 7354)

e.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, Averatec,
      Inc./Trigem USA, Inc., and ASM Capital, L.P.
      (Docket No. 7784)

f.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, Alliance
      Entertainment LLC, now known as Source Interlink
      Distribution, LLC, and Source Interlink Media, LLC
      Resolving Debtors' Omnibus Objections to Claims
      and Other Related Matters (Docket No. 7825)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
                  sustaining the objection.  With respect
                  to Audiovox Corporation, the one
                  remaining claimant, this matter has been
                  resolved in principle, subject to
                  settlement documentation.  Accordingly,
                  this matter is adjourned to November 23,
                  2010 at 2:00 p.m.  See attached Exhibit
                  A.

9.    Debtors' Twenty-Second Omnibus Objection to Claims
      (Disallowance of Certain Claims Filed Against the Wrong
      Debtor) (Docket No. 3710)

      Related
      Documents:

a.   Order on Debtors' Twenty-Second Omnibus Objection
     to Claims (Disallowance of Certain Claims Filed
     Against the Wrong Debtor) (Docket No. 4577)

b.   Supplemental Order on Debtors' Twenty-Second
     Omnibus Objection to Claims (Disallowance of
     Certain Claims Filed Against the Wrong Debtor)
     (Docket No. 6369)

Objection
Deadline:         July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           An order has been entered partially
                  sustaining the objection.  For the one
                  claim for which the objection is still
                  pending, this matter is adjourned to
                  November 23, 2010 at 2:00 p.m.  See
                  attached Exhibit A.

10.   Debtors' Twenty-Third Omnibus Objection to Claims
      (Modification of Certain Duplicate 503(b)(9) Claims)
      (Docket No. 3711)

      Related
      Documents:

      a.   Order on Debtors' Twenty-Third Omnibus Objection
           to Claims (Modification of Certain Duplicate
           503(b)(9) Claims) (Docket No. 4465)

      b.   Supplemental Order on Debtors' Twenty-Third
           Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6295)

      c.   Corrected Supplemental Order on Debtors' Twenty-
           Third Omnibus Objection to Claims (Modification of
           Certain Duplicate 503(b)(9) Claims) (Docket No.
           6869)

d.  Supplemental Order Resolving the Debtors' Fourth, Twenty-Third, and Forty-Second Omnibus Objections with Respect to Mitsubishi Digital Electronics America, Inc. (Docket No. 6871)

e.  Second Supplemental Order on Debtors' Twenty-Third Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 7319)

f.  Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters (Docket No. 7825)

g.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola, Inc. and General Instrument Corp. d/b/a The Home & Networks Mobility Business of Motorola, Inc. (Docket No. 8027)

h.  Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Digital Innovations LLC, and VonWin Capital Management, L.P. Resolving the Debtors' Twenty-Third Omnibus Objection to Claim 7223, the Debtors' Fiftieth Omnibus Objection to Claim 14251, and the Debtors' Fifty-First Omnibus Objection to Claim 1373 (Docket No. 8664)

Objection
Deadline:          July 16, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially sustaining the objection.  The claims of Digital Innovations, Inc. and VonWin Capital Management, L.P. have been resolved by Settlement Agreement and Stipulation (Docket No. 8664).  Other

than the foregoing, for the one claim
for which the objection is still
pending, this matter is adjourned to
November 23, 2010 at 2:00 p.m.  See
attached Exhibit A.

11.  Debtors' Thirtieth Omnibus Objection to Claims
(Disallowance of Certain Claims for Wages and
Compensation) (Docket No. 4583)

Related
Documents:

a.    Notice of Objection and Hearing (Docket No. 4584)

b.    Order on Debtors' Thirtieth Omnibus Objection to
Claims (Disallowance of Certain Claims for Wages
and Compensation) (Docket No. 5191)

c.    Supplemental Order on Debtors' Thirtieth Omnibus
Objection to Claims (Disallowance of Certain
Claims for Wages and Compensation) (Docket No.
6460)

d.    Second Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 6562)

e.    Notice of Proposed Settlement Agreement and
Stipulation Resolving the Debtors' Thirtieth
Omnibus Objection to Claim 9451 (Docket No. 7156)

f.    Third Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 7293)

g.    Fourth Supplemental Order on Debtors' Thirtieth
Omnibus Objection to Claims (Disallowance of
Certain Claims for Wages and Compensation) (Docket
No. 7667)

Objection
Deadline:        September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:              See attached Exhibit A.

Status:             Orders have been entered partially
                    sustaining the objection.  For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    November 23, 2010 at 2:00 p.m.  See
                    attached Exhibit A.

12.    Debtors' Thirty-First Omnibus Objection to Claims
       (Disallowance of Certain Legal Claims) (Docket No.
       4585)

       Related
       Documents:

       a.    Order on Debtors' Thirty-First Omnibus Objection
             to Claims (Disallowance of Certain Legal Claims)
             (Docket No. 5294)

       b.    Notice of Proposed Settlement Agreement and
             Stipulation by and Among the Debtors and
             Satchidananda Mims a/k/a Satchi Mims Resolving the
             Debtors' Thirty-First Omnibus Objection to Claim
             No. 5469 and the Debtors' Seventieth Omnibus
             Objection to Claim No. 5708 (Docket No. 8358)

       Objection
       Deadline:           September 15, 2009 at 4:00 p.m.

       Objections/
       Responses
       Filed:              See attached Exhibit A.

       Status:             An Order has been entered partially
                           sustaining the objection.  The claim of
                           PNY Technologies will proceed in
                           accordance with the scheduling order in
                           Adversary Proceeding No. 10-03056.  For
                           those claims for which the objection is
                           still pending, this matter is adjourned
                           to November 23, 2010 at 2:00 p.m.  See

attached <u>Exhibit A</u>.

13.  Debtors' Thirty-Third Omnibus Objection to Claims
     (Modification and/or Reclassification of Certain
     Claims) (Docket Nos. 4588, 4590)

     Related
     Documents:

     a.   Order on Debtors' Thirty-Third Omnibus Objection
          to Claims (Modification and/or Reclassification of
          Certain Claims) (Docket No. 5192)

     b.   Notice of Hearing on the Merits on Debtors'
          Thirty-third Omnibus Objection to Claim 9293 filed
          by Cyndi Ann Haines and Response Thereto (Docket
          No. 6551)

     c.   Notice of Hearing on the Merits on Debtors'
          Thirty-third Omnibus Objection to Claim 7295 Filed
          by Amore Construction Company and Response Thereto
          (Docket No. 6553)

     d.   Supplemental Order on Debtors' Thirty-Third
          Omnibus Objection to Claims (Modification and/or
          Reclassification of Certain Claims) (Docket No.
          6852)

     e.   Second Supplemental Order on Debtors' Thirty-Third
          Omnibus Objection to Claims (Modification and/or
          Reclassification of Certain Claims) (Docket No.
          7637

     f.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors and Bell'O
          International Corp. Resolving the Debtors' Thirty-
          Third Omnibus Objection to Claim 7435 (Docket No.
          7741)

     g.   Notice of Proposed Settlement and Stipulation by
          and Among the Debtors and Sharpe Partners, LLC
          Resolving the Debtors' Thirty-Third Omnibus
          Objection to Claim 6257 (Docket No. 7996)

     h.   Notice of Proposed Settlement and Stipulation by

14

and Among the Debtors and Lexmark International, Inc. Resolving the Debtors' Thirty-Third Omnibus Objection to Claim 7391 (Docket No. 8087)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            An order has been entered partially sustaining the objection. A supplemental order has been submitted reclassifying certain claims. For the one claim for which the objection is still pending, this matter is adjourned to November 23, 2010 at 2:00 p.m. See attached Exhibit A.

14.   Debtors' Thirty-Fourth Omnibus Objection to Claims (Modification of Certain Duplicate 503(b)(9) Claims) (Docket No. 4598)

Related
Documents:

a.   Order On Debtors' Thirty-Fourth Omnibus Objection To Claims (Modification Of Certain Duplicate 503(b)(9) Claims)(Docket No. 5385)

b.   Supplemental Order On Debtors' Thirty-Fourth Omnibus Objection To Claims (Modification Of Certain Duplicate 503(b)(9) Claims)(Docket No. 6502)

c.   Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors, Alliance Entertainment LLC, now known as Source Interlink Distribution, LLC, and Source Interlink Media, LLC Resolving Debtors' Omnibus Objections to Claims and Other Related Matters (Docket No. 7825)

d.   Notice of Proposed Settlement Agreement and Stipulation by and Among the Debtors, Motorola,

Inc. and General Instrument Corp. d/b/a The Home &
Networks Mobility Business of Motorola, Inc.
(Docket No. 8027)

Objection
Deadline:          September 15, 2009 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A.

Status:            Orders have been entered partially
                   sustaining the objection.  With respect
                   to Audiovox Corporation, the one
                   remaining claimant, this matter has been
                   resolved in principle, subject to
                   settlement documentation.  Accordingly,
                   this matter is adjourned to November 23,
                   2010 at 2:00 p.m.  See attached Exhibit
                   A.

15.  Debtors' Thirty-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Claims Relating to Short Term
     Incentive Plan) (Docket No. 4600)

     Related
     Documents:

     a.    Order on Debtors' Thirty-Sixth Omnibus Objection
           to Claims (Disallowance of Certain Claims Relating
           to Short Term Incentive Plan) (Docket No. 5193)

     Objection
     Deadline:          September 15, 2009 at 4:00 p.m.

     Objections/
     Responses
     Filed:             See attached Exhibit A.

     Status:            An order has been entered partially
                        sustaining the objection.  For those
                        claims for which the objection is still
                        pending, this matter is adjourned to
                        November 23, 2010 at 2:00 p.m.  See
                        attached Exhibit A.

16.   Debtors' Thirty-Seventh Omnibus Objection to Claims
      (Reduction of Certain Personal Property Tax Claims)
      (Docket No. 4613)

      Related
      Documents:

      a.   Order on Debtors' Thirty-Seventh Omnibus Objection
           to Claims (Reduction of Certain Personal Property
           Tax Claims) (Docket No. 5397)

      b.   Debtors' Motion for Partial Summary Judgment on
           the Debtors' Thirty-Seventh Omnibus Objection to
           Claims (Reduction of Certain Personal Property Tax
           Claims) (Docket No. 7343)

      c.   Memorandum of Law In Support of Debtors' Motion
           for Partial Summary Judgment on the Debtors'
           Thirty-Seventh Omnibus Objection to Claims
           (Reduction of Certain Personal Property Tax
           Claims) (Docket No. 7344)

      d.   Notice of Motion and Hearing (Docket No. 7345)

      e.   Notice of Rescheduled Hearing On Debtors' Motion
           For And Memorandum Of Law In Support Of The
           Debtors' Motion For Partial Summary Judgment On
           The Thirty-Seventh Omnibus Objection To Claims
           (Reduction Of Certain Personal Property Tax
           Claims) (Docket No. 7550)

      f.   Notice of Presentment of Agreed Order By And Among
           The Debtors And Certain Taxing Authorities With
           Respect To The Thirty-Seventh Omnibus Objection
           (Docket No. 7695)

      g.   Agreed Order by and Among the Debtors and Certain
           Taxing Authorities with Respect to the Thirty-
           Seventh Omnibus Objection and Related Pleadings
           (Docket No. 7800)

      h.   Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and Kitsap
           County Treasurer Resolving the Debtors' Thirty-

Seventh Omnibus Objection to Claim No. 13337
(Docket No. 7983)

i.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and City of
     Chesapeake Resolving the Debtors' Thirty-Seventh
     Omnibus Objection to Claim No. 11842 (Docket No.
     8015)

j.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and the
     Escambia County Tax Collector Resolving the
     Debtors' Thirty-Seventh Omnibus Objection to Claim
     Nos. 1624, 13792, and 14789 (Docket No. 8067)

k.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Gaston
     County, North Carolina Tax Collector Resolving the
     Debtors' Thirty-Seventh Omnibus Objection to Claim
     Nos. 1836 and 13350 (Docket No. 8167)

l.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Allen
     County, Indiana Treasurer Resolving the Debtors'
     Thirty-Seventh Omnibus Objection to Claim No.
     13395 (Docket No. 8174)

m.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Harris
     County, Texas Resolving the Debtors' Thirty-
     Seventh Omnibus Objection to Claim No. 14429
     (Docket No. 8181)

n.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Travis
     County, Texas Regarding Claim Nos. 10531 and
     14423 (Docket No. 8184)

o.   Notice of Proposed Settlement Agreement and
     Stipulation by and Among the Debtors and Loudon
     County Resolving the Debtors' Thirty-Seventh
     Omnibus Objection to Claim No. 13686 (Docket No.
     8187)

p.   Notice of Proposed Settlement Agreement and

Stipulation by and Among the Debtors and
Lewisville Independent School District Resolving
the Debtors' Thirty-Seventh Omnibus Objection to
Claim No. 13579 and Resolving Claim No. 1840
(Docket No. 8204)

q.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Boulder
County, Colorado Treasurer Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No.
10419 (Docket No. 8359)

r.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Ada
County, Idaho Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No.
14430 (Docket No. 8407)

s.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Arlington
Independent School District, Texas Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 6535 and Resolving Claim No. 124 (Docket No.
8413)

t.    Certificate of No Objection with Respect to the
Settlement Agreement and Stipulation by and Among
the Debtors and Desoto County, Mississippi
Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 13944 and Related Matters
(Docket No. 8417)

u.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Brevard
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13320 (Docket No. 8438)

v.    Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Hernando
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13385 (Docket No. 8439)

w.    Notice of Proposed Settlement Agreement and

19

Stipulation by and Among the Debtors and Palm
Beach County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 3882 and Relating to Claim No. 14744 (Docket
No. 8440)

x.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Osceola
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
Nos. 13064 and 13162 (Docket No. 8441)

y.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Prince
George's County, Maryland Resolving the Debtors'
Thirty-Seventh Omnibus Objection to Claim No.
13465 and Resolving Claim Nos. 12431 and 13466
(Docket No. 8445)

z.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Charles
County, Maryland Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 13576 and
Resolving Claim No. 1835 (Docket No. 8446)

aa.  Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Wake
County, North Carolina Revenue Department
Resolving the Debtors' Thirty-Seventh Omnibus
Objection to Claim No. 13627 and Resolving Claim
No. 1795 (Docket No. 8447)

bb.  Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Manatee
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13325 (Docket No. 8454)

cc.  Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Okaloosa
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13315 (Docket No. 8455)

dd.  Notice of Proposed Settlement Agreement and

Stipulation by and Among the Debtors and Pinellas
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13309 (Docket No. 8456)

ee.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Orange
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13316 (Docket No. 8457)

ff.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Snohomish
County Treasurer Resolving the Debtors' Thirty-
Seventh Omnibus Objection to Claim No. 11646 and
Resolving Claim No. 1547 (Docket No. 8487)

gg.   Notice of Proposed Settlement Agreement and
Stipulation by and Among the Debtors and Marion
County, Florida Tax Collector Resolving the
Debtors' Thirty-Seventh Omnibus Objection to Claim
No. 13318 and Relating to Claim No. 213 (Docket
No. 8735)

Objection
Deadline:        May 13, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          An order has been entered partially
                 sustaining the objection.  An agreed
                 order has been entered resolving certain
                 claims.  The claim of Marion County,
                 Florida Tax Collector has been resolved
                 by Settlement Agreement and Stipulation
                 (Docket No. 8735).  Other than the
                 foregoing, for those claims for which
                 the objection is still pending, this
                 matter is adjourned to November 23, 2010
                 at 2:00 p.m.  See attached Exhibit A.

17.   Debtors' Forty-Ninth Omnibus Objection to Certain
Administrative Expenses and 503(b)(9) Claims and Motion

for (I) Authority to Setoff Against Such Expenses and
Claims and (II) a Waiver of the Requirement that the
First Hearing on Any Response Proceed as a Status
Conference (Docket No. 5212)

Related
Documents:

a.    Memorandum Opinion (Docket No. 5963)

b.    Order on Debtors' Forty-Eighth, Forty-Ninth, and
      Fiftieth Omnibus Objections (Docket No. 5964)

c.    Supplemental Order on Debtors' Forty-Ninth Omnibus
      Objection to Certain Administrative Expenses and
      503(b)(9) Claims and Motion for (I) Authority to
      Setoff Against Such Expenses and Claims and (II) a
      Waiver of the Requirement that the First Hearing
      on Any Response Proceed as a Status Conference
      (Docket No. 6126)

d.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, FCMA, LLC,
      and VonWin Capital Management, L.P. (Docket No.
      7702)

e.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, VonWin
      Capital Management, LP, and Imagination
      Entertainment (Docket No. 7833)

f.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, On Corp.
      USA, Inc., On Corp., Korea Export Insurance
      Corporation, and Scoggin Worldwide Fund, Ltd.
      Resolving Debtors' Forty-Ninth Omnibus Objection
      to Claim No. 14446 and Other Matters (Docket No.
      8247)

Objection
Deadline:        November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

```
Status:            Orders have been entered partially
                   sustaining the objection.  For the one
                   claim for which the objection is still
                   pending, this matter is adjourned to
                   November 23, 2010 at 2:00 p.m.  See
                   attached Exhibit A.
```

18.  Debtors' Fiftieth Omnibus Objection to Certain
     Administrative Expenses and Motion for (I) Authority to
     Setoff Against Such Expenses and (II) a Waiver of the
     Requirement that the First Hearing on Any Response
     Proceed as a Status Conference (Docket No. 5213)

     Related
     Documents:

     a.   Memorandum Opinion (Docket No. 5963)

     b.   Order on Debtors' Forty-Eighth, Forty-Ninth, and
          Fiftieth Omnibus Objections (Docket No. 5964)

     c.   Supplemental Order on Debtors' Fiftieth Omnibus
          Objection to Certain Administrative Expenses and
          Motion for (I) Authority to Setoff Against Such
          Expenses and (II) a Waiver of the Requirement that
          the First Hearing on Any Response Proceed as a
          Status Conference (Docket No. 6127)

     d.   Second Supplemental Order on Debtors' Fiftieth
          Omnibus Objection to Certain Administrative
          Expenses and Motion for (I) Authority to Setoff
          Against Such Expenses and (II) a Waiver of the
          Requirement that the First Hearing on Any Response
          Proceed as a Status Conference (Docket No. 6664)

     e.   Third Supplemental Order On Debtors' Fiftieth
          Omnibus Objection To Certain Administrative
          Expenses and Motion For (I) Authority To Setoff
          Against Such Expenses and (II) A Waiver Of The
          Requirement That The First Hearing On Any Response
          Proceed As A Status Conference (Docket No. 3800)

     f.   Notice of Proposed Settlement Agreement and
          Stipulation by an Among the Debtors and Fujitsu

Ten Corp. of America (Docket No. 7643)

g.    Notice of Proposed Settlement Agreement and
      Stipulation by and among the Debtors, VonWin
      Capital Management, LP, and Imagination
      Entertainment (Docket No. 7833)

h.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors, Digital
      Innovations LLC, and VonWin Capital Management,
      L.P. Resolving the Debtors' Twenty-Third Omnibus
      Objection to Claim 7223, the Debtors' Fiftieth
      Omnibus Objection to Claim 14251, and the Debtors'
      Fifty-First Omnibus Objection to Claim 1373
      (Docket No. 8664)

Objection
Deadline:         November 4, 2009 at 4:00 p.m.

Objections/
Responses
Filed:            See attached Exhibit A.

Status:           Orders have been entered partially
                  sustaining the objection.  The claims of
                  Digital Innovations, Inc. and VonWin
                  Capital Management, L.P. have been
                  resolved by Settlement Agreement and
                  Stipulation (Docket No. 8664).  With
                  respect to Audiovox Corporation, the one
                  remaining claimant, this matter has been
                  resolved in principle, subject to
                  settlement documentation.  Accordingly,
                  this matter is adjourned to November 23,
                  2010 at 2:00 p.m.  See attached Exhibit
                  A.

19.  Debtors' Sixtieth Omnibus Objection to Claims
     (Disallowance of Certain (i) No Liability (Legal
     Claims); (ii) No Liability (Miscellaneous Claims); and
     (iii) No Liability (Subcontractor Claims)) (Docket No.
     5879)

     Related
     Documents:

a.  Order on Debtors' Sixtieth Omnibus Objection to
    Claims (Disallowance of Certain (i) No Liability
    (Legal Claims); (ii) No Liability (Miscellaneous
    Claims); and (iii) No Liability (Subcontractor
    Claims) (Docket No. 6368)

b.  Supplemental Order on Debtors' Sixtieth Omnibus
    Objection to Claims (Disallowance of Certain (i)
    No Liability (Legal Claims); (ii) No Liability
    (Miscellaneous Claims); and (iii) No Liability
    (Subcontractor Claims) (Docket No. 6585)

c.  Notice of Hearing on the Merits on Debtors'
    Sixtieth Omnibus Objection to Claim No. 14123
    Filed by Phillip Lee Steele and Response Thereto
    (Docket No. 8205)

d.  Second Supplemental Order on Debtors' Sixtieth
    Omnibus Objection to Claims (Disallowance of
    Certain (I) No Liability (Legal Claims); (II) No
    Liability (Miscellaneous Claims); and (III) No
    Liability (Subcontractor Claims) (Docket No. 8285)

e.  Third Supplemental Order on Debtors' Sixtieth
    Omnibus Objection to Claims (Disallowance of
    Certain (I) No Liability (Legal Claims); (II) No
    Liability (Miscellaneous Claims); and (III) No
    Liability (Subcontractor Claims) (Docket No. 8421)

Objection
Deadline:        December 14, 2009 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For those
                 claims for which the objection is still
                 pending, this matter is adjourned to
                 November 23, 2010 at 2:00 p.m.  See
                 attached Exhibit A.

20. Debtors' Seventieth Omnibus Objection to Claims

(Disallowance of Certain (I) No Liability (Legal
Claims); (II) No Liability (Satisfied Claims); (III) No
Liability (Human Resources Claims); and (IV) No
Liability (Miscellaneous Claims)) (Docket No. 7013)

Related
Documents:

a.    Order on Debtors' Seventieth Omnibus Objection to
      Claims (Disallowance of Certain (I) No Liability
      (Legal Claims); (II) No Liability (Satisfied
      Claims); (III) No Liability (Human Resources
      Claims); and (IV) No Liability (Miscellaneous
      Claims)) (Docket No. 7457)

b.    Supplemental Order on Debtors' Seventieth Omnibus
      Objection to Claims (Disallowance of Certain (I)
      No Liability (Legal Claims); (II) No Liability
      (Satisfied Claims); (III) No Liability (Human
      Resources Claims); and (IV) No Liability
      (Miscellaneous Claims)) (Docket No. 7674)

c.    Notice of Proposed Settlement Agreement and
      Stipulation by and Between the Debtors and
      Universal Display and Fixtures Company (Docket No.
      8002)

d.    Notice of Proposed Settlement Agreement and
      Stipulation by and Among the Debtors and
      Satchidananda Mims a/k/a Satchi Mims Resolving the
      Debtors' Thirty-First Omnibus Objection to Claim
      No. 5469 and the Debtors' Seventieth Omnibus
      Objection to Claim No. 5708 (Docket No. 8358)

e.    Notice of Proposed Settlement Agreement and
      Stipulation by and Between the Debtors and Richard
      Kreuger (Docket No. 8435)

Objection
Deadline:        April 22, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

26

Status:        An order has been entered partially
               sustaining the objection.  For those
               claims for which the objection is still
               pending, this matter is adjourned to
               November 23, 2010 at 2:00 p.m.  See
               attached <u>Exhibit A</u>.

21.  Debtors' Seventy-Fourth Omnibus Objection to Claims
     (Reclassification of Certain Alleged Administrative
     Expenses on Account of Employee Obligations) (Docket
     No. 7447)

     Related
     Documents:

     a.   Order on Debtors' Seventy-Fourth Omnibus Objection
          to Claims (Reclassification of Certain Alleged
          Administrative Expenses on Account of Employee
          Obligations) (Docket No. 7856)

     Deadline:      June 1, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:         See attached <u>Exhibit A</u>

     Status:        An order has been entered partially
                    sustaining the objection. For those
                    claims for which the objection is still
                    pending, this matter is adjourned to
                    November 23, 2010 at 2:00 p.m.  See
                    attached <u>Exhibit A</u>.

22.  Debtors' Seventy-Sixth Omnibus Objection to Claims
     (Disallowance of Certain Misclassified Administrative
     Claims) (Docket No. 7460)

     Related
     Documents:

     a.   Order on Debtors' Seventy-Sixth Omnibus Objection
          to Claims (Disallowance of Certain Misclassified
          Administrative Claims) (Docket No. 7858)

     b.   Notice of Proposed Settlement Agreement and

Stipulation by and Among the Debtors, the Equal
Employment Opportunity Commission, Jamal Booker
and Christopher Snow Resolving the Debtors'
Seventy-Sixth and Seventy-Eighth Omnibus
Objections to Claim No. 14453 and Regarding Claim
Nos. 12921, 4230 and 4238 (Docket No. 8138)

Objection
Deadline:          June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:             See attached Exhibit A

Status:            An order has been entered partially
                   sustaining the objection.  For the two
                   claims for which the objection is still
                   pending, this matter is adjourned to
                   November 23, 2010 at 2:00 p.m.  See
                   attached Exhibit A.

23.  Debtors' Seventy-Eighth Omnibus Objection to Claims
     (Disallowance of Certain Late Claims) (Docket No. 7463)

     Related
     Documents:

     a.   Notice of Motion and Hearing

     b.   Order on Debtors' Seventy-Eighth Omnibus Objection
          to Claims (Disallowance of Certain Late Claims)
          (Docket No. 7860)

     c.   Supplemental Order on Debtors' Seventy-Eighth
          Omnibus Objection to Claims (Disallowance of
          Certain Late Claims) (Docket No. 7942)

     d.   Notice of Proposed Settlement Agreement and
          Stipulation by and Among the Debtors, the Equal
          Employment Opportunity Commission, Jamal Booker
          and Christopher Snow Resolving the Debtors'
          Seventy-Sixth and Seventy-Eighth Omnibus
          Objections to Claim No. 14453 and Regarding Claim
          Nos. 12921, 4230 and 4238 (Docket No. 8138)

```
Objection
Deadline:        June 1, 2010 at 4:00 p.m.

Objections/
Responses
Filed:           See attached Exhibit A.

Status:          Orders have been entered partially
                 sustaining the objection.  For the one
                 claim for which the objection is still
                 pending, this matter is adjourned to
                 November 23, 2010 at 2:00 p.m.  See
                 attached Exhibit A.
```

24.  Debtors' Seventy-Ninth Omnibus Objection to Claims
     (Disallowance of Certain Legal Claims) (Docket No.
     7874)

     Related
     Documents:

     a.    Order on Debtors' Seventy-Ninth Omnibus Objection
           to Claims (Disallowance of Certain Legal Claims)
           (Docket No. 8199)

     b.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and James
           Fouskey Resolving the Debtors' Seventy-Ninth
           Omnibus Objection to Claim No. 4017 (Docket No.
           8733)

     c.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and Richard
           Grande Resolving the Debtors' Seventy-Ninth
           Omnibus Objection to Claim No. 6242 (Docket No.
           8739)

     d.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and Jesse
           Perez Resolving the Debtors' Seventy-Ninth Omnibus
           Objection to Claim No. 6008 (Docket No. 8740)

     e.    Notice of Proposed Settlement Agreement and
           Stipulation by and Among the Debtors and Diane
           Granito Resolving the Debtors' Seventy-Ninth

Omnibus Objection to Claim No. 4767 (Docket No. 8744)

     f.    Notice of Proposed Settlement Agreement and Stipulation by and among the Debtors and Anna Thomas Resolving the Debtors' Seventy-Ninth Omnibus Objection to Claim No. 3145 (Docket No. 8777)

Objection
Deadline:        July 15, 2010 at 4:00 p.m.

Objections/
Responses
Filed:        See attached <u>Exhibit A</u>.

Status:        An order has been entered partially sustaining the objection.  The claims of James Fouskey, Richard Grande, Jesse Perez, Diane Granito and Anna Thomas have been resolved by Settlement Agreement and Stipulation (Docket Nos. 8733, 8739, 8740, 8744 and 8777).  Other than the foregoing, for those claims for which the objection is still pending, this matter is adjourned to November 23, 2010 at 2:00 p.m.  See attached <u>Exhibit A.</u>

25.   Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8185)

     Related
     Documents:

     a.    Order on Debtors' Eightieth Omnibus Objection to Claims (Reclassification of Certain Misclassified Miscellaneous Claims and Misclassified Wage Check Claims) (Docket No. 8519)

     b.    Notice of Settlement Agreement and Stipulation by and Among the Debtors and Export Development Canada Resolving the Debtors' Eightieth and

                    Eighty-First Omnibus Objections to Claim 8054 and
                    Resolving Claim 7960 (Docket No. 8522)

          Objection
          Deadline:          August 24, 2010 at 4:00 p.m.

          Objections/
          Responses
          Filed:             See attached Exhibit A.

          Status:            An order has been entered partially
                             sustaining the objection.  For the two
                             claims for which the objection is still
                             pending, this matter is adjourned to
                             November 23, 2010 at 2:00 p.m.  See
                             attached Exhibit A.

26.   Debtors' Eighty-First Omnibus Objection to Claims
      (Reduction of Certain Partially Invalid Claims and
      Disallowance of Certain Invalid Claims) (Docket No.
      8186)

          Related
          Documents:

          a.    Notice of Proposed Settlement Agreement and
                Stipulation by and Among the Debtors, Convergys
                Customer Management Group Inc. and Convergys
                Learning Solutions Resolving the Debtors' Eighty-
                First Omnibus Objection to Claim No. 7184 and
                Regarding Claim No. 1092 (Docket No. 8374)

          b.    Notice of Settlement Agreement and Stipulation by
                and Among the Debtors and Export Development
                Canada Resolving the Debtors' Eightieth and
                Eighty-First Omnibus Objections to Claim 8054 and
                Resolving Claim 7960 (Docket No. 8522)

          Objection
          Deadline:          August 24, 2010 at 4:00 p.m.

          Objections/
          Responses
          Filed:             See attached Exhibit A.

                                    31

Status:              An order has been entered partially
                     sustaining the objection.  For the one
                     claim for which the objection is still
                     pending, this matter is adjourned to
                     November 23, 2010 at 2:00 p.m.  See
                     attached Exhibit A.

**IV.   FEE APPLICATIONS**

27.  Seventh Interim Application for Compensation and
     Reimbursement of Expenses of McGuireWoods LLP, Co-
     Counsel to the Debtors, for Services Rendered from May
     1, 2010 Through July 31, 2010 (Docket No. 8565)

     Objection
     Deadline:       October 20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

28.  Seventh Interim Fee Application of Skadden, Arps,
     Slate, Meagher & Flom LLP for Compensation for Services
     Rendered and Reimbursement of Expenses as Counsel to
     the Debtors for the Period from May 1, 2010 Through and
     Including July 31, 2010 (Docket No. 8566)

     Objection
     Deadline:       October 20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

29.  Seventh Interim Fee Application of FTI Consulting, Inc.
     for Compensation for Services Rendered as Financial
     Advisors to the Debtors Incurred for the Period from
     May 1, 2010 Through and Including July 31, 2010 (Docket
     No. 8567)

     Objection
     Deadline:       October 20, 2010 at 4:00 p.m.

Objections/
Responses
Filed:          None

Status:         This matter is going forward.

30.  Seventh Interim Fee Application of Ernst & Young LLP as
     Accounting and Tax Consultants for the Debtors for the
     Period May 1, 2010 Through July 31, 2010 (Docket No.
     8568)

     Objection
     Deadline:       October 20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

31.  Seventh Interim Fee Application of DJM Realty Services,
     LLC for Allowance and Payment of Compensation for
     Services Rendered (May 1, 2010 Through July 31, 2010)
     (Docket No. 8569)

     Objection
     Deadline:       October 20, 2010 at 4:00 p.m.

     Objections/
     Responses
     Filed:          None

     Status:         This matter is going forward.

**V.   ADVERSARY PROCEEDINGS**

32.  Complaint (Docket No. 1) (Circuit City Stores, Inc. v.
     Sharp Electronics Corporation, Adversary No. 09-3224
     (KRH))

     Related
     Documents:

     a.   Motion to Seal Exhibit (Docket No. 6)

Response
Deadline:            December 24, 2009 at 4:00 p.m.

Objections/
Responses
Filed:               Answer to Complaint, by Sharp
                     Electronics Corporation (Docket No. 10)

Status:              The pre-trial conference on this matter
                     was held March 18, 2010.  A status
                     conference on this matter is going
                     forward.

33.    Complaint (Docket No. 1) (<u>Carmax Auto Superstores, Inc.
       v. Circuit City Stores, Inc.</u>, Adversary No. 10-3138
       (KRH))

       Answer Due:       September 24, 2010, extended for the
                         Debtors until October 27, 2010

       Objections/
       Responses
       Filed:            None at the time of filing this agenda

       Status:           This matter has been resolved.  A
                         consensual order has been submitted.

Dated: October 22, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
      Richmond, Virginia              FLOM LLP
                                         Gregg M. Galardi, Esq.
                                         Ian S. Fredericks, Esq.
                                         P.O. Box 636
                                         Wilmington, Delaware 19899-0636
                                         (302) 651-3000

                       - and -

SKADDEN, ARPS, SLATE, MEAGHER &
   FLOM LLP
Chris L. Dickerson, Esq.
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606-2700
(312) 407-0700

                       - and -

MCGUIREWOODS LLP


__/s/ Douglas M. Foley_____
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel for Debtors and Debtors
in Possession

\22894880.1

35

**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 19 | Imation Enterprises Corp. | 4026 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the October 27, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 20 | Audiovox Corporation | 4107 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 23 | D-Link Systems, Inc. | 4139 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Ada Alicea | 4794 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Eisner, Roy | 4821 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to November 23, 2010 at 2:00 p.m. |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 50 | Audiovox Corporation | 5476 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| | | | |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | Z-Line Designs, Inc. | 7261 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 76 | Lei, Yu-Liang | 7584 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 76 | City of Avondale, Arizona | 7771 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
|  |  |  |  |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| | | | |
| 79 | Thomas, Anna | 7955 | A Settlement Agreement and Stipulation has been filed (Docket No. 8777).  If no objections are received by October 26, 2010, this matter will be resolved. |
| 79 | Foster, William | 7999 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Eisner, Joanne | 8003 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 8016 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 8017 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 8018 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Evans, Joe | 8030 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 8031 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 8032 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 8034 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Martinez, Anthony | 8035 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Lopresti, Mary | 8036 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 79 | Murphy, Leedell | 8037 | This matter has been resolved in principle, subject to completion of settlement documentation.  The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Tully, M.D., Vincent | 8041 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Perez, Jesse | 8052 | A Settlement Agreement and Stipulation has been filed (Docket No. 8740).  If no objections are received by October 22, 2010, this matter will be resolved. |
| 79 | Rollins, James | 8054 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 8055 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 8056 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 79 | Grande, Richard | 8088 | A Settlement Agreement and Stipulation has been filed (Docket No. 8739).  If no objections are received by October 22, 2010, this matter will be resolved. |
| 79 | Granito, Diane | n/a | A Settlement Agreement and Stipulation has been filed (Docket No. 8744).  If no objections are received by October 22, 2010, this matter will be resolved. |
| | | | |
| 80 | Moncayo Settlement Class | 8341 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |
| 80 | Commerce Technologies Inc. | 8357 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
|  |  |  |  |
| 81 | iGate Global Solutions, Limited | 8342 | The status hearing on this response is adjourned to November 23, 2010 at 2:00 p.m. |

\22518079