Form 210A (10/06)

# United States Bankruptcy Court

__EASTERN__ District Of __VIRGINIA__

In re __CIRUIT CITY STORES, INC__,   Case No. __08-35653 (KRH)__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VONWIN CAPITAL MANAGEMENT, LP | FUJI / FUJIFILM USA INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
ATTENTION: ROGER VON SPIEGEL
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

Court Claim # (if known): __4953__
Amount of Claim: __4,700,000.00__
Date Claim Filed: __January 21, 2009__

Phone: __212-889-1601__
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Roger Von Spiegel__      Date: __October 25, 2010__
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA, RICHMOND DIVISION

In re:

Ch-11 CIRCUIT CITY STORES, INC.

Debtor

Case No. 08-35653 (KRH)

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Fuji ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Allowed Claim Amount | Claim No. |
|---|---|
| $4,700,000.00 | 4953 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital Management, L.P.
Address:   261 Fifth Avenue, 22nd Floor
           New York, NY 10016

Signature:
Name: Roger Von Spiegel
Title: Managing Director
Date:

ASSIGNOR: Fuji
Address:  Fujifilm USA, Inc.
          200 Summit Lake Drive
          Valhalla, NY 10595-1356

Signature:
Name: Kyutaro Hosoda
Title: President & CEO
Date: October 21, 2010

ELLISE M. MARTHALLER
NOTARY PUBLIC STATE OF NEW YORK
NO. 02 MA 610 1118
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES NOV. 3, 2011