## *Thompson* McMullan
A PROFESSIONAL CORPORATION

Robert A. Dybing
Direct Dial: (804) 698-6248
Facsimile: (804) 780-1813
E-mail: rdybing@t-mlaw.com

100 Shockoe Slip   Richmond, Virginia 23219-4140
Telephone: (804)649-7545   Website: WWW.T-MLAW.COM

October 19, 2010

Mr. William C. Redden, Clerk
U.S. Bankruptcy Court
701 East Broad Street
Richmond, Virginia 23219-1888

RICHMOND DIVISION
FILED
OCT 2 5 2010
CLERK
US BANKRUPTCY COURT

Re:   In Re: Circuit City Stores; Case No. 08-35653

Dear Mr. Redden:

My associate, Robert R. Musick, and I represent creditor IBM in the above-referenced matter. The claims of IBM have now been resolved, and we request that you remove our names from the notifications of future activity in this matter.

Thank you very much for your attention to this request. If we may be of further assistance, please let me know.

Very truly yours,

Robert A. Dybing

RAD/pf
cc   Robert R. Musick, Esq.