| | |
|---|---|
| Martha E. Romero | A. Carter Magee, Jr., Esq. (VSB #20284) |
| Romero Law Firm | W. Joel Charboneau, Esq. (VSB #68025) |
| BMR Professional Building | Magee, Foster, Goldstein & Sayers, P.C. |
| 6516 Bright Avenue | Post Office Box 404 |
| Whittier, California 90601 | Roanoke, Virginia 24003-0404 |
| 562-907-6800 | (540) 343-9800 |
| 562-907-6820 FAX | (540) 343-9898 FAX |
| romero@mromerolawfirm.com | cmagee@mglspc.com |
| | jcharboneau@mglspc.com |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| | § | |
| CIRCUIT CITY STORES, INC., et al. | | |
| | | Case No. 08-35653-KRH |
| | § | |
| | § | |
| Debtors. | | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Magee Goldstein Lasky & Sayers, P.C., having appeared in this case as local counsel for Los Angeles, California, Monterey, California, San Bernardino, California, and Placer, California (collectively, the "Taxing Authorities"), has concluded its representation of the Taxing Authorities and, therefore, withdraws its appearance and request for service of papers on behalf of the Taxing Authorities.  <u>W. Joel Charboneau of the law firm of Magee Goldstein Lasky & Sayers, P.C. remains local counsel for other creditors in this case and, therefore, should not be removed from any mailing and service lists including any electronic service lists</u>.  This withdrawal does not affect any notice of appearance filed by lead counsel for the Taxing Authorities.  Copies of all papers required to be served on the Taxing Authorities should continue to be served on the Taxing Authorities' lead counsel:

> Martha E. Romero
> Romero Law Firm
> BMR Professional Building
> 6516 Bright Avenue
> Whittier, California 90601
> 562-907-6800
> 562-907-6820 FAX
> romero@mromerolawfirm.com

as well as on the Taxing Authorities directly as may be required by any applicable procedural rules or

Orders of the Court.

Date: October 25, 2010                                              Respectfully submitted,

                                                         /s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mglspc.com
jcharboneau@mglspc.com

## CERTIFICATE OF SERVICE

     I certify that on October 25, 2010, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

                                                         /s/ W. Joel Charboneau

U:\A CLIENTS\Los Angeles et al.    1379\Notice of Withdrawal of Appearance.doc