## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| Circuit City Stores, Inc., et al. | |
| | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Hitachi America, Ltd., a creditor in the cases of the above-captioned debtors ("Debtors"), has assigned and transferred its claim (Claim No. 8284) to Liquidity Solutions, Inc., and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim, and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| Hitachi America, Ltd. | Hitachi America, Ltd. |
| 900 Hitachi Way | c/o Liquidity Solutions, Inc |
| Chula Vista, CA 91914-3556 | One University Plaza, Suite 312 |
| | Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

Hitachi America, Ltd.

By: [signature]

Its: _Senior Corporate Counsel_

Date: _October 22, 2010_

SEE ATTACHED
CERTIFICATE

_____
Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of __SAN DIEGO__ } ss.

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____     _____
Signature of Document Signer No. 1                                    Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this

__22nd__ day of __OCTOBER__, __2010__, by
  Date              Month                    Year

(1) __NEAL CHRISTOPHER SVALSTAD__,
           Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)
                                                           (and
(2) _____,
           Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

_____
Signature of Notary Public

[Notary Seal: MIRIAM G. MORALES, Commission # 1731758, Notary Public - California, San Diego County, My Comm. Expires Mar 16, 2011]

Place Notary Seal Above

———————————— **OPTIONAL** ————————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: __NOTICE OF CHANGE OF ADDRESS__

Document Date: __10/22/10__    Number of Pages: __1__

Signer(s) Other Than Named Above: __NONE__

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5910    Reorder: Call Toll-Free 1-800-876-6827