Gregg M. Galardi, Esq.  
Ian S. Fredericks, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
One Rodney Square  
PO Box 636  
Wilmington, Delaware 19899-0636  
(302) 651-3000  

Douglas M. Foley (VSB No. 34364)  
Sarah B. Boehm (VSB No. 45201)  
MCGUIREWOODS LLP  
One James Center  
901 E. Cary Street  
Richmond, Virginia 23219  
(804) 775-1000  

– and –

Chris L. Dickerson, Esq.  
SKADDEN, ARPS, SLATE, MEAGHER &  
FLOM, LLP  
155 North Wacker Drive  
Chicago, Illinois 60606  
(312) 407-0700  

Counsel to the Debtors and  
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE EASTERN DISTRICT OF VIRGINIA  
RICHMOND DIVISION

```
- - - - - - - - - - - - - - - x
In re:                        :   Chapter 11
                              :
CIRCUIT CITY STORES, INC.,    :   Case No. 08-35653 (KRH)
et al.,                       :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - - x
```

**ORDER ON DEBTORS' EIGHTY-FIRST OMNIBUS OBJECTION TO CLAIMS
(REDUCTION OF CERTAIN PARTIALLY INVALID CLAIMS AND
<u>DISALLOWANCE OF CERTAIN INVALID CLAIMS</u>)**

THIS MATTER having come before the Court on the Debtors' Eighty-First Omnibus Objection to Claims Omnibus Objection to Claims (Reduction of Certain Partially Invalid Claims and Disallowance of Certain Invalid Claims) (the "Objection"), which requested, among other things, that the

claims specifically identified on Exhibit C and Exhibit D attached to the Objection be reduced or disallowed for those reasons set forth in the Objection; and it appearing that due and proper notice and service of the Objection as set forth therein was good and sufficient and that no other further notice or service of the Objection need be given; and it further appearing that certain Claimants filed a response to the Objection; and it appearing that the relief requested in the Objection is in the best interest of the Debtors, their estates and creditors and other parties-in-interest; and after due deliberation thereon good and sufficient cause exists for the granting of the relief as set forth herein,

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Objection is SUSTAINED as set forth herein.

2. The Claims identified on <u>Exhibit A</u> as attached hereto and incorporated herein are reduced for all purposes in these bankruptcy cases as set forth in <u>Exhibit A</u>.

3. The Claims identified on <u>Exhibit B</u> as attached hereto and incorporated herein are disallowed in their entirety for all purposes in these bankruptcy cases.

2

4.    The status hearing on the Objection to the claims identified on <u>Exhibit C</u> as attached hereto and incorporated herein is hereby adjourned to September 27, 2010 at 2:00 p.m. (Eastern) or until such later time as agreed by the parties.

5.    The Debtors' rights to object to any claim including (without limitation) the Claims subject to the Objection, on any grounds that applicable law permits, are not waived and are expressly reserved.

6.    The Debtors shall serve a copy of this Order on the claimants included on the exhibits to this Order on or before seven (7) days from the entry of this Order.

7.    This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Richmond, Virginia
       _____, 2010

_____
HONORABLE KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

    - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

    - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors
and Debtors in Possession


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

                                        /s/ Douglas M. Foley
                                        Douglas M. Foley


\17319215

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 272<br>Date Filed: 11/20/2008<br>Docketed Total: $2,793.85<br>Filing Creditor Name and Address:<br>ADI DIVISION OF HONEYWELL INT<br>263 OLD COUNTRY RD<br>MELVILLE, NY 11747 | Claim Holder Name and Address<br>ADI DIVISION OF HONEYWELL INT<br>263 OLD COUNTRY RD<br>MELVILLE, NY 11747 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$2,793.85 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$2,355.36 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,793.85 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$2,355.36 |
| Claim: 273<br>Date Filed: 11/17/2008<br>Docketed Total: $88,926.57<br>Filing Creditor Name and Address:<br>ADI DIVISION OF HONEYWELL INT<br>263 OLD COUNTRY RD<br>MELVILLE, NY 11747 | Claim Holder Name and Address<br>ADI DIVISION OF HONEYWELL INT<br>263 OLD COUNTRY RD<br>MELVILLE, NY 11747 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$88,926.57 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$67,830.51 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$88,926.57 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$67,830.51 |
| Claim: 10832<br>Date Filed: 02/02/2009<br>Docketed Total: $730,164.79<br>Filing Creditor Name and Address:<br>CORPORATE EXPRESS OFFICE PRODUCTS INC<br>555 W 112TH AVE<br>NORTHGLENN, CO 80234 | Claim Holder Name and Address<br>CORPORATE EXPRESS OFFICE PRODUCTS INC<br>555 W 112TH AVE<br>NORTHGLENN, CO 80234 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$730,164.79 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$272,151.02 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$730,164.79 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$272,151.02 |
| Claim: 319<br>Date Filed: 11/19/2008<br>Docketed Total: $189,484.00<br>Filing Creditor Name and Address:<br>EREPLACEMENTS<br>5190 NEIL RD STE 205<br>RENO, NV 89509 | Claim Holder Name and Address<br>MEDIA SOLUTIONS HOLDINGS LLC<br>DOWNEY BRAND LLP<br>621 CAPITOL MALL 18TH FL<br>SACRAMENTO, CA 95814 | | | Case Number:<br>Docketed Total: | | 08-35653<br>$189,484.00 | | | | Case Number:<br>Modified Total: | | 08-35653<br>$61,803.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$189,484.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$61,803.00 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 2071<br>Date Filed: 12/30/2008<br>Docketed Total: $4,983.00<br>Filing Creditor Name and Address:<br>G&R FALCON COMMUNICATIONS INC<br>9400 LAGUNA NIGUEL DR NO 103<br>LAS VEGAS, NV 89134-6386 | Claim Holder Name and Address<br>G&R FALCON COMMUNICATIONS INC<br>9400 LAGUNA NIGUEL DR NO 103<br>LAS VEGAS, NV 89134-6386 | | Case Number:<br>Docketed Total: | | | 08-35653<br>$4,983.00 | | | Case Number:<br>Modified Total: | | | 08-35653<br>$1,625.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$4,983.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$1,625.00 |
| Claim: 1777<br>Date Filed: 12/18/2008<br>Docketed Total: $67,706.00<br>Filing Creditor Name and Address:<br>KINYO COMPANY INC<br>3550 WILSHIRE BLVD STE 1250<br>LOS ANGELES, CA 90010 | Claim Holder Name and Address<br>KINYO COMPANY INC<br>3550 WILSHIRE BLVD STE 1250<br>LOS ANGELES, CA 90010 | | Case Number:<br>Docketed Total: | | | 08-35653<br>$67,706.00 | | | Case Number:<br>Modified Total: | | | 08-35653<br>$42,836.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$67,706.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$42,836.00 |
| Claim: 14412<br>Date Filed: 06/29/2009<br>Docketed Total: $30,000.00<br>Filing Creditor Name and Address:<br>MARC J SIEGER<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940 | Claim Holder Name and Address<br>MARC J SIEGER<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940 | | Case Number:<br>Docketed Total: | | | 08-35653<br>$30,000.00 | | | Case Number:<br>Modified Total: | | | 08-35653<br>$10,000.00 |
| | 503(b)(9) | Reclamation | Admin<br>$30,000.00 | Secured | Priority | Unsecured<br>UNL | 503(b)(9) | Reclamation | Admin<br>$10,000.00 | Secured | Priority | Unsecured<br>$0.00 |
| Claim: 1843<br>Date Filed: 12/22/2008<br>Docketed Total: $283,456.00<br>Filing Creditor Name and Address:<br>MIDWAY HOME ENTERTAINMENT<br>2704 W ROSCOE ST<br>CHICAGO, IL 60618-5910 | Claim Holder Name and Address<br>MIDWAY HOME ENTERTAINMENT<br>2704 W ROSCOE ST<br>CHICAGO, IL 60618-5910 | | Case Number:<br>Docketed Total: | | | 08-35653<br>$283,456.00 | | | Case Number:<br>Modified Total: | | | 08-35653<br>$230,496.00 |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$283,456.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$230,496.00 |

\*   "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 2904<br>Date Filed: 01/07/2009<br>Docketed Total: $52,620.37<br>Filing Creditor Name and Address:<br>PC DOCTOR INC<br>9805 DOUBLE R BLVD STE 301<br>RENO, NV 89521-4827 | Claim Holder Name and Address    Case Number: 08-35653<br>PC DOCTOR INC                  Docketed Total: $52,620.37<br>9805 DOUBLE R BLVD STE 301<br>RENO, NV 89521-4827<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $52,620.37 | Case Number: 08-35653<br>Modified Total: $24,599.78<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $24,599.78 |
| Claim: 6643<br>Date Filed: 01/27/2009<br>Docketed Total: $233,607.76<br>Filing Creditor Name and Address:<br>STARLIGHT MARKETING LTD<br>1200 THIRD AVE STE 1321<br>SAN DIEGO, CA 92107 | Claim Holder Name and Address    Case Number: 08-35653<br>STARLIGHT MARKETING LTD      Docketed Total: $233,607.76<br>1200 THIRD AVE STE 1321<br>SAN DIEGO, CA 92107<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $233,607.76 | Case Number: 08-35653<br>Modified Total: $190,992.40<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $190,992.40 |
| Claim: 9074<br>Date Filed: 01/30/2009<br>Docketed Total: $167,131.35<br>Filing Creditor Name and Address:<br>STEPHEN GOULD CORPORATION<br>35 S JEFFERSON RD<br>ATTN ACCTS PAYABLE<br>WHIPPANY, NJ 07981 | Claim Holder Name and Address    Case Number: 08-35653<br>STEPHEN GOULD CORPORATION   Docketed Total: $167,131.35<br>35 S JEFFERSON RD<br>ATTN ACCTS PAYABLE<br>WHIPPANY, NJ 07981<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $167,131.35 | Case Number: 08-35653<br>Modified Total: $144,701.03<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $144,701.03 |
| Claim: 1984<br>Date Filed: 12/29/2008<br>Docketed Total: $137,099.42<br>Filing Creditor Name and Address:<br>THE BUFFALO NEWS A DIVISION<br>OF OBH INC<br>800 RAND BUILDING<br>14 LAFAYETTE SQ<br>BUFFALO, NY 14203-1995 | Claim Holder Name and Address    Case Number: 08-35653<br>THE BUFFALO NEWS A DIVISION OF   Docketed Total: $137,099.42<br>OBH INC<br>800 RAND BUILDING<br>14 LAFAYETTE SQ<br>BUFFALO, NY 14203-1995<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $137,099.42 | Case Number: 08-35653<br>Modified Total: $46,095.74<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                           $46,095.74 |

\*    "UNL" denotes an unliquidated claim.

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | CLAIM AS MODIFIED |
|---|---|---|
| Claim: 3146<br>Date Filed: 01/13/2009<br>Docketed Total: $114,195.42<br>Filing Creditor Name and Address:<br>THE DALLAS MORNING NEWS<br>JACKSON WALKER LLP<br>901 MAIN ST<br>STE 6000<br>DALLAS, TX 75202 | Claim Holder Name and Address    Case Number: 08-35653<br>THE DALLAS MORNING NEWS    Docketed Total: $114,195.42<br>JACKSON WALKER LLP<br>901 MAIN ST<br>STE 6000<br>DALLAS, TX 75202<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $114,195.42 | Case Number: 08-35653<br>Modified Total: $58,020.76<br><br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $58,020.76 |
| Claim: 5275<br>Date Filed: 01/26/2009<br>Docketed Total: $398,793.93<br>Filing Creditor Name and Address:<br>USIS COMMERICAL SERVICES INC<br>4500 S 129TH EAST AVE STE 200<br>TULSA, OK 74134-5885 | Claim Holder Name and Address    Case Number: 08-35653<br>USIS COMMERICAL SERVICES INC    Docketed Total: $398,793.93<br>4500 S 129TH EAST AVE STE 200<br>TULSA, OK 74134-5885<br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $398,793.93 | Case Number: 08-35653<br>Modified Total: $17,149.15<br><br><br><br>503(b)(9)   Reclamation   Admin   Secured   Priority   Unsecured<br>                                                          $17,149.15 |
|  |  | **Total Claims To Be Modified: 14**<br>**Total Amount As Docketed:** $2,500,962.46<br>**Total Amount As Modified:** $1,170,655.75 |

\*  "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.
Case No. 08-35653-KRH

Debtors' Eighty-First Omnibus Objection to Claims (Reduction Of Certain Partially Invalid Claims And Disallowance Of Certain Invalid Claims) - Ordered

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| BAGBY ELECTRIC OF VA INC<br>10491 LAKERIDGE PKWY<br>ASHLAND, VA 23005 | 3234 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$10,467.40<br><br>$10,467.40 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NEWS & OBSERVER<br>PO BOX 2885<br>RALEIGH, NC 27602-2885 | 2799 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$51,249.09<br><br>$51,249.09 | 01/06/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| NORTH COUNTY TIMES<br>PO BOX 54358<br>LOS ANGELES, CA 90054-0358 | 3377 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$22,859.52<br><br>$22,859.52 | 01/12/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SIEGER, MARC J<br>6 JOSEPH LN<br>LYNNFIELD, MA 01940-1107 | 3048 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$30,000.00<br><br>$30,000.00 | 01/09/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| STREATER INC<br>3460 COLLECTION CENTER DR<br>CHICAGO, IL 60693 | 4057 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | <br><br><br><br>$574,514.00<br><br>$574,514.00 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

\*    "UNL" denotes an unliquidated claim.

In re: Circuit City Stores, Inc, et al.  Debtors' Eighth Omnibus Objection to Claims (Reduction Of Certain
Case No. 08-35653-KRH  Partially Invalid Claims And Disallowance Of Certain Invalid Claims) -
Ordered

**EXHIBIT B**

| CREDITOR'S NAME AND ADDRESS | CLAIM NUMBER | ASSERTED CLAIM AMOUNT * | | DATE FILED | DOCKETED DEBTOR |
|---|---|---|---|---|---|
| SUMTER ELECTRIC COOPERATIVE INC FL<br>PO BOX 301<br>SUMTERVILLE, FL 33585-0301 | 4814 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $25,622.02<br><br>$25,622.02 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |
| SUMTER ELECTRIC COOPERATIVE, INC ,FL<br>P O BOX 301<br>SUMTERVILLE, FL 33585 | 4810 | Secured:<br>Priority:<br>Administrative<br>503(b)(9):<br>Unsecured:<br>Reclamation:<br>Total: | $10,060.28<br><br>$10,060.28 | 01/21/2009 | CIRCUIT CITY STORES, INC. (08-35653) |

**Total:  7  $724,772.31**

\*    "UNL" denotes an unliquidated claim.

Case 08-35653-KRH    Doc 8826    Filed 10/27/10    Entered 10/27/10 10:20:29    Desc Main
Document    Page 11 of 11

In re Circuit City Stores, Inc, et al.
Case No. 08-35653 (KRH)

Debtors' Eighty-First Omnibus Objection to Claims
(Reduction Of Certain Partially Invalid Claims And
Disallowance Of Certain Invalid Claims) - Adjourned

**EXHIBIT C**

| CLAIM TO BE MODIFIED | CLAIM AS DOCKETED* | | | | | | CLAIM AS MODIFIED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim: 7184<br>Date Filed: 01/28/2009<br>Docketed Total: $934,615.39<br>Filing Creditor Name and Address:<br>CONVERGYS CUSTOMER MANAGEMENT GROUP INC<br>8000 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | Claim Holder Name and Address<br>CONVERGYS CUSTOMER MANAGEMENT GROUP INC<br>8000 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256 | Case Number: 08-35653<br>Docketed Total: $934,615.39 | | | | | | Case Number: 08-35653<br>Modified Total: $724,465.38 | | | | |
| | 503(b)(9)<br>$335,752.67 | Reclamation | Admin | Secured | Priority | Unsecured<br>$598,862.72 | 503(b)(9)<br>$335,752.67 | Reclamation | Admin | Secured | Priority | Unsecured<br>$388,712.71 |
| Claim: 8054<br>Date Filed: 01/28/2009<br>Docketed Total: $1,568,659.78<br>Filing Creditor Name and Address:<br>EXPORT DEVELOPMENT CANADA EDC<br>151 OCONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | Claim Holder Name and Address<br>EXPORT DEVELOPMENT CANADA EDC<br>151 OCONNOR ST<br>OTTAWA, ON K1A 1K3<br>CANADA | Case Number: 08-35653<br>Docketed Total: $1,568,659.78 | | | | | | Case Number: 08-35653<br>Modified Total: $1,050,292.08 | | | | |
| | 503(b)(9)<br>$949,650.49 | Reclamation | Admin | Secured | Priority | Unsecured<br>$619,009.29 | 503(b)(9)<br>$431,282.79 | Reclamation | Admin | Secured | Priority | Unsecured<br>$619,009.29 |
| Claim: 7478<br>Date Filed: 01/28/2009<br>Docketed Total: $462,066.00<br>Filing Creditor Name and Address:<br>IGATE GLOBAL SOLUTIONS LIMITED<br>GENERAL COUNSEL<br>IGATE GLOBAL SOLUTIONS LIMITED<br>1000 COMMERCE DRIVE<br>PITTSBURGH, PA 15275 | Claim Holder Name and Address<br>IGATE GLOBAL SOLUTIONS LIMITED<br>GENERAL COUNSEL<br>IGATE GLOBAL SOLUTIONS LIMITED<br>1000 COMMERCE DRIVE<br>PITTSBURGH, PA 15275 | Case Number: 08-35653<br>Docketed Total: $462,066.00 | | | | | | Case Number: 08-35653<br>Modified Total: $239,941.00 | | | | |
| | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$462,066.00 | 503(b)(9) | Reclamation | Admin | Secured | Priority | Unsecured<br>$239,941.00 |

**Total Claims To Be Modified: 3**
**Total Amount As Docketed:** $2,965,341.17
**Total Amount As Modified:** $2,014,698.46

\*   "UNL" denotes an unliquidated claim.