## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re: | Chapter 11 |
| Circuit City Stores, Inc., et al. | Case No. 08-35653 |
| Debtors. | (Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that PriceRunner USA A Value Click Inc Co, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (as listed on the Debtors' schedules or on proofs of claim filed in the cases), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

| Former Address | New Address |
|---|---|
| PriceRunner USA A Value Click Inc Co.<br>30699 Russell Ranch Road, Ste 250<br>Westlake Village, CA 91362 | PriceRunner USA A Value Click Inc Co<br>c/o Liquidity Solutions, Inc<br>One University Plaza, Suite 312<br>Hackensack, New Jersey 07601 |

I declare under penalty of perjury that the foregoing is true and correct.

PriceRunner USA A Value Click Inc Co

By: _[signature]_

Its: VICE PRESIDENT + GEN'L COUNSEL

Date: 10-21-2010

SEE ATTACHED
_____
Notary Public

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

State of California

County of LOS ANGELES

Subscribed and sworn to (or affirmed) before me on this 21ST day of OCTOBER, 2010, by

(1) SCOTT BARLOW,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
   Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
   Signature of Notary Public

**S. C. DENIM**
Commission # 1883073
Notary Public - California
Los Angeles County
My Comm. Expires Mar 16, 2014

Place Notary Seal and/or Stamp Above

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: (VA) U.S. BANKRUPTCY COURT NOTICE OF CHANGE OF ADDRESS

Document Date: SIG. DATE : 10/21/2010   Number of Pages: 1

Signer(s) Other Than Named Above: NONE

RIGHT THUMBPRINT OF SIGNER #1
Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2
Top of thumb here

© 2009 National Notary Association • NationalNotary.org • NNA Members-Only Hotline 1-888-876-0827    Item #5910