**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| In re<br>    CIRCUIT CITY STORES, INC. et al.<br><br>    Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that CARLSON MARKETING WORLDWIDE, INC., a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Carlson Marketing Worldwide, Inc.
P.O. Box 96258
Chicago, IL 60693
-and-
1405 Xenium Lane North
Suite 150
Minneapolis, MN 55441

New Address
Carlson Marketing Worldwide, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

CARLSON MARKETING WORLDWIDE, INC.

By: _Wanda K. Cahill_

Title: _VP Legal & Corporate Secretary_

Date: _Sept 22, 2010_