**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND, VIRGINIA**

_____

| | : | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No. 08-35653-KRH** |
| **CIRCUIT CITY STORES, INC.** | : | **Chapter 11** |
| | : | |
| **Debtors.** | : | |

_____:

**PRAECIPE OF CHANGE OF FIRM AFFILIATION AND ADDRESS**

The Notice of Appearance filed by Tysons 3, LLC's counsel, Mitchell B. Weitzman should reflect a change of firm affiliation and address as provided below:

Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, DC  20036
Telephone: (202) 457-1695
Facsimile: (202) 457-1678
Email: mweitzman@jackscamp.com

    Respectfully submitted,

    /s/ Mitchell B. Weitzman
    Mitchell B. Weitzman, Esq. (VSB # 28434)
    Jackson & Campbell, P.C.
    1120 20th Street, N.W.
    South Tower
    Washington, DC 20036
    Telephone: (202) 457-1695
    Facsimile: (202) 457-1678
    Email: mweitzman@jackscamp.com
    *Counsel for Tysons 3, LLC*

1621696v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2010, a copy of the foregoing *Praecipe of Change of Firm Affiliation and Address* was served via first class mail upon the following:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636

Dion W. Hayes, Esq.
Douglas M. Foley, Esq.
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
333 West Wacker Drive
Chicago, Illinois 60606
Proposed Counsel to the Debtors and Debtors in Possession

/s/ Mitchell B. Weitzman
Mitchell B. Weitzman, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W.
South Tower
Washington, DC 20036
Telephone: (202) 457-1695
Facsimile: (202) 457-1678
Email: mweitzman@jackscamp.com