**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

```
- - - - - - - - - - - - - - - - x
                                 :
In re:                           :   Chapter 11
                                 :
Circuit City Stores, Inc., et    :   Case No. 08-35653 (KRH)
al.,                             :
                                 :   (Jointly Administered)
                      Debtors.   :
- - - - - - - - - - - - - - - - x
```

**NOTICE OF (I) CONFIRMATION OF MODIFIED SECOND AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) THE OCCURRENCE OF THE EFFECTIVE DATE AND (III) THE DEADLINES FOR FILING ADMINISTRATIVE CLAIMS, FINAL FEE APPLICATIONS AND REJECTION DAMAGES CLAIMS**

**REJECTION DAMAGES BAR DATE (SEE BELOW)– DECEMBER 8, 2010**

**FINAL FEE APPLICATION DEADLINE (SEE BELOW)– DECEMBER 16, 2010**

**FINAL ADMINISTRATIVE CLAIMS BAR DATE (SEE BELOW)–JANUARY 3, 2011**

**PLEASE TAKE NOTICE** that on September 14, 2010, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), entered the Findings of Fact, Conclusions of Law and Order Confirming the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 8555, the "Confirmation Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[1]  Pursuant to the Confirmation Order, this Court confirmed the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc.

---

[1]  The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen, VA 23060.

and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan"),[2] which confirmed Plan was attached to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that (i) the Effective Date under the Plan occurred for Ventoux on October 22, 2010, (ii) the Effective Date under the Plan occurred for InterTAN on October 26, 2010, and (iii) the Effective Date under the Plan occurred for the Consolidated Debtors on November 1, 2010.

**PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, and except as otherwise provided in Article IX of the Plan, requests for payment of an Administrative Claim that arose on and after January 1, 2010 up to and through the Effective Date must be filed with the Bankruptcy Court in accordance with the instructions set forth below and served on counsel for the Liquidating Trust at the address set forth below by NO LATER THAN JANUARY 3, 2011.**

**PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, Final Fee Applications must be filed with the Bankruptcy Court in accordance with the instructions set forth below and served on counsel for the Liquidating Trust and the Office of the United States Trustee at the addresses set forth below by NO LATER THAN DECEMBER 16, 2010.**

**PLEASE TAKE FURTHER NOTICE** that Administrative Claims and Final Fee Applications must be filed in writing with the Bankruptcy Court at:

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, Virginia 23219,

or electronically at www.vaeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the address for counsel for the Liquidating Trust and the Office of the United States Trustee are as follows:

> Lynn L. Tavenner, Esq.
> Paula S. Beran, Esq.
> TAVENNER & BERAN, PLC
> 20 North Eighth Street, 2nd Floor
> Richmond, Virginia 23219

---

[2]  Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Plan.

– and –

            Richard M. Pachulski, Esq.
            Jeffrey N. Pomerantz, Esq.
            Andrew W. Caine, Esq.
            PACHULSKI STANG ZIEHL & JONES LLP
            10100 Santa Monica Boulevard, 11th Floor
            Los Angeles, California 90067-4100
            Email:  rpachulski@pszjlaw.com
                    jpomerantz@pszjlaw.com
                    acaine@pszjlaw.com

                                 – and –

            Robert J. Feinstein, Esq.
            John Morris, Esq.
            PACHULSKI STANG ZIEHL & JONES LLP
            780 Third Avenue, 36th Floor
            New York, New York 10017-2024
            Email:    rfeinstein@pszjlaw.com
                      jmorris@pszjlaw.com

        Office of the United States Trustee:

            Office of the United States Trustee for the
            Eastern District of Virginia
            Attn: Robert B. Van Arsdale
            701 East Broad Street, Suite 4304
            Richmond, Virginia 23219

        **PLEASE TAKE FURTHER NOTICE** that the Confirmation Order
constitutes an order under Bankruptcy Code section 365 rejecting
all pre-petition executory contracts (including (without
limitation) any and all indemnification obligations that the
Debtors have pursuant to a contract, instrument, agreement,
certificate of incorporation, by-law, comparable organizational
document or any other document, or applicable law, including the
Indemnification Obligations) and unexpired leases (collectively,
the "Rejected Contracts and Leases") to which any Debtor is a
party, to the extent such contracts or leases are executory
contracts or unexpired leases, on the Effective Date.

        **PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan
and the Confirmation Order, all Claims arising from the
rejection of the Rejected Contracts and Leases pursuant to the
Plan and the Confirmation Order must be filed with the Court-
appointed Claims Agent at the following address by <u>NO LATER THAN
DECEMBER 8, 2010</u>:**

Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

**PLEASE NOTE: Proofs of Claim <u>MAY NOT</u> be faxed or emailed.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order, any exhibits thereto, a copy of the Proof of Claim form, the entire docket of the Debtors' cases, and other relevant case information are publicly available by accessing the Debtors' case information website at <u>www.kccllc.net/circuitcity</u> and may also be obtained, upon reasonable written request from the Claims Agent at:

Kurtzman Carson Consultants LLC
Attn: Circuit City Stores, Inc., <u>et</u> <u>al</u>.
2335 Alaska Avenue
El Segundo, CA 90245
Tel: (888) 830-4662

Dated: November 1, 2010,
Richmond, Virginia

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Gregg M. Galardi, Esq.<br>Ian S. Fredericks, Esq.<br>P.O. Box 636<br>Wilmington, DE 19899-0636 | PACHULSKI STANG ZIEHL & JONES LLP<br>Richard M. Pachulski, Esq.<br>Jeffrey N. Pomerantz, Esq.<br>10100 Santa Monica Boulevard, 11th Floor<br>Los Angeles, CA 90067-4100 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Chris L. Dickerson, Esq.<br>155 North Wacker Drive<br>Chicago, IL 60606 | PACHULSKI STANG ZIEHL & JONES LLP<br>Robert J. Feinstein, Esq.<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024 |
| MCGUIREWOODS LLP<br>Douglas Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 | TAVENNER & BERAN, PLC<br>Lynn Tavenner, Esq. (VSB No. 30083)<br>Paula S. Beran, Esq. (VSB No. 34679)<br>20 North Eighth Street<br>Second Floor<br>Richmond, VA 23219 |
| Counsel for Debtors and Debtors in Possession | Counsel for the Creditors' Committee |

829774-Chicago Server 2A - MSW