| | |
|---|---|
| Gregg M. Galardi, Esq. | Douglas M. Foley (VSB No. 34364) |
| Ian S. Fredericks, Esq. | Sarah B. Boehm (VSB No. 45201) |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | MCGUIREWOODS LLP |
| One Rodney Square | One James Center |
| PO Box 636 | 901 E. Cary Street |
| Wilmington, Delaware 19899-0636 | Richmond, Virginia 23219 |
| (302) 651-3000 | (804) 775-1000 |

- and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

Counsel to the Debtors and
Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - x
In re:                         :    Chapter 11
                               :
CIRCUIT CITY STORES, INC.,     :    Case No. 08-35653 (KRH)
et al.,                        :
                               :    Jointly Administered
              Debtors.         :
                               :    **Obj. Deadline: October 29, 2010**
- - - - - - - - - - - - - - - x

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SETTLEMENT AGREEMENT AND STIPULATION BY AND AMONG: THE DEBTORS; MONSTER, LLC; AND MONSTER CABLE PRODUCTS, INC.**

PLEASE TAKE NOTICE that, on August 10, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered the Order Pursuant To 11 U.S.C. §§ 105 and 363, and Fed. R. Bankr. P. 2002, 9006, and 9019 Authorizing the Establishment of Procedures to Settle Certain Pre-Petition and Post-Petition Claims and Causes of Action Without Further Court Approval (D.I. 4401, the "Order").[1]

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

PLEASE TAKE NOTICE that, on October 15, 2010, the Debtors filed the Notice of Proposed Settlement Agreement and Stipulation by and Among: the Debtors; Monster, LLC; and Monster Cable Products, Inc. (D.I. 8738, the "Settlement Agreement").

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 10(c) of the Order, the deadline by which any Notice Party could object to (each an "Objection") or request additional time or information to evaluate (each a "Request") the Settlement Agreement was October 29, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, as of the Objection Deadline, the Debtors have not received an Objection nor a Request from any party.

PLEASE TAKE FURTHER NOTICE that, as of the date hereof, in accordance with paragraph 17 of the Order, the Settlement Agreement shall be deemed to be a final order of the Bankruptcy Court for all purposes.

Dated: November 1, 2010        SKADDEN, ARPS, SLATE, MEAGHER &
Richmond, Virginia             FLOM, LLP
                               Gregg M. Galardi, Esq.
                               Ian S. Fredericks, Esq.
                               P.O. Box 636
                               Wilmington, Delaware 19899-0636
                               (302) 651-3000

                                       - and -

                               SKADDEN, ARPS, SLATE, MEAGHER &
                               FLOM, LLP
                               Chris L. Dickerson, Esq.
                               155 North Wacker Drive
                               Chicago, Illinois 60606
                               (312) 407-0700

                                       - and -

                               MCGUIREWOODS LLP

                               /s/ Douglas M. Foley
                               Douglas M. Foley (VSB No. 34364)
                               Sarah B. Boehm (VSB No. 45201)
                               One James Center
                               901 E. Cary Street
                               Richmond, Virginia 23219
                               (804) 775-1000

                               Counsel for Debtors and Debtors
                               in Possession