IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al., | : | 1Case No. 08-35653 (KRH) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | x | |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND
ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN SEVENTH
INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR THE PERIOD
FROM MAY 1, 2010 THROUGH JULYL 31, 2010**

This Court having previously authorized the retention of DJM Realty Services,

LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the

Seventh Interim Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses

Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period

from May 1, 2010 through July 31, 2010 (the "Seventh Interim Application")[1] having been filed

and served and no other or further notice being necessary; and the Court having determined that

granting the relief requested therein is in the best interests of the Debtors, their estates, their

creditors, and other parties in interest; and it appearing that no party-in-interest has filed any

objections to the allowance of the amounts set forth in the Seventh Interim Application or that any

such objection has been resolved or is hereby overruled; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

---

[1]         Unless otherwise defined herein, capitalized terms used herein shall have the
meanings ascribed to them in the Seventh Interim Application.

ORDERED, ADJUDGED, AND DECREED that:

The fees requested in the Seventh Interim Application are hereby approved and allowed on an

interim basis in the amount of $1,625.

The Debtors are hereby authorized to promptly pay DJM any unpaid portion of the allowed

amount of fees approved by this Order.

This Order is without prejudice to the right of DJM to seek further allowance and payment of

compensation upon application to this Court.

Dated:  Richmond, Virginia
        _____, 2010


        _____
        UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Gregg M. Galardi, Esq.
Ian S. Fredericks, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
One Rodney Square
PO Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

     - and –

Chris L. Dickerson, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
155 North Wacker Drive
Chicago, Illinois 60606
(312) 407-0700

     - and -

/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Debtors and Debtors in Possession

## CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Douglas M. Foley