B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC. ET AL.,**          Case No. **08-35653**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **LIQUIDITY SOLUTIONS, INC.** | **THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee

should be sent:

| Claim # | Amount | Date Filed |
|---|---|---|
| 3624 | $ 79,156.55 | 1/15/2009 |
| 12071 | $ 958,878.60 | 4/3/2009 |
| **TOTAL** | **$1,038,035.15** | |

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**                                    Phone: _____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #: _____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/Michael Handler                                       Date:  11/2/2010
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**497744**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

In re: **CIRCUIT CITY STORES, INC. ET AL.,**                    Case No. **08-35653**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 3624,12071 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **11/2/2010**.

**LIQUIDITY SOLUTIONS, INC.**                    **THE IRVINE COMPANY FASHION ISLAND SHOPPING CENTER**

Name of Alleged Transferee                      Name of Transferor

Address of Alleged Transferee:                  Address of Transferor:
**One University Plaza, Suite 312**              **THE IRVINE COMPANY FASHION**
**Hackensack, NJ 07601**                         **ISLAND SHOPPING CENTER**
                                                 **c/o Ernie Zachary Park**
                                                 **Bewley Lassleben & Miller**
                                                 **13215 E PENN ST, STE 510**
                                                 **Whittier, CA 90602**

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                        _____
                                                **CLERK OF THE COURT**


                                                                **497744**

## TRANSFER NOTICE

The Irvine Company LLC, a Delaware limited liability company (Fashion Island Shopping Center) ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Circuit City Stores, Inc., et al. (the "Debtor"), in the aggregate amount of $1,038,035.15 (Claim Nos. 3624 and 12071) representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Virginia, administered as Case No. 08-35653.

IN WITNESS WHEREOF, Assignor has signed below as of the 21st day of October, 2010.

The Irvine Company LLC,
a Delaware limited liability company (Fashion Island Shopping Center)

By _____
Its SVP Operations

By _____
Its SVP Finance

Liquidity Solutions, Inc.

_____
(Signature)

Michael Handler
(Print Name)

49744