**IN THE UNITED STATES BANKRUPTCY COURTFOR THE EASTERN DISTRICT
OF VIRGINIARICHMOND DIVISION**

| | | |
|---|---|---|
| Circuit City Stores, Inc., *et al.,* | * | Chapter 11 |
| Debtor(s) | * | Case No. 08-3-5653 KRH |
| | * | Jointly Administered |
| | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CHARLES COUNTY, MARYLAND'S
WITHDRAWAL OF APPEARANCE**

Dear Clerk,

Douglas C. Meister, Esq. along with Meyers, Rodbell & Rosenbaum, P.A. represent
Charles County, Maryland in the above captioned case. The claims of Charles County,
Maryland have been resolved and we request that you remove our names from the
notifications of future activity in this matter.


Date: November 3, 2010                    Respectfully submitted,


/s/ Douglas C. Meister___
Douglas C. Meister
Meyers, Rodbell & Rosenbaum, P.A.
Federal Bar No. 44947
Suite 400 - Berkshire Building
6801 Kenilworth Avenue
Riverdale, Maryland  20737-1385
(301) 699-5800


Douglas C. Meister, VSB No. 44947
Meyers, Rodbell & Rosenbaum, P.A.
680l Kenilworth Avenue, Suite 400
Riverdale Park, Maryland   20737
Telephone:  (301) 699-5800
Attorney for Prince George's County, Maryland

CERTIFICATE OF SERVICE

I, Douglas C. Meister, hereby certify that a true and correct copy of the foregoing

notice was served by electronic means on the "2002" and "Core" lists and through ECF

system which in turn will generate an electronic notice of filing to all parties registered to

receive electronic notice from the Courts in this matter this 3rd day of November 2010.

Office of the U.S. Trustee
701 E. Broad St. Suite 4304
Richmond, Virginia 23219-1888
Attn: Robert B. Van Arsdale;

Circuit City Stores, Inc.
P.O. Box 5695
Glen Allen, Virginia 23058-5695
Attn: Michelle Mosier

Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Attn: Gregg M. Galardi and Ian S. Fredericks

Skadden, Arps, Slate, Meagher & Flom, LLP
155 North Wacker Drive
Chicago, Illinois 60606
Attn: Chris L. Dickerson and Jessica S. Kumar

McGuireWoods LLP
One James Center
901 E. Cary St.
Richmond, VA 23219
Attn: Douglas M. Foley and Sarah B. Boehm

Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 11th Floor
Los Angeles, CA 90067
Attn: Jeffrey N. Pomerantz and Stanley E. Goldich

Pachulski Stang Ziehl & Jones, LLP
780 Third Ave., 36th Floor
New York, NY 10017
Attn: Robert J. Feinstein

Tavenner & Beran, PLC
20 N. Eighth Street, 2nd Floor
Richmond, VA 23219
Attn: Lynn L. Tavenner and Paula S. Beran

/s/ Douglas C. Meister____
Douglas C. Meister