| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,.[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 4, 2010 AT 1:30 P.M.  (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 4, 2010 beginning at 1:30 p.m. Eastern.

I.  **MATTERS GOING FORWARD**

1.  Motion to Authorize and Establish Procedures for Avoidance Action Adversary Proceedings filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Official Committee of Unsecured Creditors. (Docket No. 8789).

    Related Documents:    Notice of Motion and Notice of Hearing on Motion for an Order Establishing Procedures for Avoidance Action Adversary Proceedings filed by Lynn L. Tavenner of Tavenner & Beran, PLC on behalf of Official Committee of Unsecured Creditors. (Docket No. 8790).

    List of Proposed Mediators (Docket No.8887).

    Objection Deadline:    November 1, 2010 at 4:00 p.m.; Extended by agreement until November 2, 2010 for William A. Gray, Esquire

    Objections/ Responses Filed:    Response of Kimco Realty Corporation; Westgate Village, LLC; Prado, LLC; Argyle Forest Retail I, LLC; Morse-Sembler Villages Partnership #4; Crossroads Associates, LTD; Swanblossom Investment, LP; N.P. Huntsville Limited Liability Company; Tanglewood Park, LLC; Roth Tanglewood, LLC; and Luckoff Land Company, LC to Motion for an Order Establishing Procedures for Avoidance Action Adversary Proceedings  filed by Augustus C. Epps Jr. of Christian & Barton, L.L.P. on behalf of Morse-Sembler Villages Partnership #4, Argyle Forest Retail I, LLC, Prado, LLC, Westgate Village, LLC, Crossroads Associates, Ltd., Kimco Realty Corporation, N.P. Huntsville Limited Liability Company, Swanblossom Investments, LP, Tanglewood Park, LLC; Roth Tanglewood, LLC and Luckoff Land Company, LLC as tenants in common.

    Objection of Inland American Retail Management, LLC; Inland US Management, LLC; Inland Pacific Property Services, LLC; Inland Southwest Management, LLC; Inland Continental Property Management Corp. and Inland Commercial Property Management, Inc. to Motion for an Order Establishing Procedures for Avoidance Action Adversary Proceedingof Inland American Retail Management, LLC; Inland US Management, LLC; Inland Pacific Property Services, LLC; Inland Southwest Management, LLC; Inland Continental Property Management Corp. and Inland Commercial Property Management, Inc. to Motion for an Order Establishing Procedures for Avoidance Action Adversary

Proceeding filed by Jennifer McLain McLemore of Christian & Barton, LLP on behalf of Inland American Retail Management LLC, Inland Commercial Property Management, Inc., Inland Continental Property Management Corp., Inland Pacific Property Services LLC, Inland Southwest Management LLC, Inland US Management LLC.

Limited Objection to Motion to Authorize filed by Official Committee of Unsecured Creditors filed by William H. Schwarzschild III of Williams Mullen on behalf of DIRECTV, Inc.

Response to List of Proposed Mediators Filed by the Circuit City Stores, Inc. Liquidating Trust filed by Korin A. Elliott of Klee, Tuchin, Bogdanoff & Stern LLP on behalf of Paramount Home Entertainment Inc.

Status: The Trust will request that the Court grant the relief requested in the Motion.

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
November 4, 2010

_____/s/ Paula S. Beran_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
(804) 783-8300

- and -

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
(310) 277-6910

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

*Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust*