UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:                                              :
                                                    :    Chapter 11
Circuit City Stores, Inc., et al.                   :
                                                    :    Case No. 08-35653
                                                    :
                        Debtors.                    :    (Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that HAYDEN MEADOWS JV., a creditor in the cases of the above-captioned debtors ("Debtors"), has assigned and transferred its claim (as listed on the Debtors' schedules or on proofs of claim filed in the cases) to Liquidity Solutions, Inc., and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 13907), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

Former Address

Hayden Meadows JV
Jill Hollowell
TMT Development Co Inc.
805 SW Broadway Ste 2020
Portland, OR 97205-3360

New Address

Hayden Meadows JV
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

OFFICIAL SEAL
SONJA R TUNE
NOTARY PUBLIC - OREGON
COMMISION NO. 414681
MY COMMISSION EXPIRES APRIL 1, 2011

HAYDEN MEADOWS JV

By: _____

Its: _____

Date: 11/3/10

Notary Public