# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Pursuant to Local Bankruptcy Rule 2090-1 (E) (2), Lynn L. Tavenner and Paula S. Beran, members in good standing of the Bar of the Commonwealth of Virginia and the United States Bankruptcy Court for the Eastern District of Virginia, file this motion with the Court for an Order permitting admission for Andrew W. Caine of the law firm Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067, to appear and practice *pro hac vice* on behalf of the Circuit City Stores, Inc. Liquidating Trust in the above-captioned cases now pending in the United States Bankruptcy Court for the Eastern District of Virginia and any related adversary litigation.  Mr. Caine is a member in good standing of the bar

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Andrew W. Caine (CA Bar No. 110345) | 20 North Eighth Street, 2nd Floor |
| Pachulski Stang Ziehl & Jones LLP | Richmond, VA 23219 |
| 10100 Santa Monica Boulevard, 11th Floor | Telephone:  (804) 783-8300 |
| Los Angeles, CA  90067-4100 | Telecopy:  (804) 783-0178 |
| Telephone:  (310) 277-6910 | |
| Telecopy:  (310) 201-0760 | |
| | |
| Counsel for the Circuit City Stores, Inc. Liquidating Trust | Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust |

of the State of California, and is admitted to practice before the Ninth Circuit Court of Appeals, and the United States District Courts for the Northern, Eastern, Southern and Central Districts of California.  There are no disciplinary proceedings pending against him.  A copy of an Application to Qualify as a Foreign Attorney Under Local Bankruptcy Rule 2090-1(E)(2) is attached.

WHEREFORE, Lynn L. Tavenner and Paula S. Beran respectfully move this Court for an Order granting Andrew W. Caine permission to appear and practice *pro hac vice* on behalf of the Circuit City Stores, Inc. Liquidating Trust and for such other and further relief as the Court deems just and appropriate.

Dated:  November 4, 2010

TAVENNER & BERAN, P.L.C.

*/s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
           pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
           jpomerantz@pszjlaw.com
           acaine@pszjlaw.com

*Counsel for Circuit City Stores, Inc. Liquidating Trust*

2

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on November 4, 2010 a true and correct copy of the above and foregoing Motion For Admission To Practice Pro Hac Vice was served by either First Class Mail, postage pre-paid and/or by electronic delivery to:

Robert B. Van Arsdale, Esquire
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

                                   */s/ Paula S. Beran*
                              Paula S. Beran, Esquire (Va. Bar No. 34679)
                              Tavenner & Beran, PLC
                              20 North Eighth Street, Second Floor
                              Richmond, Virginia  23219
                              Telephone: (804) 783-8300
                              Telecopy:  (804) 783-0178

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[2] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

## ORDER GRANTING ADMISSION PRO HAC VICE

Upon the Motion for Admission to Practice Pro Hac Vice (the "Motion"), and the representations by counsel, Lynn L. Tavenner and Paula S. Beran, that Andrew W. Caine is a practicing attorney in good standing in the State of California; it is hereby

ORDERED that Andrew W. Caine may appear and practice *pro hac vice* in the above captioned bankruptcy cases and any related adversary litigation on behalf of the Circuit City Stores, Inc. Liquidating Trust; and it is further

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address is 9950 Mayland Drive, Richmond, Virginia 23233.

---

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Andrew W. Caine (CA Bar No. 110345) | 20 North Eighth Street, 2nd Floor |
| Pachulski Stang Ziehl & Jones LLP | Richmond, VA 23219 |
| 10100 Santa Monica Boulevard, 11th Floor | Telephone: (804) 783-8300 |
| Los Angeles, CA 90067-4100 | Telecopy: (804) 783-0178 |
| Telephone: (310) 277-6910 | |
| Telecopy: (310) 201-0760 | |
| | |
| Counsel for the Circuit City Stores, Inc. Liquidating Trust | Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust |

ORDERED, that the Motion is hereby GRANTED.

DATE: _____

_____
UNITED STATES BANKRUPTCY JUDGE

**WE ASK FOR THIS:**

_____
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.  11th Floor
Los Angeles, California  90067-4100
Telephone: 310-227-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
jpomerantz@pszjlaw.com

Counsel for Circuit City Stores, Inc. Liquidating Trust

**CERTIFICATE OF ENDORSEMENT UNDER LOCAL RULE 9022-1(c)**

I HEREBY CERTIFY that the foregoing proposed order has been endorsed by all necessary parties.

_____
Co-Counsel

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

## APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL BANKRUPTCY RULE 2090-1(E)(2)

In Case No.: 08-35653-KRH    ,* Case Name Circuit City Stores, Inc. et al.

### PERSONAL STATEMENT

FULL NAME (no initials, please) Andrew W. Caine
Bar Identification Number 110345    State CA
Firm Name Pachulski Stang Ziehl & Jones LLP
Firm Phone # (310) 277-6910    Direct Dial # (310) 772-2357    FAX # (310) 201-0760
E-Mail Address acaine@pszjlaw.com
Office Mailing Address 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067
Name(s) of federal court(s) in which I have been admitted 9th Circuit Court of Appeals, U.S. District Court Southern, Central, Eastern and Northern Districts of California.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within 90 days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence is current.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Paula S. Beran        11/4/10
(Signature)               (Date)

Paula S. Beran

(Typed or Printed Name)

*Pro hac vice* admission in a case shall include an adversary proceeding(s) in the case.