UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re:

Circuit City Stores, Inc., et al.

Chapter 11

Case No. 08-35653

Debtors.

(Jointly Administered)

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that The Irvine Company Fashion Island Shopping Center, a creditor in the cases of the above-captioned debtors ("Debtors"), has assigned and transferred its claim (as listed on the Debtors' schedules or on proofs of claim filed in the cases) to Liquidity Solutions, Inc., and in connection with such transfer, hereby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim #~~3040, 12070~~), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

[handwritten: 3624, 12071]

Former Address

The Irvine Company
Fashion Island Shopping Center
c/o Ernie Zachary Park
Bewley Lassleben & Miller
13215 E Penn St, Ste 510
Whittier, CA 90602

New Address

The Irvine Company Fashion Island Shopping Center
c/o Liquidity Solutions, Inc
One University Plaza, Suite 312
Hackensack, New Jersey 07601

I declare under penalty of perjury that the foregoing is true and correct.

The Irvine Company Fashion Island Shopping Center

By: _____
Lee Burckle

Its: Senior V.P., Finance - Retail Properties
The Irvine Company LLC, a Delaware limited liability co.

Date: October 27, 2010

See Attached
Notary Public

## ACKNOWLEDGMENT

State of California
County of _____Orange_____ )

On __October 27, 2010__ before me, __L.Clement, Notary Public__
(insert name and title of the officer)

personally appeared __Lee Burckle__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

L. CLEMENT
Commission # 1843382
Notary Public - California
Orange County
My Comm. Expires May 3, 2013

Signature _____ (Seal)