UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653 (KRH) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF MARTIN A. KROLEWSKI

Upon consideration of the Application for Admission *pro hac vice* of Martin A. Krolewski filed by David J. Ervin, and it appearing that the Application having been served upon counsel for Circuit City Stores, Inc., *et al.* (collectively, the "Debtors'), the Office of the United States Trustee for the Eastern District of Virginia, and after due deliberation and sufficient cause appearing therefor, it is this ____ day of November, 2010, hereby,

**ORDERED**, that pursuant to the requirements of Local Bankruptcy Rule 2090-1(E)(2), Martin A. Krolewski be and is hereby permitted to appear and be heard *pro hac vice* as counsel to Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust in the jointly administered Chapter 11 bankruptcy cases commenced by the Debtors and in certain related adversary proceedings.

_____

We ask for this:
*/s/ David J. Ervin*
David J. Ervin (VSB No. 34719)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
Tel: (202) 342-8436
Fax: (202) 342-8451

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Order was served by U.S. Mail, First Class, postage prepaid or electronic means on this the 4th day of November, 2010 to the following constituting all necessary parties:

| | |
|---|---|
| Daniel F. Blanks | Dion W. Hayes |
| Douglas M. Foley | Joseph S. Sheerin |
| McGuireWoods LLP | Sarah Beckett Boehm |
| 9000 World Trade Center, | McGuireWoods LLP |
| 101 W. Main Street | One James Center |
| Norfolk, VA 23510 | 901 E. Cary Street |
| | Richmond, VA 23219 |