UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Case No.: 08-35653 (KRH) |
| CIRCUIT CITY STORES, INC. et al. | Jointly Administered |
| Debtors. | Chapter 11 |

### NOTICE OF TRANSFER OF CLAIM OF ADDRESS

**PLEASE TAKE NOTICE** that THE WEST CAMPUS SQUARE CO LLC, a creditor in the cases of the above-captioned debtors ("Debtors"), has sold, assigned and transferred its claim (as listed on the Debtor's schedules or on proofs of claim filed in the cases) to United States Debt Recovery V, LLC, and in connection with such transfer, herby directs the Debtors, Debtors in Possession and/or liquidating trustee, and any representatives thereof (including the claims and distribution agent appointed in these cases), to change its address for the purposes of administering its claim (Claim # 9028, filed 1/29/2009), and hereby requests that service of any pleadings, notices, correspondence and distributions or dividends relating to such claim be sent to the New Address set forth below, effective as of the date hereof.

FORMER ADDRESS
THE WEST CAMPUS SQUARE CO LLC
C/O DOLMAR INC
433 N CAMDEN DR STE 500
BEVERLY HILLS, CA 90210

NEW ADDRESS
THE WEST CAMPUS SQUARE CO LLC
c/o United States Debt Recovery, V, LP
940 Southwood Blvd
Suite 101
Incline Village, NV 89451

I declare under penalty of perjury that the foregoing is true and correct.

THE WEST CAMPUS SQUARE CO LLC

Print Name: James A. Ginsburg    Title: Vice President

Signature: [signature]    Date: 11/4/10