Ellen A. Friedman (California Bar No. 127684)
Friedman Dumas & Springwater LLP
33 New Montgomery Street, Suite 290
San Francisco, California 94105-4520
Telephone number: (415) 834-3800
Facsimile number: (415) 834-1044

Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
Telephone number: (804) 775-6900
Facsimile number: (804) 775-6911

Attorneys for Hewlett-Packard Company

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

|  |  |
|---|---|
| In re:  **CIRCUIT CITY STORES, INC., et al.** ) | **Chapter 11** |
| ) | **Case No.: 08-35653-KRH** |
| Debtors.                                   ) | |
| ) | |
| _____) | **Jointly Administered** |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that, as of **Monday, November 1, 2010**, the address of Friedman Dumas & Springwater LLP ("FDS"), counsel for Hewlett-Packard Company, has changed to **33 New Montgomery Street, Ste. 290, San Francisco, CA 94105-4520**.

PLEASE TAKE FURTHER NOTICE that, as of **March 1, 2010**, the address of DurretteBradshaw PLC ("DB"), local counsel for Hewlett-Packard Company, has changed to **1111 East Main Street, 16th Floor, Richmond, VA 23219**.

{00542385.DOC v 1}            1

The telephone number of counsel and their individual electronic mail addresses will remain the same. Undersigned counsel respectfully requests that the clerk of this Court and parties in interest update FDS and DB's addresses information in the above-captioned bankruptcy case.

Respectfully submitted, this 8th day of November, 2010.


*/s/ Roy M. Terry, Jr.*
Roy M. Terry, Jr., VSB No. 17764
John C. Smith, VSB No. 44556
Elizabeth L. Gunn, VSB No. 71044
DurretteBradshaw PLC
1111 E. Main Street, 16th Floor
Richmond, Virginia 23219
Phone: (804) 775-6900
Fax: (804) 775-6911

and

Ellen A. Friedman, Esq., *admitted pro hac vice*
California Bar No. 127684
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Phone: (415) 834-3800
Fax: (415) 834-1044

Email: efriedman@friedumspring.com

## Certificate of Service

I hereby certify that on November 8, 2010, a true copy of the foregoing was served by the Court's CM/ECF notification on all parties who receive notice in these cases.

*/s/ Roy M. Terry, Jr.*