Kevin R. McCarthy, VSB 14273
William Douglas White
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
(703) 770-9261

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Circuit City Stores, Inc., et al., | ) | Case No. 08-35653 (KRH) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR TERMINATION OF CM/ECF NOTICES

COMES NOW the undersigned counsel, Kevin R. McCarthy and the firm of McCarthy & White, PLLC, requesting their withdrawal of appearance on behalf of Potomac Electric Power Company, Delmarva Power & Light Company, Central Main Power Company, Florida Power & Light Company, Baltimore Gas and Electric Company, Alabama Power Company, and requesting that they be removed from the service list under Rule 2002, and also requesting termination of the delivery of CM/ECF Notices to this office.

Dated:  15th day of July, 2009        /s/ Kevin R. McCarthy
                                      Kevin R. McCarthy, VSB # 142773
                                      MCCARTHY & WHITE PLLC
                                      1751 Pinnacle Drive, Suite 1115
                                      McLean, Virginia 22102
                                      (703) 770-9261
                                      krm@mccarthywhite.com