## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., *ET AL.*,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Classic Tech. Development Ltd., a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Classic Tech. Development Ltd.<br>11/F 12/F Yue Xiu Indl Bldg.<br>87 Hung To Rd. Kwun Tung<br>Kowloon, Hong Kong<br>China | HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |

Dated: _OCTOBER 5 2010_

Respectfully submitted,

By: _CLASSIC TECH DEVELOPMENT LTD._

For and on behalf of
CLASSIC TECH DEVELOPMENT LIMITED

Signature: _____

Print Name: _____
_CHAN CHI KAN, SIMON_

Title: _____
_SENIOR MARKETING MANAGER_