Robert S. Westermann (VSB No. 43294)
Sheila deLa Cruz (VSB No. 65395)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
Telephone: (804) 771-9500
Facsimile: (804) 644-0957

Christopher A. Provost, Esq.
Jason M. Rudd, Esq.
Jason B. Porter, Esq.
Diamond McCarthy LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499

*Counsel for Marblegate Asset Management, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) |
| CIRCUIT CITY STORES, INC., ET AL., | ) Case No. 08-35653 |
|  | ) Chapter 11 |
| Debtors. | ) Jointly Administered |

### ORDER APPROVING ADMISSION PRO HAC VICE OF JASON M. RUDD

This matter comes before the Court upon the Motion to Admit Jason M. Rudd *Pro Hac Vice* (the "Motion") filed by Robert S. Westermann, Esquire. The Motion requests the entry of an order approving the admission *pro hac vice* of Jason M. Rudd, Esquire, of the law firm of Diamond McCarthy, LLP, for the purpose of representing Marblegate Asset Management, LLC in the above-referenced bankruptcy case. Based upon the representations set forth in the Motion and Mr. Rudd's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Jason M. Rudd, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings.

Dated: _____
Richmond, Virginia

_____
United States Bankruptcy Judge

Entered on Docket: _____



I ask for this:


/s/ Robert S. Westermann
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Local Counsel for Marblegate Asset Management, LLC*


## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.


/s/ Robert S. Westermann
Counsel