Kevin R. McCarthy, VSB 14273
William Douglas White
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
(703) 770-9261

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Circuit City Stores, Inc., et al., | ) ) ) | Case No. 08-35653 (KRH) Jointly Administered |
| Debtors. | ) ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR TERMINATION OF CM/ECF NOTICES

COMES NOW the undersigned counsel, Kevin R. McCarthy and the firm of McCarthy & White, PLLC, requesting their withdrawal of appearance on behalf of Carriage Crossing Market Place, and requesting that they be removed from the service list under Rule 2002, and also requesting termination of the delivery of CM/ECF Notices to this office.

Dated:  11th day of November, 2010        /s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB # 142773
MCCARTHY & WHITE PLLC
1751 Pinnacle Drive, Suite 1115
McLean, Virginia 22102
(703) 770-9261
krm@mccarthywhite.com