| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:  (804) 783-0178 |
| Telecopy:  (310) 201-0760 | |

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,. [1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 16, 2010 AT 2:00 P.M.  (EASTERN)

Set forth below are the matters scheduled to be heard before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, VA 23060.

Eastern District of Virginia, U.S. Courthouse, 701 East Broad Street, Room 5000, Richmond, Virginia 23219-1888, on November 16, 2010 beginning at 2:00 p.m. Eastern.

## I. MATTERS GOING FORWARD

1. Stipulation -- Notice of Proposed Settlement Agreement and Stipulation By Circuit City Stores, Inc. and Between Cardinal Court LLC filed by Douglas M. Foley of McGuireWoods LLP on behalf of Circuit City Stores, Inc.  (Docket No. 8625)

   Related Documents: Notice of Hearing on the Notice of Proposed Settlement Agreement by and among the Debtors and Cardinal Court LLC Resolving Certain Claims and Objection Thereto (Docket No. 8862)

   Objection Deadline: September 28, 2010

   Objections/Responses Filed: Objection filed by Gregory Lee McCall (Docket No. 8687)

   Status: The Trust will request that the Court grant the relief requested in the Stipulation.

## II. MATTERS FILED BY OTHER PARTIES

2. Application for Administrative Expenses / Motion for Allowance and Payment of Administrative Expense Claim filed by Robert S. Westermann of Hirschler Fleischer, P.C. on behalf of Marblegate Asset Management (Docket No. 8754)

   Related Documents: Notice of Motion and Notice of Hearing  (Docket No. 8755).

   Objection Deadline: November 9, 2010

   Objections/Responses Filed: Adversary case 10-03228. Complaint against Eastman Kodak Company, Marblegate Special Opportunities Master Fund L.P. filed by Alfred H. Siegel, Trustee of the Circuit City Stores, Inc. Liquidating Trust.

      Objection to *(THE TRUSTEES OPPOSITION TO THE MOTION OF MARBLEGATE ASSET MANAGEMENT, LLC FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM)* filed by Paula S. Beran of Tavenner & Beran, PLC on behalf of Circuit City Stores, Inc. Liquidating Trust (Docket No. 9207)

Status:  By agreement of the parties, the Trust will request that the matter be continued to December 21, 2010 at 2 p.m.

Dated: Richmond, Virginia  TAVENNER & BERAN, PLC
November 15, 2010

      ____*/s/ Paula S. Beran*_____
      Lynn L. Tavenner (VA Bar No. 30083)
      Paula S. Beran (VA Bar No. 34679)
      20 North Eighth Street, 2nd Floor
      Richmond, Virginia 23219
      (804) 783-8300

      - and -

      PACHULSKI STANG ZIEHL & JONES LLP
      Jeffrey N. Pomerantz, Esq.
      Andrew W. Caine, Esq.
      10100 Santa Monica Boulevard
      Los Angeles, California 90067-4100
      (310) 277-6910

      - and –

      Robert J. Feinstein, Esq.
      John A. Morris, Esq.
      PACHULSKI STANG ZIEHL & JONES LLP
      780 Third Avenue, 36th Floor
      New York, New York 10017
      (212) 561-7700

      *Co-Counsel for the Circuit City Stores, Inc.*
      *Liquidating Trust*