November 8, 2010

U.S. Bankruptcy Court
Eastern District of Virginia – Richmond Div.
701 East Broad Street
Richmond, Virginia 23219-1888
Ref. Circuit City Case #08-35653-KRH



RICHMOND DIVISION
FILED
NOV 1 2 2010
CLERK
US BANKRUPTCY COURT

Honorably & respectfully submitted: Presiding Judge
Your Honor:

    My name is Robert Bruce, a Vietnam Veteran, voting citizen, and residence of Greer, South Carolina. The purpose for this letter is to make a request in the Circuit City bankruptcy proceeding that this court is in charge off. I am a stock holder (before & after) in this company for number of years, and who has, at the present lost a major portion of my retirement that has been invested in the Circuit City Common Stock. This is a follow up letter that was sent some months back. I have thought a lot about what I would like to tell the court if I had the opportunity, yet I realize I'm just too small of a person (investor) to make any difference, yet like the story of David & Gallia I have to stand tall and do everything in my power to stand up for what I believe is right.

    I realize that my thoughts may be just a whim in the storm of the present litigation world of procedures, yet I must send my thoughts, because I know soon this will all be part of history. I was just thinking about the whole Circuit City fall out, and it just seems that this whole demise was not brought about by the economy but possibly by a fraudulent scheme by management to remove Circuit City as competition. Case in point, most personnel of Circuit City went straight over to the new founded company "HHgregg" and even some of the old stores are being reopened as "HHgregg" stores. Just a though if this was such a bad industry why did Best Buy and HHgreg make such a big gain at this same time of our economy. Yet it only seems that a small group of persons were controlled by greed (sham), and the many thousands of share holders and employees are the ones that have to pay for bad decisions (management). And this bring me to the thrust to my effort in sending this little in hopes that You will not be influenced by any group of Layers, or Lobbyist, yet reach out with fairness in give the common stock holders a fair shake in this unnecessary dissolvement of Circuit City Retail Stories. I could go on, and on with my thoughts of how I feel negated in my efforts of seeing over ½ my retirement go out the widow, because of not have having any in put, the greed, miss management, and bad decision of others, and if these other who had an influence over this management at the time of dismay would be the only ones to receive a dissolvement of the company assets. I am pleading with our court system to not allow the common stock holder to be wiped off the books. I hope this letter reaches the correct authority or person that will consider my request, and give my request consideration, and hopefully and in some small was give the common stock holders some fait in our economic market system, and that the typical investor matters in our society. Thanks for the time and any consideration this letter may be given, and possible look into the possibility of fraud in this whole matter by this management group (persons) that caused this collapse of Circuit City.

Respectfully Submitted;
Robert E. Bruce
1791 Hwy 101N
Greer, South Carolina 29651
RBruce2000@Charter.net
(864) 848-0857