57 Eastwyck Rd
Decatur, GA.
November 10, 2010

#14533
Circuit City Store, Inc. - (08-35653)

To whom it may concern:
I send in my gift card and form 07/29/09, and would like to know if I'm entitling of getting my money back. Please let me know what's going on. Thank you

Sincerely
[signature]

RICHMOND DIVISION
FILED
NOV 15 2010
CLERK
US BANKRUPTCY COURT