# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al | Case No. 08-35653 |
| Debtors | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **THQ, Inc.**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

| Former Address | New Address |
|---|---|
| THQ, Inc. | THQ, Inc. |
| 29903 Agoura Road | c/o Hain Capital Holdings, Ltd. |
| Agoura Hills, CA 91301 | 301 Route 17 North, 7th Floor |
| | Rutherford, NJ 07070 |

I declare under penalty of perjury that the foregoing is true and correct

THQ, Inc.
By: [signature]
Title: VP, CAO
Date: 10/21/10