**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| CIRCUIT CITY STORES, INC., et al.,[1] | : Case No. 08-35653-KRH |
| Debtors. | : (Jointly Administered) |

**NOTICE OF INTENT TO DESTROY PERSONAL LITIGATION
FILES FOR THE DEBTORS' OLD CLOSED CASES**

DEADLINE TO OBJECT/RESPOND TO NOTICE: **November 23, 2010 at 4:00 PM (Eastern Time)**

THIS NOTICE IS BEING PROVIDED TO YOU PURSUANT TO AN ORDER APPROVING PROCEDURES AUTHORIZING DESTRUCTION OF OBSOLETE BUSINESS RECORDS PURSUANT TO 11 U.S.C. §§554 AND BANKRUPTCY RULE 6007, SIGNED BY THE COURT ON APRIL 29, 2009 ("COURT ORDER"). YOU MUST ADHERE TO THE TERMS OF THIS NOTICE AND THE COURT ORDER IN ORDER TO PROTECT YOUR RIGHTS. IF YOU OPPOSE THE NOTICE OF INTENT TO DESTROY THE OBSOLETE BUSINESS RECORDS (DESCRIBED BELOW), YOU MUST FOLLOW THE PROCEDURES DESCRIBED. PLEASE READ THE FOLLOWING PROCEDURES CAREFULLY.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast was 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 4951 Lake Brook Drive, Glen Allen, VA 23060.

| | |
|---|---|
| Richard M. Pachulski (CA Bar No. 90073) | Lynn L. Tavenner (VA Bar No. 30083) |
| Robert J. Feinstein (NY Bar No. RF – 2836) | Paula S. Beran (VA Bar No. 34679) |
| Jeffrey N. Pomerantz (CA Bar No. 143717) | Tavenner & Beran, PLC |
| Andrew W. Caine (CA Bar No. 110345) | 20 North Eighth Street, 2nd Floor |
| Pachulski Stang Ziehl & Jones LLP | Richmond, VA 23219 |
| 10100 Santa Monica Boulevard, 11th Floor | Telephone: (804) 783-8300 |
| Los Angeles, CA 90067-4100 | Telecopy: (804) 783-0178 |
| Telephone: (310) 277-6910 | |
| | |
| Counsel for the Circuit City Stores, Inc. Liquidating Trust | Co-Counsel for the Circuit City Stores, Inc. Liquidating Trust |

12304-002\DOCS_LA:226726.1

The Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trustee") shall authorize former personal injury litigation counsel for the above-captioned debtors (the "Debtors") to destroy certain obsolete business records pursuant to the procedures approved by the Court Order.  Please note the objection and other procedures set forth herein have previously been approved by the Court pursuant to the Court Order and, therefore, any objections that you may have as to these procedures shall not be considered and shall not be deemed an objection to the proposed destruction of obsolete business records as set forth in the table below.

| | |
|---|---|
| 1.  Property Address: | 3601 Aviation Boulevard, Suite 2700, Manhattan Beach, CA 90266 |
| 2.  Obsolete Business Records on Premises to Be Destroyed by Debtors: | Personal injury litigation files in the possession of debtors' counsel |
| 3.  General Description of Preceding Item 2: | Closed case files from the Debtors' personal injury and other litigation matters from 1998 until 12/31/2005 as maintained by the Debtors' litigation attorneys, Schlicter & Shonack, LLP |

Objection Procedures:

• If you object to the destruction of obsolete business records as described above, you **MUST** serve on counsel for the Liquidating Trustee and the other parties listed below (the "Notice Parties") and file with the Clerk of the Bankruptcy Court, 701 E. Broad Street, Suite 4000, Richmond, VA 23219-3538, a written objection to this Notice.  All objections must be filed with the Bankruptcy Court and be received by the Notice Parties by **November 23, 2010 at 4:00 PM (Eastern Time)** ("Objection Deadline").

• If an objection is not timely and properly filed and served in accordance with the preceding paragraph, the destruction of obsolete business records shall be effective without further notice, hearing, or order of the Bankruptcy Court.  If an objection is timely and properly served and filed, the Court will schedule a hearing to consider this Notice and the objection.

Notice Parties:

(i) The United States Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219-1888, Attn. Robert B. Van Arsdale;

(ii) counsel for the Liquidating Trustee, Pachulski, Stang, Ziehl & Jones, LLP, 10100 Santa Monica Boulevard, Suite 1100, Los Angeles, CA 90067, Attn. Andrew W. Caine; Tavenner & Beran PLC, 20 North 8th Street, Richmond, VA 23219, Attn. Paula S. Beran, Lynn L. Tavenner;

(iii) the Core Group, as defined in the Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (the "Case Management Order");

      (iv) the 2002 List, as defined in the Case Management Order;

      (v) Lucy L. Thomson; and

      (vi) Margaret M. Anderson.

Dated:  November 16, 2010        TAVENNER & BERAN, P.L.C.

                                        */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
       pberan@tb-lawfirm.com

-and-

Richard M. Pachulski (CA Bar No. 90073)
Robert J. Feinstein (NY Bar No. RF-2836)
Jeffrey N. Pomerantz (CA Bar No. 143717)
Andrew W. Caine (CA Bar No. 110345)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail:rfeinstein@pszjlaw.com
       jpomerantz@pszjlaw.com
       acaine@pszjlaw.com

*Counsel for Circuit City Stores, Inc. Liquidating Trust*