*WILLIAM AND JOJEAN GRIMES*
*4412 GULF AVE.*
*MIDLAND, TEXAS  79707*
*432-694-1197*

11/9/2010

DEAR SIRS,

WE ARE TRYING TO GET SOME RESPONSE ON THE EXTENDED WARRANTY THAT WAS BOUGHT AT CURCUIT CITY AND NOW THAT THE AKAI TV IS GOING OUT, WE FOUND OUT THAT OUR WARRANTY HAS BEEN CANCELLED. WE WERE NOT INFORMED THAT THIS WAS THE CASE.
  WE WOULD LIKE OUR MONEY BACK. $399.99 WAS PAID ON THE 5 YEAR EXTENDED WARRANTY ON 2/2/06.
  PLEASE REFUND OR COMPENSATE IN SOME MANNER.


THANKYOU,

*Mrs. W. Grimes*

MRS. W. GRIMES




ENCLOSURE:  CUSTOMER SERVICE & INFORMATION SYSTEM FORM
              A DETAILED MERCHANDISE DESCRIPTION   DATED 11/01/07

```
CSISINQ.153              Customer Service & Information System (CSIS)              11-01-07
                                  Detailed Merchandise Description

Customer: GRIMES                         WILLIAM

126 AKI PDP4273M          Ser#: Unknown            Mfg Warr - Lab:12 Parts:12 Oth:12

Sales Data:
Locn: 3229    Order: 01340068  Ln: 01  Sale Type: SL  Comm Empl:256618 Emp2:267643
Pur Price:$ 1399.99  Date: 02/02/06  Pur Locn: 3229

Release Date: 02/03/06  Locn: 3229  Ln: 07  Type: D  Schedule Date: 02/03/06

ESP Data:
Expires: 02/03/11  Locn: 3229  Contract#: 01340068  Ln: 02  Emp#: 256618
Length of ESP: 60 months  Effective 02/03/06  Price:$ 399.99
```

*[handwritten: Warranty]*

*[handwritten: Flat Screen TV Akai]*

Enter: Return to Unit Listing
Del Tkt: Search Criteria                           Exit: Service Menu

jojo" <angelair@grandecom.net>
"Katrina M. Givens" <KGivens@kccllc.com>
Saturday, October 09, 2010 6:57 AM
Subject: Re: REPLY QUESTION

THANKYOU FOR GETTING BACK TO ME. I REALLY APPRECIATE IT.
THE TV WAS FINE UNTIL A FEW MTHS AGO. WILL IT BE WORTH MY WHILE TO FILE A
CLAIM SINCE THE DEADLINE TO FILE WAS JAN 2009? (WHY WERE WE NOT NOTIFIED OF
THIS?) OR SHOULD I GO AHEAD AND GIVE IT A SHOT? AND PLEASE NOTE: THE RECEIPT
IS FADED AND HARD TO READ .(STILLCAN READ THE IMPORTANT INFO NEEDED THOW).
WHAT WOULD THEY DO IF CLAIM IS ACCEPTED? REFUND OR REPLACE...HOW WOULD THAT
WORK?
THANKYOU AGAIN.

WILLIAM GRIMES
----- Original Message -----
From: "Katrina M. Givens" <KGivens@kccllc.com>
To: <angelair@grandecom.net>
Sent: Friday, October 08, 2010 5:29 PM
Subject: RE: Contact Email Request


> Hi William,
>
> At this time, federal law prohibits Circuit City from paying for goods or
> services purchased or received prior to the date on which they filed for
> Chapter 11. These claims will be addressed in the course of the
> bankruptcy process.
>
> Attached please find a general B10 proof of claim form. See below for the
> location to file your proof(s) of claim. Please note, the deadline to
> file claims was January 30, 2009.
>
> Circuit City Claims Processing
> c/o Kurtzman Carson Consultants LLC
> 2335 Alaska Avenue
> El Segundo, CA 90245
> T: (888) 830-4650
>

*mailed attached copy to this address first*

> Please file proof(s) of claim, if any, via US Mail or other hand delivery
> system. Facsimile and other electronic delivery methods are not
> acceptable. You must file an originally executed proof of claim. If you
> would like a copy of your claim returned to you as proof of receipt,
> please enclose an additional copy and a self-addressed postage-paid
> envelope.

10/9/2010

*Mailed 10/12/10 w/ receipt*

**B 10 (Official Form 10) (12/07)**

| UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA | PROOF OF CLAIM |
|---|---|

**Debtor against which claim is asserted:** (Check only one box below:)

- ☐ Circuit City Stores, Inc. (Case No. 08-35653)
- ☑ Circuit City Stores West Coast, Inc. (Case No. 08-35654)
- ☐ InterTAN, Inc. (Case No. 08-35655)
- ☐ Ventoux International, Inc. (Case No. 08-35656)
- ☐ Circuit City Purchasing Company, LLC (Case No. 08-35657)
- ☐ CC Aviation, LLC (Case No. 08-35658)
- ☐ CC Distribution Company of Virginia, Inc. (Case No. 08-35659)
- ☐ Circuit City Stores PR, LLC (Case No. 08-35660)
- ☐ Circuit City Properties, LLC (Case No. 08-35661)
- ☐ Orbyx Electronics, LLC (Case No. 08-35662)
- ☐ Kinzer Technology, LLC (Case No. 08-35663)
- ☐ Courchevel, LLC (Case No. 08-35664)
- ☐ Abbott Advertising, Inc. (Case No. 08-35665)
- ☐ Mayland MN, LLC (Case No. 08-35666)
- ☐ Patapsco Designs, Inc. (Case No. 08-35667)
- ☐ Sky Venture Corporation (Case No. 08-35668)
- ☐ XSStuff, LLC (Case No. 08-35669)
- ☐ PRAHS, INC. (Case No. 08-35670)

**Name of Creditor** (the person or other entity to whom the debtor owes money or property): *Circuit City*

**Name and address where notices should be sent:**
Mr. & Mrs. William Grimes
4412 Gulf Ave.
Midland, TX 79707

Telephone number: 432-694-1197 HM
432-889-0088(?)

**Name and address where payment should be sent (if different from above):** *(COPY)* Sent Original Receipt

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____ (If known)

**Filed on:** _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 399.99

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** 5 YR. WARRANTY CANCELLED #399⁹⁹ — TV New Filing — AKAI TV Extended 5 YR WARRANTY

**3. Last four digits of any number by which creditor identifies debtor:** 1197?

   **3a. Debtor may have scheduled account as:** _____

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
**Describe:**

**Value of Property:** $_____  **Annual Interest Rate** ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,
**if any:** $_____  **Basis for perfection:** _____

**Amount of Secured Claim:** $_____  **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).
- ☑ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:** $ 399.99

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**Date:** 10/12/10

**Signature:** the person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*William Grimes & Lylian Grimes* (signatures)

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

*Original Store receipt faded and somewhat unledgable*