**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com



RICHMOND DIVISION
FILED NOV 17 2010 FILED
CLERK
US BANKRUPTCY COURT

November 10, 2010

Kurtzman Carson Consultants
2335 Alaska Avenue,
El Segundo, CA  90245

Re: Circuit City Stores, Inc., et al., Debtors // To: Maytag Services, LLC

Case No. 08-35653

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Maytag Services, LLC. Currently, the state lists Corporate Services Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517571803

FedEx Tracking# 794101433233

cc: United States Bankruptcy Court - Eastern District
    701 E. Broad Street,
    Suite 4000,
    Richmond, VA  23219-3515