```
                    IN THE UNITED STATES BANKRUPTCY COURT
                     FOR THE EASTERN DISTRICT OF VIRGINIA
                              RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                       :    Chapter 11
                             :
CIRCUIT CITY STORES, INC.,   :    Case No. 08-35653 (KRH)
et al.,                      :
                             :
                             :    Jointly Administered
              Debtors.¹      x
- - - - - - - - - - - - - -
```

**<u>AFFIDAVIT OF PUBLICATION OF ALICE WEBER</u>**

**<u>IN THE NEW YORK TIMES</u>**

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), Prahs, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courcheval, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Seller, the address is 4951 Lake Brook Drive, Glen Allen, Virginia 23060-9279.

# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

## CERTIFICATION OF PUBLICATION

NOV 0 3 2010 _____ 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

_____

NOV 0 3 2010 _____ 20 ____

_Alice Weber_

Approved:

_Maria Pannullo_

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA - RICHMOND DIVISION

In re: Circuit City Stores, Inc., et al., Debtors.  ) Chapter 11
) Case No. 08-35653 (KRH)
) (Jointly Administered)

**NOTICE OF (I) CONFIRMATION OF MODIFIED SECOND AMENDED JOINT PLAN OF LIQUIDATION OF CIRCUIT CITY STORES, INC. AND ITS AFFILIATED DEBTORS AND DEBTORS IN POSSESSION AND ITS OFFICIAL COMMITTEE OF CREDITORS HOLDING GENERAL UNSECURED CLAIMS UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, (II) THE OCCURRENCE OF THE EFFECTIVE DATE AND (III) THE DEADLINES FOR FILING ADMINISTRATIVE CLAIMS, FINAL FEE APPLICATIONS AND REJECTION DAMAGES CLAIMS**

REJECTION DAMAGES BAR DATE (SEE BELOW)– DECEMBER 8, 2010
FINAL FEE APPLICATION DEADLINE (SEE BELOW)– DECEMBER 16, 2010
FINAL ADMINISTRATIVE CLAIMS BAR DATE (SEE BELOW)– JANUARY 3, 2011

PLEASE TAKE NOTICE that on September 14, 2010, the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Bankruptcy Court"), entered the Findings of Fact, Conclusions of Law and Order Confirming the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (Docket No. 8555, the "Confirmation Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors").[1] Pursuant to the Confirmation Order, the Court confirmed the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan"),[2] which confirmed Plan was attached to the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that (i) the Effective Date under the Plan occurred for Ventoux on October 22, 2010, (ii) the Effective Date under the Plan occurred for InterTAN on October 26, 2010, and (iii) the Effective Date under the Plan occurred for the Consolidated Debtors on November 1, 2010.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, and except as otherwise provided in Article IX of the Plan, requests for payment of an Administrative Claim that arose on and after January 1, 2010 up to and through the Effective Date must be filed with the Bankruptcy Court in accordance with the instructions set forth below and served on counsel for the Liquidating Trust at the address set forth below by NO LATER THAN JANUARY 3, 2011.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, Final Fee Applications must be filed with the Bankruptcy Court in accordance with the instructions set forth below and served on counsel for the Liquidating Trust and the Office of the United States Trustee at the addresses set forth below by NO LATER THAN DECEMBER 16, 2010.

PLEASE TAKE FURTHER NOTICE that Administrative Claims and Final Fee Applications must be filed in writing with the Bankruptcy Court at: Clerk of Court, United States Bankruptcy Court, 701 East Broad Street, Suite 4000, Richmond, Virginia 23219, or electronically at www.vaeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the address for counsel for the Liquidating Trust and the Office of the United States Trustee are as follows: Lynn L. Tavenner, Esq., Paula S. Beran, Esq., TAVENNER & BERAN, PLC, 20 North Eighth Street, 2nd Floor, Richmond, VA 23219 –and– Richard M. Pachulski, Esq., Jeffrey N. Pomerantz, Esq., Andrew W. Caine, Esq., PACHULSKI STANG ZIEHL & JONES LLP, 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, California 90067-4100, Email: rpachulski@pszjlaw.com, jpomerantz@pszjlaw.com, acaine@pszjlaw.com –and– Robert J. Feinstein, Esq., John Morris, Esq., PACHULSKI STANG ZIEHL & JONES LLP, 780 Third Avenue, 36th Floor, New York, NY 10017-2024, Email: rfeinstein@pszjlaw.com, jmorris@pszjlaw.com; Office of the United States Trustee: Office of the United States Trustee for the Eastern District of Virginia, Attn: Robert B. Van Arsdale, 701 East Broad Street, Suite 4304, Richmond, Virginia 23219.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order constitutes an order under Bankruptcy Code section 365 rejecting all pre-petition executory contracts (including (without limitation) any and all indemnification obligations that the Debtors have pursuant to a contract, instrument, agreement, certificate of incorporation, by-law, comparable organizational document or any other document, or applicable law, including the Indemnification Obligations) and unexpired leases (collectively, the "Rejected Contracts and Leases") to which any Debtor is a party, to the extent such contracts or leases are executory contracts or unexpired leases, on the Effective Date.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Plan and the Confirmation Order, all Claims arising from the rejection of the Rejected Contracts and Leases pursuant to the Plan and the Confirmation Order must be filed with the Court-appointed Claims Agent at the following address by NO LATER THAN DECEMBER 8, 2010: Circuit City Claims Processing, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, CA 90245.

PLEASE NOTE: Proofs of Claim MAY NOT be faxed or emailed.

PLEASE TAKE FURTHER NOTICE that copies of the Plan, the Confirmation Order, any exhibits thereto, a copy of the Proof of Claim form, the entire docket of the Debtors' cases, and other relevant case information are publicly available by accessing the Debtors' case information website at www.kccllc.net/circuitcity and may also be obtained, upon reasonable written request from the Claims Agent at: Kurtzman Carson Consultants LLC, Attn: Circuit City Stores, Inc., et al., 2335 Alaska Avenue, El Segundo, CA 90245, Tel: (888) 830-4662.

Dated: November 1, 2010, Richmond, Virginia

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Gregg M. Galardi, Esq., Ian S. Fredericks, Esq., P.O. Box 636, Wilmington, DE 19899-0636 | PACHULSKI STANG ZIEHL & JONES LLP, Richard M. Pachulski, Esq., Jeffrey N. Pomerantz, Esq., 10100 Santa Monica Boulevard, 11th Floor, Los Angeles, CA 90067-4100 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, Chris L. Dickerson, Esq., 155 North Wacker Drive, Chicago, IL 60606 | PACHULSKI STANG ZIEHL & JONES LLP, Robert J. Feinstein, Esq., 780 Third Avenue, 36th Floor, New York, NY 10017-2024 |
| MCGUIREWOODS LLP, Douglas Foley (VSB No. 34364), Sarah B. Boehm (VSB No. 45201), One James Center, 901 E. Cary Street, Richmond, VA 23219 | TAVENNER & BERAN, PLC, Lynn Tavenner, Esq. (VSB No. 30083), Paula S. Beran, Esq. (VSB No. 34679), 20 North Eighth Street, Second Floor, Richmond, VA 23219 |
| Counsel for Debtors and Debtors In Possession | Counsel for the Creditors' Committee |

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), PRAHS, INC. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for the Debtors is 4951 Lake Brook Drive, Suite #500, Glen Allen, VA 23060.

[2] Capitalized terms used but not defined herein shall have the same