Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
Daniel F. Blanks (VSB No. 48108)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

*Counsel for Circuit City Stores, Inc.*
 *Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al., | : Case No. 08-35653 (KRH) |
| | : |
| Debtors. | : Jointly Administered |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x  **Obj. Deadline: November 11, 2010**

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SETTLEMENT
AGREEMENT AND STIPULATION BY AND AMONG: THE DEBTORS,
AUDIOVOX CORPORATION, AND CREDIT SUISSE LOAN FUNDING LLC**

PLEASE TAKE NOTICE that, on August 10, 2009, the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court") entered the Order Pursuant To 11 U.S.C. §§ 105 and 363, and Fed. R. Bankr. P. 2002, 9006, and 9019 Authorizing the Establishment of Procedures to Settle Certain Pre-Petition and Post-Petition Claims and Causes of Action Without Further Court Approval (Docket No. 4401, the "Order").[1]

PLEASE TAKE NOTICE that, on October 28, 2010, the Debtors filed the Notice of Proposed Settlement Agreement and Stipulation by and Among: the Debtors, Audiovox Corporation, and Credit Suisse Loan Funding LLC (Docket No. 8842, the "Settlement Agreement").

PLEASE TAKE FURTHER NOTICE that, in accordance with paragraph 10(c) of the Order, the deadline by which any Notice Party could object to (each an

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Order.

"Objection") or request additional time or information to evaluate (each a "Request") the Settlement Agreement was November 11, 2010 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that, as of the Objection Deadline, no objection was filed with Court or received by the Liquidation Trustee.

PLEASE TAKE FURTHER NOTICE that, as of the date hereof, in accordance with paragraph 17 of the Order, the Settlement Agreement shall be deemed to be a final order of the Bankruptcy Court for all purposes.

| | |
|---|---|
| Dated: November 19, 2010<br>Richmond, Virginia | MCGUIREWOODS LLP<br><br>/s/ Daniel F. Blanks            .<br>Douglas M. Foley (VSB No. 34364)<br>Sarah B. Boehm (VSB No. 45201)<br>Daniel F. Blanks (VSB No. 48108)<br>One James Center<br>901 E. Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br><br>*Counsel for Circuit City Stores, Inc. Liquidating Trust* |

\27524735.1