# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re | Chapter 11 |
| CIRCUIT CITY STORES, INC. et al | Case No. 08-35653 |
| Debtors | (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that **MR Keene Mill 1 LLC**, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
MR Keene Mill 1 LLC
1700 K Street, NW, Suite 600
Washington, DC 20006

New Address
MR Keene Mill 1 LLC
c/o Jefferies Leveraged Credit Products, LLC
One Station Place
Three North
Stamford, CT 06902

I declare under penalty of perjury that the foregoing is true and correct.

**MR Keene Mill 1 LLC**

By: _____
Title: _Authorized Signatory_
Date: _11/15/10_