David H. Cox, Esquire (VSB # 19613)
dcox@jackscamp.com
Mitchell B. Weitzman, Esquire (VSB # 28434)
mweitzman@jackscamp.com
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

_____
                                                    )
**In re:**                                          )    **Chapter 11**
                                                    )    **Case No. 08-35653-KRH**
                                                    )
**CIRCUIT CITY STORES, INC., et al.,**              )    **(Jointly Administered)**
                                                    )
        **Debtors,**                                )
                                                    )
                                                    )
_____)


**SUPPLEMENTAL STATEMENT OF MULTIPLE REPRESENTATION**
**PURSUANT TO RULE 2019**

Jackson & Campbell, P.C. ("J&C"), hereby notes its representation of more than one creditor in the above-styled Chapter 11 cases and makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1.  J&C has been retained by multiple creditors or interested parties to serve as counsel to represent their respective interests in the above-styled Chapter 11 cases of Circuit City Stores, Inc., et al ("Circuit City").

2. J&C is counsel for the creditors whose names, addresses, the nature of whose claims or interests and the times of the acquisition thereof, except as to claims alleged to have been acquired more than one year prior to the filing of said petition, are as follows:

> Port Arthur Holdings, III, Ltd.
> c/o SDI Realty, LTD.
> 712 Main Street, 29th Floor
> Houston, TX 77002
>
> 610 & San Felipe, Inc.
> 11219 – 100th Avenue
> Edmonton, Alberta T5K 0J1
>
> Tysons 3, LLC
> c/o The Ziegler Companies
> 9913 Georgetown Pike #101
> Great Falls, VA 22066

3. Port Arthur Holdings, III, Ltd. is a Landlord and timely filed an administrative expense claim in the amount of $107,548.20 and a general unsecured claim in the amount of $566,474.77. 610 & San Felipe, Inc. is a Landlord and timely filed an administrative expense claim in the amount of $128,989.54 and a general unsecured claim in the amount of $1,629,938.80. Tysons 3, LLC is a Landlord and timely filed an administrative expense claim in the amount of $22,440.00 and a general unsecured claim in the amount of $1,950,005.71.

4. Port Arthur Holdings, III, Ltd. retained J&C on or about November 19, 2008. 610 & San Felipe, Inc. retained J&C on or about February 18, 2009. David H. Cox is the primary local counsel at J&C for Port Arthur Holdings, III, Ltd. and 610 & San Felipe, Inc.

5. Tysons 3, LLC retained J&C on or about May 1, 2010. Mitchell B. Weitzman is the primary counsel at J&C for Tysons 3, LLC.

6. J&C filed a Notice of Appearance of Counsel on behalf of Port Arthur Holdings, III, Ltd. on November 26, 2008 [Doc. # 0456] and a Statement of Multiple Representation in connection with J&C's representation of 610 & San Felipe, Inc. on February 27, 2009 [Doc. #2349]. At the time of J&C's filing of the initial Statement of Multiple Representation, Mitchell B. Weitzman was employed by another law firm, Bean, Kinney & Korman, P.C. Mitchell B. Weitzman, while at his prior law firm, filed a Verified Statement of Multiple Creditor Representation in connection with his representation of Tysons 3, LLC on November 10, 2008 [Doc. # 0058].

7. Regarding the pertinent facts and circumstances in connection with the employment of J&C, with each of the above-referenced parties, J&C was engaged either directly by the party, the party's general counsel, or other counsel for the party to render advice and counsel in connection with the above-styled Chapter 11 cases.

8. J&C has disclosed this multiple representation to each of its above-referenced clients and has determined that its representation of such clients will not present a conflict.

9. As for a copy of the instrument, if any, whereby J&C is empowered to act on behalf of creditors, J&C is employed only as counsel and is not authorized by instrument or otherwise to act for any client except in that capacity.

10. This statement is made by David H. Cox, an attorney at law duly admitted to the bar of the Commonwealth of Virginia and an attorney in the law firm of Jackson & Campbell, P.C., under penalty of perjury, and is verified to be true and correct as of the date hereof to the best of his knowledge and belief.

Dated: November 19, 2010        JACKSON & CAMPBELL, P.C.

By: /s/ David H. Cox
David H. Cox, Esq. (VSB # 19613)
dcox@jackscamp.com
Mitchell B. Weitzman, Esq. (VSB # 28434)
mweitzman@jackscamp.com
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower
Washington, D.C. 20036-3437
(202) 457-1600 – telephone
(202) 457-1678 – facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2010 a true and correct copy of the foregoing Statement of Multiple Representation Pursuant to Rule 2019 was served on the parties receiving electronic notice via the Court's CM/ECF system.


By: /s/ David H. Cox