**EXHIBIT A**

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 8 | American Power Conversion Corp. | 3818 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 8 | Dirley L. Ball | 3906 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 8 | Natalia Hilton | 3965 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 9 | SimpleTech by Hatachi Global Storage Technologies f/k/a Simpletech A Fabrik Company | 3821 3848 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 9 | Belkin International, Inc. | 3851 3852 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 9 | Adam Drake | 3896 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 19 | Imation Enterprises Corp. | 4026 | This matter has been resolved and settled pursuant to procedures approved by this Court |

---

[1] For all status hearings on responses that are being adjourned, the respondent does not need to appear at the November 23, 2010 hearing.

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 19 | Inland US Management, LLC and Inland Continental Property Management Corporation | 4106 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 20 | Audiovox Corporation | 4107 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 22 | Cormark, Inc. | 4100 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 23 | D-Link Systems, Inc. | 4139 | This matter has been settled in principle, subject to approval under procedures approved by this Court.  Accordingly, the status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 30 | Gilbert Perez | 4796 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 30 | Keith Sanders | 4798 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 30 | Kristy Suler | 4836 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 30 | Melissa M. Gillard | 4840 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 30 | Melanie Finch | 5025 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Glenn Cordell Duncan | 4755 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Ada Alicea | 4794 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 31 | Gary R. Lowe | 4810 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Minnie B. Hatcher | 4811 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Eisner, Roy | 4821 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Jonathan Card | 4823 4943 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Brad C. King | 4842 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Chase Bank USA, National Association | 4899 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | PNY Technologies | 4907 | This matter will proceed in accordance with the Court's Scheduling Order in Adversary Proceeding No. 10-03056, which is scheduled for trial on January 24-25, 2011. |
| 31 | Antor Media Corporation | 4926 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Joseph Skaf | 4946 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Richard and Deborah Jaynes | 4951 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Tanden A. Kibby | 4972 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 31 | Leon Hurney | 4973 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 31 | Unical Enterprises, Inc. | 4975 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 33 | Sensormatic Electronic Corporation | 4906 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 34 | Audiovox Corporation | 4895 | This matter has been resolved and settled pursuant to procedures approved by this Court |
| 36 | Victoria L. Eastwood | 4790 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Douglas A. Daniluk | 4813 4814 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Francis E. Telegadas | 4824 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Christopher N. Crowe | 4826 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Anne B. Fath | 4828 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Anne L. Thumann | 4830 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Stephen T. Saunders | 4837 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 36 | David W. Phillips | 4844 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Corey Rachel | 4852 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Elizabeth R. Warren | 4910 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | James Oldenburg | 4949 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Brian L. LaCoursiere | 4952 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Michael W. Beam | 4958 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Marius S. Tataru | 4960 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Steven Draxler | 4964 4965 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Laura McDonald | 4969 4970 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Kelli A. Groneck | 4971 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 36 | Karen Craig | 5026 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| | | | |
| 37 | Highlands County, Florida | 4886 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | City of Brighton, Michigan | 5065 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Alameda County Treasurer | 5098 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Pima County, AZ | 5100 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Longview Independent School District | 5104 5115 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Alief ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Brazoria County MUD #6 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Carroll ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | City of Hurst | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | City of Lake Worth | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Clear Creek ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Fort Bend ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Fort Bend LID #2 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Fort Worth ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Galena Park ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Hidalgo | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Humble ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Lubbock CAD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Midland County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Potter County Tax Office | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Tyler ISD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Wichita County | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 37 | Woodlands Metro Center MUD | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Woodlands RUD #1 | 5108 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Pierce County, Washington | 5111 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Los Angeles County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Monterey County | 5113 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Placer County, California | 4788 4932 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 37 | Polk County Florida by Joe G. Tedder Tax Collector | 4997 5011 | The hearing on the Debtors' Motion for Partial Summary Judgment has been adjourned to December 21, 2010 at 2:00 p.m. |
| 49 | Stillwater Designs and Audio, Inc. | 5493 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 50 | Audiovox Corporation | 5476 | This matter has been resolved and settled pursuant to procedures approved by this Court |

8

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 50 | Nyko Technologies, Inc. | 5494 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 60 | Bruce Davis | 5969 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 60 | Jack Hernandez | 6036 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 60 | Robert Gentry | 6037 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 60 | Mark Stewart | 6082 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 60 | Ohio Bureau of Workers Compensation | n/a | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Albert Flowers, Jr. | n/a | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | SAP Retail Inc. | n/a | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Curtiss McGough | 7177 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Mobile Edge | 7237 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | National Glass and Gate | 7240 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Jamie Stack | 7243 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Sarah Harris | 7246 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 70 | Jeanne Hamby | 7247 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Tribune Company and Los Angeles Times Newspapers Inc. | 7255 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Seagate Technology LLC | 7257 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Craig Dean Campbell | 7260 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 70 | Z-Line Designs, Inc. | 7261 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 70 | S. M. Wilson & Company | 7264 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 74 | Duda, Kenneth R. | 7590 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 74 | Thurmann, Anne | 7623 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 74 | Giordano, Patricia C. | 7675 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 76 | Lei, Yu-Liang | 7584 | Before the Plan's Effective Date, this matter was resolved in principle, subject to completion of settlement documentation. No such documentation was received before the Effective Date. The Trust is reviewing the same. Accordingly, the status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 76 | City of Avondale, Arizona | 7771 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 78 | Metra Electronics Corporation | 7681 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Thomas, Anna | 7955 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 79 | Foster, William | 7999 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Eisner, Joanne | 8003 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Coleman, Dorothy | 8016 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Blackshear, Brenda | 8017 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Jardan, Sheila A. | 8018 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Evans, Joe | 8030 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Hornstra, Aaron | 8031 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Fisher, Denise K. | 8032 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Gibson, Thomas H. | 8034 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 79 | Martinez, Anthony | 8035 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Lopresti, Mary | 8036 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Murphy, Leedell | 8037 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 79 | Tully, M.D., Vincent | 8041 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Perez, Jesse | 8052 | A Settlement Agreement and Stipulation has been filed (Docket No. 8740). If no objections are received by October 22, 2010, this matter will be resolved. |
| 79 | Rollins, James | 8054 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Tinsley, Clementine | 8055 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Gervasio, Emilio on behalf of minor Guiseppina Gervasio | 8056 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |
| 79 | Grande, Richard | 8088 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 79 | Granito, Diane | n/a | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| 80 | Moncayo Settlement Class | 8341 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |

12

| Omnibus Objection | Respondent | Docket Number | Status[1] |
|---|---|---|---|
| 80 | Commerce Technologies Inc. | 8357 | This matter has been resolved and settled pursuant to procedures approved by this Court. |
| | | | |
| 81 | iGate Global Solutions, Limited | 8342 | The status hearing on this response is adjourned to December 21, 2010 at 2:00 p.m. |