Document      Page 1 of 2

| | |
|---|---|
| Robert S. Westermann (VSB No. 43294) | Christopher A. Provost, Esq. |
| Sheila deLa Cruz (VSB No. 65395) | Jason M. Rudd, Esq. |
| Hirschler Fleischer, P.C. | Jason B. Porter, Esq. |
| The Edgeworth Building | Diamond McCarthy LLP |
| 2100 East Cary Street | 620 Eighth Avenue, 39th Floor |
| Richmond, Virginia 23223 | New York, New York 10018 |
| Telephone: (804) 771-9500 | Telephone: (212) 430-5400 |
| Facsimile: (804) 644-0957 | Facsimile: (212) 430-5499 |

*Counsel for Marblegate Asset Management, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| **In re:** | ) ) ) | |
| **CIRCUIT CITY STORES, INC., ET AL.,** | ) ) | **Case No. 08-35653** |
| | ) | **Chapter 11** |
| **Debtors.** | ) | **Jointly Administered** |
| | ) ) ) | |

**ORDER APPROVING ADMISSION PRO HAC VICE OF JASON M. RUDD**

This matter comes before the Court upon the Motion to Admit Jason M. Rudd *Pro Hac Vice* (the "Motion") filed by Robert S. Westermann, Esquire.  The Motion requests the entry of an order approving the admission *pro hac vice* of Jason M. Rudd, Esquire, of the law firm of Diamond McCarthy, LLP, for the purpose of representing Marblegate Asset Management, LLC in the above-referenced bankruptcy case.  Based upon the representations set forth in the Motion and Mr. Rudd's *pro hac vice* application, and finding it otherwise proper so to do, it is hereby:

**ORDERED** that Jason M. Rudd, Esquire, is hereby **ADMITTED** *pro hac vice* to practice before the Court in these bankruptcy proceedings.

Dated: _____
Richmond, Virginia

_____
United States Bankruptcy Judge

Entered on Docket: _____

I ask for this:

\_\_/s/  Robert S. Westermann_____
Robert S. Westermann (VSB No. 43294)
Hirschler Fleischer, P.C.
The Edgeworth Building
2100 East Cary Street
Richmond, Virginia 23223
P.O. Box 500
Richmond, Virginia 23218-0500
Phone: (804) 771-9500
Facsimile: (804) 644-0957

*Local Counsel for Marblegate Asset Management, LLC*

## CERTIFICATE OF ENDORSEMENT

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

_____/s/ Robert S. Westermann_____
Counsel

2