IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *ET AL.*,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Fuji, a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Fuji<br>Fujifilm USA, Inc.<br>200 Summit Lake Drive<br>Valhalla, NY 10595 | HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |

Dated: October 21, 2010

[Notary signature: Ellise M. Marthaller, 10/21/10]

ELLISE M. MARTHALLER
NOTARY PUBLIC STATE OF NEW YORK
NO. 02 MA 610 1118
QUALIFIED IN WESTCHESTER COUNTY
COMMISSION EXPIRES NOV. 3, 2011

Respectfully submitted,

By: _____

Signature: _____

Print Name: Ryutaro Hosoda

Title: President + CEO