UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| In re<br>CIRCUIT CITY STORES, INC. et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-35653<br><br>(Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that BLUE RAVEN TECHNOLOGY, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address
Blue Raven Technology, Inc.
P.O. Box 842500
Boston, MA 02284
-and-
110 Fordham Road
Wilmington, MA 01887

New Address
Blue Raven Technology, Inc.
c/o Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

BLUE RAVEN TECHNOLOGY, INC.

By: *[signature]* Carla Treskon

Title: CFO

Date: 11/17/10