# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:  Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**: 08-35653
**Creditor Name**: MEADOWBROOK VILLAGE LTD PTNRSP

**New Address**: c/o Argo Partners 12 West 37th Street 9th fl.
No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: 8150 Perry Highway Suite 105
No. and Street, Apt., P. O. Box or R. D. No.

**City**: Pittsburgh    **State**: PA    **ZIP**: 15237

**Telephone Number**: (412) 635-9088
Please include area code

/s/ Matthew A. Gold
☐    Creditor
☒    Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)