# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:    Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   BELEN A ABRILES ARCE

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
                    No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York        **State**: NY       **ZIP**: 10018

**Old Address**:  J-11 AVE SAN PATRICIO apt 9 SAN PATRICIO CHALETS
                    No. and Street, Apt., P. O. Box or R. D. No.

**City**: GUAYNABO    **State**: PR **ZIP**: 00968

**Telephone Number**: (787) 944-6980
            Please include area code

                    /s/ Matthew A. Gold
                    ☐   Creditor
                    ☒   Attorney


**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)