# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   DAILY JOURNAL

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
<span style="font-size:small">No. and Street, Apt., P. O. Box or R. D. No.</span>
**City**: New York      **State**: NY     **ZIP**: 10018

**Old Address**:  PO BOX 909
<span style="font-size:small">No. and Street, Apt., P. O. Box or R. D. No.</span>

**City**: TUPELO      **State**: MS  **ZIP**: 38802-0909
**Telephone Number**: (662) 842-1515
<span style="font-size:small">Please include area code</span>

   /s/ Matthew A. Gold
   ☐   Creditor
   ☒   Attorney

**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)