# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**: Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**: 08-35653
**Creditor Name**: DAILY OKLAHOMAN

**New Address**: c/o Argo Partners 12 West 37th Street 9th fl.
   No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: P O BOX 25125
   No. and Street, Apt., P. O. Box or R. D. No.

**City**: Oklahoma City  **State**: OK  **ZIP**: 73125-0125
**Telephone Number**: (405) 475-3387
   Please include area code

/s/ Matthew A. Gold
☐ Creditor
☒ Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)