# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**: 08-35653
**Creditor Name**: WPVI TV

**New Address**: c/o Argo Partners 12 West 37th Street 9th fl.
    No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: 14285 COLLECTION CTR DR ABC INC
    No. and Street, Apt., P. O. Box or R. D. No.

**City**: CHICAGO    **State**: IL  **ZIP**: 60693
**Telephone Number**: (215) 581-4518
    Please include area code

　　　　　　　　　　　　　　　　　/s/ Matthew A. Gold
　　　　　　　　　　　　　　　　☐   Creditor
　　　　　　　　　　　　　　　　☒   Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)