# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   WELLS FARGO SHAREOWNER SVCS

**New Address**:   c/o Argo Partners 12 West 37th Street 9th fl.
   No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: PO BOX 64875
   No. and Street, Apt., P. O. Box or R. D. No.

**City**: ST PAUL    **State**: MN **ZIP**: 55164-0875
**Telephone Number**: (651) 306-4482
   Please include area code

   /s/ Matthew A. Gold
   ☐ Creditor
   ☒ Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)