# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**: 08-35653
**Creditor Name**: TOPLINE APPLIANCE DEPOT INC.

**New Address**: c/o Argo Partners 12 West 37th Street 9th fl.
　　　　No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: 2965 W. NEW HAVEN AVENUE
　　　　No. and Street, Apt., P. O. Box or R. D. No.

**City**: MELBOURNE  **State**: FL **ZIP**: 32904
**Telephone Number**: (321) 635-8700
　　　　Please include area code

　　　　　　　　　　　　　/s/ Matthew A. Gold
　　　　　　　　　　　☐  Creditor
　　　　　　　　　　　☒   Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)