# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:  08-35653
**Creditor Name**:  Labor Ready

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
<small>No. and Street, Apt., P. O. Box or R. D. No.</small>
**City**: New York       **State**: NY       **ZIP**: 10018

**Old Address**:  PO Box 2910
<small>No. and Street, Apt., P. O. Box or R. D. No.</small>

**City**: Tacoma  **State**: WA  **ZIP**: 98401
**Telephone Number**: (253) 680-8341
<small>Please include area code</small>

/s/ Matthew A. Gold
☐ Creditor
☒ Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)