## UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia

### **CHANGE OF ADDRESS**

**For**:   Creditor

**Case Name**: _Circuit City Stores, Inc_
**Case Number**: __08-35653_
**Creditor Name**: __Blue Heron Micro Opportunities Fund, LLP as Assignee of BIRCH REA PARTNERS_

**New Address**: _c/o Argo Partners 12 West 37th Street 9th fl.__
              No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York       **State**: NY      **ZIP**: 10018

**Old Address**: _971 Jamestown Drive, Ste. 205_
              No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach      **State**: SC  **ZIP**: 29576
**Telephone Number**: (843) 206-0575
            Please include area code

            __/s/ Matthew A. Gold_
            ☐   Creditor
            ☒   Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)