# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:  08-35653
**Creditor Name**:  Archon Bay As Assignee of Reporter Herald

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
    No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
    No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach    **State**: SC    **ZIP**: 29576
**Telephone Number**: (843) 206-0575
    Please include area code

          /s/ Matthew A. Gold
          ☐  Creditor
          ☒  Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)