# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   Archon Bay As Assignee of Manatee County Florida

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
        No. and Street, Apt., P. O. Box or R. D. No.
    **City**: New York      **State**: NY     **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
        No. and Street, Apt., P. O. Box or R. D. No.

    **City**: Garden City Beach     **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
        Please include area code

    /s/ Matthew A. Gold
    ☐   Creditor
    ☒   Attorney

**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)