# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:     08-35653
**Creditor Name**:    Archon Bay As Assignee of Lacrosse Technology Ltd. Web Sales

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York        **State**: NY      **ZIP**: 10018

**Old Address**:   971 Jamestown Drive, Ste. 205
No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach        **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
Please include area code

    /s/ Matthew A. Gold
☐   Creditor
☒   Attorney

**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)