# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**:  08-35653
**Creditor Name**:  Archon Bay As Assignee of Northern California Compactors

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
   No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: PO Box 14610
   No. and Street, Apt., P. O. Box or R. D. No.

**City**: Surfside Beach **State**: SC **ZIP**: 29587

**Telephone Number**: 803-810-0855
   Please include area code

   /s/ Matthew A. Gold
   ☐   Creditor
   ☒   Attorney

**Date**: November 24, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)