## UNITED STATES BANKRUPTCY COURT
### Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   Archon Bay As Assignee of City of Taylor MI

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
   No. and Street, Apt., P. O. Box or R. D. No.
   **City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
   No. and Street, Apt., P. O. Box or R. D. No.

   **City**: Garden City Beach    **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
   Please include area code

   /s/ Matthew A. Gold
   ☐   Creditor
   ☒   Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)