## UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:    Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:    08-35653
**Creditor Name**:    Archon Bay As Assignee of Hampton Mental health Assoc.

**New Address**:  c/o Argo Partners 12 West 37th Street 9th Fl.
             No. and Street, Apt., P. O. Box or R. D. No.
         **City**: New York        **State**: NY        **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
             No. and Street, Apt., P. O. Box or R. D. No.

         **City**: Garden City Beach        **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
                  Please include area code

                             /s/ Matthew A. Gold
                        ☐   Creditor
                        ☒   Attorney


**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)