# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**: Creditor

**Case Name**: Circuit City Stores, Inc
**Case Number**: 08-35653
**Creditor Name**: Archon Bay As Assignee of ICI Dulux Paint Centers

**New Address**: c/o Argo Partners 12 West 37th Street 9th fl.
        No. and Street, Apt., P. O. Box or R. D. No.
        **City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: 971 Jamestown Drive, Ste. 205
        No. and Street, Apt., P. O. Box or R. D. No.

        **City**: Garden City Beach    **State**: SC  **ZIP**: 29576
**Telephone Number**: (843) 206-0575
        Please include area code

        /s/ Matthew A. Gold
        ☐ Creditor
        ☒ Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)