# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**: _Circuit City Stores, Inc_
**Case Number**: __08-35653__
**Creditor Name**: __Blue Heron as Assignee of Rival Communications__

**New Address**: _c/o Argo Partners 12 West 37th Street 9th fl.__
            No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**: __971 Jamestown Drive, Ste. 205__
            No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach    **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
            Please include area code

                        __/s/ Matthew A. Gold__
                        ☐   Creditor
                        ☒   Attorney

**Date**: November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)