# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   Archon Bay As Assignee of Viking Terminte & Pest Control

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
         No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York        **State**: NY       **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
         No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach        **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
         Please include area code

                        /s/ Matthew A. Gold
                    ☐   Creditor
                    ☒   Attorney

**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)