# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:    08-35653
**Creditor Name**:    Archon Bay As Assignee of Vision Communications Co.

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
          No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**:   971 Jamestown Drive, Ste. 205
          No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach    **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
          Please include area code

                    /s/ Matthew A. Gold
                    ☐  Creditor
                    ☒   Attorney

**Date**:  November 23, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)