# LumiSource, Inc.
**Stylish Decor • Affordable Prices**

Toll-Free: 1-888-461-LUMI (5864)
Toll-Free Fax: 1-888-462-LUMI (5864)

Web Address: www.LumiSource.com
E-mail: salesinfo@lumisource.com

2950 Old Higgins Road • Elk Grove Village, IL 60007 • Phone: 847-699-8988 • Fax: 847-699-8869

## NOTICE OF CHANGE OF ADDRESS

October 29, 2010

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

RE: LumiSource Inc. Proof of Claim # 7792, Proof of Claim # 861 and the Claim Scheduled in the name of LumiSource, Inc.

Dear Mr. Fredricks:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

LumiSource Inc.
c/o U.S. Bank Corporate Trust Services
60 Livingston Avenue
EP-MN-WS3T
St. Paul, MN 55107-2292
Attn: Bridget Greiber
(651) 495-3725
(651) 495-8087 (fax)

With Fax Copy to:
Kyle J Lunde
(206) 344-4677
fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above. This change of address should also be reflected on the records and website for the claims agent KurtzMan Carson Consultants, LLC.

Very truly yours,

Name: Steve Lee
Title: V.P.

Cc: Circuit City Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245