IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| CIRCUIT CITY STORES, INC., ) | |
| ) | Case No. 08-35653 (KRH) |
| Debtor. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR TERMINATION OF NOTICES**

**PLEASE TAKE NOTICE** that the undersigned and the firm of Paul Hastings Janofsky & Walker LLP, as counsel for Active Media Services, Inc., previously a creditor in these bankruptcy cases, hereby withdrawals its appearance (DE #6542) on behalf of Active Media Services, Inc., and requests that they be removed from the service list under Rule 2002, and also requests termination of the delivery of CM/ECF Notices to this firm.

Respectfully submitted,

/s/ James E. Anklam
James E. Anklam (VSB No. 27976)
PAUL HASTINGS JANOFSKY & WALKER
875 15th St., NW
Washington, DC 20005
tel:   202-551-1700
fax:   202-551-1705

*Counsel for Active Media Services, Inc.*

Dated: November 24, 2010

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November 2010, I caused a copy of the foregoing Notice of Withdrawal of Appearance and Request for Termination of CM/ECF Notices to be served by electronic means through the ECF system in accordance with Bankr. E.D. Va. CM/ECF Policy 9.

      /s/ James E. Anklam
      James E. Anklam