IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *ET AL.*, | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Industriaplex, Inc., a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Industriaplex, Inc. | HSBC BANK USA NA |
| c/o David W. Cranshaw, Esq. | VonWin |
| Morris, Manning & Martin LLP | Dept CH 16354 |
| 3343 Peachtree Road NE, Ste 1600 | Palatine, IL 60055-6354 |
| Atlanta, GA 30326 | |

Dated: 10/14/10

Respectfully submitted,

By: Industriaplex, Inc.

Signature: [signed]

Print Name: Jason W. Gries

Title: CEO