IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., *ET AL.*, | Case No. 08-35653 (KRH) |
| | Jointly Administered |
| ("the Debtors") | |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Consumer Vision LLC, a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Consumer Vision LLC
2838 3rd St
Boulder, CO 80304

**New Address**

HSBC BANK USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: November 19, 2010

Respectfully submitted,

By: Dan Vandenberg
Signature: Dan Vandenberg
Print Name: Dan Vandenberg
Title: Owner