**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

**AFFIDAVIT OF SERVICE**

I, Christie K. Pham, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 19, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Rejection of Notice of Transfer form, attached hereto as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: November 22, 2010

_____
Christie K. Pham

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 22nd day of November, 2010, by Christie K. Pham, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _Michelle_

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

# EXHIBIT A

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Carrollton Arms LLC | c o Gary H Cunningham Esq | 101 W Big Bear Rd 10th Fl | | | Troy | MI | 48084 | | 8575 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | | 8575 |
| Transferor | Daily Journal | | PO Box 909 | | | Tupelo | MS | 38802 | | 8581 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8581 |
| Transferor | Daily Oklahoman | Mark Wilmes | PO Box 25125 | | | Oklahoma City | OK | 73125 | | 8582 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8582 |
| Notice party | Daily Oklahoman | c o G Rudy Hiersche Jr | 105 N Hudson Ste 300 | | | Oklahoma City | OK | 73102 | | 8582 |
| Notice party | Daily Oklahoman | | PO Box 268882 | | | Oklahoma City | OK | 73126 | | 8582 |
| Transferor | WPVI Television LLC | Tanya Menton VP Counsel | ABC Inc | 77 W 66th St 15th Fl | | New York | NY | 10023 | | 8583 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8583 |
| Notice party | WPVI TV | ABC Inc | 14285 Collection Ctr Dr | | | Chicago | IL | 60693 | | 8583 |
| Transferor | Wells Fargo Bank NA Successor to Wells Fargo Bank Minnesota NA | David A Rigazio | 161 Concord Exchange N | MAC N9100 030 | | South St Paul | MN | 55075 | | 8584 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8584 |
| Notice party | Wells Fargo Bank NA | | 101 N Phillips Ave | | | Sioux Falls | SD | 57104 | | 8584 |
| Notice party | Wells Fargo Shareowner Svcs | | PO Box 64875 | | | St Paul | MN | 55164 | | 8584 |
| Transferor | Meadowbrook Village Ltd Ptnrsp | c o Citizens National Bank | PO Box 486 | | | Wexford | PA | 15090 | | 8601 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8601 |
| Notice party | Meadowbrook Village Ltd Ptnrsp | | 8150 Perry Hwy Ste 105 | | | Pittsburgh | PA | 15237 | | 8601 |
| Transferor | Topline Appliance Depot Inc | | 965 N Cocoa Blvd | | | Cocoa | FL | 32922 | | 8602 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8602 |
| Notice party | Topline Appliance Depot Inc | | 2730 W New Haven Ave | | | Melbourne | FL | 32904 | | 8602 |
| Transferor | Belen A Abriles Arce | | J-11 San Patricio Ave Apt No 9 | San Patricio Chalets | | Guaynobo | PR | 00968 | | 8603 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8603 |
| Transferor | Bay Counties Pitcock Petroleum | | PO Box 23684 | | | Pleasant Hill | CA | 94523 | | 8614 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8614 |
| Transferor | City of Taylor MI | | PO Box 298 | | | Taylor | MI | 48180 | | 8615 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8615 |
| Transferor | Hampton Mental Health Assoc | | 2208 Executive Dr Ste C | | | Hampton | VA | 23666 | | 8616 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8616 |
| Transferor | ICI Dulux Paint Centers | | PO Box 905066 | | | Charlotte | NC | 28290 | | 8617 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8617 |
| Transferor | MRV Wanamaker LC | | 3501 SW Fairlawn Rd Ste 200 | | | Topeka | KS | 66614 | | 8623 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | | 8623 |
| Notice party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz III Ste 705 | | Jersey City | NJ | 07311 | | 8623 |
| Transferor | Checkers Catering | | 83 Wright Brothers Ave | | | Livermore | CA | 94551 | | 8637 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8637 |
| Transferor | Vision Communications Co | | PO Box 598 | | | Lakewood | CA | 90714 | | 8638 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8638 |
| Transferor | WBNX TV Client 2749 | c o Szabo Associates Inc | 3355 Lenox Rd NE 9th Fl | | | Atlanta | GA | 30326 | | 8639 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8639 |
| Transferor | Boys & Girls Club of Harlingen | | PO Box 1982 | | | Harlingen | TX | 78551 | | 8647 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8647 |
| Transferor | Northern California Compactors | | PO Box 5489 | | | Pleasanton | CA | 94566 | | 8650 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8650 |
| Transferor | John D Brush & Co Inc dba Sentry Group | | 900 Linden Ave | | | Rochester | NY | 14625 | | 8677 |
| Transferor | Sentry Group Inc | | PO Box 911303 | | | Dallas | TX | 75391 | | 8677 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8677 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8677 |
| Notice party | John D Brush & Co Inc dba Sentry Group | | 900 Linden Ave | | | Rochester | NY | 14625 | | 8677 |
| Transferor | Manatee County Florida | Robert M Eschenfelder Asst County Atty | PO Box 1000 | | | Bradenton | FL | 34206 | | 8682 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8682 |
| Transferor | Brandywine Grande C LP | c o Niclas A Ferland Esq | LeClairRyan APC | 555 Long Wharf Dr 8th Fl | | New Haven | CT | 06511 | | 8710 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | | 8710 |
| Transferor | Invotex Group | | 1637 Thames St | | | Baltimore | MD | 21231 | | 8713 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8713 |
| Transferor | E&A Northeast Limited Partnership | c o Christine D Lynch Esq | Goulston & Storrs PC | 400 Atlantic Ave | | Boston | MA | 02110 | | 8714 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | | 8714 |
| Notice party | E&A Northeast Limited Partnership | | 21 Custom House St Ste No 450 | | | Boston | MA | 02110 | | 8714 |
| Notice party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz III Ste 705 | | Jersey City | NJ | 07311 | | 8714 |
| Transferor | E&A Northeast Limited Partnership | c o Christine D Lynch Esq | Goulston & Storrs PC | 400 Atlantic Ave | | Boston | MA | 02110 | | 8715 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | | | Stamford | CT | 06902 | | 8715 |
| Notice party | E&A Northeast Limited Partnership | | 21 Custom House St Ste No 450 | | | Boston | MA | 02110 | | 8715 |
| Notice party | Jefferies & Co Inc | Attn Mark Sahler | Harborside Financial Ctr | 34 Exchange Pl Plz III Ste 705 | | Jersey City | NJ | 07311 | | 8715 |

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Montage Inc | | 3050 Centre Pointe Dr Ste 50 | | | Roseville | MN | 55113 | | 8718 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8718 |
| Transferor | Absolute Computer Solutions | Jose Rodriguez | 6895 SW 81st | | | Miami | FL | 33143 | | 8724 |
| Transferee | Liquidity Solutions | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8724 |
| Notice party | Absolute Computer Solutions | | 6800 SW 40 St No 181 | | | Miami | FL | 33155 | | 8724 |
| Transferor | The Huck Group Inc | | 4501 N Tamiami Trl Ste 214 | | | Naples | FL | 34103 | | 8729 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8729 |
| Transferor | Panattoni Construction Inc | | 34 Tesla Ste 100 | | | Irvine | CA | 92618 | | 8736 |
| Transferee | Raymond & Main Retail LLC | Attn Craig Zarro | c o Preferred Capital Advisors | 555 Capital Mall Ste 200 | | Sacramento | CA | 95819 | | 8736 |
| Notice party | Panattoni Construction Inc | | 8775 Folsom Blvd Ste 100 | | | Sacramento | CA | 95826 | | 8736 |
| Transferor | Permission Data LLC | Accounts Receivable | 451 Park Ave S 3rd Fl | | | New York | NY | 10016 | | 8741 |
| Transferor | Permission Data LLC | | 451 Park Ave S 3rd Fl | | | New York | NY | 10016 | | 8741 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8741 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 6830 | | 8741 |
| Transferor | JP Associates | | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8758 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8758 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8759 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8759 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8760 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8760 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8761 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8761 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8762 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8762 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8763 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8763 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8764 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8764 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8765 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8765 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8766 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8766 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8767 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8767 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8768 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8768 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8769 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8769 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8770 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8770 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8771 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8771 |
| Transferor | JP Associates | Attn John Goodwin | 100 Naamans Rd Ste 5F | | | Claymont | DE | 19703 | | 8772 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8772 |
| Transferor | Reporter Herald | | 201 E 5th St | PO Box 59 | | Loveland | CO | 80539 | | 8775 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8775 |
| Transferor | Ricmac Equities Corporation | Attn Janet M Meiburger | The Meiburger Law Firm PC | 1493 Chain Bridge Rd Ste 201 | | McLean | VA | 22101 | | 8778 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8778 |
| Notice party | Ricmac Equities Corporation | | 6 Harbour Point Dr | | | Northpoint | NY | 11768 | | 8778 |
| Transferor | Ricmac Equities Corporation | Janet M Meiburger | 6 Harbour Pt Dr | | | Northport | NY | 11768 | | 8779 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8779 |
| Transferor | Industriaplex Inc | c o David W Cranshaw Esq | Morris Manning & Martin LLP | 3343 Peachtree Rd NE Ste 1600 | | Atlanta | GA | 30326 | | 8784 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 8784 |
| Notice party | Industriaplex Inc | Attn Rich Ellis | 11810 Wills Rd Ste 100 | | | Alpharetta | GA | 30009 | | 8784 |
| Transferor | Labor Ready Inc | | PO Box 2910 | | | Tacoma | WA | 98401 | | 8786 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 8786 |
| Transferor | Rival Communications | | 921 Washington Ave | | | Hagerstown | MD | 21740 | | 8791 |
| Transferee | Blue Heron Micro Opportunities Fund LLP | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8791 |
| Transferor | Viking Termite & Pest Control | | PO Box 230 | | | Bound Brook | NJ | 08805 | | 8792 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8792 |
| Transferor | Montage Inc | NW 5803 | PO Box 1450 | | | Minneapolis | MN | 55485 | | 8793 |
| Transferee | Archon Bay Capital LLC | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 8793 |
| Notice party | Montage Inc | | 3050 Centre Pointe Dre Ste 50 | | | Roseville | MN | 55113 | | 8793 |
| Transferor | Tampa Tribune | Media General Operations | PO Box 85000 | | | Richmond | VA | 23285 | | 8816 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8816 |

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Notice party | Media General Operations Inc | The Tampa Tribune | 333 E Franklin St | PO Box 85333 | | Richmond | VA | 23219 | | 8816 |
| Transferor | Tampa Tribune | Media General Operations | PO Box 85000 | | | Richmond | VA | 23285 | | 8817 |
| Transferee | Longacre Opportunity Fund LP | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 8817 |
| Notice party | Media General Operations Inc | The Tampa Tribune | 333 E Franklin St | PO Box 85333 | | Richmond | VA | 23219 | | 8817 |
| Transferor | Fuji | Fujifilm USA Inc | 200 Summit Lake Dr | | | Valhalla | NY | 10595 | | 8818 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 8818 |
| Transferor | Hitachi America Ltd | c o Jeffrey D Cawdrey Esq | Gordon & Rees LLP | 101 W Broadway Ste 2000 | | San Diego | CA | 92101 | | 8821 |
| Transferee | Liquidity Solutions | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8821 |
| Notice party | Hitachi America Ltd | c o Neal Svalstad | 900 Hitachi Way | | | Chula Vista | CA | 91914 | | 8821 |
| Transferor | PriceRunner USA A Value Click Inc | Attn General Counsel | 30699 Russell Ranch Rd Ste 250 | | | Westlake Village | CA | 91362 | | 8827 |
| Transferee | Liquidity Solutions | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8827 |
| Transferor | Classic Tech Development Ltd | | 11/F 12/F Yue Xiu Indl Bldg | 87 Hung To Rd Kwun Tung | | Kowloon | | | Hong Kong China | 8843 |
| Transferee | VonWin Capital Management LP | Attn Roger Von Spiegel | 261 Fifth Ave 22nd Fl | | | New York | NY | 10016 | | 8843 |
| Transferor | Carlson Marketing Group | | PO Box 92658 | | | Chicago | IL | 60693 | | 8849 |
| Transferor | Carlson Marketing Worldwide Inc | c o Tracy Lea | 1405 N Xenium Ln | | | Plymouth | MN | 55441 | | 8849 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8849 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 8849 |
| Notice party | Carlson Marketing Group | | PO Box 96258 | | | Chicago | IL | 60693 | | 8849 |
| Notice party | Carlson Marketing Worldwide Inc | c o Tracy Lea | 1405 N Xenium Ln | | | Plymouth | MN | 55441 | | 8849 |
| Transferor | The Irvine Company Fashion Island | c o Ernie Zachary Park | Bewley Lassleben & Miller | 13215 E Penn St Ste 510 | | Whittier | CA | 90602 | | 8880 |
| Transferor | The Irvine Company Fashion Island | c o Ernie Zachary Park | Bewley Lassleben & Miller | 13215 E Penn St Ste 510 | | Whittier | CA | 90602 | | 8880 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8880 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8880 |
| Transferor | The Irvine Company The Market Place | The Irvine Company | c o Ernie Zachary Park | Bewley Lassleben & Miller | 13215 E Penn St Ste 510 | Whittier | CA | 90602 | | 8882 |
| Transferor | The Irvine Company The Market Place | The Irvine Company | c o Ernie Zachary Park | Bewley Lassleben & Miller | 13215 E Penn St Ste 510 | Whittier | CA | 90602 | | 8882 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8882 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8882 |
| Transferor | Hayden Meadows JV | Jill Hollowell | TMT Development Co Inc | 805 SW Broadway Ste 2020 | | Portland | OR | 97205 | | 8899 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8899 |
| Notice party | Hayden Meadows JV | c o Ronald T Adams | Black Helterline LLP | 805 SW Broadway Ste 1900 | | Portland | OR | 97205 | | 8899 |
| Transferor | Boulder Daily Camera | Kathy Johnson | 1048 Pearl St | | | Boulder | CO | 80302 | | 8918 |
| Transferee | Liquidity Solutions Inc | | One University Plz Ste 312 | | | Hackensack | NJ | 07601 | | 8918 |
| Notice party | Boulder Daily Camera | Attn Donna Jones | 1048 Pearl St | | | Boulder | CO | 80302 | | 8918 |
| Transferor | The West Campus Square Co LLC | c o Dolmar Inc | 433 N Camden Dr Ste 500 | | | Beverly Hills | CA | 90210 | | 8948 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | | Incline Village | NV | 89451 | | 8948 |
| Notice party | The West Campus Square Co LLC | Attn J Bennett Friedman Esq | Friedman Law Group | 1900 Ave of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 8948 |
| Transferor | The West Campus Square Company LLC | J Bennett Friedman Esq | Friedman Law Group | 1900 Avenue of the Stars Ste 1800 | | Los Angeles | CA | 90067 | | 8949 |
| Transferee | United States Debt Recovery V LP | | 940 Southwood Bl Ste 101 | | | Incline Village | NV | 89451 | | 8949 |
| Notice party | The West Campus Square Company LLC | | 433 N Camden Dr Ste 500 | | | Beverly Hills | CA | 90210 | | 8949 |
| Transferor | 24 7 Real Media Inc | | 132 W 31st St 9th Fl | | | New York | NY | 10001 | | 9210 |
| Transferor | 24/7 Real Media Inc | Attn Legal Department | 132 West 31st St 9th Fl | | | New York | NY | 10001 | | 9210 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 9210 |
| Transferee | Contrarian Funds LLC | Attn Alisa Mumola | 411 W Putnam Ave Ste 425 | | | Greenwich | CT | 06830 | | 9210 |
| Transferor | Bay Counties Pitcock Petroleum | | PO Box 23684 | | | Pleasant Hill | CA | 94523 | | 9501 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9501 |
| Transferor | Blue Heron Micro Opportunities Fund LLP as Assignee of Birch Rea Partners | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9502 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9502 |
| Transferor | Archon Bay Capital LLC as Assignee of Boys & Girls Clubs of Harlingen | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9503 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9503 |
| Transferor | Archon Bay Capital LLC as Assignee of City of Taylor MI | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9504 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9504 |
| Transferor | Archon Bay Capital LLC as Assignee of Checkers Catering | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9505 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9505 |
| Transferor | Archon Bay Capital LLC as Assignee of Hampton Mental Health Assoc | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9506 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9506 |
| Transferor | Archon Bay Capital LLC as Assignee of The Huck Group Inc | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9507 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9507 |
| Transferor | Archon Bay Capital LLC as Assignee of ICI Dulux Paint Centers | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9508 |

Exhibit A
Rule 3001(e)(1) - 3001(e)(4) Rejected

| Party Description | Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9508 |
| Transferor | Archon Bay Capital LLC as Assignee of Lacross Technology Ltd. Web Sales | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9509 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9509 |
| Transferor | Archon Bay Capital LLC as Assignee of Manatee County Floriday | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9510 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9510 |
| Transferor | Blue Heron Micro Opportunities Fund LLP as Assignee of Metro Signs, Inc. | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9511 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9511 |
| Transferor | Archon Bay Capital LLC as Assignee of Northern California Compactors | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9512 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9512 |
| Transferor | Archon Bay Capital LLC as Assignee of Reporter Herald | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9513 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9513 |
| Transferor | Blue Heron Micro Opportunities Fund LLP as Assignee of Rival Communications | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9514 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9514 |
| Transferor | Archon Bay Capital LLC as Assignee of Viking Termite & Pest Control | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9515 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9515 |
| Transferor | Archon Bay Capital LLC as Assignee of Vision Communications Co | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9516 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9516 |
| Transferor | Archon Bay Capital LLC as Assignee of WBNX TV Client 2749 | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9517 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9517 |
| Transferor | Archon Bay Capital LLC as Assignee of | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9518 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9518 |
| Transferor | Archon Bay Capital LLC as Assignee of | | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9519 |
| Transferee | Argo Partners | | 12 W 37th St 9th Fl | | | New York | NY | 10018 | | 9519 |
| Transferor | McCracken Walker & Rhoads LLP | Attn Simon E Fraser Esq | Montgomery McCracken Walker & Rhoads LLP | 123 S Broad St | | Philadelphia | PA | 19109 | | 9523 |
| Transferee | Longacre Opportunity Offshore Fund Ltd | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 9523 |
| Transferor | Montgomery McCracken et al | | 123 S Broad St | | | Philadelphia | PA | 19109 | | 9524 |
| Transferee | Longacre Opportunity Offshore Fund Ltd | Attn Vladimir Jelisavcic | 810 7th Ave 33rd Fl | | | New York | NY | 10019 | | 9524 |
| Transferor | THQ Inc | c o Caroline R Djang Esq | Jeffer Mangels Butler & Marmaro LLP | 1900 Ave of the Stars 7th Fl | | Los Angeles | CA | 90067 | | 9529 |
| Transferee | Hain Capital Holdings LTD | Attn Ganna Liberchuk | 301 Route 17 7th Fl | | | Rutherford | NJ | 07070 | | 9529 |
| Transferor | Miller & Martin | | 832 Georgia Ave Ste 1000 Volunteer Bldg | | | Chattanooga | TN | 37402 | | 9538 |
| Transferee | Blue Heron Micro Opportunities Fund LLP | Attn Claims Processing Dept | PO Box 14610 | | | Surfside Beach | SC | 29587 | | 9538 |
| Transferor | Manufacturers and Traders Trust Company as Trustee | Attn Deborah J Piazza Esq | c o Hodgson Russ LLP | 60 E 42nd St 37th Fl | | New York | NY | 10165 | | 9548 |
| Transferee | US Bank National Association | Attn Margaret Drelicharz | US Bank National Association as Trustee | 209 S LaSalle St Ste 300 | | Chicago | IL | 60604 | | 9548 |
| Notice party | Manufacturers and Traders Trust Company as Trustee | | One M&T Plz | | | Buffalo | NY | 14203 | | 9548 |
| Transferor | MR Keene Mill 1 LLC | Attn Josh Olsen | c o Monument Realty | 1700 K St NW Ste 600 | | Washington | DC | 20006 | | 9553 |
| Transferee | Jefferies Leveraged Credit Products LLC | | One Station Pl Three N | 209 S LaSalle St Ste 300 | | Stamford | CT | 06902 | | 9553 |

# EXHIBIT B

# NOTICE OF REJECTION OF NOTICE OF TRANSFER

| | |
|---|---|
| TO: | Transferee<br>Transferee Address |
| CC: | Transferor<br>Transferor Address |
| | Notice Party (if applicable) |
| FROM: | Joseph Johnson |
| DATE: | |
| RE: | Notice of Rejection of Notice of Transfer |

Kurtzman Carson Consultants LLC, the Court-appointed claims agent in the matter of **Circuit City Stores, Inc., Case No. 08-35653 (KRH)** has been charged with the duty of maintaining the Court's claims register. We are in receipt of Notices of Transfer (the "NOT") received from your establishment asserting that claims or interest of creditors or interest holders (the "Creditor") in this matter has been transferred to your ownership. As claims management requires exacting standards in order to provide the Court with an error-free claims register in every instance, please understand that we cannot accept and process your NOT for the following reason(s):

__x__    The NOT was filed after the Distribution Record Date and is therefore untimely pursuant to Articles VI.L and I.B. 1.59 of the Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and Its Affiliated Debtors and Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims.

____    The NOT is not accompanied by documentation evidencing agreement to transfer the claim.

____    The NOT asserts that it transfers a proof of claim or scheduled liability for a certain amount; however, the claims register does not reflect a claim or scheduled liability equal to said amount.

____    The NOT asserts that it transfers a proof of claim or scheduled liability from the aboved listed transferee; however, the transferee is not the current owner of the proof of claim or scheduled liability.

____    The NOT asserts that it transfers a proof of claim or scheduled liability with respect to a specific case name or number; however the identified creditor does not have a claim or interest with respect to said case name or number.

____    The NOT asserts that it transfers a proof of claim or scheduled liability which has previously been effectuated.

We have attached hereto for your convenience a copy of the NOT that we received. If you have any questions, please do not hesitate to contact **Joseph Johnson** at 310-776-7317.