UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

In re

CIRCUIT CITY STORES, INC. et al.

Debtors.

Chapter 11

Case No. 08-35653

(Jointly Administered)

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that LeClairRyan, A Professional Company [*Corporation*], a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and distributions relating to such claim be sent to the New Address set forth below, effect as of the date hereof.

Former Address [*Corporation*]
LeClairRyan, A Professional Company
5388 Discovery Park Blvd.
3rd Floor
Williamsburg, VA 23188

New Address [*Corporation*]
LeClairRyan, A Professional ~~Company~~
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue – Suite 425
Greenwich, CT 06830

I declare under penalty of perjury that the foregoing is true and correct.

LECLAIRRYAN, A PROFESSIONAL ~~COMPANY~~ *CORPORATION*

By: [signature]
Title: General Counsel
Date: 11/29/10