| | | |
|---|---|---|
| Elizabeth Banda | Owen M. Sonik | A. Carter Magee, Jr., Esq. (VSB #20284) |
| SBN: 24012238 | SBN:18847250 | W. Joel Charboneau, Esq. (VSB #68025) |
| Post Office Box 13430 | 1235 N. Loop West | Magee Goldstein Lasky & Sayers, P.C. |
| Arlington, Texas 76094-0430 | Suite 600 | Post Office Box 404 |
| (817) 461-3344 | Houston, Tx 77008 | Roanoke, Virginia 24003-0404 |
| (817) 860-6509 FAX | (713) 862-1860 | (540) 343-9800 |
| ebanda@pbfcm.com | (713) 862-1429 FAX | (540) 343-9898 FAX |
| yhumphrey@pbfcm.com | osonik@pbfcm.com | cmagee@mglspc.com |
| | | jcharboneau@mglspc.com |

ATTORNEY FOR ARLINGTON ISD, *ET AL.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., *et al.,* | ) | Case No. 08-35653-KRH |
| | ) | |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please take notice that W. Joel Charboneau of the law firm of Magee Goldstein Lasky & Sayers, P.C. withdraws his appearance and request for service of papers as counsel of record for Arlington ISD, Alief ISD, Baybrook MUD 1, Brazoria County, Brazoria County MUD #6, Burleson ISD, Carroll ISD, City of Cedar Hill, City of Hurst, City of Lake Worth, City of Wichita Falls, Clear Creek ISD, Fort Bend ISD, Fort Bend LID 2, Fort Worth ISD, Galena Park ISD, Hidalgo County & H.C. Drainage District #1, Humble ISD, Lubbock CAD, Midland County Tax Office, Potter County Tax Office, Tyler ISD, Wichita County, Wichita Falls ISD, Woodlands Metro MUD, and Woodlands RUD #1 ("Arlington ISD, et al."). W. Joel Charboneau should be removed from all mailing and service lists including any electronic service lists. This withdrawal does not affect the notice of appearance filed by lead counsel for Arlington ISD, et al. Copies of all papers required to be served on Arlington ISD, et al. should continue to be served on Arlington ISD, et al.'s lead counsel:

| | |
|---|---|
| Elizabeth Banda | Owen M. Sonik |
| SBN: 24012238 | SBN:18847250 |
| Post Office Box 13430 | 1235 N. Loop West |
| Arlington, Texas 76094-0430 | Suite 600 |
| (817) 461-3344 | Houston, Tx 77008 |
| (817) 860-6509 FAX | (713) 862-1860 |

ebanda@pbfcm.com    (713) 862-1429 FAX
osonik@pbfcm.com

as well as on Arlington ISD, et al. directly as may be required by any applicable procedural rules or Orders of the Court.

Date: December 3, 2010                Respectfully submitted,

/s/ W. Joel Charboneau
A. Carter Magee, Jr., Esq. (VSB #20284)
W. Joel Charboneau (VSB#68025)
Magee Goldstein Lasky & Sayers, P.C.
Post Office Box 404
Roanoke, Virginia 24003
540-343-9800
540-343-9898 (f)
cmagee@mglspc.com
jcharboneau@mglspc.com

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2010, I electronically filed the foregoing notice with the United States Bankruptcy Court for the Eastern District of Virginia which caused electronic notifications of filing to be served on all registered users of the ECF system that have filed notices of appearance in this case.

/s/ W. Joel Charboneau

U:\A CLIENTS\Arlington ISD, et al. 9298\Arlington ISD et al\Notice of Withdrawal of Appearance 12-3-10.doc