# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### CHANGE OF ADDRESS

**For**:   Creditor

**Case Name**:  Circuit City Stores, Inc
**Case Number**:   08-35653
**Creditor Name**:   Blue Heron as Assignee of Metro Signs, Inc.

**New Address**:  c/o Argo Partners 12 West 37th Street 9th fl.
        No. and Street, Apt., P. O. Box or R. D. No.
**City**: New York    **State**: NY    **ZIP**: 10018

**Old Address**:  971 Jamestown Drive, Ste. 205
        No. and Street, Apt., P. O. Box or R. D. No.

**City**: Garden City Beach    **State**: SC **ZIP**: 29576
**Telephone Number**: (843) 206-0575
    Please include area code

        /s/ Matthew A. Gold
        ☐   Creditor
        ☒   Attorney

**Date**: December 6, 2010

cc: Trustee
United States Trustee
Creditor (for creditor's change of address)