**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

In re                                    Chapter 11
    CIRCUIT CITY STORES, INC. et al.
                                  Case No. 08-35653

            Debtors.                      (Jointly Administered)

**NOTICE OF CHANGE OF ADDRESS**

        **PLEASE TAKE NOTICE** that Quality Project Management, LLC, a

creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtors

and counsel for the Debtors (including the claims and distribution agent appointed in

these cases) to change its address for the purposes of administering its claim (as listed

on the Debtors' schedules and claims register), and hereby requests that service of any

pleadings, notices, correspondence and distributions relating to such claim be sent to

the New Address set forth below, effect as of the date hereof.

Former Address                             New Address
Quality Project Management, LLC        Quality Project Management, LLC
1702 E. McNair Drive                   c/o Contrarian Capital Management, L.L.C.
Tempe, AZ 85283                     411 West Putnam Avenue – Suite 425
                                    Greenwich, CT 06830

        I declare under penalty of perjury that the foregoing is true and correct.

                        QUALITY PROJECT MANAGEMENT, LLC

                        By: _____

                        Title: Managing Member

                        Date: 11/30/2010