IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



| In re: | Chapter 11 |
|---|---|
| CIRCUIT CITY STORES, INC., *ET AL.*, | Case No. 08-35653 (KRH) |
| ("the Debtors") | Jointly Administered |

### NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Cardinal Court, LLC, a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Cardinal Court, LLC
c/o L. Katie Mason, Esq.
Reinhart, Boerner, VanDeuren, S.C.
1000 N. Water Street, Suite 1700
Milwaukee, WI 53202-6650

**New Address**

Cardinal Court, LLC
2125 W. Washington Street
West Bend, WI 53095

Dated November 29, 2010.

Respectfully submitted,

By: Cardinal Court, LLC

_____
Michael P. Hickmann
Managing Member

# CARDINAL COURT, LLC
2125 West Washington Street
West Bend, WI  53095

TEL (262) 334-4444                                                                                                            FAX (262) 306-2880

November 29, 2010

U.S. Bankruptcy Court,
Eastern District of Virginia
Richmond Division
701 East Broad Street, Suite 4000
Richmond, VA  23219

RE:   *Circuit City Stores, Inc., et al (Debtors)*
      *Cardinal Court, LLC (Creditor)*
      *Chapter 11; Case No. 08-35653 (KHR)*

To Whom It May Concern:

Enclosed for filing please find an original and one copy of the Notice of Creditor's Change of Address in the above-referenced bankruptcy action.  Please file the original and return a conformed copy to me in the self-addressed, stamped envelope enclosed.

Thank you for your attention to this matter.

Very truly yours,

CARDINAL COURT, LLC

*[signature]*

Michael P. Hickmann
Managing Member

MPH:bjs

Enclosures

c:    Kurtzman Carson Consultants, LLC
      Atty. Andrew W. Caine
      Mr. Robert B. Van Arsdale, U.S. Trustee