IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC.,<br>et al.,<br><br>Debtors. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Chapter 11<br>Case No. 08-35653-KRH<br>Jointly Administered<br><br>**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**<br><br>Bankruptcy Rule 3001(e)(2) |



PLEASE TAKE NOTICE that the claim of **STARPOINT PROPERTIES, LLC**, (the "Transferor") against Debtor Circuit City Stores, Inc., designated as Claim No. 12855 in the amount of $1,042,054.01 has been transferred and assigned other than for security to **CSFB 2005-C1 SHOPPES OF PLANTATION ACRES, LLC** (the "Transferee"), pursuant to the Assignment of Claim executed by the Transferor, a true and correct copy of which is attached hereto as **Exhibit A** (the "Assignment").

The undersigned hereby submits this Notice and the Assignment as evidence of the transfer pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure, of all rights, title and interest in and to the claim originally held by **STARPOINT PROPERTIES, LLC** to **CSFB 2005-C1 SHOPPES OF PLANTATION ACRES, LLC**. The Clerk of the Court and claims agent Kurtzman Carson Consultants LLC are each authorized to change the address on Claim No. 12855 filed by Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**STARPOINT PROPERTIES, LLC**
**c/o Augustus C. Epps, Jr., Esq.**
**Christian & Barton LLP**
**909 E. Main Street, Suite 1200**
**Richmond, VA 23219**

**ADDITIONAL NOTICE PARTY**
**Starpoint Properties LLC**
**450 N. Roxbury Drive, No. 1050**
**Beverly Hills, CA 90210**

**TRANSFEREE:**
**2005-C1 SHOPPES OF PLANTATION ACRES, LLC**
**c/o Mindy A. Mora, Esq. & Jeffrey I. Snyder, Esq.**
**Bilzin Sumberg Baena Price & Axelrod LLP**
**1450 Brickell Avenue, Suite 2500**
**Miami, Florida 33131**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed at Miami Beach, Florida.

**2005-C1 SHOPPES OF PLANTATION ACRES, LLC**

By: LNR Partners, LLC, its Manager

By: _____

Name: RANDOLPH J. WOLPERT

Title: VICE PRESIDENT

## ASSIGNMENT OF CLAIM

STARPOINT PROPERTIES, LLC ("Assignor"), on its own behalf and as Manager of Sunrise Plantation Properties, LLC, the owner of a retail center known as Shoppes of Plantation Acres, located at 12260-12370 West Sunrise Boulevard, Plantation, Broward County, Florida, for good and valuable consideration, hereby absolutely and unconditionally assigns to **CSFB 2005-C1 SHOPPES OF PLANTATION ACRES, LLC**, a Florida limited liability company ("Assignee"), whose address is c/o LNR Partners, Inc., 1601 Washington Avenue, Suite 700 Miami Beach, Florida 33139, all of its interest in that certain claim filed by or on behalf of Assignor in the bankruptcy of Circuit City Stores, Inc., or any of its affiliates (collectively, "CCS") pending in the United States Bankruptcy Court for the Eastern District of Virginia, Case No. 08-35653, Claim No. 12855, filed on or about May 5, 2009, which evidences a claim in the amount of $1,042,054.01, a copy of which is attached hereto as **Exhibit A** ("*Claim*").

Assignor agrees that, in the event Assignor receives any payments or distributions with respect to Claim after the date hereof, Assignor shall accept the same as Assignee's agent and shall hold the same in trust on behalf of, and for the sole benefit of, Assignee and shall promptly deliver the same to Assignee.

Assignor agrees that in the event Assignor receives any correspondence with respect to the Claim after the date hereof, Assignor shall promptly forward such correspondence to the Assignee at the following address:

c/o LNR Partners, LLC
Attn: Director of Servicing
(Re: CSFB 2005-C1 Loan no. 991071487)
1601 Washington Avenue, Suite 700
Miami Beach, Florida 33139

Assignor hereby waives any notice and hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure and further stipulates that any necessary order may be entered by the Clerk of the Bankruptcy Court recognizing Assignee as the valid owner and holder of such Claim. It shall be the Assignee's responsibility to file any requisite notice of transfer.

Assignor does not make any representations or warranties regarding the Claim other than Assignor is the sole, present owner of the Claim, with the rights to transfer the Claim as described herein. Further, the Claim is assigned to the Assignee without recourse to the Assignor.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative this _10_ day of _September_, 2010.

STARPOINT PROPERTIES, LLC, on its
own behalf and as Manager of Sunrise
Plantation Properties, LLC

By: _____
Name: Paul Daneshrad
Title: CEO

MIAMI 2275025.1 7249638084
C&B 1079891v2

# EXHIBIT A TO ASSIGNMENT OF CLAIM

B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT    Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Circuit City Stores, Inc. | Case Number: 08-35653 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Starpoint Properties, LLC

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Augustus C. Epps, Jr., Esquire
Christian & Barton, L.L.P.
909 East Main Street, Suite 1200, Richmond, VA 23219-3095

Court Claim Number: _____
(If known)

Telephone number:
(804) 697-4104

Filed on: _____

Name and address where payment should be sent (if different from above):
Starpoint Properties, LLC
450 N. Roxbury Drive #1050
Beverly Hills, California 90210

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:
(310) 247-0550

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed:    $1,042,054.01*
*amount includes §502(b)(6) and other damages as well as amounts for which §503(b)(1) priority may be asserted. See attachment for breakdown.
If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

2. Basis for Claim: tenant obligations under lease (copy of lease provided upon request)
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____

3a. Debtor may have scheduled account as: Store No. 3249
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____   Annual Interest Rate ___%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____   Basis for perfection: _____

Amount of Secured Claim: $_____   Amount Unsecured: $_____

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Date: 05/05/2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ Augustus C. Epps, Jr., counsel

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Circuit City Stores, Inc.
Case no. 08-35653

Lessor:
Starpoint Properties, LLC

Location:
Store #3249, Plantation, Florida

Lease Expiration:
January 31, 2018
15% (March 12, 2009 - January 31, 2018) equals 16 months

Claim:*

| | | |
|---|---:|---:|
| November 2008 rent ($57,740.17) plus Florida sales tax ($3,306.94) | | $61,047.11 |
| 12 months rent (including Florida sales tax) | 732,565.32 | |
| Rent for 15% of remaining term | 976,753.76 | 976,753.76 |
| Attorneys fees and costs as of February 28, 2009 | | 4,253.14 |
| Total | | $1,042,054.01 |

---

*Debtor rejected lease effective March 12, 2009. Starpoint Properties reserves the right to amend this proof of claim at the time of the filing of the appropriate notice of rejection. This claim is without prejudice to Starpoint Properties' position that attorneys fees and costs and other post-petition obligations constitute Chapter 11 administrative expenses under 11 U.S.C. § 365(d)(3), and also without prejudice to creditor's right to claim all or a portion of its additional attorneys fees and costs, taxes, CAM and other costs as administrative expenses at the appropriate time.

946531



Luisa M. Flores
Direct Dial: 305-350-7205
Direct Fax: 305-351-2271
E-mail: lflores@bilzin.com

**VIA FEDERAL EXPRESS**

December 3, 2010

United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219-1888

Re:    **In re: Circuit City Stores, Inc., et al., Case No. 08-35653**

Dear Clerk:

Enclosed please find a ***Notice of Transfer of Claim other than for Security*** for filing in the above-referenced bankruptcy case.

Please note that a copy of this Notice is simultaneously being filed with the Claims Processing Dept. of Kurtzman Carson Consultants LLC.

We have also enclosed a separate copy of the notice. Please date, stamp and return to us in the self addressed, postage prepaid envelope that has been provided for your convenience.

Should you have any questions or comments regarding any of the foregoing, please feel free to contact me.

Respectfully submitted,

*Luisa M. Flores*

Luisa M. Flores
Sr. Bankruptcy Paralegal

Enclosure

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

1450 Brickell Avenue, Suite 2300, Miami, FL  33131-3456    te 305.374.7580   fax 305.374.7593                                            www.bilzin.com