RICHMOND DIVISION

FILED DEC 0 9 2010

CLERK

To Whom It May Concern:

My name is Anthony W. Givens, Jr. I was an employee of the Circuit City Stores Inc. branch in Marlow Heights, MD. On December 3, 2010 I received a letter from Kurtzman, Carson Consultants about Circuit City Stores Inc. filing for Chapter 11 *(Case No. 08-35653 (KRH))*. I was an employee there from November 5, 2007 until January 7, 2008. I worked 5 days a week Monday – Friday, my hours were 2:00pm to 10:00pm with $9.50 in hourly wages. I did not receive my last 4 checks of employment there. I did not receive my second check in November, neither of my checks in December, and my bonus check for working on "Black Friday" sales on November 26, 2007, in which I arrived at the job site at 3:30am to prepare the store for opening at 4:00am and worked until 10:00pm to help close the store, I was assured overtime pay if I worked such long hours.

I believe that this case *(Case No. 08-35653 (KRH))* against Circuit City Stores Inc. entitles me to my remaining wages from the company. I would like to obtain the remaining funds allotted to me through this case. I would like to be compensated for my regular hourly wages, my overtime pay.