IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

CIRCUIT CITY STORES, INC., *ET AL.*,

("the Debtors")

Chapter 11

Case No. 08-35653 (KRH)

Jointly Administered

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Ideal Technology Inc., a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Ideal Technology Inc.
3960 Prospect Ave
Ste M
Yorba Linda, CA  92886-1751

**New Address**

Ideal Technology Inc.
HSBC BANK USA NA
VonWin
Dept CH 16354
Palatine, IL 60055-6354

Dated: November 17, 2010

Respectfully submitted,

By: _IDEAL TECHNOLOGY, INC_

Signature: _[signed]_

Print Name: _RICHARD GLAVAS_

Title: _OWNER / PRESIDENT_