IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re:<br><br>CIRCUIT CITY STORES, INC., *ET AL.*,<br><br>("the Debtors") | Chapter 11<br><br>Case No. 08-35653 (KRH)<br><br>Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that, Westlake, Limited Partnership, a creditor in the above-referenced bankruptcy proceeding, has changed its address and requests that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

| Old Address | New Address |
|---|---|
| Westlake Limited Partnership<br>Paul S Biley Jr VSB 13973<br>Williams Mullen<br>PO Box 1320<br>Peoria, IL 23218-1320 | Westlake, Limited Partnership<br>HSBC BANK USA NA<br>VonWin<br>Dept CH 16354<br>Palatine, IL 60055-6354 |

Dated: December 8, 2010

Respectfully submitted,

By: _____

Signature: Westlake Limited Partnership

Print Name: Leslie B. Cohen

Title: President

**COHEN DEVELOPMENT COMPANY**

December 8, 2010

406 SW WASHINGTON STREET
PEORIA, ILLINOIS 61602

Tel:  (309) 671-1000
Fax:  (309) 673-4308

The Liquidating Trust/The Liquidating Trustee
of Circuit City Stores, Inc.
c/o Crowe Horwath, LLC
Attn: Mr. Alfred Siegel, CPA, CFF
15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2250

Re: Change of Address Notification

Dear Sir:

Please be advised that Westlake, LP, a creditor in the Circuit City Stores, Inc., *et al.* bankruptcy proceedings, has changed its address and requests that services of any pleadings, distributions, notices or correspondence related to this matter be sent to the new address noted below, effective immediately:

| Old Address: | New Address: |
|---|---|
| Westlake Limited Partnership | Westlake Limited Partnership |
| Paul S Biley Jr VSB 13973 | HSBC BANK USA NA |
| Williams Mullen | VonWin |
| PO Box 1320 | Dept CH 16354 |
| Peoria, IL 23218-1320 | Palatine, IL 60055-6354 |

By: _____
Name: Leslie B. Cohen
Title: President

cc: Pachulski, Stang, Ziehl & Jones, LLP & Kurtzman Carson Consultants, LLC

BUILDING COMMUNITIES WITH SHOPPING CENTERS | SINCE 1970    Member International Council of Shopping Centers