Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Circuit City
Stores, Inc. Liquidating Trust

UNITED STATES BANKRUPTCY COURT<br>
EASTERN DISTRICT OF VIRGINIA<br>
RICHMOND DIVISION

- - - - - - - - - - - - - - x
In re:                    :   Chapter 11
                          :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                   :
                          :
          Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x

**EIGHTH AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
AS CO-COUNSEL TO THE DEBTORS, FOR SERVICES RENDERED
FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010
AND FOR FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF MCGUIREWOODS LLP FOR SERVICES RENDERED TO THE
DEBTORS FROM NOVEMBER 10, 2008 THROUGH JULY 31, 2010**

McGuireWoods LLP ("MW"), in its capacity as former co-

counsel to the debtors and debtors in possession in the

above-captioned jointly administered cases (collectively,

the "Debtors"), submits the following as its Eighth and

Final Application for Compensation and Reimbursement of

Expenses for Services Rendered from August 1, 2010 through

October 31, 2010 and for Final Approval of Compensation and

Reimbursement of Expenses of McGuireWoods LLP for Services

Rendered to the Debtors from November 10, 2008 through July 31, 2010 (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b) and Federal Rule of Bankruptcy Procedure 2016.  MW certifies that the Trust and the Trustee (both as hereinafter defined) have received a copy of this Application, but have not completed their review.  In addition, MW certifies that a copy of this Application has been served on the Office of the United States Trustee.  For its Application, MW seeks the entry of an order, substantially in the form attached hereto as Exhibit A, granting final approval of compensation in the amount of $697,433.00 and reimbursement of expenses in the amount of $22,298.14 for services rendered by MW from August 1, 2010 through October 31, 2010 (the "Application Period"), and final approval of compensation in the amount of $5,729,451.25 and reimbursement of expenses in the amount of $149,857.55 for services rendered by MW from November 10, 2008 through July 31, 2010, which was previously approved by this Court on an interim basis in MW's first through seventh interim applications.  Additionally, in accordance with Article V.B. of the Plan, MW is seeking final approval of compensation and reimbursement of actual, necessary expenses in connection with the preparation, filing, and prosecution

of this Application, as well as assisting with and filing
the Debtors' other professionals' final applications, which
occurred post-Effective Date, in an estimated amount not to
exceed $15,000.[1]  In support of the application, MW
respectfully represents as follows:

## JURISDICTION

1.    This Court has jurisdiction to consider this
Application under 28 U.S.C. §§ 157 and 1334.  This is a core
proceeding under 28 U.S.C. § 157(b).  Venue of these cases
and this Motion in this District is proper under 28 U.S.C.
§§ 1408 and 1409.

2.    The bases for the relief requested herein are
sections 330, 331 and 503(b) of title 11 of the United
States Code (the "Bankruptcy Code") and Federal Rule of
Bankruptcy Procedure (the "Bankruptcy Rules") 2016.

## BACKGROUND

3.    On November 10, 2008 (the "Petition Date"), the
Debtors filed voluntary petitions in this Court for relief
under chapter 11 of the Bankruptcy Code.  Until the
Effective Date of the Plan (as hereinafter defined), the
Debtors managed and operated their businesses as debtors in

---

[1] This amount is estimated since the time spent filing all of the
Debtors' professionals' final fee applications and attending the hearing
on the Application has not yet occurred.  See paragraphs 85-88 and
Exhibit E for additional detail.

possession pursuant to Bankruptcy Code sections 1107 and 1108.

4.  On November 12, 2008, the Office of the United States Trustee for the Eastern District of Virginia appointed a statutory committee of unsecured creditors (the "Creditors' Committee").  To date, no trustee or examiner has been appointed in these chapter 11 cases.

5.  On January 16, 2009, the Court authorized the Debtors, among other things, to conduct going out of business sales at the Debtors' remaining 567 stores pursuant to an agency agreement (the "Agency Agreement") between the Debtors and a joint venture, as agent.  On January 17, 2009, the agent commenced going out of business sales pursuant to the Agency Agreement at the Debtors' remaining stores.  As of March 8, 2009, the going out of business sales at the Debtors' remaining stores had been completed.

6.  On September 29, 2009, the Debtors and the Creditors' Committee (collectively, the "Plan Proponents") filed the First Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors In Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "First Amended Plan").  The

associated disclosure statement (the "Disclosure Statement")
was approved on September 24, 2009.

7.    On August 9, 2010, the Debtors and the Creditors'
Committee filed the Supplemental Disclosure with Respect to
Second Amended Joint Plan of Circuit City Stores, Inc. and
its Affiliated Debtors and Debtors in Possession and its
Official Committee of Creditors Holding General Unsecured
Claims and Notice of Deadline to Object to Confirmation (the
"Supplement") and the Second Amended Joint Plan of
Liquidation of Circuit City Stores, Inc. and its Affiliated
Debtors and Debtors In Possession and its Official Committee
of Creditors Holding General Unsecured Claims (the "Plan").

8.    On September 14, 2010, the Court entered its
Findings of Fact, Conclusions of Law and Order Confirming
Modified Second Amended Joint Plan of Liquidation of Circuit
City Stores, Inc. and its Affiliated Debtors and Debtors in
Possession and its Official Committee of Creditors Holding
General Unsecured Claims (Docket No. 8555).

9.    On November 1, 2010 (the "Effective Date"), the
Plan became effective (Docket No. 8865).

10.    On the Effective Date, the Plan provided for the
creation of the Circuit City Stores, Inc. Liquidating Trust

(the "Trust"), which appointed Alfred H. Siegel as its trustee ("Trustee").

## MCGUIREWOODS LLP'S EMPLOYMENT

11.  On November 18, 2008, MW filed an Application to Employ and Retain McGuireWoods LLP as Counsel for the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 329 (Docket No. 191) (the "Employment Application").

12.  On December 8, 2008, the Court entered an order authorizing the employment of MW as counsel to the Debtors (Docket No. 791) (the "Employment Order").

13.  By this Application, MW is seeking, inter alia, final approval of its compensation and reimbursement of expenses pursuant to the Employment Order and pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code for the period of November 10, 2008 through October 31, 2010.

14.  MW charges legal fees on an hourly basis at its attorneys' and paraprofessionals' hourly rates, which rates are set in accordance with the attorney's or paraprofessional's seniority and experience and are adjusted from time to time.  MW also charged the Debtors for its actual out-of-pocket expenses incurred including, but not limited to, photocopying, long distance telephone calls, messenger services, computer research, travel expenses,

overnight mail and court fees.  MW's fee structure and
expense reimbursement policies were disclosed in MW's
Employment Application, to which no party objected and this
Court approved.  <u>See</u> Docket Nos. 191, 791.

15.  The names of all MW attorneys and
paraprofessionals who have worked on this matter and their
respective hourly rates are set forth on <u>Exhibit B</u> hereto.

16.  MW currently holds a retainer from the Debtors in
the amount of $348,568.07.

17.  To the best of MW's knowledge, and upon
information and belief, the Debtors have paid or will pay
undisputed postpetition operating expenses in the ordinary
course.

18.  To the best of MW's knowledge, and upon
information and belief, the Debtors have sufficient funds on
hand to pay the compensation and reimbursement of expenses
requested herein.

19.  To the best of MW's knowledge, and upon
information and belief, the Debtors have filed with the
United States Trustee all monthly operating reports
presently due, and have paid all quarterly fees to the
United States Trustee that are presently due.

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

20.  On December 9, 2008, this Court entered an Order
under Bankruptcy Code Sections 105(a) and 331 Establishing
Procedures for Interim Compensation (Docket No. 830)(the
"Interim Compensation Order"), which approved the interim
compensation procedures attached thereto (the "Interim
Compensation Procedures").  Pursuant to paragraph (d) of the
Interim Compensation Procedures, interim applications for
compensation and reimbursement of expenses must be filed on
or before September 14, 2010.  Moreover, in accordance with
paragraphs (a) and (d) of the Interim Compensation
Procedures, MW will serve a copy of this Application upon
the Notice Parties (as defined therein).  Moreover, notice
of the Application will be served on the parties as required
by the Case Management Order (Docket No. 130).

21.  Pursuant to the Interim Compensation Procedures,
approximately on or after the tenth (10th) day of each month
following the month for which compensation was sought, MW
submitted a monthly statement to the Notice Parties (as
defined in the Interim Compensation Procedures).  The
parties had twenty (20) days to review any such statement.
If there were no objections, at the expiration of the twenty
(20) day period, the Debtors were ordered to promptly pay

eighty-five percent (85%) of the fees and one hundred percent (100%) of the expenses identified in each monthly statement.  MW submitted monthly statements for each month during the Application Period and no objections were received.  Accordingly, MW has been paid eighty-five percent (85%) of its total requested fees and one hundred percent (100%) of its expenses during the Application Period.  A chart summarizing these payments and the monthly statements is attached hereto as Exhibit C.

     22.  This is MW's eighth interim and final application. This Court previously approved MW's first through seventh interim applications, which are incorporated herein by reference.  See MW's Interim Applications at Docket Nos. 2618, 3619, 4851, 6085, 6846, 7819 and 8565; Orders Approving MW's Interim Application at Docket Nos.  3080, 4296, 5290, 6356, 7286, 8046 and 8874.

**REQUESTED FEES AND REIMBURSEMENT OF EXPENSES**

     23.  MW played an important role in advising the Debtors and handling the day to day administration of the Debtors' chapter 11 cases.  As a result of its efforts during the Application Period, MW now seeks final allowance of $697,433.00 in fees calculated at the applicable guideline hourly billing rates of the firm's personnel who

have worked on the cases, and $22,298.14 in expenses

actually and necessarily incurred by MW while providing

services to the Debtors during the Application Period.

Moreover, MW is seeking final allowance of $5,729,451.25 in

fees and $149,857.55 in expenses for services rendered by MW

from November 10, 2008 through July 31, 2010.  Additionally,

in accordance with Article V.B. of the Plan, MW is seeking

final approval of compensation and reimbursement of actual,

necessary expenses in connection with the preparation,

filing, and prosecution of this Application, as well as

assisting with and filing the Debtors' other professionals'

final applications, which occurred post-Effective Date, in

an estimated amount not to exceed $15,000.[2]

     24.   In staffing this case, in budgeting and incurring

charges and disbursements, and in preparing and submitting

this Application, MW was mindful of the need to be efficient

while providing full and vigorous representation to the

Debtors.  MW also has been especially cognizant of the

standards established by this Court for compensation of

professionals and reimbursement of charges and

disbursements.  As described in detail herein, MW believes

---

[2] This amount is estimated since the time spent filing all of the
Debtors' professionals' final fee applications and attending the hearing
on the Application has not yet occurred.  See paragraphs 85-88 and
Exhibit E for additional detail.

that the requests made in this Application comply with this
Court's standards in the context of the unique circumstances
surrounding these large and complex chapter 11 cases.

### SUMMARY OF SERVICES PROVIDED DURING THE APPLICATION PERIOD

**A.    General Case Administration.**

25.  <u>Description</u>.  MW assisted with, <u>inter alia</u>, the
review, analysis and preparation of correspondence,
documents, pleadings and notices; handled the day to day
administration of the Debtors' chapter 11 cases; prepared
and maintained a case calendar, hearing planners and omnibus
hearing agendas used by the Debtors and their professionals
in these chapter 11 cases; prepared for and participated in
all court hearings in these chapter 11 cases; regularly
participated in meetings and telephone conferences with
officers and employees of the Debtors and the Debtors'
financial and other advisors regarding the foregoing as well
as other operational, organizational and strategic issues
arising in the cases; regularly participated in meetings and
telephone conferences with professionals for the Committee,
creditors and other parties in interest regarding the
foregoing and various other issues arising in these cases;
assisted the Debtors with the service of relevant documents
on appropriate parties, and the organization of information

and document requests from various parties; handled all
electronic case filing and related issues; regularly
communicated with the Clerk's office, Chambers and the U.S.
Trustee's office regarding various case administration
issues; handled the internal coordination of motions,
responses, objections and other related matters; coordinated
the establishment and maintenance of a MW's telephone
hotline to assist in responding to the numerous inquiries
from creditors and other parties in interest that these
cases have generated; and responded to garnishment requests.

26.    <u>Necessity and Benefit to the Estates</u>.    These
services were necessary to assist the Debtors in the
administration and prosecution of these complex chapter 11
cases.

27.    <u>Status</u>.    These matters will continue on an as
needed basis until the chapter 11 cases are closed.

28.    <u>Hours Spent and Compensation Requested</u>.    In
connection with the foregoing matters, MW's professionals
expended 118.1 hours during the Application Period for a
total of $38,917.50.    The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**B.    Restructuring and General Strategy.**

29.    <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>, the preparation of SEC filings regarding confirmation of the Plan.

30.    <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors in the administration and prosecution of these complex chapter 11 cases.

31.    <u>Status</u>.  These matters are concluded.

32.    <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 2.3 hours during the Application Period for a total of $1,035.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**C.    Monthly Operating Reports.**

33.    <u>Description</u>.  MW assisted the Debtors and their professionals with, <u>inter</u> <u>alia</u>, the preparation of and filing of the Debtors' Monthly Operating Reports.

34.    <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors with compliance with the Bankruptcy Code, local bankruptcy rules and the United States Trustee's guidelines.

35.   <u>Status</u>.   These matters are concluded.

36.   <u>Hours Spent and Compensation Requested</u>.   In connection with the foregoing matters, MW's professionals expended 1.4 hours during the Application Period for a total of $581.00.   The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**D.    Professional Retention/Fee Applications.**

37.   <u>Description</u>.   Pursuant to the requirements of the Interim Compensation Order, MW prepared detailed monthly fee statements for distribution to the Notice Parties and handled inquires from all of the professionals regarding monthly fee statements.   Moreover, MW assisted with, <u>inter alia</u>, various issues pertaining to the retention and payment of various professionals employed by the Debtors and the Committee in connection with the Debtors' bankruptcy cases, including bankruptcy counsel, special counsel, accountants, financial advisors and ordinary course professionals; reviewed, analyzed, drafted and filed interim fee applications and notices on behalf of all of the Debtors' professionals; drafted and filed a supplemental declaration in support of MW's employment; coordinated the employment of professionals and filed pleadings on behalf of the Debtors'

professionals, including ordinary course professionals,
according to the procedures established by this Court; and
communicated with the Office of the United States Trustee
regarding the foregoing.

38. <u>Necessity and Benefit to the Estates</u>. These
services were necessary to comply with the Bankruptcy Code,
the Interim Compensation Order and the United States
Trustee's guidelines. Additionally, access to qualified
professionals is critical to the Debtors' chapter 11 cases.

39. <u>Status</u>. These matters are concluded.

40. <u>Hours Spent and Compensation Requested</u>. In
connection with the foregoing matters, MW's professionals
expended 17.8 hours during the Application Period for a
total of $8,075.00. The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**E.   Creditors Committee.**

41. <u>Description</u>. MW assisted with, <u>inter</u> <u>alia</u>,
transitioning matters to counsel for the Trust.

42. <u>Necessity and Benefit to the Estates</u>. These
services were necessary to assist the Debtors with
transitioning matters to counsel for the Trust.

43. <u>Status</u>. The Creditors' Committee has been dissolved.

44. <u>Hours Spent and Compensation Requested</u>. In connection with the foregoing matters, MW's professionals expended 0.8 hours during the Application Period for a total of $480.00. The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**F.   Executory Contracts.**

45. <u>Description</u>. MW assisted with, <u>inter</u> <u>alia</u>, researching, drafting, analyzing and filing pleadings regarding the rejection of Ryan's executory contracts and the related appeal; and regularly participated in meetings and telephone conferences with the Debtors, their professionals and opposing counsel regarding the foregoing.

46. <u>Necessity and Benefit to the Estates</u>. These services were necessary to assist the Debtors in the Ryan appeal.

47. <u>Status</u>. These matters will continue as the need arises.

48. <u>Hours Spent and Compensation Requested</u>. In connection with the foregoing matters, MW's professionals expended 10.2 hours during the Application Period for a

total of $4,751.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E.</u>

**G.   Litigation.**

49.  <u>Description</u>.  MW historically represented the Debtors in various litigation matters.  MW also assisted with, <u>inter alia</u>, researching and drafting complaints and filing other pleadings in multiple adversary proceedings and district court appeals; conducted discovery, prepared for trial and negotiated a settlement with Active Media resulting in a $3.1 million payment to the Debtors; corresponded with litigation parties regarding the foregoing, demand letters, settlements and related matters; and analyzed strategies and participated in meetings regarding adversary proceedings and district court appeals.

50.  <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors with various litigation matters.

51.  <u>Status</u>.  These matters will continue as the need arises.

52.  <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 384.9 hours during the Application Period for a

total of $156,802.50.  The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**H.    Avoidance Actions Matters.**

53.  Description.  MW assisted with, inter alia, the
analysis, and preparation of various preference complaints
and demand letters; reviewed preference analyses and
researched and drafted pleadings and discovery; and
regularly participated in meetings and teleconferences with
the Debtors, the Debtors' professionals and
defendants/demand letter recipients regarding the foregoing.

54.  Necessity and Benefit to the Estates.  These
services were necessary to assist the Debtors in developing
and implementing a strategy for recovering money for the
estate.

55.  Status.  These matters are concluded.

56.  Hours Spent and Compensation Requested.  In
connection with the foregoing matters, MW's professionals
expended 356.8 hours during the Application Period for a
total of $115,560.50.  The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**I.    Real Estate.**

57.   <u>Description</u>.  MW historically represented the
Debtors on various real estate matters and continues to
handle matters related thereto.  MW also assisted with,
<u>inter</u> <u>alia</u>, the review, analysis and drafting of
correspondence, documents and pleadings regarding
disposition of real property leases and the sale of
property; drafted and filed multiple pleadings and notices
regarding the sale of real property; and participated in
meetings and telephone conferences with the Debtors and
their professionals, landlords and their counsel, and other
parties in interest regarding the foregoing.

58.   <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors in various
real estate and related matters.

59.   <u>Status</u>.  These matters will continue as the need
arises.

60.   <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 172.6 hours during the Application Period for a
total of $56,089.00.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**J.    Tax Matters.**

61.    <u>Description</u>.    MW historically represented the
Debtors in connection with various tax matters, including an
IRS audit, tax audit appeals and related tax matters, which
are ongoing.    MW also assisted with, <u>inter alia</u>, the review,
analysis and preparation of correspondence, documents and
pleadings regarding various tax matters and tax claims;
participated in the analysis and researched issues regarding
the Debtors' strategies regarding overall tax procedures and
protocols for tax issues that impact the Debtors' estates;
analyzed tax claims and objections thereto; and participated
in meetings and telephone conferences with the Debtors and
various taxing authorities regarding the foregoing.

62.    <u>Necessity and Benefit to the Estates</u>.    These
services were necessary to assist the Debtors in connection
with resolving tax related issues.

63.    <u>Status</u>.    These matters will continue as the need
arises.

64.    <u>Hours Spent and Compensation Requested</u>.    In
connection with the foregoing matters, MW's professionals
expended 85.9 hours during the Application Period for a
total of $44,956.00.    The complete narrative, time detail of

the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**K.    Claims Administration.**

65.  <u>Description</u>.  MW assisted with, <u>inter</u> <u>alia</u>, the
review and analysis of and responses to numerous claimants'
communications; researched, analyzed, drafted and filed
multiple omnibus objections to claims and reviewed and
analyzed claims regarding the foregoing; analyzed responses
to omnibus claim objections, negotiated resolutions to
omnibus claim objections, responded to and drafted
discovery, and drafted and filed and pleadings in connection
therewith; drafted and maintained a summary of the status of
all adjourned claims; participated in hearings regarding
claim-related matters; and participated in multiple
telephone conferences and meetings with Debtors and their
professionals regarding the foregoing.

66.  <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors in developing
and implementing a claims resolution strategy and responding
to claimants regarding claims related issues.

67.  <u>Status</u>.  These matters will continue as the need
arises.

68.   Hours Spent and Compensation Requested.   In
connection with the foregoing matters, MW's professionals
expended 516.4 hours during the Application Period for a
total of $206,205.00.   The complete narrative, time detail
of the hours incurred and the value of the matter by
professional is attached hereto as Exhibit E.

**L.    Disclosure Statement and Plan.**

69.   Description.   MW assisted with the, inter alia,
the filing of the Plan and supplemental disclosure related
thereto; analyzed and revised pleadings and communicated
with counsel regarding plan documents; prepared for and
participated in the hearing on confirmation of the Plan;
analyze post-Effective Date issues; and participated in
communications with the Debtors, counsel for the Creditors'
Committee and other professionals and creditors regarding
the foregoing.

70.   Necessity and Benefit to the Estates.   These
services were necessary to assist the Debtors in developing
and confirming a plan of liquidation and disclosure
statement.

71.   Status.   These matters are concluded.

72.   Hours Spent and Compensation Requested.   In
connection with the foregoing matters, MW's professionals

expended 71.8 hours during the Application Period for a total of $37,592.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as Exhibit E.

**M.     Employee Benefits/Pensions.**

73.    Description.  MW historically represented the Debtors in connection with various employee benefit and pension matters.  MW also assisted with, inter alia, the review, analysis and filing of pleadings regarding the Debtors' 401(k) plan and benefit plan.

74.    Necessity and Benefit to the Estates.  These services were necessary to assist the Debtors with various employee benefit matters.

75.    Status.  These matters will continue as the need arises.

76.    Hours Spent and Compensation Requested.  In connection with the foregoing matters, MW's professionals expended 1.0 hour during the Application Period for a total of $526.50.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as Exhibit E.

**N.   Intellectual Property Matters.**

77.   <u>Description</u>.  MW has historically represented the
Debtors in connection with various trademark and
intellectual property matters.  In addition, MW analyzed
issues and corresponded with the Debtors regarding patents
and the renewal or abandonment of various trademarks.

78.   <u>Necessity and Benefit to the Estates</u>.  These
services were necessary to assist the Debtors with various
intellectual property matters.

79.   <u>Status</u>.  These matters will continue as the need
arises.

80.   <u>Hours Spent and Compensation Requested</u>.  In
connection with the foregoing matters, MW's professionals
expended 26.0 hours during the Application Period for a
total of $11,593.50.  The complete narrative, time detail of
the hours incurred and the value of the matter by
professional is attached hereto as <u>Exhibit E</u>.

**O.   Schimenti Construction Litigation.**

81.   <u>Description</u>.  MW assisted with the, <u>inter alia</u>,
the review and analysis of multiple causes of action against
Schimenti; negotiated a settlement with Schimenti and
drafted and filed a stipulation and notice thereof; and

corresponded with the Debtors and defendant's counsel regarding the foregoing.

82. <u>Necessity and Benefit to the Estates</u>.  These services were necessary to assist the Debtors in prosecuting litigation filed against Schimenti as well as defending the Debtors in litigation filed by Schimenti against the Debtors.

83. <u>Status</u>.  These matters are concluded.

84. <u>Hours Spent and Compensation Requested</u>.  In connection with the foregoing matters, MW's professionals expended 37.1 hours during the Application Period for a total of $14,268.00.  The complete narrative, time detail of the hours incurred and the value of the matter by professional is attached hereto as <u>Exhibit E</u>.

**P.      Final Fee Application.**

85. <u>Description</u>.  In accordance with Article V.B. of the Plan, MW is seeking final approval of compensation and reimbursement of actual, necessary expenses in connection with the preparation, filing, and prosecution of this Application.  In addition to drafting and filing this Application, MW has assisted the Debtors' other professionals with their final fee applications and intends to file final fee applications and notices on behalf of all

of the Debtors' professionals and attend the hearing on this Application.

86. <u>Necessity and Benefit to the Estates</u>. These services were necessary to comply with the Bankruptcy Code, the Interim Compensation Order, the United States Trustee's guidelines and the Plan. Additionally, access to qualified professionals was critical to the Debtors' chapter 11 cases.

87. <u>Status</u>. These matters will be concluded after the hearing on the Application and entry of an order on the Application.

88. <u>Hours Spent and Compensation Requested</u>. In connection with the foregoing, MW seeks approval of compensation in connection with this matter in an amount not to exceed $15,000, which is estimated since the time spent filing all of the Debtors' professionals' final fee applications and attending the hearing on the Application has not yet occurred. MW has submitted and will continue to submit invoices to the Trust only for actual time spent on this and any other ongoing matters. The narrative, time detail of the hours incurred through December 10, 2010, and the value of the matter by professional is attached hereto as <u>Exhibit F</u>.

## APPLICABLE LEGAL STANDARD

89.   The Bankruptcy Code sets forth the legal standards
for awarding compensation to professionals employed by the
debtor.   The format for fee applications is set forth in the
U.S. Trustee's Guidelines for Reviewing Applications for
Compensation and Reimbursement of Expenses Filed under
section 330 of the Bankruptcy Code (the "Guidelines").

90.   Under section 330 of the Bankruptcy Code, the
Court may award counsel to the Debtors reasonable
compensation for actual, necessary services rendered by such
attorneys and paraprofessionals employed by such attorneys
based on the nature, extent and value of the services
rendered, time spent on such services and the cost of
comparable services other than in a bankruptcy case.
Furthermore, the Court may award reimbursement for actual,
necessary expenses.

91.   The expenses incurred by MW, as set forth herein,
are reasonable and necessary charges for items including,
but not limited to, photocopying, long distance telephone
calls, messenger services, computer research, travel
expenses, overnight mail and court fees.   Photocopy charges
are assessed at ten cents ($.10) per page, which MW believes
to be competitive for professional firms in this geographic

area.  Some larger copy and mailing projects may have been

performed at an outside copy center at a lower per page

rate.  In all cases, MW has passed through the costs of the

outsourced copy or mailing projects to the estate without

markup.  MW incurred messenger service charges when such

delivery was more economical or when prompt delivery was

necessary in a given circumstance.

92.  Under the "lodestar" approach, the Court should

consider the number of hours of service reasonably devoted

to the case multiplied by the attorney's reasonable rates.

Courts frequently consider the specific "lodestar" factors

enumerated in Johnson v. Georgia Highway Express, Inc., 488

F.2d 714 (5th Cir. 1974).  These lodestar factors were

adopted by the Fourth Circuit in Barber v. Kimbrells, Inc.,

577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934

(1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th

Cir. 1981), where the Fourth Circuit held that the district

court should employ the lodestar approach, and then adjust

the fee on the basis of the remaining Johnson factors in the

case.  The following are the Johnson factors:

    (a)  the time and labor required;

    (b)  the novelty and difficulty of the questions;

(c)  the skill requisite to perform the legal service properly;

(d)  the preclusion of other employment by the attorney due to acceptance of the case;

(e)  the customary fee;

(f)  whether the fee is fixed or contingent;

(g)  time limitations imposed by the client or the circumstances;

(h)  the amount involved and the results obtained;

(i)  the experience, reputation and ability of the attorneys;

(j)  the "undesirability" of the case;

(k)  the nature and length of the professional relationship with the client; and

(l)  awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

93.  MW believes that the services rendered to the Debtors and the out-of-pocket expenses incurred therewith were both necessary and reasonable in view of the Debtors' obligations in these cases, and the size and complexity of these cases.

94.  Moreover, MW worked closely with the Debtors' other professionals to be very efficient and avoid the duplication of services in these chapter 11 cases.

95.   MW is the largest law firm in the Commonwealth of Virginia and among the largest law firms in the country, and has substantial expertise in bankruptcy, business law, tax, commercial litigation and other substantive areas, which has allowed MW to effectively and efficiently address issues arising in a national bankruptcy case.  Further, the rates charged by MW are significantly less than rates charged by other law firms in comparable national chapter 11 cases and MW's rates are consistent with rates charged to other clients in non bankruptcy matters.[3]  MW has efficiently assisted the Debtors by employing a streamlined case management structure that generally consists of a core team with various other attorneys and paraprofessionals assigned to other discrete tasks to avoid the performance of duplicative or unnecessary work.  MW believes the fees requested herein satisfy the Johnson factors as set forth above.

## SUMMARY OF EXHIBITS

96.   A proposed order approving the Application is attached hereto as Exhibit A.

---

[3] Douglas M. Foley is board certified by the American Board of Certification as a specialist in the field of Business Bankruptcy Law. See 11 U.S.C. § 330(a)(3)(E).

97.  Attached hereto as Exhibit B is a list of all
attorneys and paraprofessionals who have worked on these
cases, by name, year of admission (where applicable), hourly
rate, hours expended on these cases, and total fees
incurred.

98.  Pursuant to the Interim Compensation Order, MW has
received eighty-five percent (85%) of its monthly fees and
one hundred percent (100%) of its monthly disbursements for
services rendered in August, September and October 2010.  In
total, MW has received $592,818.05 in fees and $22,298.14 in
disbursements during the Application Period.  See Exhibit C
attached hereto for a statement of those payments.

99.  A summary of all actual and necessary expense
disbursements is attached hereto as Exhibit D.

100. A chronological itemization of time categorized by
task performed is attached hereto as Exhibit E.  MW has made
every effort to place all time entries in the proper service
category; however, it should be noted that in some
circumstances an entry could have been properly placed in
more than one of the service categories.  In such
circumstances, MW has used its best efforts to place the
time entry in the service category that represents the

primary purpose of the services rendered.  Time entries do
not appear in more than one service category.

## NOTICE

101. Pursuant to the Interim Compensation Order, MW has
served copies of the Application on the Notice Parties (as
defined therein).  In addition, MW has served notice of the
hearing on the Application on the parties required by the
Case Management Order.  MW submits that no other or further
notice need be given.

## WAIVER OF MEMORANDUM OF LAW

102. Pursuant to Local Bankruptcy Rule 9013-1(G), and
because there are no novel issues of law presented in this
Application, the Debtors request that this Court waive the
requirement that all motions be accompanied by a written
memorandum of law.

## NO PRIOR REQUEST

103. No prior request for the relief sought herein has
been made to this Court in these bankruptcy cases.  This is
MW's eighth and final application for compensation and
reimbursement of expenses.

WHEREFORE, MW respectfully requests that this Court
enter an order, substantially in the form attached hereto as
Exhibit A, (i) approving the compensation and reimbursement
of expenses requested herein on a final basis, (ii)
authorizing and directing the Debtors to pay such amounts,
and (iii) granting MW such other and further relief as is
just and proper.

Dated: December 16, 2010        MCGUIREWOODS LLP
        Richmond, Virginia

                                /s/ Douglas M. Foley            .
                                Douglas M. Foley (VSB No. 34364)
                                Sarah B. Boehm (VSB No. 45201)
                                One James Center
                                901 E. Cary Street
                                Richmond, Virginia 23219
                                (804) 775-1000

                                Counsel to the Circuit City
                                Stores, Inc. Liquidating Trust

## EXHIBIT A

```
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Circuit City
Stores, Inc. Liquidating Trust
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

```
- - - - - - - - - - - - - - x
In re:                      :   Chapter 11
                            :
CIRCUIT CITY STORES, INC.,  :   Case No. 08-35653 (KRH)
et al.,                     :
                            :
            Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - x
```

**ORDER GRANTING EIGHTH AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF MCGUIREWOODS LLP,
CO-COUNSEL TO THE DEBTORS, FOR SERVICES RENDERED
FROM AUGUST 1, 2010 THROUGH OCTOBER 31, 2010
AND FINAL APPROVAL OF COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF MCGUIREWOODS LLP FOR SERVICES RENDERED
FROM NOVEMBER 10, 2008 THROUGH JULY 31, 2010**

Upon consideration of the Eighth and Final Application

for Compensation and Reimbursement of Expenses of

McGuireWoods LLP, Co-counsel to the Debtors, for Services

Rendered from August 1, 2010 through October 31, 2010 and

Final Approval of Compensation and Reimbursement of Expenses

of McGuireWoods LLP for Services Rendered from November 10,

2008 through July 31, 2010 (the "Application"); and the

Court having reviewed the Application and the Court having determined that the relief requested in the Application is necessary and appropriate; and it appearing that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.    The Application meets the requirements of the Bankruptcy Code and the compensation and reimbursement of expenses sought in the Application is both fair and reasonable.  The Application is hereby approved in its entirety.

2.    Compensation for the Application Period in the total amount of $697,433.00 is hereby approved as final, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP the unpaid portion of such compensation.

3.    The reimbursement of expenses for the Application Period in the total amount of $22,298.14 is hereby approved as final, and the Debtors are hereby authorized and directed to pay McGuireWoods LLP any unpaid portion of such reimbursements.

4.    Compensation in the total amount of $5,729,451.25 and reimbursement of expenses in the total amount of $149,857.55 for services rendered by MW from November 10, 2008 through July 31, 2010 is hereby further approved as final.

5.    Compensation in an actual amount not to exceed $15,000 for services rendered by MW in connection with the preparation, filing, and prosecution of this Application, as well as assisting with and filing the Debtors' other professionals' final applications, which occurred post-Effective Date, is hereby approved as final.

6.    This Court will retain jurisdiction with respect to any dispute concerning the relief granted hereunder.

Dated:  Richmond, Virginia

_____, 2010


_____
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:


/s/ Douglas M. Foley
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Circuit City Stores, Inc. Liquidating Trust


**CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

    Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby
certify that the foregoing proposed order has been endorsed
by or served upon all necessary parties.

                    /s/ Douglas M. Foley


\24947705

# Exhibit B

## EXHIBIT B

In re Circuit City Stores, Inc., _et al_.                    **Summary of Timekeepers**
Case No. 08-35653 (Jointly Adminstered)

Name of Applicant:  McGuireWoods LLP
Role: Co-counsel to the Debtors

| First Interim Application: | Fourth Interim Application: | Seventh Interim Application: |
|---|---|---|
| Fees Approved: $896,193.25 | Fees Approved: $857,682.00 | Fees Approved: $ 909,294.50 |
| Expenses Approved: $37,355.52 | Expenses Approved: $24,808.40 | Expenses Approved: $15,590.24 |

| Second Interim Application: | Fifth Interim Application: | Eighth and Final Application: |
|---|---|---|
| Fees Approved: $706,661.50 | Fees Approved: $715,884.50 | Fees Requested: $651,766.50 |
| Expenses Approved: $9,794.66 | Expenses Approved: $20,263.11 | Expenses Requested: $22,298.14 |

| Third Interim Application: | Sixth Interim Application: |
|---|---|
| Fees Approved: $757,717.00 | Fees Approved: $886,018.50 |
| Expenses Approved: $25,549.27 | Expenses Approved: $16,496.35 |

#### Summary of Timekeepers

| Attorneys | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Abrams, Kenneth W. | 2009 | $ 270.00 | 28.2 | $ 7,614.00 |
| Ashcroft, Erin Q. | 2007 | $ 330.00 | 80.5 | $ 26,565.00 |
| Bell, Craig D. | 1983 | $ 570.00 | 54.2 | $ 30,894.00 |
| Blanks, Daniel F. | 2002 | $ 415.00 | 377.4 | $ 156,621.00 |
| Boehm, Sarah B. | 2000 | $ 495.00 | 215.8 | $ 106,821.00 |
| Drescher, Cullen A. | 2009 | $ 325.00 | 5.3 | $ 1,722.50 |
| Foley, Douglas M. | 1992 | $ 600.00 | 182.5 | $ 109,500.00 |
| Gunlock, Matthew T. | 2006 | $ 320.00 | 154.2 | $ 49,344.00 |
| Kiekhofer, William H. | 1980 | $ 650.00 | 0.2 | $ 130.00 |
| Metjahic, Safet | 2005 | $ 475.00 | 18.8 | $ 8,930.00 |
| O'Brien, Kevin J. | 2009 | $ 290.00 | 22.5 | $ 6,525.00 |
| Owens, LaTisha S. | 1997 | $ 450.00 | 2.3 | $ 1,035.00 |
| Scott, Lori Michelle | 2003 | $ 335.00 | 48.1 | $ 16,113.50 |
| Smith, Douglas B. | 2006 | $ 320.00 | 1.9 | $ 608.00 |
| Stark, Bryan A. | 2007 | $ 335.00 | 386.1 | $ 129,343.50 |
| **ATTORNEY TOTALS:** | | | 1578.0 | $ 651,766.50 |

## EXHIBIT B

**Summary of Timekeepers**

### Paraprofessionals

| | | |
|---|---|---|
| Cain, Karen B. | 35.6 | $ 7,654.00 |
| Carney, Robert Scott | 1.0 | $ 250.00 |
| Gokey, Kymberleigh B. | 0.6 | $ 105.00 |
| Morgan, Doris L. | 4.8 | $ 720.00 |
| Neilson, Linda J. | 174.6 | $ 34,920.00 |
| Simonelli, James J. | 1.5 | $ 337.50 |
| Wigton, Martha Lynn | 7.0 | $ 1,680.00 |
| **PARAPROFESSIONAL TOTALS:** | **225.1** | **$ 45,666.50** |
| **TOTALS:** | **1803.1** | **$ 697,433.00** |

**BLENDED HOURLY RATE:**     $     386.80

# Exhibit C

**EXHIBIT C**

Summary of Monthly Fee Statements

| Period Covered | Total Fees Incurred | Total Fees Requested Pursuant to Interim Compensation Order | Fees Paid | Holdback | Total Expenses Incurred | Total Expenses Requested Pursuant to Interim Compensation Order | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|---|---|
| August 1, 2010 August 31, 2010 | $326,359.00 | $277,405.15 | $277,405.15 | $48,953.85 | $12,808.40 | $12,808.40 | $12,808.40 | $0.00 |
| September 1, 2010 September 30, 2010 | $239,997.00 | $203,997.45 | $203,997.45 | $35,999.55 | $8,324.93 | $8,324.93 | $8,324.93 | $0.00 |
| October 1, 2010 October 31, 2010 | $131,077.00 | $111,415.45 | $111,415.45 | $19,661.55 | $1,164.81 | $1,164.81 | $1,164.81 | $0.00 |
| **TOTALS:** | **$697,433.00** | **$592,818.05** | **$592,818.05** | **$104,614.95** | **$22,298.14** | **$22,298.14** | **$22,298.14** | **$0.00** |

# Exhibit D

# Exhibit D

## Summary of Expenses

| Disbursement | Amount |
|---|---|
| Copy Charges | $799.60 |
| Overnight Delivery | $287.69 |
| Telephone and Teleconference Charges | $766.31 |
| Computer Research | $115.44 |
| Working Meals | $2,642.89 |
| Travel | $12,050.31 |
| Court Costs | $5,635.90 |
| **TOTAL:** | **$22,298.14** |

# Exhibit E

# M<small>c</small>GUIRE WOODS

**Douglas M. Foley**
**(804) 775-1150**

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

September 17, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or (800) 775-2202

INVOICE NO. 91287235

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.   54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:                 $136,394.16
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
    Current Fees:                    $326,359.00
    Current Disbursements:            $12,808.40
    **Current Invoice Total:**                  **$339,167.40**

Total Balance Due:                          $475,561.56

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGUIREWOODS

| | |
|---|---|
| Douglas M. Foley<br>(804) 775-1150 | One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219-4030 |

September 17, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 08/31/10

INVOICE NO.  91287235                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.              2055557-0010
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley

08/02/10  Finalize and file multiple affidavits of
          service and e-mails regarding same (.4); review
          entered orders and e-mails regarding service of
          same (.3)
          Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

08/02/10  Prepare response to G. Etherly regarding
          damaged TV
          Linda J. Neilson    .20 hours at  200.00 per hour.         $40.00

08/02/10  E-mail to professionals regarding omnibus
          hearing transcript
          Karen B. Cain    .40 hours at  215.00 per hour.            $86.00

08/03/10  Review agenda and prepare for omnibus hearing
          on August 5th
          Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

Circuit City Stores Inc
File Number: 2055557                                    Page   2
Invoice No. 91287235                                    September 17, 2010

08/03/10   Analyze request for employee records and
           e-mails with K. Bradshaw regarding affidavit of
           no records (.3); telephone call from counsel
           and e-mails with district attorney regarding
           restitution payments (.4)
           Sarah B. Boehm     .70 hours at   495.00 per hour.          $346.50

08/03/10   Review, organize and response to requests for
           garnishments and subpoenas
           Linda J. Neilson   1.50 hours at   200.00 per hour.         $300.00

08/03/10   Work on professional binders for omnibus
           hearing (1.9); e-mail to and from professionals
           regarding status of filings (.2)
           Karen B. Cain   2.10 hours at   215.00 per hour.            $451.50

08/04/10   Prepare for and attend omnibus hearings
           relating to various matters, including sale of
           DR1 and matters relating to plan and disclosure
           statement
           Douglas M. Foley   1.90 hours at   600.00 per hour.       $1,140.00

08/04/10   Assist in preparation for omnibus hearing
           Bryan A. Stark     .70 hours at   335.00 per hour.          $234.50

08/04/10   Review and organize garnishment and subpoena
           requests
           Linda J. Neilson   1.60 hours at   200.00 per hour.         $320.00

08/05/10   Finalize and file multiple affidavits of
           service in main case, adversary proceedings and
           district court and e-mails regarding same
           Sarah B. Boehm     .50 hours at   495.00 per hour.          $247.50

08/05/10   Organize and prepare research binders (2.7);
           prepare responses to garnishment and subpoena
           requests (.8)
           Linda J. Neilson   3.50 hours at   200.00 per hour.         $700.00

08/06/10   Analyze entered orders and e-mails regarding
           service of same
           Sarah B. Boehm     .30 hours at   495.00 per hour.          $148.50

08/09/10   Research orders on motions to seal and e-mail
           with debtors' professionals and counsel to
           creditors' committee regarding same
           Bryan A. Stark     .60 hours at   335.00 per hour.          $201.00

08/10/10   Review and organize requests for garnishments
           and subpoenas
           Linda J. Neilson   1.20 hours at   200.00 per hour.         $240.00

Circuit City Stores Inc
File Number: 2055557                                    Page    3
Invoice No. 91287235                               September 17, 2010

08/11/10  Review and file affidavits of service
          Bryan A. Stark    .40 hours at  335.00 per hour.        $134.00

08/13/10  Prepare Exhibit A to 8/23/10 hearing agenda
          Linda J. Neilson   1.40 hours at  200.00 per hour.      $280.00

08/16/10  Prepare and circulate Exhibit A to 8/23/10
          hearing agenda
          Linda J. Neilson   1.00 hours at  200.00 per hour.      $200.00

08/17/10  Review, organize and prepare responses to
          requests for garnishments and subpoenas (1.4);
          review, revise and circulate exhibit a to
          hearing agenda for comments (.6)
          Linda J. Neilson   2.00 hours at  200.00 per hour.      $400.00

08/18/10  Review and revise agenda for August 23rd
          hearing date and e-mails with debtors'
          professionals and creditors' lawyers regarding
          same (1.7); e-mails regarding status of hearing
          of matters on August 23rd, including Quebecor
          (.3)
          Douglas M. Foley   2.00 hours at  600.00 per hour.    $1,200.00

08/18/10  Analyze agenda and e-mails regarding status of
          various matters
          Sarah B. Boehm    .40 hours at  495.00 per hour.        $198.00

08/18/10  Review and prepare suggestion of bankruptcy and
          prepare responses to other requests for
          garnishments (1.2); review and revise 8/23/10
          hearing agenda (.8)
          Linda J. Neilson   2.00 hours at  200.00 per hour.      $400.00

08/19/10  Revise and circulate 8/23/10 hearing agenda and
          Exhibit A
          Linda J. Neilson   1.40 hours at  200.00 per hour.      $280.00

08/20/10  Review, file and arrange for service of omnibus
          hearing agenda
          Bryan A. Stark    .50 hours at  335.00 per hour.        $167.50

08/20/10  Review, revise and circulate 8/23/10 hearing
          agenda and Exhibit A for filing
          Linda J. Neilson   1.80 hours at  200.00 per hour.      $360.00

08/23/10  Prepare for and participate in omnibus hearing
          regarding various motions and resolved matters
          Sarah B. Boehm    .50 hours at  495.00 per hour.        $247.50

Circuit City Stores Inc
File Number: 2055557                              Page   4
Invoice No. 91287235                             September 17, 2010


08/23/10 Revise and circulate Exhibit A to 8/31/10
         hearing agenda
         Linda J. Neilson    .60 hours at   200.00 per hour.        $120.00

08/23/10 Assist with omnibus hearing preparations
         Karen B. Cain    .90 hours at   215.00 per hour.           $193.50

08/25/10 Begin review of August 31st hearing agenda
         items and matters
         Douglas M. Foley   .40 hours at   600.00 per hour.         $240.00

08/25/10 Finalize and file multiple affidavits of
         service and e-mails regarding same (.3);
         multiple e-mails regarding additional omnibus
         hearing dates (.4)
         Sarah B. Boehm   .70 hours at   495.00 per hour.           $346.50

08/25/10 Review, revise and respond to garnishment
         requests
         Linda J. Neilson   1.20 hours at   200.00 per hour.        $240.00

08/26/10 Review and revise 8/31/10 hearing agenda and
         Exhibit A
         Linda J. Neilson   1.60 hours at   200.00 per hour.        $320.00

08/27/10 E-mails regarding finalization of agenda for
         August 31st hearing date and e-mails with
         debtors' professionals and client regarding
         same
         Douglas M. Foley   .80 hours at   600.00 per hour.         $480.00

08/27/10 Analyze and revise agenda and multiple calls
         and e-mails regarding status of multiple
         matters
         Sarah B. Boehm   .30 hours at   495.00 per hour.           $148.50

08/27/10 Review, revise and file proposed agenda and
         e-mails with parties regarding same
         Daniel F. Blanks   .90 hours at   415.00 per hour.         $373.50

08/27/10 Review, revise and circulate 8/31/10 hearing
         agenda and Exhibit A for filing (1.5); prepare
         documents for 8/31/10 hearing (.8); review and
         prepare responses to garnishments and subpoena
         (1.2)
         Linda J. Neilson   3.50 hours at   200.00 per hour.        $700.00

08/29/10 Prepare documents for 8/31/10 omnibus hearing
         Linda J. Neilson    .50 hours at   200.00 per hour.        $100.00

Circuit City Stores Inc
File Number: 2055557                                    Page   5
Invoice No. 91287235                                    September 17, 2010

08/30/10  Review agenda and prepare for omnibus hearings
          on August 31st, including Tennessee late claim
          matter and summary judgment with respect to
          Mitsubishi
          Douglas M. Foley    1.90 hours at  600.00 per hour.        $1,140.00

08/30/10  Multiple calls and e-mails regarding status of
          adjourned motions
          Sarah B. Boehm     .30 hours at  495.00 per hour.           $148.50

08/30/10  Review, organize and respond to garnishment and
          subpoena requests
          Linda J. Neilson    2.60 hours at  200.00 per hour.         $520.00

08/31/10  Prepare for and attend omnibus hearing
          regarding various matters, including claim
          objections and litigation proceedings
          Douglas M. Foley    4.30 hours at  600.00 per hour.       $2,580.00

08/31/10  Revise and submit orders regarding motions
          granted at omnibus hearing and multiple e-mails
          regarding same (.4); draft notice of additional
          omnibus hearing dates and e-mails regarding
          same (.5)
          Sarah B. Boehm     .90 hours at  495.00 per hour.          $445.50

08/31/10  Review, organize and prepare responses to
          garnishments and subpoenas
          Linda J. Neilson    1.00 hours at  200.00 per hour.         $200.00

08/31/10  Prepare case law binders (1.9); work on omnibus
          hearing binder updates (.7); assist with
          omnibus hearing documents and preparations
          (3.6)
          Karen B. Cain    6.20 hours at  215.00 per hour.         $1,333.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 12.5 | $7,500.00 |
| Sarah B. Boehm | $495.00 | 5.3 | $2,623.50 |
| Daniel F. Blanks | $415.00 | 0.9 | $373.50 |
| Bryan A. Stark | $335.00 | 2.2 | $737.00 |
| Karen B. Cain | $215.00 | 9.6 | $2,064.00 |
| Linda J. Neilson | $200.00 | 28.6 | $5,720.00 |
| TOTAL FEES | | 59.1 | $19,018.00 |

Re: Monthly Operating Reports
    Our File No.            2055557-0060
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                         Page   6
Invoice No. 91287235                                         September 17, 2010

08/13/10 Review, analyze and file monthly operating
         report
         Daniel F. Blanks    .50 hours at  415.00 per hour.       $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

**Re: Professional Retention/Fee Applications**
     **Our File No.**              2055557-0070
     **Circuit City Contact**      Katie Bradshaw
     **McGuireWoods Contact**      Douglas M. Foley

08/03/10 E-mails with Crowe Horwath regarding U.S.
         Trustee's office and fee applications (.2);
         e-mails to and from KPMG regarding supplemental
         application (.1)
         Sarah B. Boehm    .30 hours at  495.00 per hour.       $148.50

08/05/10 Analyze KPMG retention order, finalize and file
         KPMG supplemental declaration, revise and file
         certificate of service and multiple e-mails
         regarding same
         Sarah B. Boehm    .90 hours at  495.00 per hour.       $445.50

08/06/10 Analyze and revise monthly fee statement
         Sarah B. Boehm   1.20 hours at  495.00 per hour.       $594.00

08/24/10 Finalize monthly fee statement, draft
         correspondence and e-mails regarding same
         Sarah B. Boehm    .60 hours at  495.00 per hour.       $297.00

08/31/10 Analyze issues and e-mails regarding Crowe fee
         application and e-mail to all professionals
         regarding upcoming interim fee application
         deadline
         Sarah B. Boehm    .50 hours at  495.00 per hour.       $247.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 3.5 | $1,732.50 |
| TOTAL FEES | | 3.5 | $1,732.50 |

**Re: Executory Contracts**
     **Our File No.**              2055557-0140
     **Circuit City Contact**      Katie Bradshaw
     **McGuireWoods Contact**      Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91287235                                    September 17, 2010

08/03/10  Several telephone conferences and e-mails with
          committee counsel and client regarding Ryan
          dispute and possible resolution of same (.9);
          e-mails with debtors' representatives relating
          to Hawaii excise tax and calls with debtors'
          professionals regarding same (.6)
          Douglas M. Foley   1.50 hours at  600.00 per hour.          $900.00

08/05/10  E-mails regarding Hawaii tax and Ryan contract
          and review proposal regarding same and e-mails
          with committee professionals regarding same
          Douglas M. Foley   1.30 hours at  600.00 per hour.          $780.00

08/17/10  E-mails and telephone conference with J.
          McDonald regarding status of appeal and e-mails
          with Ryan and review docket and e-mails
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.          $373.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 2.8 | $1,680.00 |
| Daniel F. Blanks | $415.00 | 0.9 | $373.50 |
| TOTAL FEES | | 3.7 | $2,053.50 |

**Re: Litigation**
   **Our File No.**              2055557-0150
   **Circuit City Contact**      **Katie Bradshaw**
   **McGuireWoods Contact**      **Douglas M. Foley**

08/01/10  Continue revise deposition outline and review
          and analyze issues regarding same and review
          and analyze documents, pleadings, and other
          materials regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.        $1,411.00

08/02/10  E-mails regarding Sharp adversary proceeding
          and Active Media depositions and analyze issues
          regarding same (1.0); review pleadings relating
          to motion for partial summary judgment on
          Mitsubishi matter (.9)
          Douglas M. Foley   1.90 hours at  600.00 per hour.        $1,140.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/02/10   Analyze, revise, finalize and file motion for
           summary judgment, brief in support and notice
           of hearing regarding Mitsubishi new value
           defense and multiple e-mails regarding same
           Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

08/02/10   E-mails and correspondence regarding subpoenas
           and other items
           Daniel F. Blanks     .50 hours at  415.00 per hour.       $207.50

08/02/10   Prepare for and review documents, charts, and
           other documents regarding Active discovery and
           other items and prepare for depositions and
           other items regarding same
           Daniel F. Blanks   6.60 hours at  415.00 per hour.      $2,739.00

08/02/10   Arrange meeting with defendant's counsel
           regarding adversary proceeding (.5); revise
           stipulation and agreed order dismissing
           adversary proceeding and submit for entry (.3);
           review summary judgment pleadings, local rules,
           and case management order regarding deadlines
           and timing of filing motions for summary
           judgment (.6); correspond with debtors'
           professionals regarding same (.2); research
           case law and forward for review (.5); draft
           notice for summary judgment motion to be filed
           (.4)
           Bryan A. Stark   2.50 hours at  335.00 per hour.         $837.50

08/02/10   Prepare documents for Active Media depositions
           Linda J. Neilson   4.20 hours at  200.00 per hour.       $840.00

08/03/10   Review memorandum in support of motion for
           summary judgment on Mitsubishi and analyze
           issues regarding same (1.2); e-mails regarding
           preparation for and review documents regarding
           preparation for depositions on Active Media
           (1.2); e-mails regarding settlement of
           Signature adversary proceeding (.6)
           Douglas M. Foley   3.00 hours at  600.00 per hour.      $1,800.00

08/03/10   Continue preparation for depositions and review
           and analyze documents and other materials
           regarding same and draft and revise deposition
           outlines regarding same and preparations for
           depositions regarding same and travel to New
           York regarding same
           Daniel F. Blanks   7.20 hours at  415.00 per hour.      $2,988.00

Circuit City Stores Inc
File Number: 2055557                                    Page   9
Invoice No. 91287235                                    September 17, 2010

08/03/10  Correspond with counsel to defendant regarding
          dismissal of adversary proceeding
          Bryan A. Stark     .20 hours at  335.00 per hour.          $67.00

08/03/10  Prepare documents regarding depositions in
          Active litigation
          Linda J. Neilson   .20 hours at  200.00 per hour.          $40.00

08/04/10  Prepare for and participate in deposition on
          Active Media depositions (3.6); review
          preliminary draft of transcript of depositions
          and prepare for Active Media depositions and
          review documents regarding same for August 4th
          omnibus hearing (.9)
          Douglas M. Foley   4.50 hours at  600.00 per hour.      $2,700.00

08/04/10  Participate in depositions via telephone,
          review documents and conferences with client
          regarding Active litigation
          Sarah B. Boehm    2.40 hours at  495.00 per hour.       $1,188.00

08/04/10  Prepare for and take depositions of Active and
          review and analyze documents and other items
          regarding same
          Daniel F. Blanks   8.50 hours at  415.00 per hour.      $3,527.50

08/04/10  Review and analyze defendant's responses and
          documentation to outstanding issues (1.4);
          correspond with debtors' professionals and
          counsel to defendant regarding meeting to
          discuss litigation (.5)
          Bryan A. Stark    1.90 hours at  335.00 per hour.         $636.50

08/04/10  Assist with deposition and exhibits
          James J. Simonelli  1.00 hours at  225.00 per hour.       $225.00

08/05/10  Prepare for and participate in 30(b)(6)
          depositions of Active Media representatives
          (3.2); review materials and prepare for meeting
          with Sharp professionals regarding adversary
          proceeding, accounts receivable and preference
          analysis (1.8)
          Douglas M. Foley   5.00 hours at  600.00 per hour.      $3,000.00

08/05/10  Conference regarding Active depositions and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    1.10 hours at  495.00 per hour.         $544.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/05/10  Continue preparation and participation in
          depositions and review and analyze documents
          and other materials regarding same and travel
          from New York
          Daniel F. Blanks   5.80 hours at  415.00 per hour.      $2,407.00

08/05/10  Review documentation and prepare for conference
          call with counsel to defendant (3.2); draft
          memorandum summarizing outstanding issues in
          adversary proceeding (1.1); discuss same with
          debtors' professionals in anticipation of
          conference call (.6); conference call regarding
          adversary proceeding (1.4)
          Bryan A. Stark   6.30 hours at   335.00 per hour.       $2,110.50

08/05/10  Assist with deposition, photocopy and organize
          exhibs
          James J. Simonelli    .50 hours at  225.00 per hour.      $112.50

08/06/10  E-mails regarding depositions and review of
          transcripts regarding Active Media litigation
          and analyze issues regarding same
          Douglas M. Foley   2.30 hours at  600.00 per hour.      $1,380.00

08/06/10  Research regarding fraudulent conveyances and
          analyze issues regarding same
          Sarah B. Boehm    .90 hours at  495.00 per hour.          $445.50

08/06/10  E-mails regarding Active litigation and analyze
          issues regarding same and research issues
          regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

08/06/10  Research issues regarding fraudulent transfers
          Lori Michelle Scott   4.00 hours at  335.00 per hour.   $1,340.00

08/08/10  Review transcripts from depositions and prepare
          for expert depositions and clients and analyze
          issues regarding same
          Douglas M. Foley   4.50 hours at  600.00 per hour.      $2,700.00

08/08/10  Continue preparation for depositions and review
          material regarding same and conference with K.
          Regan regarding same
          Daniel F. Blanks   2.20 hours at  415.00 per hour.        $913.00

08/09/10  Prepare for and attend deposition of expert
          witnesses and meetings with clients to prepare
          for witnesses depositions on Tuesday
          Douglas M. Foley   8.50 hours at  600.00 per hour.      $5,100.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/09/10  Conference regarding Active depositions,
          witness preparation, review documents, analyze
          issues and strategy and multiple calls
          regarding same (5.4); analyze and revise
          stipulation resolving adversary proceeding and
          e-mails regarding same (.4)
          Sarah B. Boehm   5.80 hours at  495.00 per hour.        $2,871.00

08/09/10  Continue preparation for depositions and
          participation regarding same and review and
          analyze documents, pleadings, charts, and other
          materials regarding same and research regarding
          same and preparation of deponents regarding
          same
          Daniel F. Blanks   8.20 hours at  415.00 per hour.      $3,403.00

08/09/10  Research various issues regarding defendant's
          preference defenses (1.6); correspond with
          debtor and debtors' professionals regarding
          scheduling of telephone call with defendant
          (.4); research ordinary course of business
          defenses under BAPCPA (1.6)
          Bryan A. Stark   3.60 hours at  335.00 per hour.        $1,206.00

08/09/10  Prepare deposition summary of M. Burns in
          Active litigation
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

08/09/10  Assist with depositions and preparation
          Karen B. Cain   5.10 hours at  215.00 per hour.         $1,096.50

08/10/10  Prepare for and defend depositions of client
          relating to Active Media litigation and analyze
          issues and review documents regarding same
          Douglas M. Foley   6.90 hours at  600.00 per hour.      $4,140.00

08/10/10  Conference regarding Active depositions,
          witness preparation, review documents, analyze
          issues and strategy and multiple calls
          regarding same (5.8); analyze and revise
          discovery and e-mails regarding same (.6)
          Sarah B. Boehm   6.40 hours at  495.00 per hour.        $3,168.00

08/10/10  Prepare for and participate in depositions of
          H. Ferguson and B. Fose regarding Active
          litigation and research multiple issues
          regarding same and review and analyze multiple
          documents and other items regarding same
          Daniel F. Blanks   7.50 hours at  415.00 per hour.      $3,112.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  12
September 17, 2010

| | | |
|---|---|---|
| 08/10/10 | Telephone calls regarding workers' compensation case pending in Connecticut (.7); correspond with debtor and other parties regarding same (.6); review notes from conference call regarding adversary proceeding and defenses to accounts receivables and summarize same (1.2)<br>Bryan A. Stark   2.50 hours at  335.00 per hour. | $837.50 |
| 08/11/10 | Analyze complaint and answer, revise discovery and e-mails regarding same<br>Sarah B. Boehm   .60 hours at  495.00 per hour. | $297.00 |
| 08/11/10 | Continue analyze litigation and research issues regarding same and review and analyze documents, pleadings, charts, and other materials regarding same<br>Daniel F. Blanks   2.20 hours at  415.00 per hour. | $913.00 |
| 08/11/10 | Draft discovery for adversary proceeding and update with comments from debtors' professionals (3.0); correspond with debtor regarding adversary proceeding (.2)<br>Bryan A. Stark   3.20 hours at  335.00 per hour. | $1,072.00 |
| 08/11/10 | Prepare documents for Active litigation<br>Linda J. Neilson   1.10 hours at  200.00 per hour. | $220.00 |
| 08/11/10 | Analyze preference analysis calculations<br>Karen B. Cain   .70 hours at  215.00 per hour. | $150.50 |
| 08/12/10 | E-mails regarding Sharp's discovery preparation and submission<br>Douglas M. Foley   .30 hours at  600.00 per hour. | $180.00 |
| 08/12/10 | Analyze preference cases and e-mails regarding same<br>Sarah B. Boehm   .70 hours at  495.00 per hour. | $346.50 |
| 08/12/10 | Continue attention to Active litigation and research issues regarding preference and review and analyze claims, pleadings, charts, and other materials regarding same<br>Daniel F. Blanks   3.50 hours at  415.00 per hour. | $1,452.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  13
Invoice No. 91287235                           September 17, 2010

08/12/10  Review documentation and prepare for telephone
          call with debtor regarding outstanding
          litigation issues (.7); telephone call with
          debtor regarding outstanding litigation issues
          (1.6); draft order dismissing count of
          adversary proceeding and submit to court (.4);
          finalize discovery requests and serve on
          defendant (.7)
          Bryan A. Stark    3.40 hours at  335.00 per hour.        $1,139.00

08/12/10  Prepare documents for Active litigation
          Linda J. Neilson    2.20 hours at  200.00 per hour.        $440.00

08/13/10  Continue attention to Active and review and
          analyze documents, pleadings, charts, and other
          information regarding same and research issues
          regarding same
          Daniel F. Blanks    2.50 hours at  415.00 per hour.      $1,037.50

08/13/10  Correspond with debtors' professionals
          regarding discovery and setoff issues (.6);
          correspond with debtor regarding similar issues
          (.3)
          Bryan A. Stark    .90 hours at  335.00 per hour.          $301.50

08/13/10  Review ordinary course preference analysis
          Karen B. Cain    2.70 hours at  215.00 per hour.          $580.50

08/16/10  Continue review of preparation for Active trial
          and review documents and deposition transcripts
          regarding same and analyze legal issues and
          potential settlement strategies
          Douglas M. Foley    2.40 hours at  600.00 per hour.     $1,440.00

08/16/10  Continue attention to Active litigation and
          Sharp and analyze issues regarding same and
          review and analyze claims, pleadings, charts,
          and other materials regarding same
          Daniel F. Blanks    1.70 hours at  415.00 per hour.       $705.50

08/16/10  Prepare for and participate in conference call
          with counsel to defendants regarding litigation
          (1.8); follow-up on issues relating to same
          (.4)
          Bryan A. Stark    2.20 hours at  335.00 per hour.         $737.00

08/17/10  Continue review and preparation materials for
          Active Media litigation, including exhibits and
          deposition transcripts and preference analysis
          and prepare for and participate in conference
          with opposing counsel regarding same and

Circuit City Stores Inc
File Number: 2055557                                    Page  14
Invoice No. 91287235                                    September 17, 2010

        potential parameters of settlement options
(2.9); e-mails and review debtors' Rule
26(a)(1) initial disclosures (.6); telephone
conferences and e-mails with B. Stark regarding
status of Sharp litigation and preference
analysis and potential objections to proof of
claim (.9)
Douglas M. Foley   4.40 hours at  600.00 per hour.        $2,640.00

08/17/10 E-mails and telephone conferences with debtors'
professionals regarding discovery and related
issues regarding adversary proceedings (.6);
continue attention to Active and Sharp and
review and analyze documents and pleadings
regarding same and research issues regarding
same
Daniel F. Blanks   2.50 hours at  415.00 per hour.       $1,037.50

08/17/10 Telephone call with debtors' professionals
regarding adversary proceeding (.6); prepare
for and follow-up issues regarding same (1.0);
review and analyze initial disclosures and
correspond with debtors' professionals
regarding same (.6)
Bryan A. Stark   2.20 hours at  335.00 per hour.           $737.00

08/17/10 Retrieve and organize documents for Active
litigation matter
Linda J. Neilson   2.30 hours at  200.00 per hour.         $460.00

08/18/10 Analyze issues relating to Sharp adversary
proceeding complaint in preparation for meeting
on August 19th and potential settlement
strategy
Douglas M. Foley   1.20 hours at  600.00 per hour.         $720.00

08/18/10 Review documents, charts, and other materials
regarding exhibits for Active trial and analyze
issues regarding same and telephone conferences
with client regarding same
Daniel F. Blanks   4.10 hours at  415.00 per hour.       $1,701.50

08/18/10 Review documentation and analysis and have
conference call with debtor and debtors'
professionals regarding adversary proceeding
(1.2); follow-up review and telephone call
(.7); telephone call with counsel to defendant
regarding same (.7); correspond with parties to
lawsuit and arrange for conference call (.5)
Bryan A. Stark   3.10 hours at  335.00 per hour.         $1,038.50

Circuit City Stores Inc
File Number: 2055557                                    Page  15
Invoice No. 91287235                                    September 17, 2010

08/19/10  Continue review documents and other items and
          prepare exhibit lists and other materials for
          Active, research preference and other issues
          and analyze defenses and other items
          Daniel F. Blanks   4.80 hours at  415.00 per hour.        $1,992.00

08/19/10  Research issues regarding settlements (.9);
          review documentation and analysis regarding
          same (.5)
          Bryan A. Stark   1.40 hours at  335.00 per hour.            $469.00

08/19/10  Prepare plaintiff's exhibit list and exhibits
          for Active litigation
          Linda J. Neilson   2.10 hours at  200.00 per hour.          $420.00

08/20/10  Several e-mails with client and analyze issues
          regarding discovery, trial preparation, and
          possible settlement of Active and Sharp
          litigation
          Douglas M. Foley   2.90 hours at  600.00 per hour.        $1,740.00

08/20/10  Continue review and analyze documents,
          pleadings, charts and other materials regarding
          Active and prepare exhibits, exhibit lists and
          other items regarding same and multiple e-mails
          and telephone conferences with client regarding
          same
          Daniel F. Blanks   6.80 hours at  415.00 per hour.        $2,822.00

08/20/10  Draft settlement e-mail for adversary
          proceeding and revise accordingly (1.2);
          correspond with debtors and debtors'
          professionals regarding same (.5); review and
          analyze updated preference analysis for
          adversary proceeding (.4); correspond with
          debtors and debtors' professionals regarding
          same (.7)
          Bryan A. Stark   2.80 hours at  335.00 per hour.            $938.00

08/20/10  Review documents and prepare exhibit list for
          trial
          Linda J. Neilson   2.60 hours at  200.00 per hour.          $520.00

08/22/10  Review and analyze updated preference analysis
          from debtors' professionals
          Bryan A. Stark    .40 hours at  335.00 per hour.            $134.00

08/23/10  E-mails regarding Active Media trial strategy
          and potential settlement parameters
          Douglas M. Foley    .70 hours at  600.00 per hour.          $420.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

| 08/23/10 | Continue attention to Active litigation and analyze issues regarding same |  |
|---|---|---|
|  | Daniel F. Blanks   1.60 hours at  415.00 per hour. | $664.00 |

| 08/23/10 | Modify chart and e-mail same to defendant and counsel (.4); e-mail debtors' professionals regarding expert disclosures (.2) |  |
|---|---|---|
|  | Bryan A. Stark    .60 hours at  335.00 per hour. | $201.00 |

| 08/23/10 | Review and prepare exhibits for trial |  |
|---|---|---|
|  | Linda J. Neilson   1.50 hours at  200.00 per hour. | $300.00 |

| 08/24/10 | E-mails and analysis regarding Sharp Electronics exposure and trial litigation strategy and potential settlement parameters (.9); begin review of pleadings for Mitsubishi adversary proceeding and response to motion for summary judgment and replies (.6) |  |
|---|---|---|
|  | Douglas M. Foley   1.50 hours at  600.00 per hour. | $900.00 |

| 08/24/10 | Analyze issues and strategy regarding various litigation matters and analyze documents regarding same |  |
|---|---|---|
|  | Sarah B. Boehm    .80 hours at  495.00 per hour. | $396.00 |

| 08/24/10 | Attention to Active media litigation and continue review exhibits and exhibit lists and draft statement of undisputed facts |  |
|---|---|---|
|  | Daniel F. Blanks   5.30 hours at  415.00 per hour. | $2,199.50 |

| 08/24/10 | Research district court appeal docket (.3); status of filings to professionals (.1) |  |
|---|---|---|
|  | Karen B. Cain    .40 hours at  215.00 per hour. | $86.00 |

| 08/25/10 | E-mails regarding various pieces of potential settlement relating to Active litigation and barter credits valuation (.7); e-mails regarding Sharp Electronics status and potential conference call with respect to details of accounts receivable (.4) |  |
|---|---|---|
|  | Douglas M. Foley   1.10 hours at  600.00 per hour. | $660.00 |

| 08/25/10 | Analyze issues and documents regarding Active litigation and multiple calls and e-mails regarding same |  |
|---|---|---|
|  | Sarah B. Boehm    .40 hours at  495.00 per hour. | $198.00 |

| 08/25/10 | Attention to Active Media and continue preparation of exhibit lists and exhibits and stipulation of undisputed facts |  |
|---|---|---|
|  | Daniel F. Blanks   4.20 hours at  415.00 per hour. | $1,743.00 |

Circuit City Stores Inc
File Number: 2055557                              Page  17
Invoice No. 91287235                             September 17, 2010

08/25/10  Research issues regarding adversary proceedings
          and follow-up with debtors regarding same (.8);
          correspond with debtors' professionals,
          creditors, and counsel to creditors regarding
          demand letters and research same (.9)
          Bryan A. Stark   1.70 hours at  335.00 per hour.        $569.50

08/25/10  Review and revise plaintiff's exhibit list and
          prepare documents regarding same
          Linda J. Neilson   1.10 hours at  200.00 per hour.      $220.00

08/26/10  E-mails regarding Active Media potential
          settlement and analyze issues regarding same
          Douglas M. Foley   .70 hours at  600.00 per hour.       $420.00

08/26/10  Analyze issues and strategy regarding multiple
          litigation matters and status of various
          settlement negotiations
          Sarah B. Boehm   .70 hours at  495.00 per hour.         $346.50

08/26/10  Attention to Active Media and multiple
          telephone conferences and e-mails with counsel
          regarding settlement and strategies regarding
          same and continue reviewing documents regarding
          trial and preparation of exhibits, exhibit
          lists, and stipulation of undisputed facts
          Daniel F. Blanks   3.20 hours at  415.00 per hour.    $1,328.00

08/26/10  Telephone call with counsel to defendant (.5);
          follow-up regarding same (.4)
          Bryan A. Stark   .90 hours at  335.00 per hour.         $301.50

08/27/10  E-mails regarding Mitsubishi brief and reply
          brief and review same for filing (.6); several
          e-mails with clients regarding status of Active
          Media settlement negotiations (.6)
          Douglas M. Foley   1.20 hours at  600.00 per hour.      $720.00

08/27/10  Multiple calls and e-mails regarding various
          litigation matters
          Sarah B. Boehm   .60 hours at  495.00 per hour.         $297.00

08/27/10  Multiple telephone conferences and e-mails with
          Active regarding settlement and multiple
          telephone conferences and e-mails with client
          regarding same and analyze settlement, claims,
          and other data and analyze strategies regarding
          same and continue draft stipulation of
          undisputed facts and review materials regarding
          same
          Daniel F. Blanks   5.20 hours at  415.00 per hour.    $2,158.00

Circuit City Stores Inc
File Number: 2055557                              Page  18
Invoice No. 91287235                             September 17, 2010

08/27/10 Prepare witness list for trial (.4); retrieve,
         review and revise exhibit list for trial (.8)
         Linda J. Neilson   1.20 hours at  200.00 per hour.        $240.00

08/29/10 Analyze and revise documents and analyze issues
         regarding Active litigation and settlement
         Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

08/29/10 E-mails and telephone conferences with client
         and debtors' professionals regarding Active
         settlement and analyze issues regarding same
         and strategies
         Daniel F. Blanks    .70 hours at  415.00 per hour.        $290.50

08/29/10 Analyze correspondence and e-mail with debtors'
         professionals regarding status of adversary
         proceedings
         Bryan A. Stark    .60 hours at  335.00 per hour.          $201.00

08/29/10 Review and revise exhibit list and prepare
         documents regarding same
         Linda J. Neilson    .50 hours at  200.00 per hour.        $100.00

08/30/10 Several e-mails regarding status of settlement
         and finalization of same relating to Active
         Media
         Douglas M. Foley   2.50 hours at  600.00 per hour.      $1,500.00

08/30/10 Analyze issues and pleadings regarding various
         litigation matters and stipulations resolving
         same
         Sarah B. Boehm   1.30 hours at  495.00 per hour.          $643.50

08/30/10 E-mails and telephone conferences with parties
         regarding Active settlement
         Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

08/30/10 Research and correspond with debtors'
         professionals and counsel to defendant
         regarding litigation issues
         Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

08/31/10 Numerous e-mails and telephone conferences with
         debtors' professionals and client and
         creditors' professionals regarding
         documentation of settlements of claims and
         reconciliation of account receivables and
         preference analysis (2.4); e-mails regarding
         status of Sharp litigation and Schimenti
         settlement agreement (.7)
         Douglas M. Foley   3.10 hours at  600.00 per hour.      $1,860.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/31/10 Analyze settlement offer and research related
issues (.9); correspond with parties regarding
conference call (.5)
Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 58.6 | $35,160.00 |
| Sarah B. Boehm | $495.00 | 24.9 | $12,325.50 |
| Daniel F. Blanks | $415.00 | 100.3 | $41,624.50 |
| Bryan A. Stark | $335.00 | 43.4 | $14,539.00 |
| Lori Michelle Scott | $335.00 | 4.0 | $1,340.00 |
| James J. Simonelli | $225.00 | 1.5 | $337.50 |
| Karen B. Cain | $215.00 | 8.9 | $1,913.50 |
| Linda J. Neilson | $200.00 | 21.6 | $4,320.00 |
| TOTAL FEES | | 263.2 | $111,560.00 |

**Re: Avoidance Actions**
   Our File No.              2055557-0160
   Circuit City Contact      Katie Bradshaw
   McGuireWoods Contact      Douglas M. Foley

08/02/10 Correspond with debtors' professionals
regarding issues related to preference defenses
(.7); review draft summary judgment motion on
same issue (.7); correspond with Signature
counsel regarding settlement (.4); review
documentation provided regarding same (.4)
Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

08/03/10 Review draft demand letter for preferential
transfers (.3); telephone calls with counsel to
Signature regarding offer to settle and other
issues (.4); research issues related to same
and other settlement agreements (.6); summarize
settlement offer and e-mail same to debtor
(.5); correspond with debtors' and debtors'
professionals regarding settlement and
counteroffer (.4)
Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

08/04/10 Correspond with debtor and debtors'
professionals regarding settlement offers (.3);
review finalized settlements and issues
relating to settlement offers (1.1)
Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91287235                                    September 17, 2010

08/05/10  Review and revise draft settlement agreement
          (1.2); correspond with debtors' professionals
          regarding preference issues and research (.3)
          Bryan A. Stark   1.50 hours at  335.00 per hour.          $502.50

08/09/10  Finalize draft settlement agreement and forward
          to debtor for review and approval
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

08/10/10  Telephone call with counsel regarding demand
          letter (.3); research demand letters for
          potential recipients and research other issues
          (.9); finalize and forward settlement agreement
          to defendant's counsel (.7)
          Bryan A. Stark   1.90 hours at  335.00 per hour.          $636.50

08/11/10  Review preference analysis and research various
          preference issues (2.8); conference call with
          defendant regarding preference issues (.8);
          follow-up on issues from same (.7)
          Bryan A. Stark   3.30 hours at  335.00 per hour.        $1,105.50

08/12/10  Telephone call regarding preference issues
          (.8); review preference research and analysis
          and follow-up research on same (1.0)
          Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

08/13/10  Analyze issues and e-mails regarding avoidance
          actions
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

08/17/10  Conference call with debtor regarding
          preference issues and analysis (1.2); follow-up
          with issues from same (.5); review defendant's
          preference chart and correspond with counsel to
          defendant regarding various issues (.7)
          Bryan A. Stark   2.40 hours at  335.00 per hour.          $804.00

08/18/10  Telephone call with debtors' professionals
          regarding various preference analyses and other
          issues (1.0); review preference chart and
          discuss disparities with counsel to defendant
          (.7)
          Bryan A. Stark   1.70 hours at  335.00 per hour.          $569.50

08/22/10  Analyze issues and prepare for litigation
          meeting
          Sarah B. Boehm    .50 hours at  495.00 per hour.          $247.50

Circuit City Stores Inc
File Number: 2055557                                    Page  21
Invoice No. 91287235                                    September 17, 2010

08/23/10  Prepare for and participate in meeting with
          client regarding litigation, analyze documents
          and strategy regarding same
          Sarah B. Boehm   6.70 hours at  495.00 per hour.          $3,316.50

08/23/10  Prepare for and participate in meeting with
          client regarding avoidance action and other
          related issues and research issues regarding
          same and review and analyze documents,
          pleadings, charts, and other materials
          regarding same
          Daniel F. Blanks   7.30 hours at  415.00 per hour.        $3,029.50

08/30/10  Telephone call with counsel to preference
          defendant (.4); review changes to draft
          settlement agreement and incorporate same (.6);
          research claims issues and transfer of claims
          issues (.9); correspond with debtors'
          professionals and transferee regarding same
          (.8)
          Bryan A. Stark   2.70 hours at  335.00 per hour.           $904.50

08/31/10  Prepare for and participate in conference with
          client regarding avoidance action litigation
          Sarah B. Boehm   1.10 hours at  495.00 per hour.           $544.50

08/31/10  Continue meeting with client and debtors'
          professionals regarding avoidance actions and
          review materials regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.         $498.00

08/31/10  Research preference issues and telephone call
          with counsel to transferee
          Bryan A. Stark   1.10 hours at  335.00 per hour.           $368.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 8.6 | $4,257.00 |
| Daniel F. Blanks | $415.00 | 8.5 | $3,527.50 |
| Bryan A. Stark | $335.00 | 22.7 | $7,604.50 |
| TOTAL FEES | | 39.8 | $15,389.00 |

Re: Real Estate
    Our File No.           2055557-0180
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                          Page  22
Invoice No. 91287235                          September 17, 2010

08/01/10 Sarasota, FL - E-mail correspondence with
         bankruptcy counsel regarding due diligence
         period (.3); review purchase agreement
         regarding due diligence (.3)
         Matthew T. Gunlock    .60 hours at  320.00 per hour.      $192.00

08/03/10 DR1 - Telephone call with M. Pruitt (.3);
         review purchase agreement and sale motion (.8)
         Matthew T. Gunlock   1.10 hours at  320.00 per hour.      $352.00

08/03/10 Sarasota, FL - Telephone call with purchaser's
         broker (.5); telephone call with bankruptcy
         counsel (.3); revise purchaser's title
         commitment and tax issues (.8)
         Matthew T. Gunlock   1.60 hours at  320.00 per hour.      $512.00

08/04/10 Analyze issues and e-mails regarding Marion
         abandonment (.3); finalize and submit order on
         sale of DR1 and e-mails regarding same (.4)
         Sarah B. Boehm    .70 hours at  495.00 per hour.          $346.50

08/04/10 Sarasota, FL - Conference with J. Avallone
         Matthew T. Gunlock    .20 hours at  320.00 per hour.       $64.00

08/05/10 DR1 - Review and revise closing documents
         (1.2); review purchase agreement regarding
         representations and warranties with respect to
         leases and assignment thereof (.3); review
         ground leases to be assigned (1.1)
         Matthew T. Gunlock   2.60 hours at  320.00 per hour.      $832.00

08/07/10 Sarasota, FL - E-mail correspondence with
         bankruptcy counsel (.5); e-mail correspondence
         with purchaser's attorney (.7); review purchase
         agreement (.3); review correspondence from
         purchaser's attorney (.2); e-mail
         correspondence with K. Bradshaw (.3); prepare
         amendment to purchase agreement (1.0)
         Matthew T. Gunlock   3.00 hours at  320.00 per hour.      $960.00

08/07/10 DR1 - Telephone call with M. Pruitt (.2);
         e-mail correspondence with bankruptcy counsel
         (.3); review purchase agreement regarding sale
         order (.3); review sale order regarding leases
         (.7)
         Matthew T. Gunlock   1.50 hours at  320.00 per hour.      $480.00

Circuit City Stores Inc
File Number: 2055557                                         Page   23
Invoice No. 91287235                                         September 17, 2010

08/08/10  DR1 - E-mail correspondence with purchaser's
          counsel (.3); conference with E. Pittman (.6);
          review purchase agreement regarding legal
          description of property to be conveyed (.5);
          review purchase agreement regarding conveyances
          and representations/warranties (.6)
          Matthew T. Gunlock    2.00 hours at  320.00 per hour.        $640.00

08/09/10  DR1 - E-mail correspondence with bankruptcy
          counsel (.5); review sale order (.5); revise
          draft closing documents to reference sale order
          (.6); transmit draft closing documents to M.
          Pruitt (.1); e-mail correspondence with K.
          Bradshaw (.2); e-mail correspondence with J.
          Avallone (.2); review Children's discovery
          lease (.4)
          Matthew T. Gunlock    2.50 hours at  320.00 per hour.        $800.00

08/11/10  DR1 - Review company materials regarding ground
          leases
          Matthew T. Gunlock    1.40 hours at  320.00 per hour.        $448.00

08/13/10  E-mails and telephone conferences with counsel
          for landlords relating to potential timing of
          distribution of general unsecured claims
          Douglas M. Foley    .40 hours at  600.00 per hour.           $240.00

08/14/10  DR1 - E-mail correspondence with J. Avallone
          (.5); e-mail correspondence with bankruptcy
          counsel (.5); telephone call and e-mail
          correspondence with M. Pruitt (.5); e-mail
          correspondence with purchaser's counsel (.2);
          review title commitment (1.2); review survey
          description and survey (1.1)
          Matthew T. Gunlock    4.00 hours at  320.00 per hour.      $1,280.00

08/15/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel (.3); telephone call and
          e-mail correspondence with purchaser's counsel
          regarding sale motion (.6); review sale motion
          (.6)
          Matthew T. Gunlock    1.50 hours at  320.00 per hour.        $480.00

08/15/10  DR1 - E-mail correspondence with purchaser's
          counsel (.3); review additional property
          description (.6); review survey (.7)
          Matthew T. Gunlock    1.60 hours at  320.00 per hour.        $512.00

Circuit City Stores Inc
File Number: 2055557                                      Page  24
Invoice No. 91287235                                      September 17, 2010

08/16/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel (.3); telephone call and
          e-mail correspondence with purchaser's counsel
          (.5); review purchaser's counsel (.5); review
          purchase agreement review due diligence period
          and closing (.6)
          Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

08/16/10  DR1 - E-mail correspondence with purchaser's
          counsel (.5); review purchaser's comments to
          closing documents (1.3); review title
          commitment (1.3); review title company's
          closing documents (1.5)
          Matthew T. Gunlock   4.50 hours at  320.00 per hour.    $1,440.00

08/18/10  Review pleadings relating to sale of Sarasota
          property and for filing
          Douglas M. Foley    .70 hours at  600.00 per hour.       $420.00

08/18/10  Review and proof motion to sell real estate
          (.7); draft notice for same (.3); e-mail and
          correspond with debtors' professionals
          regarding same (.3); finalize, file and arrange
          for service (.4)
          Bryan A. Stark   1.70 hours at  335.00 per hour.         $569.50

08/19/10  DR1 - Review and markup form of owner's
          affidavit (.8); e-mail correspondence with
          title company (.1); e-mail correspondence with
          purchaser's counsel (.4); review and revise
          closing documents and transmit revised drafts
          of same (2.2)
          Matthew T. Gunlock   3.50 hours at  320.00 per hour.   $1,120.00

08/20/10  DR1 - E-mail correspondence with purchaser's
          counsel (1.6); review legal description and
          title commitment (.9); review revised owner's
          affidavit and prepare comments thereto (.8);
          e-mail correspondence with K. Bradshaw (.3);
          negotiate closing documents (1.8); prepare
          quitclaim deed (.6); e-mail correspondence with
          title company regarding closing documents (.8);
          revise closing documents (1.4)
          Matthew T. Gunlock   8.20 hours at  320.00 per hour.   $2,624.00

08/22/10  Analyze issues and telephone conference
          regarding Raleigh property
          Sarah B. Boehm    .60 hours at  495.00 per hour.        $297.00

Circuit City Stores Inc
File Number: 2055557                                   Page  25
Invoice No. 91287235                                   September 17, 2010

08/23/10 DR1 - E-mail correspondence with K. Bradshaw
         (.6); review title commitment, purchase
         agreement and real property records regarding
         real estate taxes (1.7); e-mail correspondence
         with title company (.6); review sale order
         (.4); telephone call and e-mail correspondence
         with bankruptcy counsel (.5); revise closing
         documents and transmit revised drafts of same
         (1.3); review case management order (.3);
         e-mail with purchaser's counsel (.3); e-mail
         correspondence with escrow agent (.2)
         Matthew T. Gunlock   5.90 hours at  320.00 per hour.   $1,888.00

08/24/10 DR1 - E-mail correspondence with purchaser's
         counsel (1.7); e-mail correspondence with
         escrow agent (.6); e-mail correspondence with
         title company (1.4); review declaration of
         covenants (.7); e-mail correspondence with J.
         Avallone (.2); review settlement statement
         (.8); further revise closing documents and
         transmit same (2.2); e-mail correspondence with
         K. Bradshaw (.3); prepare escrow instruction
         letter (.8); review purchase agreement in
         connection with review of settlement statement
         (.6)
         Matthew T. Gunlock   9.30 hours at  320.00 per hour.   $2,976.00

08/25/10 E-mails and telephone conferences with parties
         regarding real estate in Raleigh and possible
         sale transaction or conveyance
         Daniel F. Blanks    .80 hours at  415.00 per hour.       $332.00

08/25/10 DR1 - E-mail correspondence with title company
         (2.5); revise closing documents numerous times
         to address comments from purchaser's counsel
         and title company (3.8); revise and transmit
         escrow instruction letter (.3); telephone call
         and e-mail correspondence with purchaser's
         counsel (2.7); prepare comments to settlement
         statement (.6); review revised drafts of
         settlement statement (.6); e-mail
         correspondence with bankruptcy counsel (.5);
         prepare execution versions of closing documents
         and coordinate execution of same (1.1); e-mail
         correspondence with K. Bradshaw (.6); review
         purchase agreement regarding escrow fees and
         recordation matters (.6); e-mail correspondence

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

with J. Avallone (.2); review DJM invoice (.1);
review comments to closing documents from title
company (1.1); e-mail correspondence with
escrow agent (.2); review survey (1.8);
transmit executed escrow letter (.1)
Matthew T. Gunlock   16.80 hours at  320.00 per hour.    $5,376.00

08/25/10 DRI - Examine multiple versions of settlement
statement and revise assignment of leases for
recording
Martha Lynn Wigton   1.50 hours at  240.00 per hour.    $360.00

08/26/10 DR1 - E-mail correspondence with M. Smithson
and K. Bradshaw (.5); review executed
settlement statements (.2); transmit executed
settlement statement to title company (.1);
review fully-executed closing documents (.5);
coordinate miscellaneous closing matters (2.5);
telephone call and e-mail correspondence with
purchaser's counsel (1.2); e-mail
correspondence with title company (1.3);
prepare closing file (1.9)
Matthew T. Gunlock   8.20 hours at  320.00 per hour.    $2,624.00

08/30/10 E-mails and analysis regarding resolution of
CarMax complaint
Douglas M. Foley    .70 hours at  600.00 per hour.    $420.00

08/31/10 Several e-mails regarding CarMax complaint and
resolution of same
Douglas M. Foley    .90 hours at  600.00 per hour.    $540.00

08/31/10 Raleigh, NC - Review complaint and
correspondence regarding proposed property
transfer
Matthew T. Gunlock   2.40 hours at  320.00 per hour.    $768.00

08/31/10 Telephone call with party regarding interest in
property
Bryan A. Stark    .20 hours at  335.00 per hour.    $67.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 2.7 | $1,620.00 |
| Sarah B. Boehm | $495.00 | 1.3 | $643.50 |
| Daniel F. Blanks | $415.00 | 0.8 | $332.00 |
| Bryan A. Stark | $335.00 | 1.9 | $636.50 |
| Matthew T. Gunlock | $320.00 | 83.8 | $26,816.00 |
| Martha Lynn Wigton | $240.00 | 1.5 | $360.00 |
| TOTAL FEES | | 92.0 | $30,408.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  27
September 17, 2010

**Re: Tax Matters**
    **Our File No.**        **2055557-0240**
    **Circuit City Contact**    **Katie Bradshaw**
    **McGuireWoods Contact**    **Douglas M. Foley**

08/02/10  Continue address tax issues and strategies and
resolve claims regarding same and revise
stipulations regarding same
Daniel F. Blanks    .80 hours at  415.00 per hour.          $332.00

08/03/10  Continue resolution of claims and multiple
telephone conferences and e-mails with parties
and review and analyze claims, charts, and
other documents regarding same and stipulations
regarding same
Daniel F. Blanks   1.60 hours at  415.00 per hour.          $664.00

08/03/10  Continue resolution of tax claims and review
and analyze claims, charts, and other materials
and draft and revise stipulations regarding
same
Daniel F. Blanks   1.20 hours at  415.00 per hour.          $498.00

08/04/10  Review SLB IRS and client documents to assist
with analysis on tax refund claim
Craig D. Bell   1.70 hours at  570.00 per hour.          $969.00

08/04/10  Review and analyze tax issues and review
stipulations regarding same
Daniel F. Blanks    .90 hours at  415.00 per hour.          $373.50

08/06/10  E-mails and analysis regarding Hawaii tax issue
and Ryan contract
Douglas M. Foley   1.20 hours at  600.00 per hour.          $720.00

08/16/10  E-mails with B. Akerly and telephone conference
with client regarding analysis and status of
issues regarding Hawaii tax refund and
potential settlement with Ryan regarding
re-engagement at lower percentage fee
Douglas M. Foley    .90 hours at  600.00 per hour.          $540.00

08/16/10  Review commentary and analysis on clients SLB
transaction TAM and read relevant legal
authorities
Craig D. Bell   1.40 hours at  570.00 per hour.          $798.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  28
September 17, 2010

08/16/10  Continue resolution of tax claims and e-mails
          with parties regarding same and draft
          stipulations and review claims and charts
          regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

08/19/10  E-mails and analysis regarding unresolved tax
          claims and timing of same for plan confirmation
          and status of California unclaimed property tax
          and status of issues in Hawaii regarding Ryan
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

08/19/10  Continue resolution of tax claims and e-mails
          with committee regarding same and draft and
          revise stipulations and correspondence with
          parties regarding same
          Daniel F. Blanks   2.30 hours at  415.00 per hour.        $954.50

08/23/10  Continue resolution of tax claims and e-mails
          with committee and taxing authorities regarding
          same
          Daniel F. Blanks   .90 hours at  415.00 per hour.        $373.50

08/24/10  Attention to SLB tax issue IRS documents, audit
          papers, and IRS positions as to potential tax
          refund proceeding
          Craig D. Bell   3.70 hours at  570.00 per hour.        $2,109.00

08/24/10  Attention to tax claims and review and analyze
          claims, pleadings, charts, and other materials
          regarding same and e-mails with committee
          regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

08/25/10  Review SLB transaction documents and audit
          workpapers from IRS audit
          Craig D. Bell   2.90 hours at  570.00 per hour.        $1,653.00

08/26/10  Research on characterization of TIA in SLB
          transaction for tax refund claim
          Craig D. Bell   2.70 hours at  570.00 per hour.        $1,539.00

08/27/10  E-mails with tax department regarding tax
          refunds and related issues
          Daniel F. Blanks   .60 hours at  415.00 per hour.        $249.00

08/30/10  E-mails regarding status of Ryan issues and
          Hawaii tax matter and e-mails regarding U.S.
          Customs surety bond and Safeco bond and tax
          claims
          Douglas M. Foley   .90 hours at  600.00 per hour.        $540.00

Circuit City Stores Inc
File Number: 2055557                                      Page  29
Invoice No. 91287235                                      September 17, 2010

08/30/10  Attention to multiple IRS tax claims raised by
          IRS counsel and D. Blanks (1.8); review
          documents from employment tax audits (1.6);
          review e-mail and document provided by clients
          tax representative (.3)
          Craig D. Bell   3.70 hours at  570.00 per hour.          $2,109.00

08/31/10  E-mails regarding status of Ryan issues and
          Hawaii tax procedure (.6); e-mails regarding
          Safeco bond and U.S. Customs claim issues
          regarding plan objection (.4)
          Douglas M. Foley   1.00 hours at  600.00 per hour.        $600.00

08/31/10  Meeting with client tax representative (.8);
          attention to several federal tax issues raised
          by client (3.4)
          Craig D. Bell   4.20 hours at  570.00 per hour.          $2,394.00

08/31/10  Meetings with tax department regarding
          objections to confirmation and resolution of
          tax issues
          Daniel F. Blanks   .70 hours at  415.00 per hour.        $290.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 4.9 | $2,940.00 |
| Craig D. Bell | $570.00 | 20.3 | $11,571.00 |
| Daniel F. Blanks | $415.00 | 11.5 | $4,772.50 |
| TOTAL FEES | | 36.7 | $19,283.50 |

**Re: Claims Administration**
     **Our File No.**              **2055557-0250**
     **Circuit City Contact**      **Katie Bradshaw**
     **McGuireWoods Contact**      **Douglas M. Foley**

08/01/10  Draft Omni 37 stipulations resolving multiple
          claims
          Erin Q. Ashcroft   .40 hours at  330.00 per hour.        $132.00

08/02/10  Continue claim objection resolutions, analyze
          claims and documents, revise adjourned claims
          chart, finalize and file pleadings regarding
          claims and multiple calls and e-mails regarding
          same (3.6); e-mails regarding status of claim
          orders and entry of same (.3)
          Sarah B. Boehm   3.90 hours at  495.00 per hour.         $1,930.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/02/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   1.60 hours at  415.00 per hour.        $664.00

08/02/10  Correspond with counsel to claimants regarding
          resolution of omnibus objection
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

08/02/10  Revise Omni 37 stipulations (.9); revise Chase
          objections (.9); e-mail with taxing authorities
          regarding settlement of claims (.5)
          Erin Q. Ashcroft   2.30 hours at  330.00 per hour.        $759.00

08/02/10  Review and revise tracking charts for omnibus
          objections (1.0); retrieve and organize new
          omnibus objections (.8)
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

08/03/10  Review unresolved claim objection chart and
          status of same
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

08/03/10  Draft, finalize and file notice and stipulation
          regarding Lewisville tax claims, analyze and
          revise multiple tax stipulations and e-mails
          regarding same, analyze issues and e-mails
          regarding payment of tax claims (1.2); continue
          claim objection resolutions, analyze claims and
          pleadings, review and revise adjourned chart,
          review stipulations, and multiple calls and
          e-mails regarding same (2.9)
          Sarah B. Boehm   4.10 hours at  495.00 per hour.        $2,029.50

08/03/10  Review docket for objections to notices of
          settlement (.2); draft, finalize and file
          notice of hearing on merits for omnibus
          objection to claim (.4); review draft demand
          letters regarding adjustments to claims and
          other issues (.5); review draft settlement
          agreement and forward to parties for review and
          execution (.6); correspond with counsel
          regarding outstanding issues related to same
          (.4)
          Bryan A. Stark   2.10 hours at  335.00 per hour.          $703.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/03/10  Meeting with debtors professionals regarding
          payment of 2009 taxes (.3); telephone
          conference with J. Owens regarding Alicia claim
          (.1); research regarding recovery of attorneys
          fees for rejected contract (.6)
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.         $330.00

08/03/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .70 hours at  200.00 per hour.         $140.00

08/04/10  E-mails and telephone conferences with
          creditor's counsel regarding claim objections
          and unresolved claims and timing of
          confirmation
          Douglas M. Foley    .90 hours at  600.00 per hour.         $540.00

08/04/10  Continue claim objection resolutions, analyze
          claims and pleadings, review stipulations,
          analyze claim issues in preparation for omnibus
          hearing and conference with D. Foley regarding
          same, and multiple calls and e-mails regarding
          claim matters
          Sarah B. Boehm   1.70 hours at  495.00 per hour.           $841.50

08/04/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and research issues regarding
          same and review and analyze claims, documents,
          charts, and other items regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.         $498.00

08/04/10  Correspond with counsel to claimants regarding
          draft settlement and issues relating to same
          (.6); review and revise settlement agreement
          (.3)
          Bryan A. Stark     .90 hours at  335.00 per hour.          $301.50

08/04/10  Review and revise omnibus objection tracking
          charts
          Linda J. Neilson   1.60 hours at  200.00 per hour.         $320.00

08/05/10  Continue claim objection resolutions, analyze
          documents, claims and pleadings, review and
          revise charts, draft and revise stipulations,
          and multiple calls and e-mails regarding claim
          matters
          Sarah B. Boehm    3.70 hours at  495.00 per hour.        $1,831.50

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91287235                                    September 17, 2010

08/05/10  Continue resolution of claims and e-mails and
          telephone conferences with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

08/05/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

08/06/10  Continue claim objection resolutions, analyze
          Omni 79 responses and claims, draft summaries,
          revise claims chart, review and revise
          stipulations and notices, and multiple calls
          and e-mails regarding claim matters
          Sarah B. Boehm   5.70 hours at  495.00 per hour.       $2,821.50

08/06/10  Continue resolution of claims and e-mails and
          telephone conferences with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.        $747.00

08/06/10  Review and revise notice of settlement,
          finalize settlement agreement, file and arrange
          for service of same (.8); correspond with
          counsel to creditors regarding same (.3)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

08/08/10  Continue resolution of claims and review and
          analyze claims, pleadings, charts, and other
          materials regarding same and e-mails with
          parties regarding same and draft stipulations
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

08/08/10  Research regarding recovery on quantum meruit
          claim where express contract exists
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.        $165.00

08/09/10  Continue claim objection resolutions, analyze
          claims and documents, review and revise
          stipulations and notices, multiple calls and
          e-mails regarding claim matters
          Sarah B. Boehm   1.30 hours at  495.00 per hour.          $643.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

| | | |
|---|---|---|
| 08/09/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other documents regarding same | |
| | Daniel F. Blanks    2.10 hours at  415.00 per hour. | $871.50 |
| 08/09/10 | E-mails with debtors professionals regarding resolution of outstanding claims | |
| | Erin Q. Ashcroft    .40 hours at  330.00 per hour. | $132.00 |
| 08/09/10 | Telephone conference with taxing authorities regarding resolving Omni 37 claims (.2); revise stipulation with payment language (.2) | |
| | Erin Q. Ashcroft    .40 hours at  330.00 per hour. | $132.00 |
| 08/09/10 | Review and revise tracking charts for omnibus hearings | |
| | Linda J. Neilson   1.70 hours at  200.00 per hour. | $340.00 |
| 08/10/10 | Continue claim objection resolutions, analyze and revise claim stipulations, analyze and revise claim objection, research regarding attorneys' fees, and multiple calls regarding claim matters | |
| | Sarah B. Boehm   1.30 hours at  495.00 per hour. | $643.50 |
| 08/10/10 | Continue resolution of claims and e-mails and telephone conferences with parties regarding same and review and analyze claims, pleadings, charts, and other items regarding same and research issues regarding same | |
| | Daniel F. Blanks    2.10 hours at  415.00 per hour. | $871.50 |
| 08/10/10 | E-mails, telephone call to, telephone call from taxing authorities regarding resolution of tax claims (.4); review settlement agreements (.2) | |
| | Erin Q. Ashcroft    .60 hours at  330.00 per hour. | $198.00 |
| 08/10/10 | Review and revise tracking charts for omnibus objections | |
| | Linda J. Neilson   1.70 hours at  200.00 per hour. | $340.00 |
| 08/11/10 | Continue claim objection resolutions, analyze claims, pleadings and documents, research claim issues, draft supplemental brief regarding late claim objection, revise claims chart, review stipulations, and multiple calls and e-mails regarding claim matters | |
| | Sarah B. Boehm   6.20 hours at  495.00 per hour. | $3,069.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/11/10  Draft and revise Chase claim objection,
          research issues regarding same and review
          contract and other materials regarding same
          (1.1); continue resolution of claims and
          multiple telephone conferences and e-mails with
          parties regarding same and review and analyze
          claims, pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          (4.3)
          Daniel F. Blanks   5.40 hours at  415.00 per hour.        $2,241.00

08/11/10  Review claims registry and correspond with
          debtors' professionals regarding disallowance
          of claims (.4); review docket and correspond
          with debtors' professionals regarding
          settlement agreements (.3); correspond with
          creditor regarding unsecured claims and
          research issues relating to same (.6)
          Bryan A. Stark   1.30 hours at  335.00 per hour.           $435.50

08/11/10  Telephone call to and from taxing authorities
          regarding settlement of claim (.1); meeting
          with debtors professionals regarding claim
          objections and attorneys fees (.2)
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.          $99.00

08/11/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.10 hours at  200.00 per hour.         $220.00

08/12/10  Several e-mails and telephone conferences with
          creditor's lawyers regarding status of plan
          confirmation potential distribution rate and
          additional disclosures made in recent filings
          (1.3); e-mails regarding potential settlement
          with various creditors including Fuji (.4);
          e-mails regarding status of various research
          projects on preferences and ordinary course
          defense and e-mails regarding same (.4)
          Douglas M. Foley   2.10 hours at  600.00 per hour.       $1,260.00

08/12/10  Draft, finalize and submit claim objection
          order, analyze issues, strategy and pleadings
          regarding late claims, research regarding
          informal proofs of claim and late claims,
          continue claim objection resolutions, analyze
          pleadings and claims, revise claims chart and
          multiple calls and e-mails regarding claim
          matters.
          Sarah B. Boehm   6.60 hours at  495.00 per hour.         $3,267.00

Circuit City Stores Inc
File Number: 2055557                             Page  35
Invoice No. 91287235                             September 17, 2010

08/12/10  Research issues regarding late claims and Site
          A and Tennessee and review analyze claims,
          pleadings, and other materials regarding same
          (1.5); continue resolution of claims and
          multiple telephone conferences and e-mails with
          parties regarding same and review and analyze
          claims, pleadings, charts, and other materials
          regarding same and research issues regarding
          same (3.2); revise Chase claim objection and
          research issues regarding same (.9)
          Daniel F. Blanks   5.60 hours at  415.00 per hour.      $2,324.00

08/12/10  Review proof of claim and correspond with the
          debtor regarding objection to same
          Bryan A. Stark    .70 hours at  335.00 per hour.         $234.50

08/12/10  Meeting with debtors professionals regarding
          revision of claims objections (.2); revise
          objections (.2); draft Ada claim objection (.4)
          Erin Q. Ashcroft    .80 hours at  330.00 per hour.       $264.00

08/12/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.       $180.00

08/13/10  Numerous e-mails and telephone conferences with
          debtor's professionals, client and creditors'
          lawyers relating to settlements of various
          claims including offsets and preference
          liability (1.2); e-mails with client and
          debtors' professionals regarding strategy
          relating to a deadline for filing claims for
          avoidance actions (.4)
          Douglas M. Foley   1.60 hours at  600.00 per hour.       $960.00

08/13/10  Continue to analyze issues, strategy and
          pleadings regarding late claims, continue claim
          objection resolutions, analyze pleadings and
          claims, multiple telephone conferences with
          insurance companies and draft correspondence
          regarding personal injury claims, revise claims
          chart and multiple calls and e-mails regarding
          claim matters
          Sarah B. Boehm   6.40 hours at  495.00 per hour.       $3,168.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/13/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other documents
          regarding same and research issues regarding
          same
          Daniel F. Blanks    3.40 hours at  415.00 per hour.      $1,411.00

08/13/10  Review files and correspond with the debtors'
          professionals regarding orders on omnibus
          objections (.6); meet with the debtors'
          professionals regarding claims issues to
          address next week (.8)
          Bryan A. Stark    1.40 hours at  335.00 per hour.          $469.00

08/13/10  Analyze stipulations and draft list of tax
          claims for payment (37th omni)
          Linda J. Neilson    .60 hours at  200.00 per hour.         $120.00

08/16/10  Analyze various claim matters and documents and
          multiple e-mails regarding same
          Sarah B. Boehm    1.10 hours at  495.00 per hour.          $544.50

08/16/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          Daniel F. Blanks    4.50 hours at  415.00 per hour.      $1,867.50

08/16/10  Telephone call with counsel to claimant
          regarding omnibus objection (.4); research
          claim and follow-up regarding same (.5); review
          orders entered by the Court and arrange for
          service (.3)
          Bryan A. Stark    1.20 hours at  335.00 per hour.          $402.00

08/16/10  Meeting with debtors professionals regarding
          revision of claims objections
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.          $99.00

08/16/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.         $180.00

08/17/10  Analyze documents, issues and e-mails regarding
          claim matters
          Sarah B. Boehm    .90 hours at  495.00 per hour.          $445.50

Circuit City Stores Inc
File Number: 2055557                                          Page  37
Invoice No. 91287235                                          September 17, 2010

08/17/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and draft stipulations regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.        $1,411.00

08/17/10  Review notices of settlement and correspond
          with the debtors' professionals regarding the
          same
          Bryan A. Stark   .50 hours at  335.00 per hour.             $167.50

08/17/10  Meeting with debtors professionals regarding
          claim objections and Omni 37 settlements (.5);
          revise Omni 37 stipulation to include payment
          terms (1.2)
          Erin Q. Ashcroft   1.70 hours at  330.00 per hour.         $561.00

08/18/10  Begin review of unresolved claim objections
          status chart updates
          Douglas M. Foley   .70 hours at  600.00 per hour.          $420.00

08/18/10  Continue claim objection resolutions, analyze
          issues and documents and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   1.30 hours at  495.00 per hour.           $643.50

08/18/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and research issues regarding
          same and review and analyze claims, pleadings,
          charts, and other materials regarding same
          Daniel F. Blanks   2.20 hours at  415.00 per hour.         $913.00

08/18/10  Review proof of claim and telephone call
          regarding omnibus objection (.8); research
          claims registry and call claimant regarding
          omnibus hearing (.4)
          Bryan A. Stark   1.20 hours at  335.00 per hour.           $402.00

08/18/10  Meeting with debtors professionals regarding
          Omni 37 claims (.3); e-mail with taxing
          authorities regarding Omni 37 settlements (.4)
          Erin Q. Ashcroft   .70 hours at  330.00 per hour.          $231.00

08/18/10  Review and prepare stipulation resolving claims
          Linda J. Neilson   1.00 hours at  200.00 per hour.         $200.00

Circuit City Stores Inc
File Number: 2055557                                   Page  38
Invoice No. 91287235                                   September 17, 2010

08/19/10  E-mails regarding status of Quebecor claim
          (.2); e-mail with R. Clifford regarding Export
          Development Canada claims and pending
          objections (.2); telephone conference with
          creditors' counsel regarding status of timing
          of response to pending claim objections and
          possible resolutions of same (.7)
          Douglas M. Foley   1.10 hours at  600.00 per hour.        $660.00

08/19/10  Analyze and revise agenda and exhibit regarding
          all omnibus claim objection matters, review
          claim charts and e-mails regarding same (1.9);
          continue claim objection resolutions and
          multiple calls and e-mails regarding same (.5)
          Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

08/19/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

08/19/10  Review claims registry, objections, and notes
          regarding objection to claim (.8); telephone
          calls with claimant regarding same (.4); review
          and analyze documentation regarding reduction
          to proof of claim and draft e-mail regarding
          the same (1.8); review, finalize and file
          notice of settlement and arrange for service
          (.6)
          Bryan A. Stark   3.60 hours at  335.00 per hour.        $1,206.00

08/19/10  Meeting with debtors professionals regarding
          resolving Omni 37 claimants objections (.9);
          draft e-mail regarding early payment on Omni 37
          2009 claims (.6); e-mail and telephone
          conferences with taxing authorities regarding
          settlement of claims (.4)
          Erin Q. Ashcroft   1.90 hours at  330.00 per hour.        $627.00

08/19/10  Review and revise multiple settlement
          agreements and stipulations (1.5); revise and
          circulate chart for 37th omni stips (.8)
          Linda J. Neilson   2.30 hours at  200.00 per hour.        $460.00

08/20/10  Review unresolved claims chart and meeting with
          debtors professionals regarding same and
          analyze issues regarding same
          Douglas M. Foley   2.60 hours at  600.00 per hour.        $1,560.00

Circuit City Stores Inc
File Number: 2055557                                    Page  39
Invoice No. 91287235                                    September 17, 2010

08/20/10  Continue claim objection resolutions and
          prepare for and participate in telephone
          conference regarding claims, analyze documents
          and e-mails regarding same (1.6); analyze and
          revise agenda and exhibits regarding claim
          objection status hearings and e-mails regarding
          same (.4)
          Sarah B. Boehm    2.00 hours at   495.00 per hour.        $990.00

08/20/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding claims and review and analyze claims,
          pleadings, charts, and other documents
          regarding same and draft stipulations and other
          materials regarding same
          Daniel F. Blanks    3.10 hours at   415.00 per hour.    $1,286.50

08/20/10  Prepare for and participate in conference call
          regarding omnibus objections (2.4); follow-up
          issues regarding the same (.4); review and file
          brief in support of objection to claim (.5);
          correspond with the debtors' professionals
          regarding same (.2); finalize and forward draft
          settlement agreement to debtors (.6)
          Bryan A. Stark    4.10 hours at   335.00 per hour.      $1,373.50

08/20/10  Meeting with debtors professionals regarding
          status of all claims and document admission in
          Active litigation (2.0); revise Omni 37
          stipulations (1.5)
          Erin Q. Ashcroft    3.50 hours at   330.00 per hour.    $1,155.00

08/20/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    2.40 hours at   200.00 per hour.      $480.00

08/21/10  Draft multiple tax claim
          Erin Q. Ashcroft    2.70 hours at   330.00 per hour.      $891.00

08/22/10  Analyze issues and e-mails regarding status of
          various claim matters
          Sarah B. Boehm    .40 hours at   495.00 per hour.         $198.00

08/22/10  Draft discovery requests to J. Eiser (2.0);
          draft objections to Ada, Alison and Chase Bank
          claims (1.0)
          Erin Q. Ashcroft    3.00 hours at   330.00 per hour.      $990.00

Circuit City Stores Inc
File Number: 2055557                                    Page  40
Invoice No. 91287235                         September 17, 2010

08/23/10  Telephone conference with client and debtors'
          professionals regarding strategy relating to
          upcoming deadline for potential commencement of
          avoidance actions and strategy dealing with
          pending issues and claims
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

08/23/10  Prepare for and participate in omnibus hearing
          regarding claim status hearings and analyze
          documents and charts regarding same
          Sarah B. Boehm   1.20 hours at  495.00 per hour.          $594.00

08/23/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

08/23/10  Revise stipulation regarding Omni 37 (1.1);
          draft notices for filing and stipulations for
          Omni 37 (.8); e-mail and telephone conferences
          with taxing authorities regarding settlement of
          Omni 37 claims (.7); meeting with debtors
          professionals regarding same
          Erin Q. Ashcroft   2.90 hours at  330.00 per hour.        $957.00

08/23/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.        $180.00

08/24/10  Review DEC for call regarding update on status
          of various matters pending in wind down
          liquidation
          Douglas M. Foley    .60 hours at  600.00 per hour.        $360.00

08/24/10  Continue claim objection resolutions, analyze
          documents, claims and charts, draft and revise
          settlement stipulations and multiple calls and
          e-mails regarding claim matters
          Sarah B. Boehm   6.30 hours at  495.00 per hour.        $3,118.50

08/24/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with
          claimants and client regarding same and review
          and analyze claims, pleadings, charts, and
          other materials regarding same and research
          issues regarding same and draft stipulations
          regarding same
          Daniel F. Blanks   3.60 hours at  415.00 per hour.      $1,494.00

Circuit City Stores Inc
File Number: 2055557                                    Page   41
Invoice No. 91287235                              September 17, 2010

08/24/10  Draft and revise Omni 37 stipulations (1.9);
          revise stipulation notice and file (1.1); draft
          Chase objections and research NY case law (1.5)
          Erin Q. Ashcroft   4.50 hours at  330.00 per hour.      $1,485.00

08/24/10  Review and revise documents regarding 37th
          omnibus objection (1.3); review and revise
          tracking charts for omnibus objections (.9)
          Linda J. Neilson   2.20 hours at  200.00 per hour.        $440.00

08/25/10  E-mails regarding potential settlement of
          various claims and e-mails with debtors'
          professionals and creditors' professionals
          regarding same
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

08/25/10  Continue claim objection resolutions, analyze
          claims, pleadings and documents, draft, review
          and revise claim orders, stipulations and
          notices, update claims charts and multiple
          calls and e-mails regarding claim matters
          Sarah B. Boehm   6.10 hours at  495.00 per hour.        $3,019.50

08/25/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and draft and file stipulations
          and notices regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.      $1,411.00

08/25/10  Draft Chase objections (.6); draft Alicia
          objections (.7); draft multiple claim
          stipulations (.8); draft stipulation notices
          and file same (2.1)
          Erin Q. Ashcroft   4.20 hours at  330.00 per hour.      $1,386.00

08/25/10  Review and revise omnibus objections charts
          Linda J. Neilson    .80 hours at  200.00 per hour.        $160.00

08/26/10  Analyze and revise agenda regarding new omnibus
          claim objections and e-mails regarding status
          of various claim matters
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

Circuit City Stores Inc
File Number: 2055557                                   Page  42
Invoice No. 91287235                                   September 17, 2010

08/26/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and draft and file stipulations
          and notices regarding same
          Daniel F. Blanks   5.70 hours at  415.00 per hour.      $2,365.50

08/26/10  Telephone conference and e-mail with taxing
          authorities regarding settlement of Omni 37
          (.9); meeting with debtors professionals
          regarding Omni 37 claims (.3); review Omni 37
          stipulations (.3)
          Erin Q. Ashcroft   1.50 hours at  330.00 per hour.       $495.00

08/26/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.       $180.00

08/27/10  Analyze and revise agenda regarding status of
          various claim matters, review documents and
          proposed stipulations, continue claim objection
          resolutions and multiple calls and e-mails
          regarding various claim matters
          Sarah B. Boehm   1.60 hours at  495.00 per hour.         $792.00

08/27/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and draft and file stipulations
          and notices regarding same (2.2); review,
          revise, and file reply regarding Mitsubishi
          (.5)
          Daniel F. Blanks   2.70 hours at  415.00 per hour.      $1,120.50

08/27/10  E-mail and telephone conferences with taxing
          authorities regarding settlement of Omni 37
          (.4); draft multiple stipulations resolving
          claims plan objections (1.5); draft notices and
          file (.5)
          Erin Q. Ashcroft   2.40 hours at  330.00 per hour.       $792.00

08/27/10  Prepare 80th and 81st omni responses binders
          (1.4); review and revise tracking charts for
          omnibus objections (.9)
          Linda J. Neilson   2.30 hours at  200.00 per hour.       $460.00

08/29/10  E-mails with parties regarding late claim
          issues and strategies
          Daniel F. Blanks   1.10 hours at  415.00 per hour.       $456.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  43
September 17, 2010

08/30/10  Review claims tracking chart for omnibus claim
          objection responses
          Douglas M. Foley   .70 hours at  600.00 per hour.        $420.00

08/30/10  Continue claim objection resolutions, analyze
          documents and claims, draft and revise
          stipulations and settlement agreements, update
          claims charts, prepare for hearing on merits
          regarding late claims and initial status
          conferences on Omnis 80 and 81 and multiple
          calls and e-mails regarding claim matters
          Sarah B. Boehm   5.60 hours at 495.00 per hour.        $2,772.00

08/30/10  Continued resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and draft and file stipulations
          and notices regarding same
          Daniel F. Blanks   5.30 hours at  415.00 per hour.     $2,199.50

08/30/10  Research issues regarding excusable neglect and
          claims (1.8); meet with debtors' professionals
          regarding same (.4); telephone call with
          counsel to claimant subject to objection (.3);
          follow-up with the debtors' professionals (.2);
          review e-mails regarding settlement issues (.2)
          Bryan A. Stark   2.90 hours at  335.00 per hour.        $971.50

08/30/10  E-mail with taxing authorities regarding Omni
          37 and Omni 59 (.4); draft notice for Aden
          County (.5)
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.      $165.00

08/30/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   1.40 hours at  200.00 per hour.      $280.00

08/31/10  Prepare for and participate in omnibus hearing
          regarding claim objection status conference and
          hearing on merits regarding Tennessee's late
          claim and conference with client regarding same
          (2.9); draft notice, revise, finalize and file
          claim stipulation and multiple e-mails
          regarding same (.7); draft order disallowing
          claims and e-mails regarding same (.4);
          continue claim objection resolutions, analyze
          issues and strategy regarding claim matters,
          conference with client and multiple calls and
          e-mails regarding claim matters (.8)
          Sarah B. Boehm   4.80 hours at  495.00 per hour.       $2,376.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  44
September 17, 2010

08/31/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same and meetings with client and debtors'
          professionals regarding same
          Daniel F. Blanks   4.60 hours at  415.00 per hour.        $1,909.00

08/31/10  Review claims, notices of transfers and other
          documentation regarding status of claims (.6);
          telephone call with transferee regarding same
          (.3); review claims chart and provide updates
          (.4); review, finalize and file notice of
          settlement and arrange for service (.6)
          Bryan A. Stark   1.90 hours at  335.00 per hour.           $636.50

08/31/10  Draft Omni 37 notices and file (.4); e-mail
          with taxing authorities regarding resolution of
          Omni 37 claims (.4)
          Erin Q. Ashcroft   .80 hours at  330.00 per hour.          $264.00

08/31/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   .70 hours at  200.00 per hour.          $140.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 13.0 | $7,800.00 |
| Sarah B. Boehm | $495.00 | 75.4 | $37,323.00 |
| Daniel F. Blanks | $415.00 | 67.2 | $27,888.00 |
| Bryan A. Stark | $335.00 | 23.4 | $7,839.00 |
| Erin Q. Ashcroft | $330.00 | 37.3 | $12,309.00 |
| Linda J. Neilson | $200.00 | 26.8 | $5,360.00 |
| TOTAL FEES | | 243.1 | $98,519.00 |

Re: Disclosure Statement and Plan
     Our File No.            2055557-0270
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

08/01/10  Review, revised disclosures and updated plan
          documents and e-mails and telephone conferences
          with debtors' professionals regarding same
          Douglas M. Foley   3.90 hours at  600.00 per hour.        $2,340.00

Circuit City Stores Inc
File Number: 2055557                                    Page  45
Invoice No. 91287235                              September 17, 2010

08/02/10  Several telephone conferences with debtors'
          professionals, client board, and creditors
          committee regarding open issues and edits to
          plan and related documents and updated
          disclosure
          Douglas M. Foley   3.20 hours at  600.00 per hour.      $1,920.00

08/02/10  Analyze issues regarding insurance and e-mails
          regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.         $148.50

08/03/10  E-mails and telephone conferences with board,
          debtors' professionals, committee members and
          professionals regarding finalization of
          documentation for updated disclosure and revise
          plan documents
          Douglas M. Foley   1.50 hours at  600.00 per hour.       $900.00

08/03/10  Research regarding various insurance and plan
          issues and analyze documents regarding same
          Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

08/04/10  Telephone conference with debtors'
          professionals and client relating to
          substantive consolidation analysis and
          liquidation analysis
          Douglas M. Foley   .80 hours at  600.00 per hour.        $480.00

08/04/10  Analyze plan documents and e-mails regarding
          liquidation analysis (.6); finalize and submit
          orders regarding expedited and limiting notice
          of supplemental disclosure and e-mails
          regarding same (.7)
          Sarah B. Boehm   1.30 hours at  495.00 per hour.         $643.50

08/05/10  Review materials regarding D&O issues and
          research regarding same
          Douglas M. Foley   .80 hours at  600.00 per hour.        $480.00

08/05/10  Analyze plan issues regarding insurance and
          multiple e-mails regarding same
          Sarah B. Boehm   .70 hours at  495.00 per hour.          $346.50

08/09/10  Continue review of revised plan and disclosure
          documents
          Douglas M. Foley   1.50 hours at  600.00 per hour.       $900.00

Circuit City Stores Inc
File Number: 2055557                           Page  46
Invoice No. 91287235                          September 17, 2010

08/09/10  Analyze revised plan documents, finalize and
          file amended plan with exhibits and
          supplemental disclosure with exhibits and
          e-mails regarding same
          Sarah B. Boehm   2.10 hours at  495.00 per hour.        $1,039.50

08/10/10  E-mails and review documents relating to
          revised plan and disclosure and post
          confirmation governance documents
          Douglas M. Foley   .60 hours at  600.00 per hour.        $360.00

08/18/10  Prepare for and participate in telephone
          conference with board of Circuit City relating
          to confirmation and status of claim issues
          going forward
          Douglas M. Foley   2.20 hours at  600.00 per hour.     $1,320.00

08/19/10  Analyze issues and e-mails regarding
          confirmation hearing and related plan matters
          Sarah B. Boehm   .40 hours at  495.00 per hour.         $198.00

08/19/10  Telephone conference with debtors'
          professionals regarding taxing authorities
          objections to confirmation and issues regarding
          same and analyze claims, objections, and other
          issues regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.      $498.00

08/19/10  Draft notice of confirmation hearing
          Bryan A. Stark   .40 hours at  335.00 per hour.         $134.00

08/20/10  Revise notice of confirmation and e-mail same
          to counsel to creditors' committee
          Bryan A. Stark   .30 hours at  335.00 per hour.         $100.50

08/25/10  E-mails with client and debtors' professionals
          regarding resolution of pending objections to
          plan confirmation
          Douglas M. Foley   .70 hours at  600.00 per hour.       $420.00

08/30/10  Numerous e-mails with debtors' professionals
          and creditors' counsel regarding resolution of
          various miscellaneous plan objections
          Douglas M. Foley   1.30 hours at  600.00 per hour.      $780.00

08/30/10  E-mails and telephone conferences with debtors
          and debtors' professionals regarding resolution
          of confirmation objections by taxing
          authorities and IRS and analyze strategies
          regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.      $498.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/31/10 Analyze 9019 motion in connection with
         confirmation and draft motion to expedite and
         motion to shorten and limit notice regarding
         same (1.2); conference with client and debtors'
         professionals regarding confirmation issues
         (.6)
         Sarah B. Boehm   1.80 hours at  495.00 per hour.          $891.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $600.00 | 16.5 | $9,900.00 |
| Sarah B. Boehm | $495.00 | 7.8 | $3,861.00 |
| Daniel F. Blanks | $415.00 | 2.4 | $996.00 |
| Bryan A. Stark | $335.00 | 0.7 | $234.50 |
| TOTAL FEES | | 27.4 | $14,991.50 |

**Re: Employee Benefits/Pensions**
     **Our File No.**             2055557-0280
     **Circuit City Contact**     Katie Bradshaw
     **McGuireWoods Contact**     Douglas M. Foley


08/10/10 Review 401(k) plan benefit program motion for
         filing
         Douglas M. Foley   .30 hours at  600.00 per hour.         $180.00

08/10/10 Draft notice, analyze, revise, finalize and
         file 401(k) plan and benefit motion and notice
         of hearing and multiple e-mails regarding same
         Sarah B. Boehm   .70 hours at  495.00 per hour.           $346.50

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| Sarah B. Boehm | $495.00 | 0.7 | $346.50 |
| TOTAL FEES | | 1.0 | $526.50 |

**Re: Intellectual Property Matters**
     **Our File No.**             2055557-0310
     **Circuit City Contact**     Katie Bradshaw
     **McGuireWoods Contact**     Douglas M. Foley


08/17/10 Multiple telephone conferences and e-mails with
         parties regarding DIVX patents and related
         issues and research issues with client
         regarding same
         Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

08/18/10 E-mails and telephone conferences with client
         and McDermott regarding DIVX patent issues and
         review and analyze issues regarding same
         Daniel F. Blanks   1.30 hours at  415.00 per hour.        $539.50

08/19/10 E-mails with parties regarding DIVX patent
         issues
         Daniel F. Blanks   .60 hours at  415.00 per hour.         $249.00

08/20/10 E-mails with K. Gokey regarding renewal of
         FLYING PLUG DESIGN in Canada
         Douglas B. Smith   .30 hours at  320.00 per hour.          $96.00

08/20/10 Review docket reminder and discussion with D.
         Smith (.1); prepare correspondence to client
         regarding upcoming maintenance deadline (.2)
         Kymberleigh B. Gokey   .30 hours at  175.00 per hour.      $52.50

08/31/10 E-mails with K. Bradshaw regarding renewal of
         FLYING PLUG & DESIGN
         Douglas B. Smith   .20 hours at  320.00 per hour.          $64.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 3.1 | $1,286.50 |
| Douglas B. Smith | $320.00 | 0.5 | $160.00 |
| Kymberleigh B. Gokey | $175.00 | 0.3 | $52.50 |
| TOTAL FEES | | 3.9 | $1,499.00 |

**Re: Schimenti Construction Litigation**
   **Our File No.**        2055557-0323

08/03/10 Revise, finalize and file consent motion to
         dismiss Schimenti appeal (1.0); submit consent
         order to judge's chambers (.3)
         Bryan A. Stark   1.30 hours at  335.00 per hour.          $435.50

08/09/10 Review and analyze Schimenti proof of claim,
         supporting documentation, and various
         communications and other documents relating to
         claim (1.2); analyze Schimenti preference chart
         for possible defenses and prior to receipt of
         Schimenti defense letter (.7); correspond with
         the debtors' professionals regarding the same
         (.6); e-mail with Schimenti counsel regarding
         preference letter and other issues (.4)
         Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

Circuit City Stores Inc
File Number: 2055557                                        Page  49
Invoice No. 91287235                                        September 17, 2010

08/10/10  Analyze issues relating to discovery and
          preference analysis and e-mails regarding same
          Douglas M. Foley    .30 hours at  600.00 per hour.          $180.00

08/10/10  Draft discovery requests for adversary
          proceeding (2.6); finalize and serve the same
          (.7
          Bryan A. Stark   3.30 hours at  335.00 per hour.          $1,105.50

08/13/10  Review analysis relating to preference exposure
          and preparation of discovery relating to
          Schimenti litigation
          Douglas M. Foley    .40 hours at  600.00 per hour.          $240.00

08/13/10  Telephone calls regarding preference complaint
          and analysis (.7); research preference issues
          and review and analyze Schimenti proofs of
          claim, documentation and research in advance of
          preference response (2.1); review and analyze
          preference analysis and defenses provided by
          Schimenti (.6)
          Bryan A. Stark   3.40 hours at  335.00 per hour.          $1,139.00

08/15/10  Review preference analysis and e-mails
          regarding the same
          Bryan A. Stark    .60 hours at  335.00 per hour.          $201.00

08/16/10  Correspond with the debtors' professionals
          regarding Schimenti defense letter and analysis
          (.6); review and match up defense letter to the
          debtors' preference chart and historical
          average (1.2)
          Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

08/17/10  Analyze issues regarding preference action and
          response letter received from Schimenti
          relating to ordinary course defense and mere
          conduit defense
          Douglas M. Foley   1.30 hours at  600.00 per hour.          $780.00

08/19/10  Telephone conference with opposing counsel
          regarding status of litigation deadlines and
          potential evaluation of preference defenses and
          potential settlement options (1.2); review
          materials from client and letter from Schimenti
          regarding same and telephone conference with
          client regarding potential settlement options
          (1.2)
          Douglas M. Foley   2.40 hours at  600.00 per hour.          $1,440.00

Circuit City Stores Inc
File Number: 2055557                                    Page  50
Invoice No. 91287235                            September 17, 2010

08/19/10  Research preference issues (2.4); correspond
          with debtor and debtors' professionals
          regarding analysis and research (.8)
          Bryan A. Stark   3.20 hours at  335.00 per hour.        $1,072.00

08/20/10  Telephone call regarding proofs of claim and
          adversary proceeding
          Bryan A. Stark    .50 hours at  335.00 per hour.          $167.50

08/22/10  Review and analyze updated analysis from the
          debtors' professionals
          Bryan A. Stark    .70 hours at  335.00 per hour.          $234.50

08/23/10  Numerous e-mails regarding potential settlement
          parameters for litigation
          Douglas M. Foley   .90 hours at  600.00 per hour.         $540.00

08/23/10  Review and analyze documentation provided by
          defendant and research issues regarding same
          (1.1); draft e-mail of analysis to the debtors'
          professionals (.5)
          Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

08/25/10  Numerous e-mails regarding finalization of
          settlement of all Schimenti matters
          Douglas M. Foley    .70 hours at  600.00 per hour.        $420.00

08/26/10  Review documentation, correspondence and other
          materials and summarize status (.8); e-mails
          with debtor and debtors' professionals
          regarding same (.3)
          Bryan A. Stark   1.10 hours at  335.00 per hour.          $368.50

08/31/10  Review documentation and draft settlement
          agreement (2.1); e-mail to debtors for review
          (.1)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

| Timekeeper       | Rate/HR  | Hours | Fees       |
|------------------|----------|-------|------------|
| Douglas M. Foley | $600.00  | 6.0   | $3,600.00  |
| Bryan A. Stark   | $335.00  | 22.6  | $7,571.00  |
|                  |          |       |            |
| TOTAL FEES       |          | 28.6  | $11,171.00 |

Disbursements and Other Expenses:
          Copy Charges                          $596.80
          Pacer Research                         $51.04
          Long Distance Telephone Charges       $202.40

Circuit City Stores Inc
File Number: 2055557                                        Page  51
Invoice No. 91287235                              September 17, 2010

| | | |
|---|---|---|
| 07/15/10 | AMERICAN EXPRESS CO - KORNSTEIN/DON Travel Roundtrip from: NORFOLK VA to NEW YORK-LAGUARDIA NY Date: 07/16/2010 Ticket #7903923635 | $186.74 |
| 07/29/10 | AMERICAN EXPRESS - Lunch on July 14 during mediation | $124.53 |
| 07/29/10 | AMERICAN EXPRESS - Lunch on July 15 during mediation | $418.80 |
| 07/29/10 | AMERICAN EXPRESS - Dinner on 7/15 during mediation | $148.03 |
| 08/02/10 | FedEx Priority Overnight to New York City, NY - Tracking #:  791273071177 | $28.61 |
| 08/02/10 | FedEx Priority Overnight to New York City, NY - Tracking #:  791273071350 | $28.22 |
| 08/04/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 7/12/10 | $289.00 |
| 08/04/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 7/22/10 | $65.70 |
| 08/04/10 | SARAH B. BOEHM - Transportation to and from court hearing 7/22; van service | $286.85 |
| 08/04/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 08/04/2010 | $29.75 |
| 08/05/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 08/05/2010 | $25.76 |
| 08/05/10 | FedEx Priority Overnight to Richmond, VA - Tracking #:  790353960400 | $29.42 |
| 08/05/10 | FedEx Priority Overnight to Richmond, VA - Tracking #:  790229930823 | $31.05 |
| 08/06/10 | DANIEL F. BLANKS - Attend client meetings 7/26 - 7/27; hotel, meals, mileage | $360.36 |
| 08/06/10 | ZELICKS CAFE - Breakfast for mediation | $118.51 |
| 08/10/10 | DOUGLAS M. FOLEY - Attend omnibus hearing and client meetings 8/02 - 8/05; hotel, meal, mileage, parking | $801.72 |
| 08/10/10 | LASERSHIP INC - Delivery to USDC (Clerk's Office) from McGuireWoods (Bryan Stark) on 8/3/10 | $5.30 |
| 08/13/10 | DANIEL F. BLANKS - Attend depositions in New York 8/03 - 8/05; airfare, hotel, meals, cabs, parking, travel fee | $1,600.78 |
| 08/13/10 | CAPITAL REPORTING COMPANY - Deposition of Michelle Burns and Gordon Zellner | $1,634.73 |
| 08/13/10 | CAPITAL REPORTING COMPANY - Deposition of Michelle Burns and Gordon Zellner | $938.32 |
| 08/14/10 | RESTAURANTEUR INC - Lunch ordered 8/4/10 | $138.20 |
| 08/14/10 | RESTAURANTEUR INC - Lunch ordered 8/9/10 | $138.20 |
| 08/14/10 | RESTAURANTEUR INC - Lunch ordered 8/10/10 | $138.20 |
| 08/17/10 | DANIEL F. BLANKS - Attend deposition in CC v. Active Media 8/08 - 8/10; hotel, meals, mileage | $488.29 |

Circuit City Stores Inc
File Number: 2055557                                    Page  52
Invoice No. 91287235                          September 17, 2010

| Date | Description | Amount |
|---|---|---|
| 08/17/10 | DOUGLAS M. FOLEY - Attend meeting with client to prepare and take depositions and prepare for active depositions 8/08 - 8/10; hotel, meal, mileage, parking | $724.16 |
| 08/17/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 08/17/2010 | $11.41 |
| 08/17/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 08/17/2010 | $3.33 |
| 08/18/10 | LASERSHIP INC - Delivery to Circuit City Stores (Heather Ferguson) from McGuireWoods (Sarah Boehm) on 8/11/10 | $18.81 |
| 08/20/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 08/20/2010 | $11.31 |
| 08/20/10 | FedEx Standard Overnight to Richmond, VA - Tracking #:  790355146452 | $9.70 |
| 08/23/10 | CAPITAL REPORTING COMPANY - Certified copy of transcript of Kevin Regan, Exhibits, Rough ASCII, E-Transcript Email, Shipping | $554.25 |
| 08/24/10 | DOUGLAS M. FOLEY - Lunch meeting regarding trial preparation for Active Media litigation 8/20 | $37.81 |
| 08/25/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 5/20/10 | $73.00 |
| 08/25/10 | J&J COURT TRANSCRIBERS INC - Professional services - Federal Court 14-Day on 8/4/10 | $55.25 |
| 08/25/10 | CAPITAL REPORTING COMPANY | $1,139.90 |
| 08/27/10 | SARAH B. BOEHM - Van service to and from court 8/04 | $334.65 |
| 08/27/10 | SARAH B. BOEHM - Van service for transportation to court 8/23 | $331.85 |
| 08/29/10 | RESTAURANTEUR INC - Lunch ordered for 8/23/10 | $202.58 |
| 08/30/10 | DANIEL F. BLANKS - Attend Omni hearing 8/22 - 8/23; hotel, meals, mileage | $358.99 |
| 08/31/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  790232085556 | $17.79 |
| 08/31/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  791605057067 | $18.30 |
|  | TOTAL EXPENSES | $12,808.40 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91287235

Page  53
September 17, 2010

Summary of Fees and Expenses:

Total Fees for all Matters:      $326,359.00

Total Expenses for all Matters:     $12,808.40

Total for this Invoice:      $339,167.40

# McGuireWoods

**Douglas M. Foley**
**(804) 775-1150**

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

October 18, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO   (804) 775-1601 or  (800) 775-2202

INVOICE NO. 91295019

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

| | |
|---|---:|
| Balance Forward from Prior Invoices: | $185,348.01 |
| *(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)* | |

Current Invoice:

| | | |
|---|---:|---:|
| Current Fees: | $239,997.00 | |
| Current Disbursements: | $8,324.93 | |
| **Current Invoice Total:** | | **$248,321.93** |
| Total Balance Due: | | $433,669.94 |

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

McGuireWoods LLP
Attn: Accounts Receivable
901 E. Cary Street
Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

Douglas M. Foley
(804) 775-1150

One James Center
901 East Cary Street
Richmond, Virginia 23219-4030

October 18, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 09/30/10

INVOICE NO.  91295019                                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.            2055557-0010
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

| | |
|---|---|
| 09/01/10 Review entered orders and e-mails regarding same (.3); telephone conference with Crowe regarding application for administrative expense and analyze issues regarding same (.4) Sarah B. Boehm   .70 hours at  495.00 per hour. | $346.50 |
| 09/01/10 File affidavits of service from KCC Cullen A. Drescher    .50 hours at  325.00 per hour. | $162.50 |
| 09/01/10 Review, organize and respond to garnishments and subpoenas Linda J. Neilson   1.70 hours at  200.00 per hour. | $340.00 |
| 09/02/10 Review and organize requests for garnishments and subpoenas Linda J. Neilson   1.00 hours at  200.00 per hour. | $200.00 |

Circuit City Stores Inc
File Number: 2055557                                  Page    2
Invoice No. 91295019                                  October 18, 2010

| | | |
|---|---|---|
| 09/03/10 | Revise, finalize and file agenda and multiple calls and e-mails regarding same (.4); draft notice of hearing and finalize and file application for administrative expense for Crowe and e-mails regarding same (.5) Sarah B. Boehm    .90 hours at  495.00 per hour. | $445.50 |
| 09/03/10 | File affidavits of service from KCC Cullen A. Drescher    .50 hours at  325.00 per hour. | $162.50 |
| 09/06/10 | Prepare documents for 9/8/10 confirmation hearing Linda J. Neilson   2.10 hours at  200.00 per hour. | $420.00 |
| 09/07/10 | Work on confirmation and omnibus hearing preparations (1.7); work on professionals' court binders with additional responses and objections (.7); prepare hearing documents (.8) Karen B. Cain   3.20 hours at  215.00 per hour. | $688.00 |
| 09/08/10 | Omnibus hearing (.8); review and file affidavits of service (.6) Bryan A. Stark   1.40 hours at  335.00 per hour. | $469.00 |
| 09/08/10 | Draft and revise order denying Mondragon's motion to continue Cullen A. Drescher    .50 hours at  325.00 per hour. | $162.50 |
| 09/08/10 | Review documents for omnibus hearing (1.1); prepare potential exhibits for omnibus (.9); work on confirmation binders for professionals (2.1); assist with hearing documents (1.7) Karen B. Cain   5.80 hours at  215.00 per hour. | $1,247.00 |
| 09/10/10 | Finalize and submit NOL order and e-mails regarding same Sarah B. Boehm    .30 hours at  495.00 per hour. | $148.50 |
| 09/14/10 | Analyze entered orders and multiple e-mails regarding service requirements for each (.3); finalize and submit order (.3) Sarah B. Boehm    .60 hours at  495.00 per hour. | $297.00 |
| 09/14/10 | Assist with documents for post confirmation (2.7); review documents from prior productions (1.2); status of all to professionals (.3) Karen B. Cain   4.20 hours at  215.00 per hour. | $903.00 |
| 09/15/10 | Review, organize and prepare responses to subpoena requests Linda J. Neilson    .90 hours at  200.00 per hour. | $180.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page   3
October 18, 2010

09/16/10   File affidavits of service for KCC
           Cullen A. Drescher     .80 hours at  325.00 per hour.        $260.00

09/17/10   Finalize and file notice of additional omnibus
           hearing dates and e-mails regarding same
           Sarah B. Boehm     .30 hours at  495.00 per hour.           $148.50

09/17/10   File affidavits of service for KCC
           Cullen A. Drescher     .70 hours at  325.00 per hour.       $227.50

09/17/10   Assist with documents for post-confirmation
           meeting
           Karen B. Cain     .70 hours at  215.00 per hour.            $150.50

09/19/10   Research issues and draft summaries of appeals
           and litigation
           Bryan A. Stark     .70 hours at  335.00 per hour.           $234.50

09/20/10   Prepare for and attend meetings with client and
           creditors committee and liquidating trustee
           representatives regarding time and effective
           date and transition issues and protocol going
           forward post effective date with respect to
           claims administration and collection actions
           relating to accounts receivable and preferences
           and analyze issues regarding same
           Douglas M. Foley   5.40 hours at  600.00 per hour.       $3,240.00

09/20/10   Review and circulate omnibus hearing transcript
           to professionals
           Karen B. Cain     .40 hours at  215.00 per hour.             $86.00

09/21/10   Continue follow-up on e-mails regarding
           transition issues to liquidating trust and
           liquidating trustee and attending to transition
           matters and e-mails with trustees regarding
           same
           Douglas M. Foley   1.40 hours at  600.00 per hour.         $840.00

09/21/10   Analyze issues and e-mails regarding Crowe
           administrative expense application
           Sarah B. Boehm     .20 hours at  495.00 per hour.            $99.00

09/22/10   E-mails regarding Crowe administrative expense
           claim
           Sarah B. Boehm     .20 hours at  495.00 per hour.            $99.00

09/22/10   Review, revise and circulate 9/27/10 hearing
           agenda and exhibit
           Linda J. Neilson   1.70 hours at  200.00 per hour.         $340.00

Circuit City Stores Inc
File Number: 2055557                                        Page   4
Invoice No. 91295019                                       October 18, 2010

09/22/10  Process for distribution omnibus hearing
          transcript
          Karen B. Cain      .20 hours at  215.00 per hour.          $43.00

09/23/10  Review and revise 9/27/10 hearing agenda and
          Exhibit A
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

09/24/10  Review and finalize omnibus hearing agenda,
          file same with court and arrange for service
          Bryan A. Stark     .50 hours at  335.00 per hour.         $167.50

09/24/10  Prepare, revise and circulate 9/27/10 hearing
          agenda and Exhibit A for filing
          Linda J. Neilson   1.80 hours at  200.00 per hour.        $360.00

09/28/10  Telephone conference with liquidating trustee's
          counsel regarding post effective date
          transition
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

09/30/10  Review and file affidavits of service
          Bryan A. Stark     .40 hours at  335.00 per hour.         $134.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 7.7 | $4,620.00 |
| Sarah B. Boehm | $495.00 | 3.2 | $1,584.00 |
| Bryan A. Stark | $335.00 | 3.0 | $1,005.00 |
| Cullen A. Drescher | $325.00 | 3.0 | $975.00 |
| Karen B. Cain | $215.00 | 14.5 | $3,117.50 |
| Linda J. Neilson | $200.00 | 10.2 | $2,040.00 |
| TOTAL FEES | | 41.6 | $13,341.50 |

**Re: Restructuring and General Strategy**
     Our File No.            2055557-0020
     Circuit City Contact    Katie Bradshaw
     McGuireWoods Contact    Douglas M. Foley

09/17/10  Review and revise Form 8-K concerning
          confirmation of bankruptcy plan (.6); confirm
          compliance with applicable rules (.3);
          follow-up on open items, including determining
          whether order is required to be or should be
          filed (1.4)
          LaTisha S. Owens   2.30 hours at  450.00 per hour.      $1,035.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| LaTisha S. Owens | $450.00 | 2.3 | $1,035.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

TOTAL FEES          2.3     $1,035.00

**Re: Monthly Operating Reports**
Our File No.             2055557-0060
Circuit City Contact     Katie Bradshaw
McGuireWoods Contact     Douglas M. Foley

09/15/10  Review, analyze and file monthly operating
          report
          Daniel F. Blanks   .40 hours at  415.00 per hour.        $166.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.4 | $166.00 |
| TOTAL FEES | | 0.4 | $166.00 |

**Re: Professional Retention/Fee Applications**
Our File No.             2055557-0070
Circuit City Contact     Katie Bradshaw
McGuireWoods Contact     Douglas M. Foley

09/02/10  E-mails with DJM Realty regarding interim fee
          applications
          Sarah B. Boehm   .20 hours at  495.00 per hour.          $99.00

09/03/10  E-mails regarding interim fee applications and
          related matters
          Sarah B. Boehm   .40 hours at  495.00 per hour.         $198.00

09/03/10  Review interim fee applications for debtors'
          professionals and draft notice regarding same
          Bryan A. Stark   .80 hours at  335.00 per hour.         $268.00

09/07/10  Analyze documents and draft and revise
          McGuireWoods' interim fee application and
          related exhibits and multiple e-mails regarding
          same
          Sarah B. Boehm   2.40 hours at  495.00 per hour.      $1,188.00

09/08/10  Continue to draft and revise exhibits and
          interim fee application and e-mails regarding
          same
          Sarah B. Boehm   .90 hours at  495.00 per hour.         $445.50

09/08/10  Review interim fee application of debtors'
          professionals and draft notice of same
          Bryan A. Stark   .80 hours at  335.00 per hour.         $268.00

Circuit City Stores Inc
File Number: 2055557                          Page   6
Invoice No. 91295019                          October 18, 2010

09/13/10  Revise and finalize interim fee application and
          multiple e-mails with professionals regarding
          interim fee applications
          Sarah B. Boehm   .90 hours at  495.00 per hour.          $445.50

09/14/10  Revise and finalize McGuireWoods seventh
          interim fee application (.6); analyze and
          finalize multiple interim fee applications and
          notices for debtors' professionals and e-mails
          regarding same (.8)
          Sarah B. Boehm  1.40 hours at  495.00 per hour.          $693.00

09/14/10  Review, finalize and file interim applications
          for compensation for debtors' professionals and
          notices for same
          Bryan A. Stark  1.40 hours at  335.00 per hour.          $469.00

09/17/10  Finalize monthly fee statement, draft
          correspondence regarding same and e-mails
          regarding same
          Sarah B. Boehm   .70 hours at  495.00 per hour.          $346.50

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Sarah B. Boehm | $495.00 | 6.9 | $3,415.50 |
| Bryan A. Stark | $335.00 | 3.0 | $1,005.00 |
| TOTAL FEES | | 9.9 | $4,420.50 |

**Re: Executory Contracts**
     Our File No.          2055557-0140
     Circuit City Contact   Katie Bradshaw
     McGuireWoods Contact   Douglas M. Foley

09/21/10  Continue drafting and revising appellee brief
          regarding Ryan
          Daniel F. Blanks  1.20 hours at  415.00 per hour.        $498.00

09/23/10  Draft and revise appellee brief regarding Ryan
          and review and analyze documents, pleadings and
          other items regarding same
          Daniel F. Blanks  1.80 hours at  415.00 per hour.        $747.00

09/26/10  Review Ryan appeal brief and analyze issues
          regarding same
          Daniel F. Blanks   .60 hours at  415.00 per hour.        $249.00

Circuit City Stores Inc
File Number: 2055557                                    Page    7
Invoice No. 91295019                                    October 18, 2010

09/27/10  Review, analyze and revise appellee brief for
          Ryan and telephone conferences with debtors'
          professionals regarding same
          Daniel F. Blanks   2.40 hours at  415.00 per hour.        $996.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Daniel F. Blanks | $415.00 | 6.0 | $2,490.00 |
| TOTAL FEES | | 6.0 | $2,490.00 |

**Re: Litigation**
     **Our File No.**          2055557-0150
     **Circuit City Contact**  Katie Bradshaw
     **McGuireWoods Contact**  Douglas M. Foley


09/01/10  Numerous e-mails and telephone conferences
          regarding status of Sharp adversary proceeding
          litigation and possible parameters of
          settlement and analyze same
          Douglas M. Foley   1.30 hours at  600.00 per hour.        $780.00

09/01/10  Research issues related to litigation (1.6);
          telephone calls with debtors' professionals and
          debtor regarding litigation issues and
          adversary proceedings (1.1); follow-up research
          and analysis (.7); draft e-mail for review by
          debtor (.4); review chart and files regarding
          demand letters and status of same (.6);
          correspond with debtors' professionals
          regarding same (.4)
          Bryan A. Stark   3.80 hours at  335.00 per hour.       $1,273.00

09/02/10  E-mails regarding Sharp and analyze issues
          regarding Sharp offer and counter offer in
          response to same and telephone conferences with
          debtors' professionals and client regarding
          same
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

09/02/10  Draft stipulation resolving Active litigation
          and e-mails with parties regarding same and
          review and analyze issues regarding same and
          analyze strategies
          Daniel F. Blanks   1.50 hours at  415.00 per hour.        $622.50

Circuit City Stores Inc
File Number: 2055557                                    Page   8
Invoice No. 91295019                                   October 18, 2010

09/02/10   Review chart and research issues regarding
           demand letters and litigation (.8); telephone
           calls with debtor regarding adversary
           proceeding (.8); research issues related to
           same (1.2); conference call with defendant
           relating to same (1.1); telephone call with
           debtors' professionals regarding complaints and
           other issues (.5)
           Bryan A. Stark    .00 hours at  .00 per hour.             $0.00

09/02/10   Analyze and discuss settlement issues with
           debtors' professionals and debtors and revise
           settlement offer accordingly (.7); finalize and
           e-mail settlement offer to defendant (.3);
           prepare for and participate in a conference
           call with defendant (1.6); follow-up telephone
           calls with debtor and debtors' professionals
           (.5)
           Bryan A. Stark   3.10 hours at  335.00 per hour.      $1,038.50

09/02/10   Organize Active litigation documents
           Linda J. Neilson   1.00 hours at  200.00 per hour.     $200.00

09/03/10   Draft and revise stipulation with Active and
           e-mails with opposing counsel regarding same
           Daniel F. Blanks   1.50 hours at  415.00 per hour.     $622.50

09/03/10   Telephone call with counsel to defendant
           regarding adversary proceeding (.6); follow-up
           issues regarding same (.4); research issues for
           adversary proceedings and e-mail parties
           regarding same (.4); review and analyze
           documentation provided for support in adversary
           proceeding (.6); correspond with debtor and
           debtors' professionals regarding same (.5)
           Bryan A. Stark   2.40 hours at  335.00 per hour.       $804.00

09/06/10   Research and retrieve corporate information
           regarding multiple defendants
           Linda J. Neilson    .90 hours at  200.00 per hour.     $180.00

09/07/10   Continue negotiations regarding adversary
           proceedings and resolution of AMS litigation
           and e-mails with opposing counsel and client
           regarding same
           Daniel F. Blanks   1.20 hours at  415.00 per hour.     $498.00

Circuit City Stores Inc
File Number: 2055557                                    Page   9
Invoice No. 91295019                                   October 18, 2010

09/07/10  Research litigation issues and analyze
          documentation (2.1); discuss settlement
          negotiations and other issues with debtors,
          debtors' professionals and defendant (.8)
          Bryan A. Stark   2.90 hours at  335.00 per hour.          $971.50

09/08/10  Numerous e-mails with counter parties to
          adversary proceedings regarding status of
          discovery and potential settlement offers and
          counter offers, including Sharp and Active
          Media
          Douglas M. Foley   2.80 hours at  600.00 per hour.      $1,680.00

09/08/10  Research issues related to litigation and
          potential witnesses and correspond with debtors
          regarding same
          Bryan A. Stark   1.20 hours at  335.00 per hour.          $402.00

09/09/10  E-mails regarding status of various adversary
          proceedings and information requests and
          discovery and possible settlement parameters,
          including Sharp and Carmax (2.2); e-mails and
          telephone conferences with debtors'
          professionals regarding structuring and
          organizing upcoming adversary proceedings
          before November 10th deadline relating to
          avoidance actions (.7)
          Douglas M. Foley   2.90 hours at  600.00 per hour.      $1,740.00

09/09/10  E-mails regarding Active and Sharp settlements
          Daniel F. Blanks   .40 hours at  415.00 per hour.         $166.00

09/10/10  E-mails regarding status of discovery issues
          relating to Sharp litigation
          Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

09/10/10  Review documentation provided by defendant
          (.7); telephone call with debtor regarding same
          and status of case (.7); follow-up regarding
          same (.4); correspond with court regarding
          settlement of adversary proceeding (.2); review
          and analyze defendant's requests for discovery
          and forward same to debtor for review (.6);
          telephone call with counsel to defendant
          regarding analysis and settlement (.5)
          Bryan A. Stark   3.10 hours at  335.00 per hour.        $1,038.50

09/12/10  Revise stipulation and e-mails with opposing
          counsel regarding same
          Daniel F. Blanks   .80 hours at  415.00 per hour.         $332.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

| | | |
|---|---|---|
| 09/13/10 | Review preference analysis and research issues regarding accounts receivable and preference (2.7); correspond with debtors' professionals regarding preference and other issues (1.0) Bryan A. Stark   3.70 hours at  335.00 per hour. | $1,239.50 |
| 09/14/10 | Analyze issues relating to settlements with Sharp and preference settlement strategy going forward Douglas M. Foley   .90 hours at  600.00 per hour. | $540.00 |
| 09/14/10 | Meet with debtors and debtors' professionals regarding settlement offer (.9); research issues regarding litigation claims and review documents relating to same (1.3); draft settlement e-mail (.2) Bryan A. Stark   2.40 hours at  335.00 per hour. | $804.00 |
| 09/15/10 | E-mails regarding final settlement terms of Sharp litigation and analyze issues regarding same Douglas M. Foley   .60 hours at  600.00 per hour. | $360.00 |
| 09/15/10 | Analyze subpoena regarding A. Isaacs and e-mails regarding same Sarah B. Boehm   .30 hours at  495.00 per hour. | $148.50 |
| 09/15/10 | Correspond with counsel to defendant regarding settlement Bryan A. Stark   .30 hours at  335.00 per hour. | $100.50 |
| 09/16/10 | E-mails regarding finalization of Active Media settlement and e-mails with committee professionals regarding same Douglas M. Foley   .40 hours at  600.00 per hour. | $240.00 |
| 09/16/10 | E-mails with committee and others regarding Active settlement Daniel F. Blanks   .60 hours at  415.00 per hour. | $249.00 |
| 09/16/10 | Finalize draft of settlement agreement and forward to debtors' professionals for review Bryan A. Stark   .60 hours at  335.00 per hour. | $201.00 |
| 09/17/10 | E-mails and telephone conferences regarding pending post-petition litigation and analyze issues regarding same and strategies Daniel F. Blanks   .70 hours at  415.00 per hour. | $290.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

09/17/10  Review and analyze appellant's opening brief
          (1.0); review research regarding same (.4)
          Bryan A. Stark   1.40 hours at  335.00 per hour.          $469.00

09/18/10  E-mails with debtors' professionals regarding
          real estate in Raleigh and related issues
          Daniel F. Blanks    .40 hours at  415.00 per hour.        $166.00

09/20/10  Review and revised Sharp settlement
          documentation and e-mails regarding same
          Douglas M. Foley    .40 hours at  600.00 per hour.        $240.00

09/20/10  Finalize and forward settlement agreement to
          debtors for review (.5); correspond with
          debtors' professionals and debtors regarding
          same (.3); review pleadings and draft appellee
          brief in bankruptcy appeal (3.8)
          Bryan A. Stark   4.60 hours at  335.00 per hour.        $1,541.00

09/21/10  Several e-mails regarding status of settlement
          agreements and analyze issues regarding same
          and scope of release provisions and e-mails
          with client regarding same
          Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

09/21/10  E-mails regarding objection to Mondragon
          matters and e-mails with debtors professionals
          regarding same
          Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

09/21/10  Draft appellee brief for bankruptcy appeal
          (3.3); review chart of adversary proceedings
          and update (.3); correspond with debtors'
          professionals regarding pending settlements
          (.2)
          Bryan A. Stark   3.80 hours at  335.00 per hour.        $1,273.00

09/22/10  Several e-mails with client and debtors
          professionals regarding status of various
          collection matters, set off issues and
          preference demands and strategy with respect to
          settlement of same
          Douglas M. Foley   1.40 hours at  600.00 per hour.        $840.00

09/22/10  Research record on appeal and other issues and
          draft appellee brief for bankruptcy appeal
          (5.1); correspond with debtors' professionals
          regarding same (.5)
          Bryan A. Stark   5.60 hours at  335.00 per hour.        $1,876.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

| | | |
|---|---|---:|
| 09/23/10 | Correspond with debtors' professionals regarding appellee brief and review and update accordingly (1.7); draft supplemental appendix regarding same (.6) | |
| | Bryan A. Stark   2.30 hours at  335.00 per hour. | $770.50 |
| 09/24/10 | Analyze, revise, finalize and file Gentry brief and record on appeal and multiple e-mails regarding same | |
| | Sarah B. Boehm   1.10 hours at  495.00 per hour. | $544.50 |
| 09/24/10 | Correspond with debtors' professionals regarding draft settlement (.3); review and update appellee brief and correspond with debtors' professional regarding same (.5) | |
| | Bryan A. Stark   .80 hours at  335.00 per hour. | $268.00 |
| 09/27/10 | Research, review and finalize appellee brief and appendix to same (1.8); correspond with debtors' professionals regarding same (.6); file brief and appendix and arrange for service of same (.4); draft order on motion to dismiss (.4) | |
| | Bryan A. Stark   3.20 hours at  335.00 per hour. | $1,072.00 |
| 09/27/10 | Research business registrations for multiple defendants | |
| | Doris L. Morgan   1.40 hours at  150.00 per hour. | $210.00 |
| 09/28/10 | Finalize and submit order on motion to dismiss (.3); compile appellee briefs and records on appeal for printing and delivery to chambers (1.1); review, finalize and file motion to extend time to review actions (.6); finalize and submit bridge order on same to court (.2); review correspondence and summarize status of settlement negotiations and e-mail same to debtors for authority (.6) | |
| | Bryan A. Stark   2.80 hours at  335.00 per hour. | $938.00 |
| 09/28/10 | Research corporate registrations and principal place of business for multiple defendants | |
| | Doris L. Morgan   3.40 hours at  150.00 per hour. | $510.00 |
| 09/29/10 | Draft order denying motion to reconsider (.4); correspond with debtors and debtors' professionals regarding settlement negotiations (.4); research issues regarding same (.3) | |
| | Bryan A. Stark   1.10 hours at  335.00 per hour. | $368.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  13
October 18, 2010

09/30/10  Telephone call with clerk's office regarding
          appeal (.3); review notices of appearance and
          draft notices of appearance (.4)
          Bryan A. Stark    .70 hours at  335.00 per hour.          $234.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 13.2 | $7,920.00 |
| Sarah B. Boehm | $495.00 | 1.4 | $693.00 |
| Daniel F. Blanks | $415.00 | 7.1 | $2,946.50 |
| Bryan A. Stark | $335.00 | 49.8 | $16,683.00 |
| Linda J. Neilson | $200.00 | 1.9 | $380.00 |
| Doris L. Morgan | $150.00 | 4.8 | $720.00 |
| TOTAL FEES | | 78.2 | $29,342.50 |

Re: Avoidance Actions
    Our File No.           2055557-0160
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley


09/01/10  Analyze chart regarding potential causes of
          action and multiple calls and e-mails regarding
          same
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

09/01/10  Review charts and other information regarding
          complaints and analyze issues and strategies
          regarding same
          Daniel F. Blanks   2.20 hours at  415.00 per hour.        $913.00

09/01/10  Telephone calls with counsel to preference
          defendant regarding settlement and other issues
          (.5); research issues regarding same (.4) draft
          e-mail summarizing discussions and other
          matters (.6)
          Bryan A. Stark    1.50 hours at  335.00 per hour.         $502.50

09/02/10  Review charts of possible litigation and
          e-mails with parties regarding same and
          strategies regarding complaints and review
          materials regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

| | | |
|---|---|---|
| 09/02/10 | Telephone calls with counsel to demand letter recipient regarding offers to settle (.5); research and analyze preference issues regarding same (.6); e-mails and other correspondence with debtor and debtors' professionals regarding same (.4); research and compile list of demand letter recipients and other issues (.4)<br>Bryan A. Stark   1.90 hours at  335.00 per hour. | $636.50 |
| 09/03/10 | Review and analyze possible litigation parties and charts regarding same<br>Daniel F. Blanks   .90 hours at  415.00 per hour. | $373.50 |
| 09/03/10 | Research and revise drafts settlement agreement (.7); correspond with debtors and debtors' professionals regarding same (.3)<br>Bryan A. Stark   1.00 hours at  335.00 per hour. | $335.00 |
| 09/04/10 | Review and analyze possible litigation actions and review materials regarding same and analyze strategies regarding same<br>Daniel F. Blanks   1.40 hours at  415.00 per hour. | $581.00 |
| 09/05/10 | E-mails with professionals regarding complaints and backup for avoidance and AR complaints<br>Daniel F. Blanks   .40 hours at  415.00 per hour. | $166.00 |
| 09/05/10 | Draft adversary proceeding complaint<br>Erin Q. Ashcroft   1.60 hours at  330.00 per hour. | $528.00 |
| 09/06/10 | Meeting with debtors professionals to discuss drafting of complaints and company meeting (.2); draft complaints (1.5)<br>Erin Q. Ashcroft   1.70 hours at  330.00 per hour. | $561.00 |
| 09/07/10 | Research settlement issues (.8); correspond with debtors regarding settlements and other issues relating to same (.6)<br>Bryan A. Stark   1.40 hours at  335.00 per hour. | $469.00 |
| 09/07/10 | Draft and revise complaints<br>Erin Q. Ashcroft   .40 hours at  330.00 per hour. | $132.00 |
| 09/08/10 | Correspond with debtors' professionals and defendants regarding preference issues (.5); research and prepare for meeting regarding preference complaints (2.6)<br>Bryan A. Stark   3.10 hours at  335.00 per hour. | $1,038.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  15
October 18, 2010

| | | |
|---|---|---|
| 09/09/10 | Prepare for and participate in meeting regarding avoidance actions and analyze documents regarding same<br>Sarah B. Boehm   1.80 hours at  495.00 per hour. | $891.00 |
| 09/09/10 | Prepare for and participate in meetings regarding preference and AR complaints and review materials regarding same and analyze strategies regarding same<br>Daniel F. Blanks   6.50 hours at  415.00 per hour. | $2,697.50 |
| 09/09/10 | Meet with debtors' professionals and debtors regarding future litigation (3.0); research issues regarding same (4.0)<br>Bryan A. Stark   7.00 hours at  335.00 per hour. | $2,345.00 |
| 09/09/10 | Attend meeting with debtors' professionals and Circuit City to strategize regarding AR and preference complaints<br>Erin Q. Ashcroft   5.50 hours at  330.00 per hour. | $1,815.00 |
| 09/09/10 | Prepare tracking chart of all information for each drafted complaint; research corporate information on imation and memorex<br>Linda J. Neilson   1.50 hours at  200.00 per hour. | $300.00 |
| 09/10/10 | Analyze issues regarding new avoidance action litigation matters<br>Sarah B. Boehm    .60 hours at  495.00 per hour. | $297.00 |
| 09/10/10 | Continue analyze preference, AR and other avoidance complaints and review and analyze data and other information regarding same and e-mails and telephone conferences with parties regarding complaints and other actions<br>Daniel F. Blanks   2.90 hours at  415.00 per hour. | $1,203.50 |
| 09/10/10 | Review and compile documents for avoidance actions (1.7); correspond with preference defendant regarding settlement (.2); prepare for and participate in conference call regarding avoidance actions (1.1)<br>Bryan A. Stark   3.00 hours at  335.00 per hour. | $1,005.00 |
| 09/10/10 | Attend telephonic conference regarding complaints to file against various vendors and parties<br>Kenneth W. Abrams    .70 hours at  270.00 per hour. | $189.00 |

Circuit City Stores Inc
File Number: 2055557                               Page  16
Invoice No. 91295019                              October 18, 2010

09/10/10  Conference call with debtors' professionals
          regarding filing AR and preference complaints
          (.5); e-mails with debtors' professionals
          regarding same (.4)
          Erin Q. Ashcroft     .90 hours at  330.00 per hour.        $297.00

09/10/10  Review and discuss process of preparing
          AR/preference complaints and revise
          AR/preference tracking chart
          Linda J. Neilson   2.40 hours at  200.00 per hour.         $480.00

09/12/10  E-mails with debtors' professionals regarding
          complaints and related issues and analyze
          issues regarding same (.8); revise template
          complaint regarding same (.5)
          Daniel F. Blanks   1.30 hours at  415.00 per hour.         $539.50

09/12/10  Review and analyze draft documentation and
          provide comments on same (1.2); research
          preference issues related to same (.5)
          Bryan A. Stark   1.70 hours at  335.00 per hour.           $569.50

09/13/10  Prepare for litigation meeting regarding status
          of avoidance action litigation and multiple
          e-mails regarding same (.6); analyze preference
          data, contracts and related data for multiple
          vendors with claims under objection and e-mails
          regarding same (.5)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.           $544.50

09/13/10  Research avoidance issues and review
          documentation regarding same (2.3); review and
          revise draft complaint (.5); finalize
          settlement agreement and notices of settlement
          (.4)
          Bryan A. Stark   3.20 hours at  335.00 per hour.         $1,072.00

09/13/10  Draft complaint regarding breach of contract
          and preference claims
          Kenneth W. Abrams     .30 hours at  270.00 per hour.        $81.00

09/13/10  Review, research and prepare documents for
          AR/preference complaints
          Linda J. Neilson   2.50 hours at  200.00 per hour.         $500.00

09/14/10  Prepare for and participate in litigation
          meeting regarding avoidance actions and analyze
          documents regarding same
          Sarah B. Boehm   1.10 hours at  495.00 per hour.           $544.50

Circuit City Stores Inc
File Number: 2055557                                    Page  17
Invoice No. 91295019                                    October 18, 2010

09/14/10  Prepare for and participate in meeting
          regarding outstanding issues and litigation and
          other items regarding effective date and
          analyze strategies regarding same
          Daniel F. Blanks   4.50 hours at  415.00 per hour.      $1,867.50

09/14/10  Revise form complaint and meet with debtors'
          professionals regarding same (1.3); meet with
          debtors' professionals regarding preference
          lawsuits (.5); review and compile information
          for preference lawsuits (1.2); research
          bankruptcy cases for debtors' vendors (.4)
          Bryan A. Stark   3.40 hours at  335.00 per hour.        $1,139.00

09/14/10  Continue to draft complaint for breach of
          contract and preferences
          Kenneth W. Abrams   3.40 hours at  270.00 per hour.       $918.00

09/14/10  Draft preference complaints
          Lori Michelle Scott   3.70 hours at  335.00 per hour.   $1,239.50

09/14/10  Review, research and provide information for
          AR/preference complaints and assign complaints
          to be drafted
          Linda J. Neilson   4.10 hours at  200.00 per hour.        $820.00

09/15/10  Prepare for and participate in telephone
          conference regarding protocol and preparing
          avoidance action complaints
          Sarah B. Boehm   .40 hours at  495.00 per hour.           $198.00

09/15/10  Telephone conferences with professionals
          regarding drafting complaints and review and
          analyze items regarding same and review charts
          and analyze strategies regarding same
          Daniel F. Blanks   1.60 hours at  415.00 per hour.        $664.00

09/15/10  Research issues and review documentation (2.5);
          draft avoidance complaints (2.8); prepare for
          and participate in conference call regarding
          same (.7)
          Bryan A. Stark   6.00 hours at  335.00 per hour.        $2,010.00

09/15/10  Draft complaints for breach of contract and
          preferences; attend teleconference regarding
          complaints to file against various parties
          Kenneth W. Abrams   2.80 hours at  270.00 per hour.       $756.00

09/15/10  Conference call with debtors' professionals
          regarding filing of AR/preference complaints
          Erin Q. Ashcroft   1.00 hours at  330.00 per hour.        $330.00

Circuit City Stores Inc
File Number: 2055557                                    Page  18
Invoice No. 91295019                                    October 18, 2010

09/15/10  Conference call regarding preference complaints
          (.5); draft preference complaints (3.2)
          Lori Michelle Scott   3.70 hours at  335.00 per hour.   $1,239.50

09/15/10  Review, research and provide information for
          AR/preference complaints
          Linda J. Neilson   3.20 hours at  200.00 per hour.       $640.00

09/16/10  Analyze issues and agenda for meeting regarding
          avoidance action litigation and related matters
          and multiple e-mails regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

09/16/10  Continue to review and analyze complaints and
          causes of action (.8); draft memorandum
          regarding same and e-mails with committee
          regarding same and telephone conferences and
          e-mails regarding same (2.4)
          Daniel F. Blanks   3.20 hours at  415.00 per hour.     $1,328.00

09/16/10  Research issues, review documentation and
          correspond with debtors' professionals
          regarding same (1.0); draft avoidance
          complaints (2.4); correspond with debtors
          regarding same and other avoidance issues (.4);
          correspond with counsel to defendants regarding
          demand letters and preference issues (.5)
          Bryan A. Stark   4.30 hours at  335.00 per hour.       $1,440.50

09/16/10  Continue to draft complaints alleging breach of
          contract and preferences; continue to draft
          complaints
          Kenneth W. Abrams   4.10 hours at  270.00 per hour.   $1,107.00

09/16/10  Review, research and provide information for
          AR/preference complaints
          Linda J. Neilson   4.30 hours at  200.00 per hour.       $860.00

09/17/10  Analyze issues and strategy regarding new
          complaints and review documents regarding same
          Sarah B. Boehm    .60 hours at  495.00 per hour.         $297.00

09/17/10  Continue to analyze complaints for AR and
          preferences and analyze documents and other
          materials regarding same (.9); e-mails with
          professionals and client regarding Monday,
          September 20 meeting and analyze issues
          regarding same and draft memorandum and
          engagement letter regarding same (1.2)
          Daniel F. Blanks   2.10 hours at  415.00 per hour.       $871.50

Circuit City Stores Inc
File Number: 2055557                              Page  19
Invoice No. 91295019                             October 18, 2010

09/17/10  Research issues, review documentation and
          correspond with debtors' regarding avoidance
          issues (2.5); draft avoidance complaints (1.3)
          Bryan A. Stark   3.80 hours at  335.00 per hour.        $1,273.00

09/17/10  Draft AR/preference complaints
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.       $165.00

09/17/10  Draft preference complaints
          Lori Michelle Scott   2.80 hours at  335.00 per hour.    $938.00

09/17/10  Review, research and provide information for
          AR/preference complaints
          Linda J. Neilson   2.70 hours at  200.00 per hour.       $540.00

09/18/10  Draft complaints alleging breach of contract
          and preferences
          Kenneth W. Abrams   2.10 hours at  270.00 per hour.      $567.00

09/19/10  Continue drafting and update complaints and
          prepare memorandum and engagement letter for A.
          Siegel and preparation for September 20, 2010
          meeting and e-mails with parties regarding same
          Daniel F. Blanks   2.60 hours at  415.00 per hour.     $1,079.00

09/19/10  Review draft complaints and e-mail with
          debtors' professionals regarding same
          Bryan A. Stark    .50 hours at  335.00 per hour.         $167.50

09/19/10  Draft complaints against muliple defendants
          Erin Q. Ashcroft   1.20 hours at  330.00 per hour.       $396.00

09/19/10  Review, research and provide information for
          AR/preference complaints
          Linda J. Neilson   2.10 hours at  200.00 per hour.       $420.00

09/20/10  Analyze issues regarding avoidance actions
          complaints and related matters and multiple
          e-mails regarding same
          Sarah B. Boehm    .70 hours at  495.00 per hour.         $346.50

09/20/10  Meeting with committee regarding AR/preference
          suits and analyze issues regarding same and
          review and analyze documents, pleadings, charts
          and other materials regarding same and draft
          agenda and other memoranda regarding ongoing
          issues and pending matters to A. Siegel (5.5);
          telephone conferences regarding compilation of
          information and preparation of complaints (.7)
          Daniel F. Blanks   6.20 hours at  415.00 per hour.     $2,573.00

Circuit City Stores Inc
File Number: 2055557                                    Page  20
Invoice No. 91295019                                   October 18, 2010

09/20/10  Research issues and review documentation (.5);
          draft and update avoidance complaints (.8);
          prepare for and participate in conference call
          regarding same (.6); review documentation and
          correspond with debtors and counsel to
          defendants regarding preference demand letters
          (.6)
          Bryan A. Stark   2.50 hours at  335.00 per hour.        $837.50

09/20/10  Draft and edit complaints; attend
          teleconference regarding filing complaints
          Kenneth W. Abrams    .70 hours at  270.00 per hour.     $189.00

09/20/10  Participate in conference call to discuss
          drafting of AR complaints and e-mails regarding
          same (.5); draft AR/preference complaints (1.2)
          Erin Q. Ashcroft   1.70 hours at  330.00 per hour.      $561.00

09/20/10  Review, research and prepare documents for
          AR/preference complaints
          Linda J. Neilson   5.80 hours at  200.00 per hour.    $1,160.00

09/21/10  Draft and revise memorandum regarding pending
          actions of McGuireWoods and e-mails with
          committee and A. Siegel regarding same and
          review and analyze items regarding same (3.2);
          continue reviewing items regarding complaints
          and analyze strategies and issues (.9)
          Daniel F. Blanks   4.10 hours at  415.00 per hour.    $1,701.50

09/21/10  Review documentation for and support for draft
          complaints and update complaints (.8);
          correspond with debtors regarding same (.4);
          follow-up research related to same and other
          issues (.4); telephone call with counsel to
          preference letter recipient (.3); research
          claim and related entities issues (.5);
          correspond with debtors and debtors'
          professionals regarding same (.4)
          Bryan A. Stark   2.80 hours at  335.00 per hour.        $938.00

09/21/10  E-mails with debtors' professionals regarding
          AR complaints
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.      $99.00

09/21/10  Draft preference complaints
          Lori Michelle Scott   3.40 hours at  335.00 per hour.  $1,139.00

09/21/10  Review, research and prepare documents for
          AR/preference complaints
          Linda J. Neilson   5.10 hours at  200.00 per hour.    $1,020.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

| | | |
|---|---|---|
| 09/22/10 | Continue review and analyze materials regarding complaints for AR and preference and e-mails with parties regarding same<br>Daniel F. Blanks   1.20 hours at  415.00 per hour. | $498.00 |
| 09/22/10 | Meet with debtors' professionals to discuss issues related to complaints (.4); research same and other issues (.9); correspond with debtor regarding same and other issues (.5); draft preference complaints and update preference complaints (.7)<br>Bryan A. Stark   2.50 hours at  335.00 per hour. | $837.50 |
| 09/22/10 | Draft complaints against vendors<br>Kenneth W. Abrams   .70 hours at  270.00 per hour. | $189.00 |
| 09/22/10 | Draft AR/preference complaints<br>Erin Q. Ashcroft   1.00 hours at  330.00 per hour. | $330.00 |
| 09/22/10 | Draft preference complaints<br>Lori Michelle Scott   2.30 hours at  335.00 per hour. | $770.50 |
| 09/22/10 | Review, research and prepare documents for AR/preference complaints<br>Linda J. Neilson   5.40 hours at  200.00 per hour. | $1,080.00 |
| 09/23/10 | Review and analyze complaints and analyze strategies regarding same and e-mails with parties regarding same<br>Daniel F. Blanks   .90 hours at  415.00 per hour. | $373.50 |
| 09/23/10 | Research corporate affiliations and correspond with debtors regarding same (.5); research issues and update draft complaints (1.3); review documentation and draft avoidance complaints (1.5); research background and provide comments on draft complaints (1.8); correspond with debtors' professionals regarding same (.4)<br>Bryan A. Stark   5.50 hours at  335.00 per hour. | $1,842.50 |
| 09/23/10 | Draft complaints against vendors<br>Kenneth W. Abrams   2.80 hours at  270.00 per hour. | $756.00 |
| 09/23/10 | Draft preference complaints<br>Lori Michelle Scott   2.70 hours at  335.00 per hour. | $904.50 |
| 09/23/10 | Review, research and prepare documents for AR/preference complaints and e-mails reagrding same<br>Linda J. Neilson   4.60 hours at  200.00 per hour. | $920.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

09/24/10  Review and analyze complaint information and
          analyze documents and other information
          regarding same and revise materials regarding
          same
          Daniel F. Blanks    1.10 hours at  415.00 per hour.          $456.50

09/24/10  Draft complaints against vendors for recovery
          of unpaid obligations and preference payments
          and for reduction of vendor claims
          Kevin J. O'Brien   3.30 hours at  290.00 per hour.           $957.00

09/24/10  Prepare for and participate in conference call
          regarding avoidance actions (1.0); follow-up
          issues regarding same (.4); meet with debtors'
          professionals regarding complaints, background
          and other issues (.5); research issues relating
          to proper defendant and preferential transfer
          issues (.3); correspond with debtors'
          professionals regarding various complaint and
          preference issues (.8); correspond with debtors
          regarding related entities (.2); research
          issues and revise draft complaint and form and
          e-mail debtors' professionals regarding same
          (1.4); review complaint packages from debtors
          and same (.3)
          Bryan A. Stark   4.90 hours at  335.00 per hour.           $1,641.50

09/24/10  Draft complaints against vendors and suppliers
          Kenneth W. Abrams   6.50 hours at  270.00 per hour.        $1,755.00

09/24/10  Telephone conference regarding preference
          complaints (.2); draft preference complaints
          (1.3); exchange e-mails regarding same (.1)
          Lori Michelle Scott   1.60 hours at  335.00 per hour.        $536.00

09/24/10  Review, research and prepare documents for
          AR/preference complaints
          Linda J. Neilson   2.80 hours at  200.00 per hour.           $560.00

09/25/10  Review complaints and e-mails with client and
          others regarding same and analyze issues
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.          $373.50

09/25/10  E-mail with debtors professionals regarding
          reconciling AR and preference numbers (.4);
          draft AR and preference complaint (1.1)
          Erin Q. Ashcroft    .40 hours at  330.00 per hour.          $132.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  23
October 18, 2010

| | | |
|---|---|---|
| 09/26/10 | Review and analyze complaints and identify information regarding AR and preferences<br>Daniel F. Blanks    .50 hours at  415.00 per hour. | $207.50 |
| 09/26/10 | Draft complaints against vendors for recovery of unpaid obligations and preference payments and for reduction of vendor claims<br>Kevin J. O'Brien   4.50 hours at  290.00 per hour. | $1,305.00 |
| 09/26/10 | Review, research and prepare documents for AR/preference complaints<br>Linda J. Neilson   4.10 hours at  200.00 per hour. | $820.00 |
| 09/27/10 | Continue review and analyze documents regarding complaints for AR and preference and telephone conference and e-mails with debtors' professionals and client regarding same<br>Daniel F. Blanks    .90 hours at  415.00 per hour. | $373.50 |
| 09/27/10 | Draft complaints against vendors for recovery of unpaid obligations and preference payments and for reduction of vendor claims<br>Kevin J. O'Brien   9.00 hours at  290.00 per hour. | $2,610.00 |
| 09/27/10 | Correspond with counsel regarding settlement agreement (.2); correspond with debtors' professionals regarding draft complaints, exhibits and other issues (.6); review and analyze documentation supporting complaints (1.8); draft preference complaints (2.8)<br>Bryan A. Stark   5.40 hours at  335.00 per hour. | $1,809.00 |
| 09/27/10 | Draft complaints against vendors and suppliers<br>Kenneth W. Abrams   4.10 hours at  270.00 per hour. | $1,107.00 |
| 09/27/10 | Meeting with debtors professionals to discuss complaints<br>Erin Q. Ashcroft    .50 hours at  330.00 per hour. | $165.00 |
| 09/27/10 | Review and research information for AR/preference complaints<br>Linda J. Neilson   2.60 hours at  200.00 per hour. | $520.00 |
| 09/28/10 | Continue review and analyze documents regarding complaints for AR and preference and telephone conference and e-mails with client and committee regarding same<br>Daniel F. Blanks    .50 hours at  415.00 per hour. | $207.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  24
Invoice No. 91295019                                    October 18, 2010

09/28/10  Draft complaints against vendors for recovery
          of unpaid obligations and preference payments
          and for reduction of vendor claims
          Kevin J. O'Brien   3.40 hours at  290.00 per hour.        $986.00

09/28/10  Review draft complaints and provide comments on
          same (1.8); correspond with debtors and
          debtors' professionals regarding preference and
          complaint issues (.7); research preference and
          complaint issues (.9); review documentation and
          draft preference complaints ( 1.7)
          Bryan A. Stark   5.10 hours at  335.00 per hour.        $1,708.50

09/28/10  Review and research information for
          AR/preference complaints
          Linda J. Neilson   2.00 hours at  200.00 per hour.        $400.00

09/29/10  E-mails with client and committee regarding
          pending and draft adversary proceeding
          complaints and related issues
          Daniel F. Blanks   .90 hours at  415.00 per hour.        $373.50

09/29/10  Research defendant issues for preference
          actions (.7); correspond with debtors regarding
          same (.2)
          Bryan A. Stark   .90 hours at  335.00 per hour.        $301.50

09/29/10  Review and research information for
          AR/preference complaints
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

09/30/10  Research issues relating to preference
          complaints (.6); review and analyze draft
          complaints and documentation for same (.8)
          Bryan A. Stark   1.50 hours at  335.00 per hour.        $502.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 7.5 | $3,712.50 |
| Daniel F. Blanks | $415.00 | 48.2 | $20,003.00 |
| Bryan A. Stark | $335.00 | 72.9 | $24,421.50 |
| Lori Michelle Scott | $335.00 | 20.2 | $6,767.00 |
| Erin Q. Ashcroft | $330.00 | 16.7 | $5,511.00 |
| Kevin J. O'Brien | $290.00 | 20.2 | $5,858.00 |
| Kenneth W. Abrams | $270.00 | 28.2 | $7,614.00 |
| Linda J. Neilson | $200.00 | 56.2 | $11,240.00 |
| TOTAL FEES | | 270.1 | $85,127.00 |

Re: Real Estate
    Our File No.              2055557-0180
    Circuit City Contact      Katie Bradshaw

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91295019                                    October 18, 2010

**McGuireWoods Contact      Douglas M. Foley**

09/02/10  DR1 - E-mail correspondence with K. Bradshaw,
          M. Smithson and M. Pruitt (.8); review
          correspondence regarding CDC lease (.4); review
          leases and client-provided materials regarding
          CDC leases and owners' association matters
          (1.1)
          Matthew T. Gunlock   2.30 hours at  320.00 per hour.      $736.00

09/07/10  Raleigh, NC - Review complaint and begin draft
          of indemnity agreement
          Matthew T. Gunlock   1.60 hours at  320.00 per hour.      $512.00

09/08/10  Finalize and submit order regarding sale of
          Florida property and e-mails regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

09/09/10  Sarasota, FL - Review purchase agreement (1.2);
          e-mail correspondence with bankruptcy counsel
          (.2)
          Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

09/10/10  Raleigh, NC - Telephone call with bankruptcy
          counsel (.3); review complaint regarding
          preparation of deed (1.3); prepare indemnity
          agreement (1.3)
          Matthew T. Gunlock   2.90 hours at  320.00 per hour.      $928.00

09/13/10  Raleigh, NC - Review complaint (.7); prepare
          documentation to convey property (1.2); e-mail
          correspondence and telephone conference with
          bankruptcy counsel (.4)
          Matthew T. Gunlock   2.30 hours at  320.00 per hour.      $736.00

09/14/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel (.3); review sale order
          (.5); e-mail correspondence with purchaser's
          counsel (.2)
          Matthew T. Gunlock   1.00 hours at  320.00 per hour.      $320.00

09/14/10  Raleigh, NC - Review and prepare inserts for
          quitclaim deed
          Matthew T. Gunlock   1.00 hours at  320.00 per hour.      $320.00

09/14/10  Carmax - Examine complaint, separation
          agreement and draft quitclaim deed
          Martha Lynn Wigton   1.50 hours at  240.00 per hour.      $360.00

Circuit City Stores Inc
File Number: 2055557                          Page  26
Invoice No. 91295019                          October 18, 2010

09/15/10 E-mails regarding Carmax complaint and
         documentation of resolution and quick claim
         deed and indemnity agreements
         Douglas M. Foley    .30 hours at  600.00 per hour.        $180.00

09/15/10 Raleigh, NC - Review revised quitclaim deed
         (.8); e-mail correspondence with bankruptcy
         counsel (.2); telephone call with C. Biley (.2)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

09/15/10 Sarasota, FL - E-mail correspondence and
         telephone call with bankruptcy counsel
         Matthew T. Gunlock    .60 hours at  320.00 per hour.      $192.00

09/16/10 Sarasota, FL - E-mail correspondence and
         telephone call with bankruptcy counsel
         regarding closing matters (.6); review purchase
         agreement regarding closing matters (.6)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

09/16/10 Raleigh, NC - E-mail correspondence with
         bankruptcy counsel (.4); review and revise
         quitclaim deed (.8)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

09/17/10 Sarasota, FL - E-mail correspondence with
         purchaser's counsel (.2); prepare closing
         documents (1.0)
         Matthew T. Gunlock   1.20 hours at  320.00 per hour.      $384.00

09/17/10 Raleigh, NC - E-mail correspondence with
         bankruptcy counsel (.2); revise quitclaim deed
         and indemnity (.7)
         Matthew T. Gunlock    .90 hours at  320.00 per hour.      $288.00

09/20/10 Raleigh, NC - E-mail correspondence with
         bankruptcy counsel (.4); review legal
         description and backup materials (1.2); revise
         deed (.6); e-mail correspondence and telephone
         call with C. Bliley (.2)
         Matthew T. Gunlock   2.40 hours at  320.00 per hour.      $768.00

09/20/10 Sarasota, FL - E-mail correspondence with J.
         Avallone (.1); telephone call and e-mail
         correspondence with bankruptcy counsel (.5);
         review tax information (.8)
         Matthew T. Gunlock   1.40 hours at  320.00 per hour.      $448.00

09/20/10 Carmax - Telephone conferences with S. Carney
         regarding quitclaim deed issues
         Martha Lynn Wigton    .70 hours at  240.00 per hour.      $168.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

09/20/10 Carmax - Research on-line records of Wake
County register of deeds (.4); draft e-mails to
L. Wigton regarding background of property to
be conveyed (.2); revise quitclaim deed (.4)
Robert Scott Carney   1.00 hours at  250.00 per hour.      $250.00

09/21/10 Raleigh, NC - E-mail correspondence with C.
Bliley (.3); revise quitclaim deed (.6)
Matthew T. Gunlock   .90 hours at  320.00 per hour.      $288.00

09/21/10 DR1 - Telephone call with M. Pruitt (.3);
review materials regarding Westerre Owners'
Association (.8); review purchase agreement
regarding pro rations (.5)
Matthew T. Gunlock   1.60 hours at  320.00 per hour.      $512.00

09/21/10 Sarasota, FL - E-mail correspondence with B.
Younter (.1); review purchase agreement (.4)
Matthew T. Gunlock   .50 hours at  320.00 per hour.      $160.00

09/22/10 Florence, SC - E-mail correspondence with
bankruptcy counsel (.1); e-mail correspondence
with C. Bliley (.1); revise quitclaim deed (.4)
Matthew T. Gunlock   .60 hours at  320.00 per hour.      $192.00

09/27/10 Sarasota, FL - Prepare documents (3.2); review
tax materials in connection with preparation of
closing documents (.9)
Matthew T. Gunlock   4.10 hours at  320.00 per hour.    $1,312.00

09/28/10 Raleigh, NC - E-mail correspondence with C.
Bliley (.2); e-mail correspondence with
bankruptcy counsel (.2) review comments to
quitclaim deed (.6); revise quitclaim deed
(.6); review further-revised quitclaim deed
(.5)
Matthew T. Gunlock   2.10 hours at  320.00 per hour.      $672.00

09/29/10 Raleigh, NC - E-mail correspondence with C.
Bliley (.1); e-mail correspondence with
bankruptcy counsel (.1)
Matthew T. Gunlock   .20 hours at  320.00 per hour.       $64.00

| Timekeeper | Rate/HR | Hours | Fees |
| --- | --- | --- | --- |
| Douglas M. Foley | $600.00 | 0.3 | $180.00 |
| Sarah B. Boehm | $495.00 | 0.3 | $148.50 |
| Matthew T. Gunlock | $320.00 | 32.6 | $10,432.00 |
| Robert Scott Carney | $250.00 | 1.0 | $250.00 |
| Martha Lynn Wigton | $240.00 | 2.2 | $528.00 |
| TOTAL FEES | | 36.4 | $11,538.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  28
Invoice No. 91295019                                   October 18, 2010

Re: Tax Matters
      Our File No.            2055557-0240
      Circuit City Contact    Katie Bradshaw
      McGuireWoods Contact    Douglas M. Foley

09/01/10 Attention to IRS tax claims
         Craig D. Bell   4.00 hours at  570.00 per hour.      $2,280.00

09/01/10 Continue resolution of tax claims and
         objections to confirmation and multiple
         telephone conferences and e-mails with taxing
         authorities regarding same and review and
         analyze claims, objections to confirmation and
         certain other charts and other materials and
         draft, revise and file stipulations regarding
         same
         Daniel F. Blanks   3.80 hours at  415.00 per hour.  $1,577.00

09/02/10 Attention to multiple tax claims by IRS
         Craig D. Bell   4.20 hours at  570.00 per hour.     $2,394.00

09/02/10 Continue attention to tax claims and resolution
         of taxing authorities objections to
         confirmation and related issues and continue
         drafting, revising, and file stipulations
         regarding same
         Daniel F. Blanks   2.90 hours at  415.00 per hour.  $1,203.50

09/03/10 Attention to IRS tax claims and review of audit
         and client documents of same
         Craig D. Bell   3.80 hours at  570.00 per hour.     $2,166.00

09/03/10 Continue resolution of tax claims and
         objections to confirmation of taxing
         authorities and review and analyze claims,
         pleadings, charts, objections and other items
         regarding same
         Daniel F. Blanks   2.70 hours at  415.00 per hour.  $1,120.50

09/07/10 Attention to restricted interest claim by IRS
         Craig D. Bell   3.60 hours at  570.00 per hour.     $2,052.00

09/08/10 Continue analysis on interest netting issue
         (1.6); continue analysis on IRS restricted
         interest issue (1.8)
         Craig D. Bell   3.40 hours at  570.00 per hour.     $1,938.00

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91295019                                   October 18, 2010

09/08/10 Resolution of tax claims and e-mails with
         client regarding same and draft and revise
         stipulations regarding same
         Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

09/09/10 Attention to SLB tax issues (1.1); review audit
         papers on employment tax claim (.7)
         Craig D. Bell   1.80 hours at  570.00 per hour.         $1,026.00

09/15/10 E-mails with client regarding pending tax
         claims and resolution of certain tax issues and
         settlements
         Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

09/21/10 Meeting with IRS trial attorney (.3); attention
         to tax matters raised by IRS trial attorney
         (1.6)
         Craig D. Bell   1.90 hours at  570.00 per hour.         $1,083.00

09/22/10 E-mails with parties and client regarding
         payment of taxes and stipulations
         Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

09/23/10 E-mails with client and taxing authorities
         regarding resolution of tax claims and issues
         Daniel F. Blanks    .60 hours at  415.00 per hour.        $249.00

09/24/10 E-mails with taxing authorities regarding
         settlement and related issues
         Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

09/27/10 Attention to open tax matters with IRS
         Craig D. Bell   1.80 hours at  570.00 per hour.         $1,026.00

09/28/10 Respond to client inquiry on tax issue
         Craig D. Bell    .80 hours at  570.00 per hour.          $456.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Craig D. Bell | $570.00 | 25.3 | $14,421.00 |
| Daniel F. Blanks | $415.00 | 13.4 | $5,561.00 |
| TOTAL FEES | | 38.7 | $19,982.00 |

Re: Claims Administration
    Our File No.            2055557-0250
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557                          Page   30
Invoice No. 91295019                          October 18, 2010

09/01/10   E-mails regarding settlement of Digital
           Lifestyle Outfitters claims
           Douglas M. Foley    .30 hours at  600.00 per hour.          $180.00

09/01/10   Continue claim objection resolutions, analyze
           issues regarding Omni 80 and 81, analyze
           unresolved claims and related issues and review
           and revise chart regarding same and multiple
           calls and e-mails regarding claim matters
           Sarah B. Boehm   2.60 hours at  495.00 per hour.          $1,287.00

09/01/10   Continue resolution of claims and multiple
           telephone conferences and e-mails with parties
           and review and analyze claims, pleadings,
           charts, and other materials regarding same and
           research issues regarding same and draft,
           revise, and file stipulations regarding same
           Daniel F. Blanks   3.10 hours at  415.00 per hour.        $1,286.50

09/01/10   Review, finalize and file notices of
           stipulation (.5); research settlement issues
           and draft e-mail regarding same (.4)
           Bryan A. Stark    .90 hours at  335.00 per hour.            $301.50

09/01/10   Draft and revise Omni 37 stipulations (1.0);
           draft Omni 37 notices and file (.7); e-mail and
           telephone conferences with taxing authorities
           regarding resolution of Omni 37 (.9); meeting
           with debtors professionals regarding discovery
           in Omni 79 and tax claim stipulations (.4)
           Erin Q. Ashcroft   3.00 hours at  330.00 per hour.          $990.00

09/01/10   Review and revise tracking charts for omnibus
           objections
           Linda J. Neilson   1.10 hours at  200.00 per hour.          $220.00

09/02/10   Analyze documents and chart and e-mails
           regarding orders for Omni 80 and 81 (.4);
           continue claim objection resolutions and
           multiple calls and e-mails regarding same (.9)
           Sarah B. Boehm   1.30 hours at  495.00 per hour.            $643.50

09/02/10   Continue resolution of claims and multiple
           telephone conferences and e-mails with parties
           regarding same and review and analyze claims,
           pleadings, charts, and other materials
           regarding same and research issues regarding
           same
           Daniel F. Blanks   2.60 hours at  415.00 per hour.        $1,079.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  31
October 18, 2010

09/02/10  Research omnibus objection issues and
          correspond with debtors' professionals
          regarding same (1.2); correspond with debtors'
          professionals regarding orders on omnibus
          objections to claims (.5); review, finalize and
          file notices of settlement and arrange for
          service of same (.6)
          Bryan A. Stark   2.30 hours at  335.00 per hour.          $770.50

09/02/10  Revise Omni 79 discovery requests (.5); draft
          notices for Florida tax collectors (2.0);
          telephone conference and e-mails with taxing
          regarding resolving Omni 37 claims (.5); draft
          settlements and stipulation for Omni 37 and
          meeting with debtors professional regarding
          approval of stipulation (.3)
          Erin Q. Ashcroft   3.30 hours at  330.00 per hour.      $1,089.00

09/02/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson   2.00 hours at  200.00 per hour.       $400.00

09/03/10  Multiple calls and e-mails regarding resolution
          of claims and review stipulations and notices
          regarding same
          Sarah B. Boehm   1.30 hours at  495.00 per hour.         $643.50

09/03/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same and research issues regarding
          same
          Daniel F. Blanks   2.40 hours at  415.00 per hour.       $996.00

09/03/10  Research transfers of claims and correspond
          with debtors' professionals regarding same
          (.6); review, finalize and file pleading in
          appeal (.5)
          Bryan A. Stark   1.10 hours at  335.00 per hour.         $368.50

09/03/10  E-mails with taxing authorities regarding
          resolution of Omni 37 (.5); draft Florida
          County stipulations (1.3); draft notices of
          stipulation and file (2.5); revise discovery in
          Omni 79 objections (.5)
          Erin Q. Ashcroft   4.80 hours at  330.00 per hour.      $1,584.00

Circuit City Stores Inc
File Number: 2055557                                    Page  32
Invoice No. 91295019                                   October 18, 2010

| | | |
|---|---|---|
| 09/04/10 | Continue resolution of claims and e-mails and telephone conferences with parties regarding same and review charts and other information regarding same<br>Daniel F. Blanks    .80 hours at  415.00 per hour. | $332.00 |
| 09/04/10 | E-mails with and conference call with debtors professionals regarding Metro complaint<br>Erin Q. Ashcroft    .70 hours at  330.00 per hour. | $231.00 |
| 09/07/10 | Analyze and revise stipulations and notices and continue claim objection resolutions and multiple calls and e-mails regarding claim matters<br>Sarah B. Boehm   1.20 hours at  495.00 per hour. | $594.00 |
| 09/07/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and draft and revise stipulations regarding same and review and analyze claims<br>Daniel F. Blanks   2.20 hours at  415.00 per hour. | $913.00 |
| 09/07/10 | Review and analyze district court's opinion on bankruptcy appeal (.8); research issues relating to same and correspond with counsel to creditor regarding omnibus objection (.7); research other claims issues (.4)<br>Bryan A. Stark   1.90 hours at  335.00 per hour. | $636.50 |
| 09/07/10 | Meeting with debtors professionals to discuss resolution of Omni 37 (.3); e-mails and telephone conference with taxing authorities regarding resolution of Omni 37 (.5)<br>Erin Q. Ashcroft    .80 hours at  330.00 per hour. | $264.00 |
| 09/07/10 | Review and revise tracking charts for omnibus objections<br>Linda J. Neilson   1.10 hours at  200.00 per hour. | $220.00 |
| 09/08/10 | Analyze, finalize and submit multiple claim orders and e-mails regarding same (.8); continue claim objection resolutions and multiple calls with claimants' counsel regarding plan confirmation and claim settlement negotiations (.9)<br>Sarah B. Boehm   1.70 hours at  495.00 per hour. | $841.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

| | | |
|---|---|---|
| 09/08/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other materials regarding same and research issues regarding same<br>Daniel F. Blanks   3.30 hours at  415.00 per hour. | $1,369.50 |
| 09/08/10 | Review, finalize and file notices of settlement (.4); review docket for objections to settlement notices (.2)<br>Bryan A. Stark   .60 hours at  335.00 per hour. | $201.00 |
| 09/08/10 | E-mails with debtors professionals regarding resolution of Omni 37 claims<br>Erin Q. Ashcroft   .30 hours at  330.00 per hour. | $99.00 |
| 09/08/10 | Review and revise tracking chart for omnibus objections<br>Linda J. Neilson   1.20 hours at  200.00 per hour. | $240.00 |
| 09/09/10 | Analyze claim matters and multiple calls and e-mails regarding claim matters<br>Sarah B. Boehm   .60 hours at  495.00 per hour. | $297.00 |
| 09/09/10 | Review analyze and file notice of settlement (.5); correspond with debtors' professionals regarding same (.3)<br>Bryan A. Stark   .80 hours at  335.00 per hour. | $268.00 |
| 09/09/10 | E-mails with taxing authorities regarding resolution of claims<br>Erin Q. Ashcroft   .50 hours at  330.00 per hour. | $165.00 |
| 09/09/10 | Review and revise tracking chart for omnibus objections<br>Linda J. Neilson   .90 hours at  200.00 per hour. | $180.00 |
| 09/10/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other information regarding same and draft and revise stipulations regarding same and research issues regarding same<br>Daniel F. Blanks   1.80 hours at  415.00 per hour. | $747.00 |
| 09/10/10 | Correspondence with counsel to claimant regarding omnibus objection (.3); research claim and objection to same (.4)<br>Bryan A. Stark   .70 hours at  335.00 per hour. | $234.50 |

Circuit City Stores Inc
File Number: 2055557                                    Page  34
Invoice No. 91295019                                    October 18, 2010

| | | |
|---|---|---|
| 09/10/10 | Review and revise tracking charts for omnibus objections<br>Linda J. Neilson    .50 hours at  200.00 per hour. | $100.00 |
| 09/11/10 | Review updated revised claim objections status chart and analysis for transition going forward and meeting with client regarding same<br>Douglas M. Foley    .70 hours at  600.00 per hour. | $420.00 |
| 09/12/10 | Review and revise tracking charts for omnibus objections<br>Linda J. Neilson    .50 hours at  200.00 per hour. | $100.00 |
| 09/13/10 | Continue claim objection resolutions and multiple calls and e-mails regarding same<br>Sarah B. Boehm    .80 hours at  495.00 per hour. | $396.00 |
| 09/13/10 | Continue resolution of claims and telephone conferences and e-mails with parties regarding same and revise stipulations regarding same<br>Daniel F. Blanks   1.10 hours at  415.00 per hour. | $456.50 |
| 09/13/10 | Review, finalize and file notices of settlement and arrange for service of same<br>Bryan A. Stark    .60 hours at  335.00 per hour. | $201.00 |
| 09/13/10 | E-mails with and telephone call from taxing authorities regarding terms of resolving Omni 37<br>Erin Q. Ashcroft    .30 hours at  330.00 per hour. | $99.00 |
| 09/13/10 | Review and revise tracking chart for omnibus objections<br>Linda J. Neilson    .80 hours at  200.00 per hour. | $160.00 |
| 09/14/10 | Meeting with client and debtors' professionals regarding transition upon effective date and pending issues regarding same in preparation for a meeting on September 20th<br>Douglas M. Foley   5.40 hours at  600.00 per hour. | $3,240.00 |
| 09/14/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and draft stipulations regarding same<br>Daniel F. Blanks    .00 hours at  .00 per hour. | $0.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  35
October 18, 2010

| | | |
|---|---|---|
| 09/14/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and draft stipulations regarding same<br>Daniel F. Blanks    2.10 hours at  415.00 per hour. | $871.50 |
| 09/14/10 | Telephone calls with debtors' professionals and counsel to claimant regarding payment of claims and addresses for payment (.4); telephone call with claimant regarding transfers of claims (.4); follow-up on issues regarding same (.3)<br>Bryan A. Stark   1.10 hours at 335.00 per hour. | $368.50 |
| 09/14/10 | E-mails and telephone conference with taxing authorities and client regarding resolution of Omni 37<br>Erin Q. Ashcroft    .60 hours at  330.00 per hour. | $198.00 |
| 09/15/10 | Continue resolution of claims and e-mails and telephone conferences with claimants regarding same and draft, revise and file stipulations regarding same and review and analyze claims, pleadings, charts, and other materials regarding same<br>Daniel F. Blanks   1.70 hours at  415.00 per hour. | $705.50 |
| 09/15/10 | Review, finalize and file notices of settlement (.6); e-mail counsel to creditors regarding settlement discussions and address issues (.4); correspond with debtors' professionals regarding draft settlement agreement and filing of same (.7)<br>Bryan A. Stark   1.70 hours at  335.00 per hour. | $569.50 |
| 09/15/10 | E-mails with client and debtors' professionals regarding resolution of claims<br>Erin Q. Ashcroft    .30 hours at  330.00 per hour. | $99.00 |
| 09/15/10 | Review and revise tracking charts for omnibus objections<br>Linda J. Neilson    .80 hours at  200.00 per hour. | $160.00 |
| 09/16/10 | E-mails regarding review and finalization of settlement with SEGA of America, Inc. (.4); e-mails and review and analysis relating to agenda for Monday, September 20 meeting with committee professionals regarding transition and status of unresolved claim matters and adversary proceedings (.9)<br>Douglas M. Foley   1.30 hours at  600.00 per hour. | $780.00 |

09/16/10   Continue claim objection resolutions, analyze
           issues regarding late claim motions, analyze
           documents, review and revise stipulation, and
           multiple calls and e-mails regarding same
           Sarah B. Boehm   1.20 hours at  495.00 per hour.          $594.00

09/16/10   Continue resolution of claims and multiple
           telephone conferences and e-mails regarding
           same and review and analyze claims, pleadings,
           charts, and other materials regarding same and
           analyze strategies regarding same
           Daniel F. Blanks   1.20 hours at  415.00 per hour.        $498.00

09/16/10   Correspond with debtors' professionals
           regarding claims issues (.6); finalize and file
           notices of claims settlements (.7); telephone
           call with counsel to claimant regarding
           discovery issues (.3)
           Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

09/17/10   E-mails with committee counsel regarding
           additional requests for meeting on Monday,
           September 20 to discuss status of claims,
           resolution matters, adversary proceedings,
           transition of certain work to post effective
           date over site committee and liquidating
           trustee
           Douglas M. Foley   .40 hours at  600.00 per hour.         $240.00

09/17/10   Analyze documents regarding Omni 79 claimants'
           damages and assess settlement options
           Sarah B. Boehm   .50 hours at  495.00 per hour.           $247.50

09/17/10   Continue resolution of claims and multiple
           telephone conferences and e-mails with parties
           regarding same and review and analyze claims,
           pleadings, charts, and other information
           regarding same and draft and revise
           stipulations regarding same
           Daniel F. Blanks   1.10 hours at  415.00 per hour.        $456.50

09/18/10   Preparation for meeting on September 20th
           relating to transition and issues relating to
           liquidating trust and McGuireWoods' work going
           forward
           Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

09/19/10   Review materials in preparation for transition
           meeting with UCC professionals
           Douglas M. Foley   1.60 hours at  600.00 per hour.        $960.00

Circuit City Stores Inc
File Number: 2055557                                    Page  37
Invoice No. 91295019                                    October 18, 2010

09/19/10  Draft Marion County stipulation
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.          $99.00

09/20/10  Analyze agenda regarding claims status hearing
          and e-mails regarding same (.3); continue claim
          objection resolutions and multiple e-mails
          regarding same (.4)
          Sarah B. Boehm    .70 hours at  495.00 per hour.           $346.50

09/20/10  Continue resolution of claims and multiple
          telephone conferences and meals with parties
          regarding same and review and analyze
          documents, pleadings, charts, and other
          materials regarding same and research issues
          regarding same
          Daniel F. Blanks    .80 hours at  415.00 per hour.         $332.00

09/20/10  Review, finalize and file objection to motion
          for reconsideration (.8); correspond with
          debtors' professionals regarding same (.3)
          Bryan A. Stark   1.10 hours at  335.00 per hour.           $368.50

09/20/10  Review, revise and circulate tracking chart for
          omnibus objections
          Linda J. Neilson    .90 hours at  200.00 per hour.         $180.00

09/21/10  Continue claim objection resolutions, draft
          claim stipulation and e-mails regarding
          settlement (.8); analyze and revise agenda and
          exhibit regarding adjourned claims and e-mails
          regarding same (.3)
          Sarah B. Boehm   1.10 hours at  495.00 per hour.           $544.50

09/21/10  Update claims chart and review e-mails and
          other items regarding same
          Daniel F. Blanks   1.20 hours at  415.00 per hour.         $498.00

09/21/10  Review, finalize and file notices of settlement
          Bryan A. Stark    .50 hours at  335.00 per hour.           $167.50

09/21/10  Review and draft Exhibit A to 9/27/10 hearing
          agenda
          Linda J. Neilson    .90 hours at  200.00 per hour.         $180.00

09/22/10  Continue claim objection resolutions and
          e-mails regarding same (.5); review and revise
          agenda regarding various claim matters (.3)
          Sarah B. Boehm    .80 hours at  495.00 per hour.           $396.00

Circuit City Stores Inc
File Number: 2055557                                    Page  38
Invoice No. 91295019                                   October 18, 2010

09/22/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other materials
          regarding same
          Daniel F. Blanks   2.30 hours at  415.00 per hour.          $954.50

09/22/10  E-mail with debtors professionals regarding
          objections to claims
          Erin Q. Ashcroft    .20 hours at  330.00 per hour.           $66.00

09/23/10  Continue resolution of claims and multiple
          e-mails and telephone conferences with parties
          regarding same and review and analyze
          documents, pleadings, charts, and other
          information regarding same
          Daniel F. Blanks   1.90 hours at  415.00 per hour.          $788.50

09/23/10  E-mail with counsel to creditor regarding
          discovery (.2); review files and correspond
          with debtor about outstanding omnibus
          objections (.4); review objection and related
          filings and correspond with counsel to
          defendant regarding hearing (.6)
          Bryan A. Stark  1.20 hours at  335.00 per hour.             $402.00

09/23/10  Review and revise tracking charts for omnibus
          objections
          Linda J. Neilson    .90 hours at  200.00 per hour.          $180.00

09/24/10  Analyze and revise agenda regarding various
          claim matters and adjourned claims status
          hearing and multiple calls and e-mails
          regarding same (.9); analyze and revise
          adjourned claims chart and multiple calls with
          counsel regarding settlement negotiations (.6)
          Sarah B. Boehm   1.50 hours at  495.00 per hour.            $742.50

09/24/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other information
          regarding same and research issues regarding
          same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.          $747.00

09/24/10  Research related entities to party with whom
          debtors reached a settlement agreement (.8);
          review and analyze settlement agreement related
          to same (.3)
          Bryan A. Stark   1.10 hours at  335.00 per hour.            $368.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  39
October 18, 2010

| | | |
|---|---|---|
| 09/25/10 | Continue resolution of claims and e-mails to parties regarding same | |
| | Daniel F. Blanks    .60 hours at  415.00 per hour. | $249.00 |
| 09/27/10 | Prepare for and participate in omnibus hearing on all matters and conference with client regarding same | |
| | Sarah B. Boehm    2.40 hours at  495.00 per hour. | $1,188.00 |
| 09/27/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other information regarding same | |
| | Daniel F. Blanks    .40 hours at  415.00 per hour. | $166.00 |
| 09/27/10 | Review and revise tracking chart for omnibus objections | |
| | Linda J. Neilson    .60 hours at  200.00 per hour. | $120.00 |
| 09/28/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other information regarding same | |
| | Daniel F. Blanks    1.20 hours at  415.00 per hour. | $498.00 |
| 09/28/10 | Finalize notice of stipulation, file and arrange for service of same (.5); review docket for objections to notices of settlement (.1) | |
| | Bryan A. Stark    .60 hours at  335.00 per hour. | $201.00 |
| 09/28/10 | E-mail with debtors professionals and taxing authorities regarding resolution of Omni 37 claims | |
| | Erin Q. Ashcroft    .60 hours at  330.00 per hour. | $198.00 |
| 09/29/10 | Telephone call with former employee regarding claim (.4); correspond with counsel to claimant and debtor regarding omnibus objection (.3); review and research documentation and correspondence regarding same (.5) | |
| | Bryan A. Stark    1.20 hours at  335.00 per hour. | $402.00 |
| 09/29/10 | E-mail with taxing authorities regarding resolution of Omni 37 and meeting and e-mail with debtors professionals regarding resolution of claims | |
| | Erin Q. Ashcroft    .60 hours at  330.00 per hour. | $198.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  40
Invoice No. 91295019                                   October 18, 2010

09/30/10  Continue resolution of claims and e-mails with
          parties regarding same and review materials
          regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

09/30/10  E-mail with counsel to claimant regarding
          issues (.3); research background relating to
          same (.3)
          Bryan A. Stark    .60 hours at  335.00 per hour.          $201.00

| Timekeeper | Rate/HR | Hours | Fees |
|------------|---------|-------|------|
| Douglas M. Foley | $600.00 | 11.6 | $6,960.00 |
| Sarah B. Boehm | $495.00 | 17.7 | $8,761.50 |
| Daniel F. Blanks | $415.00 | 34.5 | $14,317.50 |
| Bryan A. Stark | $335.00 | 19.6 | $6,566.00 |
| Erin Q. Ashcroft | $330.00 | 16.3 | $5,379.00 |
| Linda J. Neilson | $200.00 | 12.2 | $2,440.00 |
| TOTAL FEES | | 111.9 | $44,424.00 |

Re: Disclosure Statement and Plan
    Our File No.            2055557-0270
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

09/01/10  Review latest drafts of documents relating to
          plan and disclosure statement and resolution of
          objections and telephone conferences and
          e-mails with debtors' professionals, client and
          creditors counsel regarding same
          Douglas M. Foley  2.90 hours at  600.00 per hour.       $1,740.00

09/01/10  Analyze documents and e-mails regarding
          confirmation hearing preparation
          Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

09/02/10  Analyze documents and multiple calls and e-mail
          regarding confirmation hearing preparation
          Sarah B. Boehm   1.70 hours at  495.00 per hour.          $841.50

09/03/10  Several e-mails with creditors' counsel and
          debtors' professionals regarding resolution of
          plan objections (.9); review pleadings relating
          to plan confirmation agenda, including
          memorandum form of order and brief in support
          thereof and related filings (1.9)
          Douglas M. Foley  2.80 hours at  600.00 per hour.       $1,680.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

09/03/10 Draft, revise, finalize and file multiple
         pleadings, notices and motions in connection
         with confirmation and multiple calls and
         e-mails regarding same and resolutions of plan
         objections
         Sarah B. Boehm    4.40 hours at  495.00 per hour.        $2,178.00

09/03/10 Revise and file response to Mondragon objection
         to confirmation
         Daniel F. Blanks    .60 hours at  415.00 per hour.         $249.00

09/06/10 Review hearing binder for September 8th
         hearing, including confirmation pleadings,
         orders and objections and resolutions of same
         Douglas M. Foley   1.90 hours at  600.00 per hour.       $1,140.00

09/07/10 Continue preparation for hearing for September
         8th and review materials regarding same,
         including revised plan documents and
         resolutions of objections and confirmation
         order
         Douglas M. Foley   2.70 hours at  600.00 per hour.       $1,620.00

09/07/10 Prepare for confirmation hearing, analyze and
         revise documents and multiple conferences
         regarding same
         Sarah B. Boehm    2.60 hours at  495.00 per hour.        $1,287.00

09/07/10 Preparations for confirmation hearing and
         multiple telephone conferences and e-mails with
         parties regarding same and hearing and continue
         resolution of objections and conferences with
         debtors' professionals regarding same
         Daniel F. Blanks   2.90 hours at  415.00 per hour.       $1,203.50

09/07/10 Review confirmation documents, agenda and
         assist in preparation for confirmation hearing
         Cullen A. Drescher   2.10 hours at  325.00 per hour.       $682.50

09/08/10 Prepare for and attend plan confirmation
         hearing and other related matters on September
         8th agenda and meetings with client and
         debtors' professionals regarding same
         Douglas M. Foley   4.20 hours at  600.00 per hour.       $2,520.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  42
October 18, 2010

09/08/10   Prepare for and participate in confirmation
           hearing and multiple conferences regarding same
           (3.4); revise, finalize and submit multiple
           orders in connection with matters heard at
           confirmation hearing and multiple e-mails
           regarding same (.5)
           Sarah B. Boehm   3.90 hours at  495.00 per hour.        $1,930.50

09/08/10   Prepare for and attend confirmation hearing
           Daniel F. Blanks   3.50 hours at  415.00 per hour.      $1,452.50

09/08/10   Research confirmation issues (.7); communicate
           with debtors' professionals regarding same (.2)
           Bryan A. Stark    .90 hours at  335.00 per hour.          $301.50

09/09/10   E-mails regarding finalization NOL order and
           confirmation order and review same
           Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

09/09/10   Correspond with debtors' professionals
           regarding issues relating to confirmation order
           Bryan A. Stark    .30 hours at  335.00 per hour.          $100.50

09/10/10   Revise, finalize and submit confirmation order
           and multiple e-mails regarding same
           Sarah B. Boehm    .50 hours at  495.00 per hour.          $247.50

09/14/10   Handle issues regarding service of entered
           confirmation order and e-mails regarding same
           Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

09/15/10   E-mails and telephone conferences with
           committee professionals and debtors'
           professionals regarding meetings scheduled for
           September 20th to discuss transition issues as
           well as requirements for going effective under
           plan of liquidation
           Douglas M. Foley    .90 hours at  600.00 per hour.        $540.00

09/15/10   Prepare for and participate in telephone
           conference with debtors' professionals and
           committee's professionals regarding effective
           date and post-effective date matters
           Sarah B. Boehm    .40 hours at  495.00 per hour.          $198.00

09/15/10   E-mails with client regarding SEC filing
           Daniel F. Blanks    .40 hours at  415.00 per hour.        $166.00

Circuit City Stores Inc
File Number: 2055557                          Page  43
Invoice No. 91295019                          October 18, 2010

09/16/10 Draft and revise memorandum to liquidating
         trustee regarding open litigation and claim
         matters and multiple e-mails regarding same
         Sarah B. Boehm    .80 hours at  495.00 per hour.          $396.00

09/28/10 E-mails regarding plan and related matters
         Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

09/30/10 E-mails regarding transition post effective
         date relating to pending avoidance actions and
         claim objections
         Douglas M. Foley   .60 hours at  600.00 per hour.         $360.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 16.8 | $10,080.00 |
| Sarah B. Boehm | $495.00 | 15.7 | $7,771.50 |
| Daniel F. Blanks | $415.00 | 7.4 | $3,071.00 |
| Bryan A. Stark | $335.00 | 1.2 | $402.00 |
| Cullen A. Drescher | $325.00 | 2.1 | $682.50 |
| TOTAL FEES | | 43.2 | $22,007.00 |

**Re: Intellectual Property Matters**
     Our File No.          2055557-0310
     Circuit City Contact   Katie Bradshaw
     McGuireWoods Contact   Douglas M. Foley

09/07/10 E-mails with K. Bradshaw regarding renewal of
         Canadian registration for FLYING PLUG Design
         Douglas B. Smith   .20 hours at  320.00 per hour.          $64.00

09/10/10 Prepare correspondence to client regarding
         DIGITAL DATACATCH renewal deadline and e-mail
         to D. Smith regarding same
         Kymberleigh B. Gokey   .30 hours at  175.00 per hour.      $52.50

09/13/10 E-mails with K. Bradshaw about renewal of
         DIGITAL DATACATCH
         Douglas B. Smith   .20 hours at  320.00 per hour.          $64.00

09/15/10 E-mails with J. McDonald about ownership of
         Circuit City commercials and training videos
         (.3); phone calls with D. Blanks to discuss
         DIGITAL DATACATCH mark (.2)
         Douglas B. Smith   .50 hours at  320.00 per hour.         $160.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  44
October 18, 2010

| | | |
|---|---|---|
| 09/16/10 | E-mails and telephone conferences with client and D. Smith regarding non-use of certain marks and strategies regarding same | |
| | Daniel F. Blanks    .80 hours at  415.00 per hour. | $332.00 |
| 09/27/10 | E-mails with debtors' professionals and client regarding Divx issues | |
| | Daniel F. Blanks    .50 hours at  415.00 per hour. | $207.50 |
| 09/28/10 | Conference call to discuss patent issues | |
| | Douglas B. Smith    .20 hours at  320.00 per hour. | $64.00 |
| 09/28/10 | Telephone discussion with J. McDonald regarding certain IP held by Circuit City and sought by N. Shah of Verance Corporation (.4); review U.S. Patent & Trademark Office database records for certain patents and patent applications provided in e-mail from N. Shah (1.1); prepare table with detailing status of patents and patent applications (.7); send table to J. McDonald (.2) | |
| | Safet Metjahic   2.40 hours at  475.00 per hour. | $1,140.00 |
| 09/29/10 | Review patents and independent claim one of each of the patents identified in e-mail from N. Shah of Verance Corporation | |
| | Safet Metjahic    .80 hours at  475.00 per hour. | $380.00 |
| 09/30/10 | Research patents and patent applications owned by (1) Circuity City Stores, Inc., (2) Digital Video Express, (3) DIVX, (4) Zoom TV, (5) Zoom Holdings, (6) Patapsco Designs, (7) Cipher Digital, (8) Sky Venture, (9) DIVX LP, and (10) Orbyx | |
| | Safet Metjahic   2.10 hours at  475.00 per hour. | $997.50 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Safet Metjahic | $475.00 | 5.3 | $2,517.50 |
| Daniel F. Blanks | $415.00 | 1.3 | $539.50 |
| Douglas B. Smith | $320.00 | 1.1 | $352.00 |
| Kymberleigh B. Gokey | $175.00 | 0.3 | $52.50 |
| TOTAL FEES | | 8.0 | $3,461.50 |

Re: Schimenti Construction Litigation
   Our File No.          2055557-0323

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91295019

Page  45
October 18, 2010

09/01/10 Review and revise draft of Schimenti
         stipulation
         Douglas M. Foley    .70 hours at  600.00 per hour.          $420.00

09/01/10 Analyze and revise settlement agreement and
         stipulation and multiple e-mails regarding same
         Sarah B. Boehm    .40 hours at  495.00 per hour.           $198.00

09/01/10 Finalize draft settlement agreement and e-mail
         to debtors professionals and debtors for review
         (.6); correspond with debtors' professionals
         regarding same and revise settlement agreement
         accordingly (.9); e-mail draft settlement
         agreement to counsel for review (.1)
         Bryan A. Stark   1.60 hours at  335.00 per hour.           $536.00

09/03/10 Correspond with counsel to Schimenti, debtors
         and debtors' professionals regarding
         outstanding issues (.8); review comments and
         edits to draft settlement agreement and update
         accordingly (.7); research issues from previous
         settlement agreement with Schimenti (.4)
         Bryan A. Stark   1.90 hours at  335.00 per hour.           $636.50

09/07/10 Correspond with counsel to Schimenti, debtors
         and debtors' professionals regarding
         outstanding issues (1.5); review and finalize
         draft settlement agreement and file with court
         (.8)
         Bryan A. Stark   2.30 hours at  335.00 per hour.           $770.50

09/08/10 E-mail with the debtor regarding settlement
         agreements
         Bryan A. Stark    .30 hours at  335.00 per hour.           $100.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.7 | $420.00 |
| Sarah B. Boehm | $495.00 | 0.4 | $198.00 |
| Bryan A. Stark | $335.00 | 6.1 | $2,043.50 |
| TOTAL FEES | | 7.2 | $2,661.50 |

Disbursements and Other Expenses:
         Copy Charges                                       $155.00
         Pacer Research                                      $18.64
         Long Distance Telephone Charges                     $97.20
08/23/10 GENESYS CONFERENCING INC - Conference call          $14.07
         hosted by Douglas M. Foley on 08/23/2010
08/31/10 GENESYS CONFERENCING INC - Conference call         $109.55
         hosted by Douglas M. Foley on 08/31/2010

Circuit City Stores Inc
File Number: 2055557                                    Page  46
Invoice No. 91295019                                    October 18, 2010

| | | |
|---|---|---:|
| 09/02/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 09/02/2010 | $31.93 |
| 09/08/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 09/08/2010 | $97.32 |
| 09/08/10 | ERIN Q. ASHCROFT - Travel to Richmond for meetings 6/08; hotel | $178.54 |
| 09/08/10 | Sarah B. Boehm - Van service to bankruptcy court 8/31 | $286.85 |
| 09/08/10 | Daniel F. Blanks - Travel to meeting with clients and prepare for and attend omni hearing 8/31; meal, mileage | $96.40 |
| 09/08/10 | Douglas M. Foley - Travel to meetings with client and prepare for and attend omni hearing 8/29 - 8/30; hotel, meals, mileage, parking | $622.44 |
| 09/08/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  791905669065 | $25.30 |
| 09/09/10 | BIZPORT - LOGISTICS - Delivery from US Bankruptcy Court to McGuireWoods on 8/17/10 | $6.00 |
| 09/13/10 | SARAH B. BOEHM - Court preparation meetings 9/08; meals | $336.48 |
| 09/13/10 | SARAH B. BOEHM - Lunch for group regarding confirmation hearing preparation 9/07 | $225.63 |
| 09/13/10 | CULLEN A DRESCHER - Attend meeting with clients and prepare for and attend omni hearing 8/30; hotel, mileage | $271.84 |
| 09/14/10 | J&J COURT TRANSCRIBERS INC - Professional Services - Federal Court 14- Day on 8/23/10 | $46.75 |
| 09/14/10 | DANIEL F. BLANKS - Attend client meetings and omni hearing 9/07 - 9/09; hotel, meals, mileage | $603.91 |
| 09/15/10 | FedEx Priority Overnight to Wilmington, DE - Tracking #:  791906184333 | $16.56 |
| 09/15/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 09/15/2010 | $7.24 |
| 09/16/10 | GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 09/16/2010 | $12.07 |
| 09/16/10 | BIZPORT - LOGISTICS - Delivery from US Bankruptcy Court to McGuireWoods on 8/31/10 | $8.00 |
| 09/16/10 | RESTAURANTEUR INC - Breakfast Tray ordered 8/31/10 | $41.63 |
| 09/16/10 | RESTAURANTEUR INC - Lunch ordered 8/31/10 | $138.20 |
| 09/17/10 | CULLEN A DRESCHER - Attend client meeting and omni hearing 9/06; hotel, mileage | $628.92 |
| 09/17/10 | DOUGLAS M. FOLEY - Attend court hearing 9/13; hotel, mileage, parking | $314.44 |
| 09/17/10 | SARAH B. BOEHM - Van service to bankruptcy court 9/08 | $382.50 |
| 09/17/10 | DANIEL F. BLANKS - Attend client meeting 9/13 - 9/14; hotel, meal | $183.54 |
| 09/17/10 | SARAH B. BOEHM - Attend planning meeting 9/14; meal | $122.20 |

Circuit City Stores Inc
File Number: 2055557                                          Page  47
Invoice No. 91295019                                         October 18, 2010

| Date | Description | Amount |
|------|-------------|--------|
| 09/21/10 | DOUGLAS M. FOLEY - Attend client meeting and omni hearing 9/06 - 9/08; hotel, meals, mileage, parking | $1,405.53 |
| 09/23/10 | LASERSHIP INC - Delivery to USDC (Ferrando Galindo, Clerk) from McGuireWoods (Bryan Stark) on 9/17/10 | $5.30 |
| 09/24/10 | ERIN Q. ASHCROFT - Travel to Richmond for meeting with client 9/08 - 9/09; hotel, mileage | $271.84 |
| 09/24/10 | DANIEL F. BLANKS - Travel to attend client meetings 9/19 - 9/20; hotel, meals, mileage | $306.74 |
| 09/27/10 | J&J COURT TRANSCRIBERS INC | $382.50 |
| 09/27/10 | GENESYS CONFERENCING INC - Conference call hosted by Douglas M. Foley on 09/27/2010 | $52.85 |
| 09/28/10 | SARAH B. BOEHM - Attend meeting with group regarding confirmation 9/20; meals | $263.92 |
| 09/29/10 | J&J COURT TRANSCRIBERS INC - Professional Services-Federal Court 14 day on 9/8/10 | $225.25 |
| 09/29/10 | SARAH B. BOEHM - Van services for 4/29/10 Omni hearing | $331.85 |
| | TOTAL EXPENSES | $8,324.93 |

Summary of Fees and Expenses:

        Total Fees for all Matters:          $239,997.00

        Total Expenses for all Matters:       $8,324.93

        Total for this Invoice:              $248,321.93

# McGuireWoods

**Douglas M. Foley**
**(804) 775-1150**

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

November 5, 2010

REMITTANCE COPY
PLEASE RETURN WITH PAYMENT
DIRECT ACCOUNTING INQUIRIES TO  (804) 775-1601 or (800) 775-2202

INVOICE NO. 91300481

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

TAX ID NO.  54-0505857

JOINT GROUP #2055557

Balance Forward from Prior Invoices:              $84,953.39
*(IF BALANCE FORWARD PREVIOUSLY PAID, PLEASE DISREGARD)*

Current Invoice:
        Current Fees:              $131,077.00
        Current Disbursements:       $1,164.81
        **Current Invoice Total:**             $132,241.81

Total Balance Due:                          $217,195.20

PLEASE REMIT PAYMENT TO THE FOLLOWING ADDRESS:

        McGuireWoods LLP
        Attn: Accounts Receivable
        901 E. Cary Street
        Richmond, VA 23219-4030

**PAYMENT IN FULL IS DUE UPON PRESENTATION**

# McGuireWoods

**Douglas M. Foley**
**(804) 775-1150**

**One James Center**
**901 East Cary Street**
**Richmond, Virginia 23219-4030**

November 5, 2010

Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

Bill Through: 10/31/10

INVOICE NO.  91300481                    TAX ID NO. 54-0505857

FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:

Re: General Case Administration
    Our File No.           2055557-0010
    Circuit City Contact   Katie Bradshaw
    McGuireWoods Contact   Douglas M. Foley

| Date | Description | Amount |
|---|---|---|
| 10/05/10 | Telephone conference with K. Bradshaw regarding payment of administrative expense claims and related matters<br>Sarah B. Boehm    .30 hours at  495.00 per hour. | $148.50 |
| 10/05/10 | Correspond with debtors' professionals regarding service issues (.4); review and compile documents for filing (.4)<br>Bryan A. Stark    .80 hours at  335.00 per hour. | $268.00 |
| 10/07/10 | E-mails regarding final Circuit City Board meeting<br>Douglas M. Foley    .30 hours at  600.00 per hour. | $180.00 |
| 10/07/10 | Review, analyze and file affidavits of service<br>Bryan A. Stark    .80 hours at  335.00 per hour. | $268.00 |
| 10/11/10 | Review materials and e-mails relating to final board of directors call on Circuit City preparation for effective date<br>Douglas M. Foley    .40 hours at  600.00 per hour. | $240.00 |

Circuit City Stores Inc
File Number: 2055557                          Page   2
Invoice No. 91300481                          November 5, 2010

10/12/10  Draft letter to A. Siegel regarding engagement
          and related issues
          Daniel F. Blanks     .50 hours at  415.00 per hour.        $207.50

10/13/10  E-mails regarding verification of employment
          for former employees
          Sarah B. Boehm       .20 hours at  495.00 per hour.         $99.00

10/19/10  Review agenda for upcoming hearing on October
          27th and analyze issues regarding same
          Douglas M. Foley     .60 hours at  600.00 per hour.        $360.00

10/20/10  Review and provide comments on draft omnibus
          hearing agenda
          Bryan A. Stark       .30 hours at  335.00 per hour.        $100.50

10/21/10  Prepare Exhibit A to October 27th hearing
          agenda and revise hearing agenda
          Linda J. Neilson    1.50 hours at  200.00 per hour.        $300.00

10/21/10  Research document production regarding
          questions (2.4); status of documents to
          professionals (.2)
          Karen B. Cain       2.60 hours at  215.00 per hour.        $559.00

10/22/10  Review agenda for hearing on October 27th and
          e-mails with debtor's professionals and client
          regarding same
          Douglas M. Foley     .60 hours at  600.00 per hour.        $360.00

10/22/10  Revise hearing agenda and file same with court
          and multiple e-mails with parties regarding
          status
          Daniel F. Blanks    1.00 hours at  415.00 per hour.        $415.00

10/22/10  Review correspondence and provide updates with
          respect to agenda (.3); correspond with
          debtors' professionals regarding filing of same
          (.2)
          Bryan A. Stark       .50 hours at  335.00 per hour.        $167.50

10/22/10  Review, revise and circulate October 27th
          hearing agenda and Exhibit A for filing
          Linda J. Neilson    1.60 hours at  200.00 per hour.        $320.00

10/25/10  Review e-mails regarding matters on agenda for
          October 27th and related issues
          Douglas M. Foley     .40 hours at  600.00 per hour.        $240.00

Circuit City Stores Inc
File Number: 2055557                                    Page   3
Invoice No. 91300481                                    November 5, 2010

10/26/10 E-mails with multiple parties regarding status
         of case and related issues
         Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

10/27/10 E-mails and telephone conferences with debtors'
         professionals regarding outcome and status of
         hearings on October 27th and protocol going
         forward
         Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

10/27/10 Meet with debtors and debtors' professionals
         regarding omnibus hearing and other issues
         (1.0); omnibus hearing (.4); review and file
         affidavits of service (.4)
         Bryan A. Stark   1.80 hours at  335.00 per hour.          $603.00

10/28/10 Finalize and submit order regarding removal
         extension
         Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

10/29/10 Review documents relating to French InterTAN
         tax issue and analyze issues regarding same
         Douglas M. Foley   1.20 hours at  600.00 per hour.        $720.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 4.3 | $2,580.00 |
| Sarah B. Boehm | $495.00 | 0.8 | $396.00 |
| Daniel F. Blanks | $415.00 | 2.4 | $996.00 |
| Bryan A. Stark | $335.00 | 4.2 | $1,407.00 |
| Karen B. Cain | $215.00 | 2.6 | $559.00 |
| Linda J. Neilson | $200.00 | 3.1 | $620.00 |
| TOTAL FEES | | 17.4 | $6,558.00 |

Re: Monthly Operating Reports
    Our File No.            2055557-0060
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

10/15/10 Review and analyze monthly operating report and
         file same
         Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

Circuit City Stores Inc
File Number: 2055557                          Page    4
Invoice No. 91300481                          November 5, 2010

Re: Professional Retention/Fee Applications
    Our File No.              2055557-0070
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley


10/18/10  Finalize monthly fee statement and draft
          correspondence regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

10/26/10  Analyze seventh interim fee applications and
          prepare for omnibus hearing regarding same
          Sarah B. Boehm    .40 hours at  495.00 per hour.         $198.00

10/26/10  Review interim fee applications and notices of
          same and summarize fees and expense requests
          (.6); research issues regarding same (.2)
          Bryan A. Stark    .80 hours at  335.00 per hour.         $268.00

10/27/10  Prepare for and participate in omnibus hearing
          regarding interim fee applications
          Sarah B. Boehm   1.20 hours at  495.00 per hour.         $594.00

10/28/10  Finalize and submit multiple orders on fee
          applications and e-mails regarding same
          Sarah B. Boehm    .80 hours at  495.00 per hour.         $396.00

10/28/10  Draft orders granting interim fee applications
          for debtors' professionals and submit to court
          Bryan A. Stark    .80 hours at  335.00 per hour.         $268.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 2.8 | $1,386.00 |
| Bryan A. Stark | $335.00 | 1.6 | $536.00 |
| TOTAL FEES | | 4.4 | $1,922.00 |


Re: Creditors Committee
    Our File No.              2055557-0080
    Circuit City Contact      Katie Bradshaw
    McGuireWoods Contact      Douglas M. Foley


10/25/10  Telephone calls and e-mails with creditors
          committee counsel relating to transition to
          liquidating trustee and potential litigation
          claims and tolling agreements and analyze
          issues regarding same
          Douglas M. Foley  .80 hours at  600.00 per hour.         $480.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page   5
November 5, 2010

| | | | |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 0.8 | $480.00 |
| TOTAL FEES | | 0.8 | $480.00 |

**Re: Executory Contracts**
    **Our File No.**           **2055557-0140**
    **Circuit City Contact**   **Katie Bradshaw**
    **McGuireWoods Contact**  **Douglas M. Foley**

10/19/10 Review proposed order and motion regarding Ryan
       appeal and e-mails with opposing counsel
       regarding acceptance of dismissal of appeal
       Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 0.5 | $207.50 |
| TOTAL FEES | | 0.5 | $207.50 |

**Re: Litigation**
    **Our File No.**           **2055557-0150**
    **Circuit City Contact**   **Katie Bradshaw**
    **McGuireWoods Contact**  **Douglas M. Foley**

10/01/10 E-mails regarding Sharp settlement analysis,
       discovery on PNY and review same
       Douglas M. Foley    .80 hours at  600.00 per hour.        $480.00

10/01/10 Telephone call with debtors regarding
       settlement negotiations (.3); review and
       analyze draft settlement agreement and update
       (.8); review draft discovery and correspond
       with debtors' professionals regarding same (.7)
       Bryan A. Stark   1.80 hours at  335.00 per hour.        $603.00

10/04/10 E-mails regarding status of Sharp settlement
       agreement (.4); analyze issues relating to
       transition of various avoidance actions and
       account receivable complaints (.6)
       Douglas M. Foley   1.00 hours at  600.00 per hour.        $600.00

10/04/10 E-mails with parties regarding draft complaints
       and related issues
       Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page   6
November 5, 2010

| | | |
|---|---|---|
| 10/04/10 | Correspond with debtors and debtors' professionals regarding settlement (.4); review and analyze issues regarding same (.5); revise agreement and forward to counsel to creditor for review (.5); draft notices of appearance for appeal (.3)<br>Bryan A. Stark   1.70 hours at  335.00 per hour. | $569.50 |
| 10/04/10 | Research, review and revise chart for adversary/preference complaints<br>Linda J. Neilson   2.50 hours at  200.00 per hour. | $500.00 |
| 10/05/10 | E-mails and telephone conferences with opposing counsel regarding status of Sharp settlement agreement and issues relating to MDL litigation and release and review and analyze issues regarding same<br>Douglas M. Foley   .70 hours at  600.00 per hour. | $420.00 |
| 10/05/10 | Continue attention to litigation matters and settlements and e-mails with parties regarding same<br>Daniel F. Blanks   .50 hours at  415.00 per hour. | $207.50 |
| 10/05/10 | Prepare for and participate in conference call regarding settlement (.9); follow-up research and telephone calls regarding same (1.2); correspond with court and debtors' professionals regarding entry of orders (.4)<br>Bryan A. Stark   2.50 hours at  335.00 per hour. | $837.50 |
| 10/06/10 | E-mails regarding finalization of Active settlement and stipulation<br>Douglas M. Foley   .40 hours at  600.00 per hour. | $240.00 |
| 10/06/10 | Draft notices of settlement and file same with bankruptcy court (.9); correspond with debtors' professionals regarding same and other litigation issues (.6); e-mail with claimants regarding adversary proceeding (.3); correspond with bankruptcy court regarding submission of orders (.2); revise and submit orders for entry by court (.4); research bankruptcy rules regarding notice (.2)<br>Bryan A. Stark   2.60 hours at  335.00 per hour. | $871.00 |
| 10/07/10 | Finalize notices of stipulation and file same with court<br>Bryan A. Stark   .80 hours at  335.00 per hour. | $268.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

| | | |
|---|---|---|
| 10/08/10 | Draft and file notice of appearance for bankruptcy appeals and arrange for service (.5); correspond with debtors' professionals regarding litigation and appellate issues (.3)<br>Bryan A. Stark    .80 hours at  335.00 per hour. | $268.00 |
| 10/11/10 | Research and review status of settlement negotiations (.4); meet with debtors' professionals and discuss same and other issues (.5)<br>Bryan A. Stark    .90 hours at  335.00 per hour. | $301.50 |
| 10/12/10 | E-mails regarding Paramount appeal to fourth circuit and status of same<br>Douglas M. Foley    .40 hours at  600.00 per hour. | $240.00 |
| 10/12/10 | Research local rules and files regarding dismissal of adversary proceedings and correspond with debtors' professionals regarding same (1.1); prepare for and participate in conference call regarding adversary proceeding (.7); research service and notice issues related to settlement agreement (.8)<br>Bryan A. Stark   2.60 hours at  335.00 per hour. | $871.00 |
| 10/13/10 | Review complaints and analyze issues regarding same<br>Daniel F. Blanks    .50 hours at  415.00 per hour. | $207.50 |
| 10/13/10 | Research issues with settlement agreements and notice periods (.8); correspond with debtors' professionals regarding same and other issues (.4); research settlement issues and participate in telephone call with counsel to defendant regarding settlement (.8); correspond with debtors' professionals regarding same (.5); telephone calls with counsel to defendant and debtors' professionals regarding discovery (.6); research local rules and bankruptcy rules regarding same (.5)<br>Bryan A. Stark   3.60 hours at  335.00 per hour. | $1,206.00 |
| 10/15/10 | Analyze Paramount counter designations and multiple calls and e-mails regarding filing same<br>Sarah B. Boehm    .60 hours at  495.00 per hour. | $297.00 |

Circuit City Stores Inc
File Number: 2055557                               Page   8
Invoice No. 91300481                              November 5, 2010

| | | |
|---|---|---|
| 10/15/10 | Review and finalize draft stipulations and notices of same relating to demand letters (1.0); finalize and file same with court and arrange for service (.5); correspond with debtors' professionals regarding same (.4); review and finalize debtors' designation of additional items for record on appeal and arrange for service of same (.7); correspond with debtors' professionals regarding same (.2) Bryan A. Stark   2.80 hours at   335.00 per hour. | $938.00 |
| 10/18/10 | Review dockets and analyze issues and strategies regarding pending adversary proceedings and e-mails with committee and debtors' professionals regarding same Daniel F. Blanks   .90 hours at   415.00 per hour. | $373.50 |
| 10/18/10 | Review local rules and call district court regarding designation of additional items for record on appeal (.5); review correspondence and e-mail with debtors' professionals regarding settlement of adversary proceeding (.4) Bryan A. Stark   .90 hours at   335.00 per hour. | $301.50 |
| 10/19/10 | Review disclosure, finalize and file notices of appearance in fourth circuit regarding Paramount appeal Sarah B. Boehm   .80 hours at   495.00 per hour. | $396.00 |
| 10/19/10 | Research unresolved issues related to outstanding litigation (.8); correspond with debtors' professionals regarding same (.4); review and analyze draft settlement agreements and notices of same (.9); finalize and file same with court (.5); correspond with debtors' professionals regarding same (.4) Bryan A. Stark   3.00 hours at   335.00 per hour. | $1,005.00 |
| 10/19/10 | Update and finalize Carmax order dismissing adversary proceeding Cullen A. Drescher   .20 hours at   325.00 per hour. | $65.00 |
| 10/20/10 | Review order regarding Paramount appeal Sarah B. Boehm   .20 hours at   495.00 per hour. | $99.00 |
| 10/20/10 | Telephone conference with parties regarding Active trade credits Daniel F. Blanks   .30 hours at   415.00 per hour. | $124.50 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

10/20/10  Summarize issues relating to settlement
          agreements and draft e-mail regarding same
          (.3); review, finalize and arrange for service
          of notice of settlement resolving adversary
          proceeding (.8); correspond with debtors'
          professionals regarding same (.3); telephone
          call with debtors' professionals regarding
          settlement (.2)
          Bryan A. Stark   1.60 hours at  335.00 per hour.          $536.00

10/26/10  Review Unical status report
          William H. Kiekhofer   .20 hours at  650.00 per hour.     $130.00

10/26/10  Draft status report for appeal pending in ninth
          circuit (.9); work with debtors' professionals
          to revise and file (.5); review, analyze and
          file notices of settlement agreements (1.7);
          correspond with debtors' professionals
          regarding same (.5)
          Bryan A. Stark   3.60 hours at  335.00 per hour.        $1,206.00

10/27/10  E-mails regarding potential tolling agreements
          against various parties
          Douglas M. Foley   .70 hours at  600.00 per hour.         $420.00

10/28/10  Review, finalize and file notices of settlement
          agreements with various parties resolving
          claims and other issues (1.6); follow-up issues
          regarding same (.6)
          Bryan A. Stark   2.20 hours at  335.00 per hour.          $737.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| William H. Kiekhofer | $650.00 | 0.2 | $130.00 |
| Douglas M. Foley | $600.00 | 4.0 | $2,400.00 |
| Sarah B. Boehm | $495.00 | 1.6 | $792.00 |
| Daniel F. Blanks | $415.00 | 3.6 | $1,494.00 |
| Bryan A. Stark | $335.00 | 31.4 | $10,519.00 |
| Cullen A. Drescher | $325.00 | 0.2 | $65.00 |
| Linda J. Neilson | $200.00 | 2.5 | $500.00 |
| TOTAL FEES | | 43.5 | $15,900.00 |

Re: Avoidance Actions
    Our File No.            2055557-0160
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

| Date | Description | Amount |
|---|---|---|
| 10/01/10 | Continue to analyze certain actions and review and analyze complaints and causes of action regarding same and e-mails with A. Caine regarding same<br>Daniel F. Blanks    .70 hours at  415.00 per hour. | $290.50 |
| 10/04/10 | Research issues related to avoidance actions and bankruptcy code (1.6); correspond with debtors' professionals regarding same (.3)<br>Bryan A. Stark   1.90 hours at  335.00 per hour. | $636.50 |
| 10/05/10 | Draft complaints against vendors for recovery of unpaid obligations and preference payments and for reduction of vendor claims<br>Kevin J. O'Brien   2.30 hours at  290.00 per hour. | $667.00 |
| 10/05/10 | Review and revise tracking chart for AR and preference complaints<br>Linda J. Neilson    .90 hours at  200.00 per hour. | $180.00 |
| 10/06/10 | Multiple telephone conferences and e-mails with parties regarding preference and AR complaints and analyze issues regarding same and review defenses regarding same<br>Daniel F. Blanks   1.20 hours at  415.00 per hour. | $498.00 |
| 10/06/10 | Research avoidance demand letter and complaint issues (.7); correspond with debtors' professionals regarding same (.3); review and update chart of complaints (.3); research corporate affiliate issues and correspond with debtors regarding same (.6)<br>Bryan A. Stark   1.90 hours at  335.00 per hour. | $636.50 |
| 10/06/10 | Research and revise AR and preference chart for complaints<br>Linda J. Neilson   2.10 hours at  200.00 per hour. | $420.00 |
| 10/08/10 | Research outstanding preference issues<br>Bryan A. Stark    .80 hours at  335.00 per hour. | $268.00 |
| 10/11/10 | Discuss status of preference and avoidance issues with debtors' professionals<br>Bryan A. Stark    .40 hours at  335.00 per hour. | $134.00 |
| 10/12/10 | Research avoidance files regarding outstanding issues (.8); correspond with debtors' professionals regarding avoidance matters and other related issues (.5); review and revise draft pleadings (.4)<br>Bryan A. Stark   1.70 hours at  335.00 per hour. | $569.50 |

Circuit City Stores Inc
File Number: 2055557                          Page   11
Invoice No. 91300481                          November 5, 2010

10/12/10 Draft complaints and analyze documents
         regarding same
         Lori Michelle Scott   6.40 hours at  335.00 per hour.   $2,144.00

10/13/10 Draft and revise complaints
         Lori Michelle Scott   4.60 hours at  335.00 per hour.   $1,541.00

10/14/10 Research issues and review and revise
         preference complaints (1.2); correspond with
         debtors' professionals regarding status of same
         (.1)
         Bryan A. Stark   1.30 hours at  335.00 per hour.         $435.50

10/14/10 Draft and revise complaints
         Lori Michelle Scott   4.40 hours at  335.00 per hour.   $1,474.00

10/15/10 Draft and revise complaints
         Lori Michelle Scott   3.70 hours at  335.00 per hour.   $1,239.50

10/18/10 Research related-entity issues and correspond
         with debtor and counsel to defendant regarding
         same
         Bryan A. Stark   .70 hours at  335.00 per hour.          $234.50

10/18/10 Draft and revise complaints
         Lori Michelle Scott   4.80 hours at  335.00 per hour.   $1,608.00

10/18/10 Research and retrieve information regarding
         complaints
         Linda J. Neilson   2.30 hours at  200.00 per hour.       $460.00

10/20/10 Research settlement agreements with respect to
         avoidance actions (.5); research issues related
         to same (.4); review and analyze updated
         preference analysis (.7); review correspondence
         regarding related entities (.4)
         Bryan A. Stark   2.00 hours at  335.00 per hour.         $670.00

10/21/10 Review and analyze preference charts and
         research issues related to same (1.5); research
         corporate entity issues (.3); review draft
         complaints and research issues related to same
         (.5); correspond with debtors' professionals
         regarding draft complaints (.5)
         Bryan A. Stark   2.80 hours at  335.00 per hour.         $938.00

| Timekeeper          | Rate/HR  | Hours | Fees      |
|---------------------|----------|-------|-----------|
| Daniel F. Blanks    | $415.00  | 1.9   | $788.50   |
| Bryan A. Stark      | $335.00  | 13.5  | $4,522.50 |
| Lori Michelle Scott | $335.00  | 23.9  | $8,006.50 |
| Kevin J. O'Brien    | $290.00  | 2.3   | $667.00   |
| Linda J. Neilson    | $200.00  | 5.3   | $1,060.00 |

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  12
November 5, 2010

TOTAL FEES                46.9        $15,044.50

Re: Real Estate
    Our File No.            2055557-0180
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

10/01/10 DR1 - E-mail correspondence with bankruptcy
         counsel (.3); review settlement statement (.8)
         Matthew T. Gunlock   1.10 hours at  320.00 per hour.        $352.00

10/04/10 Sarasota, FL - E-mail correspondence with title
         company
         Matthew T. Gunlock    .60 hours at  320.00 per hour.        $192.00

10/04/10 Florence, SC - E-mail correspondence with
         bankruptcy counsel (.3); review settlement
         statement (.4)
         Matthew T. Gunlock    .70 hours at  320.00 per hour.        $224.00

10/04/10 Sale of Sarasota Property to Dessburg - Examine
         order authorizing sale, purchase, sale
         agreement and draft special warranty deed
         Martha Lynn Wigton   1.30 hours at  240.00 per hour.        $312.00

10/05/10 Sarasota, FL - Review and revise deed (.8);
         e-mail correspondence with title company and
         purchaser's counsel (2.4); review purchase
         agreement regarding permitted encumbrances (.6)
         Matthew T. Gunlock   3.80 hours at  320.00 per hour.      $1,216.00

10/05/10 Raleigh, NC - E-mail correspondence and
         telephone call with bankruptcy counsel
         Matthew T. Gunlock    .30 hours at  320.00 per hour.         $96.00

10/05/10 Sale of Sarasota Property to Dessburg -
         Continue drafting special warranty deed
         Martha Lynn Wigton    .50 hours at  240.00 per hour.        $120.00

10/06/10 Sarasota, FL - E-mail correspondence with
         purchaser's counsel and title company
         Matthew T. Gunlock    .80 hours at  320.00 per hour.        $256.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  13
November 5, 2010

10/07/10  Sarasota, FL - Review and revise closing
          documents (1.7); transmit closing documents to
          purchaser's counsel (.2); review title
          commitment (1.2); revise deed (.6); review
          lease (.5)
          Matthew T. Gunlock   4.20 hours at  320.00 per hour.      $1,344.00

10/07/10  Sale of Sarasota Property to Dessburg - Draft
          non-foreign person affidavit and assignment of
          lease
          Martha Lynn Wigton    .30 hours at  240.00 per hour.        $72.00

10/08/10  Sarasota, FL - E-mail correspondence with
          working group regarding tax and closing matters
          (.8); revise closing documents in response to
          title company's comments (1.7); review tax
          matters (.8)
          Matthew T. Gunlock   3.30 hours at  320.00 per hour.      $1,056.00

10/11/10  Sarasota, FL - E-mail correspondence with title
          company (1.1); review purchase agreement
          regarding closing deliverables (.6); review
          sale order (.6); review correspondence with
          bankruptcy counsel regarding tax matters (.4);
          e-mail correspondence with K. Bradshaw (.4);
          review draft settlement statements (.5);
          prepare escrow letter and transmit same (.9);
          e-mail correspondence with purchaser's counsel
          (.8) e-mail correspondence with bankruptcy
          counsel (.4); finalize closing documents and
          transmit execution version of same (.7)
          Matthew T. Gunlock   6.40 hours at  320.00 per hour.      $2,048.00

10/12/10  DR1 - E-mail correspondence with M. Pruitt
          regarding Westerie owners' association
          Matthew T. Gunlock    .40 hours at  320.00 per hour.       $128.00

10/12/10  Sarasota, FL - E-mail correspondence with
          bankruptcy counsel (.6); e-mail correspondence
          with title company (1.6); finalize and transmit
          escrow letter (.2); e-mail correspondence with
          purchaser's counsel (.6); review revised
          settlement statements (.7); e-mail
          correspondence with K. Bradshaw (.5)
          Matthew T. Gunlock   4.20 hours at  320.00 per hour.      $1,344.00

10/12/10  Raleigh, NC - E-mail correspondence with C.
          Bliley (.1); e-mail correspondence with
          bankruptcy counsel (.2)
          Matthew T. Gunlock    .30 hours at  320.00 per hour.        $96.00

Circuit City Stores Inc
File Number: 2055557                              Page  14
Invoice No. 91300481                             November 5, 2010

10/12/10  Sale of Sarasota Property to Dessburg - Examine
          settlement statement against purchase and sale
          agreement and prepare comments to title company
          regarding same (.9); prepare wire instruction
          form for title company (.3)
          Martha Lynn Wigton   1.20 hours at  240.00 per hour.      $288.00

10/13/10  Sarasota, FL - E-mail correspondence with M.
          Smithson and R. Bradshaw (.8); e-mail
          correspondence with title company (1.1); review
          revised deed and settlement statements (1.2);
          e-mail correspondence with purchaser's counsel
          (.4); review correspondence with bankruptcy
          counsel regarding tax matters (.4); review
          purchase agreement regarding closing (.8)
          Matthew T. Gunlock   4.70 hours at  320.00 per hour.   $1,504.00

10/14/10  Sarasota, FL - E-mail correspondence with title
          company (.8); e-mail correspondence with K.
          Bradshaw (.5); review sign lease regarding
          pro-rated rents (.2); review revised settlement
          statements and provide comments to same (.7);
          e-mail correspondence with purchaser's counsel
          (.6); attention to post-closing matters (1.2);
          transmit executed settlements statement (.2)
          Matthew T. Gunlock   4.20 hours at  320.00 per hour.   $1,344.00

10/15/10  Sarasota, FL - E-mail correspondence with title
          company and purchaser's counsel
          Matthew T. Gunlock    .60 hours at  320.00 per hour.      $192.00

10/18/10  Review, analyze and revise order conveying
          Raleigh real estate and telephone conferences
          with parties regarding same
          Daniel F. Blanks    .80 hours at  415.00 per hour.        $332.00

10/19/10  Draft and revise Carmax dismissal order and
          e-mails with parties regarding same
          Daniel F. Blanks   1.40 hours at  415.00 per hour.        $581.00

10/19/10  Raleigh, NC - E-mail correspondence and
          telephone call with bankruptcy counsel (.6);
          review draft order and provide comments to same
          (.8); e-mail correspondence with K. Bradshaw
          (.2); revise quitclaim deed (.2)
          Matthew T. Gunlock   1.80 hours at  320.00 per hour.      $576.00

10/19/10  Sarasota, FL - E-mail correspondence with K.
          Bradshaw
          Matthew T. Gunlock    .20 hours at  320.00 per hour.       $64.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  15
November 5, 2010

10/21/10  Raleigh, NC - E-mail correspondence with
          bankruptcy counsel
          Matthew T. Gunlock    .20 hours at  320.00 per hour.          $64.00

10/25/10  Finalize and BOPS Carmax dismissal order
          Daniel F. Blanks    .50 hours at  415.00 per hour.          $207.50

10/28/10  Correspond with lessor of real property about
          various issues
          Bryan A. Stark    .40 hours at   335.00 per hour.          $134.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Daniel F. Blanks | $415.00 | 2.7 | $1,120.50 |
| Bryan A. Stark | $335.00 | 0.4 | $134.00 |
| Matthew T. Gunlock | $320.00 | 37.8 | $12,096.00 |
| Martha Lynn Wigton | $240.00 | 3.3 | $792.00 |
| TOTAL FEES | | 44.2 | $14,142.50 |

Re: Tax Matters
    Our File No.            2055557-0240
    Circuit City Contact    Katie Bradshaw
    McGuireWoods Contact    Douglas M. Foley

10/04/10  Review employment tax audit workpapers to
          address open tax years for similar issue
          Craig D. Bell   1.70 hours at  570.00 per hour.          $969.00

10/06/10  Continue resolution of tax claims and multiple
          e-mails with parties regarding same and revise
          stipulation regarding same
          Daniel F. Blanks    .60 hours at  415.00 per hour.          $249.00

10/20/10  Review employment tax documents, audit papers,
          and related materials to address IRS inquiry
          Craig D. Bell   2.20 hours at  570.00 per hour.          $1,254.00

10/21/10  Detailed review of employment tax audit
          documents and carryover years with new tax
          assessments
          Craig D. Bell   2.10 hours at  570.00 per hour.          $1,197.00

10/21/10  E-mails with client regarding tax issues and
          resolution of pending tax claims and analyze
          strategies regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.          $539.50

10/25/10  Attention to IRS tax claims
          Craig D. Bell   2.60 hours at  570.00 per hour.          $1,482.00

Circuit City Stores Inc
File Number: 2055557                              Page  16
Invoice No. 91300481                             November 5, 2010

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Craig D. Bell | $570.00 | 8.6 | $4,902.00 |
| Daniel F. Blanks | $415.00 | 1.9 | $788.50 |
| TOTAL FEES | | 10.5 | $5,690.50 |

**Re: Claims Administration**
   **Our File No.**              2055557-0250
   **Circuit City Contact**      **Katie Bradshaw**
   **McGuireWoods Contact**      **Douglas M. Foley**

10/01/10  E-mails regarding transition and effective date
          and analyze issues regarding same
          Douglas M. Foley   .70 hours at  600.00 per hour.        $420.00

10/01/10  Analyze issues and e-mails regarding various
          claim matters
          Sarah B. Boehm   .60 hours at  495.00 per hour.          $297.00

10/01/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and analyze issues regarding
          same and review materials regarding same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.       $539.50

10/01/10  Telephone calls with claimant regarding
          allowance of claims and other issues
          Bryan A. Stark   .50 hours at  335.00 per hour.          $167.50

10/03/10  Draft settlement stipulation for Marion County
          Erin Q. Ashcroft   .50 hours at  330.00 per hour.        $165.00

10/04/10  Draft order denying motion to reconsider and
          correspond with the debtors' professionals
          regarding same (.5); e-mail counsel to
          creditors regarding omnibus objections (.3);
          review, finalize and file notice of settlement
          and arrange for service of same (.4)
          Bryan A. Stark   1.20 hours at  335.00 per hour.         $402.00

10/05/10  Continue claim objection resolutions, analyze
          documents and multiple calls and e-mails
          regarding same
          Sarah B. Boehm   1.30 hours at  495.00 per hour.         $643.50

Circuit City Stores Inc
File Number: 2055557                              Page  17
Invoice No. 91300481                             November 5, 2010

10/05/10  Continue resolution of claims and multiple
          e-mails and telephone conferences with
          claimants and client regarding same and review
          and analyze claims, pleadings, charts, and
          other materials regarding same
          Daniel F. Blanks    .90 hours at  415.00 per hour.        $373.50

10/05/10  Review response to notice of settlement and
          correspond with debtors' professionals
          regarding same
          Bryan A. Stark    .40 hours at  335.00 per hour.          $134.00

10/07/10  Review stipulations for filing and e-mails
          regarding same
          Sarah B. Boehm    .30 hours at  495.00 per hour.          $148.50

10/07/10  Continue resolution of claims and e-mails with
          parties regarding same and review stipulations
          regarding same
          Daniel F. Blanks    .50 hours at  415.00 per hour.        $207.50

10/07/10  Research issues related to New York state law
          as basis for claim (1.8); correspond with
          claimant's counsel regarding same (.3);
          correspond with the debtors' professionals
          regarding claims issues (.4); review docket and
          correspondence for objections to stipulations
          (.2)
          Bryan A. Stark   2.70 hours at  335.00 per hour.          $904.50

10/07/10  E-mail with taxing authorities regarding
          resolving Omni 37 (.3); letter and e-mail with
          debtor's professionals regarding returned
          checks (.3)
          Erin Q. Ashcroft    .60 hours at  330.00 per hour.        $198.00

10/08/10  Research various claims issues (2.2);
          correspond with the debtors and debtors'
          professionals regarding the same (.3); review
          correspondence and e-mail with counsel to
          claimants regarding outstanding objections
          (.6); review, finalize and file notices of
          stipulations (.8)
          Bryan A. Stark   3.90 hours at  335.00 per hour.        $1,306.50

10/08/10  E-mails with taxing authority regarding
          resolution of Omni 37 (.2); draft letter
          regarding return of checks (.1)
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.         $99.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  18
November 5, 2010

| 10/11/10 | Continue claim objection resolutions, analyze documents, draft and revise stipulations and multiple calls and e-mails regarding same (2.1); finalize and file stipulation and notice and e-mails regarding same (.4)<br>Sarah B. Boehm   2.50 hours at  495.00 per hour. | $1,237.50 |
|---|---|---|
| 10/11/10 | Continue resolution of claims and e-mails and telephone conferences with parties regarding same and research issues regarding same and review and analyze claims, pleadings, charts, and other information regarding same<br>Daniel F. Blanks   2.20 hours at  415.00 per hour. | $913.00 |
| 10/11/10 | Research claims and settlement and draft settlement agreements for same (1.2); correspond with the debtors' professionals regarding same (.3); summarize status of omnibus objections and e-mail same to debtors' professionals (.4)<br>Bryan A. Stark   1.90 hours at  335.00 per hour. | $636.50 |
| 10/12/10 | Draft and revise multiple stipulations resolving claim objections, analyze documents and multiple calls and e-mails regarding same<br>Sarah B. Boehm   2.90 hours at  495.00 per hour. | $1,435.50 |
| 10/12/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts and other materials regarding same<br>Daniel F. Blanks   2.60 hours at  415.00 per hour. | $1,079.00 |
| 10/12/10 | Review draft filings and provide comments on same (.6); correspond with the debtors' professionals regarding omnibus objections and resolution of claims (.5); research attorneys fee issue asserted in claim (1.1)<br>Bryan A. Stark   2.20 hours at  335.00 per hour. | $737.00 |
| 10/12/10 | Telephone conference and e-mail with client regarding resolution of Omni 37<br>Erin Q. Ashcroft    .30 hours at  330.00 per hour. | $99.00 |
| 10/12/10 | Review and revise tracking charts for responses to omnibus objections<br>Linda J. Neilson   1.20 hours at  200.00 per hour. | $240.00 |

Circuit City Stores Inc
File Number: 2055557                              Page   19
Invoice No. 91300481                             November 5, 2010

10/13/10  Continue claims resolutions, analyze documents,
          draft and revise stipulations and multiple
          calls and e-mails regarding same
          Sarah B. Boehm   3.20 hours at  495.00 per hour.        $1,584.00

10/13/10  Review omnibus objection and other documents
          and draft settlement agreements resolving
          omnibus objections (1.6); correspond with the
          debtors' professionals regarding same (.3)
          Bryan A. Stark   1.90 hours at  335.00 per hour.          $636.50

10/13/10  E-mail with client regarding resolution and
          negotiation of Omni 37
          Erin Q. Ashcroft    .50 hours at  330.00 per hour.        $165.00

10/14/10  Continue to negotiate claims resolutions,
          analyze documents, draft and revise
          stipulations and notice and multiple calls and
          e-mails regarding same (2.2); e-mails regarding
          claim objection orders (.2)
          Sarah B. Boehm   2.40 hours at  495.00 per hour.        $1,188.00

10/14/10  Continue draft and revise Chase objection and
          review items regarding same (1.2); continue
          resolution of claims and e-mails and telephone
          conferences with parties regarding same and
          review and analyze claims, pleadings, charts,
          and other information regarding same (2.2)
          Daniel F. Blanks   3.40 hours at  415.00 per hour.      $1,411.00

10/14/10  Review notes and research issues related to
          setoff and claim objection issues in
          preparation for meeting with claimant's counsel
          (1.8); correspond with counsel to creditor
          regarding meeting and other issues (.3); draft
          stipulations and notices of the same relating
          to claims objections (2.6); finalize and file
          same with the court (1.2); correspond with the
          debtors' professionals regarding objection to
          claims and other issues (.4); research docket
          and correspondence regarding submission of
          order (.3)
          Bryan A. Stark   6.60 hours at  335.00 per hour.        $2,211.00

10/14/10  E-mail and telephone conference with taxing
          authorities regarding Omni 37 (1.0); draft
          notice of stipulation (.3); file Omni 37
          stipulation (.3)
          Erin Q. Ashcroft   1.60 hours at  330.00 per hour.        $528.00

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  20
November 5, 2010

10/15/10  Revise Quebecor stipulation and continue claim
          objection resolutions and multiple calls and
          e-mails regarding same
          Sarah B. Boehm   1.70 hours at  495.00 per hour.          $841.50

10/15/10  Research state law issues and draft summary of
          settlement offer from claimant for the debtor
          (1.3); review draft order on omnibus objection
          and resubmit to court (.4); correspond with the
          debtors' professionals regarding various claims
          and settlement issues (1.2); draft stipulations
          and notices of the same relating to claims
          objections (2.3); finalize and file same with
          the court (.8)
          Bryan A. Stark   6.00 hours at  335.00 per hour.        $2,010.00

10/15/10  E-mail with taxing authorities regarding
          resolution of Omni 37 claims (.6); review
          production of documents from Eisner
          Erin Q. Ashcroft   1.50 hours at 330.00 per hour.         $495.00

10/17/10  E-mails with counsel regarding Site A
          Sarah B. Boehm    .20 hours at  495.00 per hour.           $99.00

10/18/10  Continue claim objection resolutions and
          multiple calls and e-mails regarding same (.8);
          analyze issues and strategy and multiple calls
          and e-mails regarding Site A late claim motion
          (.6)
          Sarah B. Boehm   1.40 hours at  495.00 per hour.          $693.00

10/18/10  Draft and revise Chase claim objection, review
          claims, pleadings, and other documents
          regarding same and research issues regarding
          same (1.6); continue resolution of claims and
          telephone conferences and e-mails with parties
          regarding same and draft and revise
          stipulations regarding same (3.3)
          Daniel F. Blanks   4.90 hours at  415.00 per hour.      $2,033.50

10/18/10  Prepare for and meet with counsel to creditor
          regarding outstanding objection issues (1.7);
          follow-up research regarding the same (1.5);
          correspond with counsel to claimant regarding
          discovery requests (.2); research issues
          regarding same (.7); review and research claim
          issues and correspond with counsel to claimant
          regarding same (.8)
          Bryan A. Stark   4.90 hours at  335.00 per hour.        $1,641.50

Circuit City Stores Inc
File Number: 2055557                              Page  21
Invoice No. 91300481                             November 5, 2010

10/18/10  Review discovery responses and analyze strategy
          regarding motion for summary judgment
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.        $99.00

10/19/10  Continue claim objection resolutions, draft
          notice, review correspondence and multiple
          calls and e-mails regarding same (.9); multiple
          calls and e-mails regarding Mitsubishi
          settlement and related matters (.4)
          Sarah B. Boehm   1.30 hours at  495.00 per hour.         $643.50

10/19/10  Continue resolution of claims and e-mails and
          telephone conferences with parties regarding
          same
          Daniel F. Blanks   1.30 hours at  415.00 per hour.       $539.50

10/19/10  Review and analyze draft settlement agreements
          and provide comments on same (1.2); draft
          notices of the same, finalize and file with the
          court (1.4); correspond with the debtors'
          professionals regarding same (.8)
          Bryan A. Stark   3.40 hours at  335.00 per hour.       $1,139.00

10/19/10  E-mail with client regarding template for
          stipulations
          Erin Q. Ashcroft    .20 hours at  330.00 per hour.        $66.00

10/20/10  Continue claim objection resolutions and
          multiple calls and e-mails regarding same
          Sarah B. Boehm    .90 hours at  495.00 per hour.         $445.50

10/20/10  Continue resolution of claims and multiple
          telephone conferences with parties regarding
          same and analyze issues and strategies
          regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.     $1,411.00

10/20/10  Review correspondence and various versions of
          settlement agreements regarding issues (.5);
          correspond with debtors' professionals
          regarding the same (.2); negotiate status of
          settlement with claimant's counsel and
          summarize same for debtor's review (.7); review
          previous settlements and research issues for
          the same (.7)
          Bryan A. Stark   2.10 hours at  335.00 per hour.         $703.50

10/20/10  E-mail with taxing authorities regarding
          resolution of Omni 37
          Erin Q. Ashcroft    .20 hours at  330.00 per hour.        $66.00

Circuit City Stores Inc
File Number: 2055557                                    Page  22
Invoice No. 91300481                                    November 5, 2010

10/20/10  Review and revise tracking charts for omnibus
          hearing responses (1.3); review and draft
          Exhibit A to hearing agenda (1.3)
          Linda J. Neilson   2.60 hours at  200.00 per hour.        $520.00

10/21/10  Analyze and revise agenda and exhibit regarding
          claims status and e-mails regarding same (.4);
          review and revise stipulation and e-mails
          regarding same (.3); finalize stipulations and
          review correspondence regarding same (.9)
          Sarah B. Boehm    1.60 hours at  495.00 per hour.        $792.00

10/21/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, and other documents
          regarding same
          Daniel F. Blanks   2.70 hours at  415.00 per hour.     $1,120.50

10/21/10  Research issues regarding claims (.5); draft
          settlement agreement with claimant (1.6);
          correspond with the debtors regarding same
          (.3); correspond with the debtors'
          professionals regarding claims settlement and
          other issues (.5); research class action issues
          and correspond with the debtors' professionals
          regarding same (.8); resolve discovery dispute
          with counsel to claimant (.4)
          Bryan A. Stark   4.10 hours at  335.00 per hour.       $1,373.50

10/21/10  Telephone conference and e-mail with taxing
          authorities and client regarding resolution of
          Omni 37
          Erin Q. Ashcroft    .30 hours at  330.00 per hour.        $99.00

10/22/10  Analyze and revise agenda and exhibit regarding
          omnibus claim matters and multiple e-mails
          regarding same (.5); multiple calls and e-mails
          regarding Quebecor (.3)
          Sarah B. Boehm    .80 hours at  495.00 per hour.         $396.00

10/22/10  Continue resolution of clams and multiple
          telephone conferences and e-mails with parties
          regarding same and review and analyze claims,
          pleadings, charts, documents, and other
          information regarding same
          Daniel F. Blanks   3.40 hours at  415.00 per hour.     $1,411.00

Circuit City Stores Inc
File Number: 2055557                                      Page  23
Invoice No. 91300481                                     November 5, 2010

10/22/10  Telephone call with clerk's office regarding
          entry of orders (.2); research issues regarding
          resolutions of claims (1.7); correspond with
          the debtors and debtors' professionals
          regarding same (.4); review and revise draft
          settlement agreements (.6); review docket and
          correspondence file for objections to notices
          of settlement (.4); research preference issues
          with respect to claimant and potential
          liability regarding same (1.2); e-mail debtors
          regarding same (.2)
          Bryan A. Stark   4.70 hours at  335.00 per hour.        $1,574.50

10/22/10  Telephone conference and e-mail with taxing
          authorities regarding resolution of Omni 37
          claims
          Erin Q. Ashcroft    .60 hours at  330.00 per hour.       $198.00

10/22/10  Review, revise and circulate tracking charts
          for omnibus objections
          Linda J. Neilson   1.40 hours at  200.00 per hour.       $280.00

10/25/10  Continue resolution of claims and multiple
          telephone conferences with parties regarding
          same and review and analyze claims, pleadings,
          charts, and other information regarding same
          and research issues regarding same
          Daniel F. Blanks   1.80 hours at  415.00 per hour.       $747.00

10/25/10  Review omnibus objection chart for outstanding
          issues (.4); review correspondence and files
          for outstanding claims issues and correspond
          with counsel to claimants for resolution (.7);
          research preference and accounts receivable
          setoff issue and e-mail debtors regarding same
          (1.2); review settlement agreement and call
          claimant's counsel regarding same (.4)
          Bryan A. Stark   2.70 hours at  335.00 per hour.         $904.50

10/25/10  E-mail and telephone conferences with taxing
          authorities regarding Omni 37 claims and e-mail
          with client regarding same
          Erin Q. Ashcroft    .70 hours at  330.00 per hour.       $231.00

10/26/10  Analyze unresolved claims status and prepare
          for omnibus hearing regarding same (.6);
          e-mails regarding Inland claims and analyze
          documents regarding same (.3)
          Sarah B. Boehm    .90 hours at  495.00 per hour.         $445.50

Circuit City Stores Inc
File Number: 2055557
Invoice No. 91300481

Page  24
November 5, 2010

| | | |
|---|---|---|
| 10/26/10 | Continue resolution of claims and multiple telephone conferences and e-mails with claimants and other parties regarding same and review and analyze claims, pleadings, charts, and other materials regarding same and telephone conference with client regarding same and strategies<br>Daniel F. Blanks   3.50 hours at  415.00 per hour. | $1,452.50 |
| 10/26/10 | Telephone conference and e-mail with client and taxing authorities regarding resolution of Omni 37 claims (.9); telephone conference with debtor's professionals regarding Chase objections (.2)<br>Erin Q. Ashcroft   1.10 hours at  330.00 per hour. | $363.00 |
| 10/27/10 | Review status of unresolved claims objection chart and e-mails with debtors' professionals, client and creditors' committee regarding status of various matters<br>Douglas M. Foley    .90 hours at  600.00 per hour. | $540.00 |
| 10/27/10 | Prepare for and participate in omnibus hearing regarding claims status and conference regarding status of various claim matters (2.2); e-mails regarding entry of Omni 81 order (.2)<br>Sarah B. Boehm   2.40 hours at  495.00 per hour. | $1,188.00 |
| 10/27/10 | Continue resolution of claims and multiple telephone conferences and e-mails with parties regarding same and review and analyze claims, pleadings, charts, and other documents regarding same and review and analyze claims, pleadings, charts and other documents regarding same<br>Daniel F. Blanks   4.40 hours at  415.00 per hour. | $1,826.00 |
| 10/27/10 | Meet and discuss settlement of claims with debtors and debtors' professionals (.4); draft settlement agreement with respect to omnibus objections and other claims issues (2.6); correspond with clerk's office regarding entry of orders on objections to claims (.3); correspond with the debtors' professionals regarding objection to settlement agreement (.4); research procedures regarding same (.5)<br>Bryan A. Stark   4.20 hours at  335.00 per hour. | $1,407.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  25
Invoice No. 91300481                                   November 5, 2010

10/27/10  Review Chase agreement and amendments for
          reference to call centers (.9); meeting with
          debtor's professionals regarding Omni 37 and
          Chase (.2); e-mail with taxing authorities
          regarding resolution of claims (.3)
          Erin Q. Ashcroft   1.40 hours at  330.00 per hour.        $462.00

10/27/10  Review and revise tracking charts for omnibus
          objections responses
          Linda J. Neilson   1.00 hours at  200.00 per hour.        $200.00

10/28/10  Several e-mails and telephone conferences
          regarding status of various matters
          McGuireWoods' is finalizing and review of
          several stipulations of settlement regarding
          same
          Douglas M. Foley   1.90 hours at  600.00 per hour.      $1,140.00

10/28/10  Multiple calls and e-mails regarding claims
          resolutions, finalize stipulations and review
          correspondence regarding same
          Sarah B. Boehm   1.20 hours at  495.00 per hour.          $594.00

10/28/10  Continue resolution of claims and multiple
          telephone conferences and e-mails with parties
          regarding same and analyze strategies regarding
          resolution regarding same
          Daniel F. Blanks   4.20 hours at  415.00 per hour.      $1,743.00

10/28/10  Finalize settlement of claims, draft notices of
          same and file with court (2.1); revise
          settlement agreement resolving omnibus
          objection (.6)
          Bryan A. Stark   2.70 hours at  335.00 per hour.          $904.50

10/28/10  Telephone conference with taxing authorities
          regarding resolution of Omni 37 and e-mail with
          client regarding authority to resolve claims
          Erin Q. Ashcroft    .10 hours at  330.00 per hour.         $33.00

10/29/10  Review and analyze several stipulations
          regarding claims settlements and finalize same
          and e-mails with debtors' professionals and
          client and creditors' committees professionals
          regarding same (1.6); e-mails with committee
          professionals and debtors' professionals
          regarding transition and status of various
          matters McGuireWoods is working on (.7)
          Douglas M. Foley   2.30 hours at  600.00 per hour.      $1,380.00

Circuit City Stores Inc
File Number: 2055557                                    Page  26
Invoice No. 91300481                                   November 5, 2010

10/29/10 Finalize and file multiple settlement
         agreements and pleadings and multiple calls and
         e-mails regarding same (2.2); multiple calls
         and e-mails regarding claims resolutions (.6)
         Sarah B. Boehm   2.80 hours at  495.00 per hour.       $1,386.00

10/29/10 Revise Chase claim objection and e-mails with
         committee and client regarding same and
         continue resolution of claims and multiple
         telephone conferences and e-mails with parties
         regarding same and review and analyze claims,
         pleadings, charts and other materials regarding
         same and draft stipulations regarding same
         Daniel F. Blanks   4.20 hours at  415.00 per hour.    $1,743.00

10/29/10 Finalize settlement agreement resolving omnibus
         objection (.9); correspond with debtors,
         debtors' professionals and counsel to creditor
         regarding same (.8); draft and file notices of
         settlement agreements with court (1.7);
         correspond with debtors' professionals and
         debtors regarding same (.6)
         Bryan A. Stark   4.00 hours at  335.00 per hour.      $1,340.00

10/30/10 Continue resolution of claims and multiple
         telephone conferences and e-mails with client
         and Imation regarding same and draft, revise
         and circulate stipulation regarding same and
         review and analyze claims, pleadings, charts
         and other materials regarding same and e-mails
         with claimants regarding status of claims and
         related issues
         Daniel F. Blanks   1.90 hours at  415.00 per hour.     $788.50

10/31/10 Analyze and revise Imation stipulation and
         multiple e-mails regarding same
         Sarah B. Boehm   .40 hours at  495.00 per hour.        $198.00

10/31/10 Continue resolution of claims and multiple
         telephone conferences and e-mails with client
         and Imation regarding same and draft, revise
         and file stipulation regarding same and review
         and analyze claims, pleadings, charts and other
         materials regarding same and e-mails with
         claimants and parties regarding status of
         claims and related issues
         Daniel F. Blanks   2.60 hours at  415.00 per hour.    $1,079.00

Circuit City Stores Inc
File Number: 2055557                                    Page  27
Invoice No. 91300481                                   November 5, 2010

10/31/10 Research and draft notice of hearing on
         objection to proposed settlement (.8); file
         same and arrange for service (.3)
         Bryan A. Stark   1.10 hours at  335.00 per hour.        $368.50

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Douglas M. Foley | $600.00 | 5.8 | $3,480.00 |
| Sarah B. Boehm | $495.00 | 28.8 | $14,256.00 |
| Daniel F. Blanks | $415.00 | 49.2 | $20,418.00 |
| Bryan A. Stark | $335.00 | 61.2 | $20,502.00 |
| Erin Q. Ashcroft | $330.00 | 10.2 | $3,366.00 |
| Linda J. Neilson | $200.00 | 6.2 | $1,240.00 |
| TOTAL FEES | | 161.4 | $63,262.00 |

**Re: Disclosure Statement and Plan**
     **Our File No.**          2055557-0270
     **Circuit City Contact**  **Katie Bradshaw**
     **McGuireWoods Contact**  **Douglas M. Foley**

10/27/10 Conference regarding effective date and
         multiple e-mails regarding same
         Sarah B. Boehm  1.20 hours at  495.00 per hour.       $594.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Sarah B. Boehm | $495.00 | 1.2 | $594.00 |
| TOTAL FEES | | 1.2 | $594.00 |

**Re: Intellectual Property Matters**
     **Our File No.**          2055557-0310
     **Circuit City Contact**  **Katie Bradshaw**
     **McGuireWoods Contact**  **Douglas M. Foley**

10/04/10 E-mails with J. McDonald regarding use of old
         Circuit City commercials in a documentary on
         Circuit City
         Douglas B. Smith   .20 hours at  320.00 per hour.       $64.00

Circuit City Stores Inc
File Number: 2055557
<u>Invoice No. 91300481</u>

| | | |
|---|---|---|
| 10/04/10 | Continue researching patents and patent applications owned by (1) Circuit City Stores, Inc., (2) Digital Video Express, (3) DIVX, (4) Zoom TV, (5) Zoom Holdings, (6) Patapsco Designs, Inc., (7) Cipher Digital, (8) Sky Ventures, Inc., (9) DIVX LP, and (10) Orbyx and begin preparing schedule that summarizes results from research | |
| | Safet Metjahic   6.10 hours at  475.00 per hour. | $2,897.50 |
| 10/05/10 | Continue researching patents and patent applications owned by and preparing schedule for (1) Circuit City Stores, Inc., (2) Digital Video Express, (3) DIVX, (4) Zoom TV, (5) Zoom Holdings, (6) Patapsco Designs, Inc., (7) Cipher Digital, (8) Sky Ventures, Inc., (9) DIVX LP, and (10) Orbyx | |
| | Safet Metjahic   .40 hours at  475.00 per hour. | $190.00 |
| 10/07/10 | Continue researching patents and patent applications owned by and preparing schedule for (1) Circuit City Stores, Inc., (2) Digital Video Express, (3) DIVX, (4) Zoom TV, (5) Zoom Holdings, (6) Patapsco Designs, Inc., (7) Cipher Digital, (8) Sky Ventures, Inc., (9) DIVX LP, and (10) Orbyx and send schedule to J. McDonald | |
| | Safet Metjahic   5.40 hours at  475.00 per hour. | $2,565.00 |
| 10/11/10 | E-mails with client regarding DIVX | |
| | Daniel F. Blanks   .30 hours at  415.00 per hour. | $124.50 |
| 10/11/10 | Complete researching patents and patent applications owned by and preparing schedule for (1) Circuit City Stores, Inc., (2) Digital Video Express, (3) DIVX, (4) Zoom TV, (5) Zoom Holdings, (6) Patapsco Designs, Inc., (7) Cipher Digital, (8) Sky Ventures, Inc., (9) DIVX LP, and (10) Orbyx and send schedule to J. McDonald | |
| | Safet Metjahic   1.60 hours at  475.00 per hour. | $760.00 |
| 10/18/10 | Receive, review and send quarterly trademark report to K. Bradshaw | |
| | Douglas B. Smith   .10 hours at  320.00 per hour. | $32.00 |

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Safet Metjahic | $475.00 | 13.5 | $6,412.50 |
| Daniel F. Blanks | $415.00 | 0.3 | $124.50 |
| Douglas B. Smith | $320.00 | 0.3 | $96.00 |
| TOTAL FEES | | 14.1 | $6,633.00 |

Circuit City Stores Inc
File Number: 2055557                                    Page  29
Invoice No. 91300481                                   November 5, 2010

**Re: Schimenti Construction Litigation**
     **Our File No.            2055557-0323**

10/05/10  Review stipulation and correspond with debtors
          regarding settlement payment
          Bryan A. Stark    .50 hours at  335.00 per hour.        $167.50

10/06/10  Research settlement agreements for terms of
          payment and other issues (.3); telephone calls
          with debtors regarding settlement payments and
          correspond with claimant regarding same (.5)
          Bryan A. Stark    .80 hours at  335.00 per hour.        $268.00

| Timekeeper | Rate/HR | Hours | Fees |
|---|---|---|---|
| Bryan A. Stark | $335.00 | 1.3 | $435.50 |
| TOTAL FEES | | 1.3 | $435.50 |

**Disbursements and Other Expenses:**

|  |  |
|---|---|
| Copy Charges | $47.80 |
| Pacer Research | $45.76 |
| Long Distance Telephone Charges | $52.60 |
| 09/20/10 GENESYS CONFERENCING INC - Conference call hosted by Daniel F. Blanks on 09/20/2010 | $7.52 |
| 10/01/10 FedEx Standard Overnight to Glen Allen, VA - Tracking #:  791277890250 | $7.78 |
| 10/04/10 DOUGLAS M. FOLEY - Attend client meetings 9/19 - 9/22; meal | $49.97 |
| 10/04/10 DOUGLAS M. FOLEY - Attend client meetings 9/19 - 9/22; hotel, mileage | $403.73 |
| 10/05/10 LASERSHIP INC - Delivery to Federal Courthouse (Hudson, Robinson and Merhige) from McGuireWoods (Bryan Stark) on 9/29/10 | $6.76 |
| 10/08/10 SARAH B. BOEHM - Van service to bankruptcy court 9/27 | $286.85 |
| 10/11/10 DORIS L. MORGAN - Filing with the Delaware Corporate Records 9/28 | $40.00 |
| 10/15/10 FedEx Standard Overnight to Glen Allen, VA - Tracking #:  794016419870 | $9.20 |
| 10/18/10 J&J COURT TRANSCRIBERS INC - Professional Services-Federal Court 14-Day on 09/27/10 | $191.25 |
| 10/21/10 FedEx Priority Overnight to Wilmington, DE - Tracking #:  794035609067 | $15.59 |
| TOTAL EXPENSES | $1,164.81 |

Circuit City Stores Inc
File Number: 2055557                                    Page  30
Invoice No. 91300481                                   November 5, 2010

Summary of Fees and Expenses:

      Total Fees for all Matters:        $131,077.00

      Total Expenses for all Matters:      $1,164.81

      Total for this Invoice:           $132,241.81

# Exhibit F

**Exhibit F**

Re:    **Final Fee Application**                    **Time Detail Through:  December 10, 2010**
       **Post-Effective Date**
       **Circuit City Stores, Inc.**

| | | |
|---|---|---|
| 11/1/10 | E-mail to professionals regarding deadline to file final fee applications; begin draft final fee application<br>Sarah B. Boehm     1.10 hours at $495.00 per hour | $544.50 |
| 11/2/10 | E-mails with professionals regarding final fee application format and related issues<br>Sarah B. Boehm     0.2 hours at $495.00 per hour | $99.00 |
| 11/3/10 | E-mails with professionals regarding final fee applications; analyze and revise monthly fee statement and e-mails regarding same<br>Sarah B. Boehm     1.4 hours at $495.00 per hour | $693.00 |
| 11/10/10 | E-mails with professionals regarding final fee applications and analyze issues regarding same<br>Sarah B. Boehm     0.4 hours at $495.00 per hour | $198.00 |
| 11/12/10 | E-mails with professionals regarding final fee applications<br>Sarah B. Boehm   0.2 hours at $495.00 per hour | $99.00 |
| 11/17/10 | E-mails with professionals regarding final fee applications<br>Sarah B. Boehm   0.3 hours at $495.00 per hour | $148.50 |
| 11/22/10 | Telephone conference and e-mails regarding final fee applications<br>Sarah B. Boehm   0.3 hours at $495.00 per hour | $148.50 |
| 11/29/10 | E-mails with professionals regarding final fee applications<br>Sarah B. Boehm   0.2 hours at $495.00 per hour | $99.00 |
| 11/30/10 | Draft final fee application and multiple calls and e-mails regarding same; e-mails with professionals regarding final fee application questions<br>Sarah B. Boehm   2.4 hours at $495.00 per hour | $1,188.00 |
| 12/01/10 | Draft and revise final fee application and e-mails regarding same<br>Sarah B. Boehm   0.7 hours at $495.00 per hour | $346.50 |
| 12/08/10 | E-mails regarding final fee applications<br>Sarah B. Boehm   0.2 hours at $495.00 per hour | $99.00 |
| 12/09/10 | Review final applications for payment for the debtors' professionals and provide comments on same; draft orders approving applications<br>Bryan A. Stark   1.9 hours at $335.00 per hour | $636.50 |

12/10/10     Research applications, revise, and provide comments on
             draft final applications for payment for the debtors'
             professionals; follow up issues regarding same; review and
             draft order approving application; draft notices of
             applications
             Bryan A. Stark   3.9 hours at $335.00 per hour                    $1,306.50