**HireRight.**                                    Hire Safe. Hire Smart. HireRight.℠

## NOTICE OF CHANGE OF ADDRESS

November 17, 2010

Circuit City Stores, Inc.
c/o Skadden, Arps, Slate, Meagher & Flom, LLP
One Rodney Square
PO Box 636
Wilmington, DE 19899-0636
Attn: Ian S. Fredericks, Esq.

> RE: HireRight Solutions, Inc. F.K.A. USIS Commercial Services Proof of Claim #5275, Proof of Claim #861 and the Claim Scheduled in the name of USIS Commercial Services Inc.

Dear Mr. Fredricks:

Effective immediately, all future payments, remittances, and disbursements concerning above-referenced claims should be sent to the following address:

> HireRight Solutions, Inc. F.K.A. USIS Commercial Services
> c/o U.S. Bank Corporate Trust Services
> 60 Livingston Avenue
> EP-MN-WS3T
> St. Paul, MN  55107-2292
> Attn: Bridget Greiber
> (651) 495-3725               With Fax Copy to:
> (651) 495-8087 (fax)          Kyle J Lunde
>                               (206) 344-4677
>                               fax: (206) 344-4630

You are hereby directed to send all future distributions and correspondence to the address stated above.  This change of address should also be reflected on the records and website for the claims agent KurtzMan Carson Consultants, LLC.

Very truly yours,

Name: Tim M. Willis
Title:   VP – Director of Contracts

cc:    Circuit City Claims Processing
       c/o Kurtzman Carson Consultants LLC
       2335 Alaska Avenue
       El Segundo, CA 90245

---

4500 South 129th East Avenue, Suite 200, Tulsa OK  74134                                  An Altegrity Company
www.hireright.com

For a list of state Private Investigation licensing information for Altegrity, Inc. companies, go to www.altegrity.com/compliance.