IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | x : : | Chapter 11 |
| CIRCUIT CITY STORES, INC., et al., | : : | Case No. 08-35653 (KRH) |
| Debtors. | : : : : : : : x | Jointly Administered |

**ORDER GRANTING REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION REQUESTED IN THE EIGHTH INTERIM FEE APPLICATION OF DJM REALTY SERVICES, LLC FOR REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD AUGUST 1, 2010 THROUGH OCTOBER 31, 2010 AND FOR FINAL APROVAL OF REIMBURSEMENT OF EXPENSES INCURRED AND ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD NOVEMBER 19, 2008 THROUGH OCTOBER 31, 2010**

This Court having previously authorized the retention of DJM Realty Services, LLC ("DJM") in the cases of the above-captioned debtors (collectively, the "Debtors"); and the Eighth Interim and Final Fee Application of DJM Realty Services, LLC for Reimbursement of Expenses Incurred and for Allowance and Payment of Compensation for Services Rendered for the Period from August 1, 2010 through October 31, 2010 and for final approval of reimbursement of expenses incurred and allowance and payment of compensation for services

rendered for the period November 19, 2008 through October 31, 2010 (the "Eighth Interim and Final Application")1 having been filed and served and no other or further notice being necessary; and the Court having determined that granting the relief requested therein is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and it appearing that no party-in-interest has filed any objections to the allowance of the amounts set forth in the Eighth Interim and Final Application or that any such objection has been resolved or is hereby overruled; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing thereof, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

The reimbursement of expenses incurred requested in the Eighth Interim and Final Application are hereby approved and allowed in the amount of $81,854.05.

The fees requested in the Eighth Interim and Final Application are hereby approved and allowed in the amount of $1,896,796.31.

Dated: Richmond, Virginia
December __, 2010

_____
Honorable
UNITED STATES BANKRUPTCY JUDGE

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Eighth Interim and Final Application.