Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

- and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., <u>et al.</u>,[1] | : | Case No. 08-35653-KRH |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |

## FINAL APPLICATION OF TAVENNER & BERAN, PLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS LOCAL <u>COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).  The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031.  For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 4951 Lake Brook Drive, Glen Allen, VA 23060.

Tavenner & Beran, PLC ("Tavenner & Beran"), local counsel for the Official Committee

of Unsecured Creditors (the "Committee") of Circuit City Stores, Inc. and the related debtors

(collectively, the "Debtors"), submits the following as its Final Application For Allowance Of

Compensation And Expense Reimbursement As Local Counsel To The Official Committee of

Unsecured Creditors  (the "Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b) and Rule

2016 of the Federal Rules of Bankruptcy Procedure.  In this Application, Tavenner & Beran

seeks (a) initial and final approval of compensation in the amount of $109,451.00 and

reimbursement of expenses in the amount of $2,818.04 for the period of May 1, 2010 through

October 31, 2010 and (b) final approval of previously approved compensation in the amount of

$275,242.00 and reimbursement of expenses in the amount of $13,536.52 for the period of

November 18, 2008 through April 30, 2010.  In total, Tavenner & Beran seeks approval of

compensation in the amount of $384,693.00 and reimbursement of expenses in the amount of

$16,354.56 and in support thereof states as follows:

### Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed voluntary

petitions in this Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-

1330 (the "Bankruptcy Code").  The Debtors continue to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

2.      On November 12, 2008, the Office of the United States Trustee (the "U.S.

Trustee") appointed the Official Committee of Unsecured Creditors of the Debtors.  The U.S.

Trustee increased the membership of the Committee by two creditors on November 13, 2008.

3.      The Committee is presently composed of the following eleven creditors: (i)

Alliance Entertainment; (ii) Developers Diversified Realty Corp.; (iii) Garmin International,

Inc.; (iv) Hewlett-Packard Company; (v) LG Electronics USA, Inc.; (vi) Paramount Home

Entertainment; (vii) Pension Benefit Guarantee Corporation; (viii) Samsung Electronics

America, Inc.; (ix) Simon Property Group, Inc.; (x) Toshiba America Consumer Products, LLC;

and (xi) Weidler Settlement Class.

4.       The Committee held its organizational meeting, and decided to retain Pachulski

Stang Ziehl & Jones LLP ("PSZJ") as its lead counsel, Tavenner & Beran as its local counsel,

and Protiviti, Inc. and Jefferies & Company as financial advisors.

5.       On or about December 22, 2008, the Committee filed an application to employ

Tavenner & Beran as its local counsel.  On or about January 20, 2009, this Court entered an

order approving the Committee's employment of Tavenner & Beran (the "Employment Order").

6.       On or about March 17, 2009, Tavenner & Beran filed its First Interim Application

of Tavenner & Beran, PLC for Allowance of Compensation and Expense Reimbursement as

Local Counsel to the Official Committee of Unsecured Creditors (the "First Interim

Application"). On or about April 27, 2009, this Court entered an order approving the First

Interim Application.   On or about June 15, 2009, Tavenner & Beran filed its Second Interim

Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense

Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the

"Second Interim Application").  On or about July 23, 2009, this Court entered an order

approving the Second Interim Application.  On or about September 14, 2009, Tavenner & Beran

filed its Third Interim Application Of Tavenner & Beran, PLC for Allowance of Compensation

and Expense Reimbursement as Local Counsel to the Official Committee of Unsecured Creditors

(the "Third Interim Application").  On or about November 6, 2009, the Court entered an order

approving the Third Interim Application.  On or about December 14, 2009, Tavenner & Beran

filed its Fourth Interim Application Of Tavenner & Beran, PLC For Allowance Of

Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the "Fourth Interim Application") and thereafter the Court entered an order approving the Fourth Interim Application.  On or about March 17, 2010, Tavenner & Beran filed its Fifth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the "Fifth Interim Application") and thereafter the Court entered an order approving the Fifth Interim Application. On or about June 14, 2010, Tavenner & Beran filed its Sixth Interim Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors (the "Sixth Interim Application") and thereafter the Court entered an order approving the Sixth Interim Application.

7.       Since the filing of the First Interim Application, Second Interim Application, Third Interim Application, Fourth Interim Application, Fifth Interim Application, and Sixth Interim Application, Tavenner & Beran has rendered professional services to the Committee from and including May 1, 2010 through and including October 31, 2010 for which it seeks compensation in the amount of $109,451.00.  Attached hereto as Exhibit A is a statement of the fees incurred.  During this time, Tavenner & Beran incurred $2,818.04 in out-of-pocket expenses for which it seeks reimbursement.  Attached hereto as Exhibit A – Additional Charges Section is a statement of the expenses incurred.

8.       The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Employment and Case Status**

9.       As authorized in the Employment Order, the terms of Tavenner & Beran's employment are as follows:  Tavenner & Beran charges legal fees on an hourly basis at its

attorneys' hourly rates, which are set in accordance with the attorneys' seniority and experience. Tavenner & Beran also charges the Committee for its actual out-of-pocket expenses incurred such as copying, long distance telephone, travel, overnight mail, telecopies, computer research and other disbursements.

10.     The names of all Tavenner & Beran attorneys and paralegals requesting compensation and their respective hourly rates are set forth on Exhibit A attached hereto.

11.      To the best of Tavenner & Beran's knowledge, information and belief, the Debtors paid post-petition expenses in the ordinary course and/or as required by this Court.  To the best of Tavenner & Beran's knowledge, information and belief, the estates have sufficient funds on hand to pay the compensation and reimbursement of expenses requested herein.

12.     Tavenner & Beran has not previously filed an application for the allowance of compensation and expense reimbursement for amounts sought in this Application.

13.     On August 9, 2010, the Debtors and the Creditors' Committee filed the Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims (the "Plan"), which provides for the liquidation of the Debtors' assets and distribution of the proceeds thereof under chapter 11 of the Bankruptcy Code.  On September 10, 2010, this Court entered an Order confirming the Plan.  The Plan became effective on November 1, 2010 (the "Effective Date"). As of the Effective Date, Alfred H. Siegel (the "Trustee and/or "Liquidating Trustee") became the duly appointed trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Trust").

**Summary of Services Rendered**

14.     Tavenner & Beran provided various services to the Committee, which may be summarized as follows:

A.    <u>Asset Disposition</u>:  - Total Hours 1.5          Total $385.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[2] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 1.1 | $385.00 |
| Paula S. Beran | 1992 | $0.00 | 0.4 | $00.00 |

<u>Description</u>
Conferences, correspondence, document preparation and review and Court appearances on asset disposition matters.

Attached hereto as <u>Exhibit A – Asset Disposition Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these cases.

B.    <u>Business Operations</u>:  - Total Hours 6.0          Total $1,890.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[3] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 5.40 | $1,890.00 |
| Lynn L. Tavenner | 1989 | $0.00 | .60 | $00.00 |

<u>Description</u>
Conferences, correspondence, document preparation and review and Court appearances on business operations matters.

Attached hereto as <u>Exhibit A – Business Operations Section</u> is a complete statement of such services rendered by Tavenner & Beran.

<u>Necessity and Benefit to the Estate</u>
These services were necessary to assist the Committee in the administration of these cases.

C.    <u>Case Administration</u>:  - Total Hours 84.60          Total 22,238.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[4] | FEE |
|---|---|---|---|---|

---

[2] Certain hours were recorded but not billed to the estates.

[3] Certain hours were recorded but not billed to the estates.

| Lynn L. Tavenner | 1989 | $350.00 | 5.40 | $1,890.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 9.80 | $0,000.00 |
| Paula S. Beran | 1992 | $340.00 | 56.70 | $19,278.00 |
| Paula S. Beran | 1992 | $0.00 | 2.00 | $0.00 |
| David L. Leadbeater | N/A | $100.00 | 10.70 | $1,070.00 |

Description
Conferences, correspondence, document preparation and review and Court appearances on case administrative matters.

Attached hereto as Exhibit A – Case Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in the administration of these cases.

D.     Claims Administration:  - Total Hours 27.50        Total $7,496.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[5] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 11.80 | $4,130.00 |
| Lynn L. Tavenner | 1989 | 0.00 | 5.80 | 0.00 |
| Paula S. Beran | 1992 | $340.00 | 9.90 | $3,366.00 |

Description
Correspondence, conferences, document review and research regarding pre and post-petition creditor claims.

Attached hereto as Exhibit A – Claims Administration Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary to assist the Committee in its analysis of creditor claims.

E.     Creditors Meetings:  - Total Hours 7.9        Total $2,485.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[6] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 7.10 | $2,485.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 0.80 | $00.00 |

---

[4] Certain hours were recorded but not billed to the estates.
[5] Certain hours were recorded but not billed to the estates.
[6] Certain hours were recorded but not billed to the estates.

Description
Correspondence, conferences, and document review relating to the creditors meetings.

Attached hereto as Exhibit A – Creditors Meetings Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary for the Committee to be properly represented and advised by its professionals.

F.      Fee/Employment Applications:  - Total Hours 32.0          Total $8,088.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[7] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 10.40 | $3,640.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 4.10 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 12.20 | $4,148.00 |
| Paula S. Beran | 1992 | $0.00 | 2.30 | $00.00 |
| David L. Leadbeater | N/A | $100.00 | 1.30 | $130.00 |
| Will Sandell | N/A | $100.00 | 1.70 | $170.00 |

Description
Correspondence, conferences, document preparation, document review and Court appearances relating to the employment and/or compensation of bankruptcy professionals.

Attached hereto as Exhibit A – Fee/Employment Applications Section is a complete statement of such services rendered by Tavenner & Beran.

Necessity and Benefit to the Estate
These services were necessary for the Committee to be properly represented and advised by its professionals.

G.      Plan and Disclosure Statement:  - Total Hours 174.30          Total $52,467.00

| ATTORNEY/ PARALEGAL | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS[8] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 124.00 | $43,400.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 2.60 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 26.70 | $9,067.00[9] |
| Paula S. Beran | 1992 | $0.00 | 21.00 | $00.00 |

---

[7] Certain hours were recorded but not billed to the estates.
[8] Certain hours were recorded but not billed to the estates.
[9] This amount includes 1.10 hours billed for Ms. Beran at an hourly rate of $330.00.

<u>Description</u>
Correspondence, conferences, document preparation, document review, mediation and
Court appearances relating to the plan and disclosure statement.

Attached hereto as <u>Exhibit A – Plan and Disclosure Statement</u> is a complete statement of
such services rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee with fostering the goals of the
Debtors' bankruptcy cases and to analyze plan alternatives.

H.    <u>Litigation</u>:  - Total Hours 45.60              Total $14,402.00

| ATTORNEY/<br>PARALEGAL | YEAR<br>ADMITTED | HOURLY<br>RATE | TOTAL<br>HOURS[10] | FEE |
|---|---|---|---|---|
| Lynn L. Tavenner | 1989 | $350.00 | 15.60 | $5,460.00 |
| Lynn L. Tavenner | 1989 | $0.00 | 1.10 | $00.00 |
| Paula S. Beran | 1992 | $340.00 | 26.30 | $8,942.00 |
| Paula S. Beran | 1992 | $0.00 | 2.60 | $00.00 |

<u>Description</u>
Correspondence, conferences, document preparation, document review and Court
appearances relating to courses of action held by the estates.

Attached hereto as <u>Exhibit A – Litigation</u> is a complete statement of such services
rendered by Tavenner & Beran.

<u>Necessary and Benefit to the Estate</u>
These services were necessary to assist the Committee with preserving and/or
prosecuting causes of action.

15.    The total amount of final compensation requested by Tavenner & Beran is based

on the hourly rates normally charged by the attorneys and the paralegals who performed legal

services for the Committee in this matter are further summarized on <u>Exhibit A</u>.

16.    Pursuant to the Order Establishing Procedures For Interim Compensation entered

on December 9, 2008 (the "Interim Compensation Order"), Tavenner & Beran could have

requested eighty-five percent (85%) of its monthly fees and one hundred percent (100%) of its

---

[10] Certain hours were recorded but not billed to the estates.

monthly expenses.  Tavenner & Beran did not make any such request.  Therefore, fees and

expenses in the total amount of this Application remain outstanding.

17.      Attached hereto as <u>Exhibit B</u> is a summary sheet concerning this Application.

The fees sought by Tavenner & Beran are reasonable for the work it performed in the specialized

area of bankruptcy and in practice before the United States Bankruptcy Court.  Such fees are

customary for specialized bankruptcy practice and are comparable in amount to services

rendered by other attorneys in the area.  The fees sought herein are reasonable considering the

nature and extent of the work, the time spent, and the value of the services.

18.      Tavenner & Beran hereby certifies that it will file and serve this Application as

required under the Interim Compensation Order and the Plan.

<b><u>Applicable Legal Standard</u></b>

19.      The Bankruptcy Code sets forth the legal standards for awarding compensation to

professionals.  The format for fee applications is set forth in the Compensation Guidelines for

Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the

"Guidelines").

20.      Under § 330 and of the Bankruptcy Code, the Court may award counsel to the

Committee reasonable compensation for actual, necessary services rendered by such attorneys

and paraprofessionals employed by such attorneys based on the nature, extent and value of the

services rendered, time spent on such services and the cost of comparable services other than in a

bankruptcy case.  Furthermore, the Court may award reimbursement for actual, necessary

expenses.

21.      The expenses incurred by Tavenner & Beran, as set forth herein, are reasonable

and necessary charges for items such as photocopying, long distances telephone calls, facsimiles,

delivery services and messenger services, transcript preparation and filing fees.

22.     Under the "lodestar" approach, the Court should consider the number of hours of
service reasonably devoted to the case multiplied by the attorney's reasonable rates.  Courts
frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway
Express, Inc., 488 F.2d 714 (5th Cir. 1974).  These lodestar tests were adopted by the Fourth
Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934
(1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit
held that the District Court should employ the lodestar approach, and then adjust the fee on the
basis of the remaining Johnson factors in the case.  The following are the Johnson factors:

(a)     the time and labor required;
(b)     the novelty and difficulty of the questions;
(c)     the skill requisite to perform the legal service properly;
(d)     the preclusion of other employment by the attorney due to acceptance of the case;
(e)     the customary fee;
(f)     whether the fee is fixed or contingent;
(g)     time limitations imposed by the client or the circumstances;
(h)     the amount involved and the results obtained;
(i)     the experience, reputation and ability of the attorneys;
(j)     the "undesirability" of the case;
(k)     the nature and length of the professional relationship with the client; and
(l)     awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

23.     Tavenner & Beran believes that the services rendered to the Committee and the
out-of-pocket expenses incurred therewith were necessary and reasonable in view of the
Committee's obligations in these cases and the scope and nature of the matters in which the
Committee was involved to competently represent the Committee.

24.     Upon information and belief, the rates charged by Tavenner & Beran are less than
legal fees charged by other law firms in comparable Chapter 11 cases.  Tavenner & Beran
believes that the fees requested herein clearly satisfy the Johnson factors as set forth above.

## <u>Conclusion</u>

WHEREFORE, Tavenner & Beran submits this Application for (a) interim and final allowance of compensation for professional services rendered by Tavenner & Beran in the amount of $109,451.00 and reimbursement of out-of-pocket expenses in the amount of $2,818.04 for the period of May 1, 2010 through October 31, 2010 and (b) final allowance of previously approved compensation in the amount of $275,242.00 and reimbursement of expenses in the amount of $13,536.52 for the period of November 18, 2008 through April 30, 2010. Tavenner & Beran respectfully requests that the Court enter an Order substantially in the form attached hereto as <u>Exhibit C</u> approving the compensation and reimbursement of expenses requested herein, authorizing and directing the estates to pay such amounts and granting such other and further relief as the Court deems appropriate.

TAVENNER & BERAN, PLC

By:  _____*/s/ Paula S. Beran*____
              Co-Counsel

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
              pberan@tb-lawfirm.com

-                                        and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)

PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

Counsel for the Circuit City Stores, Inc.
Liquidating Trust

**Tavenner & Beran, PLC**
20 North Eighth Street, Second Floor
Richmond, VA 23219

---

**Invoice submitted to:**
Circuit City Committee

| *Invoice Date* | *Invoice Number* | *Last Bill Date* |
|---|---|---|
| December 14, 2010 | 10914 | 6/14/2010 |

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **Asset Disposition** | | | |
| 7/3/2010 - LLT | Review motion to sell (and approve bid procedures) Richmond, VA property | 0.40 350.00/hr | 140.00 |
| - PSB | Review of sale issues | 0.40 340.00/hr | NO CHARGE |
| 8/4/2010 - LLT | Prepare for and attend hearing on sale of real property | 0.50 350.00/hr | 175.00 |
| 8/6/2010 - LLT | Follow-up on inquiry re: sale of corporate headquarters | 0.20 350.00/hr | 70.00 |
| SUBTOTAL: | | [ 1.50 | 385.00] |
| **Business Operations** | | | |
| 6/7/2010 - LLT | Address outstanding issues re: tax claims (.80); Review abandonment motion (.50) | 1.30 350.00/hr | 455.00 |
| 6/8/2010 - LLT | Review draft motion to pay admin claims | 0.80 350.00/hr | 280.00 |
| 6/22/2010 - LLT | Review update on business operations | 0.40 350.00/hr | 140.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/24/2010 - LLT | Prepare for and attend court on motion to authorize admin claim payments | 1.20 350.00/hr | 420.00 |
| 8/11/2010 - LLT | Review committee professionals financial update | 0.50 350.00/hr | 175.00 |
| 8/25/2010 - LLT | Call with committee professionals re: tax update and prepare for same | 1.20 350.00/hr | 420.00 |
| 8/30/2010 - LLT | Review committee financial advisors update | 0.60 350.00/hr | NO CHARGE |
| SUBTOTAL: | | [     6.00 | 1,890.00] |

Case Administration

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/3/2010 - LLT | Correspondence re: notice and authorization to fix electronic signature re: same | 0.50 350.00/hr | 175.00 |
| - PSB | Correspondence re: notice and authorization to fix electronic signature re: same | 0.50 340.00/hr | NO CHARGE |
| 5/6/2010 - LLT | Review agenda for upcoming hearing on 5/11 | 0.20 350.00/hr | 70.00 |
| 5/7/2010 - LLT | Prepare for and participate in committee call | 1.90 350.00/hr | NO CHARGE |
| - PSB | Prepare for and participate in committee call | 1.90 340.00/hr | 646.00 |
| 5/11/2010 - LLT | Meeting with co-counsel re: transition issues | 0.90 350.00/hr | 315.00 |
| - LLT | Prepare for and attend Omni | 2.60 350.00/hr | 910.00 |
| - PSB | Prepare for Omni | 1.00 340.00/hr | NO CHARGE |
| 5/13/2010 - LLT | Prepare for and participate in committee call | 1.60 350.00/hr | NO CHARGE |

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/13/2010 - | PSB | Prepare for and participate in committee call | 2.10 340.00/hr | 714.00 |
| 5/17/2010 - | LLT | Prepare for and participate in committee call (2.10); Review of filed pleadings (.90) | 3.00 350.00/hr | NO CHARGE |
| - | PSB | Prepare for and participate in committee call (2.10); Review of filed pleadings (.90) | 3.00 340.00/hr | 1,020.00 |
| 5/18/2010 - | LLT | Correspondence with D. Abadeer re: local rule service requirements | 0.20 350.00/hr | 70.00 |
| 5/20/2010 - | PSB | Prepare for and attend Omni (2.60); Correspondence re: hearing notice and authorization to endorse same (.50); Correspondence with Pachulski re: telephonic appearance (.40) | 3.50 340.00/hr | 1,190.00 |
| 5/24/2010 - | PSB | Correspondence from party in interest re: case status (.50); Correspondence with PSZJ re: conversation (.50) | 1.00 340.00/hr | 340.00 |
| 5/25/2010 - | LLT | Prepare for and participate in creditor call | 2.10 350.00/hr | NO CHARGE |
| - | PSB | Prepare for and participate in creditor call | 2.10 340.00/hr | 714.00 |
| 6/2/2010 - | PSB | Prepare for and participate in committee call | 1.70 340.00/hr | 578.00 |
| 6/3/2010 - | PSB | Correspondence with Court re: revised hearing time (.50); Correspondence with professional group re: same (.20) | 0.70 340.00/hr | 238.00 |
| - | LLT | Correspondence re: revised hearing schedule | 0.20 350.00/hr | NO CHARGE |
| 6/4/2010 - | PSB | Correspondence with Court re: telephonic appearance | 0.30 340.00/hr | 102.00 |
| 6/8/2010 - | PSB | Prepare for and participate in committee call (2.10); Correspondence re: telephonic appearance and related items (.50) | 2.60 340.00/hr | 884.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 - | LLT | Correspondence with co-counsel re: telephonic appearance | 0.20<br>350.00/hr | NO CHARGE |
| 6/22/2010 - | PSB | Prepare for and participate in committee call (1.90);<br>Correspondence with R. Van Arsdale re: order and revise and<br>submit same (.50) | 2.40<br>340.00/hr | 816.00 |
| 6/23/2010 - | PSB | Prepare for and participate in committee call | 1.50<br>340.00/hr | 510.00 |
| 6/24/2010 - | PSB | Prepare for Omni | 1.60<br>340.00/hr | 544.00 |
| - | LLT | Meeting with R. Feinstein and R. Van Arsdale re: case status | 0.70<br>350.00/hr | 245.00 |
| 6/29/2010 - | DLL | Docket and index | 1.50<br>100.00/hr | 150.00 |
| 7/1/2010 - | DLL | File maintenance | 1.00<br>100.00/hr | 100.00 |
| 7/8/2010 - | DLL | Docket and index | 0.50<br>100.00/hr | 50.00 |
| 7/9/2010 - | PSB | Prepare for and participate in committee call | 1.90<br>340.00/hr | 646.00 |
| - | LLT | Review 7/12 hearing agenda | 0.20<br>350.00/hr | NO CHARGE |
| 7/12/2010 - | PSB | Correspondence with PSZJ re: telephonic appearance and<br>correspondence with Court re: same | 0.40<br>340.00/hr | 136.00 |
| 7/19/2010 - | LLT | Review 7/22 hearing agenda | 0.20<br>350.00/hr | NO CHARGE |
| 7/21/2010 - | PSB | Correspondence with Court re: telephonic appearance and<br>related items and correspondence with co-counsel re: same | 0.40<br>340.00/hr | 136.00 |
| - | DLL | Docket and index | 0.80<br>100.00/hr | 80.00 |
| 7/22/2010 - | PSB | Correspondence with J. Pomerantz re: Court hearing and<br>other items | 1.10<br>340.00/hr | 374.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/26/2010 - | DLL | | 0.60 | 60.00 |
| | | Docket and index and file maintenance | 100.00/hr | |
| 7/27/2010 - | DLL | | 1.10 | 110.00 |
| | | Revise pre-trial order (.60); BOP to Court (.50) | 100.00/hr | |
| 7/29/2010 - | PSB | | 0.50 | 170.00 |
| | | Correspondence with UST re: case status | 340.00/hr | |
| 8/2/2010 - | PSB | | 1.50 | 510.00 |
| | | Prepare for and participate in subcommittee call with professionals (1.20); Prepare for and participate in committee call (1.10); Correspondence with Court and PSZJ re: telephonic appearance (.40) | 340.00/hr | |
| 8/3/2010 - | PSB | | 1.90 | 646.00 |
| | | Prepare for and participate in committee call | 340.00/hr | |
| 8/4/2010 - | DLL | | 1.20 | 120.00 |
| | | Prepare hearing binder | 100.00/hr | |
| - | PSB | | 2.60 | 884.00 |
| | | Prepare for and participate in Omni hearing | 340.00/hr | |
| 8/5/2010 - | DLL | | 1.10 | 110.00 |
| | | Docket and index | 100.00/hr | |
| 8/9/2010 - | DLL | | 0.80 | 80.00 |
| | | File maintenance | 100.00/hr | |
| 8/11/2010 - | DLL | | 0.20 | 20.00 |
| | | Review docket and calendar events | 100.00/hr | |
| 8/16/2010 - | DLL | | 0.80 | 80.00 |
| | | Docket and index | 100.00/hr | |
| 8/18/2010 - | PSB | | 1.10 | 374.00 |
| | | Prepare for and attend committee call | 340.00/hr | |
| 8/20/2010 - | PSB | | 0.40 | 136.00 |
| | | Correspondence with McGuire Woods re: Omni hearing | 340.00/hr | |
| - | LLT | | 0.20 | 70.00 |
| | | Correspondence from co-counsel re: upcoming hearing | 350.00/hr | |
| 8/25/2010 - | DLL | | 1.10 | 110.00 |
| | | Docket and index | 100.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/31/2010 - | PSB | | 2.70 | 918.00 |
| | | Prepare for and attend Omni | 340.00/hr | |
| - | LLT | | 0.10 | 35.00 |
| | | Follow-up with co-counsel re: telephonic appearance at Omnibus hearings | 350.00/hr | |
| 9/7/2010 - | PSB | | 0.50 | NO CHARGE |
| | | Receipt and review of district court order on Paramount | 340.00/hr | |
| 9/15/2010 - | LLT | | 0.20 | NO CHARGE |
| | | Correspondence from A. Caine re: transition meeting and follow-up on same | 350.00/hr | |
| 9/17/2010 - | PSB | | 0.50 | 170.00 |
| | | Correspondence with professional group re: transition meeting | 340.00/hr | |
| 9/20/2010 - | PSB | | 3.40 | 1,156.00 |
| | | Prepare for and participate in transition meeting | 340.00/hr | |
| 9/21/2010 - | PSB | | 1.10 | 374.00 |
| | | Review of transition issues | 340.00/hr | |
| 9/24/2010 - | LLT | | 0.20 | NO CHARGE |
| | | Review agenda for 9/27 Court | 350.00/hr | |
| 9/27/2010 - | PSB | | 2.30 | 782.00 |
| | | Prepare for and attend Omni | 340.00/hr | |
| - | PSB | | 0.40 | 136.00 |
| | | Correspondence with co-counsel re: committee positions on hearing matters | 340.00/hr | |
| 9/30/2010 - | PSB | | 3.00 | 1,020.00 |
| | | Correspondence with J. Morris re: transition issues (.30); Correspondence with A. Caine re: same (.60); Review of issues related to same (2.10) | 340.00/hr | |
| 10/5/2010 - | PSB | | 0.90 | 306.00 |
| | | Correspondence with J. Morris re: 2004 procedures in eastern district of Virginia jurisdiction and related items | 340.00/hr | |
| 10/26/2010 - | PSB | | 2.60 | 884.00 |
| | | Correspondence with A. Caine and J. Morris re: Omni hearing dates and procedures going forward (1.30); Correspondence with A. Caine and J. Morris re: procedures in eastern district of Virginia including but not limited to filing of stipulations and/or tolling agreements and other matters (1.30) | 340.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/27/2010 - | PSB | | 2.30 | 782.00 |
| | | Prepare for and attend Omni | 340.00/hr | |
| 10/29/2010 - | PSB | | 1.30 | 442.00 |
| | | Correspondence with professional group re: agenda matters going forward and transitioning items related to same | 340.00/hr | |
| | SUBTOTAL: | | [    84.60 | 22,238.00] |

Claims Administration

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2010 - | LLT | | 0.70 | 245.00 |
| | | Review and revise objection to Gaffney request (.50); Telephone call with J. Morris re: response to Gaffney (.20) | 350.00/hr | |
| 5/10/2010 - | LLT | | 1.10 | 385.00 |
| | | Correspondence with J. Morris re: scheduling order on Gaffney motion (.30); Review revised objection and file same (.60); Review settlement agreement with Gamer Graphics and motion to seal document hand delivered (.20) | 350.00/hr | |
| 5/17/2010 - | LLT | | 2.70 | NO CHARGE |
| | | Review of claim objections responses and related issues | 350.00/hr | |
| 5/26/2010 - | LLT | | 0.10 | 35.00 |
| | | Correspondence from co-counsel re: Gaffney scheduling order | 350.00/hr | |
| 5/28/2010 - | LLT | | 0.30 | 105.00 |
| | | Correspondence to J. Morris re: Gaffney pre-trial issues | 350.00/hr | |
| - | LLT | | 0.30 | 105.00 |
| | | Review memorandum opinion on request to file proof of claim | 350.00/hr | |
| - | LLT | | 1.30 | 455.00 |
| | | Correspondence with creditors re: claim issues and correspondence with J. Morris re: same | 350.00/hr | |
| - | PSB | | 1.40 | 476.00 |
| | | Correspondence with J. Morris re: Henrico and other tax issues (.50); Receipt and review of proposed settlement and resolution of same (.90) | 340.00/hr | |
| 6/1/2010 - | LLT | | 0.60 | 210.00 |
| | | Review Gaffney objections and scheduling issues, correspondence with J. Morris re: same | 350.00/hr | |
| 6/2/2010 - | LLT | | 0.80 | 280.00 |
| | | Review issues re: taxing authority request for payment (.60); Review proposed Gaffney pre-trial order (.20) | 350.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2010 | - | LLT | 0.80<br>350.00/hr | 280.00 |
|  |  | Prepare for and attend hearing on claim objections |  |  |
| 6/9/2010 | - | LLT | 0.80<br>350.00/hr | NO CHARGE |
|  |  | Review recent pleadings on appeal in Paramount |  |  |
|  | - | LLT | 0.30<br>350.00/hr | NO CHARGE |
|  |  | Review memorandum opinion on Ryan Inc. motion to reconsider |  |  |
|  | - | LLT | 0.10<br>350.00/hr | NO CHARGE |
|  |  | Review notice of appeal |  |  |
| 6/16/2010 | - | LLT | 0.20<br>350.00/hr | 70.00 |
|  |  | Prepare for and attend hearing on Pioneer and Samsung motions to compel |  |  |
| 7/1/2010 | - | LLT | 0.50<br>350.00/hr | 175.00 |
|  |  | Correspondence re: payment of tax claims |  |  |
| 7/2/2010 | - | LLT | 0.50<br>350.00/hr | 175.00 |
|  |  | Receipt of confidential documents from B. Stark (.20); Review related motion to seal and claim objections (.30) |  |  |
| 7/7/2010 | - | LLT | 0.50<br>350.00/hr | 175.00 |
|  |  | Correspondence with co-counsel re: scheduling order on Gafney motion (.10); Follow-up with Courtroom deputy re: available trial dates (.20); Telephone call with B. Canfield (Gaffney counsel) re: same (.20) |  |  |
| 7/12/2010 | - | PSB | 2.30<br>340.00/hr | 782.00 |
|  |  | Prepare for and attend Omni hearing |  |  |
|  | - | LLT | 0.60<br>350.00/hr | NO CHARGE |
|  |  | Prepare for omnibus hearing |  |  |
| 7/14/2010 | - | PSB | 0.70<br>340.00/hr | 238.00 |
|  |  | Correspondence with D. Foley re: Ryan matters (.50); Correspondence with J. Morris re: same (.20) |  |  |
| 7/21/2010 | - | LLT | 0.10<br>350.00/hr | 35.00 |
|  |  | Follow-up with J. Morris re: Gaffney scheduling order |  |  |
| 7/22/2010 | - | LLT | 1.30<br>350.00/hr | 455.00 |
|  |  | Prepare for and attend hearing on omnibus claim objections (.60); Attend hearing on Graphic Comm. 503(b)(a) issues (.70) |  |  |
|  | - | LLT | 0.30<br>350.00/hr | 105.00 |
|  |  | Follow-up with J. Morris re: Gaffney scheduling order (.10); Revise order re: new dates (.20) |  |  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/28/2010 - | PSB | | 0.90 | 306.00 |
| | | Correspondence re: Ryan matter and other open claim issues | 340.00/hr | |
| - | LLT | | 0.80 | NO CHARGE |
| | | Review status of Ryan lit and discuss same with co-counsel | 350.00/hr | |
| 8/23/2010 - | LLT | | 0.80 | 280.00 |
| | | Review settlement summary (.30); Prepare for and attend hearing on various claims objections (.50) | 350.00/hr | |
| 8/31/2010 - | LLT | | 0.60 | 210.00 |
| | | Prepare for and attend Omnibus hearings on various claim objections | 350.00/hr | |
| 9/1/2010 - | PSB | | 1.60 | 544.00 |
| | | Correspondence with R. Estis re: creditor claim (.30); Correspondence with co-counsel re: same (.20); Prepare for and participate in committee call (1.10) | 340.00/hr | |
| 9/17/2010 - | LLT | | 0.50 | NO CHARGE |
| | | Review status of proposal settlements | 350.00/hr | |
| 9/22/2010 - | LLT | | 0.40 | 140.00 |
| | | Correspondence from attorney for claimant on objections | 350.00/hr | |
| 9/28/2010 - | PSB | | 1.00 | 340.00 |
| | | Review of outstanding claim issues | 340.00/hr | |
| 10/8/2010 - | PSB | | 0.70 | 238.00 |
| | | Correspondence with J. Morris re: claim issues | 340.00/hr | |
| 10/11/2010 - | LLT | | 0.60 | 210.00 |
| | | Review proposed claims settlements | 350.00/hr | |
| 10/27/2010 - | PSB | | 1.30 | 442.00 |
| | | Review of outstanding claim issues | 340.00/hr | |
| | SUBTOTAL: | | [    27.50 | 7,496.00] |

Creditors Meeting

| | | | | |
|---|---|---|---|---|
| 5/6/2010 - | LLT | | 0.90 | 315.00 |
| | | Review materials for committee call including issues re: Gowling cap, Gaffney request for incentive payment, French tax issues | 350.00/hr | |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/13/2010 - LLT | Review committee professional update | 0.70<br>350.00/hr | NO CHARGE |
| 5/25/2010 - LLT | Prepare for and attend committee meeting | 1.20<br>350.00/hr | 420.00 |
| 6/8/2010 - LLT | Prepare for and attend conference call committee meeting | 0.80<br>350.00/hr | 280.00 |
| 6/22/2010 - LLT | Prepare for and attend telephonic meeting with committee | 1.00<br>350.00/hr | 350.00 |
| 6/23/2010 - LLT | Prepare for and attend telephonic meeting with committee | 1.00<br>350.00/hr | 350.00 |
| 6/30/2010 - LLT | Prepare for and attend telephonic meeting with committee | 1.00<br>350.00/hr | 350.00 |
| 7/28/2010 - LLT | Prepare for and attend telephonic committee meeting | 1.20<br>350.00/hr | 420.00 |
| 8/18/2010 - LLT | Correspondence re: scheduling of same | 0.10<br>350.00/hr | NO CHARGE |

SUBTOTAL:                                                    [      7.90          2,485.00]

Fee/Employment Applications

| 5/10/2010 - LLT | Address retention application for French counsel and revisions to same | 0.50<br>350.00/hr | 175.00 |
|---|---|---|---|
| 5/12/2010 - LLT | Review Gowlings cap motion and issues related to same (1.20); Draft notice of hearing on Gowlings fee cap motion (.50); File and serve same along with motion (.50) | 2.20<br>350.00/hr | 770.00 |
| - LLT | Review of Gowlings issues | 1.00<br>350.00/hr | 350.00 |
| - PSB | Review of Gowlings issues | 1.00<br>340.00/hr | NO CHARGE |
| 5/14/2010 - LLT | Correspondence with D. Foley re: outstanding fees and related items | 0.40<br>350.00/hr | NO CHARGE |
| - PSB | Correspondence with D. Foley re: outstanding fees and related items | 0.40<br>340.00/hr | 136.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/17/2010 - | LLT | Review and disseminate monthly invoices for committee professionals | 0.30 350.00/hr | 105.00 |
| 5/19/2010 - | LLT | Correspondence with D. Foley and S. Boehm re: fee issues | 0.30 350.00/hr | NO CHARGE |
| - | PSB | Correspondence with D. Foley and S. Boehm re: fee issues | 0.30 340.00/hr | NO CHARGE |
| 5/21/2010 - | LLT | Review, revise and file application and notice to employ | 2.90 350.00/hr | 1,015.00 |
| - | PSB | Review and revise application to employ | 1.00 340.00/hr | NO CHARGE |
| 6/8/2010 - | LLT | Correspondence from R. Smith re: monthly invoice (.10); Correspondence to debtor professionals and UST re: same (.20); Prepare for and attend hearing on French tax counsel application (.50) | 0.80 350.00/hr | 280.00 |
| 6/9/2010 - | LLT | Review file re: current debtor information from monthly invoices and correspondence re: same | 0.10 350.00/hr | 35.00 |
| 6/14/2010 - | PSB | Review, revise and file fee pleadings (4.50); Correspondence re: same (.50) | 5.00 340.00/hr | 1,700.00 |
| - | WS | Draft fee pleadings | 1.70 100.00/hr | 170.00 |
| - | LLT | Review debtor fee applications (.60); Review and revise committee applications for Tavenner & Beran, Pachulski and Protiviti (.90); Correspondence re: Sixth Interim application for committee professionals (.20) | 1.70 350.00/hr | NO CHARGE |
| 6/15/2010 - | PSB | Revise and file notice (1.0); Finalize and file fee pleadings (2.70) | 3.70 340.00/hr | 1,258.00 |
| - | LLT | Follow-up on interim applications and review and revise notice re: same | 0.50 350.00/hr | NO CHARGE |
| 6/16/2010 - | LLT | Prepare for and attend hearing on application to employ tax counsel | 0.50 350.00/hr | 175.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/28/2010 - | LLT | Correspondence with co-counsel re: Arsene and Gowlings orders | 0.50 350.00/hr | 175.00 |
| 7/12/2010 - | PSB | Prepare for and attend hearing on professional fee applications | 0.90 340.00/hr | 306.00 |
| 7/19/2010 - | PSB | Coordination of Gowling order submission and related items | 1.00 340.00/hr | 340.00 |
| - | LLT | Correspondence re: Gowlings Amended Order | 0.60 350.00/hr | NO CHARGE |
| 7/22/2010 - | DLL | Draft and revise Tavenner & Beran fee application order (.40); Draft and revise Protiviti 6th fee application order (.40); Draft and revise PSZJ 6th fee application order (.50) | 1.30 100.00/hr | 130.00 |
| 7/26/2010 - | PSB | Correspondence with UST re: fee orders and other fee issues | 0.50 340.00/hr | 170.00 |
| 8/2/2010 - | LLT | Review orders allowing interim compensation for committee professionals (.20); Correspondence with R. Smith re: Protiviti outstanding fees and follow-up re: same (.20) | 0.40 350.00/hr | 140.00 |
| 8/10/2010 - | LLT | Correspondence from M. Smith re: Protiviti monthly invoice | 0.20 350.00/hr | 70.00 |
| 9/10/2010 - | LLT | Address issues re: FTI fees and status of order | 0.70 350.00/hr | 245.00 |
| 9/13/2010 - | LLT | Review McGuire Woods application (.40); Follow-up re: committee applications (.20) | 0.60 350.00/hr | NO CHARGE |
| 9/14/2010 - | PSB | Correspondence with J. Pomerantz re: fee application and related items | 0.70 340.00/hr | 238.00 |
| 9/15/2010 - | LLT | Correspondence from Protiviti and follow-up with co-counsel on monthly invoices | 0.30 350.00/hr | 105.00 |

SUBTOTAL:                                          [     32.00          8,088.00]

Litigation

| 8/19/2010 - | LLT |  | 0.50 | 175.00 |
|---|---|---|---|---|

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Telephone call with D. Foley re: CarMax issue and Raleigh and review memorandum re: same | 350.00/hr | |
| 8/20/2010 - | LLT | Telephone call with D. Foley re: CarMax issues | 0.50<br>350.00/hr | 175.00 |
| 8/23/2010 - | LLT | Review additional documentation received from debtor and follow-up with counsel for CarMax re: same | 0.80<br>350.00/hr | 280.00 |
| 8/24/2010 - | LLT | Review CarMax complaint | 0.50<br>350.00/hr | 175.00 |
| 8/30/2010 - | LLT | Follow-up with J. Morris re: CarMax issues | 0.20<br>350.00/hr | 70.00 |
| - | PSB | Review of CarMax issues | 0.50<br>340.00/hr | NO CHARGE |
| 8/31/2010 - | LLT | Follow-up re: resolution of CarMax | 0.50<br>350.00/hr | 175.00 |
| 9/29/2010 - | LLT | Telephone call with co-counsel re: prosecution of avoidance actions and authority re: same and other related matters and follow-up re: same | 1.20<br>350.00/hr | 420.00 |
| - | PSB | Prepare for and participate in transition call | 1.90<br>340.00/hr | 646.00 |
| 10/4/2010 - | PSB | Correspondence with A. Caine and J. Morris re: adversary logistics (1.90); Correspondence with Court re: same (.40) | 2.30<br>340.00/hr | 782.00 |
| - | LLT | Follow-up re: authority to prosecute actions | 0.20<br>350.00/hr | NO CHARGE |
| 10/5/2010 - | PSB | Review of procedure issues | 0.70<br>340.00/hr | 238.00 |
| - | LLT | Address issues re: avoidance actions (.50); Address issues re: committee ability to serve 2004 subpoenas (.40) | 0.90<br>350.00/hr | NO CHARGE |
| 10/11/2010 - | PSB | Review of adversary issues (1.30); Correspondence with J. Morris re: same (.60) | 1.90<br>340.00/hr | 646.00 |
| - | LLT | Review and revise draft complaint re: claims and avoidance actions | 0.90<br>350.00/hr | 315.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/12/2010 - | LLT | Correspondence re: AR issues | 0.50<br>350.00/hr | 175.00 |
| 10/13/2010 - | LLT | Address issues re: volume of avoidance actions and proposed mediation procedures | 0.90<br>350.00/hr | 315.00 |
| 10/15/2010 - | LLT | Telephone call with A. Caine re: procedures for avoidance actions | 0.30<br>350.00/hr | 105.00 |
| 10/17/2010 - | PSB | Review of adversary issues | 1.20<br>340.00/hr | 408.00 |
| 10/18/2010 - | PSB | Prepare for and meet with Court re: procedures on adversary proceedings | 2.30<br>340.00/hr | 782.00 |
| - | LLT | Review background data for Sony entities (.90); Prepare for and attend meeting with Court staff re: proposed mediation procedures and procedure for handling volumes of avoidance actions (2.0) | 2.90<br>350.00/hr | 1,015.00 |
| 10/19/2010 - | PSB | Correspondence re: Car Max and related items (.50); Correspondence with A. Caine re: procedures and practices in eastern district of Virginia in Richmond (1.10) | 1.60<br>340.00/hr | 544.00 |
| - | LLT | Review background information on Coke claims (.90); Correspondence re: resolution of Car Max complaint and review documents re: same (.70); Address motion for authority to prosecute actions (.50); Review and revise motion for adversary procedures (.90) | 3.00<br>350.00/hr | 1,050.00 |
| 10/20/2010 - | PSB | Review and revise litigation procedures order and pleadings | 3.10<br>340.00/hr | 1,054.00 |
| - | PSB | Correspondence with Court re: procedures and other items | 1.30<br>340.00/hr | 442.00 |
| 10/21/2010 - | PSB | Address issues related to procedures and related items (2.40); Correspondence with D. Rabenda re: same (.50); Correspondence with A. Caine and J. Morris re: mediation report and related items (.40); Correspondence re: APN as well (.30) | 3.60<br>340.00/hr | 1,224.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/21/2010 - | LLT | | 0.70 | 245.00 |
| | | Further analysis of mediation protocol | 350.00/hr | |
| 10/22/2010 - | PSB | | 2.10 | NO CHARGE |
| | | Review of draft complaint and APN | 340.00/hr | |
| - | LLT | | 0.20 | 70.00 |
| | | Correspondence with co-counsel re: litigation questions | 350.00/hr | |
| - | LLT | | 0.40 | 140.00 |
| | | Correspondence from W. Gray re: preference procedures and address same | 350.00/hr | |
| 10/25/2010 - | PSB | | 2.40 | 816.00 |
| | | Correspondence with multiple parties re: mediator and related items (1.90); Correspondence with Court re: telephonic appearance and correspondence with co-counsel re: same (.50) | 340.00/hr | |
| 10/26/2010 - | LLT | | 0.80 | 280.00 |
| | | Preparation for filing multiple avoidance actions | 350.00/hr | |
| 10/28/2010 - | LLT | | 0.50 | 175.00 |
| | | Analysis of lawsuit to be handled by Tavenner & Beran | 350.00/hr | |
| 10/29/2010 - | LLT | | 0.30 | 105.00 |
| | | Correspondence from clerk re: adversary proceeding instructions and review of same | 350.00/hr | |
| 10/31/2010 - | PSB | | 4.00 | 1,360.00 |
| | | Review of Coke, Sony and DirecTV files | 340.00/hr | |
| | SUBTOTAL: | | [     45.60 | 14,402.00] |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 5/3/2010 - | LLT | | 0.20 | 70.00 |
| | | Correspondence from Debtor's counsel re: continued confirmation hearing and follow-up re: same | 350.00/hr | |
| 5/5/2010 - | LLT | | 1.10 | NO CHARGE |
| | | Review of Plan issues | 350.00/hr | |
| - | PSB | | 1.10 | 363.00 |
| | | Review of Plan issues | 330.00/hr | |
| 5/10/2010 - | LLT | | 0.30 | 105.00 |
| | | Review Texas Controller objection to plan | 350.00/hr | |

|            |       |                                                                                                                                                                                                                                                                             | Hrs/Rate         | Amount    |
|------------|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|-----------|
| 5/20/2010 - | LLT  | Correspondence re: case status and other issues (1.10); Correspondence with Pachulski (.50)                                                                                                                                                                                 | 1.60<br>350.00/hr | 560.00    |
| 5/21/2010 - | LLT  | Review correspondence re: revised by-law liquidating trust agreement and status on resolution of same                                                                                                                                                                       | 0.40<br>350.00/hr | 140.00    |
| 5/24/2010 - | LLT  | Review of plan issues (1.0); Correspondence with J. Pomerantz re: same (.60)                                                                                                                                                                                                | 1.60<br>350.00/hr | 560.00    |
| 5/25/2010 - | LLT  | Review latest draft of committee by-laws liquidation trust agreement and correspondence from co-counsel re: same (1.70); Review revised plan of committee (.80)                                                                                                              | 2.50<br>350.00/hr | 875.00    |
|            - | PSB  | Review of plan issues and related documents                                                                                                                                                                                                                                | 3.90<br>340.00/hr | NO CHARGE |
| 5/27/2010 - | LLT  | Correspondence from co-counsel re: status on negotiations on joint plan issues and review of same                                                                                                                                                                           | 1.50<br>350.00/hr | 525.00    |
|            - | PSB  | Review of Plan issues                                                                                                                                                                                                                                                       | 1.10<br>340.00/hr | 374.00    |
| 6/1/2010 - | LLT   | Telephone call with co-counsel re: recent developments and need to file committee plan (.60); Follow-up correspondence re: same (.50); Review and revise notice of filing of plan documents (.80); Prepare plan documents for filing (.80); Follow-up correspondence to co-counsel re: outstanding filing issues (.30); File plan documents (.40) | 3.40<br>350.00/hr | 1,190.00  |
| 6/2/2010 - | LLT   | Telephone call with J. Pomerantz re: committee plan (.30); Prepare for and attend committee call (1.70); Follow-up with R. Van Arsdale re: documents filed last evening (.50); Address solicitation issues (1.20); Review correspondence to Debtors' counsel re: mediation (.20); Review mediation motion re: same (.50) | 4.40<br>350.00/hr | 1,540.00  |
| 6/3/2010 - | LLT   | Correspondence re: response to mediation motion (.50); Review and revise same (1.20)                                                                                                                                                                                        | 1.70<br>350.00/hr | 595.00    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2010 - | PSB | Review, revise and file mediation response | 3.20<br>340.00/hr | 1,088.00 |
| 6/4/2010 - | PSB | Review of Plan issues (1.10); Correspondence with PSZJ re: same (.50) | 1.60<br>340.00/hr | NO CHARGE |
| - | LLT | Address issues re: plan discovery matters (1.50); Follow-up with co-counsel re: same (.80) | 2.30<br>350.00/hr | 805.00 |
| 6/6/2010 - | PSB | Prepare for and participate in Plan call | 1.10<br>340.00/hr | 374.00 |
| - | LLT | Prepare for and participate in committee counsel call re: preparation for upcoming hearing and other issues | 1.50<br>350.00/hr | 525.00 |
| 6/7/2010 - | PSB | Address Plan issues | 1.90<br>340.00/hr | 646.00 |
| - | LLT | Follow-up on plan matters | 1.50<br>350.00/hr | 525.00 |
| 6/8/2010 - | LLT | Correspondence re: mark up of plan documents (.20); Review and revise same (1.80); Review committee co-counsel mark up of liquidating trust agreement (1.50); Prepare for and attend hearing on mediation motion and status of plan (.50) | 4.00<br>350.00/hr | 1,400.00 |
| - | PSB | Review of plan documents | 1.50<br>340.00/hr | NO CHARGE |
| 6/16/2010 - | PSB | Correspondence with R. Feinstein re: local practice on certain plan issues | 0.90<br>340.00/hr | 306.00 |
| - | LLT | Review correspondence re: plan status and follow-up with co-counsel re: same (.70); Correspondence re: upcoming status hearing and follow-up with co-counsel re: same (.50); Prepare for and attend hearing on status (.50) | 1.70<br>350.00/hr | 595.00 |
| 6/21/2010 - | PSB | Review of Plan issues (1.30); Correspondence with PSZJ re: same (.90) | 2.20<br>340.00/hr | NO CHARGE |
| - | LLT | Review and revise committee plan and related documents (1.90); Review correspondence to Debtor and follow-up with co-counsel re: same (.30) | 2.20<br>350.00/hr | 770.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2010 - | LLT | | 0.50 | 175.00 |
| | | Correspondence with co-counsel re: mediation schedule | 350.00/hr | |
| 6/25/2010 - | PSB | | 0.80 | NO CHARGE |
| | | Review of mediation issues and related items | 340.00/hr | |
| - | LLT | | 3.00 | 1,050.00 |
| | | Prepare for and attend call with co-counsel re: preparation for mediation of plan issues (1.50); Follow-up correspondence re: scheduling and other mediation issues (1.50) | 350.00/hr | |
| 6/28/2010 - | LLT | | 1.80 | 630.00 |
| | | Correspondence with co-counsel re: mediation issues (.80); Telephone call with D. Foley re: same (.20); Follow-up with D. Foley and P. Barnes re: scheduling (.30); Telephone call with co-counsel re: mediation planning (.50) | 350.00/hr | |
| - | PSB | | 1.00 | NO CHARGE |
| | | Address mediation issues | 340.00/hr | |
| 6/29/2010 - | LLT | | 2.50 | 875.00 |
| | | Address mediation logistics | 350.00/hr | |
| 7/8/2010 - | LLT | | 2.50 | 875.00 |
| | | Work on mediation issues | 350.00/hr | |
| 7/9/2010 - | LLT | | 6.00 | 2,100.00 |
| | | Prepare for and attend call with committee re: mediation brief and planning for mediation (1.70); Telephone call with co-counsel re: draft brief (.50); Review and revise same (3.80) | 350.00/hr | |
| 7/10/2010 - | LLT | | 4.70 | 1,645.00 |
| | | Review and edit draft briefs | 350.00/hr | |
| - | PSB | | 1.90 | NO CHARGE |
| | | Review of brief | 340.00/hr | |
| 7/11/2010 - | LLT | | 4.50 | 1,575.00 |
| | | Review docket and file re: preparation of materials needed for mediation | 350.00/hr | |
| 7/12/2010 - | LLT | | 6.10 | 2,135.00 |
| | | Mediation preparation (3.50); Finalize brief and transmit to chambers (2.60) | 350.00/hr | |
| - | PSB | | 2.10 | NO CHARGE |
| | | Review of brief | 340.00/hr | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/13/2010 - | PSB | | 4.90 | 1,666.00 |
| | | Correspondence and preparation for mediation | 340.00/hr | |
| - | LLT | | 5.50 | 1,925.00 |
| | | Mediation preparation | 350.00/hr | |
| 7/14/2010 - | PSB | | 2.30 | 782.00 |
| | | Preparation for mediation | 340.00/hr | |
| - | LLT | | 13.20 | 4,620.00 |
| | | Travel to Norfolk (1.50); Prepare for pre-mediation committee meeting (2.90); Attend same (1.80); Attend mediation and follow-up (7.0) | 350.00/hr | |
| 7/15/2010 - | LLT | | 14.00 | 4,900.00 |
| | | Prepare for and participate in mediation and meetings related thereto | 350.00/hr | |
| 7/22/2010 - | LLT | | 1.40 | 490.00 |
| | | Prepare for and attend hearing and status conference on plan (.90); Correspondence re: amended plan documents (.50) | 350.00/hr | |
| 7/23/2010 - | LLT | | 3.60 | 1,260.00 |
| | | Review amended plan and related documents and correspondence re: same (3.20); Address issue re: one trust v. two (.40) | 350.00/hr | |
| 7/28/2010 - | LLT | | 2.20 | 770.00 |
| | | Review draft motion re: limited service of plan and correspondence with co-counsel re: same | 350.00/hr | |
| 7/29/2010 - | LLT | | 3.40 | 1,190.00 |
| | | Review and revise committee revisions to proposed mediated plan documents (2.30); Correspondence to/from Debtor counsel re: same (.50); Review motion limiting notice and correspondence with Debtor counsel re: same (.50); Follow-up call to S. Boehm re: expedited motion to approve same (.10) | 350.00/hr | |
| - | PSB | | 1.90 | NO CHARGE |
| | | Review of revised documents | 340.00/hr | |
| 7/31/2010 - | LLT | | 0.90 | 315.00 |
| | | Address plan and order release language | 350.00/hr | |
| 8/2/2010 - | LLT | | 2.40 | 840.00 |
| | | Review subsite consolidation issues (1.20); Prepare for and attend telephonic meeting with committee re: status of plan issues (1.20) | 350.00/hr | |
| 8/4/2010 - | LLT | | 0.80 | 280.00 |
| | | Prepare for and attend hearings on motions to limit notice re: service of plan documents and expedited request re: same | 350.00/hr | |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2010 - | PSB | Review of Confirmation issues | 0.70<br>340.00/hr | NO CHARGE |
| 8/9/2010 - | LLT | Review final versions of plan liquidating trust agreement, by-laws , insurance and retain causes of action exhibits, supplement and red lines of relevant documents | 2.20<br>350.00/hr | 770.00 |
| 8/10/2010 - | PSB | Review of Confirmation issues | 0.90<br>340.00/hr | NO CHARGE |
| 8/17/2010 - | LLT | Correspondence re: formal notice of confirmation hearing | 0.20<br>350.00/hr | 70.00 |
| 8/18/2010 - | PSB | Correspondence with R. Feinstein re: open items and preparation for committee call | 0.90<br>340.00/hr | 306.00 |
| - | LLT | Correspondence re: noticing of confirmation hearing | 0.20<br>350.00/hr | 70.00 |
| 8/20/2010 - | LLT | Review and revise notice of confirmation hearing | 0.50<br>350.00/hr | 175.00 |
| 8/23/2010 - | LLT | Correspondence with S. Boehm re: notice of confirmation hearing (.10); Prepare for and attend Omnibus hearing including status report on Plan (.50) | 0.60<br>350.00/hr | 210.00 |
| 8/25/2010 - | PSB | Correspondence in preparation for call on Canadian tax issues and plan status | 0.90<br>340.00/hr | 306.00 |
| - | LLT | Correspondence with co-counsel re: Court questions on confirmation | 0.30<br>350.00/hr | 105.00 |
| 8/26/2010 - | PSB | Prepare for and participate in Plan conference call | 1.60<br>340.00/hr | 544.00 |
| - | LLT | Prepare for and attend call with committee and professionals re: status of confirmation and outstanding matters | 1.50<br>350.00/hr | NO CHARGE |
| 8/27/2010 - | LLT | Review correspondence from debtor's counsel re: effective date issues | 0.50<br>350.00/hr | 175.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/30/2010 - | PSB | Prepare for and participate in conference call | 1.70<br>340.00/hr | 578.00 |
| - | LLT | Follow-up with co-counsel re: status of confirmation issues | 0.50<br>350.00/hr | 175.00 |
| 8/31/2010 - | LLT | Prepare for and attend hearing on confirmation issues | 0.80<br>350.00/hr | 280.00 |
| 9/1/2010 - | PSB | Prepare for and participate in professional call re: plan | 1.90<br>340.00/hr | 646.00 |
| - | PSB | Correspondence with UST office re: bond issues | 0.50<br>340.00/hr | 170.00 |
| 9/3/2010 - | LLT | Review confirmation brief and exhibits | 1.60<br>350.00/hr | 560.00 |
| - | PSB | Correspondence with UST re: bond issues (.50);<br>Correspondence with co-counsel re: same (.50); Review of other plan issues (.60) | 1.60<br>340.00/hr | 544.00 |
| 9/6/2010 - | LLT | Prepare for upcoming confirmation hearing | 1.00<br>350.00/hr | 350.00 |
| 9/7/2010 - | LLT | Prepare for and attend confirmation hearing (2.0);<br>Correspondence re: telephonic hearing for Mr. Siegel and arrange same (.30); Address bond issues (.60) | 2.90<br>350.00/hr | 1,015.00 |
| - | PSB | Correspondence with UST re: bond issues (.60);<br>Correspondence with J. Pomerantz re: same (.50) | 1.10<br>340.00/hr | 374.00 |
| 9/8/2010 - | PSB | Prepare for and participate in confirmation hearing | 2.50<br>340.00/hr | NO CHARGE |
| 9/9/2010 - | LLT | Review confirmation order and notice | 1.90<br>350.00/hr | 665.00 |
| 9/10/2010 - | LLT | Follow-up on order and notice (.50); Address bond issues (.30) | 0.80<br>350.00/hr | 280.00 |
| 10/4/2010 - | LLT | Correspondence re: status of effective date | 0.10<br>350.00/hr | 35.00 |
| 10/19/2010 - | LLT | Review report on status of effective date | 0.10<br>350.00/hr | 35.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| SUBTOTAL: | | [    174.30 | 52,467.00] |
| For professional services rendered | | 379.40 | $109,451.00 |

Additional Charges :

| | | Qty/Price | Tax# |
|---|---|---|---|

Case Administration

| Date | | | Qty/Price | Amount |
|---|---|---|---|---|
| 6/16/2010 - | PSB | | 1 | 406.71 |
| | | Bizport charges | 406.71 | |
| 6/30/2010 - | PSB | | 1 | 228.73 |
| | | Lexis/Research | 228.73 | |
| - | PSB | | 1 | 70.48 |
| | | Pacer Costs | 70.48 | |
| 7/14/2010 - | LLT | | 1 | 186.32 |
| | | Hotel/lodging for mediation | 186.32 | |
| - | LLT | | 2,200 | 440.00 |
| | | Photocopy costs | 0.20 | |
| 7/15/2010 - | LLT | | 1 | 1,185.47 |
| | | Meals for committee at mediation and conference room rental | 1,185.47 | |
| - | LLT | | 196 | 95.06 |
| | | Mileage from Ford - Richmond - Norfolk and return | 0.49 | |
| - | LLT | | 1 | 205.27 |
| | | Hotel/lodging | 205.27 | |

| | | | |
|---|---|---|---|
| SUBTOTAL: | | | [    2,818.04] |
| Total costs | | | $2,818.04 |
| Total amount of this bill | | | $112,269.04 |
| Previous balance | | | $23,368.93 |
| 10/4/2010 Payment - thank you. Check No. 1079 | | | ($23,368.96) |
| Total payments and adjustments | | | ($23,368.96) |

|  | Amount |
|---|---|
| Balance due | $112,269.01 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Lynn L. Tavenner | 180.80 | 350.00 | $63,280.00 |
| Lynn L. Tavenner | 24.80 | 0.00 | $0.00 |
| Paula S. Beran | 130.70 | 340.00 | $44,438.00 |
| Paula S. Beran | 1.10 | 330.00 | $363.00 |
| Paula S. Beran | 28.30 | 0.00 | $0.00 |
| David L. Leadbeater | 12.00 | 100.00 | $1,200.00 |
| Will Sandel | 1.70 | 100.00 | $170.00 |

**<u>EXHIBIT B</u>**

United States Bankruptcy Court
Eastern District of Virginia
Richmond Division
In re:  Circuit City Stores, Inc, <u>et al.</u>, Case No. 08-35653-KRH
**Fee Application Summary**
Applicant:  Tavenner & Beran, PLC,
Local Counsel for The Official Committee of Unsecured Creditors

|  | Interim Period | |
| --- | --- | --- |
|  | May 1, 2010 through October 31, 2010 | |
| **<u>Categories</u>** | **<u>Hours</u>** | **<u>Amount</u>** |
| Asset Disposition | 1.50 | $385.00 |
| Business Operations | 6.00 | $1,890.00 |
| Case Administration | 84.60 | $22,238.00 |
| Claims Administration | 27.50 | $7,496.00 |
| Creditors Meeting | 7.90 | $2,485.00 |
| Fee/Employment Applications and Objections | 32.00 | $8,088.00 |
| Litigation | 45.60 | $14,402.00 |
| Plan and Disclosure | 174.30 | $52,467.00 |
| TOTAL HOURS | 379.40 | |
| TOTAL FEES | | $109,451.00 |

**EXHIBIT C**

Jeffrey N. Pomerantz, Esq.
Andrew W. Caine, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Boulevard
Los Angeles, California 90067-4100
Telephone: (310) 277-6910
Telecopy:   (310) 201-0760

Lynn L. Tavenner, Esq. (VA Bar No. 30083
Paula S. Beran, Esq. (VA Bar No. 34679)
TAVENNER & BERAN, PLC
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: (804) 783-8300
Telecopy:   (804) 783-0178

                - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| CIRCUIT CITY STORES, INC., et al., [11] | : Case No. 08-35653-KRH |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : |

## ORDER ALLOWING FINAL
## COMPENSATION AND EXPENSE REIMBURSEMENT
### (Tavenner & Beran, PLC)

---

[11] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identifications numbers, are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 4951 Lake Brook Drive, Glen Allen, VA 23060.

This matter came before the Court upon the Final Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel To The Official Committee of Unsecured Creditors (the "Application") filed by Tavenner & Beran, PLC ("Tavenner &Beran"); and it appearing to the Court that (i) Tavenner & Beran provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application[12] is hereby approved;

2.      The request for compensation in the amount of $109,451.00 and reimbursement of expenses in the amount of $2,818.04 by Tavenner & Beran be and hereby are allowed;

3.      Furthermore, the amounts sought in the First Interim Application, the Second Interim Application, the Third Interim Application, the Fourth Interim Application, the Fifth Interim Application, and the Sixth Interim Application are hereby allowed and approved on a final basis; and

4.      The Liquidating Trust is authorized and directed to pay to Tavenner & Beran the amount of compensation and reimbursement of expenses allowed herein as an administrative expense.

5.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee and Tavenner & Beran, PLC.

ENTER:

_____

UNITED STATES BANKRUPTCY JUDGE

---

[12] Capitalized terms not otherwise defined herein shall have the meaning and definitions ascribed to such terms in the Application.

We ask for this:

_____

Lynn L. Tavenner, Esquire (Va. Bar No. 30083)
Paula S. Beran, Esquire (Va. Bar No. 34679)
Tavenner & Beran, PLC
20 North Eighth Street, Second Floor
Richmond, Virginia  23219
Telephone: (804) 783-8300
Facsimile: (804) 783-0178

  Co-Counsel for the Circuit City Stores, Inc.
  Liquidating Trust


Seen and No Objection:

_____

Robert B. Van Arsdale
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, Virginia  23219

  Assistant United States Trustee

## <u>LOCAL RULE 9022-1 CERTIFICATION</u>

  In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

_____
     Co-Counsel