**Circuit City – Accountants to Alfred H. Siegel as CRO**                    Exhibit A

Engagement: 881550.002
Bill Date: 12/09/2010
Invoice: 1665189, 1667503, 1682020

## Crowe Horwath LLP

### For the period 03/01/10 through 05/31/2010

### By Category of Work Performed

| Category Of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 138.50 | 68,771.00 |
| Tax Issues | | 104.10 | 52,035.00 |
| | Total Professional Fees | 242.60 | 120,806.00 |

| **Out-of-Pocket Expenses** | | |
|---|---|---|
| Travel, Lodging and Business Meals | | 10,985.03 |
| Lexis Nexis Fees | | 516.65 |
| | Total Out-of-Pocket Expenses | 11,501.68 |
| | **Total Professional Fees & Costs** | 132,307.68 |

EXHIBIT_____PAGE_____OF_____

**Circuit City - Accountants to Alfred H. Siegel as CRO**

Engagement: 881550.002
Bill Date: 12/09/2010
Invoice: 1665189, 1667503, 1682020

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Fees and Time by Month

| Month | Time | Charges |
|-------|------|---------|
| March 2010 | 116.90 | 58,495.50 |
| April 2010 | 81.70 | 40,697.50 |
| May 2010 | 44.00 | 21,613.00 |
| | 242.60 | 120,806.00 |

EXHIBIT_____PAGE_____OF_____

**Circuit City – Accountants to Alfred H. Siegel as CRO**
Engagement: 881550.002
Bill Date: 12/09/2010
Invoice: 1665189, 1667503, 1682020

## Crowe Horwath LLP

## For the period 03/01/10 through 05/31/2010

## Professional Fees and Time by Employee

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Agler, David | 42.30 | 580.00 | 24,534.00 |
| Barton, Barbara | 0.30 | 170.00 | 51.00 |
| Gottlieb, David | 18.70 | 275.00 | 5,142.50 |
| Gottlieb, David | 78.90 | 550.00 | 43,395.00 |
| Gottlieb, David | 11.00 | 287.50 | 3,162.50 |
| Gottlieb, David | 29.60 | 575.00 | 17,020.00 |
| Tomlinson, Sue | 61.80 | 445.00 | 27,501.00 |
| | 242.60 | | 120,806.00 |

EXHIBIT_____PAGE_____OF_____

 **Crowe Horwath.**

CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.
4851 Lake Brook Drive
Suite 500
Glen Allen, VA 23060

May 5, 2010

**INVOICE NO: 1665189**
**TERMS: PAYABLE UPON RECEIPT**
Acct No. 881550.002

---

For services rendered by Crowe Horwath LLP for the month of March 2010:

| | | |
|---|---|---|
| Fees  (see attached) | $ | 58,495.50 |
| Out of Pocket Costs | | |
| Travel, lodging and business meals | | 5,501.72 |
| Total | $ | 63,997.72 |

**Circuit City**

Engagement: 881550.002
Bill Date: 05/06/10
Invoice: 1665189

| Category Of Work | Time | Charges |
|---|---|---|
| Accounting Services | 44.60 | 22,110.00 |
| Tax Issues | 72.30 | 36,385.50 |
| **Total Professional Fees** | 116.90 | 58,495.50 |

EXHIBIT____PAGE____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 05/06/10
Invoice: 1665189

## Crowe Horwath LLP

### For the period 03/01/10 through 03/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 03/08/2010 | 6.10 | 550.00 | 3,355.00 |
| Review Richmond documents and emails notes in preparing for visit to Circuit's office. | | | | |
| Gottlieb, David | 03/08/2010 | 0.60 | 550.00 | 330.00 |
| Conference call with Al Siegel, Lisa Irving and Katie Bradshaw re visit this week. | | | | |
| Gottlieb, David | 03/10/2010 | 5.20 | 550.00 | 2,860.00 |
| Review numerous documents / assist with planning of accounting system analysis | | | | |
| Gottlieb, David | 03/10/2010 | 4.00 | 275.00 | 1,100.00 |
| Non business travel. | | | | |
| Gottlieb, David | 03/11/2010 | 10.80 | 550.00 | 5,940.00 |
| Meeting at Circuit City with management / review records, etc. | | | | |
| Gottlieb, David | 03/12/2010 | 4.40 | 550.00 | 2,420.00 |
| Review of records and discuss issues with Al Siegel and Circuit staff. | | | | |
| Gottlieb, David | 03/12/2010 | 4.80 | 275.00 | 1,320.00 |
| Non business travel. | | | | |
| Gottlieb, David | 03/15/2010 | 2.30 | 550.00 | 1,265.00 |
| Review emails and numerous schedules and documents provided by staff. | | | | |
| Gottlieb, David | 03/16/2010 | 1.40 | 550.00 | 770.00 |
| Read emails and correspondences regarding various financial tax, and system issues, insurance etc., meet with CRO to discuss board meeting, etc. | | | | |
| Gottlieb, David | 03/29/2010 | 5.00 | 550.00 | 2,750.00 |
| Analyze financial reports and documents, contact banks, meet with CRO, prepare list of financial advisory to support CRO and for transition. | | | | |
| **Total Accounting Services** | | **44.60** | | **22,110.00** |

**Circuit City**

Engagement: 881550.002
Bill Date: 05/06/10
Invoice: 1665189

## Crowe Horwath LLP

### For the period 03/01/10 through 03/31/10

#### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 03/02/2010 | 1.20 | 580.00 | 696.00 |
| Telephone conference / analysis of tax refund and other issues re plan of reorganization and tax compliance issues. | | | | |
| Tomlinson, Sue | 03/12/2010 | 2.10 | 445.00 | 934.50 |
| Telephonic conference with Mr. McDonald to review status of TAM and other US tax issues, Canadian tax issues and French tax issues. Review case affecting SLB issue. | | | | |
| Agler, David | 03/12/2010 | 1.30 | 580.00 | 754.00 |
| Analysis of U.S. and foreign bankruptcy tax issues including audit issues and refund issues. | | | | |
| Agler, David | 03/13/2010 | 1.60 | 580.00 | 928.00 |
| Analysis of tax issues re IRS audit and refunds / prepare for conference call | | | | |
| Tomlinson, Sue | 03/13/2010 | 1.80 | 445.00 | 801.00 |
| Review of files in preparation for conference call. | | | | |
| Tomlinson, Sue | 03/15/2010 | 0.40 | 445.00 | 178.00 |
| Preparation of response to Al Siegel regarding recommendations for BOD meeing with regard to tax issues. | | | | |
| Tomlinson, Sue | 03/15/2010 | 2.40 | 445.00 | 1,068.00 |
| Phone with Jeff McDonald, Skadden counsel, Mr. Agler and Mr. Siegel regarding status of all tax issues.  Follow-up call with Jeff McDonald and Mr. Agler regarding tax issues with the IRS. | | | | |
| Tomlinson, Sue | 03/15/2010 | 1.20 | 445.00 | 534.00 |
| Review of agenda in preparation for the call. Consultation with Mr. Agler re status of on-going tax issues, concerns, etc. in preparation for the call. | | | | |
| Tomlinson, Sue | 03/15/2010 | 3.80 | 445.00 | 1,691.00 |
| Consultation with Mr. Agler re status of on-going tax issues, concerns, etc. including review of documentation on Sale-Leaseback issues, timing and impact on various years including NOLs to 2004 and prior. Research regarding IRS procedures, global settlement capabilities and interest netting rules. | | | | |
| Agler, David | 03/15/2010 | 6.20 | 580.00 | 3,596.00 |
| Analysis and consultations with Sue Tomlinson re bankruptcy tax issues including tax audit and tax refund claims; participation in teleconference with Mr. Siegel, Mr. McDonald, Ms. Tomlinson and legal counsel re U.S. and foreign tax issues; including tax refund and audit issues; telephone conference with Mr. McDonald and Ms. Tomlinson. | | | | |
| Agler, David | 03/16/2010 | 2.70 | 580.00 | 1,566.00 |
| Analysis of tax audit and tax refund issues. | | | | |

**Circuit City**

Engagement: 881550.002
Bill Date: 05/06/10
Invoice: 1665189

## Crowe Horwath LLP

### For the period 03/01/10 through 03/31/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 03/17/2010 | 1.90 | 580.00 | 1,102.00 |
| Analysis of tax issues re IRS audit and tax refunds, and liquidating trust distribution issues. | | | | |
| Tomlinson, Sue | 03/18/2010 | 4.40 | 445.00 | 1,958.00 |
| Continued analysis of tax issues, Canadian issues, etc. Analysis of exposure for all open issues. | | | | |
| Tomlinson, Sue | 03/19/2010 | 0.60 | 445.00 | 267.00 |
| Review detailed IRS tax schedules prepared by Jeff McDonald | | | | |
| Agler, David | 03/22/2010 | 4.40 | 580.00 | 2,552.00 |
| Analysis and consultations with Ms. Tomlinson re tax compliance, tax refund and tax exposure issues; telephone conference with Mr. Pearlman and Ms. Tomlinson re Canadian tax issues. | | | | |
| Tomlinson, Sue | 03/22/2010 | 0.30 | 445.00 | 133.50 |
| Call with Mark Pearlman re status of Canadian tax issues. | | | | |
| Tomlinson, Sue | 03/22/2010 | 3.20 | 445.00 | 1,424.00 |
| Review of open issues with David Agler including preparation of time line and history on the Sale Leaseback transactions. Phone conference with David Agler and Jeff McDonald regarding status of InterTAN and IRS audit issues, agreements re 2/07-2/09. Review of issues for 2/02 - 2/06 including review of charts regarding Sale Leaseback Claims, interest netting issues, etc. | | | | |
| Tomlinson, Sue | 03/22/2010 | 2.40 | 445.00 | 1,068.00 |
| Review of charts from Jeff McDonald re various assumptions related to IRS audits under TAM. Review of ordering rules re IRS audit adjustments and NOL carrybacks, etc. including impact on interest netting. | | | | |
| Tomlinson, Sue | 03/23/2010 | 5.30 | 445.00 | 2,358.50 |
| Continued analysis and consultation with Mr. Agler of comprehensive IRS matters, research ordering issues of IRS adjustments and NOLs. Review of issues for 2/02 - 2/09 including review of charts regarding Sale Leaseback Claims, interest netting issues, etc. to determine ability to release monies to liquidating trust. Discussion with Al Siegel re IRS matters | | | | |
| Agler, David | 03/23/2010 | 3.20 | 580.00 | 1,856.00 |
| Analysis and consult with Ms. Tomlinson re tax refund, tax audit, tax compliance and tax liability exposure issues. | | | | |
| Agler, David | 03/24/2010 | 6.10 | 580.00 | 3,538.00 |
| Analysis and consultations with Ms. Tomlinson re tax audit, tax refund and tax liability exposure issues; telephone conferences with Mr. McDonald re tax audit issues; telephone conferences with Mr. Siegel and Ms. Tomlinson re liquidating trust distribution issues. | | | | |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 05/06/10
Invoice: 1665189

## Crowe Horwath LLP

### For the period 03/01/10 through 03/31/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 03/24/2010 | 4.40 | 445.00 | 1,958.00 |
| Phone conferences and consultations with David Agler and Jeff McDonald regarding IRS audit issues, agreements re 2/07-2/09 including consultation regarding negotiation of proposed changes to 2/07, impact of TAM on settlement years, etc. Assess potential for IRS to make further future claims against the taxpayer. Discussed interest netting issues, etc. | | | | |
| Tomlinson, Sue | 03/24/2010 | 1.70 | 445.00 | 756.50 |
| Phone conference to determine ability to release monies to liquidating trust. Discussion with Al Siegel re IRS refund matters. Preparation of email to G. Galardi | | | | |
| Tomlinson, Sue | 03/25/2010 | 0.80 | 445.00 | 356.00 |
| Research regarding bankruptcy court cases with interest netting. | | | | |
| Tomlinson, Sue | 03/25/2010 | 0.40 | 445.00 | 178.00 |
| Review emails regarding TAM release / call regarding same | | | | |
| Tomlinson, Sue | 03/25/2010 | 2.60 | 445.00 | 1,157.00 |
| Consult with Ms. Tomlinson re tax refund, audit and trust distribution matters; draft email to Mr. Galardi; telephone conference with Mr. Gilardi. Phone with Mr. Siegel re same. | | | | |
| Agler, David | 03/25/2010 | 2.60 | 580.00 | 1,508.00 |
| Consult with Ms. Tomlinson re tax refund, audit and trust distribution matters; draft email to Mr. Galardi; telephone conference with Mr. Siegel and Ms. Tomlinson; telephone conference with Mr. Galardi. | | | | |
| Tomlinson, Sue | 03/26/2010 | 0.30 | 445.00 | 133.50 |
| With Al Siegel regarding discussion with Mr. Gilardi, IRS audit matters, etc. | | | | |
| Tomlinson, Sue | 03/26/2010 | 0.30 | 445.00 | 133.50 |
| Consultation with Mr. McDonald regarding IRS audit settlement 2/07-2/09 | | | | |
| Tomlinson, Sue | 03/27/2010 | 2.70 | 445.00 | 1,201.50 |
| Review of various calculations to validate upside and downside to federal refunds. | | | | |
| **Total Tax Issues** | | **72.30** | | **36,385.50** |

EXHIBIT_____PAGE_____OF_____



CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.                          May 18, 2010
4851 Lake Brook Drive
Suite 500                                          INVOICE NO: 1667503
Glen Allen, VA 23060                               TERMS: PAYABLE UPON RECEIPT
                                                   Acct No. 881550.002

For services rendered by Crowe Horwath LLP for the month of April 2010:

| | |
|---|---:|
| Fees (see attached) | $ 40,697.50 |
| **Out of Pocket Costs** | |
| Travel, lodging and business meals | 3,079.82 |
| Lexis Nexis Fees | 516.65 |
| | 3,596.47 |
| Total | $ 44,293.97 |

If you have any questions concerning this invoice, please call the Billing Department at (818)501-5200.

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 05/18/10
Invoice: 1667503

| Category Of Work | Time | Charges |
|---|---|---|
| Accounting Services | 53.00 | 26,427.50 |
| Tax Issues | 28.70 | 14,270.00 |
| Total Professional Fees | 81.70 | 40,697.50 |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 05/18/10
Invoice: 1667503

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 04/01/2010 | 1.70 | 550.00 | 935.00 |
| Read emails and attachments regarding various issues including claims, accounts receivable, etc. | | | | |
| Gottlieb, David | 04/02/2010 | 1.00 | 550.00 | 550.00 |
| Read Bylaws and correspondences regarding various issues regarding claims, accounts receivable and reporting issues | | | | |
| Gottlieb, David | 04/19/2010 | 1.30 | 550.00 | 715.00 |
| Review of financial documents and schedules | | | | |
| Gottlieb, David | 04/20/2010 | 5.60 | 550.00 | 3,080.00 |
| Preparation for meetings including review of memos and financial documents. | | | | |
| Gottlieb, David | 04/20/2010 | 4.70 | 275.00 | 1,292.50 |
| Non working travel | | | | |
| Gottlieb, David | 04/21/2010 | 10.20 | 550.00 | 5,610.00 |
| Meetings with staff, FTI, CRO, and settlement meetings with counsel and Samsung representatives and Korean Insurance Company representatives. | | | | |
| Gottlieb, David | 04/22/2010 | 11.10 | 550.00 | 6,105.00 |
| Meetings at Circuit City with counsel and staff regarding various issues, and review of numerous documents / dinner meeting | | | | |
| Gottlieb, David | 04/23/2010 | 3.10 | 550.00 | 1,705.00 |
| Review of claims detail and various other financial documents | | | | |
| Gottlieb, David | 04/23/2010 | 5.20 | 275.00 | 1,430.00 |
| Non working travel | | | | |
| Gottlieb, David | 04/24/2010 | 2.30 | 550.00 | 1,265.00 |
| Meet with J. P Morgan Chase re banking issues, etc. at request of CRO/ work on increasing basis points | | | | |
| Gottlieb, David | 04/27/2010 | 2.40 | 550.00 | 1,320.00 |
| Prepare for and participate in conference call with G. Galardi; Ian Fredericks, R. Pachulski, J. Pomerantz and Al Siegel regarding confirmation and list confirmation issues | | | | |
| Gottlieb, David | 04/28/2010 | 4.40 | 550.00 | 2,420.00 |
| Review numerous documents and correspondences re Canada/French issue, claims and other tax matters | | | | |
| **Total Accounting Services** | | **53.00** | | **26,427.50** |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 05/18/10
Invoice: 1667503

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 04/06/2010 | 3.20 | 445.00 | 1,424.00 |
| Continued analysis of IRS matters, ordering of assessments and interest netting. | | | | |
| Tomlinson, Sue | 04/07/2010 | 2.30 | 445.00 | 1,023.50 |
| Continued analysis of IRS matters, ordering of assessments and interest netting. | | | | |
| Agler, David | 04/08/2010 | 1.30 | 580.00 | 754.00 |
| Analysis of bankruptcy tax issues regarding plan of reorganization. | | | | |
| Tomlinson, Sue | 04/12/2010 | 1.80 | 445.00 | 801.00 |
| Review emails from Mr. McDonald regarding status of TAM and 2007-2008 IRS audit / follow up research | | | | |
| Tomlinson, Sue | 04/13/2010 | 3.70 | 445.00 | 1,646.50 |
| Review and discuss emails with Mr. Agler, analysis of tax audit issues and tax issues re bankruptcy plan of reorganization. | | | | |
| Agler, David | 04/13/2010 | 2.80 | 580.00 | 1,624.00 |
| Review and discuss emails with Ms. Tomlinson; analysis of various tax issues relating to plan/trust etc. | | | | |
| Agler, David | 04/14/2010 | 1.20 | 580.00 | 696.00 |
| Continued analysis of tax audit issues and other matters pertaining to carryback, Canada etc. | | | | |
| Tomlinson, Sue | 04/14/2010 | 2.10 | 445.00 | 934.50 |
| Research of tax issues re plan of reorganization and liquidating trust. Review of Form 5701 etc. regarding 2007-2008 audit | | | | |
| Tomlinson, Sue | 04/16/2010 | 2.30 | 445.00 | 1,023.50 |
| Review of TAM and IRS audit reports related to conclusion of 2007-2008 audit period. Review of open issues, refundable positions, etc. in response to creditor committee request for information. | | | | |
| Agler, David | 04/20/2010 | 3.40 | 580.00 | 1,972.00 |
| Analysis of tax issues re bankruptcy plan of reorganization, tax audit issues and tax refund issues. | | | | |
| Agler, David | 04/21/2010 | 2.40 | 580.00 | 1,392.00 |
| Analysis of tax issues re plan, including tax refund/audit issues. | | | | |
| Tomlinson, Sue | 04/23/2010 | 2.20 | 445.00 | 979.00 |
| Review of TAM and IRS documents regarding various years including impact on states, etc. / related research | | | | |
| **Total Tax Issues** | | **28.70** | | **14,270.00** |



CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.                                    August 30, 2010
4851 Lake Brook Drive
Suite 500                                                    **INVOICE NO: 1682020**
Glen Allen, VA 23060                                         **TERMS: PAYABLE UPON RECEIPT**
                                                             Acct No. 881550.002

For services rendered by Crowe Horwath LLP for the month of May 2010:

|  | Fees (see attached) | $ | 21,613.00 |
|---|---|---|---|
| . | Out of Pocket Costs | | |
|  | Travel, lodging and business meals | | 2,403.49 |
|  | Total | $ | 24,016.49 |

**If you have any questions concerning this invoice, please call the Billing Department at (818)501-5200.**

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 08/30/10
Invoice: 1682020

| Category Of Work | Time | Charges |
|---|---|---|
| Accounting Services | 40.90 | 20,233.50 |
| Tax Issues | 3.10 | 1,379.50 |
| Total Professional Fees | 44.00 | 21,613.00 |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.002
Bill Date: 08/30/10
Invoice: 1682020

## Crowe Horwath LLP

### For the period 05/01/10 through 05/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 05/06/2010 | 3.00 | 575.00 | 1,725.00 |
| Read Bylaws Liquidating Trust Agreement, Claims details, etc. | | | | |
| Gottlieb, David | 05/07/2010 | 4.20 | 575.00 | 2,415.00 |
| Review memos and documents in preparation for meeting in Richmond | | | | |
| Gottlieb, David | 05/10/2010 | 4.50 | 287.50 | 1,293.75 |
| Nonworking travel. | | | | |
| Gottlieb, David | 05/10/2010 | 6.60 | 575.00 | 3,795.00 |
| Read documents related to professionals interviewing for LCD litigation and claims detail schedules provided by staff. | | | | |
| Gottlieb, David | 05/11/2010 | 10.40 | 575.00 | 5,980.00 |
| Attend Court hearing, meeting with creditors committee professionals, counsel and CC staff, interview of professionals for LCD litigation, meeting with Al Siegel and jeff Pomerantz . | | | | |
| Gottlieb, David | 05/12/2010 | 6.50 | 287.50 | 1,868.75 |
| Non working travel. | | | | |
| Gottlieb, David | 05/12/2010 | 3.00 | 575.00 | 1,725.00 |
| Review correspondence and documents regarding meeting and confirmation issues, etc | | | | |
| Barton, Barbara | 05/12/2010 | 0.30 | 170.00 | 51.00 |
| Review correspondences - put in chronological for future reference. | | | | |
| Gottlieb, David | 05/13/2010 | 0.90 | 575.00 | 517.50 |
| Telephone calls with A. Siegel, etc. re case issues. | | | | |
| Gottlieb, David | 05/24/2010 | 1.30 | 575.00 | 747.50 |
| Review correspondence between Jeff Pomerantz, R. Greg Galand, Ian Fredericks, Rick Pachulski regarding Bylaws/liquidating trust agreements, committee meeting, board meeting, joint plan, opposition plan confirmation issues. | | | | |
| Gottlieb, David | 05/25/2010 | 0.20 | 575.00 | 115.00 |
| Read emails between Pomerantz, Gilard, Pachulski, and Feinstein regarding Bylaws/liquidating trust, board meeting, creditor meetings and joint plan, etc. | | | | |
| **Total Accounting Services** | | **40.90** | | **20,233.50** |

EXHIBIT____PAGE____OF____

{00480148.DOC / 1}

**Circuit City**

Engagement: 881550.002
Bill Date: 08/30/10
Invoice: 1682020

### Crowe Horwath LLP

### For the period 05/01/10 through 05/31/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 05/11/2010 | 0.30 | 445.00 | 133.50 |
| Verification of extension filing, request status of IRS matters. | | | | |
| Tomlinson, Sue | 05/12/2010 | 2.20 | 445.00 | 979.00 |
| Review of Jeff McDonald's email regarding plan to appeal ground leased sale-leaseback position. Review case law re same. | | | | |
| Tomlinson, Sue | 05/17/2010 | 0.60 | 445.00 | 267.00 |
| IRS updates | | | | |
| Total Tax Issues | | 3.10 | | 1,379.50 |

**Circuit City – Alfred H. Siegel as CRO**
Exhibit B

Engagement: 881550.001
Bill Date: 12/09/2010
Invoice: 1664521, 1667367, 1682022

## Crowe Horwath LLP

### For the period 03/01/10 through 05/31/2010

### By Category of Work Performed

| Category Of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 206.90 | 92,748.75 |
| | Total Professional Fees | 206.90 | 92,748.75 |

**Out-of-Pocket Expenses**

| | | |
|---|---|---|
| Travel, Lodging and Business Meals | | 12,587.91 |
| Ground Transportation | | 1,357.05 |
| FedEx, Messenger and Overnight Mail | | 81.46 |
| | Total Out-of-Pocket Expenses | 14,026.42 |
| | **Total Professional Fees & Costs** | 106,775.17 |

EXHIBIT_____PAGE_____OF_____

**Circuit City – Alfred H. Siegel as CRO**
Engagement: 881550.001
Bill Date: 12/09/2010
Invoice: 1664521, 1667367, 1682022

### Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Fees and Time by Month

| Month | Time | Charges |
|-------|------|---------|
| March 2010 | 85.90 | 31,792.50 |
| April 2010 | 70.80 | 35,745.00 |
| May 2010 | 50.20 | 25,211.25 |
| | 206.90 | 92,748.75 |

EXHIBIT_____PAGE_____OF_____

**Circuit City – Alfred H. Siegel as CRO**

Engagement: 881550.001
Bill Date: 12/09/2010
Invoice: 1664521, 1667367, 1682022

**Crowe Horwath LLP**

**For the period 03/01/10 through 05/31/2010**

**Professional Fees and Time by Employee**

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Irving, Lisa | 14.00 | 50.00 | 700.00 |
| Irving, Lisa | 16.60 | 100.00 | 1,660.00 |
| Kamran, Bita | 1.00 | 90.00 | 90.00 |
| Siegel, Alfred | 16.50 | 275.00 | 4,537.50 |
| Siegel, Alfred | 9.70 | 287.50 | 2,788.75 |
| Siegel, Alfred | 110.40 | 550.00 | 60,720.00 |
| Siegel, Alfred | 38.70 | 575.00 | 22,252.50 |
| | 206.90 | | 92,748.75 |

 **Crowe Horwath.**

CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.
4851 Lake Brook Drive
Suite 500
Glen Allen, VA 23060

April 30, 2010

**INVOICE NO: 1664521**
**TERMS: PAYABLE UPON RECEIPT**
Acct No. 881550.001

---

For services rendered by Alfred H. Siegel as CRO, for the period ended March 2010:

| | |
|---|---:|
| Fees  (see attached) | $        31,792.50 |
| Out of Pocket Costs | |
| Travel, lodging and business meals | 8,308.62 |
| Ground Transportation | 677.84 |
| FedEx, Messenger and Overnight Mail | 70.25 |
| | 9,056.71 |
| Total | $       40,849.21 |

**Circuit City**

Engagement: 881550.001
Bill Date: 05/06/10
Invoice: 1664521

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 03/02/2010 | 1.30 | 550.00 | 715.00 |
| Calls and e mails regarding CRO responsibilites, etc | | | | |
| Siegel, Alfred | 03/03/2010 | 1.60 | 550.00 | 880.00 |
| Review numerous analyses and reports from Circuit | | | | |
| Siegel, Alfred | 03/05/2010 | 2.50 | 550.00 | 1,375.00 |
| Numerous phone calls and correspondence relating to Mosier deal, CRO etc | | | | |
| Irving, Lisa | 03/08/2010 | 0.70 | 100.00 | 70.00 |
| Conference call with Circuit City and Al Siegel | | | | |
| Siegel, Alfred | 03/08/2010 | 2.10 | 550.00 | 1,155.00 |
| Telephonic participation in march 8th hearing | | | | |
| Siegel, Alfred | 03/08/2010 | 0.70 | 550.00 | 385.00 |
| Conference call with Katie Bradshaw | | | | |
| Siegel, Alfred | 03/09/2010 | 0.40 | 550.00 | 220.00 |
| E-mails with Brandi Fose, Katie Bradshaw, Jim Marcum, Jeff McDonald and Gregg Galardi with respect to upcoming visit | | | | |
| Irving, Lisa | 03/10/2010 | 1.00 | 100.00 | 100.00 |
| Assist Siegel and Gottlieb with establishment of data sharing systems and banking/meet with Bradshaw | | | | |
| Siegel, Alfred | 03/10/2010 | 5.70 | 550.00 | 3,135.00 |
| Review numerous documents/draft work plan and prepare meeting agendas/dinner meeting with Katie Bradsdhaw | | | | |
| Irving, Lisa | 03/10/2010 | 7.00 | 50.00 | 350.00 |
| Non working travel. | | | | |
| Siegel, Alfred | 03/10/2010 | 3.50 | 275.00 | 962.50 |
| Non working travel. | | | | |
| Siegel, Alfred | 03/11/2010 | 10.80 | 550.00 | 5,940.00 |
| At Circuit City office/meet with key employees/evaluate administrative systems and controls/review litigation support plan/discuss budgets, taxes, court required reporting etc/dinner meeting with senior employees | | | | |
| Irving, Lisa | 03/11/2010 | 8.30 | 100.00 | 830.00 |
| Work at Circuit City headquarters to assist Al Siegel and David Gottlieb/meetings with Bradshaw and Ferguson et al | | | | |
| Irving, Lisa | 03/12/2010 | 2.10 | 100.00 | 210.00 |
| Work at Circuit City/meetings with personnel. | | | | |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.001
Bill Date: 05/06/10
Invoice: 1664521

| <u>Name</u> | <u>Date</u> | <u>Time</u> | <u>Rate</u> | <u>Charges</u> |
|---|---|---|---|---|
| Siegel, Alfred | 03/12/2010 | 5.30 | 550.00 | 2,915.00 |
| Conclude initial review of administrative and litigation support systems/closing meetings with staff/prepare "to do" list. | | | | |
| Irving, Lisa | 03/12/2010 | 7.00 | 50.00 | 350.00 |
| Non working travel. | | | | |
| Siegel, Alfred | 03/12/2010 | 4.00 | 275.00 | 1,100.00 |
| Non working travel. | | | | |
| Siegel, Alfred | 03/15/2010 | 1.30 | 550.00 | 715.00 |
| Review numerous documents and memos relating to operational and case matters/prepare for Board call | | | | |
| Siegel, Alfred | 03/15/2010 | 1.60 | 550.00 | 880.00 |
| McDonald and Mosier/Participation in call relating to various tax issues/follow up discussions with Tomlinson and Agler | | | | |
| Irving, Lisa | 03/16/2010 | 0.60 | 100.00 | 60.00 |
| Meet with Siegel to establish procedures for incoming communications from winddown team | | | | |
| Siegel, Alfred | 03/16/2010 | 2.20 | 550.00 | 1,210.00 |
| Review numerous e mails and attachments regarding claims and adversarys/discussions with respect to insurance coverage and cash flow budget issues/discuss with Irving. | | | | |
| Siegel, Alfred | 03/16/2010 | 0.90 | 550.00 | 495.00 |
| Participate in call with Board/follow up with Galardi | | | | |
| Siegel, Alfred | 03/18/2010 | 0.70 | 550.00 | 385.00 |
| Calls and e mails to/from Bradshaw regarding cash flow budget, insurance and internal control matters/discuss same with Gottlieb | | | | |
| Siegel, Alfred | 03/18/2010 | 3.70 | 550.00 | 2,035.00 |
| Review numerous documents, memos and correspondances relating to claims, tax and liquidation analysis | | | | |
| Siegel, Alfred | 03/19/2010 | 0.60 | 550.00 | 330.00 |
| Calls with Brandi and Katie/review cash control issues | | | | |
| Irving, Lisa | 03/22/2010 | 0.40 | 100.00 | 40.00 |
| Participate in conference call with Siegel, Bradshaw, Fredericks and insurance agents re: renewal of various policies | | | | |
| Siegel, Alfred | 03/22/2010 | 1.40 | 550.00 | 770.00 |
| Work on internal control plan/discussions with Katie Bradshaw and David Gottlieb | | | | |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.001
Bill Date: 05/06/10
Invoice: 1664521

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred<br>Conference call re Intertan | 03/23/2010 | 0.60 | 550.00 | 330.00 |
| Irving, Lisa<br>Review emails from controller re: insurance premium quotes.  Discuss with CRO. | 03/24/2010 | 0.50 | 100.00 | 50.00 |
| Siegel, Alfred<br>Various calls and e mails with Katie Bradshaw regarding administrative issues | 03/24/2010 | 0.70 | 550.00 | 385.00 |
| Irving, Lisa<br>Review emails from winddown team and discuss with Siegel | 03/29/2010 | 0.60 | 100.00 | 60.00 |
| Siegel, Alfred<br>Calls and e mails to Circuit Staff/review various documents including projected cash flows/discuss projects with Gottlieb/start prep of Board letter/discuss with Irving. | 03/29/2010 | 1.80 | 550.00 | 990.00 |
| Siegel, Alfred<br>prep for and call with Jim Marcum | 03/30/2010 | 0.80 | 550.00 | 440.00 |
| Siegel, Alfred<br>e mails/calls to Katie Bradshaw and David Gottlieb regarding operational and Board call matters/budget, insurance, banking, file storage etc | 03/30/2010 | 2.30 | 550.00 | 1,265.00 |
| Siegel, Alfred<br>calls and correspondence with Katie Bradshaw/correspondence regarding Canadian tax issues/work on BOD issues - review prior reports | 03/31/2010 | 1.20 | 550.00 | 660.00 |
| Total Case Administration | | 85.90 | | 31,792.50 |

EXHIBIT_____PAGE_____OF_____

 Crowe Horwath.

CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.
4851 Lake Brook Drive
Suite 500
Glen Allen, VA 23060

May 17, 2010

**INVOICE NO: 1667367**
**TERMS: PAYABLE UPON RECEIPT**
Acct No. 881550.001

For services rendered by Alfred H. Siegel as CRO, for the period ended April 2010:

| | |
|---|---|
| Fees  (see attached) | $     37,908.00[1] |
| **Out of Pocket Costs** | |
| Travel, lodging and business meals | 1,160.98 |
| Ground Transportation | 679.21 |
| FedEx, Messenger and Overnight Mail | 11.21 |
| | 1851.40 |
| Total | $     39,759.40 |

[1] Subsequent to the serving of this invoice in May 2010, it was determined that the total for fees was incorrect.  It should be $35,745.00.  Said amount was then paid to Mr. Siegel in the correct amount.

**If you have any questions concerning this invoice, please call the Billing Department at (818)501-5200.**

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.001
Bill Date: 05/17/10
Invoice: 1667367

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 04/02/2010 | 3.70 | 550.00 | 2,035.00 |
| prep for and participate in call with Circuit BOD/follow up calls and e mails with Galardi and Bradshaw | | | | |
| Irving, Lisa | 04/05/2010 | 0.30 | 100.00 | 30.00 |
| Contact Michelle Smithson re: signature cards for bank accounts.  Forward information re: entry devices | | | | |
| Siegel, Alfred | 04/05/2010 | 2.20 | 550.00 | 1,210.00 |
| Participation in conference call/review numerous e mails and documents incl BY-Law draft | | | | |
| Irving, Lisa | 04/06/2010 | 0.50 | 100.00 | 50.00 |
| Meeting with Siegel to discuss bank account signatory documents and need for additional information for processing | | | | |
| Siegel, Alfred | 04/07/2010 | 1.10 | 550.00 | 605.00 |
| call with Katie Bradshaw/review correspondence and materials relating to sales of property, CRO etc | | | | |
| Siegel, Alfred | 04/08/2010 | 0.80 | 550.00 | 440.00 |
| review e mails and documents/call to Bradshaw | | | | |
| Siegel, Alfred | 04/12/2010 | 2.30 | 550.00 | 1,265.00 |
| review cash, payroll and expenditure reports/calls regarding next week's trip and scheduling/review e mails from Ian, Katie etc | | | | |
| Irving, Lisa | 04/14/2010 | 0.30 | 100.00 | 30.00 |
| Discussion with Siegel re: call from Chris Leonardo regarding Circuit City claim in ATT litigation. Subsequent call to Leonardo to relay information. | | | | |
| Siegel, Alfred | 04/15/2010 | 0.60 | 550.00 | 330.00 |
| review corr from counsel regarding canadian tax issues/review related file material | | | | |
| Siegel, Alfred | 04/19/2010 | 1.40 | 550.00 | 770.00 |
| Preliminary review of new materials regarding status of claims | | | | |
| Siegel, Alfred | 04/19/2010 | 4.60 | 550.00 | 2,530.00 |
| Calls and e mails between Bradshaw, Fredericks and Gottlieb/ conference call with Galaradi et al regarding French tax and Canadian issues/review related materials | | | | |
| Siegel, Alfred | 04/20/2010 | 5.00 | 550.00 | 2,750.00 |
| Meet with Gottlieb regarding turnover issues/review numerous documents relating to claims, receivables and tax matters | | | | |
| Siegel, Alfred | 04/20/2010 | 5.00 | 275.00 | 1,375.00 |
| Non working travel | | | | |
| Siegel, Alfred | 04/21/2010 | 11.20 | 550.00 | 6,160.00 |
| Meetings with Galardi, Fredericks et al re Samsung/meet with FTI rep regarding claims monitoring process/meetings with McDonald re various tax issues/dinner meeting with counsel re case issues | | | | |

EXHIBIT____ PAGE____ OF____

**Circuit City**

Engagement: 881550.001
Bill Date: 05/17/10
Invoice: 1667367

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 04/22/2010 | 10.50 | 550.00 | 5,775.00 |
| meetings with Fredericks, Foley, Ferguson, Bradshaw et al regarding progress of claims resolution, settlements and potential adversarys/further discussions regarding Intertan and French tax problem/continued review of systems to prepare for turnover/dinner meeting with senior staff | | | | |
| Siegel, Alfred | 04/23/2010 | 5.00 | 550.00 | 2,750.00 |
| Review numerous documents, analysis and reports with respect to potential claims resolution, taxes and distributions to creditors | | | | |
| Siegel, Alfred | 04/23/2010 | 4.00 | 275.00 | 1,100.00 |
| Non working travel | | | | |
| Siegel, Alfred | 04/24/2010 | 2.30 | 550.00 | 1,265.00 |
| continue review of materials from circuit | | | | |
| Irving, Lisa | 04/26/2010 | 0.20 | 100.00 | 20.00 |
| Review and forward DRI property information to Safai | | | | |
| Siegel, Alfred | 04/26/2010 | 3.70 | 550.00 | 2,035.00 |
| review numerous schedules and analyses from trip to Richmond/calls to real estate advisor regarding DRI sale and value issue/follow up with deborah Miller | | | | |
| Siegel, Alfred | 04/27/2010 | 4.30 | 550.00 | 2,365.00 |
| prep for and participate in conference call with debtor and creditor Comm counsel re Canadian/French tax issues, amalgamation, confirmation and other matters | | | | |
| Siegel, Alfred | 04/27/2010 | 0.70 | 550.00 | 385.00 |
| calls and e mails with counsel and CC staff regarding hearing on May 11th | | | | |
| Irving, Lisa | 04/27/2010 | 0.30 | 100.00 | 30.00 |
| Print emails and discuss with CRO.  Forward signature page to Mosier agreement to Skadden. | | | | |
| Siegel, Alfred | 04/30/2010 | 0.80 | 550.00 | 440.00 |
| Lunch meeting with Gottlieb to discuss May 11th conference as well as French/Intertan/Monitor issues | | | | |
| Total Case Administration | | 70.80 | | 35,745.00 |

EXHIBIT_____PAGE_____OF_____

 Crowe Horwath.

CROWE HORWATH LLP  P.O. BOX  145415 CINCINNATI, OH 45250-9791
Please use P.O. Box address for payments only.

Circuit City Stores, Inc.                                    August 30, 2010
4851 Lake Brook Drive
Suite 500                                                    **INVOICE NO: 1682022**
Glen Allen, VA 23060                                         **TERMS: PAYABLE UPON RECEIPT**
                                                             Acct No. 881550.001

For services rendered by Alfred H. Siegel, CRO for the month of May 2010:

| | |
|---|---|
| Fees (see attached) | $    25,211.25 |
| Out of Pocket Costs | |
| Travel, lodging and business meals | $    3,118.31 |
| Total | $    28,329.56 |

**If you have any questions concerning this invoice, please call the Billing Department at (818)501-5200.**

EXHIBIT____PAGE____OF____

**Circuit City**

Engagement: 881550.001
Bill Date: 08/30/10
Invoice: 1682022

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 05/03/2010 | 0.80 | 575.00 | 460.00 |
| Review numerous e-mails and attachments | | | | |
| Siegel, Alfred | 05/04/2010 | 2.30 | 575.00 | 1,322.50 |
| Various e-mails and calls regarding LCD litigation/upcoming Board conference call/DR1 sale etc | | | | |
| Siegel, Alfred | 05/04/2010 | 1.40 | 575.00 | 805.00 |
| Work on fee application for services on behalf of the committee and debtor as potential liquidating Trustee and CRO for the period inception through February 28, 2010 | | | | |
| Siegel, Alfred | 05/05/2010 | 0.80 | 575.00 | 460.00 |
| Calls back and forth with Katie Bradshaw regarding conference call, IT systems and agenda for meetings on the 11th | | | | |
| Siegel, Alfred | 05/05/2010 | 0.80 | 575.00 | 460.00 |
| Conference call with BOD and counsel regarding variety of issues, including Canadian Tax, France etc | | | | |
| Kamran, Bita | 05/05/2010 | 1.00 | 90.00 | 90.00 |
| Generate March invoice. | | | | |
| Siegel, Alfred | 05/05/2010 | 0.90 | 575.00 | 517.50 |
| Calls regarding installation of video conferencing system | | | | |
| Siegel, Alfred | 05/06/2010 | 1.70 | 575.00 | 977.50 |
| Review numerous documents and memos relating to LCD litigation, adversary matters, Canadian/France issue | | | | |
| Siegel, Alfred | 05/06/2010 | 0.40 | 575.00 | 230.00 |
| Conference call with Gregg and Ian regarding agenda for meeting on Tuesday | | | | |
| Siegel, Alfred | 05/07/2010 | 3.60 | 575.00 | 2,070.00 |
| Review documents, pleadings, etc in preparation for trip to Richmond | | | | |
| Siegel, Alfred | 05/10/2010 | 4.50 | 287.50 | 1,293.75 |
| Non working travel | | | | |
| Siegel, Alfred | 05/10/2010 | 5.60 | 575.00 | 3,220.00 |
| Work on items relating to hearing and follow up meetings on LCD litigation/meet with Katie Bradshaw and Brandi Fose | | | | |
| Siegel, Alfred | 05/11/2010 | 10.70 | 575.00 | 6,152.50 |
| Review material prior to hearing/attend hearing in Richmond/lunch meeting with counsel/meetings with Debtor and Creditor Comm counsel regarding going forward issues, trust, by-laws etc/meeting with proposed counsel for LCD litigation/subsequent meetings with counsel | | | | |
| Siegel, Alfred | 05/12/2010 | 5.20 | 287.50 | 1,495.00 |
| Non working travel | | | | |

EXHIBIT_____PAGE_____OF_____

**Circuit City**

Engagement: 881550.001
Bill Date: 08/30/10
Invoice: 1682022

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 05/12/2010 | 4.70 | 575.00 | 2,702.50 |
| Review numerous documents, notes and memos to follow up on meetings and hearing/continue work on transition plan, identification of duties and responsibilities etc | | | | |
| Irving, Lisa | 05/12/2010 | 0.80 | 100.00 | 80.00 |
| Review Excel time summaries for CRO and Crowe. Forward to UST in Richmond for their review/comments. | | | | |
| Siegel, Alfred | 05/14/2010 | 1.20 | 575.00 | 690.00 |
| Phone calls with Katie Bradshaw and Doug Foley | | | | |
| Siegel, Alfred | 05/17/2010 | 0.70 | 575.00 | 402.50 |
| Calls with Katie Bradshaw/review various correspondences/discussions regarding texas tax payment | | | | |
| Siegel, Alfred | 05/25/2010 | 1.00 | 575.00 | 575.00 |
| Lunch meeting with Gottlieb re status of various matters and transition issues | | | | |
| Siegel, Alfred | 05/27/2010 | 2.10 | 575.00 | 1,207.50 |
| Review documents including plan, liquidating trust and by-laws/conference call with Board, Debtor counsel et al | | | | |
| Total Case Administration | | 50.20 | | 25,211.25 |

EXHIBIT____PAGE____OF____

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### By Category of Work Performed

| Category Of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 116.60 | 55,600.00 |
| Data Analysis | | 93.40 | 16,662.75 |
| Fee Application | | 11.40 | 2,445.00 |
| Tax Issues | | 43.80 | 22,023.00 |
| | Total Professional Fees | 265.20 | 96,730.75 |

| **Out-of-Pocket Expenses** | | |
|---|---|---|
| Ground Travel | | 39.49 |
| Meals | | 307.29 |
| Airline Fees | | 2,433.60 |
| Overnight Delivery Recovery | | 329.48 |
| | Total Out-of-Pocket Expenses | 3,109.86 |
| | **Total Professional Fees & Costs** | 99,840.61 |

EXHIBIT_____PAGE_____OF_____

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

**Crowe Horwath LLP**

**For the period 06/01/10 through 10/31/10**

**Fees and Time by Month**

| Month | Time | Charges |
|---|---:|---:|
| June 2010 | 25.90 | 8,483.00 |
| July 2010 | 0.00 | 0.00 |
| August 2010 | 3.50 | 2,013.50 |
| September 2010 | 157.10 | 58,275.75 |
| October 2010 | 78.70 | 27,958.50 |
| | 265.20 | 96,730.75 |

EXHIBIT_____PAGE_____OF_____

**Circuit City Liquidating Trust**
Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

**Crowe Horwath LLP**

**For the period 06/01/10 through 10/31/10**

**Professional Fees and Time by Employee**

| Name | Time | Rate | Charges |
|------|-----:|-----:|--------:|
| Agler, David | 23.80 | 580.00 | 13,804.00 |
| Gottlieb, David | 42.80 | 575.00 | 24,610.00 |
| Howard, Benjamin | 31.60 | 240.00 | 7,584.00 |
| Hua, Laura | 0.20 | 100.00 | 20.00 |
| Irving, Lisa | 3.60 | 100.00 | 360.00 |
| Kamran, Bita | 0.40 | 90.00 | 36.00 |
| Kreiger, Conrad | 1.00 | 135.00 | 135.00 |
| Milner, Keenen | 17.50 | 127.50 | 2,231.25 |
| Milner, Keenen | 44.80 | 255.00 | 11,424.00 |
| Siegel, Brian | 19.00 | 45.00 | 855.00 |
| Siegel, Brian | 9.00 | 90.00 | 810.00 |
| Siegel, Alfred | 45.50 | 575.00 | 26,162.50 |
| Smith, Pamela | 2.20 | 95.00 | 209.00 |
| Tomlinson, Sue | 17.80 | 450.00 | 8,010.00 |
| Tzeng, Margaret | 6.00 | 80.00 | 480.00 |
| | 265.20 | | 96,730.75 |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

# Crowe Horwath LLP

## For the period 06/01/10 through 10/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 06/02/2010 | 1.10 | 575.00 | 632.50 |
| Read emails re suspension of CRO, email from G. Galardi and draft response regarding Crowe services. | | | | |
| Siegel, Alfred | 06/15/2010 | 1.40 | 575.00 | 805.00 |
| Various calls to Bradshaw/review correspondence and documents regarding Intertan and Canadian issues | | | | |
| Gottlieb, David | 06/16/2010 | 1.60 | 575.00 | 920.00 |
| Read revised CRA ruling request. | | | | |
| Siegel, Alfred | 06/18/2010 | 2.30 | 575.00 | 1,322.50 |
| Review numerous e mails and attachments regarding tax ruling/discuss with Agler | | | | |
| Siegel, Alfred | 08/31/2010 | 2.20 | 575.00 | 1,265.00 |
| Lunch mtg with Gottlieb to discuss plan for turnover/review files relating to transition | | | | |
| Gottlieb, David | 08/31/2010 | 1.10 | 575.00 | 632.50 |
| Meeting with Al Siegel as to planning matters | | | | |
| Hua, Laura | 09/01/2010 | 0.20 | 100.00 | 20.00 |
| Notarize document. | | | | |
| Siegel, Alfred | 09/01/2010 | 1.90 | 575.00 | 1,092.50 |
| Preliminary work relating to bond, software system for liquidating trust and E&O coverage | | | | |
| Gottlieb, David | 09/07/2010 | 1.00 | 575.00 | 575.00 |
| Meeting with Al Siegel to discuss confirmation hearing and transition issues. | | | | |
| Siegel, Alfred | 09/07/2010 | 3.30 | 575.00 | 1,897.50 |
| Discussions regarding transition issues/calls to counsel and staff/review issues with computer systems and compatibility/follow up mtg with Gottlieb | | | | |
| Siegel, Alfred | 09/13/2010 | 3.50 | 575.00 | 2,012.50 |
| Meetings with computer specialists/calls to Katie Bradshaw/ prepare checklist for transition items/calls to bonding company/calls to EPIQW regarding Trustee software and training | | | | |
| Siegel, Alfred | 09/13/2010 | 4.40 | 575.00 | 2,530.00 |
| Review files and work on transition and operational plan | | | | |
| Gottlieb, David | 09/15/2010 | 3.10 | 575.00 | 1,782.50 |
| Read plan, disclosure statement and liquidating trust documents. | | | | |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Siegel, Alfred | 09/15/2010 | 3.20 | 575.00 | 1,840.00 |
| Continue to work on transition plan/meet with admin staff/discussions with tax staff re new entity issues/calls to Bradshaw | | | | |
| Siegel, Alfred | 09/16/2010 | 2.20 | 575.00 | 1,265.00 |
| Discussions with Katie, counsel etc regarding mtg on Monday/rework plans/discuss open item listing with Gottlieb | | | | |
| Gottlieb, David | 09/20/2010 | 1.50 | 575.00 | 862.50 |
| Meeting with Al Siegel regarding various transition issues. | | | | |
| Siegel, Alfred | 09/20/2010 | 1.50 | 575.00 | 862.50 |
| Meeting with Gottlieb to review financial statement requirements in the plan and start work on staffing schedule | | | | |
| Siegel, Alfred | 09/20/2010 | 4.80 | 575.00 | 2,760.00 |
| Continue review of Plan and Disclosure Statement, along with exhibits/discussions relating to insurance coverages/ meet with tax professionals to discuss tax responsibilities under plan | | | | |
| Gottlieb, David | 09/22/2010 | 0.40 | 575.00 | 230.00 |
| Review transition work list, etc. | | | | |
| Gottlieb, David | 09/23/2010 | 1.90 | 575.00 | 1,092.50 |
| Read plan and liquidating trust agreement and read emails and review detail of E&O policies, etc. | | | | |
| Gottlieb, David | 09/27/2010 | 5.50 | 575.00 | 3,162.50 |
| Read plan (1), meeting with Al Siegel and David Agler; travel to meeting at Pachulski, meeting with J. Pomerantz, A. Caine, Al Siegel and D. Baker re transition issies and travel from meeting (4.5) | | | | |
| Siegel, Alfred | 09/27/2010 | 6.20 | 575.00 | 3,565.00 |
| Review documents and correspondence/ travel to proposed counsel for preliminary planning meeting/ follow up calls to Circuit City staff. | | | | |
| Gottlieb, David | 09/29/2010 | 1.80 | 575.00 | 1,035.00 |
| Review Systemax default emails, review documents forwarded by Andy Caine re: claims, etc. | | | | |
| Gottlieb, David | 10/01/2010 | 1.50 | 575.00 | 862.50 |
| Review documents re Systemax audit, etc. | | | | |
| Gottlieb, David | 10/04/2010 | 3.50 | 575.00 | 2,012.50 |
| Finish reviewing documents re Systemax earn out audit (1.1) meet with Al Siegel re conference call (.9) conference call with A. Siegel, K. Bradshaw, L. Irving and Keenan Milner (1.) and meet with Ben Howard re Systemax earn out audit (.5) | | | | |

EXHIBIT_____PAGE_____OF_____

**Circuit City Liquidating Trust**

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

# Crowe Horwath LLP

## For the period 06/01/10 through 10/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Howard, Benjamin | 10/04/2010 | 3.20 | 240.00 | 768.00 |
| Review sale documents and related calculations, Review calculations submitted for earn-out certificate. recalculate and tie out schedules. 10K and 10Q research on parent company | | | | |
| Siegel, Alfred | 10/04/2010 | 2.70 | 575.00 | 1,552.50 |
| Calls with various partners regarding pre effective date planing/ start work plan/ staff meetings | | | | |
| Gottlieb, David | 10/05/2010 | 3.00 | 575.00 | 1,725.00 |
| Review documents and attachments re insurance, compensation, etc./ Calls to Bradshaw | | | | |
| Howard, Benjamin | 10/05/2010 | 1.90 | 240.00 | 456.00 |
| Review backup, phone calls and information requests re: Systemax | | | | |
| Kamran, Bita | 10/07/2010 | 0.40 | 90.00 | 36.00 |
| Print and review correspondence from Katie Bradshaw regarding an estimate of the reserve account balances necessary at the effective date and a listing of unpaid allowed claims. | | | | |
| Howard, Benjamin | 10/08/2010 | 2.30 | 240.00 | 552.00 |
| Systemax- draft request letter, and update with changes, calls re: information, meeting with Gottlieb | | | | |
| Gottlieb, David | 10/08/2010 | 1.20 | 575.00 | 690.00 |
| Work on requests for asset purchase agreement including reading emails and responding re: Systemax | | | | |
| Irving, Lisa | 10/11/2010 | 1.20 | 100.00 | 120.00 |
| Conference call with Katie Bradshaw and Siegel to discuss retention/compensation proposals. Subsequent call with Katie to discuss add'l admin issues | | | | |
| Siegel, Alfred | 10/11/2010 | 0.70 | 575.00 | 402.50 |
| Call to Circuit re: transition issues | | | | |
| Siegel, Alfred | 10/13/2010 | 1.00 | 575.00 | 575.00 |
| Meetings with Gottlieb re: Systemax and other issues. | | | | |
| Gottlieb, David | 10/13/2010 | 1.10 | 575.00 | 632.50 |
| Meeting with Al Siegel re Systemax, E&O Ins. and other post confirmation date, effective date issues. | | | | |
| Gottlieb, David | 10/13/2010 | 0.50 | 575.00 | 287.50 |
| Conference call with B. Howard, S. Goldich, A. Caine, K. Bradshaw re Systemax earn out audit. | | | | |
| Gottlieb, David | 10/13/2010 | 0.80 | 575.00 | 460.00 |
| Read and review Systemax APA and earn-out certificate. | | | | |

EXHIBIT_____ PAGE_____ OF_____

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|---|---|---|---|---|
| Howard, Benjamin | 10/13/2010 | 2.30 | 240.00 | 552.00 |
| Planning for analyzing documents related to Systemax earn out cert. Correspondence with attorneys and CC Winddown/call with counsel | | | | |
| Howard, Benjamin | 10/14/2010 | 2.30 | 240.00 | 552.00 |
| Read and draft response, update letter with changes from attorneys/ meet with Gottlieb | | | | |
| Gottlieb, David | 10/14/2010 | 0.50 | 575.00 | 287.50 |
| Systemax second request letter, meet with B. Howard re: audit issues, etc. | | | | |
| Howard, Benjamin | 10/15/2010 | 1.30 | 240.00 | 312.00 |
| Read and draft second response/request, update letter with changes from attorneys | | | | |
| Gottlieb, David | 10/18/2010 | 1.00 | 575.00 | 575.00 |
| Read documents emails and attached letters re: Systemax and discuss with Ben Howard | | | | |
| Gottlieb, David | 10/19/2010 | 0.30 | 575.00 | 172.50 |
| Review correspondence re: Systemax issues. | | | | |
| Howard, Benjamin | 10/20/2010 | 1.20 | 240.00 | 288.00 |
| Review documents,Emails and phone calls regarding earn out certificate | | | | |
| Gottlieb, David | 10/21/2010 | 0.80 | 575.00 | 460.00 |
| Review material re effective date planning meeting and Systemax issues, etc. | | | | |
| Howard, Benjamin | 10/22/2010 | 2.30 | 240.00 | 552.00 |
| Review documents re: Systemax | | | | |
| Howard, Benjamin | 10/22/2010 | 1.50 | 240.00 | 360.00 |
| Draft objection memo | | | | |
| Howard, Benjamin | 10/22/2010 | 0.40 | 240.00 | 96.00 |
| Phone calls and emails with Circuit City staff | | | | |
| Gottlieb, David | 10/22/2010 | 0.90 | 575.00 | 517.50 |
| Conference call with trustee, counsel, S. Field, K. Milner, etc. regarding effective date issues. | | | | |
| Gottlieb, David | 10/22/2010 | 2.50 | 575.00 | 1,437.50 |
| Prepare for conference call including review of banking issues, retention, pay, lease, D&O and E&O issues, etc. | | | | |
| Gottlieb, David | 10/22/2010 | 1.60 | 575.00 | 920.00 |
| Emails and telephone with T. Steinbrenner re banking, collateral and reporting. | | | | |
| Siegel, Alfred | 10/22/2010 | 1.30 | 575.00 | 747.50 |
| Calls with Epiq and professionals regarding pre effective date issues | | | | |

EXHIBIT_____PAGE_____OF_____

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

# Crowe Horwath LLP

## For the period 06/01/10 through 10/31/10

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 10/25/2010 | 0.90 | 575.00 | 517.50 |
| Review documents and analysis re Systemax status, Systemax conference call, etc. | | | | |
| Howard, Benjamin | 10/25/2010 | 0.40 | 240.00 | 96.00 |
| Phone calls and emails with K Bradshaw | | | | |
| Howard, Benjamin | 10/27/2010 | 2.60 | 240.00 | 624.00 |
| Reviewed 2010 detailed trial balance report, correspondence, prep supporting analysis etc./ Discuss with Gottlieb | | | | |
| Gottlieb, David | 10/27/2010 | 0.90 | 575.00 | 517.50 |
| Review reserve spreadsheet, CCS lawsuit listing, etc. | | | | |
| Gottlieb, David | 10/27/2010 | 0.60 | 575.00 | 345.00 |
| Emails and meet with Ben Howard re Systemax issues. | | | | |
| Howard, Benjamin | 10/28/2010 | 0.30 | 240.00 | 72.00 |
| Emails, phone calls, and additional data requests re: Systemax | | | | |
| Howard, Benjamin | 10/28/2010 | 1.80 | 240.00 | 432.00 |
| Review 2009 detailed general ledger trial balances | | | | |
| Howard, Benjamin | 10/29/2010 | 5.10 | 240.00 | 1,224.00 |
| Review 3 consolidating schedules for 2009 and 2010, and related 10-K and 10-Q reports | | | | |
| Howard, Benjamin | 10/29/2010 | 1.30 | 240.00 | 312.00 |
| Draft report re: Systemax | | | | |
| Howard, Benjamin | 10/29/2010 | 1.40 | 240.00 | 336.00 |
| Prepare questions list, tie out various schedules, note items that do not agree and require follow up | | | | |
| **Total Accounting Services** | | 116.60 | | 55,600.00 |

EXHIBIT_____PAGE_____OF_____

**Circuit City Liquidating Trust**
Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

# Crowe Horwath LLP

## For the period 06/01/10 through 10/31/10

### Data Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Milner, Keenen | 06/14/2010 | 4.00 | 255.00 | 1,020.00 |
| Work on video conferencing system and prep for visit to VA location | | | | |
| Milner, Keenen | 06/25/2010 | 3.20 | 255.00 | 816.00 |
| Work with Crowe staff and CC staff on Video Conferencing system. prep for VA visit. review systems and discuss issue with their staff. Visit was canceled after the prep work was completed. | | | | |
| Milner, Keenen | 09/13/2010 | 2.20 | 255.00 | 561.00 |
| Prep for visit to client site.  Discuss options and agenda with Al. | | | | |
| Siegel, Brian | 09/14/2010 | 9.50 | 45.00 | 427.50 |
| Non working travel. | | | | |
| Milner, Keenen | 09/14/2010 | 8.00 | 127.50 | 1,020.00 |
| Non working travel | | | | |
| Milner, Keenen | 09/14/2010 | 1.50 | 255.00 | 382.50 |
| Develop workplan | | | | |
| Siegel, Brian | 09/15/2010 | 9.00 | 90.00 | 810.00 |
| At circuit office. Installed software on all computers, inspected hardware, and started report for trustee. | | | | |
| Milner, Keenen | 09/15/2010 | 8.00 | 255.00 | 2,040.00 |
| Work in Client location to assess computer status | | | | |
| Siegel, Brian | 09/16/2010 | 9.50 | 45.00 | 427.50 |
| Non working travel. | | | | |
| Milner, Keenen | 09/16/2010 | 9.50 | 127.50 | 1,211.25 |
| Non-working travel | | | | |
| Milner, Keenen | 09/17/2010 | 4.00 | 255.00 | 1,020.00 |
| Work on documentation for future systems work at Viginia facility. | | | | |
| Milner, Keenen | 09/20/2010 | 2.10 | 255.00 | 535.50 |
| Meeting to discuss client and then document systems. | | | | |
| Siegel, Alfred | 09/20/2010 | 2.10 | 575.00 | 1,207.50 |
| Meeting with computer professionals regarding work at Circuit City offices/ review potential problems and remedies re: data storage | | | | |
| Milner, Keenen | 09/30/2010 | 2.60 | 255.00 | 663.00 |
| Phone call with EPIC people.  review systems requirements and discuss with group | | | | |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

# Crowe Horwath LLP

## For the period 06/01/10 through 10/31/10

### Data Analysis

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Milner, Keenen | 10/07/2010 | 1.90 | 255.00 | 484.50 |
| Develop and document plan for new equipment deployment for the case. | | | | |
| Milner, Keenen | 10/08/2010 | 1.20 | 255.00 | 306.00 |
| Meeting to review rollout plan. | | | | |
| Milner, Keenen | 10/12/2010 | 7.30 | 255.00 | 1,861.50 |
| Work on Richmond laptops for deployment. | | | | |
| Milner, Keenen | 10/12/2010 | 0.90 | 255.00 | 229.50 |
| Conference call with Lisa and Jeff re:new server for case. | | | | |
| Kreiger, Conrad | 10/14/2010 | 1.00 | 135.00 | 135.00 |
| Prepare` all laptops for shipping to Virginia. | | | | |
| Milner, Keenen | 10/21/2010 | 4.20 | 255.00 | 1,071.00 |
| Work on laptops for Richmond office. | | | | |
| Milner, Keenen | 10/22/2010 | 0.50 | 255.00 | 127.50 |
| Phone call with It staff to discuss video conferencing system. | | | | |
| Milner, Keenen | 10/22/2010 | 0.60 | 255.00 | 153.00 |
| Conference call to discuss computer and financial status. | | | | |
| Milner, Keenen | 10/26/2010 | 0.60 | 255.00 | 153.00 |
| Conference call with Crowe Video conference experts. | | | | |
| Total Data Analysis | | 93.40 | | 16,662.75 |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust
Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Fee Application

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Irving, Lisa | 06/09/2010 | 2.40 | 100.00 | 240.00 |
| Work on final fee application | | | | |
| Tzeng, Margaret | 06/09/2010 | 3.00 | 80.00 | 240.00 |
| Draft First Interim Fee Application for Crowe and Siegel. | | | | |
| Tzeng, Margaret | 06/11/2010 | 3.00 | 80.00 | 240.00 |
| Email exchanges with outside counsel re fee app; conference with Sarah Boehm, Davit Gottlieb re fee application filing requirements. | | | | |
| Gottlieb, David | 06/11/2010 | 2.20 | 575.00 | 1,265.00 |
| Prepare fee application, review orders, etc. including telephone calls with Shiah Boehme and Ian Friedman. | | | | |
| Siegel, Alfred | 06/16/2010 | 0.80 | 575.00 | 460.00 |
| Fee application review. | | | | |
| Total Fee Application | | 11.40 | | 2,445.00 |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Agler, David | 06/18/2010 | 0.90 | 580.00 | 522.00 |
| Meeting with Mr. Siegel re: tax issues | | | | |
| Agler, David | 08/30/2010 | 0.20 | 580.00 | 116.00 |
| Consult with Mr. Siegel. | | | | |
| Agler, David | 09/01/2010 | 0.60 | 580.00 | 348.00 |
| Telephone conference with Mr. Pomerantz re bankruptcy tax issues/ reviw related correspondence | | | | |
| Agler, David | 09/02/2010 | 0.20 | 580.00 | 116.00 |
| Telephone conference with Ms. Ralph regarding IRC Section 382 motion. | | | | |
| Tomlinson, Sue | 09/09/2010 | 2.10 | 450.00 | 945.00 |
| Research regarding payroll tax requirements and filings with regard to the conversion to a liquidating trust. | | | | |
| Tomlinson, Sue | 09/15/2010 | 1.80 | 450.00 | 810.00 |
| Review Plan and Disclosure Agreement | | | | |
| Tomlinson, Sue | 09/15/2010 | 0.60 | 450.00 | 270.00 |
| Payroll tax information requested by liquidating trustee | | | | |
| Agler, David | 09/15/2010 | 2.10 | 580.00 | 1,218.00 |
| Analysis of tax issues regarding Plan and Liquidating Trust. | | | | |
| Tomlinson, Sue | 09/16/2010 | 0.60 | 450.00 | 270.00 |
| Review of emails from Jeff McDonald re set up call and status of various IRS matters ongoing at the time of transfer to Liquidating Trust. | | | | |
| Agler, David | 09/20/2010 | 1.30 | 580.00 | 754.00 |
| Analysis of Plan documents; analysis of tax issues re Plan and Liquidating Trust. | | | | |
| Agler, David | 09/21/2010 | 2.90 | 580.00 | 1,682.00 |
| Analysis of bankruptcy and liquidating tax issues; analysis of Plan and related documents including liquidating trust. | | | | |
| Tomlinson, Sue | 09/21/2010 | 1.60 | 450.00 | 720.00 |
| Review Plan and Disclosure statement | | | | |
| Smith, Pamela | 09/21/2010 | 2.20 | 95.00 | 209.00 |
| Circuit City Stores, Inc. Liquidating Trust: prepare Internal Revenue Service Form SS-4 and Form 56; telephone conference with IRS to obtain new employer identification number; prepare Form 56 with correspondence for mailing to IRS with copies to IRS Special Procedures Division and Franchise Tax Board; conference with David Agler regarding State of Virginia taxing authorities information. | | | | |

EXHIBIT_____PAGE_____OF_____

Circuit City Liquidating Trust

Engagement: 880962.001
Bill Date: 12/08/10
Invoice: ******

## Crowe Horwath LLP

### For the period 06/01/10 through 10/31/10

### Tax Issues

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Tomlinson, Sue | 09/22/2010 | 2.20 | 450.00 | 990.00 |
| Review Plan and Disclosure documents re tax issues/ transitional tax issues into liquidating trust, payroll issues, state filing issues, etc. | | | | |
| Tomlinson, Sue | 09/22/2010 | 0.20 | 450.00 | 90.00 |
| Phone with Jeff McDonald and David Agler regarding status of tax issues at transition into liquidating trust | | | | |
| Agler, David | 09/22/2010 | 5.40 | 580.00 | 3,132.00 |
| Analysis of Circuit City Plan documents, including liquidating trust; analysis of bankruptcy and liquidating trust tax issues. | | | | |
| Tomlinson, Sue | 09/24/2010 | 3.10 | 450.00 | 1,395.00 |
| Review Plan and Disclosure documents re tax issues/ transitional tax issues into liquidating trust, payroll issues, state filing issues, etc. | | | | |
| Agler, David | 09/25/2010 | 4.40 | 580.00 | 2,552.00 |
| Analysis of tax audit, tax refund, tax claims and other tax related documents provided by Mr. McDonald; telephone conference with Mr. McDonald and Ms. Tomlinson regarding same. | | | | |
| Tomlinson, Sue | 09/25/2010 | 2.10 | 450.00 | 945.00 |
| Phone with Jeff McDonald and David Agler regarding status of tax issues at transition into liquidating trust | | | | |
| Tomlinson, Sue | 09/25/2010 | 1.60 | 450.00 | 720.00 |
| Review documentation provided by Jeff McDonald. Pre-conference call with David Agler regarding status of tax issues at transition into liquidating trust | | | | |
| Tomlinson, Sue | 09/25/2010 | 1.90 | 450.00 | 855.00 |
| Review Plan and Disclosure documents re tax issues/ transitional tax issues into liquidating trust, payroll issues, state filing issues, etc. | | | | |
| Agler, David | 09/27/2010 | 5.80 | 580.00 | 3,364.00 |
| Analysis of bankruptcy tax issues re plan and liquidating trust including refund claims, tax settlements, tax return preparation issues, tax audit issues, tax offset issues; travel and meeting in Century City with Mr. Pomerantz, Mr. Kane, Mr. Siegel and Mr. Gottlieb. | | | | |
| Total Tax Issues | | 43.80 | | 22,023.00 |

EXHIBIT_____ PAGE_____ OF_____