## EXHIBIT A

| Name | Title | Time Expended | Hourly Rate | Fees Charged | Project Category |
|---|---|---|---|---|---|
| Peter O. Larsen | Partner | 95.80 | $500.00 | $43,905.00 | Tax |
| Maria C. Carantzas | Partner | 151.70 | $395.00 | $51,207.50 | Tax |
| Jennifer S. Meehan | Paralegal | .20 | $175.00 | $0.00 | Tax |
| Raye C. Elliott | Of Counsel | 32.50 | $335.00 | $9,721.00 | Tax |
| Mitchell C. Robins | Associate | .50 | $370.00 | $185.00 | Tax |
| Brooke Chadeayne | Associate | 1.60 | $270.00 | $270.00 | Tax |
| H. Timothy Gillis | Partner | 54.80 | $420.00 | $14,593.50 | Tax |
| Mark Mills | Consultant | 97.20 | $150.00 | $14,580.00 | Tax |
| Michael J. Bowen | Partner | 7.90 | $395.00 | $2,035.50 | Tax |
| Patricia M. Pitchwak | Consultant | 46.00 | $285.00 | $9,259.50 | Tax |
| Totals: | | 488.2 | | $145,757.00 | |

| Summary of Distributions ||
|---|---|
| Description | Billed Amount |
| Postage | $176.17 |
| Duplicating | $59.40 |
| Telephone | $32.41 |
| Federal Express | $37.55 |
| Westlaw | $219.00 |
| Delivery Service | $21.53 |
| Other Travel Expenses | $4.20 |
| Filing Fees | $22.00 |
| Total: | $572.26 |

{JA586077;1}