## COMPOSITE EXHIBIT B

Summary of Invoices

| Invoice Number | Period Covered | Requested | |
|---|---|---|---|
| | | Fees | Expenses |
| 8353736 | November 10, 2008 – November 30, 2008 | $1,600.00 | $0.00 |
| 8353737 | November 10, 2008 – November 30, 2008 | $4,987.50 | $0.00 |
| 8367620 | December 1, 2008 – December 31, 2008 | $937.50 | $6.37 |
| 8367621 | December 1, 2008 – December 31, 2008 | $1,778.00 | $14.03 |
| 8375437 | January 1, 2009 – January 31, 2009 | $1,685.00 | $0.00 |
| 8384092 | February 1, 2009 – February 28, 2009 | $1,162.50 | $0.00 |
| 8389619 | March 1, 2009 – March 31, 2009 | $2,189.50 | $2.62 |
| 8397731 | April 1, 2009 – April 30, 2009 | $18,559.00 | $0.00 |
| 8397732 | April 1, 2009 – April 30, 2009 | $142.50 | $0.00 |
| 8405502 | May 1, 2009 – May 31, 2009 | $7,894.50 | $0.00 |
| 8413338 | June 1, 2009 – June 30, 2009 | $237.50 | $0.00 |
| 8434953 | August 1, 2009 – August 31, 2009 | $1,268.00 | $0.00 |
| 8444446 | September 1, 2009 – September 30, 2009 | $2,279.00 | $0.00 |
| 8449109 | October 1, 2009 – October 31, 2009 | $5,244.50 | $22.00 |
| 8458977 | November 1, 2009 – November 30, 2009 | $3,211.50 | $45.00 |
| 8464944 | December 1, 2009 – December 31, 2009 | $1,033.00 | $19.70 |
| 8464945 | December 1, 2009 – December 31, 2009 | $1,592.50 | $0.00 |
| 8474375 | January 1, 2010 – January 31, 2010 | $1,765.50 | $0.00 |
| 8474376 | January 1, 2010 – January 31, 2010 | $572.50 | $0.00 |

| | | | |
|---|---|---|---|
| 8482796 | February 1, 2010-February 28, 2010 | $7,057.00 | $0.00 |
| 8482797 | February 1, 2010-February 28, 2010 | $5,048.50 | $0.00 |
| 8495524 | March 1, 2010 – March 31, 2010 | $469.00 | $6.15 |
| 8495525 | March 1, 2010 – March 31, 2010 | $7,862.50 | $6.59 |
| 8495526 | March 1, 2010 – March 31, 2010 | $3,962.00 | $2.25 |
| 8495527 | March 1, 2010 – March 31, 2010 | $2,954.50 | $221.00 |
| 8495528 | March 1, 2010 – March 31, 2010 | $2,297.50 | $0.00 |
| 8498763 | April 1, 2010 – April 30, 2010 | $670.00 | $0.00 |
| 8498764 | April 1, 2010 – April 30, 2010 | $463.50 | $0.00 |
| 8498965 | April 1, 2010 – April 30, 2010 | $424.50 | $0.00 |
| 8498767 | April 1, 2010 – April 30, 2010 | $2,937.50 | $0.00 |
| 8505592 | May 1, 2010 – May 31, 2010 | $318.50 | $0.00 |
| 8505593 | May 1, 2010 – May 31, 2010 | $1,909.50 | $66.64 |
| 8505594 | May 1, 2010 – May 31, 2010 | $1,442.00 | $0.00 |
| 8505595 | May 1, 2010 – May 31, 2010 | $3,291.50 | $0.00 |
| 8505596 | May 1, 2010 – May 31, 2010 | $1,719.50 | $0.00 |
| 8513699 | June 1, 2010 – June 30, 2010 | $567.00 | $0.00 |
| 8513702 | June 1, 2010 – June 30, 2010 | $1,890.50 | $0.00 |
| 8513703 | June 1, 2010 – June 30, 2010 | $268.00 | $0.00 |
| 8513704 | June 1, 2010 – June 30, 2010 | $1,290.50 | $0.00 |
| 8520959 | July 1, 2010 – July 31, 2010 | $710.00 | $0.00 |
| 8520960 | July 1, 2010 – July 31, 2010 | $1,142.00 | $0.00 |

| 8520961 | July 1, 2010 – July 31, 2010 | $1,035.00 | $0.00 |
|---|---|---|---|
| 8520962 | July 1, 2010 – July 31, 2010 | $803.50 | $0.00 |
| 8521018 | July 1, 2010 – July 31, 2010 | $7,134.50 | $0.00 |
| 8532881 | August 1, 2010 – August 31, 2010 | $606.00 | $0.00 |
| 8532883 | August 1, 2010 – August 31, 2010 | $7,356.50 | $150.22 |
| 8539841 | September 1, 2010 – September 30, 2010 | $502.50 | $0.00 |
| 8539643 | September 1, 2010 – September 30, 2010 | $134.00 | $0.00 |
| 8539844 | September 1, 2010 – September 30, 2010 | $1,245.50 | $9.69 |
| 8539845 | September 1, 2010 – September 30, 2010 | $2,127.50 | $0.00 |
| 8547100 | October 1, 2010 – October 31, 2010 | $4,244.50 | $0.00 |
| 8547101 | October 1, 2010 – October 31, 2010 | $5,956.50 | $0.00 |
| 8547103 | October 1, 2010 – October 31, 2010 | $3,990.00 | $0.00 |
| 8547104 | October 1, 2010 – October 31, 2010 | $1,105.50 | $0.00 |
| 8547105 | October 1, 2010 – October 31, 2010 | $2,680.00 | $0.00 |
| | **Totals** | **$145,757.00** | **$572.26** |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        3-Dec-08
Bill No.          8353736

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

## INVOICE SUMMARY

*For professional services rendered through November 30, 2008 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,600.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,600.00** | |
| PREVIOUS BALANCE (includes payments received through 12/3/08) | 13,193.48 | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 14,793.48** | |

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of      30-Nov-08
Bill Number   8353736

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Nov-08 | RESEARCH REGARDING PROCEDURAL ASPECTS OF INFORMATION PRODUCTION; TELEPHONE WITH MS. RODGERS REGARDING STATUS OF RECONSIDERATION REQUEST AND OUTLINING ABILITY TO SUPPLY REQUESTED ITEMS DURING CONCURRENT AUDIT. | MJB | 1.70 | 595.00 |
| 14-Nov-08 | ANALYSIS RE STATUS OF TEXAS AUDIT. | RCE | 0.20 | 67.00 |
| 24-Nov-08 | RESEARCH PROCEDURAL ISSUES IN TEXAS STATE TAX AUDIT. | RCE | 2.80 | 938.00 |

**Total Services** .................................................................................................................. **$1,600.00**

Akerman Senterfitt                                                          Page 4

045690     CIRCUIT CITY STORES, INC.                        As of          30-Nov-08
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08       Bill Number     8353736

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MJB | M. J. BOWEN | 1.70 | 595.00 |
| RCE | R. C. ELLIOTT | 3.00 | 1,005.00 |
| | Total | 4.70 | $1,600.00 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        3-Dec-08
Bill No.           8353737

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through November 30, 2008 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 4,987.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 4,987.50** | |
| PREVIOUS BALANCE (includes payments received through 12/3/08) | 6,983.49 | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 11,970.99** | |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690   CIRCUIT CITY STORES, INC.
0196523   BAD DEBT SALES TAX CLAIMS

As of                30-Nov-08
Bill Number          8353737

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 11-Nov-08 | DRAFT AND REVISE BAD DEBT ACTION PLAN. | POL | 0.80 | 300.00 |
| 11-Nov-08 | REVIEW AND ANALYSIS OF CALCULATION METHODOLOGY REGARDING BAD DEBT ACTION PLAN. | POL | 0.50 | 187.50 |
| 11-Nov-08 | TELEPHONE CALL REGARDING CALCULATION METHODOLOGY AND BAD DEBT ACTION PLAN. | POL | 0.20 | 75.00 |
| 13-Nov-08 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND TELEPHONE CALL REGARDING SAME. | MCC | 0.80 | 300.00 |
| 13-Nov-08 | REVIEW AND ANALYZE CHARGE OFF AND SALES DATA REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND PREPARE AND REVISE SUMMARY AND SPREADSHEETS REGARDING SAME. | MCC | 2.10 | 787.50 |
| 13-Nov-08 | TELEPHONE CALLS REGARDING COMPUTATION OF BAD DEBT CREDITS; REVIEW AND ANALYSIS REGARDING SAME; DRAFT EMAILS REGARDING SAME. | POL | 2.00 | 750.00 |
| 14-Nov-08 | REVIEW AND REVISE CORRESPONDENCE AND SPREADSHEETS REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND ATTEND CONFERENCE CALL REGARDING SAME. | MCC | 2.90 | 1,087.50 |
| 14-Nov-08 | TELEPHONE CALLS REGARDING COMPUTATION OF BAD DEBT CREDITS IN VARIOUS STATES. | POL | 0.80 | 300.00 |
| 14-Nov-08 | LEGAL RESEARCH REGARDING COMPUTATION OF BAD DEBT CREDITS IN VARIOUS STATES. | POL | 0.90 | 337.50 |
| 14-Nov-08 | DRAFT EMAILS REGARDING COMPUTATION OF BAD DEBT CREDITS IN VARIOUS STATES. | POL | 0.40 | 150.00 |
| 17-Nov-08 | REVIEW AND REVISE CALCULATION METHODOLOGY FOR BAD DEBT CREDITS; REVIEW AND ANALYSIS REGARDING STRATEGY FOR PROTECTIVE REFUND | POL | 1.90 | 712.50 |

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
 0196523    BAD DEBT SALES TAX CLAIMS

As of              30-Nov-08
Bill Number        8353737

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | CLAIMS; DRAFT EMAILS REGARDING SAME. | | | |

**Total Services** .................................................................................................................... **$4,987.50**

Akerman Senterfitt

045690      CIRCUIT CITY STORES, INC.                            As of              30-Nov-08
  0196523    BAD DEBT SALES TAX CLAIMS                           Bill Number        8353737

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 5.80 | 2,175.00 |
| POL | P. O. LARSEN | 7.50 | 2,812.50 |
|  | Total | 13.30 | $4,987.50 |



**AkermanSenterfitt**

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        23-Jan-09
Bill No.         8367620

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through December 31, 2008 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 937.50 |
| DISBURSEMENTS | $ 6.37 |
| **TOTAL THIS INVOICE** | $ 943.87 |
| PREVIOUS BALANCE (includes payments received through 1/23/09) | 11,902.50 |
| **TOTAL NOW DUE AND PAYABLE** | $ 12,846.37 |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.                                     As of          31-Dec-08
  0196523    BAD DEBT SALES TAX CLAIMS                          Bill Number       8367620

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 5-Dec-08 | UPDATE STATUS OF CREDITS AND FOLLOW UP ON SECOND ROUND OF CREDITS. | POL | 0.70 | 262.50 |
| 10-Dec-08 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND PREPARE AND REVISE SUMMARY REGARDING SAME. | MCC | 0.50 | 187.50 |
| 18-Dec-08 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND ATTEND CONFERENCE CALL REGARDING SAME. | MCC | 0.30 | 112.50 |
| 18-Dec-08 | DRAFT E-MAIL TO MR. ASH REGARDING PLAN FOR PROCEEDING IN OTHER STATES AND TO FOLLOW UP ON PRIOR CREDITS; PREPARE FOR AND ATTEND CALL WITH MR. ASH REGARDING SAME. | POL | 1.00 | 375.00 |

**Total Services** ................................................................................................ **$937.50**

| Date | Disbursements | Value |
|------|---------------|-------|
| 12/17/08 | DUPLICATING | 0.50 |
| | Total for DUPLICATING | 0.50 |
| 12/26/08 | FEDERAL EXPRESS Airbill: 797190531624 per 1902 Invoice No: 903192086 Ship Dt: 12/17/08 | 5.87 |
| | Total for FEDERAL EXPRESS | 5.87 |

**Total Disbursements** ........................................................................................ **$6.37**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of            31-Dec-08
Bill Number       8367620

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 0.80 | 300.00 |
| POL | P. O. LARSEN | 1.70 | 637.50 |
|  | Total | 2.50 | $937.50 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          23-Jan-09
Bill No.           8367621

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

## INVOICE SUMMARY

*For professional services rendered through December 31, 2008 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,778.00 |
| DISBURSEMENTS | $ 14.03 |
| **TOTAL THIS INVOICE** | **$ 1,792.03** |
| PREVIOUS BALANCE (includes payments received through 1/23/09) | 14,793.48 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 16,585.51** |

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          31-Dec-08
Bill Number    8367621

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Dec-08 | TELEPHONE TO MS. RODGERS AND E-MAIL FOR CLIENT REGARDING COMPLIANCE WITH 60 DAY REQUIREMENT FOR PROTEST OF JEOPARDY ASSESSMENT. | MJB | 1.10 | 368.50 |
| 3-Dec-08 | RESEARCH AND E-MAIL REGARDING STRATEGY TO COMPLY WITH 60 DAY INFORMATION SUBMISSION REQUIREMENT FOR PROTEST. | MJB | 1.30 | 435.50 |
| 5-Dec-08 | DRAFT E-MAIL REGARDING ADVICE ON RESPONDING TO THE 60 DAY INFORMATION SUBMISSION DEADLINE. | MJB | 0.70 | 234.50 |
| 5-Dec-08 | DRAFT LETTER IN RESPONSE TO 60 DAY LETTER; LEGAL RESEARCH REGARDING SAME. | POL | 0.60 | 225.00 |
| 16-Dec-08 | DRAFT OF LETTER REGARDING 60 DAY DOCUMENTATION REQUIREMENT FOR SUPPLYING EXEMPTION CERTIFICATES. | MJB | 1.20 | 402.00 |
| 17-Dec-08 | REVIEW AND REVISE TEXAS AUDIT PROTEST LETTER. | POL | 0.30 | 112.50 |

**Total Services** ............................................................................................................ **$1,778.00**

| Date | Disbursements | Value |
|------|---------------|-------|
| 10/14/08 | TELEPHONE  SOUNDPATH LEGAL CONF. CALLS  INV #111408 11/21/08 (P LARSEN    - JAX) | 9.46 |
| 10/20/08 | TELEPHONE  SOUNDPATH LEGAL CONF. CALLS  INV #111408 11/21/08 (P LARSEN    - JAX) | 4.57 |
| Total for TELEPHONE | | 14.03 |

**Total Disbursements** ...................................................................................................... **$14.03**

Akerman Senterfitt

Page 4

045690      CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          31-Dec-08
Bill Number    8367621

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MJB | M. J. BOWEN | 4.30 | 1,440.50 |
| POL | P. O. LARSEN | 0.90 | 337.50 |
| | Total | 5.20 | $1,778.00 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date    20-Feb-09
Bill No.     8375437

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

## INVOICE SUMMARY

*For professional services rendered through January 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,685.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,685.00** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 2/20/09) | 7,858.87 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 9,543.87** |

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690     CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of                  31-Jan-09
Bill Number        8375437

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 14-Jan-09 | REVIEW AND ANALYZE CORRESPONDENCE REGARDING THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT. | MCC | 0.80 | 300.00 |
| 14-Jan-09 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE REGARDING BAD DEBT DATA FOR BAD DEBT PROJECT. | POL | 0.60 | 225.00 |
| 14-Jan-09 | CONFERENCE AND ANALYSIS REGARDING BAD DEBT DATA FOR BAD DEBT PROJECT. | POL | 0.20 | 75.00 |
| 14-Jan-09 | REVIEW AND ANALYSIS OF AVAILABLE DATA FOR RECONCILIATION OF BAD DEBT CREDITS. | POL | 0.60 | 225.00 |
| 23-Jan-09 | PREPARE FOR AND ATTEND CONFERENCE CALL REGARDING THE DATA NEEDED TO SUPPORT THE MULTISTATE BAD DEBT SALES TAX CREDITS AND DEDUCTIONS. | MCC | 0.40 | 150.00 |
| 23-Jan-09 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE REGARDING BAD DEBT SUPPORTING DETAIL. | POL | 0.70 | 262.50 |
| 23-Jan-09 | CONFERENCE AND ANALYSIS REGARDING BAD DEBT SUPPORTING DETAIL. | POL | 0.30 | 112.50 |
| 28-Jan-09 | REVIEW AND ANALYZE CONNECTICUT STATUTES, REGULATIONS AND RULINGS REGARDING BAD DEBT CREDITS. | MCR | 0.50 | 185.00 |
| 28-Jan-09 | REVIEW AND ANALYSIS REGARDING CONNECTICUT AUDIT INQUIRY AND DRAFT E-MAIL REGARDING SAME. | POL | 0.40 | 150.00 |

**Total Services** ............................................................................................................**$1,685.00**

Akerman Senterfitt

Page 4

| 045690 | CIRCUIT CITY STORES, INC. | | As of | 31-Jan-09 |
| 0196523 | BAD DEBT SALES TAX CLAIMS | | Bill Number | 8375437 |

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.20 | 450.00 |
| MCR | M. C. ROBINS | 0.50 | 185.00 |
| POL | P. O. LARSEN | 2.80 | 1,050.00 |
| | Total | 4.50 | $1,685.00 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          20-Mar-09
Bill No.             8384092

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:     **CIRCUIT CITY STORES, INC.**
Matter Name:     **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

## INVOICE SUMMARY

*For professional services rendered through February 28, 2009 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,162.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | $ 1,162.50 | |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 3/20/09) | 8,600.00 | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 9,762.50** | |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690   CIRCUIT CITY STORES, INC.
  0196523   BAD DEBT SALES TAX CLAIMS

As of            28-Feb-09
Bill Number      8384092

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 4-Feb-09 | REVIEW AND ANALYSIS OF AVAILABLE DATA TO SUPPORT CREDITS IN AUDIT. | POL | 0.30 | 112.50 |
| 4-Feb-09 | DRAFT E-MAIL REGARDING DATA TO SUPPORT CREDITS IN AUDIT. | POL | 0.20 | 75.00 |
| 18-Feb-09 | PREPARE FOR AND ATTEND CONFERENCE CALL REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE MEMORANDUM REGARDING THE CONNECTICUT SALES TAX REFUND CLAIM; LEGAL RESEARCH REGARDING SAME. | MCC | 1.90 | 712.50 |
| 19-Feb-09 | DRAFT AND REVISE E-MAIL REGARDING CONNECTICUT DEDUCTION; LEGAL RESEARCH REGARDING SAME. | POL | 0.70 | 262.50 |

**Total Services** ........................................................................................................................... **$1,162.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of            28-Feb-09
Bill Number    8384092

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.90 | 712.50 |
| POL | P. O. LARSEN | 1.20 | 450.00 |
| | Total | 3.10 | $1,162.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 10-Apr-09 |
| Bill No. | 8389619 |

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA 23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,189.50 |
| DISBURSEMENTS | $ 2.62 |
| **TOTAL THIS INVOICE** | **$ 2,192.12** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 4/10/09) | 8,077.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 10,269.62** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
 0196523    BAD DEBT SALES TAX CLAIMS

As of          31-Mar-09
Bill Number    8389619

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 11-Mar-09 | ATTEND MEETING REGARDING THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT AND REVIEW CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 11-Mar-09 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE REGARDING SUPPORTING BAD DEBT DATA; REVIEW AND ANALYSIS REGARDING SAME. | POL | 1.00 | 475.00 |
| 31-Mar-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 3.20 | 1,072.00 |
| 31-Mar-09 | REVIEW AND ANALYSIS OF DATA SUPPORTING BAD DEBT CREDITS. | POL | 1.00 | 475.00 |

Total Services ................................................................................................................. **$2,189.50**

| Date | Disbursements | Value |
|------|---------------|-------|
| 01/14/09 | TELEPHONE  SOUNDPATH LEGAL CONF. CALLS  INV #021409 2/21/09  (P LARSEN  - JAX) | 2.62 |

Total for TELEPHONE                                    2.62

Total Disbursements ................................................................................................. **$2.62**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
 0196523    BAD DEBT SALES TAX CLAIMS

As of            31-Mar-09
Bill Number      8389619

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 3.70 | 1,239.50 |
| POL | P. O. LARSEN | 2.00 | 950.00 |
| | Total | 5.70 | $2,189.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        12-May-09
Bill No.          8397731

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

## INVOICE SUMMARY

*For professional services rendered through April 30, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---:|
| SERVICES | $ 18,559.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 18,559.00** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 5/12/09) | 9,107.12 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 27,666.12** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                    Page 3

045690    CIRCUIT CITY STORES, INC.                              As of                30-Apr-09
0196523   BAD DEBT SALES TAX CLAIMS                              Bill Number           8397731

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Apr-09 | PROCESS DATA FILES; REVIEW DATA PROCESSING PROCEDURES. | M M | 2.00 | 300.00 |
| 1-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 1.90 | 636.50 |
| 1-Apr-09 | REVIEW AND ANALYSIS OF BAD DEBT DATA TO SUPPORT CREDITS; DRAFT E-MAIL REGARDING SAME. | POL | 1.00 | 475.00 |
| 2-Apr-09 | COMPLETE PROCESSING OF TX DATA SETS; EMAIL REGARDING SAME; BEGIN WORK ON DATABASE FILES SENT BY CIRCUIT CITY; GENERATE SQL IMPORTS FOR UPLOAD. | M M | 5.50 | 825.00 |
| 2-Apr-09 | REVIEW AND ANALYZE SPREADSHEETS REGARDING THE MULTISTATE BAD DEBT SALES TAX CREDITS. | MCC | 1.00 | 335.00 |
| 3-Apr-09 | UPDATE MERCHANT DATA; REVIEW DATA PROCESSING RESULTS. | M M | 4.20 | 630.00 |
| 6-Apr-09 | MEETING REGARDING CIRCUIT CITY DATA; GATHER REQUIREMENTS FOR NEW DATA FILE PROCEDURES. | M M | 2.00 | 300.00 |
| 7-Apr-09 | WORK ON FLAGGING PROCESS; CREATE DATA FILES FOR CIRCUIT CITY. | M M | 1.50 | 225.00 |
| 7-Apr-09 | REVIEW AND ANALYZE SYSTEMS DATA REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT. | MCC | 1.30 | 435.50 |
| 8-Apr-09 | PROCESS NEW DATA FILES; GENERATE SCHEDULES FOR CIRCUIT CITY. | M M | 5.20 | 780.00 |
| 8-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; REVIEW AND REVISE SPREADSHEETS REGARDING SAME. | MCC | 1.70 | 569.50 |
| 9-Apr-09 | MEETING REGARDING CIRCUIT CITY; ANALYZE CIRCUIT CITY DATA RESULTS. | M M | 2.80 | 420.00 |
| 9-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; | MCC | 3.80 | 1,273.00 |

Akerman Senterfitt

Page 4

045690   CIRCUIT CITY STORES, INC.
0196523   BAD DEBT SALES TAX CLAIMS

As of          30-Apr-09
Bill Number   8397731

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE AND REVISE SUMMARY AND SPREADSHEET REGARDING SAME. | | | |
| 10-Apr-09 | GENERATE STATE SCHEDULES FOR CIRCUIT CITY; UPDATE MERCHANT DATA AND UPDATE STATE SCHEDULES. | M M | 5.20 | 780.00 |
| 10-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE SUMMARY REGARDING SAME; ANALYZE SYSTEMS DATA REGARDING SAME; REVISE SPREADSHEET REGARDING SAME. | MCC | 2.30 | 770.50 |
| 10-Apr-09 | REVIEW DATA AND RECONCILE ACTUAL DATA TO ESTIMATED CREDITS TAKEN; REVIEW AND ANALYSIS REGARDING SAME; DRAFT REPORT REGARDING SAME. | POL | 3.00 | 1,425.00 |
| 13-Apr-09 | IMPORT NEW STATE TRANSACTION DATA; GENERATE DATA SETS FOR PROCESSING. | M M | 3.00 | 450.00 |
| 13-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME; PREPARE AND REVISE ELECTION FORMS REGARDING SAME. | MCC | 1.40 | 469.00 |
| 13-Apr-09 | DRAFT E-MAILS REGARDING DATA SUPPORTING CREDITS; REVIEW AND ANALYSIS REGARDING SAME. | POL | 0.80 | 380.00 |
| 14-Apr-09 | GATHER REQUIREMENTS FOR NEW STATE SCHEDULES; DOWNLOAD NEW PURCHASE DATABASE; WRITE SCRIPTS FOR COMBINING DATA. | M M | 2.80 | 420.00 |
| 14-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; TELEPHONE CALL REGARDING SAME; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 1.30 | 435.50 |
| 14-Apr-09 | DRAFT E-MAILS REGARDING ANALYSIS OF | POL | 0.50 | 237.50 |

Akerman Senterfitt                                                                    Page 5

| 045690 | CIRCUIT CITY STORES, INC. | | As of | 30-Apr-09 |
| 0196523 | BAD DEBT SALES TAX CLAIMS | | Bill Number | 8397731 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | BAD DEBT DATA. | | | |
| 15-Apr-09 | REVIEW AND ANALYSIS OF DATA AND RECONCILIATION TO PRIOR CREDITS; DRAFT E-MAIL REGARDING SAME. | POL | 1.00 | 475.00 |
| 16-Apr-09 | TELEPHONE CONFERENCE WITH CIRCUIT CITY REGARDING STATUS OF DATA ISSUES; REVIEW AND ANALYSIS OF DATA RECEIVED FROM CIRCUIT CITY. | POL | 1.00 | 475.00 |
| 17-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 21-Apr-09 | DOWNLOAD AND COMBINE DATA FILES; IMPORT AND EXECUTE UPDATE SCRIPTS | M M | 1.30 | 195.00 |
| 21-Apr-09 | TELEPHONE CONFERENCE WITH CIRCUIT CITY REGARDING BAD DEBT DATA PROCESSING; REVIEW DATA REGARDING SAME. | POL | 0.80 | 380.00 |
| 22-Apr-09 | SUMMARIZE DATA AND VERIFY TRANSACTION DATA WITH OLDER DATA FILES | M M | 3.30 | 495.00 |
| 22-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA AND SPREADSHEETS REGARDING SAME. | MCC | 0.70 | 234.50 |
| 23-Apr-09 | IDENTIFY AND REPORT ON WEB ACCOUNTS AND UPDATE DATA TO REFLECT STATE OF PURCHASE FOR WEB DATA | M M | 4.30 | 645.00 |
| 27-Apr-09 | GENERATE SCHEDULES FOR 12 STATE CLAIMS; GENERATE DATA SETS FOR SECONDARY REPORTS FOR REMAINDER OF 2008 | M M | 3.90 | 585.00 |
| 29-Apr-09 | VERIFY DATA PERIODS FOR CIRCUIT CITY; IDENTIFY ACCOUNTS WITH NO TRANSACTIONS AND GENERATE REPORTS FOR REMAINING PRINCIPAL CHARGE OFFS. | M M | 1.20 | 180.00 |
| 29-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; | MCC | 2.20 | 737.00 |

Akerman Senterfitt                                                            Page 6

045690    CIRCUIT CITY STORES, INC.                     As of            30-Apr-09
  0196523   BAD DEBT SALES TAX CLAIMS                    Bill Number      8397731

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE AND REVISE SPREADSHEETS AND CORRESPONDENCE REGARDING SAME. | | | |
| 30-Apr-09 | REVIEW DATA FORCE; VERIFY REPORTING PERIODS AND CRITERIA | M M | 3.20 | 480.00 |
| 30-Apr-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; REVIEW AND REVISE SPREADSHEETS AND CORRESPONDENCE REGARDING SAME. | MCC | 2.80 | 938.00 |

**Total Services** ........................................................................................................................ **$18,559.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.

0196523    BAD DEBT SALES TAX CLAIMS

As of        30-Apr-09
Bill Number  8397731

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| M M | M. MILLS | 51.40 | 7,710.00 |
| MCC | M. C. CARANTZAS | 20.90 | 7,001.50 |
| POL | P. O. LARSEN | 8.10 | 3,847.50 |
| | Total | 80.40 | $18,559.00 |



**Akerman**Senterfitt

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

|  |  |
|---|---|
| Bill Date | 12-May-09 |
| Bill No. | 8397732 |

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:  **CIRCUIT CITY STORES, INC.**
Matter Name:  **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

### INVOICE SUMMARY

*For professional services rendered through April 30, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $  142.50 |
| DISBURSEMENTS | $  0.00 |
| **TOTAL THIS INVOICE** | **$  142.50** |
| PREVIOUS BALANCE
(Please disregard if already paid.
Includes payments received through 5/12/09) | 13,193.48 |
| **TOTAL NOW DUE AND PAYABLE** | **$  13,335.98** |

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO · TALLAHASSEE · TAMPA
TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.                            As of              30-Apr-09
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08        Bill Number        8397732

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 17-Apr-09 | DRAFT E-MAILS REGARDING STATUS OF TEXAS PROTEST; TELEPHONE CALL REGARDING SAME. | POL | 0.30 | 142.50 |

**Total Services** ....................................................................................................................... **$142.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.                                          As of          30-Apr-09
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08                  Bill Number      8397732

| Initials | Name | Hours | Amount |
|---|---|---|---|
| POL | P. O. LARSEN | 0.30 | 142.50 |
| | Total | 0.30 | $142.50 |



### Akerman Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date     11-Jun-09
Bill No.      8405502

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through May 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,894.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 7,894.50** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 6/11/09) | 25,474.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 33,368.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                           Page 3

045690   CIRCUIT CITY STORES, INC.                      As of         31-May-09
0196523   BAD DEBT SALES TAX CLAIMS                      Bill Number    8405502

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-May-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CORRESPONDENCE REGARDING SAME; ANALYZE SPREADSHEETS REGARDING SAME. | MCC | 1.30 | 435.50 |
| 1-May-09 | REVIEW AND ANALYSIS OF DATA PROVIDED BY CIRCUIT CITY TO RECONCILE BAD DEBT CREDITS. | POL | 1.50 | 712.50 |
| 4-May-09 | REVIEW AND REVISE REPORT ON DATA RECONCILIATION; LEGAL RESEARCH REGARDING SAME. | POL | 0.90 | 427.50 |
| 11-May-09 | REVIEW CIRCUIT CITY CLAIMS REGISTRY FOR CLAIMS BAR DATES AND FOR CLAIMS FILED BY STATE TAXING AUTHORITIES; ANALYZE WHETHER AUTOMATIC STAY UNDER 11 USC 362(A) OR CLAIMS BAR DATE PROHIBITS STATE TAXING AUTHORITY FROM AUDITING A DEBTOR. | B C | 1.00 | 270.00 |
| 11-May-09 | REVIEW AND ANALYSIS OF RECONCILIATION OF CREDITS BASED ON BAD DEBT DATA; LEGAL RESEARCH REGARDING SAME. | POL | 0.80 | 380.00 |
| 12-May-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 14-May-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME; REVIEW AND ANALYZE PROGRAM AGREEMENT REGARDING SAME. | MCC | 1.60 | 536.00 |
| 18-May-09 | REVIEW AND ANALYSIS OF CHASE ELECTION FORM ISSUE; DRAFT AND REVISE E-MAIL REGARDING SAME; REVIEW DOCUMENTS REGARDING SAME. | POL | 1.00 | 475.00 |
| 19-May-09 | UPDATE CLAIM DATA TO REFECT THE MERCHANT STATE/ADD CHARGEOFF DATA TO SCHEDULES | M M | 1.70 | 255.00 |
| 19-May-09 | UPDATE THE STATUS OF THE MULTISTATE | MCC | 2.50 | 837.50 |

Akerman Senterfitt

Page 4

045690   CIRCUIT CITY STORES, INC.
0196523   BAD DEBT SALES TAX CLAIMS

As of                     31-May-09
Bill Number           8405502

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | BAD DEBT SALES TAX CREDITS; REVIEW AND REVISE SPREADSHEETS REGARDING SAME; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; PREPARE AND REVISE DETAILED SPREADSHEETS FOR THE CALIFORNIA AND CONNECTICUT BAD DEBT SALES TAX CREDITS. | | | |
| 20-May-09 | UPDATE DESTINATION STATE FOR 2ND PERIOD SCHEDULES/REVIEW AND UPDATE TRANSACTION DATA TO REFLECT DATE OF SALE RESTRICTIONS | M M | 1.70 | 255.00 |
| 20-May-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX CREDIT CLAIMS; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE AND REVISE SPREADSHEETS REGARDING THE CALIFORNIA AND CONNECTICUT SALES TAX CREDIT CLAIMS. | MCC | 2.20 | 737.00 |
| 21-May-09 | ADD ADDITIONAL DATA TO 2ND PERIOD CLAIM/INCLUDE CHARGEOFF DATA AND REMAINING BALANCE FROM PROCESSING | M M | 3.80 | 570.00 |
| 21-May-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CORRESPONDENCE AND SPREADSHEETS REGARDING SAME. | MCC | 0.90 | 301.50 |
| 22-May-09 | CONTINUE WORK WITH CC DATA/GENERATE DATA SETS FOR 2ND PER CLAIMS | M M | 4.20 | 630.00 |
| 22-May-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; REVIEW AND REVISE SPREADSHEETS AND CORRESPONDENCE REGARDING SAME; PREPARE AND REVISE CALIFORNIA AND CONNECTICUT REPORTS REGARDING SAME. | MCC | 2.70 | 904.50 |

**Total Services** ................................................................................................................ **$7,894.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
0196523    BAD DEBT SALES TAX CLAIMS

As of            31-May-09
Bill Number        8405502

| Initials | Name | Hours | Amount |
|---|---|---|---|
| B C | B. CHADEAYNE | 1.00 | 270.00 |
| M M | M. MILLS | 11.40 | 1,710.00 |
| MCC | M. C. CARANTZAS | 11.70 | 3,919.50 |
| POL | P. O. LARSEN | 4.20 | 1,995.00 |
| | Total | 28.30 | $7,894.50 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          13-Jul-09
Bill No.            8413338

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:     **CIRCUIT CITY STORES, INC.**
Matter Name:     **BAD DEBT SALES TAX CLAIMS**
Matter Number:   **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through June 30, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 237.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 237.50** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 7/13/09) | 14,809.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 15,047.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                    Page 3

045690    CIRCUIT CITY STORES, INC.                          As of              30-Jun-09
  0196523    BAD DEBT SALES TAX CLAIMS                        Bill Number        8413338

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 26-Jun-09 | REVIEW AND ANALYSIS REGARDING STATUS OF CREDIT ADJUSTMENTS. | POL | 0.30 | 142.50 |
| 26-Jun-09 | DRAFT E-MAIL REGARDING STATUS OF CREDIT ADJUSTMENTS. | POL | 0.20 | 95.00 |

**Total Services** ..................................................................................................................... $237.50

Akerman Senterfitt                                                    Page 4

045690     CIRCUIT CITY STORES, INC.                          As of          30-Jun-09
  0196523    BAD DEBT SALES TAX CLAIMS                        Bill Number     8413338

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| POL | P. O. LARSEN | 0.50 | 237.50 |
| | Total | 0.50 | $237.50 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 21-Sep-09 |
| Bill No. | 8434953 |

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

## INVOICE SUMMARY

*For professional services rendered through August 31, 2009 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,268.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,268.00** | |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 9/21/09) | 14,809.50 | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 16,077.50** | |

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

| 045690 | CIRCUIT CITY STORES, INC. | As of | 31-Aug-09 |
|--------|--------------------------|-------|-----------|
| 0196523 | BAD DEBT SALES TAX CLAIMS | Bill Number | 8434953 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 18-Aug-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; ATTEND CONFERENCE CALL REGARDING SAME; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE AND REVISE SUMMARY REGARDING SAME; REVIEW AND ANALYZE THE CALCULATIONS OF THE CALIFORNIA AND CONNECTICUT BAD DEBT SALES TAX AUDITS. | MCC | 1.80 | 603.00 |
| 18-Aug-09 | PREPARE FOR AND ATTEND CONFERENCE CALL REGARDING STATUS OF BAD DEBT PROJECT; REVIEW AND ANALYSIS OF STRATEGY REGARDING STATES THAT HAVE FILED PROOFS OF CLAIM; DRAFT E-MAIL REGARDING SAME. | POL | 1.40 | 665.00 |

**Total Services** ................................................................................................................ **$1,268.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of              31-Aug-09
Bill Number         8434953

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.80 | 603.00 |
| POL | P. O. LARSEN | 1.40 | 665.00 |
|  | Total | 3.20 | $1,268.00 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date     20-Oct-09
Bill No.      8444446

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:   **0196523**

---

## INVOICE SUMMARY

*For professional services rendered through September 30, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,279.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 2,279.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 10/20/09) | 14,809.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 17,088.50** |

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                              Page 3

045690    CIRCUIT CITY STORES, INC.                                    As of              30-Sep-09
  0196523    BAD DEBT SALES TAX CLAIMS                                  Bill Number        8444446

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 15-Sep-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE SUMMARY REGARDING SAME; REVISE SPREADSHEET REGARDING SAME. | MCC | 0.80 | 268.00 |
| 21-Sep-09 | PREPARE FOR AND ATTEND MEETING REGARDING STATUS OF BAD DEBT SALES TAX RECOVERY EFFORTS. | POL | 0.90 | 427.50 |
| 22-Sep-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 22-Sep-09 | DRAFT AND REVISE STATUS UPDATE MEMORANDUM AND CHART REGARDING STATUS OF EXPECTED REFUNDS AND CREDITS IN VARIOUS STATES. | POL | 1.20 | 570.00 |
| 22-Sep-09 | REVIEW AND ANALYSIS REGARDING STATUS OF EXPECTED REFUNDS AND CREDITS IN VARIOUS STATES. | POL | 0.30 | 142.50 |
| 30-Sep-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; REVIEW AND REVISE SPREADSHEET REGARDING SAME; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 2.30 | 770.50 |

**Total Services** .................................................................................................................... **$2,279.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of                    30-Sep-09
Bill Number           8444446

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 3.40 | 1,139.00 |
| POL | P. O. LARSEN | 2.40 | 1,140.00 |
| | Total | 5.80 | $2,279.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date     12-Nov-09
Bill No.      8449109

CIRCUIT CITY STORES, INC.
LEGAL DEPARTMENT
9950 MARYLAND DRIVE
RICHMOND, VA  23233-1464

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 5,244.50 |
| DISBURSEMENTS | $ 22.00 |
| **TOTAL THIS INVOICE** | **$ 5,266.50** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 11/12/09) | 17,088.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 22,355.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                        Page 3

045690       CIRCUIT CITY STORES, INC.                    As of          31-Oct-09
0196523      BAD DEBT SALES TAX CLAIMS                    Bill Number     8449109

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 5-Oct-09 | REVIEW AND UPDATE STATUS OF CALIFORNIA AUDIT. | POL | 0.30 | 142.50 |
| 15-Oct-09 | UPDATE THE STATUS OF THE FLORIDA AND CALIFORNIA SALES TAX REFUND CLAIMS; PREPARE FOR AND ATTEND MEETING REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE AND SPREADSHEETS REGARDING THE CALIFORNIA CLAIMS; PREPARE AND REVISE PROTEST LETTER REGARDING THE FLORIDA SALES TAX REFUND CLAIM; REVIEW AND ANALYZE CORRESPONDENCE TO AND FROM THE DEPARTMENT REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 4.80 | 1,608.00 |
| 15-Oct-09 | TELEPHONE CALL REGARDING STATUS OF BAD DEBT CLAIMS IN VARIOUS STATES. | POL | 0.30 | 142.50 |
| 15-Oct-09 | DRAFT AND REVISE PLAN REGARDING STATUS OF BAD DEBT CLAIMS IN VARIOUS STATES. | POL | 1.10 | 522.50 |
| 16-Oct-09 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND APPEAL; REVIEW AND REVISE PROTEST LETTER REGARDING SAME; REVIEW CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.00 | 335.00 |
| 16-Oct-09 | DRAFT AND REVISE PLAN OF ACTION FOR BAD DEBT SALES TAX RECOVERIES IN VARIOUS STATES; LEGAL RESEARCH REGARDING SAME. | POL | 1.10 | 522.50 |
| 23-Oct-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE SUMMARY REGARDING SAME; REVIEW AND REVISE SPREADSHEET REGARDING SAME; ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 2.80 | 938.00 |
| 26-Oct-09 | UPDATE THE STATUS OF THE CONNECTICUT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.80 | 268.00 |
| 28-Oct-09 | DRAFT AND REVISE E-MAIL REGARDING | POL | 0.40 | 190.00 |

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
0196523    BAD DEBT SALES TAX CLAIMS

As of            31-Oct-09
Bill Number      8449109

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | PLAN FOR PROCEEDING IN CALIFORNIA AUDIT AND CONNECTICUT AUDITS. | | | |
| 28-Oct-09 | DRAFT AND REVISE ACTION PLAN PROPOSAL FOR VARIOUS STATES. | POL | 1.00 | 475.00 |
| 29-Oct-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE SUMMARY REGARDING SAME. | MCC | 0.30 | 100.50 |

**Total Services** ............................................................................................................**$5,244.50**

| Date | Disbursements | Value |
|------|---------------|-------|
| 10/05/09 | FILING FEES -  SUNTRUST BANCARD, N.A. JACKSONVILLE BANKRUPTCY: 08/25/09 DELAWARE CORPORATION FILING, CHARGES J. MEEHAN. | 12.00 |
| 10/05/09 | FILING FEES -  SUNTRUST BANCARD, N.A. JACKSONVILLE BANKRUPTCY: 08/25/09 DELAWARE CORPORATION FILING, CHARGES J. MEEHAN. | 10.00 |
| | Total for FILING FEES | 22.00 |

**Total Disbursements** ..................................................................................................**$22.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.                          As of           31-Oct-09
  0196523    BAD DEBT SALES TAX CLAIMS                      Bill Number      8449109

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 9.70 | 3,249.50 |
| POL | P. O. LARSEN | 4.20 | 1,995.00 |
| | Total | 13.90 | $5,244.50 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date      23-Dec-09
Bill No.          8458977

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:  **CIRCUIT CITY STORES, INC.**
Matter Name:  **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

### INVOICE SUMMARY

*For professional services rendered through November 30, 2009 as summarized below and described in
the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 3,211.50 | |
| DISBURSEMENTS | $ 45.00 | |
| **TOTAL THIS INVOICE** | **$ 3,256.50** | |
| PREVIOUS BALANCE | | 12,181.50 |
| (Please disregard if already paid. | | |
| Includes payments received through 12/23/09) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 15,438.00** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

**DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM**

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of        30-Nov-09
Bill Number    8458977

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Nov-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.40 | 134.00 |
| 2-Nov-09 | DRAFT AND REVISE CORRESPONDENCE REGARDING CALIFORNIA AND CONNECTICUT BAD DEBT CLAIMS. | POL | 0.60 | 285.00 |
| 2-Nov-09 | DRAFT E-MAIL REGARDING CALIFORNIA AND CONNECTICUT BAD DEBT CLAIMS. | POL | 0.20 | 95.00 |
| 3-Nov-09 | REVIEW AND REVISE SUMMARY REGARDING THE BAD DEBT SALES TAX RECOVERY PROJECT. | MCC | 0.30 | 100.50 |
| 6-Nov-09 | UPDATE THE STATUS OF THE CONNECTICUT BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.10 | 368.50 |
| 9-Nov-09 | REVIEW AND ANALYSIS OF STATUS OF CONNECTICUT AND CALIFORNIA AUDITS. | POL | 0.20 | 95.00 |
| 9-Nov-09 | DRAFT E-MAIL REGARDING STATUS OF CONNECTICUT AND CALIFORNIA AUDITS. | POL | 0.20 | 95.00 |
| 13-Nov-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; ATTEND MEETING REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME; UPDATE THE STATUS OF THE FLORIDA SALES TAX APPEAL; TELEPHONE CALL REGARDING SAME; PREPARE CORRESPONDENCE REGARDING SAME. | MCC | 1.30 | 435.50 |
| 13-Nov-09 | DRAFT DOCUMENTS RELATING TO STATUS AND STRATEGY FOR BAD DEBT CLAIMS. | POL | 0.80 | 380.00 |
| 13-Nov-09 | TELEPHONE CALL REGARDING STATUS AND STRATEGY FOR BAD DEBT CLAIMS. | POL | 0.20 | 95.00 |
| 16-Nov-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; UPDATE THE STATUS OF | MCC | 1.70 | 569.50 |

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
0196523    BAD DEBT SALES TAX CLAIMS

As of            30-Nov-09
Bill Number      8458977

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | THE FLORIDA APPEAL; REVIEW AND ANALYZE DOCUMENTATION REGARDING SAME. | | | |
| 20-Nov-09 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CORRESPONDENCE REGARDING SAME; UPDATE THE STATUS OF THE FLORIDA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.60 | 201.00 |
| 23-Nov-09 | REVIEW AND ANALYSIS OF POSITION OF FLORIDA DEPARTMENT OF REVENUE WITH RESPECT TO REFUND CLAIM. | POL | 0.20 | 95.00 |
| 23-Nov-09 | DRAFT E-MAIL REGARDING POSITION OF FLORIDA DEPARTMENT OF REVENUE WITH RESPECT TO REFUND CLAIM. | POL | 0.20 | 95.00 |
| 30-Nov-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND REVISE REFUND CLAIM PACKAGE REGARDING SAME. | MCC | 0.50 | 167.50 |

**Total Services** ................................................................................................ **$3,211.50**

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| | Total for POSTAGE | | 17.50 |
| 10/15/09 | TELEPHONE  SOUNDPATH LEGAL CONF. CALLS  INV #112109 11/14/09 (P LARSEN - JAX) | 5.97 | |
| | Total for TELEPHONE | | 5.97 |
| 11/10/09 | DELIVERY SERVICE -  PRIORITY COURIERS COURIER SERVICES FROM A/S JAX TO POST OFFICE ON 10/16/09 | 13.65 | |
| 11/10/09 | DELIVERY SERVICE -  PRIORITY COURIERS COURIER SERVICES FROM POST OFFICE TO A/S JAX ON 10/16/09 | 7.88 | |
| | Total for DELIVERY SERVICE | | 21.53 |

**Total Disbursements** .......................................................................................... **$45.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of              30-Nov-09
Bill Number        8458977

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
 0196523    BAD DEBT SALES TAX CLAIMS

As of          30-Nov-09
Bill Number    8458977

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 5.90 | 1,976.50 |
| POL | P. O. LARSEN | 2.60 | 1,235.00 |
| | Total | 8.50 | $3,211.50 |



**Akerman** | **Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date      19-Jan-10
Bill No.        8464944

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

### INVOICE SUMMARY

*For professional services rendered through December 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,033.00 |
| DISBURSEMENTS | $ 19.70 |
| **TOTAL THIS INVOICE** | **$ 1,052.70** |
| PREVIOUS BALANCE | 15,438.00 |
| (Please disregard if already paid. | |
| Includes payments received through 1/19/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 16,490.70** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
 0196523    BAD DEBT SALES TAX CLAIMS

As of                31-Dec-09
Bill Number        8464944

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 3-Dec-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE CORRESPONDENCE FROM THE STATE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 3-Dec-09 | COORDINATE CONFERENCE WITH DEPARTMENT REGARDING SAME. | POL | 0.20 | 95.00 |
| 4-Dec-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM AND AUDIT ASSESSMENT; REVIEW AND ANALYZE REFUND CLAIM PACKAGE AND CORRESPONDENCE FROM THE STATE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.40 | 469.00 |
| 14-Dec-09 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; REVIEW AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.90 | 301.50 |

**Total Services** ..................................................................................................................... **$1,033.00**

| Date | Disbursements | | Value |
|------|---------------|--|-------|
| | Total for POSTAGE | | 17.50 |
| 12/03/09 | OTHER TRAVEL EXPENSES - DELIVERY CHARGE | 2.20 | |
| | Total for OTHER TRAVEL EXPENSES | | 2.20 |

**Total Disbursements** ........................................................................................................ **$19.70**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.  
  0196523    BAD DEBT SALES TAX CLAIMS

As of         31-Dec-09  
Bill Number     8464944

| Initials | Name | Hours | Amount |
|----------|------|------:|-------:|
| MCC | M. C. CARANTZAS | 2.80 | 938.00 |
| POL | P. O. LARSEN | 0.20 | 95.00 |
| | Total | 3.00 | $1,033.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date      19-Jan-10
Bill No.       8464945

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **FLORIDA DEPARTMENT OF REVENUE**
Matter Number: **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through December 31, 2009 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,592.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,592.50** |

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                      Page 3

045690    CIRCUIT CITY STORES, INC.                    As of              31-Dec-09
  0196357    FLORIDA DEPARTMENT OF REVENUE             Bill Number         8464945

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 3-Dec-09 | REVIEW AND ANALYSIS OF STATUS OF FLORIDA REFUND CLAIM. | POL | 0.40 | 190.00 |
| 3-Dec-09 | DRAFT CORRESPONDENCE REGARDING STATUS OF FLORIDA REFUND CLAIM. | POL | 0.20 | 95.00 |
| 14-Dec-09 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH THE FLORIDA DEPARTMENT OF REVENUE REGARDING THE FLORIDA REFUND CLAIM DENIAL AND PROOF OF CLAIM IN BANKRUPTCY CASE. | POL | 1.10 | 522.50 |
| 14-Dec-09 | DRAFT E-MAIL REGARDING THE FLORIDA REFUND CLAIM DENIAL AND PROOF OF CLAIM IN BANKRUPTCY CASE AND FOLLOW UP ON ACTION ITEMS REGARDING SAME. | POL | 0.30 | 142.50 |
| 14-Dec-09 | REVIEW CIRCUIT CITY BANKRUPTCY DOCKET AND CLAIMS AGENT WEB SITES TO DETERMINE PROOFS OF CLAIM FILED BY FLORIDA DEPARTMENT OF REVENUE. | RCE | 0.40 | 140.00 |
| 16-Dec-09 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM AUDIT; PREPARE CORRESPONDENCE REGARDING SAME; ANALYZE PROOFS OF CLAIMS REGARDING SAME. | MCC | 0.80 | 268.00 |
| 22-Dec-09 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; REVIEW AUDIT WORKPAPERS REGARDING SAME. | MCC | 0.40 | 134.00 |
| 23-Dec-09 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE WITH THE AUDITOR REGARDING SAME. | MCC | 0.30 | 100.50 |

**Total Services** ........................................................................................................ **$1,592.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.                    As of            31-Dec-09
  0196357    FLORIDA DEPARTMENT OF REVENUE             Bill Number      8464945

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 1.50 | 502.50 |
| POL | P. O. LARSEN | 2.00 | 950.00 |
| RCE | R. C. ELLIOTT | 0.40 | 140.00 |
| | Total | 3.90 | $1,592.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          18-Feb-10
Bill No.            8474375

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,765.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,765.50** | |
| PREVIOUS BALANCE | | 1,592.50 |
| (Please disregard if already paid. Includes payments received through 2/18/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 3,358.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                Page 3

045690    CIRCUIT CITY STORES, INC.                          As of          31-Jan-10
 0196357   FLORIDA DEPARTMENT OF REVENUE                     Bill Number      8474375

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 20-Jan-10 | PREPARE FOR AND ATTEND CONFERENCE CALL REGARDING THE FLORIDA SALES TAX REFUND CLAIM; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME. | MCC | 0.70 | 234.50 |
| 20-Jan-10 | PREPARE FOR AND ATTEND CONFERENCE CALL WITH FLORIDA DEPARTMENT OF REVENUE REGARDING OFFSET OF OVERPAYMENT AGAINST CLAIM IN BANKRUPTCY. | POL | 1.50 | 712.50 |
| 26-Jan-10 | ATTEND CONFERENCE CALL REGARDING THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM; REVIEW CORRESPONDENCE REGARDING SAME. | MCC | 0.60 | 201.00 |
| 26-Jan-10 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE CALL WITH CLIENT REGARDING FLORIDA CLAIM FOR REFUND; DRAFT EMAIL REGARDING SAME. | POL | 1.30 | 617.50 |

**Total Services** ................................................................................................ **$1,765.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.                                    As of            31-Jan-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                     Bill Number      8474375

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.30 | 435.50 |
| POL | P. O. LARSEN | 2.80 | 1,330.00 |
| | Total | 4.10 | $1,765.50 |



**ATTORNEYS AT LAW**

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date       18-Feb-10
Bill No.         8474376

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through January 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 572.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 572.50** |
| PREVIOUS BALANCE | 16,490.70 |
| (Please disregard if already paid. Includes payments received through 2/18/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 17,063.20** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690   CIRCUIT CITY STORES, INC.
 0196523   BAD DEBT SALES TAX CLAIMS

As of              31-Jan-10
Bill Number      8474376

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 19-Jan-10 | REVIEW AND ANALYZE CORRESPONDENCE AND SPREADSHEET FROM THE AUDITOR REGARDING THE CALIFORNIA BAD DEBT SALES TAX CREDITS. | MCC | 0.40 | 134.00 |
| 20-Jan-10 | DRAFT AND REVISE ANALYSIS OF PLAN FOR ACTION FOR CALIFORNIA AUDIT OF CREDITS. | POL | 0.50 | 237.50 |
| 28-Jan-10 | PREPARE AND REVISE SUMMARY REGARDING THE SUPPLEMENTAL BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM. | MCC | 0.60 | 201.00 |

**Total Services** ................................................................................................................ **$572.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of              31-Jan-10
Bill Number      8474376

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.00 | 335.00 |
| POL | P. O. LARSEN | 0.50 | 237.50 |
| | Total | 1.50 | $572.50 |



# Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        19-Mar-10
Bill No.           8482796

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through February 28, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,057.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 7,057.00** |
| PREVIOUS BALANCE | 17,063.20 |
| (Please disregard if already paid. Includes payments received through 3/19/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 24,120.20** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

### AKERMAN SENTERFITT

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of          28-Feb-10
Bill Number    8482796

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Feb-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE FOR AND ATTEND CONFERENCE CALL WITH THE AUDITOR REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME. | MCC | 1.10 | 368.50 |
| 4-Feb-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDIT ASSESSMENT; ATTEND CONFERENCE CALL REGARDING SAME; PREPARE AND REVISE SUMMARY REGARDING SAME. | MCC | 1.20 | 402.00 |
| 4-Feb-10 | DRAFT E-MAILS REGARDING SETTLEMENT OF CALIFORNIA AND FLORIDA REFUND CLAIMS. | POL | 0.40 | 190.00 |
| 4-Feb-10 | TELEPHONE CONFERENCE REGARDING SETTLEMENT OF CALIFORNIA REFUND CLAIMS. | POL | 0.40 | 190.00 |
| 4-Feb-10 | EXCHANGE OF E-MAILS RE BAR DATE FOR GOVERNMENTAL ENTITIES IN BANKRUPTCY CASE AND STATUS OF LATE FILED CLAIM; REVIEW BANKRUPTCY CODE RE LEGAL STANDARD TO ALLOW LATE FILED CLAIM. | RCE | 0.40 | 134.00 |
| 8-Feb-10 | UPDATE THE STATUS OF THE CONNECTICUT BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 10-Feb-10 | DRAFT E-MAIL REGARDING CONNECTICUT SETTLEMENT AND ANALYSIS. | POL | 0.30 | 142.50 |
| 12-Feb-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; REVIEW CORRESPONDENCE FROM THE AUDITOR REGARDING SAME. | MCC | 0.40 | 134.00 |
| 15-Feb-10 | PREPARE CORRESPONDENCE REGARDING THE CONNECTICUT BAD DEBT SALES TAX CREDITS; REVIEW SPREADSHEETS REGARDING SAME. | MCC | 0.60 | 201.00 |
| 17-Feb-10 | RESEARCH APPLICABILITY OF CT S&U TAX TO REHAB OF EXISTING BUILDING AND SUMMARIZE DETAILS IN EMAIL; DRAFT | PMP | 6.70 | 1,909.50 |

Akerman Senterfitt

Page 4

| 045690 | CIRCUIT CITY STORES, INC. | | | As of | 28-Feb-10 |
| 0196523 | BAD DEBT SALES TAX CLAIMS | | | Bill Number | 8482796 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | SETTLEMENT CORRESPONDENCE REGARDING SAME. | | | |
| 17-Feb-10 | TELEPHONE CONFERENCE REGARDING STATUS OF VARIOUS SALES TAX SETTLEMENTS IN VARIOUS STATES. | POL | 0.50 | 237.50 |
| 17-Feb-10 | DRAFT AND REVISE STATUS UPDATE CHART OF SETTLEMENTS IN VARIOUS STATES. | POL | 1.00 | 475.00 |
| 17-Feb-10 | DRAFT E-MAILS REGARDING SETTLEMENTS IN VARIOUS STATES. | POL | 0.90 | 427.50 |
| 17-Feb-10 | LEGAL RESEARCH REGARDING SETTLEMENTS IN VARIOUS STATES. | POL | 0.40 | 190.00 |
| 19-Feb-10 | RESEARCH FOR AND PREPARATION OF MEMORANDUM RE EFFECT OF LATE FILED CALIFORNIA PROOF OF CLAIM IN BANKRUPTCY. | RCE | 2.00 | 670.00 |
| 23-Feb-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE SUMMARY CHART REGARDING SAME. | MCC | 0.80 | 268.00 |
| 23-Feb-10 | DRAFT AND REVISE STATUS UPDATE CHART FOR SALES TAX SETTLEMENTS. | POL | 1.00 | 475.00 |
| 23-Feb-10 | LEGAL RESEARCH REGARDING SETTLEMENT STRATEGY FOR VARIOUS STATES AND CASES. | POL | 0.50 | 237.50 |
| 23-Feb-10 | DRAFT LETTER REGARDING SETTLEMENT STRATEGY FOR VARIOUS STATES AND CASES. | POL | 0.50 | 237.50 |

**Total Services** ............................................................................................................ **$7,057.00**

Akerman Senterfitt                                                    Page 5

045690      CIRCUIT CITY STORES, INC.                          As of           28-Feb-10
  0196523    BAD DEBT SALES TAX CLAIMS                     Bill Number         8482796

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 4.60 | 1,541.00 |
| PMP | P. M. PITCHWAK | 6.70 | 1,909.50 |
| POL | P. O. LARSEN | 5.90 | 2,802.50 |
| RCE | R. C. ELLIOTT | 2.40 | 804.00 |
| | Total | 19.60 | $7,057.00 |



# Akerman|Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          19-Mar-10
Bill No.           8482797

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through February 28, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 5,048.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 5,048.50** | |
| PREVIOUS BALANCE | | 3,358.00 |
| (Please disregard if already paid. Includes payments received through 3/19/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 8,406.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

### AKERMAN SENTERFITT

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                            Page 3

045690     CIRCUIT CITY STORES, INC.                          As of              28-Feb-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                     Bill Number        8482797

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Feb-10 | UPDATE THE STATUS OF THE FLORIDA SALES TAX ASSESSMENT; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME; ANALYZE SPREADSHEETS REGARDING SAME. | MCC | 1.10 | 368.50 |
| 1-Feb-10 | TELEPHONE CALL REGARDING STATUS OF FLORIDA REFUND CLAIM DENIAL. | POL | 0.40 | 190.00 |
| 1-Feb-10 | PREPARE E-MAIL WITH INFORMATION ON PRIORITY TAX CLAIMS. | RCE | 0.60 | 201.00 |
| 8-Feb-10 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM; ANALYZE CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME. | MCC | 0.50 | 167.50 |
| 9-Feb-10 | UPDATE THE STATUS OF THE FLORIDA SALES TAX ASSESSMENTS AND REFUND CLAIMS; REVIEW AND RESPOND TO E-MAIL REGARDING SAME; PREPARE AND REVISE PROTEST LETTER TO THE DEPARTMENT REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.90 | 636.50 |
| 10-Feb-10 | DRAFT E-MAILS REGARDING FLORIDA SETTLEMENT AND CALIFORNIA SETTLEMENT. | POL | 0.30 | 142.50 |
| 10-Feb-10 | REVIEW AND ANALYSIS OF FLORIDA AUDIT NUMBERS. | POL | 0.40 | 190.00 |
| 15-Feb-10 | DRAFT AND REVISE SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE. | POL | 0.40 | 190.00 |
| 15-Feb-10 | REVIEW AND ANALYSIS OF SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE. | POL | 0.30 | 142.50 |
| 17-Feb-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE FLORIDA SALES TAX REFUND CLAIM. | MCC | 0.20 | 67.00 |
| 17-Feb-10 | EXCHANGE OF E-MAILS RE PRIORITY OF FLORIDA TAX CLAIMS IN BANKRUPTCY. | RCE | 0.20 | 67.00 |
| 21-Feb-10 | REVIEW AND REVISE STATUS UPDATE CHART REGARDING STATUS OF ALL SALES TAX SETTLEMENTS. | POL | 0.70 | 332.50 |

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
0196357    FLORIDA DEPARTMENT OF REVENUE

As of          28-Feb-10
Bill Number    8482797

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 21-Feb-10 | DRAFT LETTER TO STATE OF FLORIDA REGARDING STATUS OF ALL SALES TAX SETTLEMENTS. | POL | 0.30 | 142.50 |
| 22-Feb-10 | UPDATE THE STATUS OF THE FLORIDA SALES TAX REFUND CLAIM; REVIEW AND ANALYZE CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME. | MCC | 0.30 | 100.50 |
| 23-Feb-10 | UPDATE THE STATUS OF THE FLORIDA SALES TAX AUDIT ASSESSMENTS; PREPARE AND REVISE SUMMARY CHART REGARDING SAME; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.90 | 301.50 |
| 24-Feb-10 | REVIEW AND REVISE SUMMARY CHART AND SPREADSHEETS REGARDING THE BAD DEBT SALES TAX REFUND CLAIMS AND AUDIT ASSESSMENTS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 1.90 | 636.50 |
| 24-Feb-10 | EXCHANGE OF E-MAILS RE PRIORITY FLORIDA TAX CLAIMS IN BANKRUPTCY; TELEPHONE CONFERENCE RE SAME; RESEARCH RE CHARACTERIZATION OF SALES/USE TAX ASSESSED ON COMMERCIAL LEASE IN BANKRUPTCY CASE. | RCE | 1.10 | 368.50 |
| 26-Feb-10 | RESEARCH RE CHARACTERIZATION OF SALES TAX AS EXCISE TAX UNDER BANKRUPTCY CODE AND PRIORITY OF EXCISE TAX IN BANKRUPTCY; PREPARE E-MAIL RE SAME. | RCE | 2.40 | 804.00 |

**Total Services** ................................................................................................................ **$5,048.50**

Akerman Senterfitt                                                              Page 5

045690      CIRCUIT CITY STORES, INC.                          As of              28-Feb-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                     Bill Number        8482797

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 6.80 | 2,278.00 |
| POL | P. O. LARSEN | 2.80 | 1,330.00 |
| RCE | R. C. ELLIOTT | 4.30 | 1,440.50 |
| | Total | 13.90 | $5,048.50 |



**Akerman**Senterfitt

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        10-May-10
Bill No.          8495524

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 469.00 | |
| DISBURSEMENTS | $ 6.15 | |
| **TOTAL THIS INVOICE** | **$ 475.15** | |
| PREVIOUS BALANCE | | 19,238.50 |
| (Please disregard if already paid. | | |
| Includes payments received through 5/10/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 19,713.65** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                              Page 3

045690      CIRCUIT CITY STORES, INC.                          As of          31-Mar-10
 0196523    BAD DEBT SALES TAX CLAIMS                          Bill Number     8495524

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 26-Mar-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.10 | 368.50 |
| 29-Mar-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |

**Total Services** ................................................................................................. $469.00

| Date | Disbursements | Value |
|------|---------------|-------|
| 03/26/10 | FEDERAL EXPRESS Airbill: 793371630945 per 1060 Invoice No: 703568631 Ship Dt: 03/19/10 | 6.15 |
| | Total for FEDERAL EXPRESS | 6.15 |

**Total Disbursements** ......................................................................................... $6.15

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of          31-Mar-10
Bill Number      8495524

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.40 | 469.00 |
| | Total | 1.40 | $469.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        10-May-10
Bill No.         8495525

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -**
                **CALIFORNIA**
Matter Number:  **0238079**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 7,862.50 |
| DISBURSEMENTS | $ 6.59 |
| **TOTAL THIS INVOICE** | **$ 7,869.09** |

---

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690   CIRCUIT CITY STORES, INC.         As of       31-Mar-10
  0238079   SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA     Bill Number    8495525

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Mar-10 | TELEPHONE CALLS REGARDING STATUS OF CALIFORNIA SETTLEMENT; DRAFT E-MAILS REGARDING SAME. | POL | 0.60 | 285.00 |
| 4-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; REVISE SUMMARY REGARDING SAME. | MCC | 0.60 | 201.00 |
| 5-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE FROM THE AUDITOR REGARDING SAME. | MCC | 0.30 | 100.50 |
| 5-Mar-10 | TELEPHONE CALLS REGARDING STATUS OF SETTLEMENT IN CALIFORNIA. | POL | 0.80 | 380.00 |
| 5-Mar-10 | DRAFT LETTER REGARDING STATUS OF SETTLEMENT IN CALIFORNIA. | POL | 0.70 | 332.50 |
| 8-Mar-10 | PREPARE FOR MEETINGS WITH STATE OF CALIFORNIA FOR SETTLEMENT. | POL | 1.00 | 475.00 |
| 8-Mar-10 | DRAFT E-MAILS REGARDING MEETINGS WITH STATE OF CALIFORNIA FOR SETTLEMENT. | POL | 0.30 | 142.50 |
| 9-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 1.10 | 368.50 |
| 9-Mar-10 | TELEPHONE CONFERENCE WITH CIRCUIT CITY TEAM REGARDING CALIFORNIA SETTLEMENT. | POL | 0.70 | 332.50 |
| 9-Mar-10 | DRAFT E-MAILS TO CALIFORNIA BOARD OF EQUALIZATION REGARDING SETTLEMENT. | POL | 0.30 | 142.50 |
| 9-Mar-10 | RESEARCH FOR AND PREPARATION OF MEMO RE STATUS OF ADMINISTRATIVE EXPENSE CLAIMS FILED BY CALIFORNIA BOARD OF EQUALIZATION. | RCE | 2.30 | 770.50 |
| 10-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; | MCC | 0.70 | 234.50 |

Akerman Senterfitt

Page 4

045690   CIRCUIT CITY STORES, INC.
  0238079   SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of       31-Mar-10
Bill Number   8495525

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | TELEPHONE CALL REGARDING SAME. | | | |
| 11-Mar-10 | PREPARE FOR AND ATTEND MEETING WITH CALIFORNIA BOARD OF EQUALIZATION REGARDING SETTLEMENT OF PROOFS OF CLAIM. | POL | 1.50 | 712.50 |
| 11-Mar-10 | DRAFT SUMMARY E-MAIL REGARDING MEETINGS WITH CALIFORNIA BOARD OF EQUALIZATION AND SETTLEMENT OF PROOFS OF CLAIM. | POL | 0.50 | 237.50 |
| 12-Mar-10 | TELEPHONE CONFERENCE WITH CIRCUIT CITY TEAM REGARDING STATUS OF CALIFORNIA SETTLEMENT. | POL | 0.70 | 332.50 |
| 12-Mar-10 | DRAFT E-MAILS REGARDING FOLLOW UP ITEMS FOR CALIFORNIA SETTLEMENT. | POL | 0.30 | 142.50 |
| 17-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW CORRESPONDENCE REGARDING SAME; PREPARE AND REVISE REFUND CLAIM PACKAGE REGARDING SAME. | MCC | 1.10 | 368.50 |
| 19-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND ANALYZE SPREADSHEET REGARDING SAME; PREPARE CORRESPONDENCE TO THE STATE REGARDING SAME. | MCC | 1.10 | 368.50 |
| 19-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA SALES TAX ASSESSMENT; REVIEW AND ANALYZE DOCUMENTATION AND RETURNS REGARDING SAME; PREPARE CORRESPONDENCE TO THE STATE REGARDING SAME. | MCC | 1.50 | 502.50 |
| 19-Mar-10 | DRAFT AND REVISE CORRESPONDENCE TO STATE OF CALIFORNIA REGARDING SETTLEMENT. | POL | 0.50 | 237.50 |
| 19-Mar-10 | REVIEW AND ANALYSIS OF SUPPLEMENTAL DATA FOR SETTLEMENT IN CALIFORNIA. | POL | 0.50 | 237.50 |
| 22-Mar-10 | REVIEW AND REVISE CALIFORNIA SETTLEMENT LETTER. | POL | 0.50 | 237.50 |

Akerman Senterfitt

Page 5

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of          31-Mar-10
Bill Number      8495525

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 22-Mar-10 | DRAFT AND REVISE CORRESPONDENCE TO CALIFORNIA BOARD OF EQUALIZATION REGARDING STATUS OF SETTLEMENT AND FOLLOW UP INFORMATION. | POL | 0.60 | 285.00 |
| 24-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND REVISE CORRESPONDENCE AND SPREADSHEET REGARDING SAME; TELEPHONE CALL REGARDING SAME. | MCC | 0.80 | 268.00 |
| 25-Mar-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |

Total Services ....................................................................................................................$7,862.50

| Date | Disbursements | Value |
|------|---------------|-------|
| | Total for POSTAGE | 6.59 |

Total Disbursements ............................................................................................................$6.59

Akerman Senterfitt

Page 6

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of                    31-Mar-10
Bill Number              8495525

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 7.70 | 2,579.50 |
| POL | P. O. LARSEN | 9.50 | 4,512.50 |
| RCE | R. C. ELLIOTT | 2.30 | 770.50 |
| | Total | 19.50 | $7,862.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          10-May-10
Bill No.           8495526

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **SETTLEMENT OF PROOFS OF CLAIM -
               CONNECTICUT**
Matter Number: **0238073**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 3,962.00 |
| DISBURSEMENTS | $ 2.25 |
| **TOTAL THIS INVOICE** | **$ 3,964.25** |

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                        Page 3

045690      CIRCUIT CITY STORES, INC.                          As of              31-Mar-10
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT        Bill Number        8495526

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 11-Mar-10 | ANALYZE CT AUDIT ISSUES AND WORK PAPERS AND DRAFT SETTLEMENT OFFER LETTER | PMP | 0.50 | 125.00 |
| 12-Mar-10 | ANALYZE CT AUDIT ISSUES AND WORK PAPERS AND DRAFT SETTLEMENT OFFER LETTER | PMP | 2.80 | 700.00 |
| 15-Mar-10 | ANALYZE CT AUDIT ISSUES AND WORK PAPERS AND DRAFT SETTLEMENT OFFER LETTER | PMP | 5.70 | 1,425.00 |
| 15-Mar-10 | TELEPHONE CONFERENCE REGARDING STATUS OF CONNECTICUT SETTLEMENT. | POL | 0.50 | 237.50 |
| 15-Mar-10 | DRAFT CONNECTICUT SETTLEMENT OFFER. | POL | 0.50 | 237.50 |
| 15-Mar-10 | REVIEW AND DETERMINATION OF PRIORITY OF CONNECTICUT CLAIMS. | RCE | 0.40 | 134.00 |
| 16-Mar-10 | UPDATE THE STATUS OF THE CONNECTICUT BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 0.90 | 301.50 |
| 16-Mar-10 | REVIEW AND ANALYZE PRIORITY STATUS OF CONNECTICUT CLAIM IN BANKRUPTCY CASE. | RCE | 1.40 | 469.00 |
| 17-Mar-10 | DRAFT LETTER TO CONNECTICUT DEPARTMENT OF REVENUE REGARDING SETTLEMENT OF CLAIMS; LEGAL RESEARCH REGARDING SAME. | POL | 0.70 | 332.50 |

**Total Services** ..................................................................................................................$3,962.00

| Date | Disbursements | Value |
|------|---------------|-------|
| 03/09/10 | DUPLICATING | 0.20 |
| 03/18/10 | DUPLICATING | 0.70 |
| 03/19/10 | DUPLICATING | 0.30 |
| 03/19/10 | DUPLICATING | 0.90 |

Akerman Senterfitt                                                                Page 4

045690     CIRCUIT CITY STORES, INC.                          As of          31-Mar-10
  0238073     SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT      Bill Number      8495526


| | | |
|---|---|---|
| 03/19/10   DUPLICATING | 0.15 | |
| Total for DUPLICATING | | 2.25 |

**Total Disbursements** ................................................................................................................ **$2.25**

Akerman Senterfitt                                                        Page 5

045690      CIRCUIT CITY STORES, INC.                        As of          31-Mar-10
  0238073      SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT    Bill Number    8495526

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 0.90 | 301.50 |
| PMP | P. M. PITCHWAK | 9.00 | 2,250.00 |
| POL | P. O. LARSEN | 1.70 | 807.50 |
| RCE | R. C. ELLIOTT | 1.80 | 603.00 |
| | Total | 13.40 | $3,962.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        10-May-10
Bill No.            8495527

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,954.50 |
| DISBURSEMENTS | $ 221.00 |
| **TOTAL THIS INVOICE** | **$ 3,175.50** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 5/10/10) | 6,641.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 9,816.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                    Page 3

045690      CIRCUIT CITY STORES, INC.                          As of              31-Mar-10
 0196357    FLORIDA DEPARTMENT OF REVENUE                       Bill Number        8495527

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 1-Mar-10 | DRAFT SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE. | POL | 0.40 | 190.00 |
| 3-Mar-10 | PREPARE SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE, INCLUDING REVIEWING AND ANALYZING BANKRUPTCY PROOFS OF CLAIM AND CALCULATING INTEREST ON CLAIM. | RCE | 1.90 | 636.50 |
| 7-Mar-10 | REVIEW AND REVISE SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE. | POL | 0.50 | 237.50 |
| 7-Mar-10 | LEGAL RESEARCH REGARDING SETTLEMENT OFFER TO FLORIDA DEPARTMENT OF REVENUE. | POL | 0.30 | 142.50 |
| 8-Mar-10 | DRAFT LETTER TO STATE OF FLORIDA REGARDING SETTLEMENT. | POL | 0.60 | 285.00 |
| 9-Mar-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE FLORIDA SETTLEMENT NEGOTIATIONS REGARDING THE SALES TAX ASSESSMENTS AND AUDITS; REVIEW DOCUMENTATION REGARDING SAME. | MCC | 1.20 | 402.00 |
| 9-Mar-10 | REVIEW AND ANALYSIS OF FLORIDA SETTLEMENT. | POL | 0.40 | 190.00 |
| 9-Mar-10 | REVISE FLORIDA SETTLEMENT OFFER LETTER; REVIEW CHAPTER 11 PLAN AND DISCLOSURE STATEMENT IN ORDER TO EXPLAIN POTENTIAL RECOVERY IN SETTLEMENT LETTER. | RCE | 1.30 | 435.50 |
| 16-Mar-10 | REVISE AND EDIT SETTLEMENT LETTER TO DEPARTMENT. | RCE | 0.50 | 167.50 |
| 18-Mar-10 | UPDATE THE STATUS OF THE FLORIDA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |
| 18-Mar-10 | EXCHANGE OF E-MAILS RE AMOUNT OFFSET BY DEPARTMENT AND CALCULATION OF REFUND/SETTLEMENT. | RCE | 0.30 | 100.50 |

**Total Services** ................................................................................................................... **$2,954.50**

Akerman Senterfitt                                                                      Page 4

045690      CIRCUIT CITY STORES, INC.                        As of            31-Mar-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                    Bill Number      8495527

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| 03/16/10 | OTHER TRAVEL EXPENSES - MICHAEL A. HUMIG REIMB. FOR DELIVERIES MADE ON 2/9/10 TO POST OFFICE | 2.00 | |
| | Total for OTHER TRAVEL EXPENSES | | 2.00 |
| 02/24/10 | WESTLAW RESEARCH 030110 ELLIOTT,RAYE JACKSONVILLE | 219.00 | |
| | Total for WESTLAW RESEARCH | | 219.00 |
| | **Total Disbursements** ................................................................................. | | **$221.00** |

Akerman Senterfitt

Page 5

045690    CIRCUIT CITY STORES, INC.

0196357    FLORIDA DEPARTMENT OF REVENUE

As of          31-Mar-10
Bill Number    8495527

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 1.70 | 569.50 |
| POL | P. O. LARSEN | 2.20 | 1,045.00 |
| RCE | R. C. ELLIOTT | 4.00 | 1,340.00 |
| | Total | 7.90 | $2,954.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date         10-May-10
Bill No.          8495528

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number: **0221364**

---

### INVOICE SUMMARY

*For professional services rendered through March 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,297.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 2,297.50** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 5/10/10) | 13,193.48 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 15,490.98** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221364*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          31-Mar-10
Bill Number          8495528

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 3-Mar-10 | ANALYZE TX AUDIT WORK PAPERS AND RESEARCH ARGUMENTS FOR TEXAS SETTLEMENT OFFER. | PMP | 2.90 | 725.00 |
| 16-Mar-10 | ANALYZE TEXAS AUDIT ISSUES AND WORKPAPERS AND DRAFT SETTLEMENT OFFER LETTER | PMP | 4.20 | 1,050.00 |
| 19-Mar-10 | DRAFT AND REVISE SETTLEMENT OFFER TO TEXAS. | POL | 0.60 | 285.00 |
| 19-Mar-10 | REVIEW AND REVISE DATA IN SUPPORT OF TEXAS SETTLEMENT. | POL | 0.50 | 237.50 |

**Total Services** ................................................................................................................................ **$2,297.50**

Akerman Senterfitt                                                              Page 4

045690      CIRCUIT CITY STORES, INC.                        As of          31-Mar-10
  0221364   TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08         Bill Number      8495528

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| PMP | P. M. PITCHWAK | 7.10 | 1,775.00 |
| POL | P. O. LARSEN | 1.10 | 522.50 |
| | Total | 8.20 | $2,297.50 |



**Akerman** | **Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          21-May-10
Bill No.           8498763

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through April 30, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 670.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 670.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 5/21/10) | 19,713.65 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 20,383.65** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

| 045690 | CIRCUIT CITY STORES, INC. | As of | 30-Apr-10 |
| 0196523 | BAD DEBT SALES TAX CLAIMS | Bill Number | 8498763 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 14-Apr-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.40 | 134.00 |
| 15-Apr-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE SUPPLEMENTAL MULTISTATE BAD DEBT SALES TAX REFUND CLAIM FILINGS. | MCC | 0.50 | 167.50 |
| 20-Apr-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE CLAIM CHART REGARDING SAME. | MCC | 0.60 | 201.00 |
| 21-Apr-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE SPREADSHEET AND FORMS REGARDING SAME; PREPARE CORRESPONDENCE REGARDING SAME. | MCC | 0.50 | 167.50 |

**Total Services** ............................................................................................................... $670.00

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of                    30-Apr-10
Bill Number          8498763

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 2.00 | 670.00 |
| | Total | 2.00 | $670.00 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        21-May-10
Bill No.          8498764

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -
                CALIFORNIA**
Matter Number:  **0238079**

### INVOICE SUMMARY

*For professional services rendered through April 30, 2010 as summarized below and described in the
narrative statement:*

| | |
|---|---|
| SERVICES | $ 463.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 463.50** |
| PREVIOUS BALANCE | 7,869.09 |
| (Please disregard if already paid. | |
| Includes payments received through 5/21/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 8,332.59** |

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of          30-Apr-10
Bill Number    8498764

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 23-Apr-10 | TELEPHONE CALL REGARDING SETTLEMENT OF CALIFORNIA CASE. | POL | 0.20 | 95.00 |
| 26-Apr-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.60 | 201.00 |
| 27-Apr-10 | UPDATE THE STATUS OF THE SALES TAX AUDITS; PREPARE AND REVIEW CORRESPONDENCE WITH THE AUDITOR REGARDING SAME. | MCC | 0.50 | 167.50 |

**Total Services** ................................................................................................................ **$463.50**

Akerman Senterfitt                                                                    Page 4

045690      CIRCUIT CITY STORES, INC.                          As of              30-Apr-10
   0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA        Bill Number        8498764

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 1.10 | 368.50 |
| POL | P. O. LARSEN | 0.20 | 95.00 |
| | Total | 1.30 | $463.50 |