

**Akerman**|**Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          21-May-10
Bill No.           8498765

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **FLORIDA DEPARTMENT OF REVENUE**
Matter Number: **0196357**

### INVOICE SUMMARY

*For professional services rendered through April 30, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 424.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 424.50** |
| PREVIOUS BALANCE | 9,816.50 |

(Please disregard if already paid.
Includes payments received through 5/21/10)

**TOTAL NOW DUE AND PAYABLE**          **$ 10,241.00**

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.                    As of             30-Apr-10
  0196357   FLORIDA DEPARTMENT OF REVENUE             Bill Number       8498765

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 15-Apr-10 | EXCHANGE OF E-MAILS RE SETTLEMENT LETTER TO DEPARTMENT. | RCE | 0.10 | 33.50 |
| 21-Apr-10 | PREPARE CORRESPONDENCE REGARDING FLORIDA CLAIM. | MCC | 0.50 | 167.50 |
| 21-Apr-10 | TELEPHONE CALL TO ATTORNEY FOR FLORIDA DEPARTMENT OF REVENUE RE STATUS OF SETTLEMENT OFFER. | RCE | 0.10 | 33.50 |
| 23-Apr-10 | TELEPHONE CALL REGARDING SETTLEMENT OF FLORIDA CASE. | POL | 0.40 | 190.00 |

**Total Services** ................................................................................................................ $424.50

Akerman Senterfitt                                                    Page 4

045690    CIRCUIT CITY STORES, INC.                      As of          30-Apr-10
  0196357    FLORIDA DEPARTMENT OF REVENUE              Bill Number      8498765

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 0.50 | 167.50 |
| POL | P. O. LARSEN | 0.40 | 190.00 |
| RCE | R. C. ELLIOTT | 0.20 | 67.00 |
| | Total | 1.10 | $424.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          21-May-10
Bill No.            8498767

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

---

### INVOICE SUMMARY

*For professional services rendered through April 30, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 2,937.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 2,937.50** | |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 5/21/10) | | 15,490.98 |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 18,428.48** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          30-Apr-10
Bill Number    8498767

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Apr-10 | DRAFT LETTER TO STATE REGARDING POSSIBLE SETTLEMENT OF CASE; LEGAL RESEARCH REGARDING SAME. | POL | 0.80 | 380.00 |
| 19-Apr-10 | DRAFT TEXAS SETTLEMENT OFFER LETTER | PMP | 7.00 | 1,750.00 |
| 20-Apr-10 | REVIEW AND REVISE TEXAS SETTLEMENT LETTER; LEGAL RESEARCH REGARDING SAME. | POL | 1.00 | 475.00 |
| 23-Apr-10 | DRAFT AND REVISE TEXAS SETTLEMENT OFFER. | POL | 0.70 | 332.50 |

**Total Services** ................................................................................................................. **$2,937.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of            30-Apr-10
Bill Number    8498767

| Initials | Name | Hours | Amount |
|---|---|---|---|
| PMP | P. M. PITCHWAK | 7.00 | 1,750.00 |
| POL | P. O. LARSEN | 2.50 | 1,187.50 |
| | Total | 9.50 | $2,937.50 |



**Akerman**Senterfitt

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        16-Jun-10
Bill No.          8505592

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **FLORIDA DEPARTMENT OF REVENUE**
Matter Number: **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through May 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 318.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 318.50** |
| PREVIOUS BALANCE | 424.50 |

(Please disregard if already paid.
Includes payments received through 6/16/10)

**TOTAL NOW DUE AND PAYABLE**          **$ 743.00**

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
 0196357   FLORIDA DEPARTMENT OF REVENUE

As of          31-May-10
Bill Number     8505592

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-May-10 | TELEPHONE CALLS REGARDING STATUS OF SETTLEMENT. | POL | 0.30 | 142.50 |
| 25-May-10 | TELEPHONE CALLS IN FOLLOW UP TO SETTLEMENT OFFER. | POL | 0.30 | 142.50 |
| 26-May-10 | TELEPHONE CALL TO FRED RUDZICK AT DEPARTMENT OF REVENUE RE RESPONSE TO SETTLEMENT OFFER. | RCE | 0.10 | 33.50 |

**Total Services** .............................................................................................................. **$318.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
  0196357    FLORIDA DEPARTMENT OF REVENUE

As of            31-May-10
Bill Number      8505592

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| POL | P. O. LARSEN | 0.60 | 285.00 |
| RCE | R. C. ELLIOTT | 0.10 | 33.50 |
| | Total | 0.70 | $318.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          16-Jun-10
Bill No.           8505593

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **BAD DEBT SALES TAX CLAIMS**
Matter Number:  **0196523**

### INVOICE SUMMARY

*For professional services rendered through May 31, 2010 as summarized below and described in the
narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,909.50 |
| DISBURSEMENTS | $ 66.64 |
| **TOTAL THIS INVOICE** | **$ 1,976.14** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 6/16/10) | 12,851.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 14,827.64** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.                           As of              31-May-10
 0196523    BAD DEBT SALES TAX CLAIMS                    Bill Number      8505593

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 12-May-10 | UPDATE THE STATUS OF THE BAD DEBT SALES TAX REFUND CLAIMS; PREPARE SUMMARY REGARDING SAME. | MCC | 0.80 | 268.00 |
| 20-May-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE AND REVISE REFUND CLAIM PACKAGES REGARDING SAME. | MCC | 1.90 | 636.50 |
| 25-May-10 | UPDATE THE STATUS OF THE BAD DEBT SALES TAX CREDIT; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME; TELEPHONE CALL REGARDING SAME; REVIEW AND ANALYZE SPREADSHEETS AND DOCUMENTATION REGARDING SAME. | MCC | 1.80 | 603.00 |
| 28-May-10 | UPDATE THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; REVIEW AND REVISE REFUND CLAIM PACKAGES REGARDING SAME; PREPARE SPREADSHEET REGARDING SAME. | MCC | 1.20 | 402.00 |

**Total Services** ........................................................................................................... **$1,909.50**

| Date | Disbursements | | Value |
|------|---------------|---|-------|
| | Total for POSTAGE | | 60.94 |
| 05/06/10 | DUPLICATING | 1.05 | |
| 05/28/10 | DUPLICATING | 0.55 | |
| 05/28/10 | DUPLICATING | 4.10 | |
| | Total for DUPLICATING | | 5.70 |

**Total Disbursements** ................................................................................................. **$66.64**

Akerman Senterfitt

Page 4

045690     CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of            31-May-10
Bill Number      8505593

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 5.70 | 1,909.50 |
| | Total | 5.70 | $1,909.50 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date       16-Jun-10
Bill No.        8505594

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number: **0221364**

---

### INVOICE SUMMARY

*For professional services rendered through May 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,442.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,442.00** | |
| PREVIOUS BALANCE | | 16,130.98 |
| (Please disregard if already paid. Includes payments received through 6/16/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 17,572.98** |

*To ensure proper credit to the above account, please indicate matter no. 0221364*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

### AKERMAN SENTERFITT

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.                                   As of              31-May-10
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08          Bill Number      8505594

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 4-May-10 | REVISE TEXAS SETTLEMENT OFFER LETTER | PMP | 1.50 | 375.00 |
| 4-May-10 | REVIEW CIRCUIT CITY BANKRUPTCY DOCKET TO DETERMINE CLAIMS AND PLEADINGS FILED BY TEXAS COMPTROLLER; REVIEW CHAPTER 11 PLAN TO DETERMINE TREATMENT OF PRIORITY TAX CLAIMS. | RCE | 0.70 | 234.50 |
| 10-May-10 | TELEPHONE CONFERENCE WITH CIRCUIT CITY REGARDING STATUS OF TEXAS AUDIT AND PLAN FOR SETTLEMENT; REVIEW AND REVISE SETTLEMENT OFFER; DRAFT E-MAILS REGARDING SAME. | POL | 1.00 | 475.00 |
| 10-May-10 | REVISE SETTLEMENT LETTER; REVIEW OBJECTION TO CONFIRMATION OF PLAN FILED BY TEXAS COMPTROLLER; EXCHANGE OF E-MAILS RE EFFECT OF OBJECTION TO CONFIRMATION ON SETTLEMENT OFFER. | RCE | 0.50 | 167.50 |
| 25-May-10 | TELEPHONE CALL WITH STATE OF TEXAS REGARDING STATUS OF SETTLEMENT OFFER; DRAFT E-MAIL REGARDING SAME. | POL | 0.40 | 190.00 |

**Total Services** ...................................................................................................... **$1,442.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of                31-May-10
Bill Number        8505594

| Initials | Name | Hours | Amount |
|---|---|---|---|
| PMP | P. M. PITCHWAK | 1.50 | 375.00 |
| POL | P. O. LARSEN | 1.40 | 665.00 |
| RCE | R. C. ELLIOTT | 1.20 | 402.00 |
| | Total | 4.10 | $1,442.00 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date    16-Jun-10
Bill No.      8505595

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:     **CIRCUIT CITY STORES, INC.**
Matter Name:     **SETTLEMENT OF PROOFS OF CLAIM -**
                 **CONNECTICUT**
Matter Number:   **0238073**

---

### INVOICE SUMMARY

*For professional services rendered through May 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 3,291.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 3,291.50** |

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT

As of          31-May-10<br>Bill Number    8505595

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 7-May-10 | PREPARE E-MAIL RE BACKGROUND OF CIRCUIT CITY BANKRUPTCY CASE AND TREATMENT OF TAX CLAIMS IN PLAN OF LIQUIDATION; REVIEW BANKRUPTCY DOCKET, DISCLOSURE STATEMENT CHAPTER 11 PLAN IN ORDER. | RCE | 1.00 | 335.00 |
| 10-May-10 | PREPARE FOR 5/12/10 CONFERENCE CALL WITH PWC AND CT DRS REGARDING SETTLEMENT OF CT BUSINESS TAX AND SALES/USE TAX | PMP | 0.50 | 125.00 |
| 10-May-10 | PREPARE FOR SETTLEMENT CONFERENCE WITH CONNECTICUT; DRAFT E-MAILS REGARDING SAME. | POL | 0.80 | 380.00 |
| 10-May-10 | REVIEW DOCKET OF CLAIMS FILED IN BANKRUPTCY CASE TO DETERMINE STATUS OF CLAIMS FILED BY CONNECTICUT; PREPARE E-MAIL RE CLAIMS FILED BY CONNECTICUT; REVIEW BACKGROUND INFORMATION FOR CLAIMS. | RCE | 0.80 | 268.00 |
| 11-May-10 | PREPARE FOR 5/12/10 CONFERENCE CALL WITH PWC AND CT DRS REGARDING SETTLEMENT OF CT BUSINESS TAX AND SALES/USE TAX | PMP | 2.00 | 500.00 |
| 11-May-10 | EXCHANGE OF E-MAILS RE UNDERLYING BASIS FOR PROOFS OF CLAIM, DATES OF ASSESSMENT AND BACKGROUND OF ISSUES. | RCE | 0.40 | 134.00 |
| 12-May-10 | PREPARE FOR AND HAVE CONFERENCE CALL WITH PWC AND CT DRS REGARDING SETTLEMENT OF CT BUSINESS TAX AND SALES/USE TAX | PMP | 2.30 | 575.00 |
| 12-May-10 | DRAFT E-MAILS IN PREPARATION FOR SETTLEMENT CONFERENCE. | POL | 0.50 | 237.50 |
| 12-May-10 | REVIEW TAX ASSESSMENTS AND DOCUMENTS RELATED TO SAME; CONFERENCE RE LEGAL AND FACTUAL BASIS FOR TAX ASSESSMENTS; CONFERENCE CALL CONNECTICUT DEPARTMENT OF REVENUE RE SETTLEMENT OF ASSESSMENTS. | RCE | 1.90 | 636.50 |
| 13-May-10 | EXCHANGE OF E-MAILS RE SETTLEMENT OF | RCE | 0.30 | 100.50 |

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT

As of         31-May-10
Bill Number      8505595

| **Date** | **Services** | **Initials** | **Hours** | **Value** |
|----------|--------------|--------------|-----------|-----------|
|          | CLAIMS.      |              |           |           |

**Total Services** ................................................................................................................................ **$3,291.50**

Akerman Senterfitt                                                           Page 5

045690      CIRCUIT CITY STORES, INC.                          As of            31-May-10
  0238073      SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT     Bill Number       8505595

| Initials | Name | Hours | Amount |
|---|---|---|---|
| PMP | P. M. PITCHWAK | 4.80 | 1,200.00 |
| POL | P. O. LARSEN | 1.30 | 617.50 |
| RCE | R. C. ELLIOTT | 4.40 | 1,474.00 |
| | Total | 10.50 | $3,291.50 |



### Akerman Senterfitt
#### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date    16-Jun-10
Bill No.     8505596

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
4951 LAKE BROOK DRIVE
GLEN ALLEN, VA 23060

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **SETTLEMENT OF PROOFS OF CLAIM -
               CALIFORNIA**
Matter Number: **0238079**

---

## INVOICE SUMMARY

*For professional services rendered through May 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,719.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,719.50** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 6/16/10) | 463.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 2,183.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                           Page 3

| 045690 | CIRCUIT CITY STORES, INC. | | As of | 31-May-10 |
| 0238079 | SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA | | Bill Number | 8505596 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 7-May-10 | DRAFT AND REVISE E-MAIL TO STATE BOARD OF EQUALIZATION REGARDING STATUS OF CALIFORNIA SETTLEMENT. | POL | 0.80 | 380.00 |
| 25-May-10 | DOWNLOAD DATA & IDENTIFY FORMULAS USED TO DETERMINE TAXABLE PERCENTAGES FOR CALIFORNIA; EMAIL RESULTS | M M | 1.00 | 150.00 |
| 25-May-10 | DRAFT E-MAILS TO STATE REGARDING STATUS OF SETTLEMENT AND REGARDING SUPPORTING DOCUMENTATION REGARDING SAME. | POL | 0.60 | 285.00 |
| 26-May-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; REVIEW TAX RETURNS, REFUND CLAIM FORMS AND SPREADSHEETS REGARDING SAME. | MCC | 2.70 | 904.50 |

**Total Services** ................................................................................................................ **$1,719.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of              31-May-10
Bill Number      8505596

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| M M | M. MILLS | 1.00 | 150.00 |
| MCC | M. C. CARANTZAS | 2.70 | 904.50 |
| POL | P. O. LARSEN | 1.40 | 665.00 |
| | Total | 5.10 | $1,719.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        21-Jul-10
Bill No.         8513699

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

### INVOICE SUMMARY

*For professional services rendered through June 30, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 567.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 567.00** |
| PREVIOUS BALANCE | 318.50 |
| (Please disregard if already paid. Includes payments received through 7/21/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 885.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196357*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.                                As of            30-Jun-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                         Bill Number       8513699

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Jun-10 | DRAFT E-MAIL IN FOLLOW UP TO SETTLEMENT; REVIEW AND ANALYSIS OF STATUS. | POL | 0.30 | 142.50 |
| 16-Jun-10 | PREPARE E-MAIL TO TONY HAMM AND FRED RUDZNICK AT DEPARTMENT RE STATE'S RESPONSE TO SETTLEMENT OFFER. | RCE | 0.30 | 100.50 |
| 17-Jun-10 | UPDATE THE STATUS OF THE FLORIDA STATE TAX ASSESSMENTS AND REFUNDS; REVIEW AND REVISE SPREADSHEET REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 21-Jun-10 | TELEPHONE CALL REGARDING STATUS OF SETTLEMENT. | POL | 0.20 | 95.00 |
| 22-Jun-10 | CONFERENCE AND ANALYSIS REGARDING STATUS OF SETTLEMENT AND FOLLOW UP ON SAME. | POL | 0.20 | 95.00 |
| 22-Jun-10 | CONFERENCE CALL WITH CLIENT RE STATUS OF SETTLEMENT OFFER TO STATE. | RCE | 0.10 | 33.50 |

**Total Services** ............................................................................................................... **$567.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196357    FLORIDA DEPARTMENT OF REVENUE

As of            30-Jun-10
Bill Number    8513699

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 0.30 | 100.50 |
| POL | P. O. LARSEN | 0.70 | 332.50 |
| RCE | R. C. ELLIOTT | 0.40 | 134.00 |
| | Total | 1.40 | $567.00 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          21-Jul-10
Bill No.           8513702

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -
                CALIFORNIA**
Matter Number:  **0238079**

**INVOICE SUMMARY**

*For professional services rendered through June 30, 2010 as summarized below and described in the
narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,890.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,890.50** |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 7/21/10) | 1,719.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 3,610.00** |

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

| | | As of | 30-Jun-10 |
| | | Bill Number | 8513702 |

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 10-Jun-10 | DRAFT E-MAIL TO FOLLOW UP ON SETTLEMENT; REVIEW DATA PROVIDED TO SUPPORT POSITION. | POL | 0.30 | 142.50 |
| 16-Jun-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; ANALYZE SPREADSHEET REGARDING SAME. | MCC | 0.30 | 100.50 |
| 17-Jun-10 | UPDATE THE STATUS OF THE CALIFORNIA STATE TAX ASSESSMENTS AND REFUNDS; REVIEW AND REVISE SPREADSHEET REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 21-Jun-10 | UPDATE THE STATUS OF THE CALIFORNIA TAX ASSESSMENTS AND REFUNDS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME; REVISE CHART REGARDING SAME. | MCC | 0.80 | 268.00 |
| 21-Jun-10 | REVIEW AND ANALYSIS OF STATUS OF SETTLEMENT WITH CALIFORNIA AND REGARDING DATA TO SUPPORT CLAIMS. | POL | 0.20 | 95.00 |
| 21-Jun-10 | EXCHANGE OF E-MAILS RE CALIFORNIA PROOFS OF CLAIM IN BANKRUPTCY CASE; REVIEW BANKRUPTCY COURT DOCKET TO DETERMINE STATUS OF CLAIMS FILED BY CALIFORNIA; EXCHANGE OF E-MAILS RE SAME. | RCE | 2.30 | 770.50 |
| 22-Jun-10 | REVIEW AND ANALYSIS OF CURRENT STATUS OF CLAIMS IN LIGHT OF BANKRUPTCY COURT RULING ON OBJECTION; DRAFT E-MAIL RESPONSE TO STATE REGARDING SAME. | POL | 0.80 | 380.00 |
| 22-Jun-10 | CONFERENCE CALL WITH CLIENT RE DISALLOWANCE OF STATE'S CLAIM IN BANKRUPTCY CASE AND SETTLEMENT OF REMAINING CLAIM. | RCE | 0.10 | 33.50 |

**Total Services** ................................................................................................................. **$1,890.50**

Akerman Senterfitt

045690     CIRCUIT CITY STORES, INC.
  0238079     SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of             30-Jun-10
Bill Number     8513702

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 1.40 | 469.00 |
| POL | P. O. LARSEN | 1.30 | 617.50 |
| RCE | R. C. ELLIOTT | 2.40 | 804.00 |
| | Total | 5.10 | $1,890.50 |



Akerman Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 21-Jul-10 |
| Bill No. | 8513703 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **SETTLEMENT OF PROOFS OF CLAIM -
CONNECTICUT**
Matter Number:  **0238073**

### INVOICE SUMMARY

*For professional services rendered through June 30, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 268.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 268.00** | |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 7/21/10) | | 3,291.50 |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 3,559.50** |

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

### AKERMAN SENTERFITT

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                                      Page 3

045690      CIRCUIT CITY STORES, INC.                                    As of              30-Jun-10
  0238073     SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT                Bill Number         8513703

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 16-Jun-10 | EXCHANGE OF E-MAILS RE STATUS OF SETTLEMENT NEGOTIATIONS. | RCE | 0.30 | 100.50 |
| 17-Jun-10 | UPDATE THE STATUS OF THE CONNECTICUT STATE TAX ASSESSMENTS AND REFUNDS; REVIEW AND REVISE SPREADSHEET REGARDING SAME; REVIEW AND ANALYZE CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 22-Jun-10 | CONFERENCE CALL WITH CLIENT RE STATUS OF SETTLEMENT OFFER FROM STATE. | RCE | 0.20 | 67.00 |

**Total Services** ................................................................................................................ **$268.00**

Akerman Senterfitt                                                        Page 4

045690      CIRCUIT CITY STORES, INC.                          As of          30-Jun-10
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT        Bill Number    8513703

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 0.30 | 100.50 |
| RCE | R. C. ELLIOTT | 0.50 | 167.50 |
| | Total | 0.80 | $268.00 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          21-Jul-10
Bill No.            8513704

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

---

### INVOICE SUMMARY

*For professional services rendered through June 30, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,290.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,290.50** | |
| PREVIOUS BALANCE | | 14,635.48 |
| (Please disregard if already paid. Includes payments received through 7/21/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 15,925.98** |

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                Page 3

045690   CIRCUIT CITY STORES, INC.                          As of            30-Jun-10
  0221364   TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08        Bill Number       8513704

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 16-Jun-10 | TELEPHONE CONFERENCE WITH DEPARTMENT REPRESENTATIVE RE CIRCUIT CITY AUDIT; PREPARE E-MAIL RE SETTLEMENT PROPOSAL. | RCE | 0.30 | 100.50 |
| 21-Jun-10 | EXCHANGE OF E-MAILS WITH TEXAS COMPTROLLER'S OFFICE REGARDING STATUS OF SETTLEMENT; UPDATE STATUS CHART REGARDING SAME. | POL | 0.40 | 190.00 |
| 21-Jun-10 | REVIEW AND ANALYSIS OF E-MAIL FROM ATTORNEY FOR TEXAS COMPTROLLER RE PROPOSED SETTLEMENT OF CLAIM. | RCE | 0.20 | 67.00 |
| 22-Jun-10 | REVIEW AND ANALYSIS OF STATUS OF TEXAS SETTLEMENT; TELEPHONE CALL REGARDING SAME. | POL | 0.50 | 237.50 |
| 22-Jun-10 | CONFERENCE CALL WITH CLIENT RE STATUS OF SETTLEMENT OFFER TO STATE AND INFORMATION RE CLAIM AND AUDIT. | RCE | 0.20 | 67.00 |
| 25-Jun-10 | TELEPHONE CONFERENCE WITH TEXAS ATTORNEY GENERAL REGARDING STATUS OF POSSIBLE SETTLEMENT; DRAFT E-MAIL REGARDING SAME. | POL | 0.90 | 427.50 |
| 25-Jun-10 | CONFERENCE CALL WITH MARK BROWNING, ATTORNEY FOR DEPARTMENT, RE SETTLEMENT OF PROOF OF CLAIM; PREPARE SUMMARY OF CALL. | RCE | 0.60 | 201.00 |

**Total Services** ............................................................................................................. **$1,290.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          30-Jun-10
Bill Number    8513704

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| POL | P. O. LARSEN | 1.80 | 855.00 |
| RCE | R. C. ELLIOTT | 1.30 | 435.50 |
| | Total | 3.10 | $1,290.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date       18-Aug-10
Bill No.        8520959

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

---

## INVOICE SUMMARY

*For professional services rendered through July 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 710.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 710.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 8/18/10) | 2,732.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 3,442.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                    Page 3

045690     CIRCUIT CITY STORES, INC.                          As of            31-Jul-10
  0221364   TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08           Bill Number      8520959

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 7-Jul-10 | CORRESPONDENCE RELATED TO TX CLAIMS. | HTG | 0.30 | 120.00 |
| 21-Jul-10 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL RELATED TO SETTLEMENT PROPOSALS. REVIEW FILE CORRESPONDENCE AND STATUS. | HTG | 1.00 | 400.00 |
| 26-Jul-10 | DRAFT E-MAIL TO ATTORNEY GENERAL'S OFFICE REGARDING STATUS OF SETTLEMENT; TELEPHONE CALL REGARDING SAME. | POL | 0.40 | 190.00 |

**Total Services** ................................................................................................................ **$710.00**

Akerman Senterfitt

Page 4

045690      CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          31-Jul-10
Bill Number    8520959

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 1.30 | 520.00 |
| POL | P. O. LARSEN | 0.40 | 190.00 |
| | Total | 1.70 | $710.00 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 18-Aug-10 |
| Bill No. | 8520960 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:   **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

## INVOICE SUMMARY

*For professional services rendered through July 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,142.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,142.00** | |
| PREVIOUS BALANCE | | 885.50 |
| (Please disregard if already paid. Includes payments received through 8/18/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 2,027.50** |

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                 Page 3

045690     CIRCUIT CITY STORES, INC.                                  As of            31-Jul-10
  0196357    FLORIDA DEPARTMENT OF REVENUE                  Bill Number       8520960

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 7-Jul-10 | UPDATE THE STATUS OF THE FLORIDA BAD DEBT SALES TAX REFUND CLAIM; TELEPHONE CALL WITH THE AUDITOR REGARDING SAME; REVIEW CORRESPONDENCE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 1.80 | 603.00 |
| 8-Jul-10 | UPDATE THE STATUS OF THE FLORIDA BAD DEBT SALES TAX REFUND CLAIM; PREPARE CORRESPONDENCE TO THE STATE REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 0.60 | 201.00 |
| 8-Jul-10 | REVIEW AND REVISE SETTLEMENT LETTER TO STATE; DRAFT E-MAIL REGARDING SAME. | POL | 0.30 | 142.50 |
| 9-Jul-10 | PREPARE LETTER TO TONY HAMM RE STATUS OF SETTLEMENT OFFER. | RCE | 0.30 | 100.50 |
| 21-Jul-10 | DRAFT LETTER TO FLORIDA DEPARTMENT OF REVENUE REGARDING SETTLEMENT. | POL | 0.20 | 95.00 |

**Total Services** ........................................................................................................... **$1,142.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196357    FLORIDA DEPARTMENT OF REVENUE

As of        31-Jul-10
Bill Number    8520960

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 2.40 | 804.00 |
| POL | P. O. LARSEN | 0.50 | 237.50 |
| RCE | R. C. ELLIOTT | 0.30 | 100.50 |
| | Total | 3.20 | $1,142.00 |



**Akerman**Senterfitt

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date          18-Aug-10
Bill No.            8520961

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -**
                **CONNECTICUT**
Matter Number:  **0238073**

### INVOICE SUMMARY

*For professional services rendered through July 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,035.00 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 1,035.00** | |
| PREVIOUS BALANCE | 3,559.50 | |
| (Please disregard if already paid. | | |
| Includes payments received through 8/18/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 4,594.50** | |

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

**DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM**

Akerman Senterfitt                                                    Page 3

045690    CIRCUIT CITY STORES, INC.                    As of          31-Jul-10
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT    Bill Number    8520961

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 8-Jul-10 | REVIEW AND REVISE SETTLEMENT COUNTEROFFER; DRAFT E-MAIL REGARDING SAME. | POL | 0.30 | 142.50 |
| 12-Jul-10 | DRAFT AND REVISE SETTLEMENT COUNTEROFFER; LEGAL RESEARCH REGARDING SAME. | POL | 0.40 | 190.00 |
| 15-Jul-10 | DRAFT SETTLEMENT LETTER. CORRESPOND REGARDING SAME. | HTG | 1.40 | 560.00 |
| 21-Jul-10 | REVIEW AND REVISE SETTLEMENT OFFER TO DEPARTMENT OF REVENUE. | POL | 0.30 | 142.50 |

**Total Services** ............................................................................................ **$1,035.00**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.                                    As of              31-Jul-10
  0238073    SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT    Bill Number      8520961

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 1.40 | 560.00 |
| POL | P. O. LARSEN | 1.00 | 475.00 |
| | Total | 2.40 | $1,035.00 |



**Akerman** **Senterfitt**

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        18-Aug-10
Bill No.          8520962

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -**
                **CALIFORNIA**
Matter Number:  **0238079**

---

### INVOICE SUMMARY

*For professional services rendered through July 31, 2010 as summarized below and described in the
narrative statement:*

| | |
|---|---:|
| SERVICES | $ 803.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 803.50** |
| PREVIOUS BALANCE
(Please disregard if already paid.
Includes payments received through 8/18/10) | 3,610.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 4,413.50** |

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                              Page 3

045690    CIRCUIT CITY STORES, INC.                              As of              31-Jul-10
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA          Bill Number        8520962

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 20-Jul-10 | UPDATE THE STATUS OF THE CALIFORNIA TAX SETTLEMENT NEGOTIATIONS; PREPARE AND REVISE CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 21-Jul-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE CALIFORNIA TAX BANKRUPTCY CLAIMS. | MCC | 0.30 | 100.50 |
| 21-Jul-10 | DRAFT AND REVISE SETTLEMENT OFFER FOR REMAINING CALIFORNIA CLAIMS; LEGAL RESEARCH REGARDING SAME. | POL | 0.40 | 190.00 |
| 22-Jul-10 | DRAFT AND REVISE CALIFORNIA SETTLEMENT OFFER; LEGAL RESEARCH REGARDING STATUS OF REMAINING CLAIMS. | POL | 0.70 | 332.50 |
| 30-Jul-10 | CORRESPONDENCE RELATED TO CALIFORNIA CLAIM. | HTG | 0.20 | 80.00 |

**Total Services** ........................................................................................................... **$803.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of          31-Jul-10
Bill Number    8520962

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 0.20 | 80.00 |
| MCC | M. C. CARANTZAS | 0.60 | 201.00 |
| POL | P. O. LARSEN | 1.10 | 522.50 |
| | Total | 1.90 | $803.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date      18-Aug-10
Bill No.        8521018

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through July 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 7,134.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 7,134.50** | |
| PREVIOUS BALANCE | | 7,242.64 |
| (Please disregard if already paid. | | |
| Includes payments received through 8/18/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 14,377.14** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
0196523    BAD DEBT SALES TAX CLAIMS

As of          31-Jul-10
Bill Number    8521018

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 16-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW CORRESPONDENCE FROM THE STATE REGARDING SAME; TELEPHONE CALL REGARDING SAME. | MCC | 0.50 | 167.50 |
| 20-Jul-10 | PROCESSED CLAIM DATA FOR CIRCUIT CITY MO CLAIM; WORK TO GENERATE NEW TRANSACTION DATA SETS | M M | 3.50 | 525.00 |
| 20-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; TELEPHONE CALL WITH THE STATE REGARDING SAME; PREPARE AND REVISE CORRESPONDENCE AND SPREADSHEET REGARDING SAME; ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 2.30 | 770.50 |
| 21-Jul-10 | CONTINUE WORK WITH CIRCUIT CITY DATA/INCORPORATE FIELDS FROM RAW DATA/GENERATE SCHEDULES | M M | 4.10 | 615.00 |
| 21-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND REVISE SPREADSHEET REGARDING SAME; RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 1.60 | 536.00 |
| 22-Jul-10 | CONTINUE WORKING WITH CIRCUIT CITY TRANSACTION DATA/WRITE SCRIPTING FOR DATA MATCHING | M M | 0.80 | 120.00 |
| 22-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 0.60 | 201.00 |
| 23-Jul-10 | DOWNLOAD & IMPORT PAST DATA SETS/APPEND & UPDATE TRANSACTION DATA TO SQL | M M | 2.30 | 345.00 |
| 26-Jul-10 | EXECUTE UPDATES TO PROCESSED DATA/INSERT TRANSACTION DATA & EMAIL TO MC/COMPILE MASTER LIST OF TRANSACTIONS | M M | 3.00 | 450.00 |
| 27-Jul-10 | IMPORT TRANSACTION DATA TO SQL/COMBINE DATA & GENERATE | M M | 8.00 | 1,200.00 |

Akerman Senterfitt                                                                    Page 4

045690      CIRCUIT CITY STORES, INC.                          As of              31-Jul-10
0196523     BAD DEBT SALES TAX CLAIMS                          Bill Number        8521018

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | TRANSACTION DATA SETS FOR PROCESSING/LOAD DATA TO SQL & PROCESS PURCHASES FOR 2007 & 2008 | | | |
| 28-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; REVISE SPREADSHEET REGARDING SAME; UPDATE THE STATUS OF THE NORTH CAROLINA BAD DEBT SALES TAX REFUND CLAIM; TELEPHONE CALL WITH THE AUDITOR REGARDING SAME. | MCC | 1.90 | 636.50 |
| 29-Jul-10 | REVIEW NEW DATA SETS/PROCESS DATA SETS FOR MO CLAIM & LOAD TRANSACTION DATA TO SQL | M M | 3.40 | 510.00 |
| 29-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; REVISE SPREADSHEETS REGARDING SAME. | MCC | 1.50 | 502.50 |
| 30-Jul-10 | GENERATE DATA SCHEDULES FOR MO CLAIM | M M | 0.80 | 120.00 |
| 30-Jul-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND REVISE SPREADSHEETS REGARDING SAME. | MCC | 1.30 | 435.50 |

**Total Services** ..................................................................................................... **$7,134.50**

Akerman Senterfitt

045690    CIRCUIT CITY STORES, INC.
0196523    BAD DEBT SALES TAX CLAIMS

As of                31-Jul-10
Bill Number        8521018

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| M M | M. MILLS | 25.90 | 3,885.00 |
| MCC | M. C. CARANTZAS | 9.70 | 3,249.50 |
|  | Total | 35.60 | $7,134.50 |



**Akerman** | **Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

|  |  |
|---|---|
| Bill Date | 30-Sep-10 |
| Bill No. | 8532881 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name: **CIRCUIT CITY STORES, INC.**
Matter Name: **SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA**
Matter Number: **0238079**

## INVOICE SUMMARY

*For professional services rendered through August 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 606.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 606.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 9/30/10) | 2,694.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 3,300.00** |

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

045690   CIRCUIT CITY STORES, INC.

  0238079   SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of           31-Aug-10

Bill Number   8532881

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 19-Aug-10 | UPDATE THE STATUS OF THE CALIFORNIA SALES TAX ASSESSMENTS; REVIEW AND RESPOND TO CORRESPONDENCE FROM THE AUDITOR REGARDING SAME; ANALYZE DOCUMENTATION REGARDING SAME. | MCC | 0.90 | 301.50 |
| 19-Aug-10 | DRAFT E-MAIL TO BOARD OF EQUALIZATION REGARDING STATUS OF SETTLEMENT; REVIEW AND ANALYSIS OF STATUS OF SAME. | POL | 0.50 | 237.50 |
| 20-Aug-10 | REVIEW CORRESPONDENCE FROM THE DEPARTMENT REGARDING THE CALIFORNIA SALES TAX AUDIT ASSESSMENT. | MCC | 0.20 | 67.00 |

**Total Services** ................................................................................................................. **$606.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.                           As of              31-Aug-10
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA        Bill Number        8532881

| Initials | Name | Hours | Amount |
|---|---|---|---|
| MCC | M. C. CARANTZAS | 1.10 | 368.50 |
| POL | P. O. LARSEN | 0.50 | 237.50 |
| | Total | 1.60 | $606.00 |



**Akerman** Senterfitt

ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 30-Sep-10 |
| Bill No. | 8532883 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:  **CIRCUIT CITY STORES, INC.**
Matter Name:  **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through August 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 7,356.50 | |
| DISBURSEMENTS | $ 150.22 | |
| **TOTAL THIS INVOICE** | **$ 7,506.72** | |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 9/30/10) | | 12,401.00 |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 19,907.72** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                            Page 3

045690    CIRCUIT CITY STORES, INC.                    As of              31-Aug-10
0196523   BAD DEBT SALES TAX CLAIMS                    Bill Number        8532883

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 2-Aug-10 | GENERATE SCHEDULES FOR NORTH CAROLINA CLAIM. | M M | 0.70 | 105.00 |
| 3-Aug-10 | UPDATE THE STATUS OF THE ALABAMA BAD DEBT SALES TAX REFUND CLAIM; TELEPHONE CALL WITH THE AUDITOR REGARDING SAME; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME. | MCC | 0.60 | 201.00 |
| 4-Aug-10 | BEGIN WORK WITH CIRCUIT CITY AL DATA/PROCESS CHARGE OFFS FOR INCLUSION WITH STATE SCHEDULES | M M | 0.50 | 75.00 |
| 5-Aug-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE STATE REGARDING SAME; TELEPHONE CALL WITH THE AUDITOR REGARDING SAME; ANALYZE SPREADSHEET REGARDING SAME. | MCC | 1.30 | 435.50 |
| 6-Aug-10 | UPDATE THE STATUS OF THE NORTH CAROLINA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; REVIEW AND REVISE SPREADSHEETS REGARDING SAME. | MCC | 1.80 | 603.00 |
| 17-Aug-10 | WORK WITH CIRCUIT CITY DATA FOR AL SCHEDULE/GENERATE SCHEDULES;CONTINUE WORKING WITH CIRCUIT CITY DATA FOR PA SCHEDULE/GENERATE SCHEDULES; IMPORT REMAINING DATASETS FOR CIRCUIT CITY/PROCESS DATA & GENERATE BACKUP DATASETS;RUN UPDATES TO MI DATA/GENERATE MI SCHEDULE | M M | 6.10 | 915.00 |
| 18-Aug-10 | REVIEW REQUIREMENTS FOR CHARGE OFF REPORTING FOR CIRCUIT CITY. | M M | 0.20 | 30.00 |
| 18-Aug-10 | UPDATE THE STATUS OF THE MICHIGAN, PENNSYLVANIA AND ALABAMA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE AND REVISE SPREADSHEETS REGARDING SAME; PREPARE AND REVISE MEMORANDA TO THE ALABAMA AUDITOR | MCC | 3.30 | 1,105.50 |

Akerman Senterfitt

Page 4

045690   CIRCUIT CITY STORES, INC.               As of         31-Aug-10
0196523   BAD DEBT SALES TAX CLAIMS            Bill Number    8532883

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | REGARDING SAME. | | | |
| 23-Aug-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME. | MCC | 0.30 | 100.50 |
| 25-Aug-10 | UPDATE THE STATUS OF THE MISSOURI, MICHIGAN AND PENNSYLVANIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW CORRESPONDENCE FROM THE STATE REGARDING SAME; REVIEW AND ANALYZE SYSTEMS DATA REGARDING SAME; PREPARE SPREADSHEETS REGARDING SAME; ANALYZE PROGRAM AGREEMENT REGARDING SAME. | MCC | 3.40 | 1,139.00 |
| 26-Aug-10 | UPDATE THE STATUS OF THE MICHIGAN, PENNSYLVANIA AND MISSOURI BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND REVISE CORRESPONDENCE TO THE STATES REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 2.40 | 804.00 |
| 30-Aug-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND ANALYZE INVOICES REGARDING SAME; REVIEW AND REVISE CORRESPONDENCE TO THE STATE REGARDING SAME. | MCC | 2.30 | 770.50 |
| 31-Aug-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX CREDITS; REVIEW AND RESPOND TO CORRESPONDENCE FROM THE AUDITOR REGARDING SAME; UPDATE THE STATUS OF THE MICHIGAN AND PENNSYLVANIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND REVISE CORRESPONDENCE TO THE DEPARTMENTS REGARDING SAME. | MCC | 1.50 | 502.50 |
| 31-Aug-10 | DRAFT CORRESPONDENCE REGARDING CLAIMS FOR REFUND IN PENNSYLVANIA AND REGARDING AUDIT IN CALIFORNIA; REVIEW AND REVISE SAME. | POL | 1.20 | 570.00 |

**Total Services** ..................................................................................................................... **$7,356.50**

Akerman Senterfitt                                                    Page 5

045690    CIRCUIT CITY STORES, INC.                      As of            31-Aug-10
  0196523    BAD DEBT SALES TAX CLAIMS                    Bill Number      8532883

| **Date** | **Disbursements** | | **Value** |
|---|---|---|---|
| | Total for POSTAGE | | 73.64 |
| 08/05/10 | DUPLICATING | 23.40 | |
| 08/05/10 | DUPLICATING | 0.10 | |
| 08/05/10 | DUPLICATING | 0.30 | |
| 08/09/10 | DUPLICATING | 0.05 | |
| 08/09/10 | DUPLICATING | 0.05 | |
| 08/24/10 | DUPLICATING | 7.80 | |
| 08/26/10 | DUPLICATING | 0.05 | |
| 08/26/10 | DUPLICATING | 15.70 | |
| 08/26/10 | DUPLICATING | 0.05 | |
| 08/31/10 | DUPLICATING | 0.60 | |
| 08/31/10 | DUPLICATING | 2.85 | |
| | Total for DUPLICATING | | 50.95 |
| 07/21/10 | TELEPHONE  SOUNDPATH LEGAL CONF. CALL INV 081410 (P LARSEN - JAX) | 9.79 | |
| | Total for TELEPHONE | | 9.79 |
| 08/13/10 | FEDERAL EXPRESS Airbill: 798919550709 per 1060 Invoice No: 719026557 Ship Dt: 08/05/10 | 6.15 | |
| 08/13/10 | FEDERAL EXPRESS Airbill: 793802600100 per 1060 Invoice No: 719026557 Ship Dt: 08/09/10 | 9.69 | |
| | Total for FEDERAL EXPRESS | | 15.84 |

**Total Disbursements** ................................................................................................ **$150.22**

Akerman Senterfitt

045690      CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of              31-Aug-10
Bill Number        8532883

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| M M | M. MILLS | 7.50 | 1,125.00 |
| MCC | M. C. CARANTZAS | 16.90 | 5,661.50 |
| POL | P. O. LARSEN | 1.20 | 570.00 |
| | Total | 25.60 | $7,356.50 |



**Akerman** Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        20-Oct-10
Bill No.         8539841

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **SETTLEMENT OF PROOFS OF CLAIM -**
               **CONNECTICUT**
Matter Number: **0238073**

---

### INVOICE SUMMARY

*For professional services rendered through September 30, 2010 as summarized below and described in
the narrative statement:*

| | |
|---|---|
| SERVICES | $ 502.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 502.50** |
| PREVIOUS BALANCE | 1,303.00 |
| (Please disregard if already paid. | |
| Includes payments received through 10/20/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 1,805.50** |

---

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

| | | | | |
|---|---|---|---|---|
| 045690 | CIRCUIT CITY STORES, INC. | | As of | 30-Sep-10 |
| 0238073 | SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT | | Bill Number | 8539841 |

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 2-Sep-10 | REVIEW STATUS OF SETTLEMENT DISCUSSIONS. DRAFT CORRESPONDENCE REGARDING SAME. | HTG | 1.50 | 502.50 |

**Total Services** ................................................................................................................................. **$502.50**

Akerman Senterfitt                                                                        Page 4

045690     CIRCUIT CITY STORES, INC.                              As of           30-Sep-10
  0238073     SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT         Bill Number      8539841

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 1.50 | 502.50 |
| | Total | 1.50 | $502.50 |



**Akerman**Senterfitt
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

| | |
|---|---|
| Bill Date | 20-Oct-10 |
| Bill No. | 8539843 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

---

## INVOICE SUMMARY

*For professional services rendered through September 30, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 134.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 134.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 10/20/10) | 1,709.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 1,843.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196357*
*and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt

Page 3

045690    CIRCUIT CITY STORES, INC.
  0196357    FLORIDA DEPARTMENT OF REVENUE

As of                    30-Sep-10
Bill Number            8539843

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 21-Sep-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE FLORIDA TAX ASSESSMENTS. | MCC | 0.40 | 134.00 |

**Total Services** ....................................................................................................................... **$134.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.                    As of            30-Sep-10
  0196357    FLORIDA DEPARTMENT OF REVENUE             Bill Number      8539843

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 0.40 | 134.00 |
| | Total | 0.40 | $134.00 |



## Akerman Senterfitt
### ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date  20-Oct-10
Bill No.  8539844

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:  **CIRCUIT CITY STORES, INC.**
Matter Name:  **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

### INVOICE SUMMARY

*For professional services rendered through September 30, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 1,245.50 | |
| DISBURSEMENTS | $ 9.69 | |
| **TOTAL THIS INVOICE** | **$ 1,255.19** | |
| PREVIOUS BALANCE<br>(Please disregard if already paid.<br>Includes payments received through 10/20/10) | | 19,907.72 |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 21,162.91** |

---

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

---

### AKERMAN SENTERFITT

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                                    Page 3

045690     CIRCUIT CITY STORES, INC.                          As of           30-Sep-10
  0196523   BAD DEBT SALES TAX CLAIMS                        Bill Number        8539844

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 17-Sep-10 | UPDATE THE STATUS OF THE MICHIGAN BAD DEBT SALES TAX REFUND CLAIM; REVIEW CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME. | MCC | 0.30 | 100.50 |
| 21-Sep-10 | REVIEW AND REVISE MEMORANDUM REGARDING THE MULTISTATE BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 1.10 | 368.50 |
| 23-Sep-10 | UPDATE STATUS OF STATUS CHART AND STATUS OF CLAIMS IN VARIOUS STATES; REVIEW AND REVISE MEMORANDUM TO MR. MACDONALD REGARDING SAME. | POL | 1.00 | 475.00 |
| 30-Sep-10 | UPDATE THE STATUS OF THE PENNSYLVANIA BAD DEBT SALES TAX REFUND CLAIM; REVIEW CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME; PREPARE EMAIL REGARDING SAME. | MCC | 0.90 | 301.50 |

**Total Services** ................................................................................................ **$1,245.50**

| Date | Disbursements | Value |
|------|---------------|-------|
| 08/27/10 | FEDERAL EXPRESS Airbill: 793834106177 per 1060 Invoice No: 720618646 Ship Dt: 08/18/10 | 9.69 |

Total for FEDERAL EXPRESS                                                          9.69

**Total Disbursements** .......................................................................................... **$9.69**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of            30-Sep-10
Bill Number    8539844

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| MCC | M. C. CARANTZAS | 2.30 | 770.50 |
| POL | P. O. LARSEN | 1.00 | 475.00 |
| | Total | 3.30 | $1,245.50 |



**Akerman Senterfitt**
ATTORNEYS AT LAW

Post Office Box 4906
Orlando, FL 32802
Tel: 407-423-4000  Fax: 407-254-3593

Bill Date        20-Oct-10
Bill No.         8539845

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **SETTLEMENT OF PROOFS OF CLAIM -
               CALIFORNIA**
Matter Number:  **0238079**

---

### INVOICE SUMMARY

*For professional services rendered through September 30, 2010 as summarized below and described in
the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 2,127.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 2,127.50** | |
| PREVIOUS BALANCE | | 3,300.00 |
| (Please disregard if already paid. | | |
| Includes payments received through 10/20/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 5,427.50** |

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman, Senterfitt & Eidson Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number: 061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

**AKERMAN SENTERFITT**

DALLAS · DENVER · FT LAUDERDALE · JACKSONVILLE · LOS ANGELES · MADISON · MIAMI · NEW YORK · ORLANDO
TALLAHASSEE · TAMPA · TYSONS CORNER · WASHINGTON DC · WEST PALM

Akerman Senterfitt                                                    Page 3

045690    CIRCUIT CITY STORES, INC.                          As of          30-Sep-10
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA       Bill Number    8539845

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 20-Sep-10 | REVIEW STATUS OF SETTLEMENT. PREPARE CORRESPONDENCE REGARDING SAME. | HTG | 5.50 | 1,842.50 |
| 23-Sep-10 | DRAFT AND REVISE SETTLEMENT OFFER; UPDATE STATUS CHART REGARDING SAME. | POL | 0.60 | 285.00 |

**Total Services** ................................................................................................................... **$2,127.50**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA

As of              30-Sep-10
Bill Number      8539845

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 5.50 | 1,842.50 |
| POL | P. O. LARSEN | 0.60 | 285.00 |
| | Total | 6.10 | $2,127.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547100 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:      **CIRCUIT CITY STORES, INC.**
Matter Name:    **FLORIDA DEPARTMENT OF REVENUE**
Matter Number:  **0196357**

## INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $  4,244.50 |
| DISBURSEMENTS | $  0.00 |
| **TOTAL THIS INVOICE** | **$  4,244.50** |
| PREVIOUS BALANCE | 701.00 |
| (Please disregard if already paid. | |
| Includes payments received through 11/17/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$  4,945.50** |

*To ensure proper credit to the above account, please indicate matter no. 0196357
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                    Page 3

045690    CIRCUIT CITY STORES, INC.                    As of          31-Oct-10
  0196357   FLORIDA DEPARTMENT OF REVENUE              Bill Number     8547100

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 4-Oct-10 | REVIEW AND RESPOND TO CORRESPONDENCE REGARDING THE FLORIDA SALES TAX REFUND CLAIMS AND SETTLEMENT NEGOTIATIONS. | MCC | 0.70 | 234.50 |
| 11-Oct-10 | REVIEW FLORIDA CLAIM STATUS AND ANALYSIS OF STRATEGY; REVIEW ISSUES REGARDING VIOLATION OF AUTOMATIC STAY. | HTG | 3.50 | 1,172.50 |
| 11-Oct-10 | REVIEW AND ANALYSIS OF STATUS OF SETTLEMENT AND STATUS OF FLORIDA REFUND CLAIM; DRAFT E-MAIL REGARDING SAME; UPDATE SETTLEMENT OFFER TO CLIENT. | POL | 1.00 | 475.00 |
| 18-Oct-10 | REVIEW OF BK PLEADINGS REGARDING TAX ISSUES; ANALYSIS OF FLORIDA CLAIMS AND DEFENSES. | HTG | 2.00 | 670.00 |
| 18-Oct-10 | DRAFT LETTER TO DEPARTMENT OF REVENUE REGARDING STATUS OF SETTLEMENT AND REFUND CLAIM. | POL | 0.40 | 190.00 |
| 19-Oct-10 | REVIEW BANKRUPTCY MOTIONS AND ORDERS WITH REGARD TO FLORIDA CLAIMS; ANALYSIS OF FLORIDA TAX STATUTES AND CASES; ANALYSIS OF PRIORITY RULES WITH REGARD TO EXCISE TAXES. | HTG | 1.00 | 335.00 |
| 20-Oct-10 | DRAFT AND REVISE LETTER REGARDING STATUS OF SETTLEMENT; DRAFT E-MAIL REGARDING SAME. | POL | 0.40 | 190.00 |
| 21-Oct-10 | FINALIZE LETTER TO FL DEPARTMENT OF REVENUE REGARDING STATUS OF REFUND CLAIM; PHONE CALL WITH FL DEPARTMENT OF REVENUE REGARDING SAME. | HTG | 1.00 | 335.00 |
| 22-Oct-10 | PHONE CALL WITH FL DEPARTMENT OF REVENUE REGARDING STATUS OF REFUND CLAIM. | HTG | 0.50 | 167.50 |
| 28-Oct-10 | REVIEW AND ANALYSIS OF STATUS OF REFUND CLAIM AND PROOF OF CLAIM; DRAFT CORRESPONDENCE REGARDING SAME; TELEPHONE CALL REGARDING SAME. | POL | 1.00 | 475.00 |

Akerman Senterfitt

Page 4

045690   CIRCUIT CITY STORES, INC.
  0196357   FLORIDA DEPARTMENT OF REVENUE

As of        31-Oct-10
Bill Number    8547100

**Total Services** ................................................................................................................................. **$4,244.50**

Akerman Senterfitt                                              Page 5

045690    CIRCUIT CITY STORES, INC.                    As of              31-Oct-10
  0196357    FLORIDA DEPARTMENT OF REVENUE             Bill Number        8547100

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 8.00 | 2,680.00 |
| MCC | M. C. CARANTZAS | 0.70 | 234.50 |
| POL | P. O. LARSEN | 2.80 | 1,330.00 |
| | Total | 11.50 | $4,244.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

**Remittance Copy**

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547101 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:   **CIRCUIT CITY STORES, INC.**
Matter Name:   **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

---

## INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | | |
|---|---|---|
| SERVICES | $ 5,956.50 | |
| DISBURSEMENTS | $ 0.00 | |
| **TOTAL THIS INVOICE** | **$ 5,956.50** | |
| PREVIOUS BALANCE | | 1,255.19 |
| (Please disregard if already paid. | | |
| Includes payments received through 11/17/10) | | |
| **TOTAL NOW DUE AND PAYABLE** | | **$ 7,211.69** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547101 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name: **CIRCUIT CITY STORES, INC.**
Matter Name: **BAD DEBT SALES TAX CLAIMS**
Matter Number: **0196523**

## INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 5,956.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 5,956.50** |
| PREVIOUS BALANCE | 1,255.19 |
| (Please disregard if already paid. Includes payments received through 11/17/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 7,211.69** |

*To ensure proper credit to the above account, please indicate matter no. 0196523
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                      Page 3

045690    CIRCUIT CITY STORES, INC.                          As of          31-Oct-10
  0196523    BAD DEBT SALES TAX CLAIMS                        Bill Number    8547101

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 4-Oct-10 | REVIEW STATUS OF BAD DEBT SALES TAX CLAIMS. REVIEW INFORMATION REGARDING STATE BANKRUPTCY CLAIMS. PREPARE MEMO REGARDING STATUS. | HTG | 2.00 | 670.00 |
| 6-Oct-10 | UPDATE THE STATUS OF THE STATUS OF THE MULTISTATE BAD DEBT SALES TAX RECOVERY PROJECT; PREPARE FOR AND ATTEND MEETING REGARDING SAME. | MCC | 0.70 | 234.50 |
| 6-Oct-10 | PREPARE FOR AND ATTEND TELEPHONE CONFERENCE REGARDING STATUS OF BAD DEBT PROJECT IN VARIOUS STATES; DRAFT E-MAIL REGARDING SAME; REVIEW OF NEXT STEPS AND STATUS IN VARIOUS STATES. | POL | 1.00 | 475.00 |
| 11-Oct-10 | UPDATE THE STATUS OF THE CALIFORNIA BAD DEBT SALES TAX REFUND CLAIMS; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME; UPDATE THE STATUS OF THE PENNSYLVANIA BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME. | MCC | 0.60 | 201.00 |
| 13-Oct-10 | PREPARE CORRESPONDENCE TO CHASE DEMANDING DOCUMENTATION. | HTG | 0.50 | 167.50 |
| 13-Oct-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; REVIEW CORRESPONDENCE FROM THE DEPARTMENT REGARDING SAME. | MCC | 0.60 | 201.00 |
| 14-Oct-10 | REVIEW AGREEMENT WITH CHASE AND DRAFT E-MAIL CONCERNING COOPERATION. | HTG | 1.50 | 502.50 |
| 18-Oct-10 | UPDATE THE STATUS OF THE MISSOURI BAD DEBT SALES TAX REFUND CLAIM; PREPARE AND REVISE SUMMARY REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | MCC | 0.80 | 268.00 |
| 18-Oct-10 | REVIEW AND ANALYSIS OF CORRESPONDENCE RECEIVED IN RESPONSE TO VARIOUS REFUND CLAIMS; DRAFT E-MAIL REGARDING SAME. | POL | 0.50 | 237.50 |
| 20-Oct-10 | UPDATE THE STATUS OF THE MICHIGAN BAD DEBT SALES TAX REFUND CLAIM; PREPARE | MCC | 2.10 | 703.50 |

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.                                       As of            31-Oct-10
 0196523    BAD DEBT SALES TAX CLAIMS                            Bill Number      8547101

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| | AND REVISE APPEAL REGARDING SAME; LEGAL RESEARCH REGARDING SAME. | | | |
| 21-Oct-10 | DRAFT LETTER IN RESPONSE TO MISSOURI DENIAL; REVIEW AND ANALYSIS REGARDING SAME; DRAFT E-MAIL REGARDING SAME. | POL | 1.10 | 522.50 |
| 22-Oct-10 | UPDATE THE STATUS OF THE FLORIDA BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND RESPOND TO CORRESPONDENCE REGARDING SAME. | MCC | 0.30 | 100.50 |
| 22-Oct-10 | DRAFT E-MAIL REGARDING MISSOURI DENIAL; LEGAL RESEARCH REGARDING SAME; UPDATE STATUS OF VARIOUS BAD DEBT CLAIMS. | POL | 0.90 | 427.50 |
| 25-Oct-10 | UPDATE THE STATUS OF THE MICHIGAN BAD DEBT SALES TAX REFUND CLAIM; REVIEW AND REVISE APPEAL REGARDING SAME. | MCC | 0.40 | 134.00 |
| 28-Oct-10 | UPDATE THE STATUS OF THE ALABAMA BAD DEBT SALES TAX REFUND CLAIM; TELEPHONE CALL WITH THE AUDITOR REGARDING SAME; PREPARE AND REVISE CORRESPONDENCE TO THE AUDITOR REGARDING SAME; ANALYZE SPREADSHEETS REGARDING SAME. | MCC | 1.60 | 536.00 |
| 29-Oct-10 | REVIEW DRAFT EMAIL TO CHASE. | HTG | 0.30 | 100.50 |
| 29-Oct-10 | DRAFT AND REVISE CORRESPONDENCE TO MISSOURI AND MICHIGAN REGARDING BAD DEBT CLAIMS; LEGAL RESEARCH REGARDING SAME. | POL | 1.00 | 475.00 |

**Total Services** ....................................................................................................................**$5,956.50**

Akerman Senterfitt

Page 5

045690    CIRCUIT CITY STORES, INC.
  0196523    BAD DEBT SALES TAX CLAIMS

As of            31-Oct-10
Bill Number    8547101

| Initials | Name | Hours | Amount |
|---|---|---|---|
| HTG | H. T. GILLIS | 4.30 | 1,440.50 |
| MCC | M. C. CARANTZAS | 7.10 | 2,378.50 |
| POL | P. O. LARSEN | 4.50 | 2,137.50 |
| | Total | 15.90 | $5,956.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547103 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **SETTLEMENT OF PROOFS OF CLAIM -
CALIFORNIA**
Matter Number:    **0238079**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 3,990.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 3,990.00** |
| PREVIOUS BALANCE
(Please disregard if already paid.
Includes payments received through 11/17/10) | 4,018.00 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 8,008.00** |

---

*To ensure proper credit to the above account, please indicate matter no. 0238079
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number: 0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

Akerman Senterfitt                                                                        Page 3

045690     CIRCUIT CITY STORES, INC.                              As of              31-Oct-10
  0238079    SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA           Bill Number         8547103

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 8-Oct-10 | RESEARCH ISSUES RELATED TO STATUS OF CA CLAIM AS PRIORITY OR GENERAL CLAIM (E.G. TRUST FUND TAX OR TAX IMPOSED ON SELLER); REVIEW CORRESPONDENCE AND DOCUMENTATION REGARDING PRIOR NEGOTIATIONS. | HTG | 4.50 | 1,507.50 |
| 18-Oct-10 | REVIEW OF BK PLEADINGS REGARDING TAX ISSUES; ANALYSIS OF CALIFORNIA CLAIM AND DEFENSE TO TAX CLAIMS. | HTG | 2.00 | 670.00 |
| 19-Oct-10 | REVIEW BANKRUPTCY MOTIONS AND ORDERS WITH REGARD TO CALIFORNIA CLAIMS; ANALYSIS OF CA TAX STATUTES AND CASES; ANALYSIS OF PRIORITY RULES WITH REGARD TO EXCISE TAXES; PREPARE DRAFT CALIFORNIA SETTLEMENT LETTER. | HTG | 2.00 | 670.00 |
| 19-Oct-10 | REVIEW BANKRUPTCY MOTIONS AND ORDERS WITH REGARD TO CALIFORNIA CLAIMS; ANALYSIS OF CA TAX STATUTES AND CASES; ANALYSIS OF PRIORITY RULES WITH REGARD TO EXCISE TAXES; PREPARE DRAFT CALIFORNIA SETTLEMENT LETTER. | HTG | 1.00 | 335.00 |
| 22-Oct-10 | DRAFT LETTER TO BOARD OF EQUALIZATION REGARDING STATUS OF CALIFORNIA CLAIMS; REVIEW AND REVISE SAME. | POL | 0.60 | 285.00 |
| 28-Oct-10 | REVIEW AND REVISE LETTER TO STATE REGARDING SETTLEMENT OF CASE; LEGAL RESEARCH REGARDING SAME; DRAFT E-MAIL REGARDING SAME. | POL | 1.10 | 522.50 |

**Total Services** ........................................................................................................ **$3,990.00**

Akerman Senterfitt

| 045690 | CIRCUIT CITY STORES, INC. | | As of | 31-Oct-10 |
| 0238079 | SETTLEMENT OF PROOFS OF CLAIM - CALIFORNIA | | Bill Number | 8547103 |

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 9.50 | 3,182.50 |
| POL | P. O. LARSEN | 1.70 | 807.50 |
| | Total | 11.20 | $3,990.00 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547104 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:     **CIRCUIT CITY STORES, INC.**
Matter Name:     **SETTLEMENT OF PROOFS OF CLAIM -
                 CONNECTICUT**
Matter Number:   **0238073**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the
narrative statement:*

| | |
|---|---|
| SERVICES | $ 1,105.50 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 1,105.50** |
| PREVIOUS BALANCE | 770.50 |
| (Please disregard if already paid. | |
| Includes payments received through 11/17/10) | |
| **TOTAL NOW DUE AND PAYABLE** | **$ 1,876.00** |

*To ensure proper credit to the above account, please indicate matter no. 0238073
and return remittance sheet with payment in US funds.
Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt                                                                                    Page 3

045690      CIRCUIT CITY STORES, INC.                              As of              31-Oct-10
   0238073      SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT        Bill Number         8547104

| Date | Services | Initials | Hours | Value |
|---|---|---|---|---|
| 20-Oct-10 | REVIEW AND COMMENT ON DRAFT CT CLOSING LETTER. | HTG | 0.50 | 167.50 |
| 22-Oct-10 | REVIEW AND COMMENT ON DRAFT CT SETTLEMENT AGREEMENT. | HTG | 0.80 | 268.00 |
| 25-Oct-10 | REVIEW AND COMMENT OF CT CLOSING LETTER. CONFER WITH S. LAROSA REGARDING COMMENTS AND PROCEDURE. | HTG | 1.50 | 502.50 |
| 27-Oct-10 | REVIEW ISSUES REGARDING PRIOR TAX SETTLEMENT AND IMPACT ON PROPOSED BANKRUPTCY SETTLEMENT. | HTG | 0.50 | 167.50 |

**Total Services** ............................................................................................................. **$1,105.50**

Akerman Senterfitt                                                    Page 4

045690     CIRCUIT CITY STORES, INC.                     As of          31-Oct-10
  0238073     SETTLEMENT OF PROOFS OF CLAIM - CONNECTICUT   Bill Number    8547104

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 3.30 | 1,105.50 |
| | Total | 3.30 | $1,105.50 |



Akerman Senterfitt
Post Office Box 4906
Orlando, FL 32802
Tel: 407.423.4000
Fax: 407.254.3408

| | |
|---|---|
| Invoice Date | 17-Nov-10 |
| Invoice No. | 8547105 |

JEFFREY A. MCDONALD
VICE PRESIDENT - TAX
CIRCUIT CITY STORES, INC.
P.O. BOX 5695
GLEN ALLEN, VA 23058

Client Name:    **CIRCUIT CITY STORES, INC.**
Matter Name:    **TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08**
Matter Number:  **0221364**

---

### INVOICE SUMMARY

*For professional services rendered through October 31, 2010 as summarized below and described in the narrative statement:*

| | |
|---|---|
| SERVICES | $ 2,680.00 |
| DISBURSEMENTS | $ 0.00 |
| **TOTAL THIS INVOICE** | **$ 2,680.00** |
| PREVIOUS BALANCE (Please disregard if already paid. Includes payments received through 11/17/10) | 1,290.50 |
| **TOTAL NOW DUE AND PAYABLE** | **$ 3,970.50** |

*To ensure proper credit to the above account, please indicate matter no. 0221364
and return remittance sheet with payment in US funds.*
*Wired funds accepted:*
Akerman Senterfitt Operating Account
c/o SunTrust Bank, Atlanta, GA
ABA Number:  061000104
Account Number:  0215-252207533
Reference your invoice number and matter number
*IRS EIN 59-3117860*

akerman.com

Akerman Senterfitt

Page 3

045690     CIRCUIT CITY STORES, INC.                     As of          31-Oct-10
  0221364   TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08      Bill Number    8547105

| Date | Services | Initials | Hours | Value |
|------|----------|----------|-------|-------|
| 18-Oct-10 | REVIEW OF BK PLEADINGS REGARDING TAX ISSUES; ANALYSIS OF FLORIDA, TEXAS CLAIMS AND DEFENSES. | HTG | 2.00 | 670.00 |
| 28-Oct-10 | RESEARCH LEGAL BASIS FOR ADVERSARY PROCEEDING INVOLVING TX JEOPARDY ASSESSMENT. | HTG | 3.50 | 1,172.50 |
| 31-Oct-10 | WORK ON TX ADVERSARY PROCEEDING. | HTG | 2.50 | 837.50 |

**Total Services** ................................................................................................................................. **$2,680.00**

Akerman Senterfitt

Page 4

045690    CIRCUIT CITY STORES, INC.
  0221364    TEXAS AUDIT FOR PERIODS 3/1/04 - 6/30/08

As of          31-Oct-10
Bill Number          8547105

| Initials | Name | Hours | Amount |
|----------|------|-------|--------|
| HTG | H. T. GILLIS | 8.00 | 2,680.00 |
| | Total | 8.00 | $2,680.00 |