# Exhibit C

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| In re: | :    Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al.,[1] | :    Case No. 08-35653-KRH |
| | :    (Jointly Administered) |
| Debtors. | : |
| | : |
| | : |

## CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT OF FINAL APPLICATION OF AKERMAN SENTERFITT FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM NOVEMBER 10, 2008 THROUGH OCTOBER 31, 2010

I, H. Timothy Gillis, hereby certify that:

1.      I am a partner with the applicant firm of Akerman Senterfitt ("Akerman"), counsel to the Debtors in above-captioned matter. I submit this certification with respect to Akerman's compliance with the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "Guidelines").

2.      This Certification in made in connection with the Final Application of Akerman Senterfitt for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors (the "Application") for the Period from November 10, 2008 through October 31, 2010 (the "Final Period"), in accordance with the Guidelines.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

3.      In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the Office of the United States Trustee, with the Debtors, any creditor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

4.      In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof or any person for the division of such compensation as my firm may receive for services rendered in connection with this case, nor will any division or fees prohibited by Section 504 of the Bankruptcy Code be made by me or any partner, counsel or associate of my firm.

5.      I certify that:  (a) I have read the Final Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines; (c) the fees and disbursements sought are billed at rates in accordance with those customarily charged by Akerman and generally accepted by Akerman's clients; and (d) in providing a reimbursable service, Akerman does not make a profit on that service, whether the service is performed by Akerman in-house or through a third party.

6.      I certify that Akerman has provided the Debtors, on a monthly basis, with a statement of fees and disbursements accrued during the previous month.  Copies of such monthly statements are attached as **Composite Exhibit B** to the Final Application.

7.      I certify that the Debtors, the United States Trustee for the Eastern District of Virginia, the Official Committee of Unsecured Creditors, and the Liquidating Trustee are each being provided with a copy of the Application.

Dated:    December 16, 2010          AKERMAN SENTERFITT


By     */s/ H. Timothy Gillis*
          H. Timothy Gillis
          Florida Bar. No. 0133876
          50 N. Laura St., Ste. 2500
          Jacksonville, FL 32202
          Phone:  (904) 598-8614]
          Fax:  (904) 598-3911

          Counsel for the Debtors