# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al.,[1] | : Case No. 08-35653-KRH |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

ORDER APPROVING FINAL APPLICATION OF AKERMAN SENTERFITT
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD
FROM NOVEMBER 10, 2008 THROUGH OCTOBER 31, 2010

This matter came before the Court upon the *Final Application of Akerman Senterfitt for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors for the Period From November 10, 2008 through October 31, 2010* (the "Application); and it appearing to the Court that (i) Akerman Senterfitt ("Akerman") provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1. The Application is hereby approved.

2. The request for final compensation in the amount of $145,757.00 and reimbursement of expenses in the amount of $572.26 for the period of November 10, 2008 through October 31, 2010 be and hereby is allowed on a final basis.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

{JA585723;4}

3. The request for approval of payment of the unpaid portion of fees and expenses for the period of November 10, 2008 through October 31, 2010 in the aggregate amount of $21,992.50 be and hereby is allowed on a final basis.

4. The Debtor (or Liquidating Trustee as applicable) is authorized and directed to pay Akerman the amount of unpaid compensation and reimbursement of expenses allowed herein as an administrative expense.

5. Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee, the Liquidating Trustee, and Akerman.

ENTERED: _____

                                                    UNITED STATES BANKRUPTCY JUDGE

We ask for this:

| | |
|---|---|
| William C. Crenshaw | H. Timothy Gillis |
| VSB No. 16803 | Florida Bar No. 0133876 |
| Akerman Senterfitt | Akerman Senterfitt |
| 750 9th Street, N.W., Suite 750 | 50 North Laura Street, Suite 2500 |
| Washington, DC 20001 | Jacksonville, FL 32202 |
| Telephone: 202.393.6222 | Telephone: (904) 798-3700 |
| Facsimile: 202.824.1795 | Facsimile: (904) 798-3730 |
| Counsel for the Debtors | Counsel for the Debtors |

Seen and No Objection:

_____
W. Clarkson McDow, Jr.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310

{JA585723;4}                            2