## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al.,[1] | : Case No. 08-35653-KRH |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : |

## SIXTH AND FINAL APPLICATION OF ARSENE TAXAND
## FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
## TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
## THE PERIOD FROM APRIL 28, 2010 THROUGH THE OCTOBER 31, 2010

TO:    THE HONORABLE KEVIN R. HUENNEKENS
       UNITED STATES BANKRUPTCY JUDGE

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy

Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

Arsene Taxand ("Arsene" or "Applicant") hereby files this Seventh and Final Application of

Arsene Taxand for Compensation for Services Rendered and Reimbursement of Expenses as

Counsel to the Official Committee of Unsecured Creditors for the Period from April 28, 2010

through October 31, 2010 (the "Final Application"). By this Application, Arsene seeks (i)

interim approval of compensation in the amount of $49,221.23 for the period May 1, 2010

through October 31, 2010 (the "Current Interim Period"); (ii)  final approval of compensation in

the amount of $49,221.23 for the period April 28, 2010 through October 31, 2010 (the "Final

Period"); and (iii), and payment of the unpaid portion of fees and expenses for the Current

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC  (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

Interim Period in the aggregate amount of $14,430.06. In support of this Application, Arsene respectfully represents as follows:

### Background

1.      On November 10, 2008 (the "Petition Date"), the Debtors filed their voluntary Chapter 11 petitions for relief, thereby commencing the above-captioned cases.

2.      On November 12, 2008, the Office of the U.S. Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") in these cases pursuant to Sections 1102(a) and 1102(b)(1). On November 13, 2008, the Committee was amended by the U.S. Trustee. On November 18, 2008, the Committee voted to retain Pachulski Stang Ziehl & Jones LLP as lead counsel in these matters.

3.      On December 9, 2008, the Court entered it Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation (the "Administrative Order") [Docket #830]. The Administrative Order authorized all professionals and members of the Unsecured Creditors' Committee (the "Professionals") to serve a monthly fee request ("the "Monthly Fee Request"), pursuant to the procedures specified therein. If no objections are made within twenty (20) days after service of a Monthly Fee Request for which compensation is sought, then the Debtor is authorized to pay the Professional eighty-five percent (85%) of the requested fees and one hundred percent (100%) of the requested expenses.

4.      As reflected on the Court's docket as of June, 30, 2010 (Docket #7943), the employment of Arsene as special French tax counsel to the Committee has been authorized retroactive to April 28, 2010.

5.      On August 9, 2010, the Debtors and Committee filed the *Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and*

*Debtors in Possession and Its Official Committee of Creditors Holding General Unsecured Claims* (the "Second Amended Joint Plan")

6.     On September 14, 2010, the Court confirmed the Second Amended Joint Plan (the "Plan Confirmation").   The effective date of the Modified Second Amended Joint Plan was November 1, 2010 (the "Plan Effective Date").

7.     This Final Application is submitted pursuant to Article IX of the Second Amended Joint Plan [Docket No. 8252] and page 26 of the *Findings of Fact, Conclusions of Law and Order Confirming Modified Second Amended Joint Plan of Liquidation of Circuit City Stores, Inc. and its Affiliated Debtors and Debtors in Possession and its Official Committee of Creditors Holding General Unsecured Claims* [Docket No. 8555] (the "Confirmation Order"). Pursuant to the Confirmation Order, final fee applications must be filed no later than forty-five (45) days after the Effective Date.   Accordingly, this Final Application is timely filed.

8.     All services for which Arsene requests compensation were performed for or on behalf of the Committee.

9.     Except as set forth herein, Arsene has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Final Application.

10.     Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, there is no agreement or understanding between Arsene and any other person other than the partners of Arsene for the sharing of compensation to be received for services rendered in this case.   Arsene did not receive a retainer in this case.

### Jurisdiction and Venue

11.     The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§157 and

1334. This matter is a core proceeding pursuant to 11 U.S.C. § 157(b)(2)(A). Venue of these cases

and this matter is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory

predicate for the relief requested herein is 11 U.S.C. §§ 328, 330 and 331.

### Relief Requested

12.     By this Application, Arsene seeks an interim allowance of compensation in the

amount of $57,907.35 (which amount represents 100% of fees incurred during the Current

Interim Period) for a total allowed amount of $57,907.35.

13.     Arsene has been paid a total of $43,477.29 on account of its first, second, third,

fourth, fifth, and sixth fee applications, and monthly fee requests from May 1, 2010 through

October 30, 2010. Accordingly, by this Final Application, Arsene seeks payment of the unpaid

amount of $14,430.06. More specifically:

(a)     Arsene's monthly fee statement for the period May 1, 2010 – May 31,

2010 sought an allowance of $20,344.09 for professional services rendered. Arsene has received

a total of $20,344.09 from the Debtor, which represents 85% of the amount due for services

rendered for this time period.

(b)     Arsene's monthly fee statement for the period June 1, 2010 – June 30,

2010 sought an allowance of $10,398.30 for professional services rendered. Arsene has received

a total of $10,398.30 from the Debtor, which represents 85% of the amount due for services

rendered for this time period.

(c)     Arsene's monthly fee statement for the period July 1, 2010 – July 31, 2010

sought an allowance of $3,076.25 for professional services rendered. Arsene has received a total

4

of $3,076.25 from the Debtor, which represents 85% of the amount due for services rendered for this time period.

       (d)    Arsene's monthly fee statement for the period August 1, 2010 – August 31, 2010 sought an allowance of $6,181.50 for professional services rendered. Arsene has received a total of $6,181.50 from the Debtor, which represents 85% of the amount due for services rendered for this time period.

       (e)    Arsene's monthly fee statement for the period September 1, 2010 – September 30, 2010 sought an allowance of $3,477.15 for professional services rendered. Arsene has received a total of $3,477.15 from the Debtor, which represents 85% of the amount due for services rendered for this time period.

       (f)    For the period October 1, 2010 through October 31, 2010, Arsene has incurred fees for professional services rendered in the amount of $5,743.94. Arsene has submitted a monthly fee statement, but has not yet been paid for fees incurred during this time period.

       16.    Annexed hereto as **Exhibit A** is a chart indicating the name of each attorney who has worked on this case in the Current Interim Period, the summary of services performed during the Current Interim Period, the time expended by each professional, his or her title, hourly rate, and fees charged.

       17.    All of the professional services rendered by Arsene for which compensation is requested were rendered solely in connection with this case and on behalf of the Committee. The services performed were necessary to the administration of these cases and were beneficial to the Committee at the time such services were rendered. All services were performed in a

reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

18.    The compensation requested is consistent with the nature and extent of the services rendered during the Current Interim Period, the size and complexity of this case, the time, labor and special expertise brought to bear on the questions presented, and other related factors.  The compensation charged is reasonable based on rates charged by comparably skilled practitioners in this and other firms in non-bankruptcy cases.  As such, Arsene submits that the compensation sought is reasonable within the meaning of Sections 330 and 331 of the Bankruptcy Code.

19.    Arsene has assigned attorneys to tasks commensurate with their level of experience, and has avoided the unnecessary duplication of services rendered which required independent judgment and decision-making.  Arsene requests no compensation for services which represent charges normally associated with the Firm's overhead.

20.    As set forth in the attached exhibits, Arsene rendered 114.45 hours of professional services during the Current Interim Period.

### Fee Statements

21.    The fee statements for the Current Interim Period are attached hereto as **Exhibits D, E, F, G, H and J**, respectively.  Arsene incorporates these interim fee applications as though they were fully set forth herein.  These statements contain daily time logs describing the time spent by each attorney during the Current Interim Period.  To the best of Arsene's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Eastern District of Virginia (the "Local Rules").

6

22.     Arsene's time reports are initially handwritten or typed by the attorney or paralegal performing the described services.  The time reports are organized on a daily basis. Arsene is particularly sensitive to issues of "lumping," and unless time was spent in one time frame on a variety of different matters for a particular client, separate time entries are set forth in the time reports.  Arsene's charges for its professional services are based upon the time, nature, extent and value of such services and the cost of comparable services other than in a case under the Bankruptcy Code.

<b><u>Summary of Services Rendered</u></b>

23.     The names of the partners and associates of Arsene who have rendered professional services in this case during the Interim Period are set forth in the attached **Exhibit A.**

24.     Arsene, by and through the above-named persons, has prepared and assisted in the preparation of various pending motions and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with this case, and performed all necessary professional services which are described and narrated in detail below.

30.     The nature of work performed by the Arsene attorneys during the Current Interim Period is fully set forth in **Exhibits A** attached hereto.  The hourly rates being charged are Arsene's normal hourly rates for work of this character.  The reasonable value of the services rendered by Arsene to the Debtors during the Current Interim Period is $57,907.35.

31.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arsene is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the

7

services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, Arsene has reviewed the requirements of the Local Rules and believes that this Application complies with such rules.

## Applicable Legal Standard

32.     The Bankruptcy Code sets forth the legal standards for awarding compensation to professionals. The format for fee applications is set forth in the Compensation Guidelines for Professionals in the United States Bankruptcy Court for the Eastern District of Virginia (the "Guidelines").

33.     Under section 330 of the Bankruptcy Code, the Court may award counsel to the Committee reasonable compensation for actual, necessary services rendered by such attorneys and paraprofessionals employed by such attorneys based on the nature, extent and value of the services rendered, time spent on such services and the cost of comparable services other than in a bankruptcy case.

34.     Under the "lodestar" approach, the Court should consider the number of hours of service reasonably devoted to the case multiplied by the attorney's reasonable rates. Courts frequently consider the specific "lodestar" factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974). These lodestar tests were adopted by the Fourth Circuit in Barber v. Kimbrells, Inc., 577 F.2d 216, 226 (4th Cir.), cert. denied, 439 U.S. 934 (1978), and in Anderson v. Morris, 658 F.2d 246, 249 (4th Cir. 1981), where the Fourth Circuit held that the District Court should employ the lodestar approach, and then adjust the fee on the basis of the remaining Johnson factors in the case. The following are the Johnson factors:

        (a) the time and labor required
        (b) the novelty and difficulty of the questions;
        (c) the skill requisite to perform the legal service properly;

    (d) the preclusion of other employment by the attorney due to acceptance of the case:
the customary fee;

    (e) whether the fee is fixed or contingent; time limitations imposed by the client or
the circumstances;

    (f) the amount involved and the results obtained;

    (g) the experience, reputation and ability of the attorneys;

    (h) the "undesirability" of the case;

    (i) the nature and length of the professional relationship with the client; and

    (j) awards in similar cases.

Johnson, 488 F.2d at 717-719; Barber, 577 F.2d at 226, n.28; Anderson, 658 F.2d at 248, n.2.

35.    Arsene believes that the services rendered to the Committee were necessary and

reasonable in view of the Committee's obligations in this case and the scope and nature of the

matters in which the Committee was involved to competently represent the Committee.

### Certification Pursuant to Section 504 of the Bankruptcy Code

36.    The Certification of Nicolas Jacquot, submitted pursuant to section 504 of the

Bankruptcy Code, is attached hereto as **Exhibit B**.

### Conclusion

WHEREFORE, Arsene submits this Application for (i)  interim approval of

compensation in the amount of $49,221.23 for the period May 1, 2010 through October 31,

2010; (ii)  final approval of compensation in the amount of $49,221.23 for the period April 28,

2010 through October 31, 2010; and (iii), and payment of the unpaid portion of fees and

expenses for the Current Interim Period in the aggregate amount of $14,430.06. Arsene

respectfully requests that the court enter an Order

substantially in the form attached hereto as **Exhibit C** approving the compensation requested

herein, and granting such other further relief as the Court deems appropriate.

Dated:    December 14, 2010              ARSENE TAXAND

By      /s/ Nicolas Jacquot
        Nicolas Jacquot
        32, rue de Monceau
        75008 Paris
        FRANCE
        Telephone: +33 170.388.808
        Facsimile: +33 170.388.810

        Counsel for the Official Committee of
        Unsecured Creditors

Filed This 16th Day of December 2010

By:    CIRCUIT CITY STORES, INC.
LIQUIDATING TRUST


By: */s/ Paula S. Beran*


Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
             pberan@tb-lawfirm.com

-                                           and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: jpomerantz@pszjlaw.com
            acaine@pszjlaw.com

Counsel for the Circuit City Stores, Inc.
Liquidating Trust

**EXHIBIT A**

Statement of Professional Services Rendered Through                    05/31/2010
Canada / French tax issues

| DATE | Professional Name(*) | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 03/05/10 | NMI | Manager | Analysis of the provided documents | 1,00 | 330 € | $405,21 | 330,00 € | $405,21 |
| 04/05/10 | NJA | Partner | Introductive conference call with Ash Gupta (Gowlings), Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ) | 1,00 | 520 € | $638,51 | 520,00 € | $638,51 |
| 04/05/10 | NMI | Manager | Introductive conference call with Ash Gupta (Gowlings), Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ) | 1,00 | 330 € | $405,21 | 330,00 € | $405,21 |
| 04/05/10 | NMI | Manager | Analysis of the documents provided by Blair Witley (Osler) | 5,00 | 330 € | $405,21 | 1 650,00 € | $2 026,04 |
| 04/05/10 | NJA | Partner | Analysis of the documents provided by Blair Witley (Osler) | 2,00 | 520 € | $638,51 | 1 040,00 € | $1 277,02 |
| 06/05/10 | NJA | Partner | Preparation for May, 7th conference call with Bertrand Jouanneau (Gide Loyrette Nouel) | 0,50 | 520 € | $638,51 | 260,00 € | $319,25 |
| 06/05/10 | NMI | Manager | Preparation for May, 7th and conference call with Bertrand Jouanneau (Gide Loyrette Nouel) | 1,00 | 330 € | $405,21 | 330,00 € | $405,21 |
| 07/05/10 | NJA | Partner | Conference call with Bertrand Jouanneau (Gide Loyrette | 0,75 | 520 € | $638,51 | 390,00 € | $478,88 |
| 07/05/10 | NMI | Manager | Conference call with Bertrand Jouanneau (Gide Loyrette | 0,75 | 330 € | $405,21 | 247,50 € | $303,91 |
| 12/05/10 | NMI | Manager | Analysis of the documents provided by Bertrand Jouanneau (Gide Loyrette Nouel) | 5,00 | 330 € | $405,21 | 1 650,00 € | $2 026,04 |
| 17/05/10 | NJA | Partner | Researches regarding the legal status of judicially dissolved | 2,50 | 520 € | $638,51 | 1 300,00 € | $1 596,27 |
| 17/05/10 | NMI | Manager | Analysis of the documents provided by Bertrand Jouanneau (Gide Loyrette Nouel) | 3,00 | 330 € | $405,21 | 990,00 € | $1 215,62 |
| 18/05/10 | NJA | Partner | Researches regarding the possible ways to dissolve a judicially dissolved entity | 2,00 | 520 € | $638,51 | 1 040,00 € | $1 277,02 |
| 18/05/10 | NMI | Manager | Anonymous telephone call to the Commercial Court of | 0,25 | 330 € | $405,21 | 82,50 € | $101,30 |
| 18/05/10 | NMI | Manager | Researches regarding the tax consequences of a judicial | 2,50 | 330 € | $405,21 | 825,00 € | $1 013,02 |
| 20/05/10 | NMI | Manager | Draft memo of the French tax issues | 1,00 | 330 € | $405,21 | 330,00 € | $405,21 |
| 21/05/10 | NMI | Manager | Draft memo of the French tax issues | 1,00 | 330 € | $405,21 | 330,00 € | $405,21 |
| 25/05/10 | NMI | Manager | Draft memo of the French tax issues | 2,50 | 330 € | $405,21 | 825,00 € | $1 013,02 |
| 26/05/10 | NJA | Partner | Additional researches regarding the possible tax issues in case of a judicial liquidation | 3,00 | 520 € | $638,51 | 1 560,00 € | $1 915,52 |
| 26/05/10 | NMI | Manager | Preparation of the telephone conference with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadi (PSZJ), Jeff | 2,00 | 330 € | $405,21 | 660,00 € | $810,41 |
| 26/05/10 | NMI | Manager | Conference call with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadi (PSZJ), Jeff Pomerantz (PSZJ) | 0,50 | 330 € | $405,21 | 165,00 € | $202,60 |
| 26/05/10 | NJA | Partner | Conference call with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadi (PSZJ), Jeff Pomerantz (PSZJ) | 0,50 | 520 € | $638,51 | 260,00 € | $319,25 |
| 27/05/10 | NMI | Manager | Draft memo of the French tax issues | 2,00 | 330 € | $405,21 | 660,00 € | $810,41 |
| 27/05/10 | NMI | Manager | Researches regarding the tax risks regarding the eventual | 1,50 | 330 € | $405,21 | 495,00 € | $607,81 |
| 27/05/10 | NMI | Manager | Researches regarding the taxation of the eventual liquidation | 2,00 | 330 € | $405,21 | 660,00 € | $810,41 |
| 28/05/10 | NJA | Partner | Researches regarding the taxation of the eventual debt waiver | 0,50 | 520 € | $638,51 | 260,00 € | $319,25 |
| 28/05/10 | NMI | Manager | Phone call to Pontoise Commercial Court's clerk's office | 0,40 | 330 € | $405,21 | 132,00 € | $162,08 |
| 28/05/10 | NMI | Manager | Draft request of the liquidation accounts | 1,50 | 330 € | $405,21 | 495,00 € | $607,81 |
| 28/05/10 | NMI | Manager | Draft memo of the French tax issues | 2,00 | 330 € | $405,21 | 660,00 € | $810,41 |
| 31/05/10 | NMI | Manager | Draft memo of the French tax issues | 1,50 | 330 € | $405,21 | 495,00 € | $607,81 |
| 31/05/10 | NJA | Partner | Draft memo of the French tax issues | 1,00 | 520 € | $638,51 | 520,00 € | $638,51 |
| | | | **Task code total** | **50,15** | | | **19 492,00 €** | **$23 934,23** |

\*    NMI    Nicolaj Milbradt
     NJA    Nicolas Jacquot

Statement of Professional Services Rendered Through

Canada/ French tax Issues

06/30/2010

| DATE | Professional Name (*) | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 01/06/10 | NMI | Manager | Draft memo of the French tax issues | 2,50 | 330 € | $427,65 | 825,00 € | $1.069,12 |
| 02/06/10 | NMI | Manager | Draft memo of the French tax issues | 4,00 | 330 € | $427,65 | 1.320,00 € | $1.710,59 |
| 03/06/10 | NJA | Partner | Draft memo of the French tax issues | 3,50 | 520 € | $673,87 | 1.820,00 € | $2.358,54 |
| 03/06/10 | NMI | Manager | Researches regarding the taxation of the eventual liquidation bool | 2,50 | 330 € | $427,65 | 825,00 € | $1.069,12 |
| 03/06/10 | NMI | Manager | Researches regarding the taxation of the eventual debt waiver | 1,00 | 330 € | $427,65 | 330,00 € | $427,65 |
| 03/06/10 | NMI | Manager | Draft memo of the French tax issues | 3,00 | 330 € | $427,65 | 990,00 € | $1.282,94 |
| 04/06/10 | NJA | Partner | Draft memo of the French tax issues | 3,50 | 520 € | $673,87 | 1.820,00 € | $2.358,54 |
| 04/06/10 | NMI | Manager | Draft memo of the French tax issues | 2,00 | 330 € | $427,65 | 660,00 € | $855,29 |
| 29/06/10 | NJA | Partner | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), John A Morris (PSZJ), Ash Gupta (Gowlings), David Cohen (Gowlings) | 1,00 | 520 € | $673,87 | 520,00 € | $673,87 |
| 29/06/10 | NMI | Manager | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), John A Morris (PSZJ), Ash Gupta (Gowlings), David Cohen (Gowlings) | 1,00 | 330 € | $427,65 | 330,00 € | $427,65 |
| | | | Task code total | 24,00 | | | 9.440,00 € | $12.235,30 |

\*   NMI   Nikolaj Milbradt
    NJA   Nicolas Jacquot

Statement of Professional Services Rendered Through
Canada/French tax issues

07/31/2010

| DATE | Professional Name (*) | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 05/07/10 | N/A | Partner | Call with Skadden, Arps, Slate, Meagher & Flom LLP (Paris) (Philippe Derouin) | 0,50 | 520 € | $661,49 | 260,00 € | $330,75 |
| 07/07/10 | N/A | Partner | E mail to Jeff Pomerantz (PSZJ) | 0,25 | 520 € | $661,49 | 130,00 € | $165,37 |
| 15/07/10 | N/A | Partner | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,00 | 520 € | $661,49 | 520,00 € | $661,49 |
| 15/07/10 | NMI | Manager | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 2,00 | 330 € | $419,79 | 660,00 € | $839,59 |
| 15/07/10 | N/A | Partner | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,50 | 520 € | $661,49 | 780,00 € | $992,24 |
| 15/07/10 | NMI | Manager | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,50 | 330 € | $419,79 | 495,00 € | $629,69 |
| Task code total | | | | 6,75 | | | 2.845,00 € | $3 619,12 |

* NMI Nikolaj Milkvadt
N/A Nicolas Jacquot

Statement of Professional Services Rendered Through
Canada/French tax issues

08/31/2010

| DATE | Professional Name [*] | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 25/08/10 | N/A | Partner | Analysis of the documents sent by Philippe Derouin (Skadden) (draft decision of the sole shareholder of Intertan France SNC) and of the possibility that the Intertan France SNC shares held by Intertan Canada have been cancelled due to the judicial liquidation | 2.50 | 520 € | $710.16 | 1 300,00 € | $1 775,41 |
| 25/08/10 | NMI | Manager | Analysis of the documents sent by Philippe Derouin (Skadden) (draft decision of the sole shareholder of Intertan France SNC) and of the possibility that the Intertan France SNC shares held by Intertan Canada have been cancelled due to the judicial liquidation | 1,50 | 330 € | $450,68 | 495,00 € | $676,02 |
| 26/08/10 | N/A | Partner | Call with Ash Gupta (Gowlings) | 1,00 | 520 € | $710.16 | 520,00 € | $710.16 |
| 30/08/10 | N/A | Partner | Call with Philippe Derouin (Skadden), Samak Mostafavi (Allen&Overy), Guillaume Gulard (Gide), and Bertrand Jouanneau (Gide) | 1.50 | 520 € | $710.16 | 780,00 € | $1 065,25 |
| 30/08/10 | NMI | Manager | Call with Philippe Derouin (Skadden), Samak Mostafavi (Allen&Overy), Guillaume Gulard (Gide), and Bertrand Jouanneau (Gide) | 1.50 | 330 € | $450.68 | 495,00 € | $676.02 |
| 31/08/10 | N/A | Partner | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,00 | 520 € | $710.16 | 520,00 € | $710.16 |
| 31/08/10 | NMI | Manager | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1.75 | 330 € | $450.68 | 577,50 € | $788.69 |
| 31/08/10 | N/A | Partner | Call with Jeff Pomerantz (PSZJ) and Ash Gupta (Gowlings) | 0.75 | 520 € | $710.16 | 390,00 € | $532,62 |
| 31/08/10 | NMI | Manager | Call with Jeff Pomerantz (PSZJ) and Ash Gupta (Gowlings) | 0.75 | 330 € | $450.68 | 247,50 € | $338.01 |
| | | | **Task code total** | **12.25** | | | **5 325,00 €** | **$7 272,35** |

*     NMI Nikolaj Milbradt
      N/A  Nicolas Jacquot

Statement of Professional Services Rendered Through
Canada/ French tax issues

09/30/2010

| DATE | Professional Name (*) | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 01/09/10 | NMI | Manager | Preparation of the conference calls with counsels | 0,45 | 330 € | $460,19 | 148,50 € | $207,08 |
| 02/09/10 | NIA | Partner | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 0,50 | 520 € | $725,14 | 260,00 € | $362,57 |
| 07/09/10 | NIA | Partner | Conference call with Philippe Derouin (Skadden), Samrak Mostafavi (AlfredOnvry), Guillaume Goulard (Gide) and Bertrand Jouanneau (Gide) | 0,75 | 520 € | $725,14 | 390,00 € | $543,86 |
| 02/09/10 | NIA | Partner | Following of e-mail exchanges to Ash Gupta (Gowlings) | 0,75 | 520 € | $725,14 | 390,00 € | $543,86 |
| 07/09/10 | NMI | Manager | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 0,50 | 330 € | $460,19 | 165,00 € | $230,09 |
| 07/09/10 | NMI | Manager | Conference call with Philippe Derouin (Skadden), Samrak Mostafavi (AlfredOnvry), Guillaume Goulard (Gide) and Bertrand Jouanneau (Gide) | 0,75 | 330 € | $460,19 | 247,50 € | $345,14 |
| 07/09/10 | NMI | Manager | E-mail to Ash Gupta (Gowlings) | 1,00 | 330 € | $460,19 | 330,00 € | $460,19 |
| 08/09/10 | NMI | Manager | Following of e-mail exchanges with Guillaume Goulard (Gide), and Bertrand Jouanneau (Gide) | 0,75 | 330 € | $460,19 | 247,50 € | $345,14 |
| 22/09/10 | NIA | Partner | Conference call with Ash Gupta (Gowlings) | 0,50 | 520 € | $725,14 | 260,00 € | $362,57 |
| 22/09/10 | NMI | Manager | Conference call with Ash Gupta (Gowlings) | 0,50 | 330 € | $460,19 | 165,00 € | $230,09 |
| 22/09/10 | NMI | Manager | E-mail to Ash Gupta (Gowlings) | 1,00 | 330 € | $460,19 | 330,00 € | $460,19 |
| | | | **Task code total** | 7,45 | | | 2 933,50 € | $4 090,77 |

\* NMI Nicolaj Millbardt
NIA Nicolas Jacquot

Statement of Professional Services Rendered Through          10/31/2010
Canada/ French tax issues

| DATE | Professional Name (*) | Title | Services performed | Hours | Rate € | Rate $ | Amount € | Amount $ |
|---|---|---|---|---|---|---|---|---|
| 13/10/10 | NJA | Partner | Review of the draft agreement in respect of the purchase by InterTan Canada Ltd of the SHC shares held by 587225 Ontario Ltd and e-mail to Ash Gupta and Letitia Ng | 0,75 | 520 € | $741,26 | 390,00 € | $555,95 |
| 13/10/10 | NMI | Manager | Drafting of the agreement in respect of the purchase by InterTan Canada Ltd of the remaining SHC shares held by 587225 Ontario Ltd | 0,75 | 330 € | $470,42 | 247,50 € | $352,81 |
| 13/10/10 | VCA | Senior | Drafting of (a) the agreement in respect of the purchase by InterTan Canada Ltd of the SHC shares held by 587225 Ontario Ltd and (b) e-mail to Ash Gupta and Letitia Ng | 4,50 | 260 € | $370,63 | 1 170,00 € | $1 667,84 |
| 13/10/10 | VCA | Senior | Telephone call to the French Trade and Companies Register regarding the transfer of the remaining SHC shares held by 587225 Ontario Ltd | 0,50 | 260 € | $370,63 | 130,00 € | $185,32 |
| 19/10/10 | NJA | Partner | Review of the execution copy of the SPA | 0,75 | 520 € | $741,26 | 390,00 € | $555,95 |
| 19/10/10 | NMI | Manager | Review of the execution copy of the SPA | 0,75 | 330 € | $470,42 | 247,50 € | $352,81 |
| 27/10/10 | VCA | Senior | Drafting of (i) the final version of the agreement and (ii) of the e-mail to Letitia Ng | 2,75 | 260 € | $370,63 | 715,00 € | $1 019,23 |
| 28/10/10 | NJA | Partner | Review of the final version of the agreement | 1,25 | 520 € | $741,26 | 650,00 € | $926,58 |
| 29/10/10 | NJA | Partner | Review of the InterTAN France SHC resolutions prepared by Gide and e-mail to Letitia Ng | 1,00 | 520 € | $741,26 | 520,00 € | $741,26 |
| 29/10/10 | NMI | Manager | Review of the InterTAN France SHC resolutions prepared by Gide | 0,35 | 330 € | $470,42 | 115,50 € | $164,65 |
| 29/10/10 | NMI | Manager | Drafting of e-mail to Letitia Ng | 0,50 | 330 € | $470,42 | 165,00 € | $235,21 |
| | | | **Task code total** | 13,35 | | | 4 740,50 € | $6 757,58 |

*
NMI Nikolaj Miltzarek
NJA Nicolas Jacquot
VCA Vincent Carles

**EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CIRCUIT CITY STORES, INC., et al.,[4] | : | Case No. 08-35653-KRH |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN RESPECT
OF SEVENTH AND FINAL APPLICATION OF ARSENE TAXAND
FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE OFFICIAL COMMITTEE OF CREDITORS
FOR THE PERIOD FROM
APRIL 28, 2010 THROUGH OCTOBER 31, 2010**

I, Nicolas Jacquot, hereby certify that:

1.       I am a partner with the applicant firm of Arsene Taxand ("Arsene"), French tax

counsel to the Official Committee of Unsecured Creditors appointed in above-captioned matter.

I submit this certification with respect to Arsene's compliance with the United States Trustee

Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Order,

Pursuant to Sections 105(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a)

Establishing Procedures for Interim Monthly Compensation for Professionals ("Administrative

Order"), and collectively with the Local Guidelines and UST Guidelines, (the "Guidelines.")

---

[4] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

2.       This Certification in made in connection with the Seventh and Final Application of Arsene taxand for Compensation for Services Rendered as Counsel to the Official Committee of Creditors (the "Application") for the Period from April 28, 2010 through October 31, 2010 (the "Final Period"), in accordance with the Guidelines.

3.       In accordance with 18 U.S.C. § 155 and the Rules of this Court, neither I nor any attorney of my firm has entered into any agreement, written or oral, express or implied, with the Office of the United States Trustee, with the Debtors, any creditor or any other party in interest, or any attorney of such person, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the Debtor.

4.       In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm or any attorney thereof or any person for the division of such compensation as my firm may receive for services rendered in connection with this case, nor will any division or fees prohibited by Section 504 of the Bankruptcy Code be made by me or any partner, counsel or associate of my firm.

5.       I certify that:  (a) I have read the Application; (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees fall within the Local Guidelines; (c) the fees are billed at rates in accordance with those customarily charged by Arsene and generally accepted by Arsene's clients; and (d) in providing a reimbursable service, Arsene does not make a profit on that service, whether the service is performed by Arsene in-house or through a third party.

6.       I certify that Arsene has complied with the provision requiring it to provide the Debtors, on a monthly basis, with a statement of fees and disbursements accrued during the

12

previous month.  Copies of such monthly statements are attached as **Exhibits D-I**[5] to the

Application.

       7.     I certify that the Debtors, the United States Trustee for the Eastern District of

Virginia, and the Liquidating Trustee are each being provided with a copy of the Application.


Dated:   December 14, 2010         ARSENE TAXAND


By     /s/ Nicolas Jacquot
        Nicolas Jacquot
        32, rue de Monceau
        75008 Paris
        FRANCE
        Telephone: +33 170.388.808
        Facsimile:  +33 170.388.810

        Counsel for the Official Committee of
        Unsecured Creditors

---

[5] **Exhibit G** to the Application (the October 2010 monthly fee statement) has been yet submitted to the Debtors for payment, but has not been paid to date, and is accordingly, incorporated into this Final Application.

**EXHIBIT C**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| CIRCUIT CITY STORES, INC., et al.,[6] | : Case No. 08-35653-KRH |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : |

**ORDER APPROVING SEVENTH AND FINAL APPLICATION OF ARSENE TAXAND
FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM APRIL 28, 2010 THROUGH OCTOBER 31, 2010**

This matter came before the Court upon the *Seventh and Final Application of Arsene Taxand for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 28, 2010 through October 31, 2010* (the "Application); and it appearing to the Court that (i) Arsene Taxand ("Arsene") provided proper notice of the Application to all necessary parties; (ii) no objections to the Application have been filed; and (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable, it is hereby ORDERED that:

1.      The Application is hereby approved;

2.      The request for initial approval of compensation in the amount of $49,221.23 for the period of May 1, 2010 – October 31, 2010 by Arsene be and hereby is allowed on an initial and final basis;

---

[6] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512).

14

3.      The request for final approval of compensation in the amount of $49,221.23 for the period of April 28, 2010 through October 31, 2010 by Arsene be and hereby is allowed on a final basis;

4.      The amounts sought in the First, Second, Third, Fourth, Fifth and Sixth Interim Applications as approved in the First, Second, Third, Fourth, Fifth and Sixth Application Orders are allowed and approved on a final basis;

5.      The Debtor (or Liquidating Trustee as applicable) is authorized and directed to pay Arsene the amount of unpaid compensation allowed herein as an administrative expense.

6.      Upon entry the Clerk shall serve by electronic delivery or first class mail, postage prepaid, copies of this Order on the Office of the United States Trustee, the Liquidating Trustee, and Arsene.

ENTERED:                              _____

                                      UNITED STATES BANKRUPTCY JUDGE

We ask for this:

Nicolas Jacquot
32, rue de Monceau
75008 Paris
FRANCE
Telephone: +33 170.388.808
Facsimile: +33 170.388.810

Counsel for the Official Committee of Unsecured Creditors

Seen and No Objection:

_____
W. Clarkson McDow, Jr.
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
804-771-2310

15

**EXHIBIT D**



**Arsene**
Taxand

Nicolas Jacquot
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel. +33 (0)1 70 38 88 00
Dir  +33 (0)1 70 38 88 08
Fax. +33 (0)1 70 38 88 10

July 2, 2010

Nicolas.Jacquot@arsene-taxand.com

**VIA EMAIL**
al.siegel@crowehorwath.com
Alfred H. Siegel, Chief
Restructuring Officer
Crowe Horwath
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

**VIA EMAIL**
gregg.galardi@skadden.com
Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

**VIA EMAIL**
dfoley@mcguirewoods.com
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

**VIA EMAIL**
robert.b.van.arsdale@usdoj.gov
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

> Re:  **Circuit City Stores, Inc. et al (collectively the "Debtors")**
>      **Bankruptcy Case No. 08-35653**
>      **Arsene Taxand**
>      **Monthly Statement – May 2010**

Gentlemen,

Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the month of May 2010 (the "Compensation Period") as special French tax counsel for the Official Committee of Unsecured Creditors (the "Committee") in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
July 2, 2010
Page 2

The time entries for Arsene on this statement cover the period May 3, 2010 through May 31, 2010 in the total amount of $23,934.23, and consist exclusively of fees. (See Exhibit A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene requests payment from the Debtors in the total amount of $20,344.09, representing 85% of the total monthly fees ($23,934.23 x 85%).[1]

The charges and expenses incurred by Arsene in this matter are billed in accordance with its existing billing procedures and the rates Arsene charges for the services of its attorneys are the same or lower rates than are charged for professional services rendered in comparable non-bankruptcy related matters. All amounts sought herein are consistent with the Court's approval authorizing the employment of Arsene as special French tax counsel to the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30, 2010 (Docket #7943).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

Nicolas Jacquot

Enclosures

Invoice Number: 3037

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.



# Arsene

## Taxand

32 rue de Monceau
75008 Paris
FRANCE

July 2, 2010

Re: French Tax issues regarding Circuit City committee representation

Invoice Numb  3037

| | | Statement of Professional Services Rendered Through | 05/31/2010 | | | | |
|---|---|---|---|---|---|---|---|
| | | Canada/ French tax issues | Hours | Rate | Rate | Amount | Amount |
| 03/05/10 | NMI | Analysis of the provided documents | 1,00 | 330,00 | 405,207 | 330,00 € | $405,21 |
| 04/05/10 | NJA | Introductive conference call with Ash Gupta (Gowlings), Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ) | 1,00 | 520,00 | 638,508 | 520,00 € | $638,51 |
| 05/10 | NMI | Introductive conference call with Ash Gupta (Gowlings), Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ) | 1,00 | 330,00 | 405,207 | 330,00 € | $405,21 |
| 04/05/10 | NMI | Analysis of the documents provided by Blair Wiley (Osler) | 5,00 | 330,00 | 405,207 | 1 650,00 € | $2 026,04 |
| 04/05/10 | NJA | Analysis of the documents provided by Blair Wiley (Osier) | 2,00 | 520,00 | 638,508 | 1 040,00 € | $1 277,02 |
| 06/05/10 | NJA | Preparation for May, 7th conference call with Bertrand JOUANNEAU (Gide Loyrette Nouel) | 0,50 | 520,00 | 638,508 | 260,00 € | $319,25 |
| 06/05/10 | NMI | Preparation for May, 7th call and conference call with Bertrand Jouanneau (Gide Loyrette Nouel) | 1,00 | 330,00 | 405,207 | 330,00 € | $405,21 |
| 07/05/10 | NJA | Conference call with Bertrand Jouanneau (Gide Loyrette Nouel) | 0,75 | 520,00 | 638,508 | 390,00 € | $478,88 |
| 07/05/10 | NMI | Conference call with Bertrand Jouanneau (Gide Loyrette Nouel) | 0,75 | 330,00 | 405,207 | 247,50 € | $303,91 |
| 12/05/10 | NMI | Analysis of the documents provided by Bertrand Jouanneau (Gide Loyrette Nouel) | 5,00 | 330,00 | 405,207 | 1 650,00 € | $2 026,04 |
| 17/05/10 | NJA | Researches regarding the legal status of judicially dissolved entities | 2,50 | 520,00 | 638,508 | 1 300,00 € | $1 596,27 |
| 17/05/10 | NMI | Analysis of the documents provided by Bertrand Jouanneau (Gide Loyrette Nouel) | 3,00 | 330,00 | 405,207 | 990,00 € | $1 215,62 |
| 18/05/10 | NJA | Researches regarding the possible ways to dissolve a judicially dissolved entity | 2,00 | 520,00 | 638,508 | 1 040,00 € | $1 277,02 |
| 18/05/10 | NMI | Anonymous telephone call to the Commercial Court of Pontoise | 0,25 | 330,00 | 405,207 | 82,50 € | $101,30 |
| 18/05/10 | NMI | Researches regarding the tax consequences of a judicial liquidation | 2,50 | 330,00 | 405,207 | 825,00 € | $1 013,02 |
| 20/05/10 | NMI | Draft memo of the French tax issues | 1,00 | 330,00 | 405,207 | 330,00 € | $405,21 |
| 21/05/10 | NMI | Draft memo of the French tax issues | 1,00 | 330,00 | 405,207 | 330,00 € | $405,21 |
| 25/05/10 | NMI | Draft memo of the French tax issues | 2,50 | 330,00 | 405,207 | 825,00 € | $1 013,02 |
| 26/05/10 | NJA | Additional researches regarding the possible tax issues in case of a judicial liquidation | 3,00 | 520,00 | 638,508 | 1 560,00 € | $1 915,52 |
| 26/05/10 | NMI | Preparation of the telephone conference with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadir (PSZJ), Jeff Pomerantz (PSZJ) | 2,00 | 330,00 | 405,207 | 660,00 € | $810,41 |
| 26/05/10 | NMI | Conference call with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadir (PSZJ), Jeff Pomerantz (PSZJ) | 0,50 | 330,00 | 405,207 | 165,00 € | $202,60 |
| 26/05/10 | NJA | Conference call with Ash Gupta (PSZJ), Robert Feinstein (PSZJ), David Abadir (PSZJ), Jeff Pomerantz (PSZJ) | 0,50 | 520,00 | 638,508 | 260,00 € | $319,25 |
| 27/05/10 | NMI | Draft memo of the French tax issues | 2,00 | 330,00 | 405,207 | 660,00 € | $810,41 |
| 27/05/10 | NMI | Researches regarding the tax risks regarding the eventual debt waiver | 1,50 | 330,00 | 405,207 | 495,00 € | $607,81 |
| 27/05/10 | NMI | Researches regarding the taxation of the eventual liquidation boni | 2,00 | 330,00 | 405,207 | 660,00 € | $810,41 |
| 28/05/10 | NJA | Researches regarding the taxation of the eventual debt waiver | 0,50 | 520,00 | 638,508 | 260,00 € | $319,25 |
| 28/05/10 | NMI | Phone call to Pontoise Commercial Court's clerk's office | 0,40 | 330,00 | 405,207 | 132,00 € | $162,08 |
| 28/05/10 | NMI | Draft request of the liquidation accounts | 1,50 | 330,00 | 405,207 | 495,00 € | $607,81 |
| 28/05/10 | NMI | Draft memo of the French tax issues | 2,00 | 330,00 | 405,207 | 660,00 € | $810,41 |
| 31/05/10 | NMI | Draft memo of the French tax issues | 1,50 | 330,00 | 405,207 | 495,00 € | $607,81 |
| 31/05/10 | NJA | Draft memo of the French tax issues | 1,00 | 520,00 | 638,508 | 520,00 € | $638,51 |
| | | Task code total | 50,15 | | | 19 492,00 € | $23 934,23 |



32. rue de Monceau - 75008 Paris
Tél : +33 1 70 38 88 00 -Fax   +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JONE*
10100 Santa Monica Boulevard,11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

The 06/30/2010

### I N V O I C E

**Invoice number :**            3 037

For services rendered in tax matters

Fees :                                      16 568,20 €

Exclusive of tax. :                         16 568,20 €
V.A.T.[1]:                                        0,00 €

**Total  :**                                 **16 568,20 €**

*1 Article 259-1 of the CGI and  article 44 of VAT directive 2006/112/EC*

This statement is payable upon receipt (Article 2 of law N°92-1442 of December 31st, 1992).
Payable by wire to CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
Bank 30066 – Agency 10451 – Account 00010692401 – Key: 70
**IBAN : FR76 3006 6104 5100 0106 9240 170**
**BIC : CMCIFRPP**

**VAT N°FR51451609606**

In accordance with Article 33 of Ordinance N°86-1243 of December 1st, 1986, late payment of this statement may
result in late payment penalties at 1.5 time the legal interest rate of the current year. These penalties are payable only
after no reply has been received 15 days following formal notification.

Société d'avocats inscrite au Barreau de Paris - Case P 0582

SELARL au capital de 33 880 Euros
451 609 606 R.C.S. Paris



EXHIBIT E



Arsene
Taxand

Nicolas Jacquot
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel: +33 (0)1 70 38 88 00
Dir: +33 (0)1 70 38 88 08
Fax: +33 (0)1 70 38 88 10

July 19, 2010        Nicolas.Jacquot@arsene-taxand.com

**VIA EMAIL**
al.siegel@crowehorwath.com
Alfred H. Siegel, Chief
Restructuring Officer
Crowe Horwath
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

**VIA EMAIL**
gregg.galardi@skadden.com
Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

**VIA EMAIL**
dfoley@mcguirewoods.com
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

**VIA EMAIL**
robert.b.van.arsdale@usdoj.gov
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Re:    **Circuit City Stores, Inc. et al (collectively the "Debtors")**
       **Bankruptcy Case No. 08-35653**
       **Arsene Taxand**
       **Monthly Statement – June 2010**

Gentlemen,

Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the month of June 2010 (the "Compensation Period") as special French tax counsel for the Official Committee of Unsecured Creditors (the "Committee") in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
July 2, 2010
Page 2

The time entries for Arsene on this statement cover the period June 1, 2010 through
June 30, 2010 in the total amount of $12,233.30, and consist exclusively of fees. (See Exhibit
A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene requests
payment from the Debtors in the total amount of $10,398.30, representing 85% of the total
monthly fees ($12,233.30 x 85%).[1]

The charges and expenses incurred by Arsene in this matter are billed in accordance
with its existing billing procedures and the rates Arsene charges for the services of its
attorneys are the same or lower rates than are charged for professional services rendered in
comparable non-bankruptcy related matters. All amounts sought herein are consistent with
the Court's approval authorizing the employment of Arsene as special French tax counsel to
the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30,
2010 (Docket #7943).

If you have any questions or comments regarding the foregoing, please do not hesitate to
contact me.

Very truly yours,

Nicolas Jacquot

Enclosures

Invoice Number : 3106

_____

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of
the Holdback to be sought through a formal fee application to be filed with the Court.



# Arsene
## Taxand

32 rue de Monceau
75008 Paris
FRANCE

July 19, 2010

Re: French Tax issues regarding Circuit City committee representation

**Invoice Number    3106**

| | | Statement of Professional Services Rendered Through | 06/30/2010 | | |
|---|---|---|---|---|---|
| | | Canada/ French tax issues | Hours | Rate | Amount |
| 01/06/10 | NMI | Draft memo of the French tax issues | 2,50 | 427,65 € | $1 069,12 |
| 02/06/10 | NMI | Draft memo of the French tax issues | 4,00 | 427,65 € | $1 710,59 |
| 03/06/10 | NJA | Draft memo of the French tax issues | 3,50 | 673,87 € | $2 358,54 |
| 03/06/10 | NMI | Researches regarding the taxation of the eventual liquidation boni | 2,50 | 427,65 € | $1 069,12 |
| 03/06/10 | NMI | Researches regarding the taxation of the eventual debt waiver | 1,00 | 427,65 € | $427,65 |
| 03/06/10 | NMI | Draft memo of the French tax issues | 3,00 | 427,65 € | $1 282,94 |
| 04/06/10 | NJA | Draft memo of the French tax issues | 3,50 | 673,87 € | $2 358,54 |
| 04/06/10 | NMI | Draft memo of the French tax issues | 2,00 | 427,65 € | $855,29 |
| 29/06/10 | NJA | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), John A.Morris (PSZJ), Ash Gupta (Gowlings), David Cohen (Gowlings) | 1,00 | 673,87 € | $673,87 |
| 29/06/10 | NMI | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), John A.Morris (PSZJ), Ash Gupta (Gowlings), David Cohen (Gowlings) | 1,00 | 427,65 € | $427,65 |
| | | **Task code total** | **24,00** | | **$12 233,30** |



32, rue de Monceau - 75008 Paris
Tél. : +33 1 70 38 88 00 - Fax  +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JONE:*
10100 Santa Monica Boulevard,11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

Le 19 juillet 2010

## NOTE D'HONORAIRES

**Numéro de facture :**           **3 106**

Pour services rendus en matière fiscale

| | |
|---|---|
| Honoraires | 13 475,16 € |
| Total H.T. : | 13 475,16 € |
| T.V.A. à 19,6%: | 0,00 € |
| **Total T.T.C. :** | **13 475,16 €** |

*Tva due par le preneur application de l'article 259-1 du CGI et article 44 de la directive Tva 2006-112 CE*

Sans escompte (Article 2 de la loi N° 92-1442 du 31 décembre 1992)
Elle peut être réglée par chèque à l'ordre de : **ARSENE TAXAND**
ou par virement auprès de : CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
RIB : 30066 – 10451 – 00010692401 – 70       IBAN : FR76 3006 6104 5100 0106 9240 170
BIC : CMCIFRPP

N° de TVA FR 51451609606

Règlement comptant à réception.
Conformément à l'article 33 de l'ordonnance N°86-1243 du 1er décembre 1986, le paiement tardif de la
présente note d'honoraires pourra entraîner l'application de pénalités de retard d'un montant correspondant
à l'application d'une fois et demie le taux d'intérêt légal de l'année en cours.
Ces pénalités ne seront exigibles qu'après mise en demeure restée sans effet pendant trente jours.

Société d'avocats inscrite au Barreau de Paris - Case P 0582

SELARL au capital de 33.880 Euros
451 609 606 R C.S. Paris



**EXHIBIT F**

# Arsene
Taxand

Nicolas Jacquot
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel  +33 (0)1 70 38 88 00
Dir  +33 (0)1 70 38 88 08
Fax  +33 (0)1 70 38 88 10

August 30, 2010

Nicolas.Jacquot@arsene-taxand.com

**VIA EMAIL**
al.siegel@crowehorwath.com
Alfred H. Siegel, Chief
Restructuring Officer
Crowe Horwath
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

**VIA EMAIL**
gregg.galardi@skadden.com
Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899

**VIA EMAIL**
dfoley@mcguirewoods.com
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA  23219

**VIA EMAIL**
robert.b.van.arsdale@usdoj.gov
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA  23219

**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219

Re:    **Circuit City Stores, Inc. et al (collectively the "Debtors")**
       **Bankruptcy Case No. 08-35653**
       **Arsene Taxand**
       **Monthly Statement – July 2010**

Gentlemen,

Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the month of July 2010 (the "Compensation Period") as special French tax counsel for the Official Committee of Unsecured Creditors (the "Committee") in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
July 2, 2010
Page 2

The time entries for Arsene on this statement cover the period July 1, 2010 through July 31, 2010 in the total amount of $3,619.12, and consist exclusively of fees. (See Exhibit A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene requests payment from the Debtors in the total amount of $3,076.25, representing 85% of the total monthly fees ($3,619.12 x 85%).[1]

The charges and expenses incurred by Arsene in this matter are billed in accordance with its existing billing procedures and the rates Arsene charges for the services of its attorneys are the same or lower rates than are charged for professional services rendered in comparable non-bankruptcy related matters. All amounts sought herein are consistent with the Court's approval authorizing the employment of Arsene as special French tax counsel to the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30, 2010 (Docket #7943).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

Nicolas Jacquot

Enclosures

Invoice Number : 3242

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

Invoice Number    3242

Statement of Professional Services Rendered Through

Canada/ French tax Issues

07/31/2010

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/07/10 | N/A | Call with Skadden, Arps, Slate, Meagher & Flom LLP (Paris) (Philippe Derouin) | 0,50 | 661,49 € | $330,75 |
| 07/07/10 | N/A | E mail to jeff Pomerantz (PSZJ) | 0,25 | 661,49 € | $165,37 |
| 15/07/10 | N/A | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,00 | 661,49 € | $661,49 |
| 15/07/10 | NMI | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 2,00 | 419,79 € | $839,59 |
| 15/07/10 | N/A | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,50 | 661,49 € | $992,24 |
| 15/07/10 | NMI | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,50 | 419,79 € | $629,69 |
| | | **Task code total** | **6,75** | | **$3 619,12** |



32. rue de Monceau - 75008 Paris
Tél. : +33 1 70 38 88 00 -Fax : +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JONE:*
10100 Santa Monica Boulevard,11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

The 08/31/2010

## I N V O I C E

**Invoice number :**                    3 242

For services rendered in tax matters

| | |
|---|---|
| Fees : | 2 418,24 € |
| Exclusive of tax. : | 2 418,24 € |
| V.A.T.[1]: | 0,00 € |
| **Total :** | **2 418,24 €** |

*1 Article 259-1 of the CGI and article 44 of VAT directive 2006/112/EC*

This statement is payable upon receipt (Article 2 of law N°92-1442 of December 31st, 1992).
Payable by wire to CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
Bank 30066 – Agency 10451 – Account 00010692401 – Key: 70
**IBAN : FR76 3006 6104 5100 0106 9240 170**
**BIC : CMCIFRPP**

**VAT N°FR51451609606**

In accordance with Article 33 of Ordinance N°86-1243 of December 1st, 1986, late payment of this statement may
result in late payment penalties at 1.5 time the legal interest rate of the current year. These penalties are payable only
after no reply has been received 15 days following formal notification.

Société d avocats inscrite au Barreau de Paris · Case P 0582

SELARL au capital de 33 880 Euros
451 609 606 R.C.S. Paris



**EXHIBIT G**



Nicolas Jacquot                September 30, 2010        Nicolas.Jacquot@arsene-taxand.com
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel: +33 (0)1 70 38 88 00
Dir: +33 (0)1 70 38 88 08
Fax. +33 (0)1 70 38 88 10


**VIA EMAIL**                          **VIA EMAIL**
al.siegel@crowehorwath.com             gregg.galardi@skadden.com
Alfred H. Siegel, Chief                Gregg M. Galardi, Esq.
Restructuring Officer                  Skadden, Arps, Slate, Meagher & Flom LLP
Crowe Horwath                          One Rodney Square
15233 Ventura Blvd., 9th Floor         P.O. Box 636
Sherman Oaks, CA  91403                Wilmington, DE  19899


**VIA EMAIL**                          **VIA EMAIL**
dfoley@mcguirewoods.com                robert.b.van.arsdale@usdoj.gov
Douglas M. Foley, Esq.                 Robert B. Van Arsdale, Esq.
McGuireWoods LLP                       Office of the U.S. Trustee
One James Center                       701 E. Broad Street, Suite 4304
901 E. Cary Street                     Richmond, VA  23219
Richmond, VA  23219


**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA  23219


        Re:    **Circuit City Stores, Inc. et al (collectively the "Debtors")**
               **Bankruptcy Case No. 08-35653**
               **Arsene Taxand**
               **Monthly Statement – August 2010**


        Gentlemen,

        Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the
month of August 2010 (the "Compensation Period") as special French tax counsel for the
Official Committee of Unsecured Creditors (the "Committee") in accordance with the *Order
Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the
"Interim Compensation Order").

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
July 2, 2010
Page 2

The time entries for Arsene on this statement cover the period August 1, 2010 through August 31, 2010 in the total amount of $7,272.35, and consist exclusively of fees. (See Exhibit A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene requests payment from the Debtors in the total amount of $6,181.50, representing 85% of the total monthly fees ($7,272.35 x 85%).[1]

The charges and expenses incurred by Arsene in this matter are billed in accordance with its existing billing procedures and the rates Arsene charges for the services of its attorneys are the same or lower rates than are charged for professional services rendered in comparable non-bankruptcy related matters. All amounts sought herein are consistent with the Court's approval authorizing the employment of Arsene as special French tax counsel to the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30, 2010 (Docket #7943).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

Nicolas Jacquot

Enclosures

Invoice Number : 3329

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

Invoice Number    3329

Statement of Professional Services Rendered Through

Canada/ French tax issues

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| | | 08/31/2010 | | |
| 25/08/10 | N/A | Analysis of the documents sent by Philippe Derouin (Skadden) (draft decision of the sole shareholder of Intertan France SNC) and of the possibility that the Intertan France SNC shares held by Intertan Canada have been cancelled due to the judicial liquidation | 2,50 | 520,00 € | $1 775,41 |
| 25/08/10 | NMI | Analysis of the documents sent by Philippe Derouin (Skadden) (draft decision of the sole shareholder of Intertan France SNC) and of the possibility that the Intertan France SNC shares held by Intertan Canada have been cancelled due to the judicial liquidation | 1,50 | 330,00 € | $676,02 |
| 26/08/10 | N/A | Call with Ash Gupta (Gowlings) | 1,00 | 520,00 € | $710,16 |
| 30/08/10 | N/A | Call with Philippe Derouin (Skadden), Siamak Mostafavi (Allen&Overy), Guillaume Guiard (Gide), and Bertrand Jouanneau (Gide) | 1,50 | 520,00 € | $1 065,25 |
| 30/08/10 | NMI | Call with Philippe Derouin (Skadden), Siamak Mostafavi (Allen&Overy), Guillaume Guiard (Gide), and Bertrand Jouanneau (Gide) | 1,50 | 330,00 € | $676,02 |
| 31/08/10 | N/A | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,00 | 520,00 € | $710,16 |
| 31/08/10 | NMI | Preparation of the conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 1,75 | 330,00 € | $788,69 |
| 31/08/10 | N/A | Call with Jeff Pomerantz (PSZJ) and Ash Gupta (Gowlings) | 0,75 | 520,00 € | $532,62 |
| 31/08/10 | NMI | Call with Jeff Pomerantz (PSZJ) and Ash Gupta (Gowlings) | 0,75 | 330,00 € | $338,01 |
| **Task code total** | | 12,25 | | $7 272,35 |



32, rue de Monceau - 75008 Paris
Tél. : +33 1 70 38 88 00 -Fax  +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JONES*
10100 Santa Monica Boulevard,11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

The 09/30/2010

## I N V O I C E

**Invoice number :**                    3 329

For services rendered in tax matters

Fees :                                           5 297,00 €

Exclusive of tax. :                       5 297,00 €
V.A.T.[1]:                                      0,00 €

**Total :**                                   **5 297,00 €**

*1 Article 259-1 of the CGI and  article 44 of VAT directive 2006/112/EC*

This statement is payable upon receipt (Article 2 of law N°92-1442 of December 31st, 1992).
Payable by wire to CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
Bank 30066 – Agency 10451 – Account 00010692401 – Key: 70
**IBAN : FR76 3006 6104 5100 0106 9240 170**
**BIC : CMCIFRPP**

**VAT N°FR51451609606**

In accordance with Article 33 of Ordinance N°86-1243 of December 1st, 1986, late payment of this statement may
result in late payment penalties at 1.5 time the legal interest rate of the current year. These penalties are payable only
after no reply has been received 15 days following formal notification.

Société d'avocats inscrite au Barreau de Paris - Case P 0582

SELARL au capital de 33.880 Euros
451 609 606 R.C.S  Paris



**EXHIBIT H**



Nicolas Jacquot
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel: +33 (0)1 70 38 88 00
Dir: +33 (0)1 70 38 88 08
Fax: +33 (0)1 70 38 88 10

October 30, 2010

Nicolas.Jacquot@arsene-taxand.com

**VIA EMAIL**
al.siegel@crowehorwath.com
Alfred H. Siegel, Chief
Restructuring Officer
Crowe Horwath
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

**VIA EMAIL**
gregg.galardi@skadden.com
Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**VIA EMAIL**
dfoley@mcguirewoods.com
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**VIA EMAIL**
robert.b.van.arsdale@usdoj.gov
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Re:     **Circuit City Stores, Inc. et al (collectively the "Debtors")**
        **Bankruptcy Case No. 08-35653**
        **Arsene Taxand**
        **Monthly Statement – September 2010**

Gentlemen,

Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the month of September 2010 (the "Compensation Period") as special French tax counsel for the Official Committee of Unsecured Creditors (the "Committee") in accordance with the *Order Establishing Procedures For Interim Compensation* entered on December 9, 2008 (the "Interim Compensation Order").

The time entries for Arsene on this statement cover the period September 1, 2010 through September 30, 2010 in the total amount of $4,090.77, and consist exclusively of fees. (See Exhibit A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
July 2, 2010
Page 2

requests payment from the Debtors in the total amount of $3,477.15, representing 85% of the
total monthly fees ($4,090.77 x 85%).[1]

    The charges and expenses incurred by Arsene in this matter are billed in accordance with its existing
billing procedures and the rates Arsene charges for the services of its attorneys are the same or lower rates than
are charged for professional services rendered in comparable non-bankruptcy related matters. All amounts
sought herein are consistent with the Court's approval authorizing the employment of Arsene as special French
tax counsel to the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30, 2010
(Docket #7943).

    If you have any questions or comments regarding the foregoing, please do not hesitate to
contact me.

Very truly yours,

Nicolas Jacquot


Enclosures

Invoice Number : 3463

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of
the Holdback to be sought through a formal fee application to be filed with the Court.

Invoice Number    3463

Statement of Professional Services Rendered Through

Canada/ French tax issues

|  |  |  | 09/30/2010 |  |  |
|---|---|---|---|---|---|
|  |  |  | Hours | Rate | Amount |
| 01/09/10 | NMI | Preparation of the conference calls with counsels | 0,45 | $460,19 | $207,08 |
| 02/09/10 | N/A | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 0,50 | $725,14 | $362,57 |
| 02/09/10 | N/A | Conference call with Philippe Derouin (Skadden), Siamak Mostafavi (Allen&Overy), Guillaume Goulard (Gide) and Bertrand Jouanneau (Gide) | 0,75 | $725,14 | $543,86 |
| 02/09/10 | N/A | Following of e-mail exchanges to Ash Gupta (Gowlings) | 0,75 | $725,14 | $543,86 |
| 02/09/10 | NMI | Conference call with Jeff Pomerantz (PSZJ), Robert Feinstein (PSZJ), Ash Gupta (Gowlings) | 0,50 | $460,19 | $230,09 |
| 02/09/10 | NMI | Conference call with Philippe Derouin (Skadden), Siamak Mostafavi (Allen&Overy), Guillaume Goulard (Gide) and Bertrand Jouanneau (Gide) | 0,75 | $460,19 | $345,14 |
| 02/09/10 | NMI | E-mail to Ash Gupta (Gowlings) | 1,00 | $460,19 | $460,19 |
| 08/09/10 | NMI | Following of e-mail exchanges with Guillaume Goulard (Gide), and Bertrand Jouanneau (Gide) | 0,75 | $460,19 | $345,14 |
| 22/09/10 | N/A | Conference call with Ash Gupta (Gowlings) | 0,50 | $725,14 | $362,57 |
| 22/09/10 | NMI | Conference call with Ash Gupta (Gowlings) | 0,50 | $460,19 | $230,09 |
| 22/09/10 | NMI | E-mail to Ash Gupta (Gowlings) | 1,00 | $460,19 | $460,19 |
|  |  | Task code total | 7,45 |  | $4 090,77 |



32. rue de Monceau - 75008 Paris
Tél. : +33 1 70 38 88 00 -Fax : +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JONE:*
10100 Santa Monica Boulevard,11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

The 10/31/2010

## INVOICE

**Invoice number :**                3 463

For services rendered in tax matters

| | |
|---|---|
| Fees : | 2 444,64 € |
| Exclusive of tax. : | 2 444,64 € |
| V.A.T.[1]: | 0,00 € |
| **Total :** | **2 444,64 €** |

*1 Article 259-1 of the CGI and article 44 of VAT directive 2006/112/EC*

This statement is payable upon receipt (Article 2 of law N°92-1442 of December 31st, 1992).
Payable by wire to CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
Bank 30066 – Agency 10451 – Account 00010692401 – Key: 70
**IBAN : FR76 3006 6104 5100 0106 9240 170**
**BIC : CMCIFRPP**

**VAT N°FR51451609606**

In accordance with Article 33 of Ordinance N°86-1243 of December 1st, 1986, late payment of this statement may
result in late payment penalties at 1.5 time the legal interest rate of the current year. These penalties are payable only
after no reply has been received 15 days following formal notification.

Soc ete d'avocats inscrite au Barreau de Paris - Case P 0582

SELARL au capital de 33.880 Euros
451 609 606 R.C.S Paris



**EXHIBIT I**



Arsene
Taxand

Nicolas Jacquot
Arsene Taxand
32 rue de Monceau
75008 Paris
FRANCE
Tel: +33 (0)1 70 38 88 00
Dir: +33 (0)1 70 38 88 08
Fax: +33 (0)1 70 38 88 10

November 23, 2010          Nicolas.Jacquot@arsene-taxand.com

**VIA EMAIL**
al.siegel@crowehorwath.com
Alfred H. Siegel, Chief
Restructuring Officer
Crowe Horwath
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

**VIA EMAIL**
gregg.galardi@skadden.com
Gregg M. Galardi, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

**VIA EMAIL**
dfoley@mcguirewoods.com
Douglas M. Foley, Esq.
McGuireWoods LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

**VIA EMAIL**
robert.b.van.arsdale@usdoj.gov
Robert B. Van Arsdale, Esq.
Office of the U.S. Trustee
701 E. Broad Street, Suite 4304
Richmond, VA 23219

**VIA EMAIL**
june.e.turner@usdoj.gov
June E. Turner
Office of the United States Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219

Re:   **Circuit City Stores, Inc. et al (collectively the "Debtors")**
      **Bankruptcy Case No. 08-35653**
      **Arsene Taxand**
      **Monthly Statement – October and November 2010**

Gentlemen,

Arsene Taxand ("Arsene") submits the annexed statement of fees and expenses for the month of October 2010 (the "Compensation Period") as special French tax counsel for the Official Committee of Unsecured Creditors (the "Committee") in accordance with the Order Establishing Procedures For Interim Compensation entered on December 9, 2008 (the "Interim Compensation Order").

The time entries for Arsene on this statement cover the period October 1, 2010 through October 31, 2010 in the total amount of $6,757.58, and consist exclusively of fees.

Alfred H. Siegel
Gregg M. Galardi, Esq.
Douglas M. Foley, Esq.
Robert B. Van Arsdale, Esq.
June E. Turner
November 23, 2010
Page 2

(See Exhibit A for detailed itemization). Pursuant to the Interim Compensation Order, Arsene requests payment from the Debtors in the total amount of $5,743.94, representing 85% of the total monthly fees ($6,757.58 x 85%).[1]

The charges and expenses incurred by Arsene in this matter are billed in accordance with its existing billing procedures and the rates Arsene charges for the services of its attorneys are the same or lower rates than are charged for professional services rendered in comparable non-bankruptcy related matters. All amounts sought herein are consistent with the Court's approval authorizing the employment of Arsene as special French tax counsel to the Committee retroactive to April 28, 2010, reflected on the Court's docket as of June, 30, 2010 (Docket #7943).

If you have any questions or comments regarding the foregoing, please do not hesitate to contact me.

Very truly yours,

Nicolas Jacquot

Enclosures

Invoice Number : 3523

---

[1] The Interim Compensation Order requires that 15% of fees be held back (the "Holdback") and for approval of the Holdback to be sought through a formal fee application to be filed with the Court.

| Invoice Number | 3523 | | | | |
|---|---|---|---|---|---|
| **Statement of Professional Services Rendered Through** | | | 10/31/2010 | | |
| | Canada/ French tax issues | | Hours | Rate | Amount |
| 13/10/10 | NJA | Review of the draft agreement in respect of the purchase by InterTan Canada Ltd of the SNC shares held by 587225 Ontario Ltd and e-mail to Ash Gupta and Letitia Ng | 0,75 | $741,26 | $555,95 |
| 13/10/10 | NMI | Drafting of the agreement in respect of the purchase by InterTan Canada Ltd of the remaining SNC shares held by 587225 Ontario Ltd | 0,75 | $470,42 | $352,81 |
| 13/10/10 | VCA | Drafting of (i) the agreement in respect of the purchase by InterTan Canada Ltd of the SNC shares held by 587225 Ontario Ltd and (ii) e-mail to Ash Gupta and Letitia Ng | 4,50 | $370,63 | $1 667,84 |
| 13/10/10 | VCA | Telephone call to the French Trade and Companies Register regarding the transfer of the remaining SNC shares held by 587225 Ontario Ltd | 0,50 | $370,63 | $185,32 |
| 19/10/10 | NJA | Review of the execution copy of the SPA | 0,75 | $741,26 | $555,95 |
| 19/10/10 | NMI | Review of the execution copy of the SPA | 0,75 | $470,42 | $352,81 |
| 27/10/10 | VCA | Drafting of (i) the final version of the agreement and (ii) of the e-mail to Letitia Ng | 2,75 | $370,63 | $1 019,23 |
| 28/10/10 | NJA | Review of the final version of the agreement | 1,25 | $741,26 | $926,58 |
| 29/10/10 | NJA | Review of the InterTAN France SNC resolutions prepared by Gide and e-mail to Letitia Ng | 1,00 | $741,26 | $741,26 |
| 29/10/10 | NMI | Review of the InterTAN France SNC resolutions prepared by Gide | 0,35 | $470,42 | $164,65 |
| 29/10/10 | NMI | Drafting of e-mail to Letitia Ng | 0,50 | $470,42 | $235,21 |
| | | **Task code total** | **13,85** | | **$6 757,58** |



32, rue de Monceau - 75008 Paris
Tél. : +33 1 70 38 88 00 -Fax : +33 1 70 38 88 10
www.arsene-taxand.com

*OCUCCCS INC PACHULSKI STANG ZIEHL & JON.*
10100 Santa Monica Boulevard, 11th

CA 90067  LOS ANGELES
ETATS UNIS D'AMERIQUE

The 11/23/2010

## I N V O I C E

**Invoice number :**          3 523

For services rendered in tax matters

| | |
|---|---|
| Fees : | 4 029,42 € |
| Exclusive of tax. : | 4 029,42 € |
| V.A.T.[1]: | 0,00 € |
| **Total :** | **4 029,42 €** |

*1 Article 259-1 of the CGI and article 196 of VAT directive 2006/112/EC*

This statement is payable upon receipt (Article 2 of law N°92-1442 of December 31st, 1992).
Payable by wire to CIC Courbevoie la Défense 11, place de la Défense 92400 Courbevoie
Bank 30066 – Agency 10451 – Account 00010692401 – Key: 70
**IBAN : FR76 3006 6104 5100 0106 9240 170**
**BIC : CMCIFRPP**

**VAT N°FR51451609606**

In accordance with Article 33 of Ordinance N°86-1243 of December 1st, 1986, late payment of this statement may result in
late payment penalties at 1.5 time the legal interest rate of the current year. These penalties are payable only after no
reply has been received 15 days following formal notification.

Société d'avocats inscrite au Barreau de Paris - Case P 0582

SELAS au capital de 33.880 Euros
451 609 606 R.C.S. Paris

