**Hearing Date: January 13, 2011 at 2:00 p.m.**
**Objection Deadline: January 6, 2011 at 4:00 p.m.**

Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Circuit City
Stores, Inc. Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CIRCUIT CITY STORES, INC., | ) | Case No. 08-35653-KRH |
| et al., | ) | |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION AND NOTICE OF HEARING ON EIGHTH**
**INTERIM AND FINAL FEE APPLICATION OF FTI CONSULTING,**
**INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS FINANCIAL ADVISORS TO THE DEBTORS INCURRED**
**FOR THE (I) INTERIM PERIOD FROM AUGUST 1, 2010 THROUGH AND**
**INCLUDING NOVEMBER 1, 2010 AND (II) FINAL PERIOD FROM**
**NOVEMBER 10, 2008 THROUGH AND INCLUDING NOVEMBER 1, 2010**

**PLEASE TAKE NOTICE** that on December 16, 2010, FTI Consulting, Inc. ("FTI"), financial advisors to the Debtors, filed its Eighth Interim and Final Fee Application for Compensation and Reimbursement of Expenses (the "Application") for Services Rendered from August 1, 2010 through November 1, 2010 (the "Application Period") and for Final Approval of Compensation and Reimbursement of Expenses for Services Rendered for the Period November 10, 2008 through and including November 1, 2010 (the "Employment Period"). In the Application, FTI seeks interim approval of compensation in the amount of $316,442.50 and reimbursement of expenses in the amount of $1,778.26 for services rendered to the Debtors and costs incurred by FTI during the Application Period and final approval of compensation in the amount of $11,106,354.00 and reimbursement of expenses in the amount of $411,109.95 for

services rendered to the Debtors and costs incurred by FTI during the Employment Period.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)** Under Local Bankruptcy Rule 9013-1, unless a written response to the Application is filed with the Clerk of the Court and served on the moving party, the trustee and those parties as required by the Supplemental Order Pursuant to Bankruptcy Code Sections 102 and 105, Bankruptcy Rules 2002 and 9007, and Local Bankruptcy Rules 2002-1 and 9013-1 Establishing Certain Notice, Case Management and Administrative Procedures (entered on December 30, 2009 at Docket No. 6208) (the "Case Management Order") no later than seven (7) calendar days before the scheduled hearing date, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.  If you do not want the Court to approve the Application, or if you want the Court to consider your views on the Application, then you or you attorney must:

[X]  File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it on or before January 6, 2011 at 4:00 p.m. (Eastern Time).**

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, Virginia 23219

[X]  Pursuant to the Case Management Order, you must also serve a copy of any written response and request for hearing by the foregoing date via electronic mail on the following:(i) the Core Group, which includes the Debtors, co-counsel to the Debtors, the Office of the United States Trustee, co-counsel for any committee, counsel to the agents for the Debtors' prepetition lenders, and counsel to the agents for the Debtors' postpetition lenders; (ii) the 2002 List; and (iii) those additional parties as required by the Case Management Order (all of which are defined in the Case Management Order), which can be found at www.kccllc.net/circuitcity.

[X]   Attend a hearing before the Honorable Kevin R. Huennekens, United States Bankruptcy Judge, **at 2:00 p.m. (Eastern Time) on January 13, 2011** at the United States Bankruptcy Court, Room 5000, 701 East Broad Street, Richmond, Virginia 23219.  **If you or your attorney do not attend the hearing, the Court may grant the relief requested in the Application**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Application and may enter an order granting the relief requested.

Dated: December 16, 2010     MCGUIREWOODS LLP
       Richmond, Virginia

/s/ Douglas M. Foley          .
Douglas M. Foley (VSB No. 34364)
Sarah B. Boehm (VSB No. 45201)
One James Center
901 E. Cary Street
Richmond, Virginia 23219
(804) 775-1000

Counsel to the Circuit City Stores, Inc. Liquidating Trust

\17170586.1

3