# EXHIBIT C

**(Statements)**

MM

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 11, 2010

Katie Bradshaw
Vice President and Controller
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Katie:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through August 31, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $519,378, consisting of $496,919 for professional fees and $22,459 for charges and disbursements. The principal charges during the Fee Period were for Litigation (General) ($170,196) Claims Administration (General) ($119,910), and Reorganization Plan/Plan Sponsors ($116,725). We have written off the amount of $32,711 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Katie Bradshaw
October 11, 2010
Page 2

        The Order authorizes the Company to pay professionals in the cases
monthly for 85% of fees and 100% of charges and disbursements if no objections to
a fee request have been made within 20 days of notice having being given with
respect to such a request.  Thus, if the fee request is acceptable to you and no timely
objections are made prior to October 30, 2010, you are authorized to pay to our firm
the total amount of $444,840, which consists of the amount of $422,381 with respect
to the fee request, (net of the 15% fee holdback amount of $74,538) and the total
charge and disbursement amount of $22,459.  Payment of the holdback amount
remains subject to Court authorization after a hearing on an interim fee application
for the period of August 1, 2010 through October 31, 2010.

        Should you have any questions or comments, please do not hesitate to
call me at your convenience.

                                Very truly yours,

                                Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP

**AND AFFILIATES**

Circuit City Stores, Inc. (DIP)                October 5, 2010
9950 Mayland Drive                             Bill No.:  1333607
Richmond, Virginia   23233

                                               TIN:  13-1777230

| | PLEASE REMIT TO: | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1333607 |

Invoice # 1333607
    Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through August 31, 2010

For General Corporate Advice ................... $      4,485
Less Fee Accommodation......................... (          0)
                                                      4,485

     Charges and Disbursements
     Computer Legal Research .............   $    1,703
     Telecommunications ...................        110

          Total Disbursements ...................      1,813

                                              $      6,298

For Asset Analysis and Recovery ............... $      5,363
Less Fee Accommodation......................... (          0)
                                                      5,363

PAYMENT DUE UPON RECEIPT.
***
MAY INCLUDE PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS FROM AFFILIATES.
***
PROFESSIONAL SERVICES, CHARGES AND DISBURSEMENTS WHICH HAVE NOT BEEN RECORDED AS OF THE ABOVE DATE
WILL BE BILLED SUBSEQUENTLY.

B43E

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 2


### Charges and Disbursements
  Total Disbursements ...........................     0

                                              $        5,363


For Asset Dispositions (Real Property) ........ $     4,989
Less Fee Accommodation..........................  (        0)
                                                       4,989

### Charges and Disbursements
  Computer Legal Research ..............    $       116

       Total Disbursements ...................          116

                                              $        5,105



For Business Operations / Strategic Planning ... $    9,068
Less Fee Accommodation..........................  (        0)
                                                       9,068


### Charges and Disbursements
  Total Disbursements ...........................     0

                                              $        9,068


For Case Administration  ...................... $    30,915
Less Fee Accommodation..........................  (        0)
                                                      30,915

### Charges and Disbursements
  Computer Legal Research ..............    $       572
  Courier, Express
  Delivery and Postage  ...............              36
  Telecommunications ...................            201
  Electronic Document Management .......             97
  Reproduction and Document Preparation            265

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 3


   Travel Expenses ........................        6,125

      Total Disbursements ...................    <u>      7,296</u>

                                                     $      38,211



For Claims Admin. (General) ...................$    122,026
Less Fee Accommodation........................... (    5,704)
                                          116,322

   <u>Charges and Disbursements</u>
   Computer Legal Research .............    $     2,984
   Courier, Express
   Delivery and Postage ...............           50
   Filing/Court Fees ...................          180
   Electronic Document Management .......         373
   Reproduction and Document Preparation           1

      Total Disbursements ...................    <u>      3,588</u>

                                          $    119,910



For Creditor Meetings / Statutory Committees ...$      4,970
Less Fee Accommodation........................... (        0)
                                        4,970


    <u>Charges and Disbursements</u>
  Total Disbursements ...........................    <u>         0</u>

                                        $      4,970


For Employee Matters (General) .................$      1,978
Less Fee Accommodation........................... (        0)
                                        1,978

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 4


<u>Charges and Disbursements</u>
Courier, Express
Delivery and Postage ................ $      13

    Total Disbursements ................... <u>          13</u>

                                 $      1,991



For Insurance .................................. $      4,453
Less Fee Accommodation........................... (          0)
                                   4,453

    <u>Charges and Disbursements</u>
 Total Disbursements ........................... <u>          0</u>

                                   $      4,453



For Leases (Real Property) .................... $      2,213
Less Fee Accommodation........................... (      1,121)
                                   1,092

    <u>Charges and Disbursements</u>
    Computer Legal Research ............. $      208

    Total Disbursements ................... <u>         208</u>

                                   $      1,300



For Litigation (General) ..................... $      163,827
Less Fee Accommodation........................... (      1,940)
                                   161,887

    <u>Charges and Disbursements</u>
    Computer Legal Research ............. $      8,305
    Telecommunications ................... 4

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 5

Total Disbursements ................... <u>  8,309</u>

$   170,196

For Litigation (Insurance Recovery) ........... $   488
Less Fee Accommodation ......................... (<u>   0</u>)

488

<u>Charges and Disbursements</u>
 Total Disbursements ......................... <u>  0</u>

$   488

For Nonworking Travel Time ..................... $  26,462
Less Fee Accommodation ......................... (<u>  13,395</u>)

13,067

<u>Charges and Disbursements</u>
Travel Expenses ...................... $90

Total Disbursements ................... <u>  90</u>

$   13,157

For Reorganization Plan / Plan Sponsors ........ $  115,711
Less Fee Accommodation ......................... (<u>  0</u>)

115,711

<u>Charges and Disbursements</u>
Computer Legal Research .............     $   234
Telecommunications ...................    82
Reproduction and Document Preparation    40
Travel Expenses ......................    658

Total Disbursements ................... <u>  1,014</u>

$   116,725

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 6


For Retention / Fee Matters (SASM&F) .......... $          3,955
Less Fee Accommodation.......................... (              0)
                                                          3,955


#### Charges and Disbursements
Total Disbursements ...........................  _____ 0

                                            $          3,955


For Retention / Fee Matters / Objections (Others)     4,135
.............................................. $
Less Fee Accommodation.......................... (              0)
                                                          4,135


#### Charges and Disbursements
Total Disbursements ...........................  _____ 0

                                            $          4,135


For Tax Matters ............................... $        14,246
Less Fee Accommodation.......................... (          8,773)
                                                          5,473

#### Charges and Disbursements
Outside Research Services ...........    $         12

    Total Disbursements ...................  _____ 12

                                            $          5,485


For Utilities ................................. $         8,568
Less Fee Accommodation.......................... (              0)
                                                          8,568

Circuit City Stores, Inc. (DIP)
Monthly Omnibus Statement  (August, 2010)
October 5, 2010 - Summary Page 7


### Charges and Disbursements
  Total Disbursements ...........................       0

                                        $       8,568


Total Fees .................................... $     496,919

Total Charges and Disbursements .................      22,459

Grand Total ................................... $     519,378

Less 15% Holdback .............................. (      74,538)

Current Amount Payable by Administrative Order .. $     444,840

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

October 12, 2010

Katie Bradshaw
Vice President and Controller
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:    In re Circuit City Stores, Inc.,
Case No. 08-35653 (KRH)
Jointly Administered

Dear Katie:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through August 31, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $559,182, consisting of $529,251 for professional fees and $29,931 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($173,934), Litigation (General) ($140,386), and Reorganization Plan/Plan Sponsors ($129,068). We have written off the amount of $44,988 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Katie Bradshaw
October 12, 2010
Page 2

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to October 31, 2010, you are authorized to pay to our firm the total amount of $479,794, which consists of the amount of $449,863 with respect to the fee request, (net of the 15% fee holdback amount of $79,388) and the total charge and disbursement amount of $29,931. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of August 1, 2010 through October 31, 2010.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:    Gregg Galardi
       Linda Edwards

# SKADDEN, ARPS, SLATE,
# MEAGHER & FLOM LLP
## AND AFFILIATES

Circuit City Stores, Inc. (DIP)                    October 7, 2010
9950 Mayland Drive                              Bill No.:  1333713
Richmond, Virginia  23233

                                                TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1333713 |

Invoice # 1333713
     Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED
through September 30, 2010

For General Corporate Advice ................. $        10,953
Less Fee Accommodation......................... (             0)
                                                     10,953

  Charges and Disbursements
  Computer Legal Research .............   $      2,274
  Telecommunications ...................          23

      Total Disbursements ...................       2,297

                                          $        13,250

For Asset Dispositions (General) ............. $         6,353
Less Fee Accommodation......................... (             0)
                                                      6,353

    Charges and Disbursements
    Total Disbursements ..........................            0

                                          $         6,353

For Asset Dispositions (Real Property) ........ $      1,239

Less Fee Accommodation

                                                              1,239

### Charges and Disbursements
Total Disbursements ...........................              0

                                              $             1,239


For Business Operations / Strategic Planning ... $          6,147
Less Fee Accommodation.........................  (             0)
                                                            6,147

### Charges and Disbursements
Total Disbursements ...........................              0

                                              $             6,147


For Case Administration ....................... $          30,070
Less Fee Accommodation.........................  (             0)
                                                           30,070

### Charges and Disbursements
Computer Legal Research .............    $        6
Courier, Express
Delivery and Postage ...............             31
Telecommunications ..................            18
Filing/Court Fees ...................           100
Electronic Document Management .......          231
Reproduction and Document Preparation           171
Travel Expenses .....................        10,666

    Total Disbursements ...................           11,223

                                              $            41,293


For Claims Admin. (General) ................... $         178,671
Less Fee Accommodation.........................  (         6,703)
                                                          171,968

### Charges and Disbursements
Computer Legal Research .............    $    1,790
Courier, Express
Delivery and Postage ...............             74
Telecommunications ..................             5

Total Disbursements ....................  ‾‾‾‾‾‾‾‾‾1,966

                                    $     173,934


For Creditor Meetings / Statutory Committees ... $     5,780
Less Fee Accommodation............................  (         0)
                                                         5,780

        Charges and Disbursements
   Total Disbursements ...........................  ‾‾‾‾‾‾‾‾‾‾0

                                    $       5,780


For Insurance .................................. $     3,840
Less Fee Accommodation............................  (     1,791)
                                                         2,049

        Charges and Disbursements
   Total Disbursements ...........................  ‾‾‾‾‾‾‾‾‾‾0

                                    $       2,049


For Intellectual Property ..................... $       683
Less Fee Accommodation............................  (         0)
                                                           683

        Charges and Disbursements
   Total Disbursements ...........................  ‾‾‾‾‾‾‾‾‾‾0

                                    $         683


For Leases (Real Property) .................... $       378
Less Fee Accommodation............................  (         0)
                                                           378

        Charges and Disbursements
   Total Disbursements ...........................  ‾‾‾‾‾‾‾‾‾‾0

                                    $         378

For Litigation (General) ................. $         129,949
Less Fee Accommodation ........................... (             134)
                                                           129,815

   Charges and Disbursements
   Computer Legal Research ............. $        10,401
   Courier, Express
   Delivery and Postage ................            170

      Total Disbursements ...................        10,571

                                            $        140,386


For Litigation (Insurance Recovery) ........... $          195
Less Fee Accommodation ........................... (             0)
                                                              195

   Charges and Disbursements
   Total Disbursements ...........................            0

                                            $            195


For Nonworking Travel Time ..................... $       56,445
Less Fee Accommodation ........................... (        28,401)
                                                           28,044

   Charges and Disbursements
   Total Disbursements ...........................            0

                                            $         28,044


For Reorganization Plan / Plan Sponsors ........ $      125,194
Less Fee Accommodation ........................... (             0)
                                                          125,194

   Charges and Disbursements
   Computer Legal Research ............. $         1,645
   Reproduction and Document Preparation            1
   Travel Expenses ......................         2,228

      Total Disbursements ...................         3,874

                                            $        129,068

For Retention / Fee Matters (SASM&F) ........... $          6,802
Less Fee Accommodation ......................... (              0)
                                                           6,802


### Charges and Disbursements
Total Disbursements ........................... _____0

                                            $          6,802


For Retention / Fee Matters / Objections (Others)      1,002
.............................................. $
Less Fee Accommodation ......................... (              0)
                                                           1,002


### Charges and Disbursements
Total Disbursements ........................... _____0

                                            $          1,002


For Tax Matters ............................... $          7,252
Less Fee Accommodation ......................... (          6,185)
                                                           1,067


### Charges and Disbursements
Total Disbursements ........................... _____0

                                            $          1,067


For Utilities ................................. $          1,512
Less Fee Accommodation ......................... (              0)
                                                           1,512


### Charges and Disbursements
Total Disbursements ........................... _____0

                                            $          1,512


Total Fees ..................................... $        529,251

Total Charges and Disbursements ................ _____29,931

Grand Total ................................... $ 559,182

Less 15% Holdback ............................... (     79,388)

Current Amount Payable by Administrative Order .. $     479,794

## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

155 NORTH WACKER DRIVE

CHICAGO, ILLINOIS 60606-1720

———

TEL: (312) 407-0700

FAX: (312) 407-0411

www.skadden.com

DIRECT DIAL
(312) 407-0786
DIRECT FAX
(312) 407-8680
EMAIL ADDRESS
CDICKERS@SKADDEN.COM

FIRM/AFFILIATE OFFICES
BOSTON
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON

BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

November 19, 2010

Katie Bradshaw
Vice President and Controller
Circuit City Stores, Inc.
4951 Lake Brook Drive
Glen Allen, VA 23060

RE:     In re Circuit City Stores, Inc.,
        Case No. 08-35653 (KRH)
        Jointly Administered

Dear Katie:

Enclosed is our firm's fee request for services rendered and charges and disbursements incurred through October 31, 2010 (the "Fee Period"), in connection with the post-petition work performed as counsel to Circuit City Stores, Inc. (the "Company"). The fee request has been prepared in accordance with the Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Interim Compensation Procedures entered on December 9, 2008 in the above referenced Chapter 11 cases (the "Order").

The fee request is in the aggregate amount of $475,005, consisting of $461,315 for professional fees and $13,690 for charges and disbursements. The principal charges during the Fee Period were for Claims Administration (General) ($163,617), Litigation (General) ($139,261), and Tax Matters ($70,832). We have written off the amount of $14,509 as an accommodation in connection with our regular billing review process. This amount includes, among other categories, 50% of non-working travel time and time charges for certain professionals billing less than five hours during the month on a client level basis.

Katie Bradshaw
November 19, 2010
Page 2

The Order authorizes the Company to pay professionals in the cases monthly for 85% of fees and 100% of charges and disbursements if no objections to a fee request have been made within 20 days of notice having being given with respect to such a request. Thus, if the fee request is acceptable to you and no timely objections are made prior to December 9, 2010, you are authorized to pay to our firm the total amount of $405,808, which consists of the amount of $392,118 with respect to the fee request, (net of the 15% fee holdback amount of $69,197) and the total charge and disbursement amount of $13,690. Payment of the holdback amount remains subject to Court authorization after a hearing on an interim fee application for the period of August 1, 2010 through October 31, 2010.

Should you have any questions or comments, please do not hesitate to call me at your convenience.

Very truly yours,

Chris L. Dickerson

Enclosures

cc:   Gregg Galardi
      Linda Edwards

# SKADDEN, ARPS, SLATE
# MEAGHER & FLOM LLP
### AND AFFILIATES

Circuit City Stores, Inc. (DIP)  
9950 Mayland Drive  
Richmond, Virginia  23233

November 9, 2010  
Bill No.:  1340129

TIN:  13-1777230

| PLEASE REMIT TO: | | | |
|---|---|---|---|
| By Check: | SASM & F LLP<br>P.O. Box 1764<br>White Plains, NY 10602 | By Wire: | In US Dollars to:<br>Citibank, N.A., New York<br>A.B.A. Number: 021000089<br>Swift Code: CITIUS33<br>For Credit To Account: 30060143<br>Reference Bill No.: 1340129 |

Invoice # 1340129  
   Re:  Corporate Advice, Financing and Special Projects

TO PROFESSIONAL SERVICES RENDERED  
through October 31, 2010

| | | |
|---|---|---:|
| For General Corporate Advice ...................$ | | 7,386 |
| Less Fee Accommodation .......................... ( | | 192) |
| | | 7,194 |

### Charges and Disbursements

| | | |
|---|---:|---:|
| Computer Legal Research ..............  $ | 497 | |
| Telecommunications ................... | 28 | |
| Filing/Court Fees .................... | 229 | |
| Total Disbursements................... | | 754 |
| $ | | 7,948 |

| | | |
|---|---|---:|
| For Asset Dispositions (General) ...............$ | | 840 |
| Less Fee Accommodation .......................... ( | | 0) |
| | | 840 |

### Charges and Disbursements

| | |
|---|---:|
| Total Disbursements............................ | 0 |
| $ | 840 |

Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . .          (                    0)
                                                                                          5,168


### Charges and Disbursements
Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .                      0

                                                                          $              5,168


For Case Administration  . . . . . . . . . . . . . . . . . . . . . $          42,290
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . .      (        2,395)
                                                                                        39,895

### Charges and Disbursements
Computer Legal Research . . . . . . . . . . . . .      $          470
Courier, Express
Delivery and Postage  . . . . . . . . . . . . . . .              112
Telecommunications . . . . . . . . . . . . . . . . . . .           26
Filing/Court Fees . . . . . . . . . . . . . . . . . . . .         170
Outside Research Services . . . . . . . . . . . .                 250
Electronic Document Management . . . . . . .                      52
Reproduction and Document Preparation                             50
Travel Expenses . . . . . . . . . . . . . . . . . . . . . .      2,753

          Total Disbursements . . . . . . . . . . . . . . . . . . . .           3,883

                                                                          $             43,778


For Claims Admin. (General)  . . . . . . . . . . . . . . . . . . . $         164,966
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . .      (        1,932)
                                                                                       163,034

### Charges and Disbursements
Computer Legal Research . . . . . . . . . . . . .      $          121
Telecommunications . . . . . . . . . . . . . . . . . . .            9
Outside Research Services . . . . . . . . . . . .                 181
Professional Fees . . . . . . . . . . . . . . . . . . . .         154
Electronic Document Management . . . . . . .                     118

          Total Disbursements . . . . . . . . . . . . . . . . . . . .             583

                                                                          $            163,617


For Claims Admin. (Reclamation/Trust Funds)  . . . . $          13,986
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . .      (                    0)
                                                                                        13,986

Computer Legal Research . . . . . . . . . . . . . .    $      997

    Total Disbursements . . . . . . . . . . . . . . . . . . . .        997

                                               $   14,983


For Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      293
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (            0)
                                               293

    Charges and Disbursements
  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           0

                                               $      293


For Litigation (General) . . . . . . . . . . . . . . . . . . . . . . $   136,921
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (      4,316)
                                        132,605

    Charges and Disbursements
  Computer Legal Research . . . . . . . . . . . . . .    $    5,537
  Courier, Express
  Delivery and Postage . . . . . . . . . . . . . . . .            84
  Outside Research Services . . . . . . . . . . . .           221
  Electronic Document Management . . . . . . .           253
  Reproduction and Document Preparation           379
  Travel Expenses . . . . . . . . . . . . . . . . . . . . . .           182

    Total Disbursements . . . . . . . . . . . . . . . . . . . .      6,656

                                             $   139,261


For Litigation (Insurance Recovery) . . . . . . . . . . . $      293
Less Fee Accommodation . . . . . . . . . . . . . . . . . . . . . . . . . . . (            0)
                                               293

    Charges and Disbursements
  Total Disbursements . . . . . . . . . . . . . . . . . . . . . . . . . . . . .           0

                                               $      293

Less Fee Accommodation ..................... (         2,720)
                                                      2,652


    Charges and Disbursements
  Total Disbursements ............................             0

                                              $       2,652


For Reorganization Plan / Plan Sponsors ........$    23,259
Less Fee Accommodation .......................... (         220)
                                                     23,039

    Charges and Disbursements
    Computer Legal Research ..............   $     50
    Courier, Express
    Delivery and Postage ................           32
    Filing/Court Fees ....................          344
    Outside Research Services ............           7
    Travel Expenses ......................          367

      Total Disbursements....................          800

                                              $      23,839


For Retention / Fee Matters (SASM&F) ..........$      1,760
Less Fee Accommodation .......................... (       1,019)
                                                        741

    Charges and Disbursements
    Outside Research Services ...........   $      4

      Total Disbursements....................            4

                                              $        745


For Secured Claims  ............................$       756
Less Fee Accommodation .......................... (          0)
                                                        756

    Charges and Disbursements
  Total Disbursements............................             0

                                              $        756

For Tax Matters  ................................. $        71,216
Less Fee Accommodation ..........................  (_____397)
                                                          70,819

    <u>Charges and Disbursements</u>
    Telecommunications ...................  $     12
    Reproduction and Document Preparation        1

        Total Disbursements ....................  _____13

                                                 $        70,832


Total Fees ..................................... $       461,315

Total Charges and Disbursements .................  _____13,690

Grand Total .................................... $       475,005

Less 15% Holdback .............................. (_____69,197)

Current Amount Payable by Administrative Order .. $      405,808