# **EXHIBIT D-1**

**(Detail of Time Billed)**

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
General Corporate Advice                                 Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/10/10 | 0.40 | FOLLOW-UP RE: BOARD MEETINGS AND OTHERGOVERNANCE MATTERS (.4). |
| GALARDI GM | 08/16/10 | 1.20 | UPDATE CALL WITH BOARD MEMBERS. |
| GALARDI GM | 08/18/10 | 1.60 | REVIEW BOARD MATERIALS (.7); BOARD CALL RE: STATUS UPDATE (.9). |
| GALARDI GM | 08/19/10 | 0.60 | CALL WITH E. WAHLE RE: CANADIAN STATUS AND ISSUES. |
| GALARDI GM | 08/30/10 | 0.80 | EMAILS WITH BOARD RE: STATUS AND CRA RULING ISSUES. |
|  |  | **4.60** |  |
| **Total Partner** |  | **4.60** |  |
| **TOTAL TIME** |  | **4.60** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Asset Analysis and Recovery                              Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/13/10 | 0.80 | REVIEW EMAILS RE: PREFERENCE ANALYSIS AND RECOVERY (.2); FOLLOW-UP RE: NUMEROUS ASSET RECOVERY MATTERS (.6). |
| GALARDI GM | 08/16/10 | 0.60 | BRIEFLY REVIEW DRAFT D&O SETTLEMENT MOTION. |
| GALARDI GM | 08/20/10 | 0.90 | WORK ON STRATEGY RE: POSSIBLE ESTATE CLAIMS INCLUDING PREFERENCE RECOVERIES AND OTHER CAUSES OF ACTION. |
| GALARDI GM | 08/22/10 | 0.70 | WORK ON ASSET RECOVERY/CAUSES OF ACTION ANALYSIS ISSUES AND STRATEGY. |
| GALARDI GM | 08/23/10 | 2.10 | PREPARE FOR AND ATTEND TELEPHOICALLY MEETING WITH CIRCUIT CITY RE: ASSET ANALYSIS RECOVERY AND POSSIBLE CAUSES OF ACTION ISSUES. |
| GALARDI GM | 08/31/10 | 0.40 | FOLLOW-UP RE: POST-CONFIRMATION CAUSES OF ACTION. |
|  |  | **5.50** |  |
| **Total Partner** |  | **5.50** |  |
| **TOTAL TIME** |  | **5.50** |  |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/05/10
Asset Dispositions (Real Property)                                 Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GRANT K | 08/03/10 | 0.90 | CONTINUED DISCUSSIONS REGARDING DR1 SALE AND HEARING PREPARATION REGARDING SAME. (.9). |
| GRANT K | 08/04/10 | 0.50 | MONITORED HEARING REGARDING DR1 SALE. (.5). |
| GRANT K | 08/05/10 | 0.60 | REVIEWED AND REVISED MOTION AND ORDER REGARDING SARASOTA SALE. (.6). |
| GRANT K | 08/16/10 | 0.70 | REVIEWED AND REVISED SARASOTA SALE PAPERS. (.7). |
|  |  | **2.70** |  |
| LAZAROFF KA | 08/02/10 | 0.50 | PREPARE SCRIPT FOR SALE HEARING ON DR1. |
| LAZAROFF KA | 08/03/10 | 0.40 | TELECONFERENCE AND CORRESPONDENCE WITH CITY AND OTHER SKADDEN ATTORNEYS REGARDING ABANDONMENT OF MARION PROPERTY (.3); CORRESPONDENCE REGARDING SARASOTA SALE ISSUES (.1). |
| LAZAROFF KA | 08/04/10 | 0.70 | REVIEW AND REVISE SARASOTA SALE MOTION AND PREPARE SERVICE LIST FOR FILING (.5). FOLLOW UP ON DOCUMENTS TO ABANDON MARION PROPERTY (.2). |
| LAZAROFF KA | 08/09/10 | 0.30 | CORRESPONDENCE REGARDING DR1 SALE ORDER (.1); CORRESPONDENCE REGARDING AND REVISIONS TO SARASOTA SALE DOCUMENTS (.2). |
| LAZAROFF KA | 08/16/10 | 0.30 | ATTENTION TO FINAL SARASOTA SALE ISSUES. |
| LAZAROFF KA | 08/17/10 | 0.40 | REVISE SARASOTA SALE PLEADINGS (.1); CORRESPONDENCE WITH CREDITORS' COMMITTEE, DJM AND STALKING HORSE PURCHASER REGARDING SARASOTA SALE (.3). |
| LAZAROFF KA | 08/18/10 | 0.10 | ASSIST WITH FILING AND SERVICE OF SARASOTA SALE PLEADINGS. |
| LAZAROFF KA | 08/24/10 | 3.30 | RESEARCH ON CREDIT BIDDING (2.5) AND REVIEW OF RELEVANT DOCUMENTS (.5) IN ANTICIPATION OF SARASOTA AUCTION; REVIEW MARION SALE ORDER, GATHER AND PREPARE DOCUMETNS FOR FILING AND SERVICE (.3). |
| LAZAROFF KA | 08/25/10 | 0.40 | FOLLOW-UP RESEARCH AND TELECONFERENCE WITH DJM ON SARASOTA PROPERTY. |
| LAZAROFF KA | 08/31/10 | 0.10 | TELECONFERENCE WITH PARTY INTERESTED IN CC PROPERTY. |
|  |  | **6.50** |  |
| **Total Associate** |  | **9.20** |  |

| | |
|---|---|
| **TOTAL TIME** | **9.20** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 10/05/10
Business Operations / Strategic Planning                     Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/05/10 | 0.90 | CALLS AND EMAILS WITH CANADIAN COUNSEL AND ADVISERS RE: CRA ISSUES. |
| GALARDI GM | 08/06/10 | 0.20 | REVIEW EMAIL RE: CRA AND FOLLOW-UP RE: SAME (.2). |
| GALARDI GM | 08/09/10 | 0.90 | CALL WITH PWC CANADA AND OSLER RE: STATUS OF CRA RULING AND RELATED MATTERS. |
| GALARDI GM | 08/12/10 | 0.50 | REVIEW AND FOLLOW-UP ON EMAILS RE: CRA STATUS AND CONVERSATIONS. |
| GALARDI GM | 08/13/10 | 0.40 | REVIEW AND RESPOND TO EMAIL FROM PWC CANDA RE: CRA ISSUES. |
| GALARDI GM | 08/19/10 | 0.40 | FOLLOW-UP WITH FRENCH COUNSEL RE: STATUS AND STRATEGY (.4). |
| GALARDI GM | 08/25/10 | 0.90 | CALLS AND EMAILS RE: CRA RULING (.3); BRIEFLY REVIEW REVISED RULING REQUEST (.6). |
| GALARDI GM | 08/26/10 | 2.20 | REVIEW PROPOSED REVENUE RULING (.7); EMAILS RE: SAME AND ADVISERS (.5); CALL ON RULING AND CONFIRMATION (.6); FOLLOW-UP RE: SAME AND ISSUES (.4). |
| GALARDI GM | 08/27/10 | 1.40 | EMAILS WITH COMMITTEE RE: REVISED CRA RULING (.4); EMAILS WITH BOARDS RE: REVISED CRA RULING AND ISSUES (.3); CALL WITH D. KORNSTEIN (.2); FOLLOW-UP CALL WITH TAXADVISERS (.1); CALL RE: FRENCH TAX ISSUES/STRATEGY (.4). |
| GALARDI GM | 08/30/10 | 1.20 | PREPARE FOR AND ATTEND CALL WITH MONITOR RE: CRA MATTERS AND HEARINGS. |
| GALARDI GM | 08/31/10 | 0.30 | REVIEW AND RESPOND TO EMAILS FROM PWC CANADA. |
|  |  | 9.30 |  |
| **Total Partner** |  | 9.30 |  |
| **TOTAL TIME** |  | **9.30** |  |

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/05/10
Case Administration                                                 Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/04/10 | 1.10 | MEETINGS WITH K. BRADSHAW AND OTHERS RE: NEXT STEPS IN CASE, CANADA, FRANCE AND CLAIMS MATTERS. |
| GALARDI GM | 08/10/10 | 0.70 | WORK ON MEMO AND RELATED DOCUMENTS FOR LIQUIDATING TRUSTEE RE: CURRENT ACTIVITIES AND POST-EFFECTIVE DATE TRANSITION. |
| GALARDI GM | 08/31/10 | 0.90 | ATTEND OMNIBUS HEARING AND UPDATE COURT ON STATUS OF MATTERS. |
|  |  | **2.70** |  |
| **Total Partner** |  | **2.70** |  |
| BAKER SK | 08/05/10 | 0.60 | UPDATED CIRCUIT CITY PROJECT MEMO (.6). |
| BAKER SK | 08/31/10 | 0.60 | CIRCUIT CITY HEARING (.6). |
|  |  | **1.20** |  |
| BUGAY JJ | 08/04/10 | 0.40 | WORK ON MEMO RE: STATUS OF VARIOUS PROJECTS SKADDEN IS WORKING ON FOR TRANSITION. |
| BUGAY JJ | 08/06/10 | 1.70 | WORK ON PROJECT UPDATE MEMO FOR TRANSITION. |
| BUGAY JJ | 08/09/10 | 1.40 | WORK ON PROJECT STATUS MEMO FOR TRANSITION. |
|  |  | **3.50** |  |
| FREDERICKS IS | 08/09/10 | 3.20 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE AND REVIEW VARIOUS MATTERS TO PROVIDE UPDATES (3.2). |
| FREDERICKS IS | 08/10/10 | 2.70 | WORK ON ISSUES RELATED TO TRANSITION (2.7). |
| FREDERICKS IS | 08/11/10 | 1.10 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.1). |
| FREDERICKS IS | 08/13/10 | 1.80 | MULTIPLE TELEPHONE CALLS FROM K. BRADSHAW RE: VARIOUS CASE RELATED MATTERS (1.8). |
| FREDERICKS IS | 08/16/10 | 1.70 | TELEPHONE CALL FROM D. BLANKS RE: VARIOUS CASE RELATED ISSUES AND FOLLOW-UP CALL W/ K. BRADSHAW RE: SAME (1.7). |
| FREDERICKS IS | 08/23/10 | 6.20 | PREPARE FOR AND PARTICIPATE IN MEETING W/ CC RE: STRATEGY CONCERNING NOVEMBER 2010 DEADLINE AND PARTICIAPTE IN FOLLOW-UP MEETING RE: SAME (5.5); PREPARE FOR AND CONDUCT OMNIBUS HEARING (.7). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 08/24/10 | 2.70 | MULTIPLE TELEPHONE CALLS FROM K. BRADSHAW RE: VARIOUS CASE RELATED ISSUES (1.4); REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.3). |
| FREDERICKS IS | 08/31/10 | 3.20 | PREPARE FOR, PARTICIPATE IN AND CONDUCT CONTESTED HEARING (3.2). |
| | | **22.60** | |
| KUMAR JS | 08/05/10 | 0.40 | WORK ON TRANSITION DOCUMENTS (.4). |
| KUMAR JS | 08/10/10 | 1.20 | WORK ON TRANSITION DOCUMENTS (1.2). |
| | | **1.60** | |
| LAZAROFF KA | 08/04/10 | 0.40 | PREPARE PROJECT STATUS UPDATES FOR MEMO TO COMPANY AND CRO. |
| | | **0.40** | |
| SIDHU SS | 08/06/10 | 0.40 | REVIEW CLAIMANT RESPONSE TO 81ST OMNIBUS OBJECTION AND APPLICABLE OBJECTION AND CLAIM FOR PURPOSES OF ANALYZING RESPONSE; REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 08/19/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 08/25/10 | 0.10 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | **0.70** | |
| **Total Associate** | | **30.00** | |
| HEANEY CM | 08/02/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 08/03/10 | 0.60 | REVIEW DOCKETS RE: UPDATES TO 8-4 HEARING MATTERS (.3); REVIEW CALENDAR RE: STATUS UPDATES TO 8-23 HEARING AGENDA (.3). |
| HEANEY CM | 08/04/10 | 0.30 | REVIEW DCKETS RE: UPDATES TO HEARING MATTERS (.3). |
| HEANEY CM | 08/05/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND STATUS OF HEARNG MATTERS FOR 8-23 HEARING AGENDA (.3). |
| HEANEY CM | 08/06/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEETS FOR CALIFORNIA CASES (.1). |
| HEANEY CM | 08/09/10 | 0.40 | REVIEW DOCKET AND CASE CALENDAR FOR UPDATES TO 8-23 HEARING AGENDA (.4). |
| HEANEY CM | 08/10/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). |

7

B43E

| | | | |
|---|---|---|---|
| HEANEY CM | 08/12/10 | 0.60 | REVIEW DOCKET RE: UDPATES TO 8-23 HEARING AGENDA (.3); REVIEW CASE CALENDAR FOR UPCOMING DEADLINES (.3). |
| HEANEY CM | 08/16/10 | 1.90 | OBTAIN/ORDER REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEETS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 8-23 HEARING AGENDA (.3); REVIEW, EDIT/REVISE HEARING AGENDA (.9). |
| HEANEY CM | 08/17/10 | 0.60 | COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 8-23 HEARING AGENDA AND EXHIBIT (.2); EDIT/REVIEW HEARING AGENDA (.2); REVIEW DOCKET RE: UPDATES TO CASE FILES (.2). |
| HEANEY CM | 08/18/10 | 2.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: ADDITIONAL COMMENTS TO HEARING AGENDA (.3); REVIEW EXHIBIT A TO HEARING AGENDA (.8); EDIT/REVISE HEARING AGENDA (1.2); REVIEW CASE CALENDAR RE: UPDATES TO MATTERS WITH CONFIRMATION AND 8-31 HEARING (.3). |
| HEANEY CM | 08/19/10 | 1.40 | REVIEW DOCKETS RE: STAUS UPDATES TO HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: ADDITIONAL COMMENTS TO HEARING MATTERS (.2); EDIT/REVISE AGENDA (.4); REVIEW UPDATED EXHIBIT A TO AGENDA (.4); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 08/23/10 | 1.40 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 8-31 HEARING AGENDA (.4); EDIT/REVISE HEARING AGENDA (.7). |
| HEANEY CM | 08/24/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 8-31 HEARING AGENDA (.6). |
| HEANEY CM | 08/25/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); COORDINATE WITH THIRD PARTIES RE: UPDATES TO HEARING AGENDA (.3); EDIT/REVISE HEARING AGENDA (.7). |
| HEANEY CM | 08/26/10 | 1.20 | REVIEW DOCKET RE: UPDATES TO CASE FILES AND HEARING MATTER (.3); OBTAIN, REVIEW, ORGANZIE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2); EDIT/REVISE HEARING AGENDA (.6); COORDINATE SERVICE OF AGENDA WITH THIRD PARTIES (.1). |

| | | | |
|---|---|---|---|
| HEANEY CM | 08/27/10 | 1.70 | COORDINATE WITH THIRD PARTIES RE: ADDITIONAL UPDATES TO HEARING AGENDA (.2); OBTAIN, ORGANIZE AND PREPARE HEARING BINDERS (1.3); REVIEW 9-8 HEARING AGENDA FOR UPDATES (.2). |
| HEANEY CM | 08/30/10 | 0.60 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); PREPARE ADDITIONAL DOCUMENTS FOR HEARING (.4). |
| HEANEY CM | 08/31/10 | 0.40 | REVIEW DOCKETS RE: STATUS UPDATED TO HEARING MATTERS (.2); REVIEW CALENDAR RE: UPDATES TO HEARING MATTERS (.2). |
| | | **17.40** | |
| LAMANNA WK | 08/04/10 | 2.20 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE (2.0); BEGIN DRAFT OF 8/23/10 HEARING AGENDA (0.2). |
| LAMANNA WK | 08/05/10 | 2.80 | REVIEW COURT DOCKETS IN MAIN CASE AND ADVERSARY PROCEEDINGS AND CALENDAR CRITICAL DATES (1.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); EDIT/REVISE 8/26/10 HEARING AGENDA (1.0). |
| LAMANNA WK | 08/06/10 | 1.70 | EDIT/REVISE 8/23/10 HEARING AGENDA (1.7). |
| LAMANNA WK | 08/12/10 | 0.70 | REVIEW COURT DOCKET IN MAIN CASE AND CALENDAR CRITICAL DATES. |
| LAMANNA WK | 08/13/10 | 2.20 | EDIT/REVISE 8/23/10 HEARING AGENDA (0.3); REVIEW COURT DOCKETS IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS AND CALENDAR CRITICAL DATES (1.4); SET UP NEW CASE FILE FOR APPEAL (0.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 08/16/10 | 0.10 | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE. |
| LAMANNA WK | 08/20/10 | 1.20 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEAL (1.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK | 08/23/10 | 0.90 | DRAFT 8/31/10 HEARING AGENDA AND DISTRIBUTE (0.9). |
| LAMANNA WK | 08/24/10 | 0.40 | REVIEW COURT DOCKET FAND CALENDAR CRITICAL DATES IN MAIN CASE. (0.4). |
| LAMANNA WK | 08/25/10 | 1.00 | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES (0.8); SET UP NEW ADVERSARY PROCEEDING CASE FILE (0.2). |
| LAMANNA WK | 08/26/10 | 0.80 | DRAFT 9/8/10 HEARING AGENDA (0.5); REVIEW COURT DOCKET AND CALENDAR CRITICAL CRITICAL DATES IN MAIN CASE (0.3). |

9                                                                B43E

| | | | |
|---|---|---|---|
| LAMANNA WK | 08/27/10 | 1.70 | REVIEW COURT DOCKETS AND CALENDAR CRITICAL CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (0.6); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); EDIT/REVISE 9/8/10 HEARING AGENDA (0.9). |
| | | **15.70** | |
| **Total Legal Assistant** | | **33.10** | |
| **TOTAL TIME** | | **65.80** | |

B43E

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/05/10
Claims Admin. (General)                                      Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/01/10 | 0.90 | BEGIN REVIEWING MITSUBISHI MOTION FOR SUMMARY JUDGMENT. |
|  |  | 0.90 |  |
| **Total Partner** |  | **0.90** |  |
| BAKER SK | 08/02/10 | 4.80 | REVIEW CORRESPONDENCE FROM P. TMAPOR REGARDING KODAK PREFERENCE ANALYSIS (.4); REVIEW AND FINALIZE MADCOW SETTLMENT AGREEMENT AND NOTICE FOR FILING (.9); REVIEW CORRESPONDENCE REGARDING CHINA EXPORT DEMAND LETTER (.2); TELEPHONE CALL WITH M. PUM REGARDING POLK AUDIO DEMAND LETTER (.3); TELEPHONE CALL WITH J. JOLAN REGARDING HISENSE CLAIM (.2); REVIEW ANALYSIS OF CLAIMS PREPARED BY PUNTO APARTE (.7); REVIEW PUNTO APARTE PREFERENCE ANALYSIS (.3); REVIEW RECENT ORDERS REGARDING REVISIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (.7); RESEARCH REGARDING PREFERENCE DEFENSES (1.1). |
| BAKER SK | 08/03/10 | 6.00 | CALL WITH H. FERGUSON REGARDING VENDOR DEMAND LETTERS (1.0); REVIEW CORRESPONDENCE REGARDING NAVARRE DEMAND LETERS (.1); REVIEW CORRESPONDENCE FROM B. LINES REGARDING SYNTAX DEMAND LETTER (.1); REVIEW RECENT STIPULATION AND ORDERS REGARDIGN C HANGES TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.4); DRAFT RESPONSE TO COUNSEL REGARDING PINNACLE DEMAND LETTER (1.8); REVIEW CORRESPONDENCE REGARDING INDUSTRIAPLEX CLAIMS (.1); REVIEW CORRESPONDENCE REGARDING VIZIO DEMAND LETTER (.1); REVIEW CORRESPONDENCE FROM D. COMSTOCK REGARDING PUNTO APARTE CLAIM (.2); DRAFT CORRESPONDENCE REGARDING SIMPLETECH NEW VALUE DEFENSE (.2). |
| BAKER SK | 08/04/10 | 2.90 | REVISE RESPONSE TO PINNACLE SETTLEMENT (.7); DRAFT CORRESPONDENCE D. PARKS REGARDING INDUSTRIAPLEX SETTLEMENT (.2); TELEPHONE CALL WITH COUNSEL FOR CONSTRUCTION SYSTEMS INC REGARDING CLAIMS (.3); TELEPHOEN CALL WITH REPRESENTATIVE OF CHATTANOOGA PUBLISHING REGARDING CLAIMS (.2); REVIEW INDUSTRIAPLEX CLAIMS AND MASTER SERVICES AGREEMENT (.8); BEGIN DRAFT OF INDUSTRIAPLEX SETTLEMENT AGREEMENT (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/05/10 | 4.90 | DRAFT RESPONSE TO SIMPLETECH SETTLEMENT OFFER (1.4); TELEPHONE CALL WITH L. ENGVALL REGARDING PREFERENCES (.2); TELEPHONE CALL WITH P. TAMPOR REGARDING KODAK PREFERENCES (.2); REVIEW KODAK PREFERENCE ANALYSIS (.7); TELEPHONE CALL WITH M. WINSCHUL REGARDING PUNTO APARTE CLAIM RECONCILIATION (.3); REVIEW CHATTANOOGA PUBLISHING CLAIMS (.4); REVIEW RECENT STIPULATION REGARDING MODIFICATION OF CLAIMS WATERFALL AND CLAIMS REGISTER (.4); REVISE MEMO REGARDING STATUS OF VENDOR DEMAND LETTERS (1.3). |
| BAKER SK | 08/06/10 | 8.10 | TELEPHONE CALL WITH A. PIETRANTON REGARDING MONTHLY OPERATING REPORTS (.2); REVIEW EMAIL TO K. GIANNIS REGARDING MONTHLY OPERATING REPORT (.3); TELEPHONE CALL WITH H. FERGUSON REGARDING MISCELLANEOUS CLAIMS ISSUES (.5); REVIEW CONTRACTING SYSTEMS INC. CLAIMS (1.7); TELEPHONE CALL WITH PERRONE REGARDING CONTRACTING SYSTEMS CLAIM (.2) TELEPHONE CALL REGARDING CHATTANOOGA CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING PUNTO APARTE CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING NAVARRE DEMAND LETTERS (.2); REVIEW CONGRESSIONAL NORTH ASSOCIATES CLAIMS (.6); RESEARCH NYC WATER BOARD RECEIPTS OF NOTICE OF BAR DATES (.4); REVIEW SURETY BOND CLAIMS REGARDING SATISFACTION OF CLAIMS (2.6); DRAFT CORRESPONDENCE TO J. STAHLER REGARDING CONFIRMATION OF CLAIMS (.1); REVIEW DOCUMENTS PRODUCED BY KINSTON TECHNOLOGY (.9). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/16/10 | 7.40 | REVISE DRAFT OF INDUSTRIAPLEX AGREEMENT (.6); REVIEW CORRESPONDENCE FROM R. FRANKLIN REGARDING NETGEAR SETTLEMENT PROPOSAL (.2); REVIEW CORRESPONDENCE FROM G. HECK REGARDING CISCO CLAIM RECONCILIATION (.2); REVIEW CORRESPONDENCE FROM L. NEMOROV REGARDING RECLASSIFIED 503(B)(9) CLAIMS AND DRAFT RESPONSE THERETO (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR LOWEPRO REGARDING RESPONSE TO VENDOR DEMAND LETTERS (.3); REVIEW CORRESPONDENCE FROM COUNSEL FOR POLK AUDIO REGARDING DEMAND LETTER (.2); DRAFT CORRESPONDENCE REGARDING POLK AUDIO PROPOSAL (.2); REVISE SYLVANIA SETTLEMENT AGREEMENT AND DRAFT NOTICE OF SETTLEMENT (.8); REVIEW NAVARRE DISTRIBUTION PREFERENCE SUMMARY (.7); TELEPHONE CALL WITH A. BURENETT REGARDING NYKO CLAIMS (.1); TELEPHONE CALL WITH L. NEMAROV REGARDING PREFERENCE DEFENSES (.2); REVIEW RESEARCH REGARDING ORDERING COURSE AND NEW VALUE PREFERENCE DEFENSES (1.3); TELEPHONE CALL WITH D. COMSTOCK REGARDING CLAIM RECONCILIATION (.1); REVIEW RECENT ORDERS AND STIPULATIONS AND DRAFT CORRESPONDENCE REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.3). |
| BAKER SK | 08/17/10 | 2.40 | REVIEW HISENSE DOCUMENTS AND DRAFT SETTLEMENT PROPOSAL (.8); TELEPHONE CALL WITH LONGACRE CAPITAL REGARDING CLAIMS RECONCILIATION (.2); REVIEW MONTE VISTA CROSSING CLAIM (.3); TELEPHONE CALL WITH M. BOTICA REGARDING VISIONTEK SETTLEMENT (.1); REVIEW CORRESPONDENCE REGARDING LOUISVILLE INDEPENDENT SCHOOL DISTRICT STIPULATION (.1); DRAFT CORRESPONDENCE REGARDING SETTLEMENTS PAID OUT OF RESERVE FUNDS (.3); TELEPHONE CALL WITH B. FOSE REGARDING VARIOUS CLAIMS QUESTIONS (.4); DRAFT CORRESPONDENCE TO R. GUEVARA REGARDING CLAIMS QUESTION (.1); TELEPHONE CALL WITH A. BURNETT REGARDING NYKO CLAIM RECONCILIATION (.1). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 08/18/10 | 3.30 | REVIEW POLK AUDIO CLAIMS AND SETTLEMENT OFFER DRAFT RESPONSES THERE TO (.9); REVIEW CORRESPONDENCE FROM D. PARKS REGARDING INDUSTRIAPLEX AGREEMENT (.1); REVIEW CORRESPONDENCE FROM C. BODELL REGARDING LOWEPROE CLAIMS RECONCILIATION (.2); REVIEW CORRESPONDENCE FROM COUNSEL FOR CREDIT SUISSE REGARDING SYLVANIA LIGHTING AGREEMENT AND REPLY THERETO (.2); REVIEW DOCUMENTS PRODUCED TO THQ IN SUPPORT OF DEMAND LETTER (.6); DRAFT CORRESPONDENCE TO COUNSEL FOR THQ REGARDING RECONCILIATION OF CLAIMS (.1); REVISE DRAFT OF INTUIT SETTLEMENT AGREEMENT (1.2). |
| BAKER SK | 08/19/10 | 3.50 | REVIEW CORRESPONDENCE REGARDING CISCO CLAIMS RECONCILIATION AND DRAFT RESPONSE THERETO (.4); REVIEW CORRESPONDENCE REGARDING LOVEPRO PREFERENCE ANALYSIS (.1); REVIEW LOVE PRO PREFERENCE ANALYSIS (.6); FINALIZE TRACFONE AGREEMENT FOR FILING AND PREPARE NOTICE OF AGREEMENT (1.1); REVIEW DOCUMENTS TO BE PRODUCED TO NAVARRE ENTITIES REGARDING DEMAND LETTER (1.3). |
| BAKER SK | 08/20/10 | 0.90 | REVIEW CORRESPONDENCE FROM CHINA EXPORT REGARDING ACCEPTANCE OF SETTLEMENT OFFER AND DRAFT REPLY THERE TO (.2); REVIEW DOCUMENTS TO BE PROVIDED TO SIMPLETECH REGARDING DEMAND LETTER (.7). |
| BAKER SK | 08/23/10 | 2.60 | TELEPHONE CALL WITH J. YOUNG REGARDING ACCO BRANDS RECONCILIATION (.2); REVIEW RECENT ORDERS REGARDING MODIFICATION OF CLAIMS REGISTER AND CLAIMS WATERFALL (.6); CONFERENCE CALL REGARDING PENDING SETTLEMENT AGREEMENTS (.6); REVISE CHINA EXPORT SETTLEMENT AGREEMENT (.8); REVIEW REVISED NETGEAR PREFERENCE ANALYSIS (.4). |
| BAKER SK | 08/24/10 | 5.80 | REVIEW CORRESPONDENCE REGARDING COMMERCE HUB CLAIMS (.2); REVIEW CORRESPONDENCE FROM D. COMSTOCK REGARDING CLAIM 14561 (.1); DRAFT CERTIFICATE OF NO OBJECTION REGARDING SYLVANIA AGREEMENT (.4); REVIEW CORRESPONDENCE REGARDING SAP RETAIL CLAIMS (.1); REVIEW CLAIMS HELD BY LONG ACRE CAPITAL AND PHONE CALL WITH V. JELISAVCIC REGARDING SAME (.3); TELEPHONE CALL WITH D. COMSTOCK REGARDING LANDLORD CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING U.S. CUSTOMS CLAIMS (.2); REVIEW CLAIMS FILED BY PITTSBURGH POST (.3); REVIEW SAP PREFERENCE ANALYSIS (.2); RESEARCH BOND CLAIMS REGARDING POTENTIAL PREFERENCE EXPENSES (3.8). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/26/10 | 3.40 | DRAFT CORRESPONDENCE REGARDING BONDS ISSUED WITH 90 DAYS OF PETITION DATE (.2); REVISE INTUIT SETTLEMENT AGREEMENT (.5); REVISE CLAIM EXPORT SETTLEMENT AGREEMENT (.3); REVISE EXPORT DEVELOPMENT CANADA SETTLEMENT AGREEMENT (.6); REVIEW CORRESPONDENCE REGARDING MITSUBISHI PREFERENCE ANALYSIS (.1); DRAFT CORRESPONDENCE REGARDING INDUSTRIAPLEX SETTLEMENT AGREEMENT (.2); DRAFT CORRESPONDENCE REGARDING PINNACLE SETTLEMENT PROPOSAL (.1); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATION TO CLAIMS REGISTER AND CLAIMS WATERFALL (1.2); DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING PUNTO APARTE CLAIMS (.1); REVIEW COMMERCE HUB'S RESPONSE TO DEBTORS' 80TH OMNIBUS OBJECTION (.1). |
| BAKER SK | 08/27/10 | 1.90 | REVIEW PINNACLE'S OFFER TO SETTLE DEMAND LETTER CLAIMS AND DRAFT CORRESPONDENCE TO CLIENT REGARDING SAME (.3); REVIEW HITACHI'S RESPONSE TO VENDOR DEMAND LETTER AND DRAFT CORRESPONDENCE TO CLIENT REGARDING SAME (.5); TELEPHONE CALL WITH H. FERGUSON REGARDING PUNTO APARTE AND OTHER VENDOR CLAIMS (.3); REVIEW PUNTO APARTE PREFERENCE ANALYSIS (.3); DRAFT CORRESPONDENCE TO J. NOLAN REGARDING CLAIM EXPORT PROPOSED AGREEMENT (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR PINNACLE REGARDING PROPOSED SETTLEMENT AGREEMENT OFFER (.3). |
| BAKER SK | 08/30/10 | 3.20 | REVISE AMERIWOOD SETTLEMENT AGREEMENT (1.1); REVISE PINNACLE SETTLEMENT AGREEMENT (.8); TELEPHONE CALL WITH V. JIMAVCIC REGARDING CISCO CLAIMS (.2); TELEPHONE CALL WITH M. WINSCHUL REGARDING PUNTO APARTE CLAIMS (.2); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT CORRESPONDENCE REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (.9). |

.