**EXHIBIT D-2**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| BAKER SK | 08/31/10 | 4.70 | REVISE AMERIWOOD AGREEMENT AND DRAFT CORRESPONDENCE TO CLIENT (.3); REVISE PINNACLE AGREEMENT AND DRAFT CORRESPONDENCE TO CLIENT (.3); REVIEW CORRESPONDENCE FROM COUNSEL FOR LOWEPRO REGARDING CLAIM RECONCILIATION (.2); REVIEW CORRESPONDENCE REGARDING RESOLUTION OF LANDLORD CLAIMS (.1); REVIEW AND RESEARCH REGARDING PLUMCHOICE CLAIMS (1.1); REVIEW CORRESPONDENCE REGARDING NEW YORK DEPARTMENT OF TAXATION CLAIMS (.1); REVIEW DEBTORS MOTION FOR SUMMARY JUDGMENT AND REPLIES THERE REGARDING 503(B)(9) AND NEW VALUE (.6); REVIEW CORRESPONDENCE REGARDING HITACHI CLAIMS (.1); TELEPHONE CALL WITH W. PERRONE REGARDING CONTRACTING SYSTEMS CLAIMS RECONCILIATION (.2); REVIEW PIONEER CLAIMS REGARDING PREPARATION FOR CALL WITH COUNSEL (1.1); REVIEW ADDITIONAL DOCUMENTS PROVIDED BY CONTRACTING SYSTEMS INC IN SUPPORT OF CLAIM (.6). |
| | | **65.80** | |
| FREDERICKS IS | 08/10/10 | 3.80 | REVIEW ADJOURNED CLAIM OBJECTION SUMMARY AND REQUEST UPDATES RE: SAME (1.4); MULTIPLE TELEPHONE CALL FROM K. BRADSHAW REGARDING VARIOUS CLAIM MATTERS (2.4). |
| FREDERICKS IS | 08/11/10 | 1.90 | MULTIPLE TELEPHONE CALLS W/ CC RE: VARIOUS CLAIM MATTERS (1.9). |
| FREDERICKS IS | 08/12/10 | 4.20 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ CC RE: VARIOUS CLAIM/RECEIVABLE MATTERS (2.1); TELEPHONE CALL FROM AND CORRESPONDENCE TO COUNSEL FOR FUJIFILM RE: SETTLEMENT (.7); REVIEW VARIOUS CLAIM RELATED MATTERS (1.4). |
| FREDERICKS IS | 08/13/10 | 3.40 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (2.6); TELEPHONE CALL FROM C. JONES RE: FUJIFILM SETTLEMENT (.2); TELEPHONE CALL TO B. LEHANE RE: DDR CLAIMS (.6). |
| FREDERICKS IS | 08/16/10 | 2.10 | MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS RE: VARIOUS CLAIM SETTLEMENTS AND NEGOTIATIONS (2.1). |
| FREDERICKS IS | 08/26/10 | 1.40 | MULTIPLE TELEPHONE CALLS W/ CC RE: VARIOUS CLAIM RELATED ISSUES (1.4). |
| | | **16.80** | |
| GRANT K | 08/02/10 | 0.90 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.9). |

| | | | |
|---|---|---|---|
| GRANT K | 08/06/10 | 1.20 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.2). |
| GRANT K | 08/09/10 | 1.50 | REVIEWED AND REVISED SETTLEMENT STIPULATION REGARDING ARBORETUM, AND CONTINUED WORK ON RECONCILING LANDLORD CLAIMS. (1.5). |
| GRANT K | 08/12/10 | 0.90 | REVIEWED SETTLEMENT STIPULATION AND CONTINUED WORK ON RECONCILING LANDLORD CLAIMS. (.9). |
| GRANT K | 08/16/10 | 0.40 | DISCUSSIONS WITH LANDLORDS' COUNSEL REGARDING SETTLEMENT STIPULATION. (.4). |
| GRANT K | 08/17/10 | 1.40 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.4). |
| GRANT K | 08/18/10 | 0.70 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.7). |
| GRANT K | 08/19/10 | 1.20 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.2). |
| GRANT K | 08/25/10 | 1.30 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (1.3). |
| GRANT K | 08/30/10 | 0.70 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.7). |
| GRANT K | 08/31/10 | 0.80 | CONTINUED WORK ON RECONCILING AND RESOLVING LANDLORD CLAIMS AND DISCUSSIONS WITH VARIOUS LANDLORD COUNSEL REGARDING SAME. (.8). |
| | | **11.00** | |
| HERRMANN DD | 08/19/10 | 6.40 | WORK ON DRAFTS OF PNY DISCOVERY (6.1); COMMUNICATE RE KOBRA PROPERTIES (.3). |
| HERRMANN DD | 08/20/10 | 8.80 | REVIEW CORRESPONDENCE RE KOBRA PROPERTIES (.2); CONTINUE WORK ON PNY DISCOVERY (3.9); CONTIMUE TO REVIEW DOCUMENTS RE PNY FROM COMPANY FILES (4.7). |
| HERRMANN DD | 08/23/10 | 3.10 | REVIEW PNY DOCUMENTS. |
| HERRMANN DD | 08/25/10 | 2.70 | REVIEW ANTOR MEDIA FILE IN PREPARATION FOR NEGOTIATIONS AND CALL WITH COUNSEL. |

| | | | |
|---|---|---|---|
| HERRMANN DD | 08/26/10 | 3.20 | REVIEW MATERIALS RE ANTOR MEDIA CLAIM (2.7); CALL WITH COUNSEL TO ANTOR MEDIA RE CLAIM (.5). |
| HERRMANN DD | 08/27/10 | 1.80 | CONTINUE ANALYSIS OF ANTOR MEDIA CLAIM (1.8). |
| HERRMANN DD | 08/30/10 | 6.10 | WORK ON ANTOR MEDIA CLAIM OBJECTION AND NEGOTIATION (3.4); CALL WITH COUNSEL TO ANTOR MEDIA (.5); BEGIN PREPARING STIPULATION RE SAME (2.2). |
| HERRMANN DD | 08/31/10 | 2.20 | CONTINUE WORK ON ANTOR MEDIA STIP. |
| | | **34.30** | |
| KORKIS C | 08/16/10 | 1.40 | RECONCILED LANDLORD CLAIMS FOR LOCATIONS 427, 3302, 406 AND 3353. |
| KORKIS C | 08/17/10 | 2.80 | REVISED ARBORETUM STIPULATION (1.3); RECONCILED LANDLORD CLAIMS FOR LOCATIONS 427, 3302, 406, AND 3353 (1.5). |
| KORKIS C | 08/25/10 | 2.70 | DRAFT STIPULATION BETWEEN CC AND LANDLORD ARBORETUM OF SOUTH BARRINGTON (1.7); DRAFT STIPULATION BETWEEN CC AND EXPORT DEVELOPMENT CANADA (1.0). |
| KORKIS C | 08/26/10 | 3.50 | BEGAN RECONCILIATION OF CLAIM ASSERTED BY CAPARRA CENTER ASSOCIATES (0.4); FILE STIPULATION WITH ARBORETUM OF SOUTH BARRINGTON (1.1); DRAFT STIPULATION WITH AMERIWOOD INDUSTRIES (0.9); DRAFT STIPULATION WITH EXPORT DEVELOPMENT CANADA (1.1). |
| KORKIS C | 08/27/10 | 1.60 | DRAFT STIPULATION WITH AMERIWOOD INDUSTRIES. |
| | | **12.00** | |
| KUMAR JS | 08/11/10 | 1.70 | REVIEWING CERTAIN CLAIMS ISSUES (1.7). |
| KUMAR JS | 08/12/10 | 4.10 | REVIEWING CERTAIN CLAIMS ISSUES AND COMPARING ADJOURNED CLAIMS LISTINGS OF MCGUIREWOODS AND FTI (4.1). |
| KUMAR JS | 08/13/10 | 0.40 | REVIEWING CERTAIN CLAIMS ISSUES (.4). |
| | | **6.20** | |
| LAZAROFF KA | 08/02/10 | 5.90 | REVIEW DDR LANDLORD CLAIMS (.9); REVIEW K&G CLAIM AND TAX ISSUES (3); REVIEW HOLYOKE AND BREA LANDLORD CLAIMS (1); DISCUSSION AND CORRESPONDENCE SUMMARIZING PROPOSED ARBORETUM CLAIMS SETTLEMENT (.5); DISCUSSION AND CORRESPONDENCE REGARDING GGP COMMENTS TO STIPULATION AND OBJECTION TO CC CLAIMS IN GGP BANKRUPTCY CASES (.5). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 08/03/10 | 2.50 | CONTINUE DISCUSSION AND CORRESPONDENCE REGARDING PROPOSED ARBORETUM SETTLEMENT (.6); REVIEW ISSUES RELATING TO INSURANCE CLAIM IN CONNECTION WITH SAN MATEO PROPERTY (.4); REVIEW AND SUMMARIZE DDR CLAIMS RECONCILIATIONS (1.5). |
| LAZAROFF KA | 08/04/10 | 0.40 | REVIEW GGP OBJECTION TO CC CLAIMS IN GGP BANKRUPTCY CASES AND CC STRATEGY. |
| LAZAROFF KA | 08/05/10 | 2.50 | CONTINUE RECONCILIATION OF DDR CLAIMS AND PREPARE SUMMARY CHART OF THE SAME. |
| LAZAROFF KA | 08/06/10 | 0.80 | ATTENTION TO VARIOUS LANDLORD CLAIMS ISSUES. |
| LAZAROFF KA | 08/09/10 | 1.90 | DISCUSS, REVIEW AND REVISE DDR CLAIM RECONCILIATIONS (BATCH 2) AND SEND TO COUNSEL FOR DDR (.6); DRAFT AND REVISE STIPULATION SETTLING ARBORETUM CLAIM AND CORRESPONDENCE REGARDING THE SAME (.8); REVISE GGP STIPULATION (.5). |
| LAZAROFF KA | 08/10/10 | 3.30 | REVIEW LANDLORD CLAIMS AND DRAFT CLAIMS RECONCILIATIONS LETTERS. |
| LAZAROFF KA | 08/11/10 | 4.00 | DRAFT K&G STIPULATION AND CORRESPONDENCE REGARDING THE SAME (1.5); REVIEW AND DRAFT CORRESPONDENCE REGARDING BUNKER HILL AND STRATEGY REGARDING THE SAME (.5); REVIEW AND UPDATE STATUS OF LANDLORD LETTERS, RESPONSES AND SETTLEMENTS (2). |
| LAZAROFF KA | 08/12/10 | 1.70 | REVIEW, RECONCILE AND OTHER ATTENTION TO LANDLORD CLAIMS OF SITE A AND D. BRANCH CLIENTS. |
| LAZAROFF KA | 08/16/10 | 1.20 | REVIEW AND RECONCILE D BRANCH LANDLORD CLAIMS. |
| LAZAROFF KA | 08/17/10 | 1.40 | REVIEW, RECONCILE, TELECONFERENCE AND CORRESPONDENCE REGARDING D BRANCH LANDLORD CLAIMS (1.3); ATTENTION TO ARBORETUM LANDLORD SETTLEMENT ISSUES (.1). |
| LAZAROFF KA | 08/19/10 | 3.30 | ATTENTION TO VARIOUS LANDLORD CLAIMS RECONCILIATION ISSUES (2.1); REVIEW LANDLORD ADMIN CLAIM AGREEMENTS (.5); DRAFT CORRESPONDENCE TO CREDITORS' COMMITTEE, NOTICE OF SETTLEMENT AND PREPARE DOCUMENTS FOR AND COORDINATE FILING FOR K&G LANDLORD CLAIMS SETTLEMENT (.7). |
| LAZAROFF KA | 08/24/10 | 0.50 | REVIEW CONGRESSIONAL NORTH LANDLORD CLAIMS AND RELATED ADMIN CLAIM AGREEMENT. |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 08/25/10 | 2.80 | ATTENTION TO LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS (1.5); REVIEW OF AND TELECONFERENCES WITH CREDITORS' COMMITTEE REGARDING ARBORETUM SETTLEMENT (.6); ATTENTION TO CONGRESSIONAL NORTH LANDLORD CLAIM (.5); ANALYSIS OF MECHANICS' LIENS ISSUES (.2). |
| LAZAROFF KA | 08/27/10 | 2.60 | BEGIN DRAFTING 7TH FEE APP; ATTENTION TO ARBORETUM LANDLORD CLAIMS SETTLEMENT ISSUES (.3); ATTENTION TO LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS (1.8). |
| LAZAROFF KA | 08/30/10 | 1.00 | TELECONFERENCE WITH KCC REGARDING TREATMENT OF LANDLORD ADMIN CLAIM AGREEMENTS (.3); CORRESPONDENCE WITH TRANSFEREE OF CONGRESSIONAL NORTH CLAIM AND OTHER SKADDEN ATTORNEYS (.4); REVIEW OF CIM/BIRCH CLAIM, STRATEGY AND CORRESPONDENCE REGARDING THE SAME (.3). |
| LAZAROFF KA | 08/31/10 | 7.00 | ATTENTION TO RESOLUTION OF CIM/BIRCH CLAIM (.2); DRAFT LANDLORD CLAIMS RECONCILIATION LETTER TO CONGRESSIONAL NORTH (.8); REVIEW AND REVISE ADDITIONAL LANDLORD CLAIM RECONCILIATION LETTERS (.2); ATTENTION TO LANDLORD CLAIM AGREEMENTS AND CLAIMS SETTLED VIA THE SAME, INCLUDING CORRESPONDENCE WITH KCC AND FTI TO ADJUST CLAIMS REGISTER AND WATERFALL APPROPRIATELY (5.8). |
| | | **42.80** | |
| SIDHU SS | 08/03/10 | 0.10 | CONFER WITH CLAIMANT COUNSEL REGARDING POTENTIAL SETTLEMENT OF CLAIMS SUBJECT TO 70TH OMNIBUS OBJECTION. |
| SIDHU SS | 08/11/10 | 0.70 | REVIEW Z-LINE RESPONSE TO 70TH OMNIBUS OBJECTION, CONTACT Z-LINE COUNSEL REGARDING POTENTIAL SETTLEMENT OF SAME, AND CONTACT DEBTORS REGARDING SAME (.7). |
| SIDHU SS | 08/13/10 | 0.20 | REVIEW SETTLEMENT OF LOUDOUN CLAIMS FOR PURPOSES OF ANALYZING VALIDITY OF 80TH OMNIBUS OBJECTION TO SAME. |
| SIDHU SS | 08/18/10 | 0.30 | CONFER WITH CLAIMANT COUNSEL REGARDING POTENTIAL SETTLEMENT OF CLAIMS, AND REVIEW CLAIMS FOR PURPOSES OF SAME. |
| SIDHU SS | 08/19/10 | 0.20 | REVISE DRAFT OF SETTLEMENT WITH KREUGER REGARDING 70TH OMNIBUS OBJECTION (.2). |
| SIDHU SS | 08/23/10 | 0.70 | REVIEW IGATE COUNSEL'S RESPONSE TO 81ST OMNIBUS OBJECTION, 81ST OMNIBUS OBJECTION, AND IGATE CLAIM (.2); CONFER WITH IGATE COUNSEL REGARDING SAME (.3); CONFER REGARDING HANDLING OF SAME (.2). |
| SIDHU SS | 08/24/10 | 0.30 | FOLLOW UP WITH IGATE COUNSEL REGARDING RESPONSE TO 81ST OMNIBUS OBJECTION AND CONFER REGARDING SAME. |

20                                                                                       B43E

| | | | |
|---|---|---|---|
| SIDHU SS | 08/25/10 | 0.90 | REVIEW FILED RESPONSES TO 81ST OMNIBUS OBJECTION, ANALYZE SAME, AND COMPILE LISTING OF RESPONSES AND ANALYSES (.6); CONFER WITH IGATE COUNSEL REGARDING POTENTIAL SETTLEMENT OF 81ST OMNIBUS OBJECTION AND CONTACT DEBTORS REGARDING SAME (.3). |
| SIDHU SS | 08/27/10 | 0.40 | REVIEW RESPONSES TO 81ST OMNIBUS OBJECTION, ANALYZE, AND DRAFT ANALYSIS. |
| SIDHU SS | 08/30/10 | 0.30 | REVISE DRAFT SETTLEMENT WITH KREUGER RE: 70TH OMNIBUS OBJECTION AND CIRCULATE TO COUNSEL AND DEBTOR FOR APPROVAL. |
| | | **4.10** | |
| VINE J | 08/20/10 | 3.20 | RESEARCH AND DRAFT MEMO ON CONTRACT REJECTION & CALCULATION OF DAMAGES (3.2). |
| VINE J | 08/23/10 | 3.60 | RESEARCH AND DRAFT MEMO RE: CONTRACT REJECTION AND MEASURE OF DAMAGES BASED ON TERMINATION TIME PERIOD CLAUSE (3.6). |
| | | **6.80** | |
| **Total Associate** | | **199.80** | |
| HEANEY CM | 08/02/10 | 0.90 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF SUMMARY JUDGMENT MOTION (.6); REVIEW VARIOUS APPEAL AND ADVERSARY COURT DOCKETS RE: STATUS UPDATES (.3). |
| HEANEY CM | 08/04/10 | 0.30 | REVIEW VARIOUS APPEAL AND ADVERSARY DOCKETS RE: STATUS UPDATES (.3). |
| HEANEY CM | 08/06/10 | 0.40 | REVIEW APPEALS AND ADVERSARY DOCKETS RE: STATUS UPDATES (.4). |
| HEANEY CM | 08/09/10 | 0.40 | REVIEW DISTRICT COURT DOCKETS AND ADVERSARY MATTERS FOR UPDATES TO CASE FILES (.4). |
| HEANEY CM | 08/10/10 | 0.40 | REVIEW ADVERSARY AND DISTRICT COURT DOCKETS RE: UPDATES TO CASE FILES (.4). |
| HEANEY CM | 08/12/10 | 0.60 | REVIEW DOCKETS RE: STATUS OF GENTRY APPEAL (.2); REVIEW VARIOUS ADVERSARY MATTERS AND APPEALS DOCKETS RE: UPDATES TO HEARING AGENDA (.4). |
| HEANEY CM | 08/16/10 | 0.30 | REVIEW ADVERSAY CASES AND DISTRICT COURT CASE FOR UPDATES TO CASE FILES (.3). |
| HEANEY CM | 08/18/10 | 0.40 | REVIEW ADVERSARY AND DISTRICT COURT DOCKETS RE: STATUS UPDATES TO CASE FILES AND CALENDARS (.4). |
| HEANEY CM | 08/19/10 | 0.40 | REVIEW DOCKETS RE: STATUS UPDATES TO APPEALS AND ADVERSARY MATTERS (.4). |

| | | | |
|---|---|---|---|
| HEANEY CM | 08/23/10 | 0.30 | REVIEW ADVERSAY AND DISTRICT COURT DOCKETS RE: STATUS UPDATE TO CASE FILES (.3). |
| HEANEY CM | 08/24/10 | 2.70 | REVIEW MITSUBISHI ADVERSARY RE: STATUS OF RESPONSE (.3); OBTAIN, REVIEW AND DISTRIBUTE RESPONSE (.2); RESEARCH STATUS OF DEBTORS CLAIMS IN VARIOUS BANKRUPTCY CASES (2.2). |
| HEANEY CM | 08/25/10 | 2.30 | REVIEW STATUS OF ANTOR CLAIM AND DISTRIBUTE BACKGROUND DOCUMENTS (.2); RESEARCH REGARDING STATUS OF CIRCUIT CITY CLAIMS IN VARIOUS BANKRUPTCY CASES (2.1). |
| HEANEY CM | 08/26/10 | 1.60 | REVIEW COURT DOCKETS AND CLAIMS PAGES RE: STATUS OF CLAIMS FILED IN VARIOUS BANKRUPTCY CASES (1.6). |
| HEANEY CM | 08/27/10 | 1.60 | RESEARCH ON/IN STATUS OF DEBTORS CLAIMS FILED IN VARIOUS BANKRUPTCY CASES (1.6). |
| | | 12.60 | |
| **Total Legal Assistant** | | 12.60 | |
| **TOTAL TIME** | | **213.30** | |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/05/10 |
| Creditor Meetings / Statutory Committees | | | Bill Number: 1333607 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/23/10 | 1.10 | REVIEW INFORMATION PACK FOR COMMITTEE CALL (.8); CALL RE: SAME (.3). |
| GALARDI GM | 08/24/10 | 1.20 | REVIEW COMMITTEE PRESENTATION (.3); UPDATE CALL WITH COMMITTEE AND ITS MEMBERS (.9). |
| | | 2.30 | |
| **Total Partner** | | 2.30 | |
| FREDERICKS IS | 08/24/10 | 2.70 | REVIEW AND REVISE MATERIALS FOR COMMITTEE CALL AND PREPARE FOR AND PARTICIPATE IN COMMITTEE CALL (2.7). |
| FREDERICKS IS | 08/26/10 | 1.40 | PARTICIPATE IN CONFERENCE CALL W/ COUNSEL TO THE COMMITTEE RE: NOVEMBER 10 DEADLINE AND LITIGATION (.8); PARTICIPATE IN CONFERENCE CALL W/ US AND CANADIAN ADVISORS RE: RULING REQUEST (.6). |
| | | 4.10 | |
| **Total Associate** | | 4.10 | |
| **TOTAL TIME** | | **6.40** | |

B43E

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/05/10 |
| Employee Matters (General) | | | Bill Number: 1333607 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/24/10 | 0.60 | REVIEW DRAFT SETTLEMENT MOTION. |
| GALARDI GM | 08/31/10 | 0.40 | REVIEW REVISED SETTLEMENT MOTION. |
| | | 1.00 | |
| **Total Partner** | | **1.00** | |
| BAKER SK | 08/06/10 | 0.10 | TELEPHONE CALL WITH P. GRUDONIS REGARDING EMPLOYEE MATTERS (.1). |
| | | 0.10 | |
| KUMAR JS | 08/10/10 | 1.80 | FINALIZING AND FILING MOTION TERMINATING BENEFIT PROGRAMS AND AMENDING 401K PLAN (1.8). |
| | | 1.80 | |
| **Total Associate** | | **1.90** | |
| **TOTAL TIME** | | **2.90** | |

24

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Insurance                                                Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/10/10 | 0.60 | FOLLOW-UP RE: POST-CONFIRMATION INSURANCE ISSUES (.2); FOLLOW-UP RE: INSURANCE CLAIMS (.4). |
| | | **0.60** | |
| **Total Partner** | | **0.60** | |
| FREDERICKS IS | 08/10/10 | 1.70 | REVIEW AND REVISE MULTIPLE NOTICES OF CIRCUMSTANCES TO BE SENT TO INSUERS (1.7). |
| FREDERICKS IS | 08/24/10 | 1.10 | REVIEW LOCKTON AGREEMENT AND TELEPHONE CALL W/ K. BRADSHAW RE: SAME (.8); CORRESPONDENCE TO COMMITTEE RE: SAME (.3). |
| | | **2.80** | |
| **Total Associate** | | **2.80** | |
| HEANEY CM | 08/10/10 | 0.90 | DRAFT EDIT/REVISE SERVICE INFORMATION FOR NOTICE TO INSURERS (.9). |
| HEANEY CM | 08/11/10 | 2.60 | EDIT/REVISE SERVICE INFORMATION IN CONNECTION WITH INSURERS NOTICE LETTERS (.7); REVIEW BACKGROUND DOCUMENTS FOR ADDTIONAL CONTACT INFORMATION (1.9). |
| HEANEY CM | 08/12/10 | 3.30 | COORDINATE WITH THIRD PARTIES RE: UPDATES TO CONTACT INFORMATION TO NOTICE TO INSURERS (.2); REVIEW BACKGROUND DOCUMENTS FOR ALL ADDITIONAL CONTACT INFORMATION (2.7); EDIT/REVISE SERVICE INFORMATION (.4). |
| | | **6.80** | |
| **Total Legal Assistant** | | **6.80** | |
| **TOTAL TIME** | | **10.20** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Leases (Real Property)                                   Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KORKIS C | 08/11/10 | 0.80 | DISCUSSED SETTLEMENT PROCEDURES WITH K. LAZAROFF (.5); REVIEWED K&G DEARBORN DRAFT STIPULATION (.3). |
| KORKIS C | 08/13/10 | 0.30 | REVIEWED COMMENTS FROM D. CHRISTIAN RE ARBORETUM STIPULATION. |
|  |  | 1.10 |  |
| KUMAR JS | 08/24/10 | 1.20 | DRAFTING MOTION AND ORDER ASSUMING LEASE OF COMPANY HEADQUARTERS (1.2). |
|  |  | 1.20 |  |
| **Total Associate** |  | **2.30** |  |
| **TOTAL TIME** |  | **2.30** |  |

Circuit City Stores, Inc. (DIP)                              Bill Date: 10/05/10
Litigation (General)                                         Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/02/10 | 5.80 | REVIEW AND REVISE MOTION FOR PARTIAL SUMMARY JUDGMENT ON MITSUBISHI NEW VALUE DEFENSE. |
| GALARDI GM | 08/17/10 | 0.70 | REVIEW AND FOLLOW-UP RE: PA/MITSUBISHI INITIAL DISCLOSURES. |
| GALARDI GM | 08/24/10 | 0.80 | REVIEW AND OUTLINE REPLY TO MITSUBISHI RESPONSE ON SUMMARY JUDGMENT. |
| GALARDI GM | 08/26/10 | 2.10 | BEGIN REVISING MITSUBISHI REPLY. |
| GALARDI GM | 08/27/10 | 5.10 | REVIEW AND REVISE REPLY BRIEF RE: MITSUBISHI NEW VALUE DEFENSE. |
| GALARDI GM | 08/30/10 | 2.30 | BEGIN PREPARATION FOR SUMMARY JUDGMENT ARGUMENT ON MITSUBISHI NEW VALUE DEFENSE. |
| GALARDI GM | 08/31/10 | 2.20 | PREPARE FOR AND ARGUE MITSUBISHI SUMMARY JUDGMENT AND MOTION TO DISMISS (2.2). |
| | | 19.00 | |
| **Total Partner** | | **19.00** | |
| BAKER SK | 08/04/10 | 0.90 | REVISE 9019 MOTION REGARDING TAX LIABILITIES (.9). |
| BAKER SK | 08/31/10 | 0.70 | REVISE SETTLEMENT AGREEMENT AND MOTION REGARDING INTERTAN AND VANTOUX (.6); REVIEW CORRESPONDENCE FROM J. POMERANTZ REGARDING INTERTAN AND VANTOUX AGREEMENT (.1). |
| | | 1.60 | |
| BUGAY JJ | 08/01/10 | 2.10 | WORK ON MITSUBISHI NEW VALUE DEFENSE SUMMARY JUDGMENT BRIEF. |
| BUGAY JJ | 08/02/10 | 10.90 | WORK ON MITSUBISHI NEW VALUE MOTION/ORDER/MEMO. |
| BUGAY JJ | 08/11/10 | 3.90 | REVIEW DOCUMENTS RE: MITSUBISHI 7026 DISCLOSURES AND BEGIN DRAFTING 7026 DISCLOSURE (1.7); REVIEW DOCUMENTS RE: MOTION TO FILE LATE CLAIM IN KOBRA CASE AND BEGIN DRAFTING STIPULATION OF FACTS RE: SAME (2.2). |
| BUGAY JJ | 08/12/10 | 6.10 | REVIEW BACKGROUND DOCUMENTS RE: KOBRA MOTION (.7); RESEARCH AND COMPLETE DRAFT OF KOBRA STIPULATION (5.4). |
| BUGAY JJ | 08/13/10 | 2.40 | REVISE KOBRA STIPULATION (2.4). |

| | | | |
|---|---|---|---|
| BUGAY JJ | 08/17/10 | 1.80 | VARIOUS COMMUNICATIONS RE: 7026 DISCLOSURES IN MITSUBISHI (.3); REVIEW AND DRAFT FINAL REVISIONS TO 7026 (.4); REVIEW OPPOSING COUNSEL'S 7026 DISCLOSURE (.2); BEGIN TO DRAFT STIPULATION RE: INTUIT (.9). |
| BUGAY JJ | 08/18/10 | 2.70 | COMPLETE FIRST DRAFT OF INTUIT STIPULATION (2.7). |
| BUGAY JJ | 08/23/10 | 1.90 | DRAFT CHINA EXPORT SETTLEMENT. |
| BUGAY JJ | 08/24/10 | 5.20 | BEGIN TO RESEARCH AND DRAFT REPLY TO MITSUBISHI NEW VALUE OPPOSITION (5.2). |
| BUGAY JJ | 08/25/10 | 7.40 | CONTINUE TO DRAFT AND RESEARCH REPLY TO MITSUBISHI RESPONSE (7.4). |
| BUGAY JJ | 08/26/10 | 7.40 | RESEARCH AND REVISE MITSUBISHI NEW VALUE REPLY. |
| BUGAY JJ | 08/27/10 | 3.10 | REVIEW, RESEARCH AND REVISE MITSUBISHI REPLY. |
| BUGAY JJ | 08/28/10 | 0.70 | BEGIN TO DRAFT STIPULATION RE: PINNACLE CLAIM (.7). |
| BUGAY JJ | 08/29/10 | 3.20 | CONTINUE TO DRAFT STIPULATION RE: PINNACLE SYSTEMS. |
| | | **58.80** | |
| FREDERICKS IS | 08/10/10 | 0.40 | CORRESPONDENCE FROM AND TO MITSUBISHI RE: LITIGATION (.4). |
| FREDERICKS IS | 08/11/10 | 7.40 | RESEARCH RELATED TO PREFERENCE DEFENSES (7.4). |
| FREDERICKS IS | 08/12/10 | 3.70 | REVIEW RESEARCH RELATED TO PREFERENCES AND CONDUCT ADDITIONAL RESEARCH RE: SAME (3.7). |
| FREDERICKS IS | 08/13/10 | 3.30 | REVIEW MITSUBISHI SUPPORT RE: RECOUPMENT AND TELEPHONE CALL W/ B. FOSE RE: SAME AND OTHER MITSUBISHI MATTERS (1.2); MULTPLE CORRESPONDENCE TO AND FROM CC RE: AVOIDANCE ACTION AND OTHER LITIGATION DEADLINES (.4); RESEARCH RE: SAME (1.7). |
| FREDERICKS IS | 08/16/10 | 3.70 | REVIEW RESEARCH RE: PREFERENCE ISSUES AND CONDUCT ADDITIONAL RESEARCH RE: SAME (1.4); CONDUCT ADDITIONAL RESEARCH RE: RECOUPMENT (2.3). |
| FREDERICKS IS | 08/17/10 | 10.40 | REVIEW COMPLAINT AND ANSWER AND DRAFT DISCOVERY RE: MITSUBISHI (10.4). |
| FREDERICKS IS | 08/18/10 | 9.20 | CONTINUE TO DRAFT DISCOVERY RE: MITSUBISHI (9.2). |
| FREDERICKS IS | 08/24/10 | 1.80 | REVIEW MITSUBISHI'S RESPONSE TO SUMMARY JUDGMENT MOTION AND WORK W/ J. BUGAY RE: REPLY (1.8). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 08/25/10 | 8.70 | MITSUBISHI - REVIEW AND REVISE REPLY AND CONDUCT ADDITIONAL RESEARCH RE: SAME (8.7). |
| FREDERICKS IS | 08/26/10 | 8.70 | REVIEW AND REVISE MULTIPLE DRAFTS OF THE REPLY IN SUPPORT OF SUMMARY JUDGMENT AND CONDUCT RELATED RESEARCH (8.7). |
| FREDERICKS IS | 08/27/10 | 7.30 | REVIEW, REVISE, FINALIZE AND CONDUCT RESEARCH RELATED TO 503B9/PREFERENCE REPLY (MITSUBISHI) (6.1); CONFERENCE CALL W/ CC RE: PENDING LITIGATION (1.2). |
| FREDERICKS IS | 08/30/10 | 2.40 | CONDUCT ADDITIONAL RESEARCH RELATED TO 503B9/NEW VALUE ISSUE TO PREPARE FOR HEAIRNG (2.4). |
| FREDERICKS IS | 08/31/10 | 1.80 | MEETING W/ CC RE: AVOIDANCE ACTION DEADLINE AND RELATED ISSUES (1.8). |
| | | **68.80** | |
| LIBERI JM | 08/02/10 | 4.80 | CONSIDER SUMMARY JUDGMENT ISSUES RE: MITSUBISHI (0.4); COMMUNICATE WITH COUNSEL FOR A. SIEGEL RE: DEBTORS AND COMMITTEE MATTERS (0.3); REVIEW NOTICES OF CONFERENCE RE: CALIFORNIA CLASS ACTION CASES (0.4); FOLLOW-UP RE: ATTENDING AND PREPARING FOR SAME (0.3); COMMUNICATE WITH COUNSEL FOR CARIBBEAN DISPLAY RE: CLAIMS ISSUES (0.2); WORK ON MANDATORY DISCLOSURES RE: CC INVESTORS ADVERSARY PROCEEDING (3.2). |
| LIBERI JM | 08/03/10 | 3.20 | REVIEW PREFERENCE ACTION LEGAL ARGUMENT ISSUES (0.8); RESEARCH CASE LAW RE: ASSERTION OF ATTORNEY-CLIENT PRIVILEGE BY DEBTORS' SUCCESSORS (0.9); RESEARCH PREFERENCE DEFENSE ISSUES (0.8); REVIEW COMMUNICATIONS FROM COMMITTEE COUNSEL RE: SEALING ORDERS (0.1); REVIEW COMMUNICATIONS WITH COMMITTEE COUNSEL RE: PAYMENT OF TAX CLAIMS (0.2); REVIEW STATUS OF TAX CLAIMS (0.4). |
| LIBERI JM | 08/04/10 | 0.90 | COMMUNICATE WITH COUNSEL FOR MITSUIBISHI RE: CLAIMS RECONCILIATION AND SETTLEMENT MATTERS (0.4); REVIEW DETAIL RE: MITSUBISHI MATTERS (0.5). |
| LIBERI JM | 08/05/10 | 4.10 | REVIEW SETTLEMENT PROPOSAL RE: CC INVESTORS ADVERSARY PROCEEDING (1.4); CONFIRM INFORMATION AND DATA ASSUMPTIONS UNDERLYING SETTLEMENT PROPOSAL (2.4); COMMUNICATE WITH DEBTORS RE: SETTLEMENT MATTERS (0.3). |
| LIBERI JM | 08/06/10 | 1.50 | FOLLOW UP WITH SEGA RE: CLAIMS AND SETTLEMENT MATTERS (0.3); REVIEW DRAFT SETTLEMENT RE: OMNIBUS CLAIMS OBJECTION (0.3); REVIEW COMMUNICAIONS WITH COUNSEL FOR RALEIGH NEWS & OBSERVER RE: CLAIMS OBJECTION MATTERS (0.2); REVIEW RESPONSES TO CLAIMS OBJECTIONS AND CONSIDER POTENTIAL RESOLUTIONS (0.7). |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/10/10 | 3.40 | REVIEW COMMUNICATIONS WITH COUNSEL FOR MITSUBISHI (0.3); ANALYZE POTENTIAL AREAS FOR DISCOVERY AND DEPOSITIONS RE: CC INVESTORS ADVERSARY (2.3); REVIEW DOCUMENTS RE: DISCOVERY ISSUES IN CC INVESTORS ADVERSARY (0.8). |
| LIBERI JM | 08/11/10 | 6.70 | BEGIN DRAFTING DISCOVERY RE: CC INVESTORS ADVERSARY PROCEEDING (2.7); REVIEW DOCUMENTS AND DATA SUPPORTING CLAIMS AGAINST POTENTIAL ADVERSARY DEFENDANTS (1.8); REVIEW PREFERENCE RESEARCH RE: LEGAL DEFENSES IN FOURTH CIRCUIT AND OTHER JURISDICTIONS (2.2). |
| LIBERI JM | 08/12/10 | 1.90 | REVIEW AND REVISE MANDATORY DISCLOSURES RE: MITSUBISHI ADVERSARY PROCEEDING (1.1); CONSIDER DISCOVERY AND EVIDENTIARY ISSUES RE: MITSUBISHI (0.8). |
| LIBERI JM | 08/13/10 | 2.70 | REVIEW COMMUNICATIONS WITH DEBTORS RE: DRAFTING COMPLAINTS (0.4); CONSIDER REVISIONS TO OMNIBUS OBJECTION ORDER (0.3); REVIEW SUPOPRTING DATA AND INFORMATION RE: DRAFTING COMPLAINTS AGAINST VENDORS (1.5); REVIEW CASE CALENDAR RE: RESPONSE AND DISCOVERY DEADLINES (0.3); COORDINATE RESPONSES TO DISCOVERY DEADLINES (0.2). |
| LIBERI JM | 08/16/10 | 1.10 | COMMUNICATE WITH COUNSEL FOR GATEWAY RE: CLAIMS RECONCILIATION AND SETTLEMENT ISSUES (0.3); REVIEW PREFERENCE ISSUES RE: GATEWAY (0.3); REVIEW AND COMMENT ON MITSUBISHI DISCOVERY (0.5). |
| LIBERI JM | 08/18/10 | 5.80 | REVIEW DISCOVERY DOCUMENTS RE: CC INVESTORS ADVERSARY PROCEEDING (3.3); WORK ON DISCOVERY PAPERS (1.4); REVIEW SETTLEMENT COMMUNICATIONS RE: Z-LINE (0.2); REVIEW CLAIM OF Z-LINE AND PROPOSED RESOLUTION (0.3); REVIEW INFORMATION RE: POTENTIAL ADVERSARY PROCEEDING TARGETS (0.6). |
| LIBERI JM | 08/19/10 | 6.50 | REVIEW AND REVISE MITSUBISHI WRITTEN DISCOVERY RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DOCUMENT REQUESTS (2.4); WORK ON CC INVESTORS DISCOVERY MATTERS (2.8); FOLLOW UP ON INFORMATION REQUESTS TO CREDITORS (0.6); REVIEW RESPONSES TO 80TH AND 81ST OMNIBUS OBJECTIONS (0.7). |
| LIBERI JM | 08/20/10 | 4.40 | RESEARCH CUT-OFF OF LANDLORD'S REMEDIES AFTER SALE OF LEASED PROPERTY (1.3); WORK ON DISCOVERY OUTLINE RE: CC INVESTORS ADVERSARY PROCEEDING (1.6); RESEARCH INSURANCE ISSUES RE: LEASED PROPERTY (1.5). |