**EXHIBIT D-3**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| LIBERI JM | 08/23/10 | 1.70 | REVIEW SEGA'S COMMENTS AND MARK-UP OF DRAFT SETTLEMENT AGREEMENT (0.7); REVISE SEGA SETTLEMENT AGREEMENT (0.4); REVIEW INITIAL DISCLOSURES PROVIDED BY MITSUBISHI AND INSURANCE CO. OF STATE OF PA (0.6). |
| LIBERI JM | 08/24/10 | 4.40 | REVIEW MITSUBISHI RESPONSE TO SUMMARY JUDGMENT MOTION (0.3); REVIEW AND REVISE MITSUBISHI DISCOVERY REQUESTS (1.2); REVIEW RESEARCH RE: ADEQUACY OF REQUIRED INITIAL DISCLOSURES (0.7); COMMUNICATE WITH COUNSEL FOR CREDITORS RESPONDING TO 80TH AND 81ST OMNIBUS OBJECTIONS (0.4); RESEARCH RECOUPMENT ISSUES (1.8). |
| LIBERI JM | 08/25/10 | 3.50 | PREPARE FOR AND ATTEND TELEPHONIC RULE 26(F) CONFERENCE WITH COUNSEL FOR MITSUBISHI (2.4); REVIEW AND COMMENT ON DRAFT HEARING AGENDA (0.3); REVIEW RESEARCH RE: INADEQUACY OF ANSWERS TO A COMPLAINT AND REMEDIES (0.8). |
| LIBERI JM | 08/26/10 | 2.80 | REVIEW CARMAX COMPLAINT AND EXHIBITS (0.8); WORK ON CC INVESTORS ADVERSARY DISCOVERY (1.4); REVIEW RESEARCH AND CASE LAW RE: PREFERENCE DEFENSES (0.6). |
| LIBERI JM | 08/27/10 | 3.60 | PREPARE FOR AND ATTEND TELEPHONIC STATUS CONFERENCE RE: CARD CALIFORNIA CLASS ACTION MATTER (1.2); REVIEW REVISED SETTLEMENT PROPOSAL FROM CC INVESTORS (0.5); REVIEW SETTLEMENT PROPOSAL WITH DEBTORS (0.3); REVIEW RESPONSE OF COMMERCE HUB TO OMNIBUS OBJECTION (0.3); ATTEMPT TO CONFIRM ALLEGATIONS IN COMMERCE HUB RESPONSE (0.4); RESEARCH SECTION 553 AND 558 SETOFF ISSUES (0.9). |
| LIBERI JM | 08/30/10 | 6.60 | COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT MATTERS (0.3); REVIEW SEGA COMMENTS TO DRAFT SETTLEMENT AGREEMENT (0.4); REVISE DRAFT SEGA SETTLEMENT AGREEMENT (0.3); REVIEW BETHESDA SOFTWORKS LLC COMMENTS TO DRAFT SETTLEMENT AGREEMENT (0.3); COMMUNICATE WITH COUNSEL FOR BETHESDA RE: SETTLEMENT MATTERS (0.3); REVISE BETHESDA SETTLEMENT AGREEMENT (0.3); COMMUNICATE WITH DEBTORS RE: SETTLEMENT MATTERS (0.5); REVIEW STATUS OF CLAIMS OBJECTIONS AND CONFIRMATION OBJECTIONS RE: CONFIRMATION ISSUES (1.2); REVIEW PREFERENCE DATA RE: SEGA AND BETHESDA (0.7); REVIEW RESPONSES TO 80TH AND 81ST OMNIBUS OBJECTIONS (1.6); FOLLOW UP RE: OMNIBUS OBJECTION RESPONSES (0.7). |

| | | | |
|---|---|---|---|
| LIBERI JM | 08/31/10 | 2.90 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: CC INVESTORS ADVERSARY PROCEEDING (1.4); REVIEW AND COMMENT ON CONFIRMATION HEARING AGENDA (0.4); REVIEW STATUS OF CONFIRMATION OBJECTIONS FILED BY CLAIMS OBJECTION CREDITORS (0.7); REVIEW CLAIM AND COMMENT ON KREUGER SETTLEMENT MATTERS (0.4). |
| | | **72.50** | |
| SIDHU SS | 08/10/10 | 3.00 | CONFER REGARDING UPDATES TO NOTICE OF CIRCUMSTANCES TO DEBTORS' INSURERS REGARDING FRENCH TAX ISSUES (.7); REVIEW DEBTOR D&O INSURANCE POLICIES, FACT MEMORANDUMS REGARDING FRENCH TAX ISSUES, AND REVISE NOTICES OF CIRCUMSTANCES TO REFLECT ADDITIONAL INFORMATION FROM SAME (2.1); COORDINATE DRAFTING OF NOTICE LIST REGARDING NOTICE OF CIRCUMSTANCES (.2). |
| SIDHU SS | 08/12/10 | 0.30 | REVIEW NOTICE LIST REGARDING SERVICE OF NOTICE OF CIRCUMSTANCES REGARDING FRENCH TAX ISSUES AND VERIFY ACCURACY. |
| SIDHU SS | 08/16/10 | 0.60 | REVIEW AND REVISE NEW YORK STATE TAX SETTLEMENT AND DRAFT NOTICE REGARDING SAME. |
| SIDHU SS | 08/18/10 | 0.40 | COMPILE RELEVANT D&O POLICIES FOR PURPOSES OF NOTICE OF CIRCUMSTANCES REVIEW. |
| SIDHU SS | 08/19/10 | 4.50 | REVIEW PANASONIC CLAIMS AND DOCUMENTATION FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.9); DRAFT ADVERSARY COMPLAINT REGARDING PANASONIC CLAIMS (1.7); REVIEW TOSHIBA CLAIMS AND DOCUMENTATION FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (1.1); REVIEW GARMIN CLAIMS AND DOCUMENTATION FOR PURPOSES OF DRAFTING ADVERSARY COMPLAINT (.1); CONSOLIDATE RELEVANT D&O POLICIES FOR PURPOSES OF REVIEWING NOTICE OF CIRCUMSTANCES (.7). |
| | | **8.80** | |
| VINE J | 08/10/10 | 7.80 | RESEARCH SECTION 547(C) PREFERENCE DEFENSES RE: TIMING OF PAYMENT AGAINST CONTRACT TERMS IN THE SECOND, THIRD AND FOURTH CIRCUITS AND THE ORDER IN WHICH THE PREFERENCE DEFENSES ARE ANALYZED (7.8). |
| VINE J | 08/11/10 | 9.00 | RESEARCH AND DRAFT MEMO ON SECTION 547(C) DEFENSES RE: ORDER OF DEFENSES, MEANING ORDINARY BUSINES TERMS AND COURSE OF BUSINESS AND AN OVERVIEW EASTERN DISTRICT OF VA CASES (9). |
| VINE J | 08/16/10 | 1.90 | RESEARCH AND DRAFT MEMO ON SECTIONS 547(B) & (C) AND CHECK HONOR/RECEIPT DATES IN THE FOURTH CIRCUIT (1.9). |

B43E

| | | | |
|---|---|---|---|
| VINE J | 08/17/10 | 2.40 | RESEARCH AND DRAFT MEMO RE: PLEADING STANDARDS FOR ANSWERS AND DENIALS (2.4). |
| VINE J | 08/24/10 | 1.10 | RESEARCH PAYMENT BY CHECK CONSTITUTING TRANSFERS (1.1). |
| VINE J | 08/25/10 | 6.50 | RESEARCH AND DRAFT MEMO RE: RULE 8 DENIALS AND EFFECT OF LACK OF FACTUAL SUPPORT (4.3); RESEARCH AND DRAFT A MEMO RE: EARMARK DOCTRINE (2.2). |
| VINE J | 08/26/10 | 8.90 | FINALIZE MEMO ON RESEARCH RE: EARMARKING DOCTRINE (2.1); RESEARCH AND DRAFT A MEMO RE: DEFENSES TO SECTION 547(B)(5) (4.9); RESEARCH AND DRAFT A MEMO RE: SECTION 547(B)(5) AND SETOFF (1.9). |
| VINE J | 08/27/10 | 1.10 | FINALIZE MEMO RE: SETOFF & SECTION 547(B)(5) ANALYSIS (1.1). |
| | | **38.70** | |
| **Total Associate** | | **249.20** | |
| HEANEY CM | 08/10/10 | 0.20 | COORDINATE WITH THIRD PARTIES RE: REQUEST FOR TELEPHONIC APPEARANCE SHEETS FOR CALIFORNIA MATTERS (.2). |
| HEANEY CM | 08/17/10 | 3.60 | EDIT/REVISE DOCUMENTS IN CONNECTION WITH MITSUBISHI APPEAL (3.6). |
| HEANEY CM | 08/19/10 | 0.70 | REVIEW BACKGROUND INFORMATION IN CONNECTION WITH MITSUBISHI MATTER (.7). |
| HEANEY CM | 08/25/10 | 0.30 | OBTAIN/ORDER REVIEW, ORGANIZE AND DISTRIBUTE CARMAX COMPLAINT (.3). |
| HEANEY CM | 08/27/10 | 2.70 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION AND FILING OF REPLY BRIEF TO SUMMARY JUDGMENT MOTION (2.7). |
| HEANEY CM | 08/30/10 | 1.80 | OBTAIN/ORDER ORGANIZE AND PREPARE CASE LAW FOR MITSUBISHI ARGUMENT (1.8). |
| | | **9.30** | |
| **Total Legal Assistant** | | **9.30** | |
| **TOTAL TIME** | | **277.50** | |

Circuit City Stores, Inc. (DIP)                                          Bill Date: 10/05/10
Litigation (Insurance Recovery)                                          Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/16/10 | 0.30 | FOLLOW-UP RE: LOCKTON AND TRAVELERS. |
| GALARDI GM | 08/24/10 | 0.20 | REVIEW EMAILS AND FOLLOW-UP RE: LOCKTON. |
|  |  | 0.50 |  |
| **Total Partner** |  | **0.50** |  |
| **TOTAL TIME** |  | **0.50** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Nonworking Travel Time                                   Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/03/10 | 1.80 | NON-WORKING TRAVEL TO RICHMOND FOR STATUS CONFERENCE ON PLAN AND HEARING. |
| GALARDI GM | 08/04/10 | 1.60 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| GALARDI GM | 08/30/10 | 1.80 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 08/31/10 | 2.20 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| | | 7.40 | |
| **Total Partner** | | **7.40** | |
| FREDERICKS IS | 08/22/10 | 3.20 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (WEATHER DELAYS) 6.4). |
| FREDERICKS IS | 08/23/10 | 1.90 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (3.9). |
| FREDERICKS IS | 08/30/10 | 1.70 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA (3.4). |
| FREDERICKS IS | 08/31/10 | 2.00 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (4.1). |
| | | 8.80 | |
| **Total Associate** | | **8.80** | |
| **TOTAL TIME** | | **16.20** | |

Circuit City Stores, Inc. (DIP)                                     Bill Date: 10/05/10
Reorganization Plan / Plan Sponsors                                 Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/01/10 | 0.90 | REVIEW SUBSTANTIVE CONSOLIDATION ANALYSIS (.8); EMAILS RE: NEXT STEPS WITH COMMITTEE RE: SAME (.1). |
| GALARDI GM | 08/02/10 | 3.40 | CALL RE: COMMITTEE PLAN COMMENTS AND RELATED ISSUES; CALL WITH COMMITTEE ON PLAN DOCUMENTATION ISSUES AND SUBSTANTIVE CONSOLIDATION ANALYSIS (.8); FOLLOW-UP RE: SAME WITH BOARD (.1); REVIEW AND ANALYZE LIQUIDATION ANALYSIS FROM FTI (.9); WORK ON ISSUES RE: D&O/ PRIVILEGE MATTERS (.7). |
| GALARDI GM | 08/03/10 | 7.30 | CONTINUE TO WORK ON ISSUES RE: SUPPLEMENTAL TAX DISCLOSURE, LIQUIDATING ANALYSIS AND SUBSTANTIVE CONSOLIDATION (4.2); CALLS AND EMAILS WITH COMMITTEE COUNSEL RE: SAME AND OPEN ISSUES (1.4); CONFERENCE CALL WITH BOARD AND COMMITTEE RE: STATUS (.6); CONTINUE ANALYZING INSURANCE AND PRIVILEGE ISSUES (.7); PRE-CALL WITH BOARDS RE: STATUS OF PLAN DOCUMENTS AND ISSUES. |
| GALARDI GM | 08/04/10 | 2.20 | PREPARE FOR AND ATTEND HEARING RE: PLAN MATTERS AND NOTICE MOTION (.9); FOLLOW-UP RE: DRAFTS OF DOCUMENTS FOR FILING AND REVIEW CHANGES (.8); FOLLOW-UP CALLS ON LIQUIDATION ANALYSIS (.5). |
| GALARDI GM | 08/05/10 | 0.80 | ADDRESS NUMEROUS EMAILS RE: PLAN DOCUMENTS AND REMAINING NON-SUBSTANTIVE ISSUES (.8). |
| GALARDI GM | 08/06/10 | 1.70 | REVIEW VARIOUS PLAN EXHIBITS (.9); REVIEW EMAILS RE: SERVICE AND TIMING MATTERS RE: SUPPLEMENTAL DISCLOSURE (.1); REVIEW AND RESPOND TO EMAILS ON ISSUES, INCLUDING LIQUIDATION ANALYSIS (.4); REVIEW AND COMMENT ON EMAILS RE: TAX ISSUES AND RECEIVABLE (.3). |
| GALARDI GM | 08/09/10 | 4.70 | REVIEW AND COMMENT ON VARIOUS PLAN AND SUPPLEMENTAL DISCLOSURE DOCUMENTS (3.6); REVIEW AND RESPOND TO NUMEROUS EMAILS RE: SAME (.7); CALLS/EMAILS WITH FTI RE: LIQUIDATION ANALYSIS (.3); CALL WITH J. MARCUM RE: STATUS (.1). |
| GALARDI GM | 08/10/10 | 0.90 | FOLLOW-UP RE: MEDIATION DEADLINES AND OBLIGATIONS RE: PLAN TIMING AND RELATED MATTERS (.3); BRIEFLY REVIEW CERTAIN DOCUMENTS FILED AND BEGIN WORKING ON CONFIRMATION PREPARATION MATTERS (.6). |

| | | | | |
|---|---|---|---|---|
| GALARDI GM | 08/18/10 | 1.20 | | REVIEW AND FOLLOW-UP RE: CONFIRMATION ISSUES AND HEARING DATE MATTERS; FOLLOW-UP RE: CONFIRMATION PLANNING. |
| GALARDI GM | 08/22/10 | 0.20 | | REVIEW NOTICE OF CONFIRMATION HEARING. |
| GALARDI GM | 08/27/10 | 1.10 | | BEGIN REVIEWING NEW CONFIRMATION OBJECTIONS. |
| GALARDI GM | 08/31/10 | 0.30 | | EMAILS RE: RESERVES AND BOND (.1); REVIEW CONFIRMATION CHECKLIST (.2). |
| | | **24.70** | | |
| **Total Partner** | | **24.70** | | |
| BAKER SK | 08/05/10 | 0.60 | | TELEPHONE CALL WITH M. HAIMAN REGARDING DEBTORS PLAN (.2); TELEPHONE CALL WITH REPRESENTATIVE OF HAIN CAPITAL HOLDINGS REGARDING CONFIRMATION ISSUES (.2); TELEPHONE CALL WITH W. DEAN REGARDING STATUS OF PLAN CONFIRMATION (.2). |
| BAKER SK | 08/16/10 | 0.10 | | REVIEW CORRESPONDENCE FROM J. STAHLER REGARDING PLAN CONFIRMATION (.1). |
| BAKER SK | 08/17/10 | 5.80 | | BEGIN REVIEW OF CONFIRMATION OBJECTIONS AND DRAFTING RESPONSES (5.8). |
| BAKER SK | 08/18/10 | 5.50 | | REVIEW CORRESPONDENCE FROM B. GRAY REGARDING DESOTO COUNTY OBJECTION TO CONFIRMATION (.2); REVIEW CORRESPONDENCE FROM M. AMES REGARDING CONFIRMATION OBJECTION AND RESPOND THERETO (.3); REVIEW DEBTORS 2ND AMENDED PLAN AND DISCLOSURE STATEMENT REGARDING PREPARATION FOR RESOLVING CONFIRMATION OBJECTIONS (1.3); REVIEW CONFIRMATION OBJECTIONS AND DRAFT RESPONSES (3.7). |
| BAKER SK | 08/19/10 | 0.60 | | REVIEW CORRESPONDENCE FROM M. AMES REGARDING CONFIRMATION OBJECTION (.1); REVIEW CORRESPONDENCE FROM D. MENDELL REGARDING STATE OF CONNECTICUT'S CONFIRMATION OBJECTION (.1); CONFERENCE CALL REGARDING TAX CLAIMS AND CONFIRMATION OBJECTIONS (.4). |
| BAKER SK | 08/20/10 | 2.10 | | REVIEW CONFIRMATION OBJECTIONS TO VARIOUS PARTIES REGARDING RESOLUTION OF REJECTIONS (2.1). |
| BAKER SK | 08/24/10 | 0.60 | | CONFERENCE CALL REGARDING CLAIMS OBJECTION (.3); DRAFT CORRESPONDENCE TO VARIOUS COUNSEL REGARDING 3020 MOTION (.3). |
| BAKER SK | 08/25/10 | 0.70 | | DRAFT CORRESPONDENCE TO VARIOUS COUNSEL REGARDING CONFIRMATION OBJECTIONS (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 08/27/10 | 2.30 | TELEPHONE CALL WITH P. TAMPOR REGARDING KODAK CONFIRMATION OBJECTION (.2); DRAFT CORRESPONDENCE TO VARIOUS COUNSEL REGARDING CONFIRMATION OBJECTIONS (.8). REVIEW SAFECO CLAIMS, CONFIRMATION OBJECTIONS AND INDEMNITY AGREEMENT IN PREPARATION OF CONFERENCE CALL (.9); TELEPHONE CALL WITH SAFECO REGARDING CONFIRMATION OBJECTION (.4). |
| BAKER SK | 08/30/10 | 1.60 | REVIEW CORRESPONDENCE FROM NYKO REGARDING PLAN CONFIRMATION AND DRAFT RESPONSE THERETO (.2); REVIEW CUSTOMS PLAN OBJECTION AND CLAIM REGARDING RESOLUTION OF ISSUES (.4); CONFERENCE CALL REGARDING CUSTOMS PLAN OBJECTION (.2); CONFERENCE CALL REGARDING STATUS OF CONFIRMATION DOCUMENTS (.8). |
| BAKER SK | 08/31/10 | 1.80 | REVIEW CORRESPONDENCE FROM J. STAHLER REGARDING CONFIRMATION HEARING AND DRAFT REPLY THERETO (.1); REVIEW CORRESPONDENCE FROM D. TRACHE REGARDING ENVISION'S OBJECTION TO CONFIRMATION (.1); REVIEW CORRESPONDENCE FROM NYKO REGARDING WITHDRAW CONFIRMATION OBJECTION (.1); REVIEW CORRESPONDENCE REGARDING CUSTOMS CONFIRMATION OBJECTION (.1); TELEPHONE CALL WITH V. JESLISAVIC REGARDING CONFIRMATION ISSUES (.2); REVIEW AND EDIT CONFIRMATION BRIEF (1.2). |
| | | **21.70** | |
| FREDERICKS IS | 08/09/10 | 5.30 | WORK ON ISSUES RELATED TO FINALIZING, FILING, AND SERVICE OF AMENDED PLAN AND ALL RELATED DOCUMENTS (5.3). |
| FREDERICKS IS | 08/27/10 | 0.90 | CONFERENCE CALL W/ SKADDEN WORKING GROUP RE: FRANCE (.4); WORK W/ SKADDEN WORKING GROUP RE: RESOLVING CONFIRMATION OBJECTIONS (.5). |
| FREDERICKS IS | 08/30/10 | 4.90 | REVIEW AND REVISE DOCUMENTS TO FILED IN CONNECTION W/ CONFIRMATION HEARING (4.9). |
| | | **11.10** | |
| GRANT K | 08/02/10 | 2.80 | CONTINUED REVIEW OF PLAN DOCUMENTS (2.1); CONFERENCE CALL WITH COMMITTEE AND FTI REGARDING SAME. (.7). |
| GRANT K | 08/03/10 | 5.70 | CONTINUED REVIEW AND REVISION OF PLAN AND RELATED DOCUMENTS (2.4); DISCUSSIONS WITH COMMITTEE COUNSEL AND CLIENT REGARDING SAME. (3.3). |
| GRANT K | 08/04/10 | 2.10 | CONTINUED WORK ON PLAN DOCUMENTS AND DISCUSSIONS REGARDING SAME. (2.1). |
| GRANT K | 08/06/10 | 0.40 | WORKED ON SCHEDULE FOR FILING PLAN DOCUMENTS. (.4). |

| | | | |
|---|---|---|---|
| GRANT K | 08/09/10 | 0.60 | CONTINUED WORK ON FINALIZING PLAN AND ANCILLARY DOCUMENTS. (.6). |
| GRANT K | 08/16/10 | 0.50 | EMAILS REGARDING PLAN AND SETTLEMENT MOTION. (.5). |
| GRANT K | 08/18/10 | 0.20 | EMAILS WITH COMMITTEE REGARDING CONFIRMATION. (.2). |
| | | **12.30** | |
| KUMAR JS | 08/02/10 | 7.40 | BOARD CALL RE PLAN AND ASSOCIATED DOCUMENTS AND PREPARATION (1.2). CALL WITH COMMITTEE RE SUBSTANTIVE CONSOLIDATION AND PLAN DOCUMENTS AND PREPARATION (1.3). REVISING PLAN DOCUMENTS, CONFIRMATION BRIEF AND EXHIBITS (4.9). |
| KUMAR JS | 08/03/10 | 8.90 | REVISING PLAN AND ASSOCIATED DOCUMENTS AND EMAILS AND CALLS WITH COMPANY, BOARD AND CREDITORS' COMMITTEE RE SAME (8.9). |
| KUMAR JS | 08/04/10 | 5.40 | REVISING PLAN AND ASSOCIATED DOCUMENTS AND EMAILS AND CALLS RE SAME (5.4). |
| KUMAR JS | 08/05/10 | 5.30 | REVISING PLAN AND ASSOCIATED DOCUMENTS AND EMAILS RE SAME (5.3). |
| KUMAR JS | 08/06/10 | 3.70 | REVISING PLAN AND ASSOCIATED DOCUMENTS AND EMAILS RE SAME (3.7). |
| KUMAR JS | 08/09/10 | 8.20 | FINALIZING AND FILING PLAN, SUPPLEMENT AND RELATED DOCUMENTS (8.2). |
| KUMAR JS | 08/10/10 | 3.20 | REVISING 9019 MOTION AND RELATED SETTLEMENT AGREEMENT WITH POST-PETITION DIRECTORS AND OFFICERS OF VENTOUX AND INTERTAN (3.2). |
| KUMAR JS | 08/11/10 | 5.50 | UPDATING TABLE OF CONFIRMATION OBJECTIONS (4.6). REVIEWING AND EDITING LANGUAGE FOR SIDE LETTER WITH PARAMOUNT (.9). |
| KUMAR JS | 08/12/10 | 3.10 | REVISING CONFIRMATION BRIEF (3.1). |
| KUMAR JS | 08/13/10 | 3.80 | CONTACTING COUNSEL AND RELATED TASKS RE RESOLVING CONFIRMATION OBJECTIONS (3.8). |
| KUMAR JS | 08/19/10 | 5.90 | CONTACTING COUNSEL RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (5.9). |
| KUMAR JS | 08/20/10 | 6.10 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (6.1). |
| KUMAR JS | 08/23/10 | 7.60 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (7.6). |

| | | | |
|---|---|---|---|
| KUMAR JS | 08/24/10 | 6.60 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (6.6). |
| KUMAR JS | 08/25/10 | 6.90 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (6.9). |
| KUMAR JS | 08/26/10 | 7.10 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (7.1). |
| KUMAR JS | 08/27/10 | 7.30 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ATTENDING TO CONFIRMATION MATTERS (7.3). |
| KUMAR JS | 08/30/10 | 9.10 | CONTACTING CONSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ORDER AND ATTENDING TO CONFIRMATION MATTERS (9.1). |
| KUMAR JS | 08/31/10 | 8.60 | CONTACTING CONSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ORDER AND ATTENDING TO CONFIRMATION MATTERS (8.6). |
| | | 119.70 | |
| **Total Associate** | | **164.80** | |
| HEANEY CM | 08/23/10 | 1.10 | REVIEW DOCKET RE: UPDATES TO OBJECTIONS TO PLAN (.3); REVIEW OBJECTION STATUS FOR HEARINGS (.8). |
| HEANEY CM | 08/26/10 | 0.40 | REVIEW STATUS OF OBJECTIONS TO CONFIRMATION IN PREPARATION OF 9-8 HEARING (.4). |
| HEANEY CM | 08/27/10 | 0.40 | REVIEW CHART OF UPDATES TO CONFIRMATION OBJECTIONS (.4). |
| | | 1.90 | |
| **Total Legal Assistant** | | **1.90** | |
| **TOTAL TIME** | | **191.40** | |

40

B43E

Circuit City Stores, Inc. (DIP)                                          Bill Date: 10/05/10
Retention / Fee Matters (SASM&F)                                         Bill Number: 1333607

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/12/10 | 0.70 | REVIEW MONTHLY STATEMENT. |
|  |  | 0.70 |  |
| **Total Partner** |  | **0.70** |  |
| GRANT K | 08/10/10 | 2.60 | REVIEWED AND REVISED JULY STATEMENT OF FEES AND EXPENSES. (2.6). |
|  |  | 2.60 |  |
| LAZAROFF KA | 08/20/10 | 3.10 | PREPARE EXHIBITS FOR 7TH FEE APPLICATION AND BEGIN DRAFTING THE SAME. |
|  |  | 3.10 |  |
| **Total Associate** |  | **5.70** |  |
| **TOTAL TIME** |  | **6.40** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Retention / Fee Matters / Objections (Others)            Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 08/03/10 | 0.30 | ADDRESS FTI AND CROW FEE ORDER ISSUES. |
| GALARDI GM | 08/09/10 | 0.30 | EMAILS AND CALLS RE: PROFESSIONAL FEE ORDERS, GOWLINGS, FTI AND CROWE. |
| GALARDI GM | 08/10/10 | 0.40 | REVIEW AND COMMENT ON COMMITTEE FTI ORDER. |
| GALARDI GM | 08/12/10 | 0.40 | FOLLOW-UP RE: RETENTION ORDER MATTERS (.4). |
| GALARDI GM | 08/13/10 | 0.20 | FOLLOW-UP RE: RETENTION ORDER STATUS. |
| GALARDI GM | 08/16/10 | 0.30 | FOLLOW-UP RE: FTI AND CROWE MATTERS. |
|  |  | **1.90** |  |
| **Total Partner** |  | **1.90** |  |
| FREDERICKS IS | 08/10/10 | 0.80 | REVIEW REVISED FTI ORDER CIRCULATED BY THE COMMITTEE AND TELEPHONE CALL AND CORRESPONDENCE RE: SAME (.8). |
| FREDERICKS IS | 08/13/10 | 0.60 | TELEPHONE CALL AND CONFERENCE CALL RE: FTI ORDER (.6). |
| FREDERICKS IS | 08/16/10 | 1.40 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL W/ COMMITTEE AND FTI RE: FEE RESOLUTION (.7); TELEPHONE CALL W/ S. BORDERS RE: SAME (.2); REVISE ORDER TO INCORPORATE SUGGESTED CHANGES (.5). |
|  |  | **2.80** |  |
| KUMAR JS | 08/04/10 | 0.80 | REVIEWING AND INCORPORATING COMMENTS AND EMAILING ORDERS RE FTI COMPLETION FEE AND PRE-RETENTION PAYMENTS TO CROWE HORWATH (.8). |
|  |  | **0.80** |  |
| **Total Associate** |  | **3.60** |  |
| **TOTAL TIME** |  | **5.50** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Tax Matters                                              Bill Number: 1333607

NAME              DATE         HOURS    DESCRIPTION

DEROUIN P         08/19/10     1.00     COORDINATION WITH GIDE AND ARSENE.

DEROUIN P         08/25/10     1.00     INTERTAN FRANCE : COORDINATION WITH
                                        ARSENE (COMMITTEE'S COUNSEL).

DEROUIN P         08/27/10     2.00     REVIEW FINANCIAL DOCUMENTS, MAILS +
                                        COORDINATION WITH ALLEN & OVERY; CALL
                                        GALARDI.

DEROUIN P         08/30/10     1.50     CONFERENCE CALL ARSENE, A&O ET GIDE.
                               5.50

Total Partner                  5.50

TOTAL TIME                     5.50
```

43                                                                          B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Utilities                                                Bill Number: 1333607
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 08/02/10 | 3.90 | REVIEW RECENT UTILITY BOND CLAIMS AND DRAFT RESPONSES (3.6); DRAFT CORRESPONDENCE TO K. MUELLER REGARDING VERIFICATION OF UTILITY CLAIMS (.3). |
| BAKER SK | 08/03/10 | 2.20 | REVIEW CONSOLIDATED EDISON BOND CLAIM (.9); REVIEW UTILITY CLAIMS REGARDING SATISFIED POST-PETITION (1.3). |
| BAKER SK | 08/04/10 | 4.50 | REVIEW CLAIM FILED BY ALTOONA CITY AUTHORITY (.6); REVIEW AND DRAFT RESPONSES TO BOND CLAIMS (3.9). |
| BAKER SK | 08/05/10 | 0.60 | REVISE RESPONSE TO VARIOUS UTILITY BOND CLAIMS (.6). |
| BAKER SK | 08/16/10 | 1.20 | REVIEW CORRESPONDENCE FROM K. MUELLER REGARDING UTILITY ACCOUNT BALANCES (.1); REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING FINAL ACCOUNT BALANCES AND TERMINATION NOTICES (.8); DRAFT CORRESPONDENCE REGARDING ADMINISTRATIVE BAR DATE AND UTILITY CLAIMS (.3). |
| BAKER SK | 08/17/10 | 0.70 | REVIEW CORRESPONDENCE FROM M. STOVER REGARDING BROWNVILLE PUBLIC UTILITIES BOARD BOND CLAIM (.2); RESEARCH BROWNSVILLE UTILITY BOND CLAIM AND DRAFT RESPONSE (.5). |
| BAKER SK | 08/24/10 | 0.30 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING ACCOUNT BALANCES AND PAYMENT NOTICES (.3). |
| BAKER SK | 08/26/10 | 1.20 | TELEPHONE CALL WITH K. BRADSHAW REGARDING SURETY BONDS AND UTILITY DEPOSITS (.4); RESEARCH REGARDING UTILITIES WITH CIRCUIT CITY DEPOSITS ON FILE (.8). |
| BAKER SK | 08/31/10 | 0.30 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING ACCOUNT BALANCES (.3). |
| | | 14.90 | |
| **Total Associate** | | 14.90 | |
| **TOTAL TIME** | | **14.90** | |
| | | | |
| **CLIENT TOTAL** | | **847.40** | |