**EXHIBIT D-4**

**(Detail of Time Billed)**

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
General Corporate Advice                                 Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/03/10 | 0.30 | CALL AND EMAIL WITH E. WAHLE RE: BOARD AND CASE STATUS. |
| GALARDI GM | 09/08/10 | 0.40 | EMAIL STATUS REPORT TO BOARD. |
| GALARDI GM | 09/21/10 | 0.10 | REVIEW AND RESPOND TO EMAILS FROM D. KORNSTEIN. |
|  |  | **0.80** |  |
| **Total Partner** |  | **0.80** |  |
| FREDERICKS IS | 09/07/10 | 0.80 | PARTICIPATE AND CC AND SUBSIDIARY BOARD CALL (.8). |
| FREDERICKS IS | 09/10/10 | 4.40 | DRAFT BOARD MINUTES FROM APRIL, MAY AND JUNE, 2010 4.4). |
| FREDERICKS IS | 09/28/10 | 2.70 | DRAFT VARIOUS BOARD MEETING MINUTES FOR CIRCUIT CITY AND SUBSIDIARIES (2.7). |
| FREDERICKS IS | 09/29/10 | 4.10 | CONTINUE TO DRAFT VARIOUS BOARD MINUTES FOR CC AND VARIOUS SUBSIDIARIES (4.1). |
|  |  | **12.00** |  |
| KUMAR JS | 09/10/10 | 2.30 | DRAFTING LETTER TO AL SIEGEL RE POTENTIAL ISSUES (2.3). |
| KUMAR JS | 09/29/10 | 1.20 | PREPARING BOARD MINUTES (1.2). |
|  |  | **3.50** |  |
| **Total Associate** |  | **15.50** |  |
| **TOTAL TIME** |  | **16.30** |  |

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 10/07/10
Asset Dispositions (General)                                 Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KARPE JA | 09/14/10 | 3.50 | REVIEW CHECKLIST (.4); TCS WITH J. KUMAR TO DISCUSS REQUIREMENTS FOR EFFECTIVENESS (.3); REVIEW DRAFT DOCUMENTS FOR DISSOLUTION (1.0); REVIEW CHARTER/BYLAWS (1.3) AND REVIEW DGCL AMENDMENT PROVISIONS (.5). |
| KARPE JA | 09/17/10 | 1.50 | ATTEND CHECKLIST CALL REGARDING TIMING (.3); DRAFT VENTOUX RESOLUTIONS (.4); REVIEW PRECEDENT REGARDING REMOVAL AND REPLACEMENT OF BOARD AND EXECS (.8). |
| KARPE JA | 09/23/10 | 1.10 | SEARCH FOR 1123 AMENDMENT PRECEDENT (.3); DRAFT, REVIEW AND REVISE CHARTER AMENDMENT (.5); DRAFT, REVIEW AND REVISE RESOLUTIONS (.3). |
| KARPE JA | 09/24/10 | 2.70 | REVIEW AND REVISE RESOLUTIONS FOR TAX RESTRUCTURING (2.0); DISCUSS REVISIONS WITH I. FREDERICKS (.2); REVIEW PRECEDENT RESOLUTIONS FOR CONFIRMATION ORDER LANGUAGE (.5). |
| KARPE JA | 09/25/10 | 1.00 | REVIEW CONFIRMATION ORDER (1.0). |
| KARPE JA | 09/26/10 | 0.80 | REVIEW CONFIRMATION ORDER AND PLAN FOR INFORMATION (.4); REVIEW AND REVISE DRAFT DOCUMENTS FOR I. FREDERICKS (.4). |
| KARPE JA | 09/27/10 | 0.50 | COMPLETE FRANCHISE TAX FORM (.3); REVISE SIGNATURE PAGES (.1) AND DRAFT COVER EMAIL (.1); SEND TO I. FREDERICKS FOR REVIEW. |
| KARPE JA | 09/30/10 | 1.00 | REVIEW AND REVISE DISSOLUTION DOCUMENTS PER I. FREDERICKS COMMENTS AND QUESTIONS (.8); UPDATE CHECKLIST (.2). |
| | | **12.10** | |
| **Total Associate** | | **12.10** | |
| **TOTAL TIME** | | **12.10** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Asset Dispositions (Real Property)                       Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 09/20/10 | 0.30 | TELEPHONE CALL WITH M. GUNLOCK REGARDING SARASOTA SALE CLOSING (.3). |
|  |  | **0.30** |  |
| LAZAROFF KA | 09/07/10 | 0.40 | PREPARATION FOR SARASOTA SALE HEARING AND CORRESPONDENCE REGARDING THE SAME. |
| LAZAROFF KA | 09/14/10 | 0.30 | TELECONFERENCE WITH SARASOTA TAX COLLECTOR REGARDING CONSEQUENCES OF PROPERTY SALE. |
| LAZAROFF KA | 09/15/10 | 0.50 | UPDATE REAL PROPERTY DISPOSITION CHART FOR J KNOPKE (.2); DISTRIBUTE MARION AND SARASOTA ORDERS (.1); DISCUSSION WITH OTHER SKADDEN ATTORNEYS REGARDING TAX ISSUES WITH SARASOTA PROPERTY SALE (.2). |
| LAZAROFF KA | 09/16/10 | 0.80 | TELECONFERENCES AND CORRESPONDENCE WITH MULTIPLE PARTIES REGARDING SARASOTA TAX ISSUES. |
|  |  | **2.00** |  |
| **Total Associate** |  | **2.30** |  |
| **TOTAL TIME** |  | **2.30** |  |

```
Circuit City Stores, Inc. (DIP)                         Bill Date: 10/07/10
Business Operations / Strategic Planning                Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/01/10 | 0.90 | REVIEW REVISED REVENUE RULING (.6); FOLLOW-UP WITH PWC RE: ISSUES ON REVISED RULING (.3). |
| GALARDI GM | 09/02/10 | 0.90 | REVIEW AND ANALYZE PWC RESPONSE RE: REVISED TAX RULING (.4); DRAFT AND SEND EMAIL TO BOARD RE: REVISED RULING ISSUES (.3); CALL WITH BOARD MEMBERS RE: SAME (.2). |
| GALARDI GM | 09/03/10 | 0.30 | FOLLOW-UP RE: CRA RULING. |
| GALARDI GM | 09/09/10 | 1.10 | FOLLOW-UP WITH CANADIAN COUNSEL RE: MONTIOR AND HEARING STATUS AND ANSWERS TO REVISED CRA ISSUES (.6); REVIEW MONITORS REPORT (.5). |
| GALARDI GM | 09/14/10 | 0.30 | REVIEW AND RESPOND TO EMAILS RE: MORAVETZ CHAMBERS HEARING AND RELATED STATUS. |
| GALARDI GM | 09/17/10 | 0.60 | CALL WITH COMMITTEE RE: CHECKLIST FOR EFFECTIVE DATE AND CANADA STATUS WITH MONITOR. |
| GALARDI GM | 09/24/10 | 0.30 | CALLS AND EMAILS WITH CANADIAN COUNSEL RE: MONITOR STATUS AND CLOSING. |
| GALARDI GM | 09/29/10 | 0.30 | CALLS AND EMAILS WITH CANADIAN COUNSEL RE: HEARING STATUS AND MONITOR POSITION. |
|  |  | **4.70** |  |
| **Total Partner** |  | **4.70** |  |
| FREDERICKS IS | 09/08/10 | 2.30 | CONFERENCE W/ CC RE: TRANSITION TO LT AND OTHER RELATED MATTERS (2.3). |
|  |  | 2.30 |  |
| **Total Associate** |  | **2.30** |  |
| **TOTAL TIME** |  | **7.00** |  |

4

B43E

Circuit City Stores, Inc. (DIP)  
Case Administration

Bill Date: 10/07/10  
Bill Number: 1333713

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/08/10 | 2.20 | POST-CONFIRMATION MEETINGS WITH COMPANY RE: TRANSITION AND OTHER MATTERS. |
| GALARDI GM | 09/16/10 | 1.70 | REVIEW, REVISE AND COMMENT ON CASE ADMINISTRATION MEMO FOR LIQUIDATING TRUSTEE (.9); REVIEW AND COMMENT ON CLOSING CHECKLIST (.8). |
| GALARDI GM | 09/17/10 | 0.20 | REVIEW AND COMMENT ON AGENDA FOR LIQUIDATING TRUSTEE MEETING. |
| GALARDI GM | 09/21/10 | 1.10 | WORK ON CASE TRANSITION MATTERS INCLUDING ENGAGEMENT AGREEMENT AND MEMO RE: OUTSTANDING MATTERS AND TRANSITION (.9); REVIEW EMAILS RE: TRANSITION MEETING AND DIVISION OF WORK (.2). |
| GALARDI GM | 09/24/10 | 0.40 | FINAL REVIEW OF TRANSITION MEMO FOR LIQUIDATING TRUSTEE. |
| GALARDI GM | 09/28/10 | 0.30 | EMAILS RE: TRANSITION SERVICES. |
| GALARDI GM | 09/29/10 | 0.90 | WORK ON STANDING AND TRANSITION ISSUES (.6); REVIEW AND RESPOND TO EMAILS RE: SAME (.3). |
|  |  | **6.80** |  |
| **Total Partner** |  | **6.80** |  |
| BAKER SK | 09/24/10 | 0.20 | REVIEW REVISED CASE CALENDAR. |
| BAKER SK | 09/27/10 | 1.10 | HEARING. |
| BAKER SK | 09/29/10 | 0.30 | REVIEW REVISED CASE CALENDAR. |
|  |  | **1.60** |  |
| BUGAY JJ | 09/14/10 | 2.10 | WORK ON MEMO RE: TRANSITION OF PROJECTS POST-CONFIRMATION (2.1). |
| BUGAY JJ | 09/16/10 | 0.40 | VIEW AND REVISE PROJECT TRANSITION MEMO (04). |
|  |  | **2.50** |  |
| FREDERICKS IS | 09/09/10 | 1.70 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| FREDERICKS IS | 09/15/10 | 4.70 | REVIEW AND REVISE AND WORK ON VARIOUS MATTERS RELATED TO EFFECTIVE DATE AND TRANSITION TO LT (4.7). |
| FREDERICKS IS | 09/27/10 | 1.80 | PREPARE FOR AND ATTEND CONTESTED OMNIBUS HEARING (1.8). |

B43E

| | | | |
|---|---|---|---|
| FREDERICKS IS | 09/28/10 | 4.70 | PARTICIPATE IN CONFERENCE CALL W/ PSZJ AND CC RE: VARIOUS TRANSITION MATTERS AND FOLLOW-UP CALLS AND CORRESPONDENCE W/ CC AND PSZJ RE: SAME (3.2); REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.5). |
| FREDERICKS IS | 09/29/10 | 2.30 | PARTICIPATE IN CONFERENCE CALL W/ PSZJ AND CC RE: COMPLAINTS AND TRANSITION AND PARTICIPATE IN FOLLOW-UP CONFERENCE CALLS RE: SAME (2.3). |
| FREDERICKS IS | 09/30/10 | 1.60 | MULTIPLE CORRESPONDENCE TO AND FROM COUNSEL TO THE COMMITTEE RE: TRANSITION MATTERS AND RESEARCH RELATED THERETO (1.6). |
| | | **16.80** | |
| KUMAR JS | 09/09/10 | 0.80 | RESPONDING TO INQUIRIES FROM PARTIES IN INTEREST RE VARIOUS CASE ADMINISTRATION ISSUES (.8). |
| | | **0.80** | |
| LAZAROFF KA | 09/14/10 | 0.20 | UPDATE PROJECT STATUS MEMO. |
| | | **0.20** | |
| SIDHU SS | 09/03/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 09/16/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 09/22/10 | 0.20 | REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| | | **0.60** | |
| **Total Associate** | | **22.50** | |
| HEANEY CM | 09/01/10 | 1.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.2); EDIT/REVISE 9-8 HEARING AGENDA (1.1). |
| HEANEY CM | 09/02/10 | 1.90 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS AND CASES FILES (.3); EDIT/REVISE HEARING AGENDA (.7); OBTAIN, REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.4); COORDINATE WITH THIRD PARTIES RE: SERVICE OF HEARING AGENDA (.1); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO AGENDA (.4). |
| HEANEY CM | 09/03/10 | 1.60 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.3); EDIT/REVISE HEARING AGENDA (1.1); DISTRIBUTE HEARING BINDERS ON THIS PARTIES (.2). |
| HEANEY CM | 09/08/10 | 0.70 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND STATUS OF HEARING MATTERS (.3); REVIEW PROCEDURES FOR FILING PRO HAC MOTION (.4). |

| | | | |
|---|---|---|---|
| HEANEY CM | 09/09/10 | 0.70 | REVIEW DOCKETS RE: STATUS OF UNSIGNED ORDERS (.3); DRAFT, PRO HAC MOTIONS FOR DISTRICT COURT CASE (.4). |
| HEANEY CM | 09/13/10 | 0.80 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3); PREPARE PRO HAC MOTIONS FOR DISTRIBUTION ON THIRD PARTIES (.3); REVIEW CASE CALENDAR FOR STATUS OF HEARING MATTERS (.2). |
| HEANEY CM | 09/14/10 | 0.40 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.2). |
| HEANEY CM | 09/15/10 | 0.40 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.2); REVIEW CALENDAR IN PREPARATION OF 9-27 HEARING AGENDA (.2). |
| HEANEY CM | 09/16/10 | 0.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 09/17/10 | 0.90 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3); REVIEW AGENDA AND CASE CALENDAR (.6). |
| HEANEY CM | 09/20/10 | 1.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING MATTERS (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO 9-27 HEARING AGENDA (.3); EDIT/REVISE AGENDA (.4); REVIEW CASE CALENDARS FOR UPDATES (.2). |
| HEANEY CM | 09/21/10 | 1.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO AGENDA (.3); EDIT/REVISE AGENDA (.7). |
| HEANEY CM | 09/22/10 | 1.60 | REVIEW DOCKETS RE: UPDATES TO HEARING MATTERS (.3); EDIT/REVISE HEARING AGENDA (1.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1). |
| HEANEY CM | 09/23/10 | 0.90 | EDIT/REVISE 9-27 HEARING AGENDA (.6); COORDINATE WITH THIRD PARTIES RE: ADDITIONAL COMMENTS TO HEARING AGENDA (.2); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.1). |
| HEANEY CM | 09/24/10 | 0.70 | REVIEW DOCKET RE: UPDATES TO HEARING MATTERS (.2); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO HEARING AGENDA (.1); PREPARE BINDERS FOR 9-27 HEARING (.4). |
| HEANEY CM | 09/27/10 | 0.60 | REVIEW REVIEW DOCKET RE: STATUS UPDATES TO CASE FILES AND 9-27 HEARING AGENDA (.3); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |
| HEANEY CM | 09/28/10 | 0.60 | REVIEW CASE CALENDAR RE: UPDATES TO NEW CASE DEADLINES (.3); REVIEW DOCKET RE: STATUS UPDATES TO CASE FILES (.3). |
| HEANEY CM | 09/29/10 | 0.30 | OBTAIN/ORDER REVIEW, ORGANIZE AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |

|               |           | 16.20 |                                                                                                                                                                                                               |
|---------------|-----------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| LAMANNA WK    | 09/01/10  | 0.40  | FILE MAINTENANCE OF HEARING MATERIALS (0.2); UPDATE STATUS CHART OF ADVERSARY PROCEEDINGS (0.2).                                                                                                              |
| LAMANNA WK    | 09/02/10  | 0.90  | REVIEW COURT DOCKET, CASE DOCUMENTS AND CALENDAR CRITICAL DATES IN MAIN BANKRUPTCY CASE.                                                                                                                      |
| LAMANNA WK    | 09/03/10  | 1.20  | REVIEW COURT DOCKET, CASE DOCUMENTS AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (1.0); PREPARE AND DISTRIBUTE CASE CALENDAR (0.2).                                             |
| LAMANNA WK    | 09/07/10  | 0.30  | PREPARE CLIENT RECORDS FOR CENTRAL STORAGE.                                                                                                                                                                   |
| LAMANNA WK    | 09/08/10  | 0.30  | PREPARE HEARING MATERIALS FOR CENTRAL STORAGE.                                                                                                                                                                |
| LAMANNA WK    | 09/10/10  | 2.20  | REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE AND ADVERSARY PROCEEDINGS (2.0); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2).                                                             |
| LAMANNA WK    | 09/13/10  | 2.30  | BEGIN DRAFT OF 9/27/10 HEARING AGENDA.                                                                                                                                                                        |
| LAMANNA WK    | 09/16/10  | 0.30  | EDIT/REVISE 9/27/10 HEARING AGENDA.                                                                                                                                                                           |
| LAMANNA WK    | 09/17/10  | 2.20  | CONTINUE TO EDIT/REVISE 9/27/10 HEARING AGENDA (0.7); REVIEW COURT DOCKETS AND CALENDAR CRITICAL DATES IN MAIN CASE, ADVERSARY PROCEEDINGS AND APPEALS (1.3); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2). |
| LAMANNA WK    | 09/20/10  | 0.50  | UPDATE STATUS LIST OF ACTIVE ADVERSARY PROCEEDINGS AND DISTRIBUTE (0.4); PREPARE CLIENT RECORDS FOR CENTRAL STORAGE (0.1).                                                                                     |
| LAMANNA WK    | 09/23/10  | 0.10  | UPDATE COURT DOCKET AND REVIEW.                                                                                                                                                                               |
| LAMANNA WK    | 09/24/10  | 1.30  | REVIEW COURT DOCKETS IN MAIN CASE AND ADVERSARY PROCEEDINGS AND CALENDAR CRITICAL DATES (1.1); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2).                                                             |
| LAMANNA WK    | 09/29/10  | 2.10  | REVIEW COURT DOCKET AND CALENDAR CRITICAL DATES IN MAIN CASE AND APPEAL CASES (1.7); PREPARE AND DISTRIBUTE CASE CALENDAR TO TEAM (0.2); UPDATE 10/27/10 HEARING AGENDA (0.2).                                 |
|               |           | 14.10 |                                                                                                                                                                                                               |
| **Total Legal Assistant** |   | 30.30 |                                                                                                                                                                                                               |
| **TOTAL TIME** |          | <u>59.60</u> |                                                                                                                                                                                                         |

B43E

Circuit City Stores, Inc. (DIP)                                  Bill Date: 10/07/10
Claims Admin. (General)                                          Bill Number: 1333713

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| GALARDI GM | 09/03/10 | 1.10 | FOLLOW-UP RE: GENTRY OPPOSITION ON BRIEFING (.3); REVIEW AND STRATEGIZE RE: PARAMOUNT D.CT. OPINION AND NEXT STEPS (.7). |
| GALARDI GM | 09/13/10 | 0.90 | PREPARE FOR MEETING ON CLAIMS MATTERS AND CAUSES OF ACTION. |
| GALARDI GM | 09/16/10 | 1.20 | BEGIN REVIEWING AND REVISING RESPONSE TO MONDRAGON RECONSIDERATION MOTION. |
| GALARDI GM | 09/18/10 | 0.80 | REVIEW SOME CASES AND PREVIOUS CC CASE FOR MONDRAGON RESPONSE. |
| GALARDI GM | 09/19/10 | 2.10 | REVIEW AND REVISE MONDRAGON OBJECTION (2.1). |
| GALARDI GM | 09/20/10 | 4.30 | REVIEW AND REVISE OBJECTION OF MONDRAGON RECONSIDERATION MOTION AND REQUEST TO FILE CLASS CLAIM; REVIEW DRAFT AND MAKE FINAL CHANGES TO MONDRAGON RECONSIDERATION RESPONSE. |
| GALARDI GM | 09/27/10 | 2.30 | PREPARE FOR MONDRAGON HEARING (1.6); ATTEND AND REPRESENT COMPANY AT HEARING ON MONDRAGON RECONSIDERATION MOTION (.7). |
| | | 12.70 | |
| **Total Partner** | | **12.70** | |
| BAKER SK | 09/01/10 | 3.00 | REVIEW CORRESPONDENCE REGARDING PROPOSED PINNACLE SETTLEMENT AND DRAFT RESPONSE THERETO (.2); REVIEW CORRESPONDENCE REGARDING HITACHI CLAIMS AND DEFENSES AND RESPOND THERETO (.3); TELEPHONE CALL WITH COUNSEL FOR PIONEER REGARDING DEMAND LETTER AND CLAIM RECONSIDERATION (.2); DRAFT CORRESPONDENCE TO CLIENT REGARDING PIONEER SETTLEMENT OFFER (.3); TELEPHONE CALL WITH H. FERGUSON REGARDING VARIOUS CLAIMS MATTERS (.3); TELEPHONE CALL WITH COUNSEL FOR CONTRACTING REGARDING CLAIM RECONCILIATION SYSTEMS (.2); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT CORRESPONDENCE REGARDING MODIFICATION TO CLAIMS WATERFALL AND CLAIMS REGISTER (.6); DRAFT CONFIRMATION OF OBJECTION TO DE SOTO COUNTY AGREEMENT (.2); DRAFT CORRESPONDENCE REGARDING PLUM CHOICE CLAIM (.1); TELEPHONE CALL WITH P. TAMPOSIE REGARDING CONFIRMATION HEARING (.1) REVIEW EURO CHICAGO CLAIM REGARDING SETTLEMENT NEGOTIATIONS (.3); DRAFT CORRESPONDENCE REGARDING PROPOSED PINNACLE SETTLEMENT (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/03/10 | 0.90 | REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT CORRESPONDENCE REGARDING CHANGES TO CLAIMS REGISTER AND CLAIMS WATERFALL (.8); REVIEW CORRESPONDENCE REGARDING CISCO CLAIMS RECONCILIATION (.1). |
| BAKER SK | 09/07/10 | 1.10 | REVISE CHINA EXPORT AGREEMENT AND PREPARE FOR FILING (1.1). |
| BAKER SK | 09/09/10 | 8.40 | TELEPHONE CALL WITH V. JELISAVCIC REGARDING PREFERENCE CLAIMS (.2); TELEPHONE CALL WITH W. PERRONE REGARDING CONTRACTING SYSTEMS INC. CLAIMS (.3); REVIEW CORRESPONDENCE REGARDING MONSTER CLAIMS RECONCILIATION (.2); REVISE AMERIWOOD AGREEMENT BASED ON AMERIWOODS PROPOSED CHANGES (1.2); TELEPHONE CALL WITH B. FOSE REGARDING CISCO NEGOTIATIONS (.2); PREPARE FOR CISCO CONFERENCE CALL (2.3); CONFERENCE CALL REGARDING CISCO CLAIMS (.3); DRAFT CORRESPONDENCE REGARDING CISCO CLAIMS (.3); TELEPHONE CALL WITH M. WINSCHUL REGARDING PUNTO APARTE SETTLEMENT NEGOTIATIONS (.2); REVIEW AND FINALIZE EXPERT DEVELOPMENT CANADA AGREEMENT FOR FILINGS (.7); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS TO CLAIMS REGISTER AND CLAIMS WATERFALL (.8); REVIEW ADDITIONAL DOCUMENTS PROVIDED BY CONTRACTING SYSTEMS IN SUPPORT OF CLAIMS (1.7). |
| BAKER SK | 09/10/10 | 6.80 | REVIEW PROPOSED CHANGES TO INTUIT AGREEMENT AND HAVE CONFERENCE CALL REGARDING SAME (.6); REVISE VONAGE SETTLEMENT AGREEMENT (1.2); CONFERENCE CALL REGARDING OUTSTANDING VENDOR DEMAND LETTER ISSUES (.6); TELEPHONE CALL WITH L. NEMEROV REGARDING PREFERENCE ISSUES (.3); REVISE INTUIT AGREEMENT (.7); DRAFT SETTLEMENT PROPOSALS TO CERTAIN DEMAND LETTER RECIPIENTS (3.4). |
| BAKER SK | 09/13/10 | 6.00 | REVISE AMERIWOOD NOTICE AND PREPARE AGREEMENT FOR FILING (.6); REVIEW CORRESPONDENCE FROM COUNSEL FOR KODAK REGARDING SETTLEMENT NEGOTIATIONS (.1); TELEPHONE CALL WITH V. JELISOVCIC REGARDING STATUS OF PROOFS OF CLAIM (.2); REVIEW CORRESPONDENCE REGARDING ACCO BRANDS DEMAND LETTER AND DRAFT RESPONSES (.2); REVIEW CORRESPONDENCE REGARDING TAMPA TRIBUNE CLAIMS (.1); REVIEW BRUCE CLAY, INC. PREFERENCE DATA (.7); CALL REGARDING DEMAND LETTER AND CLAIM RECONCILIATION STATUS (.4); REVIEW CONTRACTS REGARDING CISCO CLAIMS (1.3); TELEPHONE CALL REGARDING TREATMENT OF SCHEDULED CLAIMS (.2); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT MEMO REGARDING CHANGES TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.2). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 09/14/10 | 4.40 | TELEPHONE CALL WITH V. JELISAVCIC REGARDING STATUS OF CLAIMS (.2); DRAFT CORRESPONDENCE TO COUNSEL FOR PIONEER REGARDING STATUS OF NEGOTIATIONS (.2); REVISE INTUIT AGREEMENT (.6);; REVISE VONAGE DRAFT AGREEMENT (.5); REVIEW RECENT SETTLEMENT AGREEMENTS AND ORDERS AND DRAFT MEMORANDUM REGARDING CLAIMS WATERFALL AND CLAIMS REGISTER (2.3); REVIEW CORRESPONDENCE REGARDING ABRAMS WILLOWBROOK CLAIM (.1); REVIEW CORRESPONDENCE REGARDING CISCO NEGOTIATIONS (.1); TELEPHONE CALL REGARDING CISCO NEGOTIATIONS (.3); REVIEW CORRESPONDENCE REGARDING NIKON CLAIMS (.1). |
| BAKER SK | 09/15/10 | 5.20 | REVIEW CORRESPONDENCE REGARDING NETGEAR NEGOTIATIONS (.2); CONFERENCE CALLS REGARDING NETGEAR CLAIMS (.6); CONFERENCE CALL REGARDING NIKON DEMAND LETTER (.5); REVISE INDUSTRIAPLEX AGREEMENT AND PREPARE FOR FILING (.7); REVIEW CORRESPONDENCE FROM J.STAHLER REGARDING NEXT OMNIBUS HEARING (.1); CALL REGARDING NAVARRE ONLINE CLAIMS (.2); CALL WITH L. NEMEROV REGARDING NETGEAR PREFERENCES (.2); REVIEW NETGEARS ANALYSIS OF PREFERENCE DEFENSES (1.1); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT MEMORANDUM REGARDING CLAIM MODIFICATIONS (.6); CALL WITH M. WINSCHUL REGARDING SETTLEMENT OF PUNTO APARTE CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING PUNTO APARTE SETTLEMENT OFFER (.2); TELEPHONE CALL WITH V. JELISAVCIC REGARDING SETTLEMENT NEGOTIATIONS (.2); REVIEW TAMPA TRIBUNE PREFERENCE ANALYSIS (.4). |
| BAKER SK | 09/16/10 | 4.10 | DRAFT CORRESPONDENCE TO M. WINSCHUL REGARDING SETTLEMENT OF CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING SARASOTA TAX CLAIMS (.2); PREPARE FOR CONFERENCE CALL REGARDING CISCO CLAIMS (.7); CONFERENCE CALL WITH COUNSEL FOR CISCO REGARDING SETTLEMENT NEGOTIATIONS (.6); REVIEW NIKON PREFERENCE DATA (.8); PREPARE DOCUMENTS PRODUCTIONS TO NIKON (.4); RESEARCH PROPERTY TAX LIENS UNDER FLORIDA LAW (1.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/17/10 | 8.60 | REVIEW ADDITIONAL DOCUMENTS TO BE PRODUCED TO NETGEAR (.8); REVISE PUNTO APARTE SETTLEMENT AGREEMENT (1.0); TELEPHONE CALL WITH P. TAMPOSI REGARDING CLAIM RECONCILIATION (.2); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT MEMORANDUM REGARDING MODIFICATIONS TO CLAIM REGISTER AND CLAIM WATERFALL (.7); REVIEW TAKE TWO'S RESPONSE TO DEMAND LETTER (1.2); CONFERENCE CALL REGARDING TAKE TWO CLAIMS (.2); RESEARCH REGARDING DIRECTED ELECTRONIC CLAIMS (1.3); REVIEW NAVARRE CLAIMS IN PRESENTATION OF COMPLAINT (.8); REVIEW VARIOUS LANDLORD CLAIMS REGARDING SETTLEMENT NEGOTIATIONS (2.4). |
| BAKER SK | 09/20/10 | 4.30 | DRAFT CORRESPONDENCE REGARDING DIRECTED ELECTRONICS CLAIMS (.1); REVIEW SUPPLEMENTAL DISCOVERY DOCUMENTS TO BE PRODUCED TO CISCO (1.2); REVIEW PANASONIC CLAIMS (1.7); CALL WITH M. WINSCHUL REGARDING CLASSIC TECH PROOFS OF CLAIM (.2); CALL WITH M. WINSCHUL REGARDING CLASSIC TECH PROOFS OF CLAIM (.2); CALL WITH C. BIGGS REGARDING DIRECTED ELECTRONIC CLAIMS (.2); REVIEW ADDITIONAL DOCUMENTS PRODUCED BY DIRECTED ELECTRONICS IN SUPPORT OF CLAIMS (.7). |
| BAKER SK | 09/21/10 | 2.40 | REVIEW CORRESPONDENCE REGARDING SETTLEMENT OF CLASSIC TECH CLAIMS AND DRAFT RESPONSE THERETO (.3); REVIEW CORRESPONDENCE REGARDING TAFT CORNERS CLAIMS AND DRAFT RESPONSE THERETO (.2); REVIEW PROPOSAL REVISIONS BY VONAGE TO SETTLEMENT AGREEMENT (.7); DRAFT CORRESPONDENCE TO H. FERGUSON REGARDING PROPOSAL REVISION TO VONAGE AGREEMENT (.2); REVIEW CORRESPONDENCE REGARDING CARDINAL COURT STIPULATION (.1); DRAFT CORRESPONDENCE TO G. COHEN REGARDING PANASONIC CLAIMS (.2); DRAFT CORRESPONDENCE TO VARIOUS CLAIMANTS REGARDING STATUS OF SETTLEMENT NEGOTIATIONS (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 09/23/10 | 3.90 | REVIEW CORRESPONDENCE REGARDING KENSINGTON SETTLEMENT NEGOTIATIONS (.2); REVIEW CORRESPONDENCE REGARDING DIRECTED ELECTRONICS CLAIMS AND DRAFT RESPONSE THERETO (.2); DRAFT CORRESPONDENCE REGARDING POLK AUDIO NEGOTIATIONS (.1); TELEPHONE CALL WITH CLIENT REGARDING VARIOUS CLAIMS ISSUES (.5); REVIEW CORRESPONDENCE FROM A. SORKIN REGARDING TAKE TWO NEGOTIATIONS (.2); TELEPHONE CALL WITH G. COHEN REGARDING PANASONIC CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING LOWEPRO CLAIMS (.2); REVIEW RECENT SETTLEMENT AGREEMENTS AND DRAFT MEMO REGARDING MODIFICATIONS TO CLAIMS REGISTER AND CLAIMS WATERFALL (.7); REVIEW AND REVISE CLASSIC TECH AGREEMENT (1.2); REVIEW MONDRAGON RESPONSE TO DEBTORS OBJECTION TO FILE CLASS PROOF OF CLAIM (.3); REVIEW CORRESPONDENCE FROM M. PENN REGARDING POLK AUDIO CLAIMS (.1). |
| BAKER SK | 09/24/10 | 6.10 | REVISE PUNTE APARTE AGREEMENT (.8) REVISE CLASSIC TECH AGREEMENT (.7) REVIEW CORRESPONDENCE FROM COUNSEL FOR TAKE-TWO (.1) DRAFT CORRESPONDENCE TO K. BRADSHAW RE: TAKE TWO (.2) CALL WITH V. JELASVCIC RE: SIM VEST CLAIMS (.3) REVIEW AND ANALYZE SETTLEMENT OFFER AGREEMENT AND TAKE TWO CLAIMS, DEFENSES, PREFERENCES, RE: ADVICE ON PROPOSED SETTLEMENT OFFER (3.1) REVIEW CORRESPONDENCE RE: D LINK RECONCILIATION (.20); DRAFT MEMO RE: STATUS OF DEMAND LETTER NEGOTIATIONS. (.7). |
| BAKER SK | 09/27/10 | 1.20 | REVIEW CORRESPONDENCE RE: VONAGE AGREEMENT (.1)  REVISE DRAFT OF VONAGE AGREEMENT AND DRAFT CORRESPONDENCE TO COUNSEL FOR VONAGE (.8) TELEPHONE CALL WITH G. COHEN RE: PANASONIC CLAIMS (.2); REVIEW CORRESPONDENCE FROM R. FRIEDMAN RE: PROPOSED AGREEMENT (.1). |
| BAKER SK | 09/28/10 | 8.70 | REVIEW CORRESPONDENCE FROM M. WINSCHUL RE: PUNTE APARTE CLAIMS (.2); REVIEW DRAFT SETTLEMENT AGREEMENTS AND DRAFT CORRESPONDENCE TO CLIENT RE: SAME (1.1); REVIEW DOCUMENTS RE: SAP RETAIL PREFERENCE ANALYSIS (.4); TELEPHONE CALL WITH L. NEMOROV RE: SETTLEMENT OFFER AGREEMENT & TAKE TWO PREFERENCE DATA (.6); REVIEW RECENT SETTLEMENT AGREEMENT AND DRAFT CORRESPONDENCE RE: CHANGES TO CLAIMS WATERFALL AND CLAIMS REGISTER (1.5); REVIEW USIS COMMERCIAL SERVICES CLAIMS (1.3); REVIEW AND ANALYZE PREFERENCE DATA AND CLAIMS AND DEFENSES IN SETTLEMENT NEGOTIATIONS (2.6); REVIEW CORRESPONDENCE FOR V. JELISAVCIC RE: STATUS OF CLAIMS (1.0). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 09/29/10 | 5.00 | REVIEW CORRESPONDENCE AND DOCUMENTS RE: TRIANGLE EQUITIES NEGOTIATIONS (.5); REVIEW CORRESPONDENCE RE: SAP RETAIL (.6); TELEPHONE CALL WITH H. FERGUSEN RE: VARIOUS VENDOR AND CLAIMS ISSUES (.6); DRAFT CORRESPONDENCE TO A. SORKIN RE: SETTLEMENT PROPOSAL (.7); DRAFT CORRESPONDENCE TO G. COHEN RE: RECONCILIATION OF PANASONIC CLAIMS (.3) REVIEW THQ'S RESPONSE TO DEMAND LETTER AND ACCOMPANYING SUPPORT (1.2); DRAFT CORRESPONDENCE TO H. FERGUSEN RE: THQ RESPONSE (.2); TELEPHONE CALL WITH G. COHEN RE: PANASONIC NEGOTIATIONS (.2); REVIEW CLASSIC TECH AND PUNTE APARTE AGREEMENTS AND DRAFT CORRESPONDENCE TO COUNSEL RE: SAME (.4). |
| BAKER SK | 09/30/10 | 5.00 | REVIEW CORRESPONDENCE RE: D LINK SETTLEMENT (.2); REVIEW CORRESPONDENCE FROM C. DIGGS RE: DIVESTED ELECTRONICS RECONCILIATION (.1); REVIEW CORRESPONDENCE RE: JP ASSOCIATES CLAIMS (.1); REVIEW CORRESPONDENCE RE: VONAGE AGREEMENT (.1); REVIEW THQ DOCUMENTS IN SUPPORT OF SETTLEMENT PROPOSAL (1.2); DRAFT CORRESPONDENCE TO K. BRADSHAW RE: THQ PROPOSAL (.2); DRAFT CORRESPONDENCE RE: CLAIMS (.1); REVIEW CORRESPONDENCE RE: RECENT SETTLEMENT PROPOSALS (.3); REVIEW CORREPONDENCE RE: EFFECTICE DATA AND DRAFT RESPONSE (.2); REVIEW CORRESPNDENCE RE: OLYMPIC NEGOTIATIONS (.1); TELEPHONE CALL WITH C. D. JANG RE: THQ PROPOSAL (.2); TELEPHONE C.ALL RE: LOWEPRO PREFERENCE CLAIMS (.2); REVIEW CORRESPONDENCE RE: OLYMPIC CLAIMS (.2) REVIEW J.P. ASSOCIATES CLAIMS (.6). |
| | | **85.10** | |
| BUGAY JJ | 09/07/10 | 4.10 | BEGIN TO REVIEW AND ANALYZE OPENING BRIEF RE: GENTRY APPEAL (1.7); BEGIN TO RESEARCH ARGUMENTS RE: GENTRY APPEAL (2.4). |
| BUGAY JJ | 09/08/10 | 0.50 | CONTINUE TO RESEARCH ISSUES RE: GENTRY APPEAL (.3); CONTINUE TO DEVELOP RESPONSE (.2). |
| BUGAY JJ | 09/09/10 | 2.10 | REVIEW AND ANALYZE GENTRY APPEAL ARGUMENTS; BEGIN TO DRAFT RESPONSE BRIEF. |
| BUGAY JJ | 09/14/10 | 0.30 | VARIOUS COMMUNICATIONS RE: GENTRY APPEAL ISSUES (.3). |
| BUGAY JJ | 09/15/10 | 1.40 | RESEARCH ISSUES RE: TAKING OF JUDICIAL NOTICE FOR GENTRY APPEAL (1.1); DRAFT LANGUAGE FOR RESPONSIVE BRIEF RE: SAME (.3). |
| BUGAY JJ | 09/16/10 | 3.30 | REVISE KOBRA PROPERTIES STIPULATION (.6); DRAFT VONWIN/PUNTOAPARTE SETTLEMENT (2.7). |