**EXHIBIT D-5**

**(Detail of Time Billed)**

|  |  | **11.70** |  |
|---|---|---|---|
| FREDERICKS IS | 09/09/10 | 3.70 | REVIEW VARIOUS CLAIM SETTLEMENT AGREEMENT AND ATTENTION TO OTHER CLAIM RELATED ISSUES (3.7). |
| FREDERICKS IS | 09/10/10 | 3.10 | REVIEW AND REVISE VARIOUS CLAIM SETTLEMENTS AND REVIEW AND RESPOND TO VARIOUS CLAIM CORRESPONDENCE (3.1). |
| FREDERICKS IS | 09/16/10 | 1.70 | PARTICIPATE IN MULTIPLE CALLS W/ CC AND CREDITORS RE: VARIOUS CLAIM AND LITIGATION RELATED DISPUTES (1.7). |
| FREDERICKS IS | 09/28/10 | 1.90 | RESEARCH RE: CERTAIN CLAIM ISSUES (1.9). |
| FREDERICKS IS | 09/29/10 | 5.20 | REVIEW VARIOUS CLAIM SETTLEMENTS (1.3); REVIEW VARIOUS CORRESPONDENCE RE: QUESTIONS REGARDING CERTAIN CLAIMS AND TELEPHONE CALLS RE: SAME (1.8); CONDUCT RESEARCH RE: CERTAIN CLAIMS ISSUES (2.1). |
| FREDERICKS IS | 09/30/10 | 2.40 | REVIEW AND RESPOND TO VARIOUS CORRESPONDENCE RE: POTENTIAL CLAIM SETTLEMENTS AND REVIEW AND REVISE CERTAIN AGREEMENTS (2.4). |
|  |  | **18.00** |  |
| KORKIS C | 09/02/10 | 0.60 | ATTENDED TO LANDLORD RECONCILIATION MATTERS. |
| KORKIS C | 09/08/10 | 0.40 | ATTENDED TO LANDLORD CLAIMS RECONCILIATION. |
| KORKIS C | 09/12/10 | 1.00 | DRAFTED AMERIWOOD SETTLEMENT NOTICE. |
| KORKIS C | 09/13/10 | 6.70 | DRAFTED NOTICE OF STIPULATION FOR AMERIWOOD INDUSTRIES (0.3); DRAFTED LANDLORD CLAIMS RECONCILIATION LETTERS (6.4). |
| KORKIS C | 09/14/10 | 5.00 | DRAFTED LANDLORD CLAIMS RECONCILIATION LETTERS. |
| KORKIS C | 09/15/10 | 2.50 | ATTENDED TO LANDLORD CLAIMS RECONCILIATION. |
| KORKIS C | 09/16/10 | 1.60 | DRAFTED LANDLORD CLAIMS RECONCILIATION LETTERS. |
| KORKIS C | 09/17/10 | 0.80 | ATTENDED TO LANDLORD CLAIMS RECONCILIATION. |
| KORKIS C | 09/20/10 | 0.40 | ATTENDED TO CARDINAL COURT LLC SETTLEMENT. |
| KORKIS C | 09/21/10 | 1.20 | DRAFTED NOTICE OF STIPULATION WITH CARDINAL COURT LLC AND FILED SUCH STIPULATION. |
| KORKIS C | 09/22/10 | 1.60 | DRAFTED STIPULATION BETWEEN THE DEBTORS AND CLASSIC TECH DEVELOPMENT LTD. (1.3); ATTENDED TO LANDLORD CLAIMS RECONCILIATION (0.3). |

15

B43E

| | | | |
|---|---|---|---|
| KORKIS C | 09/23/10 | 0.50 | DRAFTED STIPULATION AND NOTICE OF STIPULATION BETWEEN CIRCUIT CITY AND CLASSIC TECH. |
| KORKIS C | 09/28/10 | 0.70 | ATTENDED TO LANDLORD CLAIMS RECONCILIATION. |
| KORKIS C | 09/29/10 | 7.60 | ATTENDED TO LANDLORD CLAIMS RECONCILIATION MATTERS. |
| KORKIS C | 09/30/10 | 1.40 | DRAFTED STIPULATION BETWEEN CIRCUIT CITY AND D-LINK SYSTEMS (0.7); ATTENDED TO LANDLORD CLAIMS RECONCILIATION MATTERS (0.7). |
| | | **32.00** | |
| KUMAR JS | 09/10/10 | 3.90 | REVIEWING AND REVISING OBJECTION TO MONDRAGON MOTION FOR RECONSIDERATION AND CLASS CLAIM (3.9). |
| KUMAR JS | 09/14/10 | 2.30 | DRAFTING DISTRICT COURT REPLY BRIEF RE GENTRY 7023 MOTION FOR CLASS CLAIM AND REVIEWING BACKGROUND MATERIALS RE SAME (2.3). |
| KUMAR JS | 09/15/10 | 8.90 | DRAFTING DISTRICT COURT REPLY BRIEF RE GENTRY 7023 MOTION FOR CLASS CLAIM (8.9). |
| KUMAR JS | 09/16/10 | 8.80 | DRAFTING DISTRICT COURT REPLY BRIEF RE GENTRY 7023 MOTION FOR CLASS CLAIM (7.4). REVISING OBJECTION TO MONDRAGON 7023/RECONSIDERATION MOTION (1.4). |
| KUMAR JS | 09/17/10 | 2.70 | REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM (1.6). REVISING OBJECTION TO MONDRAGON 7023/RECONSIDERATION MOTION (1.1). |
| KUMAR JS | 09/18/10 | 4.60 | REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM (4.6). |
| KUMAR JS | 09/20/10 | 5.20 | REVISING, FINALIZING AND FILING OBJECTION TO MONDRAGON RECONSIDERATION/7023 MOTION (4.3). REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM (.9). |
| KUMAR JS | 09/21/10 | 9.20 | REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM AND LEGAL RESEARCH RE SAME (9.2). |
| KUMAR JS | 09/22/10 | 8.20 | REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM AND LEGAL RESEARCH RE SAME (7.8). REVIEWING INFORMATION RELATED TO LANDLORD CLAIM FOR POTENTIAL SETTLEMENT (.4). |
| KUMAR JS | 09/23/10 | 7.40 | REVISING DISTRICT COURT REPLY BRIEF RE GENTRY MOTION TO FILE CLASS CLAIM (7.4). |
| KUMAR JS | 09/24/10 | 6.10 | REVISING, FINALIZING AND FILING DISTRICT COURT REPLY BRIEF AND RECORD ON APPEAL RE GENTRY MOTION TO FILE CLASS CLAIM (6.1). |

| | | | |
|---|---|---|---|
| KUMAR JS | 09/27/10 | 1.10 | LISTENING TO HEARING ON MONDRAGON'S MOTION FOR RECONSIDERATION AND CLASS CLAIM (.7). FOLLOWING UP ON VARIOUS CLAIMS MATTERS INCLUDING IBM (.4). |
| KUMAR JS | 09/28/10 | 2.30 | FOLLOWING UP ON VARIOUS CLAIMS MATTERS INCLUDING MIDWAY GAMES AND TRIANGLE EQUITIES JUNCTION (2.3). |
| KUMAR JS | 09/29/10 | 1.80 | FOLLOWING UP ON VARIOUS CLAIMS MATTERS INCLUDING MIDWAY GAMES, TRIANGLE EQUITIES JUNCTION AND CFH INVESTMENTS III (1.8). |
| | | **72.50** | |
| LAZAROFF KA | 09/01/10 | 3.50 | REVIEW OBJECTIONS TO CC CLAIMS FILED IN GGP BANKRUPTCY CASES (1.1); CONTINUE REVIEW OF LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS (2.4). |
| LAZAROFF KA | 09/07/10 | 3.30 | CORRESPONDENCE AND TELECONFERENCE REGARDING GGP OBJECTIONS TO CC CLAIMS (.3); REVIEW, TRACK AND SUMMARIZE LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS FOR ALLOWANCE AND MODIFICATION TO CLAIMS REGISTER AND WATERFALL (3.3). |
| LAZAROFF KA | 09/08/10 | 2.90 | ATTENTION TO LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS. |
| LAZAROFF KA | 09/09/10 | 1.20 | TELECONFERENCES AND CORRESPONDENCE REGARDING VARIOUS LANDLORD CLAIMS ISSUES WITH THE COMPANY AND OTHER SKADDEN ATTORNEYS (.7); ATTENTION TO GGP STIPULATION (.5). |
| LAZAROFF KA | 09/10/10 | 4.00 | REVIEW GGP COMMENTS, REVISE GGP STIPULATION AND DRAFT CORRESPONDENCE TO THE COMPANY AND THE UCC REGARDING THE SAME (3); ATTENTION TO CARDINAL COURT CLAIMS (.5); ATTENTION TO CLAIMS MODIFICATION ISSUES AND TELECONFERENCE AND CORRESPONDENCE WITH KCC REGARDING THE SAME (.5). |
| LAZAROFF KA | 09/13/10 | 7.00 | REVIEW AND ANALYZE REMINGTON SECURITY DEPOSIT CLAIMS (.5); REVIEW AND REVISE GGP STIPULATION AND NOTICE AND CORRESPONDENCE REGARDING THE SAME (.4); REVIEW, RECONCILE AND SUMMARIZE CARDINAL COURT LANDLORD CLAIMS (1.5); REVIEW AND SUMMARIZE LANDLORD ADMINISTRATIVE CLAIM AGREEMENTS AND CORRESPONDENCE WITH KCC AND FTI REGARDING ASSOCIATED REVISIONS TO CLAIMS REGISTER (1.5); REVIEW, RECONCILE AND SUMMARIZE I. GOLD LANDLORD CLAIMS (3.1). |

| | | | |
|---|---|---|---|
| LAZAROFF KA | 09/14/10 | 3.00 | REVIEW AND REVISE NOTICE OF SETTLEMENT AND FINALIZE GGP SETTLEMENT DOCUMENTS FOR FILING (.3); CONTINUE REVIEWING AND RECONCILING THEN SUMMARIZING I GOLD CLAIMS AND CORRESPONDENCE AND TELECONFERENCE WITH I GOLD REGARDING THE SAME (2.3); REVIEW AND REVISE LANDLORD CLAIMS RECONCILIATION LETTERS (.4). |
| LAZAROFF KA | 09/15/10 | 6.50 | ATTENTION TO CLAIMS MODIFICATION ISSUES AND CORRESPONDENCE WITH KCC AND FTI REGARDING THE SAME (.2); DRAFT MEMO REGARDING TREATMENT OF LANDLORD CLAIM ISSUES (1); REVIEW LANDLORD CLAIMS RECONCILIATIONS AND LETTERS TO CLAIMANTS REGARDING THE SAME (1.5); CORRESPONDENCE WITH VARIOUS LANDLORD COUNSEL REGARDING CLAIMS ISSUES (.8); TELECONFERENCE AND CORRESPONDENCE WITH OTHER SKADDEN ATTORNEYS REGARDING LANDLORD CLAIMS ISSUES (.7); DRAFT CARDINAL COURT LANDLORD STIPULATION (1); DRAFT I. GOLD LANDLORD STIPULATION (1); ATTENTION TO GGP STIPULATION ISSUES (.3). |
| LAZAROFF KA | 09/16/10 | 5.80 | REVIEW LETTERS AND LANDLORD CLAIMS CORRESPONDENCE (.8); CONTINUE DRAFTING MEMO ON LANDLORD CLAIMS ISSUES (2.5); UPDATE LANDLORD STATUS CHART (2.5). |
| LAZAROFF KA | 09/17/10 | 1.00 | REVIEW AND REVISE LANDLORD LETTERS. |
| | | **38.20** | |
| SIDHU SS | 09/01/10 | 0.50 | REVISE SETTLEMENT WITH RICK KREUGER AND TRANSMIT TO COUNSEL FOR EXECUTION (.2); DRAFT NOTICE REGARDING KREUGER SETTLEMENT (.3). |
| SIDHU SS | 09/02/10 | 0.20 | FINALIZE KREUGER SETTLEMENT AND NOTICE FOR FILING AND SUBMIT FOR FILING. |
| SIDHU SS | 09/07/10 | 5.90 | UPDATE TRACKING CHART REGARDING RESPONSES TO 80TH AND 81ST OMNIBUS OBJECTIONS (.1); UPDATE TRACKING CHART REGARDING RESPONSES TO 70TH OMNIBUS OBJECTION AND SETTLEMENT STATUS REGARDING SAME (.2); CONFER REGARDING REVIEW OF GENTRY OPENING BRIEF (.1); REVIEW GENTRY CLAIMS, OBJECTIONS THERETO, AND RELEVANT FILINGS UNDERLYING GENTRY APPEAL FOR PURPOSES OF REVIEWING GENTRY OPENING BRIEF (2.5); REVIEW GENTRY OPENING BRIEF AND CITED AUTHORITIES FOR LEGAL INACCURACIES AND INVALIDITY (3.0). |

| | | | |
|---|---|---|---|
| SIDHU SS | 09/08/10 | 3.70 | CONTINUE LEGAL REVIEW OF GENTRY OPENING BRIEF AND CITED AUTHORITIES AND DRAFT MEMORANDUM REGARDING FINDINGS (3.1); COMPARE GENTRY OPENING BRIEF TO UNDERLYING PLEADINGS TO DETERMINE WHETHER CLAIMANT INVALIDLY ASSERTED NEW ARGUMENTS ON APPEAL AND UPDATE MEMORANDUM TO INCLUDE FINDINGS (.6). |
| SIDHU SS | 09/10/10 | 1.10 | REVIEW NEW GENTRY OPENING BRIEF FOR LEGAL INACCURACIES AND NEWLY ASSERTED ARGUMENTS AND UPDATE PRIOR MEMORANDUM TO REFLECT ANY CHANGES. |
| SIDHU SS | 09/15/10 | 0.10 | CONFER REGARDING LEGAL VERIFICATION OF GENTRY OPENING BRIEF. |
| SIDHU SS | 09/24/10 | 0.20 | CONFER REGARDING RESPONSE TO COMMERCE HUB REGARDING 80TH OMNIBUS OBJECTION. |
| SIDHU SS | 09/27/10 | 3.40 | CONDUCT LEGAL REVIEW OF CLAIMS FOR FUTURE DUPLICATE/AMEND OBJECTIONS (2.5); REVIEW COMMERCE HUB CLAIM, OBJECTION THERETO, RESPONSE, CONTRACT, AND APPLICABLE BANKRUPTCY CODE SECTIONS FOR VALIDITY OF ADDITIONAL ASSERTED AMOUNTS (.9). |
| SIDHU SS | 09/29/10 | 0.90 | CONDUCT LEGAL REVIEW OF CLAIMS FOR FUTURE DUPLICATE/AMENDMENT OBJECTIONS (.5); REVIEW Z-LINE CLAIM, OBJECTION THERETO, VA COMPLAINT, AND ACCOUNTS RECEIVABLE ANALYSIS FOR PURPOSES OF ANALYZING POTENTIAL SETTLEMENT OFFERS (.4). |
| SIDHU SS | 09/30/10 | 0.60 | REVIEW COMMERCE HUB CLAIM DOCUMENTS, CONTRACTS, OBJECTION, RESPONSE, AND APPLICABLE BANKRUPTCY CODE PROVISIONS AND DRAFT ANALYSIS OF COMMERCE HUB CLAIM AND POTENTIAL SETTLEMENT OPTIONS FOR REVIEW BY DEBTORS. |
| | | **16.60** | |
| VINE J | 09/08/10 | 1.20 | DRAFT SETTLEMENT RE ACER, GATEWAY AND EMACHINE CLAIMS (1.2). |
| VINE J | 09/10/10 | 1.30 | FINALIZE DRAFT OF SETTLEMENT RE: ACER, GATEWAY & EMACHINES (1.3). |
| VINE J | 09/20/10 | 0.60 | REVISE ACER GROUP SETTLEMENT (.6). |
| | | **3.10** | |
| **Total Associate** | | **277.20** | |
| KROL R | 09/20/10 | 4.20 | PROOFREAD BRIEF. |
| | | **4.20** | |
| **Total Legal Assistant** | | **4.20** | |
| **TOTAL TIME** | | **294.10** | |

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 10/07/10
Creditor Meetings / Statutory Committees                     Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 09/17/10 | 1.30 | REVIEW AND REVISE PROPOSED AGENDA FOR MEETING W/ COMMITTEE COUNSEL RE: TRANSITION AND REVIEW AND RESPOND TO MULTIPLE CORRESPONDENCE RE: SAME (1.3). |
| FREDERICKS IS | 09/20/10 | 7.20 | PREPARE FOR AND PARTICIPATE IN MEETING W/ PSZJ AND CC RE: TRANSITION AND FOLLOW-UP CONFERENCE CALL W/ CC RE: SAME (7.2). |
|  |  | 8.50 |  |
| **Total Associate** |  | 8.50 |  |
| **TOTAL TIME** |  | **8.50** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Insurance                                                Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/02/10 | 0.30 | REVIEW NOTICE OF CIRCUMSTANCE (.2); REVIEW AND RESPOND TO COMMITTEE EMAILS RE: SAME (.1). |
| GALARDI GM | 09/09/10 | 0.30 | FOLLOW-UP RE: TRAVELERS. |
| GALARDI GM | 09/15/10 | 0.20 | FOLLOW-UP RE: NOTICE OF CIRCUMSTANCES (.1); FOLLOW-UP RE: TAIL PURCHASE (.1). |
| | | **0.80** | |
| **Total Partner** | | **0.80** | |
| HEANEY CM | 09/13/10 | 0.80 | REVIEW SERVICE INFORMATION IN CONNECTION WITH DISTRIBUTION OF NOTICES TO INSURERS (.6); ASSIST WITH PREPARATION OF DOCUMENTS (.2). |
| HEANEY CM | 09/14/10 | 2.30 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION AND DISTRIBUTION OF NOTICES OF CIRCUMSTANCES (2.3). |
| HEANEY CM | 09/15/10 | 0.30 | REVIEW RESPONSES TO NOTICE OF CIRCUMSTANCES (.3). |
| HEANEY CM | 09/16/10 | 0.30 | DISTRIBUTE/MAIL NOTICES OF CIRCUMSTANCE ON THIRD PARTIES (.2); REVIEW SERVICE INFORMATION (.1). |
| HEANEY CM | 09/20/10 | 0.30 | REVIEW RETURNS RE: CIRCUMSTANCE LETTERS (.3). |
| HEANEY CM | 09/21/10 | 0.30 | REVIEW RESPONSES TO INSURANCE LETTER (.3). |
| | | **4.30** | |
| **Total Legal Assistant** | | **4.30** | |
| **TOTAL TIME** | | **5.10** | |

21

B43E

```
Circuit City Stores, Inc. (DIP)                        Bill Date: 10/07/10
Intellectual Property                                  Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/16/10 | 0.20 | EMAIL RE: POTENTION ACQUISITION OF IP. |
| GALARDI GM | 09/17/10 | 0.50 | CALL WITH CEO OF VERANCE CORP. RE: POSSIBLE IP ACQUISITION. |
|  |  | 0.70 |  |
| **Total Partner** |  | **0.70** |  |
| **TOTAL TIME** |  | **0.70** |  |

22

B43E

```
Circuit City Stores, Inc. (DIP)                        Bill Date: 10/07/10
Leases (Real Property)                                 Bill Number: 1333713

NAME              DATE       HOURS    DESCRIPTION

BAKER SK          09/24/10    0.60    RESEARCH RE: SALE OR LEASE FOR LOCATION
                                      3697.

                              0.60

Total Associate               0.60

TOTAL TIME                    0.60
```

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 10/07/10
Litigation (General)                                         Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/01/10 | 0.20 | REVIEW EMAILS RE: MITSUBISHI ORAL ARGUMENT AND RESPONSE. |
| GALARDI GM | 09/02/10 | 0.60 | REVIEW AND STRATEGIZE RE: GENTRY RECONSIDERATION REQUEST AND RESPONSE. |
| GALARDI GM | 09/10/10 | 0.40 | BRIEFLY REVIEW GENTRY AMENDED BRIEF. |
| GALARDI GM | 09/14/10 | 1.60 | PARTICIPATE IN MEETING RE: CLAIMS AND POTENTIAL ESTATE CAUSES OF ACTION AND EFFECTIVE DATE MATTERS. |
| GALARDI GM | 09/22/10 | 0.80 | BRIEFLY REVIEW AND COMMENT ON GENTRY D.CT. BRIEF. |
| GALARDI GM | 09/23/10 | 2.40 | REVIEW AND REVISE GENTRY RESPONSE. |
| GALARDI GM | 09/24/10 | 3.20 | REVIEW AND EDIT GENTRY ANSWERING BRIEF. |
| GALARDI GM | 09/30/10 | 0.90 | REVIEW GENTRY REPLY AND STRATEGIZE RE: SURREPLY; ADDRESS ISSUES RE: PARAMOUNT NOTICE OF APPEAL. |
| | | **10.10** | |
| **Total Partner** | | **10.10** | |
| BAKER SK | 09/02/10 | 3.40 | DRAFT OBJECTION TO MOTION FOR RECONSIDERATION REGARDING CLASS ACTION APPEAL (3.4). |
| BAKER SK | 09/03/10 | 3.20 | REVISE DRAFT OBJECTION TO RECONSIDERATION IN MOTION (3.2). |
| BAKER SK | 09/15/10 | 0.20 | REVIEW ORDER DENYING MOTION FOR RECONSIDERATION (.2). |
| BAKER SK | 09/23/10 | 0.30 | RESEARCH REGARDING EXCUSABLE NEGLECT STANDARD OF REVIEW (.3). |
| BAKER SK | 09/24/10 | 1.30 | REVIEW DOCUMENTS RE: PREPARATION OF SAP RETAIL COMPLAINT. |
| | | **8.40** | |
| BUGAY JJ | 09/03/10 | 0.20 | REVIEW AND ANALYZE PARAMOUNT OPINION. |
| BUGAY JJ | 09/08/10 | 4.90 | RESEARCH ISSUES RE: VONAGE STIPULATION; DRAFT VONAGE STIPULATION. |
| BUGAY JJ | 09/10/10 | 1.90 | CONTINUE TO RESEARCH ISSUES RE: GENTRY APPEAL (.8); CONTINUE TO DRAFT RESPONSE IN OPPOSITION TO OPENING BRIEF (1.1). |
| BUGAY JJ | 09/12/10 | 1.70 | CONTINUE TO RESEARCH FACTUAL AND LEGAL ISSUES RE: GENTRY APPEAL (1.7). |
| BUGAY JJ | 09/15/10 | 1.80 | RESEARCH FACTUAL ISSUES RE: STIPULATION WITH KOBRA PROPERTIES (1.2); REVISE STIPULATION ACCORDINGLY (.6). |

| | | | |
|---|---|---|---|
| BUGAY JJ | 09/16/10 | 3.20 | REVIEW AND REVISE GENTRY BRIEF (2.9); RESEARCH ISSUES RE: FEDERAL PREEMPTION CONCERNING GENTRY APPEAL (.3). |
| BUGAY JJ | 09/18/10 | 0.40 | REVIEW AND REVISE GENTRY APPEAL RESPONSE (.4). |
| BUGAY JJ | 09/21/10 | 0.40 | WORK ON ISSUES RE: CALIFORNIA LAW ON STANDING OF CLASS REPRESENTATIVES FOR GENTRY APPEAL. |
| BUGAY JJ | 09/29/10 | 1.60 | REVIEW AND REVISE PNY DISCOVERY REQUESTS. |
| BUGAY JJ | 09/30/10 | 1.20 | CONTINUE TO REVIEW AND REVISE PNY DISCOVERY REQUESTS. |
| | | **17.30** | |
| FREDERICKS IS | 09/03/10 | 4.70 | REVIEW AND REVISE MULTIPLE DRAFTS OF OPPOSITION TO GENTRY'S MOTION TO EXCEED PAGE LIMITS IN DISTRICT COURT APPEAL (4.7). |
| FREDERICKS IS | 09/14/10 | 6.40 | CONFERENCE W/ CC AND MCGUIREWOODS RE: CONTINUE TO GATHER INFORMATION FOR FUTURE LITIGATION (6.4). |
| FREDERICKS IS | 09/15/10 | 2.10 | REVIEW AND REVISE VARIOUS DRAFT SETTLEMENT AGREEMENTS AND PARTICIPATE IN CONFERENCE CALL W/ NIKON RE: SETTLEMENT (2.1). |
| FREDERICKS IS | 09/21/10 | 10.40 | REVIEW AND REVISE MULTIPLE DRAFTS OF GENTRY BRIEF AND CONDUCT ADDITIONAL RESEARCH RE: SAME (10.4). |
| FREDERICKS IS | 09/22/10 | 12.50 | CONTINUE TO REVIEW, REVISE, AND CONDUCT ADDITIONAL RESEARCH RE: GENTRY APPEAL BRIEF (12.5). |
| FREDERICKS IS | 09/24/10 | 4.70 | REVIEW, REVISE, AND FINALIZE BRIEF RE CLASS ACTION APPEAL, INCLUDING INCORPORATING G. GALARDI COMMENTS (4.7). |
| | | **40.80** | |
| HERRMANN DD | 09/24/10 | 4.20 | WORK ON PNY DISCOVERY. |
| HERRMANN DD | 09/26/10 | 2.60 | CONTINUE WORK ON PNY DISCOVERY. |
| HERRMANN DD | 09/28/10 | 5.60 | REVIEW AND REVISE PNY DISCOVERY REQUESTS. |
| HERRMANN DD | 09/29/10 | 0.90 | COMMUNICATE AND WORK ON PNY LITIGATION. |
| | | **13.30** | |
| IBRAHIMI Y | 09/01/10 | 5.40 | DRAFT AGREEMENT SETTLING CC INVESTORS 1995-6 ADVERSARY PROCEEDING. |
| IBRAHIMI Y | 09/03/10 | 2.50 | CONFERENCE W/ J. LIBERI RE CC INVESTORS SETTLEMENT (.2); REVISE AND EDIT CC INVESTORS SETTLEMENT AGREEMENT (2.3). |
| | | **7.90** | |

| | | | |
|---|---|---|---|
| KUMAR JS | 09/30/10 | 1.10 | REVIEWING MATERIALS RELATED TO PARAMOUNT'S APPEAL OF RECLAMATION ORDER (1.1). |
| | | **1.10** | |
| LIBERI JM | 09/01/10 | 1.80 | COMMUNICATE WITH COUNSEL FOR BSLLC RE: SETTLEMENT AND CONFIRMATION MATTERS (0.3); FINALIZE SETTLEMENT DOCUMENTATION RE: BETHESDA (0.5); DRAFT NOTICE OF SETTLEMENT RE: BETHESDA (0.3); REVIEW NOTICE OF OBJECTION TO CLAIMS FILED BY CIRCUIT CITY IN GGP BANKRUPTCY PROCEEDINGS (0.4); FOLLOW UP ON NOTICE OF CLAIMS OBJECTIONS (0.3). |
| LIBERI JM | 09/02/10 | 2.90 | REVIEW CREDITOR PLEADINGS RE: CONFIRMATION OBJECTIONS AND RELATED ISSUES (0.7); REVIEW AND COMMENT ON DRAFT ORDERS RE: OMNIBUS CLAIMS OBJECTIONS (0.4); REVIEW STATUS OF OBJECTIONS TO CERTAIN CLAIMS AND SETTLEMENT NEGOTIATIONS (0.5); REVIEW AND COMMENT ON DRAFT SETTLEMENT DOCUMENTATION RE: R. KREUGER (0.5); REVIEW DOCUMENTS RE: D&O INSURER RESPONSE LETTERS (0.8). |
| LIBERI JM | 09/03/10 | 4.90 | REVIEW AND REVISE DRAFT SETTLEMENT AGREEMENT RE: CC INVESTORS ADVERSARY PROCEEDING BASED ON UPDATED SETTLEMENT ISSUES (2.4); REVIEW COMMERCE HUB AND Z-LINE CLAIMS ISSUES AND ANALYSIS (0.9); FOLLOW UP ON OUTSTANDING OMNIBUS CLAIMS OBJECTIONS AND RESPONSES (1.6). |
| LIBERI JM | 09/07/10 | 2.40 | COMMUNICATE WITH PERSONNEL FROM LONG ACRE (0.3); FOLLOW UP ON ISSUES RE: LONG ACRE AND CLAIMS (1.3); REVIEW STATUS OF PENDING ADVERSARY PROCEEDINGS AND RESPONSE AND DISCOVERY DEADLINES (0.8). |
| LIBERI JM | 09/08/10 | 2.80 | FOLLOW UP ON OUTSTANDING OMNIBUS CLAIMS OBJECTIONS AND RESPONSES (1.4); REVIEW CORRESPONDENCE RE: SETTLEMENT NEGOTIATIONS AND RESOLUTION OF CLAIMS OBJECTIONS (0.7); REVIEW STATUS OF TAX OBJECTIONS AND CLAIMS ISSUES (0.7). |
| LIBERI JM | 09/09/10 | 0.60 | COMMUNICATE WITH COUNSEL FOR CCI RE: ADVERSARY PROCEEDING AND SETTLEMENT ISSUES (0.3); FOLLOW UP RE: SETTLEMENT ISSUES (0.3). |
| LIBERI JM | 09/10/10 | 3.90 | REVIEW STATUS OF PENDING ADVERSARY PROCEEDINGS INCLUDING CARMAX AND CC INVESTORS (0.6); REVIEW CASE CALENDAR RE: FILING DEADLINES (0.3); REVIEW DRAFT DISCOVERY RE: CONTESTED CLAIMS OBJECTIONS (0.8); RESEARCH INSURANCE SETTLEMENT AND DISPUTE ISSUES (1.7); REVIEW STATUS OF PENDING STATE LAWSUITS AND UPCOMING HEARING DATES (0.5). |

| | | | |
|---|---|---|---|
| LIBERI JM | 09/13/10 | 2.80 | REVIEW DRAFT DISCOVERY RE: PENDING ADVERSARY PROCEEDINGS (0.8); REVIEW DOCUMENTS RE: POTENTIAL CLAIMS AND CAUSES OF ACTION (1.7); RETURN CALL TO CREDITOR RE: PENDING CLAIMS OBJECTION (0.3). |
| LIBERI JM | 09/15/10 | 6.30 | COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT ISSUES (0.3); REVIEW SEGA COMMENTS TO DRAFT SETTLEMENT AGREEMENT (0.5); CONFIRM FACTS AND FIGURES PRESENTED BY SEGA (0.3); REVISE DRAFT SETTLEMENT AGREEMENT (0.4); DRAFT NOTICE OF SETTLEMENT (0.3); REVIEW CORRESPONDENCE TO INSURERS RE: NOTICES OF FACTS & CIRCUMSTANCES (0.6); REVIEW INSURER RESPONSES TO NOTICE LETTERS (0.3); REVIEW DOCUMENTS AND INFORMATION RE: POTENTIAL CLAIMS AND CAUSES OF ACTION (1.7); REVIEW PREFERENCE ANALYSIS INFORMATION RE: POTENTIAL PREFERENCE ACTIONS (0.5); RESEARCH PREFERENCE DEFENSE ISSUES (1.4). |
| LIBERI JM | 09/16/10 | 0.60 | COMMUNICATE WITH COUNSEL FOR GATEWAY RE: SETTLEMENT AND CLAIMS RECONCILIATION ISSUES (0.3); RESPOND TO CALLS FROM CREDITOR RE: CLAIMS QUESTIONS (0.3). |
| LIBERI JM | 09/17/10 | 4.30 | REVIEW PREFERENCE MATTERS INCLUDING SEGA (1.3); REVIEW DRAFT DISCOVERY REQUESTS RE: PENDING ADVERSARY PROCEEDING (0.8); REVIEW SETTLEMENT PROPOSALS RE: OMNIBUS CLAIMS OBJECTIONS AND RESPONSES (0.8); REVIEW SUMMONS AND COMPLAINT SERVED BY CARMAX AND COMPARE TO COMPLAINT PREVIOUSLY FILED (1.1); REVIEW CASE CALENDAR RE: RESPONSE DEADLINES AND PENDING MATTERS (0.3). |
| LIBERI JM | 09/20/10 | 4.70 | REVIEW CLAIMS RECONCILIATION INFORMATION AND DOCUMENTS RE: GATEWAY (0.4); REVIEW AND REVISE DRAFT GLOBAL SETTLEMENT AGREEMENT RE: GATEWAY (1.8); COMMUNICATE WITH COUNSEL FOR GATEWAY RE: SAME (0.2); REVIEW CASE CALENDAR AND STATUS OF MATTERS SCHEDULED FOR HEARING (0.6); REVIEW CARMAX CLAIMS AND DETERMINE CURRENT STATUS (0.6); FOLLOW UP ON INFORMATION REQUESTS TO CREDITORS RE: OUTSTANDING CLAIMS ISSUES (1.1). |
| LIBERI JM | 09/21/10 | 1.80 | CONSIDER RECEIVABLES AND PREFERENCE ISSUES RE: NEW AGE AND HAIER (1.4); DRAFT CORRESPONDENCE RE: RECEIVABLES AND PREFERENCE ISSUES (0.4). |
| LIBERI JM | 09/22/10 | 1.60 | COMMUNICATE WITH COUNSEL FOR CCI RE: SETTLEMENT ISSUES (0.2); REVIEW DOCUMENTS AND INFORMATION RE: POTENTIAL TARGETS FOR RECEIVABLES AND PREFERENCE COMPLAINTS (1.4). |

| | | | |
|---|---|---|---|
| LIBERI JM | 09/24/10 | 0.30 | REVIEW COMMUNICATIONS FROM INSURERS RE: D&O POLICY ISSUES (0.3). |
| LIBERI JM | 09/27/10 | 0.50 | REVIEW AND CONSIDER CCI'S COMMENTS TO DRAFT SETTLEMENT AGREEMENT (0.5). |
| LIBERI JM | 09/28/10 | 2.30 | REVIEW AND REVISE DRAFT DISCOVERY REQUESTS RE: PENDING ADVERSARY PROCEEDINGS (2.7). |
| LIBERI JM | 09/29/10 | 1.30 | REVIEW STATUS OF NEGOTIATIONS RE: CLAIMS SUBJECT TO PENDING OMNIBUS OBJECTIONS (0.4); CONSIDER TRANSITION ISSUES RE: PENDING LITIGATION MATTERS AND RESPONSE DEADLINES (0.4); FOLLOW UP ON FUTURE STATUS CONFERENCE DATES RE: SEVERAL PENDING STATE COURT ACTIONS (0.5). |
| LIBERI JM | 09/30/10 | 3.20 | CONSIDER LITIGATION HOLD ISSUES RE: RESOLVED MATTERS (1.4); REVIEW DOCUMENTS RE: SAME (0.5); REVIEW BOARD MATERIALS RE: IDENTITY AND CONTACT INFORMATION OF PAST D&OS (1.3). |
| | | **49.00** | |
| SIDHU SS | 09/01/10 | 2.00 | DRAFT ADVERSARY COMPLAINT REGARDING GARMIN CLAIMS (.8); DRAFT ADVERSARY COMPLAINT REGARDING TOSHIBA COMPUTER CLAIMS (1.2). |
| SIDHU SS | 09/02/10 | 8.30 | RESEARCH WHETHER DEBTOR IN POSSESSION AND DEBTOR ARE THE SAME ENTITY UNDER THE BANKRUPTCY CODE, INCLUDING WITHIN CONTEXT OF SECTION 547(C). |
| SIDHU SS | 09/03/10 | 5.30 | DRAFT MEMORANDUM DISCUSSING LAW AS TO WHETHER DEBTOR AND DEBTOR IN POSSESSION ARE THE SAME ENTITY, INCLUDING WITH REGARD TO SECTION 547(C) (3.2); REVISE ADVERSARY COMPLAINTS REGARDING TOSHIBA COMPUTER AND GARMIN CLAIMS (.7); DRAFT ADVERSARY COMPLAINT REGARDING TOSHIBA AMERICA CLAIMS (1.4). |
| SIDHU SS | 09/08/10 | 0.10 | COMPILE LIST OF PENDING ADVERSARY COMPLAINTS REGARDING CLAIMS. |
| SIDHU SS | 09/10/10 | 0.70 | PREPARE NOTICE OF CIRCUMSTANCES AND SERVICE LIST FOR TRANSMITTAL TO D&O INSURERS (.4); REVIEW D&O POLICIES FOR ANY SPECIAL DELIVERY REQUIREMENTS (.2); COORDINATE VERIFICATION OF CONTACT INFORMATION FOR TRANSMITTAL OF NOTICE OF CIRCUMSTANCES (.3). |
| SIDHU SS | 09/13/10 | 0.30 | UPDATE NOTICE OF CIRCUMSTANCES AND COORDINATE MAILING OF SAME. |
| SIDHU SS | 09/14/10 | 1.20 | REVIEW D&O INSURANCE POLICIES AND INSURER INFORMATION TO VERIFY ACCURACY OF SERVICE LIST FOR NOTICE OF CIRCUMSTANCES, UPDATE NOTICE OF CIRCUMSTANCES WITH SERVICE LIST AND COORDINATE MAILING OF SAME. |