# **EXHIBIT D-6**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| SIDHU SS | 09/30/10 | 3.70 | RESEARCH TIMELINESS OF PARAMOUNT APPEAL; REVIEW CIRCUIT CITY AND AFFILIATES' MINUTES AND PUBLIC FILINGS FOR NAMES AND CONTACT INFORMATION OF DIRECTORS AND OFFICERS AS REQUESTED BY CREDITORS' COMMITTEE AND COMPILE LIST OF SAME. |
| | | **21.60** | |
| VINE J | 09/02/10 | 1.90 | RESEARCH RECOUPMENT AND SETOFF ORDER RE: LACHES (1.9). |
| VINE J | 09/03/10 | 7.90 | RESEARCH AND DRAFT MEMO ON RECOUPMENT AND SETOFF RE COURT'S DISCRETION (7.9). |
| VINE J | 09/07/10 | 3.00 | RESEARCH AND FINALIZE MEMO ON RECOUPMENT AND SETOFF IN ORDER OF RECOVERY (3). |
| VINE J | 09/08/10 | 1.00 | RESEARCH RE ISSUES AND ARGUMENTS NOT ADDRESSED BELOW PROPER FOR APPEAL (1). |
| VINE J | 09/09/10 | 4.30 | RESEARCH AND DRAFT MEMO RE: EFFECTIVENESS OF CONTRACT PROVISIONS ON EXECUTION OR PERFORMANCE (4.3). |
| VINE J | 09/10/10 | 4.50 | RESEARCH AND DRAFT MEMO ON CONTRACT AMENDMENT EFFECTIVENESS (.8); RESEARCH AND DRAFT MEMO RE 547(C)(2) AND CONTRACT AMENDMENT PRE- OR POST- PREFERENCE (3.7). |
| VINE J | 09/14/10 | 2.00 | RESEARCH CASES ON CONTRACT OBLIGATIONS (2). |
| VINE J | 09/21/10 | 2.00 | RESEARCH UNFAIR LABOR PRACTICE LAW CASES IN CAL RE: APPEAL BRIEF (2). |
| VINE J | 09/22/10 | 0.70 | RESEARCH RE: COURTS DRAWING REASONABLE INFERENCES (.7). |
| | | **27.30** | |
| **Total Associate** | | **186.70** | |
| HEANEY CM | 09/01/10 | 1.20 | REVIEW VARIOUS DISTRICT COURT CASES (.4); OBTAIN, REVIEW ORGANIZE GENTRY OPENING BRIEF (.6); DISTRIBUTE SIGNED ORDER DENYING MOTION TO EXCEED PAGE LIMITATIONS (.2). |
| HEANEY CM | 09/02/10 | 0.20 | OBTAIN/ORDER REVIEW AND DISTRIBUTE GENTRY MOTION TO RECONSIDER (.2). |
| HEANEY CM | 09/03/10 | 0.70 | OBTAIN/ORDER REVIEW AND DISTRIBUTE PARAMOUNT BRIEF AND GENTRY ORDER (.7). |
| HEANEY CM | 09/08/10 | 0.40 | REVIEW BACKGROUND DOCUMENTS AND CALENDAR IN CONNECTION WITH GENTRY APPEAL (.4). |
| HEANEY CM | 09/09/10 | 0.60 | RESEARCH ON/IN BACKGROUND INFORMATION IN CONNECTION WITH STATE COURT ACTION (.6). |

| | | | |
|---|---|---|---|
| HEANEY CM | 09/13/10 | 0.40 | REVIEW DISTRICT COURT AND ADVERSARY DOCKETS RE: UPDATES TO CASE FILES AND DEADLINES FOR FILING (.4). |
| HEANEY CM | 09/15/10 | 3.70 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF GENTRY REPLY BRIEF AND SUPPORTING DOCUMENTS (3.7). |
| HEANEY CM | 09/16/10 | 2.90 | OBTAIN/ORDER ORGANIZE AND PREPARE DOCUMENTS IN CONNECTION WITH GENTRY REPLY BRIEF AND RECORD ON APPEAL (2.9). |
| HEANEY CM | 09/17/10 | 2.70 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3); ORGANIZE AND REVISE POSSIBLE DOCUMENTS FOR GENTRY APPEAL APPENDIX (1.6); REVIEW AND PREPARE INDEX FOR APPENDIX (.6); REVIEW PARAMOUNT DOCKET RE: STATUS OF NOTICE OF APPEAL (.2). |
| HEANEY CM | 09/20/10 | 1.30 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF BRIEF AND APPENDIX TO GENTRY MATTER (1.3). |
| HEANEY CM | 09/21/10 | 0.90 | REVIEW ADDITIONAL DOCUMENTS FOR PREPARATION OF REPLY BRIEF (.9). |
| HEANEY CM | 09/22/10 | 1.80 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF OF REPLY BRIEF AND RECORD ON APPEAL (1.8). |
| HEANEY CM | 09/23/10 | 3.30 | OBTAIN/ORDER REVIEW, ORGANIZE AND PREPARE ADDITIONAL DOCUMENTS FOR RECORD ON APPEAL (1.6); DRAFT, EDIT/REVISE INDEX FOR RECORD ON APPEAL (.9); ASSIST ATTORNEYS WITH PREPARATION OF BRIEF (.8). |
| HEANEY CM | 09/24/10 | 2.90 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF GENTRY BRIEF (2.9). |
| HEANEY CM | 09/27/10 | 1.40 | REVIEW REVIEW DOCKETS RE: UPDATES TO GENTRY MATTERS (.3); REVIEW BRIEF AND TABLE OF AUTHORITIES FOR PREPARATION OF CASE BOOK (1.1). |
| HEANEY CM | 09/28/10 | 1.20 | DRAFT EDIT/REVISE REMOVAL MOTION, ORDER AND BRIDGE ORDER AND COORDINATE FILING (1.2). |
| HEANEY CM | 09/30/10 | 1.10 | OBTAIN/ORDER REVIEW ORGANIZE AND DISTRIBUTE GENTRY REPLY BRIEF (.9); DISTRIBUTE PARAMOUNT NOTICE OF APPEAL (.2). |
| | | 26.70 | |
| **Total Legal Assistant** | | 26.70 | |
| **TOTAL TIME** | | <u>223.50</u> | |

30

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Litigation (Insurance Recovery)                          Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/15/10 | 0.20 | FOLLOW-UP RE: LOCKTON AND LC RECOVERY. |
|  |  | 0.20 |  |
| **Total Partner** |  | **0.20** |  |
| **TOTAL TIME** |  | **0.20** |  |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Nonworking Travel Time                                   Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/07/10 | 1.90 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 09/08/10 | 1.90 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| GALARDI GM | 09/13/10 | 1.60 | NON-WORKING TRAVEL TO RICHMOND FOR 9/12 HEARING. |
| GALARDI GM | 09/14/10 | 1.90 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON. |
| GALARDI GM | 09/26/10 | 1.80 | NON-WORKING TRAVEL FROM WILMINGTON TO RICHMOND. |
| GALARDI GM | 09/27/10 | 2.00 | NON-WORKING TRAVEL FROM RICHMOND TO WILMINGTON (WITH DELAYS AND WAITS). |
|  |  | **11.10** |  |
| **Total Partner** |  | **11.10** |  |
| BAKER SK | 09/07/10 | 2.80 | TRAVEL TO RICHMOND REGARDING PREPARATION FOR PLAN CONFIRMATION HEARING. |
| BAKER SK | 09/08/10 | 2.90 | TRAVEL BACK FROM RICHMOND, VA. |
|  |  | **5.70** |  |
| FREDERICKS IS | 09/07/10 | 1.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA. |
| FREDERICKS IS | 09/08/10 | 1.80 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE. |
| FREDERICKS IS | 09/13/10 | 1.70 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA. |
| FREDERICKS IS | 09/14/10 | 2.10 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE. |
| FREDERICKS IS | 09/19/10 | 1.90 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA. |
| FREDERICKS IS | 09/20/10 | 2.10 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE. |
| FREDERICKS IS | 09/26/10 | 1.60 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA. |
| FREDERICKS IS | 09/27/10 | 3.10 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE (WEATHER DELAYS). |
|  |  | **15.90** |  |
| KUMAR JS | 09/07/10 | 2.40 | TRAVEL FROM CHICAGO TO RICHMOND, VIRGINIA. |
| KUMAR JS | 09/08/10 | 2.50 | TRAVEL FROM RICHMOND VIRGINIA TO CHICAGO. |

```
                         4.90
Total Associate         26.50

TOTAL TIME              37.60
```

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/07/10
Reorganization Plan / Plan Sponsors                                Bill Number: 1333713

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/01/10 | 1.40 | CALL WITH FTI RE: CONFIRMATION PREP AND ISSUES (.5); CALL WITH COMMITTEE RE: CONFIRMATION PLANNING AND NEXT STEPS (.7); FOLLOW-UP RE: SAME (.2). |
| GALARDI GM | 09/02/10 | 5.60 | REVIEW AND COMMENT ON CONFIRMATION BRIEF AND OBJECTION CHART (2.2); REVIEW AND ADDRESS STRATEGY RE: MONDRAGON MOTION TO ADJOURN CONFIRMATION (.3); REVIEW NOTICE AND PARAMOUNT SIDE LETTERS (.4); REVIEW AND COMMENT ON REVISED CONFIRMATION CHECKLIST, CONFIRMATION ORDER AND OTHER DOCUMENTS (2.1); REVIEW SETTLEMENT MOTION (.6). |
| GALARDI GM | 09/03/10 | 2.10 | REVIEW CONFIRMATION BRIEF, PLAN AND RELATED DOCUMENT AS WELL AS REDLINES OF SAME. |
| GALARDI GM | 09/07/10 | 5.80 | REVIEW CONFIRMATION BRIEF, OBJECTION CHART AND OBJECTION IN PREPARATION FOR CONFIRMATION HEARING (3.7); REVIEW AND EDIT PROFFERS FOR CONFIRMATION HEARING (1.4); OBTAIN ADDITIONAL INFORMATION FOR CONFIRMATION HEARING (.7). |
| GALARDI GM | 09/08/10 | 4.60 | COMPLETE PREPARATION FOR CONFIRMATION HEARING, INCLUDING PREP OF WITNESSES AND RESPONSES TO REMAINING OBJECTIONS (2.1); ATTEND AND REPRESENT COMPANY AT HEARING ON CONFIRMATION AND RELATED MATTERS (1.9); DRAFT AND RESPOND TO POST-CONFIRMATION EMAILS TO BOARD AND OTHERS (.6). |
| GALARDI GM | 09/09/10 | 1.40 | REVIEW REVISED FINAL CONFIRMATION ORDER; PLAN AND NOTICE (1.1); REVIEW REVISED PARAMONT SIDE LETTER (.3). |
| GALARDI GM | 09/10/10 | 0.20 | REVIEW AND STRATEGIZE RE: LETTER TO CONVENIENCE CLASS HOLDERS. |
| GALARDI GM | 09/15/10 | 1.60 | PREPARE FOR CALL WITH COMMITTEE ON EFFECTIVE DATE ISSUE (.7); CALL WITH COMMITTEE COUNSEL RE: EFFECTIVE DATE ISSUES (.5); FOLLOW-UP RE: EFFECTIVE DATE MATTERS WITH COMPANY (.4). |
| | | **22.70** | |
| **Total Partner** | | **22.70** | |

| | | | |
|---|---|---|---|
| BAKER SK | 09/01/10 | 6.30 | CONTINUE EDITING OF CONFIRMATION BRIEF (3.1); DRAFT CORRESPONDENCE TO VARIOUS COUNSEL CONFIRMATION OBJECTIONS (.4); CONFERENCE CALLS REGARDING PREPARATIONS FOR CONFIRMATION HEARINGS (.8); REVIEW CORRESPONDENCE REGARDING MITSUBISHI CONFIRMATION OBJECTION (.1); DRAFT CORRESPONDENCE REGARDING U.S. CUSTOMS PROPOSED SETTLEMENT TERMS (.3); BEGIN DRAFT OF SETTLEMENT AGREEMENT WITH CUSTOMS (1.6). |
| BAKER SK | 09/02/10 | 8.90 | CONTINUE DRAFT OF AGREEMENT RESOLVING CUSTOM'S OBJECTION TO PLAIN (2.8); DRAFT OFFERS OF TESTIMONY FOR CONFIRMATION HEARING (6.1). |
| BAKER SK | 09/03/10 | 4.00 | TELEPHONE CALL WITH COUNSEL FOR MT. PLEASANT REGARDING PLAN CONFIRMATION (.2); REVISE PROFFER OF TESTIMONY FOR CONFIRMATION HEARING (.8); PREPARE CONFIRMATION DOCUMENTS FOR FILING (2.6); REVIEW CORRESPONDENCE REGARDING ENVISION PERIPHERALS CONFIRMATION OBJECTIONS (.1); DRAFT CORRESPONDENCE TO COUNSEL FOR MT. PLEASANT REGARDING CONFIRMATION OBJECTION (.3). |
| BAKER SK | 09/07/10 | 4.60 | PREPARE FOR CONFIRMATION HEARING (4.6). |
| BAKER SK | 09/08/10 | 3.80 | PREPARE FOR CONFIRMATION HEARING (2.2); ATTEND PLAN CONFIRMATION HEARING (1.6). |
| BAKER SK | 09/09/10 | 0.40 | REVIEW FINAL VERSION OF CONFIRMATION ORDER (.4). |
| BAKER SK | 09/10/10 | 0.60 | REVIEW CORRESPONDENCE REGARDING CONFIRMATION ORDER (.1). TELEPHONE CALL WITH J. COHEN REGARDING CONFIRMATION HEARING (.2); DRAFT CORRESPONDENCE TO J. STAHLER REGARDING STATUS OF VARIOUS CLAIMS AND CONFIRMATION OF PLAN (.3). |
| BAKER SK | 09/14/10 | 0.80 | REVIEW FINDINGS OF FAULT, CONCLUSION OF LAW AND ORDER CONFIRMING MODIFIED SECOND AMENDED PLAN (.8). |
| BAKER SK | 09/16/10 | 0.70 | RESEARCH REGARDING GUARANTY CLAIMS UNDER PLAN (.7). |
| | | **30.10** | |
| FREDERICKS IS | 09/01/10 | 13.70 | REVIEW AND REVISE VARIOUS CONFIRMATION DOCUMENTS, ATTENTION TO VARIOUS ISSUES RELATED TO CONFIRMATION, AND CONFERENCE CALLS AND CORRESPONDENCE RE: SAME (13.7). |
| FREDERICKS IS | 09/02/10 | 13.70 | CONTINUE TO REVIEW AND REVISE DOCUMENTS AND ATTENTION TO VARIOUS ISSUES RELATED TO CONFIRMATION (13.7). |
| FREDERICKS IS | 09/03/10 | 6.20 | CONTINUE TO REVIEW, REVISE AND FINALIZE ALL CONFIRMATION RELATED DOCUMENTS AND ATTENTION TO VARIOUS RELATED ISSUES (6.2). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 09/07/10 | 8.70 | PREPARE FOR CONFIRMATION HEARING (8.7). |
| FREDERICKS IS | 09/08/10 | 5.20 | CONTINUE TO PREPARE FOR AND ATTEND CONFIRMATION HEARING (5.2). |
| FREDERICKS IS | 09/09/10 | 4.10 | REVIEW AND REVISE VARIOUS PLAN AND PLAN RELATED DOCUMENTS FOR SUBMISSION (4.1). |
| FREDERICKS IS | 09/15/10 | 0.90 | REVIEW AND REVISE CLOSING CHECKLIST AND PARTICIPATE IN CONFERENCE CALL W/ J. POMERANTZ RE: SAME (.9). |
| FREDERICKS IS | 09/17/10 | 1.20 | PARTICIPATE IN CALL W/ COMMITTEE AND CANADA RE: CANADIAN ISSUES AND COURT APPROVAL AND FOLLOW-UP CALL RE: SAME (1.2). |
| FREDERICKS IS | 09/30/10 | 4.30 | REVIEW AND REVISE VARIOUS PLAN RELATED TRANSACTION DOCUMENTS (4.3). |
| | | **58.00** | |
| KUMAR JS | 09/01/10 | 9.90 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ORDER AND ATTENDING TO CONFIRMATION MATTERS (9.9). |
| KUMAR JS | 09/02/10 | 10.30 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, REVISING CONFIRMATION BRIEF AND ORDER AND ATTENDING TO CONFIRMATION MATTERS (10.3). |
| KUMAR JS | 09/03/10 | 8.10 | CONTACTING COUNSEL AND RELATED TASKS RE CONFIRMATION OBJECTIONS, FINALIZING AND FILING CONFIRMATION BRIEF AND ORDER AND RELATED DOCUMENTS AND ATTENDING TO CONFIRMATION MATTERS (8.1). |
| KUMAR JS | 09/07/10 | 7.90 | CONTINUING TO RESOLVE CONFIRMATION OBJECTIONS, PREPARATION FOR CONFIRMATION HEARING AND ATTENDING TO VARIOUS OTHER CONFIRMATION MATTERS (7.9). |
| KUMAR JS | 09/08/10 | 6.20 | CONTINUING TO RESOLVE CONFIRMATION OBJECTIONS, PREPARATION FOR CONFIRMATION HEARING AND ATTENDING TO VARIOUS OTHER CONFIRMATION MATTERS AND ATTENDING CONFIRMATION HEARING (4.5). ATTENDING TO MATTERS POST-CONFIRMATION, INCLUDING REVISING CONFIRMATION ORDER AND FINAL NOL ORDER (1.7). |
| KUMAR JS | 09/09/10 | 5.60 | ATTENDING TO MATTERS POST-CONFIRMATION, INCLUDING REVISING CONFIRMATION ORDER AND FINAL NOL ORDER AND SENDING FOR REVIEW, SIGN OFF AND FILING, AND DRAFTING LETTER TO CONVENIENCE CLAIMANTS (5.6). |
| KUMAR JS | 09/10/10 | 1.90 | ATTENDING TO VARIOUS POST-CONFIRMATION MATTERS (1.9). |

| | | | |
|---|---|---|---|
| KUMAR JS | 09/14/10 | 5.80 | DRAFTING CHECKLISTS RE EFFECTIVE DATE REQUIREMENTS AND DEADLINES UNDER PLAN (5.8). |
| KUMAR JS | 09/20/10 | 0.50 | REVIEWING AND REVISING CERTAIN LETTERS RE POST-CONFIRMATION MATTERS (.5). |
| KUMAR JS | 09/27/10 | 0.80 | MATTERS RELATED TO LETTER TO CONVENIENCE CLAIMANTS (.8). |
| KUMAR JS | 09/30/10 | 2.40 | REVISING AND REVIEWING VARIOUS DOCUMENTS AND LETTERS RELATED TO POST-CONFIRMATION MATTERS (2.4). |
| | | **59.40** | |
| **Total Associate** | | **147.50** | |
| CAMPANA MD | 09/02/10 | 1.50 | CITE-CHECK / SHEPARDIZE BRIEF/MEMORANDUM OF LAW CITECHECK CONFIRMATION BRIEF (1.5). |
| CAMPANA MD | 09/03/10 | 6.00 | CITE-CHECK / SHEPARDIZE BRIEF/MEMORANDUM OF LAW PROOFREAD AND CITECHECK CONFIRMATION BRIEF (6.0). |
| | | **7.50** | |
| HEANEY CM | 09/01/10 | 2.60 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH UPDATES TO CONFIRMATION CHARTS (2.6). |
| HEANEY CM | 09/02/10 | 3.80 | OBTAIN/ORDER ORGANIZE, REVIEW AND PREPARE BINDER OF DOCUMENTS FOR HEARING (2.9); ASSIST ATTORNEYS WITH DOCUMENTS IN CONNECTION WITH CONFIRMATION HEARING (.9). |
| HEANEY CM | 09/03/10 | 4.80 | TRAIN/MENTOR/ASSIST ATTORNEYS WITH PREPARATION OF VARIOUS CONFIRMATION RELATED PLEADINGS (3.1); UPDATE AND REORGANIZE HEARING BINDERS IN PREPARATION FOR HEARING (1.7). |
| HEANEY CM | 09/07/10 | 2.20 | PREPARE ADDITIONAL DOCUMENTS AND BINDERS IN CONNECTION WITH CONFIRMATION HEARING (2.2). |
| HEANEY CM | 09/16/10 | 0.30 | REVIEW CALENDAR IN CONNECTION WITH DEADLINES TO CONFIRMATION ORDER (.3). |
| | | **13.70** | |
| KROL R | 09/02/10 | 4.00 | PROOFREAD BRIEF. |
| KROL R | 09/03/10 | 7.00 | PROOFREAD BRIEF. |
| | | **11.00** | |
| LAMANNA WK | 09/14/10 | 0.10 | DOWNLOAD AND REVIEW CONFIRMATION ORDER. |
| LAMANNA WK | 09/15/10 | 2.70 | REVIEW PLAN AND CONFIRMATION ORDER AND CALENDAR CRITICAL DATES (2.5); PREPARE AND DISTRIBUTE CALENDAR OF SELECT DATES (0.2). |

```
LAMANNA WK          09/16/10      0.60  REVIEW ADDITIONAL CALENDAR OF CRITICAL
                                        DATES RELATED TO PLAN AND CONFIRMATION
                                        ORDER (0.2); TELECONFERENCE WITH J.
                                        KUMAR RE: SAME (0.1); EDIT/REVISE LIST
                                        OF CRITICAL DATES (.3).

                                  3.40

Total Legal Assistant            35.60

TOTAL TIME                      205.80
```

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Retention / Fee Matters (SASM&F)                         Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 09/10/10 | 2.90 | REVIEW AND REVISE SKADDEN FEE APPLICATION AND RELATED DOCUMENTS (2.9). |
| | | **2.90** | |
| LAZAROFF KA | 09/07/10 | 3.00 | REVIEW FEE STATEMENTS IN PREPARATION FOR DRAFTING FEE APPLICATION. |
| LAZAROFF KA | 09/08/10 | 4.00 | DRAFT FEE APPLICATION. |
| LAZAROFF KA | 09/10/10 | 1.00 | REVIEW AND REVISE FEE APPLICATION. |
| LAZAROFF KA | 09/13/10 | 1.00 | REVIEW AND REVISE FEE APPLICATION. |
| LAZAROFF KA | 09/14/10 | 0.20 | PREPARE FOR AND COORDINATE FILING OF FEE APPLICATION AND EXHIBITS. |
| | | **9.20** | |
| **Total Associate** | | **12.10** | |
| **TOTAL TIME** | | **12.10** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Retention / Fee Matters / Objections (Others)            Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/01/10 | 0.10 | FOLLOW-UP RE: FTI ORDER. |
| GALARDI GM | 09/27/10 | 0.30 | PREPARE FOR AND REPRESENT COMPANY ON CROWE ADMINISTRATIVE CLAIM. |
|  |  | **0.40** |  |
| **Total Partner** |  | **0.40** |  |
| FREDERICKS IS | 09/01/10 | 0.90 | CONFERENCE CALL W/ CROWE RE: FEE APPLICATION AND REVIEW AND REVISE SAME (.9). |
|  |  | **0.90** |  |
| **Total Associate** |  | **0.90** |  |
| **TOTAL TIME** |  | **1.30** |  |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Tax Matters                                              Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 09/09/10 | 0.20 | REVIEW FINAL NOL ORDER. |
| GALARDI GM | 09/29/10 | 0.70 | FOLLOW-UP RE: TAX APPEAL STATUS AND NEXT STEPS. |
|  |  | **0.90** |  |
| **Total Partner** |  | **0.90** |  |
| BAKER SK | 09/20/10 | 0.30 | TELEPHONE CALL WITH SARASOTA TAX COLLECTION REGARDING TAX LIENS ON SALE PROPERTY (.3). |
|  |  | **0.30** |  |
| **Total Associate** |  | **0.30** |  |
| **TOTAL TIME** |  | **1.20** |  |

```
Circuit City Stores, Inc. (DIP)                           Bill Date: 10/07/10
Utilities                                                 Bill Number: 1333713
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 09/09/10 | 0.80 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING COLLECTION NOTICES AND FINAL ACCOUNT BALANCES (.8). |
| BAKER SK | 09/13/10 | 0.20 | TELEPHONE CALL REGARDING POST-PETITION UTILITY CHANGES (.2). |
| BAKER SK | 09/16/10 | 0.60 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITIES REGARDING COLLECTION OF ACCOUNT BALANCES (.6). |
| BAKER SK | 09/21/10 | 0.50 | REVIEW CORRESPONDENCE FROM VARIOUS UTILITY COMPANIES REGARDING COLLECTION NOTICES AND ACCOUNT BALANCES (.5). |
| BAKER SK | 09/29/10 | 0.30 | REVIEW CORRESPONDENCE FROM VARIOUS ACCOUNT BALANCES (.3). |
|  |  | 2.40 |  |
| **Total Associate** |  | 2.40 |  |
| **TOTAL TIME** |  | **2.40** |  |
| **CLIENT TOTAL** |  | **890.40** |  |