**EXHIBIT D-7**

**(Detail of Time Billed)**

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
General Corporate Advice                               Bill Number: 1340129
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/07/10 | 0.20 | EMAILS WITH BOARD MEMBERS RE: STATUS AND NEXT STEPS. |
| GALARDI GM | 10/08/10 | 1.20 | BEGIN REVIEWING NUMEROUS PARENT BOARD MINUTES. |
| GALARDI GM | 10/11/10 | 2.30 | FINALIZE REVIEW OF BOARD MINUTES (1.4); BOARD CALL (.9). |
| GALARDI GM | 10/22/10 | 0.60 | REVIEW FINAL CC BOARD MINUTES. |
| GALARDI GM | 10/26/10 | 0.50 | FINALIZE MINUTES AND EMAILS TO BOARD. |
|  |  | **4.80** |  |
| **Total Partner** |  | **4.80** |  |
| FREDERICKS IS | 10/25/10 | 1.20 | DRAFT BOARD MINUTES FOR FINAL MEETING AND CORRESPONDENCE RE: SAME (1.2). |
|  |  | **1.20** |  |
| SIDHU SS | 10/18/10 | 3.50 | REVIEW, REVISE, AND FINALIZE BOARD MINUTES. |
|  |  | **3.50** |  |
| **Total Associate** |  | **4.70** |  |
| **TOTAL TIME** |  | **9.50** |  |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Asset Dispositions (General)                             Bill Number: 1340129
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| KARPE JA | 10/11/10 | 0.60 | REVIEW SMSS DOCUMENTS (.4); UPDATE STATUS LIST (.2). |
| KARPE JA | 10/12/10 | 1.00 | REVIEW SHARE TRANSFER AGREEMENT (.4); REVIEW RESOLUTIONS (.2); DRAFT EMAIL TO I. FREDERICKS RE: SAME (.2); EDIT CHECKLIST (2). |
|  |  | 1.60 |  |
| **Total Associate** |  | **1.60** |  |
| **TOTAL TIME** |  | <u>**1.60**</u> |  |

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 11/09/10
Business Operations / Strategic Planning                     Bill Number: 1340129


    NAME                    DATE         HOURS   DESCRIPTION

    GALARDI GM              10/01/10      0.80   REVIEW DRAFT REPORT OF MONITOR.

    GALARDI GM              10/04/10      0.50   REVIEW OSLER COMMENTS TO MONITOR'S
                                                 REPORT.

    GALARDI GM              10/07/10      0.50   REVIEW MOTION TO CANADIAN COURT RE:
                                                 RESTRUCTURING STEPS.

    GALARDI GM              10/08/10      0.50   BRIEFLY REVIEW CANADIAN DOCUMENTS SENT
                                                 BY J. MURRAY.

    GALARDI GM              10/15/10      0.30   REVIEW CANADIAN ORDER AND ENDORSEMENT.

    GALARDI GM              10/20/10      0.60   EMAIL AND CALL RE: CANADIAN STATUS;
                                                 EMAIL RE: CANADA STATUS AND DIRECT NEXT
                                                 STEPS.

    GALARDI GM              10/21/10      1.60   PREPARE FOR AND ATTEND CALL RE: PLAN
                                                 CLOSING AND CANADIAN ISSUES.

    GALARDI GM              10/27/10      0.10   REVIEW CERTIFICATE OF CONTINUANCE.

    GALARDI GM              10/31/10      0.40   REVIEW CANADIAN DOCUMENTS RE: INTERTAN
                                                 FRANCE SHARE TRANSFER.

                                          5.30

    Total Partner                         5.30

    TOTAL TIME                            5.30
```

B43E

Circuit City Stores, Inc. (DIP)                           Bill Date: 11/09/10
Case Administration                                       Bill Number: 1340129

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/01/10 | 0.60 | WORK ON TRANSITION ISSUES AND TIMING OF EFFECTIVE DATE MATTERS. |
| GALARDI GM | 10/04/10 | 0.60 | WORK ON TRANSITION ISSUES RE: CLAIMS, COUNSEL, INSURANCE RECOVERIES AND CANADA. |
| GALARDI GM | 10/06/10 | 0.40 | FOLLOW-UP RE: NUMEROUS TRANSITION ISSUES INCLUDING INFORMATION AND MATTER TURNOVER TO LT'S COUNSEL. |
| GALARDI GM | 10/07/10 | 0.20 | FOLLOW-UP RE: COMMITTEE REQUEST ON PNY AND MITSUBISHI. |
| GALARDI GM | 10/11/10 | 0.40 | FOLLOW-UP WITH LT RE: POST-EFFECTIVE DATE MATTERS. |
| GALARDI GM | 10/15/10 | 0.20 | CONTINUE WORKING ON CASE TRANSITION ISSUES AND ASSIGNMENTS. |
| GALARDI GM | 10/21/10 | 0.40 | FOLLOW-UP RE: KOBRA CLAIM AND OTHER TRANSITION MATTERS. |
| GALARDI GM | 10/25/10 | 0.40 | FOLLOW-UP RE: PARAMOUNT MEDIATION AND OTHER TRANSITION LITIGATION ISSUES. |
| | | **3.20** | |
| **Total Partner** | | **3.20** | |
| BAKER SK | 10/01/10 | 0.20 | REVIEW CORRESPONDENCE REGARDING STATUS OF CANADIAN CASES (.2). |
| BAKER SK | 10/11/10 | 0.60 | REVIEW CORRESPONDENCE REGARDING UTILITY BALANCES (.6). |
| BAKER SK | 10/20/10 | 0.30 | REVIEW DRAFT AGENDA (.3). |
| BAKER SK | 10/25/10 | 0.20 | REVIEW HEARING AGENDA (.2). |
| BAKER SK | 10/27/10 | 0.30 | REVIEW HEARING AGENDA (.3). |
| | | **1.60** | |
| FREDERICKS IS | 10/01/10 | 3.10 | PARTICIPATE IN MULTIPLE CONFERENCE CALLS AND ADDRESS VARIOUS TRANSITION MATTERS (3.1). |
| FREDERICKS IS | 10/05/10 | 3.80 | MULTIPLE CONFERENCE CALLS WITH CC RE: VARIOUS TRANSITION MATTERS AND MULTIPLE CALLS RE: SAME (3.8). |
| FREDERICKS IS | 10/06/10 | 3.70 | ATTENTION TO AND WORK ON MATTERS RELATED TO TRANSITION TO LIQUIDATING TRUST (3.7). |
| FREDERICKS IS | 10/07/10 | 1.20 | CONTINUE TO WORK ON TRANSITION MATTERS (1.2). |
| FREDERICKS IS | 10/08/10 | 0.90 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.9). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 10/14/10 | 1.70 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (1.7). |
| FREDERICKS IS | 10/19/10 | 2.90 | REVIEW AND RESPOND TO VARIOUS CASE RELATED CORRESPONDENCE (.7); WORK ON VARIOUS TRANSITION MATTERS WITH K. BRADSHAW (2.2). |
| FREDERICKS IS | 10/20/10 | 1.60 | PREPARE FOR AND PARTICIPATE IN VARIOUS CONFERENCE CALLS WITH PSZJ RE: TRANSITION MATTERS (1.6). |
| FREDERICKS IS | 10/21/10 | 3.10 | ATTENTION TO VARIOUS TRANSITION MATTERS AND CORRESPONDENCE AND TELEPHONE CALLS WITH CC RE: SAME (3.1). |
| FREDERICKS IS | 10/22/10 | 6.40 | REVIEW AND REVISE AGENDA AND EXHIBIT A (2.1); MULTIPLE TELEPHONE CALLS WITH K. BRADSHAW AND CORRESPONDENCE RE: TRANSITION (1.6); WORK ON VARIOUS MATTERS RE: TRANSITION TO LT (2.7). |
| FREDERICKS IS | 10/25/10 | 2.90 | WORK ON VARIOUS TRANSITION MATTERS, INCLUDING MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE WITH CC (2.9). |
| FREDERICKS IS | 10/26/10 | 2.40 | ATTENTION TO AND WORK ON VARIOUS TRANSITION MATTERS (2.4). |
| FREDERICKS IS | 10/27/10 | 5.20 | ATTEND AND PARTICIPATE IN CC HEARING (.8); CONFERENCE WITH K. BRADSHAW AND B. FOSE RE: VARIOUS TRANSITION MATTERS (4.4). |
| FREDERICKS IS | 10/28/10 | 3.70 | MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE WITH K. BRADSHAW RE: TRANSITION MATTERS (3.7). |
| FREDERICKS IS | 10/29/10 | 3.10 | MULTIPLE CONFERENCE CALLS WITH CC RE: TRANSITION MATTERS AND WORK ON TRANSITION MATTERS (3.1). |
| | | **45.70** | |
| VINE J | 10/19/10 | 4.50 | REVIEW D&O INSURANCE MATERIAL AND R. 2004 SUBPOENA BACKGROUND MATERIAL (.4); REVIEW COMPANY BOARD MINUTES RE: INTERTAN ACQUISITION SUBPOENA (4.1). |
| | | **4.50** | |
| **Total Associate** | | **51.80** | |
| HEANEY CM | 10/04/10 | 0.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/05/10 | 0.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/06/10 | 0.30 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.3). |
| HEANEY CM | 10/07/10 | 0.30 | OBTAIN/ORDER REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). |

B43E

| | | | | |
|---|---|---|---|---|
| HEANEY CM | 10/08/10 | 0.40 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.2); UPDATE CASE CALENDAR WITH DEADLINES TO VARIOUS MOTION (.2). | |
| HEANEY CM | 10/12/10 | 0.20 | REVIEW DOCKETS RE: UPDATES TO CASE FILES (.2). | |
| HEANEY CM | 10/14/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). | |
| HEANEY CM | 10/15/10 | 0.30 | REVIEW DOCKET RE: UPDATES TO CASE FILES (.3). | |
| HEANEY CM | 10/20/10 | 1.80 | REVIEW DOCKET AND CASE CALENDAR RE: UPDATES TO 10-27 AGENDA (.4); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO AGENDA (.2); EDIT/REVISE HEARING AGENDA (.9); OBTAIN, REVIEW AND DISTRIBUTE PLEADINGS ON THIRD PARTIES (.3). | |
| HEANEY CM | 10/21/10 | 1.70 | REVIEW DOCKETS RE: UPDATES TO 10-27 HEARING MATTERS (.2); COORDINATE WITH THIRD PARTIES RE: SERVICE OF AGENDA (.1); COORDINATE WITH THIRD PARTIES RE: COMMENTS TO HEARING AGENDA (.2); EDIT/REVISE HEARING AGENDA AND EXHIBIT A TO AGENDA (1.2). | |
| HEANEY CM | 10/22/10 | 0.80 | REVIEW DOCKETS RE: UPDATES TO CASE FILES AND HEARING AGENDA (.3); ASSIST ATTORNEY WITH EDITS TO HEARING AGENDA (.4); COORDINATE WITH THIRD PARTIES REGARDING COMMENTS AND SERVICE OF AGENDA (.1). | |
| HEANEY CM | 10/27/10 | 0.30 | REVIEW DOCKETS RE: STATUS OF MATTERS FROM 10-27 HEARING AND UPDATES TO CALENDAR (.3). | |
| HEANEY CM | 10/28/10 | 0.60 | REVIEW DOCKETS RE: STATUS OF UPDATES ORDERS (.3); REVIEW CASE CALENDAR FOR DEADLINES (.3). | |
| HEANEY CM | 10/29/10 | 0.90 | OBTAIN/ORDER REVIEW, ORGANIZE AND PREPARE DOCUMENTS FOR A CLOSING BOOK FOR DISTRIBUTION ON THIRD PARTIES (.9). | |
| | | 8.50 | | |
| **Total Legal Assistant** | | 8.50 | | |
| **TOTAL TIME** | | <u>63.50</u> | | |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 11/09/10
Claims Admin. (General)                                      Bill Number: 1340129
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/01/10 | 0.10 | BRIEF REVIEW OF ACTIVE SETTLEMENT. |
| GALARDI GM | 10/04/10 | 0.20 | BRIEFLY REVIEW VONWIN SETTLEMENT. |
| GALARDI GM | 10/08/10 | 0.70 | REVIEW AND ANALYZE MITSUBISHI SETTLEMENT ISSUES AND ANALYSIS. |
| GALARDI GM | 10/11/10 | 0.10 | REVIEW HITACHI SETTLEMENT. |
| GALARDI GM | 10/15/10 | 0.40 | REVIEW NUMEROUS PROPOSED SETTLEMENTS. |
|  |  | **1.50** |  |
| **Total Partner** |  | **1.50** |  |
| BAKER SK | 10/01/10 | 5.60 | REVIEW CORRESPONDENCE REGARDING OLYMPUS CLAIMS RECONCILIATION (.1); REVIEW HITACHI CLAIMS PREFERENCE DATA AND INFORMAL DISCOVERY DOCUMENTS REGARDING SETTLEMENT NEGOTIATIONS (2.4); DRAFT CORRESPONDENCE TO COUNSEL FOR LOWEPRO REGARDING CLAIM RECONCILIATION (.3); REVIEW RECENT AGREEMENTS AND DRAFT MEMO REGARDING MODIFICATIONS TO WATERFALL REGISTRY (2.6); REVIEW CORRESPONDENCE REGARDING FUJI CLAIMS RECONCILIATION (.1); REVIEW CORRESPONDENCE REGARDING TAKE TOW CLAIMS (.1). |
| BAKER SK | 10/04/10 | 8.70 | REVIEW CORRESPONDENCE REGARDING FUJI NEGOTIATIONS (.3); TELEPHONE CALL WITH J. YOUNG REGARDING KENSINGTON CLAIMS (.2); TELEPHONE CALL WITH V. JELISAVCIC REGARDING CLAIMS RECONCILIATION (.2); REVIEW AND CONDUCT RESEARCH REGARDING OBJECTION TO SETTLEMENT AGREEMENT FILED BY G. MCCALL (.8); REVIEW OLYMPUS CLAIMS IN SEPARATION OF CONFERENCE CALL (1.1); CONFERENCE CALL WITH COUNSEL REGARDING CLAIMS NEGOTIATIONS (.7); REVIEW CORRESPONDENCE FROM L. ENGVALL REGARDING DEMAND LETTER (.2); DRAFT SETTLEMENT NOTICE AND PREPARE PUNTO APARTE AGREEMENT FOR FILING (.8): REVIEW GENERAL GROWTH AGREEMENT AND DRAFT CORRESPONDENCE REGARDING SETTLEMENT PAYMENT (.4); DRAFT COUNTER PROPOSAL TO COUNSEL FOR OLYMPUS (.3); TELEPHONE CALL WITH T. MCLAUGHLIN (.1); REVIEW DOCUMENTS PRODUCED BY HITACHI AND DRAFT RESPONSE THERETO (1.2); REVISE D-LINK AGREEMENT (2.4). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/05/10 | 9.90 | REVISE D-LINK AGREEMENT (1.1); TELEPHONE CALL WITH H. FERGUSON REGARDING OPEN CLAIMS MATTERS (.4); REVISE FUJI FILMS SETTLEMENT (2.2); TELEPHONE CALL WITH COUNSEL FOR SIMPLETECH (.1); REVIEW CORRESPONDENCE REGARDING NAMSUNG CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING THQ CLAIMS (.1); REVIEW CLAIM FILED BY G. MCCALL (.2); DRAFT CORRESPONDENCE REGARDING CARDINAL COURT AGREEMENT (.3); TELEPHONE CALL WITH COUNSEL FOR NETGEAR (.2); DRAFT CURO RSCG SETTLEMENT AGREEMENT (2.4); REVIEW CORRESPONDENCE FROM COUNSEL FOR KODAK (.2); REVIEW THQ CLAIMS AND DOCUMENTS IN PREPARATION OF AGREEMENT (1.3); REVIEW CORRESPONDENCE REGARDING JOAG CLAIM (.1); REVIEW CORRESPONDENCE REGARDING GENERAL GROWTH SETTLEMENT (.2); REVIEW AND REVISE ACCO AGREEMENT (.9). |
| BAKER SK | 10/06/10 | 10.20 | DRAFT CORRESPONDENCE TO COUNSEL FOR HITACHI (.2) CONTINUE DRAFT OF KENSINGTON AGREEMENT (1.1); DRAFT THQ AGREEMENT (3.3); REVIEW MONSTER INFORMAL DISCOVERY DOCUMENTS REGARDING CLAIMS RECONCILIATION OF SETTLEMENT (2.4); DRAFT CORRESPONDENCE REGARDING EURO RSCG CLAIMS (.1); DRAFT CORRESPONDENCE REGARDING PINNACLE RECONCILIATION (.1); DRAFT CORRESPONDENCE REGARDING STATUS OF NET GEAR RECONCILIATION (.1); DRAFT CORRESPONDENCE TO COUNSEL FOR D-LINK REGARDING PROPOSED AGREEMENT (.3); DRAFT CORRESPONDENCE TO COUNSEL FOR CREDIT SUISSE REGARDING PROPOSED AGREEMENT (.1); TELEPHONE CALL WITH B. CLAY (.4); TELEPHONE CALL WITH J. LERNER REGARDING PINNACLE CLAIMS (.3); REVIEW SIMPLETECH PROPOSAL AND DRAFT RESPONSE THERETO (.4); REVIEW CORRESPONDENCE FROM COUNSEL FOR HITACHI REGARDING SETTLEMENT PROPOSAL AND DRAFT RESPONSE THERETO (.3); REVIEW CORRESPONDENCE REGARDING NAMSUNG PROPOSAL (.2); TELEPHONE CALL WITH C. DJANG (.2); REVISE PINNACLE AGREEMENT (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/07/10 | 8.60 | DRAFT NOTICE OF FILING PINNACLE AGREEMENT (.7); TELEPHONE CALL WITH H. FERGUSON (.3) ;DRAFT CORRESPONDENCE TO B. CLAY (.2); REVISE NAMSUNG AGREEMENT (1.2); REVIEW CORRESPONDENCE REGARDING SYNTAX BRILLIAN CLAIMS (.3); TELEPHONE CALL WITH COUNSEL FOR POLK AUDIO (.2); DRAFT HITACHI AGREEMENT (2.8); REVIEW POLK AUDIO CLAIMS (.2); REVIEW PROPOSED CHANGES TO FUJI AGREEMENT (.6); TELEPHONE CALL WITH J. YANG REGARDING KENSINGTON AGREEMENT (.3); DRAFT CORRESPONDENCE TO A. FEINMESSER REGARDING D-LINK AGREEMENT (.2); TELEPHONE CALL WITH V. JELISAVCIC REGARDING CLAIMS RECONCILIATION (.2); DRAFT NOTICE OF INTUIT AGREEMENT (.6); REVIEW KENSINGTON PROPOSED REVISIONS TO AGREEMENT AND REVISE AGREEMENT (.8). |
| BAKER SK | 10/08/10 | 9.50 | REVIEW AND REVISE ACCO NOTICE (.7); DRAFT SUMMARIES OF RECENT SETTLEMENT AGREEMENTS FOR COMMITTEE (5.3); TELEPHONE CALL WITH COUNSEL FOR OLYMPUS (.2); TELEPHONE CALL WITH J. MORRIS (.1); REVIEW CORRESPONDENCE FROM COUNSEL FOR OLYMPUS (.2); REVISE OLYMPUS AGREEMENT (1.2); PREPARE KENSINGTON AGREEMENT FOR FILING (.3); REVIEW RECENT AGREEMENTS AND DRAFT CORRESPONDENCE REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (.5); DRAFT CORRESPONDENCE TO COUNSEL FOR VONAGE REGARDING PROPOSED AGREEMENT (.2); REVIEW STATUS OF OMNIBUS OBJECTIONS (.8). |
| BAKER SK | 10/09/10 | 5.30 | REVIEW MONSTER CLAIMS AND DRAFT PROPOSED AGREEMENT (5.3). |
| BAKER SK | 10/11/10 | 6.70 | REVIEW EMAILS REGARDING TRANSFER OF NAMSUNG CLAIMS (.2); REVIEW CORRESPONDENCE REGARDING MONSTER PROPOSAL (.10; PREPARE FOR TOSHIBA CONFERENCE CALL (1.1); TOSHIBA CONFERENCE CALL (.3); REVISE MONSTER PROPOSAL AGREEMENT (.9); REVIEW CORRESPONDENCE FROM B. WOLFE REGARDING D-LINK (.1); DRAFT CORRESPONDENCE REGARDING OLYMPUS AGREEMENT (.2); PREPARE FOR D-LINK CONFERENCE CALL (.7); D-LINK CONFERENCE CALL (.4); DRAFT NOTICE OF HITACHI AGREEMENT AND PREPARE FOR FILING (.8); DRAFT SUMMARIES OF RECENT SETTLEMENTS (1.9). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 10/12/10 | 9.30 | REVIEW CORRESPONDENCE FROM M. GUNLOCK REGARDING SARASOTA TAX CLAIM (.2); REVISE CORRESPONDENCE FROM R. ESIBACK REGARDING MONSTER AGREEMENT (.2); REVIEW CORRESPONDENCE FROM G. KLEINER REGARDING MONSTER AGREEMENT (.1); REVIEW MITSUBISHI CLAIMS, ADVERSARY PROCEEDINGS FINDINGS AND DRAFT PROPOSED AGREEMENT (5.4); REVIEW INVOICES IN SUPPORT OF JP ASSOCIATES CLAIMS (.3); REVISE VONAGE AGREEMENT (.7); DRAFT CORRESPONDENCE REGARDING ION AUDIO (.2) TELEPHONE CALL WITH M. WISNSCHUL REGARDING TRANSFERS OF CLAIMS (.2); TELEPHONE CALL WITH D. BRINKMAN REGARDING PROOF OF CLAIM (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING DELIVERY SOLUTIONS CLAIMS (.2); DRAFT CORRESPONDENCE REGARDING MONSTER AGREEMENT (.1); DRAFT CORRESPONDENCE REGARDING OLYMPUS AGREEMENT (.1); DRAFT MEMO REGARDING SETTLEMENT UPDATES (.7); REVIEW DRAFT OF BRUCE CLAY AGREEMENT (.4); REVIEW CORRESPONDENCE REGARDING TOSHIBA REFERENCE DATA (.3). |
| BAKER SK | 10/13/10 | 10.40 | REVIEW SOUTH PAW/ OLYMPUS PROPOSED CHANGES TO AGREEMENT AND REVISE ORIGINAL AGREEMENT (2.3); REVISE VONAGE AGREEMENT (.6); REVISE NAMSUNG AGREEMENT (.7); REVIEW CORRESPONDENCE FROM R. FRIEDMAN (.1); REVIEW THQ PROPOSED CHANGES TO AGREEMENT (1.1); TELEPHONE ALL WITH HAIN CAPITAL GROUP (.2); REVIEW CORRESPONDENCE FROM T. MCLAUGHLIN REGARDING OLYMPUS (.1); REVIEW DOCUMENTS PROVIDED BY TOSHIBA REGARDING DEMAND LETTER (1.8); REVISE NANSUNG NOTICE (.3); REVIEW CORRESPONDENCE FROM J. ISBELL REGARDING MITSUBISHI (.1); REVIEW CORRESPONDENCE FROM D. WILDES REGARDING OLYMPUS (.1); REVIEW CORRESPONDENCE FROM A. ROSE REGARDING NAMSUNG (.1); TELEPHONE CALL FROM M. WINSCHUL (.2); REVIEW MONSTERS' PROPOSED REVISIONS TO SETTLEMENT AGREEMENT AND REVISE ACCORDINGLY (1.6); TELEPHONE CALL WITH C. D. JANG REGARDING PROPOSED AGREEMENT (.2); TELEPHONE CALL WITH T. MCLAUGHLIN REGARDING PROPOSED AGREEMENT (.2); REVIEW AND REVISE MITSUBISHI AGREEMENT (.7). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/14/10 | 6.50 | REVIEW VIZIO RESPONSE TO DEMAND LETTER AND INFORMAL DISCOVERY DOCUMENTS (1.2); DRAFT SUMMARIES OF SETTLEMENT NEGOTIATIONS (2.1); REVIEW CORRESPONDENCE FROM T. MCLAUGHLIN REGARDING PROPOSED SETTLEMENT AGREEMENT (.1); PREPARE OLYMPUS AGREEMENT FOR FILING (.7); REVIEW REVISIONS TO MITSUBISHI AGREEMENT AND REVISE (.6); TELEPHONE CALL WITH H. FERGUSON REGARDING MONSTER AGREEMENT (.3); DRAFT CORRESPONDENCE REGARDING BRUCE CLAY AGREEMENT (.2); DRAFT CORRESPONDENCE REGARDING TOSHIBA DISCOVERY (.2); TELEPHONE CALL WITH A. FEINMESSER REGARDING THQ AGREEMENT (.3); REVISE THQ AGREEMENT (.3); REVISE BRUCE CLAY MOTION AND PREPARE AGREEMENT FOR FILING (.5). |
| BAKER SK | 10/15/10 | 2.60 | REVISE THQ AGREEMENT (1.1); REVISE MONSTER AGREEMENT AND PREPARE FOR FILING (1.2); REVIEW CORRESPONDENCE REGARDING OLYMPUS SETTLEMENT (.3). |
| BAKER SK | 10/18/10 | 4.10 | REVIEW CORRESPONDENCE REGARDING TAKE TWO DEMAND LETTERS (.2); TELEPHONE CALL WITH V. JELISAVCIC REGARDING MAJESCO CLAIMS (.2); DRAFT MITSUBISHI NOTICE AND PREPARE AGREEMENT FOR FILING (2.3); REVIEW CORRESPONDENCE FROM G. KLEINER REGARDING SETTLEMENT PAYMENT AND DRAFT RESPONSES THERETO (.2); REVIEW MOTION OF MERBLGATE FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM (.3); CONFERENCE CALL REGARDING ANALYSIS OF SETTLEMENT PROPOSALS (.8); REVIEW CORRESPONDENCE REGARDING MONSTER WIRE TRANSFER (.1). |
| BAKER SK | 10/19/10 | 8.60 | REVIEW CORRESPONDENCE FROM POLK REGARDING SETTLEMENT OFFER (.4); REVIEW POLK CLAIMS AND PREFERENCE DATES (1.2); REVIEW CORRESPONDENCE REGARDING MONSTER AGREEMENT (.2); DRAFT CORRESPONDENCE REGARDING POLK OFFER (.2); CONFERENCE CALL REGARDING SETTLEMENT ANALYSIS (.7); FINALIZE MITSUBISHI AGREEMENT FOR FILING (.7); RESEARCH REGARDING RECLAMATION FOR APPELLATE BRIEF (5.2). |
| BAKER SK | 10/20/10 | 8.50 | REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (2.8); REVISE VONAGE AGREEMENT (.7); TELEPHONE CALL WITH B. STARK REGARDING SCHIMANTI CLAIMS (.2); REVIEW BRIEFS REGARDING RECLAMATION APPEAL (2.3); BEGIN DRAFT OF RECLAMATION APPEAL (2.5). |
| BAKER SK | 10/21/10 | 1.60 | REVIEW AND REVISE EIDOS AGREEMENT (.6); REVIEW AND REVISE VIEW SONIC AGREEMENT (.7); DRAFT CORRESPONDENCE REGARDING INTUIT AGREEMENT (.3). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/22/10 | 0.80 | REVIEW CORRESPONDENCE REGARDING 81ST OMNIBUS OBJECTION (.2); REVIEW CORRESPONDENCE FROM A. FEINMESSER REGARDING THQ AGREEMENT AND REPLY THERETO (.2); TELEPHONE CALL WITH V. JALISOVICIC REGARDING TAMPA TRIBUNE CLAIMS (.4). |
| BAKER SK | 10/25/10 | 3.50 | REVISE TAMPA TRIBUNE AGREEMENT (.7); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING CHANGES TO CLAIMS REGISTER AND CLAIMS WATERFALL (2.6); TELEPHONE CALL WITH COUNSEL FOR COMCAST (.2). |
| BAKER SK | 10/26/10 | 6.30 | REVISE TAMPA TRIBUNE AGREEMENT (.6); TELEPHONE CALL WITH COUNSEL FOR COMCAST REGARDING NEGOTIATIONS (.2); TELEPHONE CALL WITH VONAGE COUNSEL REGARDING DRAFT AGREEMENT (.2); TELEPHONE CALL WITH C. SHULEMAN REGARDING D-LINK AGREEMENT (.2); TELEPHONE CALL WITH J. YOUNG REGARDING ACCO AGREEMENT (.2); DRAFT TO J. YOUNG REGARDING SETTLEMENT PROCEDURES ORDER (.2); DRAFT NOTICE OF CLASSIC TECH AGREEMENT AND PREPARE FOR FILING (.7); REVIEW VONAGE CHANGES TO DRAFT SETTLEMENT AGREEMENT (.7); TELEPHONE CALL WITH T. SCWARZHILL REGARDING TOLLING AGREEMENT (.2); REVIEW COMCAST CLAIMS AND INFORMAL DISCOVERY (2.2); REVISE COMCAST PROPOSAL AGREEMENT (.9). |
| BAKER SK | 10/27/10 | 4.50 | REVIEW COMCAST DRAFT AGREEMENT AND DRAFT CORRESPONDENCE TO COUNSEL (1.0). REVIEW STIPULATIONS AND ORDERS AND DRAFT CORRESPONDENCE REGARDING MODIFICATIONS TO CLAIMS REGISTER AND CLAIMS WATERFALL (2.7); TELEPHONE CALL WITH B. STARK REGARDING CARDINAL COURT SETTLEMENT (.2); REVIEW COMMERCE HUB CLAIMS REGARDING SETTLEMENT (.6). |

B43E

| | | | |
|---|---|---|---|
| BAKER SK | 10/28/10 | 12.40 | REVIEW CISCO DISCOVERY AND DRAFT CORRESPONDENCE TO COUNSEL (1.3); REVIEW VIEWSONIC AGREEMENT DRAFT NOTICE AND PREPARE FOR FILING (.9); DRAFT CORRESPONDENCE REGARDING TAMPA TRIBUNE CLAIMS (.2); CONFERENCE CALL REGARDING CLAIMS WATERFALL (.3); REVIEW AND REVISE MONDRAGON AGREEMENT (1.1); REVIEW CLAIMS WATERFALL AND DRAFT MEMO REGARDING CLAIMS NO LONGER DISALLOWED UNDER 502(D) (1.7); TELEPHONE CALL REGARDING BOOTH NEWSPAPER CLAIMS (.2); TELEPHONE CALL WITH B. WOLFE REGARDING D-LINK NEGOTIATIONS (.2); TELEPHONE CALL WITH H. FERGUSON REGARDING VARIOUS CLAIM MATTERS (.3); REVIEW AND REVISE COMMERCE HUB AGREEMENT (.9); DRAFT CORRESPONDENCE TO COUNSEL FOR MONDRAGON REGARDING AGREEMENT (.2); REVIEW VONAGE AGREEMENT AND PREPARE FOR FILING (.8); TELEPHONE CALL WITH T. SCHWARZCHILD REGARDING WIRE TRANSFERS (.1); REVIEW RECENT SETTLEMENT AGREEMENTS REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER (4.2). |
| BAKER SK | 10/29/10 | 8.00 | REVIEW CORRESPONDENCE REGARDING DLINK AGREEMENT (.1): DRAFT CERTIFICATE OF NO OBJECTION TO THQ AGREEMENT (.6); REVIEW CORRESPONDENCE FROM COUNSEL FOR SOUTPAW AND DRAFTED REPLY THERETO (.2); TELECONFERENCE WITH COUNSEL FOR COMCAST (.6): REVIEW COMCAST'S CHANGES TO SETTLEMENT AGREEMENT AND REVISE AGREEMENT (2.3); TELECONFERENCE WITH H. FERGUSON REGARDING OUTSTANDING CLAIMS ISSUES (.2); REVIEW COMMERCE HUB AGREEMENT AND DRAFT CORRESPONDENCE TO COUNSEL (.6); CONFERENCE CALL REGARDING CLAIMS WATERFALL (.3); REVIEW REVISED SETTLEMENT AGREEMENT AND DRAFT MEMO REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER(1.5); REVISE EIDOS INTERACTIVE AGREEMENT AND PREPARE FOR FILING (.7); REVISE MONDRAGON AGREEMENT AND PREPARE FOR FILING. (.9). |
| BAKER SK | 10/30/10 | 2.50 | REVIEW SETTLEMENTS AND DRAFT CORRESPONDENCE REGARDING MODIFICATIONS TO CLAIMS WATERFALL AND CLAIMS REGISTER. (2.5). |
| | | **154.10** | |
| FREDERICKS IS | 10/04/10 | 2.10 | REVIEW VARIOUS CASE RELATED CORRESPONDENCE AND RESPOND TO SAME (2.1). |
| FREDERICKS IS | 10/06/10 | 3.40 | REVIEW VARIOUS SETTLEMENT PROPOSALS AND COUNTER PROPOSALS, PARTICIPATE IN CONFERENCE CALLS RE: SAME, AND REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS (3.4). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 10/08/10 | 3.20 | MULTIPLE CORRESPONDENCE FROM COUNSEL TO THE COMMITTEE RE: SETTLEMENTS AND REVIEW AND REVISE RESPONSES THERETO (1.4); ATTENTION TO VARIOUS LANDLORD CLAIM ISSUES (1.8). |
| FREDERICKS IS | 10/11/10 | 2.70 | REVIEW AND REVISE MULTIPLE DRAFT SETTLEMENT AGREEMENTS RESOLVING VARIOUS MATTERS (2.7). |
| FREDERICKS IS | 10/12/10 | 2.90 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE AND TELEPHONE CALLS WITH OPPOSING COUNSEL RE: SAME (2.9). |
| FREDERICKS IS | 10/13/10 | 1.90 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (1.9). |
| FREDERICKS IS | 10/18/10 | 6.10 | REVIEW AND REVISE VARIOUS SETTLEMENT PROPOSALS AND SETTLEMENT AGREEMENTS AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (4.9); REVIEW 4TH CIRCUIT FILINGS RE: PARAMOUNT APPEAL (1.2). |
| FREDERICKS IS | 10/19/10 | 1.30 | REVIEW AND REVISE SETTLEMENT SUMMARIES FOR COMMITTEE AND CONFERENCE CALL WITH CC RE: SAME (1.3). |
| FREDERICKS IS | 10/20/10 | 3.10 | REVIEW WATERFALL AND DETAIL REPORTS AND WORK WITH K. BRADSHAW RE: ALLOWED CLAIMS AND OTHER SCHEDULES FOR EFFECTIVE DATE (3.1). |
| FREDERICKS IS | 10/21/10 | 2.70 | PREPARE FOR AND PARTICIPATE IN TELEPHONIC HEARING IN KOBRA PROPERTIES MATTER RE: CCSWC LATE CLAIM (2.7). |
| FREDERICKS IS | 10/25/10 | 2.70 | REVIEW AND REVISE AND VARIOUS TELEPHONE CALLS AND CORRESPONDENCE RE: SETTLEMENTS (2.7). |
| FREDERICKS IS | 10/26/10 | 1.90 | REVIEW AND REVISE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (1.9). |
| FREDERICKS IS | 10/29/10 | 6.30 | WORK WITH FTI AND CC RE: FINAL VERSIONS OF ALLOWED CLAIMS AND WATERFALL AND LIQUIDATION ANALYSIS AND MULTIPLE TELEPHONE CALLS AND CORRESPONDENCE RE: SAME (3.7); REVIEW, REVISE AND FINALIZE VARIOUS SETTLEMENT AGREEMENTS AND CORRESPONDENCE RE: SAME (2.6). |
| FREDERICKS IS | 10/30/10 | 2.10 | REVIEW AND REVISE AND WORK WITH FTI RE: FINALIZING ALLOWED CLAIMS LISTING AND WATERFALL (2.1). |
| | | **42.40** | |
| KORKIS C | 10/01/10 | 1.00 | DRAFTED STIPULATION BETWEEN CIRCUIT CITY AND D-LINK (0.4); ATTENDED TO LANDLORD RECONCILIATION MATTERS (0.6). |

| | | | |
|---|---|---|---|
| KORKIS C | 10/04/10 | 7.60 | ATTENDED TO LANDLORD RECONCILIATION MATTERS (3.7); DRAFTED STIPULATION BETWEEN CIRCUIT CITY AND FUJIFILM (3.9). |
| KORKIS C | 10/05/10 | 7.90 | ATTENDED TO LANDLORD RECONCILIATION MATTERS. |
| KORKIS C | 10/06/10 | 2.10 | ATTENDED TO LANDLORD RECONCILIATION MATTERS (0.4); DRAFTED STIPULATION BETWEEN CIRCUIT CITY AND NAMSUNG (1.7). |
| KORKIS C | 10/07/10 | 2.00 | DRAFTED NAMSUNG STIPULATION (0.7); DRAFTED FUJIFILM NOTICE OF STIPULATION (1); ATTENDED TO LANDLORD RECONCILIATION MATTERS (0.3). |
| KORKIS C | 10/08/10 | 2.70 | DRAFT KENSINGTON NOTICE OF STIPULATION (0.6); DRAFT OLYMPUS STIPULATION (1.0); ATTEND TO LANDLORD CLAIMS MATTERS (0.5); DRAFT NAMSUNG EMAIL TO CREDITORS COMMITTEE (0.6). |
| KORKIS C | 10/11/10 | 1.30 | DRAFT EMAILS TO CREDITORS' COMMITTEE RE: RECENT SETTLEMENTS ENTERED INTO BY THE DEBTORS (1.1); ATTEND TO LANDLORD RECONCILIATION MATTERS (0.2). |
| KORKIS C | 10/12/10 | 1.40 | ATTEND TO LANDLORD RECONCILIATION MATTERS (0.9); DRAFT CREDITOR COMMITTEE EMAIL RE: OLYMPUS SETTLEMENT (0.5). |
| KORKIS C | 10/13/10 | 2.10 | DRAFT NOTICES OF STIPULATIONS TO BE FILED. |
| KORKIS C | 10/14/10 | 2.90 | DRAFT NOTICES OF STIPULATIONS FILED AND EMAILS TO CREDITORS' COMMITTEE RE: SAME (2.4); ATTEND TO LANDLORD RECONCILIATION MATTERS (0.5). |
| KORKIS C | 10/18/10 | 2.10 | ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS. |
| KORKIS C | 10/19/10 | 0.50 | ATTENTION TO LANDLORD CLAIMS RECONCILIATION MATTERS. |
| KORKIS C | 10/20/10 | 4.00 | ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS (1.7); DRAFT STIPULATION BETWEEN THE DEBTORS AND VIEWSONIC (2.1); DRAFT STIPULATION BETWEEN THE DEBTORS AND EIDOS (0.2). |
| KORKIS C | 10/21/10 | 0.80 | CONTINUE TO DRAFT STIPULATION BETWEEN THE DEBTORS AND EIDOS. |
| KORKIS C | 10/22/10 | 0.80 | ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS. |
| KORKIS C | 10/24/10 | 1.10 | DRAFT TAMPA TRIBUNE SETTLEMENT AGREEMENT. |
| KORKIS C | 10/25/10 | 2.70 | PREPARE SPREADSHEET RE: DEBTORS' POSITION ON CERTAIN LANDLORD CLAIMS (2.5); ATTEND TO OTHER LANDLORD RECONCILIATION MATTERS (0.2). |

| | | | |
|---|---|---|---|
| KORKIS C | 10/26/10 | 3.60 | DRAFT STIPULATION BETWEEN THE DEBTORS AND COMCAST (1.7); PREPARE SPREADSHEET RE: DEBTORS' POSITION ON CERTAIN LANDLORD CLAIMS (1.6); ATTEND TO OTHER LANDLORD RECONCILIATION MATTERS (0.3). |
| KORKIS C | 10/27/10 | 7.00 | DRAFT COMMERCEHUB AGREEMENT (1.8); DRAFT MONDRAGON AGREEMENT (4.0); ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS (1.2). |
| KORKIS C | 10/28/10 | 5.40 | CONTINUE TO DRAFT MONDRAGON SETTLEMENT AGREEMENT (0.7); CONTINUE TO DRAFT COMMERCEHUB SETTLEMENT AGREEMENT (0.8); ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS (3.9). |
| KORKIS C | 10/29/10 | 3.40 | DRAFT NOTICES OF SETTLEMENT AND EMAILS TO THE CREDITORS COMMITTEE RE: SAME (2.8); ATTEND TO LANDLORD CLAIMS RECONCILIATION MATTERS (0.6). |
| | | **62.40** | |
| KUMAR JS | 10/01/10 | 1.10 | WORK ON RESOLVING CERTAIN LANDLORD CLAIMS (1.1). |
| KUMAR JS | 10/04/10 | 0.90 | WORK ON RESOLVING CERTAIN LANDLORD CLAIMS (.9). |
| KUMAR JS | 10/12/10 | 0.70 | DRAFTING SETTLEMENT AGREEMENT WITH BRUCE CLAY INCA. (.7). |
| KUMAR JS | 10/21/10 | 0.90 | ADDRESSING CERTAIN CLAIMS MATTERS (.9). |
| KUMAR JS | 10/26/10 | 0.80 | DRAFTING EMAIL RE CLAIMS MATTER (.8). |
| | | **4.40** | |
| SIDHU SS | 10/13/10 | 0.10 | REVIEW KRUEGER COUNSEL LETTER REGARDING KRUEGER CLAIM SETTLEMENT. |
| SIDHU SS | 10/14/10 | 0.20 | REVIEW DEBTOR CORRESPONDENCE REGARDING SETTLEMENT WITH SM WILSON AND CORRESPOND WITH CLAIMANT COUNSEL REGARDING SETTLEMENT. |
| SIDHU SS | 10/22/10 | 0.10 | REVIEW KRUEGER COUNSEL LETTER REGARDING KRUEGER CLAIM SETTLEMENT AND DRAFT RESPONSE TO SAME. |
| SIDHU SS | 10/25/10 | 1.00 | REVIEW SM WILSON CLAIM, RESPONSE TO 70TH OMNIBUS OBJECTION, AND DRAFT SETTLEMENT AGREEMENT, AND CONFER WITH DEBTORS AND CLAIMANT COUNSEL REGARDING SETTLEMENT (.6); REVISE SETTLEMENT AGREEMENT (.4). |
| SIDHU SS | 10/26/10 | 0.60 | REVIEW Z-LINE CLAIM AND RESPONSE TO 70TH OMNIBUS OBJECTION AND CONFER WITH Z-LINE COUNSEL AND DEBTORS REGARDING SETTLEMENT OF SAME (.6). |
| SIDHU SS | 10/27/10 | 0.80 | FINALIZE SETTLEMENT AGREEMENT WITH SM WILSON, DRAFT NOTICE REGARDING SAME, AND COORDINATE FILING OF SAME. |

| | | | |
|---|---|---|---|
| SIDHU SS | 10/29/10 | 3.10 | NEGOTIATE SETTLEMENT WITH Z-LINE REGARDING 70TH OMNIBUS OBJECTION AND CLAIMS BETWEEN PARTIES, CONFER WITH DEBTORS REGARDING SAME, REVIEW CLAIM, STATE LITIGATION, AND OMNIBUS OBJECTION AND DRAFT AND REVISE SETTLEMENT AGREEMENT, DRAFT NOTICE REGARDING SAME, FINALIZE ALL DOCUMENTS REGARDING SETTLEMENT, AND COORDINATE FILING OF SAME. |
| | | 5.90 | |
| Total Associate | | 269.20 | |
| **TOTAL TIME** | | **270.70** | |

Circuit City Stores, Inc. (DIP)                              Bill Date: 11/09/10
Claims Admin. (Reclamation/Trust Funds)                      Bill Number: 1340129

| NAME | DATE | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| BAKER SK | 10/21/10 | 7.10 | RESEARCH REGARDING RECLAMATION CLAIMS (3.4); DRAFT APPELLATE BRIEF (3.7). |
| BAKER SK | 10/22/10 | 8.30 | RESEARCH REGARDING APPELLATE COURT JURISDICTION (2.6); CONTINUE DRAFT OF APPELLATE BRIEF (4.6); DRAFT CORRESPONDENCE REGARDING APPELLATE COURT JURISDICTION (1.1). |
| BAKER SK | 10/26/10 | 3.60 | RESEARCH REGARDING GOOD FAITH UNDER UCC AND BANKRUPTCY CODE (2.4); CENTER DRAFT OF APPELLATE BRIEF (1.2). |
| BAKER SK | 10/27/10 | 3.20 | DRAFT APPELLATE BRIEF (3.2). |
|          |          | 22.20 | |
| **Total Associate** | | **22.20** | |
| **TOTAL TIME** | | **22.20** | |