**EXHIBIT D-8**

**(Detail of Time Billed)**

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/09/10 |
| Insurance | | | Bill Number: 1340129 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/11/10 | 0.30 | FOLLOW-UP RE: D&O ISSUES AND INSURANCES. |
| | | 0.30 | |
| **Total Partner** | | 0.30 | |
| **TOTAL TIME** | | <u>0.30</u> | |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Litigation (General)                                     Bill Number: 1340129
```

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/04/10 | 0.40 | REVIEW AND RESPOND TO EMAILS RE: STANDING AND COMMITTEE CLAIMS. |
| GALARDI GM | 10/06/10 | 0.70 | ADDRESS ISSUES RE: PARAMOUNT APPEAL AND STRATEGY; WORK ON ISSUES RE: MONDRAGON APPEAL. |
| GALARDI GM | 10/11/10 | 0.30 | FOLLOW-UP RE: PARAMOUNT LITIGATION CALENDAR AND ISSUES. |
| GALARDI GM | 10/13/10 | 0.70 | REVIEW PARAMOUNT STATEMENT OF ISSUES (.4); WORK ON STRATEGY RE: CHALLENGES TO B.CT HOLDINGS (.3). |
| GALARDI GM | 10/15/10 | 0.90 | REVIEW ADDITIONAL ITEMS FOR RECORD ON APPEAL (.3); WORK ON STRATEGY RE: COMMITTEE SUBPOENA AND UPCOMING DEADLINE FOR LITIGATION (.6). |
| GALARDI GM | 10/21/10 | 0.30 | REVIEW PARAMOUNT/COURT MEDIATION MATERIALS AND ADVISE COMMITTEE FOR TRANSITION. |
| GALARDI GM | 10/25/10 | 0.70 | REVIEW CASE LAW RE: JURISDICTIONAL ISSUES ON APPEAL. |
| GALARDI GM | 10/27/10 | 0.60 | REVIEW DRAFT RESPONSE TO COMMITTEE SUBPOENA. |
| GALARDI GM | 10/28/10 | 0.70 | REVIEW AND RESPOND TO EMAILS RE: PARAMOUNT MEDIATION (.4); EMAILS RE: MONDRAGON AND POSSIBLE SETTLEMENT (.3). |
| GALARDI GM | 10/29/10 | 0.90 | REVIEW WRITTEN RESPONSES TO COMMITTEE DISCOVERY (.4); REVIEW D.CT OPINION RE GENTRY (.5). |
| | | **6.20** | |
| **Total Partner** | | **6.20** | |
| BAKER SK | 10/11/10 | 0.80 | RESEARCH REGARDING TOLLING AGREEMENT (.8). |
| BAKER SK | 10/14/10 | 1.80 | CALL WITH TOSHIBA REGARDING TOLLING AGREEMENT (.2); DRAFT TOLLING AGREEMENT (1.6). |
| BAKER SK | 10/18/10 | 3.10 | REVIEW FILINGS IN ADVERSARY PROCEEDINGS REGARDING STATUS UPDATE (2.6); REVISE DRAFT AGREEMENT (.5). |
| BAKER SK | 10/20/10 | 0.60 | REVISE TOSHIBA TOLLING AGREEMENT (.6). |
| BAKER SK | 10/21/10 | 0.50 | REVISE TOSHIBA TOLLING AGREEMENT (.5). |
| BAKER SK | 10/27/10 | 0.20 | TELEPHONE CALL WITH D. COMSTOCK REGARDING AVOIDANCE ACTIONS (.2). |

| | | | |
|---|---|---|---|
| BAKER SK | 10/29/10 | 2.10 | REVIEW PROPOSED CHANGES TO TOLLING AGREEMENT AND REVISE DRAFT CORRESPONDENCE. (2.1). |
| | | **9.10** | |
| FREDERICKS IS | 10/07/10 | 4.10 | REVIEW CORRESPONDENCE AND INFORMAL DISCOVERY DOCUMENTS RE: MITSUBISHI AND CONFERENCE CALL WITH CC RE: SAME (2.8); SETTLEMENT CALL WITH COUNSEL TO MITSUBISHI (1.3). |
| FREDERICKS IS | 10/13/10 | 1.70 | REVIEW AND REVISE DOCUMENTS TO BE FILED IN THE PARAMOUNT APPEAL AND RESEARCH RELATED TO SAME (1.7). |
| FREDERICKS IS | 10/14/10 | 2.60 | REVIEW, REVISE AND FINALIZE VARIOUS SETTLEMENTS AGREEMENTS AND CORRESPONDENCE AND TELEPHONE CALLS RE: SAME (2.6). |
| FREDERICKS IS | 10/15/10 | 8.20 | REVIEW SUBPOENA FROM COMMITTEE RE: D&O LITIGATION, MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS RE: SAME, AND BEGIN TO REVIEW RELEVANT INFORMATION (5.3); REVIEW, REVISE AND FINALIZE VARIOUS SETTLEMENT AGREEMENTS AND SUMMARIES FOR COMMITTEE REVIEW (2.9). |
| FREDERICKS IS | 10/18/10 | 2.70 | WORK ON ISSUES RELATED TO COMMITTEE SUBPOENA (2.7). |
| FREDERICKS IS | 10/19/10 | 4.50 | REVIEW DOCUMENTS SENT BY CC RE: COMMITTEE SUBPOENA (3.8); REVIEW, REVISE AND FINALIZE 4TH CIRCUIT FILINGS RE: PARAMOUNT APPEAL (.7). |
| FREDERICKS IS | 10/20/10 | 2.70 | REVIEW VARIOUS DOCUMENTS RELATED TO COMMITTEE SUBPOENA (2.7). |
| FREDERICKS IS | 10/21/10 | 2.60 | REVIEW DOCUMENTS TO BE PRODUCED IN RESPONSE TO COMMITTEE SUBPOENA (2.6). |
| | | **29.10** | |
| HOLMES HL* | 10/03/10 | 6.00 | CONDUCT RESEARCH RELATED TO CERTAIN APPEAL DOCTRINES (6.0). |
| HOLMES HL* | 10/04/10 | 8.80 | CONDUCT RESEARCH RELATED TO CERTAIN APPEAL DOCTRINES (8.8). |
| HOLMES HL* | 10/06/10 | 7.00 | CONDUCT RESEARCH RELATED TO CERTAIN APPEAL DOCTRINES (7.0). |
| HOLMES HL* | 10/11/10 | 4.00 | REVIEW DOCUMENTS RE: PLAINTIFF'S FIRST REQUEST FOR DOCUMENTS, FOCUSING ON VALUATION DOCUMENTS, AND COMMUNICATIONS BETWEEN KEY PARTIES (4.0). |
| HOLMES HL* | 10/13/10 | 4.00 | CONDUCT RESEARCH RELATED TO CERTAIN APPEAL DOCTRINES (4.0). |
| HOLMES HL* | 10/18/10 | 3.00 | CONDUCT RESEARCH RELATED TO CERTAIN APPEAL DOCTRINES (3.0). |
| | | **32.80** | |

| | | | |
|---|---|---|---|
| KUMAR JS | 10/05/10 | 0.90 | REVIEWING 4TH CIRCUIT APPELLATE RULES AND FORMS RE PARAMOUNT RECLAMATION APPEAL (.9). |
| KUMAR JS | 10/06/10 | 2.70 | REVIEWING 4TH CIRCUIT APPELLATE RULES AND FORMS RE PARAMOUNT RECLAMATION APPEAL (2.7). |
| KUMAR JS | 10/11/10 | 1.80 | REVIEWING 4TH CIRCUIT APPELLATE RULES AND WORKING ON COMPLETING CERTAIN INITIAL FORMS RE PARAMOUNT RECLAMATION APPEAL (1.8). |
| KUMAR JS | 10/12/10 | 3.70 | DRAFTING ATTACHMENT TO CORPORATE DISCLOSURE STATEMENT FOR PAR AMOUNT'S RECLAMATION APPEAL (3.7). |
| KUMAR JS | 10/13/10 | 5.90 | REVISING CORPORATE DISCLOSURE AND LEGAL RESEARCH FOR PARAMOUNT RECLAMATION APPEAL (5.9). |
| KUMAR JS | 10/14/10 | 1.70 | FINALIZING INITIAL FORMS FOR PAR AMOUNT'S 3RD CIRCUIT APPEAL AND RELATED MATTERS (1.7). |
| KUMAR JS | 10/19/10 | 0.90 | COMPILING 3RD CIRCUIT BRIEF RE PAR AMOUNT'S APPEAL AND RELATED RESEARCH FOR TRANSITION TO S. BAKER (.9). |
| KUMAR JS | 10/20/10 | 1.80 | LEGAL RESEARCH RE APPELLATE REVIEW FOR PARAMOUNT 3RD CIRCUIT APPEAL (1.8). |
| | | **19.40** | |
| LIBERI JM | 10/01/10 | 3.50 | REVIEW AND REVISE DRAFT DISCOVERY REQUESTS (2.2); REVIEW STATUS OF OUTSTANDING CLAIMS OBJECTION ISSUES (0.5); REVIEW CASE LAW RE: PREFERENCE RECOVERIES AND SUBSEQUENT CLAIMS (0.8). |
| LIBERI JM | 10/04/10 | 2.20 | REVIEW STATUS OF SETTLEMENT ISSUES RE: BETHLEHEM LITIGATION (0.4); FOLLOW UP ON INFORMATION REQUESTS TO CREDITORS RE: UNSUPPORTED CLAIMS (0.7); REVIEW DOCUMENTS AND COMMUNICATIONS RE: PROPOSED CLAIMS OBJECTION SETTLEMENTS (0.8); COMMUNICATE WITH DEBTORS RE: SETTLEMENT MATTERS (0.3). |
| LIBERI JM | 10/05/10 | 1.80 | REVIEW STATUS OF OUTSTANDING SETTLEMENT NEGOTIATIONS (0.3); FOLLOW UP WITH E-MACHINES' COUNSEL RE: CLAIMS RECONCILIATION AND SETTLEMENT ISSUES (0.6); REVIEW DOCUMENTS AND DATA RE: POTENTIAL ADVERSARY COMPLAINT TARGETS (0.9). |
| LIBERI JM | 10/06/10 | 3.70 | REVIEW OUTSTANDING RESPONSES TO 70TH OMNIBUS OBJECTION AND STATUS OF RECONCILIATIONS/SETTLEMENT DISCUSSIONS (1.1); RESEARCH SECTIONS 502(H), 502(D) AND PREFERENCE DEFENSE ISSUES RE: SETTLEMENT DISCUSSIONS (2.6). |

| | | | |
|---|---|---|---|
| LIBERI JM | 10/08/10 | 4.40 | RESEARCH STATUTE OF LIMITATION TOLLING ISSUES (1.6); REVIEW PREFERENCE DEFENSE ANALYSIS FOR PROVIDED BY COUNSEL TO ACER (0.8); RESEARCH PREFERENCE DEFENSE ISSUES RE: APPLICATION OF NEW VALUE DEFENSE (0.9); REVIEW NOTICES AND COMMUNICATIONS RE: STATUS HEARINGS IN GENTRY, SKAF AND HERNANDEZ CALIFORNIA CLASS ACTION SUITS (1.1). |
| LIBERI JM | 10/11/10 | 0.70 | COMMUNICATE WITH COUNSEL FOR BETHESDA RE: SETTLEMENT AND CLAIMS ISSUES (0.3); REVIEW PROOFS OF CLAIM AND FILINGS RE: BETHESDA CLAIMS (0.4). |
| LIBERI JM | 10/13/10 | 4.10 | REVIEW COMMUNICATIONS RE: SOUTH PAW ASSET MANAGEMENT (0.3); REVIEW CLAIMS AND FILINGS RE: SOUTH PAW AND RICK KRUEGER (0.7); SEARCH FOR CLAIMS TRANSFER FILINGS ON DOCKET AND CLAIMS AGENT REGISTRY (0.6); RESEARCH WHETHER CERTAIN CLAIMS AND CAUSES OF ACTION ATTACH TO AND/OR TRAVEL WITH PURCHASED CLAIMS (1.8); RESEARCH WHETHER CERTAIN DEFENSES TRAVEL WITH CLAIMS PURCHASES (0.7). |
| LIBERI JM | 10/15/10 | 5.20 | REVIEW COMMITTEE SUBPOENA AND DOCUMENT REQUESTS AND BEGIN WORKING TO LOCATE RESPONSIVE DOCUMENTS (3.7); REVIEW COMMUNICATIONS WITH COMMITTEE RE: REQUESTS AND INVESTIGATIONS (0.3); REVIEW NOTICE OF REASSIGNMENT OF STATE COURT ACTION TO NEW JUDGE (0.2) FOLLOW UP ON SAME (0.3); REVIEW OUTSTANDING CLAIMS OBJECTIONS AND CONSIDER POTENTIAL CONSENSUAL RESOLUTIONS (0.7). |
| LIBERI JM | 10/18/10 | 3.90 | REVIEW BOARD MINUTES AND OTHER DOCUMENTS IN RESPONSE TO COMMITTEE SUBPOENA AND DOCUMENT REQUESTS (3.7); COMMUNICATE WITH COUNSEL FOR SEGA RE: SETTLEMENT ISSUES (0.2). |
| LIBERI JM | 10/19/10 | 5.80 | REVIEW DOCUMENTS REL COMMITTEE SUBPOENA AND DOCUMENT REQUESTS (4.2); COMMUNICATE WITH DEBTOR PERSONNEL RE: LOCATING AND PRODUCING DOCUMENTS (0.3); COMMUNICATE WITH COUNSEL FOR GATEWAY RE: SETTLEMENT MATTERS (0.3); REVIEW AND CONSIDER PROPOSED SETTLEMENT REVISIONS PROVIDED BY GATEWAY (0.5); REVIEW LETTER RESPONSES FROM D&O INSURERS RE: DEBTORS' CLAIMS (0.5). |
| LIBERI JM | 10/20/10 | 4.90 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENA AND DOCUMENT REQUESTS (3.9); COMMUNICATE WITH COUNSEL FOR CC INVESTORS RE: SETTLEMENT MATTERS (0.3); FINALIZE AND PREPARE FOR FILING CC INVESTORS ADVERSARY SETTLEMENT (0.4); DRAFT NOTICE OF SETTLEMENT RE: CC INVESTORS (0.3). |

| | | | |
|---|---|---|---|
| LIBERI JM | 10/21/10 | 4.70 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENA (4.3); REVIEW STATUS OF OUTSTANDING SETTLEMENT PROPOSALS (0.4). |
| LIBERI JM | 10/22/10 | 6.70 | LOCATE AND REVIEW DOCUMENTS RE: COMMITTEE SUBPOENA (4.1); COORDINATE PRODUCTION OF DOCUMENTS TO COMMITTEE (0.2); CONSIDER PRIVILEGE AND CONFIDENTIALITY ISSUES (0.8); REVIEW STATUS OF OUTSTANDING MATTERS TO BE COMPLETED PRIOR TO TRANSITION (1.3); REVIEW CASE CALENDAR AND UPCOMING DEADLINES (0.3). |
| LIBERI JM | 10/25/10 | 2.50 | REVIEW DOCUMENTS RE: RESPONSE TO COMMITTEE SUBPOENA (1.8); REVIEW DOCKET RE: SEGA SETTLEMENT (0.4); DRAFT LETTER TO COUNSEL FOR SEGA RE: SETTLEMENT PAYMENT DETAILS (0.3). |
| LIBERI JM | 10/26/10 | 2.50 | COMMUNICATE WITH DEBTORS RE: BETHLEHEM SETTLEMENT ISSUES (0.3); REVIEW DOCUMENTS RE: COMMITTEE SUBPOENA AND REQUESTS (0.8); CONSIDER TRANSITION ISSUES AND OUTSTANDING MATTERS (1.4). |
| LIBERI JM | 10/27/10 | 2.90 | REVIEW AND REVISE RESPONSES AND OBJECTIONS TO COMMITTEE SUBPOENA AND DOCUMENT REQUESTS (1.5); REVIEW PROPOSED SETTLEMENT AND NOTICE RE: SAME (0.5); COMMUNICATE WITH COUNSEL FOR ACER RE: FINALIZING SETTLEMENT DOCUMENTATION (0.4); REVISE AND FINALIZE ACER SETTLEMENT PAPERS FOR EXECUTION (0.5). |
| LIBERI JM | 10/28/10 | 4.40 | REVIEW DOCUMENTS RE: COMMITTEE SUBPOENAS (2.4); COMMUNICATE WITH COMMITTEE COUNSEL RE: FILED SETTLEMENTS (0.2); REVIEW DOCKET AND RECENT FILINGS RE: SETTLEMENTS (0.4); CONSIDER PREFERENCE ISSUES RE: SETTLEMENT OF CLAIMS (0.7); REVISE AND FINALIZE ACER GROUP SETTLEMENT PAPERS (0.5); DRAFT NOTICE OF SETTLEMENT (0.2). |
| LIBERI JM | 10/29/10 | 7.60 | REVISE AND FINALIZE DEBTORS' WRITTEN RESPONSES AND OBJECTIONS TO COMMITTEE SUBPOENA AND DOCUMENT REQUESTS (1.4); REVIEW Z-LINE SETTLEMENT ISSUES AND RECONCILIATION MATTERS (0.6); REVIEW STATUS AND PROGRESS OF REMAINING UNRESOLVED CLAIMS OBJECTIONS AND SETTLEMENTS (0.8); CONSIDER TRANSITION OF LITIGATION ISSUES AND RELATED MATTERS (2.4); REVIEW NOTICES AND PLEADINGS RE: FUTURE DEADLINES AND HEARING DATES (0.8); REVIEW FILES RE: PENDING MATTERS AND TRANSITION ITEMS (1.6). |
| | | **71.50** | |

| | | | |
|---|---|---|---|
| SIDHU SS | 10/19/10 | 3.60 | REVIEW CREDITOR COMMITTEE RULE 2004 SUBPOENA AND NOTICE OF CIRCUMSTANCES FOR PURPOSES OF RESPONSE TO SUBPOENA (.5); REVIEW CIRCUIT CITY AND AFFILIATES DOCUMENTS FOR PURPOSES OF RESPONSE TO RULE 2004 SUBPOENA (3.1). |
| SIDHU SS | 10/20/10 | 5.60 | REVIEW CIRCUIT CITY AND AFFILIATES DOCUMENTS FOR PURPOSES OF RESPONSE TO RULE 2004 SUBPOENA. |
| SIDHU SS | 10/21/10 | 8.00 | REVIEW CIRCUIT CITY AND AFFILIATES DOCUMENTS FOR PURPOSES OF RESPONSE TO RULE 2004 SUBPOENA. |
| SIDHU SS | 10/22/10 | 4.30 | REVIEW CIRCUIT CITY AND AFFILIATES DOCUMENTS FOR PURPOSES OF RESPONSE TO RULE 2004 SUBPOENA AND COORDINATE FINAL PRODUCTION OF SAME; REVIEW AND COORDINATE DISTRIBUTION OF PLEADINGS AND CORRESPONDENCES. |
| SIDHU SS | 10/25/10 | 0.80 | REVIEW CIRCUIT CITY AND AFFILIATES DOCUMENTS FOR PURPOSES OF RESPONSE TO RULE 2004 SUBPOENA AND COORDINATE FINAL PRODUCTION OF SAME. |
| | | **22.30** | |
| VINE J | 10/20/10 | 5.90 | REVIEW R. 2004 DOCUMENTS (5.9). |
| VINE J | 10/21/10 | 7.60 | REVIEW R. 2004 DOCUMENTS (7.6). |
| VINE J | 10/22/10 | 5.10 | REVIEW R. 2004 DOCUMENTS (5); CORRESPOND RE: SAME (.1). |
| VINE J | 10/25/10 | 2.50 | REVIEW FINAL R. 2004 DOCUMENT PRODUCTION (2.3); CORRESPOND RE: ELECTRONIC DOCUMENT PRODUCTION (.2). |
| VINE J | 10/26/10 | 2.40 | DRAFT RESPONSE & OBJECTIONS TO UCC R. 2004 SUBPOENA (2.4). |
| VINE J | 10/27/10 | 0.70 | REVISE OBJECTIONS AND RESPONSES TO UCC R. 2004 SUBPOENA RE: INTERTAN FRANCE (.7). |
| | | **24.20** | |
| **Total Associate/Law Clerk** | | **208.40** | |
| HEANEY CM | 10/01/10 | 1.20 | OBTAIN/ORDER REVIEW AND DISTRIBUTE CASE LAW IN CONNECTION WITH GENTRY REPLY BRIEF AND UPDATE INDEX OF CASE LAW FOR CASE BOOK (1.2). |
| HEANEY CM | 10/04/10 | 0.20 | REVIEW DOCKETS FOR UPDATE TO CASE FILES (.2). |
| HEANEY CM | 10/05/10 | 0.40 | REVIEW DOCKETS RE: STATUS UPDATES OF REMOVAL MOTION (.3); COORDINATE WITH THIRD PARTIES RE: STATUS OF BRIDGE ORDER (.1). |

| | | | |
|---|---|---|---|
| HEANEY CM | 10/06/10 | 0.90 | REVIEW FOURTH CIRCUIT COURT APPEALS AND PROCEDURES FOR FILING (.6); OBTAIN, REVIEW AND DISTRIBUTE RYAN APPEAL DOCUMENTS (.3). |
| HEANEY CM | 10/07/10 | 2.20 | REVIEW FOURTH CIRCUIT COURT OF APPEALS LOCAL RULES IN CONNECTION WITH PARAMOUNT APPEAL AND DRAFT CASE OPENING DOCUMENTS (2.2). |
| HEANEY CM | 10/08/10 | 2.60 | TRAIN/MENTOR/ASSIST ATTORNEY WITH PREPARATION AND SERVICE OF FOURTH CIRCUIT ADMISSION PAPERS AND DRAFTING OF CASE OPENING DOCUMENTS (2.6). |
| HEANEY CM | 10/11/10 | 0.40 | EDIT/REVISE INITIAL DOCUMENTS FOR FILING IN FOURTH CIRCUIT (.4). |
| HEANEY CM | 10/12/10 | 0.80 | ASSIST ATTORNEYS WITH DRAFTING CORPORATE DISCLOSURE STATEMENT FOR FOURTH CIRCUIT CASE AND RELATED DOCUMENTS (.8). |
| HEANEY CM | 10/13/10 | 1.80 | REVIEW BACKGROUND DOCUMENTS IN CONNECTION WITH PREPARATION FOR DRAFTING COUNTER-DESIGNATIONS TO PARAMOUNT APPEAL (1.8). |
| HEANEY CM | 10/14/10 | 3.10 | DRAFT EDIT/REVISE NOTICES OF APPEARANCE FOR FOURTH CIRCUIT COURT OF APPEALS (.6); REVIEW PREVIOUS COUNTER-DESIGNATIONS IN CONNECTION WITH PARAMOUNT DISTRICT COURT DESIGNATIONS (.9); DRAFT, EDIT/REVISE COUNTER-DESIGNATIONS (1.6). |
| HEANEY CM | 10/15/10 | 1.70 | EDIT/REVISE COUNTER-DESIGNATIONS IN CONNECTION WITH PARAMOUNT APPEAL AND COORDINATE FILING OF DOCUMENTS (1.7). |
| HEANEY CM | 10/18/10 | 0.40 | PREPARE FOURTH CIRCUIT DOCUMENTS FOR FILING (.4). |
| HEANEY CM | 10/19/10 | 2.30 | PREPARE ORGANIZE, FILE AND DISTRIBUTE FOURTH CIRCUIT COURT OF APPEALS DOCUMENTS (2.3). |
| HEANEY CM | 10/20/10 | 2.40 | REVIEW BRIEFING SCHEDULE IN CONNECTION WITH FOURTH CIRCUIT PARAMOUNT APPEAL (.3); REVIEW PROCEDURE FOR BRIEF FILINGS (.2); ASSIST ATTORNEYS WITH REVIEW OF INTERTAN DOCUMENTS IN CONNECTION WITH PRODUCTION (1.9). |
| HEANEY CM | 10/21/10 | 0.60 | OBTAIN/ORDER REVIEW AND DISTRIBUTE MEDIATION STATEMENT (.6). |
| HEANEY CM | 10/25/10 | 1.60 | OBTAIN/ORDER REVIEW AND DISTRIBUTE CASE LAW (1.6). |
| HEANEY CM | 10/29/10 | 0.80 | OBTAIN/ORDER REVIEW AND DISTRIBUTE MEMORANDUM AND OPINION DENYING GENTRY DISTRICT COURT ACTION (.8). |

**23.40**

```
Total Legal Assistant              23.40

TOTAL TIME                        238.00
```

\* Law clerks are law school graduates who are not presently admitted
to practice.

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Litigation (Insurance Recovery)                          Bill Number: 1340129


NAME                  DATE        HOURS   DESCRIPTION

GALARDI GM            10/19/10     0.30   FOLLOW-UP WITH LAWSON RE: STATUS OF
                                          SETTLEMENTS.

                                   0.30

Total Partner                      0.30

TOTAL TIME                         0.30
                                  =====
```

| | | | | Bill Date: 11/09/10 |
|---|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | | |
| Nonworking Travel Time | | | | Bill Number: 1340129 |

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| FREDERICKS IS | 10/27/10 | 2.00 | TRAVEL FROM WILMINGTON DE TO RICHMOND VA. |
| FREDERICKS IS | 10/28/10 | 1.90 | TRAVEL FROM RICHMOND VA TO WILMINGTON DE. |
| | | 3.90 | |
| Total Associate | | 3.90 | |
| **TOTAL TIME** | | **3.90** | |

Circuit City Stores, Inc. (DIP)                                      Bill Date: 11/09/10
Reorganization Plan / Plan Sponsors                                  Bill Number: 1340129

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BAKER SK | 10/01/10 | 0.20 | TELEPHONE CALL WITH J. COHEN REGARDING EFFECTIVE DATE OF PLAN (.2). |
| BAKER SK | 10/11/10 | 0.20 | A TELEPHONE CALL WITH J. YOUNG REGARDING CONFIRMATION EFFECTIVE DATE (.2). |
| BAKER SK | 10/14/10 | 0.40 | DRAFT CORRESPONDENCE TO J. STAHLER REGARDING PLAN EFFECTIVE DATE (.2); TELEPHONE CALL WITH J. STAHLER REGARDING CONFIRMATION OF PLAN (.2). |
| BAKER SK | 10/27/10 | 0.20 | TELEPHONE CALL WITH A. WANG REGARDING EFFECTIVE DATE OF PLAN (.2). |
| BAKER SK | 10/28/10 | 0.20 | TELEPHONE CALL WITH J. RATNER OF YORK CAPITAL REGARDING PLAN EFFECTIVE DATE (.2). |
|  |  | **1.20** |  |
| FREDERICKS IS | 10/01/10 | 3.70 | REVIEW AND REVISE VARIOUS CRA RULING AND PLAN TRANSACTION DOCUMENTS AND CONFERENCE RE: SAME (3.7). |
| FREDERICKS IS | 10/08/10 | 1.60 | MULTIPLE TELEPHONE CALLS FROM K. BRADSHAW RE: RESERVES AND PARTICIPATE IN CONFERENCE CALL WITH COUNSEL TO THE COMMITTEE RE: SAME (1.1); MULTIPLE CORRESPONDENCE TO AND FROM VARIOUS PARTIES IN INTEREST RE: CANADIAN TRANSACTIONS (.5). |
| FREDERICKS IS | 10/13/10 | 3.30 | PREPARE FOR AND PARTICIPATE IN CONFERENCE CALL WITH CANADIAN AND US PROFESSIONALS RE: STATUS OF MATTERS TO GO EFFECTIVE AND RELATED ISSUES (.6); REVIEW INTERTAN AND VENTOUX MINUTE BOOKS FOR CERTAIN INFORMATION AND WORK WITH J. KARPE ON FINALIZE EFFECTIVE DATE TRANSACTION DOCUMENTS (2.7). |
| FREDERICKS IS | 10/14/10 | 3.70 | ATTENTION TO VARIOUS EFFECTIVE DATE/CLOSING MATTERS, INCLUDING REVIEWING VENTOUX AND INTERTAN BOARD MINUTES FOR RELEVANT INFORMATION (3.7). |
| FREDERICKS IS | 10/22/10 | 2.30 | ATTENTION TO AND WORK ON VARIOUS PLAN CLOSING MATTERS AND MULTIPLE CORRESPONDENCE AND TELEPHONE CALLS WITH CANADIAN COUNSEL AND CC RE: SAME (2.3). |
| FREDERICKS IS | 10/25/10 | 1.60 | ATTENTION TO AND WORK ON VARIOUS PLAN CLOSING MATTERS (1.6). |
| FREDERICKS IS | 10/26/10 | 2.70 | ATTENTION TO AND WORK ON VARIOUS CLOSING MATTERS AND REVIEW AND FINALIZE DOCUMENTS (2.7). |

| | | | |
|---|---|---|---|
| FREDERICKS IS | 10/31/10 | 0.70 | MULTIPLE CORRESPONDENCE TO AND FROM OSLER RE: FINAL EFFECTIVE DATE MATTERS (.7). |
| | | **19.60** | |
| KARPE JA | 10/13/10 | 4.60 | REVIEW CHECKLIST AND STATUS ITEMS (.2); CONFERENCE CALL TO DISCUSS ORDER AND TIMING (.5); REVIEW OF MINUTE BOOKS (.3); DRAFT, REVIEW AND REVISE LOST CERTIFICATE AFFIDAVITS (.7); DRAFT EMAIL TO J. MURRAY REGARDING LOST TOURMALET CERTIFICATE (.2); DRAFT REPLACEMENT STOCK CERTIFICATES (.4); REVISE DOCUMENTS TO INCLUDE PAR VALUE (.3); REVISE AND FINALIZE DOCUMENT PACK (1.1); ASSEMBLE DOCUMENT PACKET FOR EXECUTION BY THE COMPANY (.5); DRAFT COVER LETTER AND INSTRUCTIONS FOR EXECUTION (.4). |
| KARPE JA | 10/15/10 | 0.60 | TC WITH CAITIE BRADSHAW; CREATE NEW STOCK CERTIFICATES TO REPLACE TORN ONES. |
| KARPE JA | 10/18/10 | 0.70 | REVIEW EXECUTED SIGNATURE PAGES (.2); REVISE RESOLUTIONS PER C. BRADSHAW INSTRUCTION (.2); SEND DRAFT DOCUMENTS TO OLSER (.3). |
| KARPE JA | 10/19/10 | 3.00 | REVIEW ADDITIONAL DOCUMENTS FOR CORPORATE MINUTE BOOKS (.5); REVIEW AFFIDAVITS AND DRAFTED DOCUMENTS REGARDING SHARES OF TOURMALET OUTSTANDING (.3); DRAFT SUMMARY EMAIL (.2); REVIEW DRAFTED DOCUMENTS AND PLAN LANGUAGE REGARDING TRANSFER OF SHARES OF TOURMALET (1.5); DRAFT EMAIL TO I. FREDERICKS REGARDING TRANSFER (.3); REVIEW AND REVISE SHARE TRANSFER AGREEMENT (.2). |
| KARPE JA | 10/21/10 | 1.10 | DRAFT, REVIEW AND REVISE STOCK POWER AND NEW STOCK CERTIFICATE (.6); DRAFT COVER LETTER INSTRUCTIONS TO SEND TO CLIENT FOR EXECUTION (.2); CONFERENCE CALL WITH OSLER TO DISCUSS LOGISTICS (.3). |
| KARPE JA | 10/22/10 | 0.90 | TC WITH C. BRADSHAW TO DISCUSS TIMING OF DISSOLUTION STEPS (.5); FILE CERT OF AMENDMENT (.2); FOLLOW UP REGARDING PROCESS FOR PAYING FRANCHISE TAX (.2). |
| KARPE JA | 10/26/10 | 0.70 | REVIEW AND FILE INTERTAN DISSOLUTION DOCUMENTATION (.5); REVIEW OSLER COMMENTS TO RESOLUTIONS (.2). |
| KARPE JA | 10/27/10 | 0.20 | OBTAIN AND PROVIDE EVIDENCE OF DISSOLUTION (.2). |
| | | **11.80** | |
| KUMAR JS | 10/07/10 | 0.70 | FINALIZING AND GETTING SIGNATURES FOR PARAMOUNT SIDE LETTER (.7). |

| | | | |
|---|---|---|---|
| KUMAR JS | 10/12/10 | 0.60 | EMAIL TO COMMITTEE RE RECORD DATE IN PLAN (.6). |
| KUMAR JS | 10/13/10 | 0.30 | CALL WITH SKADDEN, COMMITTEE AND COUNSEL TO CANADIAN DEBTORS RE DOCUMENTS REQUIRED PRE-EFFECTIVE DATE (.3). |
| KUMAR JS | 10/28/10 | 1.90 | FINALIZING DOCUMENTS AND NOTICES FOR FILING AND SERVICE ON EFFECTIVE DATE (1.9). |
| KUMAR JS | 10/29/10 | 1.30 | EDITING AND FINALIZING NOTICE OF EFFECTIVE DATE FOR SERVICE AND PUBLICATION (1.3). |
| | | 4.80 | |
| **Total Associate** | | 37.40 | |
| **TOTAL TIME** | | <u>37.40</u> | |

| | | | | Bill Date: 11/09/10 |
|---|---|---|---|---|

Circuit City Stores, Inc. (DIP)                                    Bill Date: 11/09/10
Retention / Fee Matters (SASM&F)                                   Bill Number: 1340129

| NAME | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| GALARDI GM | 10/12/10 | 0.70 | REVIEW SKADDEN SEPTEMBER INVOICE. |
| | | **0.70** | |
| **Total Partner** | | **0.70** | |
| KUMAR JS | 10/12/10 | 0.10 | SENDING NOTICE OF FEE LAPPS (.1). |
| | | **0.10** | |
| **Total Associate** | | **0.10** | |
| **TOTAL TIME** | | **0.80** | |

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Secured Claims                                           Bill Number: 1340129


NAME                 DATE          HOURS   DESCRIPTION

BAKER SK             10/01/10       1.20   DRAFT MEMO REGARDING STATUS OF SURETY
                                           BOND CLAIMS AND PAYMENT (1.2).

                                    1.20

Total Associate                     1.20

TOTAL TIME                          1.20
                                   =====
```

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 11/09/10
Tax Matters                                                  Bill Number: 1340129


NAME              DATE        HOURS   DESCRIPTION

BREWSTER JJ       10/04/10    0.70    CONFER WITH F. GOLDBERG AND D. SCHNEIDER
                                      RE: STRATEGY FOR APPROACHING IRS
                                      APPEALS; SUMMARIZE RE: ARGUMENTS TO
                                      APPEALS.

BREWSTER JJ       10/06/10    6.00    DRAFT APPEALS PROTEST; REVIEW TAX
                                      REGULATIONS AND AUTHORITIES CITED IN
                                      IRS NOTICE OF PROPOSED ADJUSTMENT.

BREWSTER JJ       10/07/10    3.80    DRAFT APPEALS PROTEST.

BREWSTER JJ       10/08/10    7.50    DRAFT APPEALS PROTEST.

BREWSTER JJ       10/12/10    6.00    REVIEW APPEALS PROTEST; CONFER WITH J.
                                      MARSTON AND D. SCHNEIDER RE: SAME.

BREWSTER JJ       10/13/10    1.20    TELEPHONE CONFERENCE WITH D. SCHNEIDER
                                      AND C. CONJURA (KPMG) RE: CLIENT
                                      DOCUMENTS AND TAX ISSUES.

BREWSTER JJ       10/14/10    4.90    DRAFT APPEALS PROTEST.

BREWSTER JJ       10/15/10    7.00    DRAFT APPEALS PROTEST; TELEPHONE
                                      CONFERENCE WITH C. CONJURA RE: TAX
                                      ISSUES.

BREWSTER JJ       10/22/10    3.40    TELEPHONE CONFERENCE WITH CLIENT AND
                                      TAX ADVISOR AT KPMG; REVIEW APPEALS
                                      PROTEST TO INCORPORATE COMMENTS FROM
                                      CLIENT AND TAX ADVISOR.

                              40.50

Total Partner                 40.50

SCHNEIDER DA      10/07/10    1.20    REVIEW DRAFT PROTEST ON GROUND-LEASED
                                      TRANSACTIONS.

SCHNEIDER DA      10/12/10    6.70    CONFERENCES WITH J. BREWSTER AND J.
                                      MARSTON REGARDING PROTEST; DRAFT AND
                                      REVISE PROTEST.

SCHNEIDER DA      10/13/10    7.60    DRAFT PROTEST ON GROUND-LEASED
                                      TRANSACTIONS.

SCHNEIDER DA      10/14/10    8.20    DRAFT PROTEST ON GROUND-LEASED
                                      TRANSACTIONS.

SCHNEIDER DA      10/18/10    0.80    REVIEW NEW DRAFT PROTEST ON
                                      GROUND-LEASED TRANSACTIONS.

SCHNEIDER DA      10/19/10    2.40    REVIEW DRAFT PROTEST ON GROUND LEASED
                                      TRANSACTIONS.

SCHNEIDER DA      10/27/10    0.20    DISCUSS APPEALS PROTEST WITH J.
                                      BREWSTER.

                              27.10

Total Counsel                 27.10
```

| | | | |
|---|---|---|---|
| MARSTON JP | 10/06/10 | 1.40 | WORK ON DRAFT PROTEST; DISCUSS SAME WITH J. BREWSTER. |
| MARSTON JP | 10/07/10 | 1.20 | WORK ON DRAFT PROTEST. |
| MARSTON JP | 10/11/10 | 0.40 | CORRESPOND WITH OTHERS RE: IRS APPEAL. |
| MARSTON JP | 10/12/10 | 1.40 | DISCUSS CASE WITH OTHERS; REVIEW MATERIALS. |
| MARSTON JP | 10/14/10 | 0.50 | DISCUSS DRAFT PROTEST WITH OTHERS. |
| MARSTON JP | 10/15/10 | 4.20 | WORK ON DRAFT PROTEST. |
| MARSTON JP | 10/22/10 | 2.50 | WORK ON DRAFT PROTEST; PARTICIPATE IN CALL WITH CLIENT. |
| MARSTON JP | 10/24/10 | 1.60 | WORK ON DRAFT PROTEST. |
| | | **13.20** | |
| **Total Associate** | | **13.20** | |
| **TOTAL TIME** | | **80.80** | |
| | | | |
| **CLIENT TOTAL** | | **735.50** | |