Exhibit E (Part 1)    Page 1 of 15

**EXHIBIT E-1**

**(Detail of Expenses)**

Circuit City Stores, Inc. (DIP)  
General Corporate Advice  

Bill Date: 10/05/10  
Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 08/16/10 | Fredericks IS | 92.45 |
| Lexis/Nexis | 08/17/10 | Fredericks IS | 283.14 |
| Lexis/Nexis | 08/25/10 | Fredericks IS | 54.38 |
| Lexis/Nexis | 08/26/10 | Fredericks IS | 37.49 |
| Lexis/Nexis | 08/27/10 | Fredericks IS | 782.88 |
| Lexis/Nexis | 08/31/10 | Fredericks IS | 452.66 |
| | | **TOTAL LEXIS/NEXIS** | **$1,703.00** |
| Vendor Hosted Teleconferencing | 08/02/10 | Teleconferencing Services, LLC | 21.33 |
| Vendor Hosted Teleconferencing | 08/02/10 | Teleconferencing Services, LLC | 2.16 |
| Vendor Hosted Teleconferencing | 08/03/10 | Teleconferencing Services, LLC | 2.46 |
| Vendor Hosted Teleconferencing | 08/16/10 | Teleconferencing Services, LLC | 57.94 |
| Vendor Hosted Teleconferencing | 08/18/10 | Teleconferencing Services, LLC | 18.25 |
| Vendor Hosted Teleconferencing | 08/31/10 | Teleconferencing Services, LLC | 7.86 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$110.00** |
| | | **TOTAL MATTER** | **$1,813.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Asset Dispositions (Real Property)

Bill Date: 10/05/10  
Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/24/10 | Lazaroff KA | 116.00 |
| | | **TOTAL WESTLAW** | **$116.00** |
| | | **TOTAL MATTER** | **$116.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Case Administration

Bill Date: 10/05/10  
Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 04/05/10 | Galardi GM | -45.01 |
| Air/Rail Travel - vendor feed | 08/03/10 | Galardi GM | 1,564.42 |
| Air/Rail Travel - vendor feed | 08/22/10 | Galardi GM | 1,573.76 |
| Air/Rail Travel - vendor feed | 08/22/10 | Fredericks IS | 1,573.76 |
| Air/Rail Travel - vendor feed | 08/22/10 | Galardi GM | -1,528.76 |
| Air/Rail Travel - vendor feed | 08/22/10 | Galardi GM | -45.00 |
| Air/Rail Travel - vendor feed | 08/30/10 | Galardi GM | 1,544.42 |
| Air/Rail Travel - vendor feed | 08/30/10 | Fredericks IS | 864.41 |
| Air/Rail Travel - vendor feed | 08/31/10 | Fredericks IS | 150.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$5,652.00** |
| In-house Reproduction | 08/15/10 | Copy Center, D | 16.39 |
| In-house Reproduction | 08/20/10 | Copy Center, D | 95.93 |
| In-house Reproduction | 08/27/10 | Copy Center, D | 152.68 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$265.00** |
| Postage | 07/27/10 | Office Admin, D | 1.86 |
| Postage | 08/06/10 | Office Admin, D | 1.67 |
| Postage | 08/27/10 | Office Admin, D | 0.47 |
| | | **TOTAL POSTAGE** | **$4.00** |
| Lexis/Nexis | 08/30/10 | Heaney CM | 169.00 |
| | | **TOTAL LEXIS/NEXIS** | **$169.00** |
| Westlaw | 08/30/10 | Heaney CM | 403.00 |
| | | **TOTAL WESTLAW** | **$403.00** |
| Vendor Hosted Teleconferencing | 07/20/10 | Courtcall, LLC | 49.88 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Vendor Hosted Teleconferencing | 08/16/10 | Teleconferencing Services, LLC | 3.97 |
| Vendor Hosted Teleconferencing | 08/17/10 | Teleconferencing Services, LLC | 6.57 |
| Vendor Hosted Teleconferencing | 08/20/10 | Courtcall, LLC | 49.89 |
| Vendor Hosted Teleconferencing | 08/24/10 | Teleconferencing Services, LLC | 40.81 |
| Vendor Hosted Teleconferencing | 08/27/10 | Courtcall, LLC | 49.88 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$201.00** |
| Out-of-Town Travel | 08/03/10 | Galardi GM | 349.04 |
| Out-of-Town Travel | 08/03/10 | Galardi GM | 34.99 |
| Out-of-Town Travel | 08/04/10 | Galardi GM | 24.99 |
| Out-of-Town Travel | 08/04/10 | Galardi GM | 34.98 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$444.00** |
| Messengers/ Courier | 08/02/10 | Federal Express Corp. | 7.15 |
| Messengers/ Courier | 08/12/10 | Federal Express Corp. | 14.47 |
| Messengers/ Courier | 08/27/10 | Federal Express Corp. | 10.38 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| Out-of-Town Meals | 08/03/10 | Galardi GM | 29.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$29.00** |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 1.76 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.74 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 41.53 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.88 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 1.76 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 41.53 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 08/30/10 | Simpson C | 0.24 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$97.00** |
| | | **TOTAL MATTER** | **$7,296.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Claims Admin. (General)                                  Bill Number: 1333607
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 08/20/10 | Copy Center, D | 0.80 |
| In-house Reproduction | 08/29/10 | Copy Center, D | 0.20 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Postage | 07/27/10 | Office Admin, D | 0.45 |
| Postage | 08/23/10 | Office Admin, D | 3.65 |
| Postage | 08/23/10 | Office Admin, D | 0.91 |
| Postage | 08/23/10 | Office Admin, D | 0.45 |
| Postage | 08/25/10 | Office Admin, D | 0.45 |
| Postage | 08/25/10 | Office Admin, D | 3.64 |
| Postage | 08/25/10 | Office Admin, D | 0.45 |
| | | **TOTAL POSTAGE** | **$10.00** |
| Lexis/Nexis | 08/16/10 | Pan B | 9.38 |
| Lexis/Nexis | 08/20/10 | Vine J | 1,636.96 |
| Lexis/Nexis | 08/23/10 | Vine J | 1,182.66 |
| | | **TOTAL LEXIS/NEXIS** | **$2,829.00** |
| Westlaw | 08/05/10 | Baker SK | 90.86 |
| Westlaw | 08/18/10 | Baker SK | 64.14 |
| | | **TOTAL WESTLAW** | **$155.00** |
| Filing/Court Fees | 07/26/10 | Sasm&F Los Angeles | 180.00 |
| | | **TOTAL FILING/COURT FEES** | **$180.00** |
| Messengers/ Courier | 08/10/10 | Federal Express Corp. | 7.06 |
| Messengers/ Courier | 08/17/10 | Federal Express Corp. | 7.06 |
| Messengers/ Courier | 08/20/10 | Federal Express Corp. | 11.76 |
| Messengers/ Courier | 08/23/10 | Federal Express Corp. | 7.06 |
| Messengers/ Courier | 08/25/10 | Federal Express Corp. | 7.06 |
| | | **TOTAL MESSENGERS/ COURIER** | **$40.00** |
| OCR Processing | 07/22/10 | Teschky RJ | 1.74 |
| OCR Processing | 08/02/10 | Teschky RJ | 0.05 |
| OCR Processing | 08/19/10 | Teschky RJ | 23.17 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| OCR Processing | 08/20/10 | Teschky RJ | 3.04 |
| | | **TOTAL OCR PROCESSING** | **$28.00** |
| CD Creation | 07/22/10 | Teschky RJ | 38.00 |
| CD Creation | 08/02/10 | Teschky RJ | 57.00 |
| CD Creation | 08/19/10 | Teschky RJ | 57.00 |
| CD Creation | 08/19/10 | Teschky RJ | 57.00 |
| CD Creation | 08/20/10 | Teschky RJ | 38.00 |
| | | **TOTAL CD CREATION** | **$247.00** |
| Electronic Database Export (TIF Process) | 08/02/10 | Teschky RJ | 0.05 |
| Electronic Database Export (TIF Process) | 08/18/10 | Teschky RJ | 22.65 |
| Electronic Database Export (TIF Process) | 08/19/10 | Teschky RJ | 23.30 |
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | **$46.00** |
| File Conversion (Multi-page to Single-page) | 07/21/10 | Poon MY | 0.73 |
| File Conversion (Multi-page to Single-page) | 08/19/10 | Teschky RJ | 1.27 |
| | | **TOTAL FILE CONVERSION (MULTI-PAGE TO SINGLE-PAGE)** | **$2.00** |
| Production Export (with Bates and Legends) | 07/22/10 | Teschky RJ | 2.80 |
| Production Export (with Bates and Legends) | 08/02/10 | Teschky RJ | 0.08 |
| Production Export (with Bates and Legends) | 08/19/10 | Teschky RJ | 6.09 |
| Production Export (with Bates and Legends) | 08/19/10 | Teschky RJ | 31.15 |
| Production Export (with Bates and Legends) | 08/20/10 | Teschky RJ | 4.88 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | **$45.00** |
| Loading Images/Data | 07/22/10 | Winogrodzki J | 0.31 |
| Loading Images/Data | 08/02/10 | Tan C | 0.01 |
| Loading Images/Data | 08/18/10 | Delacruz SP | 4.12 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Loading Images/Data | 08/20/10 | Musselman PR | 0.56 |
| | | **TOTAL LOADING IMAGES/DATA** | **$5.00** |
| | | **TOTAL MATTER** | **$3,588.00** |

B43E

**Circuit City Stores, Inc. (DIP)**  Bill Date: 10/05/10
**Employee Matters (General)**  Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Postage | 08/23/10 | Office Admin, D | 13.00 |
| | | **TOTAL POSTAGE** | **$13.00** |
| | | **TOTAL MATTER** | **$13.00** |

B43E

Circuit City Stores, Inc. (DIP)                                          Bill Date: 10/05/10
Leases (Real Property)                                                   Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Westlaw | 08/31/10 | Kumar JS | 208.00 |
| | | **TOTAL WESTLAW** | **$208.00** |
| | | **TOTAL MATTER** | **$208.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Litigation (General)

Bill Date: 10/05/10  
Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 08/10/10 | Vine J | 1,912.42 |
| Lexis/Nexis | 08/11/10 | Vine J | 1,006.43 |
| Lexis/Nexis | 08/16/10 | Vine J | 261.33 |
| Lexis/Nexis | 08/17/10 | Liberi JM | 9.37 |
| Lexis/Nexis | 08/17/10 | Vine J | 1,747.58 |
| Lexis/Nexis | 08/24/10 | Liberi JM | 423.70 |
| Lexis/Nexis | 08/24/10 | Vine J | 158.02 |
| Lexis/Nexis | 08/25/10 | Vine J | 1,563.41 |
| Lexis/Nexis | 08/26/10 | Liberi JM | 42.93 |
| Lexis/Nexis | 08/26/10 | Vine J | 882.58 |
| Lexis/Nexis | 08/27/10 | Vine J | 95.23 |
| | | **TOTAL LEXIS/NEXIS** | **$8,103.00** |
| Westlaw | 08/24/10 | Ibrahimi Y | 163.92 |
| Westlaw | 08/26/10 | Vine J | 38.08 |
| | | **TOTAL WESTLAW** | **$202.00** |
| Vendor Hosted Teleconferencing | 08/06/10 | Teleconferencing Services, LLC | 4.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$4.00** |
| | | **TOTAL MATTER** | **$8,309.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/05/10
Nonworking Travel Time                                   Bill Number: 1333607
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 07/22/10 | Galardi GM | 35.00 |
| Out-of-Town Travel | 07/22/10 | Galardi GM | 20.00 |
| Out-of-Town Travel | 07/22/10 | Galardi GM | 35.00 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$90.00** |
| | | **TOTAL MATTER** | **$90.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Reorganization Plan / Plan Sponsors

Bill Date: 10/05/10  
Bill Number: 1333607

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| In-house Reproduction | 08/15/10 | Copy Center, D | 40.00 |
|  |  | **TOTAL IN-HOUSE REPRODUCTION** | **$40.00** |
| Westlaw | 08/03/10 | Kumar JS | 81.87 |
| Westlaw | 08/04/10 | Kumar JS | 33.42 |
| Westlaw | 08/27/10 | Kumar JS | 6.06 |
| Westlaw | 08/30/10 | Kumar JS | 94.49 |
| Westlaw | 08/31/10 | Kumar JS | 18.16 |
|  |  | **TOTAL WESTLAW** | **$234.00** |
| Vendor Hosted Teleconferencing | 07/30/10 | Teleconferencing Services, LLC | 31.90 |
| Vendor Hosted Teleconferencing | 08/02/10 | Teleconferencing Services, LLC | 42.61 |
| Vendor Hosted Teleconferencing | 08/03/10 | Teleconferencing Services, LLC | 7.49 |
|  |  | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$82.00** |
| Out-of-Town Travel | 07/13/10 | Galardi GM | 30.00 |
| Out-of-Town Travel | 07/16/10 | Galardi GM | 30.00 |
| Out-of-Town Travel | 07/16/10 | Galardi GM | 559.00 |
|  |  | **TOTAL OUT-OF-TOWN TRAVEL** | **$619.00** |
| Out-of-Town Meals | 07/13/10 | Galardi GM | 39.00 |
|  |  | **TOTAL OUT-OF-TOWN MEALS** | **$39.00** |
|  |  | **TOTAL MATTER** | **$1,014.00** |

B43E

Circuit City Stores, Inc. (DIP)  
Tax Matters  

Bill Date: 10/05/10  
Bill Number: 1333607  

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 07/31/10 | Infogreffe | 12.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | $12.00 |
| | | **TOTAL MATTER** | $12.00 |
| | | **TOTAL CLIENT** | $22,459.00 |

B43E