**EXHIBIT E-2**

**(Detail of Expenses)**

Circuit City Stores, Inc. (DIP)  
General Corporate Advice

Bill Date: 10/07/10  
Bill Number: 1333713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Lexis/Nexis | 09/01/10 | Fredericks IS | 106.48 |
| Lexis/Nexis | 09/03/10 | Fredericks IS | 18.74 |
| Lexis/Nexis | 09/26/10 | Fredericks IS | 166.27 |
| Lexis/Nexis | 09/27/10 | Fredericks IS | 301.80 |
| Lexis/Nexis | 09/28/10 | Fredericks IS | 1,334.93 |
| Lexis/Nexis | 09/29/10 | Fredericks IS | 264.67 |
| Lexis/Nexis | 09/30/10 | Fredericks IS | 70.11 |
| | | **TOTAL LEXIS/NEXIS** | **$2,263.00** |
| Westlaw | 09/01/10 | Fredericks IS | 11.00 |
| | | **TOTAL WESTLAW** | **$11.00** |
| Vendor Hosted Teleconferencing | 09/07/10 | Teleconferencing Services, LLC | 23.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$23.00** |
| | | **TOTAL MATTER** | **$2,297.00** |

B43E

Circuit City Stores, Inc. (DIP)                                      Bill Date: 10/07/10
Case Administration                                                  Bill Number: 1333713

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/07/10 | Galardi GM | 1,544.43 |
| Air/Rail Travel - vendor feed | 09/07/10 | Fredericks IS | 864.42 |
| Air/Rail Travel - vendor feed | 09/08/10 | Fredericks IS | 195.00 |
| Air/Rail Travel - vendor feed | 09/13/10 | Fredericks IS | 1,544.44 |
| Air/Rail Travel - vendor feed | 09/13/10 | Galardi GM | 1,544.43 |
| Air/Rail Travel - vendor feed | 09/13/10 | Fredericks IS | 45.00 |
| Air/Rail Travel - vendor feed | 09/19/10 | Galardi GM | 1,544.43 |
| Air/Rail Travel - vendor feed | 09/19/10 | Galardi GM | -1,499.43 |
| Air/Rail Travel - vendor feed | 09/19/10 | Fredericks IS | 864.42 |
| Air/Rail Travel - vendor feed | 09/20/10 | Fredericks IS | 150.00 |
| Air/Rail Travel - vendor feed | 09/26/10 | Galardi GM | 1,544.43 |
| Air/Rail Travel - vendor feed | 09/26/10 | Fredericks IS | 1,544.43 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$9,886.00** |
| In-house Reproduction | 09/03/10 | Copy Center, D | 157.93 |
| In-house Reproduction | 09/10/10 | Copy Center, D | 5.19 |
| In-house Reproduction | 09/12/10 | Copy Center, D | 7.88 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$171.00** |
| Westlaw | 09/27/10 | Fredericks IS | 6.00 |
| | | **TOTAL WESTLAW** | **$6.00** |
| Vendor Hosted Teleconferencing | 09/01/10 | Teleconferencing Services, LLC | 3.14 |
| Vendor Hosted Teleconferencing | 09/15/10 | Teleconferencing Services, LLC | 8.77 |
| Vendor Hosted Teleconferencing | 09/22/10 | Teleconferencing Services, LLC | 6.09 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$18.00** |
| Out-of-Town Travel | 09/07/10 | Galardi GM | 281.26 |
| Out-of-Town Travel | 09/07/10 | Galardi GM | 34.99 |
| Out-of-Town Travel | 09/07/10 | Galardi GM | 34.99 |
| Out-of-Town Travel | 09/08/10 | Galardi GM | 34.98 |
| Out-of-Town Travel | 09/13/10 | Galardi GM | 39.98 |
| Out-of-Town Travel | 09/13/10 | Galardi GM | 34.99 |
| Out-of-Town Travel | 09/14/10 | Galardi GM | 34.99 |
| Out-of-Town Travel | 09/14/10 | Galardi GM | 233.82 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$730.00** |
| Filing/Court Fees | 09/16/10 | Sasm&F Delaware | 50.00 |
| Filing/Court Fees | 09/16/10 | Sasm&F Delaware | 50.00 |
| | | **TOTAL FILING/COURT FEES** | **$100.00** |
| Messengers/ Courier | 09/02/10 | Federal Express Corp. | 6.54 |
| Messengers/ Courier | 09/24/10 | Federal Express Corp. | 24.46 |
| | | **TOTAL MESSENGERS/ COURIER** | **$31.00** |
| Out-of-Town Meals | 09/13/10 | Galardi GM | 50.00 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$50.00** |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.68 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.68 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 3.52 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.36 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 2.16 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.68 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.68 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 3.52 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.36 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/02/10 | Simpson C | 2.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 6.33 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 9.29 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 5.85 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 9.29 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 24.98 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 4.08 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 3.12 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 17.54 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.04 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.04 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.04 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.28 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.68 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.84 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.67 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 2.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 2.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.12 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 3.68 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.76 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 2.16 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.88 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.44 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.44 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 2.88 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.80 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.16 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.56 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.36 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.20 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.96 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.64 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.36 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.40 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.48 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.72 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 1.04 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.32 |
| Print Images to Paper (from Electronic Media) | 09/06/10 | Simpson C | 0.24 |

B43E

IN RE: CIRCUIT CITY STORES, INC. AND AFFILIATES

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 09/16/10 | Ndumu TA | 13.61 |
| | | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$231.00** |
| | | **TOTAL MATTER** | **$11,223.00** |

B43E

| Circuit City Stores, Inc. (DIP) | | | Bill Date: 10/07/10 |
|---|---|---|---|
| Claims Admin. (General) | | | Bill Number: 1333713 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Repro (network) | 09/11/10 | Network, D | 1.88 |
| In-house Repro (network) | 09/25/10 | Network, D | 0.12 |
| | | **TOTAL IN-HOUSE REPRO (NETWORK)** | **$2.00** |
| In-house Reproduction | 09/12/10 | Copy Center, D | 18.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$18.00** |
| Postage | 09/28/10 | Office Admin, D | 9.66 |
| Postage | 09/28/10 | Office Admin, D | 10.34 |
| | | **TOTAL POSTAGE** | **$20.00** |
| Lexis/Nexis | 09/07/10 | Bugay JJ | 337.65 |
| Lexis/Nexis | 09/08/10 | Sidhu SS | 45.79 |
| Lexis/Nexis | 09/09/10 | Bugay JJ | 18.76 |
| Lexis/Nexis | 09/15/10 | Bugay JJ | 93.80 |
| | | **TOTAL LEXIS/NEXIS** | **$496.00** |
| Westlaw | 09/15/10 | Bugay JJ | 48.22 |
| Westlaw | 09/15/10 | Kumar JS | 24.18 |
| Westlaw | 09/16/10 | Kumar JS | 109.37 |
| Westlaw | 09/17/10 | Kumar JS | 97.89 |
| Westlaw | 09/18/10 | Kumar JS | 185.20 |
| Westlaw | 09/20/10 | Kumar JS | 96.93 |
| Westlaw | 09/21/10 | Kumar JS | 290.78 |
| Westlaw | 09/22/10 | Kumar JS | 141.71 |
| Westlaw | 09/23/10 | Kumar JS | 59.28 |
| Westlaw | 09/23/10 | Baker SK | 178.47 |
| Westlaw | 09/24/10 | Kumar JS | 61.97 |
| | | **TOTAL WESTLAW** | **$1,294.00** |
| Vendor Hosted Teleconferencing | 09/16/10 | Teleconferencing Services, LLC | 5.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$5.00** |
| Messengers/ Courier | 09/09/10 | Federal Express Corp. | 17.34 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/17/10 | Federal Express Corp. | 36.66 |
|  |  | **TOTAL MESSENGERS/ COURIER** | **$54.00** |
| Print Images to Paper (from Electronic Media) | 09/30/10 | Vera MA | 77.00 |
|  |  | **TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)** | **$77.00** |
|  |  | **TOTAL MATTER** | **$1,966.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                                    Bill Date: 10/07/10
Litigation (General)                                               Bill Number: 1333713
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---:|
| Lexis/Nexis | 09/01/10 | Liberi JM | 208.11 |
| Lexis/Nexis | 09/02/10 | Sidhu SS | 877.44 |
| Lexis/Nexis | 09/02/10 | Vine J | 569.02 |
| Lexis/Nexis | 09/03/10 | Sidhu SS | 335.60 |
| Lexis/Nexis | 09/03/10 | Vine J | 1,417.70 |
| Lexis/Nexis | 09/07/10 | Vine J | 106.66 |
| Lexis/Nexis | 09/08/10 | Vine J | 390.73 |
| Lexis/Nexis | 09/09/10 | Vine J | 3,417.20 |
| Lexis/Nexis | 09/10/10 | Vine J | 719.00 |
| Lexis/Nexis | 09/14/10 | Vine J | 393.54 |
| | | **TOTAL LEXIS/NEXIS** | **$8,435.00** |
| Westlaw | 09/02/10 | Sidhu SS | 28.80 |
| Westlaw | 09/02/10 | Vine J | 92.60 |
| Westlaw | 09/02/10 | Baker SK | 30.35 |
| Westlaw | 09/03/10 | Sidhu SS | 9.60 |
| Westlaw | 09/03/10 | Baker SK | 1,535.62 |
| Westlaw | 09/09/10 | Vine J | 269.03 |
| | | **TOTAL WESTLAW** | **$1,966.00** |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 9.08 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 9.08 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 7.38 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 7.38 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.36 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.99 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 7.38 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 7.38 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |
| Messengers/ Courier | 09/14/10 | Federal Express Corp. | 6.41 |

**TOTAL MESSENGERS/ COURIER**     $170.00

**TOTAL MATTER**     $10,571.00

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 10/07/10
Reorganization Plan / Plan Sponsors                      Bill Number: 1333713
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/07/10 | Kumar JS | 675.50 |
| Air/Rail Travel - vendor feed | 09/07/10 | Baker SK | 1,239.50 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$1,915.00** |
| In-house Reproduction | 09/12/10 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Lexis/Nexis | 09/01/10 | Baker SK | 10.13 |
| Lexis/Nexis | 09/03/10 | Campana MD | 214.87 |
| | | **TOTAL LEXIS/NEXIS** | **$225.00** |
| Westlaw | 09/01/10 | Baker SK | 30.23 |
| Westlaw | 09/02/10 | Campana MD | 334.16 |
| Westlaw | 09/03/10 | Campana MD | 1,007.24 |
| Westlaw | 09/03/10 | Kumar JS | 48.37 |
| | | **TOTAL WESTLAW** | **$1,420.00** |
| Out-of-Town Travel | 09/08/10 | Baker SK | 281.09 |
| Out-of-Town Travel | 09/08/10 | Baker SK | 4.91 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$286.00** |
| Out-of-Town Meals | 09/07/10 | Baker SK | 9.24 |
| Out-of-Town Meals | 09/08/10 | Baker SK | 17.76 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$27.00** |
| | | **TOTAL MATTER** | **$3,874.00** |
| | | **TOTAL CLIENT** | **$29,931.00** |

B43E