**EXHIBIT E-3**

**(Detail of Expenses)**

Circuit City Stores, Inc. (DIP)          Bill Date: 11/09/10
General Corporate Advice          Bill Number: 1340129

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/22/10 | Fredericks IS | 9.37 |
| Lexis/Nexis | 09/23/10 | Fredericks IS | 361.51 |
| Lexis/Nexis | 09/24/10 | Fredericks IS | 126.12 |
| | | **TOTAL LEXIS/NEXIS** | **$497.00** |
| Vendor Hosted Teleconferencing | 10/11/10 | Teleconferencing Services, LLC | 28.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$28.00** |
| Filing/Court Fees | 10/27/10 | Skardel, Inc. | 229.00 |
| | | **TOTAL FILING/COURT FEES** | **$229.00** |
| | | **TOTAL MATTER** | **$754.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                              Bill Date: 11/09/10
Case Administration                                          Bill Number: 1340129
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Air/Rail Travel - vendor feed | 09/19/10 | Galardi GM | -45.00 |
| Air/Rail Travel - vendor feed | 10/26/10 | Galardi GM | 45.00 |
| | | **TOTAL AIR/RAIL TRAVEL - VENDOR FEED** | **$0.00** |
| In-house Reproduction | 10/13/10 | Copy Center, D | 2.09 |
| In-house Reproduction | 10/15/10 | Copy Center, D | 45.42 |
| In-house Reproduction | 10/22/10 | Copy Center, D | 2.49 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$50.00** |
| Postage | 10/19/10 | Office Admin, D | 3.00 |
| | | **TOTAL POSTAGE** | **$3.00** |
| Lexis/Nexis | 10/01/10 | Heaney CM | 50.00 |
| Lexis/Nexis | 10/25/10 | Heaney CM | 420.00 |
| | | **TOTAL LEXIS/NEXIS** | **$470.00** |
| Vendor Hosted Teleconferencing | 10/05/10 | Teleconferencing Services, LLC | 0.23 |
| Vendor Hosted Teleconferencing | 10/19/10 | Teleconferencing Services, LLC | 8.80 |
| Vendor Hosted Teleconferencing | 10/22/10 | Teleconferencing Services, LLC | 9.18 |
| Vendor Hosted Teleconferencing | 10/29/10 | Teleconferencing Services, LLC | 7.79 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$26.00** |
| Out-of-Town Travel | 08/22/10 | Fredericks IS | 224.91 |
| Out-of-Town Travel | 08/23/10 | Fredericks IS | 36.01 |
| Out-of-Town Travel | 08/30/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 08/30/10 | Fredericks IS | 251.76 |
| Out-of-Town Travel | 08/31/10 | Galardi GM | 236.22 |
| Out-of-Town Travel | 08/31/10 | Galardi GM | 25.00 |
| Out-of-Town Travel | 09/07/10 | Fredericks IS | 326.63 |
| Out-of-Town Travel | 09/13/10 | Fredericks IS | 281.43 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Travel | 09/19/10 | Fredericks IS | 236.21 |
| Out-of-Town Travel | 09/20/10 | Fredericks IS | 60.01 |
| Out-of-Town Travel | 09/26/10 | Galardi GM | 35.01 |
| Out-of-Town Travel | 09/26/10 | Fredericks IS | 6.95 |
| Out-of-Town Travel | 09/26/10 | Fredericks IS | 236.22 |
| Out-of-Town Travel | 09/27/10 | Galardi GM | 40.01 |
| Out-of-Town Travel | 09/27/10 | Galardi GM | 213.61 |
| Out-of-Town Travel | 09/27/10 | Galardi GM | 35.01 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$2,280.00** |
| Filing/Court Fees | 10/08/10 | Sasm&F Delaware | 170.00 |
| | | **TOTAL FILING/COURT FEES** | **$170.00** |
| Messengers/ Courier | 10/08/10 | Federal Express Corp. | 6.48 |
| Messengers/ Courier | 10/12/10 | Federal Express Corp. | 12.82 |
| Messengers/ Courier | 10/12/10 | Federal Express Corp. | 6.72 |
| Messengers/ Courier | 10/12/10 | Federal Express Corp. | 7.62 |
| Messengers/ Courier | 10/15/10 | Federal Express Corp. | 6.48 |
| Messengers/ Courier | 10/18/10 | Federal Express Corp. | 7.86 |
| Messengers/ Courier | 10/21/10 | Federal Express Corp. | 6.48 |
| Messengers/ Courier | 10/27/10 | Federal Express Corp. | 45.36 |
| Messengers/ Courier | 10/28/10 | Federal Express Corp. | 9.18 |
| | | **TOTAL MESSENGERS/ COURIER** | **$109.00** |
| Out-of-Town Meals | 08/22/10 | Fredericks IS | 35.57 |
| Out-of-Town Meals | 08/23/10 | Fredericks IS | 27.70 |
| Out-of-Town Meals | 08/30/10 | Galardi GM | 87.30 |
| Out-of-Town Meals | 08/31/10 | Fredericks IS | 25.03 |
| Out-of-Town Meals | 08/31/10 | Fredericks IS | 21.02 |
| Out-of-Town Meals | 09/08/10 | Fredericks IS | 25.08 |
| Out-of-Town Meals | 09/14/10 | Fredericks IS | 21.14 |
| Out-of-Town Meals | 09/14/10 | Fredericks IS | 14.01 |
| Out-of-Town Meals | 09/19/10 | Fredericks IS | 4.36 |
| Out-of-Town Meals | 09/20/10 | Fredericks IS | 3.78 |
| Out-of-Town Meals | 09/20/10 | Fredericks IS | 27.70 |
| Out-of-Town Meals | 09/26/10 | Galardi GM | 91.81 |
| Out-of-Town Meals | 09/26/10 | Fredericks IS | 16.02 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Out-of-Town Meals | 09/27/10 | Fredericks IS | 6.61 |
| Out-of-Town Meals | 09/27/10 | Fredericks IS | 2.14 |
| Out-of-Town Meals | 09/27/10 | Fredericks IS | 3.67 |
| Out-of-Town Meals | 09/27/10 | Fredericks IS | 60.06 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$473.00** |
| Outside Research/Internet Services | 10/10/10 | Pacer Service Center | 47.34 |
| Outside Research/Internet Services | 10/10/10 | Pacer Service Center | 202.66 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$250.00** |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.56 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.44 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 6.48 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.76 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 5.44 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 8.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.12 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.20 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 2.64 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.04 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 2.72 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.80 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.20 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 6.48 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.16 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 1.52 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.08 |
| Print Images to Paper (from Electronic Media) | 10/21/10 | Mc Clendon AD | 0.24 |

**TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)**     $52.00

**TOTAL MATTER**     $3,883.00

B43E

| | | | |
|---|---|---|---|
| Circuit City Stores, Inc. (DIP) | | | Bill Date: 11/09/10 |
| Claims Admin. (General) | | | Bill Number: 1340129 |

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Lexis/Nexis | 09/24/10 | Kumar JS | 26.00 |
| | | **TOTAL LEXIS/NEXIS** | **$26.00** |
| Westlaw | 10/12/10 | Korkis C | 95.00 |
| | | **TOTAL WESTLAW** | **$95.00** |
| Vendor Hosted Teleconferencing | 10/04/10 | Teleconferencing Services, LLC | 6.73 |
| Vendor Hosted Teleconferencing | 10/11/10 | Teleconferencing Services, LLC | 2.27 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$9.00** |
| Other Professional Fees | 09/28/10 | U.S. Legal Management Services, Inc. | 154.00 |
| | | **TOTAL OTHER PROFESSIONAL FEES** | **$154.00** |
| Outside Research/Internet Services | 09/28/10 | Nationwide Research & Consulting | 141.17 |
| Outside Research/Internet Services | 10/05/10 | Pacer Service Center | 37.35 |
| Outside Research/Internet Services | 10/05/10 | Pacer Service Center | 2.48 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$181.00** |
| OCR Processing | 09/16/10 | Teschky RJ | 0.78 |
| OCR Processing | 09/16/10 | Teschky RJ | 0.22 |
| | | **TOTAL OCR PROCESSING** | **$1.00** |
| CD Creation | 09/16/10 | Teschky RJ | 57.00 |
| CD Creation | 09/16/10 | Teschky RJ | 57.00 |
| | | **TOTAL CD CREATION** | **$114.00** |
| Electronic Database Export (TIF Process) | 09/16/10 | Teschky RJ | 0.78 |
| Electronic Database Export (TIF Process) | 09/16/10 | Teschky RJ | 0.22 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL ELECTRONIC DATABASE EXPORT (TIF PROCESS)** | $1.00 |
| Production Export (with Bates and Legends) | 09/16/10 | Teschky RJ | 1.56 |
| Production Export (with Bates and Legends) | 09/16/10 | Teschky RJ | 0.44 |
| | | **TOTAL PRODUCTION EXPORT (WITH BATES AND LEGENDS)** | $2.00 |
| | | **TOTAL MATTER** | $583.00 |

B43E

Circuit City Stores, Inc. (DIP)                               Bill Date: 11/09/10
Claims Admin. (Reclamation/Trust Funds)                       Bill Number: 1340129

| Disbursement | Date     | Vendor/Employee/Dept. | Amount   |
|--------------|----------|-----------------------|----------|
| Westlaw      | 10/21/10 | Baker SK              | 687.19   |
| Westlaw      | 10/22/10 | Baker SK              | 221.10   |
| Westlaw      | 10/26/10 | Baker SK              | 82.66    |
| Westlaw      | 10/27/10 | Baker SK              | 6.05     |
|              |          | **TOTAL WESTLAW**     | **$997.00** |
|              |          | **TOTAL MATTER**      | **$997.00** |

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Litigation (General)                                     Bill Number: 1340129
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/22/10 | Copy Center, D | 364.58 |
| In-house Reproduction | 10/26/10 | Copy Center, D | 14.42 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$379.00** |
| Lexis/Nexis | 09/21/10 | Vine J | 791.65 |
| Lexis/Nexis | 09/22/10 | Vine J | 593.53 |
| Lexis/Nexis | 10/08/10 | Liberi JM | 89.99 |
| Lexis/Nexis | 10/14/10 | Liberi JM | 119.99 |
| Lexis/Nexis | 10/20/10 | Kumar JS | 70.84 |
| | | **TOTAL LEXIS/NEXIS** | **$1,666.00** |
| Westlaw | 10/03/10 | Holmes HL | 283.32 |
| Westlaw | 10/04/10 | Holmes HL | 536.86 |
| Westlaw | 10/06/10 | Holmes HL | 1,013.62 |
| Westlaw | 10/11/10 | Holmes HL | 504.34 |
| Westlaw | 10/13/10 | Holmes HL | 270.38 |
| Westlaw | 10/13/10 | Kumar JS | 614.22 |
| Westlaw | 10/14/10 | Kumar JS | 229.06 |
| Westlaw | 10/18/10 | Holmes HL | 233.60 |
| Westlaw | 10/20/10 | Kumar JS | 185.60 |
| | | **TOTAL WESTLAW** | **$3,871.00** |
| Out-of-Town Travel | 10/04/10 | Clare LS | 79.74 |
| Out-of-Town Travel | 10/04/10 | Clare LS | 65.26 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$145.00** |
| Messengers/ Courier | 10/01/10 | Federal Express Corp. | 9.39 |
| Messengers/ Courier | 10/01/10 | Federal Express Corp. | 9.39 |
| Messengers/ Courier | 10/25/10 | Federal Express Corp. | 11.30 |
| Messengers/ Courier | 10/29/10 | Federal Express Corp. | 22.60 |
| Messengers/ Courier | 10/29/10 | Federal Express Corp. | 31.32 |
| | | **TOTAL MESSENGERS/ COURIER** | **$84.00** |
| Out-of-Town Meals | 10/04/10 | Clare LS | 37.00 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| | | **TOTAL OUT-OF-TOWN MEALS** | **$37.00** |
| Outside Research/Internet Services | 10/05/10 | Pacer Service Center | 102.84 |
| Outside Research/Internet Services | 10/10/10 | Pacer Service Center | 84.09 |
| Outside Research/Internet Services | 10/12/10 | National Registered Agents, Inc. | 34.07 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$221.00** |
| Print Images to Paper (from Electronic Media) | 10/25/10 | Ndumu TA | 120.98 |
| Print Images to Paper (from Electronic Media) | 10/25/10 | Ndumu TA | 120.98 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.64 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.64 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.88 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |

B43E

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.48 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.72 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.32 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.24 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.64 |
| Print Images to Paper (from Electronic Media) | 10/28/10 | Mc Clendon AD | 0.64 |

**TOTAL PRINT IMAGES TO PAPER (FROM ELECTRONIC MEDIA)**    $253.00

**TOTAL MATTER**    $6,656.00

B43E

```
Circuit City Stores, Inc. (DIP)                          Bill Date: 11/09/10
Reorganization Plan / Plan Sponsors                      Bill Number: 1340129
```

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| CLR/Delaware Database | 10/22/10 | Office Admin, D | 50.00 |
| | | **TOTAL CLR/DELAWARE DATABASE** | **$50.00** |
| Out-of-Town Travel | 09/07/10 | Kumar JS | 35.96 |
| Out-of-Town Travel | 09/08/10 | Kumar JS | 281.08 |
| Out-of-Town Travel | 09/08/10 | Kumar JS | 35.96 |
| | | **TOTAL OUT-OF-TOWN TRAVEL** | **$353.00** |
| Filing/Court Fees | 10/22/10 | Skardel, Inc. | 344.00 |
| | | **TOTAL FILING/COURT FEES** | **$344.00** |
| Messengers/ Courier | 10/13/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 10/15/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 10/15/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 10/21/10 | Federal Express Corp. | 6.40 |
| Messengers/ Courier | 10/27/10 | Federal Express Corp. | 6.40 |
| | | **TOTAL MESSENGERS/ COURIER** | **$32.00** |
| Out-of-Town Meals | 09/07/10 | Kumar JS | 5.08 |
| Out-of-Town Meals | 09/07/10 | Kumar JS | 8.92 |
| | | **TOTAL OUT-OF-TOWN MEALS** | **$14.00** |
| Outside Research/Internet Services | 10/05/10 | Pacer Service Center | 7.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$7.00** |
| | | **TOTAL MATTER** | **$800.00** |

B43E

Circuit City Stores, Inc. (DIP)                                    Bill Date: 11/09/10
Retention / Fee Matters (SASM&F)                                   Bill Number: 1340129

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| Outside Research/Internet Services | 10/10/10 | Pacer Service Center | 4.00 |
| | | **TOTAL OUTSIDE RESEARCH/INTERNET SERVICES** | **$4.00** |
| | | **TOTAL MATTER** | **$4.00** |

B43E

Circuit City Stores, Inc. (DIP)                                  Bill Date: 11/09/10
Tax Matters                                                      Bill Number: 1340129

| Disbursement | Date | Vendor/Employee/Dept. | Amount |
|---|---|---|---|
| In-house Reproduction | 10/08/10 | Copy Center, D | 1.00 |
| | | **TOTAL IN-HOUSE REPRODUCTION** | **$1.00** |
| Vendor Hosted Teleconferencing | 10/22/10 | Teleconferencing Services, LLC | 12.00 |
| | | **TOTAL VENDOR HOSTED TELECONFERENCING** | **$12.00** |
| | | **TOTAL MATTER** | **$13.00** |
| | | **TOTAL CLIENT** | **$13,690.00** |

B43E