| | |
|---|---|
| Jeffrey N. Pomerantz, Esq. | Lynn L. Tavenner, Esq. (VA Bar No. 30083) |
| Andrew W. Caine, Esq. | Paula S. Beran, Esq. (VA Bar No. 34679) |
| (admitted *pro hac vice*) | TAVENNER & BERAN, PLC |
| PACHULSKI STANG ZIEHL & JONES LLP | 20 North Eighth Street, 2nd Floor |
| 10100 Santa Monica Boulevard | Richmond, Virginia 23219 |
| Los Angeles, California 90067-4100 | Telephone: (804) 783-8300 |
| Telephone: (310) 277-6910 | Telecopy:   (804) 783-0178 |
| Telecopy:   (310) 201-0760 | |

         - and –

Robert J. Feinstein, Esq.
John A. Morris, Esq.
(admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Telecopy: (212) 561-7777

*Counsel for the Circuit City Stores, Inc.
Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| CIRCUIT CITY STORES, INC., <u>et</u> <u>al</u>.,[1] | Case No. 08-35653-KRH |
| Debtors. | (Jointly Administered) |

**NOTICE OF (A) FINAL APPLICATIONS FOR ALLOWANCE OF
COMPENSATION AND EXPENSE REIMBURSEMENT FOR CERTAIN
<u>COMMITTEE AND ESTATES PROFESSIONALS AND (B) HEARINGS THEREON</u>**

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective federal tax identifications numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc. (6796), Sky Venture Corp. (0311), Prahs, Inc. (n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City West Coast is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and is currently 4951 Lake Brook Drive, Glen Allen, VA 23060.

**PLEASE TAKE NOTICE THAT** the following have been filed with the United States Bankruptcy Court for the Eastern District of Virginia (the "Bankruptcy Court):

1. Final Application Of Tavenner & Beran, PLC For Allowance Of Compensation And Expense Reimbursement As Local Counsel For The Official Committee of Unsecured Creditors, seeking (a) initial and final approval of compensation in the amount of $109,451.00 and reimbursement of expenses in the amount of $2,818.04 for the period of May 1, 2010 through October 31, 2010 and (b) final approval of previously approved compensation in the amount of $275,242.00 and reimbursement of expenses in the amount of $13,536.52 for the period of November 18, 2008 through April 30, 2010. In total, Tavenner & Beran seeks approval of compensation in the amount of $384,693.00 and reimbursement of expenses in the amount of $16,354.56;

2. Seventh and Final Application of Pachulski Stang Ziehl & Jones LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Creditors, seeking (a) interim approval of compensation in the amount of $1,474,172.00 and reimbursement of expenses in the amount of $38,399.73 for the period May 1, 2010 through October 31, 2010 and (b) final approval of compensation in the amount of $4,348,633.22[2] and reimbursement of actual and necessary expenses in the amount of $146,583.53 for the period November 18, 2008 through October 31, 2010;

3. Final Application Of Protiviti Inc. For Allowance Of Compensation And Expense Reimbursement As Financial Advisors For The Official Committee of Unsecured Creditors, seeking (a) initial and final allowance in the amount of $500,549.50 and reimbursement of out-of-pocket expenses in the amount of $3,660.72 for the period from May 1, 2010 to October 31, 2010 and (b) final allowance of fees and expenses previously awarded on an interim basis for the period November 18, 2008 to April 30, 2010 totaling $3,276,912.00 and $20,421.24, respectively. In total, Protiviti seeks approval of compensation in the amount of $3,777,461.50 and reimbursement of expenses in the amount of $24,081.96;

4. Final Application for Payment of Administrative Expenses in Connection with Transition Services Provided by Anticipated Liquidation Trustee Under Second Amended Plan for the Period (A) July 1, 2009 through February 28, 2010 and (B) March 1, 2010 through October 31, 2010, seeking (a) the final allowance of compensation for professional services performed by Crowe Horwath LLP and reimbursement for actual and necessary expenses incurred for the period beginning July 1, 2009 through February 28, 2010 in the amount of $299,862.05 and (b) initial and final allowance of compensation for professional services performed by Crowe Horwath LLP and necessary expenses incurred for the period beginning March 1, 2010 through October 31, 2010 in the amount of $338,923.46;

5. Final Application of Gowling Lafleur Henderson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From November 18, 2008 through October 31, 2010, seeking interim approval of compensation in the amount of $742,304.34 for the period November 1, 2009 through October 31, 2010; (ii) final approval of compensation in the amount of

---

[2] The final allowance of compensation requested includes a reduction of $52,601.78 per Order entered on the First Interim Fee Application.

$846,760.34 and reimbursement of actual and necessary expenses in the amount of $749.65 for the period November 18, 2008 through October 31, 2010;

      6.      Sixth and Final Application of Arsene Taxand for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 28, 2010 through the October 31, 2010, seeking interim and final approval of compensation in the amount of $57,907.35; and

      7.      Final Application of Akerman Senterfitt for Compensation for Services Rendered and Reimbursement of Expenses for the Period from November 10, 2008 through October 31, 2010, seeking final approval of compensation in the amount of $145,757.00 and reimbursement of actual and necessary expenses in the amount of $572.26 for the period November 10, 2008 through October 31, 2010.

(collectively, the "Applications" and each an "Application").

Copies of the Applications may be obtained by sending a request in writing to Lynn L. Tavenner, Esquire, Tavenner & Beran, PLC, 20 North Eighth Street, Second Floor, Richmond, Virginia, 23219, ltavenner@tb-lawfirm.com.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases.  (If you do not have an attorney, you may wish to consult one).**

**PLEASE TAKE FURTHER NOTICE THAT** in connection with the Debtors' Chapter 11 Cases, an Order Establishing Certain Notice, Case Management and Administrative Procedures [Docket No. 130] (the "Case Management Order") was entered by the Court on November 13, 2008, which, among other things, prescribes the manner in which objections must be filed and served and when hearings will be conducted.  A copy of the Case Management Order may be obtained at no charge at www.kccllc.net/circuitcity or for a fee via PACER at http://www.vaeb.uscourts.gov

If you do not want the Court to grant the relief sought in any of the Applications, or if you want the Court to consider your views on any of the Applications, on or before January 6, 2011 you or your attorney must:

    ☒    File with the Court, at the address shown below, a written response with supporting memorandum pursuant to Local Bankruptcy Rule 9013-1 and the Case Management Order.  You must mail or otherwise file it early enough so the Court will **receive** it on or before the due date identified herein.

        Clerk of the Court
        United States Bankruptcy Court
        701 E. Broad Street, Suite 4000
        Richmond, VA 23219

You must also serve your objection in accordance with the Case Management Order.

**PLEASE TAKE FURTHER NOTICE THAT** January 13, 2011 at 2:00 p.m., (or such time thereafter as the matter may be heard) the undersigned will appear before The Honorable Kevin R. Huennekens, United States Bankruptcy Judge, in Room 5000, of the United States Courthouse, 701 E. Broad Street Richmond, Virginia 23219, and will move the Court for entry of an order approving the Applications.

If you or your attorney do not take these steps, the Court may deem any opposition waived, treat the Applications as conceded, and issue orders granting the requested relief without further notice or hearing.


Dated:    December 16, 2010

     */s/ Paula S. Beran*
Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia 23219
Telephone: 804-783-8300
Facsimile: 804-783-0178
Email: ltavenner@tb-lawfirm.com
      pberan@tb-lawfirm.com

-and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California 90067-4100
Telephone: 805-123-4567
Facsimile: 310/201-0760
E-mail: jpomerantz@pszjlaw.com
      acaine@pszjlaw.com

*Counsel for the Circuit City Stores, Inc.*
*Liquidating Trust*