**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| CIRCUIT CITY STORES, INC., | : | Case No. 08-35653 (KRH) |
| et al., | : |  |
|  | : | Jointly Administered |
| Debtors.[1] | : |  |

## AFFIDAVIT OF SERVICE

I, Nancy Au-Yang, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 6, 2010, the parties set forth on the service list attached hereto as **Exhibit A** were served with a copy of the document(s) referenced on **Exhibit A** along with a customized Notice of Filing of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) or (4) form, attached hereto as **Exhibit B** via First Class Mail.

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Circuit City Stores, Inc. (3875), Circuit City Stores West Coast, Inc. (0785), InterTAN, Inc. (0875), Ventoux International, Inc. (1838), Circuit City Purchasing Company, LLC (5170), CC Aviation, LLC (0841), CC Distribution Company of Virginia, Inc. (2821), Circuit City Properties, LLC (3353), Kinzer Technology, LLC (2157), Abbott Advertising Agency, Inc. (4659), Patapsco Designs, Inc.(6796), Sky Venture Corp. (0311), PRAHS, Inc.(n/a), XSStuff, LLC (9263), Mayland MN, LLC (6116), Courchevel, LLC (n/a), Orbyx Electronics, LLC (3360), and Circuit City Stores PR, LLC (5512). The address for Circuit City Stores West Coast, Inc. is 9250 Sheridan Boulevard, Westminster, Colorado 80031. For all other Debtors, the address was 9950 Mayland Drive, Richmond, Virginia 23233 and currently is 4951 Lake Brook Drive, Glen Allen, Virginia 23060.

Dated: December 8, 2010

_____
Nancy Au-Yang

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 8th day of December, 2010, by Nancy Au-Yang, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

AIMEE M. PAREL
Commission # 1866499
Notary Public - California
Los Angeles County
My Comm. Expires Sep 27, 2013

| | | |
|---|---|---|
| Filed This 16th Day of December 2010 | By: | CIRCUIT CITY STORES, INC. LIQUIDATING TRUST |

By: */s/ Paula S. Beran*

Lynn L. Tavenner (VA Bar No. 30083)
Paula S. Beran (VA Bar No. 34679)
TAVENNER & BERAN, P.L.C.
20 North Eighth Street, 2nd Floor
Richmond, Virginia  23219
Telephone:  804-783-8300
Facsimile:  804-783-0178
E-mail:  ltavenner@tb-lawfirm.com
         pberan@tb-lawfirm.com

-                and-

Jeffrey N. Pomerantz (admitted *pro hac vice*)
Andrew W. Caine (admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd.
11th Floor
Los Angeles, California  90067-4100
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: jpomerantz@pszjlaw.com
        acaine@pszjlaw.com

Counsel for the Circuit City Stores, Inc. Liquidating Trust

# EXHIBIT A

**Exhibit A**
**Rule 3001(e)(2) or 3001(e)(4)**

| Party Description | Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Claim Number | Transferred Amount | Docket Number |
|---|---|---|---|---|---|---|---|---|---|---|
| Transferor | Manufacturers and Trader Trust Company as Trustee | Attn Deborah J Piazza Esq | c o Hodgson Russ LLP | 60 E 42nd St 37th Fl | New York | NY | 10165 | 12727 | Not less than $1,097,137.72 | 5084 |
| Transferee | U S Bank National Association as Trustee | Attn Margaret Drelicharz | 209 S LaSalle St Ste 300 | | Chicago | IL | 60604 | 12727 | Not less than $1,097,137.72 | 5084 |
| Notice Party | Manufacturers and Traders Trust Company as Trustee | | One M&T Plaza | | Buffalo | NY | 14203 | 12727 | Not less than $1,097,137.72 | 5084 |
| Notice Party | Park National Bank | | 50 N Third St | PO Box 3500 | Newark | OH | 43058-3500 | 12727 | Not less than $1,097,137.72 | 5084 |

# EXHIBIT B

**United States Bankruptcy Court**
**Eastern District of Virginia Richmond Division**

_____
             )           Chapter 11
In re        )
   Circuit City Stores, Inc.   )   Case No. 08-35653 (KRH)
             )           (Jointly Administered)
             )
Debtor       )

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

   To:   Transferor
         Transferor Address

Please note that your claim number _____ in the amount of _____ has been transferred (**unless previously expunged by court order**) to:

         Transferee
         Transferee Address

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH**:

   United States Bankruptcy Court          Kurtzman Carson Consultants LLC
   Eastern District of Virginia            Circuit City Stores, Inc.
   Richmond Division                       Transfers Objection
   701 East Broad Street, Suite 4000       2335 Alaska Ave
   Richmond, VA 23219                      El Segundo, CA 90245

Send a copy of your objection to the transferee. If you file an objection, a hearing may be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

**Date**: _____

                                  **By:**        _____/s/_____
                                                 **Joseph Johnson**


**cc:** Notice Party (if applicable)